116TH CONGRESS } HOUSE OF REPRESENTATIVES { REPORT
*1st Session* } { 116–xxx

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020

---

## CONFERENCE REPORT

TO ACCOMPANY

S. 1790

DECEMBER xx, 2019.—Ordered to be printed

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020

WASHSTATEC005706

116TH CONGRESS
1st Session

HOUSE OF REPRESENTATIVES

REPORT
116–xxx

# NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2020

---

## CONFERENCE REPORT

TO ACCOMPANY

S. 1790

DECEMBER xx, 2019.—Ordered to be printed

---

U.S. GOVERNMENT PUBLISHING OFFICE
38–396 WASHINGTON : 2019

WASHSTATEC005708

# CONTENTS

CONFERENCE REPORT ..... 0000
JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF CONFERENCE ..... 0000
Compliance with rules of the House of Representatives and Senate regarding earmarks and congressionally directed spending items ..... 0000
Summary of discretionary authorizations and budget authority implication ..... 0000
Budgetary effects of this Act (sec. 4) ..... 0000
DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS ..... 0000
TITLE I—PROCUREMENT ..... 0000
Budget Items ..... 0000
Columbia-class submarine advance procurement ..... 0000
Virginia-class submarine procurement and advance procurement ..... 0000
Subtitle A—Authorization of Appropriations ..... 0000
Authorization of appropriations (sec. 101) ..... 0000
Subtitle B—Army Programs ..... 0000
Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System—Army Increment 1 (sec. 111) ..... 0000
Subtitle C—Navy Programs ..... 0000
Ford-class aircraft carrier cost limitation baselines (sec. 121) ..... 0000
Modification of annual report on cost targets for certain aircraft carriers (sec. 122) ..... 0000
Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman (sec. 123) ..... 0000
Ford class aircraft carrier support for F–35C aircraft (sec. 124) ..... 0000
Prohibition on use of funds for reduction of aircraft carrier force structure (sec. 125) ..... 0000
Modification of prohibition on availability of funds for Navy waterborne security barriers (sec. 126) ..... 0000
LHA Replacement Amphibious Assault Ship Program (sec. 127) ..... 0000
Strategic sealift fleet vessel (sec. 128) ..... 0000
Design and construction of amphibious transport dock designated LPD–31 (sec. 129) ..... 0000
Limitation on availability of funds for the Littoral Combat Ship (sec. 130) ..... 0000
Limitation on the next new class of Navy large surface combatants (sec. 131) ..... 0000
Limitation on availability of funds pending quarterly updates on the CH–53K King Stallion helicopter program (sec. 132) ..... 0000
Limitation on availability of funds for VH–92A helicopter (sec. 133) ..... 0000
Report on carrier wing and aviation combat element composition (sec. 134) ..... 0000
Subtitle D—Air Force Programs ..... 0000
Modification of requirement to preserve certain C–5 aircraft (sec. 141) ..... 0000
OC–135B aircraft recapitalization program (sec. 142) ..... 0000
Requirement to align Air Force aviation force structure with National Defense Strategy (sec. 143) ..... 0000
Prohibition on availability of funds for reduction in KC–10 primary mission aircraft inventory (sec. 144) ..... 0000
Limitation on availability of funds for F–15EX aircraft program (sec. 145) ..... 0000
Limitation on availability of funds for VC–25B aircraft (sec. 146) ..... 0000
Limitation on availability of funds for RC–26B aircraft (sec. 147) ..... 0000

Page

TITLE I—PROCUREMENT—Continued
Subtitle D—Air Force Programs—Continued
Limitation on availability of funds for retirement of RC–135 aircraft (sec. 148) .... 0000
Air Force aggressor squadron modernization (sec. 149) .... 0000
Air Force plan for Combat Rescue Helicopter fielding (sec. 150) .... 0000
Report on feasibility of multiyear contract for procurement of JASSM–ER missiles (sec. 151) .... 0000
Report on aircraft fleet of the Civil Air Patrol (sec. 152) .... 0000
Sense of Congress on the light attack aircraft initiative of the Air Force (sec. 153) .... 0000
Subtitle E—Defense-Wide, Joint, and Multiservice Matters .... 0000
Economic order quantity contracting and buy-to-budget acquisition for F–35 aircraft program (sec. 161) .... 0000
Relief from contractors for failure to deliver ready-for-issue spare parts for the F–35 aircraft program (sec. 162) .... 0000
Limitation on availability of funds for reallocation of Turkish F–35A aircraft to the United States (sec. 163) .... 0000
Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System (sec. 164) .... 0000
F–35 sustainment cost (sec. 165) .... 0000
Reports on the progress and performance of the F–35 aircraft program (sec. 166) .... 0000
Other reports on F–35 aircraft program (sec. 167) .... 0000
Limitation on availability of funds for communications systems lacking certain resiliency features (sec. 168) .... 0000
Repeal of tactical unmanned vehicle common data link requirement (sec. 169) .... 0000
Legislative Provisions Not Adopted .... 0000
Sense of Senate on Army's approach to capability drops 1 and 2 of the Distributed Common Ground System—Army program .... 0000
Report on plans to support and maintain aircraft at Marine Corps air stations .... 0000
Capabilities based assessment for naval vessels that carry fixed-wing aircraft .... 0000
Modification of limitation on use of funds for KC–46A aircraft .... 0000
Increase in funding for RC–135 aircraft mission training systems .... 0000
TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION .... 0000
Subtitle A—Authorization of Appropriations .... 0000
Authorization of appropriations (sec. 201) .... 0000
Subtitle B—Program Requirements, Restrictions, and Limitations .... 0000
Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics (sec. 211) .... 0000
Updates to the Department of Defense personnel management authority to attract experts in science and engineering (sec. 212) .... 0000
Establishment of joint reserve detachment of the Defense Innovation Unit (sec. 213) .... 0000
Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education (sec. 214) .... 0000
Modification of authority for prizes for advanced technology achievements (sec. 215) .... 0000
Joint hypersonics transition office (sec. 216) .... 0000
Modification of proof of concept commercialization program (sec. 217) 0000
Modification of authority and addition of technology areas for expedited access to technical talent (sec. 218) .... 0000
Expansion of coordination in support of national security innovation and entrepreneurial education (sec. 219) .... 0000
Modification of defense quantum information science and technology research and development program (sec. 220) .... 0000
Understanding of investments in artificial intelligence and development of capabilities by adversaries (sec. 221) .... 0000
Advisory role of JASON scientific advisory group (sec. 222) .... 0000
Direct Air Capture and Blue Carbon Removal Technology Program (sec. 223) .... 0000

Page

TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION—Continued
Subtitle B—Program Requirements, Restrictions, and Limitations—Continued
Requiring defense microelectronics products and services meet trusted supply chain and operational security standards (sec. 224) ........ 0000
Development and acquisition strategy to procure secure, low probability of detection data link network capability (sec. 225) ............... 0000
Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure (sec. 226) ........ 0000
Administration of manufacturing innovation institutes funded by the Department of Defense (sec. 227) ........ 0000
Research program on foreign malign influence operations (sec. 228) ... 0000
Diversification of the research and engineering workforce of the Department of Defense (sec. 229) ........ 0000
Policy on the talent management of digital expertise and software professionals (sec. 230) ........ 0000
Digital engineering capability to automate testing and evaluation (sec. 231) ........ 0000
Process to align policy formulation and emerging technology development (sec. 232) ........ 0000
Improvement of the Strategic Capabilities Office of the Department of Defense (sec. 233) ........ 0000
Pilot program on enhanced civics education (sec. 234) ........ 0000
Technology and national security fellowship (sec. 235) ........ 0000
Documentation relating to the Advanced Battle Management System (sec. 236) ........ 0000
Sensor data integration for fifth generation aircraft (sec. 237) ........ 0000
Sense of Congress on future vertical lift technologies (sec. 238) ........ 0000
Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement (sec. 239) ........ 0000
Limitation and report on Indirect Fire Protection Capability Increment 2 capability (sec. 240) ........ 0000
Subtitle C—Plans, Reports, and Other Matters ........ 0000
Master plan for implementation of authorities relating to science and technology reinvention laboratories (sec. 251) ........ 0000
Infrastructure to support research, development, test, and evaluation missions (sec. 252) ........ 0000
Energetics plan (sec. 253) ........ 0000
Strategy and implementation plan for fifth generation information and communications technologies (sec. 254) ........ 0000
Department-wide software science and technology strategy (sec. 255) 0000
Artificial intelligence education strategy (sec. 256) ........ 0000
Cyber science and technology activities roadmap and reports (sec. 257) ........ 0000
Report on B–52 commercial engine replacement program (sec. 258) ... 0000
Commercial edge computing technologies and best practices for Department of Defense warfighting systems (sec. 259) ........ 0000
Biannual report on the Joint Artificial Intelligence Center (sec. 260) . 0000
Quarterly updates on the Optionally Manned Fighting Vehicle program (sec. 261) ........ 0000
National Study on Defense Research at Historically Black Colleges and Universities and Other Minority Institutions (sec. 262) ........ 0000
Study on national security emerging biotechnologies for the Department of Defense (sec. 263) ........ 0000
Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office (sec. 264) ........ 0000
Independent assessment of electronic warfare plans and programs (sec. 265) ........ 0000
Technical correction to Global Research Watch Program (sec. 266) ..... 0000
Legislative Provisions Not Adopted ........ 0000
Electromagnetic spectrum sharing research and development program ........ 0000
Report on modernization of information technology and infrastructure for electromagnetic spectrum management (sec. 261) ........ 0000

                                                                                    Page

TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION—Continued
Legislative Provisions Not Adopted—Continued
Sense of Congress on the importance of continued coordination of studies and analysis research of the Department of Defense ... 0000
Musculoskeletal injury prevention research ... 0000
STEM jobs action plan ... 0000
Briefing on cooperative defense technology programs and risks of technology transfer to China or Russia ... 0000
Increase in funding for basic operational medical research science ... 0000
Funding for the Sea-Launched Cruise Missile-Nuclear analysis of alternatives ... 0000
Increase in funding for university research initiatives ... 0000
Review and assessment pertaining to transition of Department of Defense-originated dual-use technology ... 0000
Quantum Information Science Innovation Center ... 0000
Increase in funding for Naval University Research Initiatives ... 0000
Increase in funding for university and industry research centers ... 0000
Increase in funding for national security innovation capital ... 0000
Increase in funding for Air Force University Research Initiatives ... 0000
Increase in funding for Naval University Research Initiatives ... 0000
Independent study on threats to United States national security from development of hypersonic weapons by foreign nations ... 0000
Report on innovation investments and management ... 0000
Increase in funding for Army University Research Initiatives ... 0000
Funding for anti-tamper heterogenous integrated microelectronics ... 0000
Briefing on use of blockchain technology for defense purposes ... 0000
Efforts to counter manipulated media content ... 0000
Additional amounts for research, development, test, and evaluation ... 0000
Briefing on explainable artificial intelligence ... 0000
TITLE III—OPERATION AND MAINTENANCE ... 0000
Subtitle A—Authorization of Appropriations ... 0000
Authorization of appropriations (sec. 301) ... 0000
Subtitle B—Energy and Environment ... 0000
Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness (sec. 311) ... 0000
Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness (sec. 312) ... 0000
Use of proceeds from sale of recyclable materials (sec. 313) ... 0000
Disposal of recyclable materials (sec. 314) ... 0000
Department of Defense improvement of previously conveyed utility systems serving military installations (sec. 315) ... 0000
Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard (sec. 316) ... 0000
Use of operational energy cost savings of Department of Defense (sec. 317) ... 0000
Sale of electricity from alternate energy and cogeneration production facilities (sec. 318) ... 0000
Energy resilience programs and activities (sec. 319) ... 0000
Technical and grammatical corrections and repeal of obsolete provisions relating to energy (sec. 320) ... 0000
Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry (sec. 321) ... 0000
Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent (sec. 322) ... 0000
Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations (sec. 323) ... 0000
Prohibition on use of fluorinated aqueous film forming foam for training exercises (sec. 324) ... 0000
Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate (sec. 325) ... 0000

Page

TITLE III—OPERATION AND MAINTENANCE—Continued
Subtitle B—Energy and Environment—Continued
Development of extreme weather vulnerability and risk assessment tool (sec. 326) .... 0000
Removal of barriers that discourage investments to increase military installation resilience (sec. 327) .... 0000
Budgeting of Department of Defense relating to extreme weather (sec. 328) .... 0000
Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging (sec. 329) .... 0000
Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam (sec. 330) .... 0000
Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern (sec. 331) .... 0000
Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances (sec. 332) .... 0000
Plan to phase out use of burn pits (sec. 333) .... 0000
Information relating to locations of burn pit use (sec. 334) .... 0000
Data quality review of radium testing conducted at certain locations of the Department of the Navy (sec. 335) .... 0000
Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota (sec. 336) .... 0000
Pilot program for availability of working-capital funds for increased combat capability through energy optimization (sec. 337) .... 0000
Report on efforts to reduce high energy intensity at military installations (sec. 338) .... 0000
Subtitle C—Treatment of Contaminated Water Near Military Installations .... 0000
Treatment of contaminated water near military installations (secs. 341–345) .... 0000
Subtitle D—Logistics and Sustainment .... 0000
Materiel readiness metrics and objectives (sec. 351) .... 0000
Clarification of authority regarding use of working capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities (sec. 352) .... 0000
Modification to limitation on length of overseas forward deployment of naval vessels (sec. 353) .... 0000
Extension of temporary installation reutilization authority for arsenals, depots, and plants (sec. 354) .... 0000
F–35 Joint Strike Fighter sustainment (sec. 355) .... 0000
Report on strategic policy for prepositioned materiel and equipment (sec. 356) .... 0000
Pilot program to train skilled technicians in critical shipbuilding skills (sec. 357) .... 0000
Requirement for military department inter-service depot maintenance (sec. 358) .... 0000
Strategy to improve infrastructure of certain depots of the Department of Defense (sec. 359) .... 0000
Subtitle E—Reports .... 0000
Readiness reporting (sec. 361) .... 0000
Technical correction to deadline for transition to Defense Readiness Reporting System Strategic (sec. 362) .... 0000
Report on Navy ship depot maintenance budget (sec. 363) .... 0000
Report on Runit Dome (sec. 364) .... 0000
Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units (sec. 365) .... 0000
Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense (sec. 366) .... 0000
Subtitle F—Other Matters .... 0000
Prevention of encroachment on military training routes and military operation areas (sec. 371) .... 0000
Expansion and enhancement of authorities on transfer and adoption of military animals (sec. 372) .... 0000

Page

TITLE III—OPERATION AND MAINTENANCE—Continued
Subtitle F—Other Matters—Continued
Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities (sec. 373) ..... 0000
Extension of authority of Secretary of Transportation to issue non-premium aviation insurance (sec. 374) ..... 0000
Defense personal property program (sec. 375) ..... 0000
Public events about Red Hill Bulk Fuel Storage Facility (sec. 376) ..... 0000
Sense of Congress regarding Innovative Readiness Training program (sec. 377) ..... 0000
Detonation chambers for explosive ordnance disposal (sec. 378) ..... 0000
Legislative Provisions Not Adopted ..... 0000
Funding for Army Community Services ..... 0000
Increase in funding for civil military programs ..... 0000
Authority to make final finding on designation of geographic areas of concern for purposes of energy projects with adverse impacts on military operations and readiness ..... 0000
Native American Indian lands environmental mitigation program ..... 0000
Offshore energy development ..... 0000
Comptroller General report on environmental cleanup of Vieques and Culebra, Puerto Rico ..... 0000
Comptroller General study on PFAS contamination ..... 0000
Prohibition on use of perfluoroalkyl substances and polyfluoroalkyl substances for land-based applications of firefighting foam ..... 0000
Study on energy savings performance contracts ..... 0000
Findings, purpose, and apology ..... 0000
Limitation on use of funds for implementation of elements of master plan for redevelopment of Former Ship Repair Facility in Guam ..... 0000
Report on effects of increased automation of defense industrial base on manufacturing workforce ..... 0000
Report on modernization of Joint Pacific Alaska Range Complex ..... 0000
Comptroller General study of out-of-pocket costs for service dress uniforms ..... 0000
Inspector General audit of certain commercial depot maintenance contracts ..... 0000
Report on plan to decontaminate sites formerly used by the Department of the Army that have since been transferred to units of local government and are affected by pollutants that are, in whole or in part, a result of activity by the Department of Defense ..... 0000
Limitation on use of funds regarding the basing of KC–46A aircraft outside the continental United States ..... 0000
Pilot program on reduction of effects of military aviation noise on private residences ..... 0000
Clarification of food ingredient requirements for food or beverages provided by the Department of Defense ..... 0000
Completion of Department of Defense Directive 2310.07E regarding missing persons ..... 0000
Briefing on plans to increase readiness of B–1 bomber aircraft ..... 0000
Sense of Senate on prioritizing survivable logistics for the Department of Defense ..... 0000
Plan on sustainment of Rough Terrain Container Handler fleets ..... 0000
TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS ..... 0000
Subtitle A—Active Forces ..... 0000
End strengths for active forces (sec. 401) ..... 0000
Revisions in permanent active duty end strength minimum levels (sec. 402) ..... 0000
Subtitle B—Reserve Forces ..... 0000
End strengths for Selected Reserve (sec. 411) ..... 0000
End strengths for Reserves on active duty in support of the reserves (sec. 412) ..... 0000
End strengths for military technicians (dual status) (sec. 413) ..... 0000
Maximum number of reserve personnel authorized to be on active duty for operational support (sec. 414) ..... 0000
Authorized strengths for Marine Corps Reserves on active duty (sec. 415) ..... 0000

Page

TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS—Continued
Subtitle B—Reserve Forces—Continued
Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard (sec. 416) .... 0000
Subtitle C—Authorization of Appropriations .... 0000
Military personnel (sec. 421) .... 0000
TITLE V—MILITARY PERSONNEL POLICY .... 0000
Subtitle A—Officer Personnel Policy .... 0000
Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component (sec. 501) .... 0000
Furnishing of adverse information on officers to promotion selection boards (sec. 502) .... 0000
Limitation on number of officers recommendable for promotion by promotion selection boards (sec. 503) .... 0000
Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks (sec. 504) .... 0000
Management policies for joint qualified officers (sec. 505) .... 0000
Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters (sec. 506) .... 0000
Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations (sec. 507) .... 0000
Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades (sec. 508) .... 0000
Higher grade in retirement for officers following reopening of determination or certification of retired grade (sec. 509) .... 0000
Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list (sec. 510) .... 0000
Availability on the internet of certain information about officers serving in general or flag officer grades (sec. 510A) .... 0000
Functional badge or insignia upon commission for chaplains (sec. 510B) .... 0000
Subtitle B—Reserve Component Management .... 0000
Modification of grade level threshold for Junior Reserve Officers' Training Corps (sec. 511) .... 0000
Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps (sec. 512) .... 0000
Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units (sec. 513) .... 0000
Clarification of eligibility to serve as Commander, Marine Forces Reserve (sec. 514) .... 0000
Extension and periodic evaluation of suicide prevention and resilience program for the reserve components (sec. 515) .... 0000
Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components (sec. 516) .... 0000
Modernization of inspection authorities applicable to the National Guard (sec. 517) .... 0000
Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers (sec. 518) .... 0000
Coast Guard Junior Reserve Officers' Training Corps (sec. 519) .... 0000
Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units (sec. 520) .... 0000
Report on methods to enhance domestic response to large scale, complex and catastrophic disasters (sec. 520A) .... 0000
Report and briefing on the Senior Reserve Officers' Training Corps (sec. 520B) .... 0000
Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units (sec. 520C) .... 0000
Subtitle C—General Service Authorities and Correction of Military Records .... 0000

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Subtitle C—General Service Authorities and Correction of Military Records—Continued
Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims (sec. 521) .... 0000
Reduction in required number of members of discharge review boards (sec. 522) .... 0000
Establishment of process to review a request for upgrade of discharge or dismissal (sec. 523) .... 0000
Prohibition on reduction in the number of personnel assigned to duty with a service review agency (sec. 524) .... 0000
Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters (sec. 525) .... 0000
Time requirements for certification of honorable service (sec. 526) .... 0000
Correction of certain discharge characterizations (sec. 527) .... 0000
Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record (sec. 528) .... 0000
Strategic plan for diversity and inclusion (sec. 529) .... 0000
Study regarding screening individuals who seek to enlist in the Armed Forces (sec. 530) .... 0000
Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens (sec. 530A) .... 0000
Sense of Congress regarding accession physicals (sec. 530B) .... 0000
Subtitle D—Military Justice .... 0000
Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice (sec. 531) .... 0000
Command influence (sec. 532) .... 0000
Statute of limitations for certain offenses (sec. 533) .... 0000
Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system (sec. 534) .... 0000
Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (sec. 535) .... 0000
Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings (sec. 536) .... 0000
Guidelines on sentences for offenses committed under the Uniform Code of Military Justice (sec. 537) .... 0000
Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault (sec. 538) .. 0000
Increase in number of digital forensic examiners for certain military criminal investigative organizations (sec. 539) .... 0000
Increase in investigative personnel and Victim Witness Assistance Program liaisons (sec. 540) .... 0000
Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses (sec. 540A) .... 0000
Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault (sec. 540B) .... 0000
Timely disposition of nonprosecutable sex-related offenses (sec. 540C) .... 0000
Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces (sec. 540D) .... 0000
Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment (sec. 540E) .... 0000
Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice (sec. 540F) .... 0000

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Subtitle D—Military Justice—Continued
Report on standardization among the military departments in collection and presentation of information on matters within the military justice system (sec. 540G) .... 0000
Report on expansion of Air Force safe to report policy across the Armed Forces (sec. 540H) .... 0000
Assessment of racial, ethnic, and gender disparities in the military justice system (sec. 540I) .... 0000
Pilot programs on defense investigators in the military justice system (sec. 540J) .... 0000
Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications (sec. 540K) .... 0000
Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation (sec. 540L) .... 0000
Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military (sec. 540M) .... 0000
Sense of Congress on the Port Chicago 50 (sec. 540N) .... 0000
Subtitle E—Other Legal Matters .... 0000
Improvement of certain Special Victims' Counsel authorities (sec. 541) .... 0000
Availability of Special Victims' Counsel at military installations (sec. 542) .... 0000
Notification of issuance of military protective order to civilian law enforcement (sec. 543) .... 0000
Copyright protection for civilian faculty of certain accredited institutions (sec. 544) .... 0000
Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service (sec. 545) .... 0000
Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act (sec. 546) .... 0000
Preservation of right to bring class action under Servicemembers Civil Relief Act (sec. 547) .... 0000
Legal counsel for victims of alleged domestic violence offenses (sec. 548) .... 0000
Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial (sec. 549) .... 0000
Treatment of information in Catch a Serial Offender Program for certain purposes (sec. 550) .... 0000
Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals (sec. 550A) .... 0000
Defense Advisory Committee for the Prevention of Sexual Misconduct (sec. 550B) .... 0000
Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned (sec. 550C) .... 0000
Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation (sec. 550D) .... 0000
Feasibility study on establishment of database of military protective orders (sec. 550E) .... 0000
GAO review of USERRA and SCRA (sec. 550F) .... 0000
Subtitle F—Member Education .... 0000
Authority for detail of certain enlisted members of the Armed Forces as students at law schools (sec. 551) .... 0000
Inclusion of Coast Guard in Department of Defense STARBASE Program (sec. 552) .... 0000
Degree granting authority for United State Army Armament Graduate School; limitation on establishment of certain educational institutions (sec. 553) .... 0000

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Subtitle F—Member Education—Continued
Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation (sec. 554) ..... 0000
Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense (sec. 555) ..... 0000
Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute (sec. 556) ..... 0000
Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force (sec. 557) ..... 0000
Speech disorders of cadets and midshipmen (sec. 558) ..... 0000
Requirement to continue provision of tuition assistance for members of the Armed Forces (sec. 559) ..... 0000
Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program (sec. 560) ..... 0000
Inclusion of information on free credit monitoring in annual financial literacy briefing (sec. 560A) ..... 0000
Programs to facilitate the award of private pilot's certificates (sec. 560B) ..... 0000
Subtitle G—Member Training And Transition ..... 0000
Requirement to provide information regarding benefits claims to members during TAP counseling (sec. 561) ..... 0000
Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces (sec. 562) ..... 0000
First modification of elements of report on the improved Transition Assistance Program (sec. 563) ..... 0000
Second modification of element of report on the improved Transition Assistance Program (sec. 564) ..... 0000
Prohibition on gender-segregated training at Marine Corps Recruit Depots (sec. 565) ..... 0000
Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments (sec. 566) ..... 0000
Review of Department of Defense training programs regarding disinformation campaigns (sec. 567) ..... 0000
Command matters in connection with transition assistance programs (sec. 568) ..... 0000
Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214) (sec. 569) ..... 0000
Records of service for Reserves (sec. 570) ..... 0000
Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal abuse offense (sec. 570A) ..... 0000
Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations (sec. 570B) ..... 0000
Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648) (sec. 570C) ..... 0000
Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States (sec. 570D) ..... 0000
Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service (sec. 570E) ..... 0000
Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities (sec. 570F) ..... 0000
Pilot program regarding online application for the Transition Assistance Program (sec. 570G) ..... 0000
Subtitle H—Military Family Readiness and Dependents' Education ..... 0000
Authorizing members to take leave for a birth or adoption in more than one increment (sec. 571) ..... 0000
Deferred deployment for members who give birth (sec. 572) ..... 0000

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Subtitle H—Military Family Readiness and Dependents' Education—Continued
Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains (sec. 573) ..... 0000
Military funeral honors matters (sec. 574) ..... 0000
Improvement of occupational license portability for relocated spouses of members of the uniformed services (sec. 575) ..... 0000
Continued eligibility for education and training opportunities for spouses of promoted members (sec. 576) ..... 0000
Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation (sec. 577) ..... 0000
Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program (sec. 578) ..... 0000
Annual State report card (sec. 579) ..... 0000
Improvements to child care for members of the Armed Forces (sec. 580) ..... 0000
Transportation of remains of casualties; travel expenses for next of kin (sec. 580A) ..... 0000
Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces (sec. 580B) ..... 0000
Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas (sec. 580C) ..... 0000
Study on two-way military ballot barcode tracking (sec. 580D) ..... 0000
Assistance to schools with military dependent students (sec. 580E) ..... 0000
First expansion of the My Career Advancement Account program for military spouses (sec. 580F) ..... 0000
Second expansion of the My Career Advancement Account program for military spouses (sec. 580G) ..... 0000
Report on training and support available to military spouses (sec. 580H) ..... 0000
Ri'katak Guest Student Program at United States Army Garrison—Kwajelein Atoll (sec. 580I) ..... 0000
Subtitle I—Decorations And Awards ..... 0000
Modification of authorities on eligibility for and replacement of gold star lapel buttons (sec. 581) ..... 0000
Standardization of honorable service requirement for award of military decorations (sec. 582) ..... 0000
Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam (sec. 583) ..... 0000
Review of World War I Valor Medals (sec. 584) ..... 0000
Subtitle J—Miscellaneous Reports and Other Matters ..... 0000
Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys (sec. 591) ..... 0000
Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs (sec. 592) ..... 0000
Questions in surveys regarding extremist activity in the workplace (sec. 593) ..... 0000
Study on best practices for providing financial literacy education for separating members of the Armed Forces (sec. 594) ..... 0000
Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces (sec. 595) ..... 0000
Report on certain waivers (sec. 596) ..... 0000
Notifications on manning of afloat naval forces (sec. 597) ..... 0000
Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government (sec. 598) ..... 0000
Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma (sec. 599) ..... 0000

WASHSTATEC005719

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Subtitle J—Miscellaneous Reports and Other Matters—Continued
Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general (sec. 599A) .... 0000
Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel (sec. 599B) .... 0000
Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States (sec. 599C) .... 0000
Legislative Provisions Not Adopted .... 0000
Grade of Chief of Veterinary Corps of the Army .... 0000
Report on rate of maternal mortality among members of the Armed Forces .... 0000
JROTC Computer Science and Cybersecurity Program .... 0000
Sense of Congress regarding the National Guard Youth Challenge Program .... 0000
Report on expansion of the Close Airman Support team approach of the Air Force to the other Armed Forces .... 0000
National guard support to major disasters .... 0000
Report regarding National Guard Youth Challenge Program .... 0000
Temporary authority to use Air Force reserve component personnel to provide training and instruction regarding pilot training .... 0000
Enactment and expansion of policy on withholding of initial disposition authority for certain offenses under the Uniform Code of Military Justice .... 0000
Advisory Committee on record and service review boards .... 0000
Prohibition on implementation of military service suitability determinations for foreign nationals who are lawful permanent residents .... 0000
Independent Study on barriers to entry into the Armed Forces for English learners .... 0000
Reenlistment waivers for persons separated from the Armed Forces who commit one misdemeanor cannabis offense .... 0000
Recognition and honoring of service of individuals who served in United States Cadet Nurse Corps during World War II .... 0000
Nondiscrimination with respect to service in the Armed Forces .... 0000
Report on mechanisms to enhance the integration and synchronization of activities of Special Victim Investigation and Prosecution personnel with activities of military criminal investigative organizations .... 0000
Pilot program on prosecution of special victim offenses committed by attendees of military service academies .... 0000
Standard of evidence applicable to investigations and reviews related to protected communications of members of the Armed Forces and prohibited retaliatory actions .... 0000
Repeal of 15-year statute of limitations on motions or requests for review of discharge or dismissal from the Armed Forces .... 0000
Consultation regarding victim's preference in prosecution jurisdiction .... 0000
Safe to Report policy applicable across the Armed Forces .... 0000
Preliminary inquiry on Arlington National Cemetery burial .... 0000
Limitation on waiver of rights and protections under Servicemembers Civil Relief Act .... 0000
Effective date of rule regarding payday lending protections .... 0000
Strengthening civilian and military partnerships to respond to domestic and sexual violence .... 0000
Education of Members of the Armed Forces on Career Readiness and Professional Development .... 0000
Defense Language Institute Foreign Language Center .... 0000
Liberal consideration of evidence in certain claims by boards for the correction of military records and discharge review boards .... 0000
Expansion of Department of Defense STARBASE Program .... 0000
Congressional nominations for Senior Reserve Officers' Training Corps scholarships .... 0000

Page

TITLE V—MILITARY PERSONNEL POLICY—Continued
Legislative Provisions Not Adopted—Continued
Survey of members of the Armed Forces on their experiences with military investigations and military justice .... 0000
Safe-to-Report policy applicable to military service academies .... 0000
Recoupment of funds from cadets and midshipmen separated for criminal misconduct .... 0000
Support of military service academy foundations .... 0000
Medical personnel at Marine Corps recruit depots .... 0000
Inclusion of Specific Email Address Block on Certificate of Release or Discharge from Active Duty (DD Form 214) .... 0000
Consecutive service of service obligation in connection with payment of tuition for off-duty training or education for commissioned officers of the Armed Forces with any other service obligations .... 0000
Expansion and renaming of the Troops-to-Teachers Program .... 0000
Transition outreach pilot program .... 0000
Assessment and study of Transition Assistance Program .... 0000
Information regarding county veterans service officers .... 0000
Notice to separating servicemembers of rights under the Servicemembers Civil Relief Act .... 0000
Modification of responsibility of the Office of Special Needs for individualized service plans for members of military families with special needs .... 0000
Direct employment pilot program for members of the National Guard and Reserve, veterans, their spouses and dependents, and members of gold star families .... 0000
Pilot program to fund non-profit organizations that support military families .... 0000
Increase in assistance to certain local educational agencies .... 0000
Assistance for deployment-related support of members of the Armed Forces undergoing deployment and their families beyond the Yellow Ribbon Reintegration Program .... 0000
Briefing on use of Family Advocacy Programs to address domestic violence .... 0000
Establishment of the Atomic Veterans Service Medal .... 0000
Authorization for award of the Medal of Honor to Alwyn Cashe for acts of valor during Operation Iraqi Freedom .... 0000
Eligibility of veterans of Operation End Sweep for Vietnam Service Medal .... 0000
Authority to award or present a decoration not previously recommended in a timely fashion following a review requested by Congress .... 0000
Authority to make posthumous and honorary promotions and appointments following a review requested by Congress .... 0000
Repeal of quarterly report on end strengths .... 0000
Expressing support for the designation of a “Gold Star Families Remembrance Day” .... 0000
Sense of Congress regarding the High-Altitude Army National Guard Aviation Training Site .... 0000
TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS .... 0000
Subtitle A—Pay and Allowances .... 0000
Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action (sec. 601) .... 0000
Continued entitlements while a member of the Armed Forces participates in a career intermission program (sec. 602) .... 0000
Exemption from repayment of voluntary separation pay (sec. 603) .... 0000
Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service (sec. 604) .... 0000
Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates (sec. 605) .... 0000
Reinvestment of travel refunds by the Department of Defense (sec. 606) .... 0000
Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers (sec. 607) .... 0000

Page
TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS—Continued
Subtitle A—Pay and Allowances—Continued
Reductions on account of earnings from work performed while entitled to an annuity supplement (sec. 608) ..... 0000
Increase in basic pay (sec. 609) ..... 0000
Subtitle B—Bonuses and Special Incentive Pays ..... 0000
One-year extension of certain expiring bonus and special pay authorities (sec. 611) ..... 0000
Subtitle C—Family and Survivor Benefits ..... 0000
Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members (sec. 621) ..... 0000
Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation (sec. 622) ... 0000
Death gratuity for ROTC graduates (sec. 623) ..... 0000
Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty (sec. 624) ..... 0000
Casualty assistance for survivors of deceased ROTC graduates (sec. 625) ..... 0000
Subtitle D—Defense Resale Matters ..... 0000
Defense resale system matters (sec. 631) ..... 0000
Procurement by commissary stores of certain locally sourced products (sec. 632) ..... 0000
GAO review of defense resale optimization study (sec. 633) ..... 0000
Subtitle E—Morale, Welfare, and Recreation Privileges ..... 0000
Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave (sec. 641) ..... 0000
Extension of pilot program on a Government lodging program (sec. 642) ..... 0000
Subtitle F—Reports and Other Matters ..... 0000
Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes (sec. 651) ..... 0000
Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories (sec. 652) ..... 0000
Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components (sec. 653) ..... 0000
Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs (sec. 654) ..... 0000
Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis (sec. 655) ..... 0000
Report on food insecurity among members of the Armed Forces and their dependents (sec. 656) ..... 0000
Legislative Provisions Not Adopted ..... 0000
Basic allowance for housing for a member without dependents when relocation would financially disadvantage the member ..... 0000
Annual adjustment of basic pay ..... 0000
Space-available travel on military aircraft for children and surviving spouses of members who die of hostile action or training duty ..... 0000
Report regarding management of military commissaries and exchanges ..... 0000
Treatment of fees on services provided as supplemental funds for commissary operations ..... 0000
TITLE VII—HEALTH CARE PROVISIONS ..... 0000
Subtitle A—Tricare and Other Health Care Benefits ..... 0000
Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve (sec. 701) ..... 0000

Page

TITLE VII—HEALTH CARE PROVISIONS—Continued
Subtitle A—Tricare and Other Health Care Benefits—Continued
TRICARE payment options for retirees and their dependents (sec. 702) .......... 0000
Lead level screening and testing for children (sec. 703) .......... 0000
Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations (sec. 704) .......... 0000
Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas (sec. 705) .......... 0000
Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation (sec. 706) .......... 0000
Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances (sec. 707) .......... 0000
Subtitle B—Health Care Administration .......... 0000
Modification of organization of military health system (sec. 711) .......... 0000
Support by military health system of medical requirements of combatant commands (sec. 712) .......... 0000
Requirements for certain prescription drug labels (sec. 713) .......... 0000
Officers authorized to command Army dental units (sec. 714) .......... 0000
Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs (sec. 715) .......... 0000
Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program (sec. 716) .......... 0000
Inclusion of blast exposure history in medical records of members of the Armed Forces (sec. 717) .......... 0000
Comprehensive policy for provision of mental health care to members of the Armed Forces (sec. 718) .......... 0000
Limitation on the realignment or reduction of military medical manning end strength (sec. 719) .......... 0000
Strategy to recruit and retain mental health providers (sec. 720) .......... 0000
Development of partnerships to improve combat casualty care for personnel of the Armed Forces (sec. 721) .......... 0000
Modification to referrals for mental health services (sec. 722) .......... 0000
Subtitle C—Reports and Other Matters .......... 0000
Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice (sec. 731) .......... 0000
Extension and clarification of authority for Joint Department of Defense—Department of Veterans Affairs Medical Facility Demonstration Fund (sec. 732) .......... 0000
Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine (sec. 733) .......... 0000
Establishment of Academic Health System in National Capital Region (sec. 734) .......... 0000
Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies (sec. 735) .......... 0000
Three-year extension of authority to continue the DOD–VA Health Care Sharing Incentive Fund (sec. 736) .......... 0000
Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence (sec. 737) .......... 0000
Encouragement of participation in Women's Health Transition Training pilot program (sec. 738) .......... 0000
National Guard suicide prevention pilot program (sec. 739) .......... 0000
Pilot program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System (sec. 740) .......... 0000
Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense (sec. 741) .......... 0000
Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information (sec. 742) .......... 0000

Page

TITLE VII—HEALTH CARE PROVISIONS—Continued

Subtitle C—Reports and Other Matters—Continued

Study and plan on the use of military-civilian integrated health delivery systems (sec. 743) .......... 0000

Study on case management in the military health system (sec. 744) ... 0000

Report on Global Health Security Strategy and the National Biodefense Security (sec. 745) .......... 0000

Study on establishment of wounded warrior service dog program (sec. 746) .......... 0000

GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions (sec. 747) .......... 0000

Reports on Millennium Cohort Study relating to women members of the Armed Forces (sec. 748) .......... 0000

Study on effects of sleep deprivation on readiness of members of the Armed Forces (sec. 749) .......... 0000

Study and report on traumatic brain injury mitigation efforts (sec. 750) .......... 0000

Legislative Provisions Not Adopted .......... 0000

Contraception coverage parity under the TRICARE program .......... 0000

Medical services at military medical treatment facilities for sexual assault survivors .......... 0000

Inclusion of infertility treatments for members of the uniformed services .......... 0000

Authorization of appropriations for TRICARE lead screening and testing for children .......... 0000

Tours of duty of commanders or directors of military treatment facilities .......... 0000

Comprehensive enterprise interoperability strategy for the Armed Forces and the Department of Veterans Affairs .......... 0000

Demonstration of interoperability milestones .......... 0000

Establishment of regional medical hubs to support combatant commands .......... 0000

Monitoring of adverse event data on dietary supplement use by members of the Armed Forces .......... 0000

Monitoring medication prescribing practices for the treatment of post-traumatic stress disorder .......... 0000

Maintenance of certain medical services at military medical treatment facilities at service academies .......... 0000

Establishment of military dental research program .......... 0000

Pilot program on cryopreservation and storage .......... 0000

Study on infertility among members of the Armed Forces .......... 0000

Study on extending parent's level of TRICARE health coverage to newborn child .......... 0000

Report on mental health assessments .......... 0000

Study and report on mental health assessments for members of the Armed Forces deployed in support of a contingency operation .......... 0000

Education on family planning for members of the Armed Forces .......... 0000

Funding for CDC ATSDR PFAS health study increment .......... 0000

Sense of the House of Representatives on increasing research and development in bioprinting and fabrication in austere military environments .......... 0000

Increased collaboration with NIH to combat triple negative breast cancer .......... 0000

Funding for post-traumatic stress disorder .......... 0000

Study on readiness contracts and the prevention of drug shortages .... 0000

Update of Department of Defense regulations, instructions, and other guidance to include gambling disorder .......... 0000

Findings on musculoskeletal injuries .......... 0000

National Capital Consortium Psychiatry Residency Program .......... 0000

Pilot program on partnerships with civilian organizations for specialized surgical training .......... 0000

Report on research and studies regarding health effects of burn pits .. 0000

Training on health effects of burn pits and other airborne hazards ..... 0000

Report on operational medical and dental personnel requirements ..... 0000

Partnerships with academic health centers .......... 0000

Page

TITLE VII—HEALTH CARE PROVISIONS—Continued
Legislative Provisions Not Adopted—Continued
Study on use of routine neuroimaging modalities in diagnosis, treatment, and prevention of brain injury due to blast pressure exposure during combat and training ..... 0000
TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS ..... 0000
Subtitle A—Acquisition Policy and Management ..... 0000
Authority for continuous integration and delivery of software applications and upgrades to embedded systems (sec. 800) ..... 0000
Pilot program on intellectual property evaluation for acquisition programs (sec. 801) ..... 0000
Pilot program to use alpha contracting teams for complex requirements (sec. 802) ..... 0000
Failure to provide other than certified cost or pricing data upon request (sec. 803) ..... 0000
Comptroller General report on price reasonableness (sec. 804) ..... 0000
Limitation on transfer of funds related to cost overruns and cost underruns (sec. 805) ..... 0000
Standardizing data collection and reporting on use of source selection procedures by Federal agencies (sec. 806) ..... 0000
Department of Defense use of fixed-price contracts (sec. 807) ..... 0000
Repeal of continuation of data rights during challenges (sec. 808) ..... 0000
Repeal of authority to waive acquisition laws to acquire vital national security capabilities (sec. 809) ..... 0000
Repeal of the Defense Cost Accounting Standards Board (sec. 810) ..... 0000
Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations ..... 0000
Modification of Director of Operational Test and Evaluation report (sec. 815) ..... 0000
Modification of written approval requirement for task and delivery order single contract awards (sec. 816) ..... 0000
Responsibility for data analysis and requirements validation for services contracts (sec. 817) ..... 0000
Documentation of market research related to commercial item determinations (sec. 818) ..... 0000
Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects (sec. 819) ..... 0000
Notification of Navy procurement production disruptions (sec. 820) ..... 0000
Modification to acquisition authority of the Commander of the United States Cyber Command (sec. 821) ..... 0000
Extension of Never Contract With the Enemy (sec. 822) ..... 0000
Modification of justification and approval requirement for certain Department of Defense contracts (sec. 823) ..... 0000
Extension of sunset relating to Federal Data Center Consolidation Initiative (sec. 824) ..... 0000
Pilot program to accelerate contracting and pricing processes (sec. 825) ..... 0000
Uniformity in application of micro-purchase threshold to certain task or delivery orders (sec. 826) ..... 0000
Requirement for cost estimates on models of commercial e-commerce portal program (sec. 827) ..... 0000
Subtitle C—Provisions Relating to Major Defense Acquisition Programs ..... 0000
Modification of requirements for reporting to Congress on certain acquisition programs (sec. 830) ..... 0000
Pilot program to streamline decision-making processes for weapon systems (sec. 831) ..... 0000
Analysis of alternatives pursuant to materiel development decisions (sec. 832) ..... 0000
Naval vessel certification required before Milestone B approval (sec. 833) ..... 0000
Subtitle D—Provisions Relating to the Acquisition System ..... 0000
Extramural acquisition innovation and research activities (sec. 835) ..... 0000
Report on realignment of the defense acquisition system to implement acquisition reforms (sec. 836) ..... 0000

Page

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS—Continued
Subtitle D—Provisions Relating to the Acquisition System—Continued
Report and limitation on the availability of funds relating to the "middle tier" of acquisition programs (sec. 837) .... 0000
Report on intellectual property policy and the cadre of intellectual property experts (sec. 838) .... 0000
Guidance and reports relating to covered defense business systems (sec. 839) .... 0000
Implementation guidance for use of a modular open system approach (sec. 840) .... 0000
Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense (sec. 841) .... 0000
Subtitle E—Industrial Base Matters .... 0000
Modernization of acquisition processes to ensure integrity of industrial base (sec. 845) .... 0000
Report requirements for the national technology and industrial base (sec. 846) .... 0000
Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors (sec. 847) ... 0000
Prohibition on operation or procurement of foreign-made unmanned aircraft systems (sec. 848) .... 0000
Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations (sec. 849) .... 0000
Acquisition and disposal of certain rare earth materials (sec. 850) .... 0000
Pilot program for development of technology-enhanced capabilities with partnership intermediaries (sec. 851) .... 0000
Authorized official to carry out the procurement technical assistance cooperative agreement program (sec. 852) .... 0000
Requirement that certain ship components be manufactured in the national technology and industrial base (sec. 853) .... 0000
Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment (sec. 854) .... 0000
Application of miscellaneous technology base policies and programs to the Columbia-class submarine program (sec. 855) .... 0000
Application of limitation on procurement of goods other than United States goods to the FFG—Frigate Program (sec. 856) .... 0000
Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate (sec. 857) .... 0000
Subtitle F—Provisions Relating to Acquisition Workforce .... 0000
Establishment of Defense Civilian Training Corps (sec. 860) .... 0000
Defense acquisition workforce certification, education, and career fields (sec. 861) .... 0000
Software development and software acquisition training and management programs (sec. 862) .... 0000
Modification of temporary assignments of Department of Defense employees to a private-sector organization (sec. 863) .... 0000
Incentives and consideration for qualified training programs (sec. 864) .... 0000
Use of qualified apprentices by military construction contractors (sec. 865) .... 0000
Subtitle G—Small Business Matters .... 0000
Requirements relating to credit for certain small business concern subcontractors (sec. 870) .... 0000
Inclusion of best in class designations in annual report on small business goals (sec. 871) .... 0000
Reauthorization and improvement of Department of Defense Mentor-Protege Program (sec. 872) .... 0000
Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act (sec. 873) .... 0000
Postaward explanations for unsuccessful offerors for certain contracts (sec. 874) .... 0000
Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses (sec. 875) .... 0000
Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans (sec. 876) .... 0000

Page

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS—Continued

Subtitle G—Small Business Matters—Continued

Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict (sec. 877) .... 0000

Modification to the Defense Research and Development Rapid Innovation Program (sec. 878) .... 0000

Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy (sec. 879) .... 0000

Assistance for small business concerns participating in the SBIR and STTR programs (sec. 880) .... 0000

Cybersecurity technical assistance under the SBIR and STTR Programs (sec. 881) .... 0000

Funding for defense research activities of small business concerns (sec. 882) .... 0000

Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program (sec. 883) .... 0000

Pilot program for domestic investment under the SBIR Program (sec. 884) .... 0000

Subtitle H—Other Matters .... 0000

Review of guidance to contractors on nondiscrimination on the basis of sex (sec. 885) .... 0000

Comptroller General report on contractor violations of certain labor laws (sec. 886) .... 0000

Comptroller General report on contingency contracting (sec. 887) .... 0000

Policies and procedures for contractors to report gross violations of internationally recognized human rights (sec. 888) .... 0000

Comptroller General report on oversight of contractors providing private security functions (sec. 889) .... 0000

Prohibition on contracting with persons that have business operations with the Maduro regime (sec. 890) .... 0000

Report on the Combating Trafficking in Persons initiative (sec. 891) .. 0000

Improved management of information technology and cyberspace investments (sec. 892) .... 0000

Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts (sec. 893) .... 0000

Legislative Provisions Not Adopted .... 0000

Modification to small purchase threshold exception to sourcing requirements for certain articles .... 0000

Rates for progress payments or performance-based payments .... 0000

Additional requirements for negotiations for noncommercial computer software .... 0000

Competition requirements for purchases from Federal Prison Industries .... 0000

Enhanced post-award debriefing rights .... 0000

Preference for offerors employing veterans .... 0000

Reporting on expenses incurred for independent research and development costs .... 0000

Assessment of precision-guided missiles for reliance on foreign-made microelectronic components .... 0000

Reporting on expenses incurred for bid and proposal costs .... 0000

Report on requirements relating to consumption-based solutions .... 0000

Supply chain security of certain telecommunications and video surveillance services or equipment .... 0000

Revised authorities to defeat adversary efforts to compromise United States defense capabilities .... 0000

Supply chain risk mitigation policies to be implemented through requirements generation process .... 0000

Size standard calculations for certain small business concerns .... 0000

Small Business Administration cybersecurity reports .... 0000

Cyber counseling certification program for lead small business development centers .... 0000

Page

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS—Continued
Legislative Provisions Not Adopted—Continued
Exemption of certain contracts from the periodic inflation adjustments to the acquisition-related dollar threshold .... 0000
Phase 0 Proof of Concept Partnership program for the Department of Defense .... 0000
Briefing on the Trusted Capital Marketplace pilot program .... 0000
Boots to Business Program .... 0000
Report and database on items manufactured in the United States for major defense acquisition programs .... 0000
Contractor science, technology, engineering, and math programs .... 0000
Report on cost growth of major defense acquisitions programs .... 0000
Report and strategy on terminated foreign contracts .... 0000
Prohibition on contracting with persons with willful or repeated violations of the Fair Labor Standards Act of 1938 .... 0000
Federal contractor disclosure of unpaid Federal tax liability .... 0000
Pilot program on payment of costs for denied Government Accountability Office bid protests .... 0000
GAO report on contracting practices of the Corps of Engineers .... 0000
Comptroller General report on defense business processes .... 0000
Amendments to research project transaction authorities to eliminate cost-sharing requirements and reduce burdens on use .... 0000
Report on contracts with entities affiliated with the Government of the People's Republic of China or the Chinese Communist Party .... 0000
Investment in supply chain security under Defense Production Act of 1950 .... 0000
TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT .... 0000
Subtitle A—Office of the Secretary of Defense and Related Matters .... 0000
Headquarters activities of the Department of Defense matters (sec. 901) .... 0000
Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering (sec. 902) .... 0000
Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters (sec. 903) .... 0000
Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense (sec. 904) .... 0000
Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor (sec. 905) .... 0000
Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program (sec. 906) .... 0000
Subtitle B—Organization and Management of Other Department of Defense Offices and Elements .... 0000
Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force (sec. 911) .... 0000
Subtitle C—Other Department of Defense Organization and Management Matters .... 0000
Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense (sec. 921) .... 0000
Limitation on consolidation of Defense Media Activity (sec. 922) .... 0000
Report on resources to implement the civilian casualty policy of the Department of Defense (sec. 923) .... 0000
Subtitle D—United States Space Force .... 0000
United States Space Force Act (secs. 951–961) .... 0000
Legislative Provisions Not Adopted .... 0000
Repeal of conditional designation of Explosive Ordnance Disposal Corps as a basic branch of the Army .... 0000
Modernization of certain forms and surveys .... 0000
TITLE X—GENERAL PROVISIONS .... 0000
Subtitle A—Financial Matters .... 0000
General transfer authority (sec. 1001) .... 0000
Defense Business Audit Remediation Plan (sec. 1002) .... 0000

Page

TITLE X—GENERAL PROVISIONS—Continued
Subtitle A—Financial Matters—Continued
Financial improvement and audit remediation plan (sec. 1003) .......... 0000
Reporting requirements relating to Department of Defense audits (sec. 1004) .......... 0000
Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands (sec. 1005) .......... 0000
Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munition Requirements and Out-Year Inventory numbers (sec. 1006) .......... 0000
Annual budget justification display for service-common and other support and enabling capabilities for special operations forces (sec. 1007) .......... 0000
Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs (sec. 1008) .......... 0000
Plan of the Department of Defense for financial management information (sec. 1009) .......... 0000
Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund (sec. 1010) .......... 0000
Transparency of accounting firms used to support Department of Defense audit (sec. 1011) .......... 0000
Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense (sec. ) .......... 0000
Subtitle B—Counterdrug Activities .......... 0000
Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia (sec. 1021) .......... 0000
Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities (sec. 1022) .......... 0000
Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin (sec. 1023) .......... 0000
Assessment of impact of proposed border wall on volume of illegal narcotics (sec. 1024) .......... 0000
Subtitle C—Naval Vessels .......... 0000
Modification of authority to purchase vessels using funds in National Defense Sealift Fund (sec. 1031) .......... 0000
Use of National Defense Sealift Fund for procurement of two used vessels (sec. 1032) .......... 0000
Transportation by sea of supplies for the Armed Forces and Defense Agencies (sec. 1033) .......... 0000
Senior Technical Authority for each naval vessel class (sec. 1034) .......... 0000
Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment (sec. 1035) .......... 0000
Formal training for shipboard system programs of record (sec. 1036) . 0000
Report on shipbuilder training and the defense industrial base (sec. 1037) .......... 0000
Use of competitive procedures for CVN–80 and CVN–81 dual aircraft carrier contract (sec. 1038) .......... 0000
Report on expanding naval vessel maintenance (sec. 1039) .......... 0000
Subtitle D—Counterterrorism .......... 0000
Modification of support of special operations to combat terrorism (sec. 1041) .......... 0000
Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries (sec. 1042) .......... 0000
Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States (sec. 1043) .......... 0000
Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba (sec. 1044) ... 0000
Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba (sec. 1045) .......... 0000

Page

TITLE X—GENERAL PROVISIONS—Continued
Subtitle D—Counterterrorism—Continued
Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba (sec. 1046) .... 0000
Independent assessment on gender and countering violent extremism (sec. 1047) .... 0000
Subtitle E—Miscellaneous Authorities and Limitations .... 0000
Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments (sec. 1051) .... 0000
Explosive ordnance defense disposal program (sec. 1052) .... 0000
Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense (sec. 1053) .... 0000
Notification on the provision of defense sensitive support (sec. 1054) .. 0000
Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas (sec. 1055) .... 0000
Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces (sec. 1056) .... 0000
Expenditure of funds for Department of Defense intelligence and counterintelligence activities (sec. 1057) .... 0000
Limitation on use of funds for the inactivation of Army watercraft units (sec. 1058) .... 0000
Legislative Provisions Not Adopted .... 0000
Independent public accountant audit of financial systems of the Department of Defense .... 0000
Modification of authority to provide support to other agencies for counterdrug activities and activities to counter transnational organized crime .... 0000
Repeal of Secretary of Defense review of curricula and program structures of National Guard counterdrug schools .... 0000
Clarification of authority of military commissions under chapter 47A of title 10, United States Code, to punish contempt .... 0000
Prohibition on use of funds for transfer to and detention of additional individuals, including United States citizens, at United States Naval Station, Guantanamo Bay, Cuba .... 0000
Enhancement of authorities on forfeiture of Federal benefits by the National Guard .... 0000
Public availability of military commission proceedings .... 0000
Limitation on placement by the Under Secretary of Defense for Personnel and Readiness of work with federally funded research and development centers .... 0000
Modification and technical correction of authority for deployment of members of the Armed Forces to the southern land border of the United States .... 0000
Use of funds for defense of the Armed Forces and United States citizens against attack by foreign hostile forces .... 0000
Prohibition on use of funds for construction of a wall, fence, or other physical barrier along the southern border of the United States .... 0000
Limitation on use of funds to house children separated from parents . 0000
Limitation on use of funds for providing housing for unaccompanied alien children .... 0000
Transfer of certain items included in categories I, II, and III of the United States Munitions List to the Commerce Control List .... 0000
Limitation on use of funds for reimbursement of expenses at certain properties .... 0000
Limitation on use of funds for exhibition of parade of military forces and hardware for review by the President .... 0000
Prohibition on use of DOD equipment, personnel, and facilities for ICE detention .... 0000
Report on joint force plan for implementation of strategies of the Department of Defense for the Arctic .... 0000

Page

TITLE X—GENERAL PROVISIONS—Continued
Legislative Provisions Not Adopted—Continued
Report on use of Northern Tier bases in implementation of Arctic strategy of the United States ..... 0000
Comptroller General of the United States report on post-government employment of former Department of Defense officials ..... 0000
Elimination of requirement to submit reports to Congress in paper format ..... 0000
Sense of Congress regarding modular airborne fire fighting system ..... 0000
Report on policies relating to small farms ..... 0000
Report on financial costs of overseas United States military posture and operations ..... 0000
Public availability of Chief Management Office annual budget reports ..... 0000
Plan to increase and expand cold weather training ..... 0000
Comptroller General review of Department of Defense support for the Department of Homeland Security operations on the southwest border of the United States ..... 0000
Disposal of IPv4 addresses ..... 0000
Prohibition on denial of Department of Veterans Affairs home loans for veterans who legally work in the marijuana industry ..... 0000
Inclusion on the Vietnam Veterans Memorial Wall of the names of the lost crew members of the U.S.S. Frank E. Evans killed on June 3, 1969 ..... 0000
Report on executive helicopter flights in the National Capital Region ..... 0000
Review of foreign currency exchange rates and analysis of Foreign Currency Fluctuations Appropriation ..... 0000
Contracts by the President or Vice President ..... 0000
Interoperability of communications between military installations and adjacent jurisdictions ..... 0000
Chinese language and culture studies within the Defense Language and National Security Education Office ..... 0000
Modification of prohibition on availability of funds for Chinese language programs at certain institutions of higher education ..... 0000
Lessons learned and best practices on progress of gender integration implementation in the Armed Forces ..... 0000
Strategies for recruitment and retention of women in the Armed Forces ..... 0000
Honoring last surviving Medal of Honor recipient of Second World War ..... 0000
Credit monitoring ..... 0000
Sense of Congress regarding Army Contracting Command-New Jersey ..... 0000
Review and report on experimentation with ticks and insects ..... 0000
Pilot program to provide broadband access to military families and medical facilities on remote and isolated bases ..... 0000
Sense of Congress regarding military working dogs and soldier handlers ..... 0000
Funding limitation for the Erie Canalway National Heritage Corridor ..... 0000
Inspection of facilities used to house, detain, screen, and review migrants and refugees ..... 0000
Sense of Congress regarding the 2001 Authorization for Use of Military Force ..... 0000
Prohibition on export of air to ground munitions, related components and parts of such munitions, and related services to Saudi Arabia and the United Arab Emirates ..... 0000
Reporting regarding cancelled appropriations ..... 0000
Inclusion of progress of the Department of Defense in achieving auditable financial statements in annual reports on the Financial Improvement and Audit Remediation Plan ..... 0000
Silver Star Service Banner Day ..... 0000
Comptroller General of the United States report on the effects of continuing resolutions on readiness and planning of the Department of Defense ..... 0000
Sense of Congress on the naming of a naval vessel in honor of Senior Chief Petty Officer Shannon Kent ..... 0000

Page
TITLE XI—CIVILIAN PERSONNEL MATTERS .... 0000
Subtitle A—General Provisions .... 0000
Defense Advanced Research Projects Agency personnel management authority (sec. 1101) .... 0000
Report on the probationary period for Department of Defense employees (sec. 1102) .... 0000
Civilian personnel management (sec. 1103) .... 0000
One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone (sec. 1104) .... 0000
One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas (sec. 1105) .... 0000
Performance of civilian functions by military personnel (sec. 1106) .... 0000
Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base (sec. 1107) .... 0000
Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees (sec. 1108) .... 0000
Modification of direct hire authorities for the Department of Defense (sec. 1109) .... 0000
Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act (sec. 1110) .... 0000
Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown (sec. 1111) .... 0000
Limitation on transfer of Office of Personnel Management (sec. 1112) 0000
Assessment of Accelerated Promotion Program suspension (sec. 1113) .... 0000
Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation (sec. 1114) .... 0000
Clarification of limitation on expedited hiring authority for post-secondary students (sec. 1115) .... 0000
Modification of temporary assignments of Department of Defense employees to a private-sector organization (sec. 1116) .... 0000
Extension of authority for part-time reemployment (sec. 1117) .... 0000
Subtitle B—Fair Chance Act .... 0000
Short title (sec. 1121–1124) .... 0000
Subtitle C—ATC Hiring Reform .... 0000
ATC Hiring Reform (secs. 1131–1135) .... 0000
Legislative Provisions Not Adopted .... 0000
Prohibited personnel practices .... 0000
Enhancement of antidiscrimination protections for Federal employees .... 0000
Permitted disclosures by whistleblowers .... 0000
Interim stay authority to protect whistleblowers .... 0000
Review of Standard Occupational Classification System .... 0000
TITLE XII—MATTERS RELATING TO FOREIGN NATIONS .... 0000
Subtitle A—Assistance and Training .... 0000
Modification of authority to build capacity of foreign security forces (sec. 1201) .... 0000
Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations (sec. 1202) .... 0000
Modifications of authorities relating to acquisition and cross-servicing agreements (sec. 1203) .... 0000
Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities (sec. 1204) ... 0000
Gender perspectives and participation by women in security cooperation activities (sec. 1205) .... 0000
Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities (sec. 1206) .... 0000
Extension of authority for support of special operations for irregular warfare (sec. 1207) .... 0000

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Subtitle A—Assistance and Training—Continued
Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss (sec. 1208) ..... 0000
Two-year extension of program authority for Global Security Contingency Fund (sec. 1209) ..... 0000
Legal institutional capacity building initiative for foreign defense institutions (sec. 1210) ..... 0000
Department of Defense support for stabilization activities in national security interest of the United States (sec. 1210A) ..... 0000
Subtitle B—Matters Relating to Afghanistan and Pakistan ..... 0000
Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan (sec. 1211) ..... 0000
Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan (sec. 1212) ..... 0000
Authority for certain payments to redress injury and loss (sec. 1213) . 0000
Extension and modification of semiannual report on enhancing security and stability in Afghanistan (sec. 1214) ..... 0000
Special Immigrant Visa Program reporting requirement (sec. 1215) ... 0000
Meaningful inclusion of Afghan women in peace negotiations (sec. 1216) ..... 0000
Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations (sec. 1217) ..... 0000
Support for reconciliation activities led by the Government of Afghanistan (sec. 1218) ..... 0000
Modification and Extension of the Afghan Special Immigrant Visa Program (sec. 1219) ..... 0000
Subtitle C—Matters Relating to Syria, Iraq, and Iran ..... 0000
Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria (sec. 1221) ..... 0000
Extension and modification of authority to provide assistance to the vetted Syrian groups and individuals (sec. 1222) ..... 0000
Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq (sec. 1223) ..... 0000
Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria (sec. 1224) ..... 0000
Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria (sec. 1225) ..... 0000
Expansion of availability of financial assets of Iran to victims of terrorism (sec. 1226) ..... 0000
Report on the status of deconfliction channels with Iran (sec. 1227) ... 0000
Prohibition on provision of weapons and other forms of support to certain organizations (sec. 1228) ..... 0000
Subtitle D—Matters Relating to the Russian Federation ..... 0000
Extension of limitation on military cooperation between the United States and Russia (sec. 1231) ..... 0000
Prohibition on availability of funds relating to sovereignty of Russia over Crimea (sec. 1232) ..... 0000
Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia (sec. 1233) ..... 0000
United States participation in Open Skies Treaty (sec. 1234) ..... 0000
Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty (sec. 1235) ..... 0000
Report on treaties relating to nuclear arms control (sec. 1236) ..... 0000
Reports relating to the New START Treaty (sec. 1237) ..... 0000
Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region (sec. 1238) ..... 0000
Updated strategy to counter the threat of malign influence by the Russian Federation and other countries (sec. 1239) ..... 0000
Subtitle E—Matters Relating to Europe and NATO ..... 0000

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Subtitle E—Matters Relating to Europe and NATO—Continued
Sense of Congress on support for the North Atlantic Treaty Organization (sec. 1241) .... 0000
Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty (sec. 1242) .... 0000
Future years plans and planning transparency for European Deterrence Initiative (sec. 1243) .... 0000
Modification and extension of Ukraine Security Assistance Initiative (sec. 1244) .... 0000
Limitation on transfer of F–35 aircraft to Turkey (sec. 1245) .... 0000
Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression (sec. 1246) .... 0000
Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises (sec. 1247) .... 0000
Extension and modification of NATO Special Operations Headquarters (sec. 1248) .... 0000
North Atlantic Treaty Organization Joint Force Command (sec. 1249) .... 0000
Report on North Atlantic Treaty Organization Readiness Initiative (sec. 1250) .... 0000
Repeal of prohibition on transfer of articles on the United States Munitions List to the Republic of Cyprus (sec. 1250A) .... 0000
Subtitle F—Matters Relating to the Indo–Pacific Region .... 0000
Modification of Indo-Pacific Maritime Security Initiative (sec. 1251) .... 0000
Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds (sec. 1252) .... 0000
Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies (sec. 1253) . 0000
Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea (sec. 1254) .... 0000
Report on direct, indirect, and burden-sharing contributions of Japan and South Korea (sec. 1255) .... 0000
Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea (sec. 1256) .... 0000
Sense of Congress on North Korea (sec. 1257) .... 0000
Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines (sec. 1258) .... 0000
Report on security cooperation with the Philippine National Police (sec. 1259) .... 0000
Modification of annual report on military and security developments involving the People's Republic of China (sec. 1260) .... 0000
Report on foreign military activities in Pacific Island countries (sec. 1260A) .... 0000
Report on cybersecurity activities with Taiwan (sec. 1260B) .... 0000
Review and report related to the Taiwan Relations Act (sec. 1260C) .. 0000
Sense of Congress on enhancement of the United States-Taiwan defense relationship (sec. 1260D) .... 0000
Chinese foreign direct investment in countries of the Arctic region (sec. 1260E) .... 0000
Sense of Congress on policy toward Hong Kong (sec. 1260F) .... 0000
Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore (sec. 1260G) .... 0000
Authority to transfer funds for Bien Hoa dioxin cleanup (sec. 1260H) 0000
Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security (1260I) .... 0000
Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order (sec. 1260J) .... 0000
Report on the lay-down of United States Marines in the Indo-Pacific region (sec. 1260K) .... 0000
Subtitle G—Other Matters .... 0000

WASHSTATEC005734

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Subtitle G—Other Matters—Continued
Modification to report on legal and policy frameworks for the use of military force (sec. 1261) ..... 0000
Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command (sec. 1262) ..... 0000
United States Central Command posture assessment and review (sec. 1263) ..... 0000
Limitation on production of nuclear proliferation assessment statements (sec. 1264) ..... 0000
Western hemisphere resource assessment (sec. 1265) ..... 0000
Human rights in Brazil (sec. 1266) ..... 0000
Certification relating to assistance for Guatemala (sec. 1267) ..... 0000
Independent analysis of human rights situation in Honduras (sec. 1268) ..... 0000
Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm (sec. 1269) ..... 0000
Report on implications of Chinese military presence in Djibouti (sec. 1270) ..... 0000
Rule of construction on the permanent stationing of United States Armed Forces in Somalia (sec. 1271) ..... 0000
Defense and diplomatic strategy for Libya (sec. 1272) ..... 0000
Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen (sec. 1273) ..... 0000
Report on Saudi led coalition strikes in Yemen (sec. 1274) ..... 0000
Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen (sec. 1275) ..... 0000
Report on Saudi Arabia's human rights record (sec. 1276) ..... 0000
Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi (sec. 1277) ..... 0000
United States-Israel cooperation to counter unmanned aerial systems (sec. 1278) ..... 0000
Extension and modification of authority for United States-Israel anti-tunnel cooperation activities (sec. 1279) ..... 0000
Report on cost imposition strategy (sec. 1280) ..... 0000
Modification of initiative to support protection of national security academic researchers from undue influence and other security threats (sec. 1281) ..... 0000
Modification of responsibility for policy on civilian casualty matters (sec. 1282) ..... 0000
Report on export of certain satellites to entities with certain beneficial ownership status (sec. 1283) ..... 0000
Rule of construction relating to use of military force (sec. 1284) ..... 0000
Reports and briefings on use of military force and support of partner forces (sec. 1285) ..... 0000
Legislative Provisions Not Adopted ..... 0000
Report on participants in security cooperation training programs and recipients of security assistance training that have been designated for human rights abuses or terrorist activities ..... 0000
Prohibition on use of funds to transfer defense articles and services to Azerbaijan ..... 0000
Multinational regional security education center ..... 0000
Training for participants in professional military education programs ..... 0000
Report on plan to transfer funds in connection with the provision of support under section 385 of title 10, United States Code ..... 0000
Rule of construction relating to use of military force against Iran ..... 0000
Sense of Congress on support for Ministry of Peshmerga Forces of the Kurdistan Region of Iraq ..... 0000
Sense of Congress on supporting the return and repatriation of religious and ethnic minorities in Iraq to their ancestral homelands ..... 0000
Prohibition of unauthorized military force in or against Iran ..... 0000
Report on Russian military involvement in the AFRICOM AOR ..... 0000
United States actions relating to Russian interference in elections for Federal office ..... 0000

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Legislative Provisions Not Adopted—Continued
Extension and modification of report on military and security developments involving North Korea .......... 0000
Modification of report relating to enhancing defense and security cooperation with India .......... 0000
Sense of Congress on the enduring United States commitment to the Freely Associated States .......... 0000
Report by Defense Intelligence Agency on certain military capabilities of China and Russia .......... 0000
Sense of Congress on United States-India defense relationship .......... 0000
Report on value of investments in dual use infrastructure projects by NATO member states .......... 0000
Sense of Senate on the United States-Japan alliance and defense cooperation .......... 0000
European Center of Excellence for Countering Hybrid Threats .......... 0000
Sense of Senate on United States-India defense relationship .......... 0000
Sense of Congress on European investments in national security .......... 0000
Briefing on Department of Defense program to protect United States students against foreign assets .......... 0000
Sense of Senate on enhanced cooperation with Pacific Island countries to establish open-source intelligence fusion centers in the Indo-Pacific region .......... 0000
Limitation on availability of certain funds until report submitted on Department of Defense awards and disciplinary action as a result of the 2017 incident in Niger .......... 0000
Rule of construction relating to use of military force against Venezuela .......... 0000
Restriction on emergency authority relating to arms sales under the Arms Export Control Act .......... 0000
Report on annual defense spending by ally and partner countries .......... 0000
Reports on contributions to the North Atlantic Treaty Organization .......... 0000
Sense of Congress on the United States-Israel relationship .......... 0000
Sense of Congress on stability of the Caucasus region and the continuation of the Nagorno Karabakh cease-fire .......... 0000
Limitation on use of funds from the Special Defense Acquisition Fund .......... 0000
Prohibition on the use of emergency authorities for the sale or transfer of defense articles and services to Saudi Arabia and the United Arab Emirates .......... 0000
Prohibition on support for military participation against the Houthis 0000
Report on efforts to combat Boko Haram in Nigeria and the Lake Chad Basin .......... 0000
Sense of Congress relating to Mongolia .......... 0000
Report on relationship between Lebanese armed forces and Hizballah .......... 0000
Imposition of sanctions relating to Central America .......... 0000
Report on hostilities involving United States Armed Forces .......... 0000
Repeal of Authorization for the Use of Military Force .......... 0000
Short title .......... 0000
Modification of certification and report requirements relating to sales of major defense equipment with respect to which nonrecurring costs of research, development, and production are waived or reduced under the Arms Export Control Act .......... 0000
Review and report on use and management of administrative surcharges under the foreign military sales program .......... 0000
Performance measures to monitor foreign military sales program .......... 0000
Report and briefing on administrative budgeting of foreign military sales program .......... 0000
Training program for relevant officials and staff of the Defense Security Cooperation Agency .......... 0000
Definitions .......... 0000
Sense of Senate on security concerns with respect to leasing arrangements for the Port of Haifa in Israel .......... 0000
Matters relating to Burma .......... 0000
Sanctions with respect to foreign persons that engage in activities described in section 1281(a)(2) .......... 0000

Page

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS—Continued
Legislative Provisions Not Adopted—Continued
Stop Financing of Al-Shabaab Act .......... 0000
Report on contracts with entities affiliated with the Government of the People's Republic of China or the Chinese Communist Party 0000
United States-India defense cooperation in the Western Indian Ocean .......... 0000
Sense of Congress on Hong Kong port visits .......... 0000
Implementation of the Asia Reassurance Initiative Act with regard to Taiwan arms sales .......... 0000
TITLE XIII—COOPERATIVE THREAT REDUCTION .......... 0000
Funding allocations; specification of cooperative threat reduction funds (sec. 1301) .......... 0000
Legislative Provisions Not Adopted .......... 0000
Funding for cooperative biological engagement program .......... 0000
Cooperative Threat Reduction Program enhancement .......... 0000
TITLE XIV—OTHER AUTHORIZATIONS .......... 0000
Subtitle A—Military Programs .......... 0000
Working capital funds (sec. 1401) .......... 0000
Chemical agents and munitions destruction, defense (sec. 1402) .......... 0000
Drug interdiction and counter-drug activities, defense-wide (sec. 1403) .......... 0000
Defense inspector general (sec. 1404) .......... 0000
Defense health program (sec. 1405) .......... 0000
Subtitle B—Other Matters .......... 0000
Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois (sec. 1411) .......... 0000
Authorization of appropriations for Armed Forces Retirement Home (sec. 1412) .......... 0000
Legislative Provisions Not Adopted .......... 0000
National Defense Sealift Fund .......... 0000
Expansion of eligibility for residence at the Armed Forces Retirement Home .......... 0000
TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR OVERSEAS CONTINGENCY OPERATIONS .......... 0000
Purpose (sec. 1501) .......... 0000
Treatment as additional authorizations (sec. 1502) .......... 0000
Subtitle A—Authorization of Appropriations for Overseas Contigency Operations .......... 0000
Overseas contingency operations (sec. 1511) .......... 0000
Procurement (sec. 1512) .......... 0000
Research, development, test, and evaluation (sec. 1513) .......... 0000
Operation and maintenance (sec. 1514) .......... 0000
Military personnel (sec. 1515) .......... 0000
Working capital funds (sec. 1516) .......... 0000
Drug interdiction and counter-drug activities, defense-wide (sec. 1517) .......... 0000
Defense inspector general (sec. 1518) .......... 0000
Defense health program (sec. 1519) .......... 0000
Afghanistan Security Forces Fund (sec. 1520) .......... 0000
Special transfer authority (sec. 1520A) .......... 0000
Subtitle B—Authorization of Appropriations for Emergency Funds for Recovery and Restoration .......... 0000
Procurement (sec. 1521) .......... 0000
Research, development, test, and evaluation (sec. 1522) .......... 0000
Operation and maintenance (sec. 1523) .......... 0000
Restriction on transfer of funds authorized by this subtitle (sec. 1524) .......... 0000
Legislative Provisions Not Adopted .......... 0000
Review of Joint Improvised-Threat Defeat Organization research relating to humanitarian demining efforts .......... 0000
TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS .......... 0000
Budget Items .......... 0000

Page
TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS—Continued
Budget Items—Continued
Standard Missile-3 Block IIA flight test against intercontinental ballistic missile target ..... 0000
Subtitle A—Space Activities ..... 0000
Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command (sec. 1601) ..... 0000
Coordination of modernization efforts relating to military-code capable GPS receiver cards (sec. 1602) ..... 0000
Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System (sec. 1603) ..... 0000
Annual determination on plan on full integration and exploitation of overhead persistent infrared capability (sec. 1604) ..... 0000
Space-based environmental monitoring mission requirements (sec. 1605) ..... 0000
Resilient enterprise ground architecture (sec. 1606) ..... 0000
Prototype program for multi-global navigation satellite system receiver development (sec. 1607) ..... 0000
Commercial space situational awareness capabilities (sec. 1608) ..... 0000
Program to enhance and improve launch support and infrastructure (sec. 1609) ..... 0000
Preparation to implement plan for use of allied launch vehicles (sec. 1610) ..... 0000
Independent study on plan for deterrence in space (sec. 1611) ..... 0000
Study on leveraging diverse commercial satellite remote sensing capabilities (sec. 1612) ..... 0000
Annual report on Space Command and Control program (sec. 1613) ..... 0000
Report on Space Debris (sec. 1614) ..... 0000
Subtitle B—Defense Intelligence and Intelligence-Related Activities ..... 0000
Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security (sec. 1621) ..... 0000
Modifications to ISR Integration Council and annual briefing requirements (sec. 1622) ..... 0000
Modification of annual authorization of appropriations for National Flagship Language Initiative (sec. 1623) ..... 0000
Improving the onboarding methodology for intelligence personnel (sec. 1624) ..... 0000
Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data (sec. 1625) ..... 0000
Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements (sec. 1626) ..... 0000
Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency (sec. 1627) ..... 0000
Report on the expanded purview of the Defense Counterintelligence and Security Agency (sec. 1628) ..... 0000
Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities (sec. 1629) ..... 0000
Subtitle C—Cyberspace-Related Matters ..... 0000
Matters relating to military operations in the information environment (sec. 1631) ..... 0000
Notification requirements for sensitive military cyber operations (sec. 1632) ..... 0000
Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense (sec. 1633) ..... 0000
Quarterly assessments of the readiness of Cyber Mission Forces (sec. 1634) ..... 0000
Cyber posture review (sec. 1635) ..... 0000
Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command (sec. 1636) ..... 0000
Modification of cyber scholarship program (sec. 1637) ..... 0000

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS—Continued
Subtitle C—Cyberspace-Related Matters—Continued
Tier 1 exercise of support to civil authorities for a cyber incident (sec. 1638) ..... 0000
Extension of the Cyberspace Solarium Commission (sec. 1639) ..... 0000
Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects (sec. 1640) ..... 0000
Role of Chief Information Officer in improving enterprise-wide cybersecurity (sec. 1641) ..... 0000
Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace (sec. 1642) ..... 0000
Limitation of funding for Consolidated Afloat Networks and Enterprise Services (sec. 1643) ..... 0000
Annual military cyberspace operations report (sec. 1644) ..... 0000
Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities (sec. 1645) ..... 0000
Control and analysis of Department of Defense data stolen through cyberspace (sec. 1646) ..... 0000
Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products (sec. 1647) ..... 0000
Framework to enhance cybersecurity of the United States defense industrial base (sec. 1648) ..... 0000
Report on cybersecurity training programs (sec. 1649) ..... 0000
National Security Presidential Memorandums relating to Department of Defense operations in cyberspace (sec. 1650) ..... 0000
Reorientation of Big Data Platform program (sec. 1651) ..... 0000
Zero-based review of Department of Defense cyber and information technology personnel (sec. 1652) ..... 0000
Study on improving cyber career paths in the Navy (sec. 1653) ..... 0000
Accreditation standards and processes for cybersecurity and information technology products and services (sec. 1654) ..... 0000
Study on future cyber warfighting capabilities of Department of Defense (sec. 1655) ..... 0000
Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquarters-Cyber organizations, Joint Mission Operations Centers, and Cyber Operations-Integrated Planning Elements (sec. 1656) ..... 0000
Cyber governance structures and Principal Cyber Advisors on military cyber force matters (sec. 1657) ..... 0000
Designation of test networks for testing and accreditation of cybersecurity products and services (sec. 1658) ..... 0000
Consortia of universities to advise Secretary of Defense on cybersecurity matters (sec. 1659) ..... 0000
Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements (sec. 1660) ..... 0000
Subtitle D—Nuclear Forces ..... 0000
Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System (sec. 1661) ..... 0000
Modification of authorities relating to nuclear command, control, and communications system (sec. 1662) ..... 0000
Briefings on meetings held by Nuclear Weapons Council (sec. 1663) ..... 0000
Consideration of budget matters at meetings of Nuclear Weapons Council (sec. 1664) ..... 0000
Improvement to annual report on the modernization of the nuclear weapons enterprise (sec. 1665) ..... 0000
Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system (sec. 1666) ..... 0000
Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe (sec. 1667) ..... 0000
Elimination of conventional requirement for long-range standoff weapon (sec. 1668) ..... 0000
Briefing on long-range standoff weapon and sea-launched cruise missile (sec. 1669) ..... 0000

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS—Continued
Subtitle D—Nuclear Forces—Continued
Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile (sec. 1670) ..... 0000
Reports on development of ground-based strategic deterrent weapon (sec. 1671) ..... 0000
Prohibition on reduction of the intercontinental ballistic missiles of the United States (sec. 1672) ..... 0000
Independent study on policy of no-first-use of nuclear weapons (sec. 1673) ..... 0000
Independent study on risks of nuclear terrorism and nuclear war (sec. 1674) ..... 0000
Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war (sec. 1675) ..... 0000
Report on nuclear forces of the United States and near-peer countries (sec. 1676) ..... 0000
Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons (sec. 1677) ..... 0000
Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons (sec. 1678) ..... 0000
Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems (sec. 1679) ..... 0000
Sense of Congress on nuclear deterrence commitments of the United States (sec. 1680) ..... 0000
Subtitle E—Missile Defense Programs ..... 0000
National missile defense policy (sec. 1681) ..... 0000
Development of space-based ballistic missile intercept layer (sec. 1682) ..... 0000
Development of hypersonic and ballistic missile tracking space sensor payload (sec. 1683) ..... 0000
Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system (sec. 1684) ..... 0000
Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production (sec. 1685) ..... 0000
Limitation on availability of funds for lower tier air and missile defense sensor (sec. 1686) ..... 0000
Plan for the redesigned kill vehicle replacement (sec. 1687) ..... 0000
Organization, authorities, and billets of the Missile Defense Agency (sec. 1688) ..... 0000
Annual assessment of ballistic missile defense system (sec. 1689) ..... 0000
Command and control, battle management, and communications program (sec. 1690) ..... 0000
Missile defense interceptor site in contiguous United States (sec. 1691) ..... 0000
Independent study on impacts of missile defense development and deployment (sec. 1692) ..... 0000
Report and briefing on multi-volume kill capability (sec. 1693) ..... 0000
Subtitle F—Other Matters ..... 0000
Extension of authorization for protection of certain facilities and assets from unmanned aircraft (sec. 1694) ..... 0000
Repeal of requirement for commission on electromagnetic pulse attacks and similar events (sec. 1695) ..... 0000
Repeal of review requirement for ammonium perchlorate report (sec. 1696) ..... 0000
Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms (sec. 1697) ..... 0000
Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems (sec. 1698) ..... 0000
Hard and deeply buried targets (sec. 1699) ..... 0000
Legislative Provisions Not Adopted ..... 0000
National Security Space Launch Program ..... 0000

Page

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS—Continued
Legislative Provisions Not Adopted—Continued
Intelligence assessment of relationship between women and violent extremism ..... 0000
Modification of term of Commander of Air Force Space Command ..... 0000
Funding for Defense Counterintelligence and Security Agency ..... 0000
Report on potential Defense Intelligence Polygraph Examination Military Transition Program ..... 0000
Cybersecurity Defense Academy pilot program ..... 0000
Expansion of authority for access and information relating to cyberattacks on Department of Defense operationally critical contractors ..... 0000
Briefing on memorandum of understanding relating to joint operational planning and control of cyberattacks of national scale ..... 0000
Prohibition on availability of funds for deployment of low-yield ballistic missile warhead ..... 0000
Sense of the Senate on industrial base for ground-based strategic deterrent program ..... 0000
Missile defense radar in Hawaii ..... 0000
Sense of the Senate on missile defense technology development priorities ..... 0000
Modification to reports on certain solid rocket motors ..... 0000
Sense of Senate on support for a robust and modern ICBM force to maximize the value of the nuclear triad of the United States ..... 0000
TITLE XVII—REPORTS AND OTHER MATTERS ..... 0000
Subtitle A—Studies And Reports ..... 0000
Modification of annual reporting requirement on defense manpower (sec. 1701) ..... 0000
Termination of requirement for submittal to Congress of certain recurring reports (sec. 1702) ..... 0000
Modification of annual report on civilian casualties in connection with United States military operations (sec. 1703) ..... 0000
Extension of requirement for briefings on the national biodefense strategy (sec. 1704) ..... 0000
Authorization of appropriations for title III of the Defense Production Act of 1950 (sec. 1705) ..... 0000
Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic (sec. 1706) ..... 0000
Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense (sec. 1707) ..... 0000
Report and briefing on implementation of national defense strategy (sec. 1708) ..... 0000
Actions to increase analytic support (sec. 1709) ..... 0000
Inclusion of certain individuals investigated by Inspectors General in the semiannual report (sec. 1710) ..... 0000
Annual report on Joint Military Information Support Operations Web Operations Center (sec. 1711) ..... 0000
Mobility capability requirements study (sec. 1712) ..... 0000
Assessment of special operations force structure (sec. 1713) ..... 0000
Army aviation strategic plan and modernization roadmap (sec. 1714) 0000
Report on ground based long-range artillery to counter land and maritime threats (sec. 1715) ..... 0000
Independent review of transportation working-capital fund (sec. 1716) ..... 0000
Geographic command risk assessment of proposed use of certain aircraft capabilities (sec. 1717) ..... 0000
Report on the backlog of personnel security clearance adjudications (sec. 1718) ..... 0000
Report regarding outstanding Government Accountability Office recommendations (sec. 1719) ..... 0000
Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents (sec. 1720) ..... 0000
Assessment of standards, processes, procedures, and policy relating to civilian casualties (sec. 1721) ..... 0000

Page

TITLE XVII—REPORTS AND OTHER MATTERS—Continued
Subtitle A—Studies And Reports—Continued
Report on transfers of equipment to prohibited entities (sec. 1722) ..... 0000
Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities (sec. 1723) ......... 0000
Review and assessment of mitigation of military helicopter noise (sec. 1724) ..... 0000
Subtitle B—Other Matters ..... 0000
Technical, conforming, and clerical amendments (sec. 1731) ..... 0000
Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification (sec. 1732) ..... 0000
Clarification of authority of Inspectors General for overseas contingency operations (sec. 1733) ..... 0000
Employment status of annuitants for Inspectors General for overseas contingency operations (sec. 1734) ..... 0000
Extension of National Security Commission on Artificial Intelligence (sec. 1735) ..... 0000
Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense (sec. 1736) ..... 0000
Extension of postage stamp for breast cancer research (sec. 1737) ..... 0000
National Commission on Military Aviation Safety (sec. 1738) ..... 0000
Guarantee of residency for spouses of members of uniformed services (sec. 1739) ..... 0000
Electromagnetic pulses and geomagnetic disturbances (sec. 1740) ..... 0000
Improvements to Manufacturing USA Program (sec. 1741) ..... 0000
Regional innovation program (sec. 1742) ..... 0000
Aviation workforce development (sec. 1743) ..... 0000
Oversight of Department of Defense execute orders (sec. 1744) ..... 0000
Processes and procedures for notifications regarding special operations forces (sec. 1745) ..... 0000
Securing American science and technology (sec. 1746) ..... 0000
Standardized policy guidance for calculating aircraft operation and sustainment costs (sec. 1747) ..... 0000
Special Federal Aviation Regulation Working Group (sec. 1748) ..... 0000
Prohibition on names related to the Confederacy (sec. 1749) ..... 0000
Support for National Maritime Heritage Grants program (sec. 1750) . 0000
Support for world language advancement and readiness (sec. 1751) ... 0000
Designation of Department of Defense strategic Arctic ports (sec. 1752) ..... 0000
Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure (sec. 1753) .... 0000
Comprehensive Department of Defense policy on collective self-defense (sec. 1754) ..... 0000
Policy regarding the transition of data and applications to the cloud (sec. 1755) ..... 0000
Integrated public alert and warning system (sec. 1756) ..... 0000
Improving quality of information in background investigation request packages (sec. 1757) ..... 0000
Parole in place for members of the Armed Forces and certain military dependents (sec. 1758) ..... 0000
Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense (sec. 1759) ....... 0000
Military type certification for light attack experimentation aircraft (sec. 1760) ..... 0000
Legislative Provisions Not Adopted ..... 0000
Short title ..... 0000
Definitions ..... 0000
No Force and Effect ..... 0000
DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS ..... 0000
Summary and explanation of funding tables ..... 0000
Short title (sec. 2001) ..... 0000
Expiration of authorizations and amounts required to be specified by law (sec. 2002) ..... 0000
Effective date (sec. 2003) ..... 0000
TITLE XXI—ARMY MILITARY CONSTRUCTION ..... 0000
Summary ..... 0000

Page
TITLE XXI—ARMY MILITARY CONSTRUCTION—Continued
Authorized Army construction and land acquisition projects (sec. 2101) ..... 0000
Family housing (sec. 2102) ..... 0000
Authorization of appropriations, Army (sec. 2103) ..... 0000
Modification of authority to carry out certain fiscal year 2019 projects (sec. 2104) ..... 0000
TITLE XXII—NAVY MILITARY CONSTRUCTION ..... 0000
Summary ..... 0000
Authorized Navy construction and land acquisition projects (sec. 2201) ..... 0000
Family housing (sec. 2202) ..... 0000
Improvements to military family housing units (sec. 2203) ..... 0000
Authorization of appropriations, Navy (sec. 2204) ..... 0000
Modification of authority to carry out certain fiscal year 2017 project (sec. 2205) ..... 0000
TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION ..... 0000
Summary ..... 0000
Authorized Air Force construction and land acquisition projects (sec. 2301) ..... 0000
Family housing (sec. 2302) ..... 0000
Improvements to military family housing units (sec. 2303) ..... 0000
Authorization of appropriations, Air Force (sec. 2304) ..... 0000
Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation (sec. 2305) ..... 0000
Modification of authority to carry out certain fiscal year 2016 project (sec. 2306) ..... 0000
Modification of authority to carry out certain fiscal year 2017 project (sec. 2307) ..... 0000
Modification of authority to carry out certain fiscal year 2018 projects (sec. 2308) ..... 0000
Modification of authority to carry out certain fiscal year 2019 projects (sec. 2309) ..... 0000
TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION ..... 0000
Summary ..... 0000
Authorized Defense Agencies construction and land acquisition projects (sec. 2401) ..... 0000
Authorized Energy Resilience and Conservation Investment Program projects (sec. 2402) ..... 0000
Authorization of appropriations, Defense Agencies (sec. 2403) ..... 0000
TITLE XXV—INTERNATIONAL PROGRAMS ..... 0000
Subtitle A—North Atlantic Treaty Organization Security Investment Program ..... 0000
Summary ..... 0000
Authorized NATO construction and land acquisition projects (sec. 2501) ..... 0000
Authorization of appropriations, NATO (sec. 2502) ..... 0000
Subtitle B—Host Country In-Kind Contributions ..... 0000
Republic of Korea funded construction projects (sec. 2511) ..... 0000
TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES ..... 0000
Summary ..... 0000
Authorized Army National Guard construction and land acquisition projects (sec. 2601) ..... 0000
Authorized Army Reserve construction and land acquisition projects (sec. 2602) ..... 0000
Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects (sec. 2603) ..... 0000
Authorized Air National Guard construction and land acquisition projects (sec. 2604) ..... 0000
Authorized Air Force Reserve construction and land acquisition projects (sec. 2605) ..... 0000
Authorization of appropriations, National Guard and Reserve (sec. 2606) ..... 0000
Legislative Provisions Not Adopted ..... 0000
Review and report on construction of new, or maintenance of existing, direct fuel pipeline connections at Air National Guard and Air Force Reserve installations ..... 0000

Page

TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES ........... 0000
Summary ........ 0000
Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account (sec. 2701) ........ 0000
Prohibition on conducting additional base realignment and closure (BRAC) round (sec. 2702) ........ 0000

TITLE XXVIII—MILITARY CONSTRUCTION AND GENERAL PROVISIONS ........ 0000
Subtitle A—Military Construction Program ........ 0000
Military installation resilience plans and projects (sec. 2801) ........ 0000
Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes (sec. 2802) ........ 0000
Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities (sec. 2803) ........ 0000
Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience (sec. 2804) ........ 0000
Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects (sec. 2805) ........ 0000
Improved flood risk disclosure for military construction (sec. 2806) .... 0000
Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects (sec. 2807) ........ 0000
Technical corrections and improvements to defense access road resilience (sec. 2808) ........ 0000
Military construction projects for child development centers at military installations (sec. 2809) ........ 0000
Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack (sec. 2810) ........ 0000
Prohibition on use of funds to close or return certain bases to the host nation (sec. 2811) ........ 0000
Subtitle B—Real Property and Facilities Administration ........ 0000
Improved energy security for main operating bases in Europe (sec. 2821) ........ 0000
Access to Department of Defense installations for credentialed transportation workers (sec. 2822) ........ 0000
Improved recording and maintaining of Department of Defense real property data (sec. 2823) ........ 0000
Subtitle C—Land Conveyances ........ 0000
Land conveyance, Hill Air Force Base, Ogden, Utah (sec. 2831) ........ 0000
Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery (sec. 2832) ........ 0000
Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California (sec. 2833) ........ 0000
Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia (sec. 2834) ........ 0000
Subtitle D—Military Land Withdrawals ........ 0000
Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area (sec. 2841) ........ 0000
Subtitle E—White Sands National Park and White Sands Missile Range . 0000
White Sands Missile Range Land Enhancements (sec. 2851) ........ 0000
Subtitle F—Other Matters ........ 0000
Installation and maintenance of fire extinguishers in Department of Defense facilities (sec. 2861) ........ 0000
Definition of community infrastructure for purposes of military base reuse studies and community planning assistance (sec. 2862) ........ 0000
Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea (sec. 2863) ........ 0000
Black start exercises at military installations (sec. 2864) ........ 0000
Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense (sec. 2865) ........ 0000

Page

TITLE XXVIII—MILITARY CONSTRUCTION AND GENERAL PROVISIONS—Continued
Subtitle F—Other Matters—Continued
Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California (sec. 2866) ....... 0000
Designation of Sumpter Smith Joint National Guard Base (sec. 2867) ....... 0000
Santa Ynez Band of Chumash Indians land affirmation (sec. 2868) .... 0000
Lands to be taken into trust as part of the reservation of the Lytton Rancheria (sec. 2869) ....... 0000
Little Shell Tribe of Chippewa Indians of Montana (sec. 2870) ....... 0000
Sense of Congress on restoration of Tyndall Air Force Base (sec. 2871) ....... 0000
Legislative Provisions Not Adopted ....... 0000
Prohibition on use of military construction funds for construction of a wall, fence, or other physical barrier along the southern border of the United States ....... 0000
Modification and clarification of construction authority in the event of a declaration of war or national emergency ....... 0000
Modification of requirements relating to land acquisition in Arlington County, Virginia ....... 0000
Equal treatment of insured depository institutions and credit unions operating on military installations ....... 0000
Prohibition on use of funds to privatize temporary lodging on installations of Department of Defense ....... 0000
Report on encroachment challenges on military installations posed by non-military aircraft ....... 0000
Report on capacity of Department of Defense to provide survivors of natural disasters with emergency short-term housing ....... 0000
Continued Department of Defense use of heating, ventilation, and air conditioning systems utilizing variable refrigerant flow ....... 0000
Report on Department of Defense use of intergovernmental support agreements ....... 0000
Report on vulnerabilities from sea level rise to certain military installations located outside the continental United States ....... 0000
Report on projects awaiting approval from the Realty Governance Board ....... 0000
Report on lead service lines at military installations ....... 0000
Renaming of Lejeune High School in honor of Congressman Walter B. Jones ....... 0000
Operation, maintenance, and preservation of Mare Island Naval Cemetery, Vallejo, California ....... 0000
TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION ....... 0000
Subtitle A—Overseas Contingency Operations Military Construction ....... 0000
Summary ....... 0000
Authorized Army construction and land acquisition projects (sec. 2901) ....... 0000
Authorized Navy construction and land acquisition projects (sec. 2902) ....... 0000
Authorized Air Force construction and land acquisition projects (sec. 2903) ....... 0000
Authorized Defense Agencies construction and land acquisition projects (sec. 2904) ....... 0000
Authorization of appropriations (sec. 2905) ....... 0000
Subtitle B—Emergency Military Construction ....... 0000
Authorization of emergency Navy construction and land acquisition projects (sec. 2911) ....... 0000
Authorization of emergency Air Force construction and land acquisition projects (sec. 2912) ....... 0000
Authorization of emergency Army National Guard construction and land acquisition projects (sec. 2913) ....... 0000
Authorization of emergency Defense Agencies construction and land acquisition projects (sec. 2914) ....... 0000
Authorization of emergency supplemental appropriations for military construction projects (sec. 2915) ....... 0000

Page

TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION—Continued
Legislative Provisions Not Adopted .......... 0000
Replenishment of certain military constructions funds .......... 0000
TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM .......... 0000
Definitions (sec. 3001) .......... 0000
Subtitle A—Addition of New Reform Subchapter .......... 0000
Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing (sec. 3011) .......... 0000
Designation of Chief Housing Officer for privatized military housing (sec. 3012) .......... 0000
Additional requirements relating to contracts for privatized military housing (sec. 3013) .......... 0000
Additional requirements relating to management of privatized military housing (sec. 3014) .......... 0000
Consideration of contractor history in contracts for privatized military housing (sec. 3015) .......... 0000
Additional improvements for management of privatized military housing (sec. 3016) .......... 0000
Maintenance work order system for privatized military housing (sec. 3017) .......... 0000
Access by tenants of privatized military housing to maintenance work order system (sec. 3018) .......... 0000
Access by tenants to historical maintenance information for privatized military housing (sec. 3019) .......... 0000
Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing (sec. 3020) .......... 0000
Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard (sec. 3021) .......... 0000
Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process (sec. 3022) .......... 0000
Investigation of reports of reprisals relating to privatized military housing and congressional notification (sec. 3023) .......... 0000
Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing (sec. 3024) .......... 0000
Subtitle B—Other Amendatory Provisions .......... 0000
Installation of carbon monoxide detectors in military family housing (sec. 3031) .......... 0000
Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing (sec. 3032) .......... 0000
Treatment of breach of contract for privatized military housing (sec. 3033) .......... 0000
Modification to requirements for window fall prevention devices in military family housing units (sec. 3034) .......... 0000
Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel (sec. 3035) .......... 0000
Modification of authority to make payments to lessors of privatized military housing (sec. 3036) .......... 0000
Technical correction to definition used to make payments to lessors of privatized military housing (sec. 3037) .......... 0000
Subtitle C—One-Time Reporting Requirements .......... 0000
Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing (sec. 3041) .......... 0000
Plans for creation of councils on privatized military housing (sec. 3042) .......... 0000
Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing (sec. 3043) .......... 0000

Page

TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM—Continued
Subtitle C—One-Time Reporting Requirements—Continued
Inspector General review of Department of Defense oversight of privatized military housing (sec. 3044) .... 0000
Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing (sec. 3045) .... 0000
Subtitle D—Development of Housing Reform Standards and Processes .... 0000
Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments (sec. 3051) .... 0000
Tool for assessment of hazards in Department of Defense housing (sec. 3052) .... 0000
Process to identify and address environmental health hazards in Department of Defense housing (sec. 3053) .... 0000
Department of Defense policy on lead-based paint testing on military installations (sec. 3054) .... 0000
Standard for minimum credentials for health and environmental inspectors of privatized military housing (sec. 3055) .... 0000
Requirements relating to move-in, move-out, and maintenance of privatized military housing (sec. 3056) .... 0000
Standardized documentation, templates, and forms for privatized military housing (sec. 3057) .... 0000
Satisfaction survey for tenants of military housing (sec. 3058) .... 0000
Subtitle E—Other Housing Reform Matters .... 0000
Radon testing of privatized military housing (sec. 3061) .... 0000
Mitigation of risks posed by certain items in military family housing units (sec. 3062) .... 0000
Suspension of Resident Energy Conservation Program and related programs for privatized military housing (sec. 3063) .... 0000
Department of the Army pilot program to build and monitor use of single family homes (sec. 3064) .... 0000
Legislative Provisions Not Adopted .... 0000
Command oversight of military privatized housing as element of performance evaluations .... 0000
DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS .... 0000
TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS .... 0000
Subtitle A—National Security Programs Authorizations .... 0000
National Nuclear Security Administration (sec. 3101) .... 0000
Defense environmental cleanup (sec. 3102) .... 0000
Other defense activities (sec. 3103) .... 0000
Nuclear energy (sec. 3104) .... 0000
Subtitle B—Program Authorizations, Restrictions, and Limitations .... 0000
Personnel matters at National Nuclear Security Administration (sec. 3111) .... 0000
Estimation of costs of meeting defense environmental cleanup milestones required by consent orders (sec. 3112) .... 0000
Office of Cost Estimating and Program Evaluation (sec. 3113) .... 0000
Clarification of certain Stockpile Responsiveness Program objectives (sec. 3114) .... 0000
Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities (sec. 3115) .... 0000
Modification to certain requirements relating to plutonium pit production capacity (sec. 3116) .... 0000
Annual certification of shipments to Waste Isolation Pilot Plant (sec. 3117) .... 0000
Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development (sec. 3118) .... 0000
Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement (sec. 3119) .... 0000
Implementation of common financial reporting system for nuclear security enterprise (sec. 3120) .... 0000
Limitation relating to reclassification of high-level waste (sec. 3121) .... 0000
National Laboratory Jobs ACCESS Program (sec. 3122) .... 0000
Subtitle C—Reports and Other Matters .... 0000

Page

TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS—Continued
Subtitle C—Reports and Other Matters—Continued
Civil penalties for violations of certain whistleblower protections (sec. 3131) .......... 0000
Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile (sec. 3132) .......... 0000
Repeal of requirement for review relating to enhanced procurement authority (sec. 3133) .......... 0000
Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000 (sec. 3134) .......... 0000
Replacement of W78 warhead (sec. 3135) .......... 0000
Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material (sec. 3136) .......... 0000
Assessment of high energy density physics (sec. 3137) .......... 0000
Determination of effect of treaty obligations with respect to producing tritium (sec. 3138) .......... 0000
Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act (sec. 3139) .......... 0000
Legislative Provisions Not Adopted .......... 0000
National Nuclear Security Administration Personnel System .......... 0000
Program for research and development of advanced naval nuclear fuel system based on low-enriched uranium .......... 0000
Availability of amounts for denuclearization of Democratic People's Republic of North Korea .......... 0000
Funding for inertial confinement fusion ignition and high yield program .......... 0000
TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD .......... 0000
Authorization (sec. 3201) .......... 0000
Improvements to Defense Nuclear Facilities Safety Board (sec. 3202) 0000
Membership of Defense Nuclear Facilities Safety Board (sec. 3203) .... 0000
TITLE XXXIV—NAVAL PETROLEUM RESERVES .......... 0000
Authorization of Appropriations (sec. 3401) .......... 0000
TITLE XXXV—MARITIME MATTERS .......... 0000
Subtitle A—Maritime Administration .......... 0000
Authorization of the Maritime Administration (sec. 3501) .......... 0000
Reauthorization of Maritime Security Program (sec. 3502) .......... 0000
Maritime technical assistance program (sec. 3503) .......... 0000
Appointment of candidates attending sponsored preparatory school (sec. 3504) .......... 0000
General support program (sec. 3505) .......... 0000
Improvements to the maritime guaranteed loan program (sec. 3506) .. 0000
Requirement for small shipyard grantees (sec. 3507) .......... 0000
Salvage recoveries of cargoes (sec. 3508) .......... 0000
Salvage recoveries for subrogated ownership of vessels and cargoes (sec. 3509) .......... 0000
Maritime Occupational Safety and Health Advisory Committee (sec. 3510) .......... 0000
Military to mariner (sec. 3511) .......... 0000
Department of Transportation Inspector General Report (sec. 3512) ... 0000
Independent study on the United States Merchant Marine Academy (sec. 3513) .......... 0000
Port operations, research, and technology (sec. 3514) .......... 0000
Assessment and report on strategic seaports (sec. 3515) .......... 0000
Technical corrections (sec. 3516) .......... 0000
United States Merchant Marine Academy sexual assault prevention and response program (sec. 3517) .......... 0000
Report on vessels for emerging offshore energy infrastructure (sec. 3518) .......... 0000
Report on United States flagged fuel tanker vessel capacity (sec. 3519) .......... 0000
Subtitle B—Cable Security Fleet .......... 0000
Establishment of cable security fleet (sec. 3521) .......... 0000
Subtitle C—Maritime Safe Act .......... 0000
Short titles (sec. 3531) .......... 0000
Definitions (sec. 3532) .......... 0000
Purposes (sec. 3533) .......... 0000

Page

TITLE XXXV—MARITIME MATTERS—Continued
Subtitle C—Maritime Safe Act—Continued
Statement of policy (sec. 3534) .... 0000
PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY .... 0000
Coordination with international organizations (sec. 3541) .... 0000
Engagement of diplomatic missions of the United States (sec. 3542) .... 0000
Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states (sec. 3543) .... 0000
Expansion of existing mechanisms to combat IUU fishing (sec. 3544) .... 0000
Improvement of transparency and traceability programs (sec. 3545) .... 0000
Technology programs (sec. 3546) .... 0000
Savings clause (sec. 3547) .... 0000
PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING .... 0000
Interagency working group on IUU Fishing (sec. 3551) .... 0000
Strategic plan (sec. 3552) .... 0000
Reports (sec. 3553) .... 0000
Gulf of Mexico IUU Fishing Subworking Group (sec. 3554) .... 0000
PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS .... 0000
Finding (sec. 3561) .... 0000
Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking (sec. 3562) .... 0000
Human trafficking in the seafood supply chain report (sec. 3563) .... 0000
PART IV—AUTHORIZATION OF APPROPRIATIONS .... 0000
Authorization of appropriations (sec. 3571) .... 0000
Accounting of funds (sec. 3572) .... 0000
Legislative Provisions Not Adopted .... 0000
Maritime Administration .... 0000
Short title .... 0000
Improvement of National Oceanographic Partnership Program .... 0000
DIVISION D—FUNDING TABLES .... 0000
Authorization of amounts in funding tables (sec. 4001) .... 0000
Summary of National Defense Authorizations for Fiscal Year 2020 .... 0000
National Defense Budget Authority Implication .... 0000
TITLE XLI—PROCUREMENT .... 0000
Procurement (sec. 4101) .... 0000
Procurement for overseas contingency operations (sec. 4102) .... 0000
Procurement for emergency requirements (sec. 4103) .... 0000
TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION .... 0000
Research, development, test, and evaluation (sec. 4201) .... 0000
Research, development, test, and evaluation for overseas contingency operations (sec. 4202) .... 0000
Research, development, test, and evaluation for emergency requirements (sec. 4203) .... 0000
TITLE XLIII—OPERATION AND MAINTENANCE .... 0000
Operation and maintenance (sec. 4301) .... 0000
Operation and maintenance for overseas contingency operations (sec. 4302) .... 0000
Operation and maintenance for emergency requirements (sec. 4303) .... 0000
TITLE XLIV—MILITARY PERSONNEL .... 0000
Military personnel (sec. 4401) .... 0000
Military personnel for overseas contingency operations (sec. 4402) .... 0000
TITLE XLV—OTHER AUTHORIZATIONS .... 0000
Other authorizations (sec. 4501) .... 0000
Other authorizations for overseas contingency operations (sec. 4502) .... 0000
TITLE XLVI—MILITARY CONSTRUCTION .... 0000
Military construction (sec. 4601) .... 0000
Military construction for overseas contingency operations (sec. 4602) .... 0000
Military construction for emergency requirements (sec. 4603) .... 0000
TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS .... 0000
Department of Energy national security programs (sec. 4701) .... 0000
DIVISION E—(INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020) .... 0000

Page

TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS—Continued
Intelligence authorizations for fiscal years 2018, 2019, and 2020 (secs. 5001–6747) .... 0000
DIVISION F—OTHER MATTERS .... 0000
TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA .... 0000
Sanctions with respect to North Korea and Financial Industry Guidance to Halt Trafficking Act (secs. 7101–7155) .... 0000
TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN TRAFFICKERS OF ILLICIT SYNTHETIC OPIOIDS .... 0000
Sanctions with respect to foreign traffickers of illicit synthetic opioids (sec. 7201–7235) .... 0000
TITLE LXXIII—PFAS .... 0000
Definition of Administrator sec. 7302) .... 0000
Drinking Water (secs. 7311–7312) .... 0000
PFAS Release Disclosure (secs. 7321) .... 0000
USGS Performance Standard (secs. 7331–7335) .... 0000
Emerging Contaminants (secs. 7341–7342) .... 0000
Toxic Substances Control Act and Other Matters (secs. 7351–7362) .... 0000
TITLE LXXIV—CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019 .... 0000
Caesar Syria Civilian Protection Act of 2019 (secs. 7404–7438) .... 0000
TITLE LXXV—PROTECTING EUROPE'S ENERGY SECURITY .... 0000
Protecting Europe's Energy Security (secs. 7501–7503) .... 0000
TITLE LXXVI—OTHER MATTERS .... 0000
Subtitle A—Federal Employee Paid Leave Act .... 0000
Federal Employee Paid Leave Act (secs. 7601–7606) .... 0000
Subtitle B—Other Matters .... 0000
Liberian refugee immigration fairness (sec. 7611) .... 0000
Pensacola Dam and Reservoir, Grand River, Oklahoma (sec. 7612) .... 0000
Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations (sec. 7613) .... 0000
Legislative Provisions Not Adopted .... 0000
PFAS designation, effluent limitations, and pretreatment standards .. 0000
Designation as hazardous substances .... 0000
Utilizing significant emissions with innovative technologies .... 0000

WASHSTATEC005750

116TH CONGRESS } HOUSE OF REPRESENTATIVES { REPORT
1st Session } { 116—___

# NATIONAL DEFENSE AUTHORIZATION ACT FOR 2020

---

________, 2019.—Ordered to be printed

---

Mr. Smith of Washington, from the committee of conference, submitted the following

## CONFERENCE REPORT

[To accompany S. 1790]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the House to the bill (S. 1790), to authorize appropriations for fiscal year 2020 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes, having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the Senate recede from its disagreement to the amendment of the House and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the House amendment, insert the following:

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "National Defense Authorization Act for Fiscal Year 2020".

**SEC. 2. ORGANIZATION OF ACT INTO DIVISIONS; TABLE OF CONTENTS.**

(a) DIVISIONS.—This Act is organized into four divisions as follows:

(1) Division A—Department of Defense Authorizations.

(2) Division B—Military Construction Authorizations.

(3) Division C—Department of Energy National Security Authorizations and Other Authorizations.

(4) Division D—Funding Tables.

(5) Division E—Intelligence Authorizations for Fiscal Years 2018, 2019, and 2020.

(6) Division F—Other Matters.

(b) TABLE OF CONTENTS.—The table of contents for this Act is as follows:

Sec. 1. Short title.
Sec. 2. Organization of Act into divisions; table of contents.
Sec. 3. Congressional defense committees.
Sec. 4. Budgetary effects of this Act.

DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS

TITLE I—PROCUREMENT

Subtitle A—Authorization Of Appropriations

Sec. 101. Authorization of appropriations.

Subtitle B—Army Programs

Sec. 111. Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1.

Subtitle C—Navy Programs

Sec. 121. Ford-class aircraft carrier cost limitation baselines.
Sec. 122. Modification of annual report on cost targets for certain aircraft carriers.
Sec. 123. Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.
Sec. 124. Ford class aircraft carrier support for F–35C aircraft.
Sec. 125. Prohibition on use of funds for reduction of aircraft carrier force structure.
Sec. 126. Modification of prohibition on availability of funds for Navy waterborne security barriers.
Sec. 127. LHA Replacement Amphibious Assault Ship Program.
Sec. 128. Strategic sealift fleet vessel.
Sec. 129. Design and construction of amphibious transport dock designated LPD–31.
Sec. 130. Limitation on availability of funds for the Littoral Combat Ship.
Sec. 131. Limitation on the next new class of Navy large surface combatants.
Sec. 132. Limitation on availability of funds pending quarterly updates on the CH–53K King Stallion helicopter program.
Sec. 133. Limitation on availability of funds for VH–92A helicopter.
Sec. 134. Report on carrier wing and aviation combat element composition.

Subtitle D—Air Force Programs

Sec. 141. Modification of requirement to preserve certain C–5 aircraft.
Sec. 142. OC–135B aircraft recapitalization program.
Sec. 143. Requirement to align Air Force aviation force structure with National Defense Strategy.
Sec. 144. Prohibition on availability of funds for reduction in KC–10 primary mission aircraft inventory.
Sec. 145. Limitation on availability of funds for F–15EX aircraft.
Sec. 146. Limitation on availability of funds for VC–25B aircraft.
Sec. 147. Limitation on availability of funds for RC–26B aircraft.
Sec. 148. Limitation on availability of funds for retirement of RC–135 aircraft.
Sec. 149. Air Force aggressor squadron modernization.
Sec. 150. Air Force plan for Combat Rescue Helicopter fielding.
Sec. 151. Report on feasibility of multiyear contract for procurement of JASSM–ER missiles.
Sec. 152. Report on aircraft fleet of the Civil Air Patrol.
Sec. 153. Sense of Congress on the light attack aircraft initiative of the Air Force.

Subtitle E—Defense-wide, Joint, and Multiservice Matters

Sec. 161. Economic order quantity contracting and buy-to-budget acquisition for F–35 aircraft program.

Sec. 162. Relief from contractors for failure to deliver ready-for-issue spare parts for the F–35 aircraft program.
Sec. 163. Limitation on availability of funds for reallocation of Turkish F–35A aircraft to the United States.
Sec. 164. Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System.
Sec. 165. F–35 sustainment cost.
Sec. 166. Reports on the progress and performance of the F–35 aircraft program.
Sec. 167. Other reports on the F–35 aircraft program.
Sec. 168. Limitation on availability of funds for communications systems lacking certain resiliency features.
Sec. 169. Repeal of tactical unmanned vehicle common data link requirement.

TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Subtitle A—Authorization of Appropriations

Sec. 201. Authorization of appropriations.

Subtitle B—Program Requirements, Restrictions, and Limitations

Sec. 211. Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.
Sec. 212. Updates to the Department of Defense personnel management authority to attract experts in science and engineering.
Sec. 213. Establishment of joint reserve detachment of the Defense Innovation Unit.
Sec. 214. Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.
Sec. 215. Modification of authority for prizes for advanced technology achievements.
Sec. 216. Joint hypersonics transition office.
Sec. 217. Modification of proof of concept commercialization program.
Sec. 218. Modification of authority and addition of technology areas for expedited access to technical talent.
Sec. 219. Expansion of coordination in support of national security innovation and entrepreneurial education.
Sec. 220. Modification of defense quantum information science and technology research and development program.
Sec. 221. Understanding of investments in artificial intelligence and development of capabilities by adversaries.
Sec. 222. Advisory role of JASON scientific advisory group.
Sec. 223. Direct Air Capture and Blue Carbon Removal Technology Program.
Sec. 224. Requiring defense microelectronics products and services meet trusted supply chain and operational security standards.
Sec. 225. Development and acquisition strategy to procure secure, low probability of detection data link network capability.
Sec. 226. Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure.
Sec. 227. Administration of manufacturing innovation institutes funded by the Department of Defense.

Sec. 228. Research program on foreign malign influence operations.
Sec. 229. Diversification of the research and engineering workforce of the Department of Defense.
Sec. 230. Policy on the talent management of digital expertise and software professionals.
Sec. 231. Digital engineering capability to automate testing and evaluation.
Sec. 232. Process to align policy formulation and emerging technology development.
Sec. 233. Improvement of the Strategic Capabilities Office of the Department of Defense.
Sec. 234. Pilot program on enhanced civics education.
Sec. 235. Technology and national security fellowship.
Sec. 236. Documentation relating to the Advanced Battle Management System.
Sec. 237. Sensor data integration for fifth generation aircraft.
Sec. 238. Sense of Congress on future vertical lift technologies.
Sec. 239. Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement.
Sec. 240. Limitation and report on Indirect Fire Protection Capability Increment 2 capability.

Subtitle C—Plans, Reports, and Other Matters

Sec. 251. Master plan for implementation of authorities relating to science and technology reinvention laboratories.
Sec. 252. Infrastructure to support research, development, test, and evaluation missions.
Sec. 253. Energetics plan.
Sec. 254. Strategy and implementation plan for fifth generation information and communications technologies.
Sec. 255. Department-wide software science and technology strategy.
Sec. 256. Artificial intelligence education strategy.
Sec. 257. Cyber science and technology activities roadmap and reports.
Sec. 258. Report on B–52 commercial engine replacement program.
Sec. 259. Commercial edge computing technologies and best practices for Department of Defense warfighting systems.
Sec. 260. Biannual report on the Joint Artificial Intelligence Center.
Sec. 261. Quarterly updates on the Optionally Manned Fighting Vehicle program.
Sec. 262. National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions.
Sec. 263. Study on national security emerging biotechnologies for the Department of Defense.
Sec. 264. Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.
Sec. 265. Independent assessment of electronic warfare plans and programs.
Sec. 266. Technical correction to Global Research Watch Program.

TITLE III—OPERATION AND MAINTENANCE

Subtitle A—Authorization of Appropriations

Sec. 301. Authorization of appropriations.

Subtitle B—Energy and Environment

Sec. 311. Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness.
Sec. 312. Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.
Sec. 313. Use of proceeds from sale of recyclable materials.
Sec. 314. Disposal of recyclable materials.
Sec. 315. Department of Defense improvement of previously conveyed utility systems serving military installations.
Sec. 316. Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard.
Sec. 317. Use of operational energy cost savings of Department of Defense.
Sec. 318. Sale of electricity from alternate energy and cogeneration production facilities.
Sec. 319. Energy resilience programs and activities.
Sec. 320. Technical and grammatical corrections and repeal of obsolete provisions relating to energy.
Sec. 321. Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.
Sec. 322. Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.
Sec. 323. Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.
Sec. 324. Prohibition on use of fluorinated aqueous film forming foam for training exercises.
Sec. 325. Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.
Sec. 326. Development of extreme weather vulnerability and risk assessment tool.
Sec. 327. Removal of barriers that discourage investments to increase military installation resilience.
Sec. 328. Budgeting of Department of Defense relating to extreme weather.
Sec. 329. Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.
Sec. 330. Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.
Sec. 331. Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.
Sec. 332. Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.
Sec. 333. Plan to phase out use of burn pits.
Sec. 334. Information relating to locations of burn pit use.
Sec. 335. Data quality review of radium testing conducted at certain locations of the Department of the Navy.
Sec. 336. Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.
Sec. 337. Pilot program for availability of working-capital funds for increased combat capability through energy optimization.
Sec. 338. Report on efforts to reduce high energy intensity at military installations.

WASHSTATEC005756

Subtitle C—Treatment of Contaminated Water Near Military Installations

Sec. 341. Short title.
Sec. 342. Definitions.
Sec. 343. Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.
Sec. 344. Acquisition of real property by Air Force.
Sec. 345. Remediation plan.

Subtitle D—Logistics and Sustainment

Sec. 351. Materiel readiness metrics and objectives.
Sec. 352. Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities.
Sec. 353. Modification to limitation on length of overseas forward deployment of naval vessels.
Sec. 354. Extension of temporary installation reutilization authority for arsenals, depots, and plants.
Sec. 355. F–35 Joint Strike Fighter sustainment.
Sec. 356. Report on strategic policy for prepositioned materiel and equipment.
Sec. 357. Pilot program to train skilled technicians in critical shipbuilding skills.
Sec. 358. Requirement for military department inter-service depot maintenance.
Sec. 359. Strategy to improve infrastructure of certain depots of the Department of Defense.

Subtitle E—Reports

Sec. 361. Readiness reporting.
Sec. 362. Technical correction to deadline for transition to Defense Readiness Reporting System Strategic.
Sec. 363. Report on Navy ship depot maintenance budget.
Sec. 364. Report on Runit Dome.
Sec. 365. Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units.
Sec. 366. Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense.

Subtitle F—Other Matters

Sec. 371. Prevention of encroachment on military training routes and military operations areas.
Sec. 372. Expansion and enhancement of authorities on transfer and adoption of military animals.
Sec. 373. Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities.
Sec. 374. Extension of authority of Secretary of Transportation to issue non-premium aviation insurance.
Sec. 375. Defense personal property program.
Sec. 376. Public events about Red Hill Bulk Fuel Storage Facility.
Sec. 377. Sense of Congress regarding Innovative Readiness Training program.
Sec. 378. Detonation chambers for explosive ordnance disposal.

TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS

Subtitle A—Active Forces

Sec. 401. End strengths for active forces.
Sec. 402. Revisions in permanent active duty end strength minimum levels.

Subtitle B—Reserve Forces

Sec. 411. End strengths for Selected Reserve.
Sec. 412. End strengths for Reserves on active duty in support of the reserves.
Sec. 413. End strengths for military technicians (dual status).
Sec. 414. Maximum number of reserve personnel authorized to be on active duty for operational support.
Sec. 415. Authorized strengths for Marine Corps Reserves on active duty.
Sec. 416. Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.

Subtitle C—Authorization of Appropriations

Sec. 421. Military personnel.

TITLE V—MILITARY PERSONNEL POLICY

Subtitle A—Officer Personnel Policy

Sec. 501. Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.
Sec. 502. Furnishing of adverse information on officers to promotion selection boards.
Sec. 503. Limitation on number of officers recommendable for promotion by promotion selection boards.
Sec. 504. Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.
Sec. 505. Management policies for joint qualified officers.
Sec. 506. Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.
Sec. 507. Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.
Sec. 508. Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.
Sec. 509. Higher grade in retirement for officers following reopening of determination or certification of retired grade.
Sec. 510. Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.
Sec. 510A. Availability on the internet of certain information about officers serving in general or flag officer grades.
Sec. 510B. Functional badge or insignia upon commission for chaplains.

Subtitle B—Reserve Component Management

Sec. 511. Modification of grade level threshold for Junior Reserve Officers' Training Corps.

Sec. 512. Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps.
Sec. 513. Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.
Sec. 514. Clarification of eligibility to serve as Commander, Marine Forces Reserve.
Sec. 515. Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.
Sec. 516. Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.
Sec. 517. Modernization of inspection authorities applicable to the National Guard.
Sec. 518. Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.
Sec. 519. Coast Guard Junior Reserve Officers' Training Corps.
Sec. 520. Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.
Sec. 520A. Report on methods to enhance domestic response to large scale, complex and catastrophic disasters.
Sec. 520B. Report and briefing on the Senior Reserve Officers' Training Corps.
Sec. 520C. Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units.

Subtitle C—General Service Authorities and Correction of Military Records

Sec. 521. Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims.
Sec. 522. Reduction in required number of members of discharge review boards.
Sec. 523. Establishment of process to review a request for upgrade of discharge or dismissal.
Sec. 524. Prohibition on reduction in the number of personnel assigned to duty with a service review agency.
Sec. 525. Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters.
Sec. 526. Time requirements for certification of honorable service.
Sec. 527. Correction of certain discharge characterizations.
Sec. 528. Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record.
Sec. 529. Strategic plan for diversity and inclusion.
Sec. 530. Study regarding screening individuals who seek to enlist in the Armed Forces.
Sec. 530A. Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens.
Sec. 530B. Sense of Congress regarding accession physicals.

Subtitle D—Military Justice

Sec. 531. Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice.

Sec. 532. Command influence.
Sec. 533. Statute of limitations for certain offenses.
Sec. 534. Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.
Sec. 535. Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.
Sec. 536. Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.
Sec. 537. Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.
Sec. 538. Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.
Sec. 539. Increase in number of digital forensic examiners for certain military criminal investigative organizations.
Sec. 540. Increase in investigative personnel and Victim Witness Assistance Program liaisons.
Sec. 540A. Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.
Sec. 540B. Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.
Sec. 540C. Timely disposition of nonprosecutable sex-related offenses.
Sec. 540D. Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.
Sec. 540E. Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.
Sec. 540F. Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice.
Sec. 540G. Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.
Sec. 540H. Report on expansion of Air Force safe to report policy across the Armed Forces.
Sec. 540I. Assessment of racial, ethnic, and gender disparities in the military justice system.
Sec. 540J. Pilot programs on defense investigators in the military justice system.
Sec. 540K. Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications.
Sec. 540L. Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation.
Sec. 540M. Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military.
Sec. 540N. Sense of Congress on the Port Chicago 50.

Subtitle E—Other Legal Matters

Sec. 541. Improvement of certain Special Victims' Counsel authorities.

Sec. 542. Availability of Special Victims' Counsel at military installations.
Sec. 543. Notification of issuance of military protective order to civilian law enforcement.
Sec. 544. Copyright protection for civilian faculty of certain accredited institutions.
Sec. 545. Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service.
Sec. 546. Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act.
Sec. 547. Preservation of right to bring class action under Servicemembers Civil Relief Act.
Sec. 548. Legal counsel for victims of alleged domestic violence offenses.
Sec. 549. Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial.
Sec. 550. Treatment of information in Catch a Serial Offender Program for certain purposes.
Sec. 550A. Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals.
Sec. 550B. Defense Advisory Committee for the Prevention of Sexual Misconduct.
Sec. 550C. Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned.
Sec. 550D. Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.
Sec. 550E. Feasibility study on establishment of database of military protective orders.
Sec. 550F. GAO review of USERRA and SCRA.

Subtitle F—Member Education

Sec. 551. Authority for detail of certain enlisted members of the Armed Forces as students at law schools.
Sec. 552. Inclusion of Coast Guard in Department of Defense STARBASE Program.
Sec. 553. Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions.
Sec. 554. Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation.
Sec. 555. Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense.
Sec. 556. Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute.
Sec. 557. Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force.
Sec. 558. Speech disorders of cadets and midshipmen.
Sec. 559. Requirement to continue provision of tuition assistance for members of the Armed Forces.

WASHSTATEC005761

Sec. 560. Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program.
Sec. 560A. Inclusion of information on free credit monitoring in annual financial literacy briefing.
Sec. 560B. Programs to facilitate the award of private pilot's certificates.

Subtitle G—Member Training and Transition

Sec. 561. Requirement to provide information regarding benefits claims to members during TAP counseling.
Sec. 562. Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces.
Sec. 563. First modification of elements of report on the improved Transition Assistance Program.
Sec. 564. Second modification of elements of report on the improved Transition Assistance Program.
Sec. 565. Prohibition on gender-segregated training at Marine Corps Recruit Depots.
Sec. 566. Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments.
Sec. 567. Review of Department of Defense training programs regarding disinformation campaigns.
Sec. 568. Command matters in connection with transition assistance programs.
Sec. 569. Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214).
Sec. 570. Records of service for Reserves.
Sec. 570A. Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense.
Sec. 570B. Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations.
Sec. 570C. Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648).
Sec. 570D. Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States.
Sec. 570E. Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service.
Sec. 570F. Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.
Sec. 570G. Pilot program regarding online application for the Transition Assistance Program.

Subtitle H—Military Family Readiness and Dependents' Education

Sec. 571. Authorizing members to take leave for a birth or adoption in more than one increment.
Sec. 572. Deferred deployment for members who give birth.
Sec. 573. Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.

Sec. 574. Military funeral honors matters.
Sec. 575. Improvement of occupational license portability for relocated spouses of members of the uniformed services.
Sec. 576. Continued eligibility for education and training opportunities for spouses of promoted members.
Sec. 577. Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.
Sec. 578. Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.
Sec. 579. Annual State report card.
Sec. 580. Improvements to child care for members of the Armed Forces.
Sec. 580A. Transportation of remains of casualties; travel expenses for next of kin.
Sec. 580B. Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.
Sec. 580C. Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.
Sec. 580D. Study on two-way military ballot barcode tracking.
Sec. 580E. Assistance to schools with military dependent students.
Sec. 580F. First expansion of the My Career Advancement Account program for military spouses.
Sec. 580G. Second expansion of the My Career Advancement Account program for military spouses.
Sec. 580H. Report on training and support available to military spouses.
Sec. 580I. Ri'katak Guest Student Program at United States Army Garrison – Kwajalein Atoll.

Subtitle I—Decorations and Awards

Sec. 581. Modification of authorities on eligibility for and replacement of gold star lapel buttons.
Sec. 582. Standardization of honorable service requirement for award of military decorations.
Sec. 583. Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.
Sec. 584. Review of World War I valor medals.

Subtitle J—Miscellaneous Reports and Other Matters

Sec. 591. Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys.
Sec. 592. Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.
Sec. 593. Questions in surveys regarding extremist activity in the workplace.
Sec. 594. Study on best practices for providing financial literacy education for separating members of the Armed Forces.
Sec. 595. Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.
Sec. 596. Report on certain waivers.
Sec. 597. Notifications on manning of afloat naval forces.
Sec. 598. Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.

Sec. 599. Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.
Sec. 599A. Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.
Sec. 599B. Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.
Sec. 599C. Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.

TITLE VI—MILITARY COMPENSATION

Subtitle A—Pay and Allowances

Sec. 601. Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action.
Sec. 602. Continued entitlements while a member of the Armed Forces participates in a career intermission program.
Sec. 603. Exemption from repayment of voluntary separation pay.
Sec. 604. Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service.
Sec. 605. Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates.
Sec. 606. Reinvestment of travel refunds by the Department of Defense.
Sec. 607. Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers.
Sec. 608. Reductions on account of earnings from work performed while entitled to an annuity supplement.
Sec. 609. Increase in basic pay.

Subtitle B—Bonuses and Special Incentive Pays

Sec. 611. One-year extension of certain expiring bonus and special pay authorities.

Subtitle C—Family and Survivor Benefits

Sec. 621. Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members.
Sec. 622. Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation.
Sec. 623. Death gratuity for ROTC graduates.
Sec. 624. Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty.
Sec. 625. Casualty assistance for survivors of deceased ROTC graduates.

Subtitle D—Defense Resale Matters

Sec. 631. Defense resale system matters.

WASHSTATEC005764

Sec. 632. Procurement by commissary stores of certain locally sourced products.
Sec. 633. GAO review of defense resale optimization study.

Subtitle E—Morale, Welfare, and Recreation Privileges

Sec. 641. Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave.
Sec. 642. Extension of pilot program on a Government lodging program.

Subtitle F—Reports and Other Matters

Sec. 651. Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes.
Sec. 652. Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories.
Sec. 653. Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components.
Sec. 654. Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs.
Sec. 655. Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis.
Sec. 656. Report on food insecurity among members of the Armed Forces and their dependents.

TITLE VII—HEALTH CARE PROVISIONS

Subtitle A—TRICARE and Other Health Care Benefits

Sec. 701. Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.
Sec. 702. TRICARE payment options for retirees and their dependents.
Sec. 703. Lead level screening and testing for children.
Sec. 704. Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.
Sec. 705. Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.
Sec. 706. Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.
Sec. 707. Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.

Subtitle B—Health Care Administration

Sec. 711. Modification of organization of military health system.

Sec. 712. Support by military health system of medical requirements of combatant commands.
Sec. 713. Requirements for certain prescription drug labels.
Sec. 714. Officers authorized to command Army dental units.
Sec. 715. Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.
Sec. 716. Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.
Sec. 717. Inclusion of blast exposure history in medical records of members of the Armed Forces.
Sec. 718. Comprehensive policy for provision of mental health care to members of the Armed Forces.
Sec. 719. Limitation on the realignment or reduction of military medical manning end strength.
Sec. 720. Strategy to recruit and retain mental health providers.
Sec. 721. Development of partnerships to improve combat casualty care for personnel of the Armed Forces.
Sec. 722. Modification to referrals for mental health services.

Subtitle C—Reports and Other Matters

Sec. 731. Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice.
Sec. 732. Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund.
Sec. 733. Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine.
Sec. 734. Establishment of Academic Health System in National Capital Region.
Sec. 735. Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies.
Sec. 736. Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund.
Sec. 737. Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence.
Sec. 738. Encouragement of participation in Women's Health Transition Training pilot program.
Sec. 739. National Guard suicide prevention pilot program.
Sec. 740. Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System.
Sec. 741. Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense.
Sec. 742. Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information.
Sec. 743. Study and plan on the use of military-civilian integrated health delivery systems.
Sec. 744. Study on case management in the military health system.
Sec. 745. Report on Global Health Security Strategy and the National Biodefense Security.
Sec. 746. Study on establishment of wounded warrior service dog program.

WASHSTATEC005766

Sec. 747. GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions.
Sec. 748. Reports on Millennium Cohort Study relating to women members of the Armed Forces.
Sec. 749. Study on effects of sleep deprivation on readiness of members of the Armed Forces.
Sec. 750. Study and report on traumatic brain injury mitigation efforts.

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

Subtitle A—Acquisition Policy and Management

Sec. 800. Authority for continuous integration and delivery of software applications and upgrades to embedded systems.
Sec. 801. Pilot program on intellectual property evaluation for acquisition programs.
Sec. 802. Pilot program to use alpha contracting teams for complex requirements.
Sec. 803. Failure to provide other than certified cost or pricing data upon request.
Sec. 804. Comptroller General report on price reasonableness.
Sec. 805. Limitation on transfer of funds related to cost overruns and cost underruns.
Sec. 806. Standardizing data collection and reporting on use of source selection procedures by Federal agencies.
Sec. 807. Department of Defense use of fixed-price contracts.
Sec. 808. Repeal of continuation of data rights during challenges.
Sec. 809. Repeal of authority to waive acquisition laws to acquire vital national security capabilities.
Sec. 810. Repeal of the Defense Cost Accounting Standards Board.

Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations

Sec. 815. Modification of Director of Operational Test and Evaluation report.
Sec. 816. Modification of written approval requirement for task and delivery order single contract awards.
Sec. 817. Responsibility for data analysis and requirements validation for services contracts.
Sec. 818. Documentation of market research related to commercial item determinations.
Sec. 819. Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.
Sec. 820. Notification of Navy procurement production disruptions.
Sec. 821. Modification to acquisition authority of the Commander of the United States Cyber Command.
Sec. 822. Extension of Never Contract With the Enemy.
Sec. 823. Modification of justification and approval requirement for certain Department of Defense contracts.
Sec. 824. Extension of sunset relating to Federal Data Center Consolidation Initiative.
Sec. 825. Pilot program to accelerate contracting and pricing processes.
Sec. 826. Uniformity in application of micro-purchase threshold to certain task or delivery orders.

WASHSTATEC005767

Sec. 827. Requirement for cost estimates on models of commercial e-commerce portal program.

Subtitle C—Provisions Relating to Major Defense Acquisition Programs

Sec. 830. Modification of requirements for reporting to Congress on certain acquisition programs.
Sec. 831. Pilot program to streamline decision-making processes for weapon systems.
Sec. 832. Analysis of alternatives pursuant to materiel development decisions.
Sec. 833. Naval vessel certification required before Milestone B approval.

Subtitle D—Provisions Relating to the Acquisition System

Sec. 835. Extramural acquisition innovation and research activities.
Sec. 836. Report on realignment of the defense acquisition system to implement acquisition reforms.
Sec. 837. Report and limitation on the availability of funds relating to the "middle tier" of acquisition programs.
Sec. 838. Report on intellectual property policy and the cadre of intellectual property experts.
Sec. 839. Guidance and reports relating to covered defense business systems.
Sec. 840. Implementation guidance for use of a modular open system approach.
Sec. 841. Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.

Subtitle E—Industrial Base Matters

Sec. 845. Modernization of acquisition processes to ensure integrity of industrial base.
Sec. 846. Report requirements for the national technology and industrial base.
Sec. 847. Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors.
Sec. 848. Prohibition on operation or procurement of foreign-made unmanned aircraft systems.
Sec. 849. Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations.
Sec. 850. Acquisition and disposal of certain rare earth materials.
Sec. 851. Pilot program for development of technology-enhanced capabilities with partnership intermediaries.
Sec. 852. Authorized official to carry out the procurement technical assistance cooperative agreement program.
Sec. 853. Requirement that certain ship components be manufactured in the national technology and industrial base.
Sec. 854. Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment.
Sec. 855. Application of miscellaneous technology base policies and programs to the Columbia-class submarine program.
Sec. 856. Application of limitation on procurement of goods other than United States goods to the FFG–Frigate Program.
Sec. 857. Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate.

Subtitle F—Provisions Relating to Acquisition Workforce

Sec. 860. Establishment of Defense Civilian Training Corps.

Sec. 861. Defense acquisition workforce certification, education, and career fields.
Sec. 862. Software development and software acquisition training and management programs.
Sec. 863. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 864. Incentives and consideration for qualified training programs.
Sec. 865. Use of qualified apprentices by military construction contractors.

Subtitle G—Small Business Matters

Sec. 870. Requirements relating to credit for certain small business concern subcontractors.
Sec. 871. Inclusion of best in class designations in annual report on small business goals.
Sec. 872. Reauthorization and improvement of Department of Defense Mentor-Protege Program.
Sec. 873. Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act.
Sec. 874. Postaward explanations for unsuccessful offerors for certain contracts.
Sec. 875. Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.
Sec. 876. Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.
Sec. 877. Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.
Sec. 878. Modification to the Defense Research and Development Rapid Innovation Program.
Sec. 879. Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.
Sec. 880. Assistance for small business concerns participating in the SBIR and STTR programs.
Sec. 881. Cybersecurity technical assistance for SBIR and STTR programs.
Sec. 882. Funding for defense research activities of small business concerns.
Sec. 883. Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.
Sec. 884. Pilot program for domestic investment under the SBIR program.

Subtitle H—Other Matters

Sec. 885. Review of guidance to contractors on nondiscrimination on the basis of sex.
Sec. 886. Comptroller General report on contractor violations of certain labor laws.
Sec. 887. Comptroller General report on contingency contracting.
Sec. 888. Policies and procedures for contractors to report gross violations of internationally recognized human rights.
Sec. 889. Comptroller General report on oversight of contractors providing private security functions.

Sec. 890. Prohibition on contracting with persons that have business operations with the Maduro regime.
Sec. 891. Report on the Combating Trafficking in Persons initiative.
Sec. 892. Improved management of information technology and cyberspace investments.
Sec. 893. Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts.

TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT

Subtitle A—Office of the Secretary of Defense and Related Matters

Sec. 901. Headquarters activities of the Department of Defense matters.
Sec. 902. Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering.
Sec. 903. Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters.
Sec. 904. Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense.
Sec. 905. Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor.
Sec. 906. Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program.

Subtitle B—Organization and Management of Other Department of Defense Offices and Elements

Sec. 911. Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force.

Subtitle C—Other Department of Defense Organization and Management Matters

Sec. 921. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.
Sec. 922. Limitation on consolidation of Defense Media Activity.
Sec. 923. Report on resources to implement the civilian casualty policy of the Department of Defense.

Subtitle D—United States Space Force

Sec. 951. Short title.
Sec. 952. The Space Force.
Sec. 953. Chief of Space Operations.
Sec. 954. Space Force Acquisition Council.
Sec. 955. Assistant Secretary of Defense for Space Policy.
Sec. 956. Assistant Secretary of the Air Force for Space Acquisition and Integration.
Sec. 957. Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.
Sec. 958. Conforming amendments and clarification of authorities.
Sec. 959. Effects on military installations.
Sec. 960. Availability of funds.

WASHSTATEC005770

Sec. 961. Implementation.

TITLE X—GENERAL PROVISIONS

Subtitle A—Financial Matters

Sec. 1001. General transfer authority.
Sec. 1002. Defense Business Audit Remediation Plan.
Sec. 1003. Financial improvement and audit remediation plan.
Sec. 1004. Reporting requirements relating to Department of Defense audits.
Sec. 1005. Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands.
Sec. 1006. Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers.
Sec. 1007. Annual budget justification display for service-common and other support and enabling capabilities for special operations forces.
Sec. 1008. Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs.
Sec. 1009. Plan of the Department of Defense for financial management information.
Sec. 1010. Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund.
Sec. 1011. Transparency of accounting firms used to support Department of Defense audit.
Sec. 1012. Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense.

Subtitle B—Counterdrug Activities

Sec. 1021. Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia.
Sec. 1022. Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities.
Sec. 1023. Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin.
Sec. 1024. Assessment of impact of any planned or proposed border wall on volume of illegal narcotics.

Subtitle C—Naval Vessels

Sec. 1031. Modification of authority to purchase vessels using funds in National Defense Sealift Fund.
Sec. 1032. Use of National Defense Sealift Fund for procurement of two used vessels.
Sec. 1033. Transportation by sea of supplies for the Armed Forces and Defense Agencies.
Sec. 1034. Senior Technical Authority for each naval vessel class.
Sec. 1035. Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.
Sec. 1036. Formal training for shipboard system programs of record.
Sec. 1037. Report on shipbuilder training and the defense industrial base.
Sec. 1038. Use of competitive procedures for CVN–80 and CVN–81 dual aircraft carrier contract.
Sec. 1039. Report on expanding naval vessel maintenance.

WASHSTATEC005771

Subtitle D—Counterterrorism

Sec. 1041. Modification of support of special operations to combat terrorism.
Sec. 1042. Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.
Sec. 1043. Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.
Sec. 1044. Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1045. Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1046. Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1047. Independent assessment on gender and countering violent extremism.

Subtitle E—Miscellaneous Authorities and Limitations

Sec. 1051. Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.
Sec. 1052. Explosive ordnance defense disposal program.
Sec. 1053. Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense.
Sec. 1054. Notification on the provision of defense sensitive support.
Sec. 1055. Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas.
Sec. 1056. Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces.
Sec. 1057. Expenditure of funds for Department of Defense intelligence and counterintelligence activities.
Sec. 1058. Limitation on use of funds for the inactivation of Army watercraft units.

TITLE XI—CIVILIAN PERSONNEL MATTERS

Subtitle A—General Provisions

Sec. 1101. Defense Advanced Research Projects Agency personnel management authority.
Sec. 1102. Report on the probationary period for Department of Defense employees.
Sec. 1103. Civilian personnel management.
Sec. 1104. One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.
Sec. 1105. One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.
Sec. 1106. Performance of civilian functions by military personnel.

Sec. 1107. Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.
Sec. 1108. Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.
Sec. 1109. Modification of direct hire authorities for the Department of Defense.
Sec. 1110. Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.
Sec. 1111. Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.
Sec. 1112. Limitation on transfer of Office of Personnel Management.
Sec. 1113. Assessment of Accelerated Promotion Program suspension.
Sec. 1114. Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.
Sec. 1115. Clarification of limitation on expedited hiring authority for post-secondary students.
Sec. 1116. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 1117. Extension of authority for part-time reemployment.

Subtitle B—Fair Chance Act

Sec. 1121. Short title.
Sec. 1122. Prohibition on criminal history inquiries prior to conditional offer for Federal employment.
Sec. 1123. Prohibition on criminal history inquiries by contractors prior to conditional offer.
Sec. 1124. Report on employment of individuals formerly incarcerated in Federal prisons.

Subtitle C—ATC Hiring Reform

Sec. 1131. Short title; definition.
Sec. 1132. Hiring of air traffic control specialists.
Sec. 1133. Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard.
Sec. 1134. FAA reports on air traffic controller hiring and training.
Sec. 1135. DOT Inspector General review and report.

TITLE XII—MATTERS RELATING TO FOREIGN NATIONS

Subtitle A—Assistance and Training

Sec. 1201. Modification of authority to build capacity of foreign security forces.
Sec. 1202. Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations.
Sec. 1203. Modifications of authorities relating to acquisition and cross-servicing agreements.
Sec. 1204. Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities.
Sec. 1205. Gender perspectives and participation by women in security cooperation activities.

Sec. 1206. Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities.
Sec. 1207. Extension of authority for support of special operations for irregular warfare.
Sec. 1208. Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss.
Sec. 1209. Two-year extension of program authority for Global Security Contingency Fund.
Sec. 1210. Legal institutional capacity building initiative for foreign defense institutions.
Sec. 1210A. Department of Defense support for stabilization activities in national security interest of the United States.

Subtitle B—Matters Relating to Afghanistan and Pakistan

Sec. 1211. Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan.
Sec. 1212. Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.
Sec. 1213. Authority for certain payments to redress injury and loss.
Sec. 1214. Extension and modification of semiannual report on enhancing security and stability in Afghanistan.
Sec. 1215. Special Immigrant Visa program reporting requirement.
Sec. 1216. Meaningful inclusion of Afghan women in peace negotiations.
Sec. 1217. Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.
Sec. 1218. Support for reconciliation activities led by the Government of Afghanistan.
Sec. 1219. Modification and extension of the Afghan Special Immigrant Visa Program.

Subtitle C—Matters Relating to Syria, Iraq, and Iran

Sec. 1221. Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.
Sec. 1222. Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.
Sec. 1223. Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.
Sec. 1224. Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.
Sec. 1225. Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.
Sec. 1226. Expansion of availability of financial assets of Iran to victims of terrorism.
Sec. 1227. Report on the status of deconfliction channels with Iran.
Sec. 1228. Prohibition on provision of weapons and other forms of support to certain organizations.

Subtitle D—Matters Relating to the Russian Federation

WASHSTATEC005774

Sec. 1231. Extension of limitation on military cooperation between the United States and Russia.
Sec. 1232. Prohibition on availability of funds relating to sovereignty of Russia over Crimea.
Sec. 1233. Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia.
Sec. 1234. United States participation in Open Skies Treaty.
Sec. 1235. Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty.
Sec. 1236. Report on treaties relating to nuclear arms control.
Sec. 1237. Reports relating to the New START Treaty.
Sec. 1238. Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region.
Sec. 1239. Updated strategy to counter the threat of malign influence by the Russian Federation and other countries.

Subtitle E—Matters Relating to Europe and NATO

Sec. 1241. Sense of Congress on support for the North Atlantic Treaty Organization.
Sec. 1242. Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty.
Sec. 1243. Future years plans and planning transparency for the European Deterrence Initiative.
Sec. 1244. Modification and extension of Ukraine Security Assistance Initiative.
Sec. 1245. Limitation on transfer of F–35 aircraft to Turkey.
Sec. 1246. Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression.
Sec. 1247. Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises.
Sec. 1248. Extension and modification of NATO Special Operations Headquarters.
Sec. 1249. North Atlantic Treaty Organization Joint Force Command.
Sec. 1250. Report on North Atlantic Treaty Organization Readiness Initiative.
Sec. 1250A. Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus.

Subtitle F—Matters Relating to the Indo-Pacific Region

Sec. 1251. Modification of Indo-Pacific Maritime Security Initiative.
Sec. 1252. Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds.
Sec. 1253. Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies.
Sec. 1254. Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea.
Sec. 1255. Report on direct, indirect, and burden-sharing contributions of Japan and South Korea.
Sec. 1256. Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea.
Sec. 1257. Sense of Congress on North Korea.

Sec. 1258. Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines.
Sec. 1259. Report on security cooperation with the Philippine National Police.
Sec. 1260. Modification of annual report on military and security developments involving the People's Republic of China.
Sec. 1260A. Report on foreign military activities in Pacific Island countries.
Sec. 1260B. Report on cybersecurity activities with Taiwan.
Sec. 1260C. Review and report related to the Taiwan Relations Act.
Sec. 1260D. Sense of Congress on enhancement of the United States-Taiwan defense relationship.
Sec. 1260E. Chinese foreign direct investment in countries of the Arctic region.
Sec. 1260F. Sense of Congress on policy toward Hong Kong.
Sec. 1260G. Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore.
Sec. 1260H. Authority to transfer funds for Bien Hoa dioxin cleanup.
Sec. 1260I. Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security.
Sec. 1260J. Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order.
Sec. 1260K. Report on the lay-down of United States Marines in the Indo-Pacific Region.

Subtitle G—Other Matters

Sec. 1261. Modification to report on legal and policy frameworks for the use of military force.
Sec. 1262. Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command.
Sec. 1263. United States Central Command posture assessment and review.
Sec. 1264. Limitation on production of nuclear proliferation assessment statements.
Sec. 1265. Western Hemisphere resource assessment.
Sec. 1266. Human rights in Brazil.
Sec. 1267. Certification relating to assistance for Guatemala.
Sec. 1268. Independent analysis of human rights situation in Honduras.
Sec. 1269. Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm.
Sec. 1270. Report on implications of Chinese military presence in Djibouti.
Sec. 1271. Rule of construction on the permanent stationing of United States Armed Forces in Somalia.
Sec. 1272. Defense and diplomatic strategy for Libya.
Sec. 1273. Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen.
Sec. 1274. Report on Saudi-led coalition strikes in Yemen.
Sec. 1275. Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen.
Sec. 1276. Report on Saudi Arabia's human rights record.
Sec. 1277. Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi.
Sec. 1278. United States-Israel cooperation to counter unmanned aerial systems.

Sec. 1279. Extension and modification of authority for United States-Israel anti-tunnel cooperation activities.
Sec. 1280. Report on cost imposition strategy.
Sec. 1281. Modification of initiative to support protection of national security academic researchers from undue influence and other security threats.
Sec. 1282. Modification of responsibility for policy on civilian casualty matters.
Sec. 1283. Report on export of certain satellites to entities with certain beneficial ownership structures.
Sec. 1284. Rule of construction relating to the use of military force.
Sec. 1285. Reports and briefings on use of military force and support of partner forces.

TITLE XIII—COOPERATIVE THREAT REDUCTION

Sec. 1301. Funding allocations; specification of cooperative threat reduction funds.

TITLE XIV—OTHER AUTHORIZATIONS

Subtitle A—Military Programs

Sec. 1401. Working capital funds.
Sec. 1402. Chemical agents and munitions destruction, defense.
Sec. 1403. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1404. Defense inspector general.
Sec. 1405. Defense health program.

Subtitle B—Other Matters

Sec. 1411. Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.
Sec. 1412. Authorization of appropriations for Armed Forces Retirement Home.

TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR OVERSEAS CONTINGENCY OPERATIONS

Sec. 1501. Purpose.
Sec. 1502. Treatment as additional authorizations.

Subtitle A—Authorization of Appropriations for Overseas Contingency Operations

Sec. 1511. Overseas contingency operations.
Sec. 1512. Procurement.
Sec. 1513. Research, development, test, and evaluation.
Sec. 1514. Operation and maintenance.
Sec. 1515. Military personnel.
Sec. 1516. Working capital funds.
Sec. 1517. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1518. Defense inspector general.
Sec. 1519. Defense health program.
Sec. 1520. Afghanistan security forces fund.
Sec. 1520A. Special transfer authority.

WASHSTATEC005777

Subtitle B—Authorization of Appropriations for Emergency Funds for Recovery and Restoration

Sec. 1521. Procurement.
Sec. 1522. Research, development, test, and evaluation.
Sec. 1523. Operation and maintenance.
Sec. 1524. Restriction on transfer of funds authorized by this subtitle.

TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS

Subtitle A—Space Activities

Sec. 1601. Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command.
Sec. 1602. Coordination of modernization efforts relating to military-code capable GPS receiver cards.
Sec. 1603. Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System.
Sec. 1604. Annual determination on plan on full integration and exploitation of overhead persistent infrared capability.
Sec. 1605. Space-based environmental monitoring mission requirements.
Sec. 1606. Resilient enterprise ground architecture.
Sec. 1607. Prototype program for multi-global navigation satellite system receiver development.
Sec. 1608. Commercial space situational awareness capabilities.
Sec. 1609. Program to enhance and improve launch support and infrastructure.
Sec. 1610. Preparation to implement plan for use of allied launch vehicles.
Sec. 1611. Independent study on plan for deterrence in space.
Sec. 1612. Study on leveraging diverse commercial satellite remote sensing capabilities.
Sec. 1613. Annual report on Space Command and Control program.
Sec. 1614. Report on space debris.

Subtitle B—Defense Intelligence and Intelligence-Related Activities

Sec. 1621. Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security.
Sec. 1622. Modifications to ISR Integration Council and annual briefing requirements.
Sec. 1623. Modification of annual authorization of appropriations for National Flagship Language Initiative.
Sec. 1624. Improving the onboarding methodology for intelligence personnel.
Sec. 1625. Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data.
Sec. 1626. Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements.
Sec. 1627. Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency.
Sec. 1628. Report on the expanded purview of the Defense Counterintelligence and Security Agency.
Sec. 1629. Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities.

Subtitle C—Cyberspace-Related Matters

Sec. 1631. Matters relating to military operations in the information environment.
Sec. 1632. Notification requirements for sensitive military cyber operations.
Sec. 1633. Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense.
Sec. 1634. Quarterly assessments of the readiness of Cyber Mission Forces.
Sec. 1635. Cyber posture review.
Sec. 1636. Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command.
Sec. 1637. Modification of cyber scholarship program.
Sec. 1638. Tier 1 exercise of support to civil authorities for a cyber incident.
Sec. 1639. Extension of the Cyberspace Solarium Commission.
Sec. 1640. Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects.
Sec. 1641. Role of Chief Information Officer in improving enterprise-wide cybersecurity.
Sec. 1642. Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace.
Sec. 1643. Limitation of funding for Consolidated Afloat Networks and Enterprise Services.
Sec. 1644. Annual military cyberspace operations report.
Sec. 1645. Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities.
Sec. 1646. Control and analysis of Department of Defense data stolen through cyberspace.
Sec. 1647. Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.
Sec. 1648. Framework to enhance cybersecurity of the United States defense industrial base.
Sec. 1649. Report on cybersecurity training programs.
Sec. 1650. National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.
Sec. 1651. Reorientation of Big Data Platform program.
Sec. 1652. Zero-based review of Department of Defense cyber and information technology personnel.
Sec. 1653. Study on improving cyber career paths in the Navy.
Sec. 1654. Accreditation standards and processes for cybersecurity and information technology products and services.
Sec. 1655. Study on future cyber warfighting capabilities of Department of Defense.
Sec. 1656. Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquarters–Cyber Organizations, Joint Mission Operations Centers, and Cyber Operations–Integrated Planning Elements.
Sec. 1657. Cyber governance structures and Principal Cyber Advisors on military cyber force matters.
Sec. 1658. Designation of test networks for testing and accreditation of cybersecurity products and services.
Sec. 1659. Consortia of universities to advise Secretary of Defense on cybersecurity matters.
Sec. 1660. Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.

Subtitle D—Nuclear Forces

WASHSTATEC005779

Sec. 1661. Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.
Sec. 1662. Modification of authorities relating to nuclear command, control, and communications system.
Sec. 1663. Briefings on meetings held by Nuclear Weapons Council.
Sec. 1664. Consideration of budget matters at meetings of Nuclear Weapons Council.
Sec. 1665. Improvement to annual report on the modernization of the nuclear weapons enterprise.
Sec. 1666. Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.
Sec. 1667. Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.
Sec. 1668. Elimination of conventional requirement for long-range standoff weapon.
Sec. 1669. Briefing on long-range standoff weapon and sea-launched cruise missile.
Sec. 1670. Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.
Sec. 1671. Reports on development of ground-based strategic deterrent weapon.
Sec. 1672. Prohibition on reduction of the intercontinental ballistic missiles of the United States.
Sec. 1673. Independent study on policy of no-first-use of nuclear weapons.
Sec. 1674. Independent study on risks of nuclear terrorism and nuclear war.
Sec. 1675. Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.
Sec. 1676. Report on nuclear forces of the United States and near-peer countries.
Sec. 1677. Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.
Sec. 1678. Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.
Sec. 1679. Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.
Sec. 1680. Sense of Congress on nuclear deterrence commitments of the United States.

Subtitle E—Missile Defense Programs

Sec. 1681. National missile defense policy.
Sec. 1682. Development of space-based ballistic missile intercept layer.
Sec. 1683. Development of hypersonic and ballistic missile tracking space sensor payload.
Sec. 1684. Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.
Sec. 1685. Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.
Sec. 1686. Limitation on availability of funds for lower tier air and missile defense sensor.
Sec. 1687. Plan for the redesigned kill vehicle replacement.
Sec. 1688. Organization, authorities, and billets of the Missile Defense Agency.

WASHSTATEC005780

Sec. 1689. Annual assessment of ballistic missile defense system.
Sec. 1690. Command and control, battle management, and communications program.
Sec. 1691. Missile defense interceptor site in contiguous United States.
Sec. 1692. Independent study on impacts of missile defense development and deployment.
Sec. 1693. Report and briefing on multi-volume kill capability.

Subtitle F—Other Matters

Sec. 1694. Extension of authorization for protection of certain facilities and assets from unmanned aircraft.
Sec. 1695. Repeal of requirement for commission on electromagnetic pulse attacks and similar events.
Sec. 1696. Repeal of review requirement for ammonium perchlorate report.
Sec. 1697. Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms.
Sec. 1698. Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems.
Sec. 1699. Hard and deeply buried targets.

TITLE XVII—REPORTS AND OTHER MATTERS

Subtitle A—Studies and Reports

Sec. 1701. Modification of annual reporting requirements on defense manpower.
Sec. 1702. Termination of requirement for submittal to Congress of certain recurring reports.
Sec. 1703. Modification of annual report on civilian casualties in connection with United States military operations.
Sec. 1704. Extension of requirement for briefings on the national biodefense strategy.
Sec. 1705. Authorization of appropriations for title III of the Defense Production Act of 1950.
Sec. 1706. Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic.
Sec. 1707. Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense.
Sec. 1708. Report and briefing on implementation of national defense strategy.
Sec. 1709. Actions to increase analytic support.
Sec. 1710. Inclusion of certain individuals investigated by Inspectors General in the semiannual report.
Sec. 1711. Annual report on Joint Military Information Support Operations Web Operations Center.
Sec. 1712. Mobility capability requirements study.
Sec. 1713. Assessment of special operations force structure.
Sec. 1714. Army aviation strategic plan and modernization roadmap.
Sec. 1715. Report on ground-based long-range artillery to counter land and maritime threats.
Sec. 1716. Independent review of transportation working-capital fund.
Sec. 1717. Geographic command risk assessment of proposed use of certain aircraft capabilities.
Sec. 1718. Report on backlog of personnel security clearance adjudications.

Sec. 1719. Report regarding outstanding Government Accountability Office recommendations.
Sec. 1720. Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents.
Sec. 1721. Assessment of standards, processes, procedures, and policy relating to civilian casualties.
Sec. 1722. Report on transfers of equipment to prohibited entities.
Sec. 1723. Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities.
Sec. 1724. Review and assessment of mitigation of military helicopter noise.

Subtitle B—Other Matters

Sec. 1731. Technical, conforming, and clerical amendments.
Sec. 1732. Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification.
Sec. 1733. Clarification of authority of Inspectors General for overseas contingency operations.
Sec. 1734. Employment status of annuitants for Inspectors General for overseas contingency operations.
Sec. 1735. Extension of National Security Commission on Artificial Intelligence.
Sec. 1736. Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense.
Sec. 1737. Extension of postage stamp for breast cancer research.
Sec. 1738. National Commission on Military Aviation Safety.
Sec. 1739. Guarantee of residency for spouses of members of the uniformed services.
Sec. 1740. Electromagnetic pulses and geomagnetic disturbances.
Sec. 1741. Improvements to Manufacturing USA Program.
Sec. 1742. Regional innovation program.
Sec. 1743. Aviation workforce development.
Sec. 1744. Oversight of Department of Defense execute orders.
Sec. 1745. Processes and procedures for notifications regarding special operations forces.
Sec. 1746. Securing American science and technology.
Sec. 1747. Standardized policy guidance for calculating aircraft operation and sustainment costs.
Sec. 1748. Special Federal Aviation Regulation Working Group.
Sec. 1749. Prohibition on names related to the Confederacy.
Sec. 1750. Support for National Maritime Heritage Grants program.
Sec. 1751. Support for world language advancement and readiness.
Sec. 1752. Designation of Department of Defense strategic Arctic ports.
Sec. 1753. Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure .
Sec. 1754. Comprehensive Department of Defense policy on collective self-defense.
Sec. 1755. Policy regarding the transition of data and applications to the cloud.
Sec. 1756. Integrated public alert and warning system.
Sec. 1757. Improving quality of information in background investigation request packages.
Sec. 1758. Parole in place for members of the Armed Forces and certain military dependents.

Sec. 1759. Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense.
Sec. 1760. Military type certification for light attack experimentation aircraft.

DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS

Sec. 2001. Short title.
Sec. 2002. Expiration of authorizations and amounts required to be specified by law.
Sec. 2003. Effective date.

TITLE XXI—ARMY MILITARY CONSTRUCTION

Sec. 2101. Authorized Army construction and land acquisition projects.
Sec. 2102. Family housing.
Sec. 2103. Authorization of appropriations, Army.
Sec. 2104. Modification of authority to carry out certain fiscal year 2019 projects.

TITLE XXII—NAVY MILITARY CONSTRUCTION

Sec. 2201. Authorized Navy construction and land acquisition projects.
Sec. 2202. Family housing.
Sec. 2203. Improvements to military family housing units.
Sec. 2204. Authorization of appropriations, Navy.
Sec. 2205. Modification of authority to carry out certain fiscal year 2017 project.

TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION

Sec. 2301. Authorized Air Force construction and land acquisition projects.
Sec. 2302. Family housing.
Sec. 2303. Improvements to military family housing units.
Sec. 2304. Authorization of appropriations, Air Force.
Sec. 2305. Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation.
Sec. 2306. Modification of authority to carry out certain fiscal year 2016 project.
Sec. 2307. Modification of authority to carry out certain fiscal year 2017 project.
Sec. 2308. Modification of authority to carry out certain fiscal year 2018 projects.
Sec. 2309. Modification of authority to carry out certain fiscal year 2019 projects.

TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION

Sec. 2401. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2402. Authorized Energy Resilience and Conservation Investment Program projects.
Sec. 2403. Authorization of appropriations, Defense Agencies.

TITLE XXV—INTERNATIONAL PROGRAMS

Subtitle A—North Atlantic Treaty Organization Security Investment Program

Sec. 2501. Authorized NATO construction and land acquisition projects.

WASHSTATEC005783

Sec. 2502. Authorization of appropriations, NATO.

Subtitle B—Host Country In-kind Contributions

Sec. 2511. Republic of Korea funded construction projects.

TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES

Sec. 2601. Authorized Army National Guard construction and land acquisition projects.
Sec. 2602. Authorized Army Reserve construction and land acquisition projects.
Sec. 2603. Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects.
Sec. 2604. Authorized Air National Guard construction and land acquisition projects.
Sec. 2605. Authorized Air Force Reserve construction and land acquisition projects.
Sec. 2606. Authorization of appropriations, National Guard and Reserve.

TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES

Sec. 2701. Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account.
Sec. 2702. Prohibition on conducting additional base realignment and closure (BRAC) round.

TITLE XXVIII—MILITARY CONSTRUCTION GENERAL PROVISIONS

Subtitle A—Military Construction Program

Sec. 2801. Military installation resilience plans and projects.
Sec. 2802. Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.
Sec. 2803. Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.
Sec. 2804. Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.
Sec. 2805. Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.
Sec. 2806. Improved flood risk disclosure for military construction.
Sec. 2807. Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.
Sec. 2808. Technical corrections and improvements to defense access road resilience.
Sec. 2809. Military construction projects for child development centers at military installations.
Sec. 2810. Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.
Sec. 2811. Prohibition on use of funds to close or return certain bases to the host nation.

Subtitle B—Real Property and Facilities Administration

Sec. 2821. Improved energy security for main operating bases in Europe.

Sec. 2822. Access to Department of Defense installations for credentialed transportation workers.
Sec. 2823. Improved recording and maintaining of Department of Defense real property data.

Subtitle C—Land Conveyances

Sec. 2831. Land conveyance, Hill Air Force Base, Ogden, Utah.
Sec. 2832. Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.
Sec. 2833. Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.
Sec. 2834. Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.

Subtitle D—Military Land Withdrawals

Sec. 2841. Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.

Subtitle E—White Sands National Park and White Sands Missile Range

Sec. 2851. White Sands Missile Range Land Enhancements.

Subtitle F—Other Matters

Sec. 2861. Installation and maintenance of fire extinguishers in Department of Defense facilities.
Sec. 2862. Definition of community infrastructure for purposes of military base reuse studies and community planning assistance.
Sec. 2863. Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea.
Sec. 2864. Black start exercises at military installations.
Sec. 2865. Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense.
Sec. 2866. Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California.
Sec. 2867. Designation of Sumpter Smith Joint National Guard Base.
Sec. 2868. Santa Ynez Band of Chumash Indians land affirmation.
Sec. 2869. Lands to be taken into trust as part of the reservation of the Lytton Rancheria.
Sec. 2870. Little Shell Tribe of Chippewa Indians of Montana.
Sec. 2871. Sense of Congress on restoration of Tyndall Air Force Base.

TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION

Subtitle A—Overseas Contingency Operations Military Construction

Sec. 2901. Authorized Army construction and land acquisition projects.
Sec. 2902. Authorized Navy construction and land acquisition projects.
Sec. 2903. Authorized Air Force construction and land acquisition projects.
Sec. 2904. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2905. Authorization of appropriations.

WASHSTATEC005785

Subtitle B—Emergency Military Construction

Sec. 2911. Authorization of emergency Navy construction and land acquisition projects.
Sec. 2912. Authorization of emergency Air Force construction and land acquisition projects.
Sec. 2913. Authorization of emergency Army National Guard construction and land acquisition projects.
Sec. 2914. Authorization of emergency Defense Agencies construction and land acquisition projects.
Sec. 2915. Authorization of emergency supplemental appropriations for military construction projects.

TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM

Sec. 3001. Definitions.

Subtitle A—Addition of New Reform Subchapter

Sec. 3011. Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing.
Sec. 3012. Designation of Chief Housing Officer for privatized military housing.
Sec. 3013. Additional requirements relating to contracts for privatized military housing.
Sec. 3014. Additional requirements relating to management of privatized military housing.
Sec. 3015. Consideration of contractor history in contracts for privatized military housing.
Sec. 3016. Additional improvements for management of privatized military housing.
Sec. 3017. Maintenance work order system for privatized military housing.
Sec. 3018. Access by tenants of privatized military housing to maintenance work order system.
Sec. 3019. Access by tenants to historical maintenance information for privatized military housing.
Sec. 3020. Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing.
Sec. 3021. Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard.
Sec. 3022. Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process.
Sec. 3023. Investigation of reports of reprisals relating to privatized military housing and congressional notification.
Sec. 3024. Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing.

Subtitle B—Other Amendatory Provisions

Sec. 3031. Installation of carbon monoxide detectors in military family housing.
Sec. 3032. Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing.
Sec. 3033. Treatment of breach of contract for privatized military housing.

Sec. 3034. Modification to requirements for window fall prevention devices in military family housing units.
Sec. 3035. Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.
Sec. 3036. Modification of authority to make payments to lessors of privatized military housing.
Sec. 3037. Technical correction to definition used to make payments to lessors of privatized military housing.

Subtitle C—One-Time Reporting Requirements

Sec. 3041. Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.
Sec. 3042. Plans for creation of councils on privatized military housing.
Sec. 3043. Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.
Sec. 3044. Inspector General review of Department of Defense oversight of privatized military housing.
Sec. 3045. Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.

Subtitle D—Development of Housing Reform Standards and Processes

Sec. 3051. Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.
Sec. 3052. Tool for assessment of hazards in Department of Defense housing.
Sec. 3053. Process to identify and address environmental health hazards in Department of Defense housing.
Sec. 3054. Department of Defense policy on lead-based paint testing on military installations.
Sec. 3055. Standard for minimum credentials for health and environmental inspectors of privatized military housing.
Sec. 3056. Requirements relating to move-in, move-out, and maintenance of privatized military housing.
Sec. 3057. Standardized documentation, templates, and forms for privatized military housing.
Sec. 3058. Satisfaction survey for tenants of military housing.

Subtitle E—Other Housing Reform Matters

Sec. 3061. Radon testing of privatized military housing.
Sec. 3062. Mitigation of risks posed by certain items in military family housing units.
Sec. 3063. Suspension of Resident Energy Conservation Program and related programs for privatized military housing.
Sec. 3064. Department of the Army pilot program to build and monitor use of single family homes.

DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS

WASHSTATEC005787

TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Subtitle A—National Security Programs and Authorizations

Sec. 3101. National Nuclear Security Administration.
Sec. 3102. Defense environmental cleanup.
Sec. 3103. Other defense activities.
Sec. 3104. Nuclear energy.

Subtitle B—Program Authorizations, Restrictions, and Limitations

Sec. 3111. Personnel matters at National Nuclear Security Administration.
Sec. 3112. Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.
Sec. 3113. Office of Cost Estimating and Program Evaluation.
Sec. 3114. Clarification of certain Stockpile Responsiveness Program objectives.
Sec. 3115. Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities.
Sec. 3116. Modification to certain requirements relating to plutonium pit production capacity.
Sec. 3117. Annual certification of shipments to Waste Isolation Pilot Plant.
Sec. 3118. Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development.
Sec. 3119. Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement.
Sec. 3120. Implementation of common financial reporting system for nuclear security enterprise.
Sec. 3121. Limitation relating to reclassification of high-level waste.
Sec. 3122. National Laboratory Jobs ACCESS Program.

Subtitle C—Reports and Other Matters

Sec. 3131. Civil penalties for violations of certain whistleblower protections.
Sec. 3132. Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile.
Sec. 3133. Repeal of requirement for review relating to enhanced procurement authority.
Sec. 3134. Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000.
Sec. 3135. Replacement of W78 warhead.
Sec. 3136. Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.
Sec. 3137. Assessment of high energy density physics.
Sec. 3138. Determination of effect of treaty obligations with respect to producing tritium.
Sec. 3139. Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.

TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD

Sec. 3201. Authorization.
Sec. 3202. Improvements to Defense Nuclear Facilities Safety Board.
Sec. 3203. Membership of Defense Nuclear Facilities Safety Board.

TITLE XXXIV—NAVAL PETROLEUM RESERVES

WASHSTATEC005788

Sec. 3401. Authorization of appropriations.

TITLE XXXV—MARITIME MATTERS

Subtitle A—Maritime Administration

Sec. 3501. Authorization of the Maritime Administration.
Sec. 3502. Reauthorization of Maritime Security Program.
Sec. 3503. Maritime technical assistance program.
Sec. 3504. Appointment of candidates attending sponsored preparatory school.
Sec. 3505. General support program.
Sec. 3506. Improvements to the maritime guaranteed loan program.
Sec. 3507. Requirement for small shipyard grantees.
Sec. 3508. Salvage recoveries of cargoes.
Sec. 3509. Salvage recoveries for subrogated ownership of vessels and cargoes.
Sec. 3510. Maritime Occupational Safety and Health Advisory Committee.
Sec. 3511. Military to mariner.
Sec. 3512. Department of Transportation Inspector General Report.
Sec. 3513. Independent study on the United States Merchant Marine Academy.
Sec. 3514. Port operations, research, and technology.
Sec. 3515. Assessment and report on strategic seaports.
Sec. 3516. Technical corrections.
Sec. 3517. United States Merchant Marine Academy sexual assault prevention and response program.
Sec. 3518. Report on vessels for emerging offshore energy infrastructure.
Sec. 3519. Report on United States flagged fuel tanker vessel capacity.

Subtitle B—Cable Security Fleet

Sec. 3521. Establishment of Cable Security Fleet.

Subtitle C—Maritime SAFE Act

Sec. 3531. Short titles.
Sec. 3532. Definitions.
Sec. 3533. Purposes.
Sec. 3534. Statement of policy.

PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY

Sec. 3541. Coordination with international organizations.
Sec. 3542. Engagement of diplomatic missions of the United States.
Sec. 3543. Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.
Sec. 3544. Expansion of existing mechanisms to combat IUU fishing.
Sec. 3545. Improvement of transparency and traceability programs.
Sec. 3546. Technology programs.
Sec. 3547. Savings clause.

PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING

Sec. 3551. Interagency Working Group on IUU Fishing.
Sec. 3552. Strategic plan.
Sec. 3553. Reports.
Sec. 3554. Gulf of Mexico IUU Fishing Subworking Group.

PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS

Sec. 3561. Finding.
Sec. 3562. Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.
Sec. 3563. Human trafficking in the seafood supply chain report.

PART IV—AUTHORIZATION OF APPROPRIATIONS

Sec. 3571. Authorization of appropriations.
Sec. 3572. Accounting of funds.

DIVISION D—FUNDING TABLES

Sec. 4001. Authorization of amounts in funding tables.

TITLE XLI—PROCUREMENT

Sec. 4101. Procurement.
Sec. 4102. Procurement for overseas contingency operations.
Sec. 4103. Procurement for emergency requirements.

TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Sec. 4201. Research, development, test, and evaluation.
Sec. 4202. Research, development, test, and evaluation for overseas contingency operations.
Sec. 4203. Research, development, test, and evaluation for emergency requirements.

TITLE XLIII—OPERATION AND MAINTENANCE

Sec. 4301. Operation and maintenance.
Sec. 4302. Operation and maintenance for overseas contingency operations.
Sec. 4303. Operation and maintenance for emergency requirements.

TITLE XLIV—MILITARY PERSONNEL

Sec. 4401. Military personnel.
Sec. 4402. Military personnel for overseas contingency operations.

TITLE XLV—OTHER AUTHORIZATIONS

Sec. 4501. Other authorizations.
Sec. 4502. Other authorizations for overseas contingency operations.

TITLE XLVI—MILITARY CONSTRUCTION

Sec. 4601. Military construction.
Sec. 4602. Military construction for overseas contingency operations.
Sec. 4603. Military construction for emergency requirements.

TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Sec. 4701. Department of Energy national security programs.

DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

Sec. 5001. Short title.
Sec. 5002. Subdivisions and table of contents.
Sec. 5003. Definitions.

SUBDIVISION 1—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEAR 2020

Sec. 5100. Table of contents.

TITLE LI—INTELLIGENCE ACTIVITIES

Sec. 5101. Authorization of appropriations.
Sec. 5102. Classified schedule of authorizations.
Sec. 5103. Intelligence community management account.

TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 5201. Authorization of appropriations.

TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

Subtitle A—General Intelligence Community Matters

Sec. 5301. Restriction on conduct of intelligence activities.
Sec. 5302. Increase in employee compensation and benefits authorized by law.
Sec. 5303. Expansion of scope of protections for identities of covert agents.
Sec. 5304. Required counterintelligence assessments, briefings, notifications, and reports.
Sec. 5305. Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.
Sec. 5306. Intelligence community public-private talent exchange.
Sec. 5307. Assessment of contracting practices to identify certain security and counterintelligence concerns.

Subtitle B—Office of the Director of National Intelligence

Sec. 5321. Establishment of Climate Security Advisory Council.
Sec. 5322. Foreign Malign Influence Response Center.
Sec. 5323. Encouragement of cooperative actions to detect and counter foreign influence operations.
Sec. 5324. Transfer of National Intelligence University to the Office of the Director of National Intelligence.

Subtitle C—Inspector General of the Intelligence Community

Sec. 5331. Definitions.
Sec. 5332. Inspector General external review panel.
Sec. 5333. Harmonization of whistleblower processes and procedures.
Sec. 5334. Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.
Sec. 5335. Report on cleared whistleblower attorneys.

Subtitle D—Central Intelligence Agency

Sec. 5341. Clarification of certain authority of the Central Intelligence Agency.

WASHSTATEC005791

TITLE LIV—SECURITY CLEARANCES

Sec. 5401. Improving visibility into the security clearance process.
Sec. 5402. Making certain policies and execution plans relating to personnel clearances available to industry partners.

TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

Subtitle A—Matters Relating to Russia

Sec. 5501. Annual reports on influence operations and campaigns in the United States by the Russian Federation.
Sec. 5502. Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.
Sec. 5503. Assessments of intentions of political leadership of the Russian Federation.

Subtitle B—Matters Relating to China

Sec. 5511. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.
Sec. 5512. Report on repression of ethnic Muslim minorities in the Xinjiang region of the People's Republic of China.
Sec. 5513. Report on efforts by People's Republic of China to influence election in Taiwan.

Subtitle C—Matters Relating to Other Countries

Sec. 5521. Sense of Congress and report on Iranian efforts in Syria and Lebanon.
Sec. 5522. Assessments regarding the Northern Triangle and Mexico.

TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

Sec. 5601. Definitions.
Sec. 5602. Strategic intelligence assessment of and reports on domestic terrorism.

TITLE LVII—REPORTS AND OTHER MATTERS

Subtitle A—Reports and Briefings

Sec. 5701. Modification of requirements for submission to Congress of certain reports.
Sec. 5702. Increased transparency regarding counterterrorism budget of the United States.
Sec. 5703. Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.
Sec. 5704. Collection, analysis, and dissemination of workforce data.
Sec. 5705. Plan for strengthening the supply chain intelligence function.
Sec. 5706. Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.
Sec. 5707. Report by Director of National Intelligence on fifth-generation wireless network technology.
Sec. 5708. Report on use by intelligence community of facial recognition technology.

WASHSTATEC005792

Sec. 5709. Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.
Sec. 5710. Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.
Sec. 5711. Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.
Sec. 5712. Report on best practices to protect privacy and civil liberties of Chinese Americans.
Sec. 5713. Oversight of foreign influence in academia.
Sec. 5714. Report on death of Jamal Khashoggi.
Sec. 5715. Report on terrorist screening database.
Sec. 5716. Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.
Sec. 5717. Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.
Sec. 5718. Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.

Subtitle B—Other Matters

Sec. 5721. Whistleblower disclosures to Congress and committees of Congress.
Sec. 5722. Task force on illicit financing of espionage and foreign influence operations.
Sec. 5723. Establishment of fifth-generation technology prize competition.
Sec. 5724. Establishment of deepfakes prize competition.
Sec. 5725. Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.
Sec. 5726. Securing energy infrastructure.

SUBDIVISION 2—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018 AND 2019

Sec. 6100. Table of contents.

TITLE LXI—INTELLIGENCE ACTIVITIES

Sec. 6101. Authorization of appropriations.
Sec. 6102. Intelligence Community Management Account.

TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 6201. Authorization of appropriations.
Sec. 6202. Computation of annuities for employees of the Central Intelligence Agency.

TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

Sec. 6301. Restriction on conduct of intelligence activities.
Sec. 6302. Increase in employee compensation and benefits authorized by law.
Sec. 6303. Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.
Sec. 6304. Modification of appointment of Chief Information Officer of the Intelligence Community.

Sec. 6305. Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.
Sec. 6306. Supply Chain and Counterintelligence Risk Management Task Force.
Sec. 6307. Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.
Sec. 6308. Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.
Sec. 6309. Elimination of sunset of authority relating to management of supply-chain risk.
Sec. 6310. Limitations on determinations regarding certain security classifications.
Sec. 6311. Joint Intelligence Community Council.
Sec. 6312. Intelligence community information technology environment.
Sec. 6313. Report on development of secure mobile voice solution for intelligence community.
Sec. 6314. Policy on minimum insider threat standards.
Sec. 6315. Submission of intelligence community policies.
Sec. 6316. Expansion of intelligence community recruitment efforts.

TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

Subtitle A—Office of the Director of National Intelligence

Sec. 6401. Authority for protection of current and former employees of the Office of the Director of National Intelligence.
Sec. 6402. Designation of the program manager-information-sharing environment.
Sec. 6403. Technical modification to the executive schedule.
Sec. 6404. Chief Financial Officer of the Intelligence Community.
Sec. 6405. Chief Information Officer of the Intelligence Community.

Subtitle B—Central Intelligence Agency

Sec. 6411. Central Intelligence Agency subsistence for personnel assigned to austere locations.
Sec. 6412. Special rules for certain monthly workers' compensation payments and other payments for Central Intelligence Agency personnel.
Sec. 6413. Expansion of security protective service jurisdiction of the Central Intelligence Agency.
Sec. 6414. Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.

Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

Sec. 6421. Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.
Sec. 6422. Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.

Subtitle D—Other Elements

Sec. 6431. Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.

WASHSTATEC005794

Sec. 6432. Notice not required for private entities.
Sec. 6433. Establishment of advisory board for National Reconnaissance Office.
Sec. 6434. Collocation of certain Department of Homeland Security personnel at field locations.

TITLE LXV—ELECTION MATTERS

Sec. 6501. Report on cyber attacks by foreign governments against United States election infrastructure.
Sec. 6502. Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.
Sec. 6503. Assessment of foreign intelligence threats to Federal elections.
Sec. 6504. Strategy for countering Russian cyber threats to United States elections.
Sec. 6505. Assessment of significant Russian influence campaigns directed at foreign elections and referenda.
Sec. 6506. Information sharing with State election officials.
Sec. 6507. Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.
Sec. 6508. Designation of counterintelligence officer to lead election security matters.

TITLE LXVI—SECURITY CLEARANCES

Sec. 6601. Definitions.
Sec. 6602. Reports and plans relating to security clearances and background investigations.
Sec. 6603. Improving the process for security clearances.
Sec. 6604. Goals for promptness of determinations regarding security clearances.
Sec. 6605. Security Executive Agent.
Sec. 6606. Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.
Sec. 6607. Report on clearance in person concept.
Sec. 6608. Reports on reciprocity for security clearances inside of departments and agencies.
Sec. 6609. Intelligence community reports on security clearances.
Sec. 6610. Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.
Sec. 6611. Information-sharing program for positions of trust and security clearances.
Sec. 6612. Report on protections for confidentiality of whistleblower-related communications.
Sec. 6613. Reports on costs of security clearance background investigations.

TITLE LXVII—REPORTS AND OTHER MATTERS

Subtitle A—Matters Relating to Russia and Other Foreign Powers

Sec. 6701. Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.
Sec. 6702. Assessment of threat finance relating to Russia.
Sec. 6703. Notification of an active measures campaign.
Sec. 6704. Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.

Sec. 6705. Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.
Sec. 6706. Expansion of scope of committee to counter active measures.

Subtitle B—Reports

Sec. 6711. Technical correction to Inspector General study.
Sec. 6712. Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.
Sec. 6713. Review of intelligence community whistleblower matters.
Sec. 6714. Report on role of Director of National Intelligence with respect to certain foreign investments.
Sec. 6715. Report on surveillance by foreign governments against United States telecommunications networks.
Sec. 6716. Biennial report on foreign investment risks.
Sec. 6717. Modification of certain reporting requirement on travel of foreign diplomats.
Sec. 6718. Semiannual reports on investigations of unauthorized disclosures of classified information.
Sec. 6719. Congressional notification of designation of covered intelligence officer as persona non grata.
Sec. 6720. Reports on intelligence community participation in vulnerabilities equities process of Federal Government.
Sec. 6721. Inspectors General reports on classification.
Sec. 6722. Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.
Sec. 6723. Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.
Sec. 6724. Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.
Sec. 6725. Reports on intelligence community loan repayment and related programs.
Sec. 6726. Repeal of certain reporting requirements.
Sec. 6727. Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.
Sec. 6728. Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.
Sec. 6729. Intelligence assessment of North Korea revenue sources.
Sec. 6730. Report on possible exploitation of virtual currencies by terrorist actors.

Subtitle C—Other Matters

Sec. 6741. Public Interest Declassification Board.
Sec. 6742. Technical and clerical amendments to the National Security Act of 1947.
Sec. 6743. Bug bounty programs.
Sec. 6744. Technical amendments related to the Department of Energy.
Sec. 6745. Sense of Congress on notification of certain disclosures of classified information.
Sec. 6746. Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.

Sec. 6747. Sense of Congress on WikiLeaks.

DIVISION F—OTHER MATTERS

TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA

Sec. 7101. Short title.

Subtitle A—Sanctions With Respect to North Korea

Sec. 7111. Sense of Congress.
Sec. 7112. Definitions.

PART I—EXPANSION OF SANCTIONS AND RELATED MATTERS

Sec. 7121. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.
Sec. 7122. Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.
Sec. 7123. Extension of applicability period of proliferation prevention sanctions.
Sec. 7124. Opposition to assistance by the international financial institutions.
Sec. 7125. Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.
Sec. 7126. Report and briefings on compliance, penalties, and technical assistance.
Sec. 7127. Sense of Congress on identification and blocking of property of North Korean officials.
Sec. 7128. Modification of report on implementation of United Nations Security Council resolutions by other governments.
Sec. 7129. Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system.

PART II—CONGRESSIONAL REVIEW AND OVERSIGHT

Sec. 7131. Notification of termination or suspension of sanctions.
Sec. 7132. Reports on certain licensing actions.
Sec. 7133. Report and briefings on financial networks and financial methods of the Government of North Korea.
Sec. 7134. Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea.

PART III—GENERAL MATTERS

Sec. 7141. Rulemaking.
Sec. 7142. Authority to consolidate reports.
Sec. 7143. Waivers, exemptions, and termination.
Sec. 7144. Procedures for review of classified and certain other information.
Sec. 7145. Briefing on resourcing of sanctions programs.
Sec. 7146. Briefing on proliferation financing.
Sec. 7147. Exception relating to importation of goods.

Subtitle B—Financial Industry Guidance to Halt Trafficking

Sec. 7151. Short title.
Sec. 7152. Sense of Congress.
Sec. 7153. Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.

WASHSTATEC005797

Sec. 7154. Strengthening the role of anti-money laundering and other financial tools in combating human trafficking.
Sec. 7155. Sense of Congress on resources to combat human trafficking.

TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN TRAFFICKERS OF ILLICIT SYNTHETIC OPIOIDS

Sec. 7201. Short title.
Sec. 7202. Sense of Congress.
Sec. 7203. Definitions.

Subtitle A—Sanctions With Respect to Foreign Opioid Traffickers

Sec. 7211. Identification of foreign opioid traffickers.
Sec. 7212. Imposition of sanctions.
Sec. 7213. Description of sanctions.
Sec. 7214. Waivers.
Sec. 7215. Procedures for judicial review of classified information.
Sec. 7216. Briefings on implementation.
Sec. 7217. Inclusion of additional material in International Narcotics Control Strategy Report.

Subtitle B—Commission on Combating Synthetic Opioid Trafficking

Sec. 7221. Commission on combating synthetic opioid trafficking.

Subtitle C—Other Matters

Sec. 7231. Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers.
Sec. 7232. Authorization of appropriations.
Sec. 7233. Regulatory authority.
Sec. 7234. Termination.
Sec. 7235. Exception relating to importation of goods.

TITLE LXXIII—PFAS

Sec. 7301. Short title.
Sec. 7302. Definition of Administrator.

Subtitle A—Drinking Water

Sec. 7311. Monitoring and detection.
Sec. 7312. Drinking water state revolving funds.

Subtitle B—PFAS Release Disclosure

Sec. 7321. Additions to toxics release inventory.

Subtitle C—USGS Performance Standard

Sec. 7331. Definitions.
Sec. 7332. Performance standard for the detection of highly fluorinated compounds.
Sec. 7333. Nationwide sampling.
Sec. 7334. Data usage.
Sec. 7335. Collaboration.

Subtitle D—Emerging Contaminants

WASHSTATEC005798

Sec. 7341. Definitions.
Sec. 7342. Research and coordination plan for enhanced response on emerging contaminants.

Subtitle E—Toxic Substances Control Act

Sec. 7351. PFAS data call.
Sec. 7352. Significant new use rule for long-chain PFAS.

Subtitle F—Other Matters

Sec. 7361. PFAS destruction and disposal guidance.
Sec. 7362. PFAS research and development.

TITLE LXXIV—CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019

Sec. 7401. Short title.
Sec. 7402. Statement of policy.

Subtitle A—Additional Actions in Connection With the National Emergency With Respect to Syria

Sec. 7411. Measures with respect to Central Bank of Syria.
Sec. 7412. Sanctions with respect to foreign persons that engage in certain transactions.
Sec. 7413. Strategy relating to areas of Syria in which civilians are subject to forced displacement.

Subtitle B—Assistance for the People of Syria

Sec. 7421. Sense of Congress.
Sec. 7422. Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.
Sec. 7423. Assessment of potential methods to enhance the protection of civilians.
Sec. 7424. Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.
Sec. 7425. Codification of certain services in support of nongovernmental organizations' activities authorized.
Sec. 7426. Briefing on strategy to facilitate humanitarian assistance.

Subtitle C—General Provisions

Sec. 7431. Suspension of sanctions.
Sec. 7432. Waivers and exemptions.
Sec. 7433. Implementation and regulatory authorities.
Sec. 7434. Exception relating to importation of goods.
Sec. 7435. Cost limitation.
Sec. 7436. Rule of construction.
Sec. 7437. Prohibition on construction of provisions of this title as an authorization for use of military force.
Sec. 7438. Sunset.

TITLE LXXV—PROTECTING EUROPE'S ENERGY SECURITY

Sec. 7501. Short title.
Sec. 7502. Sense of Congress.

WASHSTATEC005799

Sec. 7503. Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.

TITLE LXXVI—OTHER MATTERS

Subtitle A—Federal Employee Paid Leave Act

Sec. 7601. Short title.
Sec. 7602. Paid parental leave under title 5.
Sec. 7603. Paid parental leave for congressional employees.
Sec. 7604. Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees.
Sec. 7605. Clarification for members of the National Guard and Reserves.
Sec. 7606. Conforming amendment for certain TSA employees.

Subtitle B—Other Matters

Sec. 7611. Liberian refugee immigration fairness.
Sec. 7612. Pensacola Dam and Reservoir, Grand River, Oklahoma.
Sec. 7613. Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations.

**SEC. 3. CONGRESSIONAL DEFENSE COMMITTEES.**

In this Act, the term "congressional defense committees" has the meaning given that term in section 101(a)(16) of title 10, United States Code.

**SEC. 4. BUDGETARY EFFECTS OF THIS ACT.**

The budgetary effects of this Act, for the purposes of complying with the Statutory Pay-As-You-Go Act of 2010, shall be determined by reference to the latest statement titled "Budgetary Effects of PAYGO Legislation" for this Act, jointly submitted for printing in the Congressional Record by the Chairmen of the House and Senate Budget Committees, provided that such statement has been submitted prior to the vote on passage in the House acting first on the conference report or amendment between the Houses.

WASHSTATEC005800

# DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS

# TITLE I—PROCUREMENT

Subtitle A—Authorization Of Appropriations

Sec. 101. Authorization of appropriations.

Subtitle B—Army Programs

Sec. 111. Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1.

Subtitle C—Navy Programs

Sec. 121. Ford-class aircraft carrier cost limitation baselines.
Sec. 122. Modification of annual report on cost targets for certain aircraft carriers.
Sec. 123. Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.
Sec. 124. Ford class aircraft carrier support for F–35C aircraft.
Sec. 125. Prohibition on use of funds for reduction of aircraft carrier force structure.
Sec. 126. Modification of prohibition on availability of funds for Navy waterborne security barriers.
Sec. 127. LHA Replacement Amphibious Assault Ship Program.
Sec. 128. Strategic sealift fleet vessel.
Sec. 129. Design and construction of amphibious transport dock designated LPD–31.
Sec. 130. Limitation on availability of funds for the Littoral Combat Ship.
Sec. 131. Limitation on the next new class of Navy large surface combatants.
Sec. 132. Limitation on availability of funds pending quarterly updates on the CH–53K King Stallion helicopter program.
Sec. 133. Limitation on availability of funds for VH–92A helicopter.
Sec. 134. Report on carrier wing and aviation combat element composition.

Subtitle D—Air Force Programs

Sec. 141. Modification of requirement to preserve certain C–5 aircraft.
Sec. 142. OC–135B aircraft recapitalization program.
Sec. 143. Requirement to align Air Force aviation force structure with National Defense Strategy.
Sec. 144. Prohibition on availability of funds for reduction in KC–10 primary mission aircraft inventory.
Sec. 145. Limitation on availability of funds for F–15EX aircraft.
Sec. 146. Limitation on availability of funds for VC–25B aircraft.
Sec. 147. Limitation on availability of funds for RC–26B aircraft.
Sec. 148. Limitation on availability of funds for retirement of RC–135 aircraft.
Sec. 149. Air Force aggressor squadron modernization.
Sec. 150. Air Force plan for Combat Rescue Helicopter fielding.
Sec. 151. Report on feasibility of multiyear contract for procurement of JASSM–ER missiles.
Sec. 152. Report on aircraft fleet of the Civil Air Patrol.

Sec. 153. Sense of Congress on the light attack aircraft initiative of the Air Force.

Subtitle E—Defense-wide, Joint, and Multiservice Matters

Sec. 161. Economic order quantity contracting and buy-to-budget acquisition for F–35 aircraft program.
Sec. 162. Relief from contractors for failure to deliver ready-for-issue spare parts for the F–35 aircraft program.
Sec. 163. Limitation on availability of funds for reallocation of Turkish F–35A aircraft to the United States.
Sec. 164. Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System.
Sec. 165. F–35 sustainment cost.
Sec. 166. Reports on the progress and performance of the F–35 aircraft program.
Sec. 167. Other reports on the F–35 aircraft program.
Sec. 168. Limitation on availability of funds for communications systems lacking certain resiliency features.
Sec. 169. Repeal of tactical unmanned vehicle common data link requirement.

# Subtitle A—Authorization Of Appropriations

**SEC. 101. AUTHORIZATION OF APPROPRIATIONS.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4101.

# Subtitle B—Army Programs

**SEC. 111. AUTHORITY OF THE SECRETARY OF THE ARMY TO WAIVE CERTAIN LIMITATIONS RELATED TO THE DISTRIBUTED COMMON GROUND SYSTEM-ARMY INCREMENT 1.**

Section 113(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2028) is amended by striking "Secretary of Defense" both places it appears and inserting "Secretary of the Army".

WASHSTATEC005802

## Subtitle C—Navy Programs

**SEC. 121. FORD-CLASS AIRCRAFT CARRIER COST LIMITATION BASELINES.**

(a) IN GENERAL.—Chapter 863 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 8692. Ford-class aircraft carriers: cost limitation baselines**

"(a) LIMITATION.—The total amounts obligated or expended from funds authorized to be appropriated or otherwise made available for Shipbuilding and Conversion, Navy, or for any other procurement account, may not exceed the following amounts for the following aircraft carriers:

"(1) $13,224,000,000 for the construction of the aircraft carrier designated CVN–78.

"(2) $11,398,000,000 for the construction of the aircraft carrier designated CVN–79.

"(3) $12,202,000,000 for the construction of the aircraft carrier designated CVN–80.

"(4) $12,451,000,000 for the construction of the aircraft carrier designated CVN–81.

"(b) EXCLUSION OF BATTLE AND INTERIM SPARES FROM COST LIMITATION.—The Secretary of the Navy

shall exclude from the determination of the amounts set forth in subsection (a) the costs of the following items:

"(1) CVN–78 class battle spares.

"(2) Interim spares.

"(3) Increases attributable to economic inflation after December 1, 2018, not otherwise included in the amounts listed in subsection (a).

"(c) WRITTEN NOTICE AND BRIEFING ON CHANGE IN AMOUNT.—The Secretary of the Navy may adjust an amount listed in subsection (a) not fewer than 15 days after submitting written notice and providing a briefing to the congressional defense committees, each of which shall include the amount and rationale of any change and the resulting amount after such change.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 863 of such title is amended by inserting after the item relating to section 8691 the following new item:

"8692. Ford-class aircraft carriers: cost limitation baselines.".

(c) REPEAL OF SUPERSEDED PROVISION.—Section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 120 Stat. 2104) is repealed.

**SEC. 122. MODIFICATION OF ANNUAL REPORT ON COST TARGETS FOR CERTAIN AIRCRAFT CARRIERS.**

Section 126(c) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2035) is amended—

(1) in the subsection heading, by striking "AND CVN–80" and inserting ", CVN–80, AND CVN–81";

(2) in paragraph (1)—

(A) by striking "2021" and inserting "2032"; and

(B) by striking "costs described in subsection (b) for the CVN–79 and CVN–80" and inserting "cost targets for the CVN–79, the CVN–80, and the CVN–81"; and

(3) in paragraph (2)—

(A) in the matter preceding subparagraph (A), by striking " and the CVN–80" and inserting ", the CVN–80, and the CVN–81"

(B) in subparagraph (A), by striking "costs described in subsection (b)" and inserting "cost targets";

(C) in subparagraph (F), by striking "costs specified in subsection (b)" and inserting "cost targets"; and

(D) in subparagraph (G), by striking "costs specified in subsection (b)" and inserting "cost targets".

**SEC. 123. REFUELING AND COMPLEX OVERHAULS OF THE U.S.S. JOHN C. STENNIS AND U.S.S. HARRY S. TRUMAN.**

(a) REFUELING AND COMPLEX OVERHAUL.—The Secretary of the Navy shall carry out the nuclear refueling and complex overhaul of the U.S.S. John C. Stennis (CVN–74) and U.S.S. Harry S. Truman (CVN–75).

(b) USE OF INCREMENTAL FUNDING.—With respect to any contract entered into under subsection (a) for the nuclear refueling and complex overhauls of the U.S.S. John C. Stennis (CVN–74) and U.S.S. Harry S. Truman (CVN–75), the Secretary may use incremental funding for a period not to exceed six years after advance procurement funds for such nuclear refueling and complex overhaul effort are first obligated.

(c) CONDITION FOR OUT-YEAR CONTRACT PAYMENTS.—Any contract entered into under subsection (a) shall provide that any obligation of the United States to make a payment under the contract for a fiscal year after fiscal year 2020 is subject to the availability of appropriations for that purpose for that later fiscal year.

**SEC. 124. FORD CLASS AIRCRAFT CARRIER SUPPORT FOR F–35C AIRCRAFT.**

Before completing the post-shakedown availability of the Ford class aircraft carrier designated CVN–79, the Secretary of the Navy shall ensure that the aircraft carrier is capable of operating and deploying with the F–35C aircraft.

**SEC. 125. PROHIBITION ON USE OF FUNDS FOR REDUCTION OF AIRCRAFT CARRIER FORCE STRUCTURE.**

None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended to reduce the number of operational aircraft carriers of the Navy below the number specified in section 8062(b) of title 10, United States Code.

**SEC. 126. MODIFICATION OF PROHIBITION ON AVAILABILITY OF FUNDS FOR NAVY WATERBORNE SECURITY BARRIERS.**

Section 130 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) in subsection (a) by striking "for fiscal year 2019 may be obligated or expended to procure legacy waterborne security barriers for Navy ports" and inserting "for fiscal year 2019 or fiscal year 2020 may be obligated or expended to procure leg-

acy waterborne security barriers for Navy ports, including as replacements for legacy barriers";

(2) in subsection (c)(1), by inserting "of not more than 30 percent" after "replacement"; and

(3) by adding at the end the following new subsection:

"(d) NOTIFICATION.—Not later than 15 days after an exception is made pursuant to subsection (c)(2), the Secretary of the Navy shall submit a written notification to the congressional defense committees that includes—

"(1) the name and position of the government official who determined exigent circumstances exist;

"(2) a description of the exigent circumstances; and

"(3) a description of how waterborne security will be maintained until new waterborne security barriers are procured and installed.".

**SEC. 127. LHA REPLACEMENT AMPHIBIOUS ASSAULT SHIP PROGRAM.**

(a) AUTHORITY TO USE INCREMENTAL FUNDING.—The Secretary of the Navy may enter into and incrementally fund a contract for detail design and construction of the LHA replacement ship designated LHA 9 and, subject to subsection (b), funds for payments under the contract may be provided from amounts authorized to be ap-

propriated for the Department of Defense for Shipbuilding and Conversion, Navy, for fiscal years 2019 through 2025.

(b) CONDITION FOR OUT-YEAR CONTRACT PAYMENTS.—A contract entered into under subsection (a) shall provide that any obligation of the United States to make a payment under the contract for any subsequent fiscal year is subject to the availability of appropriations for that purpose for such subsequent fiscal year.

(c) REPEAL OF OBSOLETE AUTHORITY.—Section 125 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 120 Stat. 2106) is repealed.

**SEC. 128. STRATEGIC SEALIFT FLEET VESSEL.**

(a) IN GENERAL.—Subject to the availability of appropriations, the Secretary of the Navy shall seek to enter into a contract for the construction of one sealift vessel.

(b) DELIVERY DATE.—The contract entered into under subsection (a) shall specify a delivery date for the sealift vessel of not later than September 30, 2026.

(c) DESIGN AND CONSTRUCTION REQUIREMENTS.—

(1) USE OF EXISTING DESIGN.—The design of the sealift vessel shall be based on a domestic or foreign design that exists as of the date of the enactment of this Act.

WASHSTATEC005809

(2) COMMERCIAL STANDARDS AND PRACTICES.—Subject to paragraph (1), the sealift vessel may be constructed using commercial design standards and commercial construction practices that are consistent with the best interests of the Federal Government.

(3) DOMESTIC SHIPYARD.—The sealift vessel shall be constructed in a shipyard that is located in the United States.

(d) CERTIFICATE AND ENDORSEMENT.—The sealift vessel shall meet the requirements necessary to receive a certificate of documentation and a coastwise endorsement under chapter 121 of tile 46, United States Code, and the Secretary of the Navy shall ensure that the completed vessel receives such a certificate and endorsement.

(e) EXECUTIVE AGENT.—

(1) IN GENERAL.—The Secretary of the Navy may seek to enter into a contract or other agreement with a private-sector entity under which the entity may act as executive agent for the Secretary for purposes of the contract under subsection (a).

(2) RESPONSIBILITIES.—The executive agent described in paragraph (1) may be responsible for—

(A) selecting a shipyard for the construction of the sealift vessel;

WASHSTATEC005810

(B) managing and overseeing the construction of the sealift vessel; and

(C) such other matters as the Secretary of the Navy determines to be appropriate

(f) USE OF INCREMENTAL FUNDING.—With respect to the contract entered into under subsection (a), the Secretary of the Navy may use incremental funding to make payments under the contract.

(g) SEALIFT VESSEL DEFINED.—In this section, the term ''sealift vessel'' means the sealift vessel constructed pursuant to the contract entered into under subsection (a).

**SEC. 129. DESIGN AND CONSTRUCTION OF AMPHIBIOUS TRANSPORT DOCK DESIGNATED LPD–31.**

(a) IN GENERAL.—Using funds authorized to be appropriated for the Department of Defense for Shipbuilding and Conversion, Navy, the Secretary of the Navy may enter into a contract, beginning with the fiscal year 2020 program year, for the design and construction of the amphibious transport dock designated LPD–31.

(b) USE OF INCREMENTAL FUNDING.—With respect to the contract entered into under subsection (a), the Secretary may use incremental funding to make payments under the contract.

(c) CONDITION FOR OUT-YEAR CONTRACT PAYMENTS.—The contract entered into under subsection (a)

shall provide that any obligation of the United States to make a payment under such contract for any fiscal year after fiscal year 2020 is subject to the availability of appropriations for that purpose for such later fiscal year.

**SEC. 130. LIMITATION ON AVAILABILITY OF FUNDS FOR THE LITTORAL COMBAT SHIP.**

(a) LIMITATIONS.—None of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be used to exceed, and the Department may not otherwise exceed, the total procurement quantity of thirty-five Littoral Combat Ships, unless the Under Secretary of Defense for Acquisition and Sustainment submits to the congressional defense committees the certification described in subsection (b).

(b) CERTIFICATION.—The certification described in this subsection is a certification by the Under Secretary that awarding a contract for the procurement of a Littoral Combat Ship that exceeds the total procurement quantity listed in revision five of the Littoral Combat Ship acquisition strategy—

(1) is in the national security interests of the United States;

(2) will not result in exceeding the low-rate initial production quantity approved in the Littoral

WASHSTATEC005812

Combat Ship acquisition strategy in effect as of the date of the certification; and

(3) is necessary to maintain a full and open competition for the Guided Missile Frigate (FFG(X)) with a single source award in fiscal year 2020.

**SEC. 131. LIMITATION ON THE NEXT NEW CLASS OF NAVY LARGE SURFACE COMBATANTS.**

(a) IN GENERAL.—Milestone B approval may not be granted for the next new class of Navy large surface combatants unless the class of Navy large surface combatants incorporates prior to such approval—

(1) design changes identified during the full duration of the combat system ship qualification trials and operational test periods of the first Arleigh Burke-class destroyer in the Flight III configuration to complete such events; and

(2) final results of test programs of engineering development models or prototypes for critical systems specified by the Senior Technical Authority pursuant to section 8669b of title 10, United States Code, as added by section 1034 of this Act, in their final form, fit, and function and in a realistic environment, which shall include a land-based engineering site for the propulsion system.

(b) LIMITATION.—The Secretary of the Navy may not release a detail design or construction request for proposals or obligate funds from the Shipbuilding and Conversion, Navy account for the next new class of Navy large surface combatants until the class of Navy large surface combatants receives Milestone B approval and the milestone decision authority notifies the congressional defense committees, in writing, of the actions taken to comply with the requirements under subsection (a).

(c) DEFINITIONS.—In this section:

(1) The term "Milestone B approval" has the meaning given the term in section 2366(e)(7) of title 10, United States Code.

(2) The term "milestone decision authority" means the official within the Department of Defense designated with the overall responsibility and authority for acquisition decisions for the program, including authority to approve entry of the program into the next phase of the acquisition process.

(3) The term "large surface combatants" means Navy surface ships that are designed primarily to engage in attacks against airborne, surface, subsurface, and shore targets, excluding frigates and littoral combat ships.

WASHSTATEC005814

**SEC. 132. LIMITATION ON AVAILABILITY OF FUNDS PENDING QUARTERLY UPDATES ON THE CH–53K KING STALLION HELICOPTER PROGRAM.**

(a) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for aircraft procurement, Navy, for the CH–53K King Stallion helicopter program, not more than 50 percent may be obligated or expended until a period of 30 days has elapsed following the date on which the Secretary of the Navy provides the first briefing required under subsection (b).

(b) QUARTERLY BRIEFINGS REQUIRED.—

(1) IN GENERAL.—Beginning not later than 30 days after the date of the enactment of this Act, and on a quarterly basis thereafter through the end of fiscal year 2022, the Secretary of the Navy shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the progress of the CH–53K King Stallion helicopter program.

(2) ELEMENTS.—Each briefing under paragraph (1) shall include, with respect to the CH–53K King Stallion helicopter program, the following:

(A) An overview of the program schedule.

(B) A statement of the total cost of the program as of the date of the briefing, includ-

WASHSTATEC005815

ing the costs of development, testing, and production.

(C) A comparison of the total cost of the program relative to the approved acquisition program baseline.

(D) An assessment of flight testing under the program, including identification of the number of test events that have been conducted on-time in accordance with the joint integrated program schedule.

(E) An update on the correction of technical deficiencies under the program, including—

(i) identification of the technical deficiencies that have been corrected as of the date of the briefing;

(ii) identification of the technical deficiencies that have been discovered, but not corrected, as of such date;

(iii) an estimate of the total cost of correcting technical deficiencies under the program; and

(iv) an explanation of any significant deviations from the testing and program schedule that are anticipated due to the

discovery and correction of technical deficiencies.

**SEC. 133. LIMITATION ON AVAILABILITY OF FUNDS FOR VH–92A HELICOPTER.**

(a) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for procurement for the VH–92A helicopter, not more than 80 percent may be obligated or expended until the date on which the Secretary of Navy submits to the Committees on Armed Services of the Senate and the House of Representatives the report required under subsection (b).

(b) REPORT REQUIRED.—The Secretary of the Navy shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report assessing the status of the VH–92A helicopter program industrial base and the potential impact of proposed manufacturing base changes on the acquisition program. The report shall include a description of—

(1) estimated effects on the manufacturing readiness level of the VH–92 program due to potential changes to the program manufacturing base;

(2) the estimated costs and assessment of cost risk to the program due to potential changes to the program manufacturing base;

WASHSTATEC005817

(3) any estimated schedule impacts, including impacts on delivery dates for the remaining low-rate initial production lots and full rate production, resulting from any changes to the manufacturing base;

(4) an assessment of the effect of changes to the manufacturing base on VH–92A sustainment; and

(5) the impact of such changes on production and sustainment capacity for the MH–60 and CH–53K helicopters of the Navy.

**SEC. 134. REPORT ON CARRIER WING AND AVIATION COMBAT ELEMENT COMPOSITION.**

(a) IN GENERAL.—Not later than May 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the optimal composition of the carrier air wing (CVW) on aircraft carriers and aviation combat element (ACE) embarked on amphibious ships in 2030 and 2040, including alternative force design concepts.

(b) ELEMENTS.—The report required under subsection (a) shall include the following elements for the CVW and ACE:

(1) Analysis and justification for the Department of the Navy's stated goal of a 50/50 mix of 4th and 5th generation aircraft for 2030.

WASHSTATEC005818

(2) Analysis and justification for an optimal mix of aircraft for 2040.

(3) A plan for incorporating unmanned aerial vehicles and associated communication capabilities to effectively implement the future force design.

(4) Analysis of the support equipment requirement for each aircraft type and the space needed to accommodate such equipment.

(5) A description of existing and potential ship designs or design changes that would enable greater commonality and interoperability of embarked naval aircraft, including aircraft arresting gear and launch catapults.

(c) BRIEFING.—Not later than March 1, 2020, the Secretary of the Navy shall provide the congressional defense committees a briefing on the report required under subsection (a).

## Subtitle D—Air Force Programs

### SEC. 141. MODIFICATION OF REQUIREMENT TO PRESERVE CERTAIN C–5 AIRCRAFT.

Section 141(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1661) is amended—

(1) in paragraph (1), by striking "until the date that is 30 days after the date on which the briefing

WASHSTATEC005819

under section 144(b) of the National Defense Authorization Act for Fiscal Year 2018 is provided to the congressional defense committees'' and inserting ''until the date that is 30 days after the date on which the final report and briefing required under section 1712(c)(2) of the National Defense Authorization Act for Fiscal Year 2020 have each been provided to the congressional defense committees''; and

(2) in paragraph (2)(A), by striking ''can be returned to service'' and inserting ''is inducted into or maintained in type 1000 recallable storage''.

**SEC. 142. OC–135B AIRCRAFT RECAPITALIZATION PROGRAM.**

The Secretary of the Air Force shall ensure that any request for proposals for the procurement of an OC–135B aircraft under a recapitalization program for such aircraft meets the requirements for full and open competition as set forth in section 2304 of title 10, United States Code, and includes, as part of such request for proposals, consideration of proposals for the provision of new production aircraft and recently manufactured aircraft.

WASHSTATEC005820

**SEC. 143. REQUIREMENT TO ALIGN AIR FORCE AVIATION FORCE STRUCTURE WITH NATIONAL DEFENSE STRATEGY.**

(a) REQUIRED SUBMISSION OF STRATEGY.—Not later than March 1, 2020, the Secretary of the Air Force shall submit to the congressional defense committees an aviation force structure acquisition strategy that aligns with the stated capability and capacity requirements of the Department of the Air Force to meet the National Defense Strategy.

(b) ALIGNMENT WITH STRATEGY.—The Secretary of the Air Force may not deviate from the strategy submitted under subsection (a) until—

(1) the Secretary receives a waiver from the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff; and

(2) the Secretary of Defense provides the congressional defense committees with the waiver approval documentation.

**SEC. 144. PROHIBITION ON AVAILABILITY OF FUNDS FOR REDUCTION IN KC–10 PRIMARY MISSION AIRCRAFT INVENTORY.**

None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to reduce

the number of KC–10 aircraft in the primary mission aircraft inventory of the Air Force.

**SEC. 145. LIMITATION ON AVAILABILITY OF FUNDS FOR F–15EX AIRCRAFT.**

(a) LIMITATION.—Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to procure any F–15EX aircraft, other than the first two prototypes of such aircraft, until a period of 15 days has elapsed following the date on which the Secretary of the Air Force submits to the congressional defense committees a report on the following topics relating to the F–15EX program:

(1) Acquisition strategy.

(2) Cost and schedule estimates.

(3) Test and evaluation strategy.

(4) Logistics strategy.

(5) Post-production fielding strategy.

(b) EXCEPTION FOR LONG-LEAD ITEMS.—

(1) IN GENERAL.—Notwithstanding subsection (a), the Secretary of the Air Force may use the funds described in paragraph (2) to procure long-lead items for up to six additional F–15EX aircraft beyond the first two prototypes of such aircraft.

(2) FUNDS DESCRIBED.—The funds described in this paragraph are funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force for any of the following:

(A) Research and development, nonrecurring engineering.

(B) Aircraft procurement.

(c) F–15EX PROGRAM DEFINED.—In this section, the term "F–15EX program" means the F–15EX aircraft program of the Air Force as described in the materials submitted to Congress by the Secretary of Defense in support of the budget of the President for fiscal year 2020 (as submitted to Congress under section 1105(a) of title 21, United States Code).

**SEC. 146. LIMITATION ON AVAILABILITY OF FUNDS FOR VC–25B AIRCRAFT.**

(a) LIMITATION.—Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 or any subsequent fiscal year for the Air Force may be obligated or expended to carry out over and above work on the VC–25B aircraft until a period of 30 days has elapsed following the date on which the Secretary of the

WASHSTATEC005823

Air Force notifies the congressional defense committees of the intent of the Secretary to authorize such work.

(b) EXCEPTION.—The limitation under subsection (a) shall not apply to over and above work carried out—

(1) to repair or replace items damaged during the testing of the VC–25B aircraft; or

(2) to make changes necessary to meet operational requirements.

(c) DEFINITIONS.—In this section:

(1) The term "operational requirements" means any of the operational requirements for the VC–25B aircraft described in the capability development document or the system requirements document for the Presidential Aircraft Recapitalization Program.

(2) The term "over and above work" means work performed pursuant to line 0012 (CLIN 0012) of the contract for Presidential Aircraft Recapitalization entered into between the Department of the Air Force and the Boeing Company (contract number FA8625–16–C–6599).

**SEC. 147. LIMITATION ON AVAILABILITY OF FUNDS FOR RC–26B AIRCRAFT.**

(a) LIMITATION.—Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020

WASHSTATEC005824

for the Air Force may be obligated or expended to retire, divest, realign, or place in storage or on backup aircraft inventory status, or prepare to retire, divest, realign, or place in storage or backup inventory status, any RC–26B aircraft until the date on which the Secretary of the Air Force submits to the congressional defense committees—

(1) the report required under subsection (c); and

(2) the certification required under subsection (d).

(b) EXCEPTION.—The limitation in subsection (a) shall not apply to individual RC–26B aircraft that the Secretary of the Air Force determines, on a case-by-case basis, to be no longer mission capable because of mishaps or other damage.

(c) REPORT REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report that includes the following:

(1) A survey of any requirements for the Air Force to provide intelligence, surveillance, and reconnaissance support to other military forces and civil authorities that the Air Force and the Air National Guard meet using the RC–26B aircraft.

WASHSTATEC005825

(2) An assessment of the extent to which such requirements are appropriate for the Air Force to fulfill.

(3) The manner in which the Secretary would meet such requirements if the RC–26B aircraft were to be retired.

(4) A comparison of costs and effectiveness of alternative means of providing intelligence, surveillance, and reconnaissance support to other military forces and civil authorities.

(5) An assessment of the utility of entering into one or more memoranda of agreement with other military forces and civil authorities to govern the process for providing intelligence, surveillance, and reconnaissance support to those forces and authorities.

(d) CERTIFICATION REQUIRED.—Not later than 60 days after the date on which the Secretary of the Air Force submits the report required under subsection (c), the Secretary shall certify to the congressional defense committees—

(1) whether there are requirements for the Air Force to provide intelligence, surveillance, and reconnaissance support to other military forces and

civil authorities that the Air Force meets using the RC–26B aircraft; and

(2) whether the Secretary has identified methods of meeting such requirements that are more effective and more efficient than meeting such requirements through the use of the RC–26B aircraft.

**SEC. 148. LIMITATION ON AVAILABILITY OF FUNDS FOR RETIREMENT OF RC–135 AIRCRAFT.**

(a) LIMITATION.—Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to retire, or prepare to retire, any RC–135 aircraft until a period of 60 days has elapsed following the date on which the Secretary of Defense certifies to the congressional defense committees that—

(1) technologies other than the RC–135 aircraft provide capacity and capabilities equivalent to the capacity and capabilities of the RC–135 aircraft; and

(2) the capacity and capabilities of such other technologies meet the requirements of combatant commanders with respect to indications and warning, intelligence preparation of the operational envi-

WASHSTATEC005827

ronment, and direct support for kinetic and non-kinetic operations.

(b) EXCEPTION.—The limitation in subsection (a) shall not apply to individual RC–135 aircraft that the Secretary of the Air Force determines, on a case-by-case basis, to be no longer mission capable because of mishaps, other damage, or being uneconomical to repair.

**SEC. 149. AIR FORCE AGGRESSOR SQUADRON MODERNIZATION.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) it is critical that the Air Force has the capability to train against an advanced air adversary in order to be prepared for conflicts against a modern enemy force, and that in order to have this capability, the Air Force must have access to an advanced adversary force prior to United States adversaries fielding a 5th-generation operational capability; and

(2) the Air Force's plan to use low-rate initial production F–35As as aggressor aircraft reflects a recognition of the need to field a modernized aggressor fleet.

(b) REPORT.—

WASHSTATEC005828

(1) IN GENERAL.—The Secretary of the Air Force may not transfer any low-rate initial production F–35 aircraft for use as aggressor aircraft until the Chief of Staff of the Air Force submits to the congressional defense committees a comprehensive plan and report on the strategy for modernizing its organic aggressor fleet.

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) Potential locations for F–35A aggressor aircraft, including an analysis of installations that—

(i) have the size and availability of airspace necessary to meet flying operations requirements;

(ii) have sufficient capacity and availability of range space;

(iii) are capable of hosting advanced-threat training exercises; and

(iv) meet or require minimal addition to the environmental requirements associated with the basing action.

(B) An analysis of the potential cost and benefits of expanding aggressor squadrons cur-

rently operating 18 Primary Assigned Aircraft (PAA) to a level of 24 PAA each.

(C) An analysis of the cost and timelines associated with modernizing the current Air Force aggressor squadrons to include upgrading aircraft radar, infrared search-and-track systems, radar warning receiver, tactical datalink, threat-representative jamming pods, and other upgrades necessary to provide a realistic advanced adversary threat.

**SEC. 150. AIR FORCE PLAN FOR COMBAT RESCUE HELICOPTER FIELDING.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that, given delays to Operational Loss Replacement (OLR) program fielding and the on-time fielding of Combat Rescue Helicopter (CRH), the Air National Guard should retain additional HH–60G helicopters at Air National Guard locations to meet their recommended primary aircraft authorized (PAA) per the Air Force's June 2018 report on Air National Guard HH–60 requirements.

(b) REPORT ON FIELDING PLAN.—

(1) IN GENERAL.—Not later than 45 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional

WASHSTATEC005830

defense committees a report on its fielding plan for the CRH program.

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) A description of the differences in capabilities between the HH–60G, OLR, and CRH helicopters.

(B) A description of the costs and risks associated with changing the CRH fielding plan to reduce or eliminate inventory shortfalls.

(C) A description of the measures for accelerating the program available within the current contract.

(D) A description of the operational risks and benefits associated with fielding the CRH to the active component first, including—

(i) how the differing fielding plan may affect deployment schedules;

(ii) what capabilities active-component units deploying with the CRH will have that reserve component units deploying with OLR will not; and

(iii) an analysis of the potential costs and benefits that could result from accelerating CRH fielding to all units through

additional funding in the future years defense program.

(c) REPORT ON TRAINING PLAN.—

(1) IN GENERAL.—Not later than 45 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report on the plan to sustain training for initial-entry reserve component HH–60G pilots once the active component of the Air Force has received all of its CRH helicopters.

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) Projected reserve component aircrew initial HH–60G/OLR qualification training requirements, by year.

(B) The number of legacy HH–60G/OLR helicopters required to continue providing initial HH–60G qualification training through the 150th Special Operations Wing at Kirtland Air Force Base.

(C) The number of personnel required to continue providing initial HH–60G/OLR qualification training through the 150th Special Operations Wing at Kirtland Air Force Base.

(D) The number of flying hours required per pilot to perform "differences training" at home station for initial entry HH–60 pilots receiving CRH training at Kirtland Air Force Base to become qualified in the HH–60G/OLR at their home station.

(E) The projected effect of using local flying training hours at reserve component units on overall unit training readiness and ability to meet Ready Aircrew Program requirements.

**SEC. 151. REPORT ON FEASIBILITY OF MULTIYEAR CONTRACT FOR PROCUREMENT OF JASSM–ER MISSILES.**

(a) IN GENERAL.—Not later than March 31, 2020, the Secretary of the Air Force shall submit a report to the congressional defense committees assessing the feasibility of entering into a multiyear contract for procurement of JASSM–ER missiles starting in fiscal year 2022.

(b) ELEMENTS.—The report required under subsection (a) shall include the following elements:

(1) An initial assessment of cost savings to the Air Force from a multiyear contract.

(2) An analysis of at least two different multiyear contract options that vary in either duration or quantity, at least one of which assumes a

WASHSTATEC005833

maximum procurement of 550 missiles per year for 5 years.

(3) An assessment of how a multiyear contract will impact the industrial base.

(4) An assessment of how a multiyear contract will impact the Long Range Anti-Ship Missile.

(5) An assessment of how a multiyear contract will impact the ability of the Air Force to develop additional capabilities for the JASSM–ER missile.

**SEC. 152. REPORT ON AIRCRAFT FLEET OF THE CIVIL AIR PATROL.**

(a) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report on the aircraft fleet of the Civil Air Patrol.

(b) ELEMENTS.—The report required by subsection (a) shall include an assessment of each of the following:

(1) Whether the number of aircraft, types of aircraft, and operating locations that comprise the Civil Air Patrol fleet are suitable for the missions and responsibilities assigned to the Civil Air Patrol, including—

(A) flight proficiency and training;

(B) operational mission training; and

WASHSTATEC005834

(C) support for cadet orientation and cadet flight training programs in the Civil Air Patrol wing of each State.

(2) The ideal overall size of the Civil Air Patrol aircraft fleet, including a description of the factors used to determine that ideal size.

(3) The process used by the Civil Air Patrol and the Air Force to determine the number and location of aircraft operating locations and whether State Civil Air Patrol wing commanders are appropriately involved in that process.

(4) The process used by the Civil Air Patrol, the Air Force, and other relevant entities to determine the type and number of aircraft that are needed to support the emergency, operational, and training missions of the Civil Air Patrol.

**SEC. 153. SENSE OF CONGRESS ON THE LIGHT ATTACK AIRCRAFT INITIATIVE OF THE AIR FORCE.**

It is the sense of the Congress that—

(1) The United States Special Operations Command has a mission requirement to support foreign internal defense training and a light attack aircraft platform could potentially facilitate meeting that requirement.

(2) The Secretary of the Air Force should coordinate with the Commander of the United States Special Operations Command to assess how general purpose forces and special operations forces can leverage the light attack aircraft phase three experimentation activities of the Air Force.

(3) The Secretary of the Air Force, in coordination with the Commander of the United States Special Operations Command, should explore options for coordinating light attack aircraft experiment activities between general purpose forces and special operations forces to maximize efficiency and effectiveness and to further the mission requirements of both forces, including options to transfer a portion of funds authorized for Air Force light attack aircraft experiments to procure aircraft for supporting the combat air advisor mission of the Special Operations Command.

## Subtitle E—Defense-wide, Joint, and Multiservice Matters

### SEC. 161. ECONOMIC ORDER QUANTITY CONTRACTING AND BUY-TO-BUDGET ACQUISITION FOR F–35 AIRCRAFT PROGRAM.

(a) ECONOMIC ORDER QUANTITY CONTRACT AUTHORITY.—

(1) IN GENERAL.—Subject to paragraphs (2) through (4), from amounts made available for obligation under the F–35 aircraft program, the Secretary of Defense may enter into one or more contracts, beginning with the fiscal year 2020 program year, for the procurement of economic order quantities of material and equipment that has completed formal hardware qualification testing for the F–35 aircraft program for use in procurement contracts to be awarded for such program during fiscal years 2021, 2022, and 2023.

(2) LIMITATION.—The total amount obligated under all contracts entered into under paragraph (1) shall not exceed $574,000,000.

(3) PRELIMINARY FINDINGS.—Before entering into a contract under paragraph (1), the Secretary of Defense shall make each of the following findings with respect to such contract:

(A) The use of such a contract will result in significant savings of the total anticipated costs of carrying out the program through annual contracts.

(B) The minimum need for the property to be procured is expected to remain substantially unchanged during the contemplated contract

period in terms of production rate, procurement rate, and total quantities.

(C) There is a reasonable expectation that, throughout the contemplated contract period, the Secretary will request funding for the contract at the level required to avoid contract cancellation.

(D) That there is a stable, certified, and qualified design for the property to be procured and that the technical risks and redesign risks associated with such property are low.

(E) The estimates of both the cost of the contract and the anticipated cost avoidance through the use of an economic order quantity contract are realistic.

(F) Entering into the contract will promote the national security interests of the United States.

(4) CERTIFICATION REQUIREMENT.—The Secretary of Defense may not enter into a contract under paragraph (1) until a period of 30 days has elapsed following the date on which the Secretary certifies to the congressional defense committees, in writing, that each of the following conditions is satisfied:

(A) A sufficient number of end items of the system being acquired under such contract have been delivered at or within the most recently available estimates of the program acquisition unit cost or procurement unit cost for such system to determine that the estimates of the unit costs are realistic.

(B) During the fiscal year in which such contract is to be awarded, sufficient funds will be available to perform the contract in such fiscal year, and the future-years defense program submitted to Congress under section 221 of title 10, United States Code, for that fiscal year will include the funding required to execute the program without cancellation.

(C) The contract is a fixed-price type contract.

(D) The proposed contract provides for production at not less than minimum economic rates given the existing tooling and facilities.

(E) The Secretary has determined that each of the conditions described in subparagraphs (A) through (F) of paragraph (3) will be met by such contract and has provided the

basis for such determination to the congressional defense committees.

(b) Buy-to-budget Acquisition.—Subject to section 2308 of title 10, United States Code, the Secretary of Defense may procure a quantity of F–35 aircraft in excess of the quantity authorized by this Act.

**SEC. 162. RELIEF FROM CONTRACTORS FOR FAILURE TO DELIVER READY-FOR-ISSUE SPARE PARTS FOR THE F–35 AIRCRAFT PROGRAM.**

(a) Requirement to Seek Relief.—Consistent with the findings and recommendations of the Inspector General of the Department of Defense in the report titled "Audit of F–35 Ready-For-Issue Spare Parts and Sustainment Performance Incentive Fees" (DODIG–2019–094) and dated June 13, 2019, the Secretary of Defense shall seek relief, as described in subsection (b), from prime contractors that delivered noncompliant ready-for-issue spare parts pursuant a contract under the F–35 aircraft program.

(b) Relief Described.—The relief sought by the Secretary of Defense under subsection (a) may include the following:

(1) Specific performance.

(2) Compensation for costs incurred by the Department of Defense as a result of the contractor's

failure to deliver compliant ready-for-issue spare parts under the contract.

(3) Any other form of remediation or compensation the Secretary determines to be appropriate.

(c) RULE OF CONSTRUCTION.—Nothing in this section shall be construed—

(1) to alter the terms of a contract under the F–35 aircraft program; or

(2) to authorize the Secretary of Defense to seek forms of relief beyond those otherwise available under law.

**SEC. 163. LIMITATION ON AVAILABILITY OF FUNDS FOR RE-ALLOCATION OF TURKISH F-35A AIRCRAFT TO THE UNITED STATES.**

(a) LIMITATION.—None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to procure a covered F–35A aircraft for the United States Air Force until a period of 15 days has elapsed following the date on which the Secretary of Defense certifies to the congressional defense committees that—

(1) ancillary mission equipment, initial spare parts and materials, technical data, and publications

WASHSTATEC005841

will be procured for each covered F–35A aircraft delivered to the Air Force; and

(2) each such aircraft will be delivered to the Air Force in a common configuration that may be operated and integrated within the fleet of F–35A aircraft of the Air Force.

(b) COVERED F–35A AIRCRAFT DEFINED.—In this section, the term "covered F–35A aircraft" means an F–35A aircraft previously procured by or on behalf of the Government of the Republic of Turkey in F–35 production lot 12, 13, or 14.

**SEC. 164. REQUIREMENT TO ESTABLISH THE USE OF AN AGILE DEVOPS SOFTWARE DEVELOPMENT SOLUTION AS AN ALTERNATIVE FOR JOINT STRIKE FIGHTER AUTONOMIC LOGISTICS INFORMATION SYSTEM.**

(a) COMPETITIVE ANALYSIS.—The Secretary of Defense shall conduct a competitive analysis of the performance and design architecture enhancement efforts between the currently fielded Autonomic logistics Information System, Autonomic Logistics Information System–Next, and the Department of the Air Force Agile Development Operations Madhatter initiative efforts, including system technology transition opportunities and timelines.

(c) BRIEFING.—Not later than September 30, 2020, the Secretary of Defense shall provide the congressional defense committees a briefing on the findings of the competitive analysis carried out under subsection (a).

**SEC. 165. F–35 SUSTAINMENT COST.**

(a) QUARTERLY UPDATE.—The Under Secretary of Defense for Acquisition and Sustainment shall include in the quarterly report required under section 155 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232)—

(1) sustainment cost data related to the F–35 program, including a comparison in itemized format of the cost of legacy aircraft and the cost of the F–35 program, based on a standardized set of criteria; and

(2) an evaluation and metrics on the extent to which the goals developed pursuant to subsection (b) are being achieved.

(b) COST REDUCTION PLAN.—

(1) IN GENERAL.—The Under Secretary of Defense for Acquisition and Sustainment shall develop and implement a plan for achieving significant reductions in the costs to operate, maintain, and sustain the F–35 system.

(2) ELEMENTS.—The plan required under paragraph (1) shall include the following elements:

(A) Specific changes in the management and execution of operation and support (O&S) cost elements to engender continuous and measurable process improvements.

(B) Specific actions the Department will implement in the near, mid, and long terms to reduce O&S costs.

(C) Firm and achievable timelines for implementing the specific actions and process changes.

(3) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Under Secretary shall submit to the congressional defense committees a report on the baseline plan developed pursuant to paragraph (1).

**SEC. 166. REPORTS ON THE PROGRESS AND PERFORMANCE OF THE F–35 AIRCRAFT PROGRAM.**

(a) F-35 BLOCK 4 AND CONTINUOUS CAPABILITY DEVELOPMENT AND DELIVERY PROGRAM.—The Secretary of Defense shall include with the annual report required by section 224(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2059) an integrated master schedule and past

performance assessment for each planned phase of the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program.

(b) COMPTROLLER GENERAL REPORTS.—

(1) ANNUAL REPORT REQUIRED.—Not later than 30 days after the date on which the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for each of fiscal years 2021 through 2025, the Comptroller General of the United States shall submit to the congressional defense committees a report on the F–35 aircraft program.

(2) ELEMENTS.—Each report under paragraph (1) shall include, with respect to the F–35 aircraft program, the following:

(A) An assessment of the progress of manufacturing processes improvement under the program.

(B) The progress and results of the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program and other follow-on modernization development and testing efforts.

WASHSTATEC005845

(C) An assessment of the Department's schedule for delivering software upgrades in six-month, scheduled increments.

(D) The progress and results of any other significant hardware development and fielding efforts necessary for the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program.

(E) Any other issues the Comptroller General determines to be appropriate.

(c) F–35 BLOCK 4 DEFINED.—In this section, the term "F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program" means Block 4 capability upgrades for the F–35 aircraft program as described in the Selected Acquisition Report for the program submitted to Congress in March 2019, pursuant to section 2432 of title 10, United States Code.

**SEC. 167. OTHER REPORTS ON THE F–35 AIRCRAFT PROGRAM.**

(a) REPORT ON F–35 RELIABILITY AND MAINTAINABILITY METRICS.—The Secretary of Defense shall submit to the congressional defense committees a report on the reliability and maintainability metrics for the F–35 aircraft. The report shall include the following:

(1) The results of a review and assessment, conducted by the program office for the F–35 aircraft program, of the reliability and maintainability metrics for the aircraft as set forth in the most recent operational requirements document for the program.

(2) A determination of whether the reliability and maintainability metrics for the aircraft, as set forth in the most recent operational requirements document for the program, are feasible and attainable, and what changes, if any, will be made to update the metrics.

(3) A certification that the program office for the F–35 aircraft program has revised the reliability and maintainability improvement plan for the aircraft—

(A) to identify specific and measurable reliability and maintainability objectives in the improvement plan guidance; and

(B) to identify and document which projects included in the improvement plan will achieve the objectives identified under subparagraph (A).

(b) REPORT ON F–35 BLOCK 4 UPGRADE AND CONTINUOUS CAPABILITY DEVELOPMENT AND DELIVERY PROGRAM.—

(1) IN GENERAL.—The Secretary of Defense shall submit to the congressional defense committees a report on the F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Program. The report shall include the following:

(A) The results of the independent cost estimate for the Program conducted by the Director of Cost Assessment and Program Evaluation.

(B) An approved test and evaluation master plan that addresses the adequacy of testing resources, testing aircraft shortfalls, and testing funding.

(C) A review of the feasibility and schedule of the continuous capability development and delivery strategy for fielding technologies under the Program as conducted by the Under Secretary of Defense for Research and Engineering.

(2) F–35 BLOCK 4 DEFINED.—In this subsection, the term "F–35 Block 4 Upgrade and Continuous Capability Development and Delivery Pro-

WASHSTATEC005848

gram" has the meaning given that term in section 166.

(c) REPORT ON F–35 AUTONOMIC LOGISTICS INFORMATION SYSTEM.—The Secretary of Defense shall submit to the congressional defense committees a report on the autonomic logistics information system of the F–35 aircraft. The report shall include a description of each of the following:

(1) All shortfalls, capability gaps, and deficiencies in the system that have been identified as of the date of the enactment of this Act.

(2) The strategy and performance requirements that will be implemented to improve the system.

(3) The strategy, implementation plan, schedule, and estimated costs of developing and fielding—

(A) the next generation of the system; or

(B) future increments of the system.

(d) F-35 LIFE-CYCLE COST ESTIMATES.—

(1) JOINT COST ESTIMATE.—The Secretary of the Air Force and the Secretary of the Navy shall jointly develop a joint service cost estimate for the life-cycle costs of the F–35 aircraft program.

(2) INDEPENDENT COST ESTIMATE.—The Director of Cost Assessment and Program Evaluation

WASHSTATEC005849

shall develop an independent cost estimate for the life-cycle costs of the F–35 aircraft program.

(e) DEADLINE FOR SUBMITTAL.—The reports required under subsections (a) through (d) shall be submitted to the congressional defense committees not later than 180 days after the date of the enactment of this Act.

**SEC. 168. LIMITATION ON AVAILABILITY OF FUNDS FOR COMMUNICATIONS SYSTEMS LACKING CERTAIN RESILIENCY FEATURES.**

(a) IN GENERAL.—Except as provided under subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended for the procurement of a current or future Department of Defense communications program of record, and the Department may not otherwise procure a current or future communications program of record, unless the communications equipment—

(1) mitigates geolocation of a transmission that would allow a like echelon enemy force to target the user;

(2) securely communicates classified information in a contested communications environment that includes operationally representative jamming;

(3) reduces, within two years of continued development and upgrades, electronic signature and susceptibility to geolocation by using low probability of intercept/detect (LPI/LPD) waveforms, or other capability that would provide the same resiliency on the battlefield; and

(4) utilizes a waveform that is either made available through the Department of Defense Waveform Information Repository, or is a commercial off the shelf (COTS) waveform available for government licensing with waveform analysis through the Joint Tactical Networking Center (JTNC) Tactical Communications Marketplace.

(b) WAIVER.—The Secretary of a military department may waive the requirement under subsection (a) with respect to a communications system upon certifying to the congressional defense committees that the system's intended use is not for contested environments or will meet the requirement when operated as a component of an integrated network.

**SEC. 169. REPEAL OF TACTICAL UNMANNED VEHICLE COMMON DATA LINK REQUIREMENT.**

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than February 1, 2020, the Under Secretary of Defense for Acquisi-

tion and Sustainment shall submit to the congressional defense committees a report on the status of the Common Data Link program and plans to meet new and emerging manned and unmanned intelligence, surveillance, and reconnaissance (ISR) vehicle secure and interoperable communication requirements.

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) A description of each Common Data Link (CDL) waveform in use and which platforms or systems utilize each CDL waveform.

(B) A list of manned and unmanned ISR platforms or systems in development requiring networked, secure, low latency communications, and an assessment of the suitability of CDL to meet the requirements of each planned program.

(C) A description of in-progress or planned technology development efforts to address networking requirements for manned and unmanned ISR systems operating in contested and denied environments.

(b) REPEAL.—Section 157 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1667) is hereby repealed.

# TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Subtitle A—Authorization of Appropriations

Sec. 201. Authorization of appropriations.

Subtitle B—Program Requirements, Restrictions, and Limitations

Sec. 211. Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.
Sec. 212. Updates to the Department of Defense personnel management authority to attract experts in science and engineering.
Sec. 213. Establishment of joint reserve detachment of the Defense Innovation Unit.
Sec. 214. Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.
Sec. 215. Modification of authority for prizes for advanced technology achievements.
Sec. 216. Joint hypersonics transition office.
Sec. 217. Modification of proof of concept commercialization program.
Sec. 218. Modification of authority and addition of technology areas for expedited access to technical talent.
Sec. 219. Expansion of coordination in support of national security innovation and entrepreneurial education.
Sec. 220. Modification of defense quantum information science and technology research and development program.
Sec. 221. Understanding of investments in artificial intelligence and development of capabilities by adversaries.
Sec. 222. Advisory role of JASON scientific advisory group.
Sec. 223. Direct Air Capture and Blue Carbon Removal Technology Program.
Sec. 224. Requiring defense microelectronics products and services meet trusted supply chain and operational security standards.
Sec. 225. Development and acquisition strategy to procure secure, low probability of detection data link network capability.
Sec. 226. Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure.
Sec. 227. Administration of manufacturing innovation institutes funded by the Department of Defense.
Sec. 228. Research program on foreign malign influence operations.
Sec. 229. Diversification of the research and engineering workforce of the Department of Defense.

Sec. 230. Policy on the talent management of digital expertise and software professionals.
Sec. 231. Digital engineering capability to automate testing and evaluation.
Sec. 232. Process to align policy formulation and emerging technology development.
Sec. 233. Improvement of the Strategic Capabilities Office of the Department of Defense.
Sec. 234. Pilot program on enhanced civics education.
Sec. 235. Technology and national security fellowship.
Sec. 236. Documentation relating to the Advanced Battle Management System.
Sec. 237. Sensor data integration for fifth generation aircraft.
Sec. 238. Sense of Congress on future vertical lift technologies.
Sec. 239. Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement.
Sec. 240. Limitation and report on Indirect Fire Protection Capability Increment 2 capability.

Subtitle C—Plans, Reports, and Other Matters

Sec. 251. Master plan for implementation of authorities relating to science and technology reinvention laboratories.
Sec. 252. Infrastructure to support research, development, test, and evaluation missions.
Sec. 253. Energetics plan.
Sec. 254. Strategy and implementation plan for fifth generation information and communications technologies.
Sec. 255. Department-wide software science and technology strategy.
Sec. 256. Artificial intelligence education strategy.
Sec. 257. Cyber science and technology activities roadmap and reports.
Sec. 258. Report on B–52 commercial engine replacement program.
Sec. 259. Commercial edge computing technologies and best practices for Department of Defense warfighting systems.
Sec. 260. Biannual report on the Joint Artificial Intelligence Center.
Sec. 261. Quarterly updates on the Optionally Manned Fighting Vehicle program.
Sec. 262. National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions.
Sec. 263. Study on national security emerging biotechnologies for the Department of Defense.
Sec. 264. Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.
Sec. 265. Independent assessment of electronic warfare plans and programs.
Sec. 266. Technical correction to Global Research Watch Program.

# Subtitle A—Authorization of Appropriations

## SEC. 201. AUTHORIZATION OF APPROPRIATIONS.

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense

WASHSTATEC005854

for research, development, test, and evaluation, as specified in the funding table in section 4201.

## Subtitle B—Program Requirements, Restrictions, and Limitations

**SEC. 211. PROGRAM ON ENHANCEMENT OF PREPARATION OF DEPENDENTS OF MEMBERS OF ARMED FORCES FOR CAREERS IN SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS.**

(a) PROGRAM REQUIRED.—Chapter 111 of title 10, United States Code, is amended by inserting after section 2192a the following new section:

**"§ 2192b. Program on enhancement of preparation of dependents of members of armed forces for careers in science, technology, engineering, and mathematics**

"(a) PROGRAM REQUIRED.—The Secretary of Defense shall carry out a program to—

"(1) enhance the preparation of students at covered schools for careers in science, technology, engineering, and mathematics; and

"(2) provide assistance to teachers at covered schools to enhance preparation described in paragraph (1).

WASHSTATEC005855

"(b) COORDINATION.—In carrying out the program, the Secretary shall coordinate with the following:

"(1) The Secretaries of the military departments.

"(2) The Secretary of Education.

"(3) The National Science Foundation.

"(4) Other organizations as the Secretary of Defense considers appropriate.

"(c) ACTIVITIES.—Activities under the program may include the following:

"(1) Establishment of targeted internships and cooperative research opportunities at defense laboratories and other technical centers for students and teachers at covered schools.

"(2) Establishment of scholarships and fellowships for students at covered schools.

"(3) Efforts and activities that improve the quality of science, technology, engineering, and mathematics educational and training opportunities for students and teachers at covered schools, including with respect to improving the development of curricula at covered schools.

"(4) Development of travel opportunities, demonstrations, mentoring programs, and informal

WASHSTATEC005856

science education for students and teachers at covered schools.

"(d) METRICS.—The Secretary shall establish outcome-based metrics and internal and external assessments to evaluate the merits and benefits of activities conducted under the program with respect to the needs of the Department of Defense.

"(e) COVERED SCHOOLS DEFINED.—In this section, the term 'covered schools' means elementary or secondary schools at which the Secretary determines a significant number of dependents of members of the armed forces are enrolled.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2192a the following new item:

"2192b. Program on enhancement of preparation of dependents of members of armed forces for careers in science, technology, engineering, and mathematics.".

(c) CONFORMING REPEAL.—Section 233 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 10 U.S.C. 2193a note) is repealed.

**SEC. 212. UPDATES TO THE DEPARTMENT OF DEFENSE PERSONNEL MANAGEMENT AUTHORITY TO ATTRACT EXPERTS IN SCIENCE AND ENGINEERING.**

(a) IN GENERAL.—Subsection (a) of section 1599h of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(6) JOINT ARTIFICIAL INTELLIGENCE CENTER.—The Director of the Joint Artificial Intelligence Center may carry out a program of personnel management authority provided in subsection (b) in order to facilitate recruitment of eminent experts in science or engineering for the Center. The authority to carry out the program under this paragraph shall terminate on December 31, 2024.".

(b) SCOPE OF APPOINTMENT AUTHORITY.—Subsection (b)(1) of such section is amended—

(1) in subparagraph (D), by striking "and" at the end;

(2) in subparagraph (E), by adding "and" at the end; and

(3) by adding at the end the following new subparagraph:

"(F) in the case of the Joint Artificial Intelligence Center, appoint scientists and engi-

neers to a total of not more than 5 scientific and engineering positions in the Center;".

(c) EXTENSION OF TERMS OF APPOINTMENT.—Subsection (c)(2) of such section is amended by striking "or the Defense Innovation Unit Experimental" and inserting "the Defense Innovation Unit, or the Joint Artificial Intelligence Center".

(d) UPDATE TO ORGANIZATIONAL NAME.—Such section is further amended—

(1) in subsection (a)(5)—

(A) in the subsection heading by striking "DIUX" and inserting "DIU"; and

(B) by striking "Experimental"; and

(2) in subsection (b)(1)(E), by striking "Experimental".

**SEC. 213. ESTABLISHMENT OF JOINT RESERVE DETACHMENT OF THE DEFENSE INNOVATION UNIT.**

(a) IN GENERAL.—

(1) ESTABLISHMENT OF JOINT RESERVE DETACHMENT OF THE DEFENSE INNOVATION UNIT.—Chapter 139 of title 10, United States Code, is amended by inserting after section 2358a the following new section:

WASHSTATEC005859

**"§ 2358b. Joint reserve detachment of the Defense Innovation Unit**

"(a) ESTABLISHMENT.—The Secretary of Defense, in consultation with the Secretaries of the military departments, may establish a joint reserve detachment (referred to in this section as the 'Detachment') composed of members of the reserve components described in subsection (b) to be assigned to each office of the Defense Innovation Unit to—

"(1) support engagement and collaboration with private-sector industry and the community surrounding the location of such office; and

"(2) to accelerate the use and adoption of commercially-developed technologies for national security purposes.

"(b) MEMBERS.—Each Secretary of a military department shall select for the Detachment, and make efforts to retain, members of the reserve components who possess relevant private-sector experience in the fields of business, acquisition, intelligence, engineering, technology transfer, science, mathematics, program management, logistics, cybersecurity, or such other fields as determined by the Under Secretary of Defense for Research and Engineering.

"(c) DUTIES.—The Detachment shall have the following duties:

WASHSTATEC005860

"(1) Providing the Department of Defense with—

"(A) expertise on and analysis of commercially-developed technologies;

"(B) commercially-developed technologies to be used as alternatives for technologies in use by the Department; and

"(C) opportunities for greater engagement and collaboration between the Department and private-sector industry on innovative technologies.

"(2) On an ongoing basis—

"(A) partnering with the military departments, the combatant commands, and other Department of Defense organizations to—

"(i) identify and rapidly prototype commercially-developed technologies; and

"(ii) use alternative contracting mechanisms to procure such technologies;

"(B) increasing awareness of—

"(i) the work of the Defense Innovation Unit; and

"(ii) the technology requirements of the Department of Defense as identified in the National Defense Science and Tech-

nology Strategy developed under section 218 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1679); and

"(C) using the investment in research and development made by private-sector industry in assessing and developing dual-use technologies.

"(3) Carrying out other activities as directed by the Under Secretary of Defense for Research and Engineering.

"(d) JOINT DUTY.—Assignment to a Detachment shall not qualify as a joint duty assignment, as defined in section 668(b)(1) of title 10, United States Code, unless approved by the Secretary of Defense.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2358a the following new item:

"2358b. Joint reserve detachment of the Defense Innovation Unit.".

(b) IMPLEMENTATION REPORT.—Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Research and Engineering, in consultation with the Director of the Defense Innovation Unit and the Secretaries of the military departments, shall

submit to the congressional defense committees a report that includes—

(1) an organizational plan and the estimated costs for establishing the joint reserve detachment required under section 2358b of title 10, United States Code (as added by subsection (a)); and

(2) a timeline specifying when such detachment will attain initial operational capability and full operational capability, respectively.

**SEC. 214. RESEARCH AND EDUCATIONAL PROGRAMS AND ACTIVITIES FOR HISTORICALLY BLACK COLLEGES AND UNIVERSITIES AND MINORITY-SERVING INSTITUTIONS OF HIGHER EDUCATION.**

Section 2362 of title 10, United States Code, is amended—

(1) by redesignating subsections (d) and (e) as subsections (e) and (f), respectively; and

(2) by inserting after subsection (c) the following new subsection:

"(d) INCENTIVES.—The Secretary of Defense may develop incentives to encourage research and educational collaborations between covered educational institutions and other institutions of higher education.".

WASHSTATEC005863

**SEC. 215. MODIFICATION OF AUTHORITY FOR PRIZES FOR ADVANCED TECHNOLOGY ACHIEVEMENTS.**

Section 2374a(a) of title 10, United States Code, is amended by striking "Assistant Secretary of Defense for Research and Engineering" and inserting "Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment,".

**SEC. 216. JOINT HYPERSONICS TRANSITION OFFICE.**

Section 218 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 10 U.S.C. 2358 note) is amended—

(1) in subsection (a), by striking "the program required under subsection (b), and shall" and inserting "the program and activities described in subsections (b) through (f), and shall";

(2) by redesignating subsections (c) through (e) as subsections (d) through (f), respectively;

(3) by inserting after subsection (b) the following new subsection (c):

"(c) UNIVERSITY EXPERTISE.—

"(1) ARRANGEMENT WITH INSTITUTIONS OF HIGHER EDUCATION.—Using the authority specified in section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2358 note) or another similar authority, the

Office shall seek to enter into an arrangement with one or more institutions of higher education (as defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)) under which such institutions may provide the Office with—

"(A) access to research, technology development, and workforce development expertise to support the mission of the Office; and

"(B) foundational and applied hypersonic research, development, and workforce support in areas that the Office determines to be relevant for the Department of Defense.

"(2) AVAILABILITY OF INFORMATION.—The Office shall ensure that the results of any research and reports produced pursuant to an arrangement under paragraph (1) are made available to the Federal Government, the private sector, academia, and international partners consistent with appropriate security classification guidance.";

(4) in subsection (d), as so redesignated—

(A) in paragraph (4), by striking the comma before the period; and

(B) in paragraph (5), by striking "certified under subsection (e) as being consistent with the roadmap under subsection (d)" and insert-

ing "certified under subsection (f) as being consistent with the roadmap under subsection (e)";

(5) in subsection (e), as so redesignated, by adding at the end the following new paragraph:

"(4) SUBMITTAL TO CONGRESS.—

"(A) INITIAL SUBMISSION.—Not later than 180 days after the date of the enactment of this paragraph, the Secretary of Defense shall submit to the congressional defense committees the most recent roadmap developed under paragraph (1).

"(B) SUBSEQUENT SUBMISSIONS.—The Secretary of Defense shall submit to the congressional defense committees each roadmap revised under paragraph (1) together with the budget submitted to Congress under section 1105 of title 31, United States Code, for the fiscal year concerned."; and

(6) in subsection (f), as so redesignated—

(A) by striking "subsection (d)" each place it appears and inserting "subsection (e)"; and

(B) in paragraph (3), by striking "2016" and inserting "2026".

**SEC. 217. MODIFICATION OF PROOF OF CONCEPT COMMERCIALIZATION PROGRAM.**

(a) EXTENSION OF PROGRAM.—Section 1603(g) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113–66; 10 U.S.C. 2359 note) is amended by striking "2019" and inserting "2024".

(b) ADDITIONAL IMPROVEMENTS.—Section 1603 of such Act, as amended by subsection (a), is further amended—

(1) in the section heading, by inserting "**OF DUAL-USE TECHNOLOGY**" after "**COMMERCIALIZATION**";

(2) in subsection (a)—

(A) by inserting "of Dual-Use Technology" after "Commercialization"; and

(B) by inserting "with a focus on priority defense technology areas that attract public and private sector funding, as well as private sector investment capital, including from venture capital firms in the United States," before "in accordance";

(3) in subsection (c)(4)(A)(iv), by inserting ", which may include access to venture capital" after "award";

(4) by striking subsection (d);

(5) by redesignating subsection (e) as subsection (d);

(6) by inserting after subsection (d), as so redesignated, the following new subsection (e):

"(e) AUTHORITIES.—In carrying out this section, the Secretary may use the following authorities:

"(1) Section 1599g of title 10 of the United States Code, relating to public-private talent exchanges.

"(2) Section 2368 of such title, relating to Centers for Science, Technology, and Engineering Partnerships.

"(3) Section 2374a of such title, relating to prizes for advanced technology achievements.

"(4) Section 2474 of such title, relating to Centers of Industrial and Technical Excellence.

"(5) Section 2521 of such title, relating to the Manufacturing Technology Program.

"(6) Section 225 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2359 note).

"(7) Section 1711 of such Act (Public Law 115–91; 10 U.S.C. 2505 note), relating to a pilot program on strengthening manufacturing in the defense industrial base.

"(8) Section 12 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3710a) and section 6305 of title 31, United States Code, relating to cooperative research and development agreements.".

(7) by striking subsection (f); and

(8) by redesignating subsection (g) as subsection (f).

**SEC. 218. MODIFICATION OF AUTHORITY AND ADDITION OF TECHNOLOGY AREAS FOR EXPEDITED ACCESS TO TECHNICAL TALENT.**

(a) MODIFICATION OF AUTHORITY.—Subsection (a)(1) of section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2358 note) is amended by striking "The Secretary of Defense shall, acting through the secretaries of the military departments, establish" and inserting "Not later than 180 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall direct the secretaries of the military departments to establish".

(b) ADDITIONAL TECHNOLOGY AREAS.—Subsection (e) of such section is amended—

(1) by redesignating paragraph (27) as paragraph (30); and

(2) by inserting after paragraph (26) the following new paragraph (27):

"(27) Rapid prototyping.

"(28) Infrastructure resilience.

"(29) Hypersonics.".

**SEC. 219. EXPANSION OF COORDINATION IN SUPPORT OF NATIONAL SECURITY INNOVATION AND ENTREPRENEURIAL EDUCATION.**

Section 225(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2359 note) is amended by adding at the end the following new paragraph:

"(18) The Lab-Embedded Entrepreneurship Programs of the Department of Energy.".

**SEC. 220. MODIFICATION OF DEFENSE QUANTUM INFORMATION SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT PROGRAM.**

Section 234 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2358 note) is amended—

(1) in subsection (b)—

(A) in paragraph (2), by striking "private sector entities" and inserting "private sector and international entities"; and

WASHSTATEC005870

(B) in paragraph (6), by striking "facilities and infrastructure" and inserting "facilities, workforce, and infrastructure";

(2) in subsection (c)—

(A) in paragraph (2), by striking "quantum sciences;" and inserting "quantum information sciences, including through consultation with—

"(A) the National Quantum Coordination Office;

"(B) the subcommittee on Quantum Information Science of the National Science and Technology Council;

"(C) other organizations and elements of the Department of Defense;

"(D) other Federal agencies; and

"(E) appropriate private sector organizations;";

(B) by redesignating paragraphs (3) and (4) as paragraphs (6) and (7), respectively;

(C) by inserting after paragraph (2), the following new paragraphs:

"(3) in consultation with the entities listed in paragraph (2), develop plans for—

WASHSTATEC005871

"(A) the development of the quantum information science and technology workforce;

"(B) enhancing awareness of quantum information science and technology;

"(C) reducing the risk of cybersecurity threats posed by quantum information science technology; and

"(D) development of ethical guidelines for the use of quantum information science technology;

"(4) in consultation with the National Institute of Standards and Technology and other appropriate Federal entities, develop a quantum information science taxonomy and standards and requirements for quantum information technology;

"(5) support efforts to increase the technology readiness level of quantum information science technologies under development in the United States;";

(D) in paragraph (6), as so redesignated, by striking "quantum science" and inserting "quantum information science"; and

(E) in paragraph (7), as so redesignated, by striking "for meeting the long-term challenges and achieving the specific technical

goals" and inserting "for carrying out the program under subsection (a)";

(3) by redesignating subsection (d) as subsection (e);

(4) by inserting afer subsection (c) the following new subsection (d):

"(d) QUANTUM INFORMATION SCIENCE RESEARCH CENTERS.—The Secretary of each military department may establish or designate a defense laboratory or establish activities to engage with appropriate public and private sector organizations, including academic organizations, to enhance and accelerate the research, development, and deployment of quantum information sciences and quantum information science-enabled technologies and systems. The Secretary of Defense shall ensure that not less than one such laboratory or center is established or designated."; and

(5) in paragraph (2) of subsection (e), as so redesignated—

(A) in subparagraph (A), by inserting "information" before "sciences";

(B) in subparagraph (B),

(i) by inserting "information" before "sciences"; and

(ii) by inserting ", including a discussion of likely impacts of quantum information science and technology on military capabilities" before the period at the end;

(C) in subparagraph (C), by inserting "information" before "sciences";

(D) by redesignating subparagraph (E) as subparagraph (F); and

(E) by striking subparagraph (D) and inserting the following new subparagraphs:

"(D) A description of the activities carried out in accordance with this section, including, for each such activity—

"(i) a roadmap for the activity;

"(ii) a summary of the funding provided for the activity; and

"(iii) an estimated timeline for the development and military deployment of quantum technologies supported through the activity.

"(E) A description of the efforts of the Department of Defense to update classification and cybersecurity practices relating to quantum technology, including—

"(i) security processes and requirements for engagement with allied countries; and

"(ii) a plan for security-cleared government and contractor workforce development.".

**SEC. 221. UNDERSTANDING OF INVESTMENTS IN ARTIFICIAL INTELLIGENCE AND DEVELOPMENT OF CAPABILITIES BY ADVERSARIES.**

Section 238(c)(2)(I) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) in clause (i), by striking "; and" and inserting a semicolon;

(2) in clause (ii), by striking the period at the end and inserting "; and"; and

(3) by adding at the end the following new clause:

"(iii) that appropriate entities in the Department are reviewing all open source publications from both the United States and outside the United States that contribute to, affect, or advance—

"(I) artificial intelligence research and development; or

"(II) the understanding of the Secretary concerning the investments by adversaries of the United States in artificial intelligence and the development by such adversaries of capabilities relating to artificial intelligence.".

**SEC. 222. ADVISORY ROLE OF JASON SCIENTIFIC ADVISORY GROUP.**

(a) ONGOING ENGAGEMENT OF CERTAIN SCIENTIFIC ADVISORY PERSONNEL.—

(1) IN GENERAL.—The Secretary of Defense shall seek to engage the members of the independent, private scientific advisory group known as "JASON" as advisory personnel to provide advice, on an ongoing basis, on matters involving science, technology, and national security, including methods to defeat existential and technologically-amplified threats to national security.

(2) AVAILABILITY TO OTHER FEDERAL AGENCIES.—At the request of a Federal agency outside the Department of Defense, the Secretary of Defense shall seek to make personnel engaged under paragraph (1) available to such agency for the purpose of providing advice to the agency on the matters described in such subsection.

WASHSTATEC005876

(b) ARRANGEMENT FOR CONDUCT OF NATIONAL SECURITY STUDIES AND ANALYSIS.—

(1) IN GENERAL.—Pursuant to subsection (a), the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall seek to enter into an arrangement under which JASON may provide national security research studies and other analyses to the Department of Defense and other Federal agencies to meet mission requirements and agency needs.

(2) FORM OF ARRANGEMENT.—The arrangement entered into under paragraph (1) shall be in a form the Under Secretary of Defense for Acquisition and Sustainment determines to be appropriate for the Department of Defense, which may include a contract, a grant, a cooperative agreement, the use of other transaction authority under section 2371 of title 10, United States Code, or another such arrangement.

(3) TIMING OF ARRANGEMENT.—The Secretary of Defense shall seek to enter into the arrangement under paragraph (1) not later than 120 days after the date of the enactment of this Act.

(4) TERMS OF ARRANGEMENT.—The arrangement entered into under paragraph (1) shall—

(A) if specifically negotiated as part of the arrangement, provide for the Department of Defense to reimburse the entity supporting JASON for all or a portion of the overhead costs incurred in support of the arrangement;

(B) allow Federal Government entities outside the Department of Defense with responsibilities relating to national security to seek to engage JASON to perform individual studies relating to national security matters as part of the arrangement; and

(C) require that a Federal agency that engages JASON to perform a study under the arrangement will fully fund such study, including a proportional percentage to the total overhead costs incurred under the arrangement.

(5) LIMITATION ON TERMINATION.—

(A) IN GENERAL.—The Secretary of Defense may not terminate the arrangement under paragraph (1) until a period of 180 days has elapsed following the date on which the Secretary—

(i) notifies the congressional defense committees of the intent of the Secretary to terminate the arrangement; and

(ii) submits the report required under subparagraph (B).

(B) REPORT REQUIRED.—

(i) IN GENERAL.—If the Secretary of Defense determines that the arrangement under paragraph (1) should be terminated, the Secretary shall submit to the congressional defense committees a report on the proposed termination of the arrangement.

(ii) ELEMENTS.—The report required under clause (i) shall include the following:

(I) A summary of the execution of research projects conducted by JASON over the four fiscal years preceding the date of the report, including the projects requested by the Department of Defense and the projects requested by other Federal agencies.

(II) An analysis of the costs to the Department of Defense of maintaining the arrangement under which JASON provided national security research studies, including any overhead costs incurred by the Department or shared among Federal agencies over

the four fiscal years preceding the date of the report.

(III) A timeline for the potential transition or termination of the activities, functions, and expertise provided by JASON under the arrangement.

(IV) An assessment of the impact that the termination of the arrangement with JASON will have on defense research studies and analytical capabilities, including a mitigation plan that identifies where alternative and comparable scientific advice and expertise is available and a comparison of the costs associated with each alternative.

(iii) FORM OF REPORT.—The report required under clause (i) may be submitted in unclassified or classified form.

(6) ANNUAL SUMMARY REPORT.—Not later than March 1 of each year beginning after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report that includes—

(A) a summary of expenditures made under the arrangement with JASON under paragraph (1); and

(B) a summary of the studies and other activities carried out by JASON pursuant to such arrangement in the preceding calendar year.

**SEC. 223. DIRECT AIR CAPTURE AND BLUE CARBON REMOVAL TECHNOLOGY PROGRAM.**

(a) PROGRAM REQUIRED.—

(1) IN GENERAL.—The Secretary of Defense, in coordination with the Secretary of Homeland Security, the Secretary of Energy, and the heads of such other Federal agencies as the Secretary of Defense considers appropriate, shall carry out a program on research, development, testing, evaluation, study, and demonstration of technologies related to blue carbon capture and direct air capture.

(2) PROGRAM GOALS.—The goals of the program established under paragraph (1) are as follows:

(A) To develop technologies that capture carbon dioxide from seawater and the air to turn such carbon dioxide into clean fuels to enhance fuel and energy security.

(B) To develop and demonstrate technologies that capture carbon dioxide from seawater and the air to reuse such carbon dioxide to create products for military uses.

(C) To develop direct air capture technologies for use—

(i) at military installations or facilities of the Department of Defense; or

(ii) in modes of transportation by the Navy or the Coast Guard.

(3) PHASES.—The program established under paragraph (1) shall be carried out in two phases as follows:

(A) The first phase shall consist of research and development and shall be carried out as described in subsection (b).

(B) The second phase shall consist of testing and evaluation and shall be carried out as described in subsection (c), if the Secretary determines that the results of the research and development phase justify implementing the testing and evaluation phase.

(4) DESIGNATION.—The program established under paragraph (1) shall be known as the "Direct Air Capture and Blue Carbon Removal Technology

WASHSTATEC005882

Program" (in this section referred to as the "Program").

(b) RESEARCH AND DEVELOPMENT PHASE.—

(1) IN GENERAL.—During the research and development phase of the Program, the Secretary of Defense shall conduct research and development in pursuit of the goals set forth in subsection (a)(2).

(2) DIRECT AIR CAPTURE.—The research and development phase of the Program may include, with respect to direct air capture, a front end engineering and design study that includes an evaluation of direct air capture designs to produce fuel for use—

(A) at military installations or facilities of the Department of Defense; or

(B) in modes of transportation by the Navy or the Coast Guard.

(3) COMMENCEMENT.—The Secretary shall commence carrying out the research and development phase of the Program not later than 90 days after the date of the enactment of this Act.

(4) GRANTS AUTHORIZED.—The Secretary may carry out the research and development phase of the Program through the award of grants to private persons and eligible laboratories.

WASHSTATEC005883

(5) REPORT REQUIRED.—Not later than 180 days after the date of the completion of the research and development phase of the Program, the Secretary shall submit to Congress a report on the research and development carried out under the Program.

(c) TESTING AND EVALUATION PHASE.—

(1) IN GENERAL.—During the testing and evaluation phase of the Program, the Secretary shall, in pursuit of the goals set forth in subsection (a)(2), conduct tests and evaluations of the technologies researched and developed during the research and development phase of the Program.

(2) DIRECT AIR CAPTURE.—The testing and evaluation phase of the Program may include demonstration projects for direct air capture to produce fuels for use—

(A) at military installations or facilities of the Department of Defense; or

(B) in modes of transportation by the Navy or the Coast Guard.

(3) COMMENCEMENT.—Subject to subsection (a)(3)(B), the Secretary shall commence carrying out the testing and evaluation phase of the Program on the date of the completion of the research and

development phase described in subsection (b), except that the testing and evaluation phase of the Program with respect to direct air capture may commence at such time after a front end engineering and design study demonstrates to the Secretary that commencement of such phase is appropriate.

(4) GRANTS AUTHORIZED.—The Secretary may carry out the testing and evaluation phase of the Program through the award of grants to private persons and eligible laboratories.

(5) LOCATIONS.—The Secretary shall carry out the testing and evaluation phase of the Program at military installations or facilities of the Department of Defense.

(6) REPORT REQUIRED.—Not later than September 30, 2026, the Secretary shall submit to Congress a report on the findings of the Secretary with respect to the effectiveness of the technologies tested and evaluated under the Program.

(d) DEFINITIONS.—In this section:

(1) The term "blue carbon capture" means the removal of dissolved carbon dioxide from seawater through engineered or inorganic processes, including filters, membranes, or phase change systems.

WASHSTATEC005885

(2)(A) The term "direct air capture", with respect to a facility, technology, or system, means that the facility, technology, or system uses carbon capture equipment to capture carbon dioxide directly from the air.

(B) The term "direct air capture" does not include any facility, technology, or system that captures carbon dioxide—

(i) that is deliberately released from a naturally occurring subsurface spring; or

(ii) using natural photosynthesis.

(3) The term "eligible laboratory" means—

(A) a National Laboratory (as defined in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801));

(B) a science and technology reinvention laboratory designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 10 U.S.C. 2358 note);

(C) the Major Range and Test Facility Base (as defined in section 2358a(f) of title 10, United States Code); or

(D) any other facility that supports the research, development, test, and evaluation activi-

ties of the Department of Defense or the Department of Energy.

**SEC. 224. REQUIRING DEFENSE MICROELECTRONICS PRODUCTS AND SERVICES MEET TRUSTED SUPPLY CHAIN AND OPERATIONAL SECURITY STANDARDS.**

(a) PURCHASES.—To protect the United States from intellectual property theft and to ensure national security and public safety in the application of new generations of wireless network technology and microelectronics, beginning no later than January 1, 2023, the Secretary of Defense shall ensure that each microelectronics product or service that the Department of Defense purchases on or after such date meets the applicable trusted supply chain and operational security standards established pursuant to subsection (b), except in a case in which the Department seeks to purchase a microelectronics product or service but—

(1) no such product or service is available for purchase that meets such standards; or

(2) no such product or service is available for purchase that—

(A) meets such standards; and

(B) is available at a price that the Secretary does not consider prohibitively expensive.

(b) TRUSTED SUPPLY CHAIN AND OPERATIONAL SECURITY STANDARDS.—

(1) STANDARDS REQUIRED.—(A) Not later than January 1, 2021, the Secretary shall establish trusted supply chain and operational security standards for the purchase of microelectronics products and services by the Department.

(B) For purposes of this section, a trusted supply chain and operational security standard—

(i) is a standard that systematizes best practices relevant to—

(I) manufacturing location;

(II) company ownership;

(III) workforce composition;

(IV) access during manufacturing, suppliers' design, sourcing, manufacturing, packaging, and distribution processes;

(V) reliability of the supply chain; and

(VI) other matters germane to supply chain and operational security; and

(ii) is not a military standard (also known as "MIL-STD") or a military specification (also known as "MIL-SPEC") for microelectronics that—

WASHSTATEC005888

(I) specifies individual features for Department of Defense microelectronics; or

(II) otherwise inhibits the acquisition by the Department of securely manufactured, commercially-available products.

(2) CONSULTATION REQUIRED.—In developing standards under paragraph (1), the Secretary shall consult with the following:

(A) The Secretary of Homeland Security, the Secretary of State, the Secretary of Commerce, and the Director of the National Institute of Standards and Technology.

(B) Suppliers of microelectronics products and services from the United States and allies and partners of the United States.

(C) Representatives of major United States industry sectors that rely on a trusted supply chain and the operational security of microelectronics products and services.

(D) Representatives of the United States insurance industry.

(3) TIERS OF TRUST AND LEVELS OF SECURITY AUTHORIZED.—In carrying out paragraph (1), the Secretary may establish tiers and levels of trust and security within the supply chain and operational se-

curity standards for microelectronics products and services.

(4) GENERAL APPLICABILITY.—The standards established pursuant to paragraph (1) shall be, to the greatest extent practicable, generally applicable to the trusted supply chain and operational security needs and use cases of the United States Government and commercial industry, such that the standards could be widely adopted by government agencies, commercial industry, and allies and partners of the United States as the basis for procuring microelectronics products and services.

(5) ANNUAL REVIEW.—Not later than October 1 of each year, the Secretary shall, in consultation with persons and entities set forth under paragraph (2), review the standards established pursuant to paragraph (1) and issue updates or modifications as the Secretary considers necessary or appropriate.

(c) ENSURING ABILITY TO SELL COMMERCIALLY.—

(1) IN GENERAL.—The Secretary shall, to the greatest extent practicable, ensure that suppliers of microelectronics products and services for the Department of Defense subject to subsection (a) are able and incentivized to sell products commercially and to governments of allies and partners of the

United States that are produced on the same production lines as the microelectronics products supplied to the Department of Defense.

(2) EFFECT OF REQUIREMENTS AND ACQUISITIONS.—The Secretary shall, to the greatest extent practicable, ensure that the requirements of the Department and the acquisition by the Department of microelectronics enable the success of a dual-use microelectronics industry.

(d) MAINTAINING COMPETITION AND INNOVATION.—The Secretary shall take such actions as the Secretary considers necessary and appropriate, within the Secretary's authorized activities to maintain the health of the defense industrial base, to ensure that—

(1) providers of microelectronics products and services that meet the standards established under subsection (b) are exposed to competitive market pressures to achieve competitive pricing and sustained innovation; and

(2) the industrial base of microelectronics products and services that meet the standards established under subsection (b) includes providers manufacturing in the United States or in countries that are allies or partners of the United States.

WASHSTATEC005891

**SEC. 225. DEVELOPMENT AND ACQUISITION STRATEGY TO PROCURE SECURE, LOW PROBABILITY OF DETECTION DATA LINK NETWORK CAPABILITY.**

(a) STRATEGY REQUIRED.—Not later than March 1, 2020, the Chief of Staff of the Air Force, the Chief of Naval Operations, and the Chief of Staff of the Army shall jointly submit to the congressional defense committees a joint development and acquisition strategy to procure a secure, low probability of detection data link network capability, with the ability to effectively operate in hostile jamming environments while preserving the low observability characteristics of the relevant platforms, including both existing and planned platforms.

(b) NETWORK CHARACTERISTICS.—The data link network capability to be procured pursuant to the development and acquisition strategy submitted under subsection (a) shall—

(1) ensure that any network made with such capability will be low risk and affordable, with minimal impact or change to existing host platforms and minimal overall integration costs;

(2) use a non-proprietary and open systems approach compatible with the Rapid Capabilities Office Open Mission Systems initiative of the Air Force, the Future Airborne Capability Environment initia-

tive of the Navy, and the Modular Open Systems Architecture initiative of the Army; and

(3) provide for an architecture to connect, with operationally relevant throughput and latency—

(A) fifth-generation combat aircraft;

(B) fifth-generation and fourth-generation combat aircraft;

(C) fifth-generation and fourth-generation combat aircraft and appropriate support aircraft and other network nodes for command, control, communications, intelligence, surveillance, and reconnaissance purposes; and

(D) fifth-generation and fourth-generation combat aircraft and their associated network-enabled precision weapons.

(c) LIMITATION.—Of the funds authorized to be appropriated by this Act for fiscal year 2020 for operation and maintenance for the Office of the Secretary of the Air Force, for operation and maintenance for the Office of the Secretary of the Navy, and for operations and maintenance for the Office of the Secretary of the Army, not more than 50 percent may be obligated or expended until the date that is 15 days after the date on which the Chief of Staff of the Air Force, the Chief of Naval Operations, and the Chief of Staff of the Army, respectively, submit

the development and acquisition strategy required by subsection (a).

**SEC. 226. ESTABLISHMENT OF SECURE NEXT-GENERATION WIRELESS NETWORK (5G) INFRASTRUCTURE FOR THE NEVADA TEST AND TRAINING RANGE AND BASE INFRASTRUCTURE.**

(a) ESTABLISHMENT REQUIRED.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall establish secure fifth-generation wireless network components and capabilities at no fewer than two Department of Defense installations in accordance with this section.

(b) INSTALLATIONS.—

(1) LOCATIONS.—The Secretary shall establish components and capabilities under subsection (a) at the following:

(A) The Nevada Test and Training Range, which shall serve as a Major Range and Test Facility Base (MRTFB) for fifth-generation wireless networking.

(B) Such Department installations or other installations as the Secretary considers appropriate for the purpose set forth in paragraph (2).

(2) PURPOSE.—The purpose of the establishment of components and capabilities under subsection (a) at the locations described in paragraph (1) of this subsection is to demonstrate the following:

(A) The potential military utility of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.

(B) Advanced security technology that is applicable to fifth-generation networks as well as legacy Department command and control networks.

(C) Secure interoperability with fixed and wireless systems (legacy and future systems).

(D) Enhancements such as spectrum and waveform diversity, frequency hopping and spreading, and beam forming for military requirements.

(E) Technology for dynamic network slicing for specific use cases and applications requiring varying levels of latency, scale, and throughput.

(F) Technology for dynamic spectrum sharing and network isolation.

(G) Base infrastructure installation of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.

(H) Applications for secure fifth-generation wireless network capabilities for the Department, such as the following:

(i) Interactive augmented reality or synthetic training environments.

(ii) Internet of things devices.

(iii) Autonomous systems.

(iv) Advanced manufacturing through the following:

(I) Department-sponsored centers for manufacturing innovation (as defined in section 34(c) of the National Institute of Standards and Technology Act (15 U.S.C. 278s(c))).

(II) Department research and development organizations.

(III) Manufacturers in the defense industrial base of the United States.

WASHSTATEC005896

**SEC. 227. ADMINISTRATION OF MANUFACTURING INNOVATION INSTITUTES FUNDED BY THE DEPARTMENT OF DEFENSE.**

(a) IN GENERAL.—The Secretary of Defense shall make such changes to the administration of covered institutes so as—

(1) to encourage covered institutes to leverage existing workforce development programs across the Federal Government and State governments in order to build successful workforce development programs;

(2) to develop metrics to evaluate the workforce development performed by the covered institutes, including metrics on job quality, career pathways, wages and benefits, and efforts to support veterans, and progress in aligning workforce skillsets with the current and long-term needs of the Department of Defense and the defense industrial base;

(3) to allow metrics to vary between covered institutes and be updated and evaluated continuously in order to more accurately evaluate covered institutes with different goals and missions;

(4) to encourage covered institutes to consider developing technologies that were previously funded by Federal Government investment for early-stage research and development and expand cross-govern-

ment coordination and collaboration to achieve this goal;

(5) to provide an opportunity for increased Department of Defense input and oversight from senior-level military and civilian personnel on future technology roadmaps produced by covered institutes;

(6) to reduce the barriers to collaboration between and among multiple covered institutes;

(7) to use contracting vehicles that can increase flexibility, reduce barriers for contracting with subject-matter experts and small and medium enterprises, enhance partnerships between covered institutes, and reduce the time to award contracts at covered institutes; and

(8) to overcome barriers to the adoption of manufacturing processes and technologies developed by the covered institutes by the defense and commercial industrial base, particularly small and medium enterprises, by engaging with public and private sector partnerships and appropriate government programs and activities, including the Hollings Manufacturing Extension Partnership.

(b) Coordination With Other Activities.—The Secretary shall carry out this section in coordination with activities undertaken under—

(1) the Manufacturing Technology Program established under section 2521 of title 10, United States Code;

(2) the Manufacturing Engineering Education Program established under section 2196 of such title;

(3) the Defense Manufacturing Community Support Program established under section 846 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232);

(4) manufacturing initiatives of the Secretary of Commerce, the head of the National Office of the Manufacturing USA Network, the Secretary of Energy, and such other government and private sector organizations as the Secretary of Defense considers appropriate; and

(5) such other activities as the Secretary considers appropriate.

(c) DEFINITION OF COVERED INSTITUTE.—In this section, the term "covered institute" means a manufacturing innovation institute that is funded by the Department of Defense.

**SEC. 228. RESEARCH PROGRAM ON FOREIGN MALIGN INFLUENCE OPERATIONS.**

(a) PROGRAM AUTHORIZED.—The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, may carry out a research program on foreign malign influence operations as part of the university research programs of the Department of Defense.

(b) PROGRAM OBJECTIVES.—The objectives of a research program carried out under subsection (a) should include the following:

(1) Enhance the understanding of foreign malign influence operations, including activities conducted on social media platforms.

(2) Facilitate the analysis of publicly available or voluntarily provided indicators of foreign malign influence operations.

(3) Promote collaborative research and information exchange with relevant entities within the Department of Defense and with other agencies or nongovernmental organizations relating to foreign malign influence operations, as appropriate.

(c) NOTICE TO CONGRESS.—Not later than 30 days before initiating a research program under subsection (a), the Secretary of Defense shall submit to the congressional

defense committees notice of the intent of the Secretary to initiate such a program, which shall include—

(1) a detailed description of the program and any related research activities;

(2) the estimated cost and duration of the program; and

(3) any other matters the Secretary determines to be relevant.

**SEC. 229. DIVERSIFICATION OF THE RESEARCH AND ENGINEERING WORKFORCE OF THE DEPARTMENT OF DEFENSE.**

(a) ASSESSMENT REQUIRED.—

(1) IN GENERAL.—The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Under Secretary of Defense for Personnel and Readiness, shall conduct an assessment of critical skillsets required across, and the diversity of, the research and engineering workforce of the Department of Defense, including the science and technology reinvention laboratories, to support emerging and future warfighter technologies.

(2) ELEMENTS.—The assessment required by paragraph (1) shall include analysis of the following:

(A) The percentage of women and minorities employed in the research and engineering workforce of the Department of Defense as of the date of the assessment.

(B) Of the individuals hired into the research and engineering workforce of the Department in the five years preceding the date of the assessment, the percentage of such individuals who are women and minorities.

(C) The effectiveness of existing hiring, recruitment, and retention incentives for women and minorities in the research and engineering workforce of the Department.

(D) The effectiveness of the Department in recruiting women and minorities into the laboratory workforce after such individuals complete work on Department-funded research, projects, grant projects, fellowships, and STEM programs.

(E) The geographical diversity of the workforce across various geographic regions.

(b) PLAN REQUIRED.—

(1) IN GENERAL.—Based on the results of the assessment conducted under subsection (a), the Secretary of Defense, acting through the Under Sec-

WASHSTATEC005902

retary of Defense for Research and Engineering and in consultation with the Secretaries of the military departments, shall develop and implement a plan to diversify and strengthen the research and engineering workforce of the Department of Defense.

(2) ELEMENTS.—The plan required by paragraph (1) shall—

(A) align with science and technology strategy priorities of the Department of Defense, including the emerging and future warfighter technology requirements identified by the Department;

(B) except as provided in subsection (c)(2), set forth steps for the implementation of each recommendation included in the 2013 report of the RAND corporation titled "First Steps Toward Improving DoD STEM Workforce Diversity";

(C) harness the full range of the Department's STEM programs and other Department sponsored programs to develop and attract top talent;

(D) use existing authorities to attract and retain students, academics, and other talent;

(E) establish and use contracts, agreements, or other arrangements with institutions of higher education (as defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)), including historically black colleges and universities and other minority-serving institutions (as described in section 371(a) of such Act (20 U.S.C. 1067q(a)) to enable easy and efficient access to research and researchers for Government sponsored basic and applied research and studies at each institution, including contracts, agreements, and other authorized arrangements such as those authorized under—

(i) section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2358 note); and

(ii) such other authorities as the Secretary determines to be appropriate; and

(F) include recommendations for changes in authorities, regulations, policies, or any other relevant areas that would support the achievement of the goals set forth in the plan.

(3) SUBMITTAL TO CONGRESS.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report that includes—

(A) the plan developed under paragraph (1); and

(B) with respect to each recommendation described in paragraph (2)(B) that the Secretary has implemented or expects to implement—

(i) a summary of actions that have been taken to implement the recommendation; and

(ii) a schedule, with specific milestones, for completing the implementation of the recommendation.

(c) DEADLINE FOR IMPLEMENTATION.—

(1) IN GENERAL.—Except as provided in paragraph (2), not later than 18 months after the date of the enactment of this Act the Secretary of Defense shall carry out activities to implement the plan developed under subsection (b).

(2) EXCEPTION FOR IMPLEMENTATION OF CERTAIN RECOMMENDATIONS.—

WASHSTATEC005905

(A) DELAYED IMPLEMENTATION.—The Secretary of Defense may commence implementation of a recommendation described in subsection (b)(2)(B) after the date specified in paragraph (1) if the Secretary provides the congressional defense committees with a specific justification for the delay in implementation of such recommendation on or before such date.

(B) NONIMPLEMENTATION.—The Secretary of Defense may opt not to implement a recommendation described in subsection (b)(2)(B) if the Secretary provides to the congressional defense committees, on or before the date specified in paragraph (1)—

(i) a specific justification for the decision not to implement the recommendation; and

(ii) a summary of the alternative actions the Secretary plans to take to address the issues underlying the recommendation.

(d) STEM DEFINED.—In this section, the term "STEM" means science, technology, engineering, and mathematics.

**SEC. 230. POLICY ON THE TALENT MANAGEMENT OF DIGITAL EXPERTISE AND SOFTWARE PROFESSIONALS.**

(a) POLICY.—

(1) IN GENERAL.—It shall be a policy of the Department of Defense to promote and maintain digital expertise and software development as core competencies of civilian and military workforces of the Department, and as a capability to support the National Defense Strategy, which policy shall be achieved by—

(A) the recruitment, development, and incentivization of retention in and to the civilian and military workforce of the Department of individuals with aptitude, experience, proficient expertise, or a combination thereof in digital expertise and software development;

(B) at the discretion of the Secretaries of the military departments, the development and maintenance of civilian and military career tracks related to digital expertise, and related digital competencies for members of the Armed Forces, including the development and maintenance of training, education, talent management, incentives, and promotion policies in sup-

port of members at all levels of such career tracks; and

(C) the development and application of appropriate readiness standards and metrics to measure and report on the overall capability, capacity, utilization, and readiness of digital engineering professionals to develop and deliver operational capabilities and employ modern business practices.

(2) DIGITAL ENGINEERING DEFINED.—For purposes of this section, the term "digital engineering" means the discipline and set of skills involved in the creation, processing, transmission, integration, and storage of digital data, including data science, machine learning, software engineering, software product management, and artificial intelligence product management.

(b) IMPLEMENTATION PLAN.—Not later than May 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a plan that describes how the Department of Defense will execute the policy described in subsection (a).

(c) RESPONSIBILITY.—

WASHSTATEC005908

(1) APPOINTMENT OF OFFICER.—Not later than 270 days after the date of enactment of this Act, the Secretary of Defense may appoint a civilian official responsible for the development and implementation of the policy and implementation plan set forth in subsections (a) and (b), respectively. The official shall be known as the "Chief Digital Engineering Recruitment and Management Officer of the Department of Defense".

(2) EXPIRATION OF APPOINTMENT.—The appointment of the Officer under paragraph (1) shall expire on September 30, 2024.

**SEC. 231. DIGITAL ENGINEERING CAPABILITY TO AUTOMATE TESTING AND EVALUATION.**

(a) DIGITAL ENGINEERING CAPABILITY.—

(1) IN GENERAL.—The Secretary of Defense shall establish a digital engineering capability to be used—

(A) for the development and deployment of digital engineering models for use in the defense acquisition process; and

(B) to provide testing infrastructure and software to support automated approaches for testing, evaluation, and deployment throughout the defense acquisition process.

(2) REQUIREMENTS.—The capability developed under subsection (a) shall meet the following requirements:

(A) The capability will be accessible to, and useable by, individuals throughout the Department of Defense who have responsibilities relating to capability design, development, testing, evaluation, and operation.

(B) The capability will provide for the development, validation, use, curation, and maintenance of technically accurate digital systems, models of systems, subsystems, and their components, at the appropriate level of fidelity to ensure that test activities adequately simulate the environment in which a system will be deployed.

(C) The capability will include software to automate testing throughout the program life cycle, including to satisfy developmental test requirements and operational test requirements. Such software may be developed in accordance with the authorities provided under section 800, and shall support—

(i) security testing that includes vulnerability scanning and penetration testing

performed by individuals, including threat-based red team exploitations and assessments with zero-trust assumptions; and

(ii) high-confidence distribution of software to the field on a time-bound, repeatable, frequent, and iterative basis.

(b) DEMONSTRATION ACTIVITIES.—

(1) IN GENERAL.—In developing the capability required under subsection (a), the Secretary of Defense shall carry out activities to demonstrate digital engineering approaches to automated testing that—

(A) enable continuous software development and delivery;

(B) satisfy developmental test requirements for the software-intensive programs of the Department of Defense; and

(C) satisfy operational test and evaluation requirements for such programs.

(2) PROGRAM SELECTION.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall assess and select not fewer than four and not more than ten programs of the Department of Defense to participate in the demonstration activities under paragraph (1), including—

WASHSTATEC005911

(A) at least one program participating in the pilot program authorized under section 873 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2223a note);

(B) at least one program participating in the pilot program authorized under section 874 of such Act (Public Law 115–91; 10 U.S.C. 2302 note);

(C) at least one major defense acquisition program (as defined in section 2430 of title 10, United States Code);

(D) at least one command and control program;

(E) at least one defense business system (as defined in section 2222(i) of title 10, United States Code); and

(F) at least one program from each military service.

(3) ADDITIONAL REQUIREMENTS.—As part of the demonstration activities under paragraph (1), the Secretary shall—

(A) conduct a comparative analysis that assesses the risks and benefits of the digital engineering supported automated testing ap-

proaches of the programs participating in the demonstration activities relative to traditional testing approaches that are not supported by digital engineering;

(B) ensure that the intellectual property strategy for each of the programs participating in the demonstration activities is best aligned to meet the goals of the program; and

(C) develop a workforce and infrastructure plan to support any new policies and guidance implemented in connection with the demonstration activities, including any policies and guidance implemented after the completion of such activities.

(c) POLICIES AND GUIDANCE REQUIRED.—Not later than one year after the date of the enactment of this Act, based on the results of the demonstration activities carried out under subsection (b), the Secretary of Defense shall issue or modify policies and guidance to—

(1) promote the use of digital engineering capabilities for development and for automated testing; and

(2) address roles, responsibilities, and procedures relating to such capabilities.

(d) STEERING COMMITTEE.—

(1) IN GENERAL.—The Secretary of Defense shall establish a steering committee to assist the Secretary in carrying out subsections (a) through (c).

(2) MEMBERSHIP.—The steering committee shall be composed of the following members or their designees:

(A) The Under Secretary of Defense for Research and Engineering.

(B) The Under Secretary of Defense for Acquisition and Sustainment.

(C) The Chief Information Officer.

(D) The Director of Operational Test and Evaluation.

(E) The Director of Cost Assessment and Program Evaluation.

(F) The Service Acquisition Executives.

(G) The Service testing commands.

(H) The Director of the Defense Digital Service.

(e) REPORTS REQUIRED.—

(1) IMPLEMENTATION.—Not later than March 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the progress of the Secretary in implementing sub-

sections (a) through (c). The report shall include an explanation of how the results of the demonstration activities carried out under subsection (b) will be incorporated into the policy and guidance required under subsection (c), particularly the policy and guidance of the members of the steering committee established under subsection (d).

(2) LEGISLATIVE RECOMMENDATIONS.—Not later than October 15, 2020, the Secretary of Defense shall provide to the congressional defense committees a briefing that identifies any changes to existing law that may be necessary to facilitate the implementation of subsections (a) through (c).

(f) INDEPENDENT ASSESSMENT.—

(1) IN GENERAL.—Not later than March 15, 2021, the Defense Innovation Board and the Defense Science Board shall jointly complete an independent assessment of the progress of the Secretary in implementing subsections (a) through (c). The Secretary of Defense shall ensure that the Defense Innovation Board and the Defense Science Board have access to the resources, data, and information necessary to complete the assessment.

(2) INFORMATION TO CONGRESS.—Not later than 30 days after the date on which the assessment

under paragraph (1) is completed, the Defense Innovation Board and the Defense Science Board shall jointly provide to the congressional defense committees—

(A) a report summarizing the assessment; and

(B) a briefing on the findings of the assessment.

**SEC. 232. PROCESS TO ALIGN POLICY FORMULATION AND EMERGING TECHNOLOGY DEVELOPMENT.**

(a) ALIGNMENT OF POLICY AND TECHNOLOGICAL DEVELOPMENT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish a process to ensure that the policies of the Department of Defense relating to emerging technology are formulated and updated continuously as such technology is developed by the Department.

(b) ELEMENTS.—As part of the process established under subsection (a), the Secretary shall—

(1) specify the role of each covered official in ensuring that the formulation of policies relating to emerging technology is carried out concurrently with the development of such technology; and

(2) incorporate procedures for the continuous legal review of—

WASHSTATEC005916

(A) weapons and other defense systems that incorporate or use emerging technology; and

(B) treaties that may be affected by such technology.

(c) BRIEFING REQUIRED.—Not later than 30 days after the date on which the Secretary of Defense establishes the process required under subsection (a), the Secretary shall provide to the congressional defense committees a briefing on such process.

(d) DEFINITIONS.—In this section:

(1) The term "covered official" means the following:

(A) The Chairman of the Joint Chiefs of Staff.

(B) The Under Secretary of Defense for Research and Engineering.

(C) The Under Secretary of Defense for Acquisition and Sustainment.

(D) The Under Secretary of Defense for Policy.

(E) The commanders of combatant commands with responsibilities involving the use of weapons or other defense systems that incor-

WASHSTATEC005917

porate or use emerging technology, as determined by the Secretary of Defense.

(F) The Secretaries of the military departments.

(2) The term "emerging technology" means technology determined to be in an emerging phase of development by the Secretary of Defense, including quantum computing, technology for the analysis of large and diverse sets of data (commonly known as "big data analytics"), artificial intelligence, autonomous technology, robotics, directed energy, hypersonics, biotechnology, and such other technology as may be identified by the Secretary.

**SEC. 233. IMPROVEMENT OF THE STRATEGIC CAPABILITIES OFFICE OF THE DEPARTMENT OF DEFENSE.**

(a) ORGANIZATION.—

(1) AUTHORITY OF DEPUTY SECRETARY OF DEFENSE.—The Deputy Secretary of Defense shall exercise authority and direction over the Strategic Capabilities Office of the Department of Defense (referred to in this section as the "Office").

(2) AUTHORITY OF DIRECTOR.—The Director of the Office shall report directly to the Deputy Secretary of Defense.

WASHSTATEC005918

(3) DELEGATION.—In exercising authority and direction over the Office under subsection (a), the Deputy Secretary of Defense may delegate administrative, management, and other duties to the Director of the Defense Advanced Research Projects Agency, as needed, to effectively and efficiently execute the mission of the Office.

(b) CROSS-FUNCTIONAL TEAMS.—

(1) ESTABLISHMENT.—Not later than 180 days after the date of enactment of this Act, the Deputy Secretary of Defense shall establish the following cross-functional teams to improve the effectiveness of the Office:

(A) A transition cross-functional team to improve the efficiency and effectiveness with which the programs of the Office may be transitioned into—

(i) research and development programs of the military services and other agencies of the Department of Defense; and

(ii) programs of such services and agencies in operational use.

(B) A technical cross functional team to improve the continuous technical assessment

and review of the programs of the Office during program selection and execution.

(2) MEMBERSHIP.—The Deputy Secretary of Defense shall select individuals to serve on the cross-functional teams described in paragraph (1) from among individuals in the defense research and engineering enterprise, acquisition community, Joint Staff, combatant commands, and other organizations, as determined to be appropriate by the Deputy Secretary.

**SEC. 234. PILOT PROGRAM ON ENHANCED CIVICS EDUCATION.**

(a) IN GENERAL.—The Secretary of Defense, in consultation with the Secretary of Education, shall carry out a pilot program under which the Secretary provides enhanced educational support and funding to eligible entities to improve civics education programs taught by such entities.

(b) PURPOSE.—The purpose of the pilot program is to provide enhanced civics education on the following topics:

(1) Critical thinking and media literacy.

(2) Voting and other forms of political and civic engagement.

(3) Interest in employment, and careers, in public service.

(4) Understanding of United States law, history, and Government.

(5) The ability of participants to collaborate and compromise with others to solve problems.

(c) CONSIDERATIONS.—In carrying out the pilot program, the Secretary of Defense shall consider innovative approaches for improving civics education.

(d) METRICS AND EVALUATIONS.—The Secretary of Defense shall establish metrics and undertake evaluations to determine the effectiveness of the pilot program, including each of the activities carried out under subsection (e).

(e) TYPES OF SUPPORT AUTHORIZED.—Under the pilot program the Secretary of Defense—

(1) shall provide support to eligible entities to address, at a minimum—

(A) the development or modification of curricula relating to civics education;

(B) classroom activities, thesis projects, individual or team projects, internships, or community service activities relating to civics;

(C) collaboration with government entities, nonprofit organizations, or consortia of such en-

WASHSTATEC005921

tities and organizations to provide participants with civics-related experiences;

(D) civics-related faculty development programs;

(E) recruitment of educators who are highly qualified in civics education to teach civics or to assist with the development of curricula for civics education;

(F) presentation of seminars, workshops, and training for the development of skills associated with civic engagement;

(G) activities that enable participants to interact with government officials and entities;

(H) expansion of civics education programs and outreach for members of the Armed Forces, dependents and children of such members, and employees of the Department of Defense; and

(I) opportunities for participants to obtain work experience in fields relating to civics; and

(2) may provide any other form of support the Secretary determines to be appropriate to enhance the civics education taught by eligible entities.

(f) REPORT.—Not later than 180 days after the conclusion of the first full academic year during which the

pilot program is carried out, the Secretary of Defense shall submit to the congressional defense committees a report that includes—

(1) a description of the pilot program, including the a description of the specific activities carried out under subsection (e); and

(2) the metrics and evaluations used to assess the effectiveness of the program as required under subsection (d).

(g) DEFINITIONS.—In this section:

(1) The term "civics education program" means an educational program that provides participants with—

(A) knowledge of law, government, and the rights of citizens; and

(B) skills that enable participants to responsibly participate in democracy.

(2) The term "eligible entity" means any of following:

(A) A local education agency that hosts a unit of the Junior Reserve Officers' Training Corps.

(B) A school operated by the Department of Defense Education Activity.

**SEC. 235. TECHNOLOGY AND NATIONAL SECURITY FELLOWSHIP.**

(a) FELLOWSHIP PROGRAM.—

(1) IN GENERAL.—The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, may establish a civilian fellowship program designed to place eligible individuals within the Department of Defense and Congress to increase the number of national security professionals with science, technology, engineering, and mathematics credentials employed by the Department.

(2) DESIGNATION.—The fellowship program established under paragraph (1) shall be known as the "Technology and National Security Fellowship" (in this section referred to as the "fellows program").

(3) ASSIGNMENTS.—Each individual selected for participation in the fellows program shall be assigned to a one year position within—

(A) the Department of Defense; or

(B) a congressional office with emphasis on defense and national security matters.

(4) PAY AND BENEFITS.—To the extent practicable, each individual assigned to a position under paragraph (3)—

WASHSTATEC005924

(A) shall be compensated at a rate of basic pay that is equivalent to the rate of basic pay payable for a position at level 10 of the General Schedule; and

(B) shall be treated as an employee of the United States during the assignment.

(b) ELIGIBLE INDIVIDUALS.—

(1) ELIGIBILITY FOR DOD ASSIGNMENT.—Subject to subsection (e), an individual eligible for an assignment in the Department of Defense under subsection (a)(3)(A) is an individual who—

(A) is a citizen of the United States; and

(B) either—

(i) expects to be awarded a bachelor's degree, associate's degree, or graduate degree that, as determined by the Secretary, focuses on science, technology, engineering, or mathematics course work not later than 180 days after the date on which the individual submits an application for participation in the fellows program;

(ii) possesses a bachelor's degree, associate's degree, or graduate degree that, as determined by the Secretary, focuses on

science, technology, engineering, or mathematics course work; or

(iii) is an employee of the Department of Defense and possesses a bachelor's degree, associate's degree, or graduate degree that, as determined by the Secretary, focuses on science, technology, engineering, or mathematics course work.

(2) ELIGIBILITY FOR CONGRESSIONAL ASSIGNMENT.—Subject to subsection (e), an individual eligible for an assignment in a congressional office under subsection (a)(3)(B) is an individual who—

(A) meets the requirements specified in paragraph (1); and

(B) has not less than 3 years of relevant work experience in the field of science, technology, engineering, or mathematics.

(c) APPLICATION.—Each individual seeking to participate in the fellows program shall submit to the Secretary an application therefor at such time and in such manner as the Secretary shall specify.

(d) COORDINATION.—In carrying out this section, the Secretary may consider working through the following entities:

(1) The National Security Innovation Network.

(2) Universities.

(3) Science and technology reinvention laboratories and test and evaluation centers of the Department of Defense.

(4) Other organizations of the Department of Defense or public and private sector organizations, as determined appropriate by the Secretary.

(e) MODIFICATIONS TO FELLOWS PROGRAM.—The Secretary may modify the terms and procedures of the fellows program in order to better achieve the goals of the program and to support workforce needs of the Department of Defense.

(f) CONSULTATION.—The Secretary may consult with the heads of the agencies, components, and other elements of the Department of Defense, Members and committees of Congress, and such institutions of higher education and private entities engaged in work on national security and emerging technologies as the Secretary considers appropriate for purposes of the fellows program, including with respect to assignments in the fellows program.

**SEC. 236. DOCUMENTATION RELATING TO THE ADVANCED BATTLE MANAGEMENT SYSTEM.**

(a) DOCUMENTATION REQUIRED.—Not later than the date specified in subsection (b), the Secretary of the Air Force shall submit to the congressional defense com-

WASHSTATEC005927

mittees the following documentation relating to the Advanced Battle Management System:

(1) A list that identifies each program, project, and activity that contributes to the architecture of the Advanced Battle Management System.

(2) The final analysis of alternatives for the Advanced Battle Management System.

(3) The requirements for the networked data architecture necessary for the Advanced Battle Management System to provide multidomain command and control and battle management capabilities and a development schedule for such architecture.

(b) DATE SPECIFIED.—The date specified in this subsection is the earlier of—

(1) the date that is 180 days after the date on which the final analysis of alternatives for the Advanced Battle Management System is completed; or

(2) June 1, 2020.

(c) ADVANCED BATTLE MANAGEMENT SYSTEM DEFINED.—In this section, the term ''Advanced Battle Management System'' means the Advanced Battle Management System of Systems capability of the Air Force, including each program, project, and activity that contributes to such capability.

WASHSTATEC005928

**SEC. 237. SENSOR DATA INTEGRATION FOR FIFTH GENERATION AIRCRAFT.**

(a) F–35 SENSOR DATA.—The Secretary of Defense shall ensure that—

(1) information collected by the passive and active on-board sensors of the F–35 Joint Strike Fighter aircraft is capable of being shared, in real time, with joint service users in cases in which the Joint Force Commander determines that sharing such information would be operationally advantageous; and

(2) the Secretary has developed achievable, effective, and suitable concepts and supporting technical architectures to collect, store, manage, and disseminate information collected by such sensors.

(b) GAO STUDY AND REPORT.—

(1) STUDY.—The Comptroller General of the United States shall conduct a study of the sensor data collection and dissemination capability of fifth generation aircraft of the Department of Defense.

(2) ELEMENTS.—The study required by paragraph (1) shall include an assessment of the following—

(A) the extent to which the Department has established doctrinal, organizational, or technological methods of managing the large

WASHSTATEC005929

amount of sensor data that is currently collected and which may be collected by existing and planned advanced fifth generation aircraft;

(B) the status of the existing sensor data collection, storage, dissemination, and management capability and capacity of fifth generation aircraft, including the F–35, the F–22, and the B–21; and

(C) the ability of the F–35 aircraft and other fifth generation aircraft to share information collected by the aircraft in real-time with other joint service users as described in subsection (a)(1).

(3) STUDY RESULTS.—

(A) INTERIM BRIEFING.—Not later than 180 days after the date of the enactment of this Act, the Comptroller General shall provide to the congressional defense committees a briefing on the preliminary findings of the study conducted under this subsection.

(B) FINAL RESULTS.—The Comptroller General shall provide the final results of the study conducted under this subsection to the congressional defense committees at such time and in such format as is mutually agreed upon

by the committees and the Comptroller General at the time of the briefing under subparagraph (A).

**SEC. 238. SENSE OF CONGRESS ON FUTURE VERTICAL LIFT TECHNOLOGIES.**

It is the sense of Congress that the Army should continue to invest in research, development, test, and evaluation programs to mature future vertical lift technologies, including programs to improve pilot situational awareness, increase flight operations safety, and reduce operation and maintenance costs.

**SEC. 239. USE OF FUNDS FOR STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM, ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM, AND OPERATIONAL ENERGY CAPABILITY IMPROVEMENT.**

Of the funds authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4201 for the Strategic Environmental Research Program, Operational Energy Capability Improvement, and the Environmental Security Technical Certification Program, the Secretary of Defense shall, acting through the Under Secretary of Defense for Acquisition and Sustainment, expend amounts as follows:

WASHSTATEC005931

(1) Not less than $10,000,000 on the development and demonstration of long duration on-site energy battery storage for distributed energy assets.

(2) Not less than $10,000,000 on the development, demonstration, and validation of non-fluorine based firefighting foams.

(3) Not less than $10,000,000 on the development, demonstration, and validation of secure microgrids for both installations and forward operating bases.

(4) Not less than $1,000,000 on the development, demonstration, and validation of technologies that can harvest potable water from air.

**SEC. 240. LIMITATION AND REPORT ON INDIRECT FIRE PROTECTION CAPABILITY INCREMENT 2 CAPABILITY.**

(a) LIMITATION AND REPORT ON INDIRECT FIRE PROTECTION CAPABILITY INCREMENT 2.—Not more than 50 percent of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Army may be obligated or expended for research, development, test, and evaluation for the Indirect Fire Protection Capability Increment 2 capability until the Secretary of the Army submits to the congressional defense

WASHSTATEC005932

committees a report on the Indirect Fire Protection Capability Increment 2 program that contains the following:

(1) An assessment of whether the requirements previously established for the enduring program meet the anticipated threat at the time of planned initial operating capability and fully operating capability.

(2) A list of candidate systems considered to meet the Indirect Fire Protection Capability Increment 2 enduring requirement, including those fielded or in development by the Army and other elements of the Department of Defense.

(3) An assessment of each candidate system's capability against representative threats.

(4) An assessment of other relevant specifications of each candidate system, including cost of development, cost per round if applicable, technological maturity, and logistics and sustainment.

(5) A plan for how the Army will integrate the chosen system or systems into the Integrated Air and Missile Defense Battle Command System.

(6) An assessment of the results of the performance, test, evaluation, integration, and interoperability of batteries one and two of the interim solution.

(b) NOTIFICATION REQUIRED.—Not later than 10 days after the date on which the President submits the annual budget request of the President for fiscal year 2021 pursuant to section 1105 of title 31, United States Code, the Secretary of the Defense shall, without delegation, submit to the congressional defense committees a notification identifying the military services or agencies that will be responsible for the conduct of air and missile defense in support of joint campaigns as it applies to defense against current and emerging missile threats. The notification shall identify the applicable programs of record to address such threats, including each class of cruise missile threat.

## Subtitle C—Plans, Reports, and Other Matters

### SEC. 251. MASTER PLAN FOR IMPLEMENTATION OF AUTHORITIES RELATING TO SCIENCE AND TECHNOLOGY REINVENTION LABORATORIES.

(a) PLAN REQUIRED.—The Secretary of Defense, jointly with the Secretaries of the military departments and in consultation with the Under Secretary of Defense for Research and Engineering, shall develop a master plan for using existing authorities to strengthen and modernize the workforce and capabilities of the science and technology reinvention laboratories of the Department of De-

WASHSTATEC005934

fense (referred to in this section as the "laboratories") to enhance the ability of the laboratories to execute missions in the most efficient and effective manner.

(b) ELEMENTS.—The master plan required under subsection (a) shall include, with respect to the laboratories, the following:

(1) A summary of hiring and staffing deficiencies at laboratories, by location, and the effect of such deficiencies on the ability of the laboratories—

(A) to meet existing and future requirements of the Department of Defense; and

(B) to recruit and retain qualified personnel.

(2) A summary of existing and emerging military research, development, test, and evaluation mission areas requiring the use of the laboratories.

(3) An explanation of the laboratory staffing capabilities required for each mission area identified under paragraph (2).

(4) Identification of specific projects, including hiring efforts and management reforms, that will be carried out—

(A) to address the deficiencies identified in paragraph (1); and

(B) to support the existing and emerging mission areas identified in paragraph (2).

(5) For each project identified under paragraph (4)—

(A) a summary of the plan for the project;

(B) a description of the resources that will be applied to the project; and

(C) a schedule of required investments that will be made as part of the project.

(6) A description of how the Department, including each military department concerned, will carry out the projects identified in paragraph (4) using existing authorities.

(7) Identification of any statutory, regulatory, or management-related barriers to implementing the master plan and a description of policy and legislative options that may be applied to address such barriers.

(c) CONSULTATION.—In developing the master plan required under subsection (a), the Secretary of Defense, the Secretaries of the military departments, and the Under Secretary of Defense for Research and Engineering shall consult with—

(1) the Service Acquisition Executives with responsibilities relevant to the laboratories;

(2) the commander of each military command with responsibilities relating to research and engineering that is affected by the master plan; and

(3) any other officials determined to be relevant by the Secretary of Defense, the Secretaries of the military departments, and the Under Secretary of Defense for Research and Engineering.

(d) FINAL REPORT.—Not later than October 30, 2020, the Secretary of Defense, jointly with the Secretaries of the military departments and in consultation with the Under Secretary of Defense for Research and Engineering, shall submit to the congressional defense committees—

(1) the master plan developed under subsection (a);

(2) a report on the activities carried out under this section; and

(3) a report that identifies any barriers that prevent the full use and implementation of existing authorities, including any barriers presented by the policies, authorities, and activities of—

(A) organizations and elements of the Department of Defense; and

(B) organizations outside the Department.

WASHSTATEC005937

**SEC. 252. INFRASTRUCTURE TO SUPPORT RESEARCH, DEVELOPMENT, TEST, AND EVALUATION MISSIONS.**

(a) MASTER PLAN REQUIRED.—The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in coordination with the Secretaries of the military departments, shall develop and implement a master plan that addresses the research, development, test, and evaluation infrastructure and modernization requirements of the Department of Defense, including the science and technology reinvention laboratories and the facilities of the Major Range and Test Facility Base.

(b) ELEMENTS.—The master plan required under subsection (a) shall include, with respect to the research, development, test, and evaluation infrastructure of the Department of Defense, the following:

(1) A summary of deficiencies in the infrastructure, by location, and the effect of the deficiencies on the ability of the Department—

(A) to meet current and future military requirements identified in the National Defense Strategy;

(B) to support science and technology development and acquisition programs; and

(C) to recruit and train qualified personnel.

(2) A summary of existing and emerging military research, development, test, and evaluation mission areas, by location, that require modernization investments in the infrastructure—

(A) to improve operations in a manner that may benefit all users;

(B) to enhance the overall capabilities of the research, development, test, and evaluation infrastructure, including facilities and resources;

(C) to improve safety for personnel and facilities; and

(D) to reduce the long-term cost of operation and maintenance.

(3) Identification of specific infrastructure projects that are required to address the infrastructure deficiencies identified under paragraph (1) or to support the existing and emerging mission areas identified under paragraph (2).

(4) For each project identified under paragraph (3)—

(A) a description of the scope of work;

(B) a cost estimate;

(C) a summary of the plan for the project;

(D) an explanation of the level of priority that will be given to the project; and

(E) a schedule of required infrastructure investments.

(5) A description of how the Department, including each military department concerned, will carry out the infrastructure projects identified in paragraph (3) using the range of authorities and methods available to the Department, including—

(A) military construction authority under section 2802 of title 10, United States Code;

(B) unspecified minor military construction authority under section 2805(a) of such title;

(C) laboratory revitalization authority under section 2805(d) of such title;

(D) the authority to carry out facility repair projects, including the conversion of existing facilities, under section 2811 of such title;

(E) the authority provided under the Defense Laboratory Modernization Pilot Program under section 2803 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2358 note);

(F) methods that leverage funding from entities outside the Department, including public-private partnerships, enhanced use leases and real property exchanges;

(G) the authority to conduct commercial test and evaluation activities at a Major Range and Test Facility Installation, under section 2681 of title 10, United States Code; and

(H) any other authorities and methods determined to be appropriate by the Secretary of Defense.

(6) Identification of any regulatory or policy barriers to the effective and efficient implementation of the master plan.

(c) CONSULTATION AND COORDINATION.—In developing and implementing the plan required under subsection (a), the Secretary of Defense shall—

(1) consult with existing and anticipated customers and users of the capabilities of the Major Range and Test Facility Base and science and technology reinvention laboratories;

(2) ensure consistency with the science and technology roadmaps and strategies of the Department of Defense and the Armed Forces; and

(3) ensure consistency with the strategic plan for test and evaluation resources required by section 196(d) of title 10, United States Code.

(d) SUBMITTAL TO CONGRESS.—Not later than January 1, 2021, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall submit to the congressional defense committees the master plan developed under subsection (a).

(e) RESEARCH, DEVELOPMENT, TEST, AND EVALUATION INFRASTRUCTURE DEFINED.—In this section, the term "research, development, test, and evaluation infrastructure" means the infrastructure of—

(1) the science and technology reinvention laboratories (as designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 10 U.S.C. 2358 note));

(2) the Major Range and Test Facility Base (as defined in section 2358a(f)(3) of title 10, United States Code); and

(3) other facilities that support the research development, test, and evaluation activities of the Department.

**SEC. 253. ENERGETICS PLAN.**

(a) PLAN REQUIRED.—The Under Secretary of Defense for Research and Engineering shall, in coordination

WASHSTATEC005942

with the technical directors at defense laboratories and such other officials as the Under Secretary considers appropriate, develop an energetics research and development plan to ensure a long-term multi-domain research, development, prototyping, and experimentation effort that—

(1) maintains United States technological superiority in energetics technology critical to national security;

(2) efficiently develops new energetics technologies and transitions them into operational use, as appropriate; and

(3) maintains a robust industrial base and workforce to support Department of Defense requirements for energetic materials.

(b) BRIEFING.—Not later than one year after the date of the enactment of this Act, the Under Secretary shall brief the congressional defense committees on the plan developed under subsection (a).

**SEC. 254. STRATEGY AND IMPLEMENTATION PLAN FOR FIFTH GENERATION INFORMATION AND COMMUNICATIONS TECHNOLOGIES.**

(a) IN GENERAL.—Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall develop—

(1) a strategy for harnessing fifth generation (commonly known as "5G") information and communications technologies to enhance military capabilities, maintain a technological advantage on the battlefield, and accelerate the deployment of new commercial products and services enabled by 5G networks throughout the Department of Defense; and

(2) a plan for implementing the strategy developed under paragraph (1).

(b) ELEMENTS.—The strategy required under subsection (a) shall include the following elements:

(1) Adoption and use of secure fourth generation (commonly known as "4G") communications technologies and the transition to advanced and secure 5G communications technologies for military applications and for military infrastructure.

(2) Science, technology, research, and development efforts to facilitate the advancement and adoption of 5G technology and new uses of 5G systems, subsystems, and components, including—

(A) 5G testbeds for developing military and dual-use applications; and

(B) spectrum-sharing technologies and frameworks.

WASHSTATEC005944

(3) Strengthening engagement and outreach with industry, academia, international partners, and other departments and agencies of the Federal Government on issues relating to 5G technology and the deployment of such technology, including development of a common industrial base for secure microelectronics.

(4) Defense industrial base supply chain risk, management, and opportunities.

(5) Preserving the ability of the Joint Force to achieve objectives in a contested and congested spectrum environment.

(6) Strengthening the ability of the Joint Force to conduct full spectrum operations that enhance the military advantages of the United States.

(7) Securing the information technology and weapon systems of the Department against malicious activity.

(8) Advancing the deployment of secure 5G networks nationwide.

(9) Such other matters as the Secretary of Defense determines to be relevant.

(c) CONSULTATION.—In developing the strategy and implementation plan required under subsection (a), the Secretary of Defense shall consult with the following:

WASHSTATEC005945

(1) The Chief Information Officer of the Department of Defense.

(2) The Under Secretary of Defense for Research and Engineering.

(3) The Under Secretary of Defense for Acquisition and Sustainment.

(4) The Under Secretary of Defense for Intelligence.

(5) Service Acquisition Executives of each military service.

(d) PERIODIC BRIEFINGS.—

(1) IN GENERAL.—Not later than March 15, 2020, and not less frequently than once every three months thereafter through March 15, 2022, the Secretary of Defense shall provide to the congressional defense committees a briefing on the development and implementation of the strategy required under subsection (a), including an explanation of how the Department of Defense—

(A) is using secure 5G wireless network technology;

(B) is reshaping the Department's policy for producing and procuring secure microelectronics; and

(C) is working in the interagency and internationally to develop common policies and approaches.

(2) ELEMENTS.—Each briefing under paragraph (1) shall include information on—

(A) efforts to ensure a secure supply chain for 5G wireless network equipment and microelectronics;

(B) the continued availability of electromagnetic spectrum for warfighting needs;

(C) planned implementation of 5G wireless network infrastructure in warfighting networks, base infrastructure, defense-related manufacturing, and logistics;

(D) steps taken to work with allied and partner countries to protect critical networks and supply chains; and

(E) such other topics as the Secretary of Defense considers relevant.

**SEC. 255. DEPARTMENT-WIDE SOFTWARE SCIENCE AND TECHNOLOGY STRATEGY.**

(a) DESIGNATION OF SENIOR OFFICIAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in

consultation with the Under Secretary of Defense for Acquisition and Sustainment and appropriate public and private sector organizations, shall designate a single official or existing entity within the Department of Defense as the official or entity (as the case may be) with principal responsibility for guiding the development of science and technology activities related to next generation software and software reliant systems for the Department, including—

(1) research and development activities on new technologies for the creation of highly secure, scalable, reliable, time-sensitive, and mission-critical software;

(2) research and development activities on new approaches and tools to software development and deployment, testing, integration, and next generation software management tools to support the rapid insertion of such software into defense systems;

(3) foundational scientific research activities to support advances in software;

(4) technical workforce and infrastructure to support defense science and technology and software needs and mission requirements;

(5) providing capabilities, including technologies, systems, and technical expertise to support

WASHSTATEC005948

improved acquisition of software reliant business and warfighting systems; and

(6) providing capabilities, including technologies, systems, and technical expertise to support defense operational missions which are reliant on software.

(b) DEVELOPMENT OF STRATEGY.—The official or entity designated under subsection (a) shall develop a Department-wide strategy for the research and development of next generation software and software reliant systems for the Department of Defense, including strategies for—

(1) types of software-related activities within the science and technology portfolio of the Department;

(2) investment in new approaches to software development and deployment, and next generation management tools;

(3) ongoing research and other support of academic, commercial, and development community efforts to innovate the software development, engineering, and testing process, automated testing, assurance and certification for safety and mission critical systems, large scale deployment, and sustainment;

WASHSTATEC005949

(4) to the extent practicable, implementing or continuing the implementation of the recommendations set forth in—

(A) the final report of the Defense Innovation Board submitted to the congressional defense committees under section 872 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1497);

(B) the final report of the Defense Science Board Task Force on the Design and Acquisition of Software for Defense Systems described in section 868 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2223 note); and

(C) other relevant studies on software research, development, and acquisition activities of the Department of Defense.

(5) supporting the acquisition, technology development, testing, assurance, and certification and operational needs of the Department through the development of capabilities, including personnel and research and production infrastructure, and programs in—

(A) the science and technology reinvention laboratories (as designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 10 U.S.C. 2358 note));

(B) the facilities of the Major Range and Test Facility Base (as defined in section 2358a(f)(3) of title 10, United States Code);

(C) the Defense Advanced Research Projects Agency; and

(D) universities, federally funded research and development centers, and service organizations with activities in software engineering; and

(6) the transition of relevant capabilities and technologies to relevant programs of the Department, including software-reliant cyber-physical systems, tactical systems, enterprise systems, and business systems.

(c) SUBMITTAL TO CONGRESS.—Not later than one year after the date of the enactment of this Act, the official or entity designated under subsection (a) shall submit to the congressional defense committees the strategy developed under subsection (b).

WASHSTATEC005951

**SEC. 256. ARTIFICIAL INTELLIGENCE EDUCATION STRATEGY.**

(a) STRATEGY REQUIRED.—

(1) IN GENERAL.—The Secretary of Defense shall develop a strategy for educating servicemembers in relevant occupational fields on matters relating to artificial intelligence.

(2) ELEMENTS.—The strategy developed under subsection (a) shall include a curriculum designed to give servicemembers a basic knowledge of artificial intelligence. The curriculum shall include instruction in—

(A) artificial intelligence design;

(B) software coding;

(C) potential military applications for artificial intelligence;

(D) the impact of artificial intelligence on military strategy and doctrine;

(E) artificial intelligence decisionmaking via machine learning and neural networks;

(F) ethical issues relating to artificial intelligence;

(G) the potential biases of artificial intelligence;

(H) potential weakness in artificial intelligence technology;

WASHSTATEC005952

(I) opportunities and risks; and

(J) any other matters the Secretary of Defense determines to be relevant.

(b) IMPLEMENTATION PLAN.—The Secretary of Defense shall develop a plan for implementing the strategy developed under subsection (a).

(c) SUBMITTAL TO CONGRESS.—Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees—

(1) the strategy developed under subsection (a); and

(2) the implementation plan developed under subsection (b).

**SEC. 257. CYBER SCIENCE AND TECHNOLOGY ACTIVITIES ROADMAP AND REPORTS.**

(a) ROADMAP FOR SCIENCE AND TECHNOLOGY ACTIVITIES TO SUPPORT DEVELOPMENT OF CYBER CAPABILITIES.—

(1) ROADMAP REQUIRED.—The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, shall develop a roadmap for science and technology activities of the Department of Defense to support development of

WASHSTATEC005953

cyber capabilities to meet Department needs and missions.

(2) GOAL OF CONSISTENCY.—The Secretary shall develop the roadmap required by paragraph (1) to ensure consistency with appropriate Federal interagency, industry, and academic activities.

(3) SCOPE.—The roadmap required by paragraph (1) shall—

(A) cover the development of capabilities that will likely see operational use within the next 25 years or earlier; and

(B) address cyber operations and cybersecurity.

(4) CONSULTATION.—The Secretary shall develop the roadmap required by paragraph (1) in consultation with the following:

(A) The Chief Information Officer of the Department.

(B) The secretaries and chiefs of the military departments.

(C) The Director of Operational Test and Evaluation.

(D) The Commander of the United States Cyber Command.

(E) The Director of the National Security Agency.

(F) The Director of the Defense Information Systems Agency.

(G) The Director of the Defense Advanced Research Projects Agency.

(H) The Director of the Defense Digital Service.

(I) Such interagency partners as the Secretary considers appropriate.

(5) FORM.—The Secretary shall develop the roadmap required by paragraph (1) in unclassified form, but may include a classified annex.

(6) PUBLICATION.—The Secretary shall make available to the public the unclassified form of the roadmap developed pursuant to paragraph (1).

(b) ANNUAL REPORT ON CYBER SCIENCE AND TECHNOLOGY ACTIVITIES.—

(1) ANNUAL REPORTS REQUIRED.—In fiscal years 2021, 2022, and 2023, the Under Secretary of Defense for Research and Engineering shall submit to the congressional defense committees a report on the science and technology activities within the Department of Defense relating to cyber matters dur-

ing the previous fiscal year, the current fiscal year, and the following fiscal year.

(2) CONTENTS.—Each report submitted pursuant to paragraph (1) shall include, for the period covered by the report, a description and listing of the science and technology activities of the Department relating to cyber matters, including the following:

(A) Extramural science and technology activities.

(B) Intramural science and technology activities.

(C) Major and minor military construction activities.

(D) Major prototyping and demonstration programs.

(E) A list of agreements and activities to transition capabilities to acquisition activities, including—

(i) national security systems;

(ii) business systems; and

(iii) enterprise and network systems.

(F) Efforts to enhance the national technical cybersecurity workforce, including specific

programs to support education, training, internships, and hiring.

(G) Efforts to perform cooperative activities with international partners.

(H) Efforts under the Small Business Innovation Research and the Small Business Technology Transfer Program, including estimated amounts to be expected in the following fiscal year.

(I) Efforts to encourage partnerships between the Department of Defense and universities participating in the National Centers of Academic Excellence in Cyber Operations and Cyber Defense.

(3) TIMING.—Each report submitted pursuant to paragraph (1) shall be submitted concurrently with the annual budget request of the President submitted pursuant to section 1105 of title 31, United States Code.

(4) FORM.—The report submitted under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 258. REPORT ON B–52 COMMERCIAL ENGINE REPLACEMENT PROGRAM.**

(a) DOCUMENTATION REQUIRED.—The Secretary of the Air Force shall submit to the congressional defense committees a report on the B–52 commercial engine replacement program of the Air Force.

(b) CONTENTS.—The report submitted under subsection (a) shall include the following:

(1) The acquisition strategy of the Secretary for the program.

(2) The cost and schedule estimates of the Secretary for the program.

(3) The key performance parameters or equivalent requirements document for the program.

(4) The test and evaluation strategy of the Secretary for the program.

(5) The logistics strategy of the Secretary for the program.

(6) The post-production fielding strategy of the Secretary for the program.

(7) An assessment of the potential for the commercial engine replacement to achieve nuclear system certification.

(c) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force, not more than 75 percent

WASHSTATEC005958

may be obligated or expended until the date on which the Secretary of the Air Force submits to the congressional defense committees the report required by subsection (a).

**SEC. 259. COMMERCIAL EDGE COMPUTING TECHNOLOGIES AND BEST PRACTICES FOR DEPARTMENT OF DEFENSE WARFIGHTING SYSTEMS.**

(a) REPORT REQUIRED.—Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report on commercial edge computing technologies and best practices for Department of Defense warfighting systems.

(b) CONTENTS.—The report submitted under subsection (a) shall include the following:

(1) Identification of initial warfighting system programs of record that will benefit most from accelerated insertion of commercial edge computing technologies and best practices, resulting in significant near-term improvement in system performance and mission capability.

(2) The plan of the Department of Defense to provide additional funding for the systems identified in paragraph (1) to achieve fielding of accelerated commercial edge computing technologies before or during fiscal year 2021.

WASHSTATEC005959

(3) The plan of the Department to identify, manage, and provide additional funding for commercial edge computing technologies more broadly over the next four fiscal years where appropriate for—

(A) command, control, communications, and intelligence systems;

(B) logistics systems; and

(C) other mission-critical systems.

(4) A detailed description of the policies, procedures, budgets, and accelerated acquisition and contracting mechanisms of the Department for near-term insertion of commercial edge computing technologies and best practices into military mission-critical systems.

**SEC. 260. BIANNUAL REPORT ON THE JOINT ARTIFICIAL INTELLIGENCE CENTER.**

(a) REPORTS REQUIRED.—Not later than 180 days after the date of the enactment of this Act and biannually thereafter through the end of 2023, the Secretary of Defense shall submit to the congressional defense committees a report on the Joint Artificial Intelligence Center (referred to in this section as the "Center").

(b) ELEMENTS.—Each report under subsection (a) shall include the following:

WASHSTATEC005960

(1) Information relating to the mission and objectives of the Center.

(2) A description of the National Mission Initiatives, Component Mission Initiatives, and any other initiatives of the Center, including a description of—

(A) the activities carried out under the initiatives;

(B) any investments made or contracts entered into under the initiatives; and

(C) the progress of the initiatives.

(3) A description of how the Center has sought to leverage lessons learned, share best practices, avoid duplication of efforts, and transition artificial intelligence research efforts into operational capabilities by—

(A) collaborating with other organizations and elements of the Department of Defense, including the Defense Agencies and the military departments; and

(B) deconflicting the activities of the Center with the activities of other organizations and elements of the Department.

(4) A description of any collaboration between—

WASHSTATEC005961

(A) the Center and the private sector, national laboratories, and academia; and

(B) the Center and international allies and partners.

(5) The total number of military, contractor, and civilian personnel who are employed by the Center, assigned to the Center, and performing functions in support of the Center.

(6) A description of the organizational structure and staffing of the Center.

(7) A detailed description of the frameworks, metrics, and capabilities established to measure the effectiveness of the Center and the Center's investments in the National Mission Initiatives and Component Mission Initiatives.

(8) A description of any new policies, standards, or guidance relating to artificial intelligence that have been issued by the Chief Information Officer of the Department.

(9) Identification of any ethical guidelines applicable to the use of artificial intelligence by the Department.

(10) A description of any steps taken by the Center to protect systems that use artificial intelligence from any attempts to misrepresent or alter

information used or provided by artificial intelligence.

(c) JOINT ARTIFICIAL INTELLIGENCE CENTER DEFINED.—In this section, the term "Joint Artificial Intelligence Center" means the Joint Artificial Intelligence Center of the Department of Defense established pursuant to section 238 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2358 note).

**SEC. 261. QUARTERLY UPDATES ON THE OPTIONALLY MANNED FIGHTING VEHICLE PROGRAM.**

(a) IN GENERAL.—Beginning not later than December 1, 2019, and on a quarterly basis thereafter through October 1, 2022, the Assistant Secretary shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the progress of the Optionally Manned Fighting Vehicle program of the Army.

(b) ELEMENTS.—Each briefing under subsection (a) shall include, with respect to the Optionally Manned Fighting Vehicle program, the following elements:

(1) An overview of funding for the program, including identification of—

(A) any obligations and expenditures that have been made under the program; and

(B) any obligations and expenditures that are planned for the program.

(2) An overview of the program schedule.

(3) An assessment of the status of the program with respect to—

(A) the development and approval of technical requirements;

(B) technological maturity;

(C) testing;

(D) delivery; and

(E) program management.

(4) Any other matters that the Assistant Secretary considers relevant to a full understanding of the status and plans of the program.

(c) ASSISTANT SECRETARY DEFINED.—In this section, the term "Assistant Secretary" means the Assistant Secretary of the Army for Acquisition, Logistics, and Technology (or the designee of the Assistant Secretary), in consultation with the Commander of the Army Futures Command (or the designee of the Commander).

**SEC. 262. NATIONAL STUDY ON DEFENSE RESEARCH AT HISTORICALLY BLACK COLLEGES AND UNIVERSITIES AND OTHER MINORITY INSTITUTIONS.**

(a) STUDY REQUIRED.—The Secretary of Defense shall seek to enter into an agreement with the National Academies of Sciences, Engineering, and Medicine (referred to in this section as the "National Academies") under which the National Academies will conduct a study on the status of defense research at covered institutions and the methods and means necessary to advance research capacity at covered institutions to comprehensively address the national security and defense needs of the United States.

(b) DESIGNATION.—The study conducted under subsection (a) shall be known as the "National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions".

(c) ELEMENTS.—The study conducted under subsection (a) shall include an examination of each of the following:

(1) The degree to which covered institutions are successful in competing for and executing Department of Defense contracts and grants for defense research.

WASHSTATEC005965

(2) Best practices for advancing the capacity of covered institutions to compete for and conduct research programs related to national security and defense.

(3) The advancements and investments necessary to elevate covered institutions to R2 status or R1 status on the Carnegie Classification of Institutions of Higher Education, consistent with the criteria of the classification system.

(4) The facilities and infrastructure for defense-related research at covered institutions as compared to the facilities and infrastructure at institutions classified as R1 status on the Carnegie Classification of Institutions of Higher Education.

(5) Incentives to attract, recruit, and retain leading research faculty to covered institutions.

(6) Best practices of institutions classified as R1 status on the Carnegie Classification of Institutions of Higher Education, including best practices with respect to—

(A) the establishment of a distinct legal entity to—

(i) enter into contracts or receive grants from the Department;

WASHSTATEC005966

(ii) lay the groundwork for future research opportunities;

(iii) develop research proposals;

(iv) engage with defense research funding organizations; and

(v) execute the administration of grants; and

(B) determining the type of legal entity, if any, to establish for the purposes described in subparagraph (A).

(7) The ability of covered institutions to develop, protect, and commercialize intellectual property created through defense-related research.

(8) The total amount of defense research funding awarded to all institutions of higher education, including covered institutions, through contracts and grants for each of fiscal years 2010 through 2019 and, with respect to each such institution—

(A) whether the institution established a distinct legal entity to enter into contracts or receive grants from the Department and, if so, the type of legal entity that was established;

(B) the total value of contracts and grants awarded to the institution of higher education for each of fiscal years 2010 through 2019;

(C) the overhead rate of the institution of higher education for fiscal year 2019;

(D) the institution's classification on the Carnegie Classification of Institutions of Higher Education; and

(E) whether the institution qualifies as a covered institution.

(9) Recommendations for strengthening and enhancing the programs executed under section 2362 of title 10, United States Code.

(10) Recommendations to enhance the capacity of covered institutions to transition research products into defense acquisition programs or commercialization.

(11) Previous executive or legislative actions by the Federal Government to address imbalances in Federal research funding, including such programs as the Defense Established Program to Stimulate Competitive Research (commonly known as "DEPSCoR").

(12) The effectiveness of the Department in attracting and retaining students specializing in science, technology, engineering, and mathematics fields from covered institutions for the Department's programs on emerging capabilities and technologies.

(13) Recommendations for the development of incentives to encourage research and educational collaborations between covered institutions and other institutions of higher education.

(14) Any other matters the Secretary of Defense determines to be relevant to advancing the defense research capacity of covered institutions.

(d) REPORTS.—

(1) INITIAL REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the President and the appropriate congressional committees an initial report that includes—

(A) the findings of the study conducted under subsection (a); and

(B) any recommendations that the National Academies may have for action by the executive branch and Congress to improve the participation of covered institutions in Department of Defense research and any actions that may be carried out to expand the research capacity of such institutions.

(2) FINAL REPORT.—Not later than December 31, 2021, the Secretary of Defense shall submit to the President and the appropriate congressional

committees a comprehensive report on the results of the study required under subsection (a).

(3) FORM OF REPORTS.—Each report submitted under this subsection shall be made publicly available.

(e) IMPLEMENTATION REQUIRED.—

(1) IN GENERAL.—Except as provided in paragraph (2), not later than March 1, 2022, the Secretary of Defense shall commence implementation of each recommendation included in the final report submitted under subsection (d)(2).

(2) EXCEPTIONS.—

(A) DELAYED IMPLEMENTATION.—The Secretary of Defense may commence implementation of a recommendation described paragraph (1) later than March 1, 2022, if—

(i) the Secretary submits to the congressional defense committees written notice of the intent of the Secretary to delay implementation of the recommendation; and

(ii) includes, as part of such notice, a specific justification for the delay in implementing the recommendation.

WASHSTATEC005970

(B) NONIMPLEMENTATION.—The Secretary of Defense may elect not to implement a recommendation described in paragraph (1), if—

(i) the Secretary submits to the congressional defense committees written notice of the intent of the Secretary not to implement the recommendation; and

(ii) includes, as part of such notice—

(I) the reasons for the Secretary's decision not to implement the recommendation; and

(II) a summary of alternative actions the Secretary will carry out to address the purposes underlying the recommendation.

(3) IMPLEMENTATION PLAN.—For each recommendation that the Secretary implements under this subsection, the Secretary shall submit to the congressional defense committees an implementation plan that includes—

(A) a summary of actions that have been, or will be, carried out to implement the recommendation; and

(B) a schedule, with specific milestones, for completing the implementation of the recommendation.

(f) LIST OF COVERED INSTITUTIONS.—The Secretary of Defense, in consultation with the Secretary of Education and the Presidents of the National Academies, shall make available a list identifying each covered institution examined as part of the study under subsection (a). The list shall be made available on a publicly accessible website and shall be updated not less frequently than once annually until the date on which the final report is submitted under subsection (d)(2).

(g) DEFINITIONS.—In this section:

(1) The term "appropriate congressional committees" means—

(A) the congressional defense committees;

(B) the Committee on Health, Education, Labor, and Pensions of the Senate; and

(C) the Committee on Education and Labor of the House of Representatives.

(2) The term "covered institution" means—

(A) a part B institution (as that term is defined in section 322(2) of the Higher Education Act of 1965 (20 U.S.C. 1061(2)); or

(B) any other institution of higher education (as that term is defined in section 101 of such Act (20 U.S.C. 1001)) at which not less than 50 percent of the total student enrollment consists of students from ethnic groups that are underrepresented in the fields of science and engineering.

**SEC. 263. STUDY ON NATIONAL SECURITY EMERGING BIOTECHNOLOGIES FOR THE DEPARTMENT OF DEFENSE.**

(a) STUDY REQUIRED.—

(1) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall direct the Defense Science Board to carry out a study on emerging biotechnologies pertinent to national security.

(2) PARTICIPATION.—Participants in the study shall include the following:

(A) Such members of the Board as the Chairman of the Board considers appropriate for the study.

(B) Such additional temporary members or contracted support as the Secretary—

WASHSTATEC005973

(i) selects from those recommended by the Chairman for purposes of the study; and

(ii) considers to have significant technical, policy, or military expertise.

(3) ELEMENTS.—The study conducted pursuant to paragraph (1) shall include the following:

(A) A review of the military understanding and relevancy of applications of emerging biotechnologies to national security requirements of the Department of Defense, including—

(i) a review of all research and development relating to emerging biotechnologies within the Department of Defense, including areas that demand further priority and investment;

(ii) a review of interagency cooperation and collaboration on research and development relating to emerging biotechnologies between—

(I) the Department;

(II) other departments and agencies in the Federal Government; and

(III) appropriate private sector entities that are involved in research

and development relating to emerging biotechnologies;

(iii) an assessment of current biotechnology research in the commercial sector, institutions of higher education, the intelligence community, and civilian agencies of the Federal Government relevant to critical Department of Defense applications of this research;

(iv) an assessment of the potential national security risks of emerging biotechnologies, including risks relating to foreign powers advancing their use of emerging biotechnologies for military applications and other purposes faster than the Department; and

(v) an assessment of the knowledge base of the Department with respect to emerging biotechnologies, including scientific expertise and infrastructure in the Department and the capacity of the Department to integrate emerging biotechnologies into its operational concepts, capabilities, and forces.

(B) An assessment of the technical basis within the Department used to inform the intelligence community of the Department's collection and analysis needs relating to emerging biotechnologies.

(C) Development of a recommendation on a definition of emerging biotechnologies, as appropriate for the Department.

(D) Development of such recommendations as the Board may have for legislative or administrative action relating to national security emerging biotechnologies for the Department.

(4) ACCESS TO INFORMATION.—The Secretary shall provide the Board with timely access to appropriate information, data, resources, and analysis so that the Board may conduct a thorough and independent analysis as required under this section.

(5) REPORT.—(A) Not later than one year after the date on which the Secretary directs the Board to conduct the study pursuant to paragraph (1), the Board shall transmit to the Secretary a final report on the study.

(B) Not later than 30 days after the date on which the Secretary receives the final report under subparagraph (A), the Secretary shall submit to the

WASHSTATEC005976

congressional defense committees such report and such comments as the Secretary considers appropriate.

(b) BRIEFING REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall provide the congressional defense committees a briefing on potential national security risks of emerging biotechnologies, including risks relating to foreign powers advancing their use of emerging biotechnologies for military applications and other purposes faster than the Department.

**SEC. 264. INDEPENDENT STUDY ON OPTIMIZING RESOURCES ALLOCATED TO COMBATING TERRORISM TECHNICAL SUPPORT OFFICE.**

(a) INDEPENDENT STUDY.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center under which the center will conduct a study on the optimal use of resources allocated to the Combating Terrorism Technical Support Office.

(b) ELEMENTS OF STUDY.—In carrying out the study referred to in subsection (a), the federally funded research and development center with which the Secretary enters into a contract under such subsection shall—

WASHSTATEC005977

(1) evaluate the current mission and organization of the Combating Terrorism Technical Support Office and its relation to the objectives outlined in the National Defense Strategy;

(2) assess the extent to which the activities of the Combating Terrorism Technical Support Office are complementary to and coordinated with other relevant activities by other Department of Defense entities, including activities of the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment, United States Special Operations Command, and the military departments; and

(3) identify opportunities to improve the efficiency and effectiveness of the Combating Terrorism Technical Support Office, including through increased coordination, realignment, or consolidation with other entities of the Department of Defense, if appropriate.

(c) SUBMISSION TO DEPARTMENT OF DEFENSE.—Not later than 180 days after the date of the enactment of this Act, the federally funded research and development center that conducts the study under subsection (a) shall submit to the Secretary of Defense a report on the results of the study in both classified and unclassified form.

WASHSTATEC005978

(d) SUBMISSION TO CONGRESS.—Not later than 30 days after the date on which the Secretary of Defense receives the report under subsection (c), the Secretary shall submit to the congressional defense committees an unaltered copy of the report in both classified and unclassified form, and such comments as the Secretary may have with respect to the report.

**SEC. 265. INDEPENDENT ASSESSMENT OF ELECTRONIC WARFARE PLANS AND PROGRAMS.**

(a) ASSESSMENT.—Not later than 120 days after the date of the enactment of this Act and pursuant to the arrangement entered into under section 222, the Secretary of Defense shall seek to engage the private scientific advisory group known as "JASON" to carry out an independent assessment of electronic warfare plans and programs.

(b) ELEMENTS.—In carrying out the assessment under subsection (a), JASON shall—

(1) assess the strategies, programs, order of battle, and doctrine of the Department of Defense related to the electronic warfare mission area and electromagnetic spectrum operations;

(2) assess the strategies, programs, order of battle, and doctrine of potential adversaries, such as

WASHSTATEC005979

China, Iran, and the Russian Federation, related to the such mission area and operations;

(3) develop recommendations for improvements to the strategies, programs, and doctrine of the Department of Defense in order to enable the United States to achieve and maintain superiority in the electromagnetic spectrum in future conflicts; and

(4) develop recommendations for the Secretary of Defense, Congress, and such other Federal entities as JASON considers appropriate, including recommendations for—

(A) closing technical, policy, or resource gaps;

(B) improving cooperation and appropriate integration within the Department of Defense entities;

(C) improving cooperation between the United States and other countries and international organizations as appropriate; and

(D) such other important matters identified by JASON that are directly relevant to the strategies of the Department of Defense described in paragraph (3).

(c) LIAISONS.—The Secretary of Defense shall appoint appropriate liaisons to JASON to support the timely conduct of the services covered by this section.

(d) MATERIALS.—The Secretary of Defense shall provide access to JASON to materials relevant to the services covered by this section, consistent with the protection of sources and methods and other critically sensitive information.

(e) CLEARANCES.—The Secretary of Defense shall ensure that appropriate members and staff of JASON have the necessary clearances, obtained in an expedited manner, to conduct the services covered by this section.

(f) REPORT.—Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the results of the assessment carried out under subsection (a), including—

(1) the results of the assessment with respect to each element described in subsection (b);

(2) the recommendations developed by JASON pursuant to such subsection.

(g) RELATIONSHIP TO OTHER LAW.—The assessment required under subsection (a) is separate and independent from the assessment described in section 255 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat.

WASHSTATEC005981

1705) and shall be carried out without regard to any agreement entered into under that section or the results of any assessment conducted pursuant to such agreement.

**SEC. 266. TECHNICAL CORRECTION TO GLOBAL RESEARCH WATCH PROGRAM.**

Section 2365 of title 10, United States Code, is amended—

(1) in subsections (a) and (d)(2), by striking "Assistant Secretary of Defense for Research and Engineering" both places it appears and inserting "Under Secretary of Defense for Research and Engineering";

(2) in subsections (d)(3) and (e), by striking "Assistant Secretary" both places it appears and inserting "Under Secretary of Defense for Research and Engineering"; and

(3) in subsection (d), by striking "Assistant Secretary" both places it appears and inserting "Under Secretary".

# TITLE III—OPERATION AND MAINTENANCE

Subtitle A—Authorization of Appropriations

Sec. 301. Authorization of appropriations.

Subtitle B—Energy and Environment

Sec. 311. Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness.

WASHSTATEC005982

Sec. 312. Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.
Sec. 313. Use of proceeds from sale of recyclable materials.
Sec. 314. Disposal of recyclable materials.
Sec. 315. Department of Defense improvement of previously conveyed utility systems serving military installations.
Sec. 316. Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard.
Sec. 317. Use of operational energy cost savings of Department of Defense.
Sec. 318. Sale of electricity from alternate energy and cogeneration production facilities.
Sec. 319. Energy resilience programs and activities.
Sec. 320. Technical and grammatical corrections and repeal of obsolete provisions relating to energy.
Sec. 321. Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.
Sec. 322. Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.
Sec. 323. Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.
Sec. 324. Prohibition on use of fluorinated aqueous film forming foam for training exercises.
Sec. 325. Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.
Sec. 326. Development of extreme weather vulnerability and risk assessment tool.
Sec. 327. Removal of barriers that discourage investments to increase military installation resilience.
Sec. 328. Budgeting of Department of Defense relating to extreme weather.
Sec. 329. Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.
Sec. 330. Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.
Sec. 331. Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.
Sec. 332. Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.
Sec. 333. Plan to phase out use of burn pits.
Sec. 334. Information relating to locations of burn pit use.
Sec. 335. Data quality review of radium testing conducted at certain locations of the Department of the Navy.
Sec. 336. Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.
Sec. 337. Pilot program for availability of working-capital funds for increased combat capability through energy optimization.
Sec. 338. Report on efforts to reduce high energy intensity at military installations.

Subtitle C—Treatment of Contaminated Water Near Military Installations

WASHSTATEC005983

Sec. 341. Short title.
Sec. 342. Definitions.
Sec. 343. Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.
Sec. 344. Acquisition of real property by Air Force.
Sec. 345. Remediation plan.

Subtitle D—Logistics and Sustainment

Sec. 351. Materiel readiness metrics and objectives.
Sec. 352. Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities.
Sec. 353. Modification to limitation on length of overseas forward deployment of naval vessels.
Sec. 354. Extension of temporary installation reutilization authority for arsenals, depots, and plants.
Sec. 355. F–35 Joint Strike Fighter sustainment.
Sec. 356. Report on strategic policy for prepositioned materiel and equipment.
Sec. 357. Pilot program to train skilled technicians in critical shipbuilding skills.
Sec. 358. Requirement for military department inter-service depot maintenance.
Sec. 359. Strategy to improve infrastructure of certain depots of the Department of Defense.

Subtitle E—Reports

Sec. 361. Readiness reporting.
Sec. 362. Technical correction to deadline for transition to Defense Readiness Reporting System Strategic.
Sec. 363. Report on Navy ship depot maintenance budget.
Sec. 364. Report on Runit Dome.
Sec. 365. Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units.
Sec. 366. Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense.

Subtitle F—Other Matters

Sec. 371. Prevention of encroachment on military training routes and military operations areas.
Sec. 372. Expansion and enhancement of authorities on transfer and adoption of military animals.
Sec. 373. Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities.
Sec. 374. Extension of authority of Secretary of Transportation to issue nonpremium aviation insurance.
Sec. 375. Defense personal property program.
Sec. 376. Public events about Red Hill Bulk Fuel Storage Facility.
Sec. 377. Sense of Congress regarding Innovative Readiness Training program.
Sec. 378. Detonation chambers for explosive ordnance disposal.

WASHSTATEC005984

## Subtitle A—Authorization of Appropriations

**SEC. 301. AUTHORIZATION OF APPROPRIATIONS.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4301.

## Subtitle B—Energy and Environment

**SEC. 311. TIMELINE FOR CLEARINGHOUSE REVIEW OF APPLICATIONS FOR ENERGY PROJECTS THAT MAY HAVE AN ADVERSE IMPACT ON MILITARY OPERATIONS AND READINESS.**

Section 183a(c)(1) of title 10, United States Code, is amended by striking "60 days" and inserting "75 days".

**SEC. 312. AUTHORITY TO ACCEPT CONTRIBUTIONS OF FUNDS FROM APPLICANTS FOR ENERGY PROJECTS FOR MITIGATION OF IMPACTS ON MILITARY OPERATIONS AND READINESS.**

Section 183a(f) of title 10, United States Code, is amended by striking "for a project filed with the Secretary

of Transportation pursuant to section 44718 of title 49" and inserting "for an energy project".

**SEC. 313. USE OF PROCEEDS FROM SALE OF RECYCLABLE MATERIALS.**

Section 2577(c) of title 10, United States Code, is amended by striking "$2,000,000" and inserting "$10,000,000".

**SEC. 314. DISPOSAL OF RECYCLABLE MATERIALS.**

Section 2577(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(3) In this section, the term 'recyclable materials' may include any quality recyclable material provided to the Department by a State or local government entity, if such material is authorized by the Office of the Secretary of Defense and identified in the regulations prescribed under paragraph (1).".

**SEC. 315. DEPARTMENT OF DEFENSE IMPROVEMENT OF PREVIOUSLY CONVEYED UTILITY SYSTEMS SERVING MILITARY INSTALLATIONS.**

Section 2688 of title 10, United States Code, is amended—

(1) by redesignating subsection (k) as subsection (l); and

(2) by inserting after subsection (j) the following new subsection (k):

"(k) IMPROVEMENT OF CONVEYED UTILITY SYSTEMS.—In the case of a utility system that is conveyed under this section and that only provides utility services to a military installation, the Secretary concerned may use amounts authorized to be appropriated for military construction to improve the reliability, resilience, efficiency, physical security, or cybersecurity of the utility system.".

**SEC. 316. MODIFICATION OF DEPARTMENT OF DEFENSE ENVIRONMENTAL RESTORATION AUTHORITIES TO INCLUDE FEDERAL GOVERNMENT FACILITIES USED BY NATIONAL GUARD.**

(a) IN GENERAL.—Section 2707 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(e) AUTHORITY FOR NATIONAL GUARD PROJECTS.—Notwithstanding subsection (a) of this section and section 2701(c)(1) of this title, the Secretary concerned may use funds described in subsection (c) to carry out an environmental restoration project at a facility in response to perfluorooctanoic acid or perfluorooctane sulfonate contamination under this chapter or CERCLA.".

(b) DEFINITION OF FACILITY.—Section 2700(2) of such title is amended—

(1) by striking "The terms" and inserting "(A) The terms"; and

(2) by adding at the end the following new subparagraph:

"(B) The term 'facility' includes real property that is owned by, leased to, or otherwise possessed by the United States at locations at which military activities are conducted under this title or title 32 (including real property owned or leased by the Federal Government that is licensed to and operated by a State for training for the National Guard).".

(c) INCLUSION OF POLLUTANTS AND CONTAMINANTS IN ENVIRONMENTAL RESPONSE ACTIONS.—Section 2701(c) of such title is amended by inserting "or pollutants or contaminants" after "hazardous substances" each place it appears.

(d) SAVINGS CLAUSE.—Nothing in this section, or the amendments made by this section, shall affect any requirement or authority under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.).

**SEC. 317. USE OF OPERATIONAL ENERGY COST SAVINGS OF DEPARTMENT OF DEFENSE.**

Section 2912 of title 10, United States Code, is amended—

(1) in subsection (a), by striking "subsection (b)" and inserting "subsection (b) or (c), as the case may be,";

(2) in subsection (b), in the matter preceding paragraph (1), by striking "The Secretary of Defense" and inserting "Except as provided in subsection (c) with respect to operational energy cost savings, the Secretary of Defense";

(3) by redesignating subsection (c) as subsection (d); and

(4) by inserting after subsection (b) the following new subsection (c):

"(c) USE OF OPERATIONAL ENERGY COST SAVINGS.—The amount that remains available for obligation under subsection (a) that relates to operational energy cost savings realized by the Department shall be used for the implementation of additional operational energy resilience, efficiencies, mission assurance, energy conservation, or energy security within the department, agency, or instrumentality that realized that savings.".

WASHSTATEC005989

**SEC. 318. SALE OF ELECTRICITY FROM ALTERNATE ENERGY AND COGENERATION PRODUCTION FACILITIES.**

Section 2916(b)(3)(B) of title 10, United States Code, is amended—

(1) by striking "shall be available" and all that follows and inserting "shall be provided directly to the commander of the military installation in which the geothermal energy resource is located to be used for—"; and

(2) by adding at the end the following new clauses:

"(i) military construction projects described in paragraph (2) that benefit the military installation where the geothermal energy resource is located; or

"(ii) energy or water security projects that—

"(I) benefit the military installation where the geothermal energy resource is located;

"(II) the commander of the military installation determines are necessary; and

"(III) are directly coordinated with local area energy or groundwater governing authorities.".

WASHSTATEC005990

**SEC. 319. ENERGY RESILIENCE PROGRAMS AND ACTIVITIES.**

(a) MODIFICATION OF ANNUAL ENERGY MANAGEMENT AND RESILIENCE REPORT.—Section 2925(a) of title 10, United States Code, is amended—

(1) in the subsection heading, by inserting "AND READINESS" after "MISSION ASSURANCE";

(2) in the matter preceding paragraph (1), by inserting "The Secretary shall ensure that mission operators of critical facilities provide to personnel of military installations any information necessary for the completion of such report." after "by the Secretary.";

(3) in paragraph (4), in the matter preceding subparagraph (A), by striking "megawatts" and inserting "electric and thermal loads"; and

(4) in paragraph (5), by striking "megawatts" and inserting "electric and thermal loads".

(b) FUNDING FOR ENERGY PROGRAM OFFICES.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretaries of the military departments shall submit to the congressional defense committees a report stating whether the program offices specified in paragraph (2) are funded—

(A) at proper levels to ensure that the energy resilience requirements of the Department of Defense are met; and

(B) at levels that are not less than in any previous fiscal year.

(2) PROGRAM OFFICES SPECIFIED.—The program offices specified in this paragraph are the following:

(A) The Power Reliability Enhancement Program of the Army.

(B) The Office of Energy Initiatives of the Army.

(C) The Office of Energy Assurance of the Air Force.

(D) The Resilient Energy Program Office of the Navy.

(3) FUNDING PLAN.—

(A) IN GENERAL.—The Secretaries of the military departments shall include in the report submitted under paragraph (1) a funding plan for the next five fiscal years beginning after the date of the enactment of this Act to ensure that funding levels are, at a minimum, maintained during that period.

(B) ELEMENTS.—The funding plan under subparagraph (A) shall include, for each fiscal year covered by the plan, an identification of the amounts to be used for the accomplishment of energy resilience goals and objectives.

(c) ESTABLISHMENT OF TARGETS FOR WATER USE.—The Secretary of Defense shall, where life-cycle cost-effective, improve water use efficiency and management by the Department of Defense, including storm water management, by—

(1) installing water meters and collecting and using water balance data of buildings and facilities to improve water conservation and management;

(2) reducing industrial, landscaping, and agricultural water consumption in gallons by two percent annually through fiscal year 2030 relative to a baseline of such consumption by the Department in fiscal year 2010; and

(3) installing appropriate sustainable infrastructure features on installations of the Department to help with storm water and wastewater management.

WASHSTATEC005993

**SEC. 320. TECHNICAL AND GRAMMATICAL CORRECTIONS AND REPEAL OF OBSOLETE PROVISIONS RELATING TO ENERGY.**

(a) TECHNICAL AND GRAMMATICAL CORRECTIONS.—

(1) TECHNICAL CORRECTIONS.—Title 10, United States Code, is amended—

(A) in section 2913(c), by striking "government" and inserting "government or"; and

(B) in section 2926(d)(1), in the second sentence, by striking "Defense Agencies" and inserting "the Defense Agencies".

(2) GRAMMATICAL CORRECTIONS.—Such title is further amended—

(A) in section 2922a(d), by striking "resilience are prioritized and included" and inserting "energy resilience are included as critical factors"; and

(B) in section 2925(a)(3), by striking "impacting energy" and all that follows through the period at the end and inserting "degrading energy resilience at military installations (excluding planned outages for maintenance reasons), whether caused by on- or off-installation disruptions, including the total number of outages and their locations, the duration of each outage, the financial effect of each outage,

whether or not the mission was affected, the downtimes (in minutes or hours) the mission can afford based on mission requirements and risk tolerances, the responsible authority managing the utility, and measures taken to mitigate the outage by the responsible authority.''.

(b) CLARIFICATION OF APPLICABILITY OF CONFLICTING AMENDMENTS MADE BY 2018 DEFENSE AUTHORIZATION ACT.—Section 2911(e) of such title is amended—

(1) by striking paragraphs (1) and (2) and inserting the following new paragraphs:

"(1) Opportunities to reduce the current rate of consumption of energy, the future demand for energy, and the requirement for the use of energy.

"(2) Opportunities to enhance energy resilience to ensure the Department of Defense has the ability to prepare for and recover from energy disruptions that affect mission assurance on military installations.''; and

(2) by striking the second paragraph (13).

(c) CONFORMING AND CLERICAL AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading of section 2926 of such title is amended to read as follows:

**"§ 2926. Operational energy".**

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 173 of such title is amended by striking the item relating to section 2926 and inserting the following new item:

"2926. Operational energy.".

**SEC. 321. TRANSFER AUTHORITY FOR FUNDING OF STUDY AND ASSESSMENT ON HEALTH IMPLICATIONS OF PER- AND POLYFLUOROALKYL SUBSTANCES CONTAMINATION IN DRINKING WATER BY AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY.**

Section 316(a)(2)(B)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1350), as amended by section 315(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended by striking "2019 and 2020" and inserting "2019, 2020, and 2021".

**SEC. 322. REPLACEMENT OF FLUORINATED AQUEOUS FILM-FORMING FOAM WITH FLUORINE-FREE FIRE-FIGHTING AGENT.**

(a) USE OF FLUORINE-FREE FOAM AT MILITARY INSTALLATIONS.—

(1) MILITARY SPECIFICATION.—Not later than January 31, 2023, the Secretary of the Navy shall

WASHSTATEC005996

publish a military specification for a fluorine-free fire-fighting agent for use at all military installations and ensure that such agent is available for use by not later than October 1, 2023.

(2) REPORT TO CONGRESS.—Concurrent with publication of the military specification under paragraph (1), the Secretary of Defense shall submit to the congressional defense committees a report containing a detailed plan for implementing the transition to a fluorine-free fire-fighting agent by not later than October 1, 2023. The report shall include—

(A) a detailed description of the progress of the Department of Defense to identify a fluorine-free fire-fighting agent for use as a replacement fire-fighting agent at military installations;

(B) a description of any technology and equipment required to implement the replacement fire-fighting agent;

(C) funding requirements, by fiscal year, to implement the replacement fire-fighting agent, including funding for the procurement of a replacement fire-fighting agent, required equipment, and infrastructure improvements;

(D) a detailed timeline of remaining required actions to implement such replacement.

(b) LIMITATION.—No amount authorized to be appropriated or otherwise made available for the Department of Defense may be obligated or expended after October 1, 2023, to procure fire-fighting foam that contains in excess of one part per billion of perfluoroalkyl substances and polyfluoroalkyl substances.

(c) PROHIBITION ON USE.—Fluorinated aqueous film-forming foam may not be used at any military installation on or after the earlier of the following dates:

(1) October 1, 2024.

(2) The date on which the Secretary determines that compliance with the prohibition under this subsection is possible.

(d) EXEMPTION FOR SHIPBOARD USE.—Subsections (b) and (c) shall not apply to firefighting foam for use solely onboard ocean-going vessels.

(e) WAIVER.—

(1) IN GENERAL.—Subject to the limitations under paragraph (2), the Secretary of Defense may waive the prohibition under subsection (c) with respect to the use of fluorinated aqueous film-forming foam, if, by not later than 60 days prior to issuing the waiver, the Secretary—

(A) provides to the congressional defense committees a briefing on the basis for the waiver and the progress to develop and field a fluorine-free fire-fighting agent that meets the military specifications issued pursuant to subsection (a), which includes—

(i) detailed data on the progress made to identify a replacement fluorine-free fire-fighting agent;

(ii) a description of the range of technology and equipment-based solutions analyzed to implement replacement;

(iii) a description of the funding, by fiscal year, applied towards research, development, test, and evaluation of replacement firefighting agents and equipment-based solutions;

(iv) a description of any completed and projected infrastructure changes;

(v) a description of acquisition actions made in support of developing and fielding the fluorine-free fire-fighting agent;

(vi) an updated timeline for the completion of the transition to use of the fluorine-free fire-fighting agent; and

(vii) a list of the categories of installation infrastructure or specific mobile firefighting equipment sets that require the waiver along with the justification;

(B) submits to the congressional defense committees certification in writing, that—

(i) the waiver is necessary for either installation infrastructure, mobile firefighting equipment, or both;

(ii) the waiver is necessary for the protection of life and safety;

(iii) no agent or equipment solutions are available that meet the military specific issued pursuant to subsection (a);

(iv) the military specification issued pursuant to subsection (a) is still valid and does not require revision; and

(v) includes details of the measures in place to minimize the release of and exposure to fluorinated compounds in fluorinated aqueous film-forming foam; and

(C) provides for public notice of the waiver.

(2) LIMITATION.—The following limitations apply to a waiver issued under this subsection:

(A) Such a waiver shall apply for a period that does not exceed one year.

(B) The Secretary may extend such a waiver once for an additional period that does not exceed one year, if the requirements under paragraph (1) are met as of the date of the extension of the waiver.

(C) The authority to grant a waiver under this subsection may not be delegated below the level of the Secretary of Defense.

(f) DEFINITIONS.—In this section:

(1) The term "perfluoroalkyl substances" means aliphatic substances for which all of the H atoms attached to C atoms in the nonfluorinated substance from which they are notionally derived have been replaced by F atoms, except those H atoms whose substitution would modify the nature of any functional groups present.

(2) The term "polyfluoroalkyl substances" means aliphatic substances for which all H atoms attached to at least one (but not all) C atoms have been replaced by F atoms, in such a manner that

WASHSTATEC006001

they contain the perfluoroalkyl moiety CnF2n+1__ (for example, C8F17CH2CH2OH).

**SEC. 323. PROHIBITION OF UNCONTROLLED RELEASE OF FLUORINATED AQUEOUS FILM-FORMING FOAM AT MILITARY INSTALLATIONS.**

(a) PROHIBITION.—Except as provided by subsection (b), the Secretary of Defense shall prohibit the uncontrolled release of fluorinated aqueous film-forming foam (hereinafter in this section referred to as "AFFF") at military installations.

(b) EXCEPTIONS.—Notwithstanding subsection (a), fluorinated AFFF may be released at military installations as follows:

(1) AFFF may be released for purposes of an emergency response.

(2) A non-emergency release of AFFF may be made for the purposes of testing of equipment or training of personnel, if complete containment, capture, and proper disposal mechanisms are in place to ensure no AFFF is released into the environment.

WASHSTATEC006002

**SEC. 324. PROHIBITION ON USE OF FLUORINATED AQUEOUS FILM FORMING FOAM FOR TRAINING EXERCISES.**

The Secretary of Defense shall prohibit the use of fluorinated aqueous film forming foam for training exercises at military installations.

**SEC. 325. REAL-TIME SOUND-MONITORING AT NAVY INSTALLATIONS WHERE TACTICAL FIGHTER AIRCRAFT OPERATE.**

(a) MONITORING.—The Secretary of the Navy shall conduct real-time sound-monitoring at no fewer than two Navy installations and their associated outlying landing fields on the west coast of the United States where Navy combat coded F/A–18, E/A–18G, or F–35 aircraft are based and operate and noise contours have been developed through noise modeling. Sound monitoring under such study shall be conducted—

(1) during times of high, medium, and low activity over the course of a 12-month period; and

(2) along and in the vicinity of flight paths used to approach and depart the selected installations and their outlying landing fields.

(b) PLAN FOR ADDITIONAL MONITORING.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a plan for real-time sound moni-

toring described in subsection (a) in the vicinity of training areas predominantly overflown by tactical fighter aircraft from the selected installations and outlying landing fields, including training areas that consist of real property administered by the Federal Government (including Department of Defense, Department of Interior, and Department of Agriculture), State and local governments, and privately owned land with the permission of the owner.

(c) REPORT REQUIRED.—Not later than December 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the monitoring required under subsection (a). Such report shall include—

(1) the results of such monitoring;

(2) a comparison of such monitoring and the noise contours previously developed with the analysis and modeling methods previously used;

(3) an overview of any changes to the analysis and modeling process that have been made or are being considered as a result of the findings of such monitoring; and

(4) any other matters that the Secretary determines appropriate.

(d) PUBLIC AVAILABILITY OF MONITORING RESULTS.—The Secretary shall make the results of the monitoring required under subsection (a) publicly available on a website of the Department of Defense.

**SEC. 326. DEVELOPMENT OF EXTREME WEATHER VULNERABILITY AND RISK ASSESSMENT TOOL.**

(a) IN GENERAL.—The Secretary of Defense shall consult with the entities described in subsection (b) to determine whether an existing climate vulnerability and risk assessment tool is available or can be adapted to be used to quantify the risks associated with extreme weather events and the impact of such events on networks, systems, installations, facilities, and other assets to inform mitigation planning and infrastructure development.

(b) CONSULTATION.—In determining the availability of an appropriate tool to use or adapt for use under subsection (a), the Secretary shall consult with the Administrator of the Environmental Protection Agency, the Secretary of Energy, the Secretary of the Interior, the Administrator of the National Oceanic and Atmospheric Administration, the Administrator of the Federal Emergency Management Agency, the Commander of the Army Corps of Engineers, the Administrator of the National Aeronautics and Space Administration, a federally funded research and development center, and the heads of such

WASHSTATEC006005

other relevant Federal agencies as the Secretary of Defense determines appropriate.

(c) BEST AVAILABLE SCIENCE.—Before choosing a tool for use or adaptation for use under subsection (a), the Secretary shall obtain from a federally funded research and development center with which the Secretary has consulted under subsection (b) a certification in writing that the tool relies on the best publicly available science for the prediction of extreme weather risk and effective mitigation of that risk.

(d) REPORT.—Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees a report on the implementation of this section. Such report shall include—

(1) in the case that a tool has been chosen under subsection (a) before the date of the submittal of the report, a description of the tool and how such tool will be used by the Department; or

(2) in the case that the Secretary determines that no available tool meets the requirements of the Department as described in subsection (a) or is readily adaptable for use, a plan for the development of such a tool, including the estimated cost and timeframe for development of such a tool.

**SEC. 327. REMOVAL OF BARRIERS THAT DISCOURAGE INVESTMENTS TO INCREASE MILITARY INSTALLATION RESILIENCE.**

(a) IN GENERAL.—The Secretary of Defense shall—

(1) identify and seek to remove barriers that discourage investments to increase military installation resilience;

(2) reform policies and programs that unintentionally increased the vulnerability of systems to related extreme weather events; and

(3) develop, and update at least once every four years, an adaptation plan to assess how climate impacts affected the ability of the Department of Defense to accomplish its mission, and the short-and long- term actions the Department can take to ensure military installation resilience.

(b) MILITARY INSTALLATION RESILIENCE.—In this section, the term "military installation resilience" has the meaning given such term in section 101(e)(8) of title 10, United States Code.

**SEC. 328. BUDGETING OF DEPARTMENT OF DEFENSE RELATING TO EXTREME WEATHER.**

(a) IN GENERAL.—The Secretary of Defense shall include in the annual budget submission of the President under section 1105(a) of title 31, United States Code—

(1) a dedicated budget line item for adaptation to, and mitigation of, effects of extreme weather on military networks, systems, installations, facilities, and other assets and capabilities of the Department of Defense; and

(2) an estimate of the anticipated adverse impacts to the readiness of the Department and the financial costs to the Department during the year covered by the budget of the loss of, or damage to, military networks, systems, installations, facilities, and other assets and capabilities of the Department, including loss of or obstructed access to training ranges, as a result extreme weather events.

(b) DISAGGREGATION OF IMPACTS AND COSTS.—The estimate under subsection (a)(2) shall set forth the adverse readiness impacts and financial costs under that subsection by military department, Defense Agency, and other component or element of the Department.

(c) EXTREME WEATHER DEFINED.—In this section, the term "extreme weather" means recurrent flooding, drought, desertification, wildfires, and thawing permafrost.

**SEC. 329. PROHIBITION ON PERFLUOROALKYL SUBSTANCES AND POLYFLUOROALKYL SUBSTANCES IN MEALS READY-TO-EAT FOOD PACKAGING.**

(a) PROHIBITION.—Not later than October 1, 2021, the Director of the Defense Logistics Agency shall ensure that any food contact substances that are used to assemble and package meals ready-to-eat (MREs) procured by the Defense Logistics Agency do not contain any perfluoroalkyl substances or polyfluoroalkyl substances.

(b) DEFINITIONS.—In this section:

(1) PERFLUOROALKYL SUBSTANCE.—The term "perfluoroalkyl substance" means a man-made chemical of which all of the carbon atoms are fully fluorinated carbon atoms.

(2) POLYFLUOROALKYL SUBSTANCE.—The term "polyfluoroalkyl substance" means a man-made chemical containing a mix of fully fluorinated carbon atoms, partially fluorinated carbon atoms, and nonfluorinated carbon atoms.

**SEC. 330. DISPOSAL OF MATERIALS CONTAINING PER- AND POLYFLUOROALKYL SUBSTANCES OR AQUEOUS FILM-FORMING FOAM.**

(a) IN GENERAL.—The Secretary of Defense shall ensure that when materials containing per- and polyfluoroalkyl substances (referred to in this section as

"PFAS") or aqueous film forming foam (referred to in this section as "AFFF") are disposed—

(1) all incineration is conducted at a temperature range adequate to break down PFAS chemicals while also ensuring the maximum degree of reduction in emission of PFAS, including elimination of such emissions where achievable;

(2) all incineration is conducted in accordance with the requirements of the Clean Air Act (42 USC 7401 et seq.), including controlling hydrogen fluoride;

(3) any materials containing PFAS that are designated for disposal are stored in accordance with the requirement under part 264 of title 40, Code of Federal Regulations; and

(4) all incineration is conducted at a facility that has been permitted to receive waste regulated under subtitle C of the Solid Waste Disposal Act (42 USC 6921 et seq.).

(b) SCOPE OF APPLICATION.—The requirements in subsection (a) only apply to all legacy AFFF formulations containing PFAS, materials contaminated by AFFF release, and spent filters or other PFAS contaminated materials resulting from site remediation or water filtration that—

(1) have been used by the Department of Defense or a military department; or

(2) are being discarded for disposal by means of incineration by the Department of Defense or a military department; or

(3) are being removed from sites or facilities owned or operated by the Department of Defense.

**SEC. 331. AGREEMENTS TO SHARE MONITORING DATA RELATING TO PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES AND OTHER CONTAMINANTS OF CONCERN.**

(a) IN GENERAL.—The Secretary of Defense shall seek to enter into agreements with municipalities or municipal drinking water utilities located adjacent to military installations under which both the Secretary and the municipalities and utilities would share monitoring data relating to perfluoroalkyl substances, polyfluoroalkyl substances, and other emerging contaminants of concern collected at the military installation.

(b) PUBLICLY AVAILABLE WEBSITE.—The Secretary of Defense shall maintain a publicly available website that provides a clearinghouse for information about the exposure of members of the Armed Forces, their families, and their communities to per- and polyfluoroalkyl substances. The information provided on the website shall include in-

WASHSTATEC006011

formation on testing, clean-up, and recommended available treatment methodologies.

(c) PUBLIC COMMUNICATION.—An agreement under subsection (a) does not negate the responsibility of the Secretary to communicate with the public about drinking water contamination from perfluoroalkyl substances, polyfluoroalkyl substances, and other contaminants.

(d) MILITARY INSTALLATION DEFINED.—In this section, the term "military installation" has the meaning given that term in section 2801(c) of title 10, United States Code.

**SEC. 332. COOPERATIVE AGREEMENTS WITH STATES TO ADDRESS CONTAMINATION BY PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES.**

(a) COOPERATIVE AGREEMENTS.—

(1) IN GENERAL.—Upon request from the Governor or chief executive of a State, the Secretary of Defense shall work expeditiously, pursuant to section 2701(d) of title 10, United States Code, to finalize a cooperative agreement, or amend an existing cooperative agreement to address testing, monitoring, removal, and remedial actions relating to the contamination or suspected contamination of drinking, surface, or ground water from PFAS originating from

WASHSTATEC006012

activities of the Department of Defense by providing the mechanism and funding for the expedited review and approval of documents of the Department related to PFAS investigations and remedial actions from an active or decommissioned military installation, including a facility of the National Guard.

(2) MINIMUM STANDARDS.—A cooperative agreement finalized or amended under paragraph (1) shall meet or exceed the most stringent of the following standards for PFAS in any environmental media:

(A) An enforceable State standard, in effect in that State, for drinking, surface, or ground water, as described in section 121(d)(2)(A)(ii) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9621(d)(2)(A)(ii)).

(B) An enforceable Federal standard for drinking, surface, or ground water, as described in section 121(d)(2)(A)(i) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9621(d)(2)(A)(i)).

WASHSTATEC006013

(C) A health advisory under section 1412(b)(1)(F) of the Safe Drinking Water Act (42 U.S.C. 300g–1(b)(1)(F)).

(3) OTHER AUTHORITY.—In addition to the requirements for a cooperative agreement under paragraph (1), when otherwise authorized to expend funds for the purpose of addressing ground or surface water contaminated by a perfluorinated compound, the Secretary of Defense may, to expend those funds, enter into a grant agreement, cooperative agreement, or contract with—

(A) the local water authority with jurisdiction over the contamination site, including—

(i) a public water system (as defined in section 1401 of the Safe Drinking Water Act (42 U.S.C. 300f)); and

(ii) a publicly owned treatment works (as defined in section 212 of the Federal Water Pollution Control Act (33 U.S.C. 1292)); or

(B) a State, local, or Tribal government.

(b) REPORT.—Beginning on February 1, 2020, if a cooperative agreement is not finalized or amended under subsection (a) within one year after the request from the Governor or chief executive under that subsection, and an-

nually thereafter, the Secretary of Defense shall submit to the appropriate committees and Members of Congress a report—

(1) explaining why the agreement has not been finalized or amended, as the case may be; and

(2) setting forth a projected timeline for finalizing or amending the agreement.

(c) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES AND MEMBERS OF CONGRESS.—The term "appropriate committees and Members of Congress" means—

(A) the congressional defense committees;

(B) the Senators who represent a State impacted by PFAS contamination described in subsection (a)(1); and

(C) the Members of the House of Representatives who represent a district impacted by such contamination.

(2) FULLY FLUORINATED CARBON ATOM.—The term "fully fluorinated carbon atom" means a carbon atom on which all the hydrogen substituents have been replaced by fluorine.

(3) PFAS.—The term "PFAS" means perfluoroalkyl and polyfluoroalkyl substances that

are man-made chemicals with at least one fully fluorinated carbon atom.

(4) STATE.—The term "State" has the meaning given the term in section 101 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601).

**SEC. 333. PLAN TO PHASE OUT USE OF BURN PITS.**

Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan to phase out the use of the burn pits identified in the Department of Defense Open Burn Pit Report to Congress dated April 2019.

**SEC. 334. INFORMATION RELATING TO LOCATIONS OF BURN PIT USE.**

The Secretary of Defense shall provide to the Secretary of Veterans Affairs and to Congress a list of all locations where open-air burn pits have been used by the Secretary of Defense, for the purposes of augmenting the research, healthcare delivery, disability compensation, and other activities of the Secretary of Veterans Affairs.

**SEC. 335. DATA QUALITY REVIEW OF RADIUM TESTING CONDUCTED AT CERTAIN LOCATIONS OF THE DEPARTMENT OF THE NAVY.**

(a) REVIEW OF RADIUM TESTING.—Except as provided in subsection (b), the Secretary of the Navy shall provide for an independent third-party data quality review of all radium testing completed by contractors of the Department of the Navy at a covered location.

(b) EXCEPTION.—In the case of a covered location for which an independent third-party data quality review of all radium testing completed by contractors of the Department has been conducted prior to the date of the enactment of this Act, the requirement under subsection (a) shall not apply if the Secretary of the Navy submits to the congressional defense committees a report containing—

(1) a certification that such review has been conducted for such covered location; and

(2) a description of the results of such review.

(c) COVERED LOCATION DEFINED.—In this section, the term "covered location" means any of the following:

(1) Naval Weapons Industrial Reserve Plant, Bethpage, New York.

(2) Hunter's Point Naval Shipyard, San Francisco, California.

**SEC. 336. REIMBURSEMENT OF ENVIRONMENTAL PROTECTION AGENCY FOR CERTAIN COSTS IN CONNECTION WITH THE TWIN CITIES ARMY AMMUNITION PLANT, MINNESOTA.**

(a) TRANSFER AMOUNT.—Notwithstanding section 2215 of title 10, United States Code, the Secretary of Defense may transfer to the Administrator of the Environmental Protection Agency—

(1) in fiscal year 2020, not more than $890,790; and

(2) in each of fiscal years 2021 through 2026, not more than $150,000.

(b) PURPOSE OF REIMBURSEMENT.—The amount authorized to be transferred under subsection (a) is to reimburse the Environmental Protection Agency for costs the Agency has incurred and will incur relating to the response actions performed at the Twin Cities Army Ammunition Plant, Minnesota, through September 30, 2025.

(c) INTERAGENCY AGREEMENT.—The reimbursement described in subsection (b) is intended to satisfy certain terms of the interagency agreement entered into by the Department of the Army and the Environmental Protection Agency for the Twin Cities Army Ammunition Plant that took effect in December 1987 and that provided for the recovery of expenses by the Agency from the Department of the Army.

**SEC. 337. PILOT PROGRAM FOR AVAILABILITY OF WORKING-CAPITAL FUNDS FOR INCREASED COMBAT CAPABILITY THROUGH ENERGY OPTIMIZATION.**

(a) IN GENERAL.—Notwithstanding section 2208 of title 10, United States Code, the Secretary of Defense and the military departments may use a working capital fund established pursuant to that section for expenses directly related to conducting a pilot program for energy optimization initiatives described in subsection (b).

(b) ENERGY OPTIMIZATION INITIATIVES.—Energy optimization initiatives covered by the pilot program include the research, development, procurement, installation, and sustainment of technologies or weapons system platforms, and the manpower required to do so, that would improve the efficiency and maintainability, extend the useful life, lower maintenance costs, or provide performance enhancement of the weapon system platform or major end item.

(c) LIMITATION ON CERTAIN PROJECTS.—Funds may not be used pursuant to subsection (a) for—

(1) any product improvement that significantly changes the performance envelope of an end item; or

(2) any single component with an estimated total cost in excess of $10,000,000.

(d) LIMITATION IN FISCAL YEAR PENDING TIMELY REPORT.—If during any fiscal year the report required by paragraph (1) of subsection (e) is not submitted by the date specified in paragraph (2) of that subsection, funds may not be used pursuant to subsection (a) during the period—

(1) beginning on the date specified in such paragraph (2); and

(2) ending on the date of the submittal of the report.

(e) ANNUAL REPORT.—

(1) IN GENERAL.—The Secretary of Defense shall submit an annual report to the congressional defense committees on the use of the authority under subsection (a) during the preceding fiscal year.

(2) DEADLINE FOR SUBMITTAL.—The report required by paragraph (1) in a fiscal year shall be submitted not later than 60 days after the date of the submittal to Congress of the budget of the President for the succeeding fiscal year pursuant to section 1105 of title 31, United States Code.

(3) RECOMMENDATION.—In the case of the report required to be submitted under paragraph (1) during fiscal year 2020, the report shall include the

recommendation of the Secretary of Defense and the military departments regarding whether the authority under subsection (a) should be made permanent.

(f) SUNSET.—The authority under subsection (a) shall expire on October 1, 2024.

**SEC. 338. REPORT ON EFFORTS TO REDUCE HIGH ENERGY INTENSITY AT MILITARY INSTALLATIONS.**

(a) REPORT.—

(1) REPORT REQUIRED.—Not later than September 1, 2020, the Under Secretary of Defense for Acquisition and Sustainment, in conjunction with the assistant secretaries responsible for installations and environment for the military departments and the Defense Logistics Agency, shall submit to the congressional defense committees a report detailing the efforts to achieve cost savings at military installations with high energy intensity.

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) A comprehensive, installation-specific assessment of feasible and mission-appropriate energy initiatives supporting energy production and consumption at military installations with high energy intensity.

WASHSTATEC006021

(B) An assessment of current sources of energy in areas with high energy intensity and potential future sources that are technologically feasible, cost-effective, and mission-appropriate for military installations.

(C) A comprehensive implementation strategy to include required investment for feasible energy efficiency options determined to be the most beneficial and cost-effective, where appropriate, and consistent with priorities of the Department of Defense.

(D) An explanation on how the military departments are working collaboratively in order to leverage lessons learned on potential energy efficiency solutions.

(E) An assessment of the extent to which activities administered under the Federal Energy Management Program of the Department of Energy could be used to assist with the implementation strategy under subparagraph (C).

(F) An assessment of State and local partnership opportunities that could achieve efficiency and cost savings, and any legislative authorities required to carry out such partnerships or agreements.

(3) COORDINATION WITH STATE, LOCAL, AND OTHER ENTITIES.—In preparing the report required under paragraph (1), the Under Secretary of Defense for Acquisition and Sustainment may work in conjunction and coordinate with the States containing areas of high energy intensity, local communities, and other Federal agencies.

(b) DEFINITION.—In this section, the term "high energy intensity" means costs for the provision of energy by kilowatt of electricity or British Thermal Unit of heat or steam for a military installation in the United States that is in the highest 20 percent of all military installations for a military department.

## Subtitle C—Treatment of Contaminated Water Near Military Installations

### SEC. 341. SHORT TITLE.

This subtitle may be cited as the "Prompt and Fast Action to Stop Damages Act of 2019".

### SEC. 342. DEFINITIONS.

In this subtitle:

(1) PFOA.—The term "PFOA" means perfluorooctanoic acid.

(2) PFOS.—The term "PFOS" means perfluorooctane sulfonate.

**SEC. 343. PROVISION OF WATER UNCONTAMINATED WITH PERFLUOROOCTANOIC ACID (PFOA) AND PERFLUOROOCTANE SULFONATE (PFOS) FOR AGRICULTURAL PURPOSES.**

(a) AUTHORITY.—

(1) IN GENERAL.—Using amounts authorized to be appropriated or otherwise made available for operation and maintenance for the military department concerned, or for operation and maintenance Defense-wide in the case of the Secretary of Defense, the Secretary concerned may provide water sources uncontaminated with perfluoroalkyl and polyfluoroalkyl substances, including PFOA and PFOS, or treatment of contaminated waters, for agricultural purposes used to produce products destined for human consumption in an area in which a water source has been determined pursuant to paragraph (2) to be contaminated with such compounds by reason of activities on a military installation under the jurisdiction of the Secretary concerned.

(2) APPLICABLE STANDARD.—For purposes of paragraph (1), an area is determined to be contaminated with PFOA or PFOS if—

(A) the level of contamination is above the Lifetime Health Advisory for contamination with such compounds issued by the Environ-

WASHSTATEC006024

mental Protection Agency and printed in the Federal Register on May 25, 2016; or

(B) on or after the date the Food and Drug Administration sets a standard for PFOA and PFOS in raw agricultural commodities and milk, the level of contamination is above such standard.

(b) SECRETARY CONCERNED DEFINED.—In this section, the term "Secretary concerned" means the following:

(1) The Secretary of the Army, with respect to the Army.

(2) The Secretary of the Navy, with respect to the Navy, the Marine Corps, and the Coast Guard (when it is operating as a service in the Navy).

(3) The Secretary of the Air Force, with respect to the Air Force.

(4) The Secretary of Defense, with respect to the Defense Agencies.

**SEC. 344. ACQUISITION OF REAL PROPERTY BY AIR FORCE.**

(a) AUTHORITY.—

(1) IN GENERAL.—The Secretary of the Air Force may acquire one or more parcels of real property within the vicinity of an Air Force base that has shown signs of contamination from PFOA and PFOS due to activities on the base and which would

WASHSTATEC006025

extend the contiguous geographic footprint of the base and increase the force protection standoff near critical infrastructure and runways.

(2) IMPROVEMENTS AND PERSONAL PROPERTY.—The authority under paragraph (1) to acquire real property described in that paragraph shall include the authority to purchase improvements and personal property located on that real property.

(3) RELOCATION EXPENSES.—The authority under paragraph (1) to acquire real property described in that paragraph shall include the authority to provide Federal financial assistance for moving costs, relocation benefits, and other expenses incurred in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (42 U.S.C. 4601 et seq.).

(b) ENVIRONMENTAL ACTIVITIES.—The Air Force shall conduct such activities at a parcel or parcels of real property acquired under subsection (a) as are necessary to remediate contamination from PFOA and PFOS related to activities at the Air Force base.

(c) FUNDING.—Funds for the land acquisitions authorized under subsection (a) shall be derived from amounts authorized to be appropriated for fiscal year 2020 for military construction or the unobligated balances

WASHSTATEC006026

of appropriations for military construction that are enacted after the date of the enactment of this Act.

(d) RULE OF CONSTRUCTION.—The authority under this section constitutes authority to carry out land acquisitions for purposes of section 2802 of title 10, United States Code.

**SEC. 345. REMEDIATION PLAN.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to Congress a remediation plan for cleanup of all water at or adjacent to a military installation that is contaminated with PFOA or PFOS.

(b) STUDY.—In preparing the remediation plan under subsection (a), the Secretary shall conduct a study on the contamination of water at military installations with PFOA or PFOS.

(c) BUDGET AMOUNT.—The Secretary shall ensure that each budget of the President submitted to Congress under section 1105(a) of title 31, United States Code, requests funding in amounts necessary to address remediation efforts under the remediation plan submitted under subsection (a).

# Subtitle D—Logistics and Sustainment

**SEC. 351. MATERIEL READINESS METRICS AND OBJECTIVES.**

(a) ANNUAL REPORT ON MAJOR WEAPONS SYSTEMS SUSTAINMENT.—

(1) IN GENERAL.—Chapter 2 of title 10, United States Code, is amended by inserting after section 117 the following new section:

**"§ 118. Annual report on major weapons systems sustainment**

"Not later than five days after the date on which the Secretary of Defense submits to Congress the materials in support of the budget of the President for a fiscal year, the Secretary of Defense shall submit to the congressional defense committees an annual report on major weapons systems sustainment for the period covered by the future years defense program specified by section 221 of this title. Such report shall include—

"(1) an assessment of the materiel availability, materiel reliability, and mean down time metrics for each major weapons system;

"(2) a detailed explanation of any factors that could preclude the Department of Defense or any of

WASHSTATEC006028

the military departments from meeting applicable readiness goals or objectives; and

"(3) an assessment of the validity and effectiveness of the definitions used to determine defense readiness, including the terms 'major weapons system', 'covered asset', 'total and required inventory', 'materiel and operational availability', 'materiel and operational capability', 'materiel and operational reliability'.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 117 the following new item:

"118. Annual report on major weapons systems sustainment.".

(b) ASSESSMENT OF MATERIEL READINESS AND WEAPONS SYSTEM SUSTAINMENT.—

(1) ASSESSMENT REQUIRED.—Not later than March 1, 2020, the Secretary of Defense shall complete a comprehensive assessment of the materiel readiness and weapons systems sustainment of the Department of Defense across the Department organic industrial base and industry partners.

(2) CONTENTS.—The assessment required by paragraph (1) shall include—

(A) an assessment of the overall readiness strategy of the Department of Defense and the

capability of such strategy to measure, track, and assess the readiness of major weapons systems;

(B) an assessment of the use of objectives and metrics;

(C) a description of applicable reporting requirements; and

(D) applicable definitions and common usage of relevant terms, including the terms "major weapons system", "covered asset", "total and required inventory", "materiel and operational availability", "materiel and operational capability", "materiel and operational reliability", and "maintenance costs".

(3) SUBMISSION TO CONGRESS.—The Secretary shall provide to the congressional defense committees—

(A) a briefing on the assessment required by paragraph (1) by not later than March 1, 2020; and

(B) a final report on such assessment by not later than April 1, 2020.

**SEC. 352. CLARIFICATION OF AUTHORITY REGARDING USE OF WORKING-CAPITAL FUNDS FOR UNSPECIFIED MINOR MILITARY CONSTRUCTION PROJECTS RELATED TO REVITALIZATION AND RECAPITALIZATION OF DEFENSE INDUSTRIAL BASE FACILITIES.**

Section 2208(u) of title 10, United States Code, is amended—

(1) in paragraph (1), by striking "carry out" and inserting "fund";

(2) in paragraph (2)—

(A) by striking "Section 2805" and inserting "(A) Except as provided in subparagraph (B), section 2805";

(B) by striking "carried out with" and inserting "funded using"; and

(C) by adding at the end the following new subparagraph:

"(B) For purposes of applying subparagraph (A), the dollar limitation specified in subsection (a)(2) of section 2805 of this title, subject to adjustment as provided in subsection (f) of such section, shall apply rather than the dollar limitation specified in subsection (c) of such section."; and

(3) in paragraph (4), by striking "carry out" and inserting "fund".

WASHSTATEC006031

**SEC. 353. MODIFICATION TO LIMITATION ON LENGTH OF OVERSEAS FORWARD DEPLOYMENT OF NAVAL VESSELS.**

Section 323 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) by redesignating subsection (c) as subsection (d); and

(2) by inserting after subsection (b) the following new subsection (c):

"(c) EXTENSION OF LIMITATION ON LENGTH OF OVERSEAS FORWARD DEPLOYMENT FOR U.S.S. SHILOH (CG–67).—Notwithstanding subsection (b), the Secretary of the Navy shall ensure that the U.S.S. Shiloh (CG–67) is assigned a homeport in the United States by not later than September 30, 2023.".

**SEC. 354. EXTENSION OF TEMPORARY INSTALLATION REUTILIZATION AUTHORITY FOR ARSENALS, DEPOTS, AND PLANTS.**

Section 345(d) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2667 note) is amended by striking "September 30, 2020" and inserting "September 30, 2025".

**SEC. 355. F–35 JOINT STRIKE FIGHTER SUSTAINMENT.**

(a) LIMITATION ON USE OF FUNDS.—Of the amounts authorized to be appropriated or otherwise made

available in this Act for the Office of the Under Secretary of Defense for Acquisition and Sustainment for fiscal year 2020, not more than 75 percent may be obligated or expended until the date on which the Under Secretary submits the report required by subsection (b).

(b) REPORT REQUIRED.—The Under Secretary of Defense for Acquisition and Sustainment shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on steps being taken to improve the availability and accountability of F–35 parts within the supply chain. At a minimum, the report shall include a detailed plan for each of the following elements:

(1) How the accountable property system of record will be updated with information from the prime contractors supplying such parts on required cost and related data with respect to the parts and how the F–35 Program Office will ensure such contractors are adhering to contractual requirements for the management, reporting, visibility, and accountability of all such parts supplied by the prime contractors.

(2) How the accountability property system of record will have interfaces that allow the F–35 Program Office and other authorized entities to have

proper accountability of assets in accordance with applicable Department of Defense Instructions, Department of Defense Manuals, and other applicable regulations.

(3) How the F–35 Program Office, in coordination with the military departments, will ensure business rules for the prioritization of F–35 parts across all program participants are sufficient, effective, and responsive.

(4) Steps being taken to ensure parts within the base, afloat, and deployment spares packages are compatible for deploying F–35 aircraft and account for updated parts demand.

**SEC. 356. REPORT ON STRATEGIC POLICY FOR PREPOSITIONED MATERIEL AND EQUIPMENT.**

Not later than March 1, 2020, the Assistant Secretary of Defense for Sustainment, in coordination with the Joint Staff, shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the implementation plan for prepositioned materiel and equipment required by section 321(b) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113–66; 127 Stat. 730; 10 U.S.C. 2229 note). Such report shall include each of the following:

(1) A comprehensive list of the prepositioned materiel and equipment programs of the Department of Defense.

(2) A detailed description of how the plan will be implemented.

(3) A description of the resources required to implement the plan, including the amount of funds and personnel.

(4) A description of how the plan will be reviewed and assessed to monitor progress.

(5) Guidance on applying a consistent definition of prepositioning across the Department, including the military departments, the combatant commands, and the Defense Agencies.

(6) A detailed description of how the Secretary will implement a joint oversight approach of the prepositioning programs of the military departments.

**SEC. 357. PILOT PROGRAM TO TRAIN SKILLED TECHNICIANS IN CRITICAL SHIPBUILDING SKILLS.**

(a) ESTABLISHMENT.—The Secretary of the Navy may carry out a pilot program to train individuals to become skilled technicians in critical shipbuilding skills such as welding, metrology, quality assurance, machining, and additive manufacturing.

WASHSTATEC006035

(b) PARTNERSHIPS.—In carrying out the pilot program under this section, the Secretary may partner with existing Federal or State projects relating to investment and infrastructure in training and education or workforce development, such as the National Network for Manufacturing Innovation, the Industrial Base Analysis and Sustainment program of the Department of Defense, and the National Maritime Educational Council.

(c) TERMINATION.—The authority to carry out a pilot program under this section shall terminate on September 30, 2025.

(d) BRIEFINGS.—If the Secretary carries out a pilot program under this section, the Secretary shall provide briefings to the Committees on Armed Services of the Senate and the House of Representatives as follows:

(1) Not later than 30 days before beginning to implement the pilot program, the Secretary shall provide a briefing on the plan, cost estimate, and schedule for the pilot program.

(2) Not less frequently than annually during the period when the pilot program is carried out, the Secretary shall provide briefings on the progress of the Secretary in carrying out the pilot program.

WASHSTATEC006036

**SEC. 358. REQUIREMENT FOR MILITARY DEPARTMENT INTER-SERVICE DEPOT MAINTENANCE.**

(a) JOINT PROCESS FOR TECHNICAL COMPLIANCE AND QUALITY CONTROL.—If the Secretary of a military department transfers any maintenance action on a platform to a depot under the jurisdiction of the Secretary of another military department, the two Secretaries shall develop and implement a process to ensure the technical compliance and quality control for the work performed.

(b) REQUIREMENTS.—A process developed under subsection (a) shall include the following requirements—

(1) The Secretary of the military department with jurisdiction over the depot to which the maintenance action is transferred shall—

(A) ensure that the technical specifications, requirements, and standards for work to be performed are provided to such action or depot; and

(B) implement procedures to ensure that completed work complies with such specifications, requirements and standards.

(2) The Secretary who transfers the maintenance activity or depot shall ensure that—

(A) the technical specifications and requirements are clearly understood; and

(B) the work performed is completed to the technical specifications, requirements, and standards prescribed under paragraph (1), and that the Secretary of the military department with jurisdiction over the depot is informed of any shortcoming or discrepancy.

(c) REPORTS.—Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report containing a certification that sufficient policy and procedures are in place to ensure quality control when the depot or maintenance activities of one military department support another. The report shall include a description of known shortfalls in existing policies and procedures and actions the Department of Defense is taking to address such shortfalls.

**SEC. 359. STRATEGY TO IMPROVE INFRASTRUCTURE OF CERTAIN DEPOTS OF THE DEPARTMENT OF DEFENSE.**

(a) STRATEGY REQUIRED.—Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a comprehensive strategy for improving the depot infrastructure of the military departments with the objective of ensuring that all covered

WASHSTATEC006038

depots have the capacity and capability to support the readiness and material availability goals of current and future weapon systems of the Department of Defense.

(b) ELEMENTS.—The strategy under subsection (a) shall include the following:

(1) A comprehensive review of the conditions and performance at each covered depot, including the following:

(A) An assessment of the current status of the following elements:

(i) Cost and schedule performance of the depot.

(ii) Material availability of weapon systems supported at the depot and the impact of the performance of the depot on that availability.

(iii) Work in progress and non-operational items awaiting depot maintenance.

(iv) The condition of the depot.

(v) The backlog of restoration and modernization projects at the depot.

(vi) The condition of equipment at the depot.

(vii) the vulnerability of the depot to adverse environmental conditions and, if

necessary, the investment required to withstand those conditions.

(B) An identification of analytically based goals relating to the elements identified in subparagraph (A).

(2) A business-case analysis that assesses investment alternatives comparing cost, performance, risk, and readiness outcomes and recommends an optimal investment approach across the Department of Defense to ensure covered depots efficiently and effectively meet the readiness goals of the Department, including an assessment of the following alternatives:

(A) The minimum investment necessary to meet investment requirements under section 2476 of title 10, United States Code.

(B) The investment necessary to ensure the current inventory of facilities at covered depots can meet the mission-capable, readiness, and contingency goals of the Secretary of Defense.

(C) The investment necessary to execute the depot infrastructure optimization plans of each military department.

(D) Any other strategies for investment in covered depots, as identified by the Secretary.

(3) A plan to improve conditions and performance of covered depots that identifies the following:

(A) The approach of the Secretary of Defense for achieving the goals outlined in paragraph (1)(B).

(B) The resources and investments required to implement the plan.

(C) The activities and milestones required to implement the plan.

(D) A results-oriented approach to assess—

(i) the progress of each military department in achieving such goals; and

(ii) the progress of the Department in implementing the plan.

(E) Organizational roles and responsibilities for implementing the plan.

(F) A process for conducting regular management review and coordination of the progress of each military department in implementing the plan and achieving such goals.

(G) The extent to which the Secretary has addressed recommendations made by the Comp-

WASHSTATEC006041

troller General of the United States relating to depot operations during the five-year period preceding the date of submittal of the strategy under this section.

(H) Risks to implementing the plan and mitigation strategies to address those risks.

(c) ANNUAL REPORT ON PROGRESS.—As part of the annual budget submission of the President under section 1105(a) of title 31, United States Code, the Secretary of Defense shall submit to the congressional defense committees a report describing the progress made in—

(1) implementing the strategy under subsection (a); and

(2) achieving the goals outlined in subsection (b)(1)(B).

(d) COMPTROLLER GENERAL REPORTS.—

(1) ASSESSMENT OF STRATEGY.—Not later than January 1, 2021, the Comptroller General of the United States shall submit to the congressional defense committees a report assessing the extent to which the strategy under subsection (a) meets the requirements of this section.

(2) ASSESSMENT OF IMPLEMENTATION.—Not later than April 1, 2022, the Comptroller General shall submit to the congressional defense committees

a report setting forth an assessment of the extent to which the strategy under subsection (a) has been effectively implemented by each military department and the Secretary of Defense.

(e) COVERED DEPOT DEFINED.—In this section, the term "covered depot" has the meaning given that term in section 2476(e) of title 10, United States Code.

# Subtitle E—Reports

**SEC. 361. READINESS REPORTING.**

(a) READINESS REPORTING SYSTEM.—Section 117 of title 10, United States Code, is amended—

(1) by striking subsections (d) through (g); and

(2) by redesignating subsection (h) as subsection (d).

(b) QUARTERLY REPORTS.—Section 482 of title 10, United States Code, is amended—

(1) in the section heading, by striking "**Quarterly reports: personnel and unit readiness**" and inserting "**Readiness reports**";

(2) in subsection (a)—

(A) In the subsection heading, by striking "QUARTERLY REPORTS REQUIRED" and inserting "REPORTS AND BRIEFINGS";

(B) In the first sentence—

WASHSTATEC006043

(i) by striking "Not later" and inserting "(1) Not later"; and

(ii) by striking "each calendar-year quarter" and inserting "the second and fourth quarter of each calendar year";

(C) by striking the second and third sentences and inserting "The Secretary of Defense shall submit each such report in writing and shall also submit a copy of each such report to the Chairman of the Joint Chiefs of Staff."; and

(D) by adding at the end the following new paragraphs:

"(2) Not later than 30 days after the end of the first and third quarter of each calendar year, the Secretary of Defense shall provide to Congress a briefing regarding the military readiness of the active and reserve components.

"(3) Each report under this subsection shall contain the elements required by subsection (b) for the quarter covered by the report, and each briefing shall address any changes to the elements described in subsection (b) since the submittal of the most recently submitted report.";

(3) by striking subsection (b) and inserting the following:

"(b) REQUIRED ELEMENTS.—The elements described in this subsection are each of the following:

"(1) A description of each readiness problem or deficiency that affects the ground, sea, air, space, cyber, or special operations forces, and any other area determined appropriate by the Secretary of Defense.

"(2) The key contributing factors, indicators, and other relevant information related to each identified problem or deficiency.

"(3) The short-term mitigation strategy the Department will employ to address each readiness problem or deficiency until a resolution is in place, as well as the timeline, cost, and any legislative remedies required to support the resolution.

"(4) A summary of combat readiness ratings for the key force elements assessed, including specific information on personnel, supply, equipment, and training problems or deficiencies that affect the combat readiness ratings for each force element.

"(5) A summary of each upgrade or downgrade of the combat readiness of a unit that was issued by the commander of the unit, together with the rationale of the commander for the issuance of such upgrade or downgrade.

WASHSTATEC006045

"(6) A summary of the readiness of supporting capabilities, including infrastructure, prepositioned equipment and supplies, and mobility assets, and other supporting logistics capabilities.

"(7) A summary of the readiness of the combat support and related agencies, any readiness problem or deficiency affecting any mission essential tasks of any such agency, and actions recommended to address any such problem or deficiency.

"(8) A list of all Class A, Class B, and Class C mishaps that occurred in operations related to combat support and training events involving aviation, ground, or naval platforms, weapons, space, or Government vehicles, as defined by Department of Defense Instruction 6055.07, or a successor instruction.

"(9) Information on the extent to which units of the armed forces have removed serviceable parts, supplies, or equipment from one vehicle, vessel, or aircraft in order to render a different vehicle, vessel, or aircraft operational.

"(10) Such other information as determined necessary or appropriate by the Secretary of Defense.";

(4) by striking subsections (d) through (h) and subsection (j);

(5) by redesignating subsection (i) as subsection (e); and

(6) by inserting after subsection (c) the following new subsections (d):

"(d) SEMI-ANNUAL JOINT FORCE READINESS REVIEW.—(1) Not later than 30 days after the last day of the first and third quarter of each calendar year, the Chairman of the Joint Chiefs of Staff shall submit to Congress a written report on the capability of the armed forces, the combat support and related agencies, operational contract support, and the geographic and functional combatant commands to execute their wartime missions based upon their posture and readiness as of the time the review is conducted.

"(2) The Chairman shall produce the report required under this subsection using information derived from the quarterly reports required by subsection (a).

"(3) Each report required by this subsection shall include an assessment by each commander of a geographic or functional combatant command of the readiness of the command to conduct operations in a multidomain battle that integrates ground, sea, air, space, cyber, and special operations forces.

WASHSTATEC006047

"(4) The Chairman shall submit to the Secretary of Defense a copy of each report under this subsection.".

(c) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 23 of such title is amended by striking the item relating to section 482 and inserting the following new item:

"482. Readiness reports.".

**SEC. 362. TECHNICAL CORRECTION TO DEADLINE FOR TRANSITION TO DEFENSE READINESS REPORTING SYSTEM STRATEGIC.**

Section 358(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "October 1, 2019" and inserting "October 1, 2020".

**SEC. 363. REPORT ON NAVY SHIP DEPOT MAINTENANCE BUDGET.**

(a) IN GENERAL.—Not later than March 1 of each of 2020, 2021, and 2022, the Secretary of the Navy shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the Operation and Maintenance, Ship Depot Maintenance budget sub-activity group.

(b) ELEMENTS.—The report required under subsection (a) shall include each of the following elements:

(1) A breakdown of funding, categorized by class of ship, requested for ship and submarine maintenance.

(2) A description of how the requested funding, categorized by class of ship, compares to the identified ship maintenance requirement.

(3) The amount of funds appropriated for each class of ship for the preceding fiscal year.

(4) The amount of funds obligated and expended for each class of ship for each of the three preceding fiscal years.

(5) The cost, categorized by class of ship, of unplanned growth work for each of the three preceding fiscal years.

**SEC. 364. REPORT ON RUNIT DOME.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Energy shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the status of the Runit Dome in the Marshal Islands.

(b) MATTERS FOR INCLUSION.—The report required by subsection (a) shall include each of the following:

(1) A detailed plan to repair the dome to ensure that it does not have any harmful effects to the local

WASHSTATEC006049

population, environment, or wildlife, including the projected costs of implementing such plan.

(2) The effects on the environment that the dome has currently and is projected to have in 5 years, 10 years, and 20 years.

(3) An assessment of the current condition of the outer constructs of the dome.

(4) An assessment of the current and long-term safety to local humans posed by the site.

(5) An assessment of how rising sea levels might affect the dome.

(6) A summary of interactions between the Government of the United States and the government of the Marshall Islands about the dome.

(c) FORM OF REPORT.—The report required by subsection (a) shall be submitted in unclassified form and made publicly available.

**SEC. 365. PROHIBITION ON SUBJECTIVE UPGRADES BY COMMANDERS OF UNIT RATINGS IN MONTHLY READINESS REPORTING ON MILITARY UNITS.**

(a) IN GENERAL.—The Chairman of the Joint Chiefs of Staff shall modify Chairman of the Joint Chiefs of Staff Instruction (CJCSI) 3401.02B, on Force Readiness Reporting, to prohibit the commander of a military unit who

is responsible for monthly reporting of the readiness of the unit under the instruction from making any upgrade of the overall rating of the unit (commonly referred to as the "C-rating") for such reporting purposes based in whole or in part on subjective factors.

(b) WAIVER.—

(1) IN GENERAL.—The modification required by subsection (a) shall authorize an officer in a general or flag officer grade in the chain of command of a commander described in that subsection to waive the prohibition described in that subsection in connection with readiness reporting on the unit concerned if the officer considers the waiver appropriate in the circumstances.

(2) REPORTING ON WAIVERS.—Each report on personnel and unit readiness submitted to Congress for a calendar year quarter pursuant to section 482 of title 10, United States Code, shall include information on each waiver, if any, issued pursuant to paragraph (1) during such calendar year quarter.

**SEC. 366. REQUIREMENT TO INCLUDE FOREIGN LANGUAGE PROFICIENCY IN READINESS REPORTING SYSTEMS OF DEPARTMENT OF DEFENSE.**

Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense and the Sec-

WASHSTATEC006051

retary of each military department shall include in the Global Readiness and Force Management Enterprise, for the appropriate billets with relevant foreign language requirements, measures of foreign language proficiency as a mandatory element of unit readiness reporting, to include the Defense Readiness Reporting Systems-Strategic (DRRS-S) and all other subordinate systems that report readiness data.

## Subtitle F—Other Matters

**SEC. 371. PREVENTION OF ENCROACHMENT ON MILITARY TRAINING ROUTES AND MILITARY OPERATIONS AREAS.**

Section 183a of title 10, United States Code, is amended—

(1) in subsection (c)(6), in the second sentence—

(A) by striking ''radar or airport surveillance radar operated'' and inserting ''radar, airport surveillance radar, or wide area surveillance over-the-horizon radar operated''; and

(B) by inserting ''Any setback for a project pursuant to the previous sentence shall not be more than what is determined to be necessary by a technical analysis conducted by the Lincoln Laboratory at the Massachusetts Institute

WASHSTATEC006052

of Technology or any successor entity." after "mitigation options.";

(2) in subsection (d)—

(A) in paragraph (2)(E), by striking "to a Deputy Secretary of Defense, an Under Secretary of Defense, or a Principal Deputy Under Secretary of Defense" and inserting "to the Deputy Secretary of Defense, an Under Secretary of Defense, or a Deputy Under Secretary of Defense";

(B) by redesignating paragraph (3) as paragraph (4); and

(C) by inserting after paragraph (2) the following new paragraph (3):

"(3) The governor of a State may recommend to the Secretary of Defense additional geographical areas of concern within that State. Any such recommendation shall be submitted for notice and comment pursuant to paragraph (2)(C).";

(3) in subsection (e)(3), by striking "an under secretary of defense, or a deputy under secretary of defense" and inserting "an Under Secretary of Defense, or a Deputy Under Secretary of Defense";

(4) in subsection (f), in the first sentence, by striking "from an applicant for a project filed with

the Secretary of Transportation pursuant to section 44718 of title 49" and inserting "from an entity requesting a review by the Clearinghouse under this section"; and

(5) in subsection (h)—

(A) by redesignating paragraphs (3), (4), (5), (6), and (7) as paragraphs (4), (5), (6), (7), and (9), respectively;

(B) by inserting after paragraph (2) the following new paragraph (3):

"(3) The term 'governor', with respect to a State, means the chief executive officer of the State.";

(C) in paragraph (7), as redesignated by subparagraph (A), by striking "by the Federal Aviation Administration" and inserting "by the Administrator of the Federal Aviation Administration"; and

(D) by inserting after paragraph (7), as redesignated by subparagraph (A), the following new paragraph:

"(8) The term 'State' means the several States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern

WASHSTATEC006054

Mariana Islands, Guam, the United States Virgin Islands, and American Samoa.''.

**SEC. 372. EXPANSION AND ENHANCEMENT OF AUTHORITIES ON TRANSFER AND ADOPTION OF MILITARY ANIMALS.**

(a) TRANSFER AND ADOPTION GENERALLY.—Section 2583 of title 10, United States Code, is amended—

(1) in subsection (a)—

(A) in the subsection heading, by inserting ''TRANSFER OR'' before ''ADOPTION''; and

(B) by striking ''adoption'' each place it appears and inserting ''transfer or adoption'';

(2) in subsection (b)—

(A) in the subsection heading, by inserting ''TRANSFER OR'' before ''ADOPTION''; and

(B) in the first sentence, by striking ''adoption'' and inserting ''transfer or adoption''; and

(C) in the second sentence, striking ''adoptability'' and inserting ''transferability or adoptability'';

(3) in subsection (c)(1)—

(A) in the matter preceding subparagraph (A)—

WASHSTATEC006055

(i) by inserting "transfer or" before "adoption"; and

(ii) by inserting ", by" after "recommended priority";

(B) in subparagraphs (A) and (B), by inserting "adoption" before "by";

(C) in subparagraph (B), by inserting "or organizations" after "persons"; and

(D) in subparagraph (C), by striking "by" and inserting "transfer to"; and

(4) in subsection (e)—

(A) in the subsection heading, by inserting "OR ADOPTED"after "TRANSFERRED";

(B) in paragraphs (1) and (2), by striking "transferred" each place it appears and inserting "transferred or adopted"; and

(C) in paragraph (2), by striking "transfer" each place it appears and inserting "transfer or adoption".

(b) VETERINARY SCREENING AND CARE FOR MILITARY WORKING DOGS TO BE RETIRED.—Such section is further amended—

(1) by redesignating subsections (f), (g), and (h) as subsections (g), (h), and (i), respectively; and

WASHSTATEC006056

(2) by inserting after subsection (e) the following new subsection (f):

"(f) VETERINARY SCREENING AND CARE FOR MILITARY WORKING DOGS TO BE RETIRED.—(1)(A) If the Secretary of the military department concerned determines that a military working dog should be retired, such Secretary shall transport the dog to the Veterinary Treatment Facility at Lackland Air Force Base, Texas.

"(B) In the case of a contract working dog to be retired, transportation required by subparagraph (A) is satisfied by the transfer of the dog to the 341st Training Squadron at the end of the dog's service life as required by section 2410r of this title and assignment of the dog to the Veterinary Treatment Facility referred to in that subparagraph.

"(2)(A) The Secretary of Defense shall ensure that each dog transported as described in paragraph (1) to the Veterinary Treatment Facility referred to in that paragraph is provided with a full veterinary screening, and necessary veterinary care (including surgery for any mental, dental, or stress-related illness), before transportation of the dog in accordance with subsection (g).

"(B) For purposes of this paragraph, stress-related illness includes illness in connection with post-traumatic stress, anxiety that manifests in a physical ailment, obses-

WASHSTATEC006057

sive compulsive behavior, and any other stress-related ailment.

"(3) Transportation is not required under paragraph (1), and screening and care is not required under paragraph (2), for a military working dog located outside the United States if the Secretary of the military department concerned determines that transportation of the dog to the United States would not be in the best interests of the dog for medical reasons.".

(c) COORDINATION OF SCREENING AND CARE REQUIREMENTS WITH TRANSPORTATION REQUIREMENTS.—Subsection (g) of such section, as redesignated by subsection (b)(1) of this section, is amended to read as follows:

"(g) TRANSPORTATION OF RETIRING MILITARY WORKING DOGS.—Upon completion of veterinary screening and care for a military working dog to be retired pursuant to subsection (f), the Secretary of the military department concerned shall—

"(1) if the dog was at a location outside the United States immediately prior to transportation for such screening and care and a United States citizen or member of the armed forces living abroad agrees to adopt the dog, transport the dog to such location for adoption; or

"(2) for any other dog, transport the dog—

"(A) to the 341st Training Squadron;

"(B) to another location within the United States for transfer or adoption under this section.".

(d) PRESERVATION OF POLICY ON TRANSFER OF MILITARY WORKING DOGS TO LAW ENFORCEMENT AGENCIES.—Subsection (h) of such section, as so redesignated, is amended in paragraph (3) by striking "adoption of military working dogs" and all that follows through the period at the end and inserting "transfer of military working dogs to law enforcement agencies before the end of the dogs' useful working lives.".

(e) CLARIFICATION OF HORSES TREATABLE AS MILITARY ANIMALS.—Subsection (i) of such section, as so redesignated, is amended by striking paragraph (2) and inserting the following new paragraph (2):

"(2) An equid (horse, mule, or donkey) owned by the Department of Defense.".

(f) CONTRACT TERM FOR CONTRACT WORKING DOGS.—Section 2410r(a) of title 10, United States Code, is amended—

(1) by inserting ", and shall contain a contract term," after "shall require";

WASHSTATEC006059

(2) by inserting "and assigned for veterinary screening and care in accordance with section 2583 of this title" after "341st Training Squadron"; and

(3) by striking "section 2583 of this title" and inserting "such section".

**SEC. 373. EXTENSION OF AUTHORITY FOR SECRETARY OF DEFENSE TO USE DEPARTMENT OF DEFENSE REIMBURSEMENT RATE FOR TRANSPORTATION SERVICES PROVIDED TO CERTAIN NON-DEPARTMENT OF DEFENSE ENTITIES.**

Section 2642(b) of title 10, United States Code, is amended by striking "October 1, 2019" and inserting "October 1, 2024".

**SEC. 374. EXTENSION OF AUTHORITY OF SECRETARY OF TRANSPORTATION TO ISSUE NON-PREMIUM AVIATION INSURANCE.**

Section 44310(b) of title 49, United States Code, is amended by striking "December 31, 2019" and inserting "September 30, 2023".

**SEC. 375. DEFENSE PERSONAL PROPERTY PROGRAM.**

(a) REPORT ON PERSONAL PROPERTY PROGRAM IMPROVEMENT ACTION PLAN.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and

WASHSTATEC006060

Sustainment and the Under Secretary of Defense for Personnel and Readiness shall jointly submit to the congressional defense committees a report on implementation of the Personal Property Program Improvement Action Plan that was developed by the Personnel Relocation/Household Goods Movement Cross-Functional Team.

(2) CONTENTS OF REPORT.—The report required under paragraph (1) shall include updated information on the efforts of the Department of Defense to—

(A) integrate permanent-change-of-station orders with transportation systems;

(B) reduce the number of report dates during peak moving season;

(C) synchronize the communication of information about orders to all parties involved, including industry;

(D) improve lead time for permanent-change-of-station orders;

(E) meet quality assurance inspection standards;

(F) improve the claims review process; and

(G) incorporate predictive analytics to anticipate potentially problematic shipments.

WASHSTATEC006061

(3) BRIEFING.—Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment and the Assistant Secretary of Defense for Personnel and Readiness shall jointly provide to the congressional defense committees a briefing on the report required under this subsection.

(b) BUSINESS CASE ANALYSIS.—Not later than 30 days after the date of the enactment of this Act, the Commander of United States Transportation Command shall submit to the congressional defense committees a business case analysis for the proposed award of a global household goods contract for the defense personal property program.

(c) GAO REPORT.—Not later than 30 days after the date on which the Commander of United States Transportation Command submits the business case analysis required by subsection (b), the Comptroller General of the United States shall submit to the congressional defense committees a report on a comprehensive study conducted by the Comptroller General that includes—

(1) an analysis of the effects that the outsourcing of the management and oversight of the movement of household goods to a private entity or entities would have on members of the Armed Forces and their families;

WASHSTATEC006062

(2) a comprehensive cost-benefit analysis; and

(3) recommendations for changes to the strategy of the Department of Defense for the defense personal property program.

(d) LIMITATION.—None of the funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 may be used to enter into a global household goods contract until April 1, 2020.

(e) DEFINITIONS.—In this section:

(1) The term "global household goods contract" means the solicitation managed by United States Transportation Command to engage a private entity to manage the defense personal property program.

(2) The term "defense personal property program" means the Department of Defense program used to manage the shipment of the baggage and household effects of members of the Armed Forces under section 476 of title 37, United States Code.

**SEC. 376. PUBLIC EVENTS ABOUT RED HILL BULK FUEL STORAGE FACILITY.**

(a) REQUIREMENT.—At least once every calendar quarter, the Secretary of the Navy, or the designee of the Secretary, shall hold an event that is open to the public

at which the Secretary shall provide up-to-date information about the Red Hill Bulk Fuel Storage Facility.

(b) TERMINATION.—The requirement to hold events under subsection (a) shall terminate on the earlier of the following dates:

(1) September 30, 2025.

(2) The date on which the Red Hill Bulk Fuel Storage Facility ceases operation.

**SEC. 377. SENSE OF CONGRESS REGARDING INNOVATIVE READINESS TRAINING PROGRAM.**

It is the sense of Congress that—

(1) the Innovative Readiness Training program is an effective training program for members of the Armed Forces and is highly beneficial to civilian-military relationships with local American communities;

(2) due to the geographic complexities and realities of non-contiguous States and territories, Innovative Readiness Training has lent greater benefit to such States and territories while providing unique and realistic training opportunities and deployment readiness for members of the Armed Forces;

(3) the Department of Defense should pursue continued Innovative Readiness Training opportunities, and, where applicable, strongly encourage the

WASHSTATEC006064

use of Innovative Readiness Training in non-contiguous States and territories; and

(4) in considering whether to recommend a project, the Secretary should consider the benefits of the project to the economy of a region damaged by natural disasters.

**SEC. 378. DETONATION CHAMBERS FOR EXPLOSIVE ORDNANCE DISPOSAL.**

(a) IN GENERAL.—The Secretary of the Navy shall purchase and operate a portable closed detonation chamber and water jet cutting system to be deployed at a former naval bombardment area located outside the continental United States that is part of an active remediation program using amounts made available for environmental restoration, Navy. Upon a determination by the Secretary of the Navy that the chamber has completed the mission of destroying appropriately sized munitions at such former naval bombardment area, the Secretary may deploy the chamber to another location.

(b) AUTHORIZATION OF APPROPRIATIONS.—There is authorized to be appropriated for fiscal year 2020 $10,000,000 to carry out subsection (a).

# TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS

Subtitle A—Active Forces

Sec. 401. End strengths for active forces.

WASHSTATEC006065

Sec. 402. Revisions in permanent active duty end strength minimum levels.

Subtitle B—Reserve Forces

Sec. 411. End strengths for Selected Reserve.
Sec. 412. End strengths for Reserves on active duty in support of the reserves.
Sec. 413. End strengths for military technicians (dual status).
Sec. 414. Maximum number of reserve personnel authorized to be on active duty for operational support.
Sec. 415. Authorized strengths for Marine Corps Reserves on active duty.
Sec. 416. Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.

Subtitle C—Authorization of Appropriations

Sec. 421. Military personnel.

# Subtitle A—Active Forces

**SEC. 401. END STRENGTHS FOR ACTIVE FORCES.**

The Armed Forces are authorized strengths for active duty personnel as of September 30, 2020, as follows:

(1) The Army, 480,000.

(2) The Navy, 340,500.

(3) The Marine Corps, 186,200.

(4) The Air Force, 332,800.

**SEC. 402. REVISIONS IN PERMANENT ACTIVE DUTY END STRENGTH MINIMUM LEVELS.**

Section 691(b) of title 10, United States Code, is amended by striking paragraphs (1) through (4) and inserting the following new paragraphs:

"(1) For the Army, 480,000.

"(2) For the Navy, 340,500.

"(3) For the Marine Corps, 186,200.

"(4) For the Air Force, 332,800.".

## Subtitle B—Reserve Forces

**SEC. 411. END STRENGTHS FOR SELECTED RESERVE.**

(a) IN GENERAL.—The Armed Forces are authorized strengths for Selected Reserve personnel of the reserve components as of September 30, 2020, as follows:

(1) The Army National Guard of the United States, 336,000.

(2) The Army Reserve, 189,500.

(3) The Navy Reserve, 59,000.

(4) The Marine Corps Reserve, 38,500.

(5) The Air National Guard of the United States, 107,700.

(6) The Air Force Reserve, 70,100.

(7) The Coast Guard Reserve, 7,000.

(b) END STRENGTH REDUCTIONS.—The end strengths prescribed by subsection (a) for the Selected Reserve of any reserve component shall be proportionately reduced by—

(1) the total authorized strength of units organized to serve as units of the Selected Reserve of such component which are on active duty (other than for training) at the end of the fiscal year; and

(2) the total number of individual members not in units organized to serve as units of the Selected Reserve of such component who are on active duty

WASHSTATEC006067

(other than for training or for unsatisfactory participation in training) without their consent at the end of the fiscal year.

(c) END STRENGTH INCREASES.—Whenever units or individual members of the Selected Reserve of any reserve component are released from active duty during any fiscal year, the end strength prescribed for such fiscal year for the Selected Reserve of such reserve component shall be increased proportionately by the total authorized strengths of such units and by the total number of such individual members.

**SEC. 412. END STRENGTHS FOR RESERVES ON ACTIVE DUTY IN SUPPORT OF THE RESERVES.**

Within the end strengths prescribed in section 411(a), the reserve components of the Armed Forces are authorized, as of September 30, 2020, the following number of Reserves to be serving on full-time active duty or full-time duty, in the case of members of the National Guard, for the purpose of organizing, administering, recruiting, instructing, or training the reserve components:

(1) The Army National Guard of the United States, 30,595.

(2) The Army Reserve, 16,511.

(3) The Navy Reserve, 10,155.

(4) The Marine Corps Reserve, 2,386.

(5) The Air National Guard of the United States, 22,637.

(6) The Air Force Reserve, 4,431.

**SEC. 413. END STRENGTHS FOR MILITARY TECHNICIANS (DUAL STATUS).**

(a) IN GENERAL.—The minimum number of military technicians (dual status) as of the last day of fiscal year 2020 for the reserve components of the Army and the Air Force (notwithstanding section 129 of title 10, United States Code) shall be the following:

(1) For the Army National Guard of the United States, 22,294.

(2) For the Army Reserve, 6,492.

(3) For the Air National Guard of the United States, 13,569.

(4) For the Air Force Reserve, 8,938.

(b) LIMITATION.—Under no circumstances may a military technician (dual status) employed under the authority of this section be coerced by a State into accepting an offer of realignment or conversion to any other military status, including as a member of the Active, Guard, and Reserve program of a reserve component. If a military technician (dual status) declines to participate in such realignment or conversion, no further action will be taken against the individual or the individual's position.

WASHSTATEC006069

(c) ADJUSTMENT OF AUTHORIZED STRENGTH.—

(1) IN GENERAL.—If, at the end of fiscal year 2019, the Air National Guard of the United States does not meet its full-time support realignment goals for such fiscal year (as presented in the justification materials of the Department of Defense in support of the budget of the President for such fiscal year under section 1105 of title 31, United States Code), the authorized number of military technicians (dual status) of the Air National Guard of the United States under subsection (a)(3) shall be increased by the number equal to the difference between—

(A) 3,190, which is the number of military technicians (dual status) positions in the Air National Guard of the United States sought to be converted to the Active, Guard, and Reserve program of the Air National Guard during fiscal year 2019; and

(B) the number of realigned positions achieved in the Air National Guard by the end of fiscal year 2019.

(2) LIMITATION.—The increase under paragraph (1) in the authorized number of military technician (dual status) positions described in that paragraph may not exceed 2,292.

(3) DECREASE IN AUTHORIZED NUMBER OF ANGUS RESERVES ON ACTIVE DUTY IN SUPPORT OF THE RESERVES.—In the event of an adjustment to the authorized number military technicians (dual status) of the Air National Guard of the United States under this subsection, the number of members of the Air National Guard of the United States authorized by section 412(5) to be on active duty as of September 30, 2020, shall be decreased by the number equal to the number of such adjustment.

(d) CERTIFICATION.—Not later than January 1, 2020, the Chief of the National Guard Bureau shall certify to the Committees on Armed Services of the Senate and House of Representatives the number of positions realigned from a military technician (dual status) position to a position in the Active, Guard, and Reserve program of a reserve component in fiscal year 2019.

(e) DEFINITIONS.—In subsections (b), (c), and (d):

(1) The term "realigned position" means any military technician (dual status) position which has been converted or realigned to a position in an Active, Guard, and Reserve program of a reserve component under the full time support rebalancing plan of the Armed Force concerned, regardless of whether such position is encumbered.

WASHSTATEC006071

(2) The term "Active, Guard, and Reserve program", in the case of a reserve component, means the program of the reserve component under which Reserves serve on full-time active duty or full-time duty, in the case of members of the National Guard, for the purpose of organizing, administering, recruiting, instructing, or training such reserve component.

**SEC. 414. MAXIMUM NUMBER OF RESERVE PERSONNEL AUTHORIZED TO BE ON ACTIVE DUTY FOR OPERATIONAL SUPPORT.**

During fiscal year 2020, the maximum number of members of the reserve components of the Armed Forces who may be serving at any time on full-time operational support duty under section 115(b) of title 10, United States Code, is the following:

(1) The Army National Guard of the United States, 17,000.

(2) The Army Reserve, 13,000.

(3) The Navy Reserve, 6,200.

(4) The Marine Corps Reserve, 3,000.

(5) The Air National Guard of the United States, 16,000.

(6) The Air Force Reserve, 14,000.

**SEC. 415. AUTHORIZED STRENGTHS FOR MARINE CORPS RESERVES ON ACTIVE DUTY.**

(a) OFFICERS.—Section 12011(a)(1) of title 10, United States Code, is amended by striking those parts of the table pertaining to the Marine Corps Reserve and inserting the following:

"Marine Corps Reserve:

| | | | |
|---|---|---|---|
| 1,000 | 99 | 63 | 20 |
| 1,200 | 103 | 67 | 21 |
| 1,300 | 107 | 70 | 22 |
| 1,400 | 111 | 73 | 23 |
| 1,500 | 114 | 76 | 24 |
| 1,600 | 117 | 79 | 25 |
| 1,700 | 120 | 82 | 26 |
| 1,800 | 123 | 85 | 27 |
| 1,900 | 126 | 88 | 28 |
| 2,000 | 129 | 91 | 29 |
| 2,100 | 132 | 94 | 30 |
| 2,200 | 134 | 97 | 31 |
| 2,300 | 136 | 100 | 32 |
| 2,400 | 143 | 105 | 34 |
| 2,500 | 149 | 109 | 35 |
| 2,600 | 155 | 113 | 36 |
| 2,700 | 161 | 118 | 37 |
| 2,800 | 167 | 122 | 39 |
| 2,900 | 173 | 126 | 41 |
| 3,000 | 179 | 130 | 42". |

(c) SENIOR ENLISTED MEMBERS.—Section 12012(a) of title 10, United States Code, is amended by striking those parts of the table pertaining to the Marine Corps Reserve and inserting the following:

"Marine Corps Reserve:

| | | |
|---|---|---|
| 1,100 | 50 | 11 |
| 1,200 | 55 | 12 |
| 1,300 | 60 | 13 |
| 1,400 | 65 | 14 |
| 1,500 | 70 | 15 |
| 1,600 | 75 | 16 |
| 1,700 | 80 | 17 |
| 1,800 | 85 | 18 |

| | | |
|---|---|---|
| 1,900 | 89 | 19 |
| 2,000 | 93 | 20 |
| 2,100 | 96 | 21 |
| 2,200 | 99 | 22 |
| 2,300 | 101 | 23 |
| 2,400 | 106 | 24 |
| 2,500 | 112 | 25 |
| 2,600 | 116 | 26 |
| 2,700 | 121 | 27 |
| 2,800 | 125 | 28 |
| 2,900 | 130 | 29 |
| 3,000 | 134 | 30". |

**SEC. 416. MODIFICATION OF AUTHORIZED STRENGTH OF AIR FORCE RESERVE SERVING ON FULL-TIME RESERVE COMPONENT DUTY FOR ADMINISTRATION OF THE RESERVES OR THE NATIONAL GUARD.**

(a) IN GENERAL.—The table in section 12011(a)(1) of title 10, United States Code, is amended by striking the matter relating to the Air Force Reserve and inserting the following new matter:

"Air Force Reserve

| | | | |
|---|---|---|---|
| 1,000 | 166 | 170 | 100 |
| 1,500 | 245 | 251 | 143 |
| 2,000 | 322 | 330 | 182 |
| 2,500 | 396 | 406 | 216 |
| 3,000 | 467 | 479 | 246 |
| 3,500 | 536 | 550 | 271 |
| 4,000 | 602 | 618 | 292 |
| 4,500 | 665 | 683 | 308 |
| 5,000 | 726 | 746 | 320 |
| 5,500 | 784 | 806 | 325 |
| 6,000 | 840 | 864 | 327 |
| 7,000 | 962 | 990 | 347 |
| 8,000 | 1,087 | 1,110 | 356 |
| 10,000 | 1,322 | 1,362 | 395". |

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall take effect on October 1, 2019, and shall apply with respect to fiscal years beginning on or after that date.

## Subtitle C—Authorization of Appropriations

**SEC. 421. MILITARY PERSONNEL.**

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for military personnel, as specified in the funding table in section 4401.

(b) CONSTRUCTION OF AUTHORIZATION.—The authorization of appropriations in subsection (a) supersedes any other authorization of appropriations (definite or indefinite) for such purpose for fiscal year 2020.

# TITLE V—MILITARY PERSONNEL POLICY

Subtitle A—Officer Personnel Policy

Sec. 501. Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.
Sec. 502. Furnishing of adverse information on officers to promotion selection boards.
Sec. 503. Limitation on number of officers recommendable for promotion by promotion selection boards.
Sec. 504. Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.
Sec. 505. Management policies for joint qualified officers.

Sec. 506. Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.
Sec. 507. Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.
Sec. 508. Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.
Sec. 509. Higher grade in retirement for officers following reopening of determination or certification of retired grade.
Sec. 510. Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.
Sec. 510A. Availability on the internet of certain information about officers serving in general or flag officer grades.
Sec. 510B. Functional badge or insignia upon commission for chaplains.

Subtitle B—Reserve Component Management

Sec. 511. Modification of grade level threshold for Junior Reserve Officers' Training Corps.
Sec. 512. Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps.
Sec. 513. Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.
Sec. 514. Clarification of eligibility to serve as Commander, Marine Forces Reserve.
Sec. 515. Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.
Sec. 516. Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.
Sec. 517. Modernization of inspection authorities applicable to the National Guard.
Sec. 518. Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.
Sec. 519. Coast Guard Junior Reserve Officers' Training Corps.
Sec. 520. Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.
Sec. 520A. Report on methods to enhance domestic response to large scale, complex and catastrophic disasters.
Sec. 520B. Report and briefing on the Senior Reserve Officers' Training Corps.
Sec. 520C. Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units.

Subtitle C—General Service Authorities and Correction of Military Records

Sec. 521. Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims.
Sec. 522. Reduction in required number of members of discharge review boards.
Sec. 523. Establishment of process to review a request for upgrade of discharge or dismissal.
Sec. 524. Prohibition on reduction in the number of personnel assigned to duty with a service review agency.

WASHSTATEC006076

Sec. 525. Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters.
Sec. 526. Time requirements for certification of honorable service.
Sec. 527. Correction of certain discharge characterizations.
Sec. 528. Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record.
Sec. 529. Strategic plan for diversity and inclusion.
Sec. 530. Study regarding screening individuals who seek to enlist in the Armed Forces.
Sec. 530A. Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens.
Sec. 530B. Sense of Congress regarding accession physicals.

Subtitle D—Military Justice

Sec. 531. Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice.
Sec. 532. Command influence.
Sec. 533. Statute of limitations for certain offenses.
Sec. 534. Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.
Sec. 535. Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.
Sec. 536. Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.
Sec. 537. Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.
Sec. 538. Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.
Sec. 539. Increase in number of digital forensic examiners for certain military criminal investigative organizations.
Sec. 540. Increase in investigative personnel and Victim Witness Assistance Program liaisons.
Sec. 540A. Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.
Sec. 540B. Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.
Sec. 540C. Timely disposition of nonprosecutable sex-related offenses.
Sec. 540D. Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.
Sec. 540E. Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.
Sec. 540F. Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice.
Sec. 540G. Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.

Sec. 540H. Report on expansion of Air Force safe to report policy across the Armed Forces.
Sec. 540I. Assessment of racial, ethnic, and gender disparities in the military justice system.
Sec. 540J. Pilot programs on defense investigators in the military justice system.
Sec. 540K. Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications.
Sec. 540L. Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation.
Sec. 540M. Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military.
Sec. 540N. Sense of Congress on the Port Chicago 50.

Subtitle E—Other Legal Matters

Sec. 541. Improvement of certain Special Victims' Counsel authorities.
Sec. 542. Availability of Special Victims' Counsel at military installations.
Sec. 543. Notification of issuance of military protective order to civilian law enforcement.
Sec. 544. Copyright protection for civilian faculty of certain accredited institutions.
Sec. 545. Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service.
Sec. 546. Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act.
Sec. 547. Preservation of right to bring class action under Servicemembers Civil Relief Act.
Sec. 548. Legal counsel for victims of alleged domestic violence offenses.
Sec. 549. Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial.
Sec. 550. Treatment of information in Catch a Serial Offender Program for certain purposes.
Sec. 550A. Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals.
Sec. 550B. Defense Advisory Committee for the Prevention of Sexual Misconduct.
Sec. 550C. Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned.
Sec. 550D. Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.
Sec. 550E. Feasibility study on establishment of database of military protective orders.
Sec. 550F. GAO review of USERRA and SCRA.

Subtitle F—Member Education

Sec. 551. Authority for detail of certain enlisted members of the Armed Forces as students at law schools.
Sec. 552. Inclusion of Coast Guard in Department of Defense STARBASE Program.
Sec. 553. Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions.
Sec. 554. Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation.
Sec. 555. Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense.
Sec. 556. Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute.
Sec. 557. Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force.
Sec. 558. Speech disorders of cadets and midshipmen.
Sec. 559. Requirement to continue provision of tuition assistance for members of the Armed Forces.
Sec. 560. Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program.
Sec. 560A. Inclusion of information on free credit monitoring in annual financial literacy briefing.
Sec. 560B. Programs to facilitate the award of private pilot's certificates.

Subtitle G—Member Training and Transition

Sec. 561. Requirement to provide information regarding benefits claims to members during TAP counseling.
Sec. 562. Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces.
Sec. 563. First modification of elements of report on the improved Transition Assistance Program.
Sec. 564. Second modification of elements of report on the improved Transition Assistance Program.
Sec. 565. Prohibition on gender-segregated training at Marine Corps Recruit Depots.
Sec. 566. Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments.
Sec. 567. Review of Department of Defense training programs regarding disinformation campaigns.
Sec. 568. Command matters in connection with transition assistance programs.
Sec. 569. Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214).
Sec. 570. Records of service for Reserves.
Sec. 570A. Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense.
Sec. 570B. Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations.

Sec. 570C. Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648).
Sec. 570D. Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States.
Sec. 570E. Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service.
Sec. 570F. Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.
Sec. 570G. Pilot program regarding online application for the Transition Assistance Program.

Subtitle H—Military Family Readiness and Dependents' Education

Sec. 571. Authorizing members to take leave for a birth or adoption in more than one increment.
Sec. 572. Deferred deployment for members who give birth.
Sec. 573. Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.
Sec. 574. Military funeral honors matters.
Sec. 575. Improvement of occupational license portability for relocated spouses of members of the uniformed services.
Sec. 576. Continued eligibility for education and training opportunities for spouses of promoted members.
Sec. 577. Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.
Sec. 578. Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.
Sec. 579. Annual State report card.
Sec. 580. Improvements to child care for members of the Armed Forces.
Sec. 580A. Transportation of remains of casualties; travel expenses for next of kin.
Sec. 580B. Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.
Sec. 580C. Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.
Sec. 580D. Study on two-way military ballot barcode tracking.
Sec. 580E. Assistance to schools with military dependent students.
Sec. 580F. First expansion of the My Career Advancement Account program for military spouses.
Sec. 580G. Second expansion of the My Career Advancement Account program for military spouses.
Sec. 580H. Report on training and support available to military spouses.
Sec. 580I. Ri'katak Guest Student Program at United States Army Garrison – Kwajalein Atoll.

Subtitle I—Decorations and Awards

Sec. 581. Modification of authorities on eligibility for and replacement of gold star lapel buttons.

WASHSTATEC006080

Sec. 582. Standardization of honorable service requirement for award of military decorations.
Sec. 583. Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.
Sec. 584. Review of World War I valor medals.

Subtitle J—Miscellaneous Reports and Other Matters

Sec. 591. Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys.
Sec. 592. Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.
Sec. 593. Questions in surveys regarding extremist activity in the workplace.
Sec. 594. Study on best practices for providing financial literacy education for separating members of the Armed Forces.
Sec. 595. Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.
Sec. 596. Report on certain waivers.
Sec. 597. Notifications on manning of afloat naval forces.
Sec. 598. Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.
Sec. 599. Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.
Sec. 599A. Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.
Sec. 599B. Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.
Sec. 599C. Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.

## Subtitle A—Officer Personnel Policy

**SEC. 501. MAKER OF ORIGINAL APPOINTMENTS IN A REGULAR OR RESERVE COMPONENT OF COMMISSIONED OFFICERS PREVIOUSLY SUBJECT TO ORIGINAL APPOINTMENT IN OTHER TYPE OF COMPONENT.**

(a) MAKER OF REGULAR APPOINTMENTS IN TRANSFER FROM RESERVE ACTIVE-STATUS LIST TO ACTIVE-DUTY LIST.—Section 531(c) of title 10, United States

WASHSTATEC006081

Code, is amended by striking "the Secretary concerned" and inserting "the Secretary of Defense".

(b) MAKER OF RESERVE APPOINTMENTS IN TRANSFER FROM ACTIVE-DUTY LIST TO RESERVE ACTIVE-STATUS LIST.—Section 12203(b) of such title is amended by striking "the Secretary concerned" and inserting "the Secretary of Defense".

(c) REPORT.—Not later than April 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:

(1) The average number per fiscal year, during fiscal years 2010 through 2019, of transfers of appointment from regular officer to reserve officer in the Armed Forces, set forth by each of transfers requiring and transfers not requiring appointment by and with the advice and consent of the Senate.

(2) The average amount of time required per fiscal year, during such fiscal years, for completion of a transfer of appointment from regular officer to reserve officer in situations not requiring appointment by and with the advice and consent of the Senate.

(3) An assessment of the number of officers who experience a break-in-service due to delays in

WASHSTATEC006082

transfer of appointment from regular officer to reserve officer as a result of the requirement for appointment by and with the advice and consent of the Senate.

(4) An assessment of the feasibility and advisability of each of the following:

(A) Appointment of regular officers as both a regular officer and a reserve officer immediately upon commissioning.

(B) Consolidation of the provisions of title 10, United States Code, relating to appointment as a regular or reserve officer in a manner designed to facilitate and improve officer retention.

(5) Such other recommendations for legislative or administrative action as the Secretary considers appropriate to improve the rapid transfer of appointment of an officer from regular status to reserve status.

**SEC. 502. FURNISHING OF ADVERSE INFORMATION ON OFFICERS TO PROMOTION SELECTION BOARDS.**

(a) EXPANSION OF GRADES OF OFFICERS FOR WHICH INFORMATION IS FURNISHED.—Section 615(a)(3) of title 10, United States Code, is amended—

(1) by inserting "(A)" after "(3)";

(2) in subparagraph (A), as designated by paragraph (1), by striking "a grade above colonel or, in the case of the Navy, captain" and inserting "a grade specified in subparagraph (B)"; and

(3) by adding at the end the following new subparagraph:

"(B) A grade specified in this subparagraph is as follows:

"(i) In the case of a regular officer, a grade above captain or, in the case of the Navy, lieutenant.

"(ii) In the case of a reserve officer, a grade above lieutenant colonel or, in the case of the Navy, commander.".

(b) FURNISHING AT EVERY PHASE OF CONSIDERATION.—Such section is further amended by adding at the end the following new subparagraph:

"(C) The standards and procedures referred to in subparagraph (A) shall require the furnishing to the selection board, and to each individual member of the board, the information described in that subparagraph with regard to an officer in a grade specified in subparagraph (B) at each stage or phase of the selection board, concurrent with the screening, rating, assessment, evaluation, discussion, or other consideration by the board or member

of the official military personnel file of the officer, or of the officer.''.

(c) EFFECTIVE DATE.—The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply with respect to the proceedings of promotion selection boards convened under section 611(a) of title 10, United States Code, after that date.

**SEC. 503. LIMITATION ON NUMBER OF OFFICERS RECOMMENDABLE FOR PROMOTION BY PROMOTION SELECTION BOARDS.**

(a) IN GENERAL.—Section 616 of title 10, United States Code is amended—

(1) by redesignating subsections (d), (e), (f), and (g) as subsections (e), (f), (g), and (h), respectively; and

(2) by inserting after subsection (c) the following new subsection (d):

''(d) The number of officers recommended for promotion by a selection board convened under section 611(a) of this title may not exceed the number equal to 95 percent of the number of officers included in the promotion zone established under section 623 of this title for consideration by the board.''.

(b) EFFECTIVE DATE.—The amendments made by this section shall take effect on the date of the enactment

of this Act, and shall apply with respect to consideration by promotion selection boards convened under section 611(a) of title 10, United States Code, of promotion zones that are established under section 623 of that title on or after that date.

**SEC. 504. EXPANSION OF AUTHORITY FOR CONTINUATION ON ACTIVE DUTY OF OFFICERS IN CERTAIN MILITARY SPECIALTIES AND CAREER TRACKS.**

Section 637a(a) of title 10, United States Code, is amended by inserting ''separation or'' after ''provided for the''.

**SEC. 505. MANAGEMENT POLICIES FOR JOINT QUALIFIED OFFICERS.**

Section 661(d)(3)(B) of title 10, United States Code, is amended in the third sentence by inserting ''or a designee of the Chairman who is an officer of the armed forces in grade O–9 or higher'' before the period.

**SEC. 506. MODIFICATION OF AUTHORITIES ON MANAGEMENT OF DEPLOYMENTS OF MEMBERS OF THE ARMED FORCES AND RELATED UNIT OPERATING AND PERSONNEL TEMPO MATTERS.**

(a) LIMITATION ON SCOPE OF DELEGATIONS OF APPROVAL OF EXCEPTIONS TO DEPLOYMENT THRESHOLDS.—Paragraph (3) of section 991(a) of title 10,

WASHSTATEC006086

United States Code, is amended by striking "be delegated to—" and all that follows and inserting "be delegated to a civilian officer of the Department of Defense appointed by the President, by and with the advice and consent of the Senate.".

(b) SEPARATE POLICIES ON DWELL TIME FOR REGULAR AND RESERVE MEMBERS.—Paragraph (4) of such section is amended—

(1) by striking "addresses the amount" and inserting "addresses each of the following:

"(A) The amount.";

(2) in subparagraph (A), as designated by paragraph (1), by inserting "regular" before "member"; and

(3) by adding at the end the following new subparagraph:

"(B) The amount of dwell time a reserve member of the armed forces remains at the member's permanent duty station after completing a deployment of 30 days or more in length.".

WASHSTATEC006087

**SEC. 507. PERSONNEL TEMPO OF THE ARMED FORCES AND THE UNITED STATES SPECIAL OPERATIONS COMMAND DURING PERIODS OF INAPPLICABILITY OF HIGH-DEPLOYMENT LIMITATIONS.**

(a) IN GENERAL.—Section 991(d) of title 10, United States Code, is amended—

(1) by inserting "(1)" before "The Secretary"; and

(2) by adding at the end the following new paragraph:

"(2)(A) Whenever a waiver is in effect under paragraph (1), the member or group of members covered by the waiver shall be subject to specific and measurable deployment thresholds established and maintained for purposes of this subsection.

"(B) Thresholds under this paragraph may be applicable—

"(i) uniformly, Department of Defense-wide; or

"(ii) separately, with respect to each armed force or the United States Special Operations Command.

"(C) If thresholds under this paragraph are applicable Department-wide, such thresholds shall be established and maintained by the Under Secretary of Defense for Personnel and Readiness. If such thresholds are applicable only to one armed force or the Under States Special Oper-

ations Command, such thresholds shall be established and maintained respectively by the Secretary of the Army, the Secretary of the Navy (other than with respect to the Marine Corps), the Secretary of the Air Force, the Commandant of the Marine Corps (with respect to the Marine Corps), and the Commander of the United States Special Operations Command, as applicable.

"(D) In undertaking recordkeeping for purposes of subsection (c), the Under Secretary shall, in conjunction with the officials and officers referred to in subparagraph (C), collect complete and reliable personnel tempo data of members described in subparagraph (A) in order to ensure that the Department, the armed forces, and the United States Special Operations Command fully and completely monitor personnel tempo under any waiver authorized under paragraph (1) and the effect of such waiver on the armed forces.".

(b) DEADLINE FOR IMPLEMENTATION.—Paragraph (2) of section 991(d) of title 10, United States Code, as added by subsection (a), shall be fully implemented by not later than March 1, 2020.

WASHSTATEC006089

**SEC. 508. PERMANENT AUTHORITY TO DEFER PAST AGE 64 THE RETIREMENT OF CHAPLAINS IN GENERAL AND FLAG OFFICER GRADES.**

Section 1253(c) of title 10, United States Code, is amended by striking paragraph (3).

**SEC. 509. HIGHER GRADE IN RETIREMENT FOR OFFICERS FOLLOWING REOPENING OF DETERMINATION OR CERTIFICATION OF RETIRED GRADE.**

(a) ADVICE AND CONSENT OF SENATE REQUIRED FOR HIGHER GRADE.—Section 1370(f) of title 10, United States Code, is amended—

(1) by redesignating paragraph (5) as paragraph (6); and

(2) by inserting after paragraph (4) the following new paragraph (5):

"(5) If the retired grade of an officer is proposed to be increased through the reopening of the determination or certification of officer's retired grade, the increase in the retired grade shall be made by the Secretary of Defense, by and with the advice and consent of the Senate.".

(b) RECALCULATION OF RETIRED PAY.—Paragraph (6) of such section, as redesignated by subsection (a)(1), is amended—

(1) by inserting "or increased" after "reduced";

(2) by inserting "as a result of the reduction or increase" after "any modification of the retired pay of the officer";

(3) by inserting "or increase" after "the reduction"; and

(4) by adding at the end the following new sentence: "An officer whose retired grade is increased as described in the preceding sentence shall not be entitled to an increase in retired pay for any period before the effective date of the increase.".

(c) EFFECTIVE DATE.—The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply to an increase in the retired grade of an officer that occurs through a reopening of the determination or certification of the officer's retired grade on or after that date, regardless of when the officer retired.

**SEC. 510. AUTHORITY OF PROMOTION BOARDS TO RECOMMEND THAT OFFICERS OF PARTICULAR MERIT BE PLACED HIGHER ON PROMOTION LIST.**

(a) IN GENERAL.—Section 14108 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(f) HIGHER PLACEMENT OF OFFICERS OF PARTICULAR MERIT ON PROMOTION LIST.—(1) In selecting officers to be recommended for promotion, a promotion board may, when authorized by the Secretary concerned, recommend that officers of particular merit, from among those officers selected for promotion, be placed higher on the promotion list established by the Secretary under section 14308(a) of this title.

"(2) A promotion board may make a recommendation under paragraph (1) only if an officer receives the recommendation of—

"(A) a majority of the members of the promotion board; or

"(B) an alternative requirement established by the Secretary concerned and furnished to the promotion board as part of the guidelines under section 14107 of this title.

"(3) For officers who receive recommendations under paragraph (1), the board shall recommend the order in which those officers should be placed on the promotion list.".

(b) REPORTS REGARDING RECOMMENDATIONS THAT OFFICERS OF PARTICULAR MERIT BE PLACED HIGHER ON PROMOTION LIST.—Section 14109 of such title is

WASHSTATEC006092

amended by adding at the end the following new subsection:

"(d) REPORT OF OFFICERS RECOMMENDED FOR HIGHER PLACEMENT ON PROMOTION LIST.—A promotion board convened under section 14101(a) of this title shall, when authorized under section 14108(f) of this title, include in its report to the Secretary concerned—

"(1) the names of those officers the promotion board recommends be placed higher on the promotion list; and

"(2) the order in which the promotion board recommends those officers should be placed on the promotion list.".

(e) OFFICERS OF PARTICULAR MERIT APPEARING HIGHER ON PROMOTION LIST.—Section 14308(a) of such title is amended in the first sentence by inserting "or based on particular merit, as determined by the promotion board" before the period.

**SEC. 510A. AVAILABILITY ON THE INTERNET OF CERTAIN INFORMATION ABOUT OFFICERS SERVING IN GENERAL OR FLAG OFFICER GRADES.**

(a) AVAILABILITY REQUIRED.—

(1) IN GENERAL.—The Secretary of each military department shall make available on an internet website of such department available to the public

WASHSTATEC006093

information specified in paragraph (2) on each officer in a general or flag officer grade under the jurisdiction of such Secretary, including any such officer on the reserve active-status list.

(2) INFORMATION.—The information on an officer specified by this paragraph to be made available pursuant to paragraph (1) is the information as follows:

(A) The officer's name.

(B) The officer's current grade, duty position, command or organization, and location of assignment.

(C) A summary list of the officer's past duty assignments while serving in a general or flag officer grade.

(b) ADDITIONAL PUBLIC NOTICE ON CERTAIN OFFICERS.—Whenever an officer in a grade of O–7 or above is assigned to a new billet or reassigned from a current billet, the Secretary of the military department having jurisdiction of such officer shall make available on an internet website of such department available to the public a notice of such assignment or reassignment.

(c) LIMITATION ON WITHHOLDING OF CERTAIN INFORMATION OR NOTICE.—

WASHSTATEC006094

(1) LIMITATION.—The Secretary of a military department may not withhold the information or notice specified in subsections (a) and (b) from public availability pursuant to subsection (a), unless and until the Secretary notifies the Committees on Armed Services of the Senate and House of Representatives in writing of the information or notice that will be so withheld, together with justification for withholding the information or notice from public availability.

(2) LIMITED DURATION OF WITHHOLDING.—The Secretary concerned may withhold from the public under paragraph (1) information or notice on an officer only on the basis of individual risk or national security, and may continue to withhold such information or notice only for so long as the basis for withholding remains in force.

**SEC. 510B. FUNCTIONAL BADGE OR INSIGNIA UPON COMMISSION FOR CHAPLAINS.**

A military chaplain shall receive a functional badge or insignia upon commission.

## Subtitle B—Reserve Component Management

**SEC. 511. MODIFICATION OF GRADE LEVEL THRESHOLD FOR JUNIOR RESERVE OFFICERS' TRAINING CORPS.**

Section 2031(b)(1) of title 10, United States Code, is amended by striking "above the 8th grade" each place it appears and inserting "above the 7th grade and physically co-located with the 9th grade participating unit".

**SEC. 512. INCLUSION OF STEM IN COURSES OF INSTRUCTION FOR THE JUNIOR RESERVE OFFICERS' TRAINING CORPS.**

(a) IN GENERAL.—Section 2031(b)(3) of title 10, United States Code, is amended by inserting "and which may include instruction or activities in the fields of science, technology, engineering, and mathematics" after "duration".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall take effect 180 days after the date of the enactment of this Act.

WASHSTATEC006096

**SEC. 513. INCLUSION OF HOMESCHOOLED STUDENTS IN JUNIOR RESERVE OFFICERS' TRAINING CORPS UNITS.**

Section 2031 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(g)(1) Each public secondary educational institution that maintains a unit under this section shall permit membership in the unit to homeschooled students residing in the area served by the institution who are qualified for membership in the unit (but for lack of enrollment in the institution).

"(2) A student who is a member of a unit pursuant to this subsection shall count toward the satisfaction by the institution concerned of the requirement in subsection (b)(1) relating to the minimum number of student members in the unit necessary for the continuing maintenance of the unit.".

**SEC. 514. CLARIFICATION OF ELIGIBILITY TO SERVE AS COMMANDER, MARINE FORCES RESERVE.**

(a) IN GENERAL.—Section 8084(b)(1) of title 10, United States Code, is amended by striking "general officers of the Marine Corps (as defined in section 8001(2))" and inserting "general officers of the Marine Corps Reserve".

(b) EFFECTIVE DATE.—The amendment made by subsection (a) shall take effect on the date that is one year after the date of the enactment of this Act and shall apply to appointments made after such date.

**SEC. 515. EXTENSION AND PERIODIC EVALUATION OF SUICIDE PREVENTION AND RESILIENCE PROGRAM FOR THE RESERVE COMPONENTS.**

Section 10219 of title 10, United States Code, is amended—

(1) by redesignating subsection (g) as subsection (h);

(2) in subsection (h), as redesignated by paragraph (1), by striking "2020" and inserting "2025"; and

(3) by inserting after subsection (f) the following new subsection (g):

"(g) TRIENNIAL EVALUATION.—The Secretary shall evaluate the program every third year beginning in 2022 until the program terminates to determine whether the program effectively—

"(1) provides training and assistance under subsections (b), (c), and (d); and

"(2) implements subsection (e).".

**SEC. 516. AUTHORITY TO DEFER MANDATORY SEPARATION AT AGE 68 OF OFFICERS IN MEDICAL SPECIALTIES IN THE RESERVE COMPONENTS.**

Section 14703(b) of title 10, United States Code, is amended—

(1) by striking "An" and inserting "(1) Subject to paragraph (2), an"; and

(2) by adding at the end the following new paragraph (2):

"(2) The Secretary concerned may, with the consent of the officer, retain in an active status an officer in a medical specialty described in subsection (a) beyond the date described in paragraph (1) of this subsection if the Secretary concerned determines that such retention is necessary to the military department concerned. Each such retention shall be made on a case-by-case basis and for such period as the Secretary concerned determines appropriate.".

**SEC. 517. MODERNIZATION OF INSPECTION AUTHORITIES APPLICABLE TO THE NATIONAL GUARD.**

(a) MODERNIZATION OF INSPECTION AUTHORITIES OF SECRETARIES OF THE ARMY AND AIR FORCE.—Subsection (a) of section 105 of title 32, United States Code, is amended—

(1) in the matter preceding paragraph (1)—

(A) by striking "by him, the Secretary of the Army shall have" and inserting "by such Secretary, the Secretary of the Army and the Secretary of the Air Force shall each have";

(B) by striking ", if necessary,"; and

(C) by striking "the Regular Army" and inserting "the Regular Army or the Regular Air Force";

(2) by striking "Army National Guard" each place it appears and inserting "Army National Guard or Air National Guard"; and

(3) by striking the flush matter following paragraph (7).

(b) INSPECTION AUTHORITY OF CHIEF OF THE NATIONAL GUARD BUREAU ON BEHALF OF SECRETARIES.—Such section is further amended by adding at the end the following new subsection:

"(c) The Chief of the National Guard Bureau may have an inspection described in subsection (a) made by inspectors general, or by commissioned officers of the Army National Guard of the United States or the Air National Guard of the United States detailed for that purpose, on behalf of the Secretary of the Army or the Secretary of the Air Force. Any such inspection may be made

only with the approval of the Secretary of the Army or the Secretary of the Air Force, as applicable.''.

**SEC. 518. CONSULTATION WITH CHIEF OF THE NATIONAL GUARD BUREAU IN THE APPOINTMENT OR DESIGNATION OF NATIONAL GUARD PROPERTY AND FISCAL OFFICERS.**

Section 708(a) of title 32, United States Code, is amended in the first sentence by inserting '', in consultation with the Chief of the National Guard Bureau,'' after ''shall''.

**SEC. 519. COAST GUARD JUNIOR RESERVE OFFICERS' TRAINING CORPS.**

(a) IN GENERAL.—Chapter 3 of title 14, United States Code, is amended by adding at the end the following new section:

**''§ 320. Coast Guard Junior Reserve Officers' Training Corps**

''(a) ESTABLISHMENT.—The Secretary of the department in which the Coast Guard is operating may establish and maintain a Junior Reserve Officers' Training Corps, organized into units, at public and private secondary educational institutions.

''(b) APPLICABILITY.—Except as provided in subsection (c), the provisions of chapter 102 of title 10 shall apply to a Junior Reserve Officers' Training Corps estab-

WASHSTATEC006101

lished and maintained under this section in the same manner that such provisions apply to the Junior Reserve Officers' Training Corps of each military department. For purposes of the application of such provisions to this section—

"(1) any reference in such provisions to a 'military department' shall be treated as a reference to the department in which the Coast Guard is operating; and

"(2) any reference in such provisions to a 'Secretary of a military department', a 'Secretary concerned', or the 'Secretary of Defense' shall be treated as a reference to the Secretary of the department in which the Coast Guard is operating.

"(c) EXCEPTION.—The requirements of chapter 102 of title 10 shall not apply to a unit of the Junior Reserve Officers' Training Corps established by the Secretary of the department in which the Coast Guard is operating before the date of the enactment of this section unless the Secretary determines it is appropriate to apply such requirements to such unit.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:

"320. Coast Guard Junior Reserve Officers' Training Corps.".

WASHSTATEC006102

**SEC. 520. REPEAL OF REQUIREMENT FOR REVIEW OF CERTAIN ARMY RESERVE OFFICER UNIT VACANCY PROMOTIONS BY COMMANDERS OF ASSOCIATED ACTIVE DUTY UNITS.**

Section 1113 of the Army National Guard Combat Readiness Reform Act of 1992 (Public Law 102–484; 10 U.S.C. 10105 note) is repealed.

**SEC. 520A. REPORT ON METHODS TO ENHANCE DOMESTIC RESPONSE TO LARGE SCALE, COMPLEX AND CATASTROPHIC DISASTERS.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation and coordination with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, shall submit to the congressional defense committees, the Committee on Homeland Security of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate a report on the plan of the Department to establish policy and processes to implement the authority under section 502 of title 32, United States Code. The report shall include a detailed examination of the policy framework consistent with existing authorities, identify major statutory or policy impediments to implementation, and make recommendations for legislation as appropriate.

WASHSTATEC006103

(b) CONTENTS.—The report submitted under subsection (a) shall include a description of—

(1) the current policy and processes whereby governors can request activation of the National Guard under title 32, United States Code, as part of the response to large scale, complex, catastrophic disasters that are supported by the Federal Government and, if no formal process exists in policy, the Secretary of Defense shall provide a timeline and plan to establish such a policy, including consultation with the Council of Governors and the National Governors Association;

(2) the Secretary of Defense's assessment, informed by consultation with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, regarding the sufficiency of current authorities for the reimbursement of National Guard and Reserve manpower during large scale, complex, catastrophic disasters under title 10 and title 32, United States Code, and specifically whether reimbursement authorities are sufficient to ensure that military training and readiness are not degraded to fund disaster response, or whether invok-

ing such reimbursement authorities degrades the effectiveness of the Disaster Relief Fund;

(3) the Department of Defense's plan to ensure there is parallel and consistent policy in the application of the authorities granted under section 12304a of title 10, United States Code, and section 502(f) of title 32, United States Code, including—

(A) a description of the disparities between benefits and protections under Federal law versus State active duty;

(B) recommended solutions to achieve parity at the Federal level; and

(C) recommended changes at the State level, if appropriate; and

(4) the Department of Defense's plan to ensure there is parity of benefits and protections for military members employed as part of the response to large scale, complex, catastrophic disasters under title 32 or title 10, United States Code, and recommendations for addressing any shortfalls.

**SEC. 520B. REPORT AND BRIEFING ON THE SENIOR RESERVE OFFICERS' TRAINING CORPS.**

(a) REPORT ON VARIOUS EXPANSIONS OF THE CORPS.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit

to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:

(1) An assessment of the feasibility and advisability of distance learning programs for the Senior Reserve Officers' Training Corps for students at educational institutions who reside outside the viable range for a cross-town program.

(2) An assessment of the feasibility and advisability of expanding the eligibility of institutions authorized to maintain a unit of the Senior Reserve Officers' Training Corps to include community colleges.

(b) BRIEFING ON LONG-TERM EFFECTS ON THE CORPS OF THE OPERATION OF CERTAIN RECENT PROHIBITIONS.—

(1) BRIEFING REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall brief the congressional defense committees on the effects of the prohibitions in section 8032 of the Department of Defense Appropriations Act, 2019 (division A of Public Law 115–245) on the long-term viability of the Senior Reserve Officers' Training Corps.

WASHSTATEC006106

(2) ELEMENTS.—The matters addressed by the briefing under paragraph (1) shall include an assessment of the effects of the prohibitions described in paragraph (1) on the following:

(A) Readiness.

(B) The efficient manning and administration of Senior Reserve Officers' Training Corps units.

(C) The ability of the Armed Forces to commission on a yearly basis the number and quality of new officers they need and that are representative of the nation as a whole.

(D) The availability of Senior Reserve Officers' Training Corps scholarships in rural areas.

(E) Whether the Senior Reserve Officers' Training Corps program produces officers representative of the demographic and geographic diversity of the United States, especially with respect to urban areas, and whether restrictions on establishing or disestablishing units of the Corps affects the diversity of the officer corps of the Armed Forces.

**SEC. 520C. SENSE OF CONGRESS ON INCREASE IN NUMBER OF JUNIOR RESERVE OFFICERS' TRAINING CORPS UNITS.**

It is the sense of Congress that the Junior Reserve Officers' Training Corps was supported in the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) and should be increased in fiscal year 2020 to include not fewer than 3,700 units nationwide.

## Subtitle C—General Service Authorities and Correction of Military Records

**SEC. 521. ADVICE AND COUNSEL OF TRAUMA EXPERTS IN REVIEW BY BOARDS FOR CORRECTION OF MILITARY RECORDS AND DISCHARGE REVIEW BOARDS OF CERTAIN CLAIMS.**

(a) BOARDS FOR CORRECTION OF MILITARY RECORDS.—Section 1552(g) of title 10, United States Code, is amended—

(1) by inserting "(1)" after "(g)"; and

(2) by adding at the end the following new paragraph:

"(2) If a board established under subsection (a)(1) is reviewing a claim described in subsection (h), the board shall seek advice and counsel in the review from a psychiatrist, psychologist, or social worker with training on men-

WASHSTATEC006108

tal health issues associated with post-traumatic stress disorder or traumatic brain injury or other trauma as specified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.

"(3) If a board established under subsection (a)(1) is reviewing a claim in which sexual trauma, intimate partner violence, or spousal abuse is claimed, the board shall seek advice and counsel in the review from an expert in trauma specific to sexual assault, intimate partner violence, or spousal abuse, as applicable.".

(b) DISCHARGE REVIEW BOARDS.—Section 1553(d)(1) of such title is amended—

(1) by inserting "(A)" after "(1)"; and

(2) by adding at the end the following new subparagraph;

"(B) In the case of a former member described in paragraph (3)(B) who claims that the former member's post-traumatic stress disorder or traumatic brain injury as described in that paragraph in based in whole or in part on sexual trauma, intimate partner violence, or spousal abuse, a board established under this section to review the former member's discharge or dismissal shall seek advice and counsel in the review from a psychiatrist, psychologist, or social worker with training on mental

WASHSTATEC006109

health issues associated with post-traumatic stress disorder or traumatic brain injury or other trauma as specified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.''.

**SEC. 522. REDUCTION IN REQUIRED NUMBER OF MEMBERS OF DISCHARGE REVIEW BOARDS.**

Section 1553(a) of title 10, United States Code, is amended by striking "five'' and inserting "not fewer than three''.

**SECTION 523. ESTABLISHMENT OF PROCESS TO REVIEW A REQUEST FOR UPGRADE OF DISCHARGE OR DISMISSAL.**

(a) ESTABLISHMENT.—Chapter 79 of title 10, United States Code, is amended by inserting after section 1553 the following new section 1553a:

**"§ 1553a. Review of a request for upgrade of discharge or dismissal**

"(a) ESTABLISHMENT.—The Secretary of Defense shall establish a process by which to conduct a final review of a request for an upgrade in the characterization of a discharge or dismissal.

"(b) CONSIDERATION; RECOMMENDATION.—(1) Upon the request of a petitioner, the Secretary of Defense shall review the findings and decisions of the boards estab-

WASHSTATEC006110

lished under sections 1552 and 1553 of this title regarding the final review of a request for an upgrade in the characterization of a discharge or dismissal.

"(2) The Secretary of Defense may recommend that the Secretary of the military department concerned upgrade the characterization of the discharge or dismissal of the petitioner if the Secretary of Defense determines that such recommendation is appropriate after review under paragraph (1).

"(c) DEFINITIONS.—In this section:

"(1) The term 'final review of a request for an upgrade in the characterization of a discharge or dismissal' means a request by a petitioner for an upgrade to the characterization of a discharge or dismissal—

"(A) that was not granted under sections 1552 and 1553 of this title; and

"(B) regarding which the Secretary of Defense determines the petitioner has exhausted all remedies available to the petitioner under sections 1552 and 1553 of this title.

"(2) The term 'petitioner' means a member or former member of the armed forces (or if the member or former member is dead, the surviving spouse, next of kin, or legal representative of the member or

former member) whose request for an upgrade to the characterization of a discharge or dismissal was not granted under sections 1552 and 1553 of this title.''.

(b) TECHNICAL AND CONFORMING AMENDMENTS.—

(1) TABLE OF SECTIONS.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 1553 the following new item:

"1553a. Review of a request for upgrade of discharge or dismissal.''.

(2) CONFORMING AMENDMENTS.—

(A) Section 1552(a)(4) of such title is amended to read as follows:

"(4)(A) Subject to subparagraph (B), a correction under this section is final and conclusive on all officers of the United States except when procured by fraud.

"(B) If a board established under this section does not grant a request for an upgrade to the characterization of a discharge or dismissal, that declination may be considered under section 1553a of this title.''.

(B) Section 1553(b) of such title is amended—

(i) by inserting "(1)'' before "A board''; and

(ii) by adding at the end the following new paragraph:

"(2) If a board established under this section does not grant a request for an upgrade to the characterization of a discharge or dismissal, that declination may be considered under section 1552 or section 1553a of this title, as applicable.".

(c) DEADLINE.—The Secretary of Defense shall implement section 1553a of such title, as added by subsection (a), not later than January 1, 2021.

(d) RESOURCES.—In establishing and implementing the process under such section 1553a, the Secretary of Defense shall, to the maximum extent practicable, use existing organizations, boards, processes, and personnel of the Department of Defense.

(e) REPORTING.—

(1) REPORT.—Not later than January 1, 2022, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report regarding the process established under such section 1553a. The report shall include, with respect to considerations under such process since implementation, the following:

(A) The number of requests considered.

(B) The number of upgrades to the characterization of a discharge or dismissal granted

pursuant to such process, including the most common reasons for such upgrades.

(C) The number of upgrades to the characterization of a discharge or dismissal declined pursuant to such process, including the most common reasons for such declinations.

(2) ONLINE PUBLICATION.—On October 1, 2022, and annually thereafter, the Secretary shall publish the information described in paragraph (1) with regards to the immediately preceding fiscal year on a website of the Department of Defense that is accessible by the public.

**SEC. 524. PROHIBITION ON REDUCTION IN THE NUMBER OF PERSONNEL ASSIGNED TO DUTY WITH A SERVICE REVIEW AGENCY.**

(a) PROHIBITION.—Section 1559(a) of title 10, United States Code, is amended—

(1) by striking "December 31, 2019" and inserting "December 31, 2025";

(2) by striking "that agency until—" and inserting "that agency."; and

(3) by striking subsections (1) and (2).

(b) REPORT.—

(1) REPORT REQUIRED.—Not later than 180 days after the enactment of this Act, the Secretary

WASHSTATEC006114

of each military department shall submit a report to the Committees on Armed Services of the Senate and House of Representatives that details a plan to—

(A) reduce the backlog of applications before the service review agency of the military department concerned; and

(B) maintain the resources required to meet the timeliness standards for disposition of applications before the Corrections Boards under section 1557 of title 10, United States Code, not later than October 1, 2021.

(2) ELEMENTS.—Each report under this subsection shall include the following:

(A) A description of the current backlog of applications before the service review agency of the military department concerned.

(B) The number of personnel required to meet the deadline described in paragraph (1)(B).

(C) The plan of the Secretary concerned to modernize the application and review system of the service review agency of the military department concerned.

**SEC. 525. TRAINING OF MEMBERS OF BOARDS FOR CORRECTION OF MILITARY RECORDS AND DISCHARGE REVIEW BOARDS ON SEXUAL TRAUMA, INTIMATE PARTNER VIOLENCE, SPOUSAL ABUSE, AND RELATED MATTERS.**

(a) BOARDS FOR CORRECTION OF MILITARY RECORDS.—The curriculum of training for members of boards for the correction of military records under section 534(c) of the National Defense Authorization Act for Fiscal Year 2017 (10 U.S.C. 1552 note) shall include training on each of the following:

(1) Sexual trauma.

(2) Intimate partner violence.

(3) Spousal abuse.

(4) The various responses of individuals to trauma.

(b) DISCHARGE REVIEW BOARDS.—

(1) IN GENERAL.—Each Secretary concerned shall develop and provide training for members of discharge review boards under section 1553 of title 10, United States Code, that are under the jurisdiction of such Secretary on each of the following:

(A) Sexual trauma.

(B) Intimate partner violence.

(C) Spousal abuse.

(D) The various responses of individuals to trauma.

(2) UNIFORMITY OF TRAINING.—The Secretary of Defense and the Secretary of Homeland Security shall jointly ensure that the training developed and provided pursuant to this subsection is, to the extent practicable, uniform.

(3) SECRETARY CONCERNED DEFINED.—In this subsection, the term "Secretary concerned" has the meaning given that term in section 101(a)(9) of title 10, United States Code.

**SEC. 526. TIME REQUIREMENTS FOR CERTIFICATION OF HONORABLE SERVICE.**

The Secretary of Defense shall publish regulations for submission and processing of a completed United States Citizenship and Immigration Services Form N–426, by a member of the Armed Forces. Such regulations shall designate the appropriate level for the certifying officer as well as establish time requirements for the form to be returned to the member of the Armed Forces.

**SEC. 527. CORRECTION OF CERTAIN DISCHARGE CHARACTERIZATIONS.**

(a) IN GENERAL.—In accordance with this section, and in a manner that is consistent across the military departments to the greatest extent practicable, the appro-

priate board shall, at the request of a covered member or the authorized representative of a covered member—

(1) review the discharge characterization of that covered member; and

(2) change the discharge characterization of that covered member to honorable if the appropriate board determines such change to be appropriate after review under paragraph (1).

(b) APPEAL.—A covered member or the authorized representative of that covered member may seek review of a decision by the appropriate board not to change the discharge characterization of that covered member. Such review may be made pursuant to section 1552 of title 10, United States Code, section 1553 of such title, or any other process established by the Secretary of Defense for such purpose.

(c) CHANGE OF RECORDS.—For each covered member whose discharge characterization is changed under subsection (a) or (b), the Secretary of the military department concerned shall issue to the covered member or the authorized representative of the covered member a corrected Certificate of Release or Discharge from Active Duty (DD Form 214), or other like form regularly used by an Armed Force that—

(1) reflects the upgraded discharge characterization of the covered member; and

(2) does not reflect the sexual orientation of the covered member or the original stated reason for the discharge or dismissal of that covered member.

(d) DEFINITIONS.—In this section:

(1) The term "appropriate board" means a board for the correction of military or naval records under section 1552 of title 10, United States Code, or a discharge review board under section 1553 of such title, as the case may be.

(2) The term "authorized representative" means an heir or legal representative of a covered member.

(3) The term "covered member" means any former member of the Armed Forces who was discharged from the Armed Forces because of the sexual orientation of that member.

(4) The term "discharge characterization" means the characterization assigned to the service of a covered member on the discharge or dismissal of that covered member from service in the Armed Forces.

WASHSTATEC006119

**SEC. 528. DEVELOPMENT OF GUIDELINES FOR USE OF UNOFFICIAL SOURCES OF INFORMATION TO DETERMINE ELIGIBILITY OF MEMBERS AND FORMER MEMBERS OF THE ARMED FORCES FOR DECORATIONS WHEN THE SERVICE RECORDS ARE INCOMPLETE BECAUSE OF DAMAGE TO THE OFFICIAL RECORD.**

(a) GUIDELINES REQUIRED.—The Secretary of Defense shall develop guidelines regarding the use by the Secretaries of the military departments of unofficial sources of information, including eyewitness statements, to determine the eligibility of a member or former member of the Armed Forces for decorations when the service records of the member are incomplete because of damage to the records as a result of the 1973 fire at the National Personnel Records Center in St. Louis, Missouri, or any subsequent incident while the records were in the possession of the Department of Defense.

(b) TIME FOR COMPLETION.—The Secretary of Defense shall complete development of the guidelines not later than one year after the date of the enactment of this Act.

**SEC. 529. STRATEGIC PLAN FOR DIVERSITY AND INCLUSION.**

(a) PLAN REQUIRED.—The Secretary of Defense shall design and implement a five-year strategic plan for diversity and inclusion in the Department of Defense.

(b) ELEMENTS.—The strategic plan under this section—

(1) shall incorporate existing efforts to promote diversity and inclusion within the Department; and

(2) may not conflict with the objectives of the 2018 National Military Strategy.

(c) DEADLINE.—The Secretary shall implement the strategic plan under this section not later than one year after the date of the enactment of this Act.

**SEC. 530. STUDY REGARDING SCREENING INDIVIDUALS WHO SEEK TO ENLIST IN THE ARMED FORCES.**

(a) STUDY.—The Secretary of Defense shall study the feasibility of, in background investigations and security and suitability screenings of individuals who seek to enlist in the Armed Forces—

(1) screening for extremist and gang-related activity; and

(2) using the following resources of the Federal Bureau of Investigation:

(A) The Tattoo and Graffiti Identification Program.

(B) The National Gang Intelligence Center.

(b) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary shall submit an unclassified report in writing to the Committees on Armed Services of the Senate and House of Representatives containing conclusions of the Secretary regarding the study under subsection (a).

**SEC. 530A. FEASIBILITY STUDY REGARDING NOTIFICATION TO SECRETARY OF HOMELAND SECURITY OF HONORABLE DISCHARGES OF NON-CITIZENS.**

(a) STUDY REQUIRED.—The Secretary of Defense, in consultation with the Secretary of Homeland Security, shall study the feasibility of providing the Secretary of Homeland Security with a copy of the Certificate of Release or Discharge from Active Duty (DD Form 214) or National Guard Report of Separation and Record of Service (NGB-22) for each individual who is not a citizen of the United States who is honorably discharged from the Armed Forces so the Secretary of Homeland Security may note such discharge in an I–213 Record of Deportable/Inadmissible Alien for that individual.

WASHSTATEC006122

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the committees on Armed Services of the Senate and House of Representatives a report regarding the results of the study under this section.

**SEC. 530B. SENSE OF CONGRESS REGARDING ACCESSION PHYSICALS.**

It is the sense of Congress that the Secretary of Defense should explore alternatives to centralized accession physicals at Military Entrance Processing Stations, including conducting physicals through community health care providers, in order to reduce transportation costs, increase efficiency in processing times, and free recruiters to focus on the core of the recruiting mission.

## Subtitle D—Military Justice

**SEC. 531. EXPANSION OF PRE-REFERRAL MATTERS REVIEWABLE BY MILITARY JUDGES AND MILITARY MAGISTRATES IN THE INTEREST OF EFFICIENCY IN MILITARY JUSTICE.**

(a) IN GENERAL.—Subsection (a) of section 830a of title 10, United States Code (article 30a of the Uniform Code of Military Justice), is amended by striking paragraphs (1) and (2) and inserting the following new paragraphs:

"(1) The President shall prescribe regulations for matters relating to proceedings conducted before referral of charges and specifications to court-martial for trial, including the following:

"(A) Pre-referral investigative subpoenas.

"(B) Pre-referral warrants or orders for electronic communications.

"(C) Pre-referral matters referred by an appellate court.

"(D) Pre-referral matters under subsection (c) or (e) of section 806b of this title (article 6b).

"(E) Pre-referral matters relating to the following:

"(i) Pre-trial confinement of an accused.

"(ii) The mental capacity or mental responsibility of an accused.

"(iii) A request for an individual military counsel.

"(2) In addition to the matters specified in paragraph (1), the regulations prescribed under that paragraph shall—

"(A) set forth the matters that a military judge may rule upon in such proceedings;

"(B) include procedures for the review of such rulings;

"(C) include appropriate limitations to ensure that proceedings under this section extend only to matters that would be subject to consideration by a military judge in a general or special court-martial; and

"(D) provide such limitations on the relief that may be ordered under this section as the President considers appropriate.".

(b) CONFORMING AND CLERICAL AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading of such section is amended to read as follows:

**"§ 830a. Art 30a. Proceedings conducted before referral".**

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of subchapter VI of chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), is amended by striking the item relating to section 830a (article 30a) and inserting the following new item:

"830a. 30a. Proceedings conducted before referral.".

**SEC. 532. COMMAND INFLUENCE.**

(a) IN GENERAL.—Section 837 of title 10, United States Code (article 37 of the Uniform Code of Military Justice), is amended—

(1) by striking "**Unlawfully influencing action of court**" and inserting "**Command influence**";

(2) by amending subsection (a) to read as follows:

"(a)(1) No court-martial convening authority, nor any other commanding officer, may censure, reprimand, or admonish the court or any member, military judge, or counsel thereof, with respect to the findings or sentence adjudged by the court, or with respect to any other exercise of its or his functions in the conduct of the proceeding.

"(2) No court-martial convening authority, nor any other commanding officer, may deter or attempt to deter a potential witness from participating in the investigatory process or testifying at a court-martial. The denial of a request to travel at government expense or refusal to make a witness available shall not by itself constitute unlawful command influence.

"(3) No person subject to this chapter may attempt to coerce or, by any unauthorized means, attempt to influence the action of a court-martial or any other military tribunal or any member thereof, in reaching the findings or sentence in any case, or the action of any convening, approving, or reviewing authority or preliminary hearing

officer with respect to such acts taken pursuant to this chapter as prescribed by the President.

"(4) Conduct that does not constitute a violation of paragraphs (1) through (3) may include, for example—

"(A) general instructional or informational courses in military justice if such courses are designed solely for the purpose of instructing persons on the substantive and procedural aspects of courts-martial;

"(B) statements regarding criminal activity or a particular criminal offense that do not advocate a particular disposition, or a particular court-martial finding or sentence, or do not relate to a particular accused; or

"(C) statements and instructions given in open court by the military judge or counsel.

"(5)(A) Notwithstanding paragraphs (1) through (3), but subject to subparagraph (B)—

"(i) a superior convening authority or officer may generally discuss matters to consider regarding the disposition of alleged violations of this chapter with a subordinate convening authority or officer; and

"(ii) a subordinate convening authority or officer may seek advice from a superior convening au-

thority or officer regarding the disposition of an alleged offense under this chapter.

"(B) No superior convening authority or officer may direct a subordinate convening authority or officer to make a particular disposition in a specific case or otherwise substitute the discretion of such authority or such officer for that of the subordinate convening authority or officer.";

(3) in subsection (b)—

(A) by striking "advanced, in grade" and inserting "advanced in grade"; and

(B) by striking "accused before a court-martial" and inserting "person in a court-martial proceeding"; and

(4) by adding at the end the following new subsections:

"(c) No finding or sentence of a court-martial may be held incorrect on the ground of a violation of this section unless the violation materially prejudices the substantial rights of the accused.

"(d)(1) A superior convening authority or commanding officer may withhold the authority of a subordinate convening authority or officer to dispose of offenses in individual cases, types of cases, or generally.

"(2) Except as provided in paragraph (1) or as otherwise authorized by this chapter, a superior convening authority or commanding officer may not limit the discretion of a subordinate convening authority or officer to act with respect to a case for which the subordinate convening authority or officer has authority to dispose of the offenses.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning subchapter VII of chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), is amended by striking the item relating to section 837 (article 37) and inserting the following new item:

"837. Art. 37. Command influence.".

(c) EFFECTIVE DATE.—The amendments made by subsections (a) and (b) shall take effect on the date of the enactment of this Act and shall apply with respect to violations of section 837 of title 10, United States Code (article 37 of the Uniform Code of Military Justice), committed on or after such date.

**SEC. 533. STATUTE OF LIMITATIONS FOR CERTAIN OFFENSES.**

(a) IN GENERAL.—Section 843 of title 10, United States Code (article 43 of the Uniform Code of Military Justice), is amended—

(1) in subsection (a), by inserting "maiming of a child, kidnapping of a child," after "sexual assault of a child,"; and

(2) in subsection (b)(2)(B)—

(A) by striking clauses (ii) and (iv); and

(B) by redesignating clause (iii) as clause (ii).

(b) EFFECTIVE DATE.—The amendments made by subsection (a) shall take effect on the date of the enactment of this Act and shall apply with respect to the prosecution of offenses committed before, on, or after the date of the enactment of this Act if the applicable limitation period has not yet expired.

**SEC. 534. PUBLIC ACCESS TO DOCKETS, FILINGS, AND COURT RECORDS OF COURTS-MARTIAL OR OTHER RECORDS OF TRIAL OF THE MILITARY JUSTICE SYSTEM.**

(a) IN GENERAL.—Section 940a of title 10, United States Code (article 140a of the Uniform Code of Military Justice), is amended—

(1) by striking "The Secretary of Defense" and inserting "(a) IN GENERAL.—The Secretary of Defense, in consultation with the Secretary of Homeland Security,";

(2) in subsection (a), as designated by paragraph (1)—

(A) in the matter preceding paragraph (1), by inserting "(including with respect to the

WASHSTATEC006130

Coast Guard)'' after ''military justice system''; and

(B) in paragraph (4), by inserting ''public'' before ''access to docket information''; and

(3) by adding at the end the following new subsections:

''(b) PROTECTION OF CERTAIN PERSONALLY IDENTIFIABLE INFORMATION.—Records of trial, docket information, filings, and other records made publicly accessible in accordance with the uniform standards and criteria for conduct established by the Secretary under subsection (a) shall restrict access to personally identifiable information of minors and victims of crime (including victims of sexual assault and domestic violence), as practicable to the extent such information is restricted in electronic filing systems of Federal and State courts.

''(c) INAPPLICABILITY TO CERTAIN DOCKETS AND RECORDS.—Nothing in this section shall be construed to provide public access to docket information, filings, or records that are classified, subject to a judicial protective order, or ordered sealed.''.

(b) EXISTING STANDARDS AND CRITERIA.—The Secretary of Homeland Security shall apply to the Coast Guard the standards and criteria for conduct established by the Secretary of Defense under section 940a of title

10, United States Code (article 140a of the Uniform Code of Military Justice), as in effect on the day before the date of the enactment of this Act, until such time as the Secretary of Defense, in consultation with the Secretary of Homeland Security, prescribes revised standards and criteria for conduct under such section that implement the amendments made by subsection (a) of this section.

**SEC. 535. EXTENSION OF DEFENSE ADVISORY COMMITTEE ON INVESTIGATION, PROSECUTION, AND DEFENSE OF SEXUAL ASSAULT IN THE ARMED FORCES.**

Section 546(f)(1) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 1561 note) is amended by striking "five" and inserting "10".

**SEC. 536. AUTHORITY FOR RETURN OF PERSONAL PROPERTY TO VICTIMS OF SEXUAL ASSAULT WHO FILE A RESTRICTED REPORT BEFORE CONCLUSION OF RELATED PROCEEDINGS.**

Section 586 of the National Defense Authorization Act for Fiscal Year 2012 (10 U.S.C. 1561 note) is amended—

(1) by redesignating subsection (f) as subsection (e);

(2) in subsection (e), as so redesignated, in the subsection heading, by inserting "IN UNRESTRICTED REPORTING CASES" after "PROCEEDINGS"; and

(3) by adding at the end the following new subsection:

"(f) RETURN OF PERSONAL PROPERTY IN RESTRICTED REPORTING CASES.—(1) The Secretary of Defense shall prescribe procedures under which a victim who files a restricted report on an incident of sexual assault may request, at any time, the return of any personal property of the victim obtained as part of the sexual assault forensic examination.

"(2) The procedures shall ensure that—

"(A) a request of a victim under paragraph (1) may be made on a confidential basis and without affecting the restricted nature of the restricted report; and

"(B) at the time of the filing of the restricted report, a Sexual Assault Response Coordinator or Sexual Assault Prevention and Response Victim Advocate—

"(i) informs the victim that the victim may request the return of personal property as described in paragraph (1); and

"(ii) advises the victim that such a request for the return of personal property may negatively impact a subsequent case adjudication, if the victim later decides to convert the restricted report to an unrestricted report.

"(3) Except with respect to personal property returned to a victim under this subsection, nothing in this subsection shall affect the requirement to retain a sexual assault forensic examination (SAFE) kit for the period specified in subsection (c)(4)(A).".

**SEC. 537. GUIDELINES ON SENTENCES FOR OFFENSES COMMITTED UNDER THE UNIFORM CODE OF MILITARY JUSTICE.**

(a) DEVELOPMENT OF GUIDELINES.—Not later than the date specified in subsection (d), the Secretary of Defense shall develop nonbinding guidelines on sentences for offenses under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice). The guidelines shall provide the sentencing authority with a suggested range of punishments, including suggested ranges of confinement, that will generally be appropriate for a violation of each offense under such chapter.

(b) SENTENCING DATA.—In developing the guidelines for sentences under subsection (a), the Secretary of Defense shall take into account the sentencing data col-

lected by the Military Justice Review Panel pursuant to section 946(f)(2) of title 10, United States Code (article 146(f)(2) of the Uniform Code of Military Justice).

(c) SUBMITTAL TO CONGRESS.—Not later than the date specified in subsection (d), the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives—

(1) the guidelines for sentences developed under subsection (a); and

(2) an assessment of the feasibility and advisability of implementing such guidelines in panel sentencing cases.

(d) DATE SPECIFIED.—The date specified in this subsection is the date that is not later than one year after the date on the which the first report of the Military Justice Review Panel is submitted to the Committees on Armed Services of the Senate and the House of Representatives pursuant to section 946(f)(5) of title 10, United States Code (article 146(f)(5) of the Uniform Code of Military Justice).

**SEC. 538. NOTIFICATION OF SIGNIFICANT EVENTS AND DOCUMENTATION OF PREFERENCE FOR PROSECUTION JURISDICTION FOR VICTIMS OF SEXUAL ASSAULT.**

(a) NOTIFICATION TO VICTIMS OF EVENTS IN MILITARY JUSTICE PROCESS.—

(1) NOTIFICATION REQUIRED.—A member of the Armed Forces who is the victim of an alleged sexual assault by another member of the Armed Forces shall receive notification of each significant event in the military justice process that relates to the investigation, prosecution, and confinement of such other member for such assault.

(2) DOCUMENTATION.—Appropriate documentation of each notification made pursuant to paragraph (1) shall be created and maintained in an appropriate system of records of the military department concerned.

(b) DOCUMENTATION OF VICTIM'S PREFERENCE FOR PROSECUTION JURISDICTION.—In the case of a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces who is subject to prosecution for such offense both by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), and by a civilian court under Federal or State law, appropriate

documentation of the preference, if any, of such victim for prosecution of such offense by court-martial or by a civilian court as provided for by Rule for Courts-Martial 306(e) (as set forth in the Manual for Courts-Martial, 2019 edition, or any successor rule), shall be created and maintained in an appropriate system of records of the military department concerned.

(c) REGULATIONS.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall prescribe regulations implementing this section.

**SEC. 539. INCREASE IN NUMBER OF DIGITAL FORENSIC EXAMINERS FOR CERTAIN MILITARY CRIMINAL INVESTIGATIVE ORGANIZATIONS.**

(a) IN GENERAL.—Each Secretary of a military department shall take appropriate actions to increase the number of digital forensic examiners in each military criminal investigative organization specified in subsection (b) under the jurisdiction of such Secretary by not fewer than 10 from the authorized number of such examiners for such organization as of September 30, 2019.

(b) MILITARY CRIMINAL INVESTIGATIVE ORGANIZATIONS.—The military criminal investigative organizations specified in this subsection are the following:

WASHSTATEC006137

(1) The Army Criminal Investigation Command.

(2) The Naval Criminal Investigative Service.

(3) The Air Force Office of Special Investigations.

(c) FUNDING.—Funds for additional digital forensic examiners as required by subsection (a) for fiscal year 2020, including for compensation, initial training, and equipment, shall be derived from amounts authorized to be appropriated for that fiscal year for the Armed Force concerned for operation and maintenance.

**SEC. 540. INCREASE IN INVESTIGATIVE PERSONNEL AND VICTIM WITNESS ASSISTANCE PROGRAM LIAISONS.**

(a) MILITARY CRIMINAL INVESTIGATIVE SERVICES.—Not later than one year after the date of the enactment of this Act, the Secretary of each military department shall increase the number of personnel assigned to the military criminal investigative services of the department with the goal of ensuring, to the extent practicable, that the investigation of any sex-related offense is completed not later than six months after the date on which the investigation is initiated. An investigation shall be considered completed for purposes of the preceding sentence when the active phase of the investigation is sufficiently

WASHSTATEC006138

complete to enable the appropriate authority to reach a decision with respect to the disposition of charges for the sex-related offense.

(b) VICTIM WITNESS ASSISTANCE PROGRAM LIAISONS.—Not later than one year after the date of the enactment of this Act, the Secretary of each military department shall increase the number of personnel serving as Victim Witness Assistance Program liaisons to address personnel shortages in the Victim Witness Assistance Program.

(c) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

**SEC. 540A. TRAINING FOR SEXUAL ASSAULT INITIAL DISPOSITION AUTHORITIES ON EXERCISE OF DISPOSITION AUTHORITY FOR SEXUAL ASSAULT AND COLLATERAL OFFENSES.**

(a) IN GENERAL.—The training for sexual assault initial disposition authorities on the exercise of disposition authority under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), shall include comprehensive training on the exercise of disposition authority

WASHSTATEC006139

with respect to cases for which disposition authority is withheld to such authorities pursuant to the memorandum described in subsection (b) for the purpose of promoting confidence and trust in the military justice process with respect to such cases.

(b) MEMORANDUM DESCRIBED.—The memorandum described in this subsection is the memorandum of the Secretary of Defense titled "Withholding Initial Disposition Authority Under the Uniform Code of Military Justice in Certain Sexual Assault Cases" and dated April 20, 2012, or any successor memorandum.

**SEC. 540B. TRAINING FOR COMMANDERS IN THE ARMED FORCES ON THEIR ROLE IN ALL STAGES OF MILITARY JUSTICE IN CONNECTION WITH SEXUAL ASSAULT.**

(a) IN GENERAL.—The training provided commanders in the Armed Forces shall include comprehensive training on the role of commanders in all stages of military justice in connection with sexual assaults by members of the Armed Forces.

(b) ELEMENTS TO BE COVERED.—The training provided pursuant to subsection (a) shall include training on the following:

(1) The role of commanders in each stage of the military justice process in connection with sexual

assault committed by a member of the Armed Forces, including investigation and prosecution.

(2) The role of commanders in assuring that victims of sexual assault described in paragraph (1) are informed of, and have the opportunity to obtain, assistance available for victims of sexual assault by law.

(3) The role of commanders in assuring that victims of sexual assault described in paragraph (1) are afforded the rights and protections available to victims by law.

(4) The role of commanders in preventing retaliation against victims, their family members, witnesses, first responders, and bystanders for their their complaints, statements, testimony, and status in connection with sexual assault described in paragraph (1), including the role of commanders in ensuring that subordinates in the command are aware of their responsibilities in preventing such retaliation.

(5) The role of commanders in establishing and maintaining a healthy command climate in connection with reporting on sexual assault described in paragraph (1), and in the response of the commander, subordinates in the command, and other

personnel in the command to such sexual assault, such reporting, and the military justice process in connection with such sexual assault.

(6) Any other matters on the role of commanders in connection with sexual assault described in paragraph (1) that the Secretary of Defense considers appropriate for purposes of this section.

(c) INCORPORATION OF BEST PRACTICES.—

(1) IN GENERAL.—The training provided pursuant to subsection (a) shall incorporate best practices on all matters covered by the training.

(2) IDENTIFICATION OF BEST PRACTICES.—The Secretaries of the military departments shall, acting through the training and doctrine commands of the Armed Forces, undertake from time to time surveys and other reviews of the matters covered by the training provided pursuant to subsection (a) in order to identify and incorporate into such training the most current practicable best practices on such matters.

(d) UNIFORMITY.—The Secretary of Defense shall ensure that the training provided pursuant to subsection (a) is, to the extent practicable, uniform across the Armed Forces.

**SEC. 540C. TIMELY DISPOSITION OF NONPROSECUTABLE SEX-RELATED OFFENSES.**

(a) POLICY REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop and implement a policy to ensure the timely disposition of nonprosecutable sex-related offenses.

(b) NONPROSECUTABLE SEX-RELATED OFFENSE DEFINED.—In this section, the term "nonprosecutable sex-related offense" means an alleged sex-related offense (as that term is defined in section 1044e(g) of title 10, United States Code) that a court-martial convening authority has declined to refer for trial by a general or special court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), due to a determination that there is insufficient evidence to support prosecution of the sex-related offense.

**SEC. 540D. DEPARTMENT OF DEFENSE-WIDE POLICY AND MILITARY DEPARTMENT-SPECIFIC PROGRAMS ON REINVIGORATION OF THE PREVENTION OF SEXUAL ASSAULT INVOLVING MEMBERS OF THE ARMED FORCES.**

(a) POLICY REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop and issue a comprehensive policy for the Department of Defense to reinvigorate the preven-

WASHSTATEC006143

tion of sexual assault involving members of the Armed Forces.

(b) POLICY ELEMENTS.—

(1) IN GENERAL.—The policy required by subsection (a) shall include the following:

(A) Education and training for members of the Armed Forces on the prevention of sexual assault.

(B) Elements for programs designed to encourage and promote healthy relationships among members of the Armed Forces.

(C) Elements for programs designed to empower and enhance the role of non-commissioned officers in the prevention of sexual assault.

(D) Elements for programs to foster social courage among members of the Armed Forces to encourage and promote intervention in situations in order to prevent sexual assault.

(E) Processes and mechanisms designed to address behaviors among members of the Armed Forces that are included in the continuum of harm that frequently results in sexual assault.

(F) Elements for programs designed to address alcohol abuse, including binge drinking, among members of the Armed Forces.

(G) Such other elements, processes, mechanisms, and other matters as the Secretary of Defense considers appropriate.

(2) CONTINUUM OF HARM RESULTING IN SEXUAL ASSAULT.—For purposes of paragraph (1)(E), the continuum of harm that frequently results in sexual assault includes hazing, sexual harassment, and related behaviors (including language choices, off-hand statements, jokes, and unconscious attitudes or biases) that create a permissive climate for sexual assault.

(c) PROGRAMS REQUIRED.—Not later than 180 days after the issuance of the policy required by subsection (a), each Secretary of a military department shall develop and implement for each Armed Force under the jurisdiction of such Secretary a program to reinvigorate the prevention of sexual assaults involving members of the Armed Forces. Each program shall include the elements, processes, mechanisms, and other matters developed by the Secretary of Defense pursuant to subsection (a) tailored to the requirements and circumstances of the Armed Force or Armed Forces concerned.

WASHSTATEC006145

**SEC. 540E. RECOMMENDATIONS ON SEPARATE PUNITIVE ARTICLE IN THE UNIFORM CODE OF MILITARY JUSTICE ON SEXUAL HARASSMENT.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing such recommendations as the Secretary considers appropriate with respect to the establishment of a separate punitive article in chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), on sexual harassment.

**SEC. 540F. REPORT ON MILITARY JUSTICE SYSTEM INVOLVING ALTERNATIVE AUTHORITY FOR DETERMINING WHETHER TO PREFER OR REFER CHANGES FOR FELONY OFFENSES UNDER THE UNIFORM CODE OF MILITARY JUSTICE.**

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than 300 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the results of a study, conducted for purposes of the report, on the feasibility and advisability of an alternative military justice system in which determinations as to whether to prefer or refer charges for trial by court-martial

for any offense specified in paragraph (2) is made by a judge advocate in grade O–6 or higher who has significant experience in criminal litigation and is outside of the chain of command of the member subject to the charges rather than by a commanding officer of the member who is in the chain of command of the member.

(2) SPECIFIED OFFENSE.—An offense specified in this paragraph is any offense under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), for which the maximum punishment authorized includes confinement for more than one year.

(b) ELEMENTS.—The study required for purposes of the report under subsection (a) shall address the following:

(1) Relevant procedural, legal, and policy implications and considerations of the alternative military justice system described in subsection (a).

(2) An analysis of the following in connection with the implementation and maintenance of the alternative military justice system:

(A) Legal personnel requirements.

(B) Changes in force structure.

(C) Amendments to law.

(D) Impacts on the timeliness and efficiency of legal processes and court-martial adjudications.

(E) Potential legal challenges to the system.

(F) Potential changes in prosecution and conviction rates.

(G) Potential impacts on the preservation of good order and discipline, including the ability of a commander to carry out nonjudicial punishment and other administrative actions.

(H) Such other considerations as the Secretary considers appropriate.

(3) A comparative analysis of the military justice systems of relevant foreign allies with the current military justice system of the United States and the alternative military justice system, including whether or not approaches of the military justice systems of such allies to determinations described in subsection (a) are appropriate for the military justice system of the United States.

(4) An assessment of the feasibility and advisability of conducting a pilot program to assess the feasibility and advisability of the alternative military

justice system, and, if the pilot program is determined to be feasible and advisable—

(A) an analysis of potential legal issues in connection with the pilot program, including potential issues for appeals; and

(B) recommendations on the following:

(i) The populations to be subject to the pilot program.

(ii) The duration of the pilot program.

(iii) Metrics to measure the effectiveness of the pilot program.

(iv) The resources to be used to conduct the pilot program.

**SEC. 540G. REPORT ON STANDARDIZATION AMONG THE MILITARY DEPARTMENTS IN COLLECTION AND PRESENTATION OF INFORMATION ON MATTERS WITHIN THE MILITARY JUSTICE SYSTEM.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:

(1) A plan for actions to provide for standardization, to the extent practicable, among the military departments in the collection and presentation of information on matters within their military justice systems, including information collected and maintained for purposes of section 940a of title 10, United States Code (article 140a of the Uniform Code of Military Justice), and such other information as the Secretary considers appropriate.

(2) An assessment of the feasibility and advisability of establishing and maintaining a single, Department of Defense-wide data management system for the standardized collection and presentation of information described in paragraph (1).

**SEC. 540H. REPORT ON EXPANSION OF AIR FORCE SAFE TO REPORT POLICY ACROSS THE ARMED FORCES.**

(a) REPORT.—Not late than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth an assessment of the feasibility and advisability of expanding the applicability of the safe to report policy de-

scribed in subsection (b) so that the policy applies across the Armed Forces.

(b) SAFE TO REPORT POLICY.—The safe to report policy described in this subsection is the policy, currently applicable in the Air Force alone, under which a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces, but who may have committed minor collateral misconduct at or about the time of such alleged sexual assault, or whose minor collateral misconduct at or about such time is discovered only as a result of the investigation into such alleged sexual assault, may report such alleged sexual assault to proper authorities without fear or receipt of discipline in connection with such minor collateral misconduct.

**SEC. 540I. ASSESSMENT OF RACIAL, ETHNIC, AND GENDER DISPARITIES IN THE MILITARY JUSTICE SYSTEM.**

(a) IN GENERAL.—The Secretary of Defense shall provide for the carrying out of the activities described in subsections (b) and (c) in order to improve the ability of the Department of Defense to detect and address racial, ethnic, and gender disparities in the military justice system.

(b) SECRETARY OF DEFENSE AND RELATED ACTIVITIES.—The activities described in this subsection are the following, to be commenced or carried out (as applicable) by not later than 180 days after the date of the enactment of this Act:

(1) For each court-martial conducted by an Armed Force after the date of the enactment of this Act, the Secretary of Defense shall require the head of the Armed Force concerned—

(A) to record the race, ethnicity, and gender of the victim and the accused, and such other demographic information about the victim and the accused as the Secretary considers appropriate;

(B) to include data based on the information described in subparagraph (A) in the annual military justice reports of the Armed Force.

(2) The Secretary of Defense, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, shall issue guidance that—

(A) establishes criteria to determine when data indicating possible racial, ethnic, or gender

WASHSTATEC006152

disparities in the military justice process should be further reviewed; and

(B) describes how such a review should be conducted.

(3) The Secretary of Defense, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, shall—

(A) conduct an evaluation to identify the causes of any racial, ethnic, or gender disparities identified in the military justice system;

(B) take steps to address the causes of any such disparities, as appropriate.

(c) DAC–IPAD ACTIVITIES.—

(1) IN GENERAL.—The activities described in this subsection are the following, to be conducted by the independent committee DAC–IPAD:

(A) A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces accused of a penetrative sexual assault offense or contact sexual assault offense in an unrestricted report made pursuant to Department of Defense Instruction 6495.02, including an unrestricted report involving a spouse or intimate partner, in all cases completed in each fiscal year assessed.

WASHSTATEC006153

(B) A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces against whom charges were preferred pursuant to Rule for Courts-Martial 307 for a penetrative sexual assault offense or contact sexual assault offense in all cases completed in each fiscal year assessed.

(C) A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces who were convicted of a penetrative sexual assault offense or contact sexual assault offense in all cases completed in each fiscal year assessed.

(2) INFORMATION FROM FEDERAL AGENCIES.—

(A) IN GENERAL.—Upon request by the chair of the committee, a department or agency of the Federal Government shall provide information that the committee considers necessary to conduct reviews and assessments required by paragraph (1), including military criminal investigation files, charge sheets, records of trial, and personnel records.

(B) HANDLING, STORAGE, AND RETURN.—The committee shall handle and store all records received and reviewed under this sub-

section in accordance with applicable privacy laws and Department of Defense policy, and shall return all records so received in a timely manner.

(3) REPORT.—Not later than one year after the date of the enactment of this Act, the committee shall submit to the Secretary of Defense, and to the Committees on Armed Services of the Senate and the House of Representatives, a report setting forth the results of the reviews and assessments required by paragraph (1). The report shall include such recommendations for legislative or administrative action as the committee considers appropriate in light of such results.

(4) DEFINITIONS.—In this subsection:

(A) The term "independent committee DAC–IPAD" means the independent committee established by the Secretary of Defense under section 546 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3374), commonly known as the "DAC-IPAD".

(B) The term "case" means an unrestricted report of any penetrative sexual assault

offense or contact sexual assault offense made against a member of the Armed Forces pursuant to Department of Defense Instruction 6495.02, including any unrestricted report involving a spouses or intimate partner for which an investigation has been opened by a criminal investigative organization.

(C) The term "completed", with respect to a case, means that the case was tried to verdict, dismissed without further action, or dismissed and then resolved by non-judicial or administrative proceedings.

(D) The term "contact sexual assault offense" means aggravated sexual contact, abusive sexual contact, wrongful sexual contact, and attempts to commit such offenses under the Uniform Code of Military Justice.

(E) The term "penetrative sexual assault offense" means rape, aggravated sexual assault, sexual assault, forcible sodomy, and attempts to commit such offenses under the Uniform Code of Military Justice.

**SEC. 540J. PILOT PROGRAMS ON DEFENSE INVESTIGATORS IN THE MILITARY JUSTICE SYSTEM.**

(a) IN GENERAL.—Each Secretary of a military department shall carry out a pilot program on defense investigators within the military justice system under the jurisdiction of such Secretary in order to do the following:

(1) Determine whether the presence of defense investigators within such military justice system will—

(A) make such military justice system more effective in providing an effective defense for the accused; and

(B) make such military justice system more fair and efficient.

(2) Otherwise assess the feasibility and advisability of defense investigators as an element of such military justice system.

(b) ELEMENTS.—

(1) INTERVIEW OF VICTIM.—A defense investigator may question a victim under a pilot program only upon a request made through the Special Victims' Counsel or other counsel if the victim does not have such counsel.

(2) UNIFORMITY ACROSS MILITARY JUSTICE SYSTEMS.—The Secretary of Defense shall ensure that the personnel and activities of defense inves-

tigators under the pilot programs are, to the extent practicable, uniform across the military justice systems of the military departments.

(c) REPORT.—

(1) IN GENERAL.—Not later than three years after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot programs under subsection (a).

(2) ELEMENTS.—The report required by paragraph (1) shall include the following:

(A) A description of each pilot program, including the personnel and activities of defense investigators under such pilot program.

(B) An assessment of the feasibility and advisability of establishing and maintaining defense investigators as an element of the military justice systems of the military departments.

(C) If the assessment under subparagraph (B) is that the establishment and maintenance of defense investigators as an element of the military justice systems of the military departments is feasible and advisable, such rec-

WASHSTATEC006158

ommendations for legislative and administrative action as the Secretary of Defense considers appropriate to establish and maintain defense investigators as an element of the military justice systems.

(D) Any other matters the Secretary of Defense considers appropriate.

**SEC. 540K. REPORT ON PRESERVATION OF RECOURSE TO RESTRICTED REPORT ON SEXUAL ASSAULT FOR VICTIMS OF SEXUAL ASSAULT FOLLOWING CERTAIN VICTIM OR THIRD-PARTY COMMUNICATIONS.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report making findings and recommendations on the feasibility and advisability of a policy for the Department of Defense that would permit a victim of a sexual assault, that is or may be investigated as a result of a communication described in subsection (b), which victim is a member of the Armed Forces or an adult dependent of a member of the Armed Forces, to have the reporting on the sexual assault be treated as a restricted report without regard to the party initiating or receiving such communication.

(b) COMMUNICATIONS.—A communication described in this subsection is a communication reporting a sexual assault as follows:

(1) By the victim to a member of the Armed Forces, whether a commissioned officer or a noncommissioned officer, in the chain of command of the victim or the victim's military sponsor.

(2) By the victim to military law enforcement personnel or personnel of a military criminal investigative organization (MCIO).

(3) By any individual other than victim.

(c) SCOPE OF FINDINGS AND RECOMMENDATIONS.—The report required by subsection (a) may include recommendations for new provisions of statute or regulations, or modification of current statute or regulations, that may be required to put into effect the findings and recommendations described in subsection (a).

(d) CONSULTATION.—In preparing the report required by subsection (a), the Secretary shall consult with the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (DAC–IPAD) under section 546 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 1561 note).

**SEC. 540L. REPORT ON ESTABLISHMENT OF GUARDIAN AD LITEM PROGRAM FOR CERTAIN MILITARY DEPENDENTS WHO ARE A VICTIM OR WITNESS OF AN OFFENSE UNDER THE UNIFORM CODE OF MILITARY JUSTICE INVOLVING ABUSE OR EXPLOITATION.**

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth an assessment of the feasibility and advisability of establishing a guardian ad litem program for military dependents described in paragraph (2) who are a victim or witness of an offense under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), that involves an element of abuse or exploitation in order to protect the best interests of such dependents in a court-martial of such offense.

(2) COVERED DEPENDENTS.—The military dependents described in this paragraph are as follows:

(A) Military dependents under 12 years of age.

(B) Military dependents who lack mental or other capacity.

WASHSTATEC006161

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) An assessment of the feasibility and advisability of establishing a guardian ad litem program as described in subsection (a).

(2) If establishment of the guardian ad litem program is considered feasible and advisable, the following:

(A) A description of administrative requirements in connection with the program, including the following:

(i) Any memoranda of understanding between the Department of Defense and State and local authorities required for purposes of the program.

(ii) The personnel, funding, and other resources required for purposes of the program.

(B) Best practices for the program (as determined in consultation with appropriate civilian experts on child advocacy).

(C) Such recommendations for legislative and administration action to implement the program as the Secretary considers appropriate.

WASHSTATEC006162

**SEC. 540M. COMPTROLLER GENERAL OF THE UNITED STATES REPORT ON IMPLEMENTATION BY THE ARMED FORCES OF RECENT STATUTORY REQUIREMENTS ON SEXUAL ASSAULT PREVENTION AND RESPONSE IN THE MILITARY.**

(a) REPORT REQUIRED.—The Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report, in writing, on a study, conducted by the Comptroller General for purposes of the report, on the implementation by the Armed Forces of statutory requirements on sexual assault prevention and response in the military in the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108–136) and each succeeding national defense authorization Act through the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232).

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) A list and citation of each statutory requirement (whether codified or uncodified) on sexual assault prevention and response in the military in each national defense authorization Act specified in paragraph (1), including—

(A) whether such statutory requirement is still in force; and

(B) if such statutory requirement is no longer in force, the date of the repeal or expiration of such requirement.

(2) For each statutory requirement listed pursuant to paragraph (1), the following:

(A) An assessment of the extent to which such requirement was implemented, or is currently being implemented, as applicable, by each Armed Force to which such requirement applied or applies.

(B) A description and assessment of the actions taken by each of the Department of Defense, the military department concerned, and the Armed Force concerned to assess and determine the effectiveness of actions taken pursuant to such requirement in meeting its intended objective.

(3) Any other matters in connection with the statutory requirements specified in subsection (a), and the implementation of such requirements by the Armed Forces, that the Comptroller General considers appropriate.

(c) BRIEFINGS.—Not later than May 1, 2020, the Comptroller General shall provide to the committees referred to in subsection (a) one or more briefings on the

status of the study required by subsection (a), including any preliminary findings and recommendations of the Comptroller General as a result of the study as of the date of such briefing.

**SEC. 540N. SENSE OF CONGRESS ON THE PORT CHICAGO 50.**

It is the sense of Congress that—

(1) the American people should recognize the role of racial bias during the era in which the prosecution and convictions of the Port Chicago 50 took place for mutiny following the deadliest home-front disaster in World War II, in which 320 were killed on July 17, 1944, during a munitions explosion; and

(2) in light of the well-documented challenges associated with uniformed service by African Americans during this era, the Secretary of the Navy should, as appropriate, recommend executive action in favor of the 49 remaining Sailors with general court-martial convictions and the 207 remaining Sailors with summary court-martial convictions.

## Subtitle E—Other Legal Matters

**SEC. 541. IMPROVEMENT OF CERTAIN SPECIAL VICTIMS' COUNSEL AUTHORITIES.**

(a) ENHANCEMENT OF LEGAL CONSULTATION AND ASSISTANCE IN CONNECTION WITH POTENTIAL VICTIM BENEFITS.—Paragraph (8)(D) of subsection (b) of sec-

WASHSTATEC006165

tion 1044e of title 10, United States Code, is amended by striking "and other" and inserting ", section 1408(h) of this title, and other".

(b) EXPANSION OF LEGAL ASSISTANCE AUTHORIZED TO INCLUDE CONSULTATION AND ASSISTANCE FOR RETALIATION.—Subsection (b) of such section is amended further—

(1) by redesignating paragraph (10) as paragraph (11); and

(2) by inserting after paragraph (9) the following new paragraph (10):

"(10) Legal consultation and assistance in connection with an incident of retaliation, whether such incident occurs before, during, or after the conclusion of any criminal proceedings, including—

"(A) in understanding the rights and protections afforded to victims of retaliation;

"(B) in the filing of complaints; and

"(C) in any resulting military justice proceedings.".

(c) STAFFING CASELOAD LEVELS.—Such section is further amended—

(1) by redesignating subsections (g) and (h) as subsections (h) and (i), respectively; and

(2) by inserting after subsection (f) the following new subsection (g):

"(g) STAFFING CASELOAD LEVELS.—Commencing not later than four years after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary concerned shall ensure that the number of Special Victims' Counsel serving in each military department (and with respect to the Coast Guard) is sufficient to ensure that the average caseload of a Special Victims' Counsel does not exceed, to the extent practicable, 25 cases any given time.".

**SEC. 542. AVAILABILITY OF SPECIAL VICTIMS' COUNSEL AT MILITARY INSTALLATIONS.**

(a) DEADLINE FOR AVAILABILITY.—Section 1044e(f) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(4)(A) Subject to subparagraph (B), if a Special Victims' Counsel is not available at a military installation for access by a member of the armed forces who requests access to a Special Victims' Counsel, a Special Victims' Counsel shall be made available at such installation for access by such member by not later than 72 hours after such request.

"(B) If the Secretary concerned determines that, due to exigent circumstances related to military activities, a

Special Victims' Counsel cannot be made available to a member of the armed forces within the time period required by subparagraph (A), the Secretary concerned shall ensure that a Special Victims' Counsel is made available to such member as soon as is practical under such circumstances.''.

(b) REPORT ON CIVILIAN SUPPORT OF SVCS.—Not later than 180 days after the date of the enactment of this Act, each Secretary of a military department shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the assessment of such Secretary of the feasibility and advisability of establishing and maintaining for each Special Victims' Counsel under the jurisdiction of such Secretary one or more civilian positions for the purpose of—

(1) providing support to such Special Victims' Counsel; and

(2) ensuring continuity and the preservation of institutional knowledge in transitions between the service of individuals as such Special Victims' Counsel.

**SEC. 543. NOTIFICATION OF ISSUANCE OF MILITARY PROTECTIVE ORDER TO CIVILIAN LAW ENFORCEMENT.**

(a) NOTIFICATION OF ISSUANCE.—Section 1567a of title 10, United States Code, is amended—

(1) in subsection (a), by striking "and any individual involved in the order does not reside on a military installation at any time during the duration of the military protective order, the commander of the military installation shall notify" and inserting ", the commander of the unit to which the member is assigned shall, not later than seven days after the date of the issuance of the order, notify";

(2) by redesignating subsection (b) as subsection (c);

(3) by inserting after subsection (a) the following new subsection (b);

"(b) NOTIFICATION IN EVENT OF TRANSFER.—In the event that a member of the armed forces against whom a military protective order is issued is transferred to another unit—

"(1) not later than the date of the transfer, the commander of the unit from which the member is transferred shall notify the commander of the unit to which the member is transferred of—

WASHSTATEC006169

"(A) the issuance of the protective order; and

"(B) the individuals involved in the order; and

"(2) not later than seven days after receiving the notice under paragraph (1), the commander of the unit to which the member is transferred shall provide notice of the order to the appropriate civilian authorities in accordance with subsection (a)."; and

(4) in subsection (c), as so redesignated, by striking "commander of the military installation" and inserting "commander of the unit to which the member is assigned".

(b) ANNUAL REPORT REQUIRED.—Not later than March 1, 2021, and each year thereafter through 2025, the Secretary of Defense shall submit to the congressional defense committees a report that identifies—

(1) the number of military protective orders issued in the calendar year preceding the year in which the report is submitted; and

(2) the number of such orders that were reported to appropriate civilian authorities in accordance with section 1567a(a) of title 10, United States Code, in such preceding year.

**SEC. 544. COPYRIGHT PROTECTION FOR CIVILIAN FACULTY OF CERTAIN ACCREDITED INSTITUTIONS.**

Section 105 of title 17, United States Code, is amended—

(1) by inserting "(a) In general.—" before "Copyright"; and

(2) by adding at the end the following:

"(b) COPYRIGHT PROTECTION OF CERTAIN OF WORKS.—Subject to subsection (c), the covered author of a covered work owns the copyright to that covered work.

"(c) USE BY FEDERAL GOVERNMENT.—The Secretary of Defense may direct the covered author of a covered work to provide the Federal Government with an irrevocable, royalty-free, world-wide, nonexclusive license to reproduce, distribute, perform, or display such covered work for purposes of the United States Government.

"(c) DEFINITIONS.—In this section:

"(1) The term 'covered author' means a civilian member of the faculty of a covered institution.

"(2) The term 'covered institution' means the following:

"(A) National Defense University.

"(B) United States Military Academy.

"(C) Army War College.

"(D) United States Army Command and General Staff College.

"(E) United States Naval Academy.

"(F) Naval War College.

"(G) Naval Post Graduate School.

"(H) Marine Corps University.

"(I) United States Air Force Academy.

"(J) Air University.

"(K) Defense Language Institute.

"(L) United States Coast Guard Academy.

"(3) The term 'covered work' means a literary work produced by a covered author in the course of employment at a covered institution for publication by a scholarly press or journal.".

**SEC. 545. TERMINATION OF LEASES OF PREMISES AND MOTOR VEHICLES OF SERVICEMEMBERS WHO INCUR CATASTROPHIC INJURY OR ILLNESS OR DIE WHILE IN MILITARY SERVICE.**

(a) CATASTROPHIC INJURIES AND ILLNESSES.—Subsection (a) of section 305 of the Servicemembers Civil Relief Act (50 U.S.C. 3955), as amended by section 301 of the Veterans Benefits and Transition Act of 2018 (Public Law 115–407), is further amended by adding at the end the following new paragraph:

"(4) CATASTROPHIC INJURY OR ILLNESS OF LESSEE.—The spouse of the lessee on a lease described in subsection (b) may terminate the lease

WASHSTATEC006172

during the one-year period beginning on the date on which the lessee incurs a catastrophic injury or illness (as that term is defined in section 439(g) of title 37, United States Code), if the lessee incurs the catastrophic injury or illness during a period of military service or while performing full-time National Guard duty, active Guard and Reserve duty, or inactive-duty training (as such terms are defined in section 101(d) of title 10, United States Code).''.

(b) DEATHS.—Paragraph (3) of such subsection is amended by striking ''in subsection (b)(1)'' and inserting ''in subsection (b)''.

**SEC. 546. MILITARY ORDERS REQUIRED FOR TERMINATION OF LEASES PURSUANT TO THE SERVICEMEMBERS CIVIL RELIEF ACT.**

Section 305(i) of the Servicemembers Civil Relief Act (50 U.S.C. 3955) is amended—

(1) in paragraph (1), by inserting ''(including orders for separation or retirement)'' after ''official military orders''; and

(2) by adding at the end the following new paragraph:

''(3) PERMANENT CHANGE OF STATION.—The term 'permanent change of station' includes separation or retirement from military service.''.

WASHSTATEC006173

**SEC. 547. PRESERVATION OF RIGHT TO BRING CLASS ACTION UNDER SERVICEMEMBERS CIVIL RELIEF ACT.**

(a) IN GENERAL.—Section 802(a) of the Servicemembers Civil Relief Act (50 U.S.C. 4042(a)) is amended—

(1) in paragraph (1), by striking "and" at the end;

(2) in paragraph (2), by striking the period at the end and inserting "; and"; and

(3) by adding at the end the following new paragraph:

"(3) be a representative party on behalf of members of a class or be a member of a class, in accordance with the Federal Rules of Civil Procedure, notwithstanding any previous agreement to the contrary.".

(b) CONSTRUCTION.—The amendments made by subsection (a) shall not be construed to imply that a person aggrieved by a violation of such Act did not have a right to bring a civil action as a representative party on behalf of members of a class or be a member of a class in a civil action before the date of the enactment of this Act.

**SEC. 548. LEGAL COUNSEL FOR VICTIMS OF ALLEGED DOMESTIC VIOLENCE OFFENSES.**

(a) IN GENERAL.—Not later than December 1, 2020, the Secretary of Defense shall carry out a program to provide legal counsel (referred to in this section as "Counsel") to victims of alleged domestic violence offenses who are otherwise eligible for military legal assistance under section 1044 of title 10, United States Code.

(b) FORM OF IMPLEMENTATION.—The program required under subsection (a) may be carried out as part of another program of the Department of Defense or through the establishment of a separate program.

(c) TRAINING AND TERMS.—The Secretary of Defense shall ensure that Counsel—

(1) receive specialized training in legal issues commonly associated with alleged domestic violence offenses; and

(2) to the extent practicable, serve as Counsel for a period of not less than 2 years.

(d) ATTORNEY-CLIENT RELATIONSHIP.—The relationship between a Counsel and a victim in the provision of legal advice and assistance shall be the relationship between an attorney and client.

(e) PARALEGAL SUPPORT.—The Secretary of Defense shall ensure that sufficient trained paralegal support is provided to Counsel under the program.

WASHSTATEC006175

(f) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the implementation of the program under subsection (a).

(2) ELEMENTS.—The report required under paragraph (1) shall include the following:

(A) A description and assessment of the manner in which the Department of Defense will implement the program required under subsection (a).

(B) An explanation of whether the program will be carried out as part of another program of the Department or through the establishment of a separate program.

(C) A comprehensive description of the additional personnel, resources, and training that will be required to implement the program, including identification of the specific number of additional billets that will be needed to staff the program.

(D) Recommendations for any modifications to law that may be necessary to effectively and efficiently implement the program.

(g) ALLEGED DOMESTIC VIOLENCE OFFENSE DEFINED.—In this section, the term "alleged domestic violence offense" means any allegation of—

(1) a violation of section 928(b), 928b(1), 928b(5), or 930 of title 10, United States Code (article 128(b), 128b(1), 128b(5), or 130 of the Uniform Code of Military Justice), when committed against a spouse, intimate partner, or immediate family member;

(2) a violation of any other provision of subchapter X of chapter 47 of such title (the Uniform Code of Military Justice), when committed against a spouse, intimate partner, or immediate family member; or

(3) an attempt to commit an offense specified in paragraph (1) or (2) as punishable under section 880 of such title (article 80 of the Uniform Code of Military Justice).

**SEC. 549. NOTICE TO VICTIMS OF ALLEGED SEXUAL ASSAULT OF PENDENCY OF FURTHER ADMINISTRATIVE ACTION FOLLOWING A DETERMINATION NOT TO REFER TO TRIAL BY COURT-MARTIAL.**

Under regulations prescribed by the Secretary of Defense, upon a determination not to refer a case of alleged sexual assault for trial by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), the commander making such determination shall periodically notify the victim of the status of a final determination on further action on such case, whether non-judicial punishment under section 815 of such title (article 15 of the Uniform Code of Military Justice), other administrative action, or no further action. Such notifications shall continue not less frequently than monthly until such final determination.

**SEC. 550. TREATMENT OF INFORMATION IN CATCH A SERIAL OFFENDER PROGRAM FOR CERTAIN PURPOSES.**

(a) TREATMENT UNDER FOIA.—Victim disclosures under the Catch a Serial Offender Program shall be withheld from public disclosure under paragraph (b)(3) of section 552 of title 5, United States Code (commonly referred to as the "Freedom of Information Act").

(b) PRESERVATION OF RESTRICTED REPORT.—The transmittal or receipt in connection with the Catch a Serial Offender Program of a report on a sexual assault that is treated as a restricted report shall not operate to terminate its treatment or status as a restricted report.

**SEC. 550A. POLICIES AND PROCEDURES ON REGISTRATION AT MILITARY INSTALLATIONS OF CIVILIAN PROTECTIVE ORDERS APPLICABLE TO MEMBERS OF THE ARMED FORCES ASSIGNED TO SUCH INSTALLATIONS AND CERTAIN OTHER INDIVIDUALS.**

(a) POLICIES AND PROCEDURES REQUIRED.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, establish policies and procedures for the registration at military installations of any civilian protective orders described in subsection (b), including the duties and responsibilities of commanders of installations in the registration process.

(b) CIVILIAN PROTECTIVE ORDERS.—A civilian protective order described in this subsection is any civilian protective order as follows:

(1) A civilian protective order against a member of the Armed Forces assigned to the installation concerned.

(2) A civilian protective order against a civilian employee employed at the installation concerned.

(3) A civilian protective order against the civilian spouse or intimate partner of a member of the Armed Forces on active duty and assigned to the installation concerned, or of a civilian employee described in paragraph (2), which order provides for the protection of such member or employee.

(c) PARTICULAR ELEMENTS.—The policies and procedures required by subsection (a) shall include the following:

(1) A requirement for notice between and among the commander, military law enforcement elements, and military criminal investigative elements of an installation when a member of the Armed Forces assigned to such installation, a civilian employee employed at such installation, a civilian spouse or intimate partner of a member assigned to such installation, or a civilian spouse or intimate partner of a civilian employee employed at such installation becomes subject to a civilian protective order.

(2) A statement of policy that failure to register a civilian protective order may not be a justification for the lack of enforcement of such order by military

law enforcement and other applicable personnel who have knowledge of such order.

(d) LETTER.—As soon as practicable after establishing the policies and procedures required by subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a letter that includes the following:

(1) A detailed description of the policies and procedures.

(2) A certification by the Secretary that the policies and procedures have been implemented on each military installation.

**SEC. 550B. DEFENSE ADVISORY COMMITTEE FOR THE PREVENTION OF SEXUAL MISCONDUCT.**

(a) ESTABLISHMENT REQUIRED.—

(1) IN GENERAL.—The Secretary of Defense shall establish and maintain within the Department of Defense an advisory committee to be known as the "Defense Advisory Committee for the Prevention of Sexual Misconduct" (in this section referred to as the "Advisory Committee").

(2) DEADLINE FOR ESTABLISHMENT.—The Secretary shall establish the Advisory Committee not later than one year after the date of the enactment of this Act.

(b) MEMBERSHIP.—

(1) IN GENERAL.—The Advisory Committee shall consist of not more than 20 members, appointed by the Secretary from among individuals who have an expertise appropriate for the work of the Advisory Committee, including at least one individual with each expertise as follows:

(A) Expertise in the prevention of sexual assault and behaviors on the sexual assault continuum of harm.

(B) Expertise in adverse behaviors, including the prevention of suicide and the prevention of substance abuse.

(C) Expertise in the change of culture of large organizations.

(D) Expertise in implementation science.

(2) BACKGROUND OF INDIVIDUALS.—Individuals appointed to the Advisory Committee may include individuals with expertise in sexual assault prevention efforts of institutions of higher education, public health officials, and such other individuals as the Secretary considers appropriate.

(3) PROHIBITION ON MEMBERSHIP OF MEMBERS OF ARMED FORCES ON ACTIVE DUTY.—A member of the Armed Forces serving on active duty

may not serve as a member of the Advisory Committee.

(c) DUTIES.—

(1) IN GENERAL.—The Advisory Committee shall advise the Secretary on the following:

(A) The prevention of sexual assault (including rape, forcible sodomy, other sexual assault, and other sexual misconduct (including behaviors on the sexual assault continuum of harm)) involving members of the Armed Forces.

(B) The policies, programs, and practices of each military department, each Armed Force, and each military service academy for the prevention of sexual assault as described in subparagraph (A).

(2) BASIS FOR PROVISION OF ADVICE.—For purposes of providing advice to the Secretary pursuant to this subsection, the Advisory Committee shall review, on an ongoing basis, the following:

(A) Closed cases involving allegations of sexual assault described in paragraph (1).

(B) Efforts of institutions of higher education to prevent sexual assault among students.

(C) Any other information or matters that the Advisory Committee or the Secretary considers appropriate.

(3) COORDINATION OF EFFORTS.—In addition to the reviews required by paragraph (2), for purposes of providing advice to the Secretary the Advisory Committee shall also consult and coordinate with the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (DAC-IPAD) on matters of joint interest to the two Advisory Committees.

(d) ANNUAL REPORT.—Not later than March 30 each year, the Advisory Committee shall submit to the Secretary and the Committees on Armed Services of the Senate and the House of Representatives a report on the activities of the Advisory Committee pursuant to this section during the preceding year.

(e) SEXUAL ASSAULT CONTINUUM OF HARM.—In this section, the term "sexual assault continuum of harm" includes—

(1) inappropriate actions (such as sexist jokes), sexual harassment, gender discrimination, hazing, cyber bullying, or other behavior that contributes to a culture that is tolerant of, or increases risk for, sexual assault; and

(2) maltreatment or ostracism of a victim for a report of sexual misconduct.

(f) TERMINATION.—

(1) IN GENERAL.—Except as provided in paragraph (2), the Advisory Committee shall terminate on the date that is five years after the date of the establishment of the Advisory Committee pursuant to subsection (a).

(2) CONTINUATION.—The Secretary of Defense may continue the Advisory Committee after the termination date applicable under paragraph (1) if the Secretary determines that continuation of the Advisory Committee after that date is advisable and appropriate. If the Secretary determines to continue the Advisory Committee after that date, the Secretary shall notify the Committees on the Armed Services of the Senate and House of Representatives.

**SEC. 550C. TRAINING FOR SPECIAL VICTIMS' COUNSEL ON CIVILIAN CRIMINAL JUSTICE MATTERS IN THE STATES OF THE MILITARY INSTALLATIONS TO WHICH ASSIGNED.**

(a) TRAINING.—

(1) IN GENERAL.—Except as provided in subsection (c), upon the assignment of a Special Vic-

WASHSTATEC006185

tims' Counsel (including a Victim Legal Counsel of the Navy) to a military installation in the United States, such Counsel shall be provided appropriate training on the law and policies of the State or States in which such military installation is located with respect to the criminal justice matters specified in paragraph (2). The purpose of the training is to assist such Counsel in providing victims of alleged sex-related offenses with information necessary to make an informed decision regarding preference as to the jurisdiction (whether court-martial or State court) in which such offenses will be prosecuted.

(2) CRIMINAL JUSTICE MATTERS.—The criminal justice matters specified in this paragraph, with respect to a State, are the following:

(A) Victim rights.

(B) Prosecution of criminal offenses.

(C) Sentencing for conviction of criminal offenses.

(D) Protective orders.

(b) ALLEGED SEX-RELATED OFFENSE DEFINED.—In this section, the term "alleged sex-related offense" means any allegation of—

(1) a violation of section 920, 920b, 920c, or 930 of title 10, United States Code (article 120,

120b, 120c, or 130 of the Uniform Code of Military Justice); or

(2) an attempt to commit an offense specified in a paragraph (1) as punishable under section 880 of title 10, United States Code (article 80 of the Uniform Code of Military Justice).

(c) EXCEPTION.—The requirements of this section do not apply to a Special Victims' Counsel of the Coast Guard.

**SEC. 550D. ENHANCING THE CAPABILITY OF MILITARY CRIMINAL INVESTIGATIVE ORGANIZATIONS TO PREVENT AND COMBAT CHILD SEXUAL EXPLOITATION.**

(a) IN GENERAL.—Beginning not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish and carry out an initiative to enhance the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.

(b) ACTIVITIES.—In establishing and carrying out the initiative under subsection (a), the Secretary of Defense may—

(1) work with internal and external functional experts to train the personnel of military criminal

WASHSTATEC006187

investigative organizations across the Department regarding—

(A) technologies, tools, and techniques, including digital forensics, to enhance the investigation of child sexual exploitation; and

(B) evidence-based forensic interviewing of child victims, and the referral of child victims for trauma-informed mental and medical health care, and other treatment and support services;

(2) to the extent authorized by law, collaborate with Federal, State, local, and other civilian law enforcement agencies on issues relating to child sexual exploitation, including by—

(A) participating in task forces established by such agencies for the purpose of preventing and combating child sexual exploitation;

(B) establishing cooperative agreements to facilitate co-training and collaboration with such agencies; and

(C) ensuring that streamlined processes for the referral of child sexual exploitation cases to other agencies and jurisdictions, as appropriate, are fully operational;

WASHSTATEC006188

(3) as appropriate, assist in educating the military community on the prevention and response to child sexual exploitation; and

(4) carry out such other activities as the Secretary determines to be relevant.

**SEC. 550E. FEASIBILITY STUDY ON ESTABLISHMENT OF DATABASE OF MILITARY PROTECTIVE ORDERS.**

(a) STUDY.—The Secretary of Defense shall conduct a study on the feasibility of establishing a database of military protective orders issued by military commanders against individuals suspected of having committed an offense of domestic violence under section 928b of title 10, United States Code (article 128b of the Uniform Code of Military Justice). The study shall include an examination of each of the following:

(1) The feasibility of creating a database to record, track, and report such military protective orders to the National Instant Criminal Background Check System.

(2) The feasibility of establishing a process by which a military judge or magistrate may issue a protective order against an individual suspected of having committed such an offense.

(3) How the database and process described in paragraphs (1) and (2), respectively, may differ from analogous civilian databases and processes, including with regard to due process and other procedural protections.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the results of the study conducted under subsection (a).

**SEC. 550F. GAO REVIEW OF USERRA AND SCRA.**

(a) REPORT REQUIRED.—Not later than January 31, 2021, the Comptroller General of the United States shall conduct a review and submit a report to the Committees on Armed Services of the Senate and House of Representatives regarding what the Comptroller General determines are the effects of the common commercial and governmental practices of including a mandatory arbitration clause in employment and consumer agreements, on the ability of servicemembers to assert claims under and secure redress for violations of—

(1) chapter 43 of title 38, United States Code (commonly referred to as the "Uniformed Services Employment and Reemployments Rights Act of

1994" and referred to in this section as "USERRA"); and

(2) the Servicemembers Civil Relief Act (50 U.S.C. 3901 et seq. (referred to in this section as "SCRA")).

(b) ELEMENTS.—The report under this section shall include the following:

(1) Each process by which a servicemember may assert a claim under USERRA or SCRA, including—

(A) administrative assistance;

(B) support, and dispute resolution processes provided by Federal and State agencies;

(C) arbitration; and

(D) litigation.

(2) With regards to each process identified under paragraph (1), an evaluation of—

(A) the flexibility the process affords to the servicemember and other parties to the process;

(B) the burden on the servicemember and other parties to the process;

(C) the financial cost of the process to the servicemember and the other parties;

WASHSTATEC006191

(D) the speed of each process, including the rate at which each claim pursued under such process is resolved;

(E) the confidentiality of each process; and

(F) the effects of the process.

(3) Based on data regarding the results of past actions to enforce servicemember rights and benefits under USERRA and SCRA, including data of the Departments of Defense and Labor regarding dispute resolution under USERRA and data of the Department of Justice regarding litigation under SCRA—

(A) an analysis of the extent to which each of the processes identified in paragraph (1) has been employed to address claims under USERRA or SCRA and

(B) the extent to which each such process achieved a final disposition favorable to the servicemember.

(4) An assessment of general societal trends in the use of mandatory arbitration clauses in employment and consumer agreements, including any trend in a specific industry or employment sector that relies on mandatory arbitration in such contracts and agreements.

WASHSTATEC006192

(5) An assessment and explanation of any effect—

(A) of the use of mandatory arbitration clauses in employment or consumer agreements on military readiness and deployability.

(B) of USERRA or SCRA on the willingness of employers to employ, and consumer service businesses to provide services to servicemembers and their families.

## Subtitle F—Member Education

**SEC. 551. AUTHORITY FOR DETAIL OF CERTAIN ENLISTED MEMBERS OF THE ARMED FORCES AS STUDENTS AT LAW SCHOOLS.**

(a) IN GENERAL.—Section 2004 of title 10, United States Code, is amended—

(1) in subsection (a)—

(A) by inserting "and enlisted members" after "commissioned officers";

(B) by striking "bachelor of laws or"; and

(C) by inserting "and enlisted members" after "twenty-five officers";

(2) in subsection (b)—

(A) in the matter preceding paragraph (1), by inserting "or enlisted member" after "officer";

(B) by striking paragraph (1) and inserting the following new paragraph (1):

"(1) either—

"(A) have served on active duty for a period of not less than two years nor more than six years and be an officer in the pay grade O–3 or below as of the time the training is to begin; or

"(B) have served on active duty for a period of not less than four years nor more than eight years and be an enlisted member in the pay grade E–5, E–6, or E–7 as of the time the training is to begin;";

(C) by redesignating paragraph (2) as paragraph (3);

(D) by inserting after paragraph (1), as amended by subparagraph (B), the following new paragraph (2):

"(2) in the case of an enlisted member, meet all requirements for acceptance of a commission as a commissioned officer in the armed forces; and"; and

(E) in subparagraph (B) of paragraph (3), as redesignated by subparagraph (C) of this paragraph, by striking "or law specialist";

(3) in subsection (c)—

(A) in the first sentence, by inserting "and enlisted members" after "Officers"; and

(B) in the second sentence, by inserting "or enlisted member" after "officer" each place it appears;

(4) in subsection (d), by inserting "and enlistment members" after "officers";

(5) in subsection (e), by inserting "or enlistment member" after "officer"; and

(6) in subsection (f), by inserting "or enlisted member" after "officer".

(b) CONFORMING AND CLERICAL AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading of such section is amended to read as follows:

**"§ 2004. Detail as students at law schools; commissioned officers; certain enlisted members".**

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 101 of such title is amended by striking the item relating to section 2004 and inserting the following new item:

"2004. Detail as students at law schools; commissioned officers; certain enlisted members.".

**SEC. 552. INCLUSION OF COAST GUARD IN DEPARTMENT OF DEFENSE STARBASE PROGRAM.**

Section 2193b of title 10, United States Code, is amended—

(1) in subsection (a), by inserting "and the Secretary of the Department in which the Coast Guard is operating" after "military departments"; and

(2) in subsection (f), by striking "and the Secretaries of the military departments" and inserting ", the Secretaries of the military departments, and the Secretary of the Department in which the Coast Guard is operating".

**SEC. 553. DEGREE GRANTING AUTHORITY FOR UNITED STATES ARMY ARMAMENT GRADUATE SCHOOL; LIMITATION ON ESTABLISHMENT OF CERTAIN EDUCATIONAL INSTITUTIONS.**

(a) DEGREE GRANTING AUTHORITY FOR UNITED STATES ARMY ARMAMENT GRADUATE SCHOOL.—

(1) IN GENERAL.—Chapter 751 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 7422. Degree granting authority for United States Army Armament Graduate School**

"(a) AUTHORITY.—Under regulations prescribed by the Secretary of the Army, the Chancellor of the United States Army Armament Graduate School may, upon the

WASHSTATEC006196

recommendation of the faculty and provost of the school, confer appropriate degrees upon graduates who meet the degree requirements.

"(b) LIMITATION.—A degree may not be conferred under this section unless—

"(1) the Secretary of Education has recommended approval of the degree in accordance with the Federal Policy Governing Granting of Academic Degrees by Federal Agencies; and

"(2) the United States Army Armament Graduate School is accredited by the appropriate civilian academic accrediting agency or organization to award the degree, as determined by the Secretary of Education.

"(c) CONGRESSIONAL NOTIFICATION REQUIREMENTS.—(1) When seeking to establish degree granting authority under this section, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives—

"(A) a copy of the self-assessment questionnaire required by the Federal Policy Governing Granting of Academic Degrees by Federal Agencies, at the time the assessment is submitted to the Department of Education's National Advisory Committee on Institutional Quality and Integrity; and

WASHSTATEC006197

"(B) the subsequent recommendations and rationale of the Secretary of Education regarding the establishment of the degree granting authority.

"(2) Upon any modification or redesignation of existing degree granting authority, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report containing the rationale for the proposed modification or redesignation and any subsequent recommendation of the Secretary of Education on the proposed modification or redesignation.

"(3) The Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report containing an explanation of any action by the appropriate academic accrediting agency or organization not to accredit the United States Army Armament Graduate School to award any new or existing degree.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:

"7422. Degree granting authority for United States Army Armament Graduate School.".

(b) LIMITATION.—

WASHSTATEC006198

(1) IN GENERAL.—Chapter 101 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 2017. Limitation on establishment of postsecondary educational institutions pending notice to Congress**

"(a) LIMITATION.—The Secretary of Defense may not establish a postsecondary educational institution within the Department of Defense until a period of one year has elapsed following the date on which the Secretary notifies the congressional defense committees of the intent of the Secretary to establish the institution.

"(b) POSTSECONDARY EDUCATIONAL INSTITUTION DEFINED.—In this section, the term 'postsecondary educational institution' means a school or other educational institution that is intended to provide students with a course of instruction that is comparable, in length and academic rigor, to a course of instruction for which an associate's, bachelor's, or graduate degree may be awarded.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:

"2017. Limitation on establishment of postsecondary educational institutions pending notice to Congress.".

(3) APPLICABILITY.—Section 2017 of title 10, United States Code, as added by paragraph (1), shall apply with respect to postsecondary educational institutions intended to be established by the Secretary of Defense on or after the date of the enactment of this Act.

**SEC. 554. PROHIBITION ON OFF-DUTY EMPLOYMENT FOR CADETS AND MIDSHIPMEN COMPLETING OBLIGATED SERVICE AFTER GRADUATION.**

(a) MILITARY ACADEMY.—Section 7448(a)(5)(A) of title 10, United States Code, is amended by inserting "or seek or accept approval for off-duty employment while completing the cadet's commissioned service obligation" before "to obtain employment".

(b) NAVAL ACADEMY.—Section 8459(a)(5)(A) of title 10, United States Code, is amended by inserting "or seek or accept approval for off-duty employment while completing the midshipman's commissioned service obligation" before "to obtain employment".

(c) AIR FORCE ACADEMY.—Section 9448(a)(5)(A) of title 10, United States Code, is amended by inserting "or seek or accept approval for off-duty employment while completing the cadet's commissioned service obligation" before "to obtain employment".

**SEC. 555. CONSIDERATION OF REQUEST FOR TRANSFER OF A CADET OR MIDSHIPMAN AT A MILITARY SERVICE ACADEMY WHO IS THE VICTIM OF A SEXUAL ASSAULT OR RELATED OFFENSE.**

(a) UNITED STATES MILITARY ACADEMY.—Section 7461 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(e) CONSIDERATION OF REQUEST FOR TRANSFER OF A CADET WHO IS THE VICTIM OF A SEXUAL ASSAULT OR RELATED OFFENSE.—(1) The Secretary of the Army shall provide for timely consideration of and action on a request submitted by a cadet appointed to the United States Military Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a Senior Reserve Officers' Training Corps program affiliated with another institution of higher education.

"(2) The Secretary of the Army shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense that—

"(A) provide that the Superintendent of the United States Military Academy shall ensure that any cadet who has been appointed to the United States Military Academy and who is a victim of an

alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any formal request submitted by a cadet is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;

"(B) direct the Superintendent of the United States Military Academy, in coordination with the Superintendent of the military service academy to which the cadet requests to transfer—

"(i) to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;

"(ii) to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and

"(iii) upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the cadet to the military service academy concerned as expeditiously as possible; and

"(C) direct the Superintendent of the United States Military Academy, in coordination with the Secretary of the military department that sponsors

the Senior Reserve Officers' Training Corps program at the institution of higher education to which the cadet requests to transfer—

"(i) to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;

"(ii) subject to the cadet's acceptance for admission to the institution of higher education to which the cadet wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and

"(iii) to take all necessary and appropriate action to effectuate the cadet's enrollment in the institution of higher education to which the cadet wishes to transfer and to process the cadet for participation in the relevant Senior Reserve Officers' Training Corps program as expeditiously as possible.

"(3) If the Superintendent of the United States Military Academy denies a request for transfer under this subsection, the cadet may request review of the denial by the Secretary of the Army, who shall take action on such re-

quest not later than 72 hours after receipt of the formal request for review.

"(4) The Secretary concerned shall ensure that all records of any request, determination, transfer, or other action under this subsection remain confidential, consistent with applicable law and regulation.

"(5) A cadet who transfers under this subsection may retain the cadet's appointment to the United States Military Academy or may be appointed to the military service academy to which the cadet transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.".

(b) UNITED STATES NAVAL ACADEMY.—Section 8480 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(e) CONSIDERATION OF REQUEST FOR TRANSFER OF A MIDSHIPMAN WHO IS THE VICTIM OF A SEXUAL ASSAULT OR RELATED OFFENSE.—(1) The Secretary of the Navy shall provide for timely consideration of and action on a request submitted by a midshipman appointed to the United States Naval Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a

Senior Reserve Officers' Training Corps program affiliated with another institution of higher education.

"(2) The Secretary of the Navy shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense that—

"(A) provide that the Superintendent of the United States Naval Academy shall ensure that any midshipman who has been appointed to the United States Naval Academy and who is a victim of an alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any formal request submitted by a midshipman is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;

"(B) direct the Superintendent of the United States Naval Academy, in coordination with the Superintendent of the military service academy to which the midshipman requests to transfer—

"(i) to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the midshipman;

WASHSTATEC006205

"(ii) to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and

"(iii) upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the midshipman to the military service academy concerned as expeditiously as possible; and

"(C) direct the Superintendent of the United States Naval Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officers' Training Corps program at the institution of higher education to which the midshipman requests to transfer—

"(i) to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the midshipman;

"(ii) subject to the midshipman's acceptance for admission to the institution of higher education to which the midshipman wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and

"(iii) to take all necessary and appropriate action to effectuate the midshipman's enrollment in the institution of higher education to which the midshipman wishes to transfer and to process the midshipman for participation in the relevant Senior Reserve Officers' Training Corps program as expeditiously as possible.

"(3) If the Superintendent of the United States Naval Academy denies a request for transfer under this subsection, the midshipman may request review of the denial by the Secretary of the Navy, who shall take action on such request not later than 72 hours after receipt of the formal request for review.

"(4) The Secretary concerned shall ensure that all records of any request, determination, transfer, or other action under this subsection remain confidential, consistent with applicable law and regulation.

"(5) A midshipman who transfers under this subsection may retain the midshipman's appointment to the United States Naval Academy or may be appointed to the military service academy to which the midshipman transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.".

(c) UNITED STATES AIR FORCE ACADEMY.—Section 9461 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(e) CONSIDERATION OF REQUEST FOR TRANSFER OF A CADET WHO IS THE VICTIM OF A SEXUAL ASSAULT OR RELATED OFFENSE.—(1) The Secretary of the Air Force shall provide for timely consideration of and action on a request submitted by a cadet appointed to the United States Air Force Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a Senior Reserve Officers' Training Corps program affiliated with another institution of higher education.

"(2) The Secretary of the Air Force shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense that—

"(A) provide that the Superintendent of the United States Air Force Academy shall ensure that any cadet who has been appointed to the United States Air Force Academy and who is a victim of an alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any for-

WASHSTATEC006208

mal request submitted by a cadet is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;

"(B) direct the Superintendent of the United States Air Force Academy, in coordination with the Superintendent of the military service academy to which the cadet requests to transfer—

"(i) to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;

"(ii) to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and

"(iii) upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the cadet to the military service academy concerned as expeditiously as possible; and

"(C) direct the Superintendent of the United States Air Force Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officers' Training Corps program at the institution of higher education to which the cadet requests to transfer—

"(i) to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;

"(ii) subject to the cadet's acceptance for admission to the institution of higher education to which the cadet wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and

"(iii) to take all necessary and appropriate action to effectuate the cadet's enrollment in the institution of higher education to which the cadet wishes to transfer and to process the cadet for participation in the relevant Senior Reserve Officers' Training Corps program as expeditiously as possible.

"(3) If the Superintendent of the United States Air Force Academy denies a request for transfer under this subsection, the cadet may request review of the denial by the Secretary of the Air Force, who shall take action on such request not later than 72 hours after receipt of the formal request for review.

"(4) The Secretary concerned shall ensure that all records of any request, determination, transfer, or other

action under this subsection remain confidential, consistent with applicable law and regulation.

"(5) A cadet who transfers under this subsection may retain the cadet's appointment to the United States Air Force Academy or may be appointed to the military service academy to which the cadet transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.".

**SEC. 556. REDESIGNATION OF THE COMMANDANT OF THE UNITED STATES AIR FORCE INSTITUTE OF TECHNOLOGY AS THE DIRECTOR AND CHANCELLOR OF SUCH INSTITUTE.**

(a) REDESIGNATION.—Section 9414b(a) of title 10, United States Code, is amended—

(1) in the subsection heading, by striking "COMMANDANT" and inserting "DIRECTOR AND CHANCELLOR";

(2) by striking "Commandant" each place it appears and inserting "Director and Chancellor"; and

(3) in the heading of paragraph (3), by striking "COMMANDANT" and inserting "DIRECTOR AND CHANCELLOR".

(b) CONFORMING AMENDMENTS.—Section 9414(f) of such title is amended by striking "Commandant" both places it appears and inserting "Director and Chancellor".

(c) REFERENCES.—Any reference in any law, regulation, map, document, paper, or other record of the United States to the Commandant of the United States Air Force Institute of Technology shall be deemed to be a reference to the Director and Chancellor of the United States Air Force Institute of Technology.

**SEC. 557. ELIGIBILITY OF ADDITIONAL ENLISTED MEMBERS FOR ASSOCIATE DEGREE PROGRAMS OF THE COMMUNITY COLLEGE OF THE AIR FORCE.**

Section 9415(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(3) Enlisted members of the armed forces other than the Air Force who are participating in Community College of the Air Force affiliated joint-service training and education courses.".

**SEC. 558. SPEECH DISORDERS OF CADETS AND MIDSHIPMEN.**

(a) TESTING.—The Superintendent of a military service academy shall provide testing for speech disorders to incoming cadets or midshipmen under the jurisdiction of that Superintendent.

(b) NO EFFECT ON ADMISSION.—The testing under subsection (a) may not have any effect on admission to a military service academy.

(c) RESULTS.—The Superintendent shall provide each cadet or midshipman under the jurisdiction of that Superintendent the result of the testing under subsection (a) and a list of warfare unrestricted line officer positions and occupation specialities that require successful performance on the speech test.

(d) THERAPY.—The Superintendent shall furnish speech therapy to a cadet or midshipman under the jurisdiction of that Superintendent at the election of the cadet or midshipman.

(e) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretaries of the military departments shall submit to the Committees on Armed Services of the Senate and the House of Representatives a joint report that includes the following:

(1) The number of cadets or midshipmen with an identified speech disorder in each military service academy.

(2) A list of the health care and administrative resources related to speech disorders available to cadets and midshipmen described in paragraph (1).

(3) A list of positions and specialties described in subsection (c) pursued by the cadets and midshipmen described in paragraph (1) at the time of graduation.

**SEC. 559. REQUIREMENT TO CONTINUE PROVISION OF TUITION ASSISTANCE FOR MEMBERS OF THE ARMED FORCES.**

The Secretary of each military department shall carry out tuition assistance programs for members of an Armed Force under the jurisdiction of that Secretary during fiscal year 2020 using an amount not less than the sum of any amounts appropriated for tuition assistance for members of that Armed Force for fiscal year 2020.

**SEC. 560. INFORMATION ON INSTITUTIONS OF HIGHER EDUCATION PARTICIPATING IN THE DEPARTMENT OF DEFENSE TUITION ASSISTANCE PROGRAM.**

(a) LIST OF PARTICIPATING INSTITUTIONS.—The Secretary of Defense shall make available, on a publicly accessible website of the Department of Defense, a list that identifies—

(1) each institution of higher education that receives funds under the Department of Defense Tuition Assistance Program; and

(2) the amount of such funds received by the institution.

(b) ANNUAL UPDATES.—The Secretary of Defense shall update the list described in subsection (a) not less frequently than once annually.

**SEC. 560A. INCLUSION OF INFORMATION ON FREE CREDIT MONITORING IN ANNUAL FINANCIAL LITERACY BRIEFING.**

The Secretary of each military department shall ensure that the annual financial literacy education briefing provided to members of the Armed Forces includes information on the availability of free credit monitoring services pursuant to section 605A(k) of the Fair Credit Reporting Act (15 U.S.C. 1681c–1(k)).

**SEC. 560B. PROGRAMS TO FACILITATE THE AWARD OF PRIVATE PILOT'S CERTIFICATES.**

(a) PROGRAMS AUTHORIZED.—Each Secretary of a military department may carry out a program under which qualified participants may obtain a private pilot's certificate through an institution of higher education with an accredited aviation program that is approved by such Secretary pursuant to subsection (c).

(b) PARTICIPANT QUALIFICATIONS AND TYPES OF ASSISTANCE.—

WASHSTATEC006215

(1) IN GENERAL.—In carrying out a program under subsection (a), the Secretary of a military department shall prescribe—

(A) the standards to be met for participation in the program; and

(B) the types of assistance, if any, to be provided to individuals who participate in the program.

(2) UNIFORMITY ACROSS MILITARY DEPARTMENTS.—To the extent practicable, the standards and types of assistance prescribed under paragraph (1) shall be uniform across the military departments.

(c) APPROVED INSTITUTIONS OF HIGHER EDUCATION.—

(1) IN GENERAL.—In carrying out a program under subsection (a), the Secretary of a military department shall maintain a list of institutions of higher education (as that term is defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)) through which an individual participating in the program may obtain a private pilot's certificate.

(2) QUALIFICATIONS AND STANDARDS.—Any institution of higher education included on a list under paragraph (1), and any course of instruction

toward obtaining a private pilot's certificate offered by such institution, shall meet such qualifications and standards as the Secretary shall prescribe for purposes of the program. Such qualifications and standards shall include a requirement that any institution included on the list award, to individual participating in the program, academic credit at such institution for any portion of course work completed on the ground school course of instruction of such institution in connection with obtaining a private pilot's certificate, regardless of whether the participant fully completed the ground school course of instruction.

(d) ANNUAL REPORTS ON PROGRAMS.—

(1) IN GENERAL.—Not later than February 28, 2021, and each year thereafter, each Secretary of a military department shall submit to Congress a report on the program, if any, carried out by such Secretary under subsection (a) during the preceding calendar year.

(2) ELEMENTS.—Each report under paragraph (1) shall include, for the program and year covered by such report, the following:

(A) The total number of participants in the program.

(B) The number of private pilot's certificates awarded to participants in the program.

(C) The number of participants in the program who fully completed a ground school course of instruction in connection with obtaining a private pilot's certificate.

## Subtitle G—Member Training and Transition

**SEC. 561. REQUIREMENT TO PROVIDE INFORMATION REGARDING BENEFITS CLAIMS TO MEMBERS DURING TAP COUNSELING.**

Section 1142(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(19) Information regarding how to file claims for benefits available to the member under laws administered by the Secretaries of Defense and Veterans Affairs.".

**SEC. 562. PARTICIPATION OF OTHER FEDERAL AGENCIES IN THE SKILLBRIDGE APPRENTICESHIP AND INTERNSHIP PROGRAM FOR MEMBERS OF THE ARMED FORCES.**

Section 1143(e) of title 10, United States Code, is amended—

WASHSTATEC006218

(1) by redesignating paragraph (3) as paragraph (4); and

(2) by inserting after paragraph (2) the following new paragraph (3):

"(3) Any program under this subsection may be carried out at, through, or in consultation with such other departments or agencies of the Federal Government as the Secretary of the military department concerned considers appropriate.".

**SEC. 563. FIRST MODIFICATION OF ELEMENTS OF REPORT ON THE IMPROVED TRANSITION ASSISTANCE PROGRAM.**

Section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by adding at the end the following:

"(E) The evaluation of the Secretary regarding the effectiveness of the Transition Assistance Program for all members of the Armed Forces.

"(F) The evaluation of the Secretary regarding the effectiveness of the Transition Assistance Program specifically for female members of the Armed Forces.".

WASHSTATEC006219

**SEC. 564. SECOND MODIFICATION OF ELEMENTS OF REPORT ON THE IMPROVED TRANSITION ASSISTANCE PROGRAM.**

Section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), as amended by section 563 of this Act, is further amended—

(1) by redesignating subparagraphs (A) through (F) as subparagraphs (B) through (G), respectively;

(2) by inserting before subparagraph (B), as redesignated by paragraph (1), the following new subparagraph (A):

"(A) The total number of members eligible to attend Transition Assistance Program counseling."; and

(3) by adding at the end the following new subparagraphs:

"(H) The number of members who participated in programs under section 1143(e) of title 10, United States Code (commonly referred to as 'Job Training, Employment Skills, Apprenticeships and Internships (JTEST-AI)' or 'Skill Bridge').

"(I) Such other information as is required to provide Congress with a comprehensive description of the participation of the members in

WASHSTATEC006220

the Transition Assistance Program and programs described in subparagraph (H).''.

**SEC. 565. PROHIBITION ON GENDER-SEGREGATED TRAINING AT MARINE CORPS RECRUIT DEPOTS.**

(a) PARRIS ISLAND.—

(1) PROHIBITION.—Subject to paragraph (2), training at the Marine Corps Recruit Depot, Parris Island, South Carolina, may not be segregated based on gender.

(2) DEADLINE.—The Commandant of the Marine Corps shall carry out this subsection not later than five years after the date of the enactment of this Act.

(b) SAN DIEGO.—

(1) PROHIBITION.—Subject to paragraph (2), training at the Marine Corps Recruit Depot, San Diego, California, may not be segregated based on gender.

(2) DEADLINE.—The Commandant of the Marine Corps shall carry out this subsection not later than eight years after the date of the enactment of this Act.

WASHSTATEC006221

**SEC. 566. ASSESSMENT OF DEATHS OF RECRUITS UNDER THE JURISDICTION OF THE SECRETARIES OF THE MILITARY DEPARTMENTS.**

(a) ASSESSMENT.—The Inspector General of the Department of Defense shall conduct an assessment of the deaths of recruits at facilities under the jurisdiction of the Secretaries of the military departments, and the effectiveness of the current medical protocols on the training bases.

(b) REPORT.—Not later than September 30, 2020, the Inspector General shall submit to the Committees on Armed Services of the Senate and the House of Representative a report containing the results of the assessment conducted under subsection (a). The report shall include the following:

(1) The number of recruits who died during basic training in the five years preceding the date of the report.

(2) The causes of deaths described in paragraph (1).

(3) The types of medical treatment that was provided to recruits described in paragraph (1).

(4) Whether any of the deaths identified under paragraph (1) were found to be a result of medical negligence.

(5) A description of medical capabilities and personnel available to the recruits at each facility.

(6) A description of medical resources accessible to the recruits at the company level at each facility.

(7) A description of 24-hour medical resources available to recruits at each facility.

(8) An evaluation of the guidelines and resources in place to monitor sick recruits.

(9) An evaluation of how supervisors evaluate and determine whether a sick recruit should continue training or further seek medical assistance.

(10) An evaluation of how the Secretaries of the military departments can increase visibility of the comprehensive medical status of a sick recruit to instructors and supervisors in order to provide better situational awareness of the such medical status.

(11) An evaluation of how to improve medical care for recruits.

**SEC. 567. REVIEW OF DEPARTMENT OF DEFENSE TRAINING PROGRAMS REGARDING DISINFORMATION CAMPAIGNS.**

(a) REVIEW.—Not later than 120 days after the enactment of this Act, the Secretary of Defense shall conduct a review of existing programs, tools, and resources of the Department of Defense for training members of the

Armed Forces and employees of the Department regarding the threat of disinformation campaigns specifically targeted at such individuals and the families of such individuals.

(b) REPORT REQUIRED.—Not later than 270 days after the enactment of this Act, the Secretary of Defense shall submit a report to the congressional defense committees regarding the programs, tools, and resources identified under subsection (a).

**SEC. 568. COMMAND MATTERS IN CONNECTION WITH TRANSITION ASSISTANCE PROGRAMS.**

The training provided a commander of a military installation in connection with the commencement of assignment to the installation shall include a module on the covered transition assistance programs available for members of the Armed Forces assigned to the installation.

**SEC. 569. MACHINE READABILITY AND ELECTRONIC TRANSFERABILITY OF CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY (DD FORM 214).**

(a) MODIFICATION REQUIRED.—The Secretary of Defense shall modify the Certificate of Release or Discharge from Active Duty (DD Form 214) to—

(1) be machine readable and electronically transferable; and

(2) include a specific block explicitly identified as the location in which a member of the Armed Forces may provide one or more email addresses by which the member may be contacted after discharge or release from active duty.

(b) DEADLINE FOR MODIFICATION.—The Secretary of Defense shall release a revised Certificate of Release or Discharge from Active Duty (DD Form 214), modified pursuant to subsection (a), not later than four years after the date of the enactment of this Act.

(c) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit a report to Congress regarding the following:

(1) What systems of the Department of Defense require an individual to manually enter information from DD Form 214.

(2) What activities of the Department of Defense require a veteran or former member of the Armed Forces to provide a physical copy of DD Form 214.

(3) The order of priority for modernizing items identified under paragraphs (1) and (2) as determined by the Secretary.

(4) The estimated cost, as determined by the Secretary, to automate items identified under paragraphs (1) and (2).

**SEC. 570. RECORDS OF SERVICE FOR RESERVES.**

(a) ESTABLISHMENT.—Not later than September 30, 2020, the Secretary of Defense shall establish and implement a standard record of service for members of the reserve components of the Armed Forces, similar to DD Form 214, that summarizes the record of service of each such member, including dates of active duty service.

(b) COORDINATION.—In carrying out this section, the Secretary of Defense shall coordinate with the Secretary of Veterans Affairs to ensure that the record established under this section is acceptable as proof of service for former members of the reserve components of the Armed Forces who are eligible for benefits under laws administered by the Secretary of Veterans Affairs to receive such benefits.

**SEC. 570A. LIMITATIONS AND REQUIREMENTS IN CONNECTION WITH SEPARATIONS FOR MEMBERS OF THE ARMED FORCES WHO SUFFER FROM MENTAL HEALTH CONDITIONS IN CONNECTION WITH A SEX-RELATED, INTIMATE PARTNER VIOLENCE-RELATED, OR SPOUSAL-ABUSE OFFENSE.**

(a) CONFIRMATION OF DIAGNOSIS OF CONDITION REQUIRED BEFORE SEPARATION.—Before a member of the Armed Forces who was the victim of a sex-related offense, an intimate partner violence-related offense, or a spousal-abuse offense during service in the Armed Forces (whether or not such offense was committed by another member of the Armed Forces), and who has a mental health condition not amounting to a physical disability, is separated, discharged, or released from the Armed Forces based solely on such condition, the diagnosis of such condition must be—

(1) corroborated by a competent mental health care professional at the peer level or a higher level of the health care professional making the diagnosis; and

(2) endorsed by the Surgeon General of the military department concerned.

(b) NARRATIVE REASON FOR SEPARATION IF MENTAL HEALTH CONDITION PRESENT.—If the narrative rea-

WASHSTATEC006227

son for separation, discharge, or release from the Armed Forces of a member of the Armed Forces is a mental health condition that is not a disability, the appropriate narrative reason for the separation, discharge, or release shall be a condition, not a disability, or Secretarial authority.

(c) DEFINITIONS.—In this section:

(1) The term "intimate partner violence-related offense" means the following:

(A) An offense under section 928 or 930 of title 10, United States Code (article 128 or 130 of the Uniform Code of Military Justice).

(B) An offense under State law for conduct identical or substantially similar to an offense described in subparagraph (A).

(2) The term "sex-related offense" means the following:

(A) An offense under section 920 or 920b of title 10, United States Code (article 120 or 120b of the Uniform Code of Military Justice).

(B) An offense under State law for conduct identical or substantially similar to an offense described in subparagraph (A).

(3) The term "spousal-abuse offense" means the following:

WASHSTATEC006228

(A) An offense under section 928 of title 10, United States Code (article 128 of the Uniform Code of Military Justice).

(B) An offense under State law for conduct identical or substantially similar to an offense described in subparagraph (A).

(d) EFFECTIVE DATE.—This section shall take effect 180 days after the date of the enactment of this Act, and shall apply with respect to separations, discharges, and releases from the Armed Forces that occur on or after that effective date.

**SEC. 570B. PROHIBITION ON INVOLUNTARY SEPARATION OF CERTAIN MEMBERS OF THE ARMED FORCES; CONSIDERATION OF MILITARY SERVICE IN REMOVAL DETERMINATIONS.**

(a) PROHIBITION ON INVOLUNTARY SEPARATION.—

(1) IN GENERAL.—No member of the Armed Forces may be involuntarily separated from the Armed Forces solely because that member is a covered member.

(2) COVERED MEMBER DEFINED.—In this subsection, the term "covered member" means a member of the Armed Forces who—

(A) possesses a current and valid employment authorization document that was issued

WASHSTATEC006229

pursuant to the memorandum of the Secretary of Homeland Security dated June 15, 2012, and entitled "Exercising Prosecutorial Discretion with Respect to Individuals who Came to the United States as Children"; or

(B) is currently in a temporary protected status under section 244 of the Immigration and Nationality Act (8 U.S.C. 1254a).

(b) CONSIDERATION OF MILITARY SERVICE IN REMOVAL DETERMINATIONS.—

(1) IN GENERAL.—With regards to an individual, an immigration officer shall take into consideration evidence of military service by that individual in determining whether—

(A) to issue to that individual a notice to appear in removal proceedings, an administrative order of removal, or a reinstatement of a final removal order; and

(B) to execute a final order of removal regarding that individual.

(2) DEFINITIONS.—In this subsection:

(A) The term "evidence of service" means evidence that an individual served as a member of the Armed Forces, and the characterization

of each period of service of that individual in the Armed Forces.

(B) The term "immigration officer" has the meaning given that term in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).

**SEC. 570C. INCLUSION OF QUESTION REGARDING IMMIGRATION STATUS ON PRESEPARATION COUNSELING CHECKLIST (DD FORM 2648).**

Not later than September 30, 2020, the Secretary of Defense shall modify the preseparation counseling checklist for active component, active guard reserve, active reserve, full time support, and reserve program administrator service members (DD Form 2648) to include a specific block wherein a member of the Armed Forces may indicate that the member would like to receive information regarding the immigration status of that member and expedited naturalization.

**SEC. 570D. COUNSELING FOR MEMBERS OF THE ARMED FORCES WHO ARE NOT CITIZENS OF THE UNITED STATES ON NATURALIZATION IN THE UNITED STATES.**

(a) IN GENERAL.—The Secretary concerned shall furnish to covered individuals under the jurisdiction of

WASHSTATEC006231

that Secretary counseling regarding how to apply for naturalization in the United States.

(b) DEFINITIONS.—In this section:

(1) The term "covered individual" means a member of the Armed Forces who is not a citizen of the United States.

(2) The term "Secretary concerned" has the meaning given that term in section 101(a)(9) of title 10, United States Code.

**SEC. 570E. PILOT PROGRAM ON INFORMATION SHARING BETWEEN DEPARTMENT OF DEFENSE AND DESIGNATED RELATIVES AND FRIENDS OF MEMBERS OF THE ARMED FORCES REGARDING THE EXPERIENCES AND CHALLENGES OF MILITARY SERVICE.**

(a) PILOT PROGRAM REQUIRED.—

(1) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with the American Red Cross to carry out a pilot program under which the American Red Cross—

(A) encourages a member of the Armed Forces, upon the enlistment or appointment of such member, to designate up to 10 persons to

WASHSTATEC006232

whom information regarding the military service of such member shall be disseminated using contact information obtained under paragraph (6); and

(B) provides such persons, within 30 days after the date on which such persons are designated under subparagraph (A), the option to elect to receive such information regarding military service.

(2) DISSEMINATION.—The Secretary shall disseminate information described in paragraph (1)(A) under the pilot program on a regular basis.

(3) TYPES OF INFORMATION.—The types of information to be disseminated under the pilot program to persons who elect to receive such information shall include information regarding—

(A) aspects of daily life and routine experienced by members of the Armed Forces;

(B) the challenges and stresses of military service, particularly during and after deployment as part of a contingency operation;

(C) the services available to members of the Armed Forces and the dependents of such members to cope with the experiences and challenges of military service;

(D) benefits administered by the Department of Defense for members of the Armed Forces and the dependents of such members;

(E) a toll-free telephone number through which such persons who elect to receive information under the pilot program may request information regarding the program; and

(F) such other information as the Secretary determines to be appropriate.

(4) Privacy of information.—In carrying out the pilot program, the Secretary may not disseminate information under paragraph (3) in violation of laws and regulations pertaining to the privacy of members of the Armed Forces, including requirements pursuant to—

(A) section 552a of title 5, United States Code; and

(B) the Health Insurance Portability and Accountability Act of 1996 (Public Law 104–191).

(5) Notice and modifications.—In carrying out the pilot program, the Secretary shall, with respect to a member of the Armed Forces—

WASHSTATEC006234

(A) ensure that such member is notified of the ability to modify designations made by such member under paragraph (1)(A); and

(B) upon the request of a member, authorize such member to modify such designations at any time.

(6) CONTACT INFORMATION.—In making a designation under the pilot program, a member of the Armed Forces shall provide necessary contact information, specifically including an email address, to facilitate the dissemination of information regarding the military service of the member.

(7) OPT-IN AND OPT-OUT OF PROGRAM.—

(A) OPT-IN BY MEMBERS.—A member may participate in the pilot program only if the member voluntarily elects to participate in the program. A member seeking to make such an election shall make such election in a manner, and by including such information, as the Secretary and the Red Cross shall jointly specify for purposes of the pilot program.

(B) OPT-IN BY DESIGNATED RECIPIENTS.—A person designated pursuant to paragraph (1)(A) may receive information under the

pilot program only if the person makes the election described in paragraph (1)(B).

(C) OPT-OUT.—In carrying out the pilot program, the Secretary shall, with respect to a person who has elected to receive information under such pilot program, cease disseminating such information to that person upon request of such person.

(b) SURVEY AND REPORT ON PILOT PROGRAM.—

(1) SURVEY.—Not later than two years after the date on which the pilot program commences, the Secretary, in consultation with the American Red Cross, shall administer a survey to persons who elected to receive information under the pilot program for the purpose of receiving feedback regarding the quality of information disseminated under this section, including whether such information appropriately reflects the military career progression of members of the Armed Forces.

(2) REPORT.—Not later than three years after the date on which the pilot program commences, the Secretary shall submit to the congressional defense committees a final report on the pilot program which includes—

(A) the results of the survey administered under paragraph (1);

(B) a determination as to whether the pilot program should be made permanent; and

(C) recommendations as to modifications necessary to improve the program if made permanent.

(c) TERMINATION OF PILOT PROGRAM.—The pilot program shall terminate upon submission of the report required by subsection (b)(2).

**SEC. 570F. CONNECTIONS OF MEMBERS RETIRING OR SEPARATING FROM THE ARMED FORCES WITH COMMUNITY-BASED ORGANIZATIONS AND RELATED ENTITIES.**

(a) IN GENERAL.—The Secretary of Defense and the Secretary of Veterans Affairs shall jointly seek to enter into memoranda of understanding or other agreements with State veterans agencies under which information from Department of Defense Form DD–2648 on individuals undergoing retirement, discharge, or release from the Armed Forces is transmitted to one or more State veterans agencies, as elected by such individuals, to provide or connect veterans to benefits or services as follows:

(1) Assistance in preparation of resumes.

(2) Training for employment interviews.

(3) Employment recruitment training.

(4) Other services leading directly to a successful transition from military life to civilian life.

(5) Healthcare, including care for mental health.

(6) Transportation or transportation-related services.

(7) Housing.

(8) Such other benefits or services as the Secretaries jointly consider appropriate for purposes of this section.

(b) INFORMATION TRANSMITTED.—The information transmitted on individuals as described in subsection (a) shall be such information on Form DD–2648 as the Secretaries jointly consider appropriate to facilitate community-based organizations and related entities in providing or connecting such individuals to benefits and services as described in subsection (a).

(c) MODIFICATION OF FORM DD–2648.—The Secretary of Defense shall make such modifications to Form DD–2648 as the Secretary considers appropriate to allow an individual filling out the form to indicate an email address at which the individual may be contacted to receive or be connected to benefits or services described in subsection (a).

(d) VOLUNTARY PARTICIPATION.—Information on an individual may be transmitted to and through a State veterans agency as described in subsection (a) only with the consent of the individual. In giving such consent, an individual shall specify the following:

(1) The State veterans agency or agencies elected by the individual to transmit such information as described in subsection (a).

(2) The benefits and services for which contact information shall be so transmitted.

(3) Such other information on the individual as the individual considers appropriate in connection with the transmittal.

**SEC. 570G. PILOT PROGRAM REGARDING ONLINE APPLICATION FOR THE TRANSITION ASSISTANCE PROGRAM.**

(a) ESTABLISHMENT.—The Secretary of Defense, the Secretary of Veterans Affairs, and the Secretary of Labor may jointly carry out a pilot program that creates a one-stop source for online applications for the purposes of assisting members of the Armed Forces and Veterans participating in the Transition Assistance Program (in this section referred to as "TAP").

(b) DATA SOURCES.—If the Secretaries carry out the pilot program, any online application developed under such

program shall, in part, aggregate existing data from government resources and the private sector under one uniform resource locator for the purpose of assisting members of the Armed Forces and veterans participating in TAP.

(c) AVAILABILITY; ACCESSIBILITY.—Any online application developed under a pilot program shall, to the extent feasible be—

(1) widely available as a mobile application; and

(2) easily accessible by veterans, members of the Armed Forces, and employers.

(d) ASSESSMENTS.—

(1) INTERIM ASSESSMENTS.—Not later than the dates that are one and two years after the date of the commencement of any pilot program under this section, the Secretaries shall jointly assess the pilot program.

(2) FINAL ASSESSMENT.—Not later than the date that is three years after the date of the commencement of any pilot program under this section, the Secretaries shall jointly carry out a final assessment of the pilot program.

(3) PURPOSE.—The general objective of each assessment under this subsection shall be to determine if the online application under the pilot program helps participants in TAP to accomplish the

goals of TAP, accounting for the individual profiles of participants, including military experience and geographic location.

(e) BRIEFING.—If the Secretaries carry out the pilot program, the Secretary of Defense shall provide to the Committees on Armed Services of the Senate and House of Representatives a briefing on findings regarding the pilot program, including any recommendations for legislation.

(f) DEFINITIONS.—In this section:

(1) The term "mobile application" means a software program that runs on the operating system of a mobile device.

(2) The term "mobile device" means a smartphone, tablet computer, or similar portable computing device that transmits data over a wireless connection.

## Subtitle H—Military Family Readiness and Dependents' Education

### SEC. 571. AUTHORIZING MEMBERS TO TAKE LEAVE FOR A BIRTH OR ADOPTION IN MORE THAN ONE INCREMENT.

Paragraph (5) of section 701(i) of title 10, United States Code, is amended—

(1) by striking "only in one increment" and inserting "in more than one increment"; and

(2) by inserting "in accordance with regulations prescribed by the Secretary concerned" before the period.

**SEC. 572. DEFERRED DEPLOYMENT FOR MEMBERS WHO GIVE BIRTH.**

Section 701 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(l) A member of the armed forces who gives birth while on active duty may be deployed during the period of 12 months beginning on the date of such birth only with the approval of a health care provider employed at a military medical treatment facility and—

"(1) at the election of such member; or

"(2) in the interest of national security, as determined by the Secretary of Defense.".

**SEC. 573. AUTHORITY OF THE SECRETARY CONCERNED TO TRANSPORT REMAINS OF A COVERED DECEDENT TO NO MORE THAN TWO PLACES SELECTED BY THE PERSON DESIGNATED TO DIRECT DISPOSITION OF THE REMAINS.**

(a) AUTHORITY.—Section 1482(a)(8) of title 10, United States Code, is amended to read as follows:

WASHSTATEC006242

"(8)(A) Transportation of the remains, and travel and transportation allowances as specified in regulations prescribed under section 464 of title 37 for an escort of one person, to the place, subject to subparagraph (B), selected by the person designated to direct disposition of the remains or, if such a selection is not made, to a national or other cemetery which is selected by the Secretary and in which burial of the decedent is authorized.

"(B) The person designated to direct disposition of the remains may select two places under subparagraph (A) if the second place is a national cemetery. If that person selects two places, the Secretary concerned may pay for transportation to the second place only by means of reimbursement under subsection (b).

"(C) When transportation of the remains includes transportation by aircraft under section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 10 U.S.C. 1482 note), the Secretary concerned shall provide, to the maximum extent practicable, for delivery of the remains by air to the commercial, general aviation, or military airport nearest to the place selected by the designee.".

(b) MILITARY ESCORT AND HONOR GUARD ONLY TO FIRST LOCATION.—Section 562(b) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 10 U.S.C. 1482 note) is amended by adding at the end the following: "If the person designated to direct disposition of the remains selects two places under such section, the term means only the first of those two places.".

**SEC. 574. MILITARY FUNERAL HONORS MATTERS.**

(a) FULL MILITARY HONORS CEREMONY FOR CERTAIN VETERANS.—Section 1491(b) of title 10, United States Code, is amended by adding at the end the following:

"(3) The Secretary concerned shall provide full military honors (as determined by the Secretary concerned) for the funeral of a veteran who—

"(A) is first interred or first inurned in Arlington National Cemetery on or after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020;

"(B) was awarded the medal of honor or the prisoner-of-war medal; and

"(C) is not entitled to full military honors by the grade of that veteran.".

(b) FULL MILITARY FUNERAL HONORS FOR VETERANS AT MILITARY INSTALLATIONS.—

(1) INSTALLATION PLANS FOR HONORS REQUIRED.—The commander of each military installation at or through which a funeral honors detail for a veteran is provided pursuant to section 1491 of title 10, United States Code (as amended by subsection (a)), shall maintain and carry out a plan for the provision, upon request, of full military funeral honors at funerals of veterans for whom a funeral honors detail is authorized in that section.

(2) ELEMENTS.—Each plan of an installation under paragraph (1) shall include the following:

(A) Mechanisms to ensure compliance with the requirements applicable to the composition of funeral honors details in section 1491(b) of title 10, United States Code (as so amended).

(B) Mechanisms to ensure compliance with the requirements for ceremonies for funerals in section 1491(c) of such title.

(C) In addition to the ceremonies required pursuant to subparagraph (B), the provision of a gun salute, if otherwise authorized, for each funeral by appropriate personnel, including personnel of the installation, members of the re-

serve components of the Armed Forces residing in the vicinity of the installation who are ordered to funeral honors duty, or members of veterans organizations or other organizations referred to in section 1491(b)(2) of such title.

(D) Mechanisms for the provision of support authorized by section 1491(d) of such title.

(E) Such other mechanisms and activities as the Secretary concerned considers appropriate in order to assure that full military funeral honors are provided upon request at funerals of veterans.

(3) DEFINITIONS.—In this subsection:

(A) The term "Secretary concerned" has the meaning given that term in section 101(a)(9) of title 10, United States Code.

(B) The term "veteran" has the meaning given that term in section 1491(h) of title 10, United States Code.

**SEC. 575. IMPROVEMENT OF OCCUPATIONAL LICENSE PORTABILITY FOR RELOCATED SPOUSES OF MEMBERS OF THE UNIFORMED SERVICES.**

Section 1784 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(h) IMPROVEMENT OF OCCUPATIONAL LICENSE PORTABILITY THROUGH INTERSTATE COMPACTS.—

"(1) IN GENERAL.—The Secretary of Defense shall seek to enter into a cooperative agreement with the Council of State Governments to assist with funding of the development of interstate compacts on licensed occupations in order to alleviate the burden associated with relicensing in such an occupation by spouse of a members of the armed forces in connection with a permanent change of duty station of members to another State.

"(2) LIMITATION ON ASSISTANCE PER COMPACT.—The amount provided under paragraph (1) as assistance for the development of any particular interstate compact may not exceed $1,000,000.

"(3) LIMITATION ON TOTAL AMOUNT OF ASSISTANCE.—The total amount of assistance provided under paragraph (1) in any fiscal year may not exceed $4,000,000.

"(4) ANNUAL REPORT.—Not later than February 28 each year, the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on interstate compacts described in paragraph (1) developed

through assistance provided under that paragraph. Each report shall set forth the following:

"(A) Any interstate compact developed during the preceding calendar year, including the occupational licenses covered by such compact and the States agreeing to enter into such compact.

"(B) Any interstate compact developed during a prior calendar year into which one or more additional States agreed to enter during the preceding calendar year.

"(5) EXPIRATION.—The authority to enter into a cooperative agreement under paragraph (1), and to provide assistance described in that paragraph pursuant to such cooperative agreement, expire on September 30, 2024.".

**SEC. 576. CONTINUED ELIGIBILITY FOR EDUCATION AND TRAINING OPPORTUNITIES FOR SPOUSES OF PROMOTED MEMBERS.**

Section 1784a(b) of title 10, United States Code, is amended—

(1) by inserting "(1)" before "Assistance"; and

(2) by adding at the end the following new paragraph:

WASHSTATEC006248

"(2) A spouse who is eligible for a program under this section and begins a course of education or training for a degree, license, or credential described in subsection (a) may not become ineligible to complete such course of education or training solely because the member to whom the spouse is married is promoted to a higher grade.".

**SEC. 577. MODIFICATION TO AUTHORITY TO REIMBURSE FOR STATE LICENSURE AND CERTIFICATION COSTS OF A SPOUSE OF A SERVICEMEMBER ARISING FROM RELOCATION.**

Section 476(p) of title 37, United States Code, is amended—

(1) in paragraph (1), by striking "armed forces" and inserting "uniformed services";

(2) in paragraph (2), by striking "$500" and inserting "$1,000";

(3) in paragraph (3)—

(A) in subparagraph (A), by striking "and";

(B) in subparagraph (B), by striking the period and inserting "; and"; and

(C) by adding at the end the following new subparagraph:

"(C) an analysis of whether the maximum reimbursement amount under paragraph (2) is sufficient

to cover the average costs of relicensing described in paragraph (1).''; and

(4) in paragraph (4), by striking ''December 31, 2022'' and inserting ''December 31, 2024''.

**SEC. 578. CLARIFICATION REGARDING ELIGIBILITY TO TRANSFER ENTITLEMENT UNDER POST-9/11 EDUCATIONAL ASSISTANCE PROGRAM.**

Section 3319(j) of title 38, United States Code, is amended by adding at the end the following new paragraph:

''(3) The Secretary of Defense may not prescribe any regulation that would provide for a limitation on eligibility to transfer unused education benefits to family members based on a maximum number of years of service in the Armed Forces.''.

**SEC. 579. ANNUAL STATE REPORT CARD.**

Section 1111(h)(1)(C)(ii) of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 6311(h)(1)(C)(ii)) is amended by striking ''on active duty (as defined in section 101(d)(5) of such title)''.

**SEC. 580. IMPROVEMENTS TO CHILD CARE FOR MEMBERS OF THE ARMED FORCES.**

(a) CLARIFYING TECHNICAL AMENDMENT TO DIRECT HIRE AUTHORITY OF THE DEPARTMENT OF DEFENSE FOR CHILD CARE SERVICES PROVIDERS FOR DE-

WASHSTATEC006250

PARTMENT CHILD DEVELOPMENT CENTERS.—Section 559(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 1792 note) is amended by inserting "(including family childcare coordinator services and school age childcare coordinator services)" after "childcare services".

(b) ASSESSMENT OF FINANCIAL ASSISTANCE PROVIDED TO CIVILIAN CHILD CARE PROVIDERS.—

(1) ASSESSMENT.—The Secretary of Defense shall assess the maximum amount of financial assistance provided to eligible civilian providers of child care services or youth program services that furnish such service for members of the armed forces and employees of the United States under section 1798 of title 10, United States Code. Such assessment shall include the following:

(A) The determination of the Secretary whether the maximum allowable financial assistance should be standardized across the Armed Forces.

(B) Whether the maximum allowable amount adequately accounts for high-cost duty stations.

(2) REPORT.—Not later than June 1, 2020, the Secretary of Defense shall submit a report to the

Committees on Armed Services of the Senate and the House of Representatives regarding the results of the assessment under paragraph (1) and any actions taken by the Secretary to remedy identified shortfalls in assistance described in that paragraph.

(c) REDUCTION IN WAIT LISTS FOR CHILD CARE AT MILITARY INSTALLATIONS.—

(1) REMEDIAL ACTION.—The Secretary of Defense shall take steps the Secretary determines necessary to reduce the waiting lists for child care at military installations to ensure that members of the Armed Forces have meaningful access to child care during tours of duty.

(2) REPORT.—Not later than June 1, 2020, the Secretary of Defense shall provide a report to the Committees on Armed Forces of the Senate and the House of Representative regarding—

(A) action taken under paragraph (1); and

(B) any additional resources (including additional funding for and child care facilities and workers) the Secretary determines necessary to increase access described in paragraph (1).

(d) GAO REVIEW.—The Comptroller General of the United States shall conduct a review of the assessments, actions, and determinations of the Secretary under sub-

sections (b)(1) and (c). Not later than December 1, 2020, the Comptroller General shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report regarding the review performed under this subsection.

(e) ASSESSMENT OF ACCESSIBILITY OF WEBSITES OF THE DEPARTMENT OF DEFENSE RELATED TO CHILD CARE AND SPOUSAL EMPLOYMENT.—

(1) ASSESSMENT.—The Secretary of Defense shall review the functions and accessibility of websites of the Department of Defense designed for members of the Armed Forces and the families of such members to access information and services offered by the Department regarding child care, spousal employment, and other family matters.

(2) REPORT.—Not later than March 1, 2020, the Secretary of Defense shall provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives regarding the results of the assessment under paragraph (1) and actions taken to enhance accessibility of the websites.

(f) PORTABILITY OF BACKGROUND INVESTIGATIONS FOR CHILD CARE PROVIDERS.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall ensure that the background investigation

and training certification for a child care provider employed by the Department of Defense in a facility of the Department may be transferred to another facility of the Department, without regard to which Secretary of a military department has jurisdiction over either such facility.

**SEC. 580A. TRANSPORTATION OF REMAINS OF CASUALTIES; TRAVEL EXPENSES FOR NEXT OF KIN.**

(a) TRANSPORTATION FOR REMAINS OF A MEMBER WHO DIES NOT IN A THEATER OF COMBAT OPERATIONS.—Section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 10 U.S.C. 1482 note), as amended by section 573 of this Act, is further amended—

(1) in the heading, by striking "**DYING IN A THEATER OF COMBAT OPERATIONS**"; and

(2) in subsection (a), by striking "in a combat theater of operations" and inserting "outside of the United States".

(b) TRANSPORTATION FOR FAMILY.—The Secretary of Defense shall extend travel privileges via Invitational Travel Authorization to family members of members of the Armed Forces who die outside of the United States and whose remains are returned to the United States through the mortuary facility at Dover Air Force Base, Delaware.

**SEC. 580B. MEETINGS OF OFFICIALS OF THE DEPARTMENT OF DEFENSE WITH REPRESENTATIVE GROUPS OF SURVIVORS OF DECEASED MEMBERS OF THE ARMED FORCES.**

(a) CHIEFS OF THE ARMED FORCES.—The Secretary of Defense shall direct the chiefs of the Armed Forces to meet periodically with representative groups of survivors of deceased members of the Armed Forces to receive feedback from those survivors regarding issues affecting such survivors. The Chief of the National Guard Bureau shall meet with representative groups of survivors of deceased members of the Air National Guard and the Army National Guard.

(b) UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS.—The Under Secretary of Defense for Personnel and Readiness shall meet periodically with representative groups of survivors of deceased members of the Armed Forces to discuss policies of the Department of Defense regarding military casualties and Gold Star families.

(c) BRIEFING.—Not later than April 1, 2020, the Under Secretary of Defense for Personnel and Readiness shall brief the Committee on Armed Services of the House of Representatives regarding policies established and the results of the meetings under subsection (b).

**SEC. 580C. INFORMATION AND OPPORTUNITIES FOR REGISTRATION FOR VOTING AND ABSENTEE BALLOT REQUESTS FOR MEMBERS OF THE ARMED FORCES UNDERGOING DEPLOYMENT OVERSEAS.**

(a) IN GENERAL.—Not later than 45 days prior to a general election for Federal office, a member of the Armed Forces shall, upon request, be provided with the following:

(1) A Federal write-in absentee ballot prescribed pursuant to section 103 of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20303), together with instructions on the appropriate use of the ballot with respect to the State in which the member is registered to vote.

(2) In the case of a member intending to vote in a State that does not accept the Federal write-in absentee ballot as a simultaneous application and acceptable ballot for Federal elections, instructions on, and an opportunity to fill out, the official post card form for absentee voter registration application and absentee ballot application prescribed under section 101(b)(2) of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20301(b)(2)).

(b) PERSONNEL RESPONSIBLE OF DISCHARGE.—Ballots and instructions pursuant to paragraph (1) of sub-

section (a), and briefings and forms pursuant to paragraph (2) of such subsection, shall be provided by Voting Assistance Officers or such other personnel as the Secretary of the military department concerned shall designate.

**SEC. 580D. STUDY ON TWO-WAY MILITARY BALLOT BARCODE TRACKING.**

(a) STUDY.—The Director of the Federal Voting Assistance Program of the Department of Defense shall conduct a study on the feasibility of a pilot program providing full ballot tracking of overseas military absentee ballots through the mail stream in a manner that is similar to the 2016 Military Ballot Tracking Pilot Program conducted by the Federal Voting Assistance Program.

(b) REPORT.—Not later than one year after the date of the enactment of this Act, the Director shall submit to Congress a report on the results of the study conducted under subsection (a). The report shall include—

(1) an estimate of the costs and requirements needed to conduct the pilot program described in subsection (a);

(2) a description of the organizations that would provide substantial support for the pilot program;

(3) a time line for the phased implementation of the pilot program to all military personnel actively serving overseas;

(4) a method to determine under the pilot program if a ballot was counted, and a way to provide such information to the member of the Armed Forces casting the vote; and

(5) a description of the efforts being undertaken to ensure a reliable and secure military ballot tracking system.

**SEC. 580E. ASSISTANCE TO SCHOOLS WITH MILITARY DEPENDENT STUDENTS.**

(a) IMPACT AID FOR CHILDREN WITH SEVERE DISABILITIES.—

(1) IN GENERAL.—Of the amount authorized to be appropriated for fiscal year 2020 by section 301 and available for operation and maintenance for Defense-wide activities as specified in the funding table in section 4301, $10,000,000 shall be available for payments under section 363 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (Public Law 106–398; 20 U.S.C. 7703a).

(2) USE OF CERTAIN AMOUNT.—Of the amount available under paragraph (1) for payments as described in that paragraph, $5,000,000 shall be avail-

able for such payments to local educational agencies determined by the Secretary of Defense, in the discretion of the Secretary, to have higher concentrations of military children with severe disabilities.

(b) ASSISTANCE TO SCHOOLS WITH SIGNIFICANT NUMBERS OF MILITARY DEPENDENT STUDENTS.—Of the amount authorized to be appropriated for fiscal year 2020 by section 301 and available for operation and maintenance for Defense-wide activities as specified in the funding table in section 4301, $40,000,000 shall be available only for the purpose of providing assistance to local educational agencies under subsection (a) of section 572 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109–163; 20 U.S.C. 7703b).

(c) LOCAL EDUCATIONAL AGENCY DEFINED.—In this section, the term "local educational agency" has the meaning given that term in section 7013(9) of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7713(9)).

**SEC. 580F. FIRST EXPANSION OF THE MY CAREER ADVANCEMENT ACCOUNT PROGRAM FOR MILITARY SPOUSES.**

The Secretary of Defense shall modify the My Career Advancement Account program of the Department of Defense to ensure that military spouses participating in the

WASHSTATEC006259

program may receive financial assistance for the pursuit of a license, certification, or Associate's degree in any career field or occupation.

**SEC. 580G. SECOND EXPANSION OF THE MY CAREER ADVANCEMENT ACCOUNT PROGRAM FOR MILITARY SPOUSES.**

The spouse of a member of the Coast Guard may participate in the My Career Advancement Account program of the Department of Defense if the Coast Guard reimburses the Department of Defense.

**SEC. 580H. REPORT ON TRAINING AND SUPPORT AVAILABLE TO MILITARY SPOUSES.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Personnel and Readiness shall submit to the committees on Armed Services of the Senate and the House of Representatives a report that includes a description of the following:

(1) Financial literacy programs currently designed specifically for military spouses.

(2) Efforts to evaluate the effectiveness of financial literacy programs.

(b) PUBLIC AVAILABILITY.—The report submitted under subsection (a) shall be made available on a publicly accessible website of the Department of Defense.

**SEC. 580I. RI'KATAK GUEST STUDENT PROGRAM AT UNITED STATES ARMY GARRISON–KWAJALEIN ATOLL.**

(a) PROGRAM AUTHORIZED.—The Secretary of the Army may conduct an assistance program to educate up to five local national students per grade, per academic year, on a space-available basis at the contractor-operated schools on United States Army Garrison–Kwajalein Atoll. The program shall be known as the "Ri'katak Guest Student Program".

(b) STUDENT ASSISTANCE.—Assistance that may be provided to students participating in the program carried out pursuant to subsection (a) includes the following:

(1) Classroom instruction.

(2) Extracurricular activities.

(3) Student meals.

(4) Transportation.

## Subtitle I—Decorations and Awards

**SEC. 581. MODIFICATION OF AUTHORITIES ON ELIGIBILITY FOR AND REPLACEMENT OF GOLD STAR LAPEL BUTTONS.**

(a) EXPANSION OF AUTHORITY TO DETERMINE NEXT OF KIN FOR ISSUANCE.—Section 1126 of title 10, United States Code, is amended—

(1) in subsection (a), by striking "widows, parents, and" in the matter preceding paragraph (1);

(2) in subsection (b), by striking "the widow and to each parent and" and inserting "each"; and

(3) in subsection (d)—

(A) by striking paragraphs (1), (2), (3), and (4) and inserting the following new paragraph (1):

"(1) The term 'next of kin' means individuals standing in such relationship to members of the armed forces described in subsection (a) as the Secretaries concerned shall jointly specify in regulations for purposes of this section."; and

(B) by redesignating paragraphs (5), (6), (7), and (8) as paragraphs (2), (3), (4), and (5), respectively.

(b) REPLACEMENT.—Subsection (c) of such section is amended by striking "and payment" and all that follows and inserting "and without cost.".

**SEC. 582. STANDARDIZATION OF HONORABLE SERVICE REQUIREMENT FOR AWARD OF MILITARY DECORATIONS.**

(a) HONORABLE SERVICE REQUIREMENT.—

(1) IN GENERAL.—Chapter 57 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 1136. Honorable service requirement for award of military decorations**

"No military decoration, including a medal, cross, or bar, or an associated emblem or insignia, may be awarded or presented to any person, or to a representative of the person, if the service of the person after the person distinguished himself or herself has not been honorable.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 57 of such title is amended by adding at the end the following:

"1136. Honorable service requirement for award of military decorations.".

(b) CONFORMING AMENDMENTS.—Title 10, United States Code, is further amended as follows:

(1) In section 7274—

(A) in subsection (b), in the matter preceding paragraph (1), by striking "subsection (d)" and inserting "subsection (c)";

(B) by striking subsection (c); and

(C) by redesignating subsection (d) as subsection (c).

(2)(A) Section 8299 is repealed.

WASHSTATEC006263

(B) The table of sections at the beginning of chapter 837 is amended by striking the item relating to section 8299.

(3) In section 9274—

(A) in subsection (b), in the matter preceding paragraph (1), by striking "subsection (d)" and inserting "subsection (c)";

(B) by striking subsection (c); and

(C) by redesignating subsection (d) as subsection (c).

(4) In section 9279, by striking subsection (c).

**SEC. 583. AUTHORIZATION FOR AWARD OF THE MEDAL OF HONOR TO JOHN J. DUFFY FOR ACTS OF VALOR IN VIETNAM.**

(a) WAIVER OF TIME LIMITATIONS.—Notwithstanding the time limitations specified in section 7274 of title 10, United States Code, or any other time limitation with respect to the awarding of certain medals to persons who served in the Armed Forces, the President may award the Medal of Honor under section 7271 of such title to John J. Duffy for the acts of valor in Vietnam described in subsection (b).

(b) ACTS OF VALOR DESCRIBED.—The acts of valor referred to in subsection (a) are the actions of John J. Duffy on April 14 and 15, 1972, in Vietnam for which

he was previously awarded the Distinguished-Service Cross.

**SEC. 584. REVIEW OF WORLD WAR I VALOR MEDALS.**

(a) REVIEW REQUIRED.—Each Secretary concerned shall review the service records of World War I veterans described in subsection (b) under the jurisdiction of such Secretary in order to determine whether any such veteran should be awarded the Medal of Honor for valor during World War I.

(b) COVERED WORLD WAR I VETERANS.—The World War I veterans whose service records may be reviewed under subsection (a) are the following:

(1) African American war veterans, Asian American war veterans, Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were awarded the Distinguished Service Cross or the Navy Cross for an action that occurred between April 6, 1917, and November 11, 1918.

(2) African American war veterans, Asian American war veterans, Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were awarded the Croix de Guerre with Palm (that is, awarded at the Army level or above) by the Government of France for an

action that occurred between April 6, 1917, and November 11, 1918.

(3) African American war veterans, Asian American war veterans, Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were recommended for a Medal of Honor for actions that occurred from April 6, 1917, to November 11, 1918, if the Department of Defense possesses or receives records relating to such recommendation.

(c) RECOMMENDATION BASED ON REVIEW.—If a Secretary concerned determines, based upon the review under subsection (a), that the award of the Medal of Honor to a covered World War I veteran is warranted, such Secretary shall submit to the President a recommendation that the President award the Medal of Honor to that veteran.

(d) AUTHORITY TO AWARD MEDAL OF HONOR.—The Medal of Honor may be awarded to a World War I veteran in accordance with a recommendation of a Secretary concerned under subsection (c).

(e) WAIVER OF TIME LIMITATIONS.—An award of the Medal of Honor may be made under subsection (d) without regard to—

(1) section 7274 or 8298 of title 10, United States Code, as applicable; and

(2) any regulation or other administrative restriction on—

(A) the time for awarding the Medal of Honor; or

(B) the awarding of the Medal of Honor for service for which a Distinguished Service Cross or Navy Cross has been awarded.

(f) DEADLINE.—The review under subsection (a) shall terminate not later than five years after the date of the enactment of this Act.

(g) DEFINITIONS.—

(1) IN GENERAL.—In this section:

(A) AFRICAN AMERICAN WAR VETERAN.—The term "African American war veteran" means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as of African descent on his military personnel records.

(B) ASIAN AMERICAN WAR VETERAN.—The term "Asian American war veteran" means any person who served in the United States Armed Forces between April 6, 1917, and No-

vember 11, 1918, and who identified himself racially, nationally, or ethnically as originating from a country in Asia on his military personnel records.

(C) HISPANIC AMERICAN WAR VETERAN.—The term "Hispanic American war veteran" means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself racially, nationally, or ethnically as originating from a country where Spanish is an official language on his military personnel records.

(D) JEWISH AMERICAN WAR VETERAN.—The term "Jewish American war veteran" mean any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as Jewish on his military personnel records.

(E) NATIVE AMERICAN WAR VETERAN.—The term "Native American war veteran" means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as a member of a federally recognized

tribe within the modern territory of the United States on his military personnel records.

(F) SECRETARY CONCERNED.—The term "Secretary concerned" means—

(i) the Secretary of the Army, in the case of members of the Armed Forces who served in the Army between April 6, 1917, and November 11, 1918; and

(ii) the Secretary of the Navy, in the case of members of the Armed Forces who served in the Navy or the Marine Corps between April 6, 1917, and November 11, 1918.

(2) APPLICATION OF DEFINITIONS OF ORIGIN.—If the military personnel records of a person do not reflect the person's membership in one of the groups identified in subparagraphs (B) through (F) of paragraph (1) but historical evidence exists that demonstrates the person's Jewish faith held at the time of service, or that the person identified himself as of African, Asian, Hispanic, or Native American descent, the person may be treated as being a member of the applicable group by the Secretary concerned for purposes of this section.

# Subtitle J—Miscellaneous Reports and Other Matters

**SEC. 591. CLARIFICATION OF THE TERM "ASSAULT" FOR PURPOSES OF WORKPLACE AND GENDER RELATIONS SURVEYS.**

(a) SURVEYS OF MEMBERS OF THE ARMED FORCES.—Section 481 of title 10, United States Code, is amended by inserting "(including unwanted sexual contact)" after "assault" each place it appears.

(b) SURVEYS OF CIVILIAN EMPLOYEES OF THE DEPARTMENT OF DEFENSE.—Section 481a of title 10, United States Code, is amended by inserting "(including unwanted sexual contact)" after "assault" each place it appears.

(c) EFFECTIVE DATE.—The amendments made by subsections (a) and (b) shall take effect on the date of the enactment of this Act and shall apply with respect to surveys under sections 481 and 481a of title 10, United States Code, that are initiated after such date.

**SEC. 592. INCLUSION OF CERTAIN VETERANS ON TEMPORARY DISABILITY OR PERMANENT DISABLED RETIREMENT LISTS IN MILITARY ADAPTIVE SPORTS PROGRAMS.**

(a) INCLUSION OF CERTAIN VETERANS.—Subsection (a)(1) of section 2564a of title 10, United States Code,

is amended by striking "for members of the armed forces who" and all that follows through the period at the end and inserting the following: "for—

"(A) any member of the armed forces who is eligible to participate in adaptive sports because of an injury, illness, or wound incurred in the line of duty in the armed forces; and

"(B) any veteran (as defined in section 101 of title 38), during the one-year period following the veteran's date of separation, who—

"(i) is on the Temporary Disability Retirement List or Permanently Disabled Retirement List;

"(ii) is eligible to participate in adaptive sports because of an injury, illness, or wound incurred in the line of duty in the armed forces; and

"(iii) was enrolled in the program authorized under this section prior to the veteran's date of separation.".

(b) CONFORMING AMENDMENT.—Subsection (b) of such section is amended by inserting "and veterans" after "members".

(c) CLERICAL AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading of such section is amended to read as follows:

**"§ 2564a. Provision of assistance for adaptive sports programs: members of the armed forces; certain veterans".**

(2) TABLE OF SECTION.—The table of sections at the beginning of chapter 152 of such title is amended by striking the item relating to section 2564a and inserting the following new item:

"2564a. Provision of assistance for adaptive sports programs: members of the armed forces; certain veterans.".

**SEC. 593. QUESTIONS IN SURVEYS REGARDING EXTREMIST ACTIVITY IN THE WORKPLACE.**

The Secretary of Defense shall include in appropriate surveys administered by the Department of Defense questions regarding whether respondents have ever—

(1) experienced or witnessed extremist activity in the workplace; or

(2) reported such activity.

**SEC. 594. STUDY ON BEST PRACTICES FOR PROVIDING FINANCIAL LITERACY EDUCATION FOR SEPARATING MEMBERS OF THE ARMED FORCES.**

(a) STUDY REQUIRED.—The Secretary of Defense, and with respect to members of the Coast Guard, in coordination with the Secretary of the Department in which the Coast Guard is operating when it is not operating as

WASHSTATEC006272

a service in the Navy, shall conduct a study on the best practices to provide financial literacy education for separating members of the Armed Forces.

(b) ELEMENTS.—The study required by subsection (a) shall include—

(1) an examination, recommendations, and reporting on best practices for providing financial literacy education to separating members of the Armed Forces; and

(2) detailed current financial literacy programs for separating members of the Armed Forces.

(c) CONSULTATION.—In conducting the study required by subsection (a), the Secretaries shall consult with the Financial Literacy and Education Commission of the Department of the Treasury.

(d) REPORT.—Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the committees on Armed Services of the Senate and the House of Representatives a report on the study under subsection (a).

(e) FINANCIAL LITERACY DEFINED.—In this section, the term "financial literacy" means education regarding personal finance including the insurance, credit, loan, banking, career training and education benefits available to veterans.

**SEC. 595. REPORT ON OVERSIGHT OF AUTHORIZED STRENGTHS OF CERTAIN GRADES OF COMMISSIONED REGULAR AND RESERVE OFFICERS OF THE ARMED FORCES.**

(a) REPORT REQUIRED.—Not later than April 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on oversight of the authorized strengths of commissioned regular officers of the Armed Forces and commissioned reserve officers of the Armed Forces in the grades as follows:

(1) The grades of major, lieutenant colonel, and colonel in the Army, the Air Force, and the Marine Corps.

(2) The grades of lieutenant commander, commander, and captain in the Navy.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) Such recommendations as the Secretary considers appropriate on mechanisms to improve Department of Defense oversight, and oversight by Congress, of the authorized strengths of commissioned officers in the grades specified in subsection (a), including the following:

(A) An analysis of the history of each military department in complying with the author-

ized strengths and strengths in grade specified in sections 523 and 12005 of title 10, United States Code, including a description of—

(i) the number of officers in each grade and Armed Force concerned as of the end of each fiscal year between fiscal year 2010 and fiscal year 2019; and

(ii) the number of officers authorized for such grade and Armed Force as of the end of such fiscal year under the applicable section.

(B) An assessment of the feasibility and advisability of submitting to Congress each year a request for an authorization for officers serving in the grades currently covered by the tables in section 523 of title 10, United States Code.

(C) An assessment of the feasibility and advisability of submitting to Congress each year a proposal for legislation to update the tables in such section.

(D) An assessment of the advisability of converting the authorization for end strengths for regular officers in the grades specified in subsection (a) to a percentage-based approach

like that currently utilized for reserve officers in section 12005 of title 10, United States Code.

(2) Such other recommendations as the Secretary considers appropriate to improve the effectiveness of the oversight by Congress of the number of commissioned regular and reserve officers of the Armed Forces in the grades specified in subsection (a).

**SEC. 596. REPORT ON CERTAIN WAIVERS.**

(a) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, and annually thereafter during the two subsequent calendar years, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report identifying, with respect to the reporting period for such report, and disaggregated by Armed Force, the following:

(1) ACCESSION AND COMMISSION.—

(A) The number of individuals who were processed by a Secretary of a military department for a medical accession or commissioning qualification determination on or after April 12, 2019.

(B) Of the individuals described in subparagraph (A), the number of such individuals

who were found medically disqualified pursuant to the standards established in DTM–19–004 regarding enlistment in or commission as an officer of an Armed Force under the jurisdiction of the Secretary of a military department.

(C) Of the individuals described in subparagraph (A), the number of such individuals—

(i) described in section I.b.(1), 1.b(2), 1.b(3), or II.b.(1) of attachment 3 to DTM–19–004; and

(ii) who did not require a waiver or exception to standards described in subparagraph (B).

(D) Of the individuals described in subparagraph (C), the number of such individuals who enlisted or were commissioned.

(E) Of the individuals described in subparagraph (B), the number of such individuals who were considered for a waiver or exception to standards described in subparagraph (B).

(F) Of the individuals described in subparagraph (E), the number of such individuals who were denied such a waiver or exception.

(G) Of the individuals described in subparagraph (E), the number of such individuals who received such a waiver or exception.

(H) Of the individuals described in subparagraph (G), the number of such individuals who enlisted or were commissioned.

(2) RETENTION.—

(A) The number of members of each Armed Force under the jurisdiction of the Secretary of a military department who received a diagnosis of gender dysphoria on or after April 12, 2019.

(B) Of the members described in subparagraph (A), the number of members who were—

(i) referred to the Disability Evaluation System; or

(ii) subject to processing for administrative separation based on conditions and circumstances not constituting a physical disability that interfered with assignment to or performance of duty.

(C) Of the members described in subparagraph (A), the number of members who were subsequently considered for a waiver or exception to standards established in DTM–19–004

to permit those members to serve in other than the biological sex of each such member.

(D) Of the members described in subparagraph (C), the number of members who were granted such a waiver or exception.

(E) Of the members described in subparagraph (C), the number of members who were denied such a waiver or exception.

(F) Of the members described in subparagraph (E), the number of members who were discharged because of such denial, aggregated by characterization of discharge.

(b) PROTECTION OF CERTAIN INFORMATION.—No report submitted under this section may contain any personally identifiable information or protected health information of any individual.

(c) DEFINITIONS.—In this section:

(1) The term "DTM–19–004" means the memorandum—

(A) issued by the Office of the Deputy Secretary of Defense;

(B) dated March 12, 2019; and

(C) with the subject heading "Directive-type Memorandum (DTM)–19–004–Military

Service by Transgender Persons and Persons with Gender Dysphoria".

(2) The terms "exempt individuals" and "non-exempt individuals" have the meanings given those terms in attachment 3 to DTM–19–004.

(3) The term "reporting period" means, with respect to a report submitted under subsection (a), the calendar year most recently completed before the date on which such report is to be submitted.

**SEC. 597. NOTIFICATIONS ON MANNING OF AFLOAT NAVAL FORCES.**

(a) IN GENERAL.—The Secretary of the Navy shall notify the congressional defense committees, in writing, not later than 30 days after the end of each fiscal year quarter, of each covered ship (if any) that met either condition as follows:

(1) The manning fit for such ship was less than 87 percent for more than 14 days during such fiscal year quarter.

(2) The manning fill for such ship was less than 90 percent for more than 14 days during such fiscal year quarter.

(b) ELEMENTS.—The notification required by subsection (a) shall include, with respect to a covered ship, the following:

WASHSTATEC006280

(1) The name and hull number of the ship.

(2) The homeport location of the ship.

(3) The current manning fit and fill of the ship.

(4) If the lowest level of manning fit or manning fill for the ship occurred during the fiscal year quarter concerned, the level concerned and the date on which such level occurred.

(5) If the lowest level of manning fit or manning fill for the ship is projected to occur after the fiscal year quarter concerned, the projected level and the date on which such level is projected to occur.

(6) If not achieved as of the date of the notification the projected date on which the Navy will achieve a manning fit and fill at least 87 percent and 90 percent, respectively, for the ship.

(7) If not achieved as of the date of the notification, the projected date on which the Navy will achieve a manning fit and fill of at least 92 percent and 95 percent, respectively, for the ship.

(8) A description of the reasons the Navy has not achieved, or will not achieve, as applicable, manning fit and fill of at least 87 percent and 90 percent, respectively, for the ship, including a detailed description of the specific ratings or skillset areas that must be manned to achieve those percentages.

(9) A description of corrective actions the Navy is taking to improve manning fit or manning fill on the ship.

(c) SPECIAL RULE.—For purposes of determining whether a percentage of manning fit or manning fill has been achieved, a sailor in a more senior paygrade may count as filling the billet of a more junior paygrade, but a sailor in a more junior paygrade may not count as filling the billet of a more senior paygrade.

(d) DEFINITIONS.—In this section:

(1) MANNING FIT.—The term "manning fit", in the case of a ship, means the skills (rating), specialty skills (Navy Enlisted Classifications), and experience (paygrade) for the ship when compared with the ship manpower document requirement and billets authorized for such skills and experience.

(2) MANNING FILL.—The term "manning fill", in the case of a ship, means the total number of military personnel assigned to the ship by rating when compared with the ship manpower document requirement and billets authorized for the ship by rating.

(3) COVERED SHIP.—The term "covered ship" means a commissioned battle force ship that is in-

cluded in the battle force count of the Naval Vessel Register.

(e) SUNSET.—The requirement to submit notifications under subsection (a) with respect to fiscal year quarters shall cease beginning with fiscal year quarters in fiscal year 2025.

(f) REPEAL OF SUPERSEDED REQUIREMENTS.—Section 525 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1757; 10 U.S.C. 8013 note) is repealed.

**SEC. 598. REPORT REGARDING USE OF AERIAL SYSTEMS OF THE DEPARTMENT OF DEFENSE TO SUPPORT AGENCIES OF STATES, TERRITORIES, AND THE FEDERAL GOVERNMENT.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Chief of the National Guard Bureau, shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report regarding the requirements, policies, and procedures governing the use of manned and unmanned aerial systems of the Department of Defense to support State and Federal agencies.

(b) ELEMENTS.—The report under subsection (a) shall include the following:

WASHSTATEC006283

(1) A description of requirements for providing support to State and Federal agencies that the Secretary considers appropriate for planning, programming and budgeting resources.

(2) A description of manned and unmanned aerial systems that the Secretary regularly provides to support State and Federal agencies, including examples of support provided, and length of time to approve requests.

(3) A list of requests for such aerial systems from State and Federal agencies during fiscal year 2019 that the Secretary denied and the reason each such request was disapproved.

(4) An overview of current policies and procedures governing the use of such aerial systems by States and Federal agencies, including—

(A) procedures a State or Federal agency must follow to obtain use of such aerial systems for natural disasters and search and rescue operations;

(B) the typical amount of time needed to process such requests, and whether such procedures can be streamlined; and

(C) to what extent different policies and procedures apply to unmanned aerial systems versus manned aerial systems.

(5) A description of the different categories of unmanned aerial systems of the Department of Defense, how such categories are managed, and whether the criteria for such categories affect the ability of the Secretary to use unmanned aerial systems to support State or Federal agencies.

(6) An explanation of any restrictions on the use of such unmanned aerial systems under—

(A) the "Guidance for the Domestic Use of Unmanned Aircraft Systems in U.S. National Airspace", dated August 18, 2018;

(B) Department of Defense Instruction 3025.18 "Defense Support to Civil Authorities"; and

(C) other relevant guidance of the Department of Defense.

(7) Whether restrictions described in paragraph (6) apply differently to regular members of the Armed Forces serving on active duty and to members of the National Guard.

(8) Whether members of the National Guard may operate the different categories of such un-

WASHSTATEC006285

manned aerial systems when operating under section 502(f) of title 32, United States Code.

(9) An analysis of how the Secretary may improve access to and knowledge of States and Federal agencies regarding the availability of such unmanned aerial systems and related request procedures.

(10) Whether—

(A) the Secretary has been unable to provide an unmanned aerial system to support to a State agency at the request of such State agency; and

(B) the Secretary has plans to make more unmanned aerial systems available to fulfil such requests.

(11) Any other matters the Secretary determines appropriate.

(c) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) STATE DEFINED.—In this section, the term "State" has the meaning given that term in section 901 of title 32, United States Code.

WASHSTATEC006286

**SEC. 599. INFORMATION FOR MEMBERS OF THE ARMED FORCES ON AVAILABILITY OF SERVICES OF THE DEPARTMENT OF VETERANS AFFAIRS RELATING TO SEXUAL TRAUMA.**

(a) IN GENERAL.—The Secretary of Defense shall inform members of the Armed Forces, using mechanisms available to the Secretary, of the eligibility of such members for services of the Department of Veterans Affairs relating to sexual trauma.

(b) INFORMATION FROM SEXUAL ASSAULT RESPONSE COORDINATORS.—The Secretary of Defense shall ensure—

(1) that Sexual Assault Response Coordinators and uniformed victims advocates of the Department of Defense advise members of the Armed Forces who report instances of sexual trauma regarding the eligibility of such members for services at the Department of Veterans Affairs; and

(2) that such information is included in mandatory training materials.

(c) SEXUAL TRAUMA DEFINED.—In this section, the term "sexual trauma" means psychological trauma described in section 1720D(a)(1) of title 38, United States Code.

**SEC. 599A. AUTHORITY TO ISSUE AN HONORARY PROMOTION TO COLONEL CHARLES E. MCGEE, UNITED STATES AIR FORCE (RET.), TO THE GRADE OF BRIGADIER GENERAL.**

(a) IN GENERAL.—Pursuant to section 1563 of title 10, United States Code, the President may issue to Colonel Charles E. McGee, United States Air Force (retired), a distinguished Tuskegee Airman, an honorary promotion to the grade of brigadier general.

(b) ADDITIONAL BENEFITS NOT TO ACCRUE.—The advancement of Charles E. McGee on the retired list of the Air Force under subsection (a) shall not affect the retired pay or other benefits from the United States to which Charles E. McGee is entitled based upon his military service, or affect any benefits to which any other person is or may become entitled based on such military service.

**SEC. 599B. AUTHORITY TO ISSUE AN HONORARY AND POSTHUMOUS PROMOTION TO LIEUTENANT COLONEL RICHARD COLE, UNITED STATES AIR FORCE (RET.), TO THE GRADE OF COLONEL.**

(a) IN GENERAL.—Pursuant to section 1563 of title 10, United States Code, the President may issue to Lieutenant Colonel Richard E. Cole, United States Air Force (retired), an honorary and posthumous promotion to the grade of colonel.

(b) ADDITIONAL BENEFITS NOT TO ACCRUE.—The advancement of Richard E. Cole on the retired list of the Air Force under subsection (a) shall not affect the retired pay or other benefits from the United States to which Richard E. Cole would have been entitled based upon his military service, or affect any benefits to which any other person is or may become entitled based on such military service.

**SEC. 599C. SENSE OF CONGRESS ON THE HONORABLE AND DISTINGUISHED SERVICE OF GENERAL JOSEPH F. DUNFORD, UNITED STATES MARINE CORPS, TO THE UNITED STATES.**

It is the sense of Congress that—

(1) the United States deeply appreciates the decades of honorable service of General Joseph F. Dunford, United States Marine Corps; and

(2) the indispensable leadership of General Dunford and his dedication to the men and women of the Armed Forces demonstrates the finest example of service to the United States.

# TITLE VI—MILITARY COMPENSATION

Subtitle A—Pay and Allowances

Sec. 601. Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action.

Sec. 602. Continued entitlements while a member of the Armed Forces participates in a career intermission program.
Sec. 603. Exemption from repayment of voluntary separation pay.
Sec. 604. Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service.
Sec. 605. Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates.
Sec. 606. Reinvestment of travel refunds by the Department of Defense.
Sec. 607. Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers.
Sec. 608. Reductions on account of earnings from work performed while entitled to an annuity supplement.
Sec. 609. Increase in basic pay.

Subtitle B—Bonuses and Special Incentive Pays

Sec. 611. One-year extension of certain expiring bonus and special pay authorities.

Subtitle C—Family and Survivor Benefits

Sec. 621. Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members.
Sec. 622. Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation.
Sec. 623. Death gratuity for ROTC graduates.
Sec. 624. Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty.
Sec. 625. Casualty assistance for survivors of deceased ROTC graduates.

Subtitle D—Defense Resale Matters

Sec. 631. Defense resale system matters.
Sec. 632. Procurement by commissary stores of certain locally sourced products.
Sec. 633. GAO review of defense resale optimization study.

Subtitle E—Morale, Welfare, and Recreation Privileges

Sec. 641. Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave.
Sec. 642. Extension of pilot program on a Government lodging program.

Subtitle F—Reports and Other Matters

Sec. 651. Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes.
Sec. 652. Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories.
Sec. 653. Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components.

WASHSTATEC006290

Sec. 654. Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs.
Sec. 655. Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis.
Sec. 656. Report on food insecurity among members of the Armed Forces and their dependents.

## Subtitle A—Pay and Allowances

### SEC. 601. CLARIFICATION OF CONTINUATION OF PAYS DURING HOSPITALIZATION AND REHABILITATION RESULTING FROM WOUNDS, INJURY, OR ILLNESS INCURRED WHILE ON DUTY IN A HOSTILE FIRE AREA OR EXPOSED TO AN EVENT OF HOSTILE FIRE OR OTHER HOSTILE ACTION.

Section 372(b)(1) of title 37, United States Code, is amended to read as follows:

"(1) The date on which the member is returned for assignment to other than a medical or patient unit for duty; however, in the case of a member under the jurisdiction of a Secretary of a military department, the date on which the member is determined fit for duty.".

WASHSTATEC006291

**SEC. 602. CONTINUED ENTITLEMENTS WHILE A MEMBER OF THE ARMED FORCES PARTICIPATES IN A CAREER INTERMISSION PROGRAM.**

Section 710(h) of title 10, United States Code, is amended—

(1) in paragraph (1), by striking "; and" and inserting a semicolon;

(2) in paragraph (2), by striking the period and inserting a semicolon; and

(3) by adding at the end the following new paragraphs:

"(3) the entitlement of the member and of the survivors of the member to all death benefits under the provisions of chapter 75 of this title;

"(4) the provision of all travel and transportation allowances for the survivors of deceased members to attend burial ceremonies under section 481f of title 37; and

"(5) the eligibility of the member for general benefits as provided in part II of title 38.".

**SEC. 603. EXEMPTION FROM REPAYMENT OF VOLUNTARY SEPARATION PAY.**

Section 1175a(j) of title 10, United States Code, is amended—

(1) in paragraph (1), by striking "paragraphs (2) and (3)" and inserting "paragraphs (2), (3), and (4)";

(2) by redesignating paragraph (4) as paragraph (5); and

(3) by inserting after paragraph (3) the following new paragraph:

"(4) This subsection shall not apply to a member who—

"(A) is involuntarily recalled to active duty or full-time National Guard duty; and

"(B) in the course of such duty, incurs a service-connected disability rated as total under section 1155 of title 38.".

**SEC. 604. CONSIDERATION OF SERVICE ON ACTIVE DUTY TO REDUCE AGE OF ELIGIBILITY FOR RETIRED PAY FOR NON-REGULAR SERVICE.**

Section 12731(f)(2)(B)(i) of title 10, United States Code, is amended by striking "under a provision of law referred to in section 101(a)(13)(B) or under section 12301(d)" and inserting "under section 12301(d) or 12304b of this title, or under a provision of law referred to in section 101(a)(13)(B)".

WASHSTATEC006293

**SEC. 605. TEMPORARY ADJUSTMENT OF RATES OF BASIC ALLOWANCE FOR HOUSING FOLLOWING DETERMINATION THAT LOCAL CIVILIAN HOUSING COSTS SIGNIFICANTLY DIFFER FROM SUCH RATES.**

Section 403(b) of title 37, United States Code, is amended by adding at the end the following new paragraph:

"(8)(A) The Secretary of Defense may prescribe a temporary adjustment in the current rates of basic allowance for housing for a military housing area or a portion thereof (in this paragraph, 'BAH rates') if the Secretary determines that the actual costs of adequate housing for civilians in that military housing area or portion thereof differs from the current BAH rates by more than 20 percent.

"(B) Any temporary adjustment in BAH rates under this paragraph shall remain in effect only until the effective date of the first adjustment of BAH rates for the affected military housing area that occurs after the date of the adjustment under this paragraph.

"(C) This paragraph shall cease to be effective on September 30, 2022.".

WASHSTATEC006294

**SEC. 606. REINVESTMENT OF TRAVEL REFUNDS BY THE DEPARTMENT OF DEFENSE.**

(a) REFUNDS FOR OFFICIAL TRAVEL.—Subchapter I of chapter 8 of title 37, United States Code, is amended by adding at the end the following new section:

**"§ 456. Managed travel program refunds**

"(a) CREDIT OF REFUNDS.—The Secretary of Defense may credit refunds attributable to Department of Defense managed travel programs as a direct result of official travel to such operation and maintenance or research, development, test, and evaluation accounts of the Department as designated by the Secretary that are available for obligation for the fiscal year in which the refund or amount is collected.

"(b) USE OF REFUNDS.—Refunds credited under subsection (a) may only be used for official travel or operations and efficiency improvements for improved financial management of official travel.

"(c) DEFINITIONS.—In this section:

"(1) MANAGED TRAVEL PROGRAM.—The term 'managed travel program' includes air, rental car, train, bus, dining, lodging, and travel management, but does not include rebates or refunds attributable to the use of the Government travel card, the Government Purchase Card, or Government travel ar-

ranged by Government Contracted Travel Management Centers.

"(2) REFUND.—The term 'refund' includes miscellaneous receipts credited to the Department identified as a refund, rebate, repayment, or other similar amounts collected.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 8 of such title is amended by inserting after the item relating to section 455 the following new item:

"456. Managed travel program refunds.".

(c) CLARIFICATION ON RETENTION OF TRAVEL PROMOTIONAL ITEMS.—Section 1116(a) of the National Defense Authorization Act for Fiscal Year 2002 (Public Law 107–107; 5 U.S.C. 5702 note) is amended—

(1) by striking "DEFINITION.—In this section, the term" and inserting the following: "DEFINITIONS.—In this section:

"(1) The term"; and

(2) by adding at the end the following new paragraph:

"(2) The term 'general public' includes the Federal Government or an agency.".

WASHSTATEC006296

**SEC. 607. ADDITION OF PARTIAL DISLOCATION ALLOWANCE TO ALLOWABLE TRAVEL AND TRANSPORTATION EXPENSES FOR SERVICEMEMBERS.**

(a) CURRENT AUTHORITY.—Section 477(f)(1) of title 37, United States Code, is amended by striking "family".

(b) FUTURE AUTHORITY.—Section 452(c) of title 37, United States Code, is amended—

(1) by redesignating paragraph (3) as paragraph (4); and

(2) by inserting after paragraph (2) the following new paragraph (3):

"(3) A partial dislocation allowance paid to a member ordered to occupy or vacate housing provided by the United States.".

**SEC. 608. REDUCTIONS ON ACCOUNT OF EARNINGS FROM WORK PERFORMED WHILE ENTITLED TO AN ANNUITY SUPPLEMENT.**

Section 8421a(c) of title 5, United States Code, is amended—

(1) by striking "full-time as an air traffic control instructor" and inserting "as an air traffic control instructor, or supervisor thereof,"; and

(2) by inserting "or supervisor" after "an instructor".

**SEC. 609. INCREASE IN BASIC PAY.**

Effective on January 1, 2020, the rates of monthly basic pay for members of the uniformed services are increased by 3.1 percent.

## Subtitle B—Bonuses and Special Incentive Pays

**SEC. 611. ONE-YEAR EXTENSION OF CERTAIN EXPIRING BONUS AND SPECIAL PAY AUTHORITIES.**

(a) AUTHORITIES RELATING TO RESERVE FORCES.—Section 910(g) of title 37, United States Code, relating to income replacement payments for reserve component members experiencing extended and frequent mobilization for active duty service, is amended by striking "December 31, 2019" and inserting "December 31, 2020".

(b) TITLE 10 AUTHORITIES RELATING TO HEALTH CARE PROFESSIONALS.—The following sections of title 10, United States Code, are amended by striking "December 31, 2019" and inserting "December 31, 2020":

(1) Section 2130a(a)(1), relating to nurse officer candidate accession program.

(2) Section 16302(d), relating to repayment of education loans for certain health professionals who serve in the Selected Reserve.

(c) AUTHORITIES RELATING TO NUCLEAR OFFICERS.—Section 333(i) of title 37, United States Code, is

WASHSTATEC006298

amended by striking "December 31, 2019" and inserting "December 31, 2020".

(d) AUTHORITIES RELATING TO TITLE 37 CONSOLIDATED SPECIAL PAY, INCENTIVE PAY, AND BONUS AUTHORITIES.—The following sections of title 37, United States Code, are amended by striking "December 31, 2019" and inserting "December 31, 2020":

(1) Section 331(h), relating to general bonus authority for enlisted members.

(2) Section 332(g), relating to general bonus authority for officers.

(3) Section 334(i), relating to special aviation incentive pay and bonus authorities for officers.

(4) Section 335(k), relating to special bonus and incentive pay authorities for officers in health professions.

(5) Section 336(g), relating to contracting bonus for cadets and midshipmen enrolled in the Senior Reserve Officers' Training Corps.

(6) Section 351(h), relating to hazardous duty pay.

(7) Section 352(g), relating to assignment pay or special duty pay.

(8) Section 353(i), relating to skill incentive pay or proficiency bonus.

WASHSTATEC006299

(9) Section 355(h), relating to retention incentives for members qualified in critical military skills or assigned to high priority units.

(e) AUTHORITY TO PROVIDE TEMPORARY INCREASE IN RATES OF BASIC ALLOWANCE FOR HOUSING.—Section 403(b)(7)(E) of title 37, United States Code, is amended by striking "December 31, 2019" and inserting "December 31, 2020".

## Subtitle C—Family and Survivor Benefits

### SEC. 621. EXPANSION OF ELIGIBILITY FOR EXCEPTIONAL TRANSITIONAL COMPENSATION FOR DEPENDENTS TO DEPENDENTS OF CURRENT MEMBERS.

Section 1059(m) of title 10, United States Code, is amended—

(1) in the subsection heading, by inserting "MEMBERS OR" after "DEPENDENTS OF";

(2) by inserting "member or" before "former member" each place it appears;

(3) by redesignating paragraph (3) as paragraph (4); and

(4) by inserting after paragraph (2) the following new paragraph (3):

WASHSTATEC006300

"(3) For purposes of the provision of benefits under this section pursuant to this subsection, a member shall be considered separated from active duty upon the earliest of—

"(A) the date an administrative separation is initiated by a commander of the member;

"(B) the date the court-martial sentence is adjudged if the sentence, as adjudged, includes a dismissal, dishonorable discharge, bad conduct discharge, or forfeiture of all pay and allowances; or

"(C) the date the member's term of service expires.".

**SEC. 622. PHASE-OUT OF REDUCTION OF SURVIVOR BENEFIT PLAN SURVIVOR ANNUITIES BY AMOUNT OF DEPENDENCY AND INDEMNITY COMPENSATION.**

(a) PHASE-OUT.—Subchapter II of chapter 73 of title 10, United States Code, is amended as follows:

(1) IN GENERAL.—In section 1450(c)(1)—

(A) by striking "that the annuity otherwise payable under this section would exceed that compensation." and inserting "calculated as follows:"; and

(B) by adding at the end the following:

"(A) During the period beginning on January 1, 2020, and ending on December 31, 2020, the amount that the annuity otherwise payable under this section would exceed such dependency and indemnity compensation.

"(B) During the period beginning on January 1, 2021, and ending on December 31, 2021, the amount that the annuity otherwise payable under this section would exceed two-thirds of such dependency and indemnity compensation.

"(C) During the period beginning on January 1, 2022, and ending on December 31, 2022, the amount that the annuity otherwise payable under this section would exceed one-third of such dependency and indemnity compensation.

"(D) On and after January 1, 2023, the full amount of the annuity under this section.".

(2) CONFORMING AMENDMENT.—In section 1451(c)(2), by inserting "a portion (calculated under section 1450(c) of this title) of" before "the amount".

(b) PROHIBITION ON RETROACTIVE BENEFITS.—No benefits may be paid to any person for any period before

the effective date provided under subsection (f) by reason of the amendments made by subsection (a).

(c) PROHIBITION ON RECOUPMENT OF CERTAIN AMOUNTS PREVIOUSLY REFUNDED TO SBP RECIPIENTS.—A surviving spouse who is or has been in receipt of an annuity under the Survivor Benefit Plan under subchapter II of chapter 73 of title 10, United States Code, that is in effect before the effective date provided under subsection (f) and that is adjusted by reason of the amendments made by subsection (a) and who has received a refund of retired pay under section 1450(e) of title 10, United States Code, shall not be required to repay such refund to the United States.

(d) REPEAL OF AUTHORITY FOR OPTIONAL ANNUITY FOR DEPENDENT CHILDREN.—Section 1448(d)(2) of such title is amended—

(1) by striking "DEPENDENT CHILDREN.—" and all that follows through "In the case of a member described in paragraph (1)," and inserting "DEPENDENT CHILDREN.—In the case of a member described in paragraph (1),"; and

(2) by striking subparagraph (B).

(e) RESTORATION OF ELIGIBILITY FOR PREVIOUSLY ELIGIBLE SPOUSES.—The Secretary of the military department concerned shall restore annuity eligibility to any

eligible surviving spouse who, in consultation with the Secretary, previously elected to transfer payment of such annuity to a surviving child or children under the provisions of section 1448(d)(2)(B) of title 10, United States Code, as in effect on the day before the effective date provided under subsection (f). Such eligibility shall be restored whether or not payment to such child or children subsequently was terminated due to loss of dependent status or death. For the purposes of this subsection, an eligible spouse includes a spouse who was previously eligible for payment of such annuity and is not remarried, or remarried after having attained age 55, or whose second or subsequent marriage has been terminated by death, divorce or annulment.

(f) EFFECTIVE DATE.—This section and the amendments made by this section shall take effect on the first day of the first month that begins after the date of the enactment of this Act, except subsections (d) and (e) of this section and the amendments made thereby shall take effect on January 1, 2023.

**SEC. 623. DEATH GRATUITY FOR ROTC GRADUATES.**

(a) IN GENERAL.—Section 1475(a)(4) of title 10, United States Code, is amended by adding "; or a graduate of a reserve officers' training corps who has received

WASHSTATEC006304

a commission but has yet to receive a first duty assignment; or" at the end.

(b) EFFECTIVE DATE.—The amendment under subsection (a) applies to deaths that occur on or after the date of the enactment of this Act.

**SEC. 624. EXPANSION OF AUTHORITY TO PROVIDE FINANCIAL ASSISTANCE TO CIVILIAN PROVIDERS OF CHILD CARE SERVICES OR YOUTH PROGRAM SERVICES WHO PROVIDE SUCH SERVICES TO SURVIVORS OF MEMBERS OF THE ARMED FORCES WHO DIE IN COMBAT IN THE LINE OF DUTY.**

Section 1798(a) of title 10, United States Code, is amended by inserting ", survivors of members of the armed forces who die in combat-related incidents in the line of duty," after "armed forces".

**SEC. 625. CASUALTY ASSISTANCE FOR SURVIVORS OF DECEASED ROTC GRADUATES.**

Section 633 of the National Defense Authorization Act for Fiscal Year 2014 (10 U.S.C. 1475 note) is amended by adding at the end the following new subsection:

"(c) ROTC GRADUATES.—

"(1) TREATED AS MEMBERS.—For purposes of this section, a graduate of a reserve officers' training corps who receives a commission and who dies

WASHSTATEC006305

before receiving a first duty assignment shall be treated as a member of the Armed Forces who dies while on active duty.

"(2) EFFECTIVE DATE.—This subsection applies to deaths on or after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.".

## Subtitle D—Defense Resale Matters

### SEC. 631. DEFENSE RESALE SYSTEM MATTERS.

(a) IN GENERAL.—The Under Secretary of Defense for Personnel and Readiness shall, in coordination with the Chief Management Officer of the Department of Defense, maintain oversight of business transformation efforts of the defense commissary system and the exchange stores system in order to ensure the following:

(1) Development of an intercomponent business strategy that maximizes efficiencies and results in a viable defense resale system in the future.

(2) Preservation of patron savings and satisfaction from and in the defense commissary system and exchange stores system.

(3) Sustainment of financial support of the defense commissary and exchange systems for morale, welfare, and recreation (MWR) services of the Armed Forces.

(b) EXECUTIVE RESALE BOARD ADVICE ON OPERATIONS OF SYSTEMS.—The Executive Resale Board of the Department of Defense shall advise the Under Secretary on the implementation of sustainable, complementary operations of the defense commissary system and the exchange stores system.

(c) INFORMATION TECHNOLOGY MODERNIZATION.—The Secretary of Defense shall, acting through the Under Secretary and with advice from the Executive Resale Board, require the Defense Commissary Agency and the Military Exchange Service to do as follows:

(1) Field new technologies and best business practices for information technology for the defense resale system.

(2) Implement cutting-edge marketing opportunities across the defense resale system.

(d) INCLUSION OF ADVERTISING IN OPERATING EXPENSES OF COMMISSARY STORES.—Section 2483(b) of title 10, United States Code, is amended by adding at the end the following paragraph:

"(7) Advertising of commissary sales on materials available within commissary stores and at other on-base locations.".

**SEC. 632. PROCUREMENT BY COMMISSARY STORES OF CERTAIN LOCALLY SOURCED PRODUCTS.**

The Secretary of Defense shall ensure that the dairy products and fruits and vegetables procured for commissary stores under the defense commissary system are, to the extent practicable and while maintaining mandated patron savings, locally sourced in order to ensure the availability of the freshest possible dairy products and fruits and vegetables for patrons of the stores.

**SEC. 633. GAO REVIEW OF DEFENSE RESALE OPTIMIZATION STUDY.**

(a) REVIEW.—The Comptroller General of the United States shall conduct a review of the business case analysis performed as part of the defense resale optimization study conducted by the Reform Management Group, titled "Study to Determine the Feasibility of Consolidation of the Defense Resale Entities" and dated December 4, 2018.

(b) REPORTS REQUIRED; ELEMENTS.—Not later than March 1, 2020, and June 1, 2020, the Comptroller General shall submit to the Committees on Armed Services of the Senate and the House of Representatives an interim report and a final report, respectively, regarding the review performed under this section. Each report shall include evaluations of the following:

WASHSTATEC006308

(1) The descriptions and justifications for the assumptions, analytical choices and data used by the Reform Management Group to calculate:

(A) Pricing.

(B) Sales assumptions.

(C) Accuracy of methods employed to measure patron savings levels.

(2) The timetable for consolidation of military exchanges and commissaries.

(3) The recommendations for consolidation developed as part of the business case analysis, including the overall cost of consolidation.

(4) The budget and oversight implications of merging non-appropriated funds and appropriated funds to implement the recommended reforms.

(5) The extent to which the Reform Management Group coordinated with the Secretaries of the military departments and the chiefs of the Armed Forces in preparing the study.

(6) The extent to which the Reform Management Group addressed concerns of the Secretaries of the military departments and the chiefs of the Armed Forces in the study.

(7) If the recommendations in the business case analysis were implemented—

(A) the ability of military exchanges and commissaries to provide earnings to support on-base morale, welfare, and recreation programs; and

(B) the financial viability of the military exchanges and commissaries.

(c) DELAY ON CONSOLIDATION.—The Secretary of Defense may not take any action to consolidate military exchanges and commissaries until the Committees on Armed Services of the Senate and the House of Representatives notify the Secretary in writing of receipt and acceptance of the findings of the Comptroller General in the reports required under this section.

## Subtitle E—Morale, Welfare, and Recreation Privileges

### SEC. 641. EXTENSION OF CERTAIN MORALE, WELFARE, AND RECREATION PRIVILEGES TO FOREIGN SERVICE OFFICERS ON MANDATORY HOME LEAVE.

(a) IN GENERAL.—Section 1065 of title 10, United States Code, as added by section 621 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended—

(1) in the heading, by striking "**veterans and caregivers for veterans**" and inserting

WASHSTATEC006310

"**veterans, caregivers for veterans, and Foreign Service officers**";

(2) by redesignating subsections (f) and (g) as subsections (g) and (h), respectively;

(3) by inserting after subsection (e) the following new subsection (f):

"(f) ELIGIBILITY OF FOREIGN SERVICE OFFICERS ON MANDATORY HOME LEAVE.—A Foreign Service officer on mandatory home leave may be permitted to use military lodging referred to in subsection (h)."; and

(4) in subsection (h), as redesignated by paragraph (2), by adding at the end the following new paragraphs:

"(5) The term 'Foreign Service officer' has the meaning given that term in section 103 of the Foreign Service Act of 1980 (22 U.S.C. 3903).

"(6) The term 'mandatory home leave' means leave under section 903 of the Foreign Service Act of 1980 (22 U.S.C. 4083).".

(b) EFFECTIVE DATE.—The amendments made by this section shall take effect on January 1, 2020, as if originally incorporated in section 621 of Public Law 115–232.

**SEC. 642. EXTENSION OF PILOT PROGRAM ON A GOVERNMENT LODGING PROGRAM.**

Section 914(b) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (5 U.S.C. 5911 note) is amended by striking "December 31, 2019" and inserting "December 31, 2020".

## Subtitle F—Reports and Other Matters

**SEC. 651. ANNUAL REPORTS ON APPROVAL OF EMPLOYMENT OR COMPENSATION OF RETIRED GENERAL OR FLAG OFFICERS BY FOREIGN GOVERNMENTS FOR EMOLUMENTS CLAUSE PURPOSES.**

(a) ANNUAL REPORTS.—Section 908 of title 37, United States Code is amended—

(1) by redesignating subsection (c) as subsection (d); and

(2) by inserting after subsection (b) the following new subsection (c):

"(c) ANNUAL REPORTS ON APPROVALS FOR RETIRED GENERAL AND FLAG OFFICERS.—Not later than January 31 each year, the Secretaries of the military departments, after consulting with the Secretary of State, shall jointly submit to the Committees on Armed Services of the Senate and House of Representatives a report on

each approval under subsection (b) for employment or compensation described in subsection (a) for a retired member of the armed forces in general or flag officer grade that was issued during the preceding year.''.

(b) SCOPE OF FIRST REPORT.—The first report submitted pursuant to subsection (c) of section 908 of title 37, United States Code (as amended by subsection (a) of this section), after the date of the enactment of this Act shall cover the five-year period ending with the year before the year in which such report is submitted.

**SEC. 652. REPORT REGARDING TRANSITION FROM OVERSEAS HOUSING ALLOWANCE TO BASIC ALLOWANCE FOR HOUSING FOR SERVICEMEMBERS IN THE TERRITORIES.**

Not later than February 1, 2020, the Secretary of Defense shall submit a report to the congressional defense committees regarding the recommendation of the Secretary whether members of the uniformed services located in the territories of the United States and who receive the overseas housing allowance should instead receive the basic allowance for housing to ensure the most appropriate housing compensation for such members and their families.

WASHSTATEC006313

**SEC. 653. REPORT ON EXTENSION TO MEMBERS OF THE RESERVE COMPONENTS OF THE ARMED FORCES OF SPECIAL AND INCENTIVE PAYS FOR MEMBERS OF THE ARMED FORCES NOT CURRENTLY PAYABLE TO MEMBERS OF THE RESERVE COMPONENTS.**

(a) REPORT REQUIRED.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report setting forth the results of a study, conducted by the Secretary for purposes of the report, on the feasability and advisability of paying eligible members of the reserve components of the Armed Forces any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components.

(b) ELEMENTS.—The report required by subsection (a) shall set forth the following:

(1) An estimate of the yearly cost of paying members of the reserve components risk pay and flight pay under sections 334, 334a, and 351 of title 37, United States Code, at the same rate as members on active duty, regardless of the number of periods of instruction or appropriate duty participated in, so long as there is at least one such period of instruction or appropriate duty in the month.

WASHSTATEC006314

(2) A statement of the number of members of the reserve components who qualify or potentially qualify for hazardous duty incentive pay based on current professions or required duties, broken out by hazardous duty categories set forth in section 351 of title 37, United States Code.

(3) If the Secretary determines that payment to eligible members of the reserve components of any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components is feasible and advisable, such recommendations as the Secretary considers appropriate for legislative or administrative action to authorize such payment.

**SEC. 654. STUDY REGARDING RECOUPMENT OF SEPARATION PAY, SPECIAL SEPARATION BENEFITS, AND VOLUNTARY SEPARATION INCENTIVE PAYMENTS FROM MEMBERS OF THE ARMED FORCES AND VETERANS WHO RECEIVE DISABILITY COMPENSATION UNDER LAWS ADMINISTERED BY THE SECRETARY OF VETERANS AFFAIRS.**

(a) STUDY.—The Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall conduct a study to determine, with regards to members of the

Armed Forces and veterans whose separation pay, special separation benefits, and voluntary separation incentive payments either Secretary recoups because such members and veterans subsequently receive disability compensation under laws administered by the Secretary of Veterans Affairs—

(1) how many such members and veterans are affected by such recoupment; and

(2) the aggregated amount of additional money such members and veterans would receive but for such recoupment.

(b) REPORT REQUIRED.—Not later than September 30, 2020, the Secretary of Defense shall submit to the Committees on Armed Services and Veterans' Affairs of the Senate and House of Representatives a report regarding the results of the study under subsection (a).

**SEC. 655. REPORT ON IMPLEMENTATION OF CONTRIBUTIONS TO THE DEPARTMENT OF DEFENSE MILITARY RETIREMENT FUND BASED ON PAY COSTS PER ARMED FORCE RATHER THAN ON ARMED FORCES-WIDE BASIS.**

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than April 1, 2020, the Secretary of Defense shall, in consultation with the Secretaries of the military departments,

submit to the congressional defense committees a report setting forth a plan for the implementation of the amendments described in paragraph (2) as if such amendments would apply with respect to determinations of contributions to the Department of Defense Military Retirement Fund under chapter 74 of title 10, United States Code, and payments into the Fund, beginning with fiscal year 2025.

(2) COVERED AMENDMENTS.—The amendments described in this paragraph are the amendments proposed to be made by section 631 of S.1790 of the 116th Congress, as reported to the Senate by the Committee on Armed Services of the Senate on June 11, 2019.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) A plan to implement the amendments described in paragraph (2) of subsection (a) in the manner described in paragraph (1) of that subsection.

(2) A timeline for actions required to implement such amendments in that manner.

(3) An assessment of the impact of the implementation of such amendments in that manner on each of the following:

WASHSTATEC006317

(A) The budgeting of the military departments.

(B) The efforts of the Department of Defense to achieve audits of its financial statements.

(C) Decisions on military manning of the Armed Forces.

(D) The cost and complexity of tracking contributions to the Department of Defense Military Retirement Fund.

**SEC. 656. REPORT ON FOOD INSECURITY AMONG MEMBERS OF THE ARMED FORCES AND THEIR DEPENDENTS.**

(a) REPORT REQUIRED.—Not later than May 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on food insecurity among members of the Armed Forces and their dependents.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) An assessment of the current extent of food insecurity among members of the Armed Forces and their dependents, including a description and analysis of the following:

WASHSTATEC006318

(A) Use of food assistance by members and their dependents, as revealed in data of the Department of Defense and other data available to the Department.

(B) Use of free and reduced price school meals by dependents.

(C) Use of food banks or similar assistance by members and their dependents.

(2) A description and assessment of the barriers, if any, to qualification for or access to adequate food assistance of any type by members of the Armed Forces and their dependents.

(3) A description of the number of members of the Armed Forces overseas who enrolled in the Family Supplemental Subsistence Allowance (FSSA) program under section 402a of title 37, United States Code, during the five-fiscal year period ending with fiscal year 2019, and of the cost to the Department of such enrollment during each fiscal year concerned.

(4) An assessment of the effectiveness of the Family Supplemental Subsistence Allowance program for members of the Armed Forces overseas.

(5) A description and assessment of the participation of members of the Armed Forces in the Sup-

plemental Nutrition Assistance Program (SNAP), including with respect to the following:

(A) Coordination between the Department of Defense and the Department of Agriculture for purposes of determining the numbers of members currently participating in the program.

(B) Career stigma for members resulting from participation in the program.

(C) Adverse consequences for member personal financial management resulting from participation in the program.

(D) Other support available to and used by members to meet basic needs requirements.

(6) An assessment of food insecurity among members of the Armed Forces who reside in on-post housing (and thus do not receive basic allowance for housing (BAH)) and their dependents, including eligibility of such members for and participation of such members in the Supplemental Nutrition Assistance Program.

(7) An assessment of the feasability and advisability of a basic needs allowance for low-income members of the Armed Forces (including an allowance calculated both with and without basic allow-

ance for housing included in the determination of member gross household income), including with respect to the following:

(A) The maximum member gross household income for eligibility for the allowance.

(B) The number of members who would be eligible for the allowance.

(C) The optimal average annual amount of the allowance.

(D) The total annual cost of paying the allowance.

(E) Whether particular geographic locations would include large number of members eligible for the allowance.

(F) The effects of payment of the allowance on recruitment and retention of members, and on member morale and conduct.

(8) Any other recommendations for policies, programs, and activities to address food insecurity among members of the Armed Forces and their dependents that the Secretary considers appropriate.

# TITLE VII—HEALTH CARE PROVISIONS

Subtitle A—TRICARE and Other Health Care Benefits

Sec. 701. Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.
Sec. 702. TRICARE payment options for retirees and their dependents.

WASHSTATEC006321

Sec. 703. Lead level screening and testing for children.
Sec. 704. Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.
Sec. 705. Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.
Sec. 706. Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.
Sec. 707. Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.

Subtitle B—Health Care Administration

Sec. 711. Modification of organization of military health system.
Sec. 712. Support by military health system of medical requirements of combatant commands.
Sec. 713. Requirements for certain prescription drug labels.
Sec. 714. Officers authorized to command Army dental units.
Sec. 715. Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.
Sec. 716. Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.
Sec. 717. Inclusion of blast exposure history in medical records of members of the Armed Forces.
Sec. 718. Comprehensive policy for provision of mental health care to members of the Armed Forces.
Sec. 719. Limitation on the realignment or reduction of military medical manning end strength.
Sec. 720. Strategy to recruit and retain mental health providers.
Sec. 721. Development of partnerships to improve combat casualty care for personnel of the Armed Forces.
Sec. 722. Modification to referrals for mental health services.

Subtitle C—Reports and Other Matters

Sec. 731. Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice.
Sec. 732. Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund.
Sec. 733. Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine.
Sec. 734. Establishment of Academic Health System in National Capital Region.
Sec. 735. Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies.
Sec. 736. Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund.
Sec. 737. Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence.
Sec. 738. Encouragement of participation in Women's Health Transition Training pilot program.

Sec. 739. National Guard suicide prevention pilot program.
Sec. 740. Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System.
Sec. 741. Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense.
Sec. 742. Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information.
Sec. 743. Study and plan on the use of military-civilian integrated health delivery systems.
Sec. 744. Study on case management in the military health system.
Sec. 745. Report on Global Health Security Strategy and the National Biodefense Security.
Sec. 746. Study on establishment of wounded warrior service dog program.
Sec. 747. GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions.
Sec. 748. Reports on Millennium Cohort Study relating to women members of the Armed Forces.
Sec. 749. Study on effects of sleep deprivation on readiness of members of the Armed Forces.
Sec. 750. Study and report on traumatic brain injury mitigation efforts.

# Subtitle A—TRICARE and Other Health Care Benefits

### SEC. 701. MODIFICATION OF ELIGIBILITY FOR TRICARE RESERVE SELECT FOR CERTAIN MEMBERS OF THE SELECTED RESERVE.

Section 1076d(a)(2) of title 10, United States Code, is amended by striking "Paragraph (1) does not apply" and inserting "During the period preceding January 1, 2030, paragraph (1) does not apply".

### SEC. 702. TRICARE PAYMENT OPTIONS FOR RETIREES AND THEIR DEPENDENTS.

(a) In General.—Section 1099 of title 10, United States Code, is amended—

(1) by redesignating subsection (d) as subsection (e); and

(2) by inserting after subsection (c) the following new subsection (d):

"(d) PAYMENT OPTIONS.—(1) A member or former member of the uniformed services, or a dependent thereof, eligible for medical care and dental care under section 1074(b) or 1076 of this title shall pay a premium for coverage under this chapter.

"(2) To the maximum extent practicable, a premium owed by a member, former member, or dependent under paragraph (1) shall be withheld from the retired, retainer, or equivalent pay of the member, former member, or dependent. In all other cases, a premium shall be paid in a frequency and method determined by the Secretary.".

(b) CONFORMING AND CLERICAL AMENDMENTS.—

(1) CONFORMING AMENDMENTS.—Section 1097a of title 10, United States Code, is amended—

(A) by striking subsection (c); and

(B) by redesignating subsections (d), (e), and (f) as subsections (c), (d), and (e), respectively.

(2) HEADING AMENDMENTS.—

WASHSTATEC006324

(A) AUTOMATIC ENROLLMENTS.—The heading for section 1097a of such title is amended to read as follows:

**"§ 1097a. TRICARE Prime: automatic enrollments".**

(B) ENROLLMENT SYSTEM AND PAYMENT OPTIONS.—The heading for section 1099 of such title is amended to read as follows:

**"§ 1099. Health care enrollment system and payment options".**

(3) CLERICAL AMENDMENTS.—The table of sections at the beginning of chapter 55 of such title is amended—

(A) by striking the item relating to section 1097a and inserting the following new item:

"1097a. TRICARE Prime: automatic enrollments."; and

(B) by striking the item relating to section 1099 and inserting the following new item:

"1099. Health care enrollment system and payment options.".

(c) EFFECTIVE DATE.—The amendments made by this section shall apply to health care coverage beginning on or after January 1, 2021.

**SEC. 703. LEAD LEVEL SCREENING AND TESTING FOR CHILDREN.**

(a) COMPREHENSIVE SCREENING, TESTING, AND REPORTING GUIDELINES.—

WASHSTATEC006325

(1) IN GENERAL.—The Secretary of Defense shall establish clinical practice guidelines for health care providers employed by the Department of Defense on screening, testing, and reporting of blood lead levels in children.

(2) USE OF CDC RECOMMENDATIONS.—Guidelines established under paragraph (1) shall reflect recommendations made by the Centers for Disease Control and Prevention with respect to the screening, testing, and reporting of blood lead levels in children.

(3) DISSEMINATION OF GUIDELINES.—Not later than one year after the date of the enactment of this Act, the Secretary shall disseminate the clinical practice guidelines established under paragraph (1) to health care providers of the Department of Defense.

(b) CARE PROVIDED IN ACCORDANCE WITH CDC GUIDANCE.—The Secretary shall ensure that any care provided by the Department of Defense to a child for an elevated blood lead level shall be carried out in accordance with applicable guidance issued by the Centers for Disease Control and Prevention.

(c) SHARING OF RESULTS OF TESTING.—

(1) IN GENERAL.—With respect to a child who receives from the Department of Defense a test for an elevated blood lead level—

(A) the Secretary shall provide the results of the test to the parent or guardian of the child; and

(B) notwithstanding any requirements for the confidentiality of health information under the Health Insurance Portability and Accountability Act of 1996 (Public Law 104–191), if the results of the test show an abnormal blood lead level or elevated blood lead level, the Secretary shall provide those results and the address at which the child resides to—

(i) the relevant health department of the State in which the child resides if the child resides in the United States; or

(ii) if the child resides outside the United States—

(I) the Centers for Disease Control and Prevention;

(II) the appropriate authority of the country in which the child resides; and

(III) the primary provider of health care for the child for follow-up.

(2) STATE DEFINED.—In this subsection, the term "State" means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.

(d) REPORT.—Not later than January 1, 2021, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report detailing, with respect to the period beginning on the date of the enactment of this Act and ending on the date of the report, the following:

(1) The number of children who were tested by the Department of Defense for the level of lead in the blood of the child, and of such number, the number who were found to have an elevated blood lead level.

(2) The number of children who were screened by the Department of Defense for an elevated risk of lead exposure.

(e) COMPTROLLER GENERAL REPORT.—Not later than January 1, 2022, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives

a report on the effectiveness of screening and testing for lead exposure and elevated blood lead levels under chapter 55 of title 10, United States Code.

(f) DEFINITIONS.—In this section, the terms "abnormal blood lead level" and "elevated blood lead level" have the meanings given those terms by the Centers for Disease Control and Prevention.

**SEC. 704. EXPOSURE TO OPEN BURN PITS AND TOXIC AIRBORNE CHEMICALS OR OTHER AIRBORNE CONTAMINANTS AS PART OF PERIODIC HEALTH ASSESSMENTS AND OTHER PHYSICAL EXAMINATIONS.**

(a) PERIODIC HEALTH ASSESSMENT.—The Secretary of Defense shall ensure that any periodic health assessment provided to members of the Armed Forces includes an evaluation of whether the member has been—

(1) based or stationed at a location where an open burn pit was used; or

(2) exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the Airborne Hazards and Open Burn Pit Registry.

(b) SEPARATION HISTORY AND PHYSICAL EXAMINATIONS.—Section 1145(a)(5) of title 10, United States

Code, is amended by adding at the end the following new subparagraph:

"(C) The Secretary concerned shall ensure that each physical examination of a member under subparagraph (A) includes an assessment of whether the member was—

"(i) based or stationed at a location where an open burn pit, as defined in subsection (c) of section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112–260; 38 U.S.C. 527 note), was used; or

"(ii) exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the registry established by the Secretary of Veterans Affairs under such section 201.".

(c) DEPLOYMENT ASSESSMENTS.—Section 1074f(b)(2) of title 10, United States Code, is amended by adding at the end the following new subparagraph:

"(D) An assessment of whether the member was—

"(i) based or stationed at a location where an open burn pit, as defined in subsection (c) of section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of

2012 (Public Law 112–260; 38 U.S.C. 527 note), was used; or

"(ii) exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the registry established by the Secretary of Veterans Affairs under such section 201.".

(d) SHARING OF INFORMATION.—

(1) DOD–VA.—The Secretary of Defense and the Secretary of Veterans Affairs shall jointly enter into a memorandum of understanding providing for the sharing by the Department of Defense with the Department of Veterans Affairs of the results of covered evaluations regarding the exposure by a member of the Armed Forces to toxic airborne chemicals or other airborne contaminants.

(2) REGISTRY.—If a covered evaluation of a member of the Armed Forces establishes that the member was based or stationed at a location where an open burn pit was used or that the member was exposed to toxic airborne chemicals or other airborne contaminants, the member shall be enrolled in the Airborne Hazards and Open Burn Pit Registry unless the member elects to not so enroll.

(e) RULE OF CONSTRUCTION.—Nothing in this section may be construed to preclude eligibility for benefits under the laws administered by the Secretary of Veterans Affairs by reason of the open burn pit exposure history of a veteran not being recorded in a covered evaluation.

(f) DEFINITIONS.—In this section:

(1) The term "Airborne Hazards and Open Burn Pit Registry" means the registry established by the Secretary of Veterans Affairs under section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112–260; 38 U.S.C. 527 note).

(2) The term "covered evaluation" means—

(A) a periodic health assessment conducted in accordance with subsection (a);

(B) a separation history and physical examination conducted under section 1145(a)(5) of title 10, United States Code, as amended by this section; and

(C) a deployment assessment conducted under section 1074f(b)(2) of such title, as amended by this section.

(3) The term "open burn pit" has the meaning given that term in section 201(c) of the Dignified Burial and Other Veterans' Benefits Improvement

Act of 2012 (Public Law 112–260; 38 U.S.C. 527 note).

**SEC. 705. ENHANCEMENT OF RECORDKEEPING WITH RESPECT TO EXPOSURE BY MEMBERS OF THE ARMED FORCES TO CERTAIN OCCUPATIONAL AND ENVIRONMENTAL HAZARDS WHILE DEPLOYED OVERSEAS.**

(a) INCLUSION IN MEDICAL TRACKING SYSTEM OF OCCUPATIONAL AND ENVIRONMENTAL HEALTH RISKS IN DEPLOYMENT AREA.—

(1) ELEMENTS OF MEDICAL TRACKING SYSTEM.—Subsection (b)(1)(A) of section 1074f of title 10, United States Code, is amended—

(A) in clause (ii), by striking "and" at the end;

(B) in clause (iii), by striking the period at the end and inserting "; and"; and

(C) by adding at the end the following new clause:

"(iv) accurately record any exposure to occupational and environmental health risks during the course of their deployment.".

(2) RECORDKEEPING.—Subsection (c) of such section is amended by inserting after "deployment area" the following: "(including the results of any

assessment performed by the Secretary of occupational and environmental health risks for such area)''.

(b) POSTDEPLOYMENT MEDICAL EXAMINATION AND REASSESSMENTS.—Section 1074f of title 10, United States Code, as amended by subsection (a), is further amended by adding at the end the following new subsection:

"(g) ADDITIONAL REQUIREMENTS FOR POSTDEPLOYMENT MEDICAL EXAMINATIONS AND HEALTH REASSESSMENTS.—(1) The Secretary of Defense shall standardize and make available to a provider that conducts a postdeployment medical examination or reassessment under the system described in subsection (a) questions relating to occupational and environmental health exposure.

"(2) The Secretary, to the extent practicable, shall ensure that the medical record of a member includes information on the external cause relating to a diagnosis of the member, including by associating an external cause code (as issued under the International Statistical Classification of Diseases and Related Health Problems, 10th Revision (or any successor revision)).''.

(c) ACCESS TO INFORMATION IN BURN PIT REGISTRY.—

(1) IN GENERAL.—The Secretary of Defense shall ensure that all medical personnel of the Department of Defense have access to the information contained in the burn pit registry.

(2) BURN PIT REGISTRY DEFINED.—In this subsection, the term "burn pit registry" means the registry established under section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112–260; 38 U.S.C. 527 note).

**SEC. 706. MODIFICATIONS TO POST-DEPLOYMENT MENTAL HEALTH ASSESSMENTS FOR MEMBERS OF THE ARMED FORCES DEPLOYED IN SUPPORT OF A CONTINGENCY OPERATION.**

(a) REQUIRED ASSESSMENTS.—Section 1074m(a)(1) of title 10, United States Code, is amended by striking subparagraphs (C) and (D) and inserting the following new subparagraphs:

"(C) Subject to paragraph (3) and subsection (d), once during the period beginning on the date of redeployment from the contingency operation and ending on the date that is 21 days after the date on which the post-deployment leave of the member terminates.

WASHSTATEC006335

"(D) Subject to subsection (d), not less than once annually—

"(i) beginning 21 days after the date on which the post-deployment leave of the member terminates; or

"(ii) if the assessment required by subparagraph (C) is performed during the period specified in paragraph (3), beginning 180 days after the date of redeployment from the contingency operation.".

(b) EXCEPTIONS.—Section 1074m(a) of such title, as amended by subsection (a), is further amended by striking paragraph (2) and inserting the following new paragraphs:

"(2) A mental health assessment is not required for a member of the armed forces under subparagraphs (C) and (D) of paragraph (1) (including an assessment performed pursuant to paragraph (3)) if the Secretary determines that providing such assessment to the member during the time periods under such subparagraphs would remove the member from forward deployment or put members or operational objectives at risk.

"(3) A mental health assessment required under subparagraph (C) of paragraph (1) may be provided during the period beginning 90 days after the date of redeployment from the contingency operation and ending 180 days

WASHSTATEC006336

after such redeployment date if the Secretary determines that—

"(A) an insufficient number of personnel are available to perform the assessment during the time period under such subparagraph; or

"(B) an administrative processing issue exists upon the return of the member to the home unit or duty station that would prohibit the effective performance of the assessment during such time period.".

(c) ELIMINATION OF SUNSET FOR ASSESSMENTS DURING DEPLOYMENT.—Section 1074m(a)(1)(B) of such title is amended by striking "Until January 1, 2019, once" and inserting "Once".

(d) EFFECTIVE DATE.—The amendments made by subsections (a) and (b) shall apply with respect to a date of redeployment that is on or after January 1, 2020.

**SEC. 707. PROVISION OF BLOOD TESTING FOR FIRE-FIGHTERS OF DEPARTMENT OF DEFENSE TO DETERMINE EXPOSURE TO PERFLUOROALKYL AND POLYFLUOROALKYL SUBSTANCES.**

(a) IN GENERAL.—Beginning on October 1, 2020, the Secretary of Defense shall provide blood testing to determine and document potential exposure to perfluoroalkyl

and polyfluoroalkyl substances (commonly known as "PFAS") for each firefighter of the Department of Defense during the annual physical exam conducted by the Department for each such firefighter.

(b) FIREFIGHTER DEFINED.—In this section, the term "firefighter" means someone whose primary job or military occupational specialty is being a firefighter.

## Subtitle B—Health Care Administration

### SEC. 711. MODIFICATION OF ORGANIZATION OF MILITARY HEALTH SYSTEM.

(a) ADMINISTRATION OF MILITARY MEDICAL TREATMENT FACILITIES.—Subsection (a) of section 1073c of title 10, United States Code, is amended—

(1) in paragraph (1)—

(A) by redesignating subparagraphs (A), (B), (C), (D), (E), and (F) as subparagraphs (C), (D), (E), (G), (H), and (I), respectively;

(B) by inserting before subparagraph (C), as redesignated by subparagraph (A) of this paragraph, the following new subparagraphs:

"(A) provision and delivery of health care within each such facility;

"(B) management of privileging, scope of practice, and quality of health care provided within each such facility;"; and

(C) by inserting after subparagraph (E), as so redesignated, the following new subparagraph:

"(F) supply and equipment;";

(2) in paragraph (2)—

(A) by redesignating subparagraphs (D), (E), (F), and (G) as subparagraphs (E), (F), (H), and (I), respectively;

(B) by inserting after subparagraph (C) the following new subparagraph (D):

"(D) to identify the capacity of each military medical treatment facility to support clinical readiness standards of health care providers established by the Secretary of a military department or the Assistant Secretary of Defense for Health Affairs;" and

(C) by striking subparagraph (F), as redesignated by subparagraph (A) of this paragraph, and inserting the following new subparagraphs:

"(F) to determine, in coordination with each Secretary of a military department, manning, includ-

ing joint manning, assigned to military medical treatment facilities and intermediary organizations;

"(G) to select, after considering nominations from the Secretaries of the military departments, commanders or directors of military medical treatment facilities;"; and

(3) in paragraph (3)—

(A) in subparagraph (A)—

(i) by inserting "on behalf of the military departments," before "ensuring"; and

(ii) by striking "and civilian employees"; and

(B) in subparagraph (B), by inserting "on behalf of the Defense Health Agency," before "furnishing".

(b) DHA ASSISTANT DIRECTOR.—Subsection (b)(2) of such section is amended by striking "equivalent education and experience" and all that follows and inserting "the education and experience to perform the responsibilities of the position.".

(c) DHA DEPUTY ASSISTANT DIRECTORS.—Subsection (c) of such section is amended—

(1) in paragraph (2)(B), by striking "across the military health system" and inserting "at military medical treatment facilities"; and

(2) in paragraph (4)(B), by inserting "at military medical treatment facilities" before the period at the end.

(d) TREATMENT OF DEPARTMENT OF DEFENSE FOR PURPOSES OF PERSONNEL ASSIGNMENT.—Such section is amended—

(1) by redesignating subsection (f) as subsection (g); and

(2) by inserting after subsection (e) the following new subsection (f):

"(f) TREATMENT OF DEPARTMENT OF DEFENSE FOR PURPOSES OF PERSONNEL ASSIGNMENT.—In implementing this section—

"(1) the Department of Defense shall be considered a single agency for purposes of civilian personnel assignment under title 5; and

"(2) the Secretary of Defense may reassign any employee of a component of the Department of Defense or a military department in a position in the civil service (as defined in section 2101 of title 5) to any other component of the Department of Defense or military department.".

(e) MILITARY MEDICAL TREATMENT FACILITY.—Subsection (g) of such section, as redesignated by sub-

section (d)(1), is amended by adding at the end the following new paragraph:

"(3) The term 'military medical treatment facility' means—

"(A) any fixed facility of the Department of Defense that is outside of a deployed environment and used primarily for health care; and

"(B) any other location used for purposes of providing health care services as designated by the Secretary of Defense.".

(f) TECHNICAL AMENDMENTS.—Subsection (a) of such section is amended—

(1) in paragraph (1), by striking "paragraph (4)" and inserting "paragraph (5)";

(2) by redesignating paragraph (5) as paragraph (6);

(3) by redesignating the first paragraph (4) as paragraph (5); and

(4) by moving the second paragraph (4) so as to appear before paragraph (5), as redesignated by paragraph (3) of this subsection.

**SEC. 712. SUPPORT BY MILITARY HEALTH SYSTEM OF MEDICAL REQUIREMENTS OF COMBATANT COMMANDS.**

(a) IN GENERAL.—Section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) in subsection (a), by amending paragraph (1) to read as follows:

"(1) IN GENERAL.—The Secretary of Defense shall, acting through the Secretaries of the military departments, the Defense Health Agency, and the Joint Staff, implement an organizational framework of the military health system that effectively and efficiently implements chapter 55 of title 10, United States Code, to maximize the readiness of the medical force, promote interoperability, and integrate medical capabilities of the Armed Forces in order to enhance joint military medical operations in support of requirements of the combatant commands.";

(2) in subsection (e), by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively, and by moving such paragraphs so as to appear at the end of subsection (d);

(3) by striking subsection (e), as amended by paragraph (2) of this subsection;

(4) by redesignating subsections (b) through (d) as subsections (c) through (e), respectively;

(5) by inserting after subsection (a) the following new subsection (b):

"(b) ADDITIONAL DUTIES OF SURGEONS GENERAL OF THE ARMED FORCES.—The Surgeons General of the Armed Forces shall have the following duties:

"(1) To ensure the readiness for operational deployment of medical and dental personnel and deployable medical or dental teams or units of the Armed Force or Armed Forces concerned.

"(2) To meet medical readiness standards, subject to standards and metrics established by the Assistant Secretary of Defense for Health Affairs.

"(3) With respect to uniformed medical and dental personnel of the military department concerned—

"(A) to assign such personnel—

"(i) primarily to military medical treatment facilities, under the operational control of the commander or director of the facility; or

"(ii) secondarily to partnerships with civilian or other medical facilities for train-

ing activities specific to such military department; and

"(B) to maintain readiness of such personnel for operational deployment.

"(4) To provide logistical support for operational deployment of medical and dental personnel and deployable medical or dental teams or units of the Armed Force or Armed Forces concerned.

"(5) To oversee mobilization and demobilization in connection with the operational deployment of medical and dental personnel of the Armed Force or Armed Forces concerned.

"(6) To develop operational medical capabilities required to support the warfighter, and to develop policy relating to such capabilities.

"(7) To provide health professionals to serve in leadership positions across the military healthcare system.

"(8) To deliver operational clinical services under the operational control of the combatant commands—

"(A) on ships and planes; and

"(B) on installations outside of military medical treatment facilities.

WASHSTATEC006345

"(9) To manage privileging, scope of practice, and quality of health care in the settings described in paragraph (8).";

(6) in subsection (c), as redesignated by paragraph (4) of this subsection—

(A) in the subsection heading, by inserting "AGENCY" before "REGIONS"; and

(B) in paragraph (1)—

(i) in the paragraph heading, by inserting "AGENCY" before "REGIONS"; and

(ii) by striking "defense health" and inserting "Defense Health Agency";

(7) in subsection (d), as redesignated by paragraph (4) of this subsection—

(A) in the subsection heading, by inserting "AGENCY" before "REGIONS";

(B) in the matter preceding paragraph (1), by striking "defense health" and inserting "Defense Health Agency"; and

(C) in paragraph (3), by striking "subsection (b)" and inserting "subsection (c)"; and

(8) in subsection (e), as redesignated by paragraph (4) of this subsection—

(A) in paragraph (2)—

(i) by amending subparagraph (A) to read as follows:

"(A) IN GENERAL.—The Secretaries of the military departments shall coordinate with the Chairman of the Joint Chiefs of Staff to direct resources allocated to the military departments to support requirements related to readiness and operational medicine support that are established by the combatant commands and validated by the Joint Staff."; and

(ii) in subparagraph (B), in the matter preceding clause (i), by striking "Based on" and all that follows through "shall—" and inserting "The Director of the Defense Health Agency, in coordination with the Assistant Secretary of Defense for Health Affairs, shall—";

(B) in paragraph (3), as moved and redesignated by paragraph (2) of this subsection, in the second sentence—

(i) by inserting "primarily" before "through"; and

(ii) by inserting", in coordination with the Secretaries of the military depart-

ments," after "the Defense Health Agency"; and

(C) by adding at the end the following:

"(5) MANPOWER.—

"(A) ADMINISTRATIVE CONTROL OF MILITARY PERSONNEL.—Each Secretary of a military department shall exercise administrative control of members of the Armed Forces assigned to military medical treatment facilities, including personnel assignment and issuance of military orders.

"(B) OVERSIGHT OF CERTAIN PERSONNEL BY THE DIRECTOR OF THE DEFENSE HEALTH AGENCY.—In situations in which members of the Armed Forces provide health care services at a military medical treatment facility, the Director of the Defense Health Agency shall maintain operational control over such members and oversight for the provision of care delivered by such members through policies, procedures, and privileging responsibilities of the military medical treatment facility.".

(b) CONFORMING AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading for section 712 of the John S. McCain National Defense

Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended to read as follows:

**"SEC. 712. SUPPORT BY MILITARY HEALTHCARE SYSTEM OF MEDICAL REQUIREMENTS OF COMBATANT COMMANDS.".**

(2) CLERICAL AMENDMENT.—The table of contents for such Act is amended by striking the item relating to section 712 and inserting the following new item:

"Sec. 712. Support by military healthcare system of medical requirements of combatant commands.".

**SEC. 713. REQUIREMENTS FOR CERTAIN PRESCRIPTION DRUG LABELS.**

(a) REQUIREMENT.—Section 1074g of title 10, United States Code, is amended—

(1) by redesignating subsections (h) and (i) as subsections (i) and (j), respectively; and

(2) by inserting after subsection (g) the following new subsection (h):

"(h) LABELING.—The Secretary of Defense shall ensure that drugs made available through the facilities of the armed forces under the jurisdiction of the Secretary include labels and other labeling that are in compliance with the requirements of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.).".

WASHSTATEC006349

(b) CONFORMING AMENDMENT.—Subsection (b)(1) of such section is amended by striking "under subsection (h)" and inserting "under subsection (j)".

(c) IMPLEMENTATION.—Beginning not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall implement subsection (h) of section 1074g of title 10, United States Code, as added by subsection (a).

**SEC. 714. OFFICERS AUTHORIZED TO COMMAND ARMY DENTAL UNITS.**

Section 7081(d) of title 10, United States Code, is amended by striking "Dental Corps Officer" and inserting "commissioned officer of the Army Medical Department".

**SEC. 715. IMPROVEMENTS TO INTERAGENCY PROGRAM OFFICE OF THE DEPARTMENT OF DEFENSE AND THE DEPARTMENT OF VETERANS AFFAIRS.**

(a) LEADERSHIP.—Subsection (c) of section 1635 of the Wounded Warrior Act (title XVI of Public Law 110–181; 10 U.S.C. 1071 note) is amended to read as follows:

"(c) LEADERSHIP.—

"(1) DIRECTOR.—The Director of the Office shall be the head of the Office.

"(2) DEPUTY DIRECTOR.—The Deputy Director of the Office shall be the deputy head of the Office

and shall assist the Director in carrying out the duties of the Director.

"(3) REPORTING.—The Director shall report directly to the Deputy Secretary of Defense and the Deputy Secretary of Veterans Affairs.

"(4) APPOINTMENTS.—

"(A) DIRECTOR.—The Director shall be appointed by the Secretary of Defense, with the concurrence of the Secretary of Veterans Affairs, for a fixed term of four years. For the subsequent term, the Secretary of Veterans Affairs, with the concurrence of the Secretary of Defense, shall appoint the Director for a fixed term of four years, and thereafter, the appointment of the Director for a fixed term of four years shall alternate between the Secretaries.

"(B) DEPUTY DIRECTOR.—The Deputy Director shall be appointed by the Secretary of Veterans Affairs, with the concurrence of the Secretary of Defense, for a fixed term of four years. For the subsequent term, the Secretary of Defense, with the concurrence of the Secretary of Veterans Affairs, shall appoint the Deputy Director for a fixed term of four years, and thereafter, the appointment of the Deputy

Director for a fixed term of four years shall alternate between the Secretaries.

"(C) MINIMUM QUALIFICATIONS.—The Secretary of Defense and the Secretary of Veterans Affairs shall jointly develop qualification requirements for the Director and the Deputy Director. Such requirements shall ensure that, at a minimum, the Director and Deputy Director, individually or together, meet the following qualifications:

"(i) Significant experience at a senior management level fielding enterprise-wide technology in a health care setting, or business systems in the public or private sector.

"(ii) Credentials for enterprise-wide program management.

"(iii) Significant experience leading implementation of complex organizational change by integrating the input of experts from various disciplines, such as clinical, business, management, informatics, and technology.

"(5) SUCCESSION.—The Secretary of Defense and the Secretary of Veterans Affairs shall jointly

WASHSTATEC006352

develop a leadership succession process for the Office.

"(6) ADDITIONAL GUIDANCE.—The Department of Veterans Affairs-Department of Defense Joint Executive Committee may provide guidance in the discharge of the functions of the Office under this section.

"(7) INFORMATION TO CONGRESS.—Upon request by any of the appropriate committees of Congress, the Director and the Deputy Director shall testify before such committee, or provide a briefing or otherwise provide requested information to such committee, regarding the discharge of the functions of the Office under this section.".

(b) AUTHORITY.—Paragraph (1) of subsection (b) of such section is amended by adding at the end the following new sentence: "The Office shall carry out decision making authority delegated to the Office by the Secretary of Defense and the Secretary of Veterans Affairs with respect to the definition, coordination, and management of functional, technical, and programmatic activities that are jointly used, carried out, and shared by the Departments.".

(c) PURPOSES.—Paragraph (2) of subsection (b) of such section is amended by adding at the end the following new subparagraphs:

"(C) To develop and implement a comprehensive interoperability strategy, which shall include—

"(i) the Electronic Health Record Modernization Program of the Department of Veterans Affairs; and

"(ii) the Healthcare Management System Modernization Program of the Department of Defense.

"(D) To pursue the highest level of interoperability for the delivery of health care by the Department of Defense and the Department of Veterans Affairs.

"(E) To accelerate the exchange of health care information between the Departments, and advances in the health information technology marketplace, in order to support the delivery of health care by the Departments.

"(F) To collect the operational and strategic requirements of the Departments relating to the strategy under subsection (a) and communicate such requirements and activities to

the Office of the National Coordinator for Health Information Technology of the Department of Health and Human Services for the purpose of implementing title IV of the 21st Century Cures Act (division A of Public Law 114–255), and the amendments made by that title, and other objectives of the Office of the National Coordinator for Health Information Technology.

"(G) To plan for and effectuate the broadest possible implementation of standards, specifically with respect to the Fast Healthcare Interoperability Resources standard or successor standard, the evolution of such standards, and the obsolescence of such standards.

"(H) To actively engage with national and international health standards setting organizations, including by taking membership in such organizations, to ensure that standards established by such organizations meet the needs of the Departments pursuant to the strategy under subsection (a), and oversee and approve adoption of and mapping to such standards by the Departments.

"(I) To express the content and format of health data of the Departments using a common language to improve the exchange of data between the Departments and with the private sector, and to ensure that clinicians of the Departments have access to integrated, computable, comprehensive health records of patients.

"(J) To inform the Chief Information Officer of the Department of Defense and the Chief Information Officer of the Department of Veterans Affairs of any activities of the Office affecting or relevant to cybersecurity.

"(K) To establish an environment that will enable and encourage the adoption by the Departments of innovative technologies for health care delivery.

"(L) To leverage data integration to advance health research and develop an evidence base for the health care programs of the Departments.

"(M) To prioritize the use of open systems architecture by the Departments.

"(N) To ensure ownership and control by patients of personal health information and

data in a manner consistent with applicable law.

"(O) To prevent contractors of the Departments or other non-departmental entities from owning or having exclusive control over patient health data, for the purposes of protecting patient privacy and enhancing opportunities for innovation.

"(P) To implement a single lifetime longitudinal personal health record between the Department of Defense and the Department of Veterans Affairs.

"(Q) To attain interoperability capabilities—

"(i) sufficient to enable the provision of seamless health care by health care facilities and providers of the Departments, as well as private sector facilities and providers contracted by the Departments; and

"(ii) that are more adaptable and far reaching than those achievable through biodirectional information exchange between electronic health records of the exchange of read-only data alone.

"(R) To make maximum use of open-application program interfaces and the Fast Healthcare Interoperability Resources standard (or successor standard).".

(d) IMPLEMENTATION MILESTONES.—Subsection (e) of such section is amended to read as follows:

"(e) IMPLEMENTATION MILESTONES.—

"(1) EVALUATION.—With respect to the electronic health record systems of the Department of Defense and the Department of Veterans Affairs, the Office shall seek to enter into an agreement with an independent entity to conduct an evaluation by not later than October 1, 2021 of the following:

"(A) Whether a clinician of the Department of Defense, can access, and meaningfully interact with, a complete patient health record of a veteran, from a military medical treatment facility.

"(B) Whether a clinician of the Department of Veterans Affairs can access, and meaningfully interact with, a complete patient health record of a member of the Armed Forces serving on active duty, from a medical center of the Department of Veterans Affairs.

"(C) Whether clinicians of the Departments can access, and meaningfully interact with, the data elements of the health record of a patient who is a veteran or is a member of the Armed Forces which are generated when the individual receives health care from a community care provider of the Department of Veterans Affairs or a TRICARE program provider of the Department of Defense.

"(D) Whether a community care provider of the Department of the Veterans Affairs and a TRICARE program provider of the Department of Defense on a Health Information Exchange-supported electronic health record can access patient health records of veterans and active-duty members of the Armed Forces from the system of the provider.

"(E) An assessment of interoperability between the legacy electronic health record systems and the future electronic health record systems of the Department of Veterans Affairs and the Department of Defense.

"(F) An assessment of the use of interoperable content between—

WASHSTATEC006359

"(i) the legacy electronic health record systems and the future electronic health record systems of the Department of Veterans Affairs and the Department of Defense; and

"(ii) third-party applications.

"(2) SYSTEM CONFIGURATION MANAGEMENT.—The Office shall—

"(A) maintain the common configuration baseline for the electronic health record systems of the Department of Defense and the Department of Veterans Affairs; and

"(B) continually evaluate the state of configuration and the impacts on interoperability; and

"(C) promote the enhancement of such electronic health records systems.

"(3) CONSULTATION.—

"(A) ANNUAL MEETING REQUIRED.—Not less than once per year, the Office shall convene a meeting of clinical staff from the Department of Defense, the Department of Veterans Affairs, the Coast Guard, community providers, and other leading clinical experts, for the purpose of assessing the state of clinical use of the

electronic health record systems and whether the systems are meeting clinical and patient needs.

"(B) RECOMMENDATIONS.—Clinical staff participating in a meeting under subparagraph (A) shall make recommendations to the Office on the need for any improvements or concerns with the electronic health record systems.

"(4) CLINICAL AND PATIENT SATISFACTION SURVEY.—Beginning October 1, 2021, and on at least a biannual basis thereafter until 2025 at the earliest, the Office shall undertake a clinician and patient satisfaction survey regarding clinical use and patient experience with the electronic health record systems of the Department of Defense and the Department of Veterans Affairs.".

(e) RESOURCES AND STAFFING.—Subsection (g) of such section is amended—

(1) in paragraph (1), by inserting before the period at the end the following: ", including the assignment of clinical or technical personnel of the Department of Defense or the Department of Veterans Affairs to the Office"; and

(2) by adding at the end the following new paragraphs:

WASHSTATEC006361

"(3) COST SHARING.—The Secretary of Defense and the Secretary of Veterans shall enter into an agreement on cost sharing and providing resources for the operations and staffing of the Office.

"(4) HIRING AUTHORITY.—The Secretary of Defense and the Secretary of Veterans Affairs shall delegate to the Director the authority under title 5, United States Code, regarding appointments in the competitive service to hire personnel of the Office.".

(f) REPORTS.—Subsection (h) of such section is amended to read as follows:

"(h) REPORTS.—

"(1) ANNUAL REPORTS.—Not later than September 30, 2020, and each year thereafter through 2024, the Director shall submit to the Secretary of Defense and the Secretary of Veterans Affairs, and to the appropriate committees of Congress, a report on the activities of the Office during the preceding calendar year. Each report shall include the following:

"(A) A detailed description of the activities of the Office during the year covered by such report, including a detailed description of the amounts expended and the purposes for which expended.

WASHSTATEC006362

"(B) With respect to the objectives of the strategy under paragraph (2)(C) of subsection (b), and the purposes of the Office under such subsection—

"(i) a discussion, description, and assessment of the progress made by the Department of Defense and the Department of Veterans Affairs during the preceding calendar year; and

"(ii) a discussion and description of the goals of the Department of Defense and the Department of Veterans Affairs for the following calendar year, including updates to strategies and plans.

"(C) A detailed financial summary of the activities of the Office, including the funds allocated to the Office by each Department, the expenditures made, and an assessment as to whether the current funding is sufficient to carry out the activities of the Office.

"(D) A detailed description of the status of each of the implementation milestones, including the nature of the evaluation, methodology for testing, and findings with respect to each milestone under subsection (e).

"(E) A detailed description of the state of the configuration baseline, including any activities which decremented or enhanced the state of configuration under subsection (e).

"(F) With respect to the annual meeting required under subsection (e)(3)—

"(i) a detailed description of activities, assessments, and recommendations relating to such meeting; and

"(ii) the response of the Office to any such recommendations.

"(2) AVAILABILITY.—Each report under this subsection shall be made publicly available.".

(g) DEFINITIONS.—Such section is further amended by adding at the end the following new subsection (k):

"(k) DEFINITIONS.—In this section:

"(1) The term 'appropriate congressional committees' means—

"(A) the congressional defense committees; and

"(B) the Committees on Veterans' Affairs of the House of Representatives and the Senate.

"(2) The term 'configuration baseline' means a fixed reference in the development cycle or an

agreed-upon specification of a product at a point in time that serves as a documented basis for defining incremental change in all aspects of an information technology product.

"(3) The term 'Electronic Health Record Modernization Program' has the meaning given that term in section 503 of the Veterans Benefits and Transition Act of 2018 (Public Law 115–407; 132 Stat. 5376).

"(4) The term 'interoperability' means the ability of different information systems, devices, or applications to connect, regardless of the technology platform or the location where care is provided—

"(A) in a coordinated and secure manner, within and across organizational boundaries, and across the complete spectrum of care, including all applicable care settings;

"(B) with relevant stakeholders, including the person whose information is being shared, to access, exchange, integrate, and use computable data regardless of the origin or destination of the data or the applications employed;

"(C) with the capability to reliably exchange information without error;

"(D) with the ability to interpret and to make effective use of such exchanged information;

"(E) with the ability for information that can be used to advance patient care to move between health care entities; and

"(F) without additional intervention by the end user.

"(5) The term 'meaningfully interact' means the ability to view, consume, act upon, and edit information in a clinical setting to facilitate high-quality clinical decision making.

"(6) The term 'seamless health care' means health care which is optimized through access by patients and clinicians to integrated, relevant, and complete information about the clinical experiences of the patient, social and environmental determinants of health, and health trends over time, in order to enable patients and clinicians to—

"(A) move efficiently within and across organizational boundaries;

"(B) make high-quality decisions; and

"(C) effectively carry out complete plans of care.

"(7) The term 'Secretary concerned' means—

"(A) the Secretary of Defense, with respect to matters concerning the Department of Defense;

"(B) the Secretary of Veterans Affairs, with respect to matters concerning the Department of Veterans Affairs; and

"(C) the Secretary of Homeland Security, with respect to matters concerning the Coast Guard when it is not operating as a service in the Department of the Navy.

"(8) The term 'TRICARE program' has the meaning given that term in section 1072 of title 10, United States Code.".

(h) INTEROPERABILITY STRATEGY.—

(1) REPORT REQUIRED.—Not later than 270 days after the date of the enactment of this Act, the Director shall submit to each Secretary concerned and to the appropriate congressional committees a report that contains a comprehensive interoperability strategy with respect to electronic health records jointly developed by the Secretary of Defense and Secretary of Veterans Affairs, including any accompanying or associated implementation plans and supporting plans.

WASHSTATEC006367

(2) ELEMENTS.—The comprehensive interoperability strategy under paragraph (1) shall discuss the purposes described in paragraphs (K) through (R) of section 1635(b)(2) of the Wounded Warrior Act (title XVI of Public Law 110–181; 10 U.S.C. 1071 note), as amended by subsection (c).

(3) DEFINITIONS.—In this subsection:

(A) The term "appropriate congressional committees" means—

(i) the Committees on Armed Services of the Senate and the House of Representatives; and

(ii) the Committees on Veterans' Affairs of the Senate and the House of Representatives.

(B) The term "Director" means the individual described in section 1635(c) of the Wounded Warrior Act (title XVI of Public Law 110–181; 10 U.S.C. 1071 note), as amended by subsection (a).

(C) The term "interoperability" has the meaning given that term in subsection (k) of such section, as added by subsection (g).

(i) CONFORMING REPEAL.—Section 713 of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113–66; 10 U.S.C. 1071 note) is repealed.

**SEC. 716. EXPANSION OF STRATEGY TO IMPROVE ACQUISITION OF MANAGED CARE SUPPORT CONTRACTS UNDER TRICARE PROGRAM.**

Section 705(c)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 1073a note) is amended, in the matter preceding subparagraph (A), by striking ", other than overseas medical support contracts".

**SEC. 717. INCLUSION OF BLAST EXPOSURE HISTORY IN MEDICAL RECORDS OF MEMBERS OF THE ARMED FORCES.**

(a) REQUIREMENT.—If a covered incident occurs with respect to a member of the Armed Forces, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall document blast exposure history in the medical record of the member to assist in determining whether a future illness or injury of the member is service-connected and inform future blast exposure risk mitigation efforts of the Department of Defense.

(b) ELEMENTS.—A blast exposure history under subsection (a) shall include, at a minimum, the following:

(1) The date of the exposure.

(2) The duration of the exposure, and, if known, the measured blast pressure experienced by the individual during such exposure.

(3) Whether the exposure occurred during combat or training.

(c) REPORT.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the types of information included in a blast exposure history under subsection (a).

(d) COVERED INCIDENT DEFINED.—In this section, the term "covered incident" means a concussive event or injury that requires a military acute concussive evaluation by a skilled health care provider.

**SEC. 718. COMPREHENSIVE POLICY FOR PROVISION OF MENTAL HEALTH CARE TO MEMBERS OF THE ARMED FORCES.**

(a) POLICY REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Under Secretary of Defense for Personnel and Readiness, shall develop and implement a comprehensive policy for the provision of mental health care to members of the Armed Forces.

WASHSTATEC006370

(b) ELEMENTS.—The policy under subsection (a) shall address each of the following:

(1) The compliance of health professionals in the military health system engaged in the provision of health care services to members with clinical practice guidelines for—

(A) suicide prevention;

(B) medication-assisted therapy for alcohol use disorders; and

(C) medication-assisted therapy for opioid use disorders.

(2) The access and availability of mental health care services to members who are victims of sexual assault or domestic violence.

(3) The availability of naloxone reversal capability on military installations.

(4) The promotion of referrals of members by civilian health care providers to military medical treatment facilities when such members are—

(A) at high risk for suicide and diagnosed with a psychiatric disorder; or

(B) receiving treatment for opioid use disorders.

(5) The provision of comprehensive behavioral health treatment to members of the reserve compo-

nents that takes into account the unique challenges associated with the deployment pattern of such members and the difficulty such members encounter post-deployment with respect to accessing such treatment in civilian communities.

(c) CONSIDERATION.—In developing the policy under subsection (a), the Secretary of Defense shall solicit and consider recommendations from the Secretaries of the military departments and the Chairman of the Joint Chiefs of Staff regarding the feasibility of implementation and execution of particular elements of the policy.

(d) REPORT.—Not later than 18 months after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the implementation of the policy under subsection (a).

**SEC. 719. LIMITATION ON THE REALIGNMENT OR REDUCTION OF MILITARY MEDICAL MANNING END STRENGTH.**

(a) LIMITATION.—Except as provided by subsection (d), the Secretary of Defense and the Secretaries concerned may not realign or reduce military medical end strength authorizations until—

(1) each review is conducted under paragraph (1) of subsection (b);

WASHSTATEC006372

(2) each analysis is conducted under paragraph (2) of such subsection;

(3) the measurement is developed under paragraph (3) of such subsection;

(4) each plan and forum is provided under paragraph (4) of such subsection; and

(5) a period of 90 days elapses following the date on which the Secretary submits the report under subsection (c).

(b) REVIEWS, ANALYSES, AND OTHER INFORMATION.—

(1) REVIEW.—Each Secretary concerned, in coordination with the Chairman of the Joint Chiefs of Staff, shall conduct a review of the medical manpower requirements of the military department of the Secretary that accounts for all national defense strategy scenarios.

(2) ANALYSES.—With respect to each military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction, the Secretary concerned shall conduct an analysis that—

(A) identifies affected billets; and

(B) includes a plan for mitigating any potential gap in health care services caused by such realignment or reduction.

(3) MEASUREMENT.—The Secretary of Defense shall—

(A) develop a standard measurement for network adequacy to determine the capacity of the local health care network to provide care for covered beneficiaries in the area of a military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction; and

(B) use such measurement in carrying out this section and otherwise evaluating proposed military medical end strength realignment or reductions.

(4) OUTREACH.—The Secretary of Defense shall provide to each member of the Armed Forces and covered beneficiary located in the area of a military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction the following:

(A) A transition plan for continuity of health care services.

(B) A public forum to discuss the concerns of the member and covered beneficiary regarding such proposed realignment or reduction.

(c) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on the proposed military medical end strength realignments or reductions, including—

(1) the reviews, analyses, and other information developed under subsection (b); and

(2) a description of the actions the Secretary plans to take with respect to such proposed realignments or reductions.

(d) EXCEPTION.—

(1) IN GENERAL.—The limitation in subsection (a) shall not apply—

(A) to administrative billets of a medical department of a military department that have remained unfilled since at least October 1, 2018;

(B) to billets identified as non-clinical in the budget of the President for fiscal year 2020 submitted to Congress pursuant to section 1105 of title 31, United States Code, except that the

WASHSTATEC006375

amount of such billets shall not exceed 1,700; and

(C) to medical headquarters billets of the military departments not assigned or directly supporting to operational commands.

(2) DETERMINATION PRIOR TO REALIGNMENT OR REDUCTION.—The Secretary concerned may realign or reduce a billet described in paragraph (1) if the Secretary determines that such realignment or reduction does not affect the provision of health care services to members of the Armed Forces or covered beneficiaries.

(e) DEFINITIONS.—In this section:

(1) The term "covered beneficiary" has the meaning given that term in section 1072 of title 10, United States Code.

(2) The term "proposed military medical end strength realignment or reduction" means a realignment or reduction of military medical end strength authorizations as proposed by the budget of the President for fiscal year 2020 submitted to Congress pursuant to section 1105 of title 31, United States Code.

(3) The term "Secretary concerned" means—

(A) the Secretary of the Army, with respect to matters concerning the Army;

(B) the Secretary of the Navy, with respect to matters concerning the Navy, the Marine Corps, and the Coast Guard when it is operating as a service in the Department of the Navy; and

(C) the Secretary of the Air Force, with respect to matters concerning the Air Force.

**SEC. 720. STRATEGY TO RECRUIT AND RETAIN MENTAL HEALTH PROVIDERS.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report that—

(1) describes the shortage of mental health providers of the Department of Defense;

(2) explains the reasons for such shortage;

(3) explains the effect of such shortage on members of the Armed Forces; and

(4) contains a strategy to better recruit and retain mental health providers, including with respect to psychiatrists, psychologists, mental health nurse practitioners, licensed social workers, and other licensed providers of the military health system, in a

manner that addresses the need for cultural competence and diversity among such mental health providers.

**SEC. 721. DEVELOPMENT OF PARTNERSHIPS TO IMPROVE COMBAT CASUALTY CARE FOR PERSONNEL OF THE ARMED FORCES.**

(a) PARTNERSHIPS.—

(1) IN GENERAL.—The Secretary of Defense, through the Joint Trauma Education and Training Directorate established under section 708 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 1071 note), may develop partnerships with civilian academic medical centers and large metropolitan teaching hospitals to improve combat casualty care for personnel of the Armed Forces.

(2) PARTNERSHIPS WITH LEVEL I TRAUMA CENTERS.—In carrying out partnerships under paragraph (1), trauma surgeons and physicians of the Department of Defense may partner with level I civilian trauma centers to provide training and readiness for the next generation of medical providers to treat critically injured burn patients.

(b) SUPPORT OF PARTNERSHIPS.—The Secretary of Defense may make every effort to support partnerships

under the Joint Trauma Education and Training Directorate with academic institutions that have level I civilian trauma centers, specifically those centers with a burn center, that offer burn rotations and clinical experience to provide training and readiness for the next generation of medical providers to treat critically injured burn patients.

(c) LEVEL I CIVILIAN TRAUMA CENTER DEFINED.—In this section, the term "level I civilian trauma center" has the meaning given that term in section 708 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 1071 note).

**SEC. 722. MODIFICATION TO REFERRALS FOR MENTAL HEALTH SERVICES.**

If the Secretary of Defense is unable to provide mental health services in a military medical treatment facility to a member of the Armed Forces within 15 days of the date on which such services are first requested by the member, the Secretary may refer the member to a provider under the TRICARE program (as that term is defined in section 1072 of title 10, United States Code) to receive such services.

WASHSTATEC006379

# Subtitle C—Reports and Other Matters

**SEC. 731. AUTHORIZATION OF CLAIMS BY MEMBERS OF THE UNIFORMED SERVICES AGAINST THE UNITED STATES FOR PERSONAL INJURY OR DEATH CAUSED BY MEDICAL MALPRACTICE.**

(a) MEDICAL MALPRACTICE CLAIMS.—

(1) IN GENERAL.—Chapter 163 of title 10, United States Code, is amended by inserting after section 2733 the following new section:

**"§ 2733a. Medical malpractice claims by members of the uniformed services**

"(a) IN GENERAL.—Consistent with this section and under such regulations as the Secretary of Defense shall prescribe under subsection (f), the Secretary may allow, settle, and pay a claim against the United States for personal injury or death incident to the service of a member of the uniformed services that was caused by the medical malpractice of a Department of Defense health care provider.

"(b) REQUIREMENT FOR CLAIMS.—A claim may be allowed, settled, and paid under subsection (a) only if—

"(1) the claim is filed by the member of the uniformed services who is the subject of the medical malpractice claimed, or by an authorized representa-

WASHSTATEC006380

tive on behalf of such member who is deceased or otherwise unable to file the claim due to incapacitation;

"(2) the claim is for personal injury or death caused by the negligent or wrongful act or omission of a Department of Defense health care provider in the performance of medical, dental, or related health care functions while such provider was acting within the scope of employment;

"(3) the act or omission constituting medical malpractice occurred in a covered military medical treatment facility;

"(4) the claim is presented to the Department in writing within two years after the claim accrues;

"(5) the claim is not allowed to be settled and paid under any other provision of law; and

"(6) the claim is substantiated as prescribed in regulations prescribed by the Secretary of Defense under subsection (f).

"(c) LIABILITY.—(1) The Department of Defense is liable for only the portion of compensable injury, loss, or damages attributable to the medical malpractice of a Department of Defense health care provider.

"(2) The Department of Defense shall not be liable for the attorney fees of a claimant under this section.

"(d) PAYMENT OF CLAIMS.—(1) If the Secretary of Defense determines, pursuant to regulations prescribed by the Secretary under subsection (f), that a claim under this section in excess of $100,000 is meritorious, and the claim is otherwise payable under this section, the Secretary may pay the claimant $100,000 and report any meritorious amount in excess of $100,000 to the Secretary of the Treasury for payment under section 1304 of title 31.

"(2) Except as provided in paragraph (1), no claim may be paid under this section unless the amount tendered is accepted by the claimant in full satisfaction.

"(e) REPORTING MEDICAL MALPRACTICE.—Not later than 30 days after a determination of medical malpractice or the payment of all or part of a claim under this section, the Secretary of Defense shall submit to the Director of the Defense Health Agency a report documenting such determination or payment to be used by the Director for all necessary and appropriate purposes, including medical quality assurance.

"(f) REGULATIONS.—(1) The Secretary of Defense shall prescribe regulations to implement this section.

"(2) Regulations prescribed by the Secretary under paragraph (1) shall include the following:

"(A) Policies and procedures to ensure the timely, efficient, and effective processing and administration of claims under this section, including—

"(i) the filing, receipt, investigation, and evaluation of a claim;

"(ii) the negotiation, settlement, and payment of a claim;

"(iii) such other matters relating to the processing and administration of a claim, including an administrative appeals process, as the Secretary considers appropriate.

"(B) Uniform standards consistent with generally accepted standards used in a majority of States in adjudicating claims under chapter 171 of title 28 (commonly known as the 'Federal Tort Claims Act') to be applied to the evaluation, settlement, and payment of claims under this section without regard to the place of occurrence of the medical malpractice giving rise to the claim or the military department or service of the member of the uniformed services, and without regard to foreign law in the case of claims arising in foreign countries, including uniform standards to be applied to determinations with respect to—

"(i) whether an act or omission by a Department of Defense health care provider in the context of performing medical, dental, or related health care functions was negligent or wrongful, considering the specific facts and circumstances;

"(ii) whether the personal injury or death of the member was caused by a negligent or wrongful act or omission of a Department of Defense health care provider in the context of performing medical, dental, or related health care functions, considering the specific facts and circumstances;

"(iii) requirements relating to proof of duty, breach of duty, and causation resulting in compensable injury or loss, subject to such exclusions as may be established by the Secretary of Defense; and

"(iv) calculation of damages.

"(C) Such other matters as the Secretary considers appropriate.

"(3) In order to implement expeditiously the provisions of this section, the Secretary may prescribe the regulations under this subsection—

"(A) by prescribing an interim final rule; and

"(B) not later than one year after prescribing such interim final rule and considering public comments with respect to such interim final rule, by prescribing a final rule.

"(g) LIMITATION ON ATTORNEY FEES.—(1) No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 20 percent of any claim paid pursuant to this section.

"(2) Any attorney who charges, demands, receives, or collects for services rendered in connection with a claim under this section any amount in excess of the amount allowed under paragraph (1), if recovery be had, shall be fined not more than $2,000, imprisoned not more than one year, or both.

"(h) ANNUAL REPORT.—Not less frequently than annually until 2025, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report—

"(1) indicating the number of claims processed under this section;

"(2) indicating the resolution of each such claim; and

"(3) describing any other information that may enhance the effectiveness of the claims process under this section.

"(i) DEFINITIONS.—In this section:

"(1) COVERED MILITARY MEDICAL TREATMENT FACILITY.—The term 'covered military medical treatment facility' means a facility described in subsection (b), (c), or (d) of section 1073d of this title.

"(2) DEPARTMENT OF DEFENSE HEALTH CARE PROVIDER.—The term 'Department of Defense health care provider' means a member of the uniformed services, civilian employee of the Department of Defense, or personal services contractor of the Department (under section 1091 of this title) authorized by the Department to provide health care services and acting within the scope of employment of such individual.

"(3) MEMBER OF THE UNIFORMED SERVICES.—The term 'member of the uniformed services' includes a member of a reserve component of the armed forces if the claim by the member under this section is in connection with personal injury or death that occurred while the member was in Federal status.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 163 of such title is amended by inserting after the item relating to section 2733 the following new item:

"2733a. Medical malpractice claims by members of the uniformed services.".

WASHSTATEC006386

(b) INTERIM BRIEFING ON DEVELOPMENT OF REGULATIONS.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the development of regulations under section 2733a(f) of title 10, United States Code, as added by subsection (a)(1).

(c) CONFORMING AMENDMENTS.—

(1) Section 2735 of such title is amended by striking "2733," and inserting "2733, 2733a,".

(2) Section 1304(a)(3)(D) of title 31, United States Code, is amended by striking "2733," and inserting "2733, 2733a,".

(d) EFFECTIVE DATE AND TRANSITION PROVISION.—

(1) EFFECTIVE DATE.—The amendments made by this section shall apply to any claim filed under section 2733a of such title, as added by subsection (a)(1), on or after January 1, 2020.

(2) TRANSITION.—Any claim filed in calendar year 2020 shall be deemed to be filed within the time period specified in section 2733a(b)(4) of such title, as so added, if it is filed within three years after it accrues.

WASHSTATEC006387

**SEC. 732. EXTENSION AND CLARIFICATION OF AUTHORITY FOR JOINT DEPARTMENT OF DEFENSE-DEPARTMENT OF VETERANS AFFAIRS MEDICAL FACILITY DEMONSTRATION FUND.**

Title XVII of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2567) is amended—

(1) in section 1701—

(A) in subsection (a), by striking "Subject to subsection (b), the" and inserting "The";

(B) by striking subsection (b); and

(C) by redesignating subsections (c) through (f) as subsections (b) through (e), respectively;

(2) in section 1702(a)(1), by striking "hereafter in this title" and inserting "in this section";

(3) in section 1703, in subsections (a) and (c), by striking "the facility" and inserting "the James A. Lovell Federal Health Care Center";

(4) in section 1704—

(A) in subsections (a)(3), (a)(4)(A), and (b)(1), by striking "the facility" and inserting "the James A. Lovell Federal Health Care Center"; and

(B) in subsection (e), as most recently amended by section 731 of the John S. McCain

WASHSTATEC006388

National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), by striking "September 30, 2020" and inserting "September 30, 2021";

(5) in section 1705—

(A) in subsection (a), by striking "the facility" and inserting "the James A. Lovell Federal Health Care Center (in this section referred to as the 'JALFHCC')";

(B) in subsection (b), in the matter preceding paragraph (1), by striking "the facility" and inserting "the JALFHCC"; and

(C) in subsection (c)—

(i) by striking "the facility" each place it appears and inserting "the JALFHCC"; and

(ii) by adding at the end the following new paragraph:

"(4) To permit the JALFHCC to enter into personal services contracts to carry out health care responsibilities in the JALFHCC to the same extent and subject to the same conditions and limitations as apply under section 1091 of title 10, United States Code, to the Secretary of Defense with re-

spect to health care responsibilities in medical treatment facilities of the Department of Defense.''.

**SEC. 733. APPOINTMENT OF NON-EX OFFICIO MEMBERS OF THE HENRY M. JACKSON FOUNDATION FOR THE ADVANCEMENT OF MILITARY MEDICINE.**

(a) APPOINTMENT BY NON-EX OFFICIO MEMBERS.—Subparagraph (C) of paragraph (1) of section 178(c) of title 10, United States Code, is amended to read as follows:

''(C) six members, each of whom shall be appointed at the expiration of the term of a member appointed under this subparagraph, as provided for in paragraph (2), by the members currently serving on the Council pursuant to this subparagraph and paragraph (2), including the member whose expiring term is so being filled by such appointment.''.

(b) REPEAL OF OBSOLETE AUTHORITY ESTABLISHING STAGGERED TERMS.—Paragraph (2) of such section is amended—

(1) by striking ''except that—'' and all that follows through ''any person'' and inserting ''except that any person'';

(2) by striking ''; and'' and inserting a period; and

(3) by striking subparagraph (B).

WASHSTATEC006390

(c) EFFECTIVE DATE.—

(1) IN GENERAL.—The amendments made by this section shall take effect on the date of the enactment of this Act.

(2) CONSTRUCTION FOR CURRENT MEMBERS.—Nothing in the amendments made by this section shall be construed to terminate or otherwise alter the appointment or term of service of members of the Henry M. Jackson Foundation for the Advancement of Military Medicine who are so serving on the date of the enactment of this Act pursuant to an appointment under paragraph (1)(C) or (2) of section 178(c) of title 10, United States Code, made before that date.

**SEC. 734. ESTABLISHMENT OF ACADEMIC HEALTH SYSTEM IN NATIONAL CAPITAL REGION.**

(a) IN GENERAL.—Chapter 104 of title 10, United States Code, is amended by inserting after section 2113a the following new section:

**"§ 2113b. Academic Health System**

"(a) IN GENERAL.—The Secretary of Defense may establish an Academic Health System to integrate the health care, health professions education, and health research activities of the military health system, including under this chapter, in the National Capital Region.

"(b) LEADERSHIP.—(1) The Secretary may appoint employees of the Department of Defense to leadership positions in the Academic Health System established under subsection (a).

"(2) Such positions may include responsibilities for management of the health care, health professions education, and health research activities described in subsection (a) and are in addition to similar leadership positions for members of the armed forces.

"(c) NATIONAL CAPITAL REGION DEFINED.—In this section, the term 'National Capital Region' means the area, or portion thereof, as determined by the Secretary, in the vicinity of the District of Columbia.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 104 of such title is amended by inserting after the item relating to section 2113a the following new item:

"2113b. Academic Health System.".

**SEC. 735. PROVISION OF VETERINARY SERVICES BY VETERINARY PROFESSIONALS OF THE DEPARTMENT OF DEFENSE IN EMERGENCIES.**

(a) IN GENERAL.—Chapter 53 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 1060c. Provision of veterinary services in emergencies**

"(a) IN GENERAL.—A veterinary professional described in subsection (b) may provide veterinary services for the purposes described in subsection (c) in any State, the District of Columbia, or a territory or possession of the United States, without regard to where such veterinary professional or the patient animal are located, if the provision of such services is within the scope of the authorized duties of such veterinary professional for the Department of Defense.

"(b) VETERINARY PROFESSIONAL DESCRIBED.—A veterinary professional described in this subsection is an individual who is—

"(1)(A) a member of the armed forces, a civilian employee of the Department of Defense, or otherwise credentialed and privileged at a Federal veterinary institution or location designated by the Secretary of Defense for purposes of this section; or

"(B) a member of the National Guard performing training or duty under section 502(f) of title 32;

"(2) certified as a veterinary professional by a certification recognized by the Secretary of Defense; and

"(3) currently licensed by a State, the District of Columbia, or a territory or possession of the United States to provide veterinary services.

"(c) PURPOSES DESCRIBED.—The purposes described in this subsection are veterinary services in response to any of the following:

"(1) A national emergency declared by the President pursuant to the National Emergencies Act (50 U.S.C. 1601 et seq.).

"(2) A major disaster or an emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)).

"(3) A public health emergency declared by the Secretary of Health and Human Services under section 319 of the Public Health Service Act (42 U.S.C. 247d).

"(4) An extraordinary emergency, as determined by the Secretary of Agriculture under section 10407(b) of the Animal Health Protection Act (7 U.S.C. 8306(b)).".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 53 of such title is amended by inserting after the item relating to section 1060b the following new item:

"1060c. Provision of veterinary services in emergencies.".

WASHSTATEC006394

**SEC. 736. THREE-YEAR EXTENSION OF AUTHORITY TO CONTINUE THE DOD-VA HEALTH CARE SHARING INCENTIVE FUND.**

Section 8111(d)(3) of title 38, United States Code, is amended by striking "September 30, 2020" and inserting, "September 30, 2023".

**SEC. 737. PRESERVATION OF RESOURCES OF THE ARMY MEDICAL RESEARCH AND MATERIEL COMMAND AND CONTINUATION AS CENTER OF EXCELLENCE.**

(a) IN GENERAL.—The Secretary of Defense shall preserve the resources of the Army Medical Research and Materiel Command for use by such command, which shall include manpower and funding, at not less than the level of such resources as of the date of the enactment of this Act until September 30, 2022.

(b) TRANSFER OF FUNDS.—On October 1, 2022, all amounts available for the Army Medical Research and Materiel Command shall be transferred from accounts for research, development, test, and evaluation for the Army to accounts for the Defense Health Program.

(c) CONTINUATION AS CENTER OF EXCELLENCE.—After September 30, 2022, the Army Medical Research and Materiel Command and Fort Detrick shall continue to serve as a Center of Excellence for Joint Biomedical

Research, Development and Acquisition Management for efforts undertaken under the Defense Health Program.

**SEC. 738. ENCOURAGEMENT OF PARTICIPATION IN WOMEN'S HEALTH TRANSITION TRAINING PILOT PROGRAM.**

(a) ENCOURAGEMENT OF PARTICIPATION.—The Secretaries of the military departments shall encourage female members of the Armed Forces who are separating or retiring from the Armed Forces during fiscal year 2020 to participate in the Women's Health Transition Training pilot program (in this section referred to as the "pilot program") administered by the Secretary of Veterans Affairs.

(b) SELECTION.—Each Secretary of a military department shall select at least one location at which the pilot program is offered and encourage participation in the pilot program at such location.

(c) REPORT.—Not later than September 30, 2020, the Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall submit to the Committees on Armed Services of the Senate and the House of Representatives and the Committees on Veterans' Affairs of the Senate and House of Representatives a report on the pilot program that includes the following:

(1) For the period since the commencement of the pilot program—

(A) the number of courses held under the pilot program;

(B) the locations at which such courses were held; and

(C) for each location identified in subparagraph (B)—

(i) the number of female members by military department (with respect to Department of the Navy, separately for the Navy and Marine Corps) who participated in the pilot program; and

(ii) the number of seats available under the pilot program.

(2) Data relating to—

(A) satisfaction with courses held under the pilot program;

(B) improved awareness of health care services administered by the Secretary of Veterans Affairs; and

(C) any other available statistics regarding the pilot program.

(3) A discussion of regulatory, legal, or resource barriers to—

(A) making the pilot program permanent to enable access by a greater number of female

members at locations throughout the United States;

(B) offering the pilot program online for female members who are unable to attend courses held under the pilot program in person; and

(C) providing for automatic enrollment of participants in the pilot program in the patient enrollment system of the Department of Veterans Affairs established and operated under section 1705 of title 38, United States Code.

**SEC. 739. NATIONAL GUARD SUICIDE PREVENTION PILOT PROGRAM.**

(a) PILOT PROGRAM AUTHORIZED.—The Chief of the National Guard Bureau may carry out a pilot program to expand suicide prevention and intervention efforts at the community level through the use of a mobile application that provides the capability for a member of the National Guard to receive prompt support, including access to a behavioral health professional, on a smartphone, tablet computer, or other handheld mobile device.

(b) ELEMENTS.—The pilot program shall include, subject to such conditions as the Secretary may prescribe—

WASHSTATEC006398

(1) the use by members of the National Guard of an existing mobile application that provides the capability described in subsection (a); or

(2) the development and use of a new mobile application that provides such capability.

(c) ELIGIBILITY AND PARTICIPATION REQUIREMENTS.—The Chief of the National Guard Bureau shall establish requirements with respect to eligibility and participation in the pilot program.

(d) ASSESSMENT PRIOR TO PILOT PROGRAM COMMENCEMENT.—Prior to commencement of the pilot program, the Chief of the National Guard Bureau shall—

(1) conduct an assessment of existing prevention and intervention efforts of the National Guard in each State that include the use of mobile applications that provide the capability described in subsection (a) to determine best practices for providing immediate and localized care through the use of such mobile applications; and

(2) determine the feasibility of expanding existing programs on a national scale.

(e) RESPONSIBILITIES OF ENTITIES PARTICIPATING IN PILOT PROGRAM.—Each entity that participates in the pilot program shall—

WASHSTATEC006399

(1) share best practices with other entities participating in the program; and

(2) annually assess outcomes with respect to members of the National Guard.

(f) TERM.—The pilot program shall terminate on the date that is three years after the date on which the pilot program commenced.

(g) REPORTS.—

(1) INITIAL REPORT.—If the Chief of the National Guard Bureau commences the pilot program authorized under subsection (a), not later than 180 days after the date of the commencement of such program, the Chief shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing a description of the pilot program and such other matters as the Chief considers appropriate.

(2) FINAL REPORT.—

(A) IN GENERAL.—Not later than 180 days after the termination of the pilot program, the Chief of the National Guard Bureau shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on such pilot program.

(B) MATTERS INCLUDED.—The report under subparagraph (A) shall include the following:

(i) A description of the pilot program, including any partnerships entered into by the Chief of the National Guard Bureau under the program.

(ii) An assessment of the effectiveness of the pilot program.

(iii) A description of costs associated with the implementation of the pilot program.

(iv) The estimated costs of making the pilot program permanent.

(v) A recommendation as to whether the pilot program should be extended or made permanent.

(vi) Such other recommendations for legislative or administrative action as the Chief of the National Guard Bureau considers appropriate.

(h) STATE DEFINED.—In this section, the term "State" means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, American

Samoa, Guam, the United States Virgin Islands, and the Commonwealth of the Northern Mariana Islands.

**SEC. 740. PILOT PROGRAM ON CIVILIAN AND MILITARY PARTNERSHIPS TO ENHANCE INTEROPERABILITY AND MEDICAL SURGE CAPABILITY AND CAPACITY OF NATIONAL DISASTER MEDICAL SYSTEM.**

(a) IN GENERAL.—The Secretary of Defense may carry out a pilot program to establish partnerships with public, private, and nonprofit health care organizations, institutions, and entities in collaboration with the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of Homeland Security, and the Secretary of Transportation to enhance the interoperability and medical surge capability and capacity of the National Disaster Medical System under section 2812 of the Public Health Service Act (42 U.S.C. 300hh–11) in the vicinity of major aeromedical and other transport hubs and logistics centers of the Department of Defense.

(b) DURATION.—The Secretary of Defense may carry out the pilot program under subsection (a) for a period of not more than five years.

(c) LOCATIONS.—The Secretary shall carry out the pilot program under subsection (a) at not fewer than five

WASHSTATEC006402

aeromedical or other transport hub regions or logistics centers in the United States.

(d) REQUIREMENTS.—In establishing partnerships under the pilot program under subsection (a), the Secretary, in collaboration with the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of Homeland Security, and the Secretary of Transportation, shall establish requirements under such partnerships for staffing, specialized training, medical logistics, telemedicine, patient regulating, movement, situational status reporting, tracking, and surveillance.

(e) EVALUATION METRICS.—The Secretary of Defense shall establish metrics to evaluate the effectiveness of the pilot program under subsection (a).

(f) REPORTS.—

(1) INITIAL REPORT.—

(A) IN GENERAL.—Not later than 180 days after the commencement of the pilot program under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot program.

(B) ELEMENTS.—The report required by subparagraph (A) shall include the following:

(i) A description of the pilot program.

(ii) The requirements established under subsection (d).

(iii) The evaluation metrics established under subsection (e).

(iv) Such other matters relating to the pilot program as the Secretary considers appropriate.

(2) FINAL REPORT.—

(A) IN GENERAL.—Not later than 180 days after completion of the pilot program under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot program.

(B) ELEMENTS.—The report required by subparagraph (A) shall include the following:

(i) A description of the pilot program, including the partnerships established under the pilot program as described in subsection (a).

(ii) An assessment of the effectiveness of the pilot program.

(iii) An assessment of the cost of the pilot program and an estimate of the cost of making the pilot program a permanent

part of the budget of the Department of Defense.

(iv) Such recommendations for legislative or administrative action as the Secretary considers appropriate in light of the pilot program, including recommendations for extending or making permanent the authority for the pilot program.

**SEC. 741. REPORTS ON SUICIDE AMONG MEMBERS OF THE ARMED FORCES AND SUICIDE PREVENTION PROGRAMS AND ACTIVITIES OF THE DEPARTMENT OF DEFENSE.**

(a) DEPARTMENT OF DEFENSE REPORTS ON SUICIDE AMONG MEMBERS OF THE ARMED FORCES.—

(1) REPORTS REQUIRED.—Not later than 90 days after the date of the enactment of this Act, and annually thereafter through January 31, 2021, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on suicide among members of the Armed Forces during the year preceding the date of the report.

(2) MATTERS INCLUDED.—Each report under paragraph (1) shall include the following with respect to the year covered by the report:

(A) The number of suicides, attempted suicides, and known cases of suicidal ideation involving a member of the Armed Forces, including the reserve components thereof, listed by Armed Force.

(B) The number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (A) that occurred during each of the following periods:

(i) The first 180 days of the member serving in the Armed Forces.

(ii) The period in which the member is deployed in support of a contingency operation.

(C) With respect to the number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (B)(i), the initial recruit training location of the member.

(D) The number of suicides involving a dependent of a member.

(E) A description of any research collaborations and data sharing by the Department of Defense with the Department of Veterans Affairs, other departments or agencies of the Fed-

WASHSTATEC006406

eral Government, academic institutions, or non-governmental organizations.

(F) Identification of a research agenda for the Department of Defense to improve the evidence base on effective suicide prevention treatment and risk communication.

(G) The availability and usage of the assistance of chaplains, houses of worship, and other spiritual resources for members of the Armed Forces who identify as religiously affiliated and have attempted suicide, have experienced suicidal ideation, or are at risk of suicide, and metrics on the impact these resources have in assisting religiously-affiliated members who have access to and utilize them compared to religiously-affiliated members who do not.

(H) A description of the effectiveness of the policies developed pursuant to section 567 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 10 U.S.C. 1071 note) and section 582 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 10 U.S.C. 1071 note), including with respect to—

(i) metrics identifying effective treatment modalities for members of the Armed Forces who are at risk for suicide (including any clinical interventions involving early identification and treatment of such members);

(ii) metrics for the rate of integration of mental health screenings and suicide risk and prevention for members during the delivery of primary care for such members;

(iii) metrics relating to the effectiveness of suicide prevention and resilience programs and preventative behavioral health programs of the Department of Defense (including those of the military departments and the Armed Forces); and

(iv) metrics evaluating the training standards for behavioral health care providers to ensure that such providers have received training on clinical best practices and evidence-based treatments.

(b) GAO REPORT ON SUICIDE PREVENTION PROGRAMS AND ACTIVITIES.—

WASHSTATEC006408

(1) REPORT REQUIRED.—Not later than 240 days after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the programs and activities of the Department of Defense and the Armed Forces for the prevention of suicide among members of the Armed Forces (including the reserve components) and their families.

(2) ELEMENTS.—The report under paragraph (1) shall include the following:

(A) A description of the current programs and activities of the Department of Defense and the Armed Forces for the prevention of suicide among members of the Armed Forces and their families.

(B) An assessment whether the programs and activities described pursuant to subparagraph (A)—

(i) are evidence-based and incorporate best practices identified in peer-reviewed medical literature;

(ii) are appropriately resourced; and

(iii) deliver outcomes that are appropriate relative to peer activities and pro-

grams (including those undertaken in the civilian community and in military forces of other countries).

(C) A description and assessment of any impediments to the effectiveness of such programs and activities.

(D) Such recommendations as the Comptroller General considers appropriate for improvements to such programs and activities.

(E) Such recommendations as the Comptroller General considers appropriate for additional programs and activities for the prevention of suicide among members of the Armed Forces and their families.

**SEC. 742. MODIFICATION OF REQUIREMENTS FOR LONGITUDINAL MEDICAL STUDY ON BLAST PRESSURE EXPOSURE OF MEMBERS OF THE ARMED FORCES AND COLLECTION OF EXPOSURE INFORMATION.**

(a) MODIFICATION OF STUDY.—Section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1444) is amended—

(1) in subsection (b)—

(A) in paragraph (2), by striking "; and" and inserting a semicolon;

(B) in paragraph (3), by striking the period at the end and inserting "; and"; and

(C) by adding at the end the following new paragraph:

"(4) assess the feasibility and advisability of—

"(A) uploading the data gathered from the study into the Defense Occupational and Environmental Health Readiness System – Industrial Hygiene (DOEHRS-IH) or similar system;

"(B) allowing personnel of the Department of Defense and the Department of Veterans Affairs to have access to such system; and

"(C) ensuring such data is interoperable and can be uploaded into the MHS Genesis electronic health record or successor system of the Department of Defense."; and

(2) in subsection (c)—

(A) by redesignating paragraph (2) as paragraph (3); and

(B) by inserting after paragraph (1) the following new paragraph (2):

"(2) ANNUAL STATUS REPORT.—Not later than January 1 of each year during the period beginning on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 and

WASHSTATEC006411

ending on the completion of the study under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a status report on the study.''.

(b) COLLECTION OF EXPOSURE INFORMATION.—The Secretary of Defense shall collect blast exposure information with respect to a member of the Armed Forces in a manner—

(1) consistent with blast exposure measurement training guidance of the Department of Defense, including any guidance developed pursuant to—

(A) the longitudinal medical study on blast pressure exposure required by section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1444); and

(B) the review of guidance on blast exposure during training required by section 253 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2001 note prec.);

(2) compatible with training and operational objectives of the Department; and

WASHSTATEC006412

(3) that is automated, to the extent practicable, to minimize the reporting burden of unit commanders.

**SEC. 743. STUDY AND PLAN ON THE USE OF MILITARY-CIVILIAN INTEGRATED HEALTH DELIVERY SYSTEMS.**

(a) STUDY.—The Secretary of Defense shall conduct a study on the use of local military-civilian integrated health delivery systems pursuant to section 706 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 1096 note). The study shall examine the following:

(1) Geographic locations where military medical treatment facilities have existing contractual relationships with local civilian health care networks, including Fort Drum, New York, Joint Base McGuire-Dix-Lakehurst, New Jersey, Joint Base Lewis-McCord, Washington, Fort Leonard Wood, Missouri, Elmendorf Air Force Base, Alaska, Fort Sill, Oklahoma, Tripler Army Medical Center, Hawaii, the National Capital Region, and similar locations.

(2) Health care activities that promote value-based care, measurable health outcomes, patient safety, timeliness of referrals, and transparent communication with covered beneficiaries.

(3) Locations where health care providers of the Department of Defense may be able to attain critical wartime readiness skills in a local integrated military-civilian integrated health delivery system.

(4) The cost of providing care under an integrated military-civilian integrated health delivery system as compared to health care provided by a managed care support contractor.

(b) PLAN.—The Secretary of Defense shall develop a plan for the further development of the use of local military-civilian integrated health delivery systems by the Department of Defense.

(c) SUBMISSION.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate—

(1) a report on the results of the study under subsection (a); and

(2) the plan developed under subsection (b).

(d) DEFINITIONS.—In this section:

(1) The term "covered beneficiaries" has the meaning given that term in section 1072 of title 10, United States Code.

WASHSTATEC006414

(2) The term "National Capital Region" has the meaning given that term in section 2674 of title 10, United States Code.

**SEC. 744. STUDY ON CASE MANAGEMENT IN THE MILITARY HEALTH SYSTEM.**

(a) STUDY.—The Secretary of Defense shall conduct a study on the effectiveness of case management practices in the military health system. The study shall include the following:

(1) A standardized definition of case management.

(2) An evaluation of case management practices provided by the military departments before and during the transition of the administration of military medical treatment facilities to the Defense Health Agency pursuant to section 1073c of title 10, United States Code.

(3) A discussion of the metrics used in determining the effectiveness and cost of case management.

(4) An evaluation of the case management and outreach provided by the managed care support contractors supporting the Defense Health Agency, including with respect to—

WASHSTATEC006415

(A) the intervals at which patients are contacted;

(B) the role of the case manager in coordination;

(C) the approximate number of patients managed by a case manager; and

(D) any other best practices relating to case management that would improve the experience of care across the military health system.

(5) A review of case management best practices in the private sector, including with respect to—

(A) the intervals at which patients should be contacted;

(B) the role of the case manager in coordination;

(C) the approximate number of patients managed by a case manager; and

(D) any other best practices relating to case management that would improve the experience of care across the military health system.

(6) The results of discussions with covered beneficiaries (as defined in section 1072 of title 10, United States Code) at not less than four public forums held in different geographic areas, relating to the satisfaction of such covered beneficiaries with

case management and outreach provided by the Defense Health Agency and the military departments in military medical treatment facilities.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on the results of the study under subsection (a).

**SEC. 745. REPORT ON GLOBAL HEALTH SECURITY STRATEGY AND THE NATIONAL BIODEFENSE SECURITY.**

(a) REPORT.—Not later than 180 days after the date on which the Comptroller General of the United States publishes a review of the National Biodefense Strategy, the Secretary of Defense shall submit to the appropriate congressional committees a report on the implementation of the Global Health Security Strategy and the National Biodefense Strategy.

(b) ELEMENTS.—The report under subsection (a) shall, at a minimum—

(1) designate the individual and offices responsible for overseeing the implementation of each strategy referred to in subsection (a) within the Department of Defense;

WASHSTATEC006417

(2) detail actions that the Department is taking to support implementation of the Global Health Security Agenda;

(3) detail actions taken to coordinate the efforts of the Department with the other agencies responsible for the Global Health Security Strategy and National Biodefense Strategy; and

(4) with respect to the review of the National Biodefense Strategy conducted by the Comptroller General—

(A) detail the recommendations in the review that the Secretary plans on or is currently implementing;

(B) specify the official implementing such recommendations and the actions the official is taking to implement the recommendations;

(C) specify the recommendations in the review that the Secretary has determined not to implement; and

(D) explain the rationale of the Secretary with respect to not implementing such recommendations.

(c) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees;

(2) the Committee on Foreign Affairs, the Committee on Energy and Commerce, and the Committee on Homeland Security of the House of Representatives; and

(3) the Committee on Foreign Relations, the Committee on Health, Education, Labor, and Pensions, and the Committee on Homeland Security and Governmental Affairs of the Senate.

**SEC. 746. STUDY ON ESTABLISHMENT OF WOUNDED WARRIOR SERVICE DOG PROGRAM.**

(a) STUDY.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall conduct a study on the feasibility of establishing a wounded warrior service dog program.

(b) ELEMENTS.—The study under subsection (a) shall include the following:

(1) An assessment of the need and feasibility of establishing a wounded warrior service dog program.

(2) With respect to a nonprofit organization seeking a grant under a wounded warrior service dog program, an assessment of the feasibility of requiring that the organization—

(A) specify the training requirements for covered members;

WASHSTATEC006419

(B) detail the training of dogs that will serve as assistance dogs;

(C) establish a database—

(i) to track whether a dog has prior experience as a military working dog, service dog, or assistance dog; and

(ii) that contains a designation for each dog with prior experience as a military working dog;

(D) describe the aftercare services that the organization will provide to assistance dogs and covered members; and

(E) possess the appropriate accreditation standards for assistance dogs, as the Secretary determines appropriate.

(3) A list of locations at which the greatest number of covered members are likely to participate in a wounded warrior service dog program.

(4) An estimate of the costs required to create a wounded warrior service dog program.

(5) A list of peer reviewed articles and other appropriate studies that examine the clinical effectiveness of assistance dogs with respect to the treatment of patients with disabilities.

(c) DEFINITIONS.—In this section:

(1) ASSISTANCE DOG.—

(A) IN GENERAL.—The term "assistance dog" means a dog specifically trained to perform physical tasks to mitigate the effects of a disability described in subparagraph (B), except that the term does not include a dog specifically trained for comfort or personal defense.

(B) DISABILITY DESCRIBED.—A disability described in this subparagraph is any of the following:

(i) Blindness or visual impairment.

(ii) Loss of limb, paralysis, or other significant mobility issues.

(iii) Loss of hearing.

(iv) Traumatic brain injury.

(v) Post-traumatic stress disorder.

(vi) Any other disability that the Secretary of Defense considers appropriate.

(2) COVERED MEMBER.—The term "covered member" means a member of the Armed Forces who is—

(A) receiving medical treatment, recuperation, or therapy under chapter 55 of title 10, United States Code;

(B) in medical hold or medical holdover status; or

(C) covered under section 1202 or 1205 of title 10, United States Code.

(3) WOUNDED WARRIOR SERVICE DOG PROGRAM.—The term "wounded warrior service dog program" means a pilot program under which the Secretary of Defense awards competitive grants to non-profit organizations that would assist such organizations in the planning, designing, establishing, or operating (or any combination thereof) of programs to provide assistance dogs to covered members.

**SEC. 747. GAO REPORT ON DEPARTMENT OF DEFENSE QUALITY ASSURANCE PROGRAM AND IMPACTS OF MEDICAL MALPRACTICE ACTIONS.**

Not later than January 1, 2021, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing the following:

(1) An assessment of the effectiveness of the quality assurance program of the Department of Defense in querying and monitoring the National Practitioner Data Bank established pursuant to the Health Care Quality Improvement Act of 1986 (42 U.S.C. 11101 et seq.) with respect to—

(A) recruitment and retention of military service medical providers;

(B) hiring or contracting of civilian medical providers in military medical treatment facilities;

(C) recording of adverse privileging and credentialing actions of such military service medical providers and civilian medical providers; and

(D) any other matters relating to ensuring the highest quality of care is provided throughout the military health system.

(2) An analysis that includes—

(A) with respect to military health system patients, a comparison of outcomes for such patients who may bring an action against the Federal Government for negligence or malpractice and outcomes for such patients who may not bring such an action, based on an examination of all relevant data relating to clinical outcome measures and clinical quality management process actions; and

(B) a comparison of—

(i) the elements and average amounts of death and disability compensation that

apply regardless of the underlying cause of the death or disability; and

(ii) the elements and average amounts of settlements that result from medical malpractice litigation against the Federal Government.

**SEC. 748. REPORTS ON MILLENNIUM COHORT STUDY RELATING TO WOMEN MEMBERS OF THE ARMED FORCES.**

(a) ANNUAL REPORTS REQUIRED.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter through January 31, 2022, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on findings of the Millennium Cohort Study relating to the gynecological and perinatal health of women members of the Armed Forces.

(b) MATTERS INCLUDED.—Each report under subsection (a) shall include, at a minimum—

(1) a summary of general findings of the Millennium Cohort Study pertaining to gynecological and perinatal health, including diseases, disorders, and conditions that affect the functioning of reproductive systems, maternal mortality and severe maternal morbidity, birth defects, developmental dis-

orders, low birth weight, preterm birth, reduced fertility, menstrual disorders, and other health concerns; and

(2) identification of—

(A) all research projects that have concluded during the year covered by the report and the outcomes of such projects;

(B) areas in which the Millennium Cohort Study can increase efforts to capture data and produce studies in the field of gynecological and perinatal health of women members of the Armed Forces; and

(C) activities underway to achieve such efforts.

(c) MILLENNIUM COHORT STUDY DEFINED.—In this section, the term "Millennium Cohort Study" means the longitudinal study authorized under section 743 of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (Public Law 105–261; 112 Stat. 2074) to evaluate data on the health conditions of members of the Armed Forces upon the return of the members from deployment.

WASHSTATEC006425

**SEC. 749. STUDY ON EFFECTS OF SLEEP DEPRIVATION ON READINESS OF MEMBERS OF THE ARMED FORCES.**

(a) STUDY.—The Secretary of Defense shall conduct a study on the effects of sleep deprivation on the readiness of members of the Armed Forces.

(b) ELEMENTS.—The study under subsection (a) shall include the following:

(1) A standardized definition of sleep deprivation.

(2) An assessment of the prevalence of sleep deprivation on members of the Armed Forces related to circadian rhythm disturbances from crossing multiple time zones, mission related maladaptive sleep practices, uncomfortable or otherwise inhospitable sleeping environments, and the use of stimulants and hypnotics to support operational tempo.

(3) An assessment of whether there may be a relationship between sleep deprivation and medical conditions such as traumatic brain injury, post-traumatic stress disorder, and depression.

(4) Recommendations on efforts to mitigate sleep deprivation described in paragraphs (2) and (3).

(c) REPORT.—Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense

shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the results of the study under subsection (a).

**SEC. 750. STUDY AND REPORT ON TRAUMATIC BRAIN INJURY MITIGATION EFFORTS.**

(a) STUDY.—The Secretary of Defense shall conduct a meta-analysis of evidence-based traumatic brain injury mitigation efforts by the Secretary and related Federal agency partners, and efforts discussed in academic literature, that have demonstrated the best clinical effectiveness in the treatment of members of the Armed Forces for traumatic brain injury.

(b) ROADMAP.—The Secretary shall develop and include in the study under subsection (a) a roadmap for implementation across the military health system of measures that address, with respect to the treatment of members for traumatic brain injury—

(1) the process for receiving such treatment;

(2) patient outcomes;

(3) cost;

(4) patient and command satisfaction with such treatment; and

(5) structured documentation to monitor system-wide implementation of the measures developed pursuant to paragraphs (1) through (4).

WASHSTATEC006427

(c) REPORT.—Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the results of the study under subsection (a).

# TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

Subtitle A—Acquisition Policy and Management

Sec. 800. Authority for continuous integration and delivery of software applications and upgrades to embedded systems.
Sec. 801. Pilot program on intellectual property evaluation for acquisition programs.
Sec. 802. Pilot program to use alpha contracting teams for complex requirements.
Sec. 803. Failure to provide other than certified cost or pricing data upon request.
Sec. 804. Comptroller General report on price reasonableness.
Sec. 805. Limitation on transfer of funds related to cost overruns and cost underruns.
Sec. 806. Standardizing data collection and reporting on use of source selection procedures by Federal agencies.
Sec. 807. Department of Defense use of fixed-price contracts.
Sec. 808. Repeal of continuation of data rights during challenges.
Sec. 809. Repeal of authority to waive acquisition laws to acquire vital national security capabilities.
Sec. 810. Repeal of the Defense Cost Accounting Standards Board.

Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations

Sec. 815. Modification of Director of Operational Test and Evaluation report.
Sec. 816. Modification of written approval requirement for task and delivery order single contract awards.
Sec. 817. Responsibility for data analysis and requirements validation for services contracts.
Sec. 818. Documentation of market research related to commercial item determinations.
Sec. 819. Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.

WASHSTATEC006428

Sec. 820. Notification of Navy procurement production disruptions.
Sec. 821. Modification to acquisition authority of the Commander of the United States Cyber Command.
Sec. 822. Extension of Never Contract With the Enemy.
Sec. 823. Modification of justification and approval requirement for certain Department of Defense contracts.
Sec. 824. Extension of sunset relating to Federal Data Center Consolidation Initiative.
Sec. 825. Pilot program to accelerate contracting and pricing processes.
Sec. 826. Uniformity in application of micro-purchase threshold to certain task or delivery orders.
Sec. 827. Requirement for cost estimates on models of commercial e-commerce portal program.

Subtitle C—Provisions Relating to Major Defense Acquisition Programs

Sec. 830. Modification of requirements for reporting to Congress on certain acquisition programs.
Sec. 831. Pilot program to streamline decision-making processes for weapon systems.
Sec. 832. Analysis of alternatives pursuant to materiel development decisions.
Sec. 833. Naval vessel certification required before Milestone B approval.

Subtitle D—Provisions Relating to the Acquisition System

Sec. 835. Extramural acquisition innovation and research activities.
Sec. 836. Report on realignment of the defense acquisition system to implement acquisition reforms.
Sec. 837. Report and limitation on the availability of funds relating to the "middle tier" of acquisition programs.
Sec. 838. Report on intellectual property policy and the cadre of intellectual property experts.
Sec. 839. Guidance and reports relating to covered defense business systems.
Sec. 840. Implementation guidance for use of a modular open system approach.
Sec. 841. Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.

Subtitle E—Industrial Base Matters

Sec. 845. Modernization of acquisition processes to ensure integrity of industrial base.
Sec. 846. Report requirements for the national technology and industrial base.
Sec. 847. Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors.
Sec. 848. Prohibition on operation or procurement of foreign-made unmanned aircraft systems.
Sec. 849. Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations.
Sec. 850. Acquisition and disposal of certain rare earth materials.
Sec. 851. Pilot program for development of technology-enhanced capabilities with partnership intermediaries.
Sec. 852. Authorized official to carry out the procurement technical assistance cooperative agreement program.
Sec. 853. Requirement that certain ship components be manufactured in the national technology and industrial base.

Sec. 854. Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment.
Sec. 855. Application of miscellaneous technology base policies and programs to the Columbia-class submarine program.
Sec. 856. Application of limitation on procurement of goods other than United States goods to the FFG–Frigate Program.
Sec. 857. Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate.

Subtitle F—Provisions Relating to Acquisition Workforce

Sec. 860. Establishment of Defense Civilian Training Corps.
Sec. 861. Defense acquisition workforce certification, education, and career fields.
Sec. 862. Software development and software acquisition training and management programs.
Sec. 863. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 864. Incentives and consideration for qualified training programs.
Sec. 865. Use of qualified apprentices by military construction contractors.

Subtitle G—Small Business Matters

Sec. 870. Requirements relating to credit for certain small business concern subcontractors.
Sec. 871. Inclusion of best in class designations in annual report on small business goals.
Sec. 872. Reauthorization and improvement of Department of Defense Mentor-Protege Program.
Sec. 873. Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act.
Sec. 874. Postaward explanations for unsuccessful offerors for certain contracts.
Sec. 875. Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.
Sec. 876. Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.
Sec. 877. Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.
Sec. 878. Modification to the Defense Research and Development Rapid Innovation Program.
Sec. 879. Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.
Sec. 880. Assistance for small business concerns participating in the SBIR and STTR programs.
Sec. 881. Cybersecurity technical assistance for SBIR and STTR programs.
Sec. 882. Funding for defense research activities of small business concerns.
Sec. 883. Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.
Sec. 884. Pilot program for domestic investment under the SBIR program.

Subtitle H—Other Matters

Sec. 885. Review of guidance to contractors on nondiscrimination on the basis of sex.
Sec. 886. Comptroller General report on contractor violations of certain labor laws.
Sec. 887. Comptroller General report on contingency contracting.
Sec. 888. Policies and procedures for contractors to report gross violations of internationally recognized human rights.
Sec. 889. Comptroller General report on oversight of contractors providing private security functions.
Sec. 890. Prohibition on contracting with persons that have business operations with the Maduro regime.
Sec. 891. Report on the Combating Trafficking in Persons initiative.
Sec. 892. Improved management of information technology and cyberspace investments.
Sec. 893. Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts.

# Subtitle A—Acquisition Policy and Management

## SEC. 800. AUTHORITY FOR CONTINUOUS INTEGRATION AND DELIVERY OF SOFTWARE APPLICATIONS AND UPGRADES TO EMBEDDED SYSTEMS.

(a) SOFTWARE ACQUISITION AND DEVELOPMENT PATHWAYS.—The Secretary of Defense shall establish pathways as described under subsection (b) to provide for the efficient and effective acquisition, development, integration, and timely delivery of secure software. Such a pathway shall include the following:

(1) USE OF PROVEN TECHNOLOGIES AND SOLUTIONS.—A pathway established under this section shall provide for the use of proven technologies and solutions to continuously engineer and deliver capabilities in software.

(2) USE OF AUTHORITY.—In using the authority under this section, the Secretary shall consider how such use will—

(A) initiate the engineering of new software capabilities quickly;

(B) demonstrate the viability and effectiveness of such capabilities for operational use not later than one year after the date on which funds are first obligated to acquire or develop software; and

(C) allow for the continuous updating and delivery of new capabilities not less frequently than annually to iteratively meet a requirement.

(3) TREATMENT NOT AS MAJOR DEFENSE ACQUISITION PROGRAM.—Software acquired or developed using the authority under this section shall not be treated as a major defense acquisition program for purposes of section 2430 of title 10, United States Code, or Department of Defense Directive 5000.01 without the specific direction of the Under Secretary of Defense for Acquisition and Sustainment or a Senior Acquisition Executive.

(4) RISK-BASED APPROACH.—The Secretary of Defense shall use a risk-based approach for the consideration of innovative technologies and new capa-

bilities for software to be acquired or developed under this authority to meet needs communicated by the Joint Chiefs of Staff and the combatant commanders.

(b) PATHWAYS.—The Secretary of Defense may establish as many pathways as the Secretary determines appropriate and shall establish the following pathways:

(1) APPLICATIONS.—The applications software acquisition pathway shall provide for the use of rapid development and implementation of applications and other software or software improvements operated by the Department of Defense, which may include applications running on commercial commodity hardware (including modified hardware) and commercially available cloud computing platforms.

(2) EMBEDDED SYSTEMS.—The embedded systems software acquisition pathway shall provide for the rapid development and insertion of upgrades and improvements for software embedded in weapon systems and other military-unique hardware systems.

(c) EXPEDITED PROCESS.—

(1) IN GENERAL.—A pathway established under subsection (a) shall provide for—

(A) a streamlined and coordinated requirements, budget, and acquisition process to sup-

WASHSTATEC006433

port rapid fielding of software applications and of software upgrades to embedded systems for operational use in a period of not more than one year from the time that the process is initiated;

(B) the collection of data on software fielded; and

(C) continuous engagement with the users of software to support engineering activities, and to support delivery of software for operational use in periods of not more than one year.

(2) EXPEDITED SOFTWARE REQUIREMENTS PROCESS.—

(A) INAPPLICABILITY OF JOINT CAPABILITIES INTEGRATION AND DEVELOPMENT SYSTEM (JCIDS) MANUAL.—Software acquisition or development conducted under the authority of this section shall not be subject to the Joint Capabilities Integration and Development System Manual, except pursuant to a modified process specifically provided for the acquisition or development of software by the Vice Chairman of the Joint Chiefs of Staff, in consultation with Under Secretary of Defense for Acquisition and

WASHSTATEC006434

Sustainment and each service acquisition executive (as defined in section 101(a)(10) of title 10, United States Code).

(B) INAPPLICABILITY OF DEFENSE ACQUISITION SYSTEM DIRECTIVE.—Software acquisition or development conducted under the authority of this section shall not be subject to Department of Defense Directive 5000.01, except when specifically provided for the acquisition or development of software by the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Vice Chairman of the Joint Chiefs of Staff and each service acquisition executive.

(d) ELEMENTS.—In implementing a pathway established under the authority of this section, the Secretary shall tailor requirements relating to—

(1) iterative development of requirements for software to be acquired or developed under the authority of this section through engagement with the user community and through the use of operational user feedback, in order to continuously define and update priorities for such requirements;

(2) early identification of the warfighter or user need, including the rationale for how software capa-

bilities will support increased lethality and efficiency, and identification of a relevant user community;

(3) initial contract requirements and format, including the use of summary-level lists of problems and shortcomings in existing software and desired features or capabilities of new or upgraded software;

(4) continuous refinement and prioritization of contract requirements through use of evolutionary processes, informed by continuous engagement with operational users throughout the development and implementation period;

(5) continuous consideration of issues related to lifecycle costs, technical data rights, and systems interoperability;

(6) planning for support of software capabilities in cases where the software developer may stop supporting the software;

(7) rapid contracting procedures, including expedited timeframes for making awards, selecting contract types, defining teaming arrangements, and defining options;

(8) program execution processes, including supporting development and test infrastructure, automation and tools, digital engineering, data collection and sharing with Department of Defense oversight

organizations and with Congress, the role of developmental and operational testing activities, key decision making and oversight events, and supporting processes and activities (such as independent costing activity, operational demonstration, and performance metrics);

(9) assurances that cybersecurity metrics of the software to be acquired or developed, such as metrics relating to the density of vulnerabilities within the code of such software, the time from vulnerability identification to patch availability, the existence of common weaknesses within such code, and other cybersecurity metrics based on widely-recognized standards and industry best practices, are generated and made available to the Department of Defense and the congressional defense committees;

(10) administrative procedures, including procedures related to who may initiate and approve an acquisition under this authority, the roles and responsibilities of the implementing project or product teams and supporting activities, team selection and staffing process, governance and oversight roles and responsibilities, and appropriate independent technology assessments, testing, and cost estimation (including relevant thresholds or designation criteria);

(11) mechanisms and waivers designed to ensure flexibility in the implementation of a pathway under this section, including the use of other transaction authority, broad agency announcements, and other procedures; and

(12) mechanisms the Secretary will use for appropriate reporting to Congress on the use of this authority, including notice of initiation of the use of a pathway and data regarding individual programs or acquisition activities, how acquisition activities are reflected in budget justification materials or requests to reprogram appropriated funds, and compliance with other reporting requirements.

(e) GUIDANCE REQUIRED.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall issue initial guidance to implement the requirements of this section.

(2) LIMITATION.—If the Secretary of Defense has not issued final guidance to implement the requirements of this section before October 1, 2021, the Secretary may not use the authority under this section—

(A) to establish a new pathway to acquire or develop software; or

(B) to continue activities to acquire or develop software using a pathway established under initial guidance described in paragraph (1).

(f) REPORT.—

(1) IN GENERAL.—Not later than October 15, 2020, the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the secretaries of the military departments and other appropriate officials, shall report on the use of the authority under this section using the initial guidance issued under subsection (d).

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) The final guidance required by subsection (d)(2), including a description of the treatment of use of the authority that was initiated before such final guidance was issued.

(B) A summary of how the authority under this section has been used, including a list of the cost estimate, schedule for development, testing and delivery, and key management risks for each initiative conducted pursuant to such authority.

WASHSTATEC006439

(C) Accomplishments from and challenges to using the authority under this section, including organizational, cultural, talent, infrastructure, testing, and training considerations.

(D) Recommendations for legislative changes to the authority under this section.

(E) Recommendations for regulatory changes to the authority under this section to promote effective development and deployment of software acquired or developed under this section.

**SEC. 801. PILOT PROGRAM ON INTELLECTUAL PROPERTY EVALUATION FOR ACQUISITION PROGRAMS.**

(a) PILOT PROGRAM.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretaries of the military departments may jointly carry out a pilot program to assess mechanisms to evaluate intellectual property (such as technical data deliverables and associated license rights), including commercially available intellectual property valuation analysis and techniques, in acquisition programs for which each such Secretary is responsible to better understand the benefits associated with these mechanisms on—

(1) the development of cost-effective intellectual property strategies;

(2) the assessment and management of the value and acquisition costs of intellectual property during acquisition and sustainment activities (including source selection evaluation factors) throughout the acquisition lifecycle for any acquisition program selected by such Secretary; and

(3) the use of a commercial product (as defined in section 103 of title 41, United States Code, as in effect on January 1, 2020), commercial service (as defined in section 103a of title 41, United States Code, as in effect on January 1, 2020), or nondevelopmental item (as defined in section 110 of title 41, United States Code) as an alternative to a product or service to be specifically developed for a selected acquisition program, including evaluation of the benefits of reduced risk regarding cost, schedule, and performance associated with commercial products, commercial services, and nondevelopmental items.

(b) ACTIVITIES.—Activities carried out under the pilot program may include the following:

(1) Establishment of a team of Department of Defense and private sector subject matter experts (which may include the cadre of intellectual property

WASHSTATEC006441

experts established under section 2322(b) of title 10, United States Code) to—

(A) recommend acquisition programs to be selected for the pilot program established under subsection (a);

(B) recommend criteria for the consideration of types of commercial products, commercial services, or nondevelopmental items that can used as an alternative to a product or service to be specifically developed for a selected acquisition program; or

(C) identify, to the maximum extent practicable at each milestone established for each selected acquisition program, intellectual property evaluation techniques to obtain quantitative and qualitative analysis of intellectual property during the procurement, production and deployment, and operations and support phases for the each selected acquisition program.

(2) Assessment of commercial valuation techniques for intellectual property for use by the Department of Defense.

WASHSTATEC006442

(3) Assessment of the feasibility of agency-level oversight to standardize intellectual property evaluation practices and procedures.

(4) Assessment of contracting mechanisms to speed delivery of intellectual property to the Armed Forces or reduce sustainment costs.

(5) Assessment of agency acquisition planning to ensure procurement of appropriate intellectual property deliverables and intellectual property rights necessary for Government-planned sustainment activities.

(6) Engagement with the private sector to—

(A) support the development of strategies and program requirements to aid in acquisition planning for intellectual property;

(B) support the development and improvement of intellectual property strategies as part of life-cycle sustainment plans; and

(C) propose and implement alternative and innovative methods of intellectual property valuation, prioritization, and evaluation techniques for intellectual property.

(7) Recommendations to the relevant program manager of an acquisition program selected under subsection (a), including evaluation techniques and

contracting mechanisms for acquisition and sustainment activities.

(c) REPORT.—Not later than November 1, 2020, and annually thereafter through November 1, 2023, the Secretary of Defense, in coordination with the Secretaries concerned, shall submit to the congressional defense committees a joint report on the pilot program conducted under this section. The report shall, at a minimum, include—

(1) a description of the acquisition programs selected by the Secretary concerned;

(2) a description of the specific activities in subsection (c) that were performed under each program;

(3) an assessment of the effectiveness of the activities;

(4) an assessment of improvements to acquisition or sustainment activities related to the pilot program; and

(5) an assessment of the results related to the pilot program, including any cost savings and improvement to mission success during the operations and support phase of the selected acquisition program.

**SEC. 802. PILOT PROGRAM TO USE ALPHA CONTRACTING TEAMS FOR COMPLEX REQUIREMENTS.**

(a) IN GENERAL.—(1) The Secretary of Defense shall select at least 2, and up to 5, initiatives to participate in a pilot to use teams that, with the advice of expert third parties, focus on the development of complex contract technical requirements for services, with each team focusing on developing achievable technical requirements that are appropriately valued and identifying the most effective acquisition strategy to achieve those requirements.

(2) The Secretary shall develop metrics for tracking progress of the program at improving quality and acquisition cycle time.

(b) DEVELOPMENT OF CRITERIA AND INITIATIVES.—(1) Not later than February 1, 2020, the Secretary of Defense shall establish the pilot program and notify the congressional defense committees of the criteria used to select initiatives and the metrics used to track progress.

(2) Not later than May 1, 2020, the Secretary shall notify the congressional defense committees of the initiatives selected for the program.

(3) Not later than December 1, 2020, the Secretary shall brief the congressional defense committees on the progress of the selected initiatives, including the progress of the initiatives at improving quality and acquisition cycle

time according to the metrics developed under subsection (a)(2).

**SEC. 803. FAILURE TO PROVIDE OTHER THAN CERTIFIED COST OR PRICING DATA UPON REQUEST.**

Section 2306a(d) of title 10, United States Code, is amended—

(1) in paragraph (1), by adding at the end the following: "Contracting officers shall not determine the price of a contract or subcontract to be fair and reasonable based solely on historical prices paid by the Government.";

(2) by redesignating paragraph (2) as paragraph (3); and

(3) by inserting after paragraph (1) the following new paragraph:

"(2) INELIGIBILITY FOR AWARD.—(A) In the event the contracting officer is unable to determine proposed prices are fair and reasonable by any other means, an offeror who fails to make a good faith effort to comply with a reasonable request to submit data in accordance with paragraph (1) is ineligible for award unless the head of the contracting activity, or the designee of the head of contracting activity, determines that it is in the best interest of the Government to make the award to that offeror, based on

WASHSTATEC006446

consideration of pertinent factors, including the following:

"(i) The effort to obtain the data.

"(ii) Availability of other sources of supply of the item or service.

"(iii) The urgency or criticality of the Government's need for the item or service.

"(iv) Reasonableness of the price of the contract, subcontract, or modification of the contract or subcontract based on information available to the contracting officer.

"(v) Rationale or justification made by the offeror for not providing the requested data.

"(vi) Risk to the Government if award is not made.

"(B)(i) Any new determination made by the head of the contracting activity under subparagraph (A) shall be reported to the Principal Director, Defense Pricing and Contracting on a quarterly basis.

"(ii) The Under Secretary of Defense for Acquisition and Sustainment, or a designee, shall produce an annual report identifying offerors that have denied multiple requests for submission of uncertified cost or pricing data over the preceding three-year period, but nevertheless received an

award. The report shall identify products or services offered by such offerors that should undergo should-cost analysis. The Secretary of Defense may include a notation on such offerors in the system used by the Federal Government to monitor or record contractor past performance. The Under Secretary shall assess the extent to which these offerors are sole source providers within the defense industrial base and shall develop strategies to incentivize new entrants into the industrial base to increase the availability of other sources of supply for the product or service.''.

**SEC. 804. COMPTROLLER GENERAL REPORT ON PRICE REASONABLENESS.**

Not later than March 31, 2021, the Comptroller General of the United States shall submit to the congressional defense committees, the Committee on Oversight and Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate a report on the efforts of the Secretary of Defense to secure data relating to the price reasonableness of offers from offerors. The report shall include a review of—

(1) the number of, and justification for, any waiver of requirements for submission of certified cost or pricing data for sole source contracts for

WASHSTATEC006448

spare parts issued during fiscal years 2015 through 2019 pursuant to section 2306a(b)(1)(C) of title 10, United States Code;

(2) the number of, and justification for, any exception to the requirements for submission of certified cost or pricing data for sole source contracts for spare parts provided during fiscal years 2015 through 2019 pursuant to section 2306a(b)(1)(B) of title 10, United States Code;

(3) the number of contracts awarded for which a request for cost or pricing data, including data other than certified cost or pricing data, to determine price reasonableness was denied by an offeror at the time of award;

(4) actions taken by the Secretary if an offeror refused to provide requested data described in paragraph (2), including—

(A) whether the contracting officer included a notation in the system used by the Federal Government to monitor or record contractor past performance regarding the refusal of an offeror to provide such data;

(B) any strategies developed by the Secretary to acquire the good that was the subject of a contract for which the offeror refused to

WASHSTATEC006449

provide such data in the future without the need for such a waiver.

**SEC. 805. LIMITATION ON TRANSFER OF FUNDS RELATED TO COST OVERRUNS AND COST UNDERRUNS.**

(a) IN GENERAL.—Section 828(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2430 note) is amended by striking "For each of fiscal years 2018 through 2022" and inserting "For fiscal years 2018 and 2019".

(b) TECHNICAL AMENDMENT.—Section 825 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1466; 10 U.S.C. 2430 note) is amended—

(1) by repealing subsection (b); and

(2) by striking "(a) IN GENERAL.—".

**SEC. 806. STANDARDIZING DATA COLLECTION AND REPORTING ON USE OF SOURCE SELECTION PROCEDURES BY FEDERAL AGENCIES.**

(a) REPEAL OF GOVERNMENT ACCOUNTABILITY OFFICE REPORTING REQUIREMENTS ON USE OF LOWEST PRICE TECHNICALLY ACCEPTABLE SOURCE SELECTION CRITERIA.—

(1) DEPARTMENT OF DEFENSE.—Section 813 of the National Defense Authorization Act for Fiscal

WASHSTATEC006450

Year 2017 (10 U.S.C. 2305 note) is amended by striking subsection (d).

(2) OTHER AGENCIES.—Section 880 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1910; 41 U.S.C. 3701 note) is amended by striking subsection (d) and redesignating subsection (e) as subsection (d).

(b) REVISION TO THE FEDERAL PROCUREMENT DATA SYSTEM.—Not later than 180 days after the date of the enactment of this Act, the Administrator of General Services, in coordination with the Administrator for Federal Procurement Policy, shall direct appropriate revisions to the Federal procurement data system established pursuant to section 1122(a)(4) of title 41, United States Code (or any successor system), to facilitate the collection of complete, timely, and reliable data on the source selection processes used by Federal agencies for the contract actions being reported in the system. The Administrator of General Services shall ensure that data are collected—

(1) at a minimum, on the usage of the lowest price technically acceptable contracting methods and best value contracting methods process; and

WASHSTATEC006451

(2) on all applicable contracting actions, including task orders or delivery orders issued under indefinite delivery-indefinite quantity contracts.

**SEC. 807. DEPARTMENT OF DEFENSE USE OF FIXED-PRICE CONTRACTS.**

(a) DEPARTMENT OF DEFENSE REVIEW.—

(1) IN GENERAL.—The Under Secretary of Defense for Acquisition and Sustainment shall review how the Department of Defense informs decisions to use fixed-price contracts to support broader acquisition objectives to ensure that such decisions are made strategically and consistently. The review should include decisions on the use of the various types of fixed price contracts, including fixed-price incentive contracts.

(2) BRIEFING.—Not later than February 1, 2020, the Under Secretary shall brief the congressional defense committees on the findings of the review required under paragraph (1).

(b) COMPTROLLER GENERAL REPORT.—

(1) IN GENERAL.—Not later than February 1, 2021, the Comptroller General of the United States shall submit to the congressional defense committees a report on the Department of Defense's use of

WASHSTATEC006452

fixed-price contracts, including different types of fixed-price contracts.

(2) ELEMENTS.—The report required under paragraph (1) shall include the following elements:

(A) A description of the extent to which fixed-price contracts have been used over time and the conditions in which they are used.

(B) An assessment of the effects of the decisions to use fixed-price contract types, such as any additional costs or savings or efficiencies in contract administration.

(C) An assessment of how decisions to use various types of fixed-price contracts affects the contract closeout process.

(c) DELAYED IMPLEMENTATION OF REGULATIONS REQUIRING THE USE OF FIXED-PRICE CONTRACTS FOR FOREIGN MILITARY SALES.—The regulations prescribed pursuant to section 830(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 22 U.S.C. 2762 note) shall not take effect until December 31, 2020. The regulations as so prescribed shall take into account the findings of the review conducted under subsection (a)(1).

**SEC. 808. REPEAL OF CONTINUATION OF DATA RIGHTS DURING CHALLENGES.**

(a) REPEAL.—Section 866 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1901; 10 U.S.C. 2321) is repealed.

(b) RESTORATION OF AMENDED PROVISION.—Subsection (i) of section 2321 of title 10, United States Code, is amended to read as follows:

"(i) RIGHTS AND LIABILITY UPON FINAL DISPOSITION.—(1) If, upon final disposition, the contracting officer's challenge to the use or release restriction is sustained—

"(A) the restriction shall be cancelled; and

"(B) if the asserted restriction is found not to be substantially justified, the contractor or subcontractor asserting the restriction shall be liable to the United States for payment of the cost to the United States of reviewing the asserted restriction and the fees and other expenses (as defined in section 2412(d)(2)(A) of title 28) incurred by the United States in challenging the asserted restriction, unless special circumstances would make such payment unjust.

WASHSTATEC006454

"(2) If, upon final disposition, the contracting officer's challenge to the use or release restriction is not sustained—

"(A) the United States shall continue to be bound by the restriction; and

"(B) the United States shall be liable for payment to the party asserting the restriction for fees and other expenses (as defined in section 2412(d)(2)(A) of title 28) incurred by the party asserting the restriction in defending the asserted restriction if the challenge by the United States is found not to be made in good faith.".

**SEC. 809. REPEAL OF AUTHORITY TO WAIVE ACQUISITION LAWS TO ACQUIRE VITAL NATIONAL SECURITY CAPABILITIES.**

Section 806 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2302 note) is repealed.

**SEC. 810. REPEAL OF THE DEFENSE COST ACCOUNTING STANDARDS BOARD.**

(a) REPEAL.—Section 190 of title 10, United States Code, is repealed.

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 7 of such title is amended by striking the item relating to section 190.

WASHSTATEC006455

## Subtitle B—Amendments to General Contracting Authorities, Procedures, and Limitations

### SEC. 815. MODIFICATION OF DIRECTOR OF OPERATIONAL TEST AND EVALUATION REPORT.

Section 139(h) of title 10, United States Code, is amended—

(1) in paragraph (2), by striking ", through January 31, 2021" and inserting ", through January 31, 2025"; and

(2) by amending paragraph (5) to read as follows:

"(5) The Director shall solicit comments from the Secretaries of the military departments on each report of the Director to Congress under this section and include any comments as an appendix to the Director's report. The Director shall determine the amount of time available for the Secretaries to comment on the draft report on a case by case basis, and consider the extent to which substantive discussions have already been held between the Director and the military department. The Director shall reserve the right to issue the report without comment from a military department if the department's comments are not received within the time provided, and shall indicate any such omission in the report.".

**SEC. 816. MODIFICATION OF WRITTEN APPROVAL REQUIREMENT FOR TASK AND DELIVERY ORDER SINGLE CONTRACT AWARDS.**

Section 2304a(d)(3) of title 10, United States Code, is amended—

(1) in subparagraph (B), by redesignating clauses (i) and (ii) as subclauses (I) and (II), respectively;

(2) by redesignating subparagraphs (A), (B), (C), and (D) as clauses (i), (ii), (iii), and (iv), respectively;

(3) by striking "No task or delivery order contract" and inserting "(A) Except as provided under subparagraph (B), no task or delivery order contract"; and

(4) by adding at the end the following new subparagraph:

"(B) A task or delivery order contract in an amount estimated to exceed $100,000,000 (including all options) may be awarded to a single source without the written determination otherwise required under subparagraph (A) if the head of the agency has made a written determination pursuant to section 2304(c) of this title that procedures other than competitive procedures may be used for the awarding of such contract.".

WASHSTATEC006457

**SEC. 817. RESPONSIBILITY FOR DATA ANALYSIS AND REQUIREMENTS VALIDATION FOR SERVICES CONTRACTS.**

(a) IN GENERAL.—Section 2329 of title 10, United States Code, is amended—

(1) in subsection (a), by inserting ", acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation," after "Secretary of Defense";

(2) in subsection (b), in the matter preceding paragraph (1), by inserting ", acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation," after "Secretary of Defense"; and

(3) in subsection (c)(2)(A), by inserting ", acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation," after "Secretary of Defense".

(b) CONFORMING AMENDMENT.—Section 818(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1852) is amended by striking "the Under Secretary of Defense for Acquisition and Sustainment" and inserting "the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation".

**SEC. 818. DOCUMENTATION OF MARKET RESEARCH RELATED TO COMMERCIAL ITEM DETERMINATIONS.**

(a) DEPARTMENT OF DEFENSE PROCUREMENTS.—

(1) IN GENERAL.—Section 2377(c) of title 10, United States Code, is amended—

(A) by redesignating paragraph (4) as paragraph (5); and

(B) by inserting after paragraph (3) the following new paragraph:

"(4) The head of an agency shall document the results of market research in a manner appropriate to the size and complexity of the acquisition.".

(2) CONFORMING AMENDMENT RELATED TO PROSPECTIVE AMENDMENT.—Section 836(d)(3)(C)(ii) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "in paragraph (4)" and inserting "in paragraph (5)".

(b) CIVILIAN AGENCY PROCUREMENTS.—Section 3307(d) of title 41, United States Code, is amended by adding at the end the following new paragraph:

"(4) DOCUMENTATION.—The head of the agency shall document the results of market research in a manner appropriate to the size and complexity of the acquisition.".

**SEC. 819. AVAILABILITY OF DATA ON THE USE OF OTHER TRANSACTION AUTHORITY AND REPORT ON THE USE OF AUTHORITY TO CARRY OUT PROTOTYPE PROJECTS.**

Section 873 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1905; 10 U.S.C. 2371 note) is amended—

(1) in subsection (b)—

(A) by striking the period at the end and inserting "; and";

(B) by striking "shall analyze" and inserting the following: "shall—

"(1) analyze"; and

(C) by adding at the end the following new paragraph:

"(2) make the data collected under subsection (a) accessible to any official designated by the Secretary of Defense for inclusion by such official in relevant reports made by such official."; and

(2) by amending subsection (c) to read as follows:

"(c) REPORT REQUIRED.—

"(1) IN GENERAL.—Not later than December 31, 2019, and annually thereafter through December 31, 2023, the Secretary of Defense shall submit to the congressional defense committees a report on the

WASHSTATEC006460

use of other transaction authority to carry out prototype projects during the preceding fiscal year. Each report shall summarize the data collected under subsection (a) on the nature and extent of each such use of the authority, including a description—

"(A) of the participants to an agreement entered into pursuant to the authority of subsection (a) of section 2371b of title 10, United States Code, or a follow-on contract or transaction entered into pursuant to the authority of subsection (f) of such section;

"(B) of the quantity of prototype projects to be produced pursuant to such an agreement, follow-on contract, or transaction;

"(C) of the amount of payments made pursuant to each such agreement, follow-on contract, or transaction;

"(D) of the purpose, description, and status of prototype projects carried out pursuant to each such agreement, follow-on contract, or transaction; and

"(E) including case examples, of the successes and challenges with using the authority of such subsection (a) or (f).

WASHSTATEC006461

"(2) FORM OF REPORT.—A report required under this subsection shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.".

**SEC. 820. NOTIFICATION OF NAVY PROCUREMENT PRODUCTION DISRUPTIONS.**

(a) IN GENERAL.—Chapter 137 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 2339b. Notification of Navy procurement production disruptions**

"(a) REQUIREMENT FOR CONTRACTOR TO PROVIDE NOTICE OF DELAYS.—The Secretary of the Navy shall require prime contractors of any Navy procurement program funded under either the Shipbuilding and Conversion, Navy account or the Other Procurement, Navy account to report within 15 calendar days any stop work order or other manufacturing disruption of 15 calendar days or more, by the prime contractor or any subcontractor, to the respective program manager and Navy technical authority.

"(b) QUARTERLY REPORTS.—The Secretary of the Navy shall submit to the congressional defense committees not later than 15 calendar days after the end of each quar-

WASHSTATEC006462

ter of a fiscal year a report listing all notifications made pursuant to subsection (a) during the preceding quarter.''.

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 137 of title 10, United States Code, is amended by inserting after the item relating to section 2339a the following new item:

"2339b. Notification of Navy procurement production disruptions.''.

**SEC. 821. MODIFICATION TO ACQUISITION AUTHORITY OF THE COMMANDER OF THE UNITED STATES CYBER COMMAND.**

Section 807 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2224 note) is amended by inserting "on new contract efforts'' after "may not obligate or expend more than $75,000,000''.

**SEC. 822. EXTENSION OF NEVER CONTRACT WITH THE ENEMY.**

Section 841(n) of the National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 10 U.S.C. 2302 note) is amended by striking "December 31, 2021'' and inserting "December 31, 2023''.

**SEC. 823. MODIFICATION OF JUSTIFICATION AND APPROVAL REQUIREMENT FOR CERTAIN DEPARTMENT OF DEFENSE CONTRACTS.**

(a) MODIFICATION OF JUSTIFICATION AND APPROVAL REQUIREMENT.—Notwithstanding section 811 of

WASHSTATEC006463

the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2405)—

(1) no justification and approval is required under such section for a sole-source contract awarded by the Department of Defense in a covered procurement for an amount not exceeding $100,000,000; and

(2) for purposes of subsections (a)(2) and (c)(3)(A) of such section, the appropriate official designated to approve the justification for a sole-source contract awarded by the Department of Defense in a covered procurement exceeding $100,000,000 is the official designated in section 2304(f)(1)(B)(ii) of title 10, United States Code.

(b) GUIDANCE.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall issue guidance to implement the authority under subsection (a).

(c) COMPTROLLER GENERAL REVIEW.—

(1) DATA TRACKING AND COLLECTION.—The Department of Defense shall track the use of the authority as modified by subsection (a) and make the data available to the Comptroller General for purposes of the report required under paragraph (2).

(2) REPORT.—Not later than March 1, 2022, the Comptroller General of the United States shall submit a report to the congressional defense committees on the use of the authority as modified by subsection (a) through the end of fiscal year 2021. The report shall include—

(A) a review of the financial effect of the change to the justification and approval requirement in subsection (a) on the native corporations and businesses and associated native communities;

(B) a description of the nature and extent of contracts excluded from the justification and approval requirement by subsection (a); and

(C) other matters the Comptroller General deems appropriate.

**SEC. 824. EXTENSION OF SUNSET RELATING TO FEDERAL DATA CENTER CONSOLIDATION INITIATIVE.**

Subsection (e) of section 834 of the National Defense Authorization Act for Fiscal Year 2015 (44 U.S.C. 3601 note) is amended by striking "2020" and inserting "2022".

**SEC. 825. PILOT PROGRAM TO ACCELERATE CONTRACTING AND PRICING PROCESSES.**

Section 890 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1919; 10 U.S.C. 2306a note) is amended—

(1) by striking subsection (b);

(2) by redesignating subsections (c) and (d) as subsections (b) and (c), respectively;

(3) in subsection (b), as redesignated by paragraph (2), by striking "and an assessment of whether the program should be continued or expanded"; and

(4) in subsection (c), as so redesignated, by striking "January 2, 2021" and inserting "January 2, 2023".

**SEC. 826. UNIFORMITY IN APPLICATION OF MICRO-PURCHASE THRESHOLD TO CERTAIN TASK OR DELIVERY ORDERS.**

Section 4106(c) of title 41, United States Code, is amended by striking "$2,500" and inserting "the micro-purchase threshold under section 1902 of this title".

**SEC. 827. REQUIREMENT FOR COST ESTIMATES ON MODELS OF COMMERCIAL E-COMMERCE PORTAL PROGRAM.**

(a) IN GENERAL.—In implementing section 846 of the National Defense Authorization Act for Fiscal Year

2018 (Public Law 115–91; 41 U.S.C. 1901 note), the Administrator of General Services shall submit to the appropriate congressional committees, not later than one year after the first contract is awarded pursuant to such section, a cost estimate for the three models for commercial e-commerce portals identified in section 4.1 of "Procurement Through Commercial E-Commerce Portals Phase II Report: Market Research & Consultation" issued by the Administrator in April 2019.

(b) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—The term "appropriate congressional committees" means the following:

(1) The Committees on Armed Services of the Senate and House of Representatives.

(2) The Committee on Homeland Security and Governmental Affairs of the Senate and the Committee on Oversight and Reform of the House of Representatives.

(3) The Committee on Small Business and Entrepreneurship of the Senate and the Committee on Small Business of the House of Representatives.

## Subtitle C—Provisions Relating to Major Defense Acquisition Programs

### SEC. 830. MODIFICATION OF REQUIREMENTS FOR REPORTING TO CONGRESS ON CERTAIN ACQUISITION PROGRAMS.

(a) MODIFICATION OF REPORT TO CONGRESS.—Section 2432 of title 10, United States Code, is amended—

(1) in subsection (b)(1), by adding after "major defense acquisition programs" the following: "and any program that is estimated by the Secretary of Defense to require an eventual total expenditure for research, development, test, and evaluation of more than $300,000,000 (based on fiscal year 1990 constant dollars) or an eventual total expenditure for procurement, including all planned increments or spirals, of more than $1,800,000,000 (based on fiscal year 1990 constant dollars)"; and

(2) by adding at the end the following new subsections:

"(i) FORM OF REPORT.—A Selected Acquisition Report required under this section shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.

"(j) TERMINATION.—The requirements under this section shall terminate after the final submission covering fiscal year 2021.".

(b) PROPOSAL FOR REPORTS ON ACQUISITION PROGRAMS AND ACTIVITIES.—Not later than October 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a proposal for an alternative methodology for reporting on all acquisition programs that includes—

(1) conforming changes from the most recent update of Department of Defense Directive 5000.01 (The Defense Acquisition System) and Department of Defense Instruction 5000.02 (Operation of the Defense Acquisition System);

(2) the reporting requirements relating to Selected Acquisition Reports under section 2432 of title 10, United States Code;

(3) the reporting requirements relating to unit costs under section 2433 of such title; and

(4) the reporting requirements for acquisition programs that use alternative acquisition pathways or tailored acquisition procedures.

**SEC. 831. PILOT PROGRAM TO STREAMLINE DECISION-MAKING PROCESSES FOR WEAPON SYSTEMS.**

(a) CANDIDATE ACQUISITION PROGRAMS.—Not later than February 1, 2020, each Service Acquisition Executive shall recommend to the Secretary of Defense at least one major defense acquisition program for a pilot program to include tailored measures to streamline the entire milestone decision process, with the results evaluated and reported for potential wider use.

(b) ELEMENTS.—Each pilot program selected pursuant to subsection (a) shall include the following elements:

(1) Delineating the appropriate information needed to support milestone decisions, assuring program accountability and oversight, which should be based on the business case principles needed for well-informed milestone decisions, including user-defined requirements, reasonable acquisition and life-cycle cost estimates, and a knowledge-based acquisition plan for maturing technologies, stabilizing the program design, and ensuring key manufacturing processes are in control.

(2) Developing an efficient process for providing this information to the milestone decision authority by—

WASHSTATEC006470

(A) minimizing any reviews between the program office and the different functional staff offices within each chain of command level; and

(B) establishing frequent, regular interaction between the program office and milestone decision makers, in lieu of documentation reviews, to help expedite the process.

**SEC. 832. ANALYSIS OF ALTERNATIVES PURSUANT TO MATERIEL DEVELOPMENT DECISIONS.**

(a) TIMELINE.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall update existing guidance for analyses of alternatives conducted pursuant to a materiel development decision for a major defense acquisition program to incorporate the following:

(1) Study completion within nine months.

(2) Study guidance issued by the Director, Cost Assessment and Program Evaluation of a scope designed to provide for reasonable completion of the study within the nine-month period.

(3) Procedures for waiver of the timeline requirements of this subsection on a case-by-case basis if—

(A) the subject of the analysis is of extreme technical complexity;

WASHSTATEC006471

(B) collection of additional intelligence is required to inform the analysis;

(C) insufficient technical expertise is available to complete the analysis; or

(D) the Secretary determines that there other sufficient reasons for delay of the analysis.

(b) REPORTING.—If an analysis of alternatives cannot be completed within the allotted time, or a waiver is used, the Secretary shall report to the congressional defense committees the following information:

(1) For a waiver, the basis for use of the waivers, including the reasons why the study cannot be completed within the allotted time.

(2) For a study estimated to take more than nine months—

(A) an estimate of when the analysis will be completed;

(B) an estimate of any additional costs to complete the analysis; and

(C) other relevant information pertaining to the analysis and its completion.

(c) REPORT ON ANALYSES OF ALTERNATIVES.—

(1) ASSESSMENT.—

WASHSTATEC006472

(A) IN GENERAL.—The Under Secretary of Defense for Acquisition and Sustainment shall engage with an independent entity, including under the Program for Acquisition Innovation Research, to assess the conduct of analyses of alternatives.

(B) ELEMENTS.—The assessment required under subparagraph (A) shall—

(i) assess the time required to complete analyses of alternatives within the Department of Defense completed over the last five fiscal years, as compared with best practices;

(ii) provide recommendations and policy options to improve analyses of alternatives; and

(iii) discuss any other matters as identified by the Under Secretary.

(C) ACCESS TO DATA.—The Under Secretary shall ensure that the independent entity is provided access to the data, information, and resources necessary to complete the required analyses and assessment.

(2) REPORT.—Not later than one year after the date of the enactment of this Act, the Under Sec-

retary shall submit to the congressional defense committees a report including the assessment required under paragraph (1) and a review and assessment by the Under Secretary of the findings made in the assessment.

**SEC. 833. NAVAL VESSEL CERTIFICATION REQUIRED BEFORE MILESTONE B APPROVAL.**

Section 2366b(a) of title 10, United States Code, is amended—

(1) in paragraph (3)(O), by striking "; and" and inserting a semicolon;

(2) in paragraph (4), by striking the period at the end and inserting "; and"; and

(3) by adding at the end the following new paragraph:

"(5) in the case of a naval vessel program, certifies compliance with the requirements of section 8669b of this title.".

## Subtitle D—Provisions Relating to the Acquisition System

**SEC. 835. EXTRAMURAL ACQUISITION INNOVATION AND RESEARCH ACTIVITIES.**

(a) EXTRAMURAL ACQUISITION INNOVATION AND RESEARCH ACTIVITIES.—

(1) IN GENERAL.—Chapter 139 of title 10, United States Code, is amended by inserting after section 2361 the following new section:

**"§ 2361a. Extramural acquisition innovation and research activities**

"(a) ESTABLISHMENT.—The Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment and in coordination with the Under Secretary of Defense for Research and Engineering, shall establish and maintain extramural acquisition innovation and research activities as described in subsection (d), which shall include an acquisition research organization within a civilian college or university that is not owned or operated by the Federal Government that is established to provide and maintain essential research and development capabilities through a long-term strategic relationship with the Department of Defense.

"(b) GOALS.—The goal of any activity conducted pursuant to this section shall be to provide academic analyses and policy alternatives for innovation in defense acquisition policies and practices to policymakers in the Federal Government by using a variety of means intended to widely disseminate research findings from such an activity, in addition to executing demonstration and pilot programs of innovative acquisition policies and practices.

WASHSTATEC006475

"(c) DIRECTOR.—

"(1) APPOINTMENT.—Not later than June 1, 2020, the Secretary of Defense shall appoint an individual from civilian life to serve as the director for the extramural acquisition innovation and research activities required by this section (referred to in this section as the 'Director').

"(2) TERM.—The Director shall serve a term of five years.

"(d) ACTIVITIES.—The activities described in this subsection are as follows:

"(1) Research on past and current defense acquisition policies and practices, commercial and international best practices, and the application of new technologies and analytical capabilities to improve acquisition policies and practices.

"(2) Pilot programs to prototype and demonstrate new acquisition practices for potential transition to wider use in the Department of Defense.

"(3) Establishment of data repositories and development of analytical capabilities, in coordination with the Chief Data Officer of the Department of Defense, to enable researchers and acquisition professionals to access and analyze historical data sets

to support research and new policy and practice development.

"(4) Executive education to—

"(A) support acquisition workforce development, including for early career, mid-career, and senior leaders; and

"(B) provide appropriate education on acquisition issues to non-acquisition professionals.

"(5) On an ongoing basis, a review of the implementation of recommendations contained in relevant Department of Defense and private sector studies on acquisition policies and practices, including—

"(A) for recommendations for the enactment of legislation, identify the extent to which the recommendations have been enacted into law by Congress;

"(B) for recommendations for the issuance of regulations, identify the extent to which the recommendations have been adopted through the issuance or revision of regulations;

"(C) for recommendations for revisions to policies and procedures in the executive branch, identify the extent to which the recommendations have been adopted through issuance of an

appropriate implementing directive or other form of guidance; and

"(D) for recommendations for the resources required to implement recommendations contained in relevant Department of Defense and private sector studies on acquisition policies and practices.

"(6) Engagement with researchers and acquisition professionals in the Department of Defense, as appropriate.

"(e) FUNDING.—Subject to the availability of appropriations, the Secretary may use amounts available in the Defense Acquisition Workforce and Development Account to carry out the requirements of this section.

"(f) ANNUAL REPORT.—Not later than September 30, 2021, and annually thereafter, the Director shall submit to the Secretary of Defense and the congressional defense committees a report describing the activities conducted under this section during the previous year.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2361 the following new item:

"2361a. Extramural acquisition innovation and research activities.".

(3) IMPLEMENTATION.—

WASHSTATEC006478

(A) DEADLINE.—Not later than March 1, 2020, the Secretary of Defense shall establish the extramural acquisition innovation and research activities required by section 2361a of title 10, United States Code (as added by this subsection).

(B) REPORT.—

(i) IN GENERAL.—Not later than January 1, 2021, the Director of the extramural acquisition innovation and research activities appointed under such section shall submit to the Secretary of Defense a report setting forth a plan, proposed budget, and schedule for execution of such activities.

(ii) TRANSMITTAL.—Not later than February 1, 2021, the Secretary of Defense shall transmit the report required under clause (i), together with whatever comments the Secretary considers appropriate, to the Committees on Armed Services of the Senate and the House of Representatives.

(b) RECORDS OF THE SECTION 809 PANEL.—

(1) TRANSFER AND MAINTENANCE OF RECORDS.—Not later than March 1, 2020, the records of the Section 809 Panel shall be transferred to, and shall be maintained by, the Defense Technical Information Center.

(2) STATUS OF RECORDS.—Working papers, records of interview, and any other draft work products generated for any purpose by the Section 809 Panel shall be covered by the deliberative process privilege exemption under paragraph (5) of section 552(b) of title 5, United States Code.

(3) AVAILABILITY.—To the maximum extent practicable, the Secretary shall make the records available to support activities conducted by the research organization described under section 2361a of title 10, United States Code (as added by subsection (a)).

(4) SECTION 809 PANEL DEFINED.—In this subsection, the term "Section 809 Panel" means the panel established by the Secretary of Defense pursuant to section 809 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92).

**SEC. 836. REPORT ON REALIGNMENT OF THE DEFENSE ACQUISITION SYSTEM TO IMPLEMENT ACQUISITION REFORMS.**

The Secretary of Defense shall include with the budget for fiscal year 2021, as submitted to Congress pursuant to section 1105(a) of title 31, United States Code, a report on the progress of implementing acquisition reform initiatives that have been enacted into law through Department of Defense regulations, Directives, Instructions, or other guidance. Such report shall include a description of—

(1) how the Secretary will identify, quantify, assess, and manage acquisition program risks;

(2) what changes have been made to systems for collecting and sharing data on acquisition programs, including how access to acquisition program data is managed; and

(3) updates to, or the implementation of, procedures for tailoring acquisition methods, including alternative acquisition pathways such as—

(A) the use of the "middle tier" of acquisition programs described under section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2302 note);

(B) the alternative acquisition pathways established under section 805 of the National

Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2302 note);

(C) a software acquisition pathway described under section 800 of this Act; and

(D) the use of procedures to respond to urgent operational needs.

**SEC. 837. REPORT AND LIMITATION ON THE AVAILABILITY OF FUNDS RELATING TO THE "MIDDLE TIER" OF ACQUISITION PROGRAMS.**

(a) REPORT.—Not later than December 15, 2019, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report that includes the guidance required under section 804(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2302 note). The Under Secretary of Defense for Acquisition and Sustainment shall ensure such guidance includes the business case elements required by an acquisition program established pursuant to such guidance and the metrics required to assess the performance of such a program.

(b) LIMITATION.—

(1) IN GENERAL.—Beginning on December 15, 2019, if the Under Secretary of Defense for Acquisition and Sustainment has not submitted the report

WASHSTATEC006482

required under subsection (a), not more than 75 percent of the funds specified in paragraph (2) may be obligated or expended until the date on which the report required under subsection (a) has been submitted.

(2) FUNDS SPECIFIED.—The funds specified in this paragraph are the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense that remain unobligated as of December 15, 2019, for the following:

(A) The execution of any acquisition program established pursuant to the guidance required under such section 804(a).

(B) The operations of the Office of the Under Secretary of Defense for Research & Engineering.

(C) The operations of the Office of the Under Secretary of Defense for Acquisition & Sustainment.

(D) The operations of the Office of the Director of Cost Analysis and Program Evaluation.

(E) The operations of the offices of the service acquisition executives of the military departments.

**SEC. 838. REPORT ON INTELLECTUAL PROPERTY POLICY AND THE CADRE OF INTELLECTUAL PROPERTY EXPERTS.**

(a) IN GENERAL.—Section 802 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1450) is amended by adding at the end the following new subsection:

"(c) REPORT.—Not later than December 15, 2019, the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall submit to the congressional defense committees a report that includes—

"(1) the policy required in subsection (a) of section 2322 of title 10, United States Code;

"(2) an identification of each member of the cadre of intellectual property experts required in subsection (b) of such section and the office to which such member belongs;

"(3) a description of the leadership structure and the office that will manage the cadre of intellectual property experts; and

"(4) a description of the specific activities performed, and programs and efforts supported, by the cadre of intellectual property experts during the 12-month period preceding the date of the report.".

(b) LIMITATION.—

(1) IN GENERAL.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense, not more than 75 percent may be obligated or expended for any of the offices described in paragraph (2) until the date on which the Secretary of Defense submits the report required under subsection (c) of section 802 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1450), as added by this section.

(2) OFFICES DESCRIBED.—The offices described in this paragraph are as follows:

(A) The Office of the Under Secretary of Defense for Acquisition and Sustainment.

(B) The Office of the Assistant Secretary of the Army for Acquisition, Logistics, and Technology.

(C) The Office of the Assistant Secretary of the Navy for Research, Development, and Acquisition.

(D) The Office of the Assistant Secretary of the Air Force for Acquisition, Technology, and Logistics.

**SEC. 839. GUIDANCE AND REPORTS RELATING TO COVERED DEFENSE BUSINESS SYSTEMS.**

(a) AMENDMENTS TO GUIDANCE FOR COVERED DEFENSE BUSINESS SYSTEMS.—Section 2222(d) of title 10, United States Code, is amended—

(1) in the matter preceding paragraph (1), by striking "subsection (c)(1)" and inserting "subsection (c)"; and

(2) by adding at the end the following new paragraphs:

"(7) Policy to ensure a covered defense business system is in compliance with the Department's auditability requirements.

"(8) Policy to ensure approvals required for the development of a covered defense business system.".

(b) REPORTS.—

(1) GUIDANCE.—The Secretary of Defense shall submit to the congressional defense committees a report—

(A) not later than December 31, 2019, that includes the guidance required under para-

WASHSTATEC006486

graph (1) of section 2222(c) of title 10, United States Code; and

(B) not later than March 31, 2020, that includes the guidance required under paragraph (2) of such section.

(2) INFORMATION TECHNOLOGY AND DEFENSE BUSINESS ENTERPRISE ARCHITECTURE.—Not later than February 1, 2020, the Chief Information Officer of the Department of Defense shall submit to the congressional defense committees a notification that the information technology enterprise architecture required under subparagraph (B) of section 2222(e)(4) of title 10, United States Code—

(A) has been established, including a schedule for implementing the plan required under such subparagraph (B) and a schedule for integrating the defense business enterprise architecture into the information technology enterprise architecture (as required under subparagraph (A) of such section); or

(B) has not been established, and include a schedule for—

(i) establishing such architecture;

(ii) implementing the plan required under such subparagraph (B); and

WASHSTATEC006487

(iii) integrating the defense business enterprise architecture into the information technology enterprise architecture (as required under subparagraph (A) of such section).

**SEC. 840. IMPLEMENTATION GUIDANCE FOR USE OF A MODULAR OPEN SYSTEM APPROACH.**

(a) GUIDANCE FOR PROGRAM CAPABILITIES DEVELOPMENT AND ACQUISITION WEAPON SYSTEM DESIGN.—Section 2446b of title 10, United States Code, is amended by adding at the end the following new subsection:

"(f) IMPLEMENTATION GUIDANCE.—The Secretaries of the military departments shall issue guidance to implement the requirements of this section.".

(b) GUIDANCE FOR MAJOR SYSTEM INTERFACES.—Section 2446c of title 10, United States Code, is amended—

(1) in paragraph (4), by striking "and" at the end;

(2) in paragraph (5), by striking the period at the end and adding "; and"; and

(3) by adding at the end the following new paragraph:

"(6) issue guidance to implement the requirements of this section.".

WASHSTATEC006488

**SEC. 841. LIMITATION ON AVAILABILITY OF FUNDS FOR THE OFFICE OF THE CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF DEFENSE.**

Of the funds authorized to be appropriated or otherwise made available for fiscal year 2020 for the Department of Defense, not more than 75 percent may be obligated or expended for the Office of the Chief Management Officer until the date on which the Chief Management Officer submits to the congressional defense committees—

(1) the certification of cost savings described in subparagraph (A) of section 921(b)(5) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2222 note); or

(2) the notice and justification described in subparagraph (B) of such section.

## Subtitle E—Industrial Base Matters

**SEC. 845. MODERNIZATION OF ACQUISITION PROCESSES TO ENSURE INTEGRITY OF INDUSTRIAL BASE.**

(a) IN GENERAL.—Subchapter II of chapter 148 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 2509. Modernization of acquisition processes to ensure integrity of industrial base**

"(a) DIGITIZATION AND MODERNIZATION.—The Secretary of Defense shall streamline and digitize the existing Department of Defense approach for identifying and mitigating risks to the defense industrial base across the acquisition process, creating a continuous model that uses digital tools, technologies, and approaches designed to ensure the accessibility of data to key decision-makers in the Department.

"(b) ANALYTICAL FRAMEWORK.—(1) The Under Secretary of Defense for Acquisition and Sustainment, in coordination with the Director of the Defense Counterintelligence and Security Agency and the heads of other elements of the Department of Defense as appropriate, shall develop an analytical framework for risk mitigation across the acquisition process.

"(2) The analytical framework required under paragraph (1) shall include the following elements:

"(A) Characterization and monitoring of supply chain risks, including—

"(i) material sources and fragility, including the extent to which sources, items, materials, and articles are mined, produced, or manufactured within or outside the United States;

"(ii) telecommunications services or equipment (other than optical transmission components);

"(iii) counterfeit parts;

"(iv) cybersecurity of contractors;

"(v) video surveillance services or equipment;

"(vi) vendor vetting in contingency or operational environments;

"(vii) other electronic or information technology products and services; and

"(viii) other risk areas as determined appropriate.

"(B) Characterization and monitoring of risks posed by contractor behavior that constitute violations of laws or regulations, including those relating to—

"(i) fraud;

"(ii) ownership structures;

"(iii) trafficking in persons;

"(iv) workers' health and safety;

"(v) affiliation with the enemy;

"(vi) foreign influence; and

"(vii) other risk areas as deemed appropriate.

WASHSTATEC006491

"(C) Characterization and assessment of the acquisition processes and procedures of the Department of Defense, including—

"(i) market research;

"(ii) responsibility determinations, including consideration of the need for special standards of responsibility to address the risks described in subparagraphs (A) and (B);

"(iii) facilities clearances;

"(iv) the development of contract requirements;

"(v) the technical evaluation of offers and contract awards;

"(vi) contractor mobilization, including hiring, training, and establishing facilities;

"(vii) contract administration, contract management, and oversight;

"(viii) contract audit for closeout;

"(ix) suspension and debarment activities and administrative appeals activities;

"(x) contractor business system reviews; and

"(xi) other relevant processes and procedures.

"(D) Characterization and monitoring of the health and activities of the defense industrial base, including those relating to—

"(i) balance sheets, revenues, profitability, and debt;

"(ii) investment, innovation, and technological and manufacturing sophistication;

"(iii) finances, access to capital markets, and cost of raising capital within those markets;

"(iv) corporate governance, leadership, and culture of performance; and

"(v) history of performance on past Department of Defense and government contracts.

"(c) ROLES AND RESPONSIBILITIES.—The Secretary of Defense shall designate the roles and responsibilities of organizations and individuals to execute activities under this section, including—

"(1) the Under Secretary of Defense for Acquisition and Sustainment, including the Office of Defense Pricing and Contracting and the Office of Industrial Policy;

"(2) service acquisition executives;

"(3) program offices and procuring contracting officers;

"(4) administrative contracting officers within the Defense Contract Management Agency and the Supervisor of Shipbuilding;

"(5) the Defense Counterintelligence and Security Agency;

"(6) the Defense Contract Audit Agency;

"(7) each element of the Department of Defense which own or operate systems containing data relevant to contractors of the Department;

"(8) the Under Secretary of Defense for Research and Engineering;

"(9) the suspension and debarment official of the Department;

"(10) the Chief Information Officer; and

"(11) other relevant organizations and individuals.

"(d) ENABLING DATA, TOOLS, AND SYSTEMS.—(1)(A) The Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Chief Data Officer of the Department of Defense and the Director of the Defense Counterintelligence and Security Agency, shall assess the extent to which existing systems of record relevant to risk assessments and contracting are producing, exposing, and timely maintaining valid and reliable data for the purposes of the Department's continuous

assessment and mitigation of risks in the defense industrial base.

"(B) The assessment required under subparagraph (A) shall include the following elements:

"(i) Identification of the necessary source data, to include data from contractors, intelligence and security activities, program offices, and commercial research entities.

"(ii) A description of the modern data infrastructure, tools, and applications and what changes would improve the effectiveness and efficiency of mitigating the risks described in subsection (b)(2).

"(iii) An assessment of the following systems owned or operated outside of the Department of Defense that the Department depends upon or to which it provides data:

"(I) The Federal Awardee Performance and Integrity Information System (FAPIIS).

"(II) The System for Award Management (SAM).

"(III) The Federal Procurement Data System–Next Generation (FPDS–NG).

"(IV) The Electronic Data Management Information System.

WASHSTATEC006495

"(V) Other systems the Secretary of Defense determines appropriate.

"(iv) An assessment of systems owned or operated by the Department of Defense, including the Defense Counterintelligence and Security Agency and other defense agencies and field activities used to capture and analyze the status and performance (including past performance) of vendors and contractors.

"(2) Based on the findings pursuant to paragraph (1), the Secretary of Defense shall develop a unified set of activities to modernize the systems of record, data sources and collection methods, and data exposure mechanisms. The unified set of activities should feature—

"(A) the ability to continuously collect data on, assess, and mitigate risks;

"(B) data analytics and business intelligence tools and methods; and

"(C) continuous development and continuous delivery of secure software to implement the activities.

"(e) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to limit or modify any other procurement policy, procedure, requirement, or restriction provided by law.

"(f) IMPLEMENTATION AND REPORTING REQUIREMENTS.—The Secretary of Defense shall carry out the implementation phases set forth in, and submit to the congressional defense committees the items of information required by, the following paragraphs:

"(1) PHASE 1: IMPLEMENTATION PLAN.—Not later than 90 days after the date of the enactment of this section, an implementation plan and schedule for carrying out the framework established pursuant to subsection (b), including—

"(A) a discussion and recommendations for any changes to, or exemptions from, laws necessary for effective implementation, including updating the definitions in section 2339a(e) of this title relating to covered procurement, covered system, and covered item of supply, and any similar terms defined in other law or regulation; and

"(B) a process for an entity to contact the Department after the entity has taken steps to remediate, mitigate, or otherwise address the risks identified by the Department in conducting activities under subsection (b).

"(2) PHASE 2: IMPLEMENTATION OF FRAMEWORK.—Not later than one year after the date of

the submission of the implementation plan and schedule required under paragraph (1), a report on the actions taken to implement the framework established pursuant to subsection (b).

"(g) COMPTROLLER GENERAL REVIEWS.—

"(1) BRIEFING.—Not later than February 15, 2020, the Comptroller General of the United States shall brief the congressional defense committees on Department of Defense efforts over the previous 5 years to continuously assess and mitigate risks to the defense industrial base across the acquisition process, and a summary of current and planned efforts.

"(2) PERIODIC ASSESSMENTS.—The Comptroller General shall submit to the congressional defense committees three periodic assessments of Department of Defense progress in implementing the framework required under subsection (b), to be provided not later than October 15, 2020, March 15, 2022, and March 15, 2024.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of subchapter II of chapter 148 of such title is amended by inserting after the item relating to section 2508 the following new item:

"2509. Modernization of acquisition processes to ensure integrity of industrial base.".

WASHSTATEC006498

**SEC. 846. REPORT REQUIREMENTS FOR THE NATIONAL TECHNOLOGY AND INDUSTRIAL BASE.**

(a) NATIONAL SECURITY STRATEGY FOR NATIONAL TECHNOLOGY AND INDUSTRIAL BASE.—Section 2501(a) of title 10, United States Code, is amended by inserting after the first sentence the following new sentence: "The Secretary shall submit such strategy to Congress not later than 180 days after the date of submission of the national security strategy report required under section 108 of the National Security Act of 1947 (50 U.S.C. 3043).".

(b) ANNUAL REPORT TO CONGRESS.—Section 2504(3) of title 10, United States Code, is amended—

(1) in the matter preceding subparagraph (A), by inserting "Executive order or" after "pursuant to";

(2) by amending subparagraph (A) to read as follows:

"(A) a map of the industrial base;";

(3) by redesignating subparagraph (B) as subparagraph (C); and

(4) by inserting after subparagraph (A) the following new subparagraph:

"(B) a prioritized list of gaps or vulnerabilities in the national technology and industrial base, including—

WASHSTATEC006499

"(i) a description of mitigation strategies necessary to address such gaps or vulnerabilities;

"(ii) the identification of the Secretary concerned or the head of the Defense Agency responsible for addressing such gaps or vulnerabilities; and

"(iii) a proposed timeline for action to address such gaps or vulnerabilities; and".

(c) ANNUAL REPORT ON UNFUNDED PRIORITIES FOR NATIONAL TECHNICAL INDUSTRIAL BASE.—

(1) IN GENERAL.—Subchapter II of chapter 148 of title 10, United States Code, is amended by inserting after section 2504 the following new section:

**"§ 2504a. Unfunded priorities of the national technology and industrial base: annual report**

"(a) ANNUAL REPORT.—Not later than 10 days after the date on which the budget of the President for a fiscal year is submitted to Congress pursuant to section 1105 of title 31, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the Secretary of Defense, the Chairman of the Joint Chiefs of Staff, and the congressional defense committees a report on the unfunded

priorities to address gaps or vulnerabilities in the national technology and industrial base.

"(b) ELEMENTS.—

"(1) IN GENERAL.—Each report under subsection (a) shall specify, for each unfunded priority covered by such report, the following:

"(A) A summary description of such priority, including the objectives to be achieved if such priority is funded (whether in whole or in part).

"(B) The additional amount of funds recommended in connection with the objectives under subparagraph (A).

"(C) Account information with respect to such priority, including the following (as applicable):

"(i) Line Item Number (LIN) for applicable procurement accounts.

"(ii) Program Element (PE) number for applicable research, development, test, and evaluation accounts.

"(iii) Sub-activity group (SAG) for applicable operation and maintenance accounts.

"(2) PRIORITIZATION OF PRIORITIES.—Each report shall present the unfunded priorities covered by such report in order of urgency of priority.

"(c) UNFUNDED PRIORITY DEFINED.—In this section, the term 'unfunded priority', in the case of a fiscal year, means a program, activity, or mission requirement of the national technology and industrial base that—

"(1) is not funded in the budget of the President for the fiscal year as submitted to Congress pursuant to section 1105 of title 31;

"(2) is necessary to address gaps or vulnerabilities in the national technology and industrial base; and

"(3) would have been recommended for funding through the budget referred to in paragraph (1) if—

"(A) additional resources had been available for the budget to fund the program, activity, or mission requirement; or

"(B) the program, activity, or mission requirement had emerged before the budget was formulated.".

(2) CLERICAL AMENDMENT.—The table of sections for such subchapter is amended by adding at the end the following new item:

"2504a. Unfunded priorities of the national technology and industrial base: annual report.".

WASHSTATEC006502

**SEC. 847. MITIGATING RISKS RELATED TO FOREIGN OWNERSHIP, CONTROL, OR INFLUENCE OF DEPARTMENT OF DEFENSE CONTRACTORS OR SUBCONTRACTORS.**

(a) DEFINITIONS.—In this section:

(1) BENEFICIAL OWNER; BENEFICIAL OWNERSHIP.—The terms "beneficial owner" and "beneficial ownership" shall be determined in a manner that is not less stringent than the manner set forth in section 240.13d–3 of title 17, Code of Federal Regulations (as in effect on the date of the enactment of this Act).

(2) COMPANY.—The term "company" means any corporation, company, limited liability company, limited partnership, business trust, business association, or other similar entity.

(3) COVERED CONTRACTOR OR SUBCONTRACTOR.—The term "covered contractor or subcontractor" means a company that is an existing or prospective contractor or subcontractor of the Department of Defense on a contract or subcontract with a value in excess of $5,000,000, except as provided in subsection (c).

(4) FOREIGN OWNERSHIP, CONTROL, OR INFLUENCE; FOCI.—The terms "foreign ownership, control, or influence" and "FOCI" have the meanings

given those terms in the National Industrial Security Program Operating Manual (DOD 5220.22–M), or a successor document.

(b) IMPROVED ASSESSMENT AND MITIGATION OF RISKS RELATED TO FOREIGN OWNERSHIP, CONTROL, OR INFLUENCE.—

(1) IN GENERAL.—In developing and implementing the analytical framework for mitigating risk relating to ownership structures, as required by section 2509 of title 10, United States Code, as added by section 845 of this Act, the Secretary of Defense shall improve the process and procedures for the assessment and mitigation of risks related to foreign ownership, control, or influence (FOCI) of contractors and subcontractors doing business with the Department of Defense.

(2) ELEMENTS.—The process and procedures for the assessment and mitigation of risk relating to ownership structures referred to in paragraph (1) shall include the following elements:

(A) ASSESSMENT OF FOCI.—(i) A requirement for covered contractors and subcontractors to disclose to the Defense Counterintelligence and Security Agency, or its successor

organization, their beneficial ownership and whether they are under FOCI.

(ii) A requirement to update such disclosures when changes occur to information previously provided, consistent with or similar to the procedures for updating FOCI information under the National Industrial Security Program Operating Manual (DOD 5220.22–M), or a successor document.

(iii) A requirement for covered contractors and subcontractors determined to be under FOCI to disclose contact information for each of its foreign owners that is a beneficial owner.

(iv) A requirement that, at a minimum, the disclosures required by this paragraph be provided at the time the contract or subcontract is awarded, amended, or renewed, but in no case later than one year after the Secretary prescribes regulations to carry out this subsection.

(B) RESPONSIBILITY DETERMINATION.—Consistent with section 2509 of title 10, United States Code, as added by section 845 of this Act, consideration of FOCI risks as part of responsibility determinations, including—

(i) whether to establish a special standard of responsibility relating to FOCI risks for covered contractors or subcontractors, and the extent to which the policies and procedures consistent with or similar to those relating to FOCI under the National Industrial Security Program shall be applied to covered contractors or subcontractors;

(ii) procedures for contracting officers making responsibility determinations regarding whether covered contractors and subcontractors may be under foreign ownership, control, or influence and for determining whether there is reason to believe that such foreign ownership, control, or influence would pose a risk or potential risk to national security or potential compromise because of sensitive data, systems, or processes, such as personally identifiable information, cybersecurity, or national security systems involved with the contract or subcontract; and

(iii) modification of policies, directives, and practices to provide that an assess-

WASHSTATEC006506

ment that a covered contractor or subcontractor is under FOCI may be a sufficient basis for a contracting officer to determine that a contractor or subcontractor is not responsible.

(C) CONTRACT REQUIREMENTS, ADMINISTRATION, AND OVERSIGHT RELATING TO FOCI.—

(i) Requirements for contract clauses providing for and enforcing disclosures related to changes in FOCI or beneficial ownership during performance of the contract or subcontract, consistent with subparagraph (A), and necessitating the effective mitigation of risks related to FOCI throughout the duration of the contract or subcontract.

(ii) Pursuant to section 831(c), designation of the appropriate Department of Defense official responsible to approve and to take actions relating to award, modification, termination of a contract, or direction to modify or terminate a subcontract due to an assessment by the Defense Counterintelligence and Security Agency, or its

successor organization, that a covered contractor or subcontractor under FOCI poses a risk to national security or potential risk of compromise.

(iii) A requirement for the provision of additional information regarding beneficial ownership and control of any covered contractor or subcontractor on the contract or subcontract.

(iv) Other measures as necessary to be consistent with other relevant practices, policies, regulations, and actions, including those under the National Industrial Security Program.

(c) APPLICABILITY TO CONTRACTS AND SUBCONTRACTS FOR COMMERCIAL PRODUCTS AND SERVICES AND OTHER FORMS OF ACQUISITION AGREEMENTS.—

(1) COMMERCIAL PRODUCTS AND SERVICES.—The requirements under subsection (b)(2)(A) and (b)(2)(C) shall not apply to a contract or subcontract for commercial products or services, unless a designated senior Department of Defense official specifically requires the applicability of subsections (b)(2)(A) and (b)(2)(C) based on a determination by the designated senior official that the contract or

WASHSTATEC006508

subcontract involves a risk or potential risk to national security or potential compromise because of sensitive data, systems, or processes, such as personally identifiable information, cybersecurity, or national security systems.

(2) RESEARCH AND DEVELOPMENT AND PROCUREMENT ACTIVITIES.—The Secretary of Defense shall ensure that the requirements of this section are applied to research and development and procurement activities, including for the delivery of services, established through any means including those under section 2358(b) of title 10, United States Code.

(d) AVAILABILITY OF RESOURCES.—The Secretary shall ensure that sufficient resources, including subject matter expertise, are allocated to execute the functions necessary to carry out this section, including the assessment, mitigation, contract administration, and oversight functions.

(e) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to limit or modify any other procurement policy, procedure, requirement, or restriction provided by law, including section 721 of the Defense Production Act of 1950 (50 U.S.C. 4565), as amended by

the Foreign Interference Risk Review Modernization Act of 2018 (subtitle A of title XVII of Public Law 115–232).

(f) AVAILABILITY OF BENEFICIAL OWNERSHIP DATA.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish a process to update systems of record to improve the assessment and mitigation of risks associated with FOCI through the inclusion and updating of all appropriate associated uniquely identifying information about the contracts and contractors and subcontracts and subcontractors in the Federal Awardee Performance and Integrity Information System (FAPIIS), administered by the General Services Administration, and the Commercial and Government Entity (CAGE) database, administered by the Defense Logistics Agency.

(2) LIMITED AVAILABILITY OF INFORMATION.—The Secretary of Defense shall ensure that the information required to be disclosed pursuant to this section is—

(A) not made public;

(B) made available via the FAPIIS and CAGE databases; and

(C) made available to appropriate government departments or agencies.

**SEC. 848. PROHIBITION ON OPERATION OR PROCUREMENT OF FOREIGN-MADE UNMANNED AIRCRAFT SYSTEMS.**

(a) PROHIBITION ON AGENCY OPERATION OR PROCUREMENT.—The Secretary of Defense may not operate or enter into or renew a contract for the procurement of—

(1) a covered unmanned aircraft system that—

(A) is manufactured in a covered foreign country or by an entity domiciled in a covered foreign country;

(B) uses flight controllers, radios, data transmission devices, cameras, or gimbals manufactured in a covered foreign country or by an entity domiciled in a covered foreign country;

(C) uses a ground control system or operating software developed in a covered foreign country or by an entity domiciled in a covered foreign country; or

(D) uses network connectivity or data storage located in or administered by an entity domiciled in a covered foreign country; or

(2) a system manufactured in a covered foreign country or by an entity domiciled in a covered for-

WASHSTATEC006511

eign country for the detection or identification of covered unmanned aircraft systems.

(b) EXEMPTION.—The Secretary of Defense is exempt from the restriction under subsection (a) if the operation or procurement is for the purposes of—

(1) Counter-UAS surrogate testing and training; or

(2) intelligence, electronic warfare, and information warfare operations, testing, analysis, and training.

(c) WAIVER.—The Secretary of Defense may waive the restriction under subsection (a) on a case by case basis by certifying in writing to the congressional defense committees that the operation or procurement is required in the national interest of the United States.

(d) DEFINITIONS.—In this section:

(1) COVERED FOREIGN COUNTRY.—The term "covered foreign country" means the People's Republic of China.

(2) COVERED UNMANNED AIRCRAFT SYSTEM.—The term "covered unmanned aircraft system" means an unmanned aircraft system and any related services and equipment.

**SEC. 849. MODIFICATION OF PROHIBITION ON ACQUISITION OF SENSITIVE MATERIALS FROM NON-ALLIED FOREIGN NATIONS.**

(a) EXPANSION OF MATERIALS COVERED BY PROHIBITION ON SALE FROM NATIONAL DEFENSE STOCKPILE.—Subsection (a)(2) of section 2533c of title 10, United States Code, is amended, in the matter preceding subparagraph (A), by striking "covered material" and inserting "material".

(b) INCLUSION OF TANTALUM IN DEFINITION OF COVERED MATERIALS.—Subsection (d)(1) of such section is amended—

(1) in subparagraph (C), by striking "; and" and inserting a semicolon;

(2) in subparagraph (D), by striking the period and inserting "; and"; and

(3) by adding at the end the following new subparagraph:

"(E) tantalum metals and alloys.".

**SEC. 850. ACQUISITION AND DISPOSAL OF CERTAIN RARE EARTH MATERIALS.**

(a) AUTHORITY TO DISPOSE OF AND ACQUIRE MATERIALS FOR THE NATIONAL DEFENSE STOCKPILE.—

(1) DISPOSAL AUTHORITY.—Pursuant to section 5(b) of the Strategic and Critical Materials Stock Piling Act (50 U.S.C. 98d(b)), the National

Defense Stockpile Manager shall dispose of 3,000,000 pounds of tungsten ores and concentrates contained in the National Defense Stockpile (in addition to any amount previously authorized for disposal).

(2) ACQUISITION AUTHORITY.—

(A) AUTHORITY.—Using funds available in the National Defense Stockpile Transaction Fund, the National Defense Stockpile Manager may acquire the following materials determined to be strategic and critical materials required to meet the defense, industrial, and essential civilian needs of the United States:

(i) Aerospace-grade rayon.

(ii) Electrolytic manganese metal.

(iii) Pitch-based carbon fiber.

(iv) Rare earth cerium compounds.

(v) Rare earth lanthanum compounds.

(B) AMOUNT OF AUTHORITY.—The National Defense Stockpile Manager may use up to $37,420,000 in the National Defense Stockpile Transaction Fund for acquisition of the materials specified in this paragraph.

(3) FISCAL YEAR LIMITATION.—The authority under this subsection is available for purchases

WASHSTATEC006514

made during fiscal year 2020 through fiscal year 2024.

(b) SENSE OF CONGRESS RELATING TO NATIONAL DEFENSE STOCKPILE SALES.—It is the sense of Congress that tantalum should be designated as a strategic and critical material under the Strategic and Critical Materials Stock Piling Act (50 U.S.C. 98 et seq.) required to meet the defense, industrial, and essential civilian needs of the United States.

(c) REPORT ON SUPPLY CHAIN ISSUES FOR RARE EARTH MATERIALS.—Not later than 180 days after the date of the enactment of this Act, the Administrator of the Defense Logistics Agency, in coordination with the Deputy Assistant Secretary of Defense for Industrial Policy, shall submit a report to Congress assessing issues relating to the supply chain for rare earth materials. Such report shall include the following:

(1) An assessment of the rare earth materials in the reserves held by the United States.

(2) A estimate of the needs of the United States for rare earth materials—

(A) in general; and

(B) to support a major near-peer conflict as described in war game scenarios in the 2018 National Defense Strategy.

(3) An assessment of the extent to which substitutes for rare earth materials are available.

(4) A strategy or plan to encourage the use of rare earth materials mined, refined, processed, melted, or sintered in the United States, or from trusted allies, including an assessment of the best acquisition practices (which shall include an analysis of best value contracting methods) to ensure the viability of trusted suppliers of rare earth materials to meet national security needs.

**SEC. 851. PILOT PROGRAM FOR DEVELOPMENT OF TECHNOLOGY-ENHANCED CAPABILITIES WITH PARTNERSHIP INTERMEDIARIES.**

(a) ESTABLISHMENT.—The Commander of the United States Special Operations Command may use the greater of $2,000,000 or 5 percent of the funds required to be expended by the United States Special Operations Command under section 9(f)(1) of the Small Business Act (15 U.S.C. 638(f)(1)) for a pilot program to increase participation by small business concerns in the development of technology-enhanced capabilities for special operations forces.

(b) USE OF PARTNERSHIP INTERMEDIARY.—

(1) AUTHORIZATION.—The Commander of the United States Special Operations Command may

WASHSTATEC006516

modify an existing agreement with a partnership intermediary to assist the Commander in carrying out the pilot program under this section, including with respect to the award of contracts and agreements to small business concerns.

(2) USE OF FUNDS.—None of the funds referred to in subsection (a) shall be used to pay a partnership intermediary for any administrative costs associated with the pilot program.

(c) REPORT.—Not later than October 1, 2020, and October 1, 2021, the Commander of the United States Special Operations Command, in coordination with the Under Secretary of Defense for Research and Engineering, shall submit to the congressional defense committees, the Committee on Small Business of the House of Representatives, and the Committee on Small Business and Entrepreneurship of the Senate a report describing any agreement with a partnership intermediary entered into pursuant to this section. The report shall include, for each such agreement, the amount of funds obligated, an identification of the recipient of such funds, and a description of the use of such funds.

(d) TERMINATION.—The authority to carry out a pilot program under this section shall terminate on September 30, 2021.

WASHSTATEC006517

(e) DEFINITIONS.—In this section:

(1) PARTNERSHIP INTERMEDIARY.—The term "partnership intermediary" has the meaning given the term in section 23(c) of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3715(c)).

(2) SMALL BUSINESS CONCERN.—The term "small business concern" has the meaning given the term under section 3 of the Small Business Act (15 U.S.C. 632).

(3) SMALL BUSINESS INNOVATION RESEARCH PROGRAM.—The term "Small Business Innovation Research Program" has the meaning given the term in section 9(e)(4) of the Small Business Act (15 U.S.C. 638(e)).

(4) SMALL BUSINESS TECHNOLOGY TRANSFER PROGRAM.—The term "Small Business Technology Transfer Program" has the meaning given the term in section 9(e)(6) of the Small Business Act (15 U.S.C. 638(e)).

(5) TECHNOLOGY-ENHANCED CAPABILITY.—The term "technology-enhanced capability" means a product, concept, or process that improves the ability of a member of the Armed Forces to achieve an assigned mission.

**SEC. 852. AUTHORIZED OFFICIAL TO CARRY OUT THE PROCUREMENT TECHNICAL ASSISTANCE COOPERATIVE AGREEMENT PROGRAM.**

(a) AUTHORIZED OFFICIAL.—Effective October 1, 2021, section 2411(3) of title 10, United States Code, is amended by striking "Director of the Defense Logistics Agency" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(b) REPORT AND BRIEFING.—Not later than November 1, 2020, the Secretary of Defense shall provide to the congressional defense committees a written report and briefing on the activities carried out in preparation for the transition of responsibilities for carrying out the procurement technical assistance cooperative agreement program under chapter 142 of title 10, United States Code, from the Director of Defense Logistics Agency to the Under Secretary of Defense for Acquisition and Sustainment, as required by subsection (a).

(c) ANNUAL BUDGET JUSTIFICATION DOCUMENTS.—The Secretary of Defense shall submit to Congress, as a part of the defense budget materials (as defined in section 234(d) of title 10, United States Code) for fiscal year 2021 and each fiscal year thereafter, a budget justification display that includes the procurement technical assistance cooperative agreement program under chapter 142 of title 10, United States Code, as part of

WASHSTATEC006519

the budget justification for Operation and Maintenance, Defense-wide for the Office of the Secretary of Defense.

**SEC. 853. REQUIREMENT THAT CERTAIN SHIP COMPONENTS BE MANUFACTURED IN THE NATIONAL TECHNOLOGY AND INDUSTRIAL BASE.**

(a) ADDITIONAL PROCUREMENT LIMITATION.—Section 2534(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(6) COMPONENTS FOR AUXILIARY SHIPS.—Subject to subsection (k), large medium-speed diesel engines.".

(b) IMPLEMENTATION.—Such section is further amended by adding at the end the following new subsection:

"(k) IMPLEMENTATION OF AUXILIARY SHIP COMPONENT LIMITATION.—Subsection (a)(6) applies only with respect to contracts awarded by the Secretary of a military department for new construction of an auxiliary ship after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 using funds available for National Defense Sealift Fund programs or Shipbuilding and Conversion, Navy. For purposes of this subsection, the term 'auxiliary ship' does not include an icebreaker or a special mission ship.".

**SEC. 854. ADDITION OF DOMESTICALLY PRODUCED STAINLESS STEEL FLATWARE AND DINNERWARE TO THE BERRY AMENDMENT.**

(a) ADDITION OF DOMESTICALLY PRODUCED STAINLESS STEEL FLATWARE AND DINNERWARE.—

(1) IN GENERAL.—Section 2533a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:

"(3) Stainless steel flatware.

"(4) Dinnerware.".

(2) APPLICABILITY.—Paragraphs (3) and (4) of section 2533a(b) of title 10, United States Code, as added by paragraph (1), shall apply with respect to contracts entered into on or after the date occurring 1 year after the date of the enactment of this Act.

(3) REPEAL.—Effective September 30, 2023, such paragraphs (3) and (4) are repealed.

(b) REPORT.—

(1) REPORT REQUIRED.—Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that provides a market survey, cost assessment, description of national security considerations, and a recommendation regarding whether the procurement of dinnerware and stainless steel flatware should be limited to sources in the United States.

WASHSTATEC006521

(2) CONTENTS.—The report required under paragraph (1) shall include an analysis of the following with respect to dinnerware and stainless steel flatware:

(A) The extent to which such items have commercial applications.

(B) The number of such items to be procured by current programs of record.

(C) The criticality of such items to a military unit's mission accomplishment.

(D) The estimated cost and other considerations of reconstituting the production capability of such items, if not maintained in the United States.

(E) National security regulations or restrictions imposed on such items that may not be imposed on such items if provided by a competitor outside the United States.

(F) Federal, State, and local government regulations that are not related to national security that are imposed on such items that may not be imposed on a competitor outside the United States.

(G) The extent to which such items is fielded in current programs of record.

(H) The extent to which such items can be procured as and when needed in satisfactory quality and sufficient quantity at United States market prices.

(I) The benefits accrued to the Department of Defense and the defense industrial base to procure such items from sources outside the United States.

**SEC. 855. APPLICATION OF MISCELLANEOUS TECHNOLOGY BASE POLICIES AND PROGRAMS TO THE COLUMBIA-CLASS SUBMARINE PROGRAM.**

Notwithstanding subchapter V of chapter 148 of title 10, United States Code (except for sections 2534, 2533a, and 2533b of such title), for a period of one year beginning on the date of the enactment of this Act, the milestone decision authority (as defined in section 2366a of title 10, United States Code) for the Columbia-class submarine program shall ensure that such program maintains the Acquisition Program Baseline schedule dates approved under the Milestone B approval (as defined in such section).

**SEC. 856. APPLICATION OF LIMITATION ON PROCUREMENT OF GOODS OTHER THAN UNITED STATES GOODS TO THE FFG–FRIGATE PROGRAM.**

Notwithstanding any other provision of law, amounts authorized to carry out the FFG–Frigate Program may be used to award a new contract that provides for the acquisition of the following components regardless of whether those components are manufactured in the United States:

(1) Auxiliary equipment (including pumps) for shipboard services.

(2) Propulsion equipment (including engines, reduction gears, and propellers).

(3) Shipboard cranes.

(4) Spreaders for shipboard cranes.

**SEC. 857. SENSE OF CONGRESS REGARDING CONSIDERATION OF PRICE IN PROCUREMENT OF THE FFG(X) FRIGATE.**

It is the sense of Congress that during fiscal year 2020, in evaluating proposals for a contract to procure a FFG(X) frigate, the Secretary of the Navy should ensure price is a critical factor.

# Subtitle F—Provisions Relating to Acquisition Workforce

**SEC. 860. ESTABLISHMENT OF DEFENSE CIVILIAN TRAINING CORPS.**

(a) In General.—Part III of subtitle A of title 10, United States Code, is amended by inserting after chapter 112 the following new chapter:

## "CHAPTER 113—DEFENSE CIVILIAN TRAINING CORPS

"Sec. 2200g. Establishment.
"Sec. 2200h. Program elements.
"Sec. 2200i. Model authorities.
"Sec. 2200j. Definitions.

**"SEC. 2200g. ESTABLISHMENT.**

"For the purposes of preparing selected students for public service in Department of Defense occupations relating to acquisition, science, engineering, or other civilian occupations determined by the Secretary of Defense, and to target critical skill gaps in the Department of Defense, the Secretary of Defense shall establish and maintain a Defense Civilian Training Corps program, organized into one or more units, at any accredited civilian educational institution authorized to grant baccalaureate degrees.

**"SEC. 2200h. PROGRAM ELEMENTS.**

"In establishing the program, the Secretary of Defense shall determine the following:

"(1) A methodology to identify and target critical skills gaps in Department of Defense occupations relating to acquisition, science, engineering, or other civilian occupations determined by the Secretary of Defense.

"(2) A mechanism to track and report the success of the program in eliminating any critical skills gaps identified under paragraph (1).

"(3) Criteria for an accredited civilian educational institution to participate in the program.

"(4) The eligibility of a student to become a member of the program.

"(5) Criteria required for a member of the program to receive financial assistance from the Department of Defense.

"(6) The term of service as an employee of the Department of Defense required for a member of the program to receive such financial assistance.

"(7) Criteria required for a member of the program to be released from a term of service.

"(8) The method by which a successful graduate of the program may gain immediate employment in the Department of Defense.

"(9) Resources required for implementation of the program.

**"SEC. 2200i. MODEL AUTHORITIES.**

"In making determinations under section 2200h of this title, the Secretary of Defense shall use the authorities under chapters 103 and 111 of this title as guides.

**"SEC. 2200j. DEFINITIONS.**

"In this chapter:

"(1) The term 'program' means the Defense Civilian Training Corps program established under section 2200g.

"(2) The term 'member of the program' means a student at an accredited civilian educational institution who is enrolled in the program.".

(b) IMPLEMENTATION TIMELINE.—

(1) INITIAL IMPLEMENTATION.—Not later than February 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a plan and schedule to implement the Defense Civilian Training Corps program established under chapter 113 of title 10, United States Code (as added by subsection (a)) at one accredited civilian educational institution authorized to grant baccalaureate degrees not later than August 1, 2021. The plan shall include a list of critical skills gaps the program will address and recommendations for any legislative changes required for effective implementation of the program.

WASHSTATEC006527

(2) EXPANSION.—Not later than December 31, 2020, the Secretary of Defense shall submit to the congressional defense committees an expansion plan and schedule to expand the Defense Civilian Training Corps program to five accredited civilian educational institutions not later than August 1, 2022.

(3) FULL IMPLEMENTATION.—Not later than December 31, 2021, the Secretary of Defense shall submit to the congressional defense committees a full implementation plan and schedule to expand the Defense Civilian Training Corps program to at least 20 accredited civilian educational institutions with not fewer than 400 members enrolled in the program not later than August 1, 2023.

**SEC. 861. DEFENSE ACQUISITION WORKFORCE CERTIFICATION, EDUCATION, AND CAREER FIELDS.**

(a) PROFESSIONAL CERTIFICATION REQUIREMENT.—

(1) PROFESSIONAL CERTIFICATION REQUIRED FOR ALL ACQUISITION WORKFORCE PERSONNEL.—Section 1701a of title 10, United States Code, is amended—

(A) by redesignating subsections (c) and (d) as subsections (d) and (e), respectively; and

WASHSTATEC006528

(B) by inserting after subsection (b) the following new subsection:

"(c) PROFESSIONAL CERTIFICATION.—(1) IN GENERAL.—The Secretary of Defense shall implement a certification program to provide for a professional certification requirement for all members of the acquisition workforce. Except as provided in paragraph (2), the certification requirement for any acquisition workforce career field shall be based on standards developed by a third-party accredited program based on nationally or internationally recognized standards.

"(2) REQUIREMENTS FOR SECRETARY.—If the Secretary determines that, for a particular acquisition workforce career field, a third-party accredited program based on nationally or internationally recognized standards does not exist, the Secretary shall establish the certification requirement for that career field that conforms with the practices of national or international accrediting organizations. The Secretary shall determine the best approach for meeting the certification requirement for any such career field, including by implementing such certification requirement through entities outside the Department of Defense, and may design and implement such certification requirement without regard to section 1746 of this title.".

(2) PERFORMANCE MANAGEMENT.—Subsection (b) of such section is amended—

(A) in paragraph (5), by striking "encourage" and inserting "direct"; and

(B) in paragraph (6), by inserting "and consequences" after "warnings".

(3) PARTICIPATION IN PROFESSIONAL ASSOCIATIONS.—Subsection (b) of such section is further amended—

(A) by redesignating paragraphs (6), (7), (8), and (9) as paragraphs (7), (8), (9), and (10), respectively; and

(B) by inserting after paragraph (5) the following new paragraph:

"(6) authorize a member of the acquisition workforce to participate in professional associations, consistent with the performance plan of such a member in order to provide the member with the opportunity to gain leadership and management skills.".

(4) GENERAL EDUCATION, TRAINING, AND EXPERIENCE REQUIREMENTS.—Section 1723 of such title is amended—

(A) in subsection (a)(3), by striking the second sentence; and

WASHSTATEC006530

(B) in subsection (b)(1), by striking "encourage" and inserting "direct".

(5) EFFECTIVE DATE.—The Secretary of Defense shall implement procedures to institute the program required by subsection (c) of section 1701a of title 10, United States Code, as added by paragraph (1), not later than 180 days after the date of the enactment of this Act.

(b) ELIMINATION OF STATUTORY REQUIREMENT FOR COMPLETION OF 24 SEMESTER CREDIT HOURS.—

(1) QUALIFICATION REQUIREMENTS FOR CONTRACTING POSITIONS.—Section 1724 of title 10, United States Code, is amended—

(A) in subsection (a)(3)—

(i) by striking "(A)" after "(3)"; and

(ii) by striking ", and (B)" and all that follows through "and management"; and

(B) in subsection (b), by striking "requirements" in the first sentences of paragraphs (1) and (2) and inserting "requirement";

(C) in subsection (e)—

(i) in paragraph (1)—

(I) by striking "requirements in subparagraphs (A) and (B) of sub-

WASHSTATEC006531

section (a)(3)" and inserting "requirement of subsection (a)(3)"; and

(II) in subparagraph (C), by striking "requirements" and inserting "requirement"; and

(ii) in paragraph (2)—

(I) by striking "shall have—" and all that follows through "been awarded" and inserting "shall have been awarded";

(II) by striking "; or" and inserting a period; and

(III) by striking subparagraph (B); and

(D) in subsection (f), by striking ", including—" and all that follows and inserting a period.

(2) SELECTION CRITERIA AND PROCEDURES.—Section 1732 of such title is amended—

(A) in subsection (b)(1)—

(i) by striking "Such requirements," and all the follows through "the person—" and inserting "Such requirements shall include a requirement that the person—";

(ii) by striking subparagraph (B); and

WASHSTATEC006532

(iii) by redesignating clauses (i) and (ii) as subparagraphs (A) and (B), respectively, and conforming the margins accordingly;

(B) in subsection (c), by striking "requirements of subsections (b)(1)(A) and (b)(1)(B)" in paragraphs (1) and (2) and inserting "requirement of subsection (b)(1)"; and

(C) in subsection (d)—

(i) by striking "(1) Except as provided in paragraph (2),"; and

(ii) by striking paragraph (2).

(c) DEFENSE ACQUISITION UNIVERSITY.—Section 1746 of title 10, United States Code, is amended—

(1) in subsection (b)—

(A) by redesignating paragraphs (2) and (3) as paragraphs (4) and (5), respectively;

(B) by inserting after paragraph (1) the following new paragraphs:

"(2) The professors, instructors, and lecturers employed under paragraph (1) shall include individuals from civilian colleges or universities that are not owned or operated by the Federal Government, commercial learning and development organizations,

WASHSTATEC006533

industry, or federally funded research and development centers.

"(3) The Secretary of Defense shall ensure that—

"(A) not later than September 1, 2021, not less than five full-time visiting professors employed under paragraph (1) are from civilian colleges or universities described under paragraph (2); ; and

"(B) not later than September 1, 2022, not less than ten full-time visiting professors employed under paragraph (1) are from such civilian colleges or universities."; and

(2) in subsection (c), by inserting ", and with commercial training providers," after "military departments".

(d) DESIGNATION OF SECURITY COOPERATION AS AN ACQUISITION POSITION.—Section 1721(b) of title 10, United States Code, is amended—

(1) by amending paragraph (11) to read as follows:

"(11) Security cooperation."; and

(2) by adding at the end the following new paragraph:

"(13) Other positions, as necessary.".

(e) CAREER PATHS.—

(1) CAREER PATH REQUIRED FOR EACH ACQUISITION WORKFORCE CAREER FIELD.—Paragraph (4) of section 1701a(b) of title 10, United States Code, is amended to read as follows:

"(4) develop and implement a career path, as described in section 1722(a) of this title, for each career field designated by the Secretary under section 1721(a) of this title as an acquisition workforce career field;".

(2) CONFORMING AMENDMENTS.—Section 1722(a) of such title is amended—

(A) by striking "appropriate career paths" and inserting "an appropriate career path"; and

(B) by striking "are identified" and inserting "is identified for each acquisition workforce career field".

(3) DEADLINE FOR IMPLEMENTATION OF CAREER PATHS.—Not later than the end of the two-year period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of paragraph (4) of section 1701a(b) of title 10, United States Code (as amended by paragraph (1)).

WASHSTATEC006535

(f) CAREER FIELDS.—

(1) DESIGNATION OF ACQUISITION WORKFORCE CAREER FIELDS.—Section 1721(a) of such title is amended by adding at the end the following new sentence: "The Secretary shall also designate in regulations those career fields in the Department of Defense that are acquisition workforce career fields for purposes of this chapter.".

(2) CLERICAL AMENDMENTS.—(A) The heading of section 1721 of such title is amended to read as follows:

**"§ 1721. Designation of acquisition positions and acquisition workforce career fields".**

(B) The item relating to such section in the table of sections at the beginning of subchapter II of chapter 87 of such title is amended to read as follows:

"1721. Designation of acquisition positions and acquisition workforce career fields.".

(3)(A) The heading of subchapter II of chapter 87 of such title is amended to read as follows:

"SUBCHAPTER II—ACQUISITION POSITIONS AND ACQUISITION WORKFORCE CAREER FIELDS".

(B) The item relating to such subchapter in the table of subchapters at the beginning of such chapter is amended to read as follows:

"II. Acquisition Positions And Acquisition Workforce Career Fields ..... 1721".

WASHSTATEC006536

(4) DEADLINE FOR DESIGNATION OF CAREER FIELDS.—Not later than the end of the six-month period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of the second sentence of section 1721(a) of title 10, United States Code (as added by paragraph (1)).

(g) KEY WORK EXPERIENCES.—

(1) DEVELOPMENT OF KEY WORK EXPERIENCES FOR EACH ACQUISITION WORKFORCE CAREER FIELD.—Section 1722b of such title is amended by adding at the end the following new subsection:

"(c) KEY WORK EXPERIENCES.—In carrying out subsection (b)(2), the Secretary shall ensure that key work experiences, in the form of multidisciplinary experiences, are developed for each acquisition workforce career field.".

(2) PLAN FOR IMPLEMENTATION OF KEY WORK EXPERIENCES.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan identifying the specific actions the Secretary has taken, and is planning to take, to develop and establish key work experiences for each acquisition workforce career field as required by subsection (c) of section 1722b of title 10, United

WASHSTATEC006537

States Code (as added by paragraph (1)). The plan shall specify the percentage of the acquisition workforce, or funds available for administration of the acquisition workforce on an annual basis, that the Secretary will dedicate towards developing and establishing such key work experiences.

(h) APPLICABILITY OF CAREER PATH REQUIREMENTS TO ALL MEMBERS OF ACQUISITION WORKFORCE.—Section 1723(b) of such title is amended by striking "the critical acquisition-related".

(i) COMPETENCY DEVELOPMENT.—

(1) IN GENERAL.—Subchapter V of chapter 87 of such title is amended by adding at the end the following new section:

**"§ 1765. Competency development**

"For each acquisition workforce career field, the Secretary of Defense shall—

"(1) establish, for the civilian personnel in that career field, defined proficiency standards and technical and nontechnical competencies which shall be used in personnel qualification assessments; and

"(2) assign resources to accomplish such technical and nontechnical competencies.".

WASHSTATEC006538

(2) The table of sections at the beginning of such subchapter II is amended by adding at the end the following new item:

"1765. Competency development.".

(3) DEADLINE FOR IMPLEMENTATION.—Not later than the end of the two-year period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of section 1765 of title 10, United States Code (as added by paragraph (1)).

(j) TERMINATION OF DEFENSE ACQUISITION CORPS.—

(1) The Acquisition Corps for the Department of Defense referred to in section 1731(a) of title 10, United States Code, is terminated.

(2) Section 1733 of title 10, United States Code, is amended—

(A) by striking subsection (a); and

(B) by redesignating subsection (b) as subsection (a).

(3) Subsection (b) of section 1731 of such title is transferred to the end of section 1733 of such title, as amended by paragraph (2), and amended—

(A) by striking "ACQUISITION CORPS" in the heading and inserting "THE ACQUISITION WORKFORCE"; and

(B) by striking "selected for the Acquisition Corps" and inserting "in the acquisition workforce".

(4) Subsection (e) of section 1732 of such title is transferred to the end of section 1733 of such title, as amended by paragraphs (2) and (3), redesignated as subsection (c), and amended—

(A) by striking "in the Acquisition Corps" in paragraphs (1) and (2) and inserting "in critical acquisition positions"; and

(B) by striking "serving in the Corps" in paragraph (2) and inserting "employment".

(5) Sections 1731 and 1732 of such title are repealed.

(6)(A) Section 1733 of such title, as amended by paragraphs (2), (3), and (4), is redesignated as section 1731.

(B) The table of sections at the beginning of subchapter III of chapter 87 of such title is amended by striking the items relating to sections 1731, 1732, and 1733 and inserting the following new item:

"1731. Critical acquisition positions.".

(7)(A) The heading of subchapter III of chapter 87 of such title is amended to read as follows:

"SUBCHAPTER III—CRITICAL ACQUISITION POSITIONS".

WASHSTATEC006540

(B) The item relating to such subchapter in the table of subchapters at the beginning of such chapter is amended to read as follows:

"III. Critical Acquisition Positions ........................................................ 1731".

(8) Section 1723(a)(2) of such title is amended by striking "section 1733 of this title" and inserting "section 1731 of this title".

(9) Section 1725 of such title is amended—

(A) in subsection (a)(1), by striking "Defense Acquisition Corps" and inserting "acquisition workforce"; and

(B) in subsection (d)(2), by striking "of the Defense Acquisition Corps" and inserting "in the acquisition workforce serving in critical acquisition positions".

(10) Section 1734 of such title is amended—

(A) by striking "of the Acquisition Corps" in subsections (e)(1) and (h) and inserting "of the acquisition workforce"; and

(B) in subsection (g)—

(i) by striking "of the Acquisition Corps" in the first sentence and inserting "of the acquisition workforce";

(ii) by striking "of the Corps" and inserting "of the acquisition workforce"; and

WASHSTATEC006541

(iii) by striking "of the Acquisition Corps" in the second sentence and inserting "of the acquisition workforce in critical acquisition positions".

(11) Section 1737 of such title is amended—

(A) in subsection (a)(1), by striking "of the Acquisition Corps" and inserting "of the acquisition workforce"; and

(B) in subsection (b), by striking "of the Corps" and inserting "of the acquisition workforce".

(12) Section 1742(a)(1) of such title is amended by striking "the Acquisition Corps" and inserting "acquisition positions in the Department of Defense".

(13) Section 2228(a)(4) of such title is amended by striking "under section 1733(b)(1)(C) of this title" and inserting "under section 1731 of this title".

(14) Section 7016(b)(5)(B) of such title is amended by striking "under section 1733 of this title" and inserting "under section 1731 of this title".

(15) Section 8016(b)(4)(B) of such title is amended by striking "under section 1733 of this

title" and inserting "under section 1731 of this title".

(16) Section 9016(b)(4)(B) of such title is amended by striking "under section 1733 of this title" and inserting "under section 1731 of this title".

(17) Paragraph (1) of section 317 of title 37, United States Code, is amended to read as follows:

"(1) is a member of the acquisition workforce selected to serve in, or serving in, a critical acquisition position designated under section 1731 of title 10.".

**SEC. 862. SOFTWARE DEVELOPMENT AND SOFTWARE ACQUISITION TRAINING AND MANAGEMENT PROGRAMS.**

(a) ESTABLISHMENT OF SOFTWARE DEVELOPMENT AND SOFTWARE ACQUISITION TRAINING AND MANAGEMENT PROGRAMS.—

(1) IN GENERAL.—The Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment and in consultation with the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Personnel and Readiness, and the Chief Information Officer of the Department of Defense, shall es-

WASHSTATEC006543

tablish software development and software acquisition training and management programs for all software acquisition professionals, software developers, and other appropriate individuals (as determined by the Secretary of Defense), to earn a certification in software development and software acquisition.

(2) PROGRAM CONTENTS.—The programs established under paragraph (1) shall—

(A) develop and expand the use of specialized training programs for chief information officers of the military departments and the Defense Agencies, service acquisition executives, program executive officers, and program managers to include training on and experience in—

(i) continuous software development; and

(ii) acquisition pathways available to acquire software;

(B) ensure that appropriate program managers—

(i) have demonstrated competency in current software processes;

(ii) have the skills to lead a workforce that can quickly meet challenges, use software tools that prioritize continuous or fre-

quent upgrades as such tools become available, take up opportunities provided by new innovations, and plan software activities in short iterations to learn from risks of software testing; and

(iii) have the experience and training to delegate technical oversight and execution decisions; and

(C) include continuing education courses, exchanges with private-sector organizations, and experiential training to help individuals maintain skills learned through the programs.

(b) REPORTS.—

(1) REPORTS REQUIRED.—The Secretary shall submit to the congressional defense committees—

(A) not later than 90 days after the date of the enactment of this Act, an initial report; and

(B) not later than one year after the date of the enactment of this Act, a final report.

(2) CONTENTS.—Each report required under paragraph (1) shall include—

(A) the status of implementing the software development and software acquisition

training and management programs established under subsection (a)(1);

(B) a description of the requirements for certification, including the requirements for competencies in current software processes;

(C) a description of potential career paths in software development and software acquisition within the Department of Defense;

(D) an independent assessment conducted by the Defense Innovation Board of the progress made on implementing the programs established under subsection (a)(1); and

(E) any recommendations for changes to existing law to facilitate the implementation of the programs established under subsection (a)(1).

(c) DEFINITIONS.—In this section:

(1) PROGRAM EXECUTIVE OFFICER; PROGRAM MANAGER.—The terms "program executive officer" and "program manager" have the meanings given those terms, respectively, in section 1737 of title 10, United States Code.

(2) SERVICE ACQUISITION EXECUTIVE.—The terms "military department", "Defense Agency", and "service acquisition executive" have the mean-

ings given those terms, respectively, in section 101 of title 10, United States Code.

(3) MAJOR DEFENSE ACQUISITION PROGRAM.—The term "major defense acquisition program" has the meaning given in section 2430 of title 10, United States Code.

(4) DEFENSE BUSINESS SYSTEM.—The term "defense business system" has the meaning given in section 2222(i)(1) of title 10, United States Code.

**SEC. 863. MODIFICATION OF TEMPORARY ASSIGNMENTS OF DEPARTMENT OF DEFENSE EMPLOYEES TO A PRIVATE-SECTOR ORGANIZATION.**

(a) PUBLIC-PRIVATE TALENT EXCHANGE PROGRAM.—Section 1599g of title 10, United States Code, is amended by adding at the end the following new subsections:

"(i) CONFLICTS OF INTEREST.—A private-sector organization that is temporarily assigned a member of the acquisition workforce under this section shall not be considered to have a conflict of interest with the Department of Defense solely because of participation in the program established under this section.

"(j) FUNDING; USE OF DEFENSE ACQUISITION WORKFORCE DEVELOPMENT FUND.—Funds for the expenses for the program established under this section may

be provided from amounts in the Department of Defense Acquisition Workforce Development Fund. Expenses for the program include—

"(1) notwithstanding section 1705(e)(5) of this title, the base salary of a civilian member of the acquisition workforce assigned to a private-sector organization under this section, during the period of that assignment;

"(2) expenses relating to assignment under this section of a member of the acquisition workforce away from the member's regular duty station, including expenses for travel, per diem, and lodging; and

"(3) expenses for the administration of the program.".

(b) USE OF DEFENSE ACQUISITION WORKFORCE DEVELOPMENT FUND.—Section 1705(e)(1) of such title is amended by adding at the end the following new subparagraph:

"(C) Amounts in the Fund may be used to pay the expenses of the public-private talent exchange program established under section 1599g of this title.".

**SEC. 864. INCENTIVES AND CONSIDERATION FOR QUALIFIED TRAINING PROGRAMS.**

(a) IN GENERAL.—Chapter 141 of title 10, United States Code, is amended by inserting after section 2409 the following new section:

**"§ 2409a. Incentives and consideration for qualified training programs**

"(a) INCENTIVES.—The Secretary of Defense shall develop workforce development investment incentives for a contractor that implements a qualified training program to develop the workforce of the contractor in a manner consistent with the needs of the Department of Defense.

"(b) CONSIDERATION OF QUALIFIED TRAINING PROGRAMS.—The Secretary of Defense shall revise the Department of Defense Supplement to the Federal Acquisition Regulation to require that the system used by the Federal Government to monitor or record contractor past performance includes an analysis of the availability, quality, and effectiveness of a qualified training program of an offeror as part of the past performance rating of such offeror.

"(c) QUALIFIED TRAINING PROGRAM DEFINED.—The term 'qualified training program' means any of the following:

WASHSTATEC006549

"(1) A program eligible to receive funds under the Workforce Innovation and Opportunity Act (29 U.S.C. 3101 et seq.).

"(2) A program eligible to receive funds under the Carl D. Perkins Career and Technical Education Act of 2006 (20 U.S.C. 2301 et seq.).

"(3) A program registered under the Act of August 16, 1937 (commonly known as the 'National Apprenticeship Act'; Stat. 664, chapter 663; 29 U.S.C. 50 et seq.).

"(4) Any other program determined to be a qualified training program for purposes of this section, and that meets the workforce needs of the Department of Defense, as determined by the Secretary of Defense.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2409 the following new item:

"2409a. Incentives and consideration for qualified training programs.".

**SEC. 865. USE OF QUALIFIED APPRENTICES BY MILITARY CONSTRUCTION CONTRACTORS.**

(a) USE OF QUALIFIED APPRENTICES BY MILITARY CONSTRUCTION CONTRACTORS.—

(1) IN GENERAL.—Subchapter III of chapter 169 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 2870. Use of qualified apprentices by military construction contractors**

"(a) CERTIFICATION REQUIRED.—The Secretary of Defense shall require each offeror for a contract for a military construction project to certify to the Secretary that, if awarded such a contract, the offeror will—

"(1) establish a goal that not less than 20 percent of the total workforce employed in the performance of such a contract are qualified apprentices; and

"(2) make a good faith effort to meet or exceed such goal.

"(b) INCENTIVES.—The Secretary of Defense shall develop incentives for offerors for a contract for military construction projects to meet or exceed the goal described in subsection (a).

"(c) CONSIDERATION OF USE OF QUALIFIED APPRENTICES.—The Secretary of Defense shall revise the Department of Defense Supplement to the Federal Acquisition Regulation to require that the system used by the Federal Government to monitor or record contractor past performance includes an analysis of whether the con-

WASHSTATEC006551

tractor has made a good faith effort to meet or exceed the goal described in subsection (a), including consideration of the actual number of qualified apprentices used by the contractor on the contract, as part of the past performance rating of such contractor.

"(d) QUALIFIED APPRENTICE DEFINED.—In this section, the term 'qualified apprentice' means an employee participating in an apprenticeship program that is—

"(1) registered with the Office of Apprenticeship of the Employment Training Administration of the Department of Labor pursuant to the Act of August 16, 1937 (popularly known as the 'National Apprenticeship Act'; 29 U.S.C. 50 et seq.);

"(2) registered with a State apprenticeship agency recognized by such Office of Apprenticeship pursuant to such Act; or

"(3) determined to be a high-quality apprenticeship program by industry and the Secretary of Labor.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of subchapter III of chapter 169 of title 10, United States Code, is amended by adding at the end the following new item:

"2870. Use of qualified apprentices by military construction contractors.".

(b) APPLICABILITY.—The amendments made by this section shall apply with respect to contracts awarded on

WASHSTATEC006552

or after the date that is 180 days after the date of the enactment of this Act.

## Subtitle G—Small Business Matters

### SEC. 870. REQUIREMENTS RELATING TO CREDIT FOR CERTAIN SMALL BUSINESS CONCERN SUBCONTRACTORS.

(a) CREDIT FOR CERTAIN SMALL BUSINESS CONCERN SUBCONTRACTORS.—Section 8(d)(16) of the Small Business Act (15 U.S.C. 637(d)) is amended to read as follows:

"(16) CREDIT FOR CERTAIN SMALL BUSINESS CONCERN SUBCONTRACTORS.—

"(A) IN GENERAL.—For purposes of determining whether or not a prime contractor has attained the percentage goals specified in paragraph (6)—

"(i) if the subcontracting goals pertain only to a single contract with a Federal agency, the prime contractor may elect to receive credit for small business concerns performing as first tier subcontractors or subcontractors at any tier pursuant to the subcontracting plans required under paragraph (6)(D) in an amount equal to the total dollar value of any subcontracts

awarded to such small business concerns; and

"(ii) if the subcontracting goals pertain to more than one contract with one or more Federal agencies, or to one contract with more than one Federal agency, the prime contractor may only receive credit for first tier subcontractors that are small business concerns.

"(B) COLLECTION AND REVIEW OF DATA ON SUBCONTRACTING PLANS.—The head of each contracting agency shall ensure that the agency—

"(i) collects and reports data on the extent to which prime contractors of the agency meet the goals and objectives set forth in subcontracting plans submitted pursuant to this subsection; and

"(ii) periodically reviews data collected and reported pursuant to clause (i) for the purpose of ensuring that such contractors comply in good faith with the requirements of this subsection.

"(C) RULE OF CONSTRUCTION.—Nothing in this paragraph shall be construed to allow a

Federal agency to establish a goal for an number of subcontracts with a subcontractor at any tier for a prime contractor otherwise eligible to receive credit under this paragraph.''.

(b) MAINTENANCE OF RECORDS WITH RESPECT TO CREDIT UNDER A SUBCONTRACTING PLAN.—Section 8(d)(6) of the Small Business Act (15 U.S.C. 637(d)(6)) is amended—

(1) by redesignating subparagraphs (G) and (H) as subparagraphs (H) and (I), respectively (and conforming the margins accordingly); and

(2) by inserting after subparagraph (F) the following new subparagraph:

''(G) a recitation of the types of records the successful offeror or bidder will maintain to demonstrate that procedures have been adopted to substantiate the credit the successful offeror or bidder will elect to receive under paragraph (16)(A);''.

**SEC. 871. INCLUSION OF BEST IN CLASS DESIGNATIONS IN ANNUAL REPORT ON SMALL BUSINESS GOALS.**

Section 15(h) of the Small Business Act (15 U.S.C. 644(h)) is amended by adding at the end the following new paragraph:

WASHSTATEC006555

"(4) BEST IN CLASS SMALL BUSINESS PARTICIPATION REPORTING.—

"(A) ADDENDUM.—In addition to the requirements under paragraph (2) and for each best in class designation, the Administrator shall include in the report required by such paragraph—

"(i) the total amount of spending Governmentwide in such designation; and

"(ii) the number of small business concerns awarded contracts and the dollar amount of such contracts awarded within each such designation to each of the following—

"(I) qualified HUBZone small business concerns;

"(II) small business concerns owned and controlled by women;

"(III) small business concerns owned and controlled by service-disabled veterans; and

"(IV) small business concerns owned and controlled by socially and economically disadvantaged individuals.

"(B) BEST IN CLASS DEFINED.—The term 'best in class' has the meaning given such term by the Director of the Office of Management and Budget.

"(C) EFFECTIVE DATE.—The Administrator shall report on the information described by subparagraph (A) beginning on the date that such information is available in the Federal Procurement Data System, the System for Award Management, or any successor to such systems.".

**SEC. 872. REAUTHORIZATION AND IMPROVEMENT OF DEPARTMENT OF DEFENSE MENTOR-PROTEGE PROGRAM.**

(a) REAUTHORIZATION.—

(1) IN GENERAL.—Subsection (j) of section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101–510; 10 U.S.C. 2302 note) is amended—

(A) in paragraph (1), by striking "September 30, 2018" and inserting "September 30, 2024"; and

(B) in paragraph (2), by striking "September 30, 2021" and inserting "September 30, 2026".

(2) PROGRAM PARTICIPATION TERM.—Subsection (e)(2) of such section is amended by striking "three years" each place such term appears and inserting "two years".

(3) EFFECTIVE DATE.—The amendments made by this subsection shall take effect on the date on which the Secretary of Defense submits to Congress the small business strategy required under section 2283 of title 10, United States Code. The Secretary of Defense shall notify the Law Revision Counsel of the House of Representatives of the submission of the strategy so that the Law Revision Counsel may execute the amendments made by this subsection.

(b) OFFICE OF SMALL BUSINESS PROGRAMS OVERSIGHT.—Section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101–510; 10 U.S.C. 2302 note) is amended—

(1) by redesignating subsection (n) as subsection (o); and

(2) by inserting after subsection (m) the following new subsection:

"(n) ESTABLISHMENT OF PERFORMANCE GOALS AND PERIODIC REVIEWS.—The Office of Small Business Programs of the Department of Defense shall—

WASHSTATEC006558

"(1) establish performance goals consistent with the stated purpose of the Mentor-Protege Program and outcome-based metrics to measure progress in meeting those goals; and

"(2) submit to the congressional defense committees, not later than February 1, 2020, a report on progress made toward implementing these performance goals and metrics, based on periodic reviews of the procedures used to approve mentor-protege agreements.".

(c) MODIFICATION OF DISADVANTAGED SMALL BUSINESS CONCERN DEFINITION.—Paragraph (2) of section 831(o) of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101–510; 10 U.S.C. 2302 note), as redesignated by subsection (b)(1), is amended in the matter preceding subparagraph (A) by striking "has less than half the size standard corresponding to its primary North American Industry Classification System code" and inserting "is not more than the size standard corresponding to its primary North American Industry Classification System code".

(d) INDEPENDENT REPORT ON PROGRAM EFFECTIVENESS.—The Secretary of Defense shall direct the Defense Business Board to submit, not later than March 31, 2022, to the congressional defense committees a report

WASHSTATEC006559

evaluating the effectiveness of the Mentor-Protege Program established under section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101–510; 10 U.S.C. 2302 note), including recommendations for improving the program in terms of performance metrics, forms of assistance, and overall program effectiveness.

(e) REPORT.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter until September 30, 2024, the Secretary of Defense shall submit to the congressional defense committees a report on the Mentor-Protege Program established under section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101–510; 10 U.S.C. 2302 note) that describes—

(1) each mentor-protege agreement entered into under such section, disaggregated by the type of disadvantaged small business concern (as defined in subsection (o) of such section) receiving assistance pursuant to such an agreement;

(2) the type of assistance provided to protege firms (as defined in such subsection) under each such agreement;

(3) the benefits provided to mentor firms (as defined in such subsection) under each such agreement; and

(4) the progress of protege firms under each such agreement with respect to competing for Federal prime contracts and subcontracts.

**SEC. 873. ACCELERATED PAYMENTS APPLICABLE TO CONTRACTS WITH CERTAIN SMALL BUSINESS CONCERNS UNDER THE PROMPT PAYMENT ACT.**

Section 3903(a) of title 31, United States Code, is amended—

(1) in paragraph (1)(B), by inserting "except as provided in paragraphs (10) and (11)," before "30 days";

(2) in paragraph (8), by striking "and";

(3) in paragraph (9), by striking the period at the end and inserting a semicolon; and

(4) by adding at the end the following new paragraphs:

"(10) for a prime contractor (as defined in section 8701(5) of title 41) that is a small business concern (as defined under section 3 of the Small Business Act (15 U.S.C. 632)), to the fullest extent permitted by law, require that the head of an agency

WASHSTATEC006561

establish an accelerated payment date with a goal of 15 days after a proper invoice for the amount due is received if a specific payment date is not established by contract; and

"(11) for a prime contractor (as defined in section 8701(5) of title 41) that subcontracts with a small business concern (as defined under section 3 of the Small Business Act (15 U.S.C. 632)), to the fullest extent permitted by law, require that the head of an agency establish an accelerated payment date with a goal of 15 days after a proper invoice for the amount due is received if—

"(A) a specific payment date is not established by contract; and

"(B) such prime contractor agrees to make payments to such subcontractor in accordance with such accelerated payment date, to the maximum extent practicable, without any further consideration from or fees charged to such subcontractor.".

**SEC. 874. POSTAWARD EXPLANATIONS FOR UNSUCCESSFUL OFFERORS FOR CERTAIN CONTRACTS.**

Not later than 180 days after the date of the enactment of this Act, the Federal Acquisition Regulation shall be revised to require that with respect to an offer for a

WASHSTATEC006562

task order or delivery order in an amount greater than the simplified acquisition threshold (as defined in section 134 of title 41, United States Code) and less than or equal to $5,500,000 issued under an indefinite delivery-indefinite quantity contract, the contracting officer for such contract shall, upon written request from an unsuccessful offeror, provide a brief explanation as to why such offeror was unsuccessful that includes a summary of the rationale for the award and an evaluation of the significant weak or deficient factors in the offeror's offer.

**SEC. 875. SMALL BUSINESS CONTRACTING CREDIT FOR SUBCONTRACTORS THAT ARE PUERTO RICO BUSINESSES OR COVERED TERRITORY BUSINESSES.**

Section 15(x) of the Small Business Act (15 U.S.C. 644(x)(1)) is amended—

(1) in the subsection heading, by adding "AND COVERED TERRITORY BUSINESSES" after "PUERTO RICO BUSINESSES";

(2) in paragraph (1)—

(A) by inserting "or a covered territory business, or a prime contractor awards a subcontract (at any tier) to a subcontractor that is a Puerto Rico business or a covered territory business," after "Puerto Rico business";

(B) by inserting "or subcontract" after "the contract"; and

(C) by striking "subsection (g)(1)(A)(i)" and inserting "subsection (g)(1)(A)"; and

(3) by adding at the end the following new paragraph:

"(3) COVERED TERRITORY BUSINESS DEFINED.—In this subsection, the term 'covered territory business' means a small business concern that has its principal office located in one of the following:

"(A) The United States Virgin Islands.

"(B) American Samoa.

"(C) Guam.

"(D) The Northern Mariana Islands.".

**SEC. 876. TECHNICAL AMENDMENT REGARDING TREATMENT OF CERTAIN SURVIVING SPOUSES UNDER THE DEFINITION OF SMALL BUSINESS CONCERN OWNED AND CONTROLLED BY SERVICE-DISABLED VETERANS.**

Effective on the date specified in subsection (e) of section 1832 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2660), section 3(q)(2) of the Small Business Act (15 U.S.C. 632(q)) is amended—

WASHSTATEC006564

(1) in subparagraph (C)(i)(II), by striking "rated as 100 percent" and all that follows through "service-connected disability"; and

(2) by amending subparagraph (C)(ii)(III) to read as follows:

"(III) the date that—

"(aa) in the case of a surviving spouse of a veteran with a service-connected disability rated as 100 percent disabling or who dies as a result of a service-connected disability, is 10 years after the date of the death of the veteran; or

"(bb) in the case of a surviving spouse of a veteran with a service-connected disability rated as less than 100 percent disabling who does not die as a result of a service-connected disability, is 3 years after the date of the death of the veteran.".

**SEC. 877. EXTENSION OF LOAN ASSISTANCE AND DEFERRAL ELIGIBILITY TO RESERVISTS AND MEMBERS OF THE NATIONAL GUARD BEYOND PERIODS OF MILITARY CONFLICT.**

(a) SMALL BUSINESS ACT AMENDMENTS.—Section 7 of the Small Business Act (15 U.S.C. 636) is amended—

(1) in subsection (b)(3)—

(A) in subparagraph (A)—

(i) by striking clause (ii);

(ii) by redesignating clause (i) as clause (ii);

(iii) by inserting before clause (ii), as so redesignated, the following:

"(i) the term 'active service' has the meaning given that term in section 101(d)(3) of title 10, United States Code;"; and

(iv) in clause (ii), as so redesignated, by adding "and" at the end;

(B) in subparagraph (B), by striking "being ordered to active military duty during a period of military conflict" and inserting "being ordered to perform active service for a period of more than 30 consecutive days";

(C) in subparagraph (C), by striking "active duty" each place it appears and inserting "active service"; and

(D) in subparagraph (G)(ii)(II), by striking "active duty" and inserting "active service"; and

(2) in subsection (n)—

(A) in the subsection heading, by striking "ACTIVE DUTY" and inserting "ACTIVE SERVICE";

(B) in paragraph (1)—

(i) by striking subparagraph (C);

(ii) by redesignating subparagraphs (A) and (B) as subparagraphs (B) and (C), respectively;

(iii) by inserting before subparagraph (B), as so redesignated, the following:

"(A) ACTIVE SERVICE.—The term 'active service' has the meaning given that term in section 101(d)(3) of title 10, United States Code.";

(iv) in subparagraph (B), as so redesignated, by striking "ordered to active duty during a period of military conflict" and inserting "ordered to perform active serv-

WASHSTATEC006567

ice for a period of more than 30 consecutive days''; and

(v) in subparagraph (D), by striking ''active duty'' each place it appears and inserting ''active service''; and

(C) in paragraph (2)(B), by striking ''active duty'' each place it appears and inserting ''active service''.

(b) APPLICABILITY.—The amendments made by subsection (a)(1) shall apply to an economic injury suffered or likely to be suffered as the result of an essential employee being ordered to perform active service (as defined in section 101(d)(3) of title 10, United States Code) for a period of more than 30 consecutive days who is discharged or released from such active service on or after the date of enactment of this Act.

(c) SEMIANNUAL REPORT.—Not later than 180 days after the date of enactment of this Act, and semiannually thereafter, the President shall submit to the Committee on Small Business and Entrepreneurship and the Committee on Appropriations of the Senate and the Committee on Small Business and the Committee on Appropriations of the House of Representatives a report on the number of loans made under the Military Reservist Economic Injury Disaster Loan program and the dollar volume of

WASHSTATEC006568

those loans. The report shall contain the subsidy rate of the disaster loan program as authorized under section 7(b) of the Small Business Act (15 U.S.C. 636(b)) with the loans made under the Military Reservist Economic Injury Disaster Loan program and without those loans included.

(d) TECHNICAL AND CONFORMING AMENDMENT.—Section 8(l) of the Small Business Act (15 U.S.C. 637(l)) is amended—

(1) by striking "The Administration" and inserting the following:

"(1) IN GENERAL.—The Administration";

(2) by striking "(as defined in section 7(n)(1))"; and

(3) by adding at the end the following:

"(2) DEFINITION OF PERIOD OF MILITARY CONFLICT.—In this subsection, the term 'period of military conflict' means—

"(A) a period of war declared by the Congress;

"(B) a period of national emergency declared by the Congress or by the President; or

"(C) a period of a contingency operation, as defined in section 101(a) of title 10, United States Code.".

**SEC. 878. MODIFICATION TO THE DEFENSE RESEARCH AND DEVELOPMENT RAPID INNOVATION PROGRAM.**

(a) TYPES OF AWARDS; AWARD SIZE; LIMITATION ON CERTAIN AWARDS.—Section 2359a of title 10, United States Code, is amended—

(1) in subsection (a)(1), by inserting "phase II Small Business Technology Transfer Program projects," after "projects,";

(2) in subsection (b)—

(A) in paragraph (3), by striking "$3,000,000" and all that follows through the period at the end and inserting "$6,000,000."; and

(B) by adding at the end the following new paragraph:

"(7) A preference under the program for funding small business concerns."; and

(3) in subsection (d)—

(A) by striking "Subject to" and inserting "(1) Subject to";

(B) in paragraph (1), as so designated, by inserting "and to the limitation under paragraph (2)" after "for such purpose"; and

(C) by adding at the end the following new paragraph:

WASHSTATEC006570

"(2) During any fiscal year, the total amount of awards in an amount greater than $3,000,000 made under the program established under subsection (a) may not exceed 25 percent of the amount made available to carry out such program during such fiscal year.".

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the program established under section 2359a(a) of title 10, United States Code (commonly known as the "Defense Research and Development Rapid Innovation Program"), which shall include—

(1) with respect to the two fiscal years preceding the submission of the report—

(A) a description of the total number of proposals funded under the program;

(B) the percent of funds made available under the program for phase II Small Business Innovation Research Program projects (as defined under section 9 of the Small Business Act (15 U.S.C. 638)); and

(C) a list of phase II Small Business Innovation Research Program projects that received funding under the program that were included

WASHSTATEC006571

in major defense acquisition programs (as defined in section 2430 of title 10, United States Code) and other defense acquisition programs that meet critical national security needs; and

(2) an assessment on the effectiveness of the program in stimulating innovative technologies, reducing acquisition or lifecycle costs, addressing technical risk, and improving the timeliness and thoroughness of test and evaluation outcomes.

**SEC. 879. ALIGNMENT OF THE DEPARTMENT OF DEFENSE SMALL BUSINESS INNOVATION RESEARCH PROGRAM AND SMALL BUSINESS TECHNOLOGY TRANSFER PROGRAM WITH THE NATIONAL DEFENSE SCIENCE AND TECHNOLOGY STRATEGY.**

The Secretary of Defense and Secretaries of the military departments shall, to the extent practicable, align the research topics selected for activities conducted under the Small Business Innovation Research Program and Small Business Technology Transfer Program (as defined under section 9 of the Small Business Act (15 U.S.C. 638)) with the National Defense Science and Technology Strategy developed under section 218 of the John. S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1679).

**SEC. 880. ASSISTANCE FOR SMALL BUSINESS CONCERNS PARTICIPATING IN THE SBIR AND STTR PROGRAMS.**

(a) DEFINITION OF SENIOR PROCUREMENT EXECUTIVE.—Section 9(e) of the Small Business Act (15 U.S.C. 638(e)) is amended—

(1) in paragraph (12)(B), by striking "and" at the end;

(2) in paragraph (13)(B), by striking the period at the end and inserting "; and"; and

(3) by adding at the end the following new paragraph:

"(14) the term 'senior procurement executive' means an official designated under section 1702(c) of title 41, United States Code, as the senior procurement executive of a Federal agency participating in a SBIR or STTR program.".

(b) INCLUSION OF SENIOR PROCUREMENT EXECUTIVES IN SBIR AND STTR.—

(1) IN GENERAL.—Section 9(b) of the Small Business Act (15 U.S.C. 638(b)) is amended—

(A) in paragraph (8), by striking "and" at the end;

(B) in paragraph (9), by striking the period at the end and inserting "; and"; and

WASHSTATEC006573

(C) by adding at the end the following new paragraph:

"(10) to consult, where appropriate, with personnel from the relevant Federal agency to assist small business concerns participating in a SBIR or STTR program with commercializing research developed under such a program before such small business concern is awarded a contract from such Federal agency.".

(2) TECHNICAL AMENDMENT.—Section 9(b)(3) of the Small Business Act (15 U.S.C. 638(b)(3)) is amended by striking "and" at the end.

(c) MODIFICATIONS RELATING TO PROCUREMENT CENTER REPRESENTATIVES AND OTHER ACQUISITION PERSONNEL.—

(1) SBIR AMENDMENT.—Section 9(j) of the Small Business Act (15 U.S.C. 638(j)) is amended by adding at the end the following new paragraph:

"(4) MODIFICATIONS RELATING TO PROCUREMENT CENTER REPRESENTATIVES.—Upon the enactment of this paragraph, the Administrator shall modify the policy directives issued pursuant to this subsection to require procurement center representatives (as described in section 15(l)) to consult with the appropriate personnel from the relevant Federal

agency, to assist small business concerns participating in the SBIR program, particularly in Phase III.''.

(2) STTR AMENDMENT.—Section 9(p)(2) of the Small Business Act (15 U.S.C. 638(p)(2)) is amended—

(A) in subparagraph (E)(ii), by striking "and" at the end;

(B) in subparagraph (F), by striking the period at the end and inserting "; and"; and

(C) by adding at the end the following new subparagraph:

"(G) procedures to ensure that procurement center representatives (as described in section 15(l))—

"(i) consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in the STTR program, particularly in Phase III;

"(ii) provide technical assistance to such concerns to submit a bid for an award of a Federal contract; and

"(iii) consult with the appropriate personnel from the relevant Federal agency in

providing the assistance described in clause (i).''.

(d) AMENDMENT TO DUTIES OF PROCUREMENT CENTER REPRESENTATIVES.—Section 15(l)(2) of the Small Business Act (15 U.S.C. 644(l)(2)) is amended—

(1) in subparagraph (I), by striking "and" at the end;

(2) by redesignating subparagraph (J) as subparagraph (K); and

(3) by inserting after subparagraph (I) the following new subparagraph:

"(J) consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in a SBIR or STTR program under section 9 with Phase III;''.

(e) AMENDMENT TO THE DUTIES OF THE DIRECTOR OF SMALL AND DISADVANTAGED BUSINESS UTILIZATION FOR FEDERAL AGENCIES.—Section 15(k) of the Small Business Act (15 U.S.C. 644(k)) is amended—

(1) in paragraph (19), by striking "and" at the end;

(2) in paragraph (20), by striking the period at the end and inserting a semicolon; and

WASHSTATEC006576

(3) by adding at the end the following new paragraph:

"(21) shall consult with the appropriate personnel from the relevant Federal agency to assist small business concerns participating in a SBIR or STTR program under section 9 with researching applicable solicitations for the award of a Federal contract (particularly with the Federal agency that has a funding agreement, as defined under section 9, with the concern) to market the research developed by such concern under such SBIR or STTR program.".

**SEC. 881. CYBERSECURITY TECHNICAL ASSISTANCE FOR SBIR AND STTR PROGRAMS.**

(a) IN GENERAL.—The Secretary of Defense may enter into an agreement with 1 or more vendors selected under section 9(q)(2) of the Small Business Act (15 U.S.C. 638(q)(2)) to provide small business concerns engaged in SBIR or STTR projects with cybersecurity technical assistance, such as access to a network of cybersecurity experts and engineers engaged in designing and implementing cybersecurity practices.

(b) AMOUNTS.—In carrying out subsection (a), the Secretary of Defense may provide the amounts described under section 9(q)(3) of such Act (15 U.S.C. 638(q)(3))

WASHSTATEC006577

to a recipient that meets the eligibility requirements under the such paragraph, if the recipient requests to seek cybersecurity technical assistance from an individual or entity other than a vendor selected as described in subsection (a).

**SEC. 882. FUNDING FOR DEFENSE RESEARCH ACTIVITIES OF SMALL BUSINESS CONCERNS.**

Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on funds or other assistance made available to small business concerns (as defined under section 3 of the Small Business Act (15 U.S.C. 632)) as prime contractors for research, development, test, and evaluation activities, in each of fiscal years 2017, 2018, and 2019 under any—

(1) research, development, test, and evaluation programs of the Department of Defense;

(2) Small Business Innovation Research programs of the Department of Defense;

(3) Small Business Technology Transfer programs of the Department of Defense; and

(4) other relevant activities of the Department of Defense.

**SEC. 883. MODIFICATIONS TO BUDGET DISPLAY REQUIREMENTS FOR THE DEPARTMENT OF DEFENSE SMALL BUSINESS INNOVATION RESEARCH PROGRAM AND SMALL BUSINESS TECHNOLOGY TRANSFER PROGRAM.**

Section 857 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1891) is amended—

(1) in subsection (a)—

(A) by inserting "Under Secretary of Defense (Comptroller) and the" before "Under Secretary of Defense for Research and Engineering"; and

(B) by striking "a budget display" and inserting "one or more budget displays";

(2) in subsection (b), by striking "The budget display" and inserting "The budget displays"; and

(3) in subsection (d), by striking "The budget display" and inserting "The budget displays".

**SEC. 884. PILOT PROGRAM FOR DOMESTIC INVESTMENT UNDER THE SBIR PROGRAM.**

(a) IN GENERAL.—Not later than 1 year after the date of the enactment of this Act and subject to subsection (b), the Secretary of Defense shall establish and administer a program to be known as the "Domestic Investment Pilot Program" under which the Secretary and the service

acquisition executive for each military department may make a SBIR award under section 9(dd) of the Small Business Act (15 U.S.C. 638) to a small business concern without providing the written determination described under paragraph (2) of such section 9(dd) if such concern is—

(1) exclusively owned by multiple United States-owned venture capital operating companies, hedge funds, or private equity firms, or

(2) majority-owned by multiple United States-owned venture capital operating companies, hedge funds, or private equity firms, if the minority foreign ownership of such concern is limited to members of the national technology and industrial base as defined under section 2500 of title 10, United States Code.

(b) LIMITATION.—During any fiscal year, the aggregate amount of awards made under the Domestic Investment Pilot Program shall not exceed an amount equal to 10 percent of the total amount that the Secretary of Defense may award under section 9 of the Small Business Act (15 U.S.C. 638) during such fiscal year.

(c) EVALUATION CRITERIA.—In carrying out the Domestic Investment Pilot Program, the Secretary of Defense may not use investment of venture capital or invest-

ment from hedge funds or private equity firms as a criterion for the award of contracts under the SBIR program or STTR program.

(d) ANNUAL REPORTING.—The Secretary of Defense shall include as part of each annual report required under section 9(b)(7) of the Small Business Act (15 U.S.C. 638(b)(7)) information on the implementation of the Domestic Investment Pilot Program with respect to the year covered by the report, including—

(1) the number of applications for participation received from small business concerns;

(2) the number of awards made to small business concerns, including an identification of such concerns;

(3) the extent to which a small business concern participant is foreign-owned, including an identification of the foreign owners; and

(4) an assessment of the effect of the Domestic Investment Pilot Program on—

(A) inducing additional venture capital, hedge fund, or private equity funding of research as defined in section 9(e)(5) of the Small Business Act (15 U.S.C. 638(e)(5));

(B) substantially contributing to the mission of the Department of Defense; and

WASHSTATEC006581

(C) otherwise fulfilling the capital needs of small business concerns for additional financing for SBIR projects.

(e) NOTIFICATION.—The Secretary of Defense shall notify the Small Business Administration of an award made under the Domestic Investment Pilot Program not later than 30 days after such award is made.

(f) TERMINATION.—The Domestic Investment Pilot Program established under this section shall terminate on September 30, 2022.

(g) DEFINITIONS.—In this section:

(1) MILITARY DEPARTMENT; SERVICE ACQUISITION EXECUTIVE.—The terms "military department" and "service acquisition executive" have the meanings given those terms, respectively, in section 101 of title 10, United States Code.

(2) SBIR; STTR.—The terms "SBIR" and "STTR" have the meanings given those terms, respectively, in section 9(e) of the Small Business Act (15 U.S.C. 638(e)).

(3) SMALL BUSINESS ACT DEFINITIONS.—The terms "small business concern", "venture capital operating company", "hedge fund", and "private equity firm" have the meanings given those terms, re-

spectively, in section 3 of the Small Business Act (15 U.S.C. 632).

## Subtitle H—Other Matters

### SEC. 885. REVIEW OF GUIDANCE TO CONTRACTORS ON NONDISCRIMINATION ON THE BASIS OF SEX.

(a) REVIEW.—Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment, serving as the senior procurement executive for the Department of Defense pursuant to section 133b(b)(4)(B) of title 10, United States Code, shall conduct a review of the implementation of the requirement for Government contracting agencies under Executive Order 11246 (42 U.S.C. 2000e note) relating to expectations of contractors and subcontractors to ensure nondiscrimination on the basis of sex.

(b) ELEMENTS.—The review required under subsection (a) shall, at a minimum, consider—

(1) existing contracting processes and tools for oversight of contracts, including contractor responsibility determinations and documentation of performance; and

(2) the extent to which best practices for contractors and subcontractors identified in the appendix to part 60–20 of title 41 of the Code of Federal Regulations, such as establishing and implementing

WASHSTATEC006583

procedures for handling and resolving complaints about harassment and intimidation based on sex, have been incorporated in Department policies and procedures.

(c) UPDATED TRAINING GUIDANCE.—Not later than 180 days after the date of the completion of the review required under subsection (a), the Under Secretary of Defense for Acquisition and Sustainment shall update any relevant training guidance for the acquisition workforce to account for the conclusions of the review.

(d) BRIEFING REQUIRED.—Not later than December 15, 2020, the Secretary of Defense shall brief the congressional defense committees on the review required under subsection (a), which shall include any updates to training guidance or contracting procedures resulting from the review.

**SEC. 886. COMPTROLLER GENERAL REPORT ON CONTRACTOR VIOLATIONS OF CERTAIN LABOR LAWS.**

Not later than 180 days after the date of the enactment of this Act, the Comptroller General of the United States shall submit a report to Congress on the number of contractors—

(1) that performed a contract with the Department of Defense during the five-year period preceding the date of the enactment of this Act; and

(2) that have been found by the Department of Labor to have committed willful or repeat violations of the Occupational Safety and Health Act of 1970 (29 U.S.C. 651 et seq.) or the Fair Labor Standards Act of 1938 (29 U.S.C. 201 et seq.), and the nature of the violations committed.

**SEC. 887. COMPTROLLER GENERAL REPORT ON CONTINGENCY CONTRACTING.**

Not later than one year after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the congressional defense committees a report on the use of contractors to perform work supporting contingency operations, including the logistical support for such operations, since January 1, 2009. Such report shall include—

(1) an evaluation of the nature and extent to which the Department of Defense has used contractors to perform such work, including the type of operation or exercise, the functions performed by a contractor, the place of performance, and contract obligations;

(2) an evaluation of the processes for tracking and reporting on the use of such contractors;

(3) an evaluation of the extent to which recommendations made by the Wartime Contracting Commission established in section 841 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 122 Stat. 230) have been implemented in policy, guidance, education and training, as appropriate; and

(4) any other issues the Comptroller General determines to be appropriate.

**SEC. 888. POLICIES AND PROCEDURES FOR CONTRACTORS TO REPORT GROSS VIOLATIONS OF INTERNATIONALLY RECOGNIZED HUMAN RIGHTS.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall update Department of Defense policy and guidance and the Department of Defense Supplement to the Federal Acquisition Regulation to provide specific guidance to Department of Defense employees and contractors performing a Department of Defense contract that supports United States Armed Forces deployed outside of the United States on monitoring and reporting allegations of gross violations of internationally recognized human rights.

WASHSTATEC006586

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, with the concurrence of the Secretary of State, shall submit to the appropriate congressional committees a report that describes—

(1) the policies and procedures in place to obtain information about possible cases of gross violations of internationally recognized human rights from Department of Defense contractors described in subsection (a), including the methods for tracking cases; and

(2) the resources needed to investigate reports made pursuant to subsection (a).

(c) FORM OF REPORT.—The report required by subsection (b) shall be submitted in unclassified form, but may include a classified annex.

(d) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—the term "appropriate congressional committees" means—

(A) the congressional defense committees; and

(B) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

(2) GROSS VIOLATIONS OF INTERNATIONALLY RECOGNIZED HUMAN RIGHTS.—The term "gross violations of internationally recognized human rights" has the meaning given such term in subsection (d)(1) of section 502B of the Foreign Assistance Act of 1961 (22 U.S.C. 2304).

**SEC. 889. COMPTROLLER GENERAL REPORT ON OVERSIGHT OF CONTRACTORS PROVIDING PRIVATE SECURITY FUNCTIONS.**

(a) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the congressional defense committees a report on efforts of the Secretary of Defense to improve the oversight of contractors providing private security functions to fulfill non-combat requirements for security in contingency operations, humanitarian operations, peacekeeping operations, or other similar operations or exercises since January 1, 2009.

(b) ELEMENTS.—The report required under subsection (a) shall evaluate—

(1) the nature and extent to which the Department of Defense has used contractors to perform private security functions described under subsection (a), including the type of operation or exercise, the

functions performed by a contractor, the place of performance, and contract obligations;

(2) the processes for tracking and reporting on the use of such contractors;

(3) changes to law, regulation, and policy on the use of such contractors and how the Secretary has implemented such changes, including—

(A) the Montreux Document on Pertinent International Legal Obligations and Good Practices for States Related to Operations of Private Military and Security Companies During Armed Conflict (published on May 2, 2011);

(B) using standards for such contractors issued by the American National Standards Institute and the International Organization for Standardization; and

(C) using other associated accreditation and certification standards for such contractors; and

(4) the oversight outcomes of the Department due to implementing the processes described in paragraph (2) and the changes described in paragraph (3), including—

(A) progress with certification and accreditation of companies;

WASHSTATEC006589

(B) the use of the maturity model of the Department to assess contractors; and

(C) the nature and extent of referrals for suspension and debarment and the number of suspensions and debarments that have resulted from such referrals.

(c) FORM OF REPORT.—The report required by subsection (a) shall be submitted in unclassified form, to the maximum extent possible, but may contain a classified annex, if necessary.

**SEC. 890. PROHIBITION ON CONTRACTING WITH PERSONS THAT HAVE BUSINESS OPERATIONS WITH THE MADURO REGIME.**

(a) PROHIBITION.—Except as provided under subsections (c), (d), and (e), the Department of Defense may not enter into a contract for the procurement of goods or services with any person that has business operations with an authority of the Government of Venezuela that is not recognized as the legitimate Government of Venezuela by the United States Government.

(b) EXCEPTIONS.—

(1) IN GENERAL.—The prohibition under subsection (a) does not apply to a contract that the Secretary of Defense and the Secretary of State jointly determine—

(A) is necessary—

(i) for purposes of providing humanitarian assistance to the people of Venezuela;

(ii) for purposes of providing disaster relief and other urgent life-saving measures; or

(iii) to carry out noncombatant evacuations; or

(B) is vital to the national security interests of the United States.

(2) NOTIFICATION REQUIREMENT.—The Secretary of Defense shall notify the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate of any contract entered into on the basis of an exception provided for under paragraph (1).

(c) OFFICE OF FOREIGN ASSETS CONTROL LICENSES.—The prohibition in subsection (a) shall not apply to a person that has a valid license to operate in Venezuela issued by the Office of Foreign Assets Control of the Department of the Treasury.

(d) AMERICAN DIPLOMATIC MISSION IN VENEZUELA.—The prohibition in subsection (a) shall not

apply to contracts related to the operation and maintenance of the United States Government's consular offices and diplomatic posts in Venezuela.

(e) DEFINITIONS.—In this section:

(1) BUSINESS OPERATIONS.—The term "business operations" means engaging in commerce in any form, including acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.

(2) GOVERNMENT OF VENEZUELA.—The term "Government of Venezuela" includes the government of any political subdivision of Venezuela, and any agency or instrumentality of the Government of Venezuela. For purposes of this paragraph, the term "agency or instrumentality of the Government of Venezuela" means an agency or instrumentality of a foreign state as defined in section 1603(b) of title 28, United States Code, with each reference in such section to "a foreign state" deemed to be a reference to "Venezuela".

(3) PERSON.—The term "person" means—

(A) a natural person, corporation, company, business association, partnership, society,

trust, or any other nongovernmental entity, organization, or group;

(B) any governmental entity or instrumentality of a government, including a multilateral development institution (as defined in section 1701(c)(3) of the International Financial Institutions Act (22 U.S.C. 262r(c)(3))); and

(C) any successor, subunit, parent entity, or subsidiary of, or any entity under common ownership or control with, any entity described in subparagraph (A) or (B).

(f) APPLICABILITY.—This section shall apply with respect to any contract entered into on or after the date of the enactment of this section.

**SEC. 891. REPORT ON THE COMBATING TRAFFICKING IN PERSONS INITIATIVE.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containing an analysis of the progress of the Department of Defense in implementing the Combating Trafficking in Persons initiative described in Department of Defense Instruction 2200.01 (published February 2007; revised on June 21, 2019).

WASHSTATEC006593

**SEC. 892. IMPROVED MANAGEMENT OF INFORMATION TECHNOLOGY AND CYBERSPACE INVESTMENTS.**

(a) IMPROVED MANAGEMENT.—

(1) IN GENERAL.—The Chief Information Officer of the Department of Defense shall work with the Chief Data Officer of the Department of Defense to optimize the Department's process for accounting for, managing, and reporting its information technology and cyberspace investments. The optimization should include alternative methods of presenting budget justification materials to the public and congressional staff to more accurately communicate when, how, and with what frequency capability is delivered to end users, in accordance with best practices for managing and reporting on information technology investments.

(2) BRIEFING.—Not later than February 3, 2020, the Chief Information Officer of the Department of Defense shall brief the congressional defense committees on the process optimization undertaken pursuant to paragraph (1), including any recommendations for legislation.

(b) DELIVERY OF INFORMATION TECHNOLOGY BUDGET.—The Secretary of Defense shall submit to the congressional defense committees the Department of De-

fense budget request for information technology not later than 15 days after the submittal to Congress of the budget of the President for a fiscal year pursuant to section 1105 of title 31, United States Code.

**SEC. 893. MODIFICATION TO REQUIREMENTS FOR PURCHASE OF COMMERCIAL LEASING SERVICES PURSUANT TO MULTIPLE AWARD CONTRACTS.**

(a) REPEAL.—Section 877 of the John S. McCain National Defense Authorization Act For Fiscal Year 2019 (Public Law 115-232; 132 Stat. 1907; 41 U.S.C. 3302 note) is repealed.

(b) EXEMPTION FOR COMMERCIAL LEASING SERVICES.—

(1) IN GENERAL.—Section 3302 of title 41, United States Code, is amended by adding at the end the following new subsection:

"(f) COMMERCIAL LEASING SERVICES.—The regulations required by subsection (b) shall not apply to individual purchases for commercial leasing services that are made on a no cost basis and made under a multiple award contract awarded in accordance with the requirements for full and open competition.".

(2) TERMINATION.—Effective December 31, 2025, subsection (f) of section 3302 of title 41,

WASHSTATEC006595

United States Code, as added by paragraph (1), is repealed.

(c) AUDIT.—The Comptroller General of the United States shall—

(1) conduct an audit not later than the last day of fiscal year 2021, 2023, and 2025 analyzing the National Broker Contract program of the General Services Administration to determine—

(A) whether brokers selected under the program provide lower lease rental rates than rates negotiated by employees of the General Services Administration; and

(B) the impact of the program on the length of time of lease procurements;

(2) conduct a review of whether the application of section 863 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110-417; 122 Stat.4547) resulted in rental cost savings for the Government during the years in which such section was applicable; and

(3) not later than September 30, 2022, and September 30, 2024, submit to the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Environment and Public Works of the Senate a report that—

(A) summarizes the results of the most recent audit required under paragraph (1) and the review required by paragraph (2);

(B) includes an assessment of whether the National Broker Contract program provides greater efficiencies and savings than the use of employees of the General Services Administration; and

(C) includes recommendations for improving General Services Administration lease procurements.

# TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT

Subtitle A—Office of the Secretary of Defense and Related Matters

Sec. 901. Headquarters activities of the Department of Defense matters.
Sec. 902. Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering.
Sec. 903. Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters.
Sec. 904. Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense.
Sec. 905. Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor.
Sec. 906. Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program.

Subtitle B—Organization and Management of Other Department of Defense Offices and Elements

Sec. 911. Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force.

Subtitle C—Other Department of Defense Organization and Management Matters

WASHSTATEC006597

Sec. 921. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.
Sec. 922. Limitation on consolidation of Defense Media Activity.
Sec. 923. Report on resources to implement the civilian casualty policy of the Department of Defense.

Subtitle D—United States Space Force

Sec. 951. Short title.
Sec. 952. The Space Force.
Sec. 953. Chief of Space Operations.
Sec. 954. Space Force Acquisition Council.
Sec. 955. Assistant Secretary of Defense for Space Policy.
Sec. 956. Assistant Secretary of the Air Force for Space Acquisition and Integration.
Sec. 957. Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.
Sec. 958. Conforming amendments and clarification of authorities.
Sec. 959. Effects on military installations.
Sec. 960. Availability of funds.
Sec. 961. Implementation.

## Subtitle A—Office of the Secretary of Defense and Related Matters

### SEC. 901. HEADQUARTERS ACTIVITIES OF THE DEPARTMENT OF DEFENSE MATTERS.

(a) MODIFICATION OF LIMITATIONS ON NUMBER OF PERSONNEL IN OSD AND OTHER DOD HEADQUARTERS.—

(1) OSD.—Section 143 of title 10, United States Code, is amended—

(A) in subsection (a), by striking "3,767" and inserting "4,300"; and

(B) in subsection (b), by striking ", civilian, and detailed personnel" and inserting "and civilian personnel".

(2) JOINT STAFF.—

(A) IN GENERAL.—Section 155(h)(1) of such title is amended by striking "2,069" and inserting "2,250".

(B) EFFECTIVE DATE.—The amendment made by subparagraph (A) shall take effect on December 31, 2019, immediately after the coming into effect of the amendment made by section 903(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2344), to which such amendments relate

(3) OFFICE OF SECRETARY OF THE ARMY.—Section 7014(f) of title 10, United States Code, is amended—

(A) in paragraph (1), by striking "3,105" and inserting "3,250"; and

(B) in paragraph (2), by striking "1,865" and inserting "1,900".

(4) OFFICE OF SECRETARY OF THE NAVY.—Section 8014(f) of such title is amended—

(A) in paragraph (1), by striking "2,866" and inserting "3,150"; and

(B) in paragraph (2), by striking "1,720" and inserting "1,800".

WASHSTATEC006599

(5) OFFICE OF SECRETARY OF THE AIR FORCE.—Section 9014(f) of such title is amended—

(A) in paragraph (1), by striking "2,639" and inserting "2,750"; and

(B) in paragraph (2), by striking "1,585" and inserting "1,650".

(b) SUNSET OF REDUCTION IN FUNDING FOR DOD HEADQUARTERS, ADMINISTRATIVE, AND SUPPORT ACTIVITIES.—Section 346 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 111 note) is amended by adding at the end the following new subsection:

"(d) SUNSET.—No action is required under this section with respect to any fiscal year after fiscal year 2019.".

**SEC. 902. CLARIFYING THE ROLES AND RESPONSIBILITIES OF THE UNDER SECRETARY OF DEFENSE FOR ACQUISITION AND SUSTAINMENT AND THE UNDER SECRETARY OF DEFENSE FOR RESEARCH AND ENGINEERING.**

The laws of the United States are amended as follows:

(1) Section 129a(c)(3) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and

WASHSTATEC006600

Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(2) Section 133a(b)(2) of title 10, United States Code, is amended—

(A) by striking "prototyping," and inserting "appropriate prototyping activities,"; and

(B) by striking ", including the allocation of resources for defense research and engineering,".

(3) Section 134(c) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics," and inserting "Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,".

(4) Section 139 of title 10, United States Code, is amended—

(A) in subsection (b), by striking "and the Under Secretary of Defense for Acquisition, Technology, and Logistics" each place it appears and inserting ", the Under Secretary of Defense for Acquisition and Sustainment, and the Under Secretary of Defense for Research and Engineering"; and

WASHSTATEC006601

(B) in subsections (c) and (h), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,".

(5) Section 139a(d)(6) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,".

(6) Section 171(a) of title 10, United States Code, is amended—

(A) in paragraph (3), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(B) by redesignating paragraphs (9) through (13) as paragraphs (12) through (16);

(C) by redesignating paragraphs (4) through (8) as paragraphs (5) through (9), respectively;

(D) by inserting after paragraph (3) the following new paragraph:

"(4) the Under Secretary of Defense for Research and Engineering;"; and

(E) by inserting after paragraph (9), as redesignated, the following new paragraphs:

"(10) the Deputy Under Secretary of Defense for Research and Engineering;

"(11) the Deputy Under Secretary of Defense for Acquisition and Sustainment;".

(7) Subsection (d)(1) of section 181 of title 10, United States Code, is amended—

(A) in subparagraph (C), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(B) by inserting after subparagraph (C) the following new subparagraph:

"(D) the Under Secretary of Defense for Research and Engineering."; and

(C) by redesignating paragraphs (D) through (G) as paragraphs (E) through (H), respectively.

(8) Subsection (b)(2) of section 393 of title 10, United States Code, is amended—

(A) in subparagraph (B), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(B) by inserting after subparagraph (B) the following new subparagraph:

"(C) the Under Secretary of Defense for Research and Engineering."; and

(C) by redesignating subparagraphs (C) through (E) as subparagraphs (D) through (F).

(9) Section 1111 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1032; 10 U.S.C. 1701 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(10) Section 231 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 122 Stat. 45; 10 U.S.C. 1701 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and in-

serting "Under Secretary of Defense for Acquisition and Sustainment".

(11) Section 1702 of title 10, United States Code, is amended—

(A) in the section heading, by striking "**UNDER SECRETARY OF DEFENSE FOR ACQUISITION, TECHNOLOGY, AND LOGISTICS**" and inserting "**UNDER SECRETARY OF DEFENSE FOR ACQUISITION AND SUSTAINMENT**"; and

(B) by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(12) Section 807(a) of the Bob Stump National Defense Authorization Act for Fiscal Year 2003 (Public Law 107–314; 116 Stat. 2608; 10 U.S.C. 1702 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(13) Section 1705 of title 10, United States Code, is amended—

(A) in subsection (c), by striking "Under Secretary of Defense for Acquisition, Tech-

nology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment'';

(B) in subsection (e)(3), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''; and

(C) in subsection (g)(2)(B), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(14) Section 803(c) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1825; 10 U.S.C. 1705 note) is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(15) Section 1722 of title 10, United States Code, is amended—

(A) in subsection (a), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under

Secretary of Defense for Acquisition and Sustainment''; and

(B) in subsection (b)(2)(B), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(16) Section 1722a of title 10, United States Code, is amended—

(A) in subsection (a), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''; and

(B) in subsection (e), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(17) Section 1722b(a) of title 10, United States Code, is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

WASHSTATEC006607

(18) Section 1723 of title 10, United States Code, is amended—

(A) in subsection (a)(3), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

(B) in subsection (b), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(19) Section 1725(e)(2) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(20) Section 1735(c)(1) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(21) Section 1737(c) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics"

WASHSTATEC006608

and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(22) Section 1741(b) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(23) Section 1746(a) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(24) Section 1748 of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(25) Section 2222 of title 10, United States Code, is amended—

(A) in subsection (c)(2), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

WASHSTATEC006609

(B) in subsection (f)(2)(B)(i), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(26) Section 217(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 770; 10 U.S.C. 2222 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment and Under Secretary of Defense for Research and Engineering".

(27) Section 882(b) of the Ike Skelton National Defense Authorization Act for Fiscal Year 2011 (Public Law 111–383; 128 Stat. 4308; 10 U.S.C. 2222 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(28) Section 2272 of title 10, United States Code, is amended by striking "Assistant Secretary of Defense for Research and Engineering" and inserting "Under Secretary of Defense for Research and Engineering".

(29) Section 2275(a) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(30) Section 2279(d) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(31) Section 2279b of title 10, United States Code, is amended—

(A) in subsection (b)—

(i) by redesignating paragraphs (3) through (10) as paragraphs (4) through (11), respectively;

(ii) by striking paragraph (2); and

(iii) by inserting after paragraph (1) the following new paragraphs:

"(2) The Under Secretary of Defense for Research and Engineering.

"(3) The Under Secretary of Defense for Acquisition and Sustainment."; and

(B) in subsection (c) by striking "the Under Secretary of Defense for Acquisition,

Technology, and Logistics'' and inserting ''the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment,''.

(32) Section 898(a)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2000; 10 U.S.C. 2302 note) is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' each place such term appears and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(33) Section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 726; 10 U.S.C. 2302 note) is amended—

(A) in subsection (a), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''; and

(B) in subsection (d)(1)(A), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Deputy Secretary of Defense''.

(34) Section 852 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 130 Stat. 3458; 10 U.S.C. 2302 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(35) Section 806 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1487; 10 U.S.C. 2302 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(36) Section 843 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1487; 10 U.S.C. 2302 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(37) Section 254(b) of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4402; 10

U.S.C. 2302 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(38) Section 802(d) of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108–375; 118 Stat. 2004; 10 U.S.C. 2302 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(39) Section 2304 of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(40) Section 806(b) of the Ike Skelton National Defense Authorization Act for Fiscal Year 2011 (Public Law 111–383; 124 Stat. 4260; 10 U.S.C. 2304 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting

"Under Secretary of Defense for Acquisition and Sustainment".

(41) Section 821(a) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 122 Stat. 226; 10 U.S.C. 2304 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(42) Section 801(b)(2)(A) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 122 Stat. 204; 10 U.S.C. 2304 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(43) Section 817(e) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 120 Stat. 2326; 10 U.S.C. 2304 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(44) Section 811(e)(1) of the National Defense Authorization Act for Fiscal Year 2006 (Public Law

109–163; 120 Stat. 2326; 10 U.S.C. 2304 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(45) Section 875 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2310; 10 U.S.C. 2305 note) is amended—

(A) in subsection (b)(2), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(B) in subsection (c), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(C) in subsection (d), by striking "The Under Secretary for Acquisition, Technology, and Logistics" and inserting "The Under Secretary of Defense for Research and Engineering"; and

WASHSTATEC006616

(D) in subsection (e) through (f), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(46) Section 888(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2322; 10 U.S.C. 2305 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(47) Section 829(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2281; 10 U.S.C. 2306 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(48) Section 2306b(i)(7) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(49) Section 2311(c) of title 10, United States Code, is amended—

(A) in paragraph (1), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

(B) in paragraph (2)(B), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(50) Section 2326(g) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(51) Section 2330 of title 10, United States Code, is amended—

(A) in subsection (a)(1), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(B) in subsection (a)(3), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(C) in subsection (b)(2), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

(D) in subsection (b)(3)(A), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(52) Section 882 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 942; 10 U.S.C. 2330 note) is amended in the matter preceding paragraph (1) by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(53) Section 2334 of title 10, United States Code, is amended by striking "Under Secretary of

Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(54) Section 2350a(b)(2) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics, and the Assistant Secretary of Defense for Research and Engineering" and inserting "Under Secretary of Defense for Acquisition and Sustainment, and the Under Secretary of Defense for Research and Engineering".

(55) Section 2359(b)(1) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Research and Engineering".

(56) Section 2359b of title 10, United States Code, is amended—

(A) in subsection (a)(1), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Research and Engineering"; and

WASHSTATEC006620

(B) in subsection (l)(1), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Research and Engineering".

(57) Section 2375 of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(58) Section 874(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2310; 10 U.S.C. 2375 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(59) Section 876 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2311; 10 U.S.C. 2377 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(60) Section 855 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 919; 10 U.S.C. 2377 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place such term appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(61) Section 856(a)(2)(B) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 920; 10 U.S.C. 2377 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(62) Section 2399(b)(3) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics," and inserting "Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,".

(63) Section 2419(a)(1) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and

Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(64) Section 826(e) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 908; 10 U.S.C. 2430 note) is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(65) Section 827(e) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 909; 10 U.S.C. 2430 note) is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(66) Section 811(b)(1) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1828; 10 U.S.C. 2430 note) is amended by striking ''if the Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''if the service acquisition executive, in the case of a major defense acquisition program of the military department, or the Under Secretary of Defense for Acquisition and Sustainment, in the

case of a Defense-wide or Defense Agency major defense acquisition program,''.

(67) Section 814 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4528) is amended—

(A) in subsection (b)(2)—

(i) by redesignating subparagraphs (B) through (H) as subparagraphs (C) through (I), respectively;

(ii) by striking subparagraph (A); and

(iii) by inserting before subparagraph (C), as redesignated by clause (i), the following new subparagraphs:

``(A) The Office of the Under Secretary of Defense for Research and Engineering.

``(B) The Office of the Under Secretary of Defense for Acquisition and Sustainment.''; and

(B) in subsection (c)(5), in the flush matter following subparagraph (B), by striking ``the Under Secretary of Defense for Acquisition, Technology, and Logistics certifies to the congressional defense committees, and includes'' and inserting ``the Under Secretary of Defense for Research and Engineering and the Under

Secretary of Defense for Acquisition and Sustainment jointly certify to the congressional defense committees, and include''.

(68) Section 801(a)(1) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109–364; 120 Stat. 2312; 10 U.S.C. 2430 note) is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(69) Section 1675 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 192 Stat. 1131; 10 U.S.C. 2431 note) is amended—

(A) in subsection (a), by striking ''The Under Secretary of Defense for Acquisition, Technology, and Logistics and the Vice Chairman of the Joint Chiefs of Staff, acting through the Missile Defense Executive Board'' and inserting ''The Vice Chairman of the Joint Chiefs of Staff and the chairman of the Missile Defense Executive Board (pursuant to section 1681(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2162)), acting

WASHSTATEC006625

through the Missile Defense Executive Board,''; and

(B) in subsection (b)(2), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''chairman of the Missile Defense Executive Board''.

(70) Section 2431a(b) of title 10, United States Code, is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(71) Section 2435 of title 10, United States Code, is amended by striking ''the Under Secretary of Defense for Acquisition, Technology, and Logistics'' each place it appears and inserting ''the Under Secretary of Defense for Acquisition and Sustainment''.

(72) Section 2438(b) of title 10, United States Code, is amended—

(A) in paragraph (1), by striking ''Under Secretary of Defense for Acquisition, Technology and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''; and

(B) in paragraph (2), by striking "Under Secretary of Defense for Acquisition, Technology and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(73) Section 2448b of title 10, United States Code, is amended by striking subsections (a) and (b) and inserting the following new subsections:

"(a) IN GENERAL.—With respect to a major defense acquisition program, the Secretary of Defense shall conduct or approve independent technical risk assessments—

"(1) before any decision to grant Milestone A approval for the program pursuant to section 2366a of this title, that identifies critical technologies and manufacturing processes that need to be matured; and

"(2) before any decision to grant Milestone B approval for the program pursuant to section 2366b of this title, any decision to enter into low-rate initial production or full-rate production, or at any other time considered appropriate by the Secretary, that includes the identification of any critical technologies or manufacturing processes that have not been successfully demonstrated in a relevant environment.

WASHSTATEC006627

"(b) GUIDANCE.—The Secretary shall issue guidance and a framework for the conduct, execution, and approval of independent technical risk assessments.".

(74) Section 2503(b) of title 10, United States Code, is amended—

(A) by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment"; and

(B) by striking "the Under Secretary shall" and inserting "the Under Secretaries shall".

(75) Section 2508(b) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(76) Section 2521 of title 10, United States Code, is amended—

(A) in subsection (a), by striking "The Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "The

Under Secretary of Defense for Research and Engineering'';

(B) in subsection (e)(4)(D), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Research and Engineering''; and

(C) in subsection (e)(5), by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Research and Engineering''.

(77) Section 2533b(k)(2)(A) of title 10, United States Code, is amended by striking ''Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''Under Secretary of Defense for Acquisition and Sustainment''.

(78) Section 2546 of title 10, United States Code, is amended—

(A) in the heading of subsection (a), by striking ''UNDER SECRETARY OF DEFENSE FOR ACQUISITION, TECHNOLOGY, AND LOGISTICS'' and inserting ''UNDER SECRETARY OF DEFENSE FOR ACQUISITION AND SUSTAINMENT'';

WASHSTATEC006629

(B) in subsection (a), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

(C) in subsection (b), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(79) Section 2548 of title 10, United States Code, is amended—

(A) in subsection (a), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

(B) in subsection (c)(8), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(80) Section 2902(b) of title 10, United States Code, is amended—

WASHSTATEC006630

(A) in paragraph (1), by striking "Office of the Assistant Secretary of Defense for Research and Engineering" and inserting "Office of the Under Secretary of Defense for Research and Engineering"; and

(B) in paragraph (3), by striking "Office of the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Office of the Under Secretary of Defense for Acquisition and Sustainment".

(81) Section 2824(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 2154; 10 U.S.C. 2911 note) is amended by striking "Under Secretary of Defense" and all that follows through "Environment" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(82) Section 315(d) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1357; 10 U.S.C. 2911 note) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(83) Section 2926(e)(5)(D) of title 10, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary for Defense for Acquisition and Sustainment".

(84) Section 836(a)(2) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1508; 22 U.S.C. 2767 note) is amended by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics, the Assistant Secretary of Defense for Research," and inserting "the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,".

(85) Section 105(d)(7)(M)(v) of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7103(d)(7)(M)(v)) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(86) Section 1126(a)(3) of title 31, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

WASHSTATEC006632

(87) Section 11319(d)(4) of title 40, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(88) Section 1302(b)(2)(A)(i) of title 41, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(89) Section 1311(b)(3) of title 41, United States Code, is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(90) Section 7(a)(3) of the Strategic and Critical Materials Stock Piling Act (50 U.S.C. 98f(a)(3)) is amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(91) Section 1412 of the National Defense Authorization Act, 1986 (50 U.S.C. 1521) is amended—

(A) in subsection (f)(1), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment"; and

(B) in subsection (g)(2), by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "Under Secretary of Defense for Acquisition and Sustainment.".

(92) Section 133b(b)(2) of title 10, United States Code, is amended by inserting "appropriate prototyping activities," after "development,".

(93)(A) Section 5314 of title 5, United States Code, is amended by inserting before the item relating to the Under Secretary of Defense for Acquisition and Sustainment the following new item: "Under Secretary of Defense for Research and Engineering.".

(B) Section 5313 of title 5, United States Code, is amended by striking the item relating to the Under Secretary of Defense for Research and Engineering.

(C) This paragraph shall have no force or effect until the next date on which the Congress

WASHSTATEC006634

confirms an individual to serve as the Under Secretary of Defense for Research and Engineering after the date of enactment of this Act.

(94) Section 338 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1728) is amended by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the Under Secretary of Defense for Acquisition and Sustainment".

(95) Section 136(a)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1317) is amended by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the Under Secretary of Defense for Acquisition and Sustainment".

(96) Section 1652(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2609) is amended by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the Under Secretary of Defense for Research and Engineering".

(97) Section 1689(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2631) is amended by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the Under Secretary of Defense for Research and Engineering".

(98) Section 144 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1325) is amended—

(A) in subsection (a), by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the Under Secretary of Defense for Acquisition and Sustainment"; and

(B) in subsection (b)(4), by striking "the Assistant Secretary of Defense for Research and Engineering" and inserting "the Under Secretary of Defense for Research and Engineering".

(99) Section 838(2)(B) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1509) is amended by striking "the Under Secretary of Defense for Acquisition, Technology, and Logistics" and inserting "the

Under Secretary of Defense for Acquisition and Sustainment''.

(100) Section 802(a)(3)(C) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 10 U.S.C. 2410p note) is amended by striking ''the Under Secretary of Defense for Acquisition, Technology, and Logistics'' and inserting ''the Under Secretary of Defense for Acquisition and Sustainment''.

**SEC. 903. RETURN TO CHIEF INFORMATION OFFICER OF THE DEPARTMENT OF DEFENSE OF RESPONSIBILITY FOR BUSINESS SYSTEMS AND RELATED MATTERS.**

(a) RETURN OF RESPONSIBILITY.—

(1) IN GENERAL.—Section 142(b)(1) of title 10, United States Code, is amended by striking ''systems and'' each place it appears in subparagraphs (A), (B), and (C).

(2) CONFORMING AMENDMENTS TO CMO AUTHORITIES.—Section 132a(b) of such title is amended—

(A) in paragraph (2), by striking ''performance measurement and management, and business information technology management and improvement activities and programs'' and

inserting "and performance measurement and management activities and programs";

(B) by striking paragraphs (4) and (5); and

(C) by redesignating paragraphs (6) and (7) as paragraphs (4) and (5), respectively.

(b) CHIEF DATA OFFICER RESPONSIBILITY FOR DOD DATA SETS.—

(1) IN GENERAL.—In addition to any other functions and responsibilities specified in section 3520(c) of title 44, United States, Code, the Chief Data Officer of the Department of Defense shall also be the official in the Department of Defense with principal responsibility for providing for the availability of common, usable, Defense-wide data sets.

(2) ACCESS TO ALL DOD DATA.—In order to carry out the responsibility specified in paragraph (1), the Chief Data Officer shall have access to all Department of Defense data, including data in connection with warfighting missions and back-office data.

(3) RESPONSIBLE TO CIO.—The Chief Data Officer shall report directly to the Chief Information Officer of the Department of Defense in the per-

formance of the responsibility specified in paragraph (1).

(4) REPORT.—Not later than December 1, 2019, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth such recommendations for legislative or administrative action as the Secretary considers appropriate to carry out this subsection.

**SEC. 904. ASSESSMENTS OF RESPONSIBILITIES AND AUTHORITIES OF THE CHIEF MANAGEMENT OFFICER OF THE DEPARTMENT OF DEFENSE.**

(a) IN GENERAL.—The Secretary of Defense shall provide for the conduct of two assessments of the implementation of the position of Chief Management Officer of the Department of Defense pursuant to section 132a of title 10, United States Code, as follows:

(1) DEPARTMENT OF DEFENSE ASSESSMENT.—An assessment conducted by the Secretary or a designee of the Secretary.

(2) INDEPENDENT ASSESSMENT.—An assessment conducted by the Defense Business Board or an appropriate number of individuals selected by the Secretary from among individuals in academia or

WASHSTATEC006639

academic institutions with expertise in public administration and management.

(b) ASSESSMENT ELEMENTS.—Each assessment conducted pursuant to subsection (a) shall include an assessment of the implementation of the position of Chief Management Officer of the Department of Defense, including and taking into account the following:

(1) The extent to which the position has been effective in achieving the service, and exercising the powers and authorities, specified in section 132a of title 10, United States Code

(2) The perspectives of the Under Secretaries of the military departments on the matters described in paragraph (1) based on the experiences of such Under Secretaries as the Chief Management Officer of a military department

(3) The extent to which the ingrained organizational culture of the Department of Defense poses fundamental structural challenges for the position of Chief Management Officer of the Department, irrespective of the individual appointed to the position.

(4) The observations of the Comptroller General of the United States on progress and challenges during the prior 10 years in the establishment of positions of Chief Management Officer in agencies

throughout the Executive Branch, including in the Department of Defense and in other Federal agencies.

(5) An identification and comparison of best practices in the private sector and the public sector for the responsibilities and authorities of Chief Management Officers.

(6) An identification and assessment of differences in responsibilities and authorities of the Chief Management Office of the Department, the Chief Operating Officer of the Department of Defense, and the Deputy Secretary of Defense.

(c) MODIFICATION OF RESPONSIBILITIES AND AUTHORITIES.—The Secretary shall identify such modifications, if any, to the responsibilities and authorities of the Chief Management Officer of the Department (whether specified in statute or otherwise) as the Secretary considers appropriate in light of the assessments conducted pursuant to subsection (a). In identifying any such modification, the Secretary shall develop recommendations for such legislative action as the Secretary considers appropriate to implement such modification.

(d) REPORT.—Not later than March 15, 2020, the Secretary shall submit to the congressional defense committees a report on the assessments conducted pursuant

to subsection (a) and on any modifications to the responsibilities and authorities of the Chief Management Officer of the Department identified pursuant to subsection (c). The report shall include the following:

(1) A description and the results of the assessment conducted pursuant to subsection (a).

(2) Any modifications of the responsibilities and authorities of the Chief Management Officer identified pursuant to subsection (c), including recommendations developed for legislative action to implement such recommendations and a proposed timeline for the implementation of such recommendations.

**SEC. 905. SENIOR MILITARY ADVISOR FOR CYBER POLICY AND DEPUTY PRINCIPAL CYBER ADVISOR.**

(a) ADVISOR.—

(1) IN GENERAL.—The Under Secretary of Defense for Policy shall, acting through the Joint Staff, designate an officer within the Office of the Under Secretary of Defense for Policy to serve within that Office as the Senior Military Advisor for Cyber Policy, and concurrently, as the Deputy Principal Cyber Advisor.

(2) OFFICERS ELIGIBLE FOR DESIGNATION.—The officer designated pursuant to this subsection

shall be designated from among commissioned regular officers of the Armed Forces in a general or flag officer grade who are qualified for designation

(3) GRADE.—The officer designated pursuant to this subsection shall have the grade of major general or rear admiral (upper half) while serving in that position, without vacating the officer's permanent grade.

(b) SCOPE OF POSITIONS.—

(1) IN GENERAL.—The officer designated pursuant to subsection (a) is each of the following:

(A) The Senior Military Advisor for Cyber Policy to the Under Secretary of Defense for Policy.

(B) The Deputy Principal Cyber Advisor to the Secretary of Defense.

(2) DIRECTION AND CONTROL AND REPORTING.—In carrying out duties under this section, the officer designed pursuant to subsection (a) shall be subject to the authority, direction, and control of, and shall report directly to, the following:

(A) The Under Secretary with respect to Senior Military Advisor for Cyber Policy duties.

(B) The Principal Cyber Advisor with respect to Deputy Principal Cyber Advisor duties.

(c) DUTIES.—

(1) DUTIES AS SENIOR MILITARY ADVISOR FOR CYBER POLICY.—The duties of the officer designated pursuant to subsection (a) as Senior Military Advisor for Cyber Policy are as follows:

(A) To serve as the principal uniformed military advisor on military cyber forces and activities to the Under Secretary of Defense for Policy.

(B) To assess and advise the Under Secretary on aspects of policy relating to military cyberspace operations, resources, personnel, cyber force readiness, cyber workforce development, and defense of Department of Defense networks.

(C) To advocate, in consultation with the Joint Staff, and senior officers of the Armed Forces and the combatant commands, for consideration of military issues within the Office of the Under Secretary of Defense for Policy, including coordination and synchronization of Department cyber forces and activities.

(D) To maintain open lines of communication between the Chief Information Officer of the Department of Defense, senior civilian lead-

ers within the Office of the Under Secretary, and senior officers on the Joint Staff, the Armed Forces, and the combatant commands on cyber matters, and to ensure that military leaders are informed on cyber policy decisions.

(2) DUTIES AS DEPUTY PRINCIPAL CYBER ADVISOR.—The duties of the officer designated pursuant to subsection (a) as Deputy Principal Cyber Advisor are as follows:

(A) To synchronize, coordinate, and oversee implementation of the Cyber Strategy of the Department of Defense and other relevant policy and planning.

(B) To advise the Secretary of Defense on cyber programs, projects, and activities of the Department, including with respect to policy, training, resources, personnel, manpower, and acquisitions and technology.

(C) To oversee implementation of Department policy and operational directives on cyber programs, projects, and activities, including with respect to resources, personnel, manpower, and acquisitions and technology.

(D) To assist in the overall supervision of Department cyber activities relating to offensive missions.

(E) To assist in the overall supervision of Department defensive cyber operations, including activities of component-level cybersecurity service providers and the integration of such activities with activities of the Cyber Mission Force.

(F) To advise senior leadership of the Department on, and advocate for, investment in capabilities to execute Department missions in and through cyberspace.

(G) To identify shortfalls in capabilities to conduct Department missions in and through cyberspace, and make recommendations on addressing such shortfalls in the Program Budget Review process.

(H) To coordinate and consult with stakeholders in the cyberspace domain across the Department in order to identify other issues on cyberspace for the attention of senior leadership of the Department.

(I) On behalf of the Principal Cyber Advisor, to lead the cross-functional team estab-

lished pursuant to 932(c)(3) of the National Defense Authorization Act for Fiscal Year 2014 (10 U.S.C. 2224 note) in order to synchronize and coordinate military and civilian cyber forces and activities of the Department.

**SEC. 906. EXCLUSION FROM LIMITATIONS ON PERSONNEL IN THE OFFICE OF THE SECRETARY OF DEFENSE AND DEPARTMENT OF DEFENSE HEADQUARTERS OF FELLOWS APPOINTED UNDER THE JOHN S. MCCAIN DEFENSE FELLOWS PROGRAM.**

Section 932(f)(3) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1938; 10 U.S.C. 1580 note prec.) is amended by adding at the end the following new sentence: "An individual appointed pursuant to this paragraph shall not count against the limitation on the number of Office of the Secretary of Defense personnel in section 143 of title 10, United States Code, or any similar limitation in law on the number of personnel in headquarters of the Department that would otherwise apply to the office or headquarters to which appointed.".

## Subtitle B—Organization and Management of Other Department of Defense Offices and Elements

**SEC. 911. CODIFICATION OF ASSISTANT SECRETARIES FOR ENERGY, INSTALLATIONS, AND ENVIRONMENT OF THE ARMY, NAVY, AND AIR FORCE.**

(a) ASSISTANT SECRETARY OF THE ARMY.—Section 7016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(6)(A) One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.

"(B) The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the overall supervision of energy, installation, and environment matters for the Department of the Army.".

(b) ASSISTANT SECRETARY OF THE NAVY.—Section 8016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(5)(A) One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.

"(B) The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the

overall supervision of energy, installation, and environment matters for the Department of the Navy.''.

(c) ASSISTANT SECRETARY OF THE AIR FORCE.—Section 9016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(5)(A) One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.

"(B) The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the overall supervision of energy, installation, and environment matters for the Department of the Air Force.''.

## Subtitle C—Other Department of Defense Organization and Management Matters

### SEC. 921. PROHIBITION ON OWNERSHIP OR TRADING OF STOCKS IN CERTAIN COMPANIES BY CERTAIN OFFICIALS OF THE DEPARTMENT OF DEFENSE.

(a) IN GENERAL.—Chapter 49 of title 10, United States Code, is amended by adding at the end the following new section:

WASHSTATEC006649

**"§ 988. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense**

"(a) PROHIBITION.—Except as provided in subsection (b), a covered official of the Department of Defense may not own or purchase publicly traded stock of a company if that company is one of the 10 entities awarded the most amount of contract funds by the Department of Defense in a fiscal year during the five preceding fiscal years.

"(b) EXCEPTIONS.—This section shall not apply to the purchase or ownership of a publicly traded stock of a company otherwise described in subsection (a) as follows:

"(1) If the aggregate market value of the holdings of the covered official, and the spouse and minor children of the covered official, in the stock of that company, both before and after purchase (in the case of a purchase), does not exceed the de minimis threshold established in section 2640.202(a)(2) of title 5, Code of Federal Regulations.

"(2) If the stock is purchased and owned as part of an Excepted Investment Fund or mutual fund.

"(c) DEFINITIONS.—In this section:

"(1) The term 'covered official of the Department of Defense' means any of the following:

"(A) A civilian appointed to a position in the Department of Defense by the President, by and with the advice and consent of the Senate.

"(B) If serving in a key acquisition position (as designated by the Secretary of Defense or the Secretary concerned for purposes of this section), the following:

"(i) A member of the armed forces in a grade above O–6.

"(ii) A civilian officer or employee in a Senior Executive Service, Senior-Level, or Scientific or Professional position.

"(2) The term 'Excepted Investment Fund' means a widely-held investment fund described in section 102(f)(8) of the Ethics in Government Act of 1978 (5 U.S.C. App.).".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 49 of such title is amended by adding at the end the following new item:

"988. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.".

WASHSTATEC006651

**SEC. 922. LIMITATION ON CONSOLIDATION OF DEFENSE MEDIA ACTIVITY.**

(a) LIMITATION.—The Secretary of Defense may not take any action to consolidate the Defense Media Activity until a period of 60 days has elapsed following the date on which the Secretary of Defense submits the report required under subsection (b).

(b) REPORT REQUIRED.—The Secretary of Defense shall submit to the congressional defense committees a report that includes the following:

(1) Any current or future plans to restructure, reduce, or eliminate the functions, personnel, facilities, or capabilities of the Defense Media Activity, including the timelines associated with such plans.

(2) Any modifications that have been made, or that may be made, to personnel compensation or funding accounts in preparation for, or in response to, efforts to consolidate the Defense Media Activity.

(3) Any contractual agreements that have been entered into to consolidate or explore the consolidation of the Defense Media Activity.

(4) Any Department of Defense directives or Administration guidance relating to efforts to consolidate the Defense Media Activity, including any directives or guidance intended to inform or instruct such efforts.

(c) CONSOLIDATE DEFINED.—In this section, the term "consolidate", means any action to reduce the functions, personnel, facilities, or capabilities of the Defense Media Activity.

**SEC. 923. REPORT ON RESOURCES TO IMPLEMENT THE CIVILIAN CASUALTY POLICY OF THE DEPARTMENT OF DEFENSE.**

Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report, in unclassified form, on the resources necessary over the period of the future-years defense plan for fiscal year 2020 under section 221 of title 10, United States Code, to fulfill the requirements of section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1939; 10 U.S.C. 134 note) and fully implement policies developed as a result of such section.

## Subtitle D—United States Space Force

**SEC. 951. SHORT TITLE.**

This subtitle may be cited as the "United States Space Force Act".

**SEC. 952. THE SPACE FORCE.**

(a) REDESIGNATION.—The Air Force Space Command is hereby redesignated as the United States Space Force (USSF).

(b) AUTHORITY.—Title 10, United States Code, is amended—

(1) in chapter 907 of part I of subtitle D, by redesignating sections 9067, 9069, 9074, 9075, 9081, and 9084 as sections 9063, 9064, 9065, 9066, 9067, and 9068, respectively;

(2) by adding at the end of such part the following new chapter:

**"CHAPTER 908—THE SPACE FORCE**

"Sec.
"9081. The United States Space Force.
"9082. Chief of Space Operations.
"9083. Officer career field for space.";

(3) by transferring section 2279c to chapter 908, as so added, and redesignating such section as section 9081; and

(4) by amending such section 9081 to read as follows:

**"§ 9081. The United States Space Force**

"(a) ESTABLISHMENT.—There is established a United States Space Force as an armed force within the Department of the Air Force.

"(b) COMPOSITION.—The Space Force shall be composed of the following:

"(1) The Chief of Space Operations.

"(2) The space forces and such assets as may be organic therein.

"(c) FUNCTIONS.—The Space Force shall be organized, trained, and equipped to provide—

"(1) freedom of operation for the United States in, from, and to space; and

"(2) prompt and sustained space operations.

"(d) DUTIES.—It shall be the duty of the Space Force to—

"(1) protect the interests of the United States in space;

"(2) deter aggression in, from, and to space; and

"(3) conduct space operations.".

(c) SPACE FORCE AS AN ARMED FORCE.—Section 101(a)(4) of title 10, United States Code, is amended by inserting "Space Force," after "Marine Corps,".

(d) MEMBERS.—

(1) IN GENERAL.—Effective as of the date of the enactment of this Act, there shall be assigned to the Space Force such members of the Air Force as the Secretary of the Air Force shall specify.

(2) NO AUTHORIZATION OF ADDITIONAL MILITARY BILLETS.—The Secretary shall carry out this subsection within military personnel of the Air Force otherwise authorized by this Act. Nothing in this subsection shall be construed to authorize additional military billets for the purposes of, or in connection with, the establishment of the Space Force.

(e) OFFICER CAREER FIELD FOR SPACE.—Section 9068 of title 10, United States Code (as redesignated by subsection (b)(1)), is hereby transferred to the end of chapter 908 of such title (as added by subsection (b)(2)) and redesignated as section 9083.

(f) TABLES OF CHAPTERS.—The tables of chapters at the beginning of subtitle D of title 10, United States Code, and part I of such subtitle are each amended by inserting after the item relating to chapter 907 the following new item:

**"908. The Space Force .......... 9081.".**

(g) CONFORMING CLERICAL AMENDMENT TO CHAPTER 907.—The table of sections at the beginning of chapter 907 of title 10, United States Code, is amended by striking the items relating to sections 9067, 9069, 9074, 9075, 9081, and 9084 and inserting the following new items:

"9063. Designation: officers to perform certain professional functions.
"9064. Air Force nurses: Chief; appointment.
"9065. Commands: territorial organization.

"9066. Regular Air Force: composition.
"9067. Assistant Surgeon General for Dental Services.".

**SEC. 953. CHIEF OF SPACE OPERATIONS.**

(a) CHIEF.—Chapter 908 of title 10, United States Code (as added by section 952 of this Act), is amended by inserting after section 9081 the following new section:

**"§ 9082. Chief of Space Operations**

"(a) APPOINTMENT.—(1) There is a Chief of Space Operations, appointed by the President, by and with the advice and consent of the Senate, from the general officers of the Air Force. The Chief serves at the pleasure of the President.

"(2) The Chief shall be appointed for a term of four years. In time of war or during a national emergency declared by Congress, the Chief may be reappointed for a term of not more than four years.

"(b) GRADE.—The Chief, while so serving, has the grade of general without vacating the permanent grade of the officer.

"(c) RELATIONSHIP TO THE SECRETARY OF THE AIR FORCE.—Except as otherwise prescribed by law and subject to section 9013(f) of this title, the Chief performs the duties of such position under the authority, direction, and control of the Secretary of the Air Force and is directly responsible to the Secretary.

WASHSTATEC006657

"(d) DUTIES.—Subject to the authority, direction, and control of the Secretary of the Air Force, the Chief shall—

"(1) preside over the Office of the Chief of Space Operations;

"(2) transmit the plans and recommendations of the Office of the Chief of Space Operations to the Secretary and advise the Secretary with regard to such plans and recommendations;

"(3) after approval of the plans or recommendations of the Office of the Chief of Space Operations by the Secretary, act as the agent of the Secretary in carrying them into effect;

"(4) exercise supervision, consistent with the authority assigned to commanders of unified or specified combatant commands under chapter 6 of this title, over such of the members and organizations of the Space Force as the Secretary determines; and

"(5) perform such other military duties, not otherwise assigned by law, as are assigned to the Chief by the President, the Secretary of Defense, or the Secretary of the Air Force.

"(e) JOINT CHIEFS OF STAFF.—(1) Commencing one year after the date of the enactment of the United States

Space Force Act, the Chief of Space Operations shall be a member of the Joint Chiefs of Staff.

"(2) To the extent that such action does not impair the independence of the Chief in the performance of the duties of the Chief as a member of the Joint Chiefs of Staff pursuant to paragraph (1), the Chief shall inform the Secretary of the Air Force regarding military advice rendered by members of the Joint Chiefs of Staff on matters affecting the Department of the Air Force.

"(3) Subject to the authority, direction, and control of the Secretary of Defense, the Chief shall keep the Secretary of the Air Force fully informed of significant military operations affecting the duties and responsibilities of the Secretary.".

(b) SERVICE.—

(1) INCUMBENT.—The individual serving as Commander of the Air Force Space Command as of the day before the date of the enactment of this Act may serve as the Chief of Space Operations under subsection (a) of section 9082 of title 10, United States Code (as added by subsection (a) of this section), after that date without further appointment as otherwise provided for by subsection (a) of such section 9082.

(2) U.S. SPACE COMMAND.—During the one-year period beginning on the date of the enactment of this Act, the Secretary of Defense may authorize an officer serving as the Chief of Space Operations to serve concurrently as the Commander of the United States Space Command, without further appointment.

(c) JOINT CHIEFS OF STAFF MATTERS.—Effective on the date that is one year after the date of the enactment of this Act, section 151(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(8) The Chief of Space Operations.".

**SEC. 954. SPACE FORCE ACQUISITION COUNCIL.**

(a) IN GENERAL.—Chapter 903 of title 10, United States Code, is amended—

(1) by redesignating section 9021 as section 9021a; and

(2) by inserting after section 9020 the following new section 9021:

**"§ 9021. Space Force Acquisition Council**

"(a) ESTABLISHMENT.—There is in the Office of the Secretary of the Air Force a council to be known as the 'Space Force Acquisition Council' (in this section referred to as the 'Council').

"(b) MEMBERS.—The members of the Council are as follows:

"(1) The Under Secretary of the Air Force.

"(2) The Assistant Secretary of the Air Force for Space Acquisition and Integration, who shall act as chair of the Council.

"(3) The Assistant Secretary of Defense for Space Policy.

"(4) The Director of the National Reconnaissance Office.

"(5) The Chief of Space Operations.

"(6) The Commander of the United States Space Command.

"(c) DUTIES.—The Council shall oversee, direct, and manage acquisition and integration of the Air Force for space systems and programs in order to ensure integration across the national security space enterprise.

"(d) MEETINGS.—The Council shall meet not less frequently than monthly.

"(e) REPORTS.—Not later than 30 days after the end of each calendar year quarter through the first calendar year quarter of 2025, the Council shall submit to the congressional defense committees a report on the activities of the Council during the calendar year quarter preceding

the calendar year quarter in which such report is submitted.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 903 of such title is amended by striking the item relating to section 9021 and inserting the following new items:

"9021. Space Force Acquisition Council.
"9021a. Air Force Reserve Forces Policy Committee.".

**SEC. 955. ASSISTANT SECRETARY OF DEFENSE FOR SPACE POLICY.**

(a) IN GENERAL.—Section 138(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:

"(5) One of the Assistant Secretaries is the Assistant Secretary of Defense for Space Policy. The principal duty of the Assistant Secretary shall be the overall supervision of policy of the Department of Defense for space warfighting.".

(b) ELEMENTS OF OFFICE.—

(1) DEVELOPMENT OF RECOMMENDATIONS.—The Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center on the development of recommendations as to the appropriate elements of the Office of the Assistant Secretary of Defense for Space Policy, including, in particular, whether the

elements of the Office should include elements on space that are currently assigned to the Office of the Under Secretary of Defense for Intelligence or the Military Intelligence Program.

(2) TRANSMITTAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary shall transmit to the Committees on Armed Services of the Senate and the House of Representatives the recommendations developed pursuant to paragraph (1), together with an assessment of such recommendations by the Secretary.

**SEC. 956. ASSISTANT SECRETARY OF THE AIR FORCE FOR SPACE ACQUISITION AND INTEGRATION.**

(a) REDESIGNATION OF PRINCIPAL ASSISTANT FOR SPACE AS ASSISTANT SECRETARY FOR SPACE ACQUISITION AND INTEGRATION.—

(1) IN GENERAL.—The Principal Assistant to the Secretary of the Air Force for Space is hereby redesignated as the Assistant Secretary of the Air Force for Space Acquisition and Integration.

(2) REFERENCES.—Any reference to the Principal Assistant to the Secretary of the Air Force for Space in any law, regulation, map, document, record, or other paper of the United States shall be deemed to be a reference to the Assistant Secretary

of the Air Force for Space Acquisition and Integration.

(b) CODIFICATION OF POSITION AND RESPONSIBILITIES.—

(1) IN GENERAL.—Section 9016 of title 10, United States Code, as amended by subtitle B of this title, is further amended—

(A) in subsection (a), by striking "four" and inserting "five"; and

(B) in subsection (b), by adding at the end the following new paragraph:

"(6)(A) One of the Assistant Secretaries is the Assistant Secretary of the Air Force for Space Acquisition and Integration.

"(B) Subject to the authority, direction, and control of the Secretary of the Air Force, the Assistant Secretary shall do as follows:

"(i) Be responsible for all architecture and integration of the Air Force for space systems and programs, including in support of the Chief of Space Operations under section 9082 of this title.

"(ii) Act as the chair of the Space Force Acquisition Council under section 9021 of this title.

"(iii) Advise the service acquisition executive of the Air Force with responsibility for space systems

and programs (including for all major defense acquisition programs under chapter 144 of this title for space) on the acquisition of such systems and programs by the Air Force.

"(iv) Oversee and direct each of the following:

"(I) The Space Rapid Capabilities Office under section 2273a of this title.

"(II) The Space and Missile Systems Center.

"(III) The Space Development Agency.

"(v) Advise and synchronize acquisition projects for all space systems and programs of the Air Force, including projects for space systems and programs responsibility for which is transferred to the Assistant Secretary pursuant to section 956(b)(3) of the United States Space Force Act.

"(vi) Effective as of October 1, 2022, in accordance with section 957 of that Act, serve as the Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.".

(2) EXECUTIVE SCHEDULE LEVEL IV.—Section 5315 of title 5, United States Code, is amended by striking the item relating to the Assistant Secretaries of the Air Force and inserting the following new item:

"Assistant Secretaries of the Air Force (5).".

(3) TRANSFER OF ACQUISITION PROJECTS FOR SPACE SYSTEMS AND PROGRAMS.—Effective October 1, 2022, the Secretary of the Air Force shall transfer to the Assistant Secretary of the Air Force for Space Acquisition and Integration under paragraph (6) of section 9016(b) of title 10, United States Code (as added by this subsection), responsibility for architecture and integration of any acquisition projects for space systems and programs of the Air Force that are under the oversight or direction of the Assistant Secretary of the Air Force for Acquisition as of September 30, 2022.

**SEC. 957. SERVICE ACQUISITION EXECUTIVE OF THE DEPARTMENT OF THE AIR FORCE FOR SPACE SYSTEMS AND PROGRAMS.**

(a) IN GENERAL.—Effective October 1, 2022, there shall be within the Department of the Air Force a Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.

(b) SERVICE.—

(1) IN GENERAL.—Effective as of October 1, 2022, and subject to paragraph (2), the individual serving as Assistant Secretary of the Air Force for Space Acquisition and Integration under paragraph

WASHSTATEC006666

(6) of section 9016(b) of title 10, United States Code (as added by section 1832(b) of this Act), shall also serve as the Service Acquisition Executive for Space Systems and Programs.

(2) INCUMBENT.—The individual serving as Assistant Secretary of the Air Force for Space Acquisition and Integration as of October 1, 2022, may also serve as the Service Acquisition Executive for Space Systems and Programs pursuant to paragraph (1) only if appointed as the Service Acquisition Executive for Space Systems and Programs by the President, by and with the advice and consent of the Senate, pursuant to a nomination submitted to the Senate on or after that date.

(c) AUTHORITIES AND RESPONSIBILITIES.—

(1) IN GENERAL.—The Service Acquisition Executive for Space Systems and Programs shall have within the Department of the Air Force all the authorities and responsibilities of a service acquisition executive under section 1704 of title 10, United States Code, and other applicable law, for the Department of the Air Force with respect to space systems and programs.

(2) SEPARATE SAE WITHIN THE AIR FORCE.—The Service Acquisition Executive for Space Systems

and Programs shall be in addition to the service acquisition executive in the Department of the Air Force for all acquisition matters of the Department of the Air Force other than with respect to space systems and programs.

(3) GUIDANCE ON RELATIONSHIP AMONG SAES.—Not later than October 1, 2022, and from time to time thereafter, the Secretary of the Air Force shall issue guidance for the Department of the Air Force on the authorities and responsibilities of the Service Acquisition Executive for Space Systems and Programs and the authorities and responsibilities of the service acquisition executive of the Department for all acquisition matters of the Department other than with respect to space systems and programs.

**SEC. 958. CONFORMING AMENDMENTS AND CLARIFICATION OF AUTHORITIES.**

(a) CONFORMING AMENDMENTS.—Title 10, United States Code, is amended as follows:

(1) In section 101(a)(9)(C), by inserting "and the Space Force" before the semicolon.

(2) In section 2273a—

(A) in subsection (a), by striking "Air Force Space Command" and inserting "Space Force"; and

(B) in subsection (b), by striking "Commander of the Air Force Space Command" and inserting "Chief of Space Operations".

(b) CLARIFICATION OF AUTHORITIES.—

(1) IN GENERAL.—Except as specifically provided by this subtitle or the amendments made by this subtitle—

(A) a member of the Space Force shall be treated as a member of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement; and

(B) a civilian employee of the Space Force shall be treated as a civilian employee of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement.

(2) APPOINTMENT AND ENLISTMENT.—For purposes of the appointment or enlistment of individuals as members of the Space Force pending the integration of the Space Force into the laws providing for the appointment or enlistment of individ-

uals as members of the Armed Forces, appointments and enlistments of individuals as members of the Armed Forces in the Space Force may be made in the same manner in which appointments and enlistments of individuals as members of the Armed Forces in the other Armed Forces may be made by law.

**SEC. 959. EFFECTS ON MILITARY INSTALLATIONS.**

Nothing in this subtitle, or the amendments made by this subtitle, shall be construed to authorize or require the relocation of any facility, infrastructure, or military installation of the Air Force.

**SEC. 960. AVAILABILITY OF FUNDS.**

(a) In General.—Subject to subsection (b), amounts authorized to be appropriated for fiscal year 2020 by this Act and available for the Air Force may be obligated and expended for programs, projects, and activities for space, including personnel and acquisition programs, projects, and activities, for and in connection with the establishment of the Space Force and the discharge of the other requirements of this title and the amendments made by this subtitle.

(b) Limitation.—The total amount obligated and expended in fiscal year 2020 from amounts authorized to be appropriated by this Act for and in connection with

WASHSTATEC006670

the establishment of the Space Force and the discharge of the requirements described in subsection (a) may not exceed the total amount requested for the Space Force in the budget of the President for fiscal year 2020, as submitted to Congress pursuant to section 1105(a) of title 10, United States Code.

**SEC. 961. IMPLEMENTATION.**

(a) REQUIREMENT.—Except as specifically provided by this subtitle, the Secretary of the Air Force shall implement this subtitle, and the amendments made by this subtitle, by not later than 18 months after the date of the enactment of this Act.

(b) BRIEFINGS.—Not later than 60 days after the date of the enactment of this Act, and every 60 days thereafter until March 31, 2023, the Secretary of the Air Force and the Chief of Space Operations shall jointly provide to the congressional defense committees a briefing on the status of the implementation of the Space Force pursuant to this subtitle and the amendments made by this subtitle. Each briefing shall address the current missions, operations and activities, manpower requirements and status, and budget and funding requirements and status of the Space Force, and such other matters with respect to the implementation and operation of the Space Force as the Secretary and the Chief jointly consider appropriate to

keep Congress fully and currently informed on the status of the implementation of the Space Force.

# TITLE X—GENERAL PROVISIONS

Subtitle A—Financial Matters

Sec. 1001. General transfer authority.
Sec. 1002. Defense Business Audit Remediation Plan.
Sec. 1003. Financial improvement and audit remediation plan.
Sec. 1004. Reporting requirements relating to Department of Defense audits.
Sec. 1005. Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands.
Sec. 1006. Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers.
Sec. 1007. Annual budget justification display for service-common and other support and enabling capabilities for special operations forces.
Sec. 1008. Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs.
Sec. 1009. Plan of the Department of Defense for financial management information.
Sec. 1010. Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund.
Sec. 1011. Transparency of accounting firms used to support Department of Defense audit.
Sec. 1012. Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense.

Subtitle B—Counterdrug Activities

Sec. 1021. Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia.
Sec. 1022. Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities.
Sec. 1023. Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin.
Sec. 1024. Assessment of impact of any planned or proposed border wall on volume of illegal narcotics.

Subtitle C—Naval Vessels

Sec. 1031. Modification of authority to purchase vessels using funds in National Defense Sealift Fund.
Sec. 1032. Use of National Defense Sealift Fund for procurement of two used vessels.
Sec. 1033. Transportation by sea of supplies for the Armed Forces and Defense Agencies.
Sec. 1034. Senior Technical Authority for each naval vessel class.
Sec. 1035. Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.
Sec. 1036. Formal training for shipboard system programs of record.

WASHSTATEC006672

Sec. 1037. Report on shipbuilder training and the defense industrial base.
Sec. 1038. Use of competitive procedures for CVN–80 and CVN–81 dual aircraft carrier contract.
Sec. 1039. Report on expanding naval vessel maintenance.

Subtitle D—Counterterrorism

Sec. 1041. Modification of support of special operations to combat terrorism.
Sec. 1042. Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.
Sec. 1043. Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.
Sec. 1044. Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1045. Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1046. Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.
Sec. 1047. Independent assessment on gender and countering violent extremism.

Subtitle E—Miscellaneous Authorities and Limitations

Sec. 1051. Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.
Sec. 1052. Explosive ordnance defense disposal program.
Sec. 1053. Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense.
Sec. 1054. Notification on the provision of defense sensitive support.
Sec. 1055. Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas.
Sec. 1056. Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces.
Sec. 1057. Expenditure of funds for Department of Defense intelligence and counterintelligence activities.
Sec. 1058. Limitation on use of funds for the inactivation of Army watercraft units.

## Subtitle A—Financial Matters

**SEC. 1001. GENERAL TRANSFER AUTHORITY.**

(a) AUTHORITY TO TRANSFER AUTHORIZATIONS.—

(1) AUTHORITY.—Upon determination by the Secretary of Defense that such action is necessary in

the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this division for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with and be available for the same purposes as the authorization to which transferred.

(2) LIMITATION.—Except as provided in paragraph (3), the total amount of authorizations that the Secretary may transfer under the authority of this section may not exceed $4,000,000,000.

(3) EXCEPTION FOR TRANSFERS BETWEEN MILITARY PERSONNEL AUTHORIZATIONS.—A transfer of funds between military personnel authorizations under title IV shall not be counted toward the dollar limitation in paragraph (2).

(b) LIMITATIONS.—The authority provided by subsection (a) to transfer authorizations—

(1) may only be used to provide authority for items that have a higher priority than the items from which authority is transferred; and

(2) may not be used to provide authority for an item that has been denied authorization by Congress.

(c) EFFECT ON AUTHORIZATION AMOUNTS.—A transfer made from one account to another under the authority of this section shall be deemed to increase the amount authorized for the account to which the amount is transferred by an amount equal to the amount transferred.

(d) NOTICE TO CONGRESS.—The Secretary shall promptly notify Congress of each transfer made under subsection (a).

**SEC. 1002. DEFENSE BUSINESS AUDIT REMEDIATION PLAN.**

(a) IN GENERAL.—Chapter 9A of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 240g. Defense Business Audit Remediation Plan**

"(a) IN GENERAL.—The Secretary of Defense shall maintain a plan, to be known as the 'Defense Business Systems Audit Remediation Plan'. Such plan shall include a current accounting of the defense business systems of the Department of Defense that will be introduced, replaced, updated, modified, or retired in connection with the audit of the full financial statements of the Department, including a comprehensive roadmap that displays—

"(1) in-service, retirement, and other pertinent dates for affected defense business systems;

"(2) current cost-to-complete estimates for each affected defense business system; and

"(3) dependencies both between the various defense business systems and between the introduction, replacement, update, modification, and retirement of such systems.

"(b) REPORT AND BRIEFING REQUIREMENTS.—

"(1) ANNUAL REPORT.—Not later than June 30, 2020, and annually thereafter, the Secretary of Defense shall submit to the congressional defense committees an updated report on the Defense Business Systems Audit Remediation Plan under subsection (a).

"(2) SEMIANNUAL BRIEFINGS.—Not later than January 31 and June 30 each year, the Secretary shall provide to the congressional defense committees a briefing on the status of the Defense Business Systems Audit Remediation Plan. Such briefing shall include a description of any updates to the defense business systems roadmap referred to in subsection (a).

"(c) DEFENSE BUSINESS SYSTEM.—In this section, the term 'defense business system' has the meaning given such term in section 2222(i)(1)(A) of this title.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:

"240g. Defense Business Audit Remediation Plan.".

**SEC. 1003. FINANCIAL IMPROVEMENT AND AUDIT REMEDIATION PLAN.**

(a) ELEMENTS OF ANNUAL REPORT.—Subsection (b)(1)(B) of section 240b of title 10, United States Code, is amended—

(1) in clause (vii)—

(A) by striking "or if less than 50 percent of the audit remediation services"; and

(B) by striking "and audit remediation activities"; and

(2) in clause (viii), by striking "or if less than 25 percent of the audit remediation services".

(b) SEMIANNUAL BRIEFINGS.—Subsection (b)(2) of such section is amended by striking "or audit remediation".

(c) AUDIT REMEDIATION SERVICES.—Subsection (b) of such section is further amended—

(1) in paragraph (1)(B), by adding at the end the following new clauses:

"(ix) If less than 50 percent of the audit remediation services under contract, as described in the briefing required under

paragraph (2)(B), are being performed by individual professionals meeting the qualifications described in subsection (c), a detailed description of the risks associated with the risks of the acquisition strategy of the Department with respect to conducting audit remediation activities and an explanation of how the strategy complies with the policies expressed by Congress.

"(x) If less than 25 percent of the audit remediation services under contract, as described in the briefing required under paragraph (2)(B), are being performed by individual professionals meeting the qualifications described in subsection (c), a written certification that the staffing ratio complies with commercial best practices and presents no increased risk of delay in the Department's ability to achieve a clean audit opinion."; and

(2) in paragraph (2)—

(A) by striking "Not later" and inserting "(A) Not later"; and

(B) by adding at the end the following new subparagraph:

"(B) Not later than January 31 and June 30 each year, the Under Secretary of Defense (Comptroller) and the comptrollers of the military departments shall provide a briefing to the congressional defense committees on the status of the corrective action plan. Such briefing shall include both the absolute number and percentage of personnel performing the amount of audit remediation services being performed by professionals meeting the qualifications described in subsection (c).".

(d) SELECTION OF AUDIT REMEDIATION SERVICES.—Such section is further amended by adding at the end the following new subsection:

"(e) SELECTION OF AUDIT REMEDIATION SERVICES.—The selection of audit remediation service providers shall be based, among other appropriate criteria, on qualifications, relevant experience, and capacity to develop and implement corrective action plans to address internal control and compliance deficiencies identified during a financial statement or program audit.".

**SEC. 1004. REPORTING REQUIREMENTS RELATING TO DEPARTMENT OF DEFENSE AUDITS.**

(a) ANNUAL REPORT.—

(1) IN GENERAL.—Chapter 9A of title 10, United States Code, as amended by section 1002 is

further amended by adding at the end the following new section:

**"§ 240h. Annual report on auditable financial statements**

"(a) IN GENERAL.—Not later than January 30 of each year, the Secretary of Defense shall submit to the congressional defense committees a report that includes a ranking of all of the military departments and Defense Agencies in order of how advanced each such department and Agency is in achieving auditable financial statements, as required by law. In preparing the report, the Secretary shall seek to exclude information that is otherwise available in other reports to Congress.

"(b) BOTTOM QUARTILE.—Not later than June 30 of each year, the head of each of the military departments and Defense Agencies that were ranked in the bottom quartile of the report submitted under subsection (a) for that year shall submit to the congressional defense committees a report that includes the following information for that military department or Defense Agency:

"(1) A description of the material weaknesses of the military department or Defense Agency.

"(2) The underlying causes of such weaknesses.

"(3) A plan for remediating such weaknesses.

"(4) The total number of open audit notices of findings and recommendations (hereinafter referred to as 'NFRs') for the most recently concluded fiscal year and the preceding two fiscal years, where applicable.

"(5) The number of repeat or reissued NFRs from the most recently concluded fiscal year.

"(6) The number of NFRs that were previously forecasted to be closed during the most recently concluded fiscal year that remain open.

"(7) The number of closed NFRs during the current fiscal year and prior fiscal years.

"(8) The number of material weaknesses that were validated by external auditors as fully resolved or downgraded in the current fiscal year over prior fiscal years.

"(9) A breakdown by fiscal years in which open NFRs are forecasted to be closed.

"(10) Explanations for unfavorable trends in the information under paragraphs (1) through (9).".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter , as amended by section 1002 is futher amended by adding at the end the following new item:

"240h. Annual report on auditable financial statements.".

(b) PLAN FOR REMEDIATED AUDIT FINDINGS.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on Department-wide audit metrics. Such report shall include each of the following:

(1) The total number of open audit notices of findings and recommendations (hereinafter referred to as "NFRs") for the most recent fiscal year and the preceding two fiscal years where applicable.

(2) The number of repeat or reissued NFRs from the most recent fiscal year.

(3) The number of NFRs that were previously forecasted to be closed in the most recently completed fiscal year that remain open,

(4) The number of closed NFRs in the current fiscal year and prior fiscal years.

(5) The number of material weaknesses that were validated by external auditors as fully resolved or downgraded in the current fiscal year over prior fiscal years.

(6) A breakdown by fiscal years in which open NFRs are forecasted to be closed.

(7) Explanations for unfavorable trends in the information under paragraphs (1) through (5).

WASHSTATEC006682

**SEC. 1005. INCLUSION OF CERTAIN MILITARY CONSTRUCTION PROJECTS IN ANNUAL REPORTS ON UNFUNDED PRIORITIES OF THE ARMED FORCES AND THE COMBATANT COMMANDS.**

(a) INCLUSION OF CERTAIN MILITARY CONSTRUCTION PROJECTS AMONG UNFUNDED PRIORITIES.—Subsection (d) of section 222a of title 10, United States Code, is amended to read as follows:

"(d) DEFINITIONS.—In this section:

"(1) The term 'unfunded priority', in the case of a fiscal year, means a program, activity, or mission requirement, including a covered military construction project, that—

"(A) is not funded in the budget of the President for the fiscal year as submitted to Congress pursuant to section 1105 of title 31;

"(B) is necessary to fulfill a requirement associated with an operational or contingency plan of a combatant command or other validated requirement; and

"(C) would have been recommended for funding through the budget referred to in subparagraph (1) by the officer submitting the report required by subsection (a) in connection with the budget if—

WASHSTATEC006683

"(i) additional resources been available for the budget to fund the program, activity, or mission requirement; or

"(ii) the program, activity, or mission requirement has emerged since the budget was formulated.

"(2) The term 'covered military construction project', in connection with a fiscal year, means a military construction project that—

"(A) is included in any fiscal year of the future-years defense program under section 221 of this title that is submitted in connection with the budget of the President for the fiscal year, and is executable in the fiscal year; or

"(B) is considered by the commander of a combatant command referred to in subsection (b)(5) to be an urgent need, and is executable in the fiscal year.".

(b) ORDER OF URGENCY OF PRIORITIES.—Paragraph (2) of subsection (c) of such section is amended to read as follows:

"(2) PRIORITIZATION OF PRIORITIES.—Each report shall present the unfunded priorities covered by such report as follows:

WASHSTATEC006684

"(A) In overall order of urgency of priority.

"(B) In overall order of urgency of priority among unfunded priorities (other than covered military construction projects).

"(C) In overall order of urgency of priority among covered military construction projects.".

**SEC. 1006. PROHIBITION ON DELEGATION OF RESPONSIBILITY FOR SUBMITTAL TO CONGRESS OF OUT-YEAR UNCONSTRAINED TOTAL MUNITIONS REQUIREMENTS AND OUT-YEAR INVENTORY NUMBERS.**

Section 222c of title 10, United States Code, is amended—

(1) in subsection (a), by striking "subsection (b)" and inserting "subsection (c)";

(2) by redesignating subsections (b), (c), and (d) as subsections (c), (d), and (e), respectively;

(3) by inserting after subsection (a) the following new subsection (b):

"(b) PROHIBITION ON DELEGATION OF SUBMITTAL RESPONSIBILITY.—The responsibility of the chief of staff of an armed force in subsection (a) to submit a report may not be delegated outside the armed force concerned."; and

WASHSTATEC006685

(4) in subsection (c), as redesignated by paragraph (2), by striking "subsection (c)" in paragraph (6) and inserting "subsection (d)".

**SEC. 1007. ANNUAL BUDGET JUSTIFICATION DISPLAY FOR SERVICE-COMMON AND OTHER SUPPORT AND ENABLING CAPABILITIES FOR SPECIAL OPERATIONS FORCES.**

(a) IN GENERAL.—Chapter 9 of title 10, United States Code, is amended by inserting after section 225 the following new section:

**"§ 226. Special operations forces: display of service-common and other support and enabling capabilities**

"(a) IN GENERAL.—The Secretary shall include, in the budget materials submitted to Congress under section 1105 of title 31 for fiscal year 2021 and any subsequent fiscal year, a consolidated budget justification display showing service-common and other support and enabling capabilities for special operations forces requested by a military service or Defense Agency. Such budget justification display shall include any amount for service-common or other capability development and acquisition, training, operations, pay, base operations sustainment, and other common services and support.

"(b) SERVICE-COMMON AND OTHER SUPPORT AND ENABLING CAPABILITIES.—In this section, the term 'service-common and other support and enabling capabilities' means capabilities provided in support of special operations that are not reflected in Major Force Program–11 or designated as special operations forces-peculiar.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 225 the following new item:

"226. Special operations forces: display of service-common and other support and enabling capabilities.".

**SEC. 1008. ELEMENT IN ANNUAL REPORTS ON THE FINANCIAL IMPROVEMENT AND AUDIT REMEDIATION PLAN ON ACTIVITIES WITH RESPECT TO CLASSIFIED PROGRAMS.**

Section 240b(b)(1) of title 10, United States Code, is amended—

(1) in subparagraph (B), as amended by section 1003, by adding at the end the following new clause:

"(xi) A description of audit activities and results for classified programs, including a description of the use of procedures and requirements to prevent unauthorized exposure of classified information in such activities."; and

(2) in subparagraph (C)(i), by inserting "or (ix)" after "clause (vii)".

**SEC. 1009. PLAN OF THE DEPARTMENT OF DEFENSE FOR FINANCIAL MANAGEMENT INFORMATION.**

(a) ELEMENT ON SUPPORT OF NDS BY CORRECTIVE ACTION PLANS.—Section 240b(b)(1)(B) of title 10, United States Code, as amended by section 1008 of this Act, is further amended by adding at the end the following new clause:

"(xii) An identification the manner in which the corrective action plan or plans of each department, agency, component, or element of the Department of Defense, and the corrective action plan of the Department as a whole, support the National Defense Strategy (NDS) of the United States.".

(b) TECHNICAL AMENDMENT.—Clause (i) of such section is amended by striking "section 253a" and inserting "section 240c".

(c) ANNUAL REPORTS ON FUNDING FOR CORRECTIVE ACTION PLANS.—Not later than five days after the submittal to Congress under section 1105(a) of title 31, United States Code, of the budget of the President for any fiscal year after fiscal year 2020, the Secretary of De-

fense shall submit to the congressional defense committees a reporting setting forth a detailed estimate of the funding required for such fiscal year to procure, obtain, or otherwise implement each process, system, and technology identified to address the current corrective action plans of the departments, agencies, components, and elements of the Department of Defense, and the corrective action plan of the Department as a whole, for purposes of chapter 9A of title 10, United States Code, during such fiscal year.

**SEC. 1010. UPDATE OF AUTHORITIES AND RENAMING OF DEPARTMENT OF DEFENSE ACQUISITION WORKFORCE DEVELOPMENT FUND.**

(a) RENAMING AS ACCOUNT.—

(1) IN GENERAL.—Section 1705 of title 10, United States Code, is amended—

(A) in subsection (a), by striking "the 'Department of Defense Acquisition Workforce Development Fund' (in this section referred to as the 'Fund')" and inserting "the 'Department of Defense Acquisition Workforce Development Account' (in this section referred to as the 'Account')"; and

(B) by striking "Fund" each place it appears (other than subsection (e)(6)) and inserting "Account".

(2) CONFORMING AND CLERICAL AMENDMENTS.—

(A) SECTION HEADING.—The heading of such section is amended to read as follows:

**"§ 1705. Department of Defense Acquisition Workforce Development Account".**

(B) CLERICAL AMENDMENT.—The table of sections at the beginning of subchapter I of chapter 87 of such title is amended by striking the item relating to section 1705 and inserting the following new item:

"1705. Department of Defense Acquisition Workforce Development Account.".

(b) MANAGEMENT.—Such section is further amended by striking "Under Secretary of Defense for Acquisition, Technology, and Logistics" each place it appears and inserting "Under Secretary of Defense for Acquisition and Sustainment".

(c) APPROPRIATIONS AS SOLE ELEMENTS OF ACCOUNT.—Subsection (d) of such section is amended to read as follows:

"(d) ELEMENTS.—The Account shall consist of amounts appropriated to the Account by law.".

(d) AVAILABILITY OF AMOUNTS IN ACCOUNT.—Subsection (e)(6) of such section is amended by striking "credited to the Fund" and all that follows and inserting "appropriated to the Account pursuant to subsection (d)

WASHSTATEC006690

shall remain available for expenditure for the fiscal year in which appropriated and the succeeding fiscal year.''.

(e) EFFECTIVE DATE.—

(1) IN GENERAL.—The amendments made by this section shall take effect on October 1, 2019, and shall apply with respect to fiscal years that begin on or after that date.

(2) DURATION OF AVAILABILITY OF PREVIOUSLY DEPOSITED FUNDS.—Nothing in the amendments made by this section shall modify the duration of availability of amounts in the Department of Defense Acquisition Workforce Development Fund that were appropriated or credited to, or deposited, in the Fund, before October 1, 2019, as provided for in section 1705(e)(6) of title 10, United States Code, as in effect on the day before such date.

**SEC. 1011. TRANSPARENCY OF ACCOUNTING FIRMS USED TO SUPPORT DEPARTMENT OF DEFENSE AUDIT.**

Section 1006 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) by striking "For all contract actions" and inserting "(a) IN GENERAL.—For all contract actions"; and

(2) by adding at the end the following new subsections

"(b) TREATMENT OF STATEMENT.—A statement setting forth the details of a disciplinary proceeding submitted pursuant to subsection (a), and the information contained in such a statement, shall be—

"(1) treated as confidential to the extent required by the court or agency in which the proceeding has occurred; and

"(2) treated in a manner consistent with any protections or privileges established by any other provision of Federal law.".

**SEC. 1012. MODIFICATION OF REQUIRED ELEMENTS OF ANNUAL REPORTS ON EMERGENCY AND EXTRAORDINARY EXPENSES OF THE DEPARTMENT OF DEFENSE.**

Paragraph (2) of section 127(d) of title 10, United States Code, is amended to read as follows:

"(2) Each report submitted under paragraph (1) shall include, for each individual expenditure covered by such report in an amount in excess of $100,000, the following:

WASHSTATEC006692

"(A) A detailed description of the purpose of such expenditure.

"(B) The amount of such expenditure.

"(C) An identification of the approving authority for such expenditure.

"(D) A justification why other authorities available to the Department could not be used for such expenditure.

"(E) Any other matters the Secretary considers appropriate.".

## Subtitle B—Counterdrug Activities

### SEC. 1021. MODIFICATION OF AUTHORITY TO SUPPORT A UNIFIED COUNTERDRUG AND COUNTERTERRORISM CAMPAIGN IN COLOMBIA.

(a) ORGANIZATIONS WITH RESPECT TO WHICH ASSISTANCE MAY BE PROVIDED.—Subsection (a) of section 1021 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108–375; 118 Stat. 2042), as most recently amended by section 1011(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1545), is further amended—

(1) in paragraph (1), by striking "organizations designated as" and all that follows and inserting "the Revolutionary Armed Forces of Colombia

WASHSTATEC006693

(FARC), the National Liberation Army (ELN), the United Self-Defense Forces of Colombia (AUC), and any covered organization that the Secretary of Defense, with the concurrence of the Secretary of State, determines poses a threat to the national security interests of the United States.'';

(2) by redesignating paragraph (2) as paragraph (3); and

(3) by inserting after paragraph (1) the following new paragraph (2):

''(2) For purposes of paragraph (1), a covered organization is any foreign terrorist organization, or other organization that is a non-state armed group, that—

''(A) promotes illicit economies;

''(B) employs violence to protect its interests;

''(C) has a military type structure, tactics, and weapons that provide it the ability to carry out large-scale violence;

''(D) challenges the security response capacity of Colombia; and

''(E) has the capability to control territory.''.

(b) NOTICE ON ASSISTANCE.—Such section is further amended—

(1) by redesignating subsections (e) and (f) as subsections (f) and (g), respectively; and

(2) by inserting after subsection (d) the following new subsection (e):

"(e) NOTICE ON ASSISTANCE WITH RESPECT TO COVERED ORGANIZATIONS.—(1) Not later than 30 days before providing assistance pursuant to the authority in subsection (a) with respect to a covered organization, the Secretary of Defense shall submit to the appropriate committees of Congress a written notification of the intent to use such authority with respect to such organization, including the name of such organization, the characteristics of such organization, and threat posed by such organization.

"(2) In this subsection, the term 'appropriate committees of Congress' means—

"(A) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

"(B) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.".

**SEC. 1022. EXTENSION OF AUTHORITY FOR JOINT TASK FORCES TO PROVIDE SUPPORT TO LAW ENFORCEMENT AGENCIES CONDUCTING COUNTER-TERRORISM ACTIVITIES.**

(a) EXTENSION.—Subsection (b) of section 1022 of the National Defense Authorization Act for Fiscal Year

2004 (Public Law 108–136; 10 U.S.C. 271 note) is amended by striking "2020" and inserting "2022".

(b) TECHNICAL CORRECTIONS.—Subsection (e) of such section is amended—

(1) in paragraph (1), by inserting a period at the end; and

(2) by adding at the end the following paragraph (2):

"(2) For purposes of applying the definition of transnational organized crime under paragraph (1) to this section, the term 'illegal means', as it appears in such definition, includes the trafficking of money, human trafficking, illicit financial flows, illegal trade in natural resources and wildlife, trade in illegal drugs and weapons, and other forms of illegal means determined by the Secretary of Defense.".

**SEC. 1023. SENSE OF CONGRESS REGARDING DEPARTMENT OF DEFENSE COUNTERDRUG ACTIVITIES IN THE TRANSIT ZONE AND CARIBBEAN BASIN.**

It is the sense of Congress that—

(1) combating transnational criminal organizations and illicit narcotics trafficking across the transit zone and the Caribbean basin is critical to the national security of the United States;

(2) the Department of Defense should work with the Department of Homeland Security, the Department of State, and other relevant Federal, State, local, and international partners to improve surveillance capabilities and maximize the effectiveness of counterdrug operations in the region; and

(3) the Secretary of Defense should, to the greatest extent possible, ensure United States Northern Command and United States Southern Command have the necessary assets to support and increase counter-drug activities within their respective areas of operations in the transit zone and the Caribbean basin.

**SEC. 1024. ASSESSMENT OF IMPACT OF ANY PLANNED OR PROPOSED BORDER WALL ON VOLUME OF ILLEGAL NARCOTICS.**

(a) ASSESSMENT REQUIRED.—The Secretary of Defense, in consultation with the Secretary of Homeland Security, shall conduct an assessment of the impact that any planned or proposed border wall construction under section 284 or 2808 of title 10, United States Code, along the southern border of the United States would have on the volume of illegal narcotics entering the United States.

(b) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense and

the Secretary of Homeland Security shall jointly submit to Congress a report on the assessment required by subsection (a).

## Subtitle C—Naval Vessels

**SEC. 1031. MODIFICATION OF AUTHORITY TO PURCHASE VESSELS USING FUNDS IN NATIONAL DEFENSE SEALIFT FUND.**

(a) IN GENERAL.—Section 2218(f)(3)(E) of title 10, United States Code, is amended—

(1) in clause (i), by striking "ten new sealift vessels" and inserting "ten new vessels that are sealift vessels, auxiliary vessels, or a combination of such vessels"; and

(2) in clause (ii), by striking "sealift".

(b) EFFECTIVE DATE.—The amendments made by subsection (a) shall take effect on October 1, 2019, and shall apply with respect to fiscal years beginning on or after that date.

**SEC. 1032. USE OF NATIONAL DEFENSE SEALIFT FUND FOR PROCUREMENT OF TWO USED VESSELS.**

Pursuant to section 2218(f)(3) of title 10, United States Code, and using amounts authorized to be appropriated for Operation and Maintenance, Navy, for fiscal year 2020, the Secretary of the Navy shall seek to enter into a contract for the procurement of two used vessels.

WASHSTATEC006698

**SEC. 1033. TRANSPORTATION BY SEA OF SUPPLIES FOR THE ARMED FORCES AND DEFENSE AGENCIES.**

Section 2631 of title 10, United States Code, is amended—

(1) in the first sentence of subsection (a), by inserting "or for a Defense Agency" after "Marine Corps"; and

(2) in subsection (b)—

(A) by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively;

(B) by inserting after paragraph (1) the following new paragraph (2):

"(2) Before entering into a contract for the transportation by sea of fuel products under this section, the Secretary shall provide a minimum variance of three days on the shipment date."; and

(C) in paragraph (4), as redesignated by subparagraph (A), by striking "the requirement described in paragraph (1)" and insert "a requirement under paragraph (1) or (2)".

**SEC. 1034. SENIOR TECHNICAL AUTHORITY FOR EACH NAVAL VESSEL CLASS.**

(a) SENIOR TECHNICAL AUTHORITY FOR EACH CLASS REQUIRED.—Chapter 863 of title 10, United

WASHSTATEC006699

States Code, is amended by inserting after section 8669a the following new section:

**"§ 8669b. Senior Technical Authority for each naval vessel class**

"(a) SENIOR TECHNICAL AUTHORITY.—

"(1) DESIGNATION FOR EACH VESSEL CLASS REQUIRED.—The Secretary of the Navy shall designate, in writing, a Senior Technical Authority for each class of naval vessels as follows:

"(A) In the case of a class of vessels which has received Milestone A approval, an approval to enter into technology maturation and risk reduction, or an approval to enter into a subsequent Department of Defense or Department of the Navy acquisition phase as of the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, not later than 30 days after such date of enactment.

"(B) In the case of any class of vessels which has not received any approval described in subparagraph (A) as of such date of enactment, at or before the first of such approvals.

"(2) INDIVIDUALS ELIGIBLE FOR DESIGNATION.—Each individual designated as a Senior Technical Authority under paragraph (1) shall be an

WASHSTATEC006700

employee of the Navy in the Senior Executive Service in an organization of the Navy that—

"(A) possesses the technical expertise required to carry out the responsibilities specified in subsection (b); and

"(B) operates independently of chains-of-command for acquisition program management.

"(3) TERM.—Each Senior Technical Authority shall be designated for a fixed term, not shorter than the time anticipated to establish demonstrated successful performance of the class of vessels concerned in accordance with its approved capabilities document, as determined by the Secretary at the time of designation.

"(4) VOLUNTARY DEPARTURE.—If an individual designated as a Senior Technical Authority voluntarily departs the position before demonstrated successful performance of the class of vessels concerned, the Secretary shall designate, in writing, a replacement, and shall notify, in writing, the congressional defense committees not later than 90 days after such departure.

"(5) REMOVAL.—An individual may be removed involuntarily from designation as a Senior Technical Authority only by the Secretary. Not later than 15

WASHSTATEC006701

days after the involuntary removal of an individual from such designation, the Secretary shall notify, in writing, the congressional defense committees of the removal, including the reasons for the removal. Not later than 90 days after the involuntary removal, the Secretary shall designate, in writing, a replacement, and shall notify, in writing, the congressional defense committees of such designation.

"(6) REASSIGNMENT FOR MISSION NEEDS.—Subject to paragraphs (4) and (5), the Secretary may reassign a Senior Technical Authority or remove an individual from designation as a Senior Technical Authority in furtherance of Department of the Navy mission needs.

"(b) RESPONSIBILITIES AND AUTHORITY.—Each Senior Technical Authority shall be responsible for, and have the authority to, establish, monitor, and approve technical standards, tools, and processes for the class of naval vessels for which designated under this section in conformance with applicable laws and Department of Defense and Department of the Navy policies, requirements, architectures, and standards.

"(c) LIMITATION ON OBLIGATION OF FUNDS ON LEAD VESSEL IN VESSEL CLASS.—

WASHSTATEC006702

"(1) IN GENERAL.—On or after January 1, 2021, funds authorized to be appropriated for Shipbuilding and Conversion, Navy or Other Procurement, Navy may not be obligated for the first time on the lead vessel in a class of naval vessels unless the Secretary of the Navy certifies as described in paragraph (2).

"(2) CERTIFICATION ELEMENTS.—The certification on a class of naval vessels described in this paragraph is a certification containing each of the following:

"(A) The name or names of the individual or individuals designated as the Senior Technical Authority for such class of vessels, and the qualifications and professional biography or biographies of the individual or individuals so designated.

"(B) A description by the Senior Technical Authority of the systems engineering, technology, and ship integration risks for such class of vessels.

"(C) The designation by the Senior Technical Authority of each critical hull, mechanical, electrical, propulsion, and combat system of such class of vessels, including systems relating

to power generation, power distribution, and key operational mission areas.

"(D) The date on which the Senior Technical Authority approved the systems engineering, engineering development, and land-based engineering and testing plans for such class of vessels.

"(E) A description by the Senior Technical Authority of the key technical knowledge objectives and demonstrated system performance of each plan approved as described in subparagraph (D).

"(F) A determination by the Senior Technical Authority that such plans are sufficient to achieve thorough technical knowledge of critical systems of such class of vessels before the start of detail design and construction.

"(G) A determination by the Senior Technical Authority that actual execution of activities in support of such plans as of the date of the certification have been and continue to be effective and supportive of the acquisition schedule for such class of vessels.

"(H) A description by the Senior Technical Authority of other technology maturation and

risk reduction efforts not included in such plans for such class of vessels taken as of the date of the certification.

"(I) A certification by the Senior Technical Authority that each critical system covered by subparagraph (C) has been demonstrated through testing of a prototype or identical component in its final form, fit, and function in a realistic environment.

"(J) A determination by the Secretary that the plans approved as described in subparagraph (D) are fully funded and will be fully funded in the future-years defense program for the fiscal year beginning in the year in which the certification is submitted.

"(K) A determination by the Secretary that the Senior Technical Authority will approve, in writing, the ship specification for such class of vessels before the request for proposals for detail design, construction, or both, as applicable, is released.

"(3) DEADLINE FOR SUBMITTAL OF CERTIFICATION.—The certification required by this subsection with respect to a class of naval vessels shall be submitted, in writing, to the congressional de-

fense committees not fewer than 30 days before the Secretary obligates for the first time funds authorized to be appropriated for Shipbuilding and Conversion, Navy or Other Procurement, Navy for the lead vessel in such class of naval vessels.

"(d) DEFINITIONS.—In this section:

"(1) The term 'class of naval vessels'—

"(A) means any group of similar undersea or surface craft procured with Shipbuilding and Conversion, Navy or Other Procurement, Navy funds, including manned, unmanned, and optionally-manned craft; and

"(B) includes—

"(i) a substantially new class of craft (including craft procured using 'new start' procurement); and

"(ii) a class of craft undergoing a significant incremental change in its existing class (such as a next 'flight' of destroyers or next 'block' of attack submarines).

"(2) The term 'future-years defense program' has the meaning given that term in section 221 of this title.

WASHSTATEC006706

"(3) The term 'Milestone A approval' has the meaning given that term in section 2431a of this title.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 863 of such title is amended by inserting after the item relating to section 8669a the following new item:

"8669b. Senior Technical Authority for each naval vessel class.".

**SEC. 1035. PERMANENT AUTHORITY FOR SUSTAINING OPERATIONAL READINESS OF LITTORAL COMBAT SHIPS ON EXTENDED DEPLOYMENT.**

Section 8680(a)(2) of title 10, United States Code, is amended—

(1) in subparagraph (C)(ii)—

(A) by striking "means preservation or corrosion control efforts and cleaning services" and inserting "means—"; and

(B) by adding at the end the following new subclauses:

"(I) the effort required to provide housekeeping services throughout the ship;

"(II) the effort required to perform coating maintenance and repair to exterior and interior surfaces due to normal environmental conditions; and

"(III) the effort required to clean mechanical spaces, mission zones, and topside spaces."; and

(2) by striking subparagraph (D).

**SEC. 1036. FORMAL TRAINING FOR SHIPBOARD SYSTEM PROGRAMS OF RECORD.**

(a) IN GENERAL.—The Secretary of the Navy shall ensure that there is formal training provided for any shipboard system that is a program of record on any Navy surface vessel.

(b) TIMLINE FOR IMPLEMENTATION.—

(1) CURRENT PROGRAMS.—In the case of any shipboard system program of record that is in use as of the date of the enactment of this Act for which no formal training is available, the Secretary shall ensure that such training is available by not later than 12 months after the date of the enactment of this Act.

(2) FUTURE PROGRAMS.—In the case of any shipboard system program of record that is first accepted by the Government after the date of the enactment of this Act, the Secretary shall ensure that formal training is established for such program by not later than 12 months after the date on which

WASHSTATEC006708

the shipboard system program of record is first accepted by the Government.

**SEC. 1037. REPORT ON SHIPBUILDER TRAINING AND THE DEFENSE INDUSTRIAL BASE.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of Labor, shall submit to the Committee on Armed Services and the Committee on Health, Education, Labor, and Pensions of the Senate and the Committee on Armed Services and the Committee on Education and Labor of the House of Representatives a report on shipbuilder training and hiring requirements necessary to achieve the Navy's 30-year shipbuilding plan and to maintain the shipbuilding readiness of the defense industrial base. Such report shall include each of the following:

(1) An analysis and estimate of the time and investment required for new shipbuilders to gain proficiency in particular shipbuilding occupational specialties, including detailed information about the occupational specialty requirements necessary for construction of naval surface ship and submarine classes to be included in the Navy's 30-year shipbuilding plan.

(2) An analysis of the age demographics and occupational experience level (measured in years of

experience) of the shipbuilding defense industrial workforce.

(3) An analysis of the potential time and investment challenges associated with developing and retaining shipbuilding skills in organizations that lack intermediate levels of shipbuilding experience.

(4) Recommendations concerning how to address shipbuilder training during periods of demographic transition, including whether emerging technologies, such as augmented reality, may aid in new shipbuilder training.

(5) Recommendations concerning how to encourage young adults to enter the defense shipbuilding industry and to develop the skills necessary to support the shipbuilding defense industrial base.

**SEC. 1038. USE OF COMPETITIVE PROCEDURES FOR CVN–80 AND CVN–81 DUAL AIRCRAFT CARRIER CONTRACT.**

To the extent practicable and unless otherwise required by law, the Secretary of the Navy shall ensure that competitive procedures are used with respect to any task order or delivery order issued under a dual aircraft carrier contract relating to the CVN–80 and CVN–81.

**SEC. 1039. REPORT ON EXPANDING NAVAL VESSEL MAINTENANCE.**

(a) REPORT REQUIRED.—Not later than May 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the feasibility and advisability of allowing maintenance to be performed on a naval vessel at a shipyard other than a homeport shipyard of the vessel.

(b) ELEMENTS.—The report required under subsection (a) shall include the following:

(1) An assessment of the ability of homeport shipyards to meet the current naval vessel maintenance demands.

(2) An assessment of the ability of homeport shipyards to meet the naval vessel maintenance demands of the force structure assessment requirement of the Navy for a 355-ship navy.

(3) An assessment of the ability of non-homeport firms to augment repair work at homeport shipyards, including an assessment of the following:

(A) The capability and proficiency of shipyards in the Great Lakes, Gulf Coast, East Coast, West Coast, and Alaska regions to perform technical repair work on naval vessels at locations other than their homeports.

WASHSTATEC006711

(B) The improvements to the capability and capacity of shipyards in the Great Lakes, Gulf Coast, East Coast, West Coast, and Alaska regions that would be required to enable performance of technical repair work on naval vessels at locations other than their homeports.

(C) The types of naval vessels (such as noncombatant vessels or vessels that only need limited periods of time in shipyards) best suited for repair work performed by shipyards in locations other than their homeports.

(D) The potential benefits to fleet readiness of expanding shipyard repair work to include shipyards not located at the homeports of naval vessels.

(E) The ability of non-homeport firms to maintain surge capacity when homeport shipyards lack the capacity or capability to meet homeport requirements.

(4) An assessment of the potential benefits of expanding repair work for naval vessels to shipyards not eligible for short-term work in accordance with section 8669a(c) of title 10, United States Code.

(5) Such other related matters as the Secretary of the Navy considers appropriate.

(c) RULES OF CONSTRUCTION.—

(1) REQUIREMENTS RELATING TO CONSTRUCTION OF COMBATANT AND ESCORT VESSELS AND ASSIGNMENT OF VESSEL PROJECTS.—Nothing in this section may be construed to override the requirements of section 8669a of title 10, United States Code.

(2) NO FUNDING FOR SHIPYARDS OF NON-HOMEPORT FIRMS.—Nothing in this section may be construed to authorize funding for shipyards of non-homeport firms.

(d) DEFINITIONS.—In this section:

(1) HOMEPORT SHIPYARD.—The term "homeport shipyard" means a shipyard associated with a firm capable of being awarded short-term work at the homeport of a naval vessel in accordance with section 8669a(c) of title 10, United States Code.

(2) SHORT-TERM WORK.—The term "short-term work" has the meaning given that term in section 8669a(c)(4) of such title.

## Subtitle D—Counterterrorism

### SEC. 1041. MODIFICATION OF SUPPORT OF SPECIAL OPERATIONS TO COMBAT TERRORISM.

Section 127e of title 10, United States Code, is amended—

WASHSTATEC006713

(1) in subsection (a), by inserting "authorized" before "ongoing"; and

(2) in subsection (d)(2)—

(A) in subparagraph (A), by inserting "and a description of the authorized ongoing operation" before the period at the end;

(B) by redesignating subparagraph (C) as subparagraph (D);

(C) by striking subparagraphs (B) and inserting the following new subparagraphs after subparagraph (A):

"(B) A description of the foreign forces, irregular forces, groups, or individuals engaged in supporting or facilitating the authorized ongoing operation who will receive support provided under this section.

"(C) A detailed description of the support provided or to be provided to the recipient."; and

(D) by adding at the end the following new subparagraphs:

"(E) A detailed description of the legal and operational authorities related to the authorized ongoing operation, including relevant execute orders issued by the Secretary of De-

fense and combatant commanders related to the authorized ongoing operation, including an identification of operational activities United States Special Operations Forces are authorized to conduct under such execute orders.

"(F) The duration for which the support is expected to be provided and an identification of the timeframe in which the provision of support will be reviewed by the combatant commander for a determination regarding the necessity of continuation of support.".

**SEC. 1042. EXTENSION OF PROHIBITION ON USE OF FUNDS FOR TRANSFER OR RELEASE OF INDIVIDUALS DETAINED AT UNITED STATES NAVAL STATION, GUANTANAMO BAY, CUBA, TO CERTAIN COUNTRIES.**

Section 1035 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "December 31, 2019" and inserting "December 31, 2020".

WASHSTATEC006715

**SEC. 1043. EXTENSION OF PROHIBITION ON USE OF FUNDS FOR TRANSFER OR RELEASE OF INDIVIDUALS DETAINED AT UNITED STATES NAVAL STATION, GUANTANAMO BAY, CUBA, TO THE UNITED STATES.**

Section 1033 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "December 31, 2019" and inserting "December 31, 2020".

**SEC. 1044. EXTENSION OF PROHIBITION ON USE OF FUNDS TO CONSTRUCT OR MODIFY FACILITIES IN THE UNITED STATES TO HOUSE DETAINEES TRANSFERRED FROM UNITED STATES NAVAL STATION, GUANTANAMO BAY, CUBA.**

Section 1034(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "December 31, 2019" and inserting "December 31, 2020".

**SEC. 1045. EXTENSION OF PROHIBITION ON USE OF FUNDS TO CLOSE OR RELINQUISH CONTROL OF UNITED STATES NAVAL STATION, GUANTANAMO BAY, CUBA.**

Section 1036 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1551), as amended by section 1032 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019

(Public Law 115–232; 132 Stat. 1953), is further amended by striking "or 2019" and inserting ", 2019, or 2020".

**SEC. 1046. CHIEF MEDICAL OFFICER AT UNITED STATES NAVAL STATION, GUANTANAMO BAY, CUBA.**

(a) CHIEF MEDICAL OFFICER.—

(1) IN GENERAL.—There shall be at United States Naval Station, Guantanamo Bay, Cuba, a Chief Medical Officer of United States Naval Station, Guantanamo Bay (in this section referred to as the "Chief Medical Officer").

(2) GRADE.—The individual serving as Chief Medical Officer shall be an officer of the Armed Forces who holds a grade not below the grade of colonel, or captain in the Navy.

(3) CHAIN OF COMMAND.—Notwithstanding sections 162 and 164 of title 10, United States Code, the Chief Medical Officer shall be assigned and report to the Assistant Secretary of Defense for Health Affairs, with duty at United States Naval Station, Guantanamo Bay, Cuba, in the performance of duties and the exercise of powers of the Chief Medical Officer under this section.

(b) DUTIES.—

WASHSTATEC006717

(1) IN GENERAL.—The Chief Medical Officer shall oversee the provision of medical care to individuals detained at Guantanamo.

(2) QUALITY OF CARE.—The Chief Medical Officer shall ensure that medical care provided as described in paragraph (1) meets applicable standards of care.

(c) POWERS.—

(1) IN GENERAL.—The Chief Medical Officer shall make medical determinations relating to medical care for individuals detained at Guantanamo, including—

(A) decisions regarding assessment, diagnosis, and treatment; and

(B) determinations concerning medical accommodations to living conditions and operating procedures for detention facilities.

(2) RESOLUTION OF DECLINATION TO FOLLOW DETERMINATIONS.—If the commander of Joint Task Force Guantanamo or the Commander of United States Southern Command declines to follow a determination of the Chief Medical Officer under paragraph (1), the matter covered by such determination shall be resolved by the Assistant Secretary of Defense for Health Affairs, in consultation with the As-

sistant Secretary of Defense for Special Operations and Low Intensity Conflict, not later than seven days after receipt by both Assistant Secretaries of written notification of the matter from the Chief Medical Officer.

(3) SECURITY CLEARANCES.—The appropriate departments or agencies of the Federal Government shall, to the extent practicable in accordance with existing procedures and requirements, process expeditiously any application and adjudication for a security clearance required by the Chief Medical Officer to carry out the Chief Medical Officer's duties and powers under this section.

(d) ACCESS TO INDIVIDUALS, INFORMATION, AND ASSISTANCE.—

(1) IN GENERAL.—The Chief Medical Officer may secure directly from the Department of Defense access to any individual, information, or assistance that the Chief Medical Officer considers necessary to enable the Chief Medical Officer to carry out this section, including full access to the following:

(A) Any individual detained at Guantanamo.

(B) Any medical records of any individual detained at Guantanamo.

(C) Medical professionals of the Department who are working, or have worked, at United States Naval Station, Guantanamo Bay.

(2) ACCESS UPON REQUEST.—Upon request of the Chief Medical Officer, the Department shall make available to the Chief Medical Officer on an expeditious basis access to individuals, information, and assistance as described in paragraph (1).

(3) LACK OF EXPEDITIOUS AVAILABILITY.—If access to individuals, information, or assistance is not made available to the Chief Medical Officer upon request on an expeditious basis as required by paragraph (2), the Chief Medical Officer shall notify the Assistant Secretary of Defense for Health Affairs and the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, who shall take actions to resolve the matter expeditiously.

(e) DEFINITIONS.—In this section:

(1) INDIVIDUAL DETAINED AT GUANTANAMO DEFINED.—The term "individual detained at Guantanamo" means an individual located at United States Naval Station, Guantanamo Bay, Cuba, as of October 1, 2009, who—

(A) is not a national of the United States (as defined in section 101(a)(22) of the Immi-

gration and Nationality Act (8 U.S.C. 1101(a)(22)) or a member of the Armed Forces of the United States; and

(B) is—

(i) in the custody or under the control of the Department of Defense; or

(ii) otherwise detained at United States Naval Station, Guantanamo Bay.

(2) MEDICAL CARE.—The term "medical care" means physical and mental health care.

(3) STANDARD OF CARE.—The term "standard of care" means evaluation and treatment that is accepted by medical experts and reflected in peer-reviewed medical literature as the appropriate medical approach for a condition, symptoms, illness, or disease and that is widely used by healthcare professionals.

**SEC. 1047. INDEPENDENT ASSESSMENT ON GENDER AND COUNTERING VIOLENT EXTREMISM.**

(a) IN GENERAL.—The Secretary of Defense, in consultation with the Secretary of State, shall seek to enter into a contract with a nonprofit entity or a federally funded research and development center independent of the Department of Defense and the Department of State to

conduct research and analysis on the relationship between gender and violent extremism.

(b) ELEMENTS.—The research and analysis conducted under subsection (a) shall include consideration of the following:

(1) The probable causes and historical trends of women's participation in violent extremist organizations.

(2) Potential ways in which women's participation in violent extremism is likely to change in the near- and medium-term.

(3) The relationship between violent extremism and each of the following:

(A) Gender-based violence, abduction, and human trafficking.

(B) The perceived role or value of women at the community level, including with respect to property and inheritance rights and bride-price and dowry.

(C) Community opinions of killing or harming of women.

(D) Violations of girls' rights, including child, early, and forced marriage and access to education.

(4) Ways for the Department of Defense to engage and support women and girls who are vulnerable to extremist behavior and activities as a means to counter violent extremism and terrorism.

(c) UTILIZATION.—The Secretary of Defense and the Secretary of State shall utilize the results of the research and analysis conducted under subsection (a) to inform the strategic and operational objectives of the geographic combatant command, where appropriate. Such utilization shall be in accordance with the Women, Peace, and Security Act of 2017 (Public Law 115–68; 22 U.S.C. 2152j et seq.).

(d) REPORTS.—

(1) IN GENERAL.—Not later than 270 days after the date of the enactment of this Act, the nonprofit entity or federally funded research and development center with which the Secretary of Defense enters into the contract under subsection (a) shall submit to the Secretary of Defense and Secretary of State a report on the results of the research and analysis required by subsection (a).

(2) SUBMISSION TO CONGRESS.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the appro-

priate congressional committees each of the following:

(A) A copy of the report submitted under paragraph (1) without change.

(B) Any comments, changes, recommendations, or other information provided by the Secretary of Defense and the Secretary of State relating to the research and analysis required by subsection (a) and contained in such report.

(3) APPROPRIATE CONGRESSIONAL COMMITTEES.—In this paragraph, the term "appropriate congressional committees" means—

(A) the congressional defense committees;

(B) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives; and

(C) the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.

# Subtitle E—Miscellaneous Authorities and Limitations

**SEC. 1051. SCHEDULING OF DEPARTMENT OF DEFENSE EXECUTIVE AIRCRAFT CONTROLLED BY SECRETARIES OF MILITARY DEPARTMENTS.**

(a) IN GENERAL.—Chapter 2 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 120. Department of Defense executive aircraft controlled by Secretaries of military departments**

"(a) IN GENERAL.—The Secretary of Defense shall ensure that the Chief of the Air Force Special Air Mission Office is given the responsibility for coordination of scheduling all Department of Defense executive aircraft controlled by the Secretaries of the military departments in order to support required use travelers.

"(b) RESPONSIBILITIES.—(1) Not later than 180 days after the date of the enactment of this section, the Secretary of each of the military departments shall execute a memorandum of understanding with the Air Force Special Air Mission Office regarding oversight and management of executive aircraft controlled by that military department.

WASHSTATEC006725

"(2) The Secretary of Defense shall be responsible for prioritizing travel when requests exceed available executive airlift capability.

"(3) The Secretary of a military department shall maintain overall authority for scheduling the required use travelers of that military department on executive aircraft controlled by the Secretary. When an executive aircraft controlled by the Secretary of a military department is not supporting required use travelers of that military department, the Secretary of the military department shall make such executive aircraft available for scheduling of other required use travelers.

"(c) LIMITATIONS.—(1) The Secretary of Defense may not establish a new command and control organization to support aircraft.

"(2) No executive aircraft controlled by the Secretary of a military department may be permanently stationed at any location without a required use traveler without the approval of the Secretary of Defense.

"(d) DEFINITIONS.—In this section:

"(1) The term 'required use traveler' has the meaning given such term in Department of Defense directive 4500.56, as in effect on the date of the enactment of this section.

"(2) The term 'executive aircraft' has the meaning given such term in Department of Defense directive 4500.43, as in effect on the date of the enactment of this section.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter is amended by adding at the end the following new item:

"120. Department of Defense executive aircraft controlled by Secretaries of military departments.".

**SEC. 1052. EXPLOSIVE ORDNANCE DEFENSE DISPOSAL PROGRAM.**

(a) ROLES, RESPONSIBILITIES, AND AUTHORITIES.—Subsection (b) of section 2284 of title 10, United States Code, is amended—

(1) by redesignating paragraph (2) as paragraph (3);

(2) in paragraph (1)—

(A) in subparagraph (A), by inserting "and" after the semicolon;

(B) by redesignating subparagraph (B) as paragraph (2), moving it to appear after paragraph (1), and adjusting the margins accordingly;

(C) by redesignating subparagraph (C) as subparagraph (B);

(D) in subparagraph (B), as so redesignated—

(i) by striking "joint program executive officer who" and inserting "training and technology program that";

(ii) by inserting ", provides common individual training," after "explosive ordnance disposal";

(iii) by striking "and procurement";

(iv) by inserting "for common tools" after "activities";

(v) by striking "and combatant commands"; and

(E) by striking subparagraphs (D) and (E);

(3) in paragraph (2), as redesignated by paragraph (2)(B) of this subsection, by inserting "(A)" after "paragraph (1)";

(4) in paragraph (3), as redesignated by paragraph (1) of this subsection, by striking "such as weapon systems, manned and unmanned vehicles and platforms, cyber and communication equipment, and the integration of explosive ordnance disposal sets, kits and outfits and explosive ordnance disposal

tools, equipment, sets, kits, and outfits developed by the department." and inserting "; and"; and

(5) by adding at the end the following new paragraph:

"(4) the Secretary of the Army shall designate an Army explosive ordnance disposal-qualified general officer to serve as the co-chair of the Department of Defense explosive ordnance disposal defense program.".

(b) DEFINITIONS.—Such section is further amended by adding at the end the following new subsection:

"(d) DEFINITIONS.—In this section:

"(1) The term 'explosive ordnance' has the meaning given such term in section 283(d) of this title.

"(2) The term 'explosive ordnance disposal' means the detection, identification, on-site evaluation, rendering safe, exploitation, recovery, and final disposal of explosive ordnance.".

WASHSTATEC006729

**SEC. 1053. TECHNICAL CORRECTION AND EXTENSION OF REPORTING REQUIREMENT REGARDING ENHANCEMENT OF INFORMATION SHARING AND COORDINATION OF MILITARY TRAINING BETWEEN DEPARTMENT OF HOMELAND SECURITY AND DEPARTMENT OF DEFENSE.**

Section 1014 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328) is amended—

(1) by striking "section 371 of title 10, United States Code" each place it appears and inserting "section 271 of title 10, United States Code"; and

(2) in subsection (d)(3) by striking "January 31, 2020" and inserting "December 31, 2022".

**SEC. 1054. NOTIFICATION ON THE PROVISION OF DEFENSE SENSITIVE SUPPORT.**

Section 1055(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 113 note) is amended—

(1) in paragraph (2)—

(A) by redesignating subparagraph (C) as subparagraph (E); and

(B) by inserting after subparagraph (B) the following new subparagraphs:

"(C) A description of the required duration of the support.

WASHSTATEC006730

"(D) A description of the initial costs for the support."; and

(2) by adding at the end the following new paragraph:

"(5) SUSTAINMENT COSTS.—If the Secretary determines that sustainment costs will be incurred as a result of the provision of defense sensitive support, the Secretary, not later than 15 days after the initial provision of such support, shall certify to the congressional defense committees (and the congressional intelligence committees with respect to matters relating to members of the intelligence community) that such sustainment costs will not interfere with the ability of the Department to execute operations, accomplish mission objectives, and maintain readiness.".

**SEC. 1055. REVISION TO AUTHORITIES RELATING TO MAIL SERVICE FOR MEMBERS OF THE ARMED FORCES AND DEPARTMENT OF DEFENSE CIVILIANS OVERSEAS.**

(a) ELIGIBILITY FOR FREE MAIL.—Section 3401(a) of title 39, United States Code, is amended to read as follows:

"(a)(1) First-class letter mail having the character of personal correspondence shall be carried, at no cost to the

sender, in the manner provided by this section, when mailed by an eligible individual described in paragraph (2) and addressed to a place within the delivery limits of a United States post office, if—

"(A) such letter mail is mailed by the eligible individual at an Armed Forces post office established in an overseas area designated by the President, where the Armed Forces of the United States are deployed for a contingency operation as determined by the Secretary of Defense; or

"(B) the eligible individual is hospitalized as a result of disease or injury incurred as a result of service in an overseas area designated by the President under subparagraph (A).

"(2) An eligible individual described in this paragraph is—

"(A) a member of the Armed Forces of the United States on active duty, as defined in section 101 of title 10; or

"(B) a civilian employee of the Department of Defense or a military department who is providing support to military operations.".

(b) SURFACE SHIPMENT OF MAIL AUTHORIZED.—Section 3401 of title 39, United States Code, is amended—

(1) by striking subsection (c);

(2) by redesignating subsections (d), (e), (f), and (g) as subsections (c), (d), (e), and (f), respectively; and

(3) by amending subsection (b) to read as follows:

"(b) There shall be transported by surface or air, consistent with the service purchased by the mailer, between Armed Forces post offices or from an Armed Forces post office to a point of entry into the United States, the following categories of mail matter which are mailed at any such Armed Forces post office:

"(1) Letter mail communications having the character of personal correspondence.

"(2) Any parcel exceeding 1 pound in weight but less than 70 pounds in weight and less than 130 inches in length and girth combined.

"(3) Publications published not less frequently than once per week and featuring principally current news of interest to members of the Armed Forces of the United States and the general public.".

(c) TECHNICAL AND CONFORMING AMENDMENTS.—

(1) Section 3401 of title 39, United States Code, is amended in the section heading by striking "**and of friendly foreign nations**".

(2) The table of sections for chapter 34 of title 39, United States Code, is amended by striking the item relating to section 3401 and inserting the following:

"3401. Mailing privileges of members of Armed Forces of the United States.".

**SEC. 1056. ACCESS TO AND USE OF MILITARY POST OFFICES BY UNITED STATES CITIZENS EMPLOYED OVERSEAS BY THE NORTH ATLANTIC TREATY ORGANIZATION WHO PERFORM FUNCTIONS IN SUPPORT OF MILITARY OPERATIONS OF THE ARMED FORCES.**

Section 406 of title 39, United States Code, is amended by adding at the end the following:

"(c)(1) The Secretary of Defense may authorize the use of a post office established under subsection (a) in a location outside the United States by citizens of the United States—

"(A) who—

"(i) are employed by the North Atlantic Treaty Organization; and

"(ii) perform functions in support of the Armed Forces of the United States; and

"(B) if the Secretary makes a written determination that such use is—

"(i) in the best interests of the Department of Defense; and

"(ii) otherwise authorized by applicable host nation law or agreement.

"(2) No funds may be obligated or expended to establish, maintain, or expand a post office established under subsection (a) for the purpose of use described in paragraph (1) of this subsection.".

**SEC. 1057. EXPENDITURE OF FUNDS FOR DEPARTMENT OF DEFENSE INTELLIGENCE AND COUNTER-INTELLIGENCE ACTIVITIES.**

(a) IN GENERAL.—Subject to subsections (b) and (c), the Secretary of Defense may expend amounts made available for the Military Intelligence Program for any of fiscal years 2020 through 2025 for intelligence and counterintelligence activities for any purpose the Secretary determines to be proper with regard to intelligence and counterintelligence objects of a confidential, extraordinary, or emergency nature. Such a determination is final and conclusive upon the accounting officers of the United States.

(b) LIMITATION ON AMOUNT.—The Secretary of Defense may not expend more than five percent of the amounts described in subsection (a) for any fiscal year for objects described in that subsection unless—

(1) the Secretary notifies the congressional defense committees and the congressional intelligence

committees of the intent to expend the amounts and purpose of the expenditure; and

(2) 30 days have elapsed from the date on which the Secretary provides the notice described in paragraph (1).

(c) CERTIFICATION.—For each expenditure of funds under this section, the Secretary shall certify that such expenditure was made for an object of a confidential, extraordinary, or emergency nature.

(d) REPORT.—Not later than December 31 of each of 2020 through 2025, the Secretary of Defense shall submit to the congressional defense committees and the congressional intelligence committees a report on expenditures made under this section during the fiscal year preceding the year in which the report is submitted. Each such report shall include, for each expenditure under this section during the fiscal year covered by the report, a description, the purpose, the program element, and the certification required under section (c).

(e) LIMITATION ON DELEGATIONS.—The Secretary of Defense may not delegate the authority under this section with respect to any expenditure in excess of $100,000.

(f) CONGRESSIONAL INTELLIGENCE COMMITTEES DEFINED.—In this section, the term "congressional intelligence committees" means—

(1) the Select Committee on Intelligence of the Senate; and

(2) the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 1058. LIMITATION ON USE OF FUNDS FOR THE INACTIVATION OF ARMY WATERCRAFT UNITS.**

None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 may be obligated or expended for the inactivation of any Army watercraft unit until the Secretary of Defense submits to Congress certification that—

(1) the Secretary has completed the Army Watercraft Requirements Review; and

(2) the Secretary has entered into a contract with a federally funded research and development corporation for the review of the ability of the Army to meet the watercraft requirements of the combatant commanders and the effects on preparedness to provide support to States and territories in connection with natural disasters, threats, and emergencies.

# TITLE XI—CIVILIAN PERSONNEL MATTERS

Subtitle A—General Provisions

Sec. 1101. Defense Advanced Research Projects Agency personnel management authority.

WASHSTATEC006737

Sec. 1102. Report on the probationary period for Department of Defense employees.
Sec. 1103. Civilian personnel management.
Sec. 1104. One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.
Sec. 1105. One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.
Sec. 1106. Performance of civilian functions by military personnel.
Sec. 1107. Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.
Sec. 1108. Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.
Sec. 1109. Modification of direct hire authorities for the Department of Defense.
Sec. 1110. Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.
Sec. 1111. Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.
Sec. 1112. Limitation on transfer of Office of Personnel Management.
Sec. 1113. Assessment of Accelerated Promotion Program suspension.
Sec. 1114. Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.
Sec. 1115. Clarification of limitation on expedited hiring authority for post-secondary students.
Sec. 1116. Modification of temporary assignments of Department of Defense employees to a private-sector organization.
Sec. 1117. Extension of authority for part-time reemployment.

Subtitle B—Fair Chance Act

Sec. 1121. Short title.
Sec. 1122. Prohibition on criminal history inquiries prior to conditional offer for Federal employment.
Sec. 1123. Prohibition on criminal history inquiries by contractors prior to conditional offer.
Sec. 1124. Report on employment of individuals formerly incarcerated in Federal prisons.

Subtitle C—ATC Hiring Reform

Sec. 1131. Short title; definition.
Sec. 1132. Hiring of air traffic control specialists.
Sec. 1133. Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard.
Sec. 1134. FAA reports on air traffic controller hiring and training.
Sec. 1135. DOT Inspector General review and report.

WASHSTATEC006738

## Subtitle A—General Provisions

**SEC. 1101. DEFENSE ADVANCED RESEARCH PROJECTS AGENCY PERSONNEL MANAGEMENT AUTHORITY.**

Section 1599h(b)(1)(B) of title 10, United States Code, is amended by striking "100 positions" and inserting "140 positions".

**SEC. 1102. REPORT ON THE PROBATIONARY PERIOD FOR DEPARTMENT OF DEFENSE EMPLOYEES.**

(a) REPORT.—Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall—

(1) conduct an independent review on the probationary periods applicable to Department of Defense employees under section 1599e of title 10, United States Code; and

(2) submit a report on such review to the Committees on Armed Services and Oversight and Reform of the House of Representatives and the Committees on Armed Services and Homeland Security and Governmental Affairs of the Senate.

(b) CONTENTS.—The review and report under subsection (a) shall cover the period beginning on the date of the enactment of such section 1599e and ending on December 31, 2018, and include the following:

(1) An assessment and identification of the demographics of each Department of Defense employee who, during such period, was on a probationary period and who was removed from the civil service, subject to any disciplinary action (up to and including removal), or who filed a claim or appeal with the Office of Special Counsel or the Equal Employment Opportunity Commission.

(2) A statistical assessment of the distribution patterns with respect to any removal from the civil service during such period of, or any disciplinary action (up to and including a removal) taken during such period against, any Department employee while the employee was on a probationary period.

(3) An analysis of the best practices and abuses of discretion by supervisors and managers of the Department with respect to probationary periods.

(4) An assessment of the utility of the probationary period prescribed by such section 1599e on the successful recruitment, retention, and professional development of civilian employees of the Department, including any recommendation for regulatory or statutory changes the Secretary determines to be appropriate.

(5) A discussion of the cases where the Department made a determination to remove a Department employee during the second year of such employee's probationary period.

(6) A summary of how the Department has implemented the authority provided in such section 1599e with respect to probationary periods, including the number, and a demographic summary, of each Department employee removed from the civil service, subject to any disciplinary action (up to and including removal), or who filed a claim or appeal with the Office of Special Counsel or the Equal Employment Opportunity Commission during the second year of any such employee's probationary period.

(c) CONSULTATION.—The analysis and recommendations in the report required under subsection (a) shall be prepared in consultation with Department of Defense employees and managers, labor organizations representing such employees, staff of the Office of Special Counsel and the Equal Employment Opportunity Commission, and attorneys representing Department employees in wrongful termination actions.

WASHSTATEC006741

**SEC. 1103. CIVILIAN PERSONNEL MANAGEMENT.**

Section 129 of title 10, United States Code, is amended—

(1) in subsection (a)—

(A) in the first sentence, by striking "each fiscal year" and inserting "each fiscal year primarily"; and

(B) in the second sentence—

(i) by striking "Any" and inserting "The management of such personnel in any fiscal year shall not be subject solely to any"; and

(ii) by striking "shall be developed" and all that follows through "changed circumstances"; and

(2) in subsection (c)(2)—

(A) in each of subparagraphs (A) and (B), by inserting "and associated cost" after each instance of "projected size"; and

(B) in subparagraph (B), by striking "that have been taken" and all that follows through the period and inserting "to reduce the overall costs of the total force of military, civilian, and contract workforces.".

WASHSTATEC006742

**SEC. 1104. ONE-YEAR EXTENSION OF TEMPORARY AUTHORITY TO GRANT ALLOWANCES, BENEFITS, AND GRATUITIES TO CIVILIAN PERSONNEL ON OFFICIAL DUTY IN A COMBAT ZONE.**

Paragraph (2) of section 1603(a) of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006 (Public Law 109–234; 120 Stat. 443), as added by section 1102 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4616) and as most recently amended by section 1115 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is further amended by striking "2020" and inserting "2021".

**SEC. 1105. ONE-YEAR EXTENSION OF AUTHORITY TO WAIVE ANNUAL LIMITATION ON PREMIUM PAY AND AGGREGATE LIMITATION ON PAY FOR FEDERAL CIVILIAN EMPLOYEES WORKING OVERSEAS.**

Subsection (a) of section 1101 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4615), as most recently amended by section 1104(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2001), is further amend-

ed by striking "through 2019" and inserting "through 2020".

**SEC. 1106. PERFORMANCE OF CIVILIAN FUNCTIONS BY MILITARY PERSONNEL.**

Subparagraph (B) of paragraph (1) of subsection (g) of section 129a of title 10, United States Code, is amended to read as follows:

"(B) such functions may be performed by military personnel for a period that does not exceed one year if the Secretary of the military department concerned determines that—

"(i) the performance of such functions by military personnel is required to address critical staffing needs resulting from a reduction in personnel or budgetary resources by reason of an Act of Congress; and

"(ii) the military department concerned is in compliance with the policies, procedures, and analysis required by this section and section 129 of this title.".

**SEC. 1107. EXTENSION OF DIRECT HIRE AUTHORITY FOR DOMESTIC INDUSTRIAL BASE FACILITIES AND MAJOR RANGE AND TEST FACILITIES BASE.**

(a) IN GENERAL.—Subsection (a) of section 1125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328), as amended by subsection (a) of section 1102 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91), is further amended by striking "through 2021," and inserting "through 2025,".

(b) BRIEFING.—Subsection (b) of such section 1102 is amended by striking "fiscal years 2019 and 2021" and inserting "fiscal years 2019 through 2025".

**SEC. 1108. AUTHORITY TO PROVIDE ADDITIONAL ALLOWANCES AND BENEFITS FOR CERTAIN DEFENSE CLANDESTINE SERVICE EMPLOYEES.**

Section 1603 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(c) ADDITIONAL ALLOWANCES AND BENEFITS FOR CERTAIN EMPLOYEES OF THE DEFENSE CLANDESTINE SERVICE.—(1) Beginning on the date on which the Secretary of Defense submits the report under paragraph (3)(A), in addition to the authority to provide compensation under subsection (a), the Secretary may provide a

covered employee allowances and benefits under paragraph (1) of section 9904 of title 5 without regard to the limitations in that section—

"(A) that the employee be assigned to activities outside the United States; or

"(B) that the activities to which the employee is assigned be in support of Department of Defense activities abroad.

"(2) The Secretary may not provide allowances and benefits under paragraph (1) to more than 125 covered employees per year.

"(3)(A) The Secretary shall submit to the appropriate congressional committees a report containing a strategy addressing the mission of the Defense Clandestine Service during the period covered by the most recent future-years defense program submitted under section 221 of this title, including—

"(i) how such mission will evolve during such period;

"(ii) how the authority provided by paragraph (1) will assist the Secretary in carrying out such mission; and

"(iii) an implementation plan for carrying out paragraph (1), including a projection of how much the amount of the allowances and benefits provided

under such paragraph compare with the amount of the allowances and benefits provided before the date of the report.

"(B) Not later than December 31, 2020, and each year thereafter, the Secretary shall submit to the appropriate congressional committees a report, with respect to the fiscal year preceding the date on which the report is submitted—

"(i) identifying the number of covered employees for whom the Secretary provided allowances and benefits under paragraph (1); and

"(ii) evaluating the efficacy of such allowances and benefits in enabling the execution of the objectives of the Defense Intelligence Agency.

"(C) The reports under subparagraphs (A) and (B) may be submitted in classified form.

"(4) In this subsection:

"(A) The term 'appropriate congressional committees' means—

"(i) the congressional defense committees; and

"(ii) the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.

"(B) The term 'covered employee' means an employee in a defense intelligence position who is assigned to the Defense Clandestine Service at a location in the United States that the Secretary determines has living costs equal to or higher than the District of Columbia.".

**SEC. 1109. MODIFICATION OF DIRECT HIRE AUTHORITIES FOR THE DEPARTMENT OF DEFENSE.**

(a) IN GENERAL.—Section 9905 of title 5, United States Code, is amended—

(1) in subsection (a)—

(A) by amending paragraph (2) to read as follows:

"(2) Any cyber workforce position."; and

(B) by adding afer paragraph (4) the following:

"(5) Any scientific, technical, engineering, or mathematics positions, including technicians, within the defense acquisition workforce, or any category of acquisition positions within the Department designated by the Secretary as a shortage or critical need category.

"(6) Any scientific, technical, engineering, or mathematics position, except any such position within any defense Scientific and Technology Reinven-

WASHSTATEC006748

tion Laboratory, for which a qualified candidate is required to possess a bachelor's degree or an advanced degree, or for which a veteran candidate is being considered.

"(7) Any category of medical or health professional positions within the Department designated by the Secretary as a shortage category or critical need occupation.

"(8) Any childcare services position for which there is a critical hiring need and a shortage of childcare providers.

"(9) Any financial management, accounting, auditing, actuarial, cost estimation, operational research, or business or business administration position for which a qualified candidate is required to possess a finance, accounting, management or actuarial science degree or a related degree, or a related degree of equivalent experience.

"(10) Any position, as determined by the Secretary, for the purpose of assisting and facilitating the efforts of the Department in business transformation and management innovation."; and

(2) by striking subsection (b) and inserting the following:

"(b) SUNSET.—

"(1) IN GENERAL.—Except as provided in paragraph (2), effective on September 30, 2025, the authority provided under subsection (a) shall expire.

"(2) EXCEPTION.—Paragraph (1) shall not apply to the authority provided under subsection (a) to make appointments to positions described under paragraph (5) of such subsection.

"(c) SUSPENSION OF OTHER HIRING AUTHORITIES.—During the period beginning on the effective date of the regulations issued to carry out the hiring authority with respect to positions described in paragraphs (5) through (10) of subsection (a) and ending on the date described in subsection (b)(1), the Secretary of Defense may not exercise or otherwise use any hiring authority provided under the following provisions of law:

"(1) Sections 1599c(a)(2) and 1705(h) of title 10.

"(2) Sections 1112 and 1113 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1033).

"(3) Sections 1110 and 1643(a)(3) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2450 and 2602).

WASHSTATEC006750

"(4) Sections 559 and 1101 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1406 and 1627).".

(b) REPORT.—

(1) IN GENERAL.—Not later than February 1, 2021, the Secretary of Defense, in coordination with the Director of the Office of Personnel Management, shall provide for the conduct of an independent review and report to the congressional defense committees and the Committee on Oversight and Reform of the House of Representatives.

(2) CONTENTS.—The report required under paragraph (1) shall—

(A) assess and identify steps that could be taken to improve the competitive hiring process at the Department and ensure that direct hiring is conducted in a manner consistent with ensuring a merit based civil service and a diverse workforce in the Department and the rest of the Federal Government; and

(B) consider the feasibility and desirability of using cohort hiring, or hiring "talent pools", instead of conducting all hiring on a position-by-position basis.

(3) CONSULTATION.—The analysis and recommendations in the report required under paragraph (1) shall be prepared in consultation with all stakeholders, public sector unions, hiring managers, career agency, and Office of Personnel Management personnel specialists, and after a survey of public sector employees and job applicants.

**SEC. 1110. DESIGNATING CERTAIN FEHBP AND FEGLI SERVICES PROVIDED BY FEDERAL EMPLOYEES AS EXCEPTED SERVICES UNDER THE ANTI-DEFICIENCY ACT.**

(a) FEHBP.—Section 8905 of title 5, United States Code, is amended by adding at the end the following:

"(i) Any services by an officer or employee under this chapter relating to enrolling individuals in a health benefits plan under this chapter, or changing the enrollment of an individual already so enrolled, shall be deemed, for purposes of section 1342 of title 31, services for emergencies involving the safety of human life or the protection of property.".

(b) FEGLI.—Section 8702 of title 5, United States Code, is amended by adding at the end the following:

"(d) Any services by an officer or employee under this chapter relating to benefits under this chapter shall be deemed, for purposes of section 1342 of title 31, services

WASHSTATEC006752

for emergencies involving the safety of human life or the protection of property.''.

(c) REGULATIONS.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Office of Personnel Management shall prescribe regulations to carry out the amendments made by subsections (a) and (b).

(2) PAY STATUS FOR FURLOUGHED EMPLOYEES.—The regulations prescribed under paragraph (1) for the amendments made by subsection (a) shall provide that an employee furloughed as result of a lapse in appropriations shall, during such lapse, be deemed to be in a pay status for purposes of enrolling or changing the enrollment (as the case may be) of that employee under chapter 89 of title 5, United States Code.

(d) APPLICATION.—The amendments made by subsection (a) and (b) shall apply to any lapse in appropriations beginning on or after the date of enactment of this Act.

WASHSTATEC006753

**SEC. 1111. CONTINUING SUPPLEMENTAL DENTAL AND VISION BENEFITS AND LONG-TERM CARE INSURANCE COVERAGE DURING A GOVERNMENT SHUTDOWN.**

(a) IN GENERAL.—Title 5, United States Code, is amended—

(1) in section 8956, by adding at the end the following:

"(d) Coverage under a dental benefits plan under this chapter for any employee or a covered TRICARE-eligible individual enrolled in such a plan and who, as a result of a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.";

(2) in section 8986, by adding at the end the following:

"(d) Coverage under a vision benefits plan under this chapter for any employee or a covered TRICARE-eligible individual enrolled in such a plan and who, as a result of a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse."; and

WASHSTATEC006754

(3) in section 9003, by adding at the end the following:

"(e) EFFECT OF GOVERNMENT SHUTDOWN.—Coverage under a master contract under this chapter for long-term care insurance for an employee or member of the uniformed services enrolled under such contract and who, due to a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.".

(b) REGULATIONS.—

(1) IN GENERAL.—Consistent with paragraph (2), the Director of the Office of Personnel Management shall prescribe regulations under which premiums for supplemental dental, supplemental vision, or long-term care insurance under chapter 89A, 89B, or 90 (respectively) of title 5, United States Code, (as amended by subsection (a)) that are unpaid by an employee, a covered TRICARE-eligible individual, or a member of the uniformed services (as the case may be), as a result of that employee, covered TRICARE-eligible individual, or member being furloughed or excepted from furlough and working without pay as a result of a lapse in appro-

WASHSTATEC006755

priations, are paid to the applicable carrier from back pay made available to the employee or member as soon as practicable upon the end of such lapse.

(2) LONG-TERM CARE PREMIUMS FROM SOURCE OTHER THAN BACKPAY.—The regulations promulgated under paragraph (1) for the amendments made by subsection (a)(3) may provide, with respect to any individual who elected under section 9004(d) of title 5, United States Code, to pay premiums directly to the carrier, that such individual may continue to pay premiums pursuant to such election instead of from back pay made available to such individual.

(c) APPLICATION.—The amendments made by subsection (a) shall apply to any contract for supplemental dental, supplemental vision, or long-term care insurance under chapter 89A, 89B, or 90 (respectively) of title 5, United States Code, entered into before, on, or after the date of enactment of this Act.

**SEC. 1112. LIMITATION ON TRANSFER OF OFFICE OF PERSONNEL MANAGEMENT.**

(a) IN GENERAL.—No person may assign, transfer, transition, merge, or consolidate any function, responsibility, authority, service, system, or program that is assigned in law to the Office of Personnel Management to

or with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President, until on or after the date that is 180 days after the date on which the report required by subsection (c) is submitted to the appropriate committees of Congress, and subject to the enactment of any legislation required.

(b) INDEPENDENT STUDY AND REPORT.—

(1) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Director of the Office of Personnel Management (in this section referred to as the "Director") shall contract with the National Academy of Public Administration (in this section referred to as the "Academy") to conduct a study addressing each of the elements set forth in paragraph (3) and to report the findings and recommendations derived from such study.

(2) DEADLINE.—Not later than one year after the date the contract required by paragraph (1) is entered into, the Academy shall submit the report prepared under such contract to the Director and the appropriate committees of Congress.

(3) REQUIREMENTS.—The study and report required by paragraph (1) and (2) shall include a comprehensive assessment and analysis of—

(A) the statutory mandates assigned to the Office of Personnel Management and the challenges associated with the Office's execution of those mandates;

(B) the non-statutory functions, responsibilities, authorities, services, systems, and programs performed or executed by the Office of Personnel Management; the Office's justification for carrying out such functions, responsibilities, authorities, services, systems, and programs; and the challenges associated with the Office's execution of same;

(C) the means, options, and recommended courses of action for addressing the challenges identified pursuant to subparagraphs (A) and (B), including an analysis of the benefits, costs, and feasibility of each option and the effect of each on labor-management agreements;

(D) a timetable for the implementation of options and recommended courses of action identified pursuant to subparagraph (C);

(E) statutory or regulatory changes necessary to execute any course of action recommended;

(F) the methods for involving, engaging with, and receiving input from other Federal agencies, departments, and entities potentially affected by any change in the structure, functions, responsibilities, authorities of the Office of Personnel Management that may be recommended;

(G) the views of identified stakeholders, including other Federal agencies, departments, and entities; non-Federal entities or organizations representing customers or intended beneficiaries of Office of Personnel Management functions, services, systems, or programs; and such individual customers and intended beneficiaries; and

(H) such other matters as the Director may prescribe.

(c) OPM REPORT.—

(1) IN GENERAL.—Not later than 180 days after the date on which the report is submitted pursuant to subsection (b)(2) to the Director and the appropriate committees of Congress, the Director, in consultation with the General Services Administration, the Office of Management and Budget, and other appropriate Federal agencies, departments, or

entities, shall submit to the appropriate committees of Congress a report on the views of the Office of Personnel Management on the findings and recommendations set forth in the report prepared under subsection (b), together with any recommendations for changes in the structure, functions, responsibilities, and authorities of the Office of Personnel Management.

(2) BUSINESS CASE ANALYSIS.—Any recommendation submitted in the report under paragraph (1) for change shall be accompanied by a business case analysis setting forth the operational efficiencies and cost savings (in both the short- and long-terms) associated with such change, and a proposal for legislative or administrative action required to effect the change proposed.

(d) DEFINITION OF APPROPRIATE COMMITTEES OF CONGRESS.—For purposes of this section, the term "appropriate committees of Congress" are the Committees on Appropriations and Homeland Security and Governmental Affairs of the Senate and the Committees on Appropriations and Oversight and Reform of the House of Representatives.

**SEC. 1113. ASSESSMENT OF ACCELERATED PROMOTION PROGRAM SUSPENSION.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall conduct an assessment of the impacts resulting from the Navy's suspension in 2016 of the Accelerated Promotion Program (in this section referred to as the "APP").

(b) ELEMENTS.—The assessment required under subsection (a) shall include the following elements:

(1) An identification of the number of employees who were hired at the four public shipyards between January 23, 2016, and December 22, 2016, covering the period in which APP was suspended, and who would have otherwise been eligible for APP had the program been in effect at the time they were hired.

(2) An assessment for employees identified in paragraph (1) to determine the difference between wages earned from the date of hire to the date on which wage data is collected for purposes of the assessment and the wages which would have been earned during this same period had that employee participated in APP from the date of hire and been promoted according to the average promotion time-

frame for participants hired in the five-year period prior to the suspension.

(3) An assessment for each employee identified in paragraph (1) to determine at what grade and step each effected employee who would have met the required experience and training to qualify for an accelerated promotion would be on October 1, 2020, had that employee been promoted according to the average promotion timeframe for participants hired in the five-year period prior to the suspension.

(4) An evaluation of existing authorities available to the Secretary to determine whether the Secretary can take measures using those authorities to provide the pay difference and corresponding interest to each effected employee who has otherwise met the required experience and training to qualify for an accelerated promotion identified in paragraph (2) and directly promote the employee to the grade and step identified in paragraph (3).

(c) REPORT.—The Secretary shall submit to the congressional defense committees a report on the results of the assessment required under subsection (a) by not later than June 1, 2020, and shall provide interim briefings upon request.

**SEC. 1114. REIMBURSEMENT FOR FEDERAL, STATE, AND LOCAL INCOME TAXES INCURRED DURING TRAVEL, TRANSPORTATION, AND RELOCATION.**

(a) IN GENERAL.—Section 5724b of title 5, United States Code, is amended—

(1) in the section heading, by striking "**of employees transferred**";

(2) in subsection (a)—

(A) in the first sentence, by striking "employee, or by an employee and such employee's spouse (if filing jointly), for any moving or storage" and inserting "individual, or by an individual and such individual's spouse (if filing jointly), for any travel, transportation, or relocation"; and

(B) in the second sentence, by striking "employee" and inserting "individual, or the individual"; and

(3) by striking subsection (b) and inserting the following:

"(b) For purposes of this section, the term 'travel, transportation, or relocation expenses' means all travel, transportation, or relocation expenses reimbursed or furnished in kind pursuant to this subchapter of chapter 41.".

(b) TECHNICAL AND CONFORMING AMENDMENT.—The table of sections for chapter 57 of title 5, United States Code, is amended by striking the item relating to section 5724b and inserting the following:

"5724b. Taxes on reimbursements for travel, transportation, and relocation expenses".

(c) RETROACTIVE EFFECTIVE DATE.—The amendments made by this section shall take effect on January 1, 2018.

**SEC. 1115. CLARIFICATION OF LIMITATION ON EXPEDITED HIRING AUTHORITY FOR POST-SECONDARY STUDENTS.**

Section 3116(d)(1) of title 5, United States Code, is amended to read as follows:

"(1) IN GENERAL.—Except as provided in paragraph (2), the total number of students that the head of an agency may appoint under this section during a fiscal year may not exceed the number equal to 15 percent of the number of students that the agency head appointed during the previous fiscal year to a position at the GS–11 level, or an equivalent level, or below.".

WASHSTATEC006764

**SEC. 1116. MODIFICATION OF TEMPORARY ASSIGNMENTS OF DEPARTMENT OF DEFENSE EMPLOYEES TO A PRIVATE-SECTOR ORGANIZATION.**

Section 1599g(e)(2)(A) of title 10, United States Code, is amended by inserting "permanent" after "without the".

**SEC. 1117. EXTENSION OF AUTHORITY FOR PART-TIME REEMPLOYMENT.**

(a) CIVIL SERVICE RETIREMENT SYSTEM.—Section 8344(l)(7) of title 5, United States Code, is amended by striking "December 31, 2019" and inserting "December 31, 2024".

(b) FEDERAL EMPLOYEES RETIREMENT SYSTEM.—Section 8468(i)(7) of title 5, United States Code, is amended by striking "December 31, 2019" and inserting "December 31, 2024".

## Subtitle B—Fair Chance Act

**SEC. 1121. SHORT TITLE.**

This subtitle may be cited as the "Fair Chance to Compete for Jobs Act of 2019" or the "Fair Chance Act".

**SEC. 1122. PROHIBITION ON CRIMINAL HISTORY INQUIRIES PRIOR TO CONDITIONAL OFFER FOR FEDERAL EMPLOYMENT.**

(a) IN GENERAL.—Subpart H of part III of title 5, United States Code, is amended by adding at the end the following:

**"CHAPTER 92—PROHIBITION ON CRIMINAL HISTORY INQUIRIES PRIOR TO CONDITIONAL OFFER**

"Sec.
"9201. Definitions.
"9202. Limitations on requests for criminal history record information.
"9203. Agency policies; complaint procedures.
"9204. Adverse action.
"9205. Procedures.
"9206. Rules of construction.

**"§ 9201. Definitions**

"In this chapter—

"(1) the term 'agency' means 'Executive agency' as such term is defined in section 105 and includes—

"(A) the United States Postal Service and the Postal Regulatory Commission; and

"(B) the Executive Office of the President;

"(2) the term 'appointing authority' means an employee in the executive branch of the Government of the United States that has authority to make appointments to positions in the civil service;

"(3) the term 'conditional offer' means an offer of employment in a position in the civil service that is conditioned upon the results of a criminal history inquiry;

"(4) the term 'criminal history record information'—

"(A) except as provided in subparagraphs (B) and (C), has the meaning given the term in section 9101(a);

"(B) includes any information described in the first sentence of section 9101(a)(2) that has been sealed or expunged pursuant to law; and

"(C) includes information collected by a criminal justice agency, relating to an act or alleged act of juvenile delinquency, that is analogous to criminal history record information (including such information that has been sealed or expunged pursuant to law); and

"(5) the term 'suspension' has the meaning given the term in section 7501.

**"§ 9202. Limitations on requests for criminal history record information**

"(a) INQUIRIES PRIOR TO CONDITIONAL OFFER.—Except as provided in subsections (b) and (c), an employee of an agency may not request, in oral or written form (including through the Declaration for Federal Employment (Office of Personnel Management Optional Form 306) or any similar successor form, the USAJOBS internet website, or any other electronic means) that an applicant for an appointment to a position in the civil service disclose criminal history record information regarding the ap-

WASHSTATEC006767

plicant before the appointing authority extends a conditional offer to the applicant.

"(b) OTHERWISE REQUIRED BY LAW.—The prohibition under subsection (a) shall not apply with respect to an applicant for a position in the civil service if consideration of criminal history record information prior to a conditional offer with respect to the position is otherwise required by law.

"(c) EXCEPTION FOR CERTAIN POSITIONS.—

"(1) IN GENERAL.—The prohibition under subsection (a) shall not apply with respect to an applicant for an appointment to a position—

"(A) that requires a determination of eligibility described in clause (i), (ii), or (iii) of section 9101(b)(1)(A);

"(B) as a Federal law enforcement officer (as defined in section 115(c) of title 18); or

"(C) identified by the Director of the Office of Personnel Management in the regulations issued under paragraph (2).

"(2) REGULATIONS.—

"(A) ISSUANCE.—The Director of the Office of Personnel Management shall issue regulations identifying additional positions with respect to which the prohibition under subsection

(a) shall not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.

"(B) COMPLIANCE WITH CIVIL RIGHTS LAWS.—The regulations issued under subparagraph (A) shall—

"(i) be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and

"(ii) ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.

**"§ 9203. Agency policies; complaint procedures**

"The Director of the Office of Personnel Management shall—

"(1) develop, implement, and publish a policy to assist employees of agencies in complying with section 9202 and the regulations issued pursuant to such section; and

"(2) establish and publish procedures under which an applicant for an appointment to a position

in the civil service may submit a complaint, or any other information, relating to compliance by an employee of an agency with section 9202.

**"§ 9204. Adverse action**

"(a) FIRST VIOLATION.—If the Director of the Office of Personnel Management determines, after notice and an opportunity for a hearing on the record, that an employee of an agency has violated section 9202, the Director shall—

"(1) issue to the employee a written warning that includes a description of the violation and the additional penalties that may apply for subsequent violations; and

"(2) file such warning in the employee's official personnel record file.

"(b) SUBSEQUENT VIOLATIONS.—If the Director of the Office of Personnel Management determines, after notice and an opportunity for a hearing on the record, that an employee that was subject to subsection (a) has committed a subsequent violation of section 9202, the Director may take the following action:

"(1) For a second violation, suspension of the employee for a period of not more than 7 days.

"(2) For a third violation, suspension of the employee for a period of more than 7 days.

"(3) For a fourth violation—

"(A) suspension of the employee for a period of more than 7 days; and

"(B) a civil penalty against the employee in an amount that is not more than $250.

"(4) For a fifth violation—

"(A) suspension of the employee for a period of more than 7 days; and

"(B) a civil penalty against the employee in an amount that is not more than $500.

"(5) For any subsequent violation—

"(A) suspension of the employee for a period of more than 7 days; and

"(B) a civil penalty against the employee in an amount that is not more than $1,000.

**"§ 9205. Procedures**

"(a) APPEALS.—The Director of the Office of Personnel Management shall by rule establish procedures providing for an appeal from any adverse action taken under section 9204 by not later than 30 days after the date of the action.

"(b) APPLICABILITY OF OTHER LAWS.—An adverse action taken under section 9204 (including a determination in an appeal from such an action under subsection (a) of this section) shall not be subject to—

WASHSTATEC006771

"(1) the procedures under chapter 75; or

"(2) except as provided in subsection (a) of this section, appeal or judicial review.

**"§ 9206. Rules of construction**

"Nothing in this chapter may be construed to—

"(1) authorize any officer or employee of an agency to request the disclosure of information described under subparagraphs (B) and (C) of section 9201(4); or

"(2) create a private right of action for any person.".

(b) REGULATIONS; EFFECTIVE DATE.—

(1) REGULATIONS.—Not later than 1 year after the date of enactment of this subtitle, the Director of the Office of Personnel Management shall issue such regulations as are necessary to carry out chapter 92 of title 5, United States Code (as added by this subtitle).

(2) EFFECTIVE DATE.—Section 9202 of title 5, United States Code (as added by this subtitle), shall take effect on the date that is 2 years after the date of enactment of this subtitle.

(c) TECHNICAL AND CONFORMING AMENDMENT.—The table of chapters for part III of title 5, United States

Code, is amended by inserting after the item relating to chapter 91 the following:

**"92. Prohibition on criminal history inquiries prior to conditional offer .......... 9201".**

(d) APPLICATION TO LEGISLATIVE BRANCH.—

(1) IN GENERAL.—The Congressional Accountability Act of 1995 (2 U.S.C. 1301 et seq.) is amended—

(A) in section 102(a) (2 U.S.C. 1302(a)), by adding at the end the following:

"(12) Section 9202 of title 5, United States Code.";

(B) by redesignating section 207 (2 U.S.C. 1317) as section 208; and

(C) by inserting after section 206 (2 U.S.C. 1316) the following new section:

**"SEC. 207. RIGHTS AND PROTECTIONS RELATING TO CRIMINAL HISTORY INQUIRIES.**

"(a) DEFINITIONS.—In this section, the terms 'agency', 'criminal history record information', and 'suspension' have the meanings given the terms in section 9201 of title 5, United States Code, except as otherwise modified by this section.

"(b) RESTRICTIONS ON CRIMINAL HISTORY INQUIRIES.—

"(1) IN GENERAL.—

"(A) IN GENERAL.—Except as provided in subparagraph (B), an employee of an employing office may not request that an applicant for employment as a covered employee disclose criminal history record information if the request would be prohibited under section 9202 of title 5, United States Code, if made by an employee of an agency.

"(B) CONDITIONAL OFFER.—For purposes of applying that section 9202 under subparagraph (A), a reference in that section 9202 to a conditional offer shall be considered to be an offer of employment as a covered employee that is conditioned upon the results of a criminal history inquiry.

"(2) RULES OF CONSTRUCTION.—The provisions of section 9206 of title 5, United States Code, shall apply to employing offices, consistent with regulations issued under subsection (d).

"(c) REMEDY.—

"(1) IN GENERAL.—The remedy for a violation of subsection (b)(1) shall be such remedy as would be appropriate if awarded under section 9204 of title 5, United States Code, if the violation had been committed by an employee of an agency, consistent

WASHSTATEC006774

with regulations issued under subsection (d), except that the reference in that section to a suspension shall be considered to be a suspension with the level of compensation provided for a covered employee who is taking unpaid leave under section 202.

"(2) PROCESS FOR OBTAINING RELIEF.—An applicant for employment as a covered employee who alleges a violation of subsection (b)(1) may rely on the provisions of title IV (other than section 407 or 408, or a provision of this title that permits a person to obtain a civil action or judicial review), consistent with regulations issued under subsection (d).

"(d) REGULATIONS TO IMPLEMENT SECTION.—

"(1) IN GENERAL.—Not later than 18 months after the date of enactment of the Fair Chance to Compete for Jobs Act of 2019, the Board shall, pursuant to section 304, issue regulations to implement this section.

"(2) PARALLEL WITH AGENCY REGULATIONS.—The regulations issued under paragraph (1) shall be the same as substantive regulations issued by the Director of the Office of Personnel Management under section 2(b)(1) of the Fair Chance to Compete for Jobs Act of 2019 to implement the statutory provisions referred to in subsections (a) through

(c) except to the extent that the Board may determine, for good cause shown and stated together with the regulation, that a modification of such regulations would be more effective for the implementation of the rights and protections under this section.

"(e) EFFECTIVE DATE.—Section 102(a)(12) and subsections (a) through (c) shall take effect on the date on which section 9202 of title 5, United States Code, applies with respect to agencies.".

(2) CLERICAL AMENDMENTS.—

(A) The table of contents in section 1(b) of the Congressional Accountability Act of 1995 (Public Law 104–1; 109 Stat. 3) is amended—

(i) by redesignating the item relating to section 207 as the item relating to section 208; and

(ii) by inserting after the item relating to section 206 the following new item:

"Sec. 207. Rights and protections relating to criminal history inquiries.".

(B) Section 62(e)(2) of the Internal Revenue Code of 1986 is amended by striking "or 207" and inserting "207, or 208".

(e) APPLICATION TO JUDICIAL BRANCH.—Section 604 of title 28, United States Code, is amended by adding at the end the following:

"(i) RESTRICTIONS ON CRIMINAL HISTORY INQUIRIES.—

"(1) DEFINITIONS.—In this subsection—

"(A) the terms 'agency' and 'criminal history record information' have the meanings given those terms in section 9201 of title 5;

"(B) the term 'covered employee' means an employee of the judicial branch of the United States Government, other than—

"(i) any judge or justice who is entitled to hold office during good behavior;

"(ii) a United States magistrate judge; or

"(iii) a bankruptcy judge; and

"(C) the term 'employing office' means any office or entity of the judicial branch of the United States Government that employs covered employees.

"(2) RESTRICTION.—A covered employee may not request that an applicant for employment as a covered employee disclose criminal history record information if the request would be prohibited under section 9202 of title 5 if made by an employee of an agency.

"(3) EMPLOYING OFFICE POLICIES; COMPLAINT PROCEDURE.—The provisions of sections 9203 and 9206 of title 5 shall apply to employing offices and to applicants for employment as covered employees, consistent with regulations issued by the Director to implement this subsection.

"(4) ADVERSE ACTION.—

"(A) ADVERSE ACTION.—The Director may take such adverse action with respect to a covered employee who violates paragraph (2) as would be appropriate under section 9204 of title 5 if the violation had been committed by an employee of an agency.

"(B) APPEALS.—The Director shall by rule establish procedures providing for an appeal from any adverse action taken under subparagraph (A) by not later than 30 days after the date of the action.

"(C) APPLICABILITY OF OTHER LAWS.—Except as provided in subparagraph (B), an adverse action taken under subparagraph (A) (including a determination in an appeal from such an action under subparagraph (B)) shall not be subject to appeal or judicial review.

"(5) REGULATIONS TO BE ISSUED.—

"(A) IN GENERAL.—Not later than 18 months after the date of enactment of the Fair Chance to Compete for Jobs Act of 2019, the Director shall issue regulations to implement this subsection.

"(B) PARALLEL WITH AGENCY REGULATIONS.—The regulations issued under subparagraph (A) shall be the same as substantive regulations promulgated by the Director of the Office of Personnel Management under section 2(b)(1) of the Fair Chance to Compete for Jobs Act of 2019 except to the extent that the Director of the Administrative Office of the United States Courts may determine, for good cause shown and stated together with the regulation, that a modification of such regulations would be more effective for the implementation of the rights and protections under this subsection.

"(6) EFFECTIVE DATE.—Paragraphs (1) through (4) shall take effect on the date on which section 9202 of title 5 applies with respect to agencies.".

WASHSTATEC006779

**SEC. 1123. PROHIBITION ON CRIMINAL HISTORY INQUIRIES BY CONTRACTORS PRIOR TO CONDITIONAL OFFER.**

(a) CIVILIAN AGENCY CONTRACTS.—

(1) IN GENERAL.—Chapter 47 of title 41, United States Code, is amended by adding at the end the following new section:

**"§ 4714. Prohibition on criminal history inquiries by contractors prior to conditional offer**

"(a) LIMITATION ON CRIMINAL HISTORY INQUIRIES.—

"(1) IN GENERAL.—Except as provided in paragraphs (2) and (3), an executive agency—

"(A) may not require that an individual or sole proprietor who submits a bid for a contract to disclose criminal history record information regarding that individual or sole proprietor before determining the apparent awardee; and

"(B) shall require, as a condition of receiving a Federal contract and receiving payments under such contract that the contractor may not verbally, or through written form, request the disclosure of criminal history record information regarding an applicant for a position related to work under such contract before the

contractor extends a conditional offer to the applicant.

"(2) OTHERWISE REQUIRED BY LAW.—The prohibition under paragraph (1) does not apply with respect to a contract if consideration of criminal history record information prior to a conditional offer with respect to the position is otherwise required by law.

"(3) EXCEPTION FOR CERTAIN POSITIONS.—

"(A) IN GENERAL.—The prohibition under paragraph (1) does not apply with respect to—

"(i) a contract that requires an individual hired under the contract to access classified information or to have sensitive law enforcement or national security duties; or

"(ii) a position that the Administrator of General Services identifies under the regulations issued under subparagraph (B).

"(B) REGULATIONS.—

"(i) ISSUANCE.—Not later than 16 months after the date of enactment of the Fair Chance to Compete for Jobs Act of 2019, the Administrator of General Serv-

ices, in consultation with the Secretary of Defense, shall issue regulations identifying additional positions with respect to which the prohibition under paragraph (1) shall not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.

"(ii) COMPLIANCE WITH CIVIL RIGHTS LAWS.—The regulations issued under clause (i) shall—

"(I) be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and

"(II) ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.

"(b) COMPLAINT PROCEDURES.—The Administrator of General Services shall establish and publish procedures under which an applicant for a position with a Federal

contractor may submit to the Administrator a complaint, or any other information, relating to compliance by the contractor with subsection (a)(1)(B).

"(c) ACTION FOR VIOLATIONS OF PROHIBITION ON CRIMINAL HISTORY INQUIRIES.—

"(1) FIRST VIOLATION.—If the head of an executive agency determines that a contractor has violated subsection (a)(1)(B), such head shall—

"(A) notify the contractor;

"(B) provide 30 days after such notification for the contractor to appeal the determination; and

"(C) issue a written warning to the contractor that includes a description of the violation and the additional remedies that may apply for subsequent violations.

"(2) SUBSEQUENT VIOLATION.—If the head of an executive agency determines that a contractor that was subject to paragraph (1) has committed a subsequent violation of subsection (a)(1)(B), such head shall notify the contractor, shall provide 30 days after such notification for the contractor to appeal the determination, and, in consultation with the relevant Federal agencies, may take actions, depend-

ing on the severity of the infraction and the contractor's history of violations, including—

"(A) providing written guidance to the contractor that the contractor's eligibility for contracts requires compliance with this section;

"(B) requiring that the contractor respond within 30 days affirming that the contractor is taking steps to comply with this section; and

"(C) suspending payment under the contract for which the applicant was being considered until the contractor demonstrates compliance with this section.

"(d) DEFINITIONS.—In this section:

"(1) CONDITIONAL OFFER.—The term 'conditional offer' means an offer of employment for a position related to work under a contract that is conditioned upon the results of a criminal history inquiry.

"(2) CRIMINAL HISTORY RECORD INFORMATION.—The term 'criminal history record information' has the meaning given that term in section 9201 of title 5.".

(2) CLERICAL AMENDMENT.—The table of sections for chapter 47 of title 41, United States Code, is amended by adding at the end the following new item:

"4714. Prohibition on criminal history inquiries by contractors prior to conditional offer.".

(3) EFFECTIVE DATE.—Section 4714 of title 41, United States Code, as added by paragraph (1), shall apply with respect to contracts awarded pursuant to solicitations issued after the effective date described in section 1122(b)(2) of this subtitle.

(b) DEFENSE CONTRACTS.—

(1) IN GENERAL.—Chapter 137 of title 10, United States Code, is amended by inserting after section 2338 the following new section:

**"§ 2339. Prohibition on criminal history inquiries by contractors prior to conditional offer**

"(a) LIMITATION ON CRIMINAL HISTORY INQUIRIES.—

"(1) IN GENERAL.—Except as provided in paragraphs (2) and (3), the head of an agency—

"(A) may not require that an individual or sole proprietor who submits a bid for a contract to disclose criminal history record information regarding that individual or sole proprietor before determining the apparent awardee; and

"(B) shall require as a condition of receiving a Federal contract and receiving payments under such contract that the contractor may not verbally or through written form request

the disclosure of criminal history record information regarding an applicant for a position related to work under such contract before such contractor extends a conditional offer to the applicant.

"(2) OTHERWISE REQUIRED BY LAW.—The prohibition under paragraph (1) does not apply with respect to a contract if consideration of criminal history record information prior to a conditional offer with respect to the position is otherwise required by law.

"(3) EXCEPTION FOR CERTAIN POSITIONS.—

"(A) IN GENERAL.—The prohibition under paragraph (1) does not apply with respect to—

"(i) a contract that requires an individual hired under the contract to access classified information or to have sensitive law enforcement or national security duties; or

"(ii) a position that the Secretary of Defense identifies under the regulations issued under subparagraph (B).

"(B) REGULATIONS.—

"(i) ISSUANCE.—Not later than 16 months after the date of enactment of the

Fair Chance to Compete for Jobs Act of 2019, the Secretary of Defense, in consultation with the Administrator of General Services, shall issue regulations identifying additional positions with respect to which the prohibition under paragraph (1) shall not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.

"(ii) COMPLIANCE WITH CIVIL RIGHTS LAWS.—The regulations issued under clause (i) shall—

"(I) be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and

"(II) ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.

"(b) Complaint Procedures.—The Secretary of Defense shall establish and publish procedures under which an applicant for a position with a Department of Defense contractor may submit a complaint, or any other information, relating to compliance by the contractor with subsection (a)(1)(B).

"(c) Action for Violations of Prohibition on Criminal History Inquiries.—

"(1) First violation.—If the Secretary of Defense determines that a contractor has violated subsection (a)(1)(B), the Secretary shall—

"(A) notify the contractor;

"(B) provide 30 days after such notification for the contractor to appeal the determination; and

"(C) issue a written warning to the contractor that includes a description of the violation and the additional remedies that may apply for subsequent violations.

"(2) Subsequent violations.—If the Secretary of Defense determines that a contractor that was subject to paragraph (1) has committed a subsequent violation of subsection (a)(1)(B), the Secretary shall notify the contractor, shall provide 30 days after such notification for the contractor to ap-

WASHSTATEC006788

peal the determination, and, in consultation with the relevant Federal agencies, may take actions, depending on the severity of the infraction and the contractor's history of violations, including—

"(A) providing written guidance to the contractor that the contractor's eligibility for contracts requires compliance with this section;

"(B) requiring that the contractor respond within 30 days affirming that the contractor is taking steps to comply with this section; and

"(C) suspending payment under the contract for which the applicant was being considered until the contractor demonstrates compliance with this section.

"(d) DEFINITIONS.—In this section:

"(1) CONDITIONAL OFFER.—The term 'conditional offer' means an offer of employment for a position related to work under a contract that is conditioned upon the results of a criminal history inquiry.

"(2) CRIMINAL HISTORY RECORD INFORMATION.—The term 'criminal history record information' has the meaning given that term in section 9201 of title 5.".

(2) EFFECTIVE DATE.—Section 2339(a) of title 10, United States Code, as added by paragraph (1),

shall apply with respect to contracts awarded pursuant to solicitations issued after the effective date described in section 1122(b)(2) of this subtitle.

(3) CLERICAL AMENDMENT.—The table of sections for chapter 137 of title 10, United States Code, is amended by inserting after the item relating to section 2338 the following new item:

"2339. Prohibition on criminal history inquiries by contractors prior to conditional offer.".

(c) REVISIONS TO FEDERAL ACQUISITION REGULATION.—

(1) IN GENERAL.—Not later than 18 months after the date of enactment of this subtitle, the Federal Acquisition Regulatory Council shall revise the Federal Acquisition Regulation to implement section 4714 of title 41, United States Code, and section 2339 of title 10, United States Code, as added by this section.

(2) CONSISTENCY WITH OFFICE OF PERSONNEL MANAGEMENT REGULATIONS.—The Federal Acquisition Regulatory Council shall revise the Federal Acquisition Regulation under paragraph (1) to be consistent with the regulations issued by the Director of the Office of Personnel Management under section 1122(b)(1) to the maximum extent practicable. The Council shall include together with such revision an

WASHSTATEC006790

explanation of any substantive modification of the Office of Personnel Management regulations, including an explanation of how such modification will more effectively implement the rights and protections under this section.

**SEC. 1124. REPORT ON EMPLOYMENT OF INDIVIDUALS FORMERLY INCARCERATED IN FEDERAL PRISONS.**

(a) DEFINITION.—In this section, the term "covered individual"—

(1) means an individual who has completed a term of imprisonment in a Federal prison for a Federal criminal offense; and

(2) does not include an alien who is or will be removed from the United States for a violation of the immigration laws (as such term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101)).

(b) STUDY AND REPORT REQUIRED.—The Director of the Bureau of Justice Statistics, in coordination with the Director of the Bureau of the Census, shall—

(1) not later than 180 days after the date of enactment of this subtitle, design and initiate a study on the employment of covered individuals after

WASHSTATEC006791

their release from Federal prison, including by collecting—

(A) demographic data on covered individuals, including race, age, and sex; and

(B) data on employment and earnings of covered individuals who are denied employment, including the reasons for the denials; and

(2) not later than 2 years after the date of enactment of this subtitle, and every 5 years thereafter, submit a report that does not include any personally identifiable information on the study conducted under paragraph (1) to—

(A) the Committee on Homeland Security and Governmental Affairs of the Senate;

(B) the Committee on Health, Education, Labor, and Pensions of the Senate;

(C) the Committee on Oversight and Reform of the House of Representatives; and

(D) the Committee on Education and Labor of the House of Representatives.

## Subtitle C—ATC Hiring Reform

### SEC. 1131. SHORT TITLE; DEFINITION.

(a) SHORT TITLE.—This subtitle may be cited as the "ATC Hiring Reform Act".

WASHSTATEC006792

(b) DEFINITION OF APPROPRIATE COMMITTEES OF CONGRESS.—In this subtitle, the term "appropriate committees of Congress" means—

(1) the Committee on Oversight and Reform of the House of Representatives;

(2) the Committee on Transportation and Infrastructure of the House of Representatives;

(3) the Committee on Homeland Security and Governmental Affairs of the Senate; and

(4) the Committee on Commerce, Science, and Transportation of the Senate.

**SEC. 1132. HIRING OF AIR TRAFFIC CONTROL SPECIALISTS.**

Section 44506(f)(1)(B)(i) of title 49, United States Code, is amended by striking "referring" and all that follows through "10 percent." and inserting "giving further preferential consideration, within each qualification category based upon pre-employment testing results (including application of veterans' preference as required under section 40122(g)(2)(B)), to pool 1 applicants described in clause (ii) before pool 2 applicants described in clause (iii).".

**SEC. 1133. ENSURING HIRING PREFERENCE FOR APPLICANTS WITH EXPERIENCE AT AN AIR TRAFFIC CONTROL FACILITY OF THE NATIONAL GUARD.**

Section 44506(f)(1)(A)(ii) of title 49, United States Code, is amended by inserting "(including a facility of the National Guard)" after "Department of Defense".

**SEC. 1134. FAA REPORTS ON AIR TRAFFIC CONTROLLER HIRING AND TRAINING.**

(a) REPORTS TO CONGRESS.—Not later than September 30 of 2020, 2021, 2022, and 2023, the Administrator of the Federal Aviation Administration shall submit to the appropriate committees of Congress a report regarding the hiring and training of air traffic controllers.

(b) CONTENTS.—Each report under subsection (a) shall include the following information:

(1) The number of applicants, from each hiring pool (by vacancy announcement beginning with vacancy announcement FAA-ATO-19-ALLSRCE-61676 (issued on June 14, 2019)) who have done the following:

(A) Applied for the position of air traffic controller.

(B) Been issued a tentative offer letter for the position of air traffic controller.

(C) Been issued a firm offer letter for the position of air traffic controller.

(D) Been hired for the position of air traffic controller.

(E) Reported to the FAA Academy for initial qualification training.

(F) Successfully passed Air Traffic Basics training at the FAA Academy.

(G) Successfully passed Terminal initial training at the FAA Academy.

(H) Successfully passed En Route initial training at the FAA Academy.

(2) The average cost of training per individual for each such hiring pool for the following:

(A) Air Traffic Basics training at the FAA Academy.

(B) Terminal initial training at the FAA Academy.

(C) En Route initial training at the FAA Academy.

(3) The FAA Academy attrition rate for each such hiring pool.

(4) The number of applicants, from each such hiring pool, who have successfully completed qualification training at their first FAA facility and the

WASHSTATEC006795

number who are still in training at their first facility.

(5) Other information determined appropriate by the Administrator of the Federal Aviation Administration.

**SEC. 1135. DOT INSPECTOR GENERAL REVIEW AND REPORT.**

(a) REVIEW.—

(1) IN GENERAL.—The Inspector General of the Department of Transportation (in this section referred to as the "Inspector General") shall conduct a review that assesses the assumptions and methodologies used to develop the air traffic controller pre-employment test. Such review shall include—

(A) what job-relevant aptitudes are measured by the air traffic controller pre-employment test and to what extent such aptitudes are tested;

(B) the scoring methodology for the air traffic controller pre-employment test, including an assessment of whether such methodology is applied uniformly for all classes of applicants;

(C) whether the air traffic controller pre-employment test incorporates any biographical

WASHSTATEC006796

questionnaire or assessment other than basic identifiers, such as name and questions that assess personal characteristics, and the extent to which such biographical assumptions are relied upon to assess air traffic controller applicants;

(D) the effectiveness of the pre-employment test, mental health screening, and any other applicable pre-employment assessment to determine whether an applicant possesses the skills necessary to perform the duties of a controller; and

(E) ways to improve the pre-employment test and other applicable pre-employment assessments as the Inspector General determines appropriate.

(2) START DATE.—The Inspector General shall initiate the review under paragraph (1) by not later than 90 days after the date of enactment of this Act.

(b) REPORT.—Not later than 180 days after the date the Inspector General initiates the review under subsection (a), the Inspector General shall submit to the appropriate committees of Congress a report on such review.

# TITLE XII—MATTERS RELATING TO FOREIGN NATIONS

Subtitle A—Assistance and Training

Sec. 1201. Modification of authority to build capacity of foreign security forces.
Sec. 1202. Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations.
Sec. 1203. Modifications of authorities relating to acquisition and cross-servicing agreements.
Sec. 1204. Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities.
Sec. 1205. Gender perspectives and participation by women in security cooperation activities.
Sec. 1206. Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities.
Sec. 1207. Extension of authority for support of special operations for irregular warfare.
Sec. 1208. Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss.
Sec. 1209. Two-year extension of program authority for Global Security Contingency Fund.
Sec. 1210. Legal institutional capacity building initiative for foreign defense institutions.
Sec. 1210A. Department of Defense support for stabilization activities in national security interest of the United States.

Subtitle B—Matters Relating to Afghanistan and Pakistan

Sec. 1211. Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan.
Sec. 1212. Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.
Sec. 1213. Authority for certain payments to redress injury and loss.
Sec. 1214. Extension and modification of semiannual report on enhancing security and stability in Afghanistan.
Sec. 1215. Special Immigrant Visa program reporting requirement.
Sec. 1216. Meaningful inclusion of Afghan women in peace negotiations.
Sec. 1217. Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.
Sec. 1218. Support for reconciliation activities led by the Government of Afghanistan.
Sec. 1219. Modification and extension of the Afghan Special Immigrant Visa Program.

Subtitle C—Matters Relating to Syria, Iraq, and Iran

WASHSTATEC006798

Sec. 1221. Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.
Sec. 1222. Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.
Sec. 1223. Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.
Sec. 1224. Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.
Sec. 1225. Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.
Sec. 1226. Expansion of availability of financial assets of Iran to victims of terrorism.
Sec. 1227. Report on the status of deconfliction channels with Iran.
Sec. 1228. Prohibition on provision of weapons and other forms of support to certain organizations.

Subtitle D—Matters Relating to the Russian Federation

Sec. 1231. Extension of limitation on military cooperation between the United States and Russia.
Sec. 1232. Prohibition on availability of funds relating to sovereignty of Russia over Crimea.
Sec. 1233. Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia.
Sec. 1234. United States participation in Open Skies Treaty.
Sec. 1235. Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty.
Sec. 1236. Report on treaties relating to nuclear arms control.
Sec. 1237. Reports relating to the New START Treaty.
Sec. 1238. Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region.
Sec. 1239. Updated strategy to counter the threat of malign influence by the Russian Federation and other countries.

Subtitle E—Matters Relating to Europe and NATO

Sec. 1241. Sense of Congress on support for the North Atlantic Treaty Organization.
Sec. 1242. Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty.
Sec. 1243. Future years plans and planning transparency for the European Deterrence Initiative.
Sec. 1244. Modification and extension of Ukraine Security Assistance Initiative.
Sec. 1245. Limitation on transfer of F–35 aircraft to Turkey.
Sec. 1246. Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression.
Sec. 1247. Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises.
Sec. 1248. Extension and modification of NATO Special Operations Headquarters.
Sec. 1249. North Atlantic Treaty Organization Joint Force Command.
Sec. 1250. Report on North Atlantic Treaty Organization Readiness Initiative.

Sec. 1250A. Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus.

Subtitle F—Matters Relating to the Indo-Pacific Region

Sec. 1251. Modification of Indo-Pacific Maritime Security Initiative.
Sec. 1252. Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds.
Sec. 1253. Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies.
Sec. 1254. Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea.
Sec. 1255. Report on direct, indirect, and burden-sharing contributions of Japan and South Korea.
Sec. 1256. Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea.
Sec. 1257. Sense of Congress on North Korea.
Sec. 1258. Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines.
Sec. 1259. Report on security cooperation with the Philippine National Police.
Sec. 1260. Modification of annual report on military and security developments involving the People's Republic of China.
Sec. 1260A. Report on foreign military activities in Pacific Island countries.
Sec. 1260B. Report on cybersecurity activities with Taiwan.
Sec. 1260C. Review and report related to the Taiwan Relations Act.
Sec. 1260D. Sense of Congress on enhancement of the United States-Taiwan defense relationship.
Sec. 1260E. Chinese foreign direct investment in countries of the Arctic region.
Sec. 1260F. Sense of Congress on policy toward Hong Kong.
Sec. 1260G. Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore.
Sec. 1260H. Authority to transfer funds for Bien Hoa dioxin cleanup.
Sec. 1260I. Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security.
Sec. 1260J. Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order.
Sec. 1260K. Report on the lay-down of United States Marines in the Indo-Pacific Region.

Subtitle G—Other Matters

Sec. 1261. Modification to report on legal and policy frameworks for the use of military force.
Sec. 1262. Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command.
Sec. 1263. United States Central Command posture assessment and review.
Sec. 1264. Limitation on production of nuclear proliferation assessment statements.
Sec. 1265. Western Hemisphere resource assessment.
Sec. 1266. Human rights in Brazil.
Sec. 1267. Certification relating to assistance for Guatemala.
Sec. 1268. Independent analysis of human rights situation in Honduras.

WASHSTATEC006800

Sec. 1269. Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm.
Sec. 1270. Report on implications of Chinese military presence in Djibouti.
Sec. 1271. Rule of construction on the permanent stationing of United States Armed Forces in Somalia.
Sec. 1272. Defense and diplomatic strategy for Libya.
Sec. 1273. Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen.
Sec. 1274. Report on Saudi-led coalition strikes in Yemen.
Sec. 1275. Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen.
Sec. 1276. Report on Saudi Arabia's human rights record.
Sec. 1277. Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi.
Sec. 1278. United States-Israel cooperation to counter unmanned aerial systems.
Sec. 1279. Extension and modification of authority for United States-Israel anti-tunnel cooperation activities.
Sec. 1280. Report on cost imposition strategy.
Sec. 1281. Modification of initiative to support protection of national security academic researchers from undue influence and other security threats.
Sec. 1282. Modification of responsibility for policy on civilian casualty matters.
Sec. 1283. Report on export of certain satellites to entities with certain beneficial ownership structures.
Sec. 1284. Rule of construction relating to the use of military force.
Sec. 1285. Reports and briefings on use of military force and support of partner forces.

# Subtitle A—Assistance and Training

**SEC. 1201. MODIFICATION OF AUTHORITY TO BUILD CAPACITY OF FOREIGN SECURITY FORCES.**

(a) AUTHORITY.—Subsection (a)(7) of section 333 of title 10, United States Code, is amended by inserting "existing" before "international coalition operation".

(b) NOTICE AND WAIT ON ACTIVITIES UNDER PROGRAMS.—Subsection (e) of such section is amended by adding at the end the following:

"(9) In the case of a program described in subsection (a), each of the following:

"(A) A description of whether assistance under the program could be provided pursuant to other authorities under this title, the Foreign Assistance Act of 1961, or any other train and equip authorities of the Department of Defense.

"(B) An identification of each such authority described in subparagraph (A).".

**SEC. 1202. MODIFICATION AND EXTENSION OF CROSS SERVICING AGREEMENTS FOR LOAN OF PERSONNEL PROTECTION AND PERSONNEL SURVIVABILITY EQUIPMENT IN COALITION OPERATIONS.**

Section 1207 of the Carl Levin and Howard P. "Buck" Mckeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 2342 note) is amended—

(1) by redesignating subsections (d) and (e) as subsections (e) and (f), respectively;

(2) by inserting after subsection (c) the following:

"(d) REPORTS TO CONGRESS.—If the authority provided under this section is exercised during a fiscal year, the Secretary of Defense shall, with the concurrence of the Secretary of State, submit to the appropriate committees of Congress a report on the exercise of such authority by not later than October 30 of the year in which such

WASHSTATEC006802

fiscal year ends. Each report on the exercise of such authority shall specify the recipient country of the equipment loaned, the type of equipment loaned, and the duration of the loan of such equipment.''; and

(3) in subsection (f), as redesignated, by striking ''September 30, 2019'' and inserting ''December 31, 2024''.

**SEC. 1203. MODIFICATIONS OF AUTHORITIES RELATING TO ACQUISITION AND CROSS-SERVICING AGREEMENTS.**

(a) DESIGNATION AND NOTICE OF INTENT TO ENTER INTO AGREEMENT WITH NON-NATO COUNTRY.—Subsection (b) of section 2342 of title 10, United States Code, is amended to read as follows:

''(b)(1) The Secretary of Defense may not designate a country for an agreement under this section unless—

''(A) the Secretary, after consultation with the Secretary of State, determines that the designation of such country for such purpose is in the interest of the national security of the United States; and

''(B) in the case of a country that is not a member of the North Atlantic Treaty Organization, the Secretary submits to the appropriate committees of Congress notice of the intended designation not less than 30 days before the date on which such

country is designated by the Secretary under subsection (a).

"(2) In the case of a country that is not a member of the North Atlantic Treaty Organization, the Secretary of Defense may not enter into an agreement under this section unless the Secretary submits to the appropriate committees of Congress a notice of intent to enter into such an agreement not less than 30 days before the date on which the Secretary enters into the agreement.".

(b) OVERSIGHT RESPONSIBILITIES.—Such section is further amended—

(1) by redesignating subsections (f) through (h) as subsections (g) through (i), respectively; and

(2) by inserting after subsection (e) the following new subsection (f):

"(f) Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall designate an existing senior civilian or military official who shall have primary responsibility for—

"(1) accounting for logistic support, supplies, and services received or provided under acquisition and cross-servicing agreements;

"(2) ensuring consistent standards and guidance to the armed forces and combatant commands

in executing acquisition and cross-servicing agreements;

"(3) overseeing and monitoring the implementation of acquisition and cross-servicing agreements in coordination with the Under Secretary of Defense for Policy; and

"(4) such other responsibilities as may be prescribed by the Secretary.".

(c) REGULATIONS.—Subsection (g) of such section, as redesignated by subsection (b)(1), is amended to read as follows:

"(g)(1) Not later than 90 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall prescribe regulations to ensure that—

"(A) contracts entered into under this subchapter are free from self-dealing, bribery, and conflict of interests;

"(B) adequate processes and controls are in place to provide for the accurate accounting of logistic support, supplies, and services received or provided under the authority of this subchapter; and

"(C) personnel responsible for accounting for logistic support, supplies, and services received or

provided under such authority are fully trained and aware of such responsibilities.

"(2)(A) Not later than 270 days after the issuance of the regulations under paragraph (1), the Comptroller General of the United States shall conduct a review of the implementation by the Secretary of such regulations.

"(B) The review conducted under subparagraph (A) shall—

"(i) assess the effectiveness of such regulations and the implementation of such regulations to ensure the effective management and oversight of an agreement under subsection (a)(1); and

"(ii) include any other matter the Comptroller General considers relevant.".

(d) REPORTS.—Subsection (h) of such section, as redesignated by subsection (b)(1), is amended—

(1) in paragraph (1), by striking "in effect" and inserting "that have entered into force or were applied provisionally";

(2) in paragraph (2), by striking "date on which the Secretary" and all that follows through the period at the end and inserting "dates on which the Secretary notified Congress—

WASHSTATEC006806

"(A) pursuant to subsection (b)(1)(B) of the designation of such country under subsection (a); and

"(B) pursuant to subsection (b)(2) of the intent of the Secretary to enter into the agreement.";

(3) by amending paragraph (3) to read as follows:

"(3) The class of supply, total dollar amount, the amount collected, and the outstanding balance of logistic support, supplies, and services provided during the preceding fiscal year under each such agreement.";

(4) by amending paragraph (4) to read as follows:

"(4) The class of supply, total dollar amount, the amount collected, and the outstanding balance of logistic support, supplies, and services received during the preceding fiscal year under each such agreement.";

(5) by striking paragraph (5); and

(6) by adding at the end the following new paragraphs:

"(5) With respect to any transaction for logistic support, supplies, and services that has not been rec-

onciled more than one year after the date on which the transaction occurred, a description of the transaction that includes the following:

"(A) The date on which the transaction occurred.

"(B) The country or organization to which logistic support, supplies, and services were provided.

"(C) The value of the transaction.

"(6) An explanation of any waiver granted under section 2347(c) during the preceding fiscal year, including an identification of the relevant contingency operation or non-combat operation.".

**SEC. 1204. MODIFICATION OF QUARTERLY REPORT ON OBLIGATION AND EXPENDITURE OF FUNDS FOR SECURITY COOPERATION PROGRAMS AND ACTIVITIES.**

Section 381(b) of title 10, United States Code, is amended by striking "30 days" and inserting "60 days".

**SEC. 1205. GENDER PERSPECTIVES AND PARTICIPATION BY WOMEN IN SECURITY COOPERATION ACTIVITIES.**

Consistent with the Women, Peace, and Security Act of 2017 (Public Law 115–68), the Secretary of Defense, in coordination with the Secretary of State, should seek

WASHSTATEC006808

to incorporate gender perspectives and participation by women in security cooperation activities to the maximum extent practicable.

**SEC. 1206. PLAN TO PROVIDE CONSISTENCY OF ADMINISTRATION OF AUTHORITIES RELATING TO VETTING OF UNITS OF SECURITY FORCES OF FOREIGN COUNTRIES; MODIFICATION OF ASSESSMENT, MONITORING, AND EVALUATION OF SECURITY COOPERATION PROGRAMS AND ACTIVITIES.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and Secretary of State shall jointly develop, implement, and submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a plan to provide consistency in administration of section 362 of title 10, United States Code, and section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d).

(b) MATTERS TO BE INCLUDED.—The plan required by subsection (a) shall contain the following:

(1) Common standards and procedures which shall be used by the Department of Defense and Department of State to obtain and verify information

WASHSTATEC006809

regarding the vetting of units of the security forces of foreign countries for gross violation of human rights under the authorities described in subsection (a), including—

(A) public guidelines for external sources to report information; and

(B) methods and criteria employed by the Department of Defense and Department of State to determine whether sources, source reporting, and allegations are credible.

(2) Measures to ensure the Department of Defense has read-only access to the International Vetting and Security Tracking (INVEST) system, and any successor or equivalent system.

(3) Measures to ensure the authorities described in subsection (a) are applied to any foreign forces, irregular forces, groups, and individuals that receive training, equipment, or other assistance from the United States military.

(c) FORM.—The plan required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) INTEGRATION OF HUMAN RIGHTS AND CIVILIAN PROTECTION INTO ASSESSMENT, MONITORING, AND

WASHSTATEC006810

EVALUATION OF SECURITY COOPERATION PROGRAMS AND ACTIVITIES.—

(1) REPORTS REQUIRED.—The Secretary of Defense shall submit to the appropriate congressional committees an interim report and a final report on the steps the Secretary will take to incorporate partner units' activities, as such activities relate to human rights and protection of civilians, into the program elements described in section 383(b)(1) of title 10, United States Code.

(2) DEADLINES.—

(A) INTERIM REPORT.—The interim report required under paragraph (1) shall be submitted to the appropriate congressional committees not later than 180 days after the date of the enactment of this Act and shall include a summary of the progress of the Secretary in implementing the steps described in such paragraph.

(B) FINAL REPORT.—The final report required under paragraph (1) shall be submitted to the appropriate congressional committees not later than one year after the date of enactment of this Act and shall specifically identify the ac-

WASHSTATEC006811

tions the Secretary took to implement the steps described in paragraph (1).

(3) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this subsection, the term "appropriate congressional committees" means the following:

(A) The Committee on Armed Services and the Committee on Foreign Relations of the Senate.

(B) The Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1207. EXTENSION OF AUTHORITY FOR SUPPORT OF SPECIAL OPERATIONS FOR IRREGULAR WARFARE.**

Section 1202(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1639) is amended by striking "2020" and inserting "2023".

**SEC. 1208. EXTENSION AND MODIFICATION OF COMMANDERS' EMERGENCY RESPONSE PROGRAM AND ELIMINATION OF CERTAIN PAYMENTS TO REDRESS INJURY AND LOSS.**

(a) EXTENSION AND MODIFICATION OF COMMANDERS' EMERGENCY RESPONSE PROGRAM.—Section

WASHSTATEC006812

1201 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1619), as most recently amended by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is further amended—

(1) in subsection (a)—

(A) by striking "During the period beginning on October 1, 2016, and ending on December 31, 2019" and inserting "During the period beginning on October 1, 2019, and ending on December 31, 2020"; and

(B) by striking "$10,000,000" and inserting "$2,500,000";

(2) in subsection (b)(1), by striking "of fiscal years 2017 through 2019" and inserting "for each of fiscal years 2017 through 2020"; and

(3) in subsection (f), in the first sentence, by striking "during the period beginning on October 1, 2016, and ending on December 31, 2019" and inserting "during the period beginning on October 1, 2019, and ending on December 31, 2020".

(b) ELIMINATION OF AUTHORITY FOR CERTAIN PAYMENTS TO REDRESS INJURY AND LOSS IN AFGHANISTAN, IRAQ, SYRIA, SOMALIA, LIBYA, AND YEMEN.—Section 1211 of the National Defense Authorization Act for Fiscal

WASHSTATEC006813

Year 2017 (Public Law 114–328; 130 Stat. 2477), as most recently amended by section 1224(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is further amended by striking subsection (b).

**SEC. 1209. TWO-YEAR EXTENSION OF PROGRAM AUTHORITY FOR GLOBAL SECURITY CONTINGENCY FUND.**

Section 1207 of the National Defense Authorization Act for Fiscal Year 2012 (22 U.S.C. 2151 note) is amended—

(1) in subsection (i)—

(A) in paragraph (1), by striking "September 30, 2019" and inserting "September 30, 2021"; and

(B) by amending paragraph (2) to read as follows:

"(2) EXCEPTION.—Amounts appropriated and transferred to the Fund before September 30, 2019, shall remain available for obligation and expenditure after that date, but only for activities under programs commenced under subsection (b) before September 30, 2019."; and

(2) in subsection (o)—

WASHSTATEC006814

(A) in the first sentence, by striking "September 30, 2019" and inserting "September 30, 2021"; and

(B) in the second sentence, by striking "through 2019" and inserting "through 2021".

**SEC. 1210. LEGAL INSTITUTIONAL CAPACITY BUILDING INITIATIVE FOR FOREIGN DEFENSE INSTITUTIONS.**

(a) INITIATIVE.—The Secretary of Defense may carry out, in accordance with section 332 of title 10, United States Code, an initiative of legal institutional capacity building in collaboration with the appropriate ministry of defense (or security agency serving a similar defense function) legal institutions that support the efforts of one or more foreign countries to establish or improve legal institutional capacity.

(b) PURPOSE.—The purpose of the initiative under subsection (a) is to enhance, through advisory services, training, or related training support services, as appropriate, the legal institutional capacity of the applicable foreign country to do the following:

(1) Integrate legal matters into the authority, doctrine, and policies of the ministry of defense (or security agency serving a similar defense function) and forces of such country.

WASHSTATEC006815

(2) Provide appropriate legal support to commanders conducting defense and national security operations.

(3) With respect to defense and national security law, institutionalize education, training, and professional development for personnel and forces, including uniformed lawyers, officers, noncommissioned officers, and civilian lawyers and leadership within such ministries of defense (and security agencies serving a similar defense function).

(4) Establish a military justice system that is objective, transparent, and impartial.

(5) Conduct effective and transparent command and administrative investigations.

(6) Build the legal capacity of the forces and civilian personnel of ministries of defense (and security agencies serving a similar defense function) to provide equitable, transparent, and accountable institutions and provide for anti-corruption measures within such institutions.

(7) Build capacity—

(A) to provide for the protection of civilians consistent with the law of armed conflict and human rights law; and

WASHSTATEC006816

(B) to investigate incidents of civilian casualties.

(8) Promote understanding and observance of—

(A) the law of armed conflict;

(B) human rights and fundamental freedoms;

(C) the rule of law; and

(D) civilian control of the military.

(9) Establish mechanisms for effective civilian oversight of defense and national security legal institutions and legal matters.

(c) ELEMENTS.—The initiative under subsection (a) shall include the following elements:

(1) A measure for monitoring the implementation of the initiative and evaluating the efficiency and effectiveness of the initiative, in accordance with section 383 of title 10, United States Code.

(2) An assessment of the organizational weaknesses for legal institutional capacity building of the applicable foreign country, including baseline information, an assessment of gaps in the capability and capacity of the appropriate institutions of such country, and any other indicator of efficacy, in accordance with section 383 of title 10, United States Code.

(3) An engagement plan for building legal institutional capacity that addresses the weaknesses identified under paragraph (2), including objectives, milestones, and a timeline.

(d) REPORTS.—

(1) IN GENERAL.—Beginning in fiscal year 2020 through the fiscal year in which the initiative under subsection (a) terminates, the Secretary of Defense shall submit to the appropriate committees of Congress an annual report on the legal institutional capacity building activities carried out under this section.

(2) INTEGRATION INTO OTHER CAPACITY BUILDING REPORTS.—The report submitted under paragraph (1) for a fiscal year shall be integrated into the report required pursuant to subsection (b)(2) of section 332 of title 10, United States Code, for the fourth fiscal year quarter of such fiscal year.

(3) MATTERS TO BE INCLUDED.—Each report submitted under paragraph (1) shall include the following:

(A) The same information required under subsection (b)(2) of section 332 of title 10, United States Code.

WASHSTATEC006818

(B) The names of the one or more countries in which the initiative was conducted.

(C) For each such country—

(i) the purpose of the initiative;

(ii) the objectives, milestones, and timeline of the initiative;

(iii) the number and type of advisors assigned and deployed to the country, as applicable; and

(iv) an assessment of the progress of the implementation of the initiative.

(e) SUNSET.—The initiative under subsection (a) shall terminate on December 31, 2024.

(f) FUNDING.—Amounts for programs carried out pursuant to subsection (a) in a fiscal year, and for other purposes in connection with such programs as authorized by this section, may be derived only from amounts authorized to be appropriated for such fiscal year for the Department of Defense for operation and maintenance, Defense-wide, and available for the Defense Security Cooperation Agency for such programs and purposes.

**SEC. 1210A. DEPARTMENT OF DEFENSE SUPPORT FOR STABILIZATION ACTIVITIES IN NATIONAL SECURITY INTEREST OF THE UNITED STATES.**

(a) IN GENERAL.—The Secretary of Defense may, with the concurrence of the Secretary of State and in consultation with the Administrator of the United States Agency for International Development, provide support for the stabilization activities of other Federal agencies specified in subsection (c)(1).

(b) DESIGNATION OF FOREIGN AREAS.—

(1) IN GENERAL.—Amounts authorized to be provided pursuant to this section shall be available only for support for stabilization activities—

(A) in a country specified in paragraph (2); and

(B) that the Secretary of Defense, with the concurrence of the Secretary of State, has determined are in the national security interest of the United States.

(2) SPECIFIED COUNTRIES.—The countries specified in this paragraph are as follows:

(A) Iraq.

(B) Syria.

(C) Afghanistan.

(D) Somalia.

(c) SUPPORT TO OTHER AGENCIES.—

(1) IN GENERAL.—Support may be provided for stabilization activities under subsection (a) to the Department of State, the United States Agency for International Development, or other Federal agencies, on a reimbursable or nonreimbursable basis. The authority to provide such support under this paragraph on a reimbursable basis is in addition to other authorities to provide support on such basis.

(2) TYPE OF SUPPORT.—Support under subsection (a) may consist of logistic support, supplies, and services.

(d) REQUIREMENT FOR A STABILIZATION STRATEGY.—

(1) LIMITATION.—With respect to any country specified in subsection (b)(2), no amount of support may be provided under subsection (a) until 15 days after the date on which the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate committees of Congress a detailed report setting forth a stabilization strategy for such country.

(2) ELEMENTS OF STRATEGY.—The stabilization strategy required by paragraph (1) shall set forth the following:

(A) The United States interests in conducting stabilization activities in the country specified in subsection (b)(2).

(B) The key foreign partners and actors in such country.

(C) The desired end states and objectives of the United States stabilization activities in such country.

(D) The Department of Defense support intended to be provided for the stabilization activities of other Federal agencies under subsection (a).

(E) Any mechanism for civil-military coordination regarding support for stabilization activities.

(F) The mechanisms for monitoring and evaluating the effectiveness of Department of Defense support for United States stabilization activities in the area.

(e) IMPLEMENTATION IN ACCORDANCE WITH GUIDANCE.—Support provided under subsection (a) shall be implemented in accordance with the guidance of the Department of Defense entitled "DoD Directive 3000.05 Stabilization", dated December 13, 2018 (or successor guidance).

(f) REPORT.—The Secretary of Defense, with the concurrence of the Secretary of State, shall submit to the appropriate committees of Congress on an annual basis a report that includes the following:

(1) The identification of each foreign area within countries specified in subsection (b)(2) for which support to stabilization has occurred.

(2) The total amount spent by the Department of Defense, broken out by recipient Federal agency and activity.

(3) An assessment of the contribution of each activity toward greater stability.

(4) An articulation of any plans for continued Department of Defense support to stabilization in the specified foreign area in order to maintain or improve stability.

(5) Other matters as the Secretary of Defense considers to be appropriate.

(g) USE OF FUNDS.—

(1) SOURCE OF FUNDS.—Amounts for activities carried out under this section in a fiscal year shall be derived only from amounts authorized to be appropriated for such fiscal year for the Department of Defense for Operation and Maintenance, Defense-wide.

WASHSTATEC006823

(2) LIMITATION.—Not more than $18,000,000 in each fiscal year is authorized to be used to provide nonreimbursable support under this section.

(h) EXPIRATION.—The authority provided under this section may not be exercised after December 31, 2020.

(i) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

(A) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(B) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

(2) LOGISTIC SUPPORT, SUPPLIES, AND SERVICES.—The term "logistic support, supplies, and services" has the meaning given the term in section 2350(1) of title 10, United States Code.

WASHSTATEC006824

# Subtitle B—Matters Relating to Afghanistan and Pakistan

**SEC. 1211. EXTENSION OF AUTHORITY TO TRANSFER DEFENSE ARTICLES AND PROVIDE DEFENSE SERVICES TO THE MILITARY AND SECURITY FORCES OF AFGHANISTAN.**

(a) EXTENSION OF AUTHORITY.—Subsection (h) of section 1222 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1992) is amended by striking "December 31, 2020" and inserting "December 31, 2022".

(b) EXCESS DEFENSE ARTICLES.—Subsection (i)(2) of such section is amended by striking "December 31, 2020" each place it appears and inserting "December 31, 2022".

**SEC. 1212. EXTENSION AND MODIFICATION OF AUTHORITY TO ACQUIRE PRODUCTS AND SERVICES PRODUCED IN COUNTRIES ALONG A MAJOR ROUTE OF SUPPLY TO AFGHANISTAN.**

(a) TERMINATION OF AUTHORITY.—Subsection (f) of section 801 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2399) is amended by striking "December 31, 2019" and inserting "December 31, 2021".

WASHSTATEC006825

(b) Report on Authority.—Such section, as so amended, is further amended by adding at the end the following:

"(g) Report on Authority.—

"(1) In general.—Not later than March 1, 2020, and March 1, 2021, the Secretary of Defense shall submit to the appropriate congressional committees a report on the use of the authority provided in subsection (a). The report shall address, at a minimum, the following:

"(A) The number of determinations made by the Secretary pursuant to subsection (b).

"(B) A description of the products and services acquired using the authority.

"(C) The extent to which the use of the authority has met the objectives of subparagraph (A), (B), or (C) of subsection (b)(2).

"(D) A list of the countries providing products or services as a result of a determination made pursuant to subsection (b).

"(2) Appropriate congressional committees defined.—For purposes of this subsection, the term 'appropriate congressional committees' means—

WASHSTATEC006826

"(A) the congressional defense committees; and

"(B) the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate.".

**SEC. 1213. AUTHORITY FOR CERTAIN PAYMENTS TO REDRESS INJURY AND LOSS.**

(a) AUTHORITY.—During the period beginning on the date of the enactment of this Act and ending on December 31, 2022, not more than $3,000,000 for each calendar year, to be derived from funds authorized to be appropriated to the Office of the Secretary of Defense under the Operation and Maintenance, Defense-wide account, may be made available for ex gratia payments for damage, personal injury, or death that is incident to the use of force by the United States Armed Forces, a coalition that includes the United States, a military organization supporting the United States, or a military organization supporting the United States or such coalition.

(b) CONDITIONS ON PAYMENT.—An ex gratia payment authorized pursuant to subsection (a) may be provided only if—

(1) the prospective foreign civilian recipient is determined by the local military commander to be friendly to the United States;

WASHSTATEC006827

(2) a claim for damages would not be compensable under chapter 163 of title 10, United States Code (commonly known as the "Foreign Claims Act");

(3) the property damage, personal injury, or death was not caused by action by an enemy;

(4) the claimant suffered property damage, personal injury, or death that was—

(A) caused by the United States Armed Forces, a coalition that includes the United States, or a military organization supporting the United States or such a coalition; and

(B) occurred during an operation carried out by the United States, such coalition, or such military organization; and

(5) the claimant had no involvement in planning or executing an attack or other hostile action that gave rise to the use of force by the United States, such coalition, or such military organization resulting in such property damage, personal injury, or death.

(c) NATURE OF PAYMENT.—A payment provided pursuant to the authority under subsection (a) may not be construed or considered as an admission or acknowledg-

ment of any legal obligation to provide compensation for any property damage, personal injury, or death.

(d) AMOUNT OF PAYMENTS.—If the Secretary of Defense determines a payment under subsection (a) to be appropriate in a particular setting, the amounts of payments, if any, to be provided to civilians determined to have suffered harm incident to the use of force by the United States Armed Forces under the program should be determined pursuant to regulations prescribed by the Secretary and based on an assessment, conducted in consultation with the Secretary of State, that includes such factors as cultural appropriateness and prevailing economic conditions. A copy of any regulations so prescribed shall be provided to the congressional defense committees upon finalization.

(e) LEGAL ADVICE.—Local military commanders shall receive legal advice before making ex gratia payments under this subsection. The legal advisor, under regulations of the Department of Defense, shall advise on whether an ex gratia payment is proper under this section and applicable Department of Defense regulations.

(f) WRITTEN RECORD.—A written record of any ex gratia payment offered pursuant to the authority under subsection (a), and whether accepted or denied, shall be kept by the local military commander and on a timely

basis submitted to the appropriate office in the Department of Defense as determined by the Secretary of Defense.

(g) QUARTERLY REPORT.—Not later than 90 days after the date of the enactment of this Act, and every 90 days thereafter, the Secretary of Defense shall submit to the congressional defense committees a report including the following:

(1) With respect to each ex gratia payment made under the authority in this subsection or any other authority during the preceding 90-day period, each of the following:

(A) The amount used for such payments and the country with respect to which each such payment was made.

(B) The manner in which claims for such payments were verified.

(C) The position of the official who approved the payment.

(D) The manner in which payments are made.

(2) With respect to a preceding 90-day period in which no ex gratia payments were made—

(A) whether any such payment was refused, along with the reason for such refusal; or

(B) any other reason for which no such payments were made.

(h) RELATION TO OTHER AUTHORITIES.—Notwithstanding any other provision of law, the authority provided by this section shall be construed as the sole authority available to make ex gratia payments for property damage, personal injury, or death that is incident to the use of force by the United States Armed Forces.

**SEC. 1214. EXTENSION AND MODIFICATION OF SEMI-ANNUAL REPORT ON ENHANCING SECURITY AND STABILITY IN AFGHANISTAN.**

(a) EXTENSION.—Paragraph (2) of subsection (a) of section 1225 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 127 Stat. 3550), as most recently amended by section 1215 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1649), is further amended by striking "December 15, 2020" and inserting "December 15, 2022".

(b) FORM.—Paragraph (3) of such subsection is amended to read as follows:

"(3) FORM.—Each report required under paragraph (1) shall be submitted in unclassified form

WASHSTATEC006831

without any designation relating to dissemination control, but may include a classified annex.''.

(c) MODIFICATION OF ELEMENTS.—Subsection (b) of such section 1225, as amended by section 1215(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2480), is further amended—

(1) in paragraph (1)—

(A) in the paragraph heading, by inserting ''AND TAKING INTO ACCOUNT THE AUGUST 2017 STRATEGY OF THE UNITED STATES'' after ''2014'';

(B) by amending subparagraph (A) to read as follows:

''(A) the strategy and objectives of any post-2014 United States mission, including the 2017 South Asia Strategy of the United States and any subsequent United States strategy, and any mission agreed by the North Atlantic Treaty Organization (NATO), that are pertinent to—

''(i) training, advising, and assisting the ANSF; or

''(ii) conducting counterrorism operations in Afghanistan; and''; and

WASHSTATEC006832

(C) in subparagraph (B)—

(i) by striking the period at the end and inserting a semicolon;

(ii) by striking "in the assessment of any such" and inserting "in the assessment of—

"(i) any such"; and

(iii) by adding at the end the following new clauses:

"(ii) the United States counterterrorism mission; and

"(iii) efforts by the Department of Defense to support reconciliation efforts and develop conditions for the expansion of the reach of the Government of Afghanistan throughout Afghanistan.";

(2) in paragraph (2)—

(A) by inserting ", including the progress of the Government of Afghanistan on securing Afghan territory and population," after "the current security conditions in Afghanistan"; and

(B) by striking "and the Haqqani Network" and inserting "the Haqqani Network,

and the Islamic State of Iraq and Syria Khorasan''; and

(3) by adding at the end the following new paragraph:

''(9) MONITORING AND EVALUATION MEASURES RELATING TO ASFF.—A description of the monitoring and evaluation measures that the Department of Defense and the Government of Afghanistan are taking to ensure that funds of the Afghanistan Security Forces Fund provided to the Government of Afghanistan as direct government-to-government assistance are not subject to waste, fraud, or abuse.''.

**SEC. 1215. SPECIAL IMMIGRANT VISA PROGRAM REPORTING REQUIREMENT.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Inspector General of the Department of State shall submit a report, which may contain a classified annex, to—

(1) the Committee on the Judiciary, the Committee on Foreign Relations, and the Committee on Armed Services of the Senate; and

(2) the Committee on the Judiciary, the Committee on Foreign Affairs, and the Committee on Armed Services of the House of Representatives.

(b) CONTENTS.—The report submitted under subsection (a) shall evaluate the obstacles to effective protection of Afghan and Iraqi allies through the special immigrant visa programs and suggestions for improvements in future programs, including information relating to—

(1) the hiring of locally employed staff and contractors;

(2) documenting the identity and employment of locally employed staff and contractors of the United States Government, including the possibility of establishing a central database of employees of the United States Government and its contractors;

(3) the protection and safety of employees of locally employed staff and contractors;

(4) means of expediting processing at all stages of the process for applicants, including consideration of reducing required forms;

(5) appropriate staffing levels for expedited processing domestically and abroad;

(6) the effect of uncertainty of visa availability on visa processing;

(7) the cost and availability of medical examinations; and

(8) means to reduce delays in interagency processing and security checks.

(c) CONSULTATION.—In preparing the report under subsection (a), the Inspector General shall consult with current and, to the extent possible, former employees of—

(1) the Department of State, Bureau of Consular Affairs, Visa Office;

(2) the Department of State, Bureau of Near Eastern Affairs and South and Central Asian Affairs, Executive Office;

(3) the United States embassy in Kabul, Afghanistan, Consular Section;

(4) the United States embassy in Baghdad, Iraq, Consular Section;

(5) the Department of Homeland Security, U.S. Citizenship and Immigration Services;

(6) the Department of Defense; and

(7) non-governmental organizations providing legal aid in the special immigrant visa application process.

**SEC. 1216. MEANINGFUL INCLUSION OF AFGHAN WOMEN IN PEACE NEGOTIATIONS.**

(a) IN GENERAL.—The Secretary of State, in coordination with the Secretary of Defense, shall seek to ensure the meaningful participation of Afghan women in the peace process in Afghanistan in a manner consistent with the Women, Peace, and Security Act of 2017 (22 U.S.C.

WASHSTATEC006836

2152j et seq.), including through advocacy for the inclusion of Afghan women in ongoing and future negotiations to end the conflict in Afghanistan.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of State, in coordination with the Secretary of Defense, shall submit to the appropriate committees of Congress a report describing the steps taken to fulfill the duties of the Secretary of State and the Secretary of Defense under subsection (a).

(c) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1217. EXTENSION AND MODIFICATION OF AUTHORITY FOR REIMBURSEMENT OF CERTAIN COALITION NATIONS FOR SUPPORT PROVIDED TO UNITED STATES MILITARY OPERATIONS.**

(a) EXTENSION.—Subsection (a) of section 1233 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 122 Stat. 393), as most re-

WASHSTATEC006837

cently amended by section 1225 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is further amended to read as follows:

"(a) AUTHORITY.—From funds made available for the Department of Defense for the period beginning on October 1, 2019, and ending on December 31, 2020, for overseas contingency operations for operation and maintenance, Defense-wide activities, the Secretary of Defense may reimburse any key cooperating nation (other than Pakistan) for—

"(1) logistical and military support provided by that nation to or in connection with United States military operations in Afghanistan, Iraq, or Syria; and

"(2) logistical, military, and other support, including access, provided by that nation to or in connection with United States military operations described in paragraph (1).".

(b) MODIFICATION TO LIMITATION.—Subsection (d)(1) of such section is amended—

(1) by striking "October 1, 2018, and ending on December 31, 2019" and inserting "October 1, 2019, and ending on December 31, 2020"; and

(2) by striking "$350,000,000" and inserting "$450,000,000".

**SEC. 1218. SUPPORT FOR RECONCILIATION ACTIVITIES LED BY THE GOVERNMENT OF AFGHANISTAN.**

(a) IN GENERAL.—The Secretary of Defense may, with the concurrence of the Secretary of State, provide covered support for reconciliation activities to one or more designated persons or entities or Federal agencies.

(b) FRAMEWORK FOR USE OF AUTHORITY.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense, with the concurrence of the Secretary of State, shall submit to the appropriate committees of Congress a report on the use of the authority under subsection (a) that includes—

(1) a framework for use of such authority;

(2) evaluation requirements; and

(3) a prioritization of covered support.

(c) DESIGNATION.—Not later than 15 days before the Secretary of Defense designates an individual or organization as a designated person or entity, the Secretary shall notify the congressional defense committees of the intent of the Secretary to make such designation.

(d) REIMBURSEMENT.—

(1) DESIGNATED PERSONS OR ENTITIES.—The Secretary of Defense may provide covered support to

WASHSTATEC006839

a designated person or entity on a nonreimbursable basis.

(2) FEDERAL AGENCIES.—The Secretary of Defense may provide covered support to a Federal agency on a reimbursable or nonreimbursable basis.

(e) LOCATION OF COVERED SUPPORT.—

(1) IN GENERAL.—Except as provided in paragraph (2), the Secretary of Defense may only provide covered support within Afghanistan.

(2) EXCEPTION.—Notwithstanding paragraph (1), the Secretary of Defense may provide covered support in Pakistan if the Secretary of Defense, with the concurrence of the Secretary of State, determines, and certifies to the appropriate committees of Congress, that providing covered support in Pakistan is in the national security interest of the United States.

(f) NOTIFICATION.—Not later than 15 days after the date on which the Secretary of Defense provides covered support in Pakistan, or an individual expenditure for covered support reaches a monetary threshold of $75,000 or greater, the Secretary shall submit to the appropriate committees of Congress written notice that includes—

(1) the intended recipient of such covered support and the specific covered support to be provided; and

(2) a description of the manner in which such covered support facilitates reconciliation.

(g) FUNDING.—

(1) SOURCE OF FUNDS.—Amounts for covered support may only be derived from amounts authorized to be appropriated for the Department of Defense for operation and maintenance.

(2) LIMITATION.—Not more than $15,000,000 may be used in each fiscal year to provide covered support under this section.

(h) RULE OF CONSTRUCTION.—Covered support shall not be construed to violate section 2339, 2339A, or 2339B of title 18, United States Code.

(i) REPORTS.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, and quarterly thereafter, the Secretary of Defense shall, with the concurrence of the Secretary of State, submit to the appropriate committees of Congress a report on covered support during the preceding 90-day period.

(2) ELEMENTS.—Each report under this subsection shall include, for the preceding reporting period, the following:

(A) A summary of the reconciliation activities for which covered support was provided.

(B) A description of the covered support, by class or type, and the designated person or entity or Federal agency that received each class or type of covered support.

(C) The total dollar amount of each class or type of covered support, including budget details.

(D) The intended duration of each provision of covered support.

(E) Any other matter the Secretary of Defense considers appropriate.

(j) SUNSET.—The authority to carry out this section shall terminate on December 31, 2020.

(k) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

(A) the congressional defense committees;

(B) the Committee on Foreign Relations of the Senate; and

(C) the Committee on Foreign Affairs of the House of Representatives.

(2) COVERED SUPPORT.—

(A) IN GENERAL.—The term "covered support" means logistic support, supplies, and services (as defined in section 2350 of title 10, United States Code) and security provided under this section.

(B) EXCLUSIONS.—The term "covered support" does not include the following support, supplies, or services described in section 2350 of title 10, United States Code:

(i) Ammunition, construction incident to base operations support, training services, and the temporary use of general purpose vehicles.

(ii) With respect to any member of the Taliban, transportation in vehicles or on aircraft owned by the United States Government.

(3) DESIGNATED PERSON OR ENTITY.—

(A) IN GENERAL.—The term "designated person or entity" means an individual or organization designated by the Secretary of Defense, with the concurrence of the Secretary of

State, as necessary to facilitate a reconciliation activity.

(B) EXCLUSION.—The term "designated person or entity" does not include a Federal agency or department.

(4) RECONCILIATION ACTIVITY.—The term "reconciliation activity" means any activity intended to support, facilitate, or enable a political settlement between the Government of Afghanistan and the Taliban for the purpose of ending the war in Afghanistan.

(5) SECURITY.—The term "security" means any measure determined by the Secretary of Defense to be necessary to protect reconciliation activities from hostile acts.

**SEC. 1219. MODIFICATION AND EXTENSION OF THE AFGHAN SPECIAL IMMIGRANT VISA PROGRAM.**

(a) PRINCIPAL ALIENS.—Subclause (I) of section 602(b)(2)(A)(ii) of the Afghan Allies Protection Act of 2009 (8 U.S.C. 1101 note) is amended to read as follows:

"(I) by, or on behalf of, the United States Government; or".

(b) EXTENSION OF AFGHAN SPECIAL IMMIGRANT PROGRAM.—Section 602(b)(3)(F) of the Afghan Allies

WASHSTATEC006844

Protection Act of 2009 (8 U.S.C. 1101 note) is amended—

(1) in the heading, by striking "2015, 2016, AND 2017" and inserting "2015 THROUGH 2020";

(2) in the matter preceding clause (i), by striking "18,500" and inserting "22,500";

(3) in clause (i), by striking "December 31, 2020" and inserting "December 31, 2021"; and

(4) in clause (ii), by striking "December 31, 2020" and inserting "December 31, 2021".

## Subtitle C—Matters Relating to Syria, Iraq, and Iran

### SEC. 1221. MODIFICATION OF AUTHORITY AND LIMITATION ON USE OF FUNDS TO PROVIDE ASSISTANCE TO COUNTER THE ISLAMIC STATE OF IRAQ AND SYRIA.

(a) LIMITATION ON USE OF FUNDS.—Of the amounts authorized to be appropriated for fiscal year 2020 by this Act for activities under section 1236 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3558), as amended by this section, not more than 50 percent may be obligated or expended for such activities until the date on which the Secretary

WASHSTATEC006845

of Defense submits to the congressional defense committees a report setting forth the following:

(1) An assessment of—

(A) security in liberated areas in Iraq;

(B) the extent to which security forces trained and equipped, directly or indirectly, by the United States are prepared to provide post-conflict stabilization and security in such liberated areas; and

(C) the effectiveness of security forces in the post-conflict environment and an identification of which such forces will provide post-conflict stabilization and security in such liberated areas.

(2) A summary of available information relating to the disposition of militia groups throughout Iraq, with particular focus on groups in areas liberated from ISIS or in sensitive areas with historically mixed ethnic or minority communities.

(3) Any updates to or changes in the plan, strategy, process, vetting requirements and process as described in subsection (e) of such section 1236, and end-use monitoring mechanisms and procedures.

(4) An identification of the specific units of the Iraqi Security Forces to receive training and equipment or other support in fiscal year 2020.

(5) A plan for ensuring that any vehicles or equipment provided to the Iraqi Security Forces pursuant to such authority are maintained in subsequent fiscal years using funds of Iraq.

(6) A description of any misuse or loss of provided equipment and how such misuse or loss is being mitigated.

(7) An estimate, by fiscal year, of the funding anticipated to be required for support of the Iraqi Security Forces during the five fiscal years beginning in fiscal year 2020.

(8) A plan for normalizing assistance to the Iraqi Security Forces under chapter 16 of title 10, United States Code, beginning in fiscal year 2020.

(9) A detailed plan for the obligation and expenditure of the funds requested for fiscal year 2020 for the Department of Defense for stipends.

(10) A plan for the transition to the Government of Iraq the responsibility for funding for stipends for any fiscal year after fiscal year 2020.

(11) A description of how attacks against United States or coalition personnel are being miti-

gated, statistics on any such attacks, including "green-on-blue" attacks.

(12) A list of the forces or elements of forces that are restricted from receiving assistance under subsection (a) of such section 1236, other than the forces or elements of forces with respect to which the Secretary of Defense has exercised the waiver authority under subsection (j) of such section 1236, as a result of vetting required by subsection (e) of such section 1236 or by section 362 of title 10, United States Code, and a detailed description of the reasons for such restriction, including for each force or element, as applicable, the following:

(A) Information relating to gross violation of human rights committed by such force or element, including the time-frame of the alleged violation.

(B) The source of the information described in subparagraph (A) and an assessment of the veracity of the information.

(C) The association of such force or element with terrorist groups or groups associated with the Government of Iran.

(D) The amount and type of any assistance provided to such force or element by the Government of Iran.

(b) FUNDING.—Subsection (g) of section 1236 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3558) is amended—

(1) by striking "fiscal year 2019" and inserting "fiscal year 2020"; and

(2) by striking "$850,000,000" and inserting "$645,000,000".

(c) CLARIFICATION WITH RESPECT TO SCOPE OF AUTHORITY.—

(1) IN GENERAL.—Subsection (j)(2) of such section 1236 is amended to read as follows:

"(2) SCOPE OF ASSISTANCE AUTHORITY.—Notwithstanding paragraph (1), the authority granted by subsection (a) may only be exercised in consultation with the Government of Iraq.".

(2) TECHNICAL CORRECTION.—The heading of subsection (j) of such section 1236 is amended by inserting "; SCOPE" after "AUTHORITY".

(d) TECHNICAL CORRECTION.—Subsection (c) of such section 1236 is amended in the matter preceding

paragraph (1) by striking "subsection (a)(1)" and inserting "subsection (b)(1)(A)".

(e) ADDITIONAL TECHNICAL CORRECTION.—Effective as of December 12, 2017, and as if included therein as enacted, section 1222 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1651) is amended—

(1) by striking subsection (b); and

(2) by striking subsection (c)(3).

**SEC. 1222. EXTENSION AND MODIFICATION OF AUTHORITY TO PROVIDE ASSISTANCE TO VETTED SYRIAN GROUPS AND INDIVIDUALS.**

(a) EXTENSION AND MODIFICATION.—Section 1209 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3559) is amended as follows:

(1) In subsection (a)—

(A) in the matter preceding paragraph (1), by striking "with a cost" and all that follows through "through December 31, 2019" and inserting "and sustainment to appropriately vetted Syrian groups and individuals through December 31, 2020"; and

WASHSTATEC006850

(B) by striking paragraphs (1) through (3) and inserting the following:

"(1) Defending the Syrian people from attacks by the Islamic State of Iraq and Syria.

"(2) Securing territory formerly controlled by the Islamic State of Iraq and Syria.

"(3) Protecting the United States and its partners and allies from the threats posed by the Islamic State of Iraq and Syria, al Qaeda, and associated forces in Syria.

"(4) Providing appropriate support to vetted Syrian groups and individuals to conduct temporary and humane detention and repatriation of Islamic State of Iraq and Syria foreign terrorist fighters in accordance with all laws and obligations related to the conduct of such operations, including, as applicable—

"(A) the law of armed conflict;

"(B) internationally recognized human rights;

"(C) the principle of non-refoulement;

"(D) the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (done at New York on December 10, 1984); and

"(E) the United Nations Convention Relating to the Status of Refugees, done at Geneva July 28, 1951 (as made applicable by the Protocol Relating to the Status of Refugees, done at New York January 31, 1967 (19 UST 6223)).".

(2) By amending subsection (b) to read as follows:

"(b) NOTICE BEFORE PROVISION OF ASSISTANCE.—

"(1) IN GENERAL.—In accordance with the requirements under paragraph (2), the Secretary of Defense shall notify the congressional defense committees in writing of the use of the relevant authority to provide assistance and include the following:

"(A) The requirements and process used to determine appropriately vetted recipients.

"(B) The mechanisms and procedures that will be used to monitor and report to the appropriate congressional committees and leadership of the House of Representatives and Senate on unauthorized end-use of provided training and equipment or other violations of relevant law by appropriately vetted recipients.

"(C) The amount, type, and purpose of assistance to be funded and the recipient of the assistance.

"(D) The goals and objectives of the assistance.

"(E) The number and role of United States Armed Forces personnel involved.

"(F) Any other relevant details.

"(2) TIMING OF REQUIRED NOTICE.—A notice described in paragraph (1) shall be required—

"(A) not later than 15 days before the expenditure of each 10-percent increment of the amount made available in fiscal year 2019 or fiscal year 2020 to carry out the authorization in this section; or

"(B) not later than 48 hours after such an expenditure, if the Secretary determines that extraordinary circumstances that affect the national security of the United States exist.".

(3) By amending subsection (c) to read as follows:

"(c) FORM.—The notifications required under subsection (b) shall be submitted in unclassified form but may include a classified annex.".

WASHSTATEC006853

(4) By amending subsection (d) to read as follows:

"(d) QUARTERLY PROGRESS REPORTS.—

"(1) IN GENERAL.—Beginning on January 15, 2020, and every 90 days thereafter, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate congressional committees and leadership of the House of Representatives and the Senate a progress report.

"(2) MATTERS TO BE INCLUDED.—Each progress report under paragraph (1) shall include, based on the most recent quarterly information, the following:

"(A) A description of the appropriately vetted recipients receiving assistance under subsection (a), including a description of their geographical locations, demographic profiles, political affiliations, and current capabilities.

"(B) A description of training, equipment, supplies, stipends, and other support provided to appropriately vetted recipients under subsection (a) and a statement of the amount of funds expended for such purposes during the period covered by the report.

"(C) Any misuse or loss of provided training and equipment and how such misuse or loss is being mitigated.

"(D) An assessment of the recruitment, throughput, and retention rates of appropriately vetted recipients.

"(E) An assessment of the operational effectiveness of appropriately vetted recipients in meeting the purposes specified in subsection (a).

"(F) A description of the current and planned posture of United States forces and the planned level of engagement by such forces with appropriately vetted recipients, including the oversight of equipment provided under this section and the activities conducted by such appropriately vetted recipients.

"(G) A detailed explanation of the relationship between appropriately vetted recipients and civilian governance authorities, including a description of efforts to ensure appropriately vetted recipients are subject to the control of competent civilian authorities.

"(H) A description of United States Government stabilization objectives and activities

carried out in areas formerly controlled by the Islamic State of Iraq and Syria, including significant projects and funding associated with such projects.

"(I) A description of coalition contributions to the purposes specified in subsection (a) and other related stabilization activities.

"(J) With respect to Islamic State of Iraq and Syria foreign terrorist fighters—

"(i) an estimate of the number of such individuals being detained by appropriately vetted Syrian groups and individuals;

"(ii) an estimate of the number of such individuals that have been repatriated and the countries to which such individuals have been repatriated; and

"(iii) a description of United States Government support provided to facilitate the repatriation of such individuals.

"(I) An assessment of the extent to which appropriately vetted Syrian groups and individuals have enabled progress toward establishing inclusive, representative, accountable, and civil-

WASHSTATEC006856

ian-led governance and security structures in territories liberated from the Islamic State of Iraq and Syria.".

(5) In subsection (e)(1)(A), by striking "include," and all that follows through "(ISIL)" and inserting "include the Islamic State of Iraq and Syria".

(6) By striking subsection (f) and inserting the following:

"(f) RESTRICTION ON SCOPE OF ASSISTANCE IN THE FORM OF WEAPONS.—

"(1) IN GENERAL.—The Secretary may only provide assistance in the form of weapons pursuant to the authority under subsection (a) if such weapons are small arms or light weapons.

"(2) WAIVER.—The Secretary may waive the restriction under paragraph (1) upon certification to the appropriate congressional committees that such provision of law would (but for the waiver) impede national security objectives of the United States by prohibiting, restricting, delaying, or otherwise limiting the provision of assistance.".

(5) In subsection (g)—

(A) by inserting ", at the end of the 15-day period beginning on the date the Secretary

notifies the congressional defense committees of the amount, source, and intended purpose of such contributions'' after ''as authorized by this section''; and

(B) by striking ''operation and maintenance accounts'' and all that follows through the end of the subsection and inserting ''accounts.''.

(6) By amending subsection (l) to read as follows:

''(l) LIMITATION ON COST OF CONSTRUCTION AND REPAIR PROJECTS.—

''(1) IN GENERAL.—The cost of construction and repair projects carried out under this section may not exceed, in any fiscal year—

''(A) $4,000,000 per project; or

''(B) $20,000,000 in the aggregate.

''(2) FOREIGN CONTRIBUTIONS.—The limitation under paragraph (1) shall not apply to the expenditure of foreign contributions in excess of the per-project or aggregate limitation set forth in that paragraph.''.

(b) AVAILABILITY OF AUTHORITY.—Not more than 10 percent of the funds authorized to be appropriated for the Department of Defense for activities under the author-

WASHSTATEC006858

ity provided by section 1209 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3559), as amended by subsection (a) of this section, may be obligated or expended until the first quarterly report required to be submitted pursuant to subsection (d) of such section 1209 (as so amended) has been submitted to the appropriate congressional committees and leadership in accordance with such subsection.

**SEC. 1223. MODIFICATION OF AUTHORITY TO SUPPORT OPERATIONS AND ACTIVITIES OF THE OFFICE OF SECURITY COOPERATION IN IRAQ.**

(a) MODIFICATION.—Section 1215 of the National Defense Authorization Act for Fiscal Year 2012 (10 U.S.C. 113 note) is amended as follows:

(1) AUTHORITY.—By amending subsection (a) to read as follows:

"(a) AUTHORITY.—The Secretary of Defense may support United States Government security cooperation activities in Iraq by providing funds for the operations and activities of the Office of Security Cooperation in Iraq.".

(2) TYPES OF SUPPORT.—In subsection (b)—

(A) by striking the comma after "life support" and inserting "and"; and

(B) by striking ", and construction and renovation of facilities".

(3) LIMITATION ON AMOUNT.—In subsection (c)—

(A) by striking "fiscal year 2019" and inserting "fiscal year 2020"; and

(B) by striking "$45,300,000" and inserting "$30,000,000".

(4) SOURCE OF FUNDS.—In subsection (d), by striking "fiscal year 2019" and inserting "fiscal year 2020".

(5) COVERAGE OF COSTS OF THE OFFICE OF SECURITY COOPERATION IN IRAQ.—In subsection (e)—

(A) in the heading, by striking "OF OSCI";

(B) by inserting "appropriate administrative charges" after "includes" and

(C) by striking ", charges sufficient to recover" and all that follows through "with such sale".

(6) ADDITIONAL AUTHORITY.—In subsection (f), by adding at the end the following new paragraph:

"(3) SUNSET.—The authority provided in this subsection shall terminate on the date that is 90 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.".

(7) REPORTS.—In subsection (g)—

(A) in paragraph (1), by striking "September 30, 2015" and inserting "September 30, 2020"; and

(B) in paragraph (2)—

(i) by striking "current" each place it appears;

(ii) in subparagraph (A), by striking "Iraq, including" and inserting "Iraq that also addresses";

(iii) in subparagraph (B), by striking "the programs conducted" and all that follows through "will address" and inserting "United States security assistance and security cooperation activities are intended to address"; and

(iv) by amending subparagraph (F) to read as follows:

"(F) An evaluation of the effectiveness of United States efforts to promote respect for

human rights, military professionalism, and respect for legitimate civilian authority in Iraq.''.

(b) LIMITATION ON AVAILABILITY OF FUNDS.—Such section 1215 is further amended by adding at the end the following:

``(h) LIMITATION ON AVAILABILITY OF FUNDS.—Of the amount made available for fiscal year 2020 to carry out section 1215 of the National Defense Authorization Act for Fiscal Year 2012, not more than $20,000,000 may be obligated or expended for the Office of Security Cooperation in Iraq until the date on which the Secretary of Defense certifies to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate, that each of the following reforms relating to that Office has been completed:

``(1) The appointment of a Senior Defense Official/Defense Attache to oversee the Office.

``(2) The development of a staffing plan to reorganize the Office in a manner similar to that of other security cooperation offices in the region that emphasizes the placement of personnel with regional or security cooperation expertise in key leadership positions and closes duplicative or extraneous sections.

WASHSTATEC006862

"(3) The initiation of bilateral engagement with the Government of Iraq with the objective of establishing a joint mechanism for security assistance planning, including a five-year security assistance roadmap for developing sustainable military capacity and capabilities and enabling defense institution building and reform.".

**SEC. 1224. ESTABLISHING A COORDINATOR FOR DETAINED ISIS MEMBERS AND RELEVANT DISPLACED POPULATIONS IN SYRIA.**

(a) IN GENERAL.—Not later than 60 days after the date of the enactment of this Act, the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, the Secretary of the Treasury, and the Attorney General, shall submit to the appropriate committees of Congress a report identifying whether a senior-level coordinator exists on all matters for the United States Government relating to ISIS members who are in Syrian Democratic Forces custody, including with respect to—

(1) the long-term disposition of such ISIS members, including in all matters in connection with—

(A) repatriation, transfer, prosecution, and intelligence-gathering;

WASHSTATEC006863

(B) all multilateral and international engagements led by the Department of State and other agencies that are related to the current and future handling, detention, and prosecution of such ISIS members, including with the International Criminal Police Organization; and

(C) coordinating the provision of technical and evidentiary assistance to foreign countries to aid in the successful prosecution of such ISIS members, as appropriate, in accordance with international humanitarian law and other internationally recognized human rights and rule of law standards; and

(2) all multilateral and international engagements related to the humanitarian access, provision of basic services, freedom of movement, security and safe return of internally displaced persons and refugees at camps or facilities in Syria that hold family members of such ISIS members.

(b) DESIGNATION.—If the President is unable to identify a senior-level coordinator for all matters described in subsection (a), the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, the Secretary of the Treasury, and the Attorney General, shall designate an existing offi-

cial within the executive branch to serve as senior-level coordinator to coordinate, in conjunction with other relevant agencies, all matters described in such subsection.

(c) RETENTION OF AUTHORITY.—The appointment of a senior-level coordinator pursuant to subsection (b) shall not deprive any agency of any authority to independently perform functions of that agency.

(d) ANNUAL REPORT.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and not less frequently than once each year thereafter through January 31, 2021, the individual designated under subsection (b) shall submit to the appropriate committees of Congress a detailed report regarding the following detained ISIS members:

(A) Alexanda Kotey.

(B) El Shafee Elsheikh.

(C) Aine Lesley Davis.

(D) Umm Sayyaf.

(E) Any other high-value detained ISIS member that the coordinator reasonably determines to be subject to criminal prosecution.

(2) ELEMENTS.—The report under paragraph (1) shall include, at a minimum, the following:

WASHSTATEC006865

(A) A detailed description of the facilities where detained ISIS members described in paragraph (1) are being held, including security and management of such facilities and adherence to international humanitarian law standards.

(B) An analysis of all United States efforts to prosecute detained ISIS members described in paragraph (1) and the outcomes of such efforts. Any information, the disclosure of which may violate Department of Justice policy or law, relating to a prosecution or investigation may be withheld from a report under paragraph (1).

(C) A detailed description of any option to expedite prosecution of any detained ISIS member described in paragraph (1), including in a court of competent jurisdiction outside of the United States.

(D) An analysis of factors on the ground in Syria and Iraq that may result in the unintended release of detained ISIS members described in paragraph (1), and an assessment of any measures available to mitigate such releases.

WASHSTATEC006866

(E) A detailed description of efforts to coordinate the disposition and security of detained ISIS members described in paragraph (1) with other countries and international organizations, including the International Criminal Police Organization, to ensure secure chains of custody and locations of such ISIS members.

(F) An analysis of the manner in which the United States Government communicates on such proposals and efforts to the families of United States citizens believed to be a victim of a criminal act by a detained ISIS member.

(G) An analysis of all efforts between the United States and partner countries within the Global Coalition to Defeat ISIS or other countries to share intelligence or evidence that may aid in the prosecution of ISIS members, and any legal obstacles that may hinder such efforts.

(H) A description of all multilateral and international engagements related to the humanitarian access and provision of basic services to and freedom of movement and security and safe return of internally displaced persons and refugees at camps or facilities in Iraq,

Syria, or any other area affected by ISIS activity, including—

(i) any current or future potential threats to United States national security interests emanating from such individuals (including an analysis of the Al-Hol camp and annexes); and

(ii) United States Government plans and strategies to respond to any such threats.

(3) FORM.—The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(e) SUNSET.—The requirements under this section shall sunset on January 31, 2021.

(f) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term ''appropriate committees of Congress'' means—

(A) the Committee on Armed Services, the Committee on Foreign Relations, the Committee on the Judiciary, the Committee on Banking, Housing, and Urban Affairs, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and

(B) the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on the Judiciary, Committee on Financial Services, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of Representatives.

(2) ISIS MEMBER.—The term "ISIS member" means a person who was part of, or substantially supported, the Islamic State of Iraq and Syria.

**SEC. 1225. REPORT ON LESSONS LEARNED FROM EFFORTS TO LIBERATE MOSUL AND RAQQAH FROM CONTROL OF THE ISLAMIC STATE OF IRAQ AND SYRIA.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on lessons learned from coalition operations to liberate Mosul, Iraq, and Raqqah, Syria, from control of the Islamic State of Iraq and Syria (ISIS).

(b) ELEMENTS.—The report required by subsection (a) shall include a description of lessons learned in connection with each of the following:

(1) Combat in densely populated urban environments.

WASHSTATEC006869

(2) Enablement of partner forces, including unique aspects of conducting combined operations with regular and irregular forces.

(3) Advise, assist, and accompany efforts, including such efforts conducted remotely.

(4) Integration of United States general purpose and special operations forces.

(5) Integration of United States and international forces.

(6) Irregular and unconventional warfare approaches, including the application of training and doctrine by special operations and general purpose forces.

(7) Use of command, control, communications, computer, intelligence, surveillance, and reconnaissance systems and techniques.

(8) Logistics.

(9) Information operations.

(10) Targeting and weaponeering, including efforts to avoid civilian casualties and other collateral damage.

(11) Facilitation of flows of internally displaced people and humanitarian assistance.

WASHSTATEC006870

(12) Such other matters as the Secretary considers appropriate and could benefit training, doctrine, and resourcing of future operations.

(c) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 1226. EXPANSION OF AVAILABILITY OF FINANCIAL ASSETS OF IRAN TO VICTIMS OF TERRORISM.**

Section 502 of the Iran Threat Reduction and Syria Human Rights Act of 2012 (22 U.S.C. 8772) is amended—

(1) in subsection (a)(1)—

(A) in subparagraph (A), by striking "in the United States" and inserting "by or";

(B) in subparagraph (B), by inserting ", or an asset that would be blocked if the asset were located in the United States," after "unblocked)"; and

(C) in the flush text at the end—

(i) by inserting after "in aid of execution" the following: ", or to an order directing that the asset be brought to the State in which the court is located and subsequently to execution or attachment in aid of execution,"; and

(ii) by inserting ", without regard to concerns relating to international comity" after "resources for such an act"; and

(2) in subsection (b)—

(A) by striking "that are identified" and inserting the following: "that are—

"(1) identified";

(B) by striking the period at the end and inserting "; and"; and

(C) by adding at the end the following:

"(2) identified in and the subject of proceedings in the United States District Court for the Southern District of New York in Peterson et al. v. Islamic Republic of Iran et al., Case No. 13 Civ. 9195 (LAP).".

**SEC. 1227. REPORT ON THE STATUS OF DECONFLICTION CHANNELS WITH IRAN.**

(a) IN GENERAL.—Not later than 30 days after the date of enactment of this Act, the President shall submit to Congress a report on the status of deconfliction channels with Iran.

(b) MATTERS TO BE INCLUDED.—The report required by subsection (a) shall include the following:

(1) The status of United States diplomatic deconfliction channels with Iran to prevent mis-

calculation, define ambiguities, and correct misunderstandings that could otherwise lead to unintended consequences, including unnecessary or harmful military activity.

(2) The status of United States military-to-military deconfliction channels with Iran to prevent military and diplomatic miscalculation.

(3) An analysis of the need and rationale for bilateral and multilateral deconfliction channels, including an assessment of recent United States experience with such channels of communication with Iran.

**SEC. 1228. PROHIBITION ON PROVISION OF WEAPONS AND OTHER FORMS OF SUPPORT TO CERTAIN ORGANIZATIONS.**

None of the funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 may be used to knowingly provide weapons or any other form of support to Al Qaeda, the Islamic State of Iraq and Syria (ISIS), Jabhat Fateh al Sham, Hamas, Hizballah, Palestine Islamic Jihad, al-Shabaab, Islamic Revolutionary Guard Corps, or any individual or group affiliated with any such organization.

# Subtitle D—Matters Relating to the Russian Federation

**SEC. 1231. EXTENSION OF LIMITATION ON MILITARY COOPERATION BETWEEN THE UNITED STATES AND RUSSIA.**

Section 1232(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2488), is amended by striking "or 2019" and inserting ", 2019, or 2020".

**SEC. 1232. PROHIBITION ON AVAILABILITY OF FUNDS RELATING TO SOVEREIGNTY OF RUSSIA OVER CRIMEA.**

(a) PROHIBITION.—None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea.

(b) WAIVER.—The Secretary of Defense, with the concurrence of the Secretary of State, may waive the prohibition under subsection (a) if the Secretary of Defense—

(1) determines that a waiver is in the national security interest of the United States; and

(2) on the date on which the waiver is invoked, submits a notification of the waiver and a justification of the reason for seeking the waiver to—

WASHSTATEC006874

(A) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(B) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1233. SENSE OF CONGRESS ON UPDATING AND MODERNIZING EXISTING AGREEMENTS TO AVERT MISCALCULATION BETWEEN THE UNITED STATES AND RUSSIA.**

It is the sense of Congress that—

(1) conventional arms control and confidence and security building measures have played an important role in helping to increase military transparency and reduce the risk of miscalculation;

(2) Russia's violations of the sovereignty and territorial integrity of Georgia and Ukraine, and Russia's ongoing destabilizing and aggressive behavior, has undermined peace, security, and stability in Europe and beyond;

(3) Russia's unilateral suspension and violation of the Treaty on Conventional Armed Forces in Europe, done at Vienna November 19, 1990, and entered into force November 9, 1992, and selective implementation of the Vienna Document of the Organi-

zation for Security and Cooperation in Europe 2011 have contributed to a greater risk of miscalculation;

(4) Russia's unsafe and unprofessional interactions with United States aircraft and vessels—

(A) are contrary to the spirit of—

(i) the Agreement Between the Government of the United States and the Government of the Union of Soviet Socialist Republics on the Prevention of Incidents On and Over the High Seas, done at Moscow May 25, 1972, and entered into force May 25, 1972; and

(ii) the Agreement on the Prevention of Dangerous Military Activities Agreement, done at Moscow June 12, 1989, and entered into force January 1, 1990; and

(B) erode military transparency, predictability, and trust;

(5) the United States remains committed to upholding its current treaty obligations and commitments with respect to conventional arms control and confidence and security building measures; and

(6) the Secretary of Defense and the Secretary of State should explore options, as practicable, for updated or new frameworks for increasing military

transparency, stability, and reducing the risk of miscalculation, including through enhanced diplomatic engagement and military-to-military dialogue.

**SEC. 1234. UNITED STATES PARTICIPATION IN OPEN SKIES TREATY.**

(a) NOTIFICATION REQUIRED.—Not later than 120 days before the provision of notice of intent to withdraw the United States from the Open Skies Treaty to either treaty depository pursuant to Article XV of the Treaty, the Secretary of Defense and the Secretary of State shall jointly submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a notification that—

(1) such withdrawal is in the best interests of the United States national security; and

(2) the other state parties to the Treaty have been consulted with respect to such withdrawal.

(b) REPEAL OF LIMITATION ON USE OF FUNDS TO VOTE TO APPROVE OR OTHERWISE ADOPT ANY IMPLEMENTING DECISION OF THE OPEN SKIES CONSULTATIVE COMMISSION AND MODIFICATIONS TO REPORT.—

(1) IN GENERAL.—Section 1236 of the National Defense Authorization Act for Fiscal Year

2017 (Public Law 114–328; 130 Stat. 2491) is amended—

(A) by striking subsections (a) and (b); and

(B) by redesignating subsections (c), (d), (e), and (f) as subsections (a), (b), (c), and (d), respectively.

(2) MODIFICATIONS TO REPORT.—Subsection (a) of such section, as so redesignated, is amended—

(A) in the heading, by striking "Quarterly" and inserting "Annual";

(B) in paragraph (1)—

(i) by inserting "the Secretary of State," before "the Secretary of Energy";

(ii) by striking "quarterly basis" and inserting "annual basis";

(iii) by striking "by the Russian Federation over the United States" and inserting "by all parties to the Open Skies Treaty, including the United States, under the Treaty"; and

(iv) by striking "calendar quarter" and inserting "preceding calendar year"; and

WASHSTATEC006878

(C) in paragraph (2), by striking subparagraphs (B), (C), and (D) and inserting the following:

"(B) In the case of an observation flight by the United States, including an observation flight over the territory of Russia—

"(i) an analysis of data collected that supports United States intelligence and military collection goals; and

"(ii) an assessment of data collected regarding military activity that could not be collected through other means.

"(C) In the case of an observation flight over the territory of the United States—

"(i) an analysis of whether and the extent to which any United States critical infrastructure was the subject of image capture activities of such observation flight;

"(ii) an estimate for the mitigation costs imposed on the Department of Defense or other United States Government agencies by such observation flight; and

"(iii) an assessment of how such information is used by the parties conducting

WASHSTATEC006879

the observation flight, for what purpose, and how the information fits into the overall collection posture.''.

(3) FORM.—Subsection (c) of such section, as so redesignated, is amended by striking ''certification, report, and notice'' and inserting ''report''.

(4) DEFINITIONS.—Subsection (d) of such section, as so redesignated, is amended—

(A) by striking paragraphs (3) and (6); and

(B) by redesignating paragraphs (4), (5), and (7) as paragraphs (3), (4), and (5), respectively.

(c) OPEN SKIES: IMPLEMENTATION PLAN.—Section 1235(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1660) is amended—

(1) in paragraph (1)—

(A) by striking ''during such fiscal year'' and inserting ''during a calendar year''; and

(B) by striking ''the President submits'' and all that follows and inserting ''the Secretary of Defense provides to the appropriate congressional committees a report on a plan de-

scribed in paragraph (2) with respect to such calendar year.";

(2) in paragraph (2), by striking "such fiscal year" and inserting "such calendar year"; and

(3) in paragraph (3), by striking "a fiscal year and submit the updated plan" and inserting "a calendar year and provide a report on the updated plan".

(d) DEFINITION OF OPEN SKIES TREATY; TREATY.—In this section, the term "Open Skies Treaty" or "Treaty" means the Treaty on Open Skies, done at Helsinki March 24, 1992, and entered into force January 1, 2002.

**SEC. 1235. MODIFICATIONS OF BRIEFING, NOTIFICATION, AND REPORTING REQUIREMENTS RELATING TO NON-COMPLIANCE BY THE RUSSIAN FEDERATION WITH ITS OBLIGATIONS UNDER THE INF TREATY.**

(a) BRIEFING REQUIREMENT.—Section 1244(d) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3565; 22 U.S.C. 2593a note) is amended—

(1) by striking "At the time" and inserting the following:

"(1) IN GENERAL.—At the time"; and

(2) by adding at the end the following new paragraph:

"(2) SUNSET.—The briefing requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.".

(b) NOTIFICATION REQUIREMENT RELATING TO COORDINATION WITH ALLIES.—Section 1243(c) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1601) is amended by adding at the end the following new paragraph:

"(3) SUNSET.—The notification requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.".

(c) NOTIFICATION REQUIREMENT RELATING TO DEVELOPMENT, DEPLOYMENT, OR TEST OF A SYSTEM INCONSISTENT WITH INF TREATY.—Section 1244(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1673; 22 U.S.C. 2593a note) is amended by adding at the end the following new paragraph:

"(3) SUNSET.—The notification requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.".

(d) REPORTING REQUIREMENT UNDER UKRAINE FREEDOM SUPPORT ACT OF 2014.—Section 10(c) of the Ukraine Freedom Support Act of 2014 (22 U.S.C. 8929) is amended by adding at the end the following new paragraph:

"(3) SUNSET.—The reporting requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.".

**SEC. 1236. REPORT ON TREATIES RELATING TO NUCLEAR ARMS CONTROL.**

(a) FINDINGS.—Congress finds the following:

(1) On October 24, 2018, the House Committee on Armed Services and House Committee on Foreign Affairs wrote to the Secretary of Defense requesting information regarding the Administration's policies and strategies related to nuclear arms control.

(2) The Committees did not receive the requested information from the Secretary of Defense.

(b) ASSESSMENT REQUIRED.—Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the Committee on Armed Services, the Permanent Select Committee on Intelligence, and the Committee on

Foreign Affairs of the House of Representatives and the Committee on Armed Services, the Select Committee on Intelligence, and the Committee on Foreign Relations of the Senate an assessment that includes each of the following:

(1) The implications, in terms of military threat to the United States or its allies in Europe, of Russian deployment of intermediate-range cruise and ballistic missiles without restriction.

(2) What new capabilities the United States might need in order to pursue additional technologies or programs to offset such Russian capabilities, and the costs associated with such capabilities, technologies, and programs.

(3) An assessment of the threat to the United States of Russia's strategic nuclear force in the event the New START Treaty lapses.

(4) What measures could have been taken short of withdrawal, including economic, military, and diplomatic options, to increase pressure on Russia for violating the INF Treaty.

(5) The status of all consultations with allies pertaining to the INF Treaty and the threat posed by Russian forces that are noncompliant with the obligations of such treaty.

(6) The impact that Russian withdrawal from the INF Treaty and the expiration of the New START Treaty could have on long-term United States-Russia strategic stability.

(c) WITHHOLDING OF FUNDS.—Until the date of the submission of the assessment required by subsection (b), an amount that is equal to 20 percent of the total amount authorized to be appropriated to the Office of the Secretary of Defense under the Operations and Maintenance, Defense-Wide account for the travel of persons shall be withheld from obligation or expenditure.

(d) DEFINITIONS.—In this section:

(1) NEW START TREATY.—The term "New START Treaty" means the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed at Prague April 8, 2010, and entered into force February 5, 2011.

(2) INF TREATY.—The term "INF Treaty" means the Treaty between the United States of America and the Union of Soviet Socialist Republics on the Elimination of Their Intermediate-Range and Shorter-Range Missiles, signed at Washington De-

cember 8, 1987, and entered into force June 1, 1988.

**SEC. 1237. REPORTS RELATING TO THE NEW START TREATY.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that legally binding, verifiable limits on Russian strategic nuclear forces are in the national security interest of the United States.

(b) PRIOR NOTIFICATION FOR WITHDRAWAL.—Not later than 120 days before the provision to Russia, pursuant to Article XIV of the New Start Treaty, of notice of intent to withdraw the United States from the Treaty, the Secretary of Defense and the Secretary of State shall jointly submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a notification that includes a description of the extraordinary events jeopardizing the United States' supreme interests accompanying such notice of intent to withdraw in accordance with the requirements of such Article XIV.

(c) ASSESSMENTS FROM DIRECTOR OF NATIONAL INTELLIGENCE.—

(1) RELATING TO EXPIRATION OF NEW START TREATY.—Not later than 180 days after the date of

WASHSTATEC006886

the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees an assessment of the implications of the expiration of the New START Treaty without the United States and Russia having entered into a new arms control agreement. The assessment shall include the following elements:

(A) An assessment of possible changes to the Russian nuclear force structure through 2026, if the Treaty expires in 2021 without replacement, including Russia's ability and intent to deploy strategic nuclear warheads and delivery vehicles above the central limits of the Treaty and with respect to possible future strategic nuclear weapons research and development programs.

(B) An assessment of the verification and transparency benefits of the Treaty and a description of the Treaty's impact on the United States' understanding of Russia's nuclear forces.

(C) An assessment of what actions would be necessary for the United States to remediate the loss of the Treaty's verification and transparency benefits if the Treaty is not extended

WASHSTATEC006887

and a new arms control agreement is not concluded, and an estimate of the remedial resources required to ensure no concomitant loss of understanding of Russia's nuclear forces as practicable.

(2) RELATING TO RUSSIA'S WILLINGNESS TO ENGAGE IN NUCLEAR ARMS CONTROL NEGOTIATIONS.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees an assessment of Russia's willingness to engage in nuclear arms control negotiations and Russia's priorities in these negotiations. The assessment shall include the following elements:

(A) An assessment of Russia's willingness to extend the New START Treaty and its likely negotiating position to discuss such an extension with the United States.

(B) An assessment of Russia's interest in negotiating a broader arms control agreement that would include nuclear weapons systems not accountable under the New START Treaty, including non-strategic nuclear weapons.

(C) An assessment of what concessions Russia would likely seek from the United States

during such negotiations, including what additional United States' military capabilities Russia would seek to limit, in any broader arms control negotiation.

(D) Any other matter the Director determines to be relevant.

(d) REPORTS AND BRIEFING FROM SECRETARY OF STATE.—

(1) RELATING TO NATO, NATO MEMBER COUNTRIES, AND OTHER UNITED STATES ALLIES.—Not later than 180 days after the date of the enactment of this Act, the Secretary of State, in consultation with the Secretary of Defense, shall submit a report and provide a briefing to the appropriate congressional committees that includes—

(A) an assessment of the likely reactions of the North Atlantic Treaty Organization (NATO), NATO member countries, and other United States allies and partners to the expiration of the New START Treaty without the entry into force of a new nuclear arms control agreement between the United States and Russia; and

(B) a description of the consultations undertaken with allies relating to the Treaty.

WASHSTATEC006889

(2) RELATING TO ONGOING IMPLEMENTATION OF THE NEW START TREATY.—Not later than 60 days after the date of the enactment of this Act, and again not later than September 1, 2020, the Secretary of State, in consultation with the Secretary of Defense, shall submit a report to the appropriate congressional committees with an assessment of the following elements:

(A) Whether the Russian Federation remains in compliance with its obligations under the New START Treaty.

(B) Whether continuing implementation of the New START Treaty remains in the national security interest of the United States.

(3) RELATING TO OTHER MATTERS.—Not later than 90 days after the date of the enactment of this Act, and every 180 days thereafter until the New START Treaty is extended beyond February 2021 or expires, the Secretary of State, in consultation with the Secretary of Defense, shall provide a briefing to the appropriate congressional committees that includes the following elements:

(A) A description of any discussions with Russia on the Treaty or a multilateral arms control treaty with Russia and other countries

on the reduction and limitation of strategic offensive arms, and discussions addressing the disparity between the non-strategic nuclear weapons stockpiles of Russia and of the United States, at the Assistant Secretary level, Ambassadorial level, or higher.

(B) The dates, locations, discussion topics, and Russian interlocutors involved in those discussions.

(C) An identification of the United States Government departments and agencies involved in the discussions.

(D) The types of systems, both nuclear and nonnuclear, discussed by either side in such discussions as the potential subjects of an agreement.

(E) Whether formal negotiations to extend the Treaty or negotiate a new agreement have occurred.

(e) REPORT AND BRIEFING FROM SECRETARY OF DEFENSE.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of Energy, shall submit a report to the congressional

defense committees that includes an assessment of the manner and extent to which the United States nuclear force structure could change if the New START Treaty expires in 2021, including current and planned nuclear modernization programs, and associated costs.

(2) ADDITIONAL REPORT UPON EXPIRATION.—Not later than April 5, 2021, the Secretary of Defense, in consultation with the Secretary of Energy, shall, if the New START Treaty has expired prior to such date, submit a plan describing the manner in which the United States nuclear force structure will change, including current and planned nuclear modernization programs and associated costs.

(f) FORM.—Each report, plan, or assessment required by this section shall be submitted in unclassified form, but may include a classified annex.

(g) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Foreign Relations, the Committee on Armed Services, and the Select Committee on Intelligence of the Senate; and

(B) the Committee on Foreign Affairs, the Committee on Armed Services, and the Permanent Select Committee on Intelligence of the House of Representatives.

(2) NEW START TREATY; TREATY.—The terms "New START Treaty" and "Treaty" mean the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed on April 8, 2010, and entered into force on February 5, 2011.

**SEC. 1238. REPORT ON MILITARY ACTIVITIES OF THE RUSSIAN FEDERATION AND THE PEOPLE'S REPUBLIC OF CHINA IN THE ARCTIC REGION.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the appropriate committees of Congress the following:

(1) A report on any military activities of the Russian Federation in the Arctic region.

(2) A report on any military activities of the People's Republic of China in the Arctic region.

(b) MATTERS TO BE INCLUDED.—The reports under subsection (a) shall include, with respect to the Russian

Federation or the People's Republic of China, as applicable, the following:

(1) A description of military activities of such country in the Arctic region, including—

(A) the emplacement of military infrastructure, equipment, or forces;

(B) any exercises or other military activities; and

(C) activities that are non-military in nature, but are considered to have military or other strategic implications.

(2) An assessment of—

(A) the intentions of such activities;

(B) the extent to which such activities affect or threaten the interests of the United States and allies in the Arctic region; and

(C) any response to such activities by the United States or allies.

(3) A description of future plans and requirements with respect to such activities.

(c) FORM.—Each report under subsection (a) shall be submitted in classified form, but may include an unclassified executive summary.

(d) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services, the Committee on Foreign Relations, the Committee on Appropriations, and the Select Committee on Intelligence of the Senate; and

(2) the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on Appropriations, and the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 1239. UPDATED STRATEGY TO COUNTER THE THREAT OF MALIGN INFLUENCE BY THE RUSSIAN FEDERATION AND OTHER COUNTRIES.**

(a) IN GENERAL.—The Secretary of Defense and the Secretary of State, in coordination with the appropriate United States Government officials, shall jointly update, with the additional elements described in subsection (b), the comprehensive strategy to counter the threat of malign influence developed pursuant to section 1239A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1667).

(b) ADDITIONAL ELEMENTS.—The updated strategy required under subsection (a) shall include the following:

WASHSTATEC006895

(1) With respect to each element specified in paragraphs (1) through (7) of subsection (b) of such section 1239A, actions to counter the threat of malign influence operations by the People's Republic of China and any other country engaged in significant malign influence operations.

(2) A description of the interagency organizational structures and procedures for coordinating the implementation of the comprehensive strategy for countering malign influence by the Russian Federation, China, and any other country engaged in significant malign influence operations.

(c) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly submit to the appropriate committees of Congress a report detailing the updated strategy required under subsection (a).

(d) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" has the meaning given the term in subsection (e) of such section 1239A.

## Subtitle E—Matters Relating to Europe and NATO

**SEC. 1241. SENSE OF CONGRESS ON SUPPORT FOR THE NORTH ATLANTIC TREATY ORGANIZATION.**

It is the sense of Congress that—

(1) the North Atlantic Treaty Organization (NATO) is critical to achieving United States national security interests and defense objectives around the world;

(2) NATO is the most successful military alliance in history, founded on the principles of democracy, individual liberty, and the rule of law, and its contributions to the collective defense are indispensable to the security, prosperity, and freedom of its members;

(3) membership in NATO is a cornerstone of the security and national defense of the United States;

(4) the United States commitment to the NATO alliance has been foundational to the rules-based international order for seven decades, helping to sustain a system of mutual security and shared values and enhance the United States security through common defense;

WASHSTATEC006897

(5) the United States must remain ironclad in its commitment to uphold its obligations under the North Atlantic Treaty, including Article 5 of such Treaty;

(6) the United States should deepen strategic and defense cooperation with non-NATO European partners, and encourage NATO cooperation with such partners;

(7) the United States should encourage defense cooperation that complements and strengthens NATO collective defense, interoperability, and allies' commitment to Article 3 of the North Atlantic Treaty; and

(8) the United States should pursue a long-term policy to strengthen relationships with NATO allies, oppose efforts to undermine and divide the NATO alliance, invest in long-term efforts to deter aggression against NATO allies and counter campaigns aimed at eroding shared values of the alliance, and enhance interoperability and planning for collective defense.

**SEC. 1242. PROHIBITION ON THE USE OF FUNDS TO SUSPEND, TERMINATE, OR PROVIDE NOTICE OF DENUNCIATION OF THE NORTH ATLANTIC TREATY.**

Notwithstanding any other provision of law, no funds may be obligated, expended, or otherwise made available during the period beginning on the date of the enactment of this Act and ending on December 31, 2020, to take any action to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949.

**SEC. 1243. FUTURE YEARS PLANS AND PLANNING TRANSPARENCY FOR THE EUROPEAN DETERRENCE INITIATIVE.**

(a) AMENDMENTS.—Section 1273 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1696) is amended as follows:

(1) In the section heading, by striking "**PLAN**" and inserting "**PLANS**".

(2) In subsection (a) to read as follows:

"(a) INITIAL PLAN.—Not later than December 31, 2019, the Secretary of Defense, in consultation with the Commander of the United States European Command, shall submit to the congressional defense committees a future years plan on activities and resources of the Euro-

pean Deterrence Initiative (EDI) for fiscal year 2020 and not fewer than the four succeeding fiscal years.''.

(3) MATTERS TO BE INCLUDED.—In subsection (b)—

(A) in paragraph (1) to read as follows:

''(1) A description of the objectives of the EDI, including a description of—

''(A) the intended force structure and posture of the assigned and allocated forces within the area of responsibility of the United States European Command for the last fiscal year of the plan; and

''(B) the manner in which such force structure and posture support the implementation of the National Defense Strategy.'';

(B) in paragraph (5), by striking ''required infrastructure investments'' and inserting ''required infrastructure and military construction investments''; and

(C) in paragraph (8)—

(i) in subparagraph (E), by striking ''and'' at the end;

(ii) in subparagraph (F), by striking the period at the end and inserting a semicolon; and

WASHSTATEC006900

(iii) by adding at the end the following:

"(G) a detailed assessment of the resources necessary to achieve the requirements of the plan, including specific cost estimates for each project under the EDI to support increased presence, exercises and training, enhanced prepositioning, improved infrastructure, and building partnership capacity;

"(H) a detailed timeline to achieve the force posture and capabilities, including permanent force posture requirements; and

"(I) a detailed explanation of any significant modifications to activities and resources as compared to the future years plan on activities and resources of the EDI submitted for the previous year.".

(4) By redesignating subsections (c) and (d) as subsections (d) and (e), respectively.

(5) By inserting after subsection (b) the following:

"(c) SUBSEQUENT PLANS.—

"(1) IN GENERAL.—Not later than the date on which the Secretary of Defense submits to Congress the budget request for the Department of Defense

WASHSTATEC006901

for fiscal year 2021 and each fiscal year thereafter, the Secretary, in consultation with the Commander of the United States European Command, shall submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative for such fiscal year and not fewer than the four succeeding fiscal years.

"(2) MATTERS TO BE INCLUDED.—The plan required under paragraph (1) shall include—

"(A) the matters described in subsection (b); and

"(B) a detailed explanation of any significant modifications in requirements or resources, as compared to the plan submitted under such subsection (b).".

(6) In subsection (d), as redesignated, by striking "The plan required under subsection (a)" and inserting "The plans required under subsections (a) and (c)".

(7) In subsection (e), as redesignated, by striking "LIMITATIONS" and all that follows through "In the case of" and inserting "LIMITATIONS.—In the case of".

(b) BUDGET DISPLAY INFORMATION.—The Secretary of Defense shall include in the materials submitted

WASHSTATEC006902

to Congress by the Secretary in support of the budget of the President for fiscal year 2021 and each fiscal year thereafter (as submitted under section 1105 of title 31, United States Code), a detailed budget display for the European Deterrence Initiative that includes the following information (regardless of whether the funding line is for overseas contingency operations):

(1) With respect to procurement accounts—

(A) amounts displayed by account, budget activity, line number, line item, and line item title; and

(B) a description of the requirements for each such amounts specific to the Initiative.

(2) With respect to research, development, test, and evaluation accounts—

(A) amounts displayed by account, budget activity, line number, program element, and program element title; and

(B) a description of the requirements for each such amounts specific to the Initiative.

(3) With respect to operation and maintenance accounts—

(A) amounts displayed by account title, budget activity title, line number, and subactivity group title; and

WASHSTATEC006903

(B) a description of how such amounts will specifically be used.

(4) With respect to military personnel accounts—

(A) amounts displayed by account, budget activity, budget subactivity, and budget subactivity title; and

(B) a description of the requirements for each such amounts specific to the Initiative.

(5) With respect to each project under military construction accounts (including with respect to unspecified minor military construction and amounts for planning and design), the country, location, project title, and project amount by fiscal year.

(c) END OF FISCAL YEAR REPORT.—Not later than November 30, 2020, and annually thereafter, the Secretary of Defense shall submit to the congressional defense committees a report that contains—

(1) a detailed summary of funds obligated for the European Deterrence Initiative for the preceding fiscal year; and

(2) a detailed comparison of funds obligated for the European Deterrence Initiative for the preceding fiscal year to amounts requested for the Initiative for that fiscal year in the materials submitted to

Congress by the Secretary in support of the budget of the President for that fiscal year as required by subsection (c), including with respect to each of the accounts described in paragraphs (1), (2), (3), (4), and (5) of subsection (b) and the information required under each such paragraph.

(d) INTERIM BRIEFING.—Not later than March 30, 2021, and annually thereafter, the Secretary of Defense shall provide the congressional defense committees with an interim briefing on the status of all matters covered by the end of fiscal year report required by section (c).

**SEC. 1244. MODIFICATION AND EXTENSION OF UKRAINE SECURITY ASSISTANCE INITIATIVE.**

Section 1250 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1068) is amended—

(1) in subsection (a), by striking "in coordination with the Secretary of State" and inserting "with the concurrence of the Secretary of State";

(2) in subsection (b)—

(A) by amending paragraph (11) to read as follows:

"(11) Air defense and coastal defense radars, and systems to support effective command and con-

WASHSTATEC006905

trol and integration of air defense and coastal defense capabilities.'';

(B) by redesignating paragraphs (14) and (15) as paragraphs (15) and (16), respectively;

(C) by inserting after paragraph (13) the following:

"(14) Coastal defense and anti-ship missile systems.''; and

(D) in paragraph (15), as so redesignated, by striking "paragraphs (1) through (13)'' and inserting "paragraphs (1) through (14)'';

(3) in subsection (c)—

(A) in paragraph (1), by striking "50 percent of the funds available for fiscal year 2019 pursuant to subsection (f)(4)'' and inserting "50 percent of the funds available for fiscal year 2020 pursuant to subsection (f)(5)'';

(B) in paragraph (3), by striking "fiscal year 2019'' and inserting "fiscal year 2020''; and

(C) in paragraph (5), by striking "Of the funds available for fiscal year 2019 pursuant to subsection (f)(4)'' and inserting "Of the funds available for fiscal year 2020 pursuant to subsection (f)(5)'';

(4) in subsection (f), by adding at the end the following:

"(5) For fiscal year 2020, $300,000,000."; and

(5) in subsection (h), by striking "December 31, 2021" and inserting "December 31, 2022".

**SEC. 1245. LIMITATION ON TRANSFER OF F–35 AIRCRAFT TO TURKEY.**

(a) LIMITATION.—None of the funds authorized to be appropriated or otherwise made available for the Department of Defense may be used to do the following, and the Department may not otherwise do the following:

(1) Transfer, facilitate the transfer, or authorize the transfer of, any F–35 aircraft or related support equipment or parts to Turkey.

(2) Transfer intellectual property, technical data, or material support necessary for, or related to, any maintenance or support of the F–35 aircraft necessary to establish Turkey's indigenous F–35 capability.

(3) Construct a storage facility for, or otherwise facilitate the storage in Turkey of, any F–35 aircraft transferred to Turkey.

(b) WAIVER.—

(1) CERTIFICATION.—The Secretary of Defense, jointly with the Secretary of State, may waive

the limitation under subsection (a) only if the Secretaries submit to the appropriate committees of Congress a written certification that contains a determination by the Secretaries, and any relevant documentation on which the determination is based, that the Government of Turkey, having previously accepted delivery of the S–400 air and missile defense system from the Russian Federation—

(A) no longer possesses the S–400 air and missile defense system or any other equipment, materials, or personnel associated with such system;

(B) has provided credible assurances that the Government of Turkey will not in the future accept delivery of such system; and

(C) has not, since July 31, 2019, purchased or accepted delivery of defense equipment from the Russian Federation in addition to the S–400 air and missile defense system that would increase the risk of compromising the capabilities of the F–35 aircraft and its associated systems.

(2) NOTICE AND WAIT REQUIREMENT.—The Secretary of Defense and the Secretary of State may not waive the limitation under subsection (a) until

90 days after the date on which the Secretaries submit the certification under paragraph (1).

(c) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) Turkey's possession of the S–400 air and missile defense system adversely affects the national security of Turkey, the United States, and all members of the North Atlantic Treaty Alliance;

(2) the United States offer of the Patriot air and missile defense system to Turkey constituted a viable alternative to Turkey's acquisition of the S–400 air and missile defense system;

(3) acceptance of the S–400 air and missible defense system by Turkey constitutes a significant transaction within the meaning of section 231(a) of the Countering Russian Influence in Europe and Eurasia Act of 2017 (22 U.S.C. 9525(a)); and

(4) the President should implement the Countering Russian Influence in Europe and Eurasia Act of 2017 (Public Law 115–44; 131 Stat. 886) by imposing and applying sanctions under section 235 of that Act (22 U.S.C. 9529) with respect to any individual or entity determined to have engaged in such significant transaction as if such person were a sanctioned person for purposes of such section.

(d) AUTHORIZATION OF EXPENDITURE.—

(1) IN GENERAL.—The Secretary of Defense is authorized—

(A) to fly up to 6 Turkish F–35 aircraft (tail numbers AT–1 thru AT–6) to a storage location in the United States; and

(B) to induct these aircraft into a long-term storage condition.

(2) STORAGE, PLAN, AND DISPOSITION OF AIRCRAFT AND EQUIPMENT.—The Secretary of Defense may expend up to $30,000,000 of funds authorized to be appropriated for fiscal year 2020 for the Department of Defense to conduct activities associated with storage, preservation, and developing a plan for the final disposition of such F–35 aircraft and Turkish F–35 aircraft equipment, including full mission simulators, helmet mounted display systems, air system maintenance trainer, and ancillary mission equipment, as a result of efforts taken by the United States to limit, reduce, or terminate Turkey's status as a member of the F–35 Joint Strike Fighter cooperative program.

(3) REPORT REQUIRED.—Not later than 90 days after the enactment of this Act, the Secretary of Defense shall provide to the congressional defense

committees a report outlining the long-term plan for the disposition of such assets, including options for recovery of costs from Turkey and for unilateral use of such assets by the Department of Defense.

(4) NOTIFICATION REQUIRED.—Not later than 15 days before any expenditure of funds in an amount of $15,000,000 or more pursuant to the authority described in paragraph (1), the Secretary shall provide to the congressional defense committees a written notification describing the activities to be conducted.

(e) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the congressional defense committees; and

(2) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1246. BALTIC DEFENSE ASSESSMENT; EXTENSION AND MODIFICATION OF SECURITY ASSISTANCE FOR BALTIC COUNTRIES FOR JOINT PROGRAM FOR INTEROPERABILITY AND DETERRENCE AGAINST AGGRESSION.**

(a) BALTIC DEFENSE ASSESSMENT.—Not later than 1 year after the date of the enactment of this Act, the

Secretary of Defense and the Secretary of State shall jointly conduct a comprehensive, multilateral assessment of the military requirements of Lithuania, Latvia, and Estonia to deter and resist aggression by Russia that—

(1) provides an assessment of past and current initiatives to improve the efficiency, effectiveness, readiness and interoperability of Lithuania, Latvia, and Estonia's national defense capabilities; and

(2) assesses the manner in which to achieve such improvements, including future resource requirements and recommendations, by undertaking activities in the following areas:

(A) Activities to increase the rotational and forward presence, improve the capabilities, and enhance the posture and response readiness of the United States or NATO forces in the Baltic region.

(B) Activities to improve air defense systems, including modern air-surveillance capabilities.

(C) Activities to improve counter-unmanned aerial system capabilities.

(D) Activities to improve command and control capabilities through increasing communications, technology, and intelligence capacity

and coordination, including secure and hardened communications.

(E) Activities to improve intelligence, surveillance, and reconnaissance capabilities.

(F) Activities to enhance maritime domain awareness.

(G) Activities to improve military and defense infrastructure, logistics, and access, particularly transport of military supplies and equipment.

(H) Investments to ammunition stocks and storage.

(I) Activities and training to enhance cyber security and electronic warfare capabilities.

(J) Bilateral and multilateral training and exercises.

(K) New and existing cost-sharing mechanisms with United States and NATO allies to reduce financial burden.

(b) REPORT.—Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State jointly shall submit to the appropriate congressional committees a report, which shall be submitted in unclassified form but may include a classified annex, that includes each of the following:

(1) A report on the findings of the assessment conducted pursuant to subsection (a).

(2) A list of any recommendations resulting from such assessment.

(3) An assessment of the resource requirements to achieve the objectives described in subsection (a)(1) with respect to the national defense capability of Baltic countries, including potential investments by host countries.

(4) A plan for the United States to use appropriate security cooperation authorities or other authorities to—

(A) facilitate relevant recommendations included in the list described in paragraph (2);

(B) expand joint training between the Armed Forces and the military of Lithuania, Latvia, or Estonia, including with the participation of other NATO allies; and

(C) support United States foreign military sales and other equipment transfers to Baltic countries, especially for the activities described in subparagraphs (A) through (I) of subsection (a)(2).

(5) A comprehensive list of authorities and funding sources used for security cooperation with the Baltic countries, including—

(A) a description of the funds made available and used to provide assistance through each authority, if any, during the last two years;

(B) whether the authority to provide assistance pursuant to section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (22 U.S.C. 2753 note) was used, and whether any alternative authorities exist under which the Secretary can provide such assistance; and

(C) a determination whether any new authorities or funds are needed to achieve the objectives described in subsection (a)(1).

(c) MODIFICATION OF SECURITY ASSISTANCE AUTHORITIES.—Subsection (c) of section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (22 U.S.C. 2753 note) is amended by inserting after paragraph (4) the following:

"(5) Command, control, communications, computers, intelligence, surveillance, and reconnaissance (C4ISR) equipment.".

WASHSTATEC006915

(d) FUNDING.—Subsection (f) of such section 1279D is amended—

(1) in paragraph (2), by striking "$100,000,000" and inserting "$125,000,000"; and

(2) by adding at the end the following new paragraph:

"(3) MATCHING AMOUNT.—The amount of assistance provided under subsection (a) for procurement described in subsection (b) may not exceed the aggregate amount contributed to such procurement by the Baltic nations.".

(e) EXTENSION.—Subsection (g) of such section 1279D is amended by striking "December 31, 2020" and inserting "December 31, 2021".

(f) APPROPRIATE CONGRESSIONAL COMMITTEES.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services, the Committee on Foreign Relations, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and

(2) the Committee on Armed Services, the Committee on Foreign Affairs, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of Representatives.

WASHSTATEC006916

**SEC. 1247. EXTENSION OF AUTHORITY FOR AND REPORT ON TRAINING FOR EASTERN EUROPEAN NATIONAL SECURITY FORCES IN THE COURSE OF MULTILATERAL EXERCISES.**

(a) EXTENSION.—Subsection (h) of section 1251 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 333 note) is amended—

(1) in the first sentence, by striking "December 31, 2020" and inserting "December 31, 2021"; and

(2) in the second sentence, by striking "for for the period beginning on October 1, 2015, and ending on December 31, 2020" and inserting "for the period beginning on October 1, 2015, and ending on December 31, 2021".

(b) REPORT.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Commander of United States European Command, shall submit to the congressional defense committees a report on the authority for training Eastern European national security forces in the course of multilateral exercises under the authority of such section.

(2) MATTERS TO BE INCLUDED.—The report required by paragraph (1) shall include the following:

(A) For each recipient country, a description of—

(i) the training provided pursuant to such authority beginning in fiscal year 2016; and

(ii) payments of incremental expenses incurred by the country as the direct result of such training.

(B) A description of the elements of the U.S. European Command theater campaign plan advanced by such authority.

(C) An assessment whether the training and payment of the incremental expenses incurred by each recipient country as the direct result of participation in such training could be provided pursuant to other training or security cooperation authorities of the Department of Defense.

(D) Any recommendations of the Secretary of Defense regarding such authority.

(E) Any other matter the Secretary of Defense considers appropriate.

**SEC. 1248. EXTENSION AND MODIFICATION OF NATO SPECIAL OPERATIONS HEADQUARTERS.**

(a) AUTHORIZATION.—Subsection (a) of section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2541) is amended by striking “2020” and inserting “2024”.

(b) REPEAL OF CERTIFICATION; LIMITATION.—Such section is amended—

(1) by striking subsection (c); and

(2) by inserting after subsection (b) the following new subsection:

“(c) LIMITATION.—Of the amounts made available under subsection (a) for fiscal year 2020, not more than 90 percent of such amounts may be obligated or expended until the Secretary of Defense, acting through the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, submits to the congressional defense committees a report on the decision to realign responsibilities for overseeing and supporting NSHQ from U.S. Special Operations Command to U.S. European Command, including—

“(1) a justification and description of the impact of such realignment; and

“(2) a description of how such realignment will strengthen the role of the NSHQ in fostering special operations capabilities within NATO.”.

(c) ANNUAL REPORT.—Such section, as so amended, is further amended by adding at the end the following new subsection:

"(d) ANNUAL REPORT.—Not later than March 1 of each year until 2024, the Secretary of Defense shall submit to the congressional defense committees and the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives a report regarding support for the NSHQ. Each report shall include the following:

"(1) The total amount of funding provided by the United States and other NATO nations to the NSHQ for operating costs of the NSHQ.

"(2) A description of the activities carried out with such funding, including—

"(A) the amount of funding allocated for each such activity;

"(B) the extent to which other NATO nations participate in each such activity;

"(C) the extent to which each such activity is carried out in coordination or cooperation with the Joint Special Operations University;

"(D) the extent to which each such activity is carried out in relation to other security co-

operation activities, exercises, or operations of the Department of Defense;

"(E) the extent to which each such activity is designed to meet the purposes set forth in paragraphs (1) through (5) of subsection (b); and

"(F) an assessment of the extent to which each such activity will promote the mission of the NSHQ.

"(3) Other contributions, financial or in kind, provided by the United States and other NATO nations in support of the NSHQ.

"(4) Any other matters that the Secretary of Defense considers appropriate.".

**SEC. 1249. NORTH ATLANTIC TREATY ORGANIZATION JOINT FORCE COMMAND.**

(a) IN GENERAL.—Subchapter II of chapter 138 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 2350n North Atlantic Treaty Organization Joint Force Command**

"(a) AUTHORIZATION.—The Secretary of Defense shall authorize the establishment of, and the participation by members of the armed forces in, the North Atlantic Treaty Organization Joint Force Command (in this sec-

tion referred to as the 'Joint Force Command'), to be established in the United States.

"(b) USE OF DEPARTMENT OF DEFENSE FACILITIES AND EQUIPMENT.—The Secretary may use facilities and equipment of the Department of Defense to support the Joint Force Command.

"(c) AVAILABILITY OF FUNDS.—Amounts authorized to be appropriated to the Department of Defense shall be available to carry out the purposes of this section.".

(b) CONFORMING AMENDMENT.—The table of sections at the beginning of subchapter II of chapter 138 of title 10, United States Code, is amended by adding at the end the following new item:

"2350n. North Atlantic Treaty Organization Joint Force Command.".

**SEC. 1250. REPORT ON NORTH ATLANTIC TREATY ORGANIZATION READINESS INITIATIVE.**

(a) REPORT.—Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the North Atlantic Treaty Organization (NATO) Readiness Initiative, which shall include assessments of the following:

(1) The number of units North Atlantic Treaty Organization allies have pledged against the benchmark to provide an additional 30 air attack squadrons, 30 naval combat vessels, and 30 mechanized battalions ready to fight in not more than 30 days.

(2) The procedure by which the North Atlantic Treaty Organization certifies, reports, and ensures that the Supreme Allied Commander Europe (SACEUR) maintains a detailed understanding of the readiness of the forces described in paragraph (1).

(3) The North Atlantic Treaty Organization plan to maintain the readiness of such forces in future years.

(b) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 1250A. REPEAL OF PROHIBITION ON TRANSFER OF ARTICLES ON THE UNITED STATES MUNITIONS LIST TO THE REPUBLIC OF CYPRUS.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) allowing for the export, re-export or transfer of arms subject to the United States Munitions List (part 121 of title 22, Code of Federal Regulations) to the Republic of Cyprus would advance United States security interests in Europe by helping to reduce the dependence of the Government of the Republic of Cyprus on other countries, including countries that pose challenges to United States in-

terests around the world, for defense-related materiel; and

(2) it is in the interest of the United States to continue to support United Nations-facilitated efforts toward a comprehensive solution to the division of Cyprus.

(b) MODIFICATION OF PROHIBITION.—Section 620C(e) of the Foreign Assistance Act of 1961 (22 U.S.C. 2373(e)) is amended—

(1) in paragraph (1), by striking "Any agreement" and inserting "Except as provided in paragraph (3), any agreement"; and

(2) by adding at the end the following new paragraph:

"(3) The requirement under paragraph (1) shall not apply to any sale or other provision of any defense article or defense service to Cyprus if the end-user of such defense article or defense service is the Government of the Republic of Cyprus.".

(c) EXCLUSION OF THE GOVERNMENT OF THE REPUBLIC OF CYPRUS FROM CERTAIN RELATED REGULATIONS.—

(1) IN GENERAL.—Subject to subsection (d) and except as provided in paragraph (2), beginning on the date of the enactment of this Act, the Sec-

retary of State shall not apply a policy of denial for exports, re-exports, or transfers of defense articles and defense services destined for or originating in the Republic of Cyprus if—

(A) the request is made by or on behalf of the Government of the Republic of Cyprus; and

(B) the end-user of such defense articles or defense services is the Government of the Republic of Cyprus.

(2) EXCEPTION.—This exclusion shall not apply to any denial based upon credible human rights concerns.

(d) LIMITATIONS ON THE TRANSFER OF ARTICLES ON THE UNITED STATES MUNITIONS LIST TO THE REPUBLIC OF CYPRUS.—

(1) IN GENERAL.—The policy of denial for exports, re-exports, or transfers of defense articles on the United States Munitions List to the Republic of Cyprus shall remain in place unless the President determines and certifies to the appropriate congressional committees not less than annually that—

(A) the Government of the Republic of Cyprus is continuing to cooperate with the United States Government in efforts to implement re-

forms on anti-money laundering regulations and financial regulatory oversight; and

(B) the Government of the Republic of Cyprus has made and is continuing to take the steps necessary to deny Russian military vessels access to ports for refueling and servicing.

(2) WAIVER.—The President may waive the limitations contained in this subsection for one fiscal year if the President determines that it is essential to the national security interests of the United States to do so.

(3) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(A) the Committee on Foreign Relations and the Committee on Armed Services of the Senate; and

(B) the Committee on Foreign Affairs and the Committee on Armed Services of the House of Representatives.

# Subtitle F—Matters Relating to the Indo-Pacific Region

### SEC. 1251. MODIFICATION OF INDO-PACIFIC MARITIME SECURITY INITIATIVE.

(a) TYPES OF ASSISTANCE AND TRAINING.—Subsection (c)(2)(A) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 2282 note) is amended by inserting "the law of armed conflict, the rule of law, and" after "respect for".

(b) NOTICE TO CONGRESS ON ASSISTANCE AND TRAINING.—Subsection (g)(1) of such section is amended—

(1) in subparagraph (A), by inserting at the end before the period the following: ", the specific unit or units whose capacity to engage in activities under a program of assistance or training to be provided under subsection (a) will be built under the program, and the amount, type, and purpose of the support to be provided";

(2) by redesignating subparagraph (F) as subparagraph (J); and

(3) by inserting after subparagraph (E) the following new subparagraphs:

"(F) Information, including the amount, type, and purpose, on assistance and training

provided under subsection (a) during the three preceding fiscal years, if applicable.

"(G) A description of the elements of the theater campaign plan of the geographic combatant command concerned and the interagency integrated country strategy that will be advanced by the assistance and training provided under subsection (a).

"(H) A description of whether assistance and training provided under subsection (a) could be provided pursuant to—

"(i) section 333 of title 10, United States Code, or other security cooperation authorities of the Department of Defense; or

"(ii) security cooperation authorities of the Department of State.

"(I) An identification of each such authority described in subparagraph (H).".

(c) ANNUAL MONITORING REPORTS.—Such section is amended—

(1) by redesignating subsection (h) as subsection (j); and

(2) by inserting after subsection (g) the following new subsection:

WASHSTATEC006928

"(h) ANNUAL MONITORING REPORTS.—

"(1) IN GENERAL.—Not later than March 1, 2020, and annually thereafter, the Secretary of Defense shall submit to the appropriate committees of Congress a report setting forth, for the preceding calendar year, the following:

"(A) An assessment, by recipient foreign country, of—

"(i) the country's capabilities relating to maritime security and maritime domain awareness;

"(ii) the country's capability enhancement priorities, including how such priorities relate to the theater campaign strategy, country plan, and theater campaign plan relating to maritime security and maritime domain awareness;

"(B) A discussion, by recipient foreign country, of—

"(i) priority capabilities that the Department of Defense plans to enhance under the authority under subsection (a) and priority capabilities the Department plans to enhance under separate United

States security cooperation and security assistance authorities; and

"(ii) the anticipated timeline for assistance and training for each such capability.

"(C) Information, by recipient foreign country, on the status of funds allocated for assistance and training provided under subsection (a), including funds allocated but not yet obligated or expended.

"(D) Information, by recipient foreign country, on the delivery and use of assistance and training provided under subsection (a).

"(E) Information, by recipient foreign country, on the timeliness of the provision of assistance and training under subsection (a) as compared to the timeliness of the provision of assistance and training previously provided to the foreign country under subsection (a).

"(F) A description of the reasons the Department of Defense chose to utilize the authority for assistance and training under subsection (a) in the preceding calendar year.

"(G) An explanation of any impediments to timely obligation or expenditure of funds al-

located for assistance and training under subsection (a) or any significant delay in the delivery of such assistance and training.

"(2) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this subsection, the term 'appropriate committees of Congress' has the meaning given the term in subsection (g)(2).".

(d) LIMITATION.—Such section, as so amended, is further amended by inserting after subsection (h), as added by subsection (c)(2), the following:

"(i) LIMITATION.—The provision of assistance and training pursuant to a program under subsection (a) shall be subject to the provisions of section 383 of title 10, United States Code.".

**SEC. 1252. EXPANSION OF INDO-PACIFIC MARITIME SECURITY INITIATIVE AND LIMITATION ON USE OF FUNDS.**

(a) EXPANSION OF RECIPIENT COUNTRIES.—Subsection (b) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 333 note) is amended by adding at the end the following new paragraphs:

"(8) The Federated States of Micronesia.

"(9) The Independent State of Samoa.

"(10) The Kingdom of Tonga.

WASHSTATEC006931

"(11) Papua New Guinea.

"(12) The Republic of Fiji.

"(13) The Republic of Kiribati.

"(14) The Republic of the Marshall Islands.

"(15) The Republic of Nauru.

"(16) The Republic of Palau.

"(17) The Republic of Vanuatu.

"(18) The Solomon Islands.

"(19) Tuvalu.".

(b) LIMITATION ON USE OF FUNDS.—

(1) IN GENERAL.—None of the funds authorized to be appropriated for the Indo-Pacific Maritime Security Initiative under such section may be obligated or expended to provide training or assistance to a recipient country described in any of paragraphs (8) through (19) of subsection (b) of such section until the date on which the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate committees of Congress a report on security cooperation with and security assistance to such countries.

(2) REPORT.—The report referred to in paragraph (1) shall include the following:

(A) An identification of elements of the theater campaign plan of the geographic com-

WASHSTATEC006932

batant command concerned and the interagency integrated country strategy that will be advanced by expansion of security cooperation and assistance programs and activities to such recipient countries.

(B) An assessment of the capabilities, and a description of the capability enhancement priorities, of each such country.

(C) A description of the manner in which United States security cooperation and assistance authorities, including assistance provided pursuant to other security cooperation authorities of the Department of Defense or security assistance authorities of the Department of State, may be used to enhance the priority capabilities of each such country.

(D) A description, as appropriate, of the manner in which the Secretary of Defense, together with the Secretary of State, shall ensure that security cooperation with and security assistance to such countries complement regional engagement efforts undertaken by United States allies, including the Pacific Step-Up efforts of the Government of Australia and the

"Pacific Reset" efforts of the Government of New Zealand.

(E) A description of absorption capacity and sustainability issues for each such country and a plan to resolve such issues.

(F) An identification of the estimated annual cost for such assistance and training for fiscal years 2020 through 2025.

(c) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the congressional defense committees;

(2) the Committee on Foreign Relations and the Subcommittee on State, Foreign Operations, and Related Programs of the Committee on Appropriations of the Senate; and

(3) the Committee on Foreign Affairs and the Subcommittee on State, Foreign Operations, and Related Programs of the Committee on Appropriations of the House of Representatives.

**SEC. 1253. REPORT ON RESOURCING UNITED STATES DEFENSE REQUIREMENTS FOR THE INDO-PACIFIC REGION AND STUDY ON COMPETITIVE STRATEGIES.**

(a) REPORT REQUIRED.—

WASHSTATEC006934

(1) IN GENERAL.—Not later than March 15, 2020, the Commander of United States Indo-Pacific Command shall submit to the congressional defense committees a report containing the independent assessment of the Commander with respect to the activities and resources required, for fiscal years 2022 through 2026, to achieve the following objectives:

(A) The implementation of the National Defense Strategy with respect to the Indo-Pacific region.

(B) The maintenance or restoration of the comparative military advantage of the United States with respect to the People's Republic of China.

(C) The reduction of the risk of executing contingency plans of the Department of Defense.

(2) MATTERS TO BE INCLUDED.—The report required under paragraph (1) shall include the following:

(A) A description of the intended force structure and posture of assigned and allocated forces within the area of responsibility of United States Indo-Pacific Command for fiscal

WASHSTATEC006935

year 2026 to achieve the objectives described in paragraph (1).

(B) An assessment of capabilities requirements to achieve such objectives.

(C) An assessment of logistics requirements, including personnel, equipment, supplies, storage, and maintenance needs to achieve such objectives.

(D) An identification of required infrastructure and military construction investments to achieve such objectives.

(E) An assessment of security cooperation activities or resources required to achieve such objectives.

(F)(i) A plan to fully resource United States force posture and capabilities, including—

(I) a detailed assessment of the resources necessary to address the elements described in subparagraphs (A) through (E), including specific cost estimates for recommended investments or projects—

(aa) to increase joint force lethality;

(bb) to enhance force design and posture;

(cc) to support a robust exercise, experimentation, and innovation program; and

(dd) to strengthen cooperation with allies and partners; and

(II) a detailed timeline to achieve the intended force structure and posture described in subparagraph (A).

(ii) The specific cost estimates required by clause (i)(I) shall, to the maximum extent practicable, include the following:

(I) With respect to procurement accounts—

(aa) amounts displayed by account, budget activity, line number, line item, and line item title; and

(bb) a description of the requirements for each such amount.

(II) With respect to research, development, test, and evaluation accounts—

(aa) amounts displayed by account, budget activity, line number,

program element, and program element title; and

(bb) a description of the requirements for each such amount.

(III) With respect to operation and maintenance accounts—

(aa) amounts displayed by account title, budget activity title, line number, and subactivity group title; and

(bb) a description of the specific manner in which each such amount would be used.

(IV) With respect to military personnel accounts—

(aa) amounts displayed by account, budget activity, budget subactivity, and budget subactivity title; and

(bb) a description of the requirements for each such amount.

(V) With respect to each project under military construction accounts (including unspecified minor military construction and amounts for planning and

design), the country, location, project title, and project amount for each fiscal year.

(VI) With respect to any expenditure or proposed appropriation not described in subclause (I) through (V), a level of detail equivalent or greater than the level of detail provided in the future-years defense program submitted pursuant to section 221(a) of title 10, United States Code.

(3) FORM.—The report required under paragraph (1) may be submitted in classified form, but shall include an unclassified summary.

(4) AVAILABILITY.—Not later than March 15, 2020, the Commander of United States Indo-Pacific Command shall make the report available to the Secretary of Defense, the Under Secretary of Defense for Policy, the Under Secretary of Defense (Comptroller), the Director of Cost Assessment and Program Evaluation, the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the chiefs of staff of each military service.

(b) BRIEFINGS REQUIRED.—

(1) INITIAL BRIEFING.—Not later than April 15, 2020, the Secretary of Defense (acting through the Under Secretary of Defense for Policy, the

Under Secretary of Defense (Comptroller), and the Director of Cost Assessment and Program Evaluation) and the Chairman of the Joint Chiefs of Staff shall provide to the congressional defense committees a joint briefing, and any written comments the Secretary of Defense and the Chairman of the Joint Chiefs of Staff consider necessary, with respect to their assessments of the report submitted under subsection (a), including their assessments of the feasibility and advisability of the plan required by paragraph (2)(F) of that subsection.

(2) SUBSEQUENT BRIEFING.—Not later than April 30, 2020, the Secretary of the Air Force, the Secretary of the Army, and the Secretary of the Navy shall provide to the congressional defense committees a joint briefing, and documents as appropriate, with respect to their assessments of the report submitted under subsection (a), including their assessments of the feasibility and advisability of the plan required by paragraph (2)(F) of that subsection.

(c) STUDY ON COMPETITIVE STRATEGIES WITH RESPECT TO THE PEOPLE'S REPUBLIC OF CHINA.—

(1) IN GENERAL.—The Secretary of Defense, acting through the Director of the Office of Net As-

sessment, shall conduct a study on not fewer than three possible long-term competitive strategies with respect to the People's Republic of China that focuses on the identification of opportunities to shape strategic competition to the advantage of the United States.

(2) REPORT.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees the results of the study required under paragraph (1).

**SEC. 1254. LIMITATION ON USE OF FUNDS TO REDUCE THE TOTAL NUMBER OF MEMBERS OF THE ARMED FORCES SERVING ON ACTIVE DUTY WHO ARE DEPLOYED TO SOUTH KOREA.**

None of the funds authorized to be appropriated by this Act may be used to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea below 28,500 until 90 days after the date on which the Secretary of Defense certifies to the congressional defense committees the following:

(1) Such a reduction is in the national security interest of the United States and will not significantly undermine the security of United States allies in the region.

WASHSTATEC006941

(2) The Secretary has appropriately consulted with allies of the United States, including South Korea and Japan, regarding such a reduction.

**SEC. 1255. REPORT ON DIRECT, INDIRECT, AND BURDEN-SHARING CONTRIBUTIONS OF JAPAN AND SOUTH KOREA.**

(a) IN GENERAL.—Not later than the date agreed to in accordance with subsection (e)(2), the Comptroller General of the United States shall submit to the appropriate congressional committees a report on the direct, indirect, and burden-sharing contributions of Japan and South Korea to support overseas military installations of the United States and United States Armed Forces deployed to or permanently stationed in Japan and South Korea, respectively.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) The benefits to United States national security and regional security derived from the forward presence of the Armed Forces in the Indo-Pacific region, including Japan and South Korea.

(2) For calendar year 2016 and each subsequent calendar year, the overall cost for the presence of the Armed Forces in Japan and South Korea and

WASHSTATEC006942

the breakdown of such costs between the United States and the respective host nations.

(3) For calendar year 2016 and each subsequent calendar year, a description of the one-time and recurring costs associated with the presence of the Armed Forces in Japan and South Korea, including—

(A) costs to relocate the Armed Forces within Japan and South Korea and to realign the Armed Forces from Japan and South Korea;

(B) military personnel costs;

(C) operation and maintenance costs; and

(D) military construction costs.

(4) A description of direct, indirect, and burden-sharing contributions of Japan and South Korea, including—

(A) contributions for labor costs associated with the presence of the Armed Forces;

(B) contributions to military construction projects of the Department of Defense, including planning, design, environmental reviews, construction, construction management costs, rents on privately-owned land, facilities, labor, utilities, and vicinity improvements;

(C) contributions such as loan guarantees on public-private venture housing and payment-in-kind for facilities returned to Japan and South Korea;

(D) contributions accepted for labor, logistics, utilities, facilities, and any other purpose; and

(E) other contributions, such as Camp Humphreys and the Futenma Replacement Facility, as determined appropriate by the Comptroller General.

(5) The methodology and accounting procedures used to measure and track direct, indirect, and burden-sharing contributions made by Japan and South Korea.

(c) DESCRIPTION OF CONTRIBUTIONS IN UNITED STATES DOLLARS.—The report required by subsection (a) shall describe the direct, indirect, and burden-sharing contributions of Japan and South Korea in United States dollars and shall specify the exchange rates used to determine the United States dollar value of such contributions.

(d) FORM.—The report required by subsection (a) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.

WASHSTATEC006944

(e) BRIEFING.—Not later than March 2, 2020, the Comptroller General shall provide to the appropriate congressional committees an interim briefing—

(1) on the status of the report and initial findings; and

(2) to agree on the date on which to submit the report required by subsection (a).

(f) SUPPORT FROM THE DEPARTMENT OF DEFENSE.—The Secretary of Defense shall provide the Comptroller General with timely access to the appropriate information, data, and analyses necessary to fulfill the requirement under subsection (a) in a timely, thorough, and independent manner.

(g) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees; and

(2) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1256. SENSE OF CONGRESS ON SECURITY COMMITMENTS TO THE GOVERNMENTS OF JAPAN AND THE REPUBLIC OF KOREA AND TRILATERAL COOPERATION AMONG THE UNITED STATES, JAPAN, AND THE REPUBLIC OF KOREA.**

It is the sense of Congress that—

(1) the United States remains committed to its alliances with Japan and the Republic of Korea, which are—

(A) essential to the peace and stability in the Indo-Pacific region; and

(B) based on the shared values of democracy, the rule of law, free and open markets, and respect for human rights;

(2) cooperation among the United States, Japan, and the Republic of Korea is essential for confronting regional and global challenges, including—

(A) preventing the proliferation of weapons of mass destruction;

(B) combating piracy;

(C) assisting victims of conflict and disaster worldwide;

(D) protecting maritime security; and

WASHSTATEC006946

(E) ensuring freedom of navigation, commerce, and overflight in the Indo-Pacific region;

(3) the United States, Japan, and the Republic of Korea share deep concern that the nuclear and ballistic missile programs, the conventional military capabilities, and the chemical and biological weapons programs of the Democratic People's Republic of Korea, together with the long history of aggression and provocation by the Democratic People's Republic of Korea, pose grave threats to peace and stability on the Korean Peninsula and in the Indo-Pacific region;

(4) the United States views security cooperation between Japan and the Republic of Korea as essential to maintaining peace and stability in the Indo-Pacific region, promoting mutual interests, and addressing shared concerns;

(5) the bilateral military intelligence-sharing pact between Japan and the Republic of Korea, signed on November 23, 2016, and the trilateral intelligence sharing agreement among the United States, Japan, and the Republic of Korea, signed on December 29, 2015, are critical to security in the Indo-Pacific region and should be maintained; and

(6) recognizing that the security of the United States, Japan, and the Republic of Korea are intertwined by common threats, including from the Democratic People's Republic of Korea, the United States strongly encourages—

(A) strengthened bilateral security ties between Japan and the Republic of Korea; and

(B) deeper trilateral defense coordination and cooperation, including through expanded exercises, training, senior-level exchanges, and information sharing.

**SEC. 1257. SENSE OF CONGRESS ON NORTH KOREA.**

It is the sense of Congress that—

(1) diplomacy, economic sanctions, and credible deterrence are essential to address North Korea's illicit weapons of mass destruction program and the conventional threat that North Korea poses to United States forces on the Korean Peninsula and to United States allies in the region;

(2) North Korea's recent missile tests are destabilizing, increase regional tensions, and run counter to the spirit of diplomatic negotiations;

(3) every effort should be made to deter actions by North Korea that could lead to a military confrontation, which would pose extreme risks to—

WASHSTATEC006948

(A) United States military personnel;

(B) noncombatants, including United States citizens and citizens of United States allies; and

(C) regional security;

(4) a sustained and credible diplomatic process based on concrete measures to achieve the denuclearization of North Korea and an eventual end to the Korean War should be pursued;

(5) continued actions by North Korea that run counter to diplomatic negotiations call into question North Korea's intentions and commitment to a diplomatic solution; and

(6) until such time as North Korea no longer poses a threat to the United States or United States allies, the United States should, in concert with such allies, continue to deter North Korea through credible defense and deterrence posture.

**SEC. 1258. STATEMENT OF POLICY AND SENSE OF CONGRESS ON, AND STRATEGY TO FULFILL OBLIGATIONS UNDER, MUTUAL DEFENSE TREATY WITH THE REPUBLIC OF THE PHILIPPINES.**

(a) STATEMENT OF POLICY.—It is the policy of the United States that—

WASHSTATEC006949

(1) while the United States has long adopted an approach that takes no position on the ultimate disposition of the disputed sovereignty claims in the South China Sea, disputing states should—

(A) resolve their disputes peacefully without the threat or use of force; and

(B) ensure that their maritime claims are consistent with international law; and

(2) an armed attack on the armed forces, public vessels, or aircraft of the Republic of the Philippines in the Pacific, including the South China Sea, would trigger the mutual defense obligations of the United States under Article IV of the Mutual Defense Treaty "to meet common dangers in accordance with its constitutional processes".

(b) SENSE OF CONGRESS.—It is the sense of Congress that the Secretary of State and the Secretary of Defense should—

(1) affirm the commitment of the United States to the Mutual Defense Treaty;

(2) preserve and strengthen the military alliance of the United States with the Republic of the Philippines;

(3) prioritize efforts to develop a shared understanding of alliance commitments and defense planning; and

(4) provide appropriate support to the Republic of the Philippines to strengthen the self-defense capabilities of the Republic of the Philippines, particularly in the maritime domain.

(c) STRATEGY REQUIRED.—

(1) IN GENERAL.—Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State, shall submit to the appropriate committees of Congress a report that sets forth the strategy of the Department of Defense for achieving the objectives described in subsection (b).

(2) ELEMENTS OF STRATEGY.—The strategy required by paragraph (1) shall include the following:

(A) A description of the national security interests and objectives of the United States furthered by the Mutual Defense Treaty.

(B) A description of the regional security environment, including—

(i) an assessment of threats to both the United States and the Republic of the

WASHSTATEC006951

Philippines national security interests in the region and the role of the Department in addressing such threats;

(ii) a description of the strategic security challenges that are detrimental to regional peace and global stability, including challenges posed by the People's Republic of China, violent extremist organizations, and natural disasters; and

(iii) a description of each violent extremist organization that presents a threat to the Republic of the Philippines, including, with respect to each such organization—

(I) the primary objectives of the organization;

(II) an assessment of—

(aa) the capacity and capability of the organization;

(bb) the transnational threat posed by the organization;

(cc) recent trends in the capability and influence of the organization;

WASHSTATEC006952

(dd) the potential for the organization to reconstitute, expand, or otherwise pose a significant transnational threat; and

(ee) the conditions that contribute to efforts of the organization to reconstitute, expand, or pose such a threat; and

(III) a description of the metrics used to assess the capability and influence of the organization.

(C) A description of Department objectives with the Republic of the Philippines, including—

(i) the benchmarks for assessing progress towards such objectives; and

(ii) the Department strategy to achieve such objectives, including through—

(I) defense cooperation;

(II) use of security cooperation authorities; and

(III) other support or activities in the Republic of the Philippines.

(D) An identification of all current and planned Department resources, programs, and activities to support the strategy required by paragraph (1), including a review of the necessity of an ongoing named operation and the criteria used to determine such necessity.

(d) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

(A) the congressional defense committees; and

(B) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

(2) MUTUAL DEFENSE TREATY.—The term "Mutual Defense Treaty" means the Mutual Defense Treaty between the Republic of the Philippines and the United States of America, done at Washington August 30, 1951.

**SEC. 1259. REPORT ON SECURITY COOPERATION WITH THE PHILIPPINE NATIONAL POLICE.**

(a) REPORT.—Not later than 150 days after the date of the enactment of this Act, the Secretary of Defense, in concurrence with the Secretary of State, shall submit

to the appropriate congressional committees a report concerning security sector assistance programs with the Philippine National Police.

(b) MATTERS TO BE INCLUDED.—The report required by subsection (a) shall include the following:

(1) A description of current and planned security sector assistance programs with the Philippine National Police.

(2) The purpose, objectives, and type of training, equipment, or assistance provided under each such program or activity.

(3) An identification of the lead agency responsible for each such program or activity.

(4) An identification of the authority or authorities under which each such program or activity is conducted.

(5) A description of the process and criteria used to determine utilization of each such authority or authorities.

(6) A description of how each such program or activity advances United States national security interests as it relates to the Department's strategy regarding the Philippines.

(7) An identification of the specific units of the Philippine National Police to receive training, equipment, or assistance under each such program.

(8) A description of the process and criteria by which specific units of the Philippine National Police are selected as recipients of such programs and activities, including an assessment of the comparative value of working with units of law enforcement and units of the military forces of the Philippines.

(9) An assessment of the current operational effectiveness of such units and a description of the metrics used to make such assessment.

(10) An identification of priority capabilities of such units to enhance through training, equipment, or assistance under each such program or activity.

(11) A plan to identify, monitor, track, and assess the ability of each such program or activity to meet each of the objectives described pursuant to paragraph (2) to enhance the capabilities of each such unit.

(12) An identification of any units of the Philippine National Police that are determined or credibly alleged to have committed human rights abuses.

(13) A description of the relationship between any units of the Philippine National Police identified pursuant to paragraph (12) and any unit identified pursuant to paragraph (7).

(14) A description of the current or previous role, if any, of each unit identified pursuant to paragraph (7) in the anti-drug campaign.

(15) An assessment of the ability of the United States to identify the units described in paragraph (12).

(16) Any other matters the Secretary of Defense determines should be included.

(c) FORM.—The report required by subsection (a) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.

(d) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees; and

(2) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1260. MODIFICATION OF ANNUAL REPORT ON MILITARY AND SECURITY DEVELOPMENTS INVOLVING THE PEOPLE'S REPUBLIC OF CHINA.**

(a) MODIFICATION TO ANNUAL REPORT REQUIREMENTS.—Section 1202 of the National Defense Authorization Act for Fiscal Year 2000 (10 U.S.C. 113 note) is amended as follows:

(1) In subsection (a), by inserting ", in consultation with the heads of other Federal departments and agencies as appropriate," after "the Secretary of Defense".

(2) In subsection (b)—

(A) by amending paragraph (26) to read as follows:

"(26) The relationship between Chinese overseas investment, including the Belt and Road Initiative, the Digital Silk Road, and any state-owned or controlled digital or physical infrastructure projects of China, and Chinese security and military strategy objectives, including—

"(A) an assessment of the Chinese investments or projects likely, or with significant potential, to be converted into military assets of China;

WASHSTATEC006958

"(B) an assessment of the Chinese investments or projects of greatest concern with respect to United States national security interests;

"(C) a description of any Chinese investment or project located in another country that is linked to military cooperation with such country, such as cooperation on satellite navigation or arms production;

"(D) an assessment of any Chinese investment, project, or associated agreement in or with another country that presents significant financial risk for the country or may undermine the sovereignty of such country; and

"(E) an assessment of the implications for United States military or governmental interests related to denial of access, compromised intelligence activities, and network advantages of Chinese investments or projects in other countries."; and

(B) by adding at the end the following:

"(29) Developments relating to the China Coast Guard, including an assessment of—

"(A) how the change in the Guard's command structure to report to China's Central

Military Commission affects the Guard's status as a law enforcement entity;

"(B) the implications of such command structure with respect to the use of the Guard as a coercive tool to conduct 'gray zone' activities in the East China Sea and the South China Sea; and

"(C) how the change in such command structure may affect interactions between the Guard and the United States Navy.

"(30) An assessment of the military-to-military relations between China and Russia, including an identification of mutual and competing interests.

"(31) An assessment of China's expansion of its surveillance state, including—

"(A) any correlation of such expansion with its oppression of its citizens or its threat to United States national security interests around the world; and

"(B) an overview of the extent to which such surveillance corresponds to an overall respect, or lack thereof, for human rights in China, especially for religious and ethnic minorities.".

(3) In subsection (c)—

(A) by striking "and the" each place it appears and inserting ", the";

(B) in paragraph (1), by striking "of the Senate." and inserting ", and the Select Committee on Intelligence of the Senate."; and

(C) in paragraph (2), by striking "Committee on International Relations of the House of Representatives." and inserting "Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives."

(b) ADDITIONAL DEFINED TERM.—Such section 1202, as so amended, is further amended by adding at the end the following:

"(d) STATE-OWNED OR CONTROLLED DIGITAL OR PHYSICAL INFRASTRUCTURE PROJECT OF CHINA.—

"(1) IN GENERAL.—For purposes of subsection (b)(26), the term 'state-owned or controlled digital or physical infrastructure project of China' means a transportation, energy, or information technology infrastructure project that is—

"(A) owned, controlled, under the direct or indirect influence of, or subsidized by—

"(i) the Government of the People's Republic of China, including any agency

within such Government and any subdivision or other unit of government at any level of jurisdiction within China;

"(ii) any agent or instrumentality of such Government, including such agencies or subdivisions; or

"(iii) the Chinese Communist Party; or

"(B) a project of any Chinese company operating in a sector identified as a strategic industry in the Chinese Government's 'Made in China 2025' strategy to make China a 'manufacturing power' as a core national interest.

"(2) OWNED; CONTROLLED.—For purposes paragraph (1)(A), with respect to a project—

"(A) the term 'owned' means a majority or controlling interest, whether by value or voting interest, in that project, including through fiduciaries, agents, or other means; and

"(B) the term 'controlled' means the power by any means to determine or influence, directly or indirectly, important matters affecting the project, regardless of the level of ownership and whether or not that power is exercised.".

**SEC. 1260A. REPORT ON FOREIGN MILITARY ACTIVITIES IN PACIFIC ISLAND COUNTRIES.**

(a) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence, in coordination with the Director of the Defense Intelligence Agency and the Director of National Intelligence, shall submit to the congressional defense committees a report specifying and analyzing—

(1) strategic interests of foreign militaries in Pacific Island countries, known or emerging foreign partnerships or alliances with non-Pacific Island countries, and foreign military training, exercises, or operations in the region, excluding with countries who are members of the Southeast Asia Treaty Organization;

(2) gaps in intelligence collection capabilities and activities that prevent or may prevent a comprehensive understanding of current intelligence assessments for Pacific Island countries; and

(3) plans to overcome any current intelligence collection deficiencies, including an analysis of both United States and allied and partner intelligence collection capabilities and activities.

(b) PACIFIC ISLAND COUNTRY DEFINED.—In this section, the term "Pacific Island country" includes any of the following countries: The Republic of Fiji, the Republic

Kiribati, the Marshall Islands, the Federated States of Micronesia, the Republic of Nauru, the Republic of Palau, the Independent State of Samoa, the Solomon Islands, the Kingdom of Tonga, Tuvalu, and the Republic of Vanuatu.

**SEC. 1260B. REPORT ON CYBERSECURITY ACTIVITIES WITH TAIWAN.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the following:

(1) The feasibility of establishing a high-level, interagency United States-Taiwan working group for coordinating responses to emerging issues related to cybersecurity.

(2) A discussion of the Department of Defense's current and future plans to engage with Taiwan in cybersecurity activities.

(3) A discussion of obstacles encountered in forming, executing, or implementing agreements with Taiwan for cybersecurity activities.

(4) Any other matters the Secretary of Defense determines should be included.

WASHSTATEC006964

**SEC. 1260C. REVIEW AND REPORT RELATED TO THE TAIWAN RELATIONS ACT.**

(a) REVIEW.—The Secretary of Defense, in coordination with the Secretary of State, shall conduct a review of—

(1) whether, and the means by which, as applicable, the Government of the People's Republic of China or the Chinese Communist Party are affecting, including through military, economic, information, digital, diplomatic, or any other form of coercion—

(A) the security, or the social and economic system, of the people of Taiwan;

(B) the military balance of power between the People's Republic of China and Taiwan; or

(C) the expectation that the future of Taiwan will continue to be determined by peaceful means; and

(2) the role of United States policy toward Taiwan with respect to the implementation of the 2017 National Security Strategy and the 2018 National Defense Strategy.

(b) REPORT.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary

WASHSTATEC006965

of State, shall provide to the appropriate committees of Congress a report on the review under subsection (a).

(2) MATTERS TO BE INCLUDED.—The report under paragraph (1) shall include the following:

(A) The assessments resulting from the review.

(B) Recommendations on legislative changes or Department of Defense or Department of State policy changes necessary to ensure that the United States continues to meets its obligations to Taiwan under the Taiwan Relations Act (22 U.S.C. 3301 et seq.).

(C) Guidelines for—

(i) new defense requirements, including requirements relating to information and digital space;

(ii) exchanges between senior-level civilian and military officials of the United States and Taiwan; and

(iii) the regular transfer of defense articles, especially defense articles that are mobile, survivable, and cost effective, to most effectively deter attacks and support

WASHSTATEC006966

the asymmetric defense strategy of Taiwan.

(c) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1260D. SENSE OF CONGRESS ON ENHANCEMENT OF THE UNITED STATES-TAIWAN DEFENSE RELATIONSHIP.**

It is the sense of Congress that—

(1) Taiwan is a vital partner of the United States and is critical to a free and open Indo-Pacific region;

(2) the Taiwan Relations Act (22 U.S.C. 3301 et seq.) and the "Six Assurances" are both cornerstones of United States relations with Taiwan;

(3) the United States should continue to strengthen defense and security cooperation with Taiwan to support the development of capable, ready, and modern defense forces necessary for Taiwan to maintain a sufficient self-defense capability;

(4) consistent with the Taiwan Relations Act (22 U.S.C. 3301 et seq.), the United States should strongly support the acquisition by Taiwan of defense articles and services through foreign military sales, direct commercial sales, and industrial cooperation, with an emphasis on anti-ship, coastal defense, anti-armor, air defense, defensive naval mining, and resilient command and control capabilities that support the asymmetric defense strategy of Taiwan;

(5) the President and Congress should determine the nature and quantity of such defense articles and services based solely upon their judgment of the needs of Taiwan, as required by the Taiwan Relations Act and in accordance with procedures established by law;

(6) the United States should continue efforts to improve the predictability of United States arms sales to Taiwan by ensuring timely review of and response to requests of Taiwan for defense articles and services;

(7) the Secretary of Defense should promote policies concerning exchanges that enhance the security of Taiwan, including—

WASHSTATEC006968

(A) opportunities with Taiwan for practical training and military exercises that—

(i) enable Taiwan to maintain a sufficient self-defense capability, as described in section 3(a) of the Taiwan Relations Act (22 U.S.C. 3302(a)); and

(ii) emphasize capabilities consistent with the asymmetric defense strategy of Taiwan;

(B) exchanges between senior defense officials and general officers of the United States and Taiwan, consistent with the Taiwan Travel Act (Public Law 115–135), especially for the purpose of enhancing cooperation on defense planning and improving the interoperability of United States and Taiwan forces; and

(C) opportunities for exchanges between junior officers and senior enlisted personnel of the United States and Taiwan;

(8) the United States and Taiwan should expand cooperation in humanitarian assistance and disaster relief;

(9) the Secretary of Defense should consider options, including exercises and ship visits, as appropriate, to expand the scale and scope of humani-

tarian assistance and disaster response cooperation with Taiwan and other regional partners so as to improve disaster response planning and preparedness; and

(10) the Secretary of Defense should continue regular transits of United States Navy vessels through the Taiwan Strait, commend the armed forces of France for their April 6, 2019, legal transit of the Taiwan Strait, and encourage allies and partners to follow suit in conducting such transits, in order to demonstrate the commitment of the United States and its allies and partners to fly, sail, and operate anywhere international law allows.

**SEC. 1260E. CHINESE FOREIGN DIRECT INVESTMENT IN COUNTRIES OF THE ARCTIC REGION.**

(a) INDEPENDENT STUDY.—

(1) IN GENERAL.—Not later than 45 days after the date of enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally-funded research and development center described in paragraph (2) to complete an independent study of Chinese foreign direct investment in countries of the Arctic region, with a focus on the effects of such foreign direct investment on United

States national security and near-peer competition in the Arctic region.

(2) FEDERALLY-FUNDED RESEARCH AND DEVELOPMENT CENTER DESCRIBED.—A federally-funded research and development center described in this paragraph is a federally-funded research and development center that—

(A) has access to relevant data and demonstrated data-sets regarding foreign direct investment in the Arctic region; and

(B) has access to policy experts throughout the United States and the Arctic region.

(b) ELEMENTS.—The study required by subsection (a) shall include the following:

(1) Projects in the Arctic that are directly or indirectly funded by public and private Chinese entities, to—

(A) build public infrastructure;

(B) finance infrastructure;

(C) lease mineral and oil and gas leases;

(D) purchase real estate;

(E) extract or process, including smelting, minerals and oil and gas;

WASHSTATEC006971

(F) engage in shipping or to own and operate or construct shipping infrastructure, including ship construction;

(G) lay undersea cables; and

(H) manufacture, own or operate telecommunications capabilities and infrastructure.

(2) An analysis of the legal environment in which Chinese foreign direct investment are occurring in the United States, Russia, Canada, Greenland, Norway, and Iceland. The analysis should include—

(A) an assessment of the efficacy of mechanisms for screening foreign direct investment in the United States, Russia, Canada, Greenland, Norway, and Iceland;

(B) an assessment of the degree to which there is transparency in Chinese foreign direct investment in countries of the Arctic region;

(C) an assessment of the criteria used to assess potential Chinese foreign direct investment in countries of the Arctic region;

(D) an assessment of the efficacy of methods for monitoring approved Chinese foreign direct investment in countries of the Arctic region; and

WASHSTATEC006972

(E) an assessment of public reporting of the decision to approve such Chinese foreign direct investment.

(3) A comparison of Chinese foreign direct investment in countries of the Arctic region to other countries with major investments in such countries, including India, Japan, South Korea, the Netherlands, and France.

(4) An assessment of the environmental impact of past Chinese investments in oil and gas, mineral, and infrastructure projects in the Arctic region, including the degree to which Chinese investors are required to comply with local environmental laws and post bonds to assure remediation if a project becomes bankrupt.

(5) A review of the 2018 Chinese Arctic Policy and other relevant public and nonpublic Chinese policy documents to determine the following:

(A) China's strategic objectives in the Arctic region from a military, economic, territorial, and political perspective.

(B) China's goals in the Arctic region with respect to its relations with the United States and Russia, including the degree to which activities of China in the region are an extension

of China's strategic competition with the United States.

(C) Whether any active or planned infrastructure investments are likely to result in a regular presence of Chinese military vessels or the establishment of military bases in the Arctic region.

(D) The extent to which Chinese research activities in the Arctic region are a front for economic activities, including illegal economic espionage, intelligence gathering, and support for future Chinese military activities in the region.

(E) The degree to which Arctic littoral states are susceptible to the political and economic risks of unregulated foreign direct investment.

(F) The vulnerability of semi-autonomous regions, such as tribal lands, to Chinese foreign direct investment, including the influence of legal controls and political or economic manipulation with respect to such vulnerability.

(G) The implications of China's Arctic development and participation model with respect

to forecasting China's military, economy, territorial, and political activities.

(6) Policy and legislative recommendations to enhance the position of the United States in affairs of the Arctic region, including—

(A) recommendations for how the United States would best interact with nongovernmental organizations such as the World Bank, Arctic Council, United Nations General Assembly, and International Maritime Organization;

(B) recommendations to pursue or not pursue the formation of an Arctic Development Bank and, if pursued, how to organize, fund, and operate the bank;

(C) measures the United States can take to promote regional governance and eliminate the soft-power influence from Chinese foreign direct investment, in particular, steps where the United States and Russia should cooperate; and

(D) the possibility of negotiating a regional arrangement to regulate foreign direct investment in countries of the Arctic region.

(c) REPORT TO DEPARTMENT OF DEFENSE.—Not later than 720 days after the date of the enactment of this Act, the federally-funded research and development

center with respect to which the Secretary of Defense has entered into a contract under subsection (a) shall submit to the Secretary a report containing the study under subsections (a) and (b).

(d) REPORT TO CONGRESS.—Not later than 750 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees the report under subsection (c), without change.

(e) APPROPRIATE CONGRESSIONAL COMMITTEE DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees;

(2) the Committee on Foreign Relations and the Committee on Commerce, Science, and Transportation of the Senate; and

(3) the Committee on Foreign Affairs and the Committee on Transportation and Infrastructure of the House of Representatives.

**SEC. 1260F. SENSE OF CONGRESS ON POLICY TOWARD HONG KONG.**

It is the sense of Congress that—

(1) Congress stands unequivocally with the people of Hong Kong as they defend their rights and

WASHSTATEC006976

freedoms and preserve their autonomy against the People's Republic of China;

(2) the Government of the People's Republic of China should—

(A) abide fully by its commitments in the Sino-British Joint Declaration of 1984 to allow the people of Hong Kong a high degree of autonomy to govern Hong Kong;

(B) adhere fully to Hong Kong's Basic Law of 1997; and

(C) immediately cease and desist in its interference in the political and legal affairs of Hong Kong;

(3) the decision of authorities of the Hong Kong Special Autonomous Region in September 2019 to fully withdraw the proposed amendments to the Fugitive Offenders Ordinance of Hong Kong is a necessary first step and should be followed by efforts to resolve the remaining demands raised by protestors who represent a broad cross-section of Hong Kong, which are that authorities—

(A) drop all charges against individuals who have been arrested for participating in political protests;

(B) retract the proclamation that the protests were riots;

(C) establish a thorough and independent investigation into police brutality; and

(D) implement genuine universal suffrage for the election of the Chief Executive and all Legislative Council members of Hong Kong;

(4) the United States should—

(A) work with like-minded countries to stand with the people of Hong Kong;

(B) encourage more responsible behavior by the People's Republic of China; and

(C) impose consequences in the event that the authorities of the People's Republic of China and Hong Kong continue to violate fundamental agreements regarding the autonomy of Hong Kong;

(5) the People's Republic of China should refrain from use of any organization within the military, paramilitary, or law enforcement apparatus of the People's Republic of China to engage in violent suppression in Hong Kong;

(6) in the event of use of force by the Government of the People's Republic of China against

WASHSTATEC006978

protestors in Hong Kong, Congress will recommend swift action by the United States, including—

(A) a fundamental reevaluation of the special treatment of Hong Kong under the Hong Kong Policy Act of 1992 (Public Law 102–383; 106 Stat. 1448) and other United States law, particularly in areas of law in which the People's Republic of China is exploiting Hong Kong to the detriment of United States interests and values; and

(B) coordinated actions with like-minded countries to impose meaningful costs on the People's Republic of China, including the imposition of sanctions, travel restrictions, and other actions against responsible senior officials in the Chinese Communist Party, the People's Liberation Army, and the People's Armed Police; and

(7) if at any point the Government of Hong Kong implements legislation that affects, directly or indirectly, the interests of the United States with respect to an agreement the United States maintains with Hong Kong, including a future reconsideration of amendments to the Fugitive Offenders Ordinance of Hong Kong, the United States should conduct a

full review of all relevant agreements between the United States and Hong Kong and make necessary adjustments to those agreements to safeguard United States interests.

**SEC. 1260G. SENSE OF CONGRESS ON ENHANCING DEFENSE AND SECURITY COOPERATION WITH THE REPUBLIC OF SINGAPORE.**

It is the sense of Congress that—

(1) the United States and the Republic of Singapore have built a strong, enduring, and forward-looking strategic partnership based on longstanding and mutually beneficial cooperation, including through security, defense, economic, and people-to-people ties;

(2) robust security cooperation between the United States and the Republic of Singapore is crucial to promoting peace and stability in the Indo-Pacific region;

(3) the status of the Republic of Singapore as a major security cooperation partner of the United States, as recognized in the 2005 Strategic Framework Agreement between the United States and the Republic of Singapore for a Closer Partnership in Defense and Security, plays an important role in the global network of strategic partnerships, especially

in promoting maritime security and countering terrorism;

(4) the United States values the Republic of Singapore's provision of access to its military facilities, which supports the continued security presence of the United States in Southeast Asia and across the Indo-Pacific region;

(5) the United States should continue to welcome the presence of the military forces of the Republic of Singapore in the United States for exercises and training, and should consider opportunities to expand such activities at additional locations in the United States, as appropriate; and

(6) as the United States and the Republic of Singapore have renewed the 1990 Memorandum of Understanding Regarding the United States Use of Facilities in Singapore, the United States should—

(A) continue to enhance defense and security cooperation with the Republic of Singapore to promote peace and stability in the Indo-Pacific region based on common interests and shared values;

(B) reinforce the status of the Republic of Singapore as a major security cooperation partner of the United States; and

(C) explore additional steps to better facilitate interoperability between the United States Armed Forces and the military forces of the Republic of Singapore to promote peace and stability in the Indo-Pacific region.

**SEC. 1260H. AUTHORITY TO TRANSFER FUNDS FOR BIEN HOA DIOXIN CLEANUP.**

(a) TRANSFER AUTHORITY.—Notwithstanding section 2215 of title 10, United States Code, the Secretary of Defense may transfer to the Secretary of State, for use by the United States Agency for International Development, amounts to be used for the Bien Hoa dioxin cleanup in Vietnam.

(b) LIMITATION ON AMOUNT.—Not more than $15,000,000 may be transferred in fiscal year 2020 under the transfer authority in subsection (a).

(c) ADDITIONAL TRANSFER AUTHORITY.—The transfer authority in subsection (a) is in addition to any other transfer authority available to the Department of Defense.

(d) NOTICE ON EXERCISE OF AUTHORITY.—If the Secretary of Defense determines to use the transfer authority in subsection (a), the Secretary shall notify the congressional defense committees of that determination

not later than 30 days before the Secretary uses the transfer authority.

**SEC. 1260I. LIMITATION ON REMOVAL OF HUAWEI TECHNOLOGIES CO. LTD. FROM ENTITY LIST OF BUREAU OF INDUSTRY AND SECURITY.**

(a) IN GENERAL.—The Secretary of Commerce may not remove Huawei Technologies Co. Ltd. or any of its affiliates (in this section collectively referred to as ''Huawei'') from the entity list unless and until the Secretary certifies to the appropriate congressional committees that—

(1) Huawei has sufficiently resolved or settled the charges that were the basis for the addition of Huawei to the entity list in a manner that is consistent with the standards for the removal of an entity from the entity list under the Export Administration Regulations;

(2) Huawei has sufficiently resolved or settled any other charges that Huawei violated sanctions imposed by the United States;

(3) regulations have been implemented that sufficiently restrict exporting to, and importing from, the United States items that would pose a national security threat to telecommunications systems in the United States; and

(4) the Department of Commerce has mitigated, to the maximum extent possible, other threats to the national security of the United States posed by Huawei.

(b) REPORT.—

(1) IN GENERAL.—Not later than 60 days after the date of the enactment of this Act, and annually thereafter, the Secretary of Commerce shall submit to the appropriate congressional committees a report on licenses issued for exports to Huawei.

(2) MATTERS TO BE INCLUDED.—For each such license, the report required by paragraph (1) shall describe—

(A) the items authorized for export;

(B) the end-uses of the items;

(C) the identities of the companies granted the license; and

(D) how the approval of the license is consistent with the national security licensing policy set forth in the Export Administration Regulations.

(3) DISCLOSURE BY APPROPRIATE CONGRESSIONAL COMMITTEES.—Subclause (ii) of section 1761(h)(2)(B) of the Export Control Reform Act of 2018 (50 U.S.C. 4820(h)(2)(B)) shall apply with re-

spect to information in a report received by the appropriate congressional committees under paragraph (1) to the same extent and in the same manner as such subclause (ii) applies with respect to information made available under subclause (i) of such section 1761(h)(2)(B).

(c) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Banking, Housing, and Urban Affairs and the Select Committee on Intelligence of the Senate; and

(B) the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.

(2) ENTITY LIST.—The term "entity list" means the list maintained by the Bureau of Industry and Security and set forth in Supplement No. 4 to part 744 of title 15, Code of Federal Regulations.

(3) EXPORT ADMINISTRATION REGULATIONS.—The term "Export Administration Regulations" means subchapter C of chapter VII of title 15, Code of Federal Regulations.

**SEC. 1260J. REPORT ON ZTE COMPLIANCE WITH SUPERSEDING SETTLEMENT AGREEMENT AND SUPERSEDING ORDER.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter, the President shall submit to Congress a report on the compliance of Zhongxing Telecommunications Equipment Corporation (ZTE Corporation) and ZTE Kangxun Telecommunications Ltd. (ZTE Kangxun) (collectively, "ZTE") with the Superseding Settlement Agreement and Superseding Order reached with the Department of Commerce on June 8, 2018.

(b) FORM.—The report required by subsection (a) shall be submitted in unclassified form and publicly accessible, but may include a classified annex.

**SEC. 1260K. REPORT ON THE LAY-DOWN OF UNITED STATES MARINES IN THE INDO-PACIFIC REGION.**

(a) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the implementation of the planned distributed lay-down of members of the United States Marine Corps in Okinawa, Guam, Hawaii, Australia, and other locations.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

WASHSTATEC006986

(1) A description of the relationship between the planned distributed lay-down in the Indo-Pacific region and the implementation of the National Defense Strategy with respect to such region.

(2) An assessment of the impact of the planned distributed lay-down on the ability of the Armed Forces to respond to current and future contingencies in the area of responsibility of United States Indo-Pacific Command that reflects contingency plans of the Department of Defense.

(3) A description of—

(A) the implementation timeline for the planned distributed lay-down; and

(B) progress made on the planned distributed lay-down, as compared with such timeline.

(4) A description of the adequacy of current and expected training resources at each location associated with the planned distributed lay-down, including—

(A) the ability to train against the full spectrum of threats from near-peer or peer threats; and

(B) any projected limitation due to political, environmental, or other limiting factors.

WASHSTATEC006987

(5) A description of sustainment concepts to support the planned distributed lay-down, including an assessment of the manner in which the planned distributed lay-down will impact logistics and sustainment requirements in support of contingency plans of the Department of Defense.

(6) An updated and detailed description of any military construction projects required to execute the distributed lay-down.

(7) A description of any recommended revision to the current implementation plan, including any recommended new investment associated with any such revision relating to basing, access, and prepositioning in the Indo-Pacific region.

## Subtitle G—Other Matters

### SEC. 1261. MODIFICATION TO REPORT ON LEGAL AND POLICY FRAMEWORKS FOR THE USE OF MILITARY FORCE.

Section 1264 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1689) is amended—

(1) in the heading for subsection (a), by striking "Initial" and inserting "Annual";

(2) in subsection (a)(1), by striking "90 days after the date of the enactment of this Act" and inserting "March 1 of each year";

(3) in subsection (a)(2), by striking "during the period" and all that follows to the end and inserting: "from the preceding year, including—

"(A) a list of all foreign forces, irregular forces, groups, or individuals for which a determination has been made that force could legally be used under the Authorization for Use of Military Force (Public Law 107–40), including—

"(i) the legal and factual basis for such determination; and

"(ii) a description of whether force has been used against each such foreign force, irregular force, group, or individual; and

"(B) the criteria and any changes to the criteria for designating a foreign force, irregular force, group, or individual as lawfully targetable, as a high value target, and as formally or functionally a member of a group covered under the Authorization for Use of Military Force."; and

(4) in subsection (c), by adding at the end the following: "The unclassified portion of each report shall, at a minimum, include each change made to the legal and policy frameworks during the preceding year and the legal, factual, and policy justifications for such changes, and shall be made available to the public at the same time it is submitted to the appropriate congressional committees.".

**SEC. 1262. INDEPENDENT REVIEW OF SUFFICIENCY OF RESOURCES AVAILABLE TO UNITED STATES SOUTHERN COMMAND AND UNITED STATES AFRICA COMMAND.**

(a) IN GENERAL.—The Secretary of Defense shall seek to enter into a contract with a not-for-profit entity or federally funded research and development center independent of the Department of Defense to conduct a review of the sufficiency of resources available to United States Southern Command and United States Africa Command to carry out their respective missions in support of United States national security objectives.

(b) MATTERS TO BE INCLUDED.—The review described in subsection (a) shall include—

(1) a review of current and emerging United States national security interests in the United

WASHSTATEC006990

States Southern Command and United States Africa Command areas of responsibilities;

(2) a review of the National Defense Strategy and its implications for United States presence and activities in the United States Southern Command and United States Africa Command areas of responsibilities;

(3) a comparative analysis of the National Defense Strategy and the Theater Campaign Plans of United States Southern Command and United States Africa Command, which shall include a description of differences, if any, between the guidance and objectives outlined in the National Defense Strategy and those of the respective Theater Campaign Plans;

(4) a review of the sufficiency of the resources available to United States Southern Command and United States Africa Command, including personnel, human resources, and financial resources as well as other non-Department of Defense resources available to United States Southern Command and United States Africa Command, in promoting United States national security interests;

(5) an assessment of the level of regional expertise and experience of the leadership of each such

WASHSTATEC006991

combatant command and their subordinate organizations, service components, and task forces, to include personnel from agencies other than the Department of Defense;

(6) a description of the strategic objectives and end states in the geographic region for which each such combatant command has responsibility and a comparison of the importance and priority of the resources available to each such combatant command to perform its mission; and

(7) an assessment of the ability of each such combatant command to carry out their respective missions based on available resources, including non-Department of Defense resources.

(c) ACCESS TO INFORMATION.—The not-for-profit entity or federally funded research and development center with which the Secretary enters into the contract under subsection (a) shall have full and direct access to all information related to resources available to United States Southern Command and United States Africa Command.

(d) REPORT.—

(1) IN GENERAL.—The Secretary of Defense shall require, as a term of the contract entered into under subsection (a), that not later than 240 days after the date of the enactment of this Act, the not-

WASHSTATEC006992

for-profit entity or federally funded research and development center with which the Secretary of Defense enters into the contract under subsection (a) shall submit to the Secretary of Defense, the Secretary of State, and the Administrator of the United States Agency for International Development a report that contains the assessment required by subsection (a).

(2) SUBMISSION TO CONGRESS.—Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees—

(A) a copy of such report without change; and

(B) any comments the Secretary of Defense considers appropriate.

**SEC. 1263. UNITED STATES CENTRAL COMMAND POSTURE ASSESSMENT AND REVIEW.**

(a) ASSESSMENT AND REVIEW REQUIRED.—

(1) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center to conduct an independent assessment and comprehensive review of United States military force

WASHSTATEC006993

posture and capabilities in the United States Central Command area of responsibility for the purpose of clarifying and evolving United States military force posture and basing throughout such area of responsibility in accordance with the strategic guidance of the National Defense Strategy during the posture review period.

(2) MATTERS TO BE INCLUDED.—The assessment and review conducted under paragraph (1) shall include, for the posture review period, the following:

(A) An assessment of the threats and challenges in the United States Central Command area of responsibility, including threats and challenges posed to United States interests by near-peer competitors.

(B) An explanation of the policy and strategic frameworks for addressing the threats and challenges identified under subparagraph (A).

(C) An identification of current and future United States military force posture and capabilities necessary to counter threats, deter conflict, and defend United States national security interests in the United States Central Command area of responsibility.

WASHSTATEC006994

(D) An assessment of threats and vulnerabilities to current basing, posture, and readiness in the United States Central Command area of responsibility.

(E) An assessment of the basing, cooperative security locations, and other infrastructure necessary to support steady state operations in support of the theater campaign plan and potential contingencies that may arise in or affect the United States Central Command area of responsibility, including any potential efficiencies and risk mitigation measures to be taken.

(F) An assessment of the risks and tradeoffs to United States Central Command priorities resulting from the reorientation of resources toward National Defense Strategy priorities and a description of methods to mitigate any negative impact of such reorientation.

(G) An explanation of the manner in which a modernized global operating model or dynamic force employment approach may yield efficiencies and increase strategic flexibility while achieving United States military objectives in the United States Central Command area of responsibility.

(H) An articulation of the United States nonmilitary efforts and activities necessary to enable the achievement of United States national security interests in the United States Central Command area of responsibility.

(I) Any other matter considered relevant.

(b) RESULTS.—The federally funded research and development center concerned shall submit to the Secretary the results of the assessment and review under subsection (a), which shall include the following:

(1) Considerations and recommendations for improving posture, basing, and readiness in the United States Central Command area of responsibility.

(2) Alternative basing and posture options to reduce costs, enhance readiness, improve posture, and align with National Defense Strategy priorities.

(3) Any legislative recommendations—

(A) to support and facilitate National Defense Strategy implementation with respect to United States Central Command; and

(B) to modernize or improve basing, posture, and readiness in the United States Central Command area of responsibility.

(c) SUBMITTAL TO CONGRESS.—

WASHSTATEC006996

(1) IN GENERAL.—Not later than July 1, 2020, the Secretary shall submit to the congressional defense committees an unaltered copy of the results under subsection (b), together with the written perspectives of the Secretary and the Chairman of the Joint Chiefs of Staff with respect to such results.

(2) FORM.—The submission under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(d) POSTURE REVIEW PERIOD DEFINED.—In this section, the term "posture review period" means the period beginning on the date that is five years after the date of the enactment of this Act and ending on the date that is 15 years after such date of enactment.

**SEC. 1264. LIMITATION ON PRODUCTION OF NUCLEAR PROLIFERATION ASSESSMENT STATEMENTS.**

(a) LIMITATION.—The Secretary of State may not provide to the President, and the President may not submit to Congress, a Nuclear Proliferation Assessment Statement described in subsection a. of section 123 of the Atomic Energy Act of 1954 (42 U.S.C. 2153) with respect to a proposed cooperation agreement with any country that has not signed and implemented an Additional Protocol with the International Atomic Energy Agency, other than a country with which, as of June 19, 2019, there

WASHSTATEC006997

is in effect a civilian nuclear cooperation agreement pursuant to such section 123.

(b) WAIVER.—The limitation under subsection (a) shall be waived with respect to a particular country beginning on the date that is 90 days after the date on which the President submits to the appropriate congressional committees a report describing the manner in which such agreement would advance the national security and defense interests of the United States and not contribute to the proliferation of nuclear weapons.

(c) FORM.—The report described in subsection (b) shall be submitted in unclassified form but may include a classified annex.

(d) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1265. WESTERN HEMISPHERE RESOURCE ASSESSMENT.**

(a) IN GENERAL.— The Secretary of Defense shall seek to enter into a contract with an independent, non-

WASHSTATEC006998

governmental institute described in section 501(c)(3) of the Internal Revenue Code of 1986, and exempt from tax under section 501(a) of such Code, that has recognized credentials and expertise in national security and military affairs to conduct an accounting of and an assessment of the sufficiency of resources available to the United States Southern Command (SOUTHCOM), United States Northern Command (NORTHCOM), Department of State, and United States Agency for International Development (USAID) to carry out their respective missions in the Western Hemisphere.

(b) MATTERS TO BE INCLUDED.—The assessment described in subsection (a) shall include each of the following:

(1) An accounting and description of the funds available to SOUTHCOM, NORTHCOM, the Department of State, and USAID.

(2) A list of bilateral and multilateral military training and exercises with allies and partner countries in the Western Hemisphere.

(3) A description of the security force activities of the United States in the Western Hemisphere.

(4) A description of the activities of the Departments of State and Defense in addressing security challenges in the Western Hemisphere.

WASHSTATEC006999

(5) Cyber domain activities of the United States and those actions in concert with allied and partner countries in the Western Hemisphere.

(6) A description of the funding for all international military education and training programs.

(7) An overview of all foreign military sales and foreign military financing programs with partner countries in the Western Hemisphere.

(8) A list of investments, programs, or partnerships in the Western Hemisphere by China, Iran, Russia, or other adversarial groups or countries that threaten the national security of the United States.

(9) Recommendations for actions the Department of Defense, the Department of State, and USAID could take to advance United States national security interests in the Western Hemisphere.

(c) ACCESS TO INFORMATION.—The independent, non-governmental institute described in subsection (a) with which the Secretary enters into a contract pursuant to such subsection shall have full and direct access to all information related to resources available to SOUTHCOM, NORTHCOM, the Department of State, and USAID.

(d) REPORTS REQUIRED.—

(1) REPORT OF ASSESSMENT.—The Secretary of Defense shall include as a term in the contract entered into pursuant to subsection (a) that the independent, non-governmental institute shall submit to the Secretary of Defense, the Secretary of State, and the Administrator of the USAID a report containing the assessment described in such subsection not later than 240 days after the date of the enactment of this Act.

(2) REPORT TO CONGRESS.—Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report that includes—

(A) an unedited copy of the report submitted in accordance to paragraph (1); and

(B) any comments, changes, recommendations, or other information of the Secretary of Defense, the Secretary of State, and the Administrator of the United States Agency for International Development determine appropriate that relates to the assessment required by subsection (a) and contained in such report.

(3) FORM.—The report required by paragraph (2) shall be submitted in unclassified form but may include a classified annex.

WASHSTATEC007001

(e) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—The term "appropriate congressional committees" means—

(1) the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1266. HUMAN RIGHTS IN BRAZIL.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate congressional committees a report that includes the following:

(1) A description of the security cooperation relationship between the United States and Brazil, including a description of United States objectives, any ongoing or planned security cooperation activities with the military forces of Brazil, and an identification of priority capabilities of the military forces of Brazil that the Department could enhance.

(2) An assessment of the capabilities of the military forces of Brazil.

WASHSTATEC007002

(3) A description of the human rights climate in Brazil, an assessment of the Brazilian military forces' adherence to human rights, and a description of any ongoing or planned cooperative activities between the United States and Brazil focused on human rights.

(4) An identification of any Brazilian military and security force units that are determined or credibly alleged to have engaged in human rights violations and have received or purchased United States equipment or training.

(5) A description of the manner and extent to which a security cooperation strategy between the United States and Brazil could address any human rights abuses identified pursuant to paragraph (3) or (4), encourage accountability, and promote reform through training on human rights, rule of law, and rules of engagement.

(6) Any other matter the Secretary determines to be relevant.

(b) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1267. CERTIFICATION RELATING TO ASSISTANCE FOR GUATEMALA.**

(a) IN GENERAL.—Prior to the transfer of any vehicles by the Department of Defense to a joint task force of the Ministry of Defense or the Ministry of the Interior of Guatemala during fiscal year 2020, the Secretary of Defense shall certify to the appropriate congressional committees that such ministries have made a credible commitment to use such equipment only for the uses for which they were intended.

(b) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Affairs of the House of Representatives; and

(2) the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Relations of the Senate.

WASHSTATEC007004

**SEC. 1268. INDEPENDENT ANALYSIS OF HUMAN RIGHTS SITUATION IN HONDURAS.**

(a) ANALYSIS REQUIRED.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall select and enter into an agreement with an independent think tank or a federally funded research and development center to conduct an analysis of the compliance of the military and security forces of Honduras with international human rights laws and standards.

(2) MATTERS TO BE INCLUDED.—The analysis under paragraph (1) shall include the following:

(A) A description of the military-to-military activities between the United States and Honduras, including the manner in which Department of Defense engagement with the military and security forces of Honduras supports the National Defense Strategy.

(B) An analysis of the activities of the military and security forces of Honduras with respect to human rights activists, including—

(i) a description of the processes and procedures of the Department to identify human rights violations; and

(ii) an analysis of whether such processes and procedures comply with Department policy on adherence to human rights and international law.

(C) With respect to United States national security interests, an analysis of the challenges posed by corruption within the military and security forces of Honduras, including—

(i) an analysis of participation, if any, by the military and security forces of Honduras in illegal narcotics trafficking activities; and

(ii) the processes and procedures within the military and security forces of Honduras to ensure accountability for such activities.

(D) An analysis of—

(i) the security cooperation provided to Honduras by the Department during the 3-year period preceding the date of the enactment of this Act; and

(ii) the extent to which such cooperation has improved accountability, transparency, and compliance to international human rights laws and standards in the

WASHSTATEC007006

security and military operations of the Government of Honduras.

(E)(i) An identification of the units of the military and security forces of Honduras trained by the Department.

(ii) An analysis of the role such units have had, if any, in the training, deployment, and command of the Military Police for Public Order (PMOP) in Honduras.

(F) An analysis of the security cooperation of the Department with military intelligence and special forces units of Honduras.

(G) An analysis of the relative importance of providing development assistance to Honduras to achieve United States national security objectives, including countering the proliferation of illegal narcotics flows through Honduras.

(H) Recommendations on the development of future security cooperation with Honduras that prioritizes—

(i) compliance of the military and security forces of Honduras with human rights laws and standards;

(ii) citizen security; and

(iii) the advancement of United States national security interests with respect to countering the proliferation of illegal narcotics flows through Honduras.

(I) Any other matters the Secretary considers necessary and relevant to United States national security interests.

(b) REPORT.—Not later than 270 days after the date of the enactment of this Act, the entity selected under subsection (a) shall submit to the appropriate committees of Congress a report on the results of the analysis conducted under that subsection.

(c) DEPARTMENT OF DEFENSE SUPPORT.—The Secretary shall provide the entity selected under subsection (a) with timely access to appropriate information, data, and analyses necessary to carry out such analysis in a thorough and independent manner.

(d) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

WASHSTATEC007008

**SEC. 1269. BRIEFING ON STRATEGY TO IMPROVE THE EFFORTS OF THE NIGERIAN MILITARY TO PREVENT, MITIGATE, AND RESPOND TO CIVILIAN HARM.**

Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly provide to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a briefing on—

(1) the current strategy to improve defense institutions and security sector forces in Nigeria required by section 1279A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1701);

(2) any efforts planned or under way to assist the Nigerian military to improve its efforts to prevent, mitigate, and respond to civilian harm;

(3) an assessment of the effectiveness of such training; and

(4) an overall assessment of efforts by the Government of Nigeria to improve civilian protection, accountability for human rights violations, and transparency in the defense institutions and security sector force.

WASHSTATEC007009

**SEC. 1270. REPORT ON IMPLICATIONS OF CHINESE MILITARY PRESENCE IN DJIBOUTI.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report that contains a comprehensive strategy to address security concerns posed by the Chinese People's Liberation Army Support Base in Djibouti to United States military installations and logistics chains in sub-Saharan Africa and the Middle East.

(b) MATTERS TO BE INCLUDED.—The report required by subsection (a) shall include the following:

(1) An assessment of the potential military, intelligence, and logistical threats facing regional United States military infrastructure, supply chains, and operations due to Chinese military presence in Djibouti and a description of any efforts to mitigate such threats.

(2) An assessment of Djibouti's Chinese-held public debt as well as any other potential means of Chinese economic coercion, and a description of the strategic vulnerabilities posed to the United States if China moves to claim the Port of Djibouti or other key logistical assets in repayment.

(3) A description of the specific operational challenges facing the United States military in the

WASHSTATEC007010

Horn of Africa and the Middle East in the event that access to the Port of Djibouti becomes limited or lost in its entirety, as well as a description of any contingency plans in the event of such scenarios.

(4) An identification of the measures in place to mitigate risk of escalation between United States and Chinese military assets in Djibouti or any additional mechanisms that may be advisable.

(5) Any other matters the Secretary of Defense considers appropriate.

(c) FORM.—The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 1271. RULE OF CONSTRUCTION ON THE PERMANENT STATIONING OF UNITED STATES ARMED FORCES IN SOMALIA.**

Nothing in this Act may be construed to authorize the permanent stationing of members of the Armed Forces in Somalia.

**SEC. 1272. DEFENSE AND DIPLOMATIC STRATEGY FOR LIBYA.**

(a) REPORT REQUIRED.—Not later than 270 days after the date of enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly submit to the appropriate congressional committees a report that

contains a description of the United States defense and diplomatic strategy for Libya.

(b) ELEMENTS.—The report required by subsection (a) shall include the following elements:

(1) An explanation of the defense and diplomatic strategy for Libya, including a description of the ends, ways, and means inherent to the strategy, and the role of the Armed Forces in supporting the strategy.

(2) An explanation of the policy and legal authorities of the Department of Defense and the Department of State required to support the strategy.

(3) A detailed description of Department of Defense security partnerships with Libyan actors.

(4) A detailed description of Libyan and external security actors and an assessment of how those actors advance or undermine stability in Libya and United States strategic interests in Libya, including United States interests in a political settlement to the conflict in Libya.

(5) A detailed description of the military activities of external actors in Libya, including assessments of whether those activities—

WASHSTATEC007012

(A) have undermined progress towards stabilization of Libya, including the United Nations-led negotiations;

(B) involve United States-origin equipment and violate contractual conditions of acceptable use of such equipment; or

(C) violate or seek to violate the United Nations arms embargo on Libya imposed pursuant to United Nations Security Council Resolution 1970 (2011).

(6) A description of any plans to integrate the United States defense and diplomatic resources necessary to implement the strategy.

(7) Any other matters the Secretaries considers appropriate.

(c) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services, the Committee on Foreign Relations, and the Committee on Appropriations of the Senate; and

(2) the Committee on Armed Services, the Committee on Foreign Affairs, and the Committee on Appropriations of the House of Representatives.

**SEC. 1273. PROHIBITION ON IN-FLIGHT REFUELING TO NON-UNITED STATES AIRCRAFT THAT ENGAGE IN HOSTILITIES IN THE ONGOING CIVIL WAR IN YEMEN.**

For the two-year period beginning on the date of the enactment of this Act, the Department of Defense may not provide in-flight refueling pursuant to section 2342 of title 10, United States Code, or any other applicable statutory authority, to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen unless and until a declaration of war or a specific statutory authorization for such use of United States Armed Forces has been enacted.

**SEC. 1274. REPORT ON SAUDI-LED COALITION STRIKES IN YEMEN.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, and annually thereafter for two years, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the appropriate congressional committees a report on civilian casualties caused by the

WASHSTATEC007014

Saudi-led coalition and by the Houthis as part of the civil war in Yemen.

(b) MATTERS TO BE INCLUDED.—Each such report shall contain the following:

(1) An estimate of the number of civilian casualties resulting from operations by the Saudi-led coalition and by the Houthis during the preceding year.

(2) An assessment of whether members of the Saudi-led coalition and the Houthis followed the norms and practices the United States military employs to avoid civilian casualties and ensure proportionality.

(3) An assessment of whether operations executed by members of the Saudi-led coalition and by the Houthis are in compliance with the United States' interpretation of the laws governing armed conflict and proportionality.

(4) Any other matters the Secretary determines to be relevant.

(c) APPROPRIATE CONGRESSIONAL COMMITTEE DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees; and

WASHSTATEC007015

(2) the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate; and

(3) the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 1275. REPORTS ON EXPENSES INCURRED FOR IN-FLIGHT REFUELING OF SAUDI COALITION AIRCRAFT CONDUCTING MISSIONS RELATING TO CIVIL WAR IN YEMEN.**

(a) REPORTS REQUIRED.—

(1) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, and every 30 days thereafter, the Secretary of Defense shall submit a report to the appropriate committees of Congress detailing the expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen during the period of March 1, 2015, through November 11, 2018, and the extent to which such expenses have been reimbursed by members of the Saudi-led coalition.

(2) ELEMENTS.—Each report required under paragraph (1) shall include the following:

(A) The total expenses incurred by the United States in providing in-flight refueling services, including fuel, flight hours, and other applicable expenses, to Saudi or Saudi-led coalition, non-United States aircraft conducting missions as part of the civil war in Yemen.

(B) The amount of the expenses described in subparagraph (A) that has been reimbursed by each member of the Saudi-led coalition.

(C) Any action taken by the United States to recoup the remaining expenses described in subparagraph (A), including any commitments by members of the Saudi-led coalition to reimburse the United States for such expenses.

(3) SUNSET.—The reporting requirement under paragraph (1) shall cease to be effective on the date on which the Secretary certifies to the appropriate committees of Congress that all expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen during the period of March 1, 2015, through November 11, 2018, have been reimbursed.

WASHSTATEC007017

(b) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services of the Senate;

(2) the Committee on Armed Services of the House of Representatives;

(3) the Committee on Foreign Relations of the Senate; and

(4) the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1276. REPORT ON SAUDI ARABIA'S HUMAN RIGHTS RECORD.**

(a) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Secretary of State shall submit to the appropriate congressional committees a report in writing that—

(1) describes the extent to which officials of the Government of Saudi Arabia, including members of the military or security services, are responsible for or complicit in gross violations of internationally recognized human rights, including violations of the human rights of journalists, bloggers, human rights defenders, and those who support women's rights or religious freedom;

WASHSTATEC007018

(2) describes violations of human rights in Saudi Arabia by officials of the Government of Saudi Arabia, including against journalists, bloggers, human rights defenders, and civil society activists;

(3) describes United States actions to address Saudi violations of human rights, including against journalists, bloggers, human rights defenders, and civil society activists, including demands for clemency review of these cases;

(4) describes any intolerant content in educational materials published by Saudi Arabia's Ministry of Education that are used in schools both inside Saudi Arabia and at schools throughout the world; and

(5) describes United States actions to encourage Saudi Arabia to retrieve and destroy materials with intolerant material and revise teacher manuals and retrain teachers to reflect changes in educational materials and promote tolerance.

(b) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(c) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In the section, the term "appropriate congressional committees" means—

(1) the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate; and

(2) the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 1277. REPORT ON INTELLIGENCE COMMUNITY ASSESSMENT RELATING TO THE KILLING OF WASHINGTON POST COLUMNIST JAMAL KHASHOGGI.**

(a) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees a report consisting of—

(1) a determination and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi; and

(2) a list of foreign persons that the Director of National Intelligence has high confidence—

(A) were responsible for, or complicit in, ordering, controlling, or otherwise directing an

act or acts contributing to or causing the death of Jamal Khashoggi;

(B) knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, an activity described in subparagraph (A); or

(C) impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation.

(b) FORM.—

(1) IN GENERAL.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(2) NAMES OF FOREIGN PERSONS LISTED.—The name of each foreign person listed in the report described in subsection (a)(2) shall be included in the unclassified portion of the report unless the Director of National Intelligence determines that such disclosure would undermine United States intelligence sources and methods or threaten the national security interests of the United States.

(c) DEFINED.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives; and

(B) the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate.

(2) KNOWINGLY.—The term "knowingly", with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.

**SEC. 1278. UNITED STATES-ISRAEL COOPERATION TO COUNTER UNMANNED AERIAL SYSTEMS.**

(a) AUTHORITY TO ESTABLISH CAPABILITIES TO COUNTER UNMANNED AERIAL SYSTEMS.—

(1) IN GENERAL.—The Secretary of Defense, upon request of the Ministry of Defense of Israel and in consultation with the Secretary of State and the Director of National Intelligence, is authorized to carry out research, development, test, and evaluation activities, on a joint basis with Israel, to establish capabilities for countering unmanned aerial sys-

tems that threaten the United States or Israel. Any activities carried out pursuant to such authority shall be conducted in a manner that appropriately protects sensitive technology and information and the national security interests of the United States and Israel.

(2) REPORT.—The activities described in paragraph (1) and subsection (b) may not be carried out until after the Secretary of Defense submits to the appropriate committees of Congress a report setting forth the following:

(A) A memorandum of agreement between the United States and Israel regarding sharing of research and development costs for the capabilities described in paragraph (1), and any supporting documents.

(B) A certification that the memorandum of agreement—

(i) requires sharing of costs of projects, including in-kind support, between the United States and Israel;

(ii) establishes a framework to negotiate the rights to any intellectual property developed under the memorandum of agreement; and

WASHSTATEC007023

(iii) requires the United States Government to receive semiannual reports on expenditure of funds, if any, by the Government of Israel, including a description of what the funds have been used for, when funds were expended, and an identification of entities that expended the funds.

(b) SUPPORT IN CONNECTION WITH THE PROGRAM.—

(1) IN GENERAL.—The Secretary of Defense is authorized to provide maintenance and sustainment support to Israel for the research, development, test, and evaluation activities authorized in subsection (a)(1). Such authority includes authority to install equipment necessary to carry out such research, development, test, and evaluation activities.

(2) REPORT.—Support may not be provided under paragraph (1) until 15 days after the Secretary submits to the appropriate committees of Congress a report setting forth a detailed description of the support to be provided.

(3) MATCHING CONTRIBUTION.—

(A) IN GENERAL.—Except as provided in subparagraph (B), support may not be provided

under this subsection unless the Government of Israel contributes an amount not less than the amount of support to be so provided to the program, project, or activity for which the support is to be so provided in the calendar year in which the support is provided.

(B) EXCEPTION.—Subject to paragraph (4), the Secretary may use amounts available to the Secretary in excess of the amount contributed by the Government of Israel to provide support under this subsection for costs associated with any unique national requirement identified by the United States with respect to countering unmanned aerial systems.

(4) ANNUAL LIMITATION ON AMOUNT.—The amount of support provided under this subsection in any year may not exceed $25,000,000.

(5) USE OF CERTAIN AMOUNTS FOR RDT&E ACTIVITIES IN THE UNITED STATES.—Of the amount provided by the United States in support under paragraph (1), not less than 50 percent of such amount shall be used for research, development, test, and evaluation activities in the United States in connection with such support.

(c) LEAD AGENCY.—The Secretary of Defense shall designate an appropriate research and development entity of a military department as the lead agency of the Department of Defense in carrying out this section.

(d) SEMIANNUAL REPORTS.—The Secretary of Defense shall submit to the appropriate committees of Congress on a semiannual basis a report that contains a copy of the most recent semiannual report provided by the Government of Israel to the Department of Defense pursuant to subsection (a)(2)(B)(iii).

(e) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services, the Committee on Foreign Relations, the Committee on Homeland Security, the Committee on Appropriations, and the Select Committee on Intelligence of the Senate; and

(2) the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on Homeland Security, the Committee on Appropriations, and the Permanent Select Committee on Intelligence of the House of Representatives.

(f) SUNSET.—The authority in this section to carry out activities described in subsection (a), and to provide

support described in subsection (b), shall expire on December 31, 2024.

**SEC. 1279. EXTENSION AND MODIFICATION OF AUTHORITY FOR UNITED STATES-ISRAEL ANTI-TUNNEL COOPERATION ACTIVITIES.**

(a) MODIFICATION OF AUTHORITY.—Subsection (a) of section 1279 of the National Defense Authorization Act for Fiscal Year 2016 (22 U.S.C. 8606 note) is amended, in the first sentence, by striking "and to establish capabilities for countering unmanned aerial systems".

(b) EXCEPTION TO MATCHING CONTRIBUTION REQUIREMENT.—Subsection (b)(3) of such section is amended—

(1) by striking "Support" and inserting the following:

"(A) IN GENERAL.—Except as provided in subparagraph (B), support"; and

(2) by adding at the end the following:

"(B) EXCEPTION.—Subject to paragraph (4), the Secretary may use amounts available to the Secretary in excess of the amount contributed by the Government of Israel to provide support under this subsection for costs associated with any unique national requirement

WASHSTATEC007027

identified by the United States with respect to anti-tunnel capabilities.''.

(c) EXTENSION.—Subsection (f) of such section is amended by striking ''December 31, 2020'' and inserting ''December 31, 2024''.

**SEC. 1280. REPORT ON COST IMPOSITION STRATEGY.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the heads of other Federal departments and agencies, as appropriate, shall submit to the congressional defense committees a report describing the cost imposition strategies of the Department of Defense with respect to the People's Republic of China and the Russian Federation.

(b) ELEMENTS.—The report under subsection (a) shall include the following:

(1) A description of the manner in which the future-years defense program and current operational concepts of the Department are designed to impose costs on the People's Republic of China and the Russian Federation, including—

(A) political, economic, budgetary, human capital, and technology costs; and

(B) costs associated with military efficiency and effectiveness.

WASHSTATEC007028

(2) A description of the policies and processes of the Department relating to the development and execution of cost imposition strategies.

(c) FORM.—The report under subsection (a) shall be submitted in classified form, and shall include an unclassified summary.

**SEC. 1281. MODIFICATION OF INITIATIVE TO SUPPORT PROTECTION OF NATIONAL SECURITY ACADEMIC RESEARCHERS FROM UNDUE INFLUENCE AND OTHER SECURITY THREATS.**

(a) IN GENERAL.—Subsection (a) of section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended, in the matter preceding paragraph (1), by striking "academic institutions" and inserting "institutions of higher education".

(b) ADDITIONAL REQUIREMENTS.—Subsection (c) of such section is amended—

(1) by amending paragraph (2) to read as follows:

"(2) Training developed and delivered in consultation with institutions of higher education and appropriate Government agencies, and other support to institutions of higher education, to promote security and limit undue influence on institutions of

WASHSTATEC007029

higher education and personnel, including Department of Defense financial support to carry out such activities, that—

"(A) emphasizes best practices for protection of sensitive national security information; and

"(B) includes the dissemination of unclassified materials and resources for identifying and protecting against emerging threats to institutions of higher education, including specific counterintelligence information and advice developed specifically for faculty and academic researchers based on actual identified threats.";

(2) in paragraph (3), by striking "and academic institutions";

(3) in paragraph (7), by striking "academic institution" and inserting "institution of higher education"; and

(4) by adding at the end the following new paragraph:

"(8) A list, developed and continuously updated in consultation with the Bureau of Industry and Security of the Department of Commerce, the Director of National Intelligence, United States institutions of higher education that conduct significant Depart-

ment of Defense research or engineering activities, and other appropriate individuals and organizations, of academic institutions of the People's Republic of China, the Russian Federation, and other countries, that—

"(A) have a history of improper technology transfer, intellectual property theft, or cyber or human espionage;

"(B) operate under the direction of the military forces or intelligence agency of the applicable country;

"(C) are known—

"(i) to recruit foreign individuals for the purpose of transferring knowledge to advance military or intelligence efforts; or

"(ii) to provide misleading information or otherwise attempt to conceal the connections of an individual or institution to a defense or an intelligence agency of the applicable country; or

"(D) pose a serious risk of improper technology transfer of data, technology, or research that is not published or publicly available.".

WASHSTATEC007031

(c) PROCEDURES FOR ENHANCED INFORMATION SHARING.—Subsection (d) of such section is amended to read as follows:

"(d) PROCEDURES FOR ENHANCED INFORMATION SHARING.—

"(1) IN GENERAL.—Not later than October 1, 2020, for the purpose of maintaining appropriate security controls over research activities, technical information, and intellectual property, the Secretary, in conjunction with appropriate public and private entities, shall establish streamlined procedures to collect appropriate information relating to individuals, including United States citizens and foreign nationals, who participate in defense research and development activities (other than basic research).

"(2) PROTECTION FROM RELEASE.—The procedures required by paragraph (1) shall include procedures to protect such information from release, consistent with applicable regulations.

"(3) REPORTING TO GOVERNMENT INFORMATION SYSTEMS AND REPOSITORIES.—The procedures required by paragraph (1) may include procedures developed, in coordination with appropriate public and private entities, to report such information to

existing Government information systems and repositories.''.

(d) ANNUAL REPORT.—Subsection (e) of such section is amended—

(1) in the subsection heading, by inserting "ANNUAL" before "REPORT";

(2) in paragraph (1), by striking "one year after the date of the enactment" and all that follows through "the Secretary" and inserting "April 30, 2020, and annually thereafter, the Secretary, acting through appropriate Government officials (including the Under Secretary for Research and Engineering),"; and

(3) in paragraph (2), by adding at the end the following new subparagraph:

"(F) Identification of any incident relating to undue influence to security threats to academic research activities funded by the Department of Defense, including theft of property or intellectual property relating to a project funded by the Department at an institution of higher education.''.

WASHSTATEC007033

**SEC. 1282. MODIFICATION OF RESPONSIBILITY FOR POLICY ON CIVILIAN CASUALTY MATTERS.**

Section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 134 note) is amended—

(1) in subsection (b)—

(A) in paragraph (3), by inserting "appropriate to the specific regional circumstances" after "publicly available means";

(B) in paragraph (5)—

(i) in subparagraph (A), by inserting ", including for acknowledging the status of any individuals killed or injured who were believed to be enemy combatants, but subsequently determined to be non-combatants" after "operations"; and

(ii) in subparagraph (B)—

(I) by inserting "or other assistance" after "payments"; and

(II) by striking "necessary" and inserting "reasonable and culturally appropriate"; and

(C) in paragraph (7), by striking "and" at the end;

(D) by redesignating paragraph (8) as paragraph (9); and

(E) by inserting after paragraph (7) the following:

"(8) cultivating, developing, retaining, and disseminating—

"(A) lessons learned for integrating civilian protection into operational planning and identifying the proximate cause or causes of civilian casualties; and

"(B) practices developed to prevent, mitigate, or respond to such casualties;";

(2) by redesignating subsection (c) as subsection (d);

(3) by inserting after subsection (b) the following:

"(c) COORDINATION.—The senior civilian official designated under subsection (a) shall develop and implement steps to increase coordination with the relevant Chiefs of Mission and other appropriate positions in the Department of State with respect to the policies required pursuant to subsection (a) and other matters or assistance related to civilian harm, resulting from military operations."; and

(4) by inserting after subsection (d), as so redesignated, the following:

WASHSTATEC007035

"(e) BRIEFING.—Not later than 180 days after the date of the enactment of this subsection, the senior civilian official designated under subsection (a) shall provide to the congressional defense committees a briefing on—

"(1) the updates made to the policy developed by the senior civilian official pursuant to this section; and

"(2) the efforts of the Department to implement such updates.".

**SEC. 1283. REPORT ON EXPORT OF CERTAIN SATELLITES TO ENTITIES WITH CERTAIN BENEFICIAL OWNERSHIP STRUCTURES.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Commerce, in consultation with the heads of appropriate agencies, shall submit to the appropriate congressional committees a report on addressing the threat or potential threat posed by the export, reexport, or in-country transfer of satellites described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 22 U.S.C. 2778 note) to entities described in subsection (b).

(b) ENTITIES DESCRIBED.—

(1) IN GENERAL.—An entity described in this subsection is an entity the beneficial owner of which is—

(A) an individual who is a citizen or national of a country described in section 1261(c)(2) of the National Defense Authorization Act for Fiscal Year 2013;

(B) an entity organized under the laws of or otherwise subject to the jurisdiction of such a country;

(C) the government of such a country; or

(D) any other individual or entity the Secretary determines would detrimentally affect the national security of the United States.

(2) DETERMINATION OF BENEFICIAL OWNERSHIP.—For purposes of paragraph (1), the Secretary shall identify a person as the beneficial owner of an entity—

(A) in a manner that is not less stringent than the manner set forth in section 240.13d–3 of title 17, Code of Federal Regulations (as in effect on the date of the enactment of this Act); and

(B) based on a threshold, to be determined by the Secretary, based on an assessment of

WASHSTATEC007037

whether the person's position would give the person an opportunity to control the use of a satellite described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 and exported, reexported, or transferred in country to the entity.

(c) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) An evaluation of whether satellites described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 have been exported, reexported, or transferred in-country, directly or indirectly, to entities described in subsection (b).

(2) An examination of the effect on national security of the potential export, reexport, or in-country transfer of satellites in compliance with section 1261(c) of the National Defense Authorization Act for Fiscal Year 2013 in circumstances in which the services, bandwidth, or functions of the satellites could subsequently be leased or sold to, or otherwise used by, an entity described in subsection (b).

(3) An examination of the effect on national security of not limiting the export, reexport, or in-

country transfer of such satellites to entities described in subsection (b).

(4) Recommendations for, and an assessment of the effectiveness of, a licensing condition that would prohibit or limit the export, reexport, or in-country transfer of such satellites to, or the use of such satellites by, entities described in subsection (b).

(5) An assessment, based on realistic and justifiable assumptions and forecasts, of the economic implications of and potential harm caused by a licensing condition described in paragraph (4) on the United States industries that develop or produce satellites and commercial telecommunications equipment that do not have direct national security ties.

(6) An evaluation of the resources necessary to ensure the ability of the Bureau of Industry and Security of the Department of Commerce—

(A) to adequately identify and analyze the beneficial owners of entities in decisions relating to—

(i) issuing licenses for the export, reexport, or in-country transfer of such satellites to such entities; or

(ii) the ultimate end uses and end-users of such satellites; and

(B) when evaluating such a decision—

(i) to have full knowledge of the potential end-user of the satellite and the current beneficial owner of the entity; and

(ii) to be able to determine whether issuing the license would be inconsistent with the goal of preventing entities described in subsection (b) from accessing or using such satellites.

(d) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(e) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Commerce, Science, and Transportation, the Committee on Foreign Relations, and the Select Committee on Intelligence of the Senate; and

(2) the Committee on Armed Services, the Committee on Financial Services, the Committee on Energy and Commerce, the Committee on Foreign

WASHSTATEC007040

Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 1284. RULE OF CONSTRUCTION RELATING TO THE USE OF MILITARY FORCE.**

Nothing in this Act, or any amendment made by this Act, may be construed to authorize the use of military force, including the use of military force against Iran or any other country.

**SEC. 1285. REPORTS AND BRIEFINGS ON USE OF MILITARY FORCE AND SUPPORT OF PARTNER FORCES.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, the President shall submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a report on actions taken pursuant to the Authorization for Use of Military Force (Public Law 107–40) against those countries or organizations described in such law, as well as any actions taken to command, coordinate, participate in the movement of, or accompany the regular or irregular military forces of any foreign country or government when such forces are engaged in hostilities or in situations where imminent involvement in hostilities is clearly indicated by the circumstances, during the preceding 180-day period.

WASHSTATEC007041

(b) MATTERS TO BE INCLUDED.—The report required by subsection (a) shall include, with respect to the time period for which the report was submitted, the following:

(1) A list of each country or organization with respect to which force has been used pursuant to the Authorization for Use of Military Force, including the legal and factual basis for the determination that authority under such law applies with respect to each such country or organization.

(2) An intelligence assessment of the risk to the United States posed by each such country or organization.

(3) A list of each country in which operations were conducted pursuant to such law and a description of the circumstances necessitating the use of force pursuant to such law, including whether the country is designated as an area of active hostilities.

(4) A general description of the status of operations conducted pursuant to such law as well as a description of the expected scope and duration of such operations.

(5) A list of each partner force and country with respect to which United States Armed Forces have commanded, coordinated, participated in the

movement of, or accompanied the regular or irregular forces of any foreign country or government that have engaged in hostilities or there existed an imminent threat that such forces would become engaged in hostilities, including—

(A) a delineation of any such instances in which such United States Armed Forces were or were not operating under the Authorization for Use of Military Force; and

(B) a determination of whether the foreign forces, irregular forces, groups, or individuals against which such hostilities occurred are covered by such law.

(6) A description of the actual and proposed contributions, including financing, equipment, training, troops, and logistical support, provided by each foreign country that participates in any international coalition with the United States to combat a country or organization described in the Authorization for Use of Military Force.

(c) FORM.—The information required under paragraphs (1) and (2) of subsection (b) shall be submitted in unclassified form.

(d) OTHER REPORTS.—If United States Armed Forces are introduced into hostilities, or into situations

where imminent involvement in hostilities is clearly indicated by the circumstances, against any country, organization, or person pursuant to statutory or constitutional authorities other than Authorization for Use of Military Force, the President shall comply with the reporting requirements under—

(1) this section to the same extent and in the same manner as if such actions had been taken under Authorization for Use of Military Force;

(2) the War Powers Resolution (50 U.S.C. 1541 et seq.); and

(3) any other applicable provision of law.

(e) BRIEFINGS.—At least once during each 180-day period described in subsection (a), the President shall provide to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a briefing on the matters covered by the report required under this section for such period.

# TITLE XIII—COOPERATIVE THREAT REDUCTION

Sec. 1301. Funding allocations; specification of cooperative threat reduction funds.

**SECTION 1301. FUNDING ALLOCATIONS; SPECIFICATION OF COOPERATIVE THREAT REDUCTION FUNDS.**

(a) FUNDING ALLOCATIONS.—Of the $338,700,000 authorized to be appropriated to the Department of Defense for fiscal year 2010 in section 301 and made available by the funding table in division D for the Department of Defense Cooperative Threat Reduction Program established under section 1321 of the Department of Defense Cooperative Threat Reduction Act (50 U.S.C. 3711), the following amounts may be obligated for the purposes specified:

(1) For strategic offensive arms elimination, $492,000.

(2) For chemical weapons destruction, $12,856,000.

(3) For global nuclear security, $33,919,000.

(4) For cooperative biological engagement, $183,642,000.

(5) For proliferation prevention, $79,869,000.

(6) For activities designated as Other Assessments/Administrative Costs, $27,922,000.

(b) SPECIFICATION OF COOPERATIVE THREAT REDUCTION FUNDS.—Funds appropriated pursuant to the authorization of appropriations in section 301 and made available by the funding table in division D for the Department of Defense Cooperative Threat Reduction Program

shall be available for obligation for fiscal years 2020, 2021, and 2022.

# TITLE XIV—OTHER AUTHORIZATIONS

Subtitle A—Military Programs

Sec. 1401. Working capital funds.
Sec. 1402. Chemical agents and munitions destruction, defense.
Sec. 1403. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1404. Defense inspector general.
Sec. 1405. Defense health program.

Subtitle B—Other Matters

Sec. 1411. Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.
Sec. 1412. Authorization of appropriations for Armed Forces Retirement Home.

## Subtitle A—Military Programs

### SEC. 1401. WORKING CAPITAL FUNDS.

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for providing capital for working capital and revolving funds, as specified in the funding table in section 4501.

### SEC. 1402. CHEMICAL AGENTS AND MUNITIONS DESTRUCTION, DEFENSE.

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for Chemical Agents and Munitions

Destruction, Defense, as specified in the funding table in section 4501.

(b) USE.—Amounts authorized to be appropriated under subsection (a) are authorized for—

(1) the destruction of lethal chemical agents and munitions in accordance with section 1412 of the Department of Defense Authorization Act, 1986 (50 U.S.C. 1521); and

(2) the destruction of chemical warfare materiel of the United States that is not covered by section 1412 of such Act.

**SEC. 1403. DRUG INTERDICTION AND COUNTER-DRUG ACTIVITIES, DEFENSE-WIDE.**

Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4501.

**SEC. 1404. DEFENSE INSPECTOR GENERAL.**

Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for the Office of the Inspector General of the Department of Defense, as specified in the funding table in section 4501.

WASHSTATEC007047

**SEC. 1405. DEFENSE HEALTH PROGRAM.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the Defense Health Program for use of the Armed Forces and other activities and agencies of the Department of Defense for providing for the health of eligible beneficiaries, as specified in the funding table in section 4501.

## Subtitle B—Other Matters

**SEC. 1411. AUTHORITY FOR TRANSFER OF FUNDS TO JOINT DEPARTMENT OF DEFENSE-DEPARTMENT OF VETERANS AFFAIRS MEDICAL FACILITY DEMONSTRATION FUND FOR CAPTAIN JAMES A. LOVELL HEALTH CARE CENTER, ILLINOIS.**

(a) AUTHORITY FOR TRANSFER OF FUNDS.—Of the funds authorized to be appropriated by section 1405 and available for the Defense Health Program for operation and maintenance, $127,000,000 may be transferred by the Secretary of Defense to the Joint Department of Defense–Department of Veterans Affairs Medical Facility Demonstration Fund established by subsection (a)(1) of section 1704 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111–84; 123 Stat. 2571). For purposes of subsection (a)(2) of such section 1704, any funds so transferred shall be treated as amounts authorized and appropriated specifically for the purpose of such a transfer.

WASHSTATEC007048

(b) USE OF TRANSFERRED FUNDS.—For the purposes of subsection (b) of such section 1704, facility operations for which funds transferred under subsection (a) may be used are operations of the Captain James A. Lovell Federal Health Care Center, consisting of the North Chicago Veterans Affairs Medical Center, the Navy Ambulatory Care Center, and supporting facilities designated as a combined Federal medical facility under an operational agreement covered by section 706 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110–417; 122 Stat. 4500).

### SEC. 1412. AUTHORIZATION OF APPROPRIATIONS FOR ARMED FORCES RETIREMENT HOME.

There is hereby authorized to be appropriated for fiscal year 2020 from the Armed Forces Retirement Home Trust Fund the sum of $64,300,000 for the operation of the Armed Forces Retirement Home.

# TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR OVERSEAS CONTINGENCY OPERATIONS

Sec. 1501. Purpose.
Sec. 1502. Treatment as additional authorizations.

Subtitle A—Authorization of Appropriations for Overseas Contingency Operations

Sec. 1511. Overseas contingency operations.
Sec. 1512. Procurement.
Sec. 1513. Research, development, test, and evaluation.
Sec. 1514. Operation and maintenance.

WASHSTATEC007049

Sec. 1515. Military personnel.
Sec. 1516. Working capital funds.
Sec. 1517. Drug interdiction and counter-drug activities, defense-wide.
Sec. 1518. Defense inspector general.
Sec. 1519. Defense health program.
Sec. 1520. Afghanistan security forces fund.
Sec. 1520A. Special transfer authority.

Subtitle B—Authorization of Appropriations for Emergency Funds for Recovery and Restoration

Sec. 1521. Procurement.
Sec. 1522. Research, development, test, and evaluation.
Sec. 1523. Operation and maintenance.
Sec. 1524. Restriction on transfer of funds authorized by this subtitle.

**SEC. 1501. PURPOSE.**

The purposes of this title are to authorize appropriations for the Department of Defense for fiscal year 2020—

(1) to provide additional funds for overseas contingency operations being carried out by the Armed Forces; and

(2) to provide additional emergency funds for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska that were impacted by natural disasters.

**SEC. 1502. TREATMENT AS ADDITIONAL AUTHORIZATIONS.**

The amounts authorized to be appropriated by this title are in addition to amounts otherwise authorized to be appropriated by this Act.

# Subtitle A—Authorization of Appropriations for Overseas Contingency Operations

**SEC. 1511. OVERSEAS CONTINGENCY OPERATIONS.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the Department of Defense for overseas contingency operations in such amounts as may be designated as provided in section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(ii)).

**SEC. 1512. PROCUREMENT.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4102.

**SEC. 1513. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4202.

**SEC. 1514. OPERATION AND MAINTENANCE.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other

WASHSTATEC007051

activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4302.

**SEC. 1515. MILITARY PERSONNEL.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, military personnel accounts, as specified in the funding table in section 4402.

**SEC. 1516. WORKING CAPITAL FUNDS.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for providing capital for working capital and revolving funds, as specified in the funding table in section 4502.

**SEC. 1517. DRUG INTERDICTION AND COUNTER-DRUG ACTIVITIES, DEFENSE-WIDE.**

Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4502.

WASHSTATEC007052

**SEC. 1518. DEFENSE INSPECTOR GENERAL.**

Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for the Office of the Inspector General of the Department of Defense, as specified in the funding table in section 4502.

**SEC. 1519. DEFENSE HEALTH PROGRAM.**

Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for the Defense Health Program, as specified in the funding table in section 4502.

**SEC. 1520. AFGHANISTAN SECURITY FORCES FUND.**

(a) CONTINUATION OF PRIOR AUTHORITIES AND NOTICE AND REPORTING REQUIREMENTS.—Funds available to the Department of Defense for the Afghanistan Security Forces Fund for fiscal year 2020 shall be subject to the conditions contained in—

(1) subsections (b) through (f) of section 1513 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110–181; 122 Stat. 428); and

(2) section 1521(d)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2577).

(b) EQUIPMENT DISPOSITION.—

WASHSTATEC007053

(1) ACCEPTANCE OF CERTAIN EQUIPMENT.—Subject to paragraph (2), the Secretary of Defense may accept equipment that is procured using amounts authorized to be appropriated for the Afghanistan Security Forces Fund by this Act and is intended for transfer to the security forces of the Ministry of Defense and the Ministry of the Interior of the Government of Afghanistan, but is not accepted by such security forces.

(2) CONDITIONS ON ACCEPTANCE OF EQUIPMENT.—Before accepting any equipment under the authority provided by paragraph (1), the Commander of United States forces in Afghanistan shall make a determination that such equipment was procured for the purpose of meeting requirements of the security forces of the Ministry of Defense and the Ministry of the Interior of the Government of Afghanistan, as agreed to by both the Government of Afghanistan and the Government of the United States, but is no longer required by such security forces or was damaged before transfer to such security forces.

(3) ELEMENTS OF DETERMINATION.—In making a determination under paragraph (2) regarding equipment, the Commander of United States forces

WASHSTATEC007054

in Afghanistan shall consider alternatives to the acceptance of such equipment by the Secretary. An explanation of each determination, including the basis for the determination and the alternatives considered, shall be included in the relevant quarterly report required under paragraph (5).

(4) TREATMENT AS DEPARTMENT OF DEFENSE STOCKS.—Equipment accepted under the authority provided by paragraph (1) may be treated as stocks of the Department of Defense upon notification to the congressional defense committees of such treatment.

(5) QUARTERLY REPORTS ON EQUIPMENT DISPOSITION.—

(A) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act and every 90-day period thereafter during which the authority provided by paragraph (1) is exercised, the Secretary shall submit to the congressional defense committees a report describing the equipment accepted during the period covered by such report under the following:

(i) This subsection.

(ii) Section 1521(b) of the National Defense Authorization Act for Fiscal Year

2017 (Public Law 114–328; 130 Stat. 2575).

(iii) Section 1531(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1088).

(iv) Section 1532(b) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat. 3613).

(v) Section 1531(d) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113–66; 127 Stat. 938; 10 U.S.C. 2302 note).

(B) ELEMENTS.—Each report under subparagraph (A) shall include a list of all equipment that was accepted during the period covered by such report and treated as stocks of the Department of Defense and copies of the determinations made under paragraph (2), as required by paragraph (3).

(c) SECURITY OF AFGHAN WOMEN.—

(1) IN GENERAL.—Of the funds available to the Department of Defense for the Afghan Security

WASHSTATEC007056

Forces Fund for fiscal year 2020, it is the goal that $45,500,000, but in no event less than $10,000,000, shall be used for—

(A) the recruitment, integration, retention, training, and treatment of women in the Afghan National Defense and Security Forces; and

(B) the recruitment, training, and contracting of female security personnel for future elections.

(2) TYPES OF PROGRAMS AND ACTIVITIES.—Such programs and activities may include—

(A) efforts to recruit and retain women into the Afghan National Defense and Security Forces, including the special operations forces;

(B) programs and activities of the Directorate of Human Rights and Gender Integration of the Ministry of Defense of Afghanistan and the Office of Human Rights, Gender and Child Rights of the Ministry of Interior of Afghanistan;

(C) development and dissemination of gender and human rights educational and training materials and programs within the Ministry of

Defense and the Ministry of Interior of Afghanistan;

(D) efforts to address harassment and violence against women within the Afghan National Defense and Security Forces;

(E) improvements to infrastructure that address the requirements of women serving in the Afghan National Defense and Security Forces, including appropriate equipment for female security and police forces, and transportation for policewomen to their station;

(F) support for Afghanistan National Police Family Response Units;

(G) security provisions for high-profile female police and military officers;

(H) programs to promote conflict prevention, management, and resolution through the meaningful participation of Afghan women in the Afghan National Defense and Security Forces, by exposing Afghan women and girls to the activities of and careers available with such forces, encouraging their interest in such careers, or developing their interest and skills necessary for service in such forces; and

WASHSTATEC007058

(I) enhancements to Afghan National Defense and Security Forces recruitment programs for targeted advertising with the goal of increasing the number of female recruits.

(d) ASSESSMENT OF AFGHANISTAN PROGRESS ON OBJECTIVES.—

(1) ASSESSMENT REQUIRED.—Not later than June 1, 2020, the Secretary of Defense shall, in consultation with the Secretary of State, submit to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate an assessment describing—

(A) the progress of the Government of the Islamic Republic of Afghanistan toward meeting shared security objectives; and

(B) the efforts of the Government of the Islamic Republic of Afghanistan to manage, employ, and sustain the equipment and inventory provided under subsection (a).

(2) MATTERS TO BE INCLUDED.—In conducting the assessment required by paragraph (1), the Secretary of Defense shall include each of the following:

(A) The extent to which the Government of Afghanistan has a strategy for, and has taken steps toward, increased accountability and the reduction of corruption within the Ministry of Defense and the Ministry of Interior of Afghanistan.

(B) The extent to which the capability and capacity of the Afghan National Defense and Security Forces have improved as a result of Afghanistan Security Forces Fund investment, including through training, and an articulation of the metrics used to assess such improvements.

(C) The extent to which the Afghan National Defense and Security Forces have been able to increase pressure on the Taliban, al-Qaeda, the Haqqani network, the Islamic State of Iraq and Syria-Khorasan, and other terrorist organizations, including by re-taking territory, defending territory, and disrupting attacks.

(D) The distribution practices of the Afghan National Defense and Security Forces and whether the Government of Afghanistan is ensuring that supplies, equipment, and weaponry supplied by the United States are appropriately

distributed to, and employed by, security forces charged with fighting the Taliban and other terrorist organizations.

(E) A description of—

(i) the policy governing the use of Acquisition and Cross Servicing Agreements (ACSA) in Afghanistan;

(ii) each ACSA transaction by type, amount, and recipient for the period beginning on October 1, 2018, and ending December 31, 2019; and

(iii) for any transactions from the United States to Afghan military forces, an explanation for why such transaction was not carried out under the authorities of the Afghanistan Security Forces Fund.

(F) The extent to which the Government of Afghanistan has designated the appropriate staff, prioritized the development of relevant processes, and provided or requested the allocation of resources necessary to support a peace and reconciliation process in Afghanistan.

(G) A description of the ability of the Ministry of Defense and the Ministry of Interior of Afghanistan to manage and account for pre-

viously divested equipment, including a description of any vulnerabilities or weaknesses of the internal controls of such Ministry of Defense and Ministry of Interior and any plan in place to address shortfalls.

(H) A description of any significant irregularities in the divestment of equipment to the Afghan National Defense and Security Forces during the period beginning on May 1, 2019, and ending on May 1, 2020, including any major losses of such equipment or any inability on the part of the Afghan National Defense and Security Forces to account for equipment so procured.

(I) A description of the sustainment and maintenance costs required during the 5-year period beginning on the date of the enactment of this Act, for major weapons platforms previously divested, and a description of the plan for the Afghan National Defense and Security Forces to maintain such platforms in the future.

(J) The extent to which the Government of Afghanistan is adhering to conditions for receiving assistance established in annual financial

commitment letters or any other bilateral agreements with the United States.

(K) The extent to which the Government of Afghanistan has made progress in achieving security sector benchmarks as outlined by the United States-Afghan Compact (commonly known as the "Kabul Compact") and a description of any other documents, plans, or agreements used by the United States to measure security sector progress.

(L) Such other factors as the Secretaries consider appropriate.

(3) FORM.—The assessment required by paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(4) WITHHOLDING OF ASSISTANCE FOR INSUFFICIENT PROGRESS.—

(A) IN GENERAL.—If the Secretary of Defense determines, in coordination with the Secretary of State and pursuant to the assessment under paragraph (1), that the Government of Afghanistan has made insufficient progress in the areas described in paragraph (2), the Secretary of Defense shall—

WASHSTATEC007063

(i) withhold $480,000,000, to be derived from amounts made available for assistance for the Afghan National Defense and Security Forces, from expenditure or obligation until the date on which the Secretary certifies to the congressional defense committees that the Government of Afghanistan has made sufficient progress; and

(ii) notify the congressional defense committees not later than 30 days before withholding such funds.

(B) WAIVER.—If the Secretary of Defense determines that withholding such assistance would impede the national security objectives of the United States by prohibiting, restricting, delaying, or otherwise limiting the provision of assistance, the Secretary may waive the withholding requirement under subparagraph (A) if the Secretary, in coordination with the Secretary of State, certifies such determination to the congressional defense committees not later than 30 days before the effective date of the waiver.

(e) ADDITIONAL REPORTING REQUIREMENTS.—The Secretary of Defense shall include in the materials submitted in support of the budget for fiscal year 2021 that is submitted by the President under section 1105(a) of title 31, United States Code, each of the following:

(1) The amount of funding provided in fiscal year 2019 through the Afghanistan Security Forces Fund to the Government of Afghanistan in the form of direct government-to-government assistance or on-budget assistance for the purposes of supporting any entity of such government, including the Afghan National Defense and Security Forces, the Afghan Ministry of Interior, or the Afghan Ministry of Defense.

(2) The amount of funding provided and anticipated to be provided, as of the date of the submission of the materials, in fiscal year 2020 through such Fund in such form.

(3) To the extent the amount described in paragraph (2) exceeds the amount described in paragraph (1), an explanation as to the reason why the such amount is greater and the specific entities and purposes that were supported by such increase.

**SEC. 1520A. SPECIAL TRANSFER AUTHORITY.**

(a) AUTHORITY TO TRANSFER AUTHORIZATIONS.—

WASHSTATEC007065

(1) AUTHORITY.—Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this subtitle for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with and be available for the same purposes as the authorization to which transferred.

(2) LIMITATION.—The total amount of authorizations that the Secretary may transfer under the authority of this subsection may not exceed $2,000,000,000.

(b) TERMS AND CONDITIONS.—Transfers under this section shall be subject to the same terms and conditions as transfers under section 1001.

(c) ADDITIONAL AUTHORITY.—The transfer authority provided by this section is in addition to the transfer authority provided under section 1001.

WASHSTATEC007066

# Subtitle B—Authorization of Appropriations for Emergency Funds for Recovery and Restoration

**SEC. 1521. PROCUREMENT.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4103.

**SEC. 1522. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4203.

**SEC. 1523. OPERATION AND MAINTENANCE.**

Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4303.

**SEC. 1524. RESTRICTION ON TRANSFER OF FUNDS AUTHORIZED BY THIS SUBTITLE.**

(a) AUTHORITY.—Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this subtitle for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with the authorization to which transferred and shall be available for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska impacted by natural disasters.

(b) ADDITIONAL AUTHORITY.—The transfer authority provided by this section is in addition to the transfer authority provided under sections 1001 and 1520A.

(c) TERMS AND CONDITIONS.—Transfers under this section shall be subject to the same terms and conditions as transfers under section 1001.

# TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS

Subtitle A—Space Activities

Sec. 1601. Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command.

Sec. 1602. Coordination of modernization efforts relating to military-code capable GPS receiver cards.
Sec. 1603. Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System.
Sec. 1604. Annual determination on plan on full integration and exploitation of overhead persistent infrared capability.
Sec. 1605. Space-based environmental monitoring mission requirements.
Sec. 1606. Resilient enterprise ground architecture.
Sec. 1607. Prototype program for multi-global navigation satellite system receiver development.
Sec. 1608. Commercial space situational awareness capabilities.
Sec. 1609. Program to enhance and improve launch support and infrastructure.
Sec. 1610. Preparation to implement plan for use of allied launch vehicles.
Sec. 1611. Independent study on plan for deterrence in space.
Sec. 1612. Study on leveraging diverse commercial satellite remote sensing capabilities.
Sec. 1613. Annual report on Space Command and Control program.
Sec. 1614. Report on space debris.

Subtitle B—Defense Intelligence and Intelligence-Related Activities

Sec. 1621. Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security.
Sec. 1622. Modifications to ISR Integration Council and annual briefing requirements.
Sec. 1623. Modification of annual authorization of appropriations for National Flagship Language Initiative.
Sec. 1624. Improving the onboarding methodology for intelligence personnel.
Sec. 1625. Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data.
Sec. 1626. Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements.
Sec. 1627. Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency.
Sec. 1628. Report on the expanded purview of the Defense Counterintelligence and Security Agency.
Sec. 1629. Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities.

Subtitle C—Cyberspace-Related Matters

Sec. 1631. Matters relating to military operations in the information environment.
Sec. 1632. Notification requirements for sensitive military cyber operations.
Sec. 1633. Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense.
Sec. 1634. Quarterly assessments of the readiness of Cyber Mission Forces.
Sec. 1635. Cyber posture review.
Sec. 1636. Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command.
Sec. 1637. Modification of cyber scholarship program.
Sec. 1638. Tier 1 exercise of support to civil authorities for a cyber incident.
Sec. 1639. Extension of the Cyberspace Solarium Commission.

WASHSTATEC007069

Sec. 1640. Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects.
Sec. 1641. Role of Chief Information Officer in improving enterprise-wide cybersecurity.
Sec. 1642. Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace.
Sec. 1643. Limitation of funding for Consolidated Afloat Networks and Enterprise Services.
Sec. 1644. Annual military cyberspace operations report.
Sec. 1645. Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities.
Sec. 1646. Control and analysis of Department of Defense data stolen through cyberspace.
Sec. 1647. Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.
Sec. 1648. Framework to enhance cybersecurity of the United States defense industrial base.
Sec. 1649. Report on cybersecurity training programs.
Sec. 1650. National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.
Sec. 1651. Reorientation of Big Data Platform program.
Sec. 1652. Zero-based review of Department of Defense cyber and information technology personnel.
Sec. 1653. Study on improving cyber career paths in the Navy.
Sec. 1654. Accreditation standards and processes for cybersecurity and information technology products and services.
Sec. 1655. Study on future cyber warfighting capabilities of Department of Defense.
Sec. 1656. Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquarters–Cyber Organizations, Joint Mission Operations Centers, and Cyber Operations–Integrated Planning Elements.
Sec. 1657. Cyber governance structures and Principal Cyber Advisors on military cyber force matters.
Sec. 1658. Designation of test networks for testing and accreditation of cybersecurity products and services.
Sec. 1659. Consortia of universities to advise Secretary of Defense on cybersecurity matters.
Sec. 1660. Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.

Subtitle D—Nuclear Forces

Sec. 1661. Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.
Sec. 1662. Modification of authorities relating to nuclear command, control, and communications system.
Sec. 1663. Briefings on meetings held by Nuclear Weapons Council.
Sec. 1664. Consideration of budget matters at meetings of Nuclear Weapons Council.
Sec. 1665. Improvement to annual report on the modernization of the nuclear weapons enterprise.
Sec. 1666. Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.

Sec. 1667. Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.
Sec. 1668. Elimination of conventional requirement for long-range standoff weapon.
Sec. 1669. Briefing on long-range standoff weapon and sea-launched cruise missile.
Sec. 1670. Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.
Sec. 1671. Reports on development of ground-based strategic deterrent weapon.
Sec. 1672. Prohibition on reduction of the intercontinental ballistic missiles of the United States.
Sec. 1673. Independent study on policy of no-first-use of nuclear weapons.
Sec. 1674. Independent study on risks of nuclear terrorism and nuclear war.
Sec. 1675. Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.
Sec. 1676. Report on nuclear forces of the United States and near-peer countries.
Sec. 1677. Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.
Sec. 1678. Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.
Sec. 1679. Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.
Sec. 1680. Sense of Congress on nuclear deterrence commitments of the United States.

Subtitle E—Missile Defense Programs

Sec. 1681. National missile defense policy.
Sec. 1682. Development of space-based ballistic missile intercept layer.
Sec. 1683. Development of hypersonic and ballistic missile tracking space sensor payload.
Sec. 1684. Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.
Sec. 1685. Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.
Sec. 1686. Limitation on availability of funds for lower tier air and missile defense sensor.
Sec. 1687. Plan for the redesigned kill vehicle replacement.
Sec. 1688. Organization, authorities, and billets of the Missile Defense Agency.
Sec. 1689. Annual assessment of ballistic missile defense system.
Sec. 1690. Command and control, battle management, and communications program.
Sec. 1691. Missile defense interceptor site in contiguous United States.
Sec. 1692. Independent study on impacts of missile defense development and deployment.
Sec. 1693. Report and briefing on multi-volume kill capability.

Subtitle F—Other Matters

Sec. 1694. Extension of authorization for protection of certain facilities and assets from unmanned aircraft.

Sec. 1695. Repeal of requirement for commission on electromagnetic pulse attacks and similar events.
Sec. 1696. Repeal of review requirement for ammonium perchlorate report.
Sec. 1697. Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms.
Sec. 1698. Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems.
Sec. 1699. Hard and deeply buried targets.

# Subtitle A—Space Activities

**SEC. 1601. REPEAL OF REQUIREMENT TO ESTABLISH UNITED STATES SPACE COMMAND AS A SUBORDINATE UNIFIED COMMAND OF THE UNITED STATES STRATEGIC COMMAND.**

(a) IN GENERAL.—Section 169 of title 10, United States Code, is repealed.

(b) TECHNICAL AND CONFORMING AMENDMENTS.—

(1) The table of sections for chapter 6 of title 10, United States Code, is amended by striking the item relating to section 169.

(2) Section 2273a(d)(3) of title 10, United States Code, is amended by striking "The Commander of the United States Strategic Command, acting through the United States Space Command," and inserting "The Commander of the United States Space Command, or, if no such command exists, the Commander of the United States Strategic Command,".

**SEC. 1602. COORDINATION OF MODERNIZATION EFFORTS RELATING TO MILITARY-CODE CAPABLE GPS RECEIVER CARDS.**

Section 1610 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2111; 10 U.S.C. 2281 note) is amended—

(1) in subsection (b)(2), by striking the period at the end and inserting ", including with respect to each program of the Department that requires M-code capable receiver cards."; and

(2) in subsection (c), by striking the period at the end and inserting ", and shall clarify the roles of the Chief Information Officer and the Council on Oversight of the Department of Defense Positioning, Navigation, and Timing Enterprise with respect to M-code modernization efforts.".

**SEC. 1603. DEMONSTRATION OF BACKUP AND COMPLEMENTARY POSITIONING, NAVIGATION, AND TIMING CAPABILITIES OF GLOBAL POSITIONING SYSTEM.**

Effective on June 1, 2019, section 1606 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1725) is amended—

(1) in subsection (c)(2), by striking "the date that is 18 months after the date of the enactment

of this Act" and inserting "December 31, 2020"; and

(2) in subsection (d), by striking "18 months after the date of the enactment of this Act" and inserting "December 31, 2020".

**SEC. 1604. ANNUAL DETERMINATION ON PLAN ON FULL INTEGRATION AND EXPLOITATION OF OVERHEAD PERSISTENT INFRARED CAPABILITY.**

Section 1618(c) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 10 U.S.C. 2431 note) is amended by striking "for a fiscal year" and inserting "for each of fiscal years 2021 through 2028".

**SEC. 1605. SPACE-BASED ENVIRONMENTAL MONITORING MISSION REQUIREMENTS.**

(a) PROCUREMENT OF MODERNIZED PATHFINDER PROGRAM SATELLITE.—

(1) IN GENERAL.—The Secretary of the Air Force shall procure a modernized pathfinder program satellite that—

(A) addresses space-based environmental monitoring mission requirements;

(B) reduces the risk that the Department of Defense experiences a gap in meeting such requirements during the period beginning Janu-

WASHSTATEC007074

ary 1, 2023, and ending December 31, 2025; and

(C) is launched not later than January 1, 2023.

(2) TYPE OF SATELLITE.—The satellite described in paragraph (1) may be a free-flyer or a hosted payload satellite.

(3) PLAN.—Not later than 60 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the appropriate congressional committees a plan to procure and launch the satellite described in paragraph (1), including with respect to—

(A) the requirements for such satellite, including operational requirements;

(B) timelines for such procurement and launch;

(C) costs for such procurement and launch; and

(D) the launch plan.

(4) PROCEDURES.—The Secretary of the Air Force shall ensure that the satellite described in paragraph (1) is procured using full and open competition through the use of competitive procedures.

WASHSTATEC007075

(5) WITHHOLDING OF FUNDS.—The amount equal to 10 percent of the total amount authorized to be appropriated to the Office of the Secretary of Air Force for the travel of persons under the Operations and Maintenance, Defense-Wide account shall be withheld from obligation or expenditure until the date on which a contract is awarded for the procurement of the satellite described in paragraph (1).

(b) WEATHER SYSTEM SATELLITE.—The Secretary of the Air Force shall ensure that the electro-optical/infrared weather system satellite—

(1) meets space-based environmental monitoring mission requirements;

(2) is procured using full and open competition through the use of competitive procedures; and

(3) is launched not later than September 30, 2025.

(c) DEFINITIONS.—In this section:

(1) The term "appropriate congressional committees" means—

(A) the congressional defense committees; and

(B) the Permanent Select Committee on Intelligence of the House of Representatives

WASHSTATEC007076

and the Select Committee on Intelligence of the Senate.

(2) The term "space-based environmental monitoring mission requirements" means the national security requirements for cloud characterization and theater weather imagery.

**SEC. 1606. RESILIENT ENTERPRISE GROUND ARCHITECTURE.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that the Secretary of the Air Force, to advance the security of the space assets of the Department of Defense, should—

(1) expand on complementary efforts within the Air Force that promote the adoption of a resilient enterprise ground architecture that is responsive to new and changing threats and can rapidly integrate new capabilities to make the warfighting force of the United States more resilient in a contested battlespace; and

(2) prioritize the swift transition of space ground architecture to a common platform and leverage commercial capabilities in concurrence with the 2015 intent memorandum of the Commander of the Air Force Space Command.

WASHSTATEC007077

(b) FUTURE ARCHITECTURE.—The Secretary of Defense shall, to the extent practicable—

(1) develop future satellite ground architectures of the Department of Defense to be compatible with complementary commercial systems that can support uplink and downlink capabilities with dual-band spacecraft; and

(2) emphasize that future ground architecture transition away from stove-piped systems to a service-based platform that provides members of the Armed Forces with flexible and adaptable capabilities that—

(A) use, as applicable, commercially available capabilities and technologies for increased resiliency and cost savings; and

(B) build commercial opportunity and integration across the range of resilient space systems.

(c) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the future architecture described in subsection (b).

WASHSTATEC007078

**SEC. 1607. PROTOTYPE PROGRAM FOR MULTI-GLOBAL NAVIGATION SATELLITE SYSTEM RECEIVER DEVELOPMENT.**

(a) PROTOTYPE MULTI-GNSS PROGRAM.—The Secretary of the Air Force shall carry out a program to prototype an M-code based, multi-global navigation satellite system receiver that is capable of receiving covered signals to increase the resilience and capability of military position, navigation, and timing equipment against threats to the Global Positioning System and to deter the likelihood of attack on the worldwide Global Positioning System by reducing the benefits of such an attack.

(b) ELEMENTS.—In carrying out the program under subsection (a), the Secretary shall—

(1) with respect to each covered signal that could be received by the prototype receiver under such program, conduct an assessment of the relative benefits and risks of using that signal, including with respect to any existing or needed monitoring infrastructure that would alert users of the Department of Defense of potentially corrupted signal information, and the cyber risks and challenges of incorporating such signals into a properly designed receiver;

WASHSTATEC007079

(2) ensure that monitoring systems are able to include any monitoring network of the United States or allies of the United States;

(3) conduct an assessment of the benefits and risks, including with respect to the compatibility of non-United States global navigation satellite system signals with existing position, navigation, and timing equipment of the United States, and the extent to which the capability to receive such signals would impact current receiver or antenna design; and

(4) conduct an assessment of the desirability of establishing a program for the development and deployment of the receiver system described in subsection (a) in a manner that—

(A) is a cooperative effort, coordinated with the Secretary of State, between the United States and the allies of the United States that may also have interest in funding a multi-global navigation satellite system and M-code program; and

(B) the Secretary of Defense, in coordination with the Secretary of State, ensures that the United States has access to sufficient insight into trusted signals of allied systems to

assure potential reliance by the United States on such signals.

(c) BRIEFING.—Not later than 120 days after the date of the enactment of this Act, the Secretary, in coordination with the Air Force GPS User Equipment Program office, shall provide to the congressional defense committees a briefing on a plan to carry out the program under subsection (a) that includes—

(1) the estimated cost, including total cost and out-year funding requirements for a program to develop and deploy the receiver system described in subsection (a);

(2) the schedule for such program;

(3) a plan for how the results of the program could be incorporated into future blocks of the Global Positioning System military user equipment program; and

(4) the recommendations and analysis contained in the study sponsored by the Department of Defense conducted by the MITRE Corporation on the risks, benefits, and approaches to adding multi-global navigation satellite system capabilities to military user equipment.

(d) REPORT.—Not later than 150 days after the date of the enactment of this Act, the Secretary of Defense

shall submit to the congressional defense committees a report containing—

(1) an explanation of how the Secretary intends to comply with section 1609 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2281 note);

(2) an outline of any potential cooperative efforts acting in accordance with the North Atlantic Treaty Organization, the European Union, or Japan that would support such compliance;

(3) an assessment of the potential to host, or incorporate through software-defined payloads, Global Positioning System M-code functionality onto allied global navigation satellite system systems; and

(4) an assessment of new or enhanced monitoring capabilities that would be needed to incorporate global navigation satellite system functionality into weapon systems of the Department.

(e) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for increment 2 of the acquisition of military Global Positioning System user equipment terminals, not more than 90 percent may be obligated or expended until the date on which the briefing has been provided under

subsection (c) and the report has been submitted under subsection (d).

(f) WAIVER AUTHORITY FOR TRUSTED SIGNALS CAPABILITIES.—Section 1609(a)(2)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 10 U.S.C. 2281 note) is amended by striking "such capability" and inserting "the capability to add multi-Global Navigation Satellite System signals to provide substantive military utility".

(g) DEFINITIONS.—In this section:

(1) The term "allied systems" means—

(A) the Galileo system of the European Union;

(B) the QZSS system of Japan; and

(C) upon designation by the Secretary of Defense, in consultation with the Director of National Intelligence—

(i) the NAVIC system of India; and

(ii) any similarly associated wide area augmentation systems.

(2) The term "covered signals"—

(A) means global navigation satellite system signals from—

(i) allied systems; and

(ii) non-allied systems; and

(B) includes both encrypted signals and open signals.

(3) The term "encrypted signals" means global navigation satellite system signals that incorporate encryption or other internal methods to authenticate signal information.

(4) The term "M-code" means, with respect to global navigation satellite system signals, military code that provides enhanced positioning, navigation, and timing capabilities and improved resistance to existing and emerging threats, such as jamming.

(5) The term "non-allied systems" means—

(A) the Russian GLONASS system; and

(B) the Chinese Beidou system.

(6) The term "open signals" means global navigation satellite system that do not include encryption or other internal methods to authenticate signal information.

**SEC. 1608. COMMERCIAL SPACE SITUATIONAL AWARENESS CAPABILITIES.**

(a) CERTIFICATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force, without delegation, shall certify to the congressional defense committees that the Air Force is using commercial space situational awareness services.

(b) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the enterprise space battle management command and control, not more than 85 percent may be obligated or expended until the date on which the Secretary of the Air Force makes the certification under subsection (a).

(c) REPORT.—Not later than March 1, 2020, the Secretary of the Air Force shall submit to the congressional defense committees a report on using commercial space situational awareness services to fill the space situational awareness requirements that were not filled in the Joint Space Operations Center Mission Center. The report shall include the following:

(1) A description of current domestic commercial capabilities to detect and track space objects in low-Earth orbit below the 10 centimeter threshold of legacy systems.

(2) A description of current domestic best-in-breed commercial capabilities that can meet such requirements.

(3) Estimates of the timelines, milestones, and funding requirements to procure a near-term solution to meet such requirements until the develop-

ment programs of the Air Force are projected to be operationally fielded.

(d) COMMERCIAL SPACE SITUATIONAL AWARENESS SERVICES DEFINED.—In this section, the term ''commercial space situational awareness services'' means commercial space situational awareness processing software and data from commercial sensors to address warfighter requirements and fill gaps in current space situational capabilities of the Air Force.

**SEC. 1609. PROGRAM TO ENHANCE AND IMPROVE LAUNCH SUPPORT AND INFRASTRUCTURE.**

(a) IN GENERAL.—In support of the policy described in section 2273(a) of title 10, United States Code, the Secretary of Defense, in coordination with the Administrator of the Federal Aviation Administration, may carry out a program to enhance infrastructure and improve support activities for the processing and launch of Department of Defense small-class and medium-class payloads.

(b) PROGRAM.—The program under subsection (a) shall include improvements to operations at launch ranges and Federal Aviation Administration-licensed spaceports that are consistent with, and necessary to permit, the use of such launch ranges and spaceports by the Department.

(c) CONSULTATION.—In carrying out the program under subsection (a), the Secretary may consult with cur-

WASHSTATEC007086

rent and anticipated users of launch ranges and Federal Aviation Administration-licensed spaceports, including the Space Rapid Capabilities Office.

(d) COOPERATION.—In carrying out the program under subsection (a), the Secretary may enter into a contract or agreement under section 2276 of title 10, United States Code.

(e) REPORT.—Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the appropriate committees of Congress a report describing a plan for the program under subsection (a).

(f) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the congressional defense committees;

(2) the Committee on Commerce, Science, and Transportation and the Select Committee on Intelligence of the Senate; and

(3) the Committee on Transportation and Infrastructure, the Committee on Science, Space, and Technology, and the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 1610. PREPARATION TO IMPLEMENT PLAN FOR USE OF ALLIED LAUNCH VEHICLES.**

(a) PREPARATION.—The Secretary of Defense, in coordination with the Director of National Intelligence, shall take actions necessary to prepare to implement the plan developed pursuant to section 1603 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2584) regarding using allied launch vehicles to meet the requirements for achieving the policy relating to assured access to space set forth in section 2273 of title 10, United States Code.

(b) ACTIONS REQUIRED.—In carrying out subsection (a), the Secretary shall—

(1) identify the satellites of the United States that would be appropriate to be launched on an allied launch vehicle;

(2) assess the relevant provisions of Federal law, regulations, and policies governing the launch of national security satellites and determine whether any legislative, regulatory, or policy actions (including with respect to waivers) would be necessary to allow for the launch of a national security satellite on an allied launch vehicle; and

(3) address any certification requirements necessary for such use of allied launch vehicles and the

WASHSTATEC007088

estimated cost, schedule, and actions necessary to certify allied launch vehicles for such use.

(c) SUBMISSION TO CONGRESS.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report on preparing to implement the plan described in subsection (a), including information regarding each action required by paragraphs (1), (2), and (3) of subsection (b).

(d) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees; and

(2) the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.

**SEC. 1611. INDEPENDENT STUDY ON PLAN FOR DETERRENCE IN SPACE.**

(a) INDEPENDENT STUDY.—

(1) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center or other independent entity to conduct a study on deterrence in space.

(2) MATTERS INCLUDED.—The study under paragraph (1) shall include, at a minimum, the following:

(A) An assessment of the existing range of major studies and writings on space deterrence and a comprehensive comparative analysis of the conclusions of such studies and writings.

(B) An examination, using appropriate analytical tools, of the approaches proposed by such studies and writings with respect to creating conditions of deterrence suitable for use in the space domain, including, at a minimum, an assessment of all aspects of deterrence in space, including varying classification, strategies to deny benefit or impose cost, and space mission assurance (including resilience, active defense, and reconstitution).

(C) A determination, made either by extending such studies and writings or through new analysis, of a holistic and comprehensive theory of deterrence in space appropriate for use in defense planning.

(D) An evaluation of existing policies, programs, and plans of the Department of Defense to provide an assessment of the likely effective-

ness of those policies, programs, and plans to achieve effective space deterrence.

(b) ASSESSMENT BY DEFENSE POLICY BOARD.—Not later than 180 days after the date of the enactment of this Act, the Defense Policy Board shall submit to the Secretary of Defense an assessment of the study under subsection (a)(1), including, at a minimum—

(1) a determination of the soundness of the study;

(2) a description of any disagreements the Board has with the conclusions of such study, including recommended changes or clarifications to such conclusions the Board determines appropriate; and

(3) changes to the policies, programs, and plans of the Department of Defense that the Board recommends based on such study and the changes and clarifications described in paragraph (2).

(c) REPORT.—Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report that contains the following:

(1) The study under subsection (a)(1), without change.

(2) The assessment under subsection (b), without change.

(3) Based on such study and assessment, a description of any changes to the policies, programs, and plans of the Department of Defense that the Secretary recommends to enhance deterrence in space, including with respect to—

(A) considerations and decision on reducing the opportunities and incentives for adversaries to attack space systems of the United States or allies of the United States;

(B) new architectures, including proliferated systems, hosted payloads, nontraditional orbits, and reconstitution among others;

(C) appropriate uses of partnering with both commercial entities and allies to improve deterrence in space;

(D) necessary capabilities to enhance the protection of space systems to achieve improved deterrence;

(E) bilateral, multilateral, and unilateral measures, including confidence-building measures, that could be taken to reduce the risk of

WASHSTATEC007092

miscalculation that would lead to an attack in space;

(F) policies and capability requirements with regard to attribution of an attack in space;

(G) policies with regard to retaliatory measures either in space or on the ground;

(H) authorities with regard to decisions and actions to defend assets of the United States in space; and

(I) changes to current war plans, routine operations (including information sharing), and demonstration and test procedures that could enhance the capability of the United States to signal the intentions and capabilities of the United States in an effective manner.

(d) BRIEFING.—Not later than 270 days after the date of the enactment of this Act, the Secretary shall provide to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a briefing on the study under subsection (a)(1) and the assessment under subsection (b).

**SEC. 1612. STUDY ON LEVERAGING DIVERSE COMMERCIAL SATELLITE REMOTE SENSING CAPABILITIES.**

(a) STUDY.—The Secretary of Defense, in consultation with the Director of National Intelligence, shall conduct a study on the status of the transition from the National Geospatial-Intelligence Agency to the National Reconnaissance Office of the leadership role in acquiring commercial satellite remote sensing data on behalf of the Department of Defense and the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)).

(b) ELEMENTS.—In conducting the study under subsection (a), the Secretary shall study—

(1) commercial geospatial intelligence requirements for the National Geospatial-Intelligence Agency and the combatant commands;

(2) plans of the National Reconnaissance Office to meet the requirements specified in paragraph (1) through the acquisition of all levels of resolution data from multiple commercial providers; and

(3) plans of the National Reconnaissance Office to further develop such programs with commercial companies to continue to support, while also expanding, adoption by the geospatial intelligence user community of the Department of Defense.

(c) SUBMISSION.—Not later than 90 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees, the Permanent Select Committee on Intelligence of the House of Representatives, and the Select Committee on Intelligence of the Senate a report on the study conducted under subsection (a).

**SEC. 1613. ANNUAL REPORT ON SPACE COMMAND AND CONTROL PROGRAM.**

(a) REPORTS REQUIRED.—

(1) INITIAL REPORT.—Not later than May 1, 2020, the Secretary of the Air Force shall submit to the Under Secretary of Defense for Acquisition and Sustainment, the congressional defense committees, and the Comptroller General of the United States, a report on the Space Command and Control program for fiscal year 2021.

(2) SUBSEQUENT REPORTS.—For each of fiscal years 2022 through 2025, concurrent with the submittal to Congress of the budget of the Department of Defense with the budget of the President for the subsequent fiscal year under section 1105(a) of title 31, United States Code, the Secretary of the Air Force shall submit to the Under Secretary of Defense for Acquisition and Sustainment, the congres-

sional defense committees, and the Comptroller General of the United States, an annual report on the Space Command and Control program.

(b) MATTERS TO BE INCLUDED.—Each report required by subsection (a) shall include the following:

(1) A description of any modification to the metrics established by the Secretary in the acquisition strategy for the program.

(2) The short-term objectives for the subsequent fiscal year.

(3) For the preceding fiscal year—

(A) a description of—

(i) the ongoing, achieved, and deferred objectives;

(ii) the challenges encountered and the lessons learned;

(iii) the modifications made or planned so as to incorporate such lessons learned into subsequent efforts to address challenges; and

(iv) the cost, schedule, and performance effects of such modifications; and

(B) a full survey of combatant command requirements, including Commanders' Inte-

grated Priorities Lists, and impacts with respect to the program.

(4) A description of potential future combatant command requirements being considered with respect to the program.

(c) REVIEW OF REPORTS AND BRIEFING BY COMPTROLLER GENERAL.—With respect to each report submitted under this section, the Comptroller General shall review and provide to the congressional defense committees a briefing on a date mutually agreed on by the Comptroller General and the congressional defense committees.

**SEC. 1614. REPORT ON SPACE DEBRIS.**

(a) IN GENERAL.—Not later than 240 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report on the risks posed by man-made space debris in low-Earth orbit, including—

(1) recommendations with respect to the remediation of such risks; and

(2) outlines of plans to reduce the incidence of such space debris.

(b) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

WASHSTATEC007097

(1) the Committee on Armed Services and the Committee on Science, Space, and Technology of the House of Representatives; and

(2) the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate.

## Subtitle B—Defense Intelligence and Intelligence-Related Activities

### SEC. 1621. REDESIGNATION OF UNDER SECRETARY OF DEFENSE FOR INTELLIGENCE AS UNDER SECRETARY OF DEFENSE FOR INTELLIGENCE AND SECURITY.

(a) REDESIGNATION OF UNDER SECRETARY.—

(1) IN GENERAL.—The Under Secretary of Defense for Intelligence is hereby redesignated as the Under Secretary of Defense for Intelligence and Security.

(2) SERVICE OF INCUMBENT IN POSITION.—The individual serving as Under Secretary of Defense for Intelligence as of the date of the enactment of this Act may serve as Under Secretary of Defense for Intelligence and Security commencing as of that date without further appointment under section 137 of title 10, United States Code (as amended by subsection (c)(1)(A)(ii)).

(3) REFERENCE.—Any reference in any law, regulation, map, document, paper, or other record of the United States to the Under Secretary of Defense for Intelligence shall be deemed to be a reference to the Under Secretary of Defense for Intelligence and Security.

(b) REDESIGNATION OF RELATED DEPUTY UNDER SECRETARY.—

(1) IN GENERAL.—The Deputy Under Secretary of Defense for Intelligence is hereby redesignated as the Deputy Under Secretary of Defense for Intelligence and Security.

(2) SERVICE OF INCUMBENT IN POSITION.—The individual serving as Deputy Under Secretary of Defense for Intelligence as of the date of the enactment of this Act may serve as Deputy Under Secretary of Defense for Intelligence and Security commencing as of that date without further appointment under section 137a of title 10, United States Code (as amended by subsection (c)(1)(B)).

(3) REFERENCE.—Any reference in any law, regulation, map, document, paper, or other record of the United States to the Deputy Under Secretary of Defense for Intelligence shall be deemed to be a ref-

erence to the Deputy Under Secretary of Defense for Intelligence and Security.

(c) RULE OF CONSTRUCTION REGARDING EFFECTS OF REDESIGNATION.—Nothing in this section shall be construed to modify or expand the authorities, resources, responsibilities, roles, or missions of the Under Secretary of Defense for Intelligence and Security, as redesignated by this section.

(d) PROTECTION OF PRIVACY AND CIVIL LIBERTIES.—Section 137 of title 10, United States Code, is amended—

(1) by redesignating subsection (c) as subsection (d); and

(2) by inserting after subsection (b) the following new subsection (c):

"(c) The protection of privacy and civil liberties in accordance with Federal law and the regulations and directives of the Department of Defense shall be a top priority for the Under Secretary of Defense for Intelligence and Security.".

(e) CONFORMING AMENDMENTS.—

(1) TITLE 10.—Title 10, United States Code, is amended as follows:

(A) In each provision as follows, by striking "Under Secretary of Defense for Intel-

ligence'' and inserting ''Under Secretary of Defense for Intelligence and Security'':

(i) Section 131(b)(3)(F).

(ii) Section 137, each place it appears.

(iii) Section 139a(d)(6).

(iv) Section 139b(c)(2)(E).

(v) Section 181(d)(1)(B).

(vi) Section 393(b)(2)(C).

(vii) Section 426, each place it appears.

(viii) Section 430(a).

(B) In section 137a(c)(6), by striking ''Deputy Under Secretary of Defense for Intelligence'' and inserting ''Deputy Under Secretary of Defense for Intelligence and Security''.

(C) The heading of section 137 is amended to read as follows:

**''§ 137. Under Secretary of Defense for Intelligence and Security''.**

(D) The table of sections at the beginning of chapter 4 is amended by striking the item relating to section 137 and inserting the following new item:

''137. Under Secretary of Defense for Intelligence and Security.''.

(2) TITLE 5.—Title 5, United States Code, is amended as follows:

(A) In section 5314, by striking "Under Secretary of Defense for Intelligence" and inserting "Under Secretary of Defense for Intelligence and Security".

(B) In section 5315, by striking "Deputy Under Secretary of Defense for Intelligence" and inserting "Deputy Under Secretary of Defense for Intelligence and Security".

**SEC. 1622. MODIFICATIONS TO ISR INTEGRATION COUNCIL AND ANNUAL BRIEFING REQUIREMENTS.**

(a) ISR INTEGRATION COUNCIL.—Subsection (a) of section 426 of title 10, United States Code, is amended to read as follows:

"(a) ISR INTEGRATION COUNCIL.—(1) The Under Secretary of Defense for Intelligence and Security shall establish an Intelligence, Surveillance, and Reconnaissance Integration Council—

"(A) to assist the Secretary of Defense in carrying out the responsibilities of the Secretary under section 105(a) of the National Security Act of 1947 (50 U.S.C. 3038(a));

"(B) to assist the Under Secretary with respect to matters relating to—

WASHSTATEC007102

"(i) integration of intelligence and counterintelligence capabilities and activities under section 137(b) of this title of the military departments, intelligence agencies of the Department of Defense, and relevant combatant commands; and

"(ii) coordination of related developmental activities of such departments, agencies, and combatant commands; and

"(C) to otherwise provide a means to facilitate such integration and coordination.

"(2) The Council shall be composed of—

"(A) the Under Secretary, who shall chair the Council;

"(B) the directors of the intelligence agencies of the Department of Defense;

"(C) the senior intelligence officers of the armed forces and the regional and functional combatant commands;

"(D) the Director for Intelligence of the Joint Chiefs of Staff; and

"(E) the Director for Operations of the Joint Chiefs of Staff.

"(3) The Under Secretary shall invite the participation of the Director of National Intelligence (or a rep-

resentative of the Director) in the proceedings of the Council.

"(4) The Under Secretary may designate additional participants to attend the proceedings of the Council, as the Under Secretary determines appropriate.".

(b) ANNUAL BRIEFINGS.—Such section is further amended by striking subsections (b) and (c) and inserting the following new subsection (b):

"(b) ANNUAL BRIEFINGS ON THE INTELLIGENCE AND COUNTERINTELLIGENCE REQUIREMENTS OF THE COMBATANT COMMANDS.—(1) The Chairman of the Joint Chiefs of Staff shall provide to the congressional defense committees and the congressional intelligence committees a briefing on the following:

"(A) The intelligence and counterintelligence requirements, by specific intelligence capability type, of each of the relevant combatant commands.

"(B) For the year preceding the year in which the briefing is provided, the fulfillment rate for each of the relevant combatant commands of the validated intelligence and counterintelligence requirements, by specific intelligence capability type, of such combatant command.

"(C) A risk analysis identifying the critical gaps and shortfalls in efforts to address operational and

WASHSTATEC007104

strategic requirements of the Department of Defense that would result from the failure to fulfill the validated intelligence and counterintelligence requirements of the relevant combatant commands.

"(D) A mitigation plan to balance and offset the gaps and shortfalls identified under subparagraph (C), including with respect to spaceborne, airborne, ground, maritime, and cyber intelligence, surveillance, and reconnaissance capabilities.

"(E) For the year preceding the year in which the briefing is provided—

"(i) the number of intelligence and counterintelligence requests of each commander of a relevant combatant command determined by the Joint Chiefs of Staff to be a validated requirement, and the total of capacity of such requests provided to each such commander;

"(ii) with respect to such validated requirements—

"(I) the quantity of intelligence and counterintelligence capabilities or activities, by specific intelligence capability type, that the Joint Chiefs of Staff requested each military department to provide; and

WASHSTATEC007105

"(II) the total of capacity of such requests so provided by each such military department; and

"(iii) a qualitative assessment of the alignment of intelligence and counterintelligence capabilities and activities with the program of analysis for each combat support agency and intelligence center of a military service that is part of—

"(I) the Defense Intelligence Enterprise; and

"(II) the intelligence community.

"(2) The Under Secretary of Defense for Intelligence and Security shall provide to the congressional defense committees and the congressional intelligence committees a briefing on short-, mid-, and long-term strategies to address the validated intelligence and counterintelligence requirements of the relevant combatant commands, including with respect to spaceborne, airborne, ground, maritime, and cyber intelligence, surveillance, and reconnaissance capabilities.

"(3) The briefings required by paragraphs (1) and (2) shall be provided at the same time that the President's budget is submitted pursuant to section 1105(a) of title 31 for each of fiscal years 2021 through 2025.

"(4) In this subsection:

"(A) The term 'congressional intelligence committees' has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

"(B) The term 'Defense Intelligence Enterprise' means the organizations, infrastructure, and measures, including policies, processes, procedures, and products, of the intelligence, counterintelligence, and security components of each of the following:

"(i) The Department of Defense.

"(ii) The Joint Staff.

"(iii) The combatant commands.

"(iv) The military departments.

"(v) Other elements of the Department of Defense that perform national intelligence, defense intelligence, intelligence-related, counterintelligence, or security functions.

"(C) The term 'fulfillment rate' means the percentage of combatant command intelligence and counterintelligence requirements satisfied by available, acquired, or realigned intelligence and counterintelligence capabilities or activities.

"(D) The term 'intelligence community' has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).".

**SEC. 1623. MODIFICATION OF ANNUAL AUTHORIZATION OF APPROPRIATIONS FOR NATIONAL FLAGSHIP LANGUAGE INITIATIVE.**

Section 811(a) of the David L. Boren National Security Education Act of 1991 (50 U.S.C. 1911(a)) is amended—

(1) by striking "fiscal year 2003" and inserting "fiscal year 2020"; and

(2) by striking "$10,000,000" and inserting "$16,000,000".

**SEC. 1624. IMPROVING THE ONBOARDING METHODOLOGY FOR INTELLIGENCE PERSONNEL.**

(a) IN GENERAL.—The Secretary of Defense and the Director of National Intelligence shall, consistent with Department of Defense Instruction 1400.25, as in effect on the day before the date of the enactment of this Act—

(1) not later than 180 days after the date of the enactment of this Act, submit to the appropriate committees of Congress a report that outlines a common methodology for measuring onboarding in elements of the intelligence community, including human resources and security processes;

(2) not later than one year after the date of the enactment of this Act, issue metrics for assessing key phases in the onboarding described in paragraph (1) for which results will be reported by the date that is 90 days after the date of such issuance;

(3) not later than 180 days after the date of the enactment of this Act, submit to the appropriate committees of Congress a report on collaboration among elements of the intelligence community on their onboarding processes;

(4) not later than 180 days after the date of the enactment of this Act, submit to the appropriate committees of Congress a report on employment of automated mechanisms in elements of the intelligence community, including for tracking personnel as they pass through each phase of the onboarding process; and

(5) not later than December 31, 2020, distribute surveys to human resources offices and applicants about their experiences with the onboarding process in elements of the intelligence community.

(b) DEFINITIONS.—In this section:

(1) The term "appropriate committees of Congress" means—

WASHSTATEC007109

(A) the Select Committee on Intelligence and the Committee on Armed Services of the Senate; and

(B) the Permanent Select Committee on Intelligence and the Committee on Armed Services of the House of Representatives.

(2) The term "intelligence community" has the meaning given such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

**SEC. 1625. DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY ACTIVITIES ON FACILITATING ACCESS TO LOCAL CRIMINAL RECORDS HISTORICAL DATA.**

(a) ACTIVITY AUTHORIZED.—Subject to subsection (c), the Director of the Defense Counterintelligence and Security Agency may carry out a set of activities to reduce the time and cost of accessing State, local, and tribal law enforcement records for the background investigations required for current and prospective Federal Government employees and contractors.

(b) ACTIVITIES CHARACTERIZED.—The activities carried out under subsection (a) shall include only that training, education, and direct assistance to State, local, and tribal communities needed for the purpose of streamlining access to historical criminal record data.

(c) LIMITATIONS.—

(1) COMMENCEMENT OF ACTIVITIES.—The Director may not commence carrying out any activities under subsection (a) until the date that is 90 days after the date on which the Director submits the report required by subsection (d)(1).

(2) LEGAL AND REPORTING OBLIGATIONS.—The Director shall ensure that no activity carried out under subsection (a) obligates a State, local, or tribal entity to any additional legal or reporting obligation to the Defense Counterintelligence and Security Agency.

(3) SCOPE.—No activity may be carried out under subsection (a) that applies to any matter outside the limited purpose of conducting background investigations for current and prospective Federal Government employees and contractors.

(4) CONSISTENCY WITH ACCESS PROVIDED.—The Director shall ensure that the activities carried out under subsection (a) are carried out in a manner that is consistent with the access provided by Federal law enforcement entities to the Defense Counterintelligence and Security Agency.

(d) REPORTS.—

(1) INITIAL REPORT.—Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional defense committees, the Select Committee on Intelligence of the Senate, and the Permanent Select Committee on Intelligence of the House of Representatives a report that details a concept of operation for the set of activities authorized by subsection (a).

(2) ANNUAL REPORTS.—Not later than one year after the date on which the Director submits a report pursuant to paragraph (1) and not less frequently than once each year thereafter, the Director shall submit to the congressional defense committees, the Select Committee on Intelligence of the Senate, and the Permanent Select Committee on Intelligence of the House of Representatives a detailed report on the activities carried out by the Director under subsection (a).

**SEC. 1626. SURVEY AND REPORT ON ALIGNMENT OF INTELLIGENCE COLLECTIONS CAPABILITIES AND ACTIVITIES WITH DEPARTMENT OF DEFENSE REQUIREMENTS.**

(a) SURVEY AND REVIEW.—

(1) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, the

WASHSTATEC007112

Under Secretary of Defense for Intelligence and Security, in coordination with the Chairman of the Joint Chiefs of Staff and the Director of National Intelligence, shall—

(A) review the organization, posture, current and planned investments, and processes of the intelligence collections capabilities and activities, for the purpose of assessing the sufficiency, integration, and interoperability of such capabilities and activities to support the current and future requirements of the Department of Defense; and

(B) conduct a survey of each geographic and functional combatant command, with respect to intelligence collections capabilities and activities, to assess—

(i) the current state of the support of such capabilities and activities to military operations;

(ii) whether the posture of such capabilities and activities is sufficient to address the requirements of the Department of Defense;

(iii) the extent to which such capabilities and activities address gaps and defi-

ciencies with respect to the operational requirements of the Global Campaign Plans, as identified in the most recent readiness reviews conducted by the Joint Staff; and

(iv) whether current and planned investments in such capabilities and activities are sufficient to address near-, mid-, and long-term spaceborne, airborne, terrestrial, and human collection capability requirements.

(2) ELEMENTS.—The survey and review under paragraph (1) shall include the following:

(A) A comprehensive assessment of intelligence collections capabilities and activities, and whether such capabilities and activities—

(i) are appropriately postured and sufficiently resourced to meet current and future requirements of the Department of Defense;

(ii) are appropriately balanced to address operational and strategic defense intelligence requirements; and

(iii) are sufficiently integrated and interoperable between activities of the Military Intelligence Program and the National

Intelligence Program to respond to emerging requirements of the Department of Defense.

(B) With respect to each geographic and functional combatant command—

(i) information on the gaps and deficiencies, by specific intelligence capability type, described in paragraph (1)(B)(iii);

(ii) a review of the alignment of such gaps and deficiencies with the intelligence, surveillance, and reconnaissance submissions to the integrated priorities list for the period beginning with the completion of the most recent readiness reviews conducted by the Joint Staff and ending on the date of the commencement of the survey and review under subsection (a); and

(iii) detailed information on the allocation and realignment of intelligence collections capabilities and activities to address—

(I) such gaps and deficiencies; and

WASHSTATEC007115

(II) such intelligence, surveillance, and reconnaissance submissions.

(b) REPORT.—

(1) SUBMISSION.—Not later than 270 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence and Security shall submit to the appropriate congressional committees a report on the findings of the Under Secretary with respect to the survey and review under subsection (a)(1).

(2) CONTENT.—The report under paragraph (1) shall include—

(A) an evaluation of—

(i) the organization, posture, current and planned investments, and processes of the intelligence collections capabilities and activities, including the extent to which such capabilities and activities enable the geographic and functional combatant commands to meet the operational and strategic requirements of the Department of Defense;

(ii) the use or planned use by each geographic and functional combatant com-

mand of intelligence collections capabilities and activities available to such command to address operational and strategic requirements of the Department of Defense;

(iii) the gaps and deficiencies described in subsection (a)(1)(B)(iii), if any, that prohibit each geographic and functional combatant command from the most effective use of the intelligence collections capabilities and activities to address priority requirements of the Department of Defense;

(iv) the accepted risk by the Secretary of Defense from the prioritization of certain Department of Defense requirements with respect to the allocation of intelligence collections capabilities and activities; and

(v) the alignment and responsiveness of intelligence collections capabilities and activities with respect to the planning requirements for the Program of Analysis of each combat support agency that is part of—

(I) the Defense Intelligence Enterprise; and

(II) the intelligence community; and

(B) recommendations, if any, to improve the sufficiency, responsiveness, and interoperability of intelligence collections capabilities and activities to fulfill the operational and strategic requirements of the Department of Defense.

(3) FORM.—The report under paragraph (1) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.

(c) DEFINITIONS.—In this section:

(1) The term "appropriate congressional committees" means—

(A) the congressional defense committees; and

(B) the congressional intelligence committees.

(2) The term "combat support agency" has the meaning given that term in section 193(f) of title 10, United States Code.

(3) The term "Defense Intelligence Enterprise" has the meaning given that term in section 1633(c)(2) of the National Defense Authorization

Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2600).

(4) The term "intelligence collections capabilities and activities" means the totality of intelligence collections systems and processes which enable the tasking, processing, exploitation, and dissemination capabilities, capacity, and activities of the Defense Intelligence Enterprise.

(5) The term "intelligence community" has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

(6) The term "congressional intelligence committees" has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

**SEC. 1627. REPORTS ON CONSOLIDATED ADJUDICATION FACILITY OF THE DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY.**

(a) REPORTS.—On a semiannual basis during the period beginning on the date of the enactment of this Act and ending on the date specified in subsection (b), and annually thereafter, the Director of the Defense Counterintelligence and Security Agency shall submit to the congressional defense committees a report on the processes in place for adjudicating security clearances and the

WASHSTATEC007119

progress made to address the backlog of security clearance applications, including—

(1) metrics used by the Director to evaluate the inventory and timeliness of adjudicating security clearance cases; and

(2) details on the resources used by the Director in carrying out the security clearance mission of the Consolidated Adjudication Facility.

(b) DETERMINATION AND BRIEFING.—Upon the date on which the Director of the Defense Counterintelligence and Security Agency determines both that the backlog of security clearance adjudications has been substantially eliminated and that the timeline to conduct background investigations reflects the type of investigation being conducted and the level of clearance required, the Director shall—

(1) notify the congressional defense committees of such determination; and

(2) provide to such committees a briefing on the progress made by the Director with respect to security clearance adjudications.

**SEC. 1628. REPORT ON THE EXPANDED PURVIEW OF THE DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY.**

(a) REPORT REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to Congress a report on the Defense Counterintelligence and Security Agency.

(b) CONTENTS.—The report submitted under subsection (a) shall include the following:

(1) Identification of the resources and authorities appropriate for the inspector general for the expanded purview of the Defense Counterintelligence and Security Agency.

(2) Identification of the resources and authorities needed to perform the civil liberties and privacy officer function of the Defense Counterintelligence and Security Agency.

(3) An assessment of the security protocols in effect for personally identifiable information held by the Defense Counterintelligence and Security Agency.

(4) An assessment of the governance structure of the Defense Counterintelligence and Security Agency as it relates to the Department of Defense, including with respect to status, authorities, and leadership.

WASHSTATEC007121

(5) An assessment of the governance structure of the Defense Counterintelligence and Security Agency as it relates to interagency partners, including the Office of Management and Budget, the Office of the Director of National Intelligence, and the Office of Personnel Management.

(6) The methodology the Defense Counterintelligence and Security Agency will prioritize requests for background investigation requests from government agencies and industry.

**SEC. 1629. TERMINATION OF REQUIREMENT FOR DEPARTMENT OF DEFENSE FACILITY ACCESS CLEARANCES FOR JOINT VENTURES COMPOSED OF PREVIOUSLY-CLEARED ENTITIES.**

A clearance for access to a Department of Defense installation or facility may not be required for a joint venture if that joint venture is composed entirely of entities that are currently cleared for access to such installation or facility.

## Subtitle C—Cyberspace-Related Matters

**SEC. 1631. MATTERS RELATING TO MILITARY OPERATIONS IN THE INFORMATION ENVIRONMENT.**

(a) PRINCIPAL INFORMATION OPERATIONS ADVISOR.—

WASHSTATEC007122

(1) IN GENERAL.—Chapter 19 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 397. Principal Information Operations Advisor**

"(a) DESIGNATION.—Not later than 30 days after the enactment of this Act, the Secretary of Defense shall designate, from among officials appointed to a position in the Department of Defense by and with the advice and consent of the Senate, a Principal Information Operations Advisor to act as the principal advisor to the Secretary on all aspects of information operations conducted by the Department.

"(b) RESPONSIBILITIES.—The Principal Information Operations Advisor shall have the following responsibilities:

"(1) Oversight of policy, strategy, planning, resource management, operational considerations, personnel, and technology development across all the elements of information operations of the Department.

"(2) Overall integration and supervision of the deterrence of, conduct of, and defense against information operations.

"(3) Promulgation of policies to ensure adequate coordination and deconfliction with the De-

partment of State, the intelligence community (as such term is defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)), and other relevant agencies and departments of the Federal Government.

"(4) Coordination with the head of the Global Engagement Center to support the purpose of the Center (as set forth by section 1287(a)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 22 U.S.C. 2656 note)) and liaison with the Center and other relevant Federal Government entities to support such purpose.

"(5) Establishing and supervising a rigorous risk management process to mitigate the risk of potential exposure of United States Persons to information intended exclusively for foreign audiences.

"(6) Promulgation of standards for the attribution or public acknowledgment, if any, of operations in the information environment.

"(7) Development of guidance for, and promotion of, the capability of the Department to liaison with the private sector and academia on matters relating to the influence activities of malign actors.

WASHSTATEC007124

"(8) Such other matters relating to information operations as the Secretary shall specify for purposes of this subsection.".

(2) CLERICAL AMENDMENTS.—

(A) CHAPTER 19.—

(i) CHAPTER HEADING.—The heading of chapter 19 of such title is amended to read as follows:

**"CHAPTER 19—CYBER AND INFORMATION OPERATIONS MATTERS".**

(ii) TABLE OF SECTIONS.—The table of sections at the beginning of chapter 19 of such title is amended by inserting at the end the following new item:

"397. Principal Information Operations Advisor.".

(B) TABLE OF CHAPTERS.—The table of chapters for part I of subtitle A of such title is amended by striking the item relating to chapter 19 and inserting the following new item:

**"19. Cyber and Information Operations Matters ................ 391".**

(b) AFFIRMING THE AUTHORITY OF THE SECRETARY OF DEFENSE TO CONDUCT MILITARY OPERATIONS IN THE INFORMATION ENVIRONMENT.—(1) Congress affirms that the Secretary of Defense is authorized to conduct military operations, including clandestine operations, in the information environment to defend the United States,

WASHSTATEC007125

allies of the United States, and interests of the United States, including in response to malicious influence activities carried out against the United States or a United States person by a foreign power.

(2) The military operations referred to in paragraph (1), when appropriately authorized include the conduct of military operations short of hostilities and in areas outside of areas of active hostilities for the purpose of preparation of the environment, influence, force protection, and deterrence of hostilities.

(c) TREATMENT OF CLANDESTINE MILITARY OPERATIONS IN THE INFORMATION ENVIRONMENT AS TRADITIONAL MILITARY ACTIVITIES.—A clandestine military operation in the information environment shall be considered a traditional military activity for the purposes of section 503(e)(2) of the National Security Act of 1947 (50 U.S.C. 3093(e)(2)).

(d) QUARTERLY INFORMATION OPERATIONS BRIEFINGS.—(1) Not less frequently than once each quarter, the Secretary of Defense shall provide the congressional defense committees a briefing on significant military operations, including all clandestine operations in the information environment, carried out by the Department of Defense during the immediately preceding quarter.

(2) Each briefing under paragraph (1) shall include, with respect to the military operations in the information environment described in such paragraph, the following:

(A) An update, disaggregated by geographic and functional command, that describes the operations carried out by the commands.

(B) An overview of authorities and legal issues applicable to the operations, including any relevant legal limitations.

(C) An outline of any interagency activities and initiatives relating to the operations.

(D) Such other matters as the Secretary considers appropriate.

(e) RULE OF CONSTRUCTION.—Nothing in this section may be construed to limit, expand, or otherwise alter the authority of the Secretary to conduct military operations, including clandestine operations, in the information environment, to authorize specific military operations, or to limit, expand, or otherwise alter or otherwise affect the War Powers Resolution (50 U.S.C. 1541 et seq.) or an authorization for use of military force that was in effect on the day before the date of the enactment of this Act.

(f) CROSS-FUNCTIONAL TEAM.—

(1) ESTABLISHMENT.—The Principal Information Operations Advisor shall integrate the expertise

WASHSTATEC007127

in all elements of information operations and perspectives of appropriate organizations within the Office of the Secretary of Defense, Joint Staff, military departments, Defense Agencies, and combatant commands by establishing and maintaining a full-time cross-functional team composed of subject-matter experts selected from those organizations.

(2) SELECTION AND ORGANIZATION.—The cross-functional team established under paragraph (1) shall be selected, organized, and managed in a manner consistent with section 911 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 111 note).

(g) STRATEGY AND POSTURE REVIEW.—

(1) STRATEGY AND POSTURE REVIEW REQUIRED.—Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Principal Information Operations Advisor under section 397 of title 10, United States Code (as added by subsection (a)) and the cross-functional team established under subsection (f)(1), shall—

(A) develop or update, as appropriate, a strategy for operations in the information environment, including how such operations will be

synchronized across the Department of Defense and the global, regional, and functional interests of the combatant commands;

(B) conduct an information operations posture review, including an analysis of capability gaps that inhibit the Department's ability to successfully execute the strategy developed or updated pursuant to subparagraph (A);

(C) designate Information Operations Force Providers and Information Operations Joint Force Trainers for the Department of Defense;

(D) develop and persistently manage a joint lexicon for terms related to information operations, including "information operations", "information environment", "operations in the information environment", and "information related capabilities"; and

(E) determine the collective set of combat capabilities that will be treated as part of operations in the information environment, including cyber warfare, space warfare, military information support operations, electronic warfare, public affairs, and civil affairs.

(2) COORDINATION ON CERTAIN CYBER MATTERS.—For any matters in the strategy and posture review under paragraph (1) that involve or relate to Department of Defense cyber capabilities, the Principal Information Operations Advisor shall fully collaborate with the Principal Cyber Advisor to the Secretary of Defense.

(3) ELEMENTS.—At a minimum, the strategy developed or updated pursuant to paragraph (1)(A) shall include the following:

(A) The establishment of lines of effort, objectives, and tasks that are necessary to implement such strategy and eliminate the capability gaps identified under paragraph (1)(B).

(B) In partnership with the Principal Cyber Advisor to the Secretary of Defense and in coordination with any other component or Department of Defense entity as selected by the Secretary of Defense, an evaluation of any organizational changes that may be required within the Office of the Secretary of Defense, including potential changes to Under Secretary or Assistant Secretary-level positions to comprehensively conduct oversight of policy development, capabilities, and other aspects of oper-

WASHSTATEC007130

ations in the information environment as determined pursuant to the information operations posture review under paragraph (1)(B).

(C) An assessment of various models for operationalizing information operations, including the feasibility and advisability of establishing an Army Information Warfare Command.

(D) A review of the role of information operations in combatant commander operational planning, the ability of combatant commanders to respond to hostile acts by adversaries, and the ability of combatant commanders to engage and build capacity with allies.

(E) A review of the law, policies, and authorities relating to, and necessary for, the United States to conduct military operations, including clandestine military operations, in the information environment.

(4) SUBMISSION TO CONGRESS.—Upon completion, the Secretary of Defense shall present the strategy for operations in the information environment and the information operations posture review under subparagraphs (A) and (B), respectively, of

paragraph (1) to the Committees on Armed Services of the House of Representatives and the Senate.

(h) REPORT.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall provide the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report for the structuring and manning of information operations capabilities and forces across the Department of Defense. The Secretary shall provide such Committees with quarterly updates on such plan.

(2) ELEMENTS.—The plan required under paragraph (1) shall address the following:

(A) How the Department of Defense will organize to develop a combined information operations strategy and posture review under subsection (g).

(B) How the Department will fulfill the roles and responsibilities of the Principal Information Operations Advisor under section 397 of title 10, United States Code (as added by subsection (a)).

(C) How the Department will establish the information operations cross-functional team under subsection (f)(1).

(D) How the Department will utilize boards and working groups involving senior-level Department representatives on information operations.

(E) Such other matters as the Secretary of Defense considers appropriate.

(i) DEFINITIONS.—In this section:

(1) The terms "foreign person" and "United States person" have the meanings given such terms in section 101 of the Foreign Intelligence Surveillance Act of 1978 (50 U.S.C. 1801).

(2) The term "hostilities" has the same meaning as such term is used in the War Powers Resolution (50 U.S.C. 1541 et seq.).

(3) The term "clandestine military operation in the information environment" means an operation or activity, or associated preparatory actions, authorized by the President or the Secretary of Defense, that—

(A) is marked by, held in, or conducted with secrecy, where the intent is that the oper-

ation or activity will not be apparent or acknowledged publicly; and

(B) is to be carried out—

(i) as part of a military operation plan approved by the President or the Secretary of Defense;

(ii) to deter, safeguard, or defend against attacks or malicious influence activities against the United States, allies of the United States, and interests of the United States;

(iii) in support of hostilities or military operations involving the United States armed forces; or

(iv) in support of military operations short of hostilities and in areas where hostilities are not occurring for the purpose of preparation of the environment, influence, force protection, and deterrence.

**SEC. 1632. NOTIFICATION REQUIREMENTS FOR SENSITIVE MILITARY CYBER OPERATIONS.**

Section 395 of title 10, United States Code, is amended—

(1) in subsection (b)(3), by inserting ", signed by the Secretary, or the Secretary's designee," after "written notification"; and

(2) in subsection (c)—

(A) in paragraph (1)—

(i) in subparagraph (A), by striking "and" after the semicolon at the end;

(ii) by redesignating subparagraph (B) as subparagraph (C); and

(iii) by inserting after subparagraph (A) the following new subparagraph:

"(B) is determined to—

"(i) have a medium or high collateral effects estimate;

"(ii) have a medium or high intelligence gain or loss;

"(iii) have a medium or high probability of political retaliation, as determined by the political military assessment contained within the associated concept of operations;

"(iv) have a medium or high probability of detection when detection is not intended; or

"(v) result in medium or high collateral effects; and"; and

(B) in paragraph (2)(B), by striking "outside the Department of Defense Information Networks to defeat an ongoing or imminent threat".

**SEC. 1633. EVALUATION OF CYBER VULNERABILITIES OF MAJOR WEAPON SYSTEMS OF THE DEPARTMENT OF DEFENSE.**

Section 1647 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92) is amended by adding at the end the following new subsections:

"(f) WRITTEN NOTIFICATION.—If the Secretary determines that the Department will not complete an evaluation of the cyber vulnerabilities of each major weapon system of the Department by the date specified in subsection (a)(1), the Secretary shall provide to the congressional defense committees written notification relating to each such incomplete evaluation. Such a written notification shall include the following:

"(1) An identification of each major weapon system for which an evaluation will not be complete by the date specified in subsection (a)(1), the anticipated date of completion of the evaluation of each such weapon system, and a description of the re-

maining work to be done for the evaluation of each such weapon system.

"(2) A justification for the inability to complete such an evaluation by the date specified in subsection (a)(1).

"(g) REPORT.—The Secretary, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall provide a report to the congressional defense committees upon completion of the requirement for an evaluation of the cyber vulnerabilities of each major weapon system of the Department under this section. Such report shall include the following:

"(1) An identification of cyber vulnerabilities of each major weapon system requiring mitigation.

"(2) An identification of current and planned efforts to address the cyber vulnerabilities of each major weapon system requiring mitigation, including efforts across the doctrine, organization, training, materiel, leadership and education, personnel, and facilities of the Department.

"(3) A description of joint and common cyber vulnerability mitigation solutions and efforts, including solutions and efforts across the doctrine, organization, training, materiel, leadership and education, personnel, and facilities of the Department.

"(4) A description of lessons learned and best practices regarding evaluations of the cyber vulnerabilities and cyber vulnerability mitigation efforts relating to major weapon systems, including an identification of useful tools and technologies for discovering and mitigating vulnerabilities, such as those specified in section 1657 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), and steps taken to institutionalize the use of these tools and technologies.

"(5) A description of efforts to share lessons learned and best practices regarding evaluations of the cyber vulnerabilities and cyber vulnerability mitigation efforts of major weapon systems across the Department.

"(6) An identification of measures taken to institutionalize evaluations of cyber vulnerabilities of major weapon systems, including an identification of which major weapon systems evaluated under this section will be reevaluated in the future, when these evaluations will occur, and how evaluations will occur for future major weapon systems.

"(7) Information relating to guidance, processes, procedures, or other activities established to mitigate or address the likelihood of cyber

WASHSTATEC007138

vulnerabilities of major weapon systems by incorporation of lessons learned in the research, development, test, evaluation, and acquisition cycle, including promotion of cyber education of the acquisition workforce.

"(8) An identification of systems to be incorporated into or that have been incorporated into the National Security Agency's Strategic Cybersecurity Program and the status of these systems in the Program.

"(9) Any other matters the Secretary determines relevant.".

**SEC. 1634. QUARTERLY ASSESSMENTS OF THE READINESS OF CYBER MISSION FORCES.**

(a) IN GENERAL.—Section 484(b) of title 10, United States Code, is amended—

(1) by redesignating paragraph (4) as paragraph (5); and

(2) by inserting after paragraph (3) the following new paragraph (4):

"(4) An overview of the readiness of the Cyber Mission Forces to perform assigned missions that—

"(A) address all of the abilities of such Forces to conduct cyberspace operations based

on capability and capacity of personnel, equipment, training, and equipment condition—

"(i) using both quantitative and qualitative metrics; and

"(ii) in a way that is common to all military departments; and

"(B) is consistent with readiness reporting pursuant to section 482 of this title.".

(b) METRICS.—

(1) ESTABLISHMENT REQUIRED.—The Secretary of Defense shall establish metrics for the assessment of the readiness of the Cyber Mission Forces of the Department of Defense.

(2) BRIEFINGS REQUIRED.—Not later than 90 days after the date of the enactment of this Act and quarterly thereafter until completion of the establishment of the metrics under paragraph (1), the Secretary shall provide a briefing to the congressional defense committees on such metrics, including progress as required pursuant to subsection (c).

(c) MODIFICATION OF READINESS REPORTING SYSTEM.—Not later than 180 days after the date of the enactment of this Act, the Secretary shall take such actions as the Secretary considers appropriate to ensure that the comprehensive readiness reporting system established pur-

suant to section 117(a) of title 10, United States Code, covers matters relating to the readiness of the Cyber Mission Forces—

(1) using the metrics established pursuant to subsection (b)(1); and

(2) in a manner that is consistent with sections 117 and 482 of such title.

(d) FIRST QUARTERLY BRIEFING ASSESSING CYBER READINESS.—The amendments made by subsection (a) shall take effect on the date that is 180 days after the date of the enactment of this Act.

**SEC. 1635. CYBER POSTURE REVIEW.**

Section 1644 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91) is amended—

(1) in subsection (a), by inserting ", not later than December 31, 2022, and quadrennially thereafter," before "conduct";

(2) in subsection (b), by striking "the review" and inserting "each review";

(3) in subsection (c)—

(A) in the matter preceding paragraph (1), by striking "The review" and inserting "Each review";

WASHSTATEC007141

(B) by redesignating paragraph (9) as paragraph (11); and

(C) by inserting after paragraph (8) the following new paragraphs:

"(9) An assessment of the potential costs, benefits, and value, if any, of establishing a cyber force as a separate uniformed service.

"(10) Any recurrent problems or capability gaps that remain unaddressed since the previous posture review.";

(4) in subsection (d)—

(A) in paragraph (1), by striking "the cyber" and inserting "each cyber";

(B) in paragraph (2), by striking "The report" and inserting "Each report"; and

(C) by striking paragraph (3); and

(5) in subsection (e), by striking "period beginning on the date that is five years after the date of the enactment of this Act and ending on the date that is 10 years after such date of enactment" and inserting "eight-year period that begins on the date of each review conducted under subsection (a)".

**SEC. 1636. MODIFICATION OF ELEMENTS OF ASSESSMENT REQUIRED FOR TERMINATION OF DUAL-HAT ARRANGEMENT FOR COMMANDER OF THE UNITED STATES CYBER COMMAND.**

Section 1642 of the National Defense Authorization Act for Fiscal Year 2017 (130 Stat. 2601; Public Law 114–328) is amended—

(1) in subsection (b)(2)(C)—

(A) in clause (ii), by inserting "and national intelligence operations" after "operations";

(B) by amending clause (iii) to read as follows:

"(iii) The tools, weapons, and accesses used in and available for military cyber operations are sufficient for achieving required effects and United States Cyber Command is capable of acquiring or developing such tools, weapons, and accesses."; and

(C) by amending clause (vi) to read as follows:

"(vi) The Cyber Mission Force has achieved full operational capability and has demonstrated the capacity to execute the

WASHSTATEC007143

cyber missions of the Department, including the following:

"(I) Execution of national-level missions through cyberspace, including deterrence and disruption of adversary cyber activity.

"(II) Defense of the Department of Defense Information Network.

"(III) Support for other combatant commands, including targeting of adversary military assets.";

(2) by redesignating subsection (c) as subsection (d); and

(3) by inserting after subsection (b) the following new subsection:

"(c) BIANNUAL BRIEFING.—

"(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this subsection and biannually thereafter, the Secretary of Defense and the Director of National Intelligence shall provide to the appropriate committees of Congress briefings on the nature of the National Security Agency and United States Cyber Command's current and future partnership. Briefings under this

WASHSTATEC007144

subsection shall not terminate until the certification specified in subsection (a) is issued.

"(2) ELEMENTS.—Each briefing under this subsection shall include status updates on the current and future National Security Agency-United States Cyber Command partnership efforts, including relating to the following:

"(A) Common infrastructure and capability acquisition.

"(B) Operational priorities and partnership.

"(C) Research and development partnership.

"(D) Executed documents, written memoranda of agreements or understandings, and policies issued governing such current and future partnership.

"(E) Projected long-term efforts.".

**SEC. 1637. MODIFICATION OF CYBER SCHOLARSHIP PROGRAM.**

Section 2200a(a)(1) of title 10, United States Code, is amended by striking "or advanced degree, or a certification," and inserting "advanced degree, or certificate".

WASHSTATEC007145

**SEC. 1638. TIER 1 EXERCISE OF SUPPORT TO CIVIL AUTHORITIES FOR A CYBER INCIDENT.**

Section 1648 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended—

(1) in subsection (a), by striking "The" and inserting "Not later than May 1, 2020, the"; and

(2) by adding at the end the following new subsection:

"(c) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense for the White House Communications Agency, not more than 90 percent of such funds may be obligated or expended until the initiation of the tier 1 exercise required under subsection (a).".

**SEC. 1639. EXTENSION OF THE CYBERSPACE SOLARIUM COMMISSION.**

Paragraph (1) of section 1652(k) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "September 1, 2019" and inserting "April 30, 2020".

**SEC. 1640. AUTHORITY TO USE OPERATION AND MAINTENANCE FUNDS FOR CYBER OPERATIONS-PECULIAR CAPABILITY DEVELOPMENT PROJECTS.**

(a) IN GENERAL.—The Secretary of Defense and each Secretary of the military departments concerned may obligate and expend not more than $3,000,000 of amounts authorized to be appropriated for operation and maintenance per service in each of fiscal years 2020 through 2022 to carry out cyber operations-peculiar capability development projects.

(b) NOTIFICATION.—Not later than 15 days after exercising the authority provided for in subsection (a), the Secretary of Defense, or his designee, and each Secretary of the military departments concerned, or their designees, shall notify the congressional defense committees of such exercise for projects exceeding $500,000.

(c) REPORT.—Not later than December 31 of each year through 2022, the Secretary of Defense shall submit to the congressional defense committees a report on obligations and expenditures made pursuant to the authority provided for in subsection (a). Each such report shall include a full description and evaluation of each of the cyber operations-peculiar capability development projects that is the subject of each such obligation or expenditure, definitions and standards for cyber operations-peculiar require-

WASHSTATEC007147

ments, transition plans, and any other matters the Secretary determines relevant.

**SEC. 1641. ROLE OF CHIEF INFORMATION OFFICER IN IMPROVING ENTERPRISE-WIDE CYBERSECURITY.**

(a) IN GENERAL.—In carrying out the responsibilities established in section 142 of title 10, United States Code, the Chief Information Officer of the Department of Defense shall, to the maximum extent practicable, ensure that the cybersecurity programs and capabilities of the Department—

(1) fit into an enterprise-wide cybersecurity architecture;

(2) are maximally interoperable with each other, including those programs and capabilities deployed by the components of the Department;

(3) enhance enterprise-level visibility and responsiveness to threats; and

(4) are developed, procured, instituted, and managed in a cost-efficient manner, exploiting economies of scale and enterprise-wide services and discouraging unnecessary customization and piecemeal acquisition.

(b) REQUIREMENTS.—In carrying out subsection (a), the Chief Information Officer shall—

(1) manage and modernize the cybersecurity architecture of the Department, including—

(A) ensuring the cybersecurity architecture of the Department maximizes cybersecurity capability, network, and endpoint activity data sharing across Department components;

(B) ensuring the cybersecurity architecture of the Department supports improved automaticity of cybersecurity detection and response; and

(C) modernizing and configuring the Department's standardized deployed perimeter, network-level, and endpoint capabilities to improve interoperability, meet pressing capability needs, and negate common adversary tactics, techniques, and procedures;

(2) establish mechanisms to enable and mandate, as necessary, cybersecurity capability and network and endpoint activity data-sharing across Department components;

(3) make mission data, through data tagging, automatic transmission, and other means, accessible and discoverable by Department components other than owners of such mission data;

(4) incorporate into the cybersecurity architecture of the Department emerging cybersecurity technologies from the Defense Advanced Research Projects Agency, the Strategic Capabilities Office, the Defense Innovation Unit, the laboratories of the military departments, and the commercial sector;

(5) ensure that the Department possesses the necessary computing infrastructure, through technology refresh, installation or acquisition of bandwidth, and the use of cloud computing power, to host and enable necessary cybersecurity capabilities; and

(6) utilize the Department's cybersecurity expertise to improve cybersecurity performance, operations, and acquisition, including—

(A) the cybersecurity testing, architecting, and engineering expertise of the National Security Agency; and

(B) the technology policy, workforce, and engineering expertise of the Defense Digital Service.

**SEC. 1642. NOTIFICATION OF DELEGATION OF AUTHORITIES TO THE SECRETARY OF DEFENSE FOR MILITARY OPERATIONS IN CYBERSPACE.**

(a) IN GENERAL.—The Secretary of Defense shall provide written notification to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate of the following:

(1) Authorities delegated to the Secretary by the President for military operations in cyberspace that are otherwise held by the National Command Authority, not later than 15 days after any such delegation. A notification under this paragraph shall include a description of the authorities delegated to the Secretary.

(2) Concepts of operations approved by the Secretary pursuant to delegated authorities described in paragraph (1), not later than 15 days after any such approval. A notification under this paragraph shall include the following:

(A) A description of authorized activities to be conducted or planned to be conducted pursuant to such authorities.

(B) The defined military objectives relating to such authorities.

(C) A list of countries in which such authorities may be exercised.

WASHSTATEC007151

(D) A description of relevant orders issued by the Secretary in accordance with such authorities.

(b) PROCEDURES.—

(1) IN GENERAL.—The Secretary of Defense shall establish and submit to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate procedures for complying with the requirements of subsection (a), consistent with the national security of the United States and the protection of operational integrity. The Secretary shall promptly notify such committees in writing of any changes to such procedures at least 14 days prior to the adoption of any such changes.

(2) SUFFICIENCY.—The Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate shall ensure that committee procedures designed to protect from unauthorized disclosure classified information relating to national security of the United States are sufficient to protect the information that is submitted to such committees pursuant to this section.

(3) NOTIFICATION IN EVENT OF UNAUTHORIZED DISCLOSURE.—In the event of an unauthorized disclosure of authorities covered by this section, the Secretary of Defense shall ensure, to the maximum extent practicable, that the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate are notified immediately. Notification under this paragraph may be verbal or written, but in the event of a verbal notification, a written notification signed by the Secretary shall be provided by not later than 48 hours after the provision of such verbal notification.

**SEC. 1643. LIMITATION OF FUNDING FOR CONSOLIDATED AFLOAT NETWORKS AND ENTERPRISE SERVICES.**

Of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Consolidated Afloat Networks and Enterprise Services, not more than 85 percent of such funds may be obligated or expended until the Secretary of the Navy and the Chief Information Officer of the Department of Defense independently certify to the congressional defense committees, the Permanent Select Committee on Intelligence of the House of Representatives, and the Select Committee on Intelligence of the Senate that recommendations in the Audit of Consolidated

Afloat Networks and Enterprise Services Security Safeguards (DODIG-2019-072) have been implemented.

**SEC. 1644. ANNUAL MILITARY CYBERSPACE OPERATIONS REPORT.**

(a) IN GENERAL.—Not later than March 1 of each year, the Secretary of Defense shall provide to the congressional defense committees a written report summarizing all named military cyberspace operations conducted in the previous calendar year, including cyber effects, operations, cyber effects enabling operations, and cyber operations conducted as defensive operations. Each such summary should be organized by adversarial country and should include the following for each named operation:

(1) An identification of the objective and purpose.

(2) Descriptions of the impacted countries, organizations, or forces, and nature of the impact.

(3) A description of methodologies used for the cyber effects operation or cyber effects enabling operation.

(4) An identification of the Cyber Mission Force teams, or other Department of Defense entity or units, that conducted such operation, and supporting teams, entities, or units.

(5) An identification of the infrastructures on which such operations occurred.

(6) A description of relevant legal, operational, and funding authorities.

(7) Additional costs beyond baseline operations and maintenance and personnel costs directly associated with the conduct of the cyber effects operation or cyber effects enabling operation.

(8) Any other matters the Secretary determines relevant.

(b) CLASSIFICATION.—The Secretary of Defense shall provide each report required under subsection (a) at a classification level the Secretary determines appropriate.

(c) LIMITATION.—This section does not apply to cyber-enabled military information support operations or military deception operations.

**SEC. 1645. ANNUAL REPORT ON CYBER ATTACKS AND INTRUSIONS AGAINST THE DEPARTMENT OF DEFENSE BY CERTAIN FOREIGN ENTITIES.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and each fiscal year thereafter through fiscal year 2023, the Principal Cyber Advisor to the Secretary of Defense and Chief Information Officer of the Department of Defense shall submit to the congressional defense committees a report on cyber at-

tacks and intrusions in the previous 12 months by agents or associates of the Governments of the Russian Federation, the People's Republic of China, the Islamic Republic of Iran, and the Democratic People's Republic of Korea against or into the information systems (as such term is defined in section 3502 of title 44, United States Code) of—

(1) the Department of Defense; and

(2) any contractor of the Department of Defense that works on sensitive United States military technology.

(b) FORM.—The report required by subsection (a) shall be submitted in classified form. The data in such report shall be aggregated from U.S. Cyber Command, the Defense Information Systems Agency, the military services and Department of Defense agencies, the Joint Staff, and the Office of the Secretary of Defense.

**SEC. 1646. CONTROL AND ANALYSIS OF DEPARTMENT OF DEFENSE DATA STOLEN THROUGH CYBERSPACE.**

(a) REQUIREMENTS.—If the Secretary of Defense determines that significant Department of Defense data may have been stolen through cyberspace and evidence of theft of the data in question—

(1) is in the possession of a component of the Department, the Secretary shall—

(A) either transfer or replicate and transfer such Department data in a prompt and secure manner to a secure repository with access by Department personnel appropriately limited on a need-to-know basis or otherwise ensure such consistent access to the relevant data by other means;

(B) ensure the Department applies such automated analytic tools and capabilities to the repository of potentially compromised data as are necessary to rapidly understand the scope and effect of the potential compromise;

(C) for high priority and mission critical Department systems, develop analytic products that characterize the scope of data compromised;

(D) ensure that relevant mission-affected entities in the Department are made aware of the theft or possible theft and, as damage assessment and mitigation proceeds, are kept apprised of the extent of the data stolen; and

(E) ensure that Department counterintelligence organizations are—

(i) fully integrated with any damage assessment team assigned to the breach;

(ii) fully informed of the data that have or potentially have been stolen and the effect of such theft; and

(iii) provided resources and tasked, in conjunction with subject matter experts and responsible authorities, to immediately and appropriately respond, including through the development and execution of relevant countermeasures, to any breach involving espionage and data theft; or

(2) is in the possession of or under controls or restrictions imposed by the Federal Bureau of Investigation, or a national counterintelligence or intelligence organization, the Secretary shall determine, jointly with the Director of the Federal Bureau of Investigation or the Director of National Intelligence, as appropriate, the most expeditious process, means, and conditions for carrying out the activities otherwise required by paragraph (1).

(b) RECOMMENDATIONS.—Not later than 90 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees such recommendations as the Secretary may have for legislative

or administrative action to address such barriers that may be inhibiting the implementation of this section.

**SEC. 1647. USE OF NATIONAL SECURITY AGENCY CYBERSECURITY EXPERTISE TO SUPPORT EVALUATION OF COMMERCIAL CYBERSECURITY PRODUCTS.**

(a) ADVISORY MISSION.—The National Security Agency shall, as a mission in its role in securing the information systems of the Department of Defense, advise and assist the Department of Defense in its evaluation and adoption of cybersecurity products and services from industry, especially the commercial cybersecurity sector.

(b) PROGRAM TO IMPROVE ACQUISITION OF CYBERSECURITY PRODUCTS AND SERVICES.—

(1) ESTABLISHMENT.—Consistent with subsection (a), the Director of the National Security Agency shall establish a permanent program consisting of market research, testing, and expertise transmission, or augments to existing programs, to improve the evaluation by the Department of Defense of cybersecurity products and services.

(2) REQUIREMENTS.—Under the program established pursuant to paragraph (1), the Director shall, independently and at the request of the components of the Department of Defense—

(A) test and evaluate commercially available cybersecurity products and services using—

(i) generally known cyber operations techniques; and

(ii) tools and cyber operations techniques and advanced tools and techniques available to the National Security Agency;

(B) develop and establish standard procedures, techniques, and threat-informed metrics to perform the testing and evaluation required by subparagraph (A); and

(C) advise the Chief Information Officer and the components of the Department of Defense on the merits and disadvantages of evaluated cybersecurity products, including with respect to—

(i) any synergies between products;

(ii) value;

(iii) matters relating to operation and maintenance; and

(iv) matters relating to customization requirements.

(3) LIMITATIONS.—The program established under paragraph (1) may not—

(A) by used to accredit cybersecurity products and services for use by the Department;

(B) create approved products lists; or

(C) be used for the procurement and fielding of cybersecurity products on behalf of the Department.

**SEC. 1648. FRAMEWORK TO ENHANCE CYBERSECURITY OF THE UNITED STATES DEFENSE INDUSTRIAL BASE.**

(a) FRAMEWORK REQUIRED.—Not later than February 1, 2020, the Secretary of Defense shall develop a consistent, comprehensive framework to enhance cybersecurity for the United States defense industrial base.

(b) ELEMENTS.—The framework developed pursuant to subsection (a) shall include the following:

(1) Identification of unified cybersecurity standards, regulations, metrics, ratings, third-party certifications, or requirements to be imposed on the defense industrial base for the purpose of assessing the cybersecurity of individual contractors.

(2) Roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Intelligence and Security, the Chief Information Officer, the Director of the Protecting Critical Technologies Task Force,

WASHSTATEC007161

and the Secretaries of the military departments relating to the following:

(A) Establishing and ensuring compliance with cybersecurity standards, regulations, and policies.

(B) Deconflicting existing cybersecurity standards, regulations, and policies.

(C) Coordinating with and providing assistance to the defense industrial base for cybersecurity matters, particularly as relates to the programs and processes described in paragraphs (8) and (9).

(D) Management and oversight of the acquisition process, including responsibility determination, solicitation, award, and contractor management, relating to cybersecurity standards, regulations, metrics, ratings, third-party certifications, or requirements.

(3) The responsibilities of the prime contractors, and all subcontractors in the supply chain, for implementing the required cybersecurity standards, regulations, metrics, ratings, third-party certifications, and requirements identified under paragraph (1).

(4) Definitions for "Controlled Unclassified Information" (CUI) and "For Official Use Only" (FOUO), as well as policies regarding protecting information designated as either of such.

(5) Methods and programs for managing controlled unclassified information, and for limiting the presence of unnecessary sensitive information on contractor networks.

(6) A plan to provide implementation guidance, education, manuals, and, as necessary, direct technical support or assistance, to contractors on matters relating to cybersecurity.

(7) Quantitative metrics for assessing the effectiveness of the overall framework over time, with respect to the exfiltration of controlled unclassified information from the defense industrial base.

(8) A comprehensive list of current and planned Department of Defense programs to assist the defense industrial base with cybersecurity compliance requirements of the Department, including those programs that provide training, expertise, and funding, and maintain approved security products lists and approved providers lists.

(9) Processes for enhanced threat information sharing between the Department of Defense and the defense industrial base.

(c) MATTERS FOR CONSIDERATION.—In developing the framework pursuant to subsection (a), the Secretary shall consider the following:

(1) Designating an official to be responsible for the cybersecurity of the defense industrial base.

(2) Risk-based methodologies, standards, metrics, and tiered cybersecurity requirements for the defense industrial base, including third-party certifications such as the Cybersecurity Maturity Model Certification pilot program, as the basis for a mandatory Department standard.

(3) Tailoring cybersecurity requirements for small- and medium-sized contractors based on a risk-based approach.

(4) Ensuring a consistent approach across the Department to cybersecurity standards, regulations, metrics, ratings, third-party certifications, or requirements of the defense industrial base.

(5) Ensuring the Department's traceability and visibility of cybersecurity compliance of suppliers to all levels of the supply chain.

WASHSTATEC007164

(6) Evaluating incentives and penalties for cybersecurity performance of suppliers.

(7) Integrating cybersecurity and traditional counterintelligence measures, requirements, and programs.

(8) Establishing a secure software development environment (DevSecOps) in a cloud environment inside the perimeter of the Department for contractors to perform their development work.

(9) Establishing a secure cloud environment through which contractors may access the data of the Department needed for their contract work.

(10) An evaluation of the resources and utilization of Department programs to assist the defense industrial base in complying with cybersecurity compliance requirements referred to in subsection (b)(1).

(11) Technological means, operational concepts, reference architectures, offensive counterintelligence operation concepts, and plans for operationalization to complicate adversary espionage, including honeypotting and data obfuscation.

(12) Implementing enhanced security vulnerability assessments for contractors working on critical acquisition programs, technologies, manufacturing capabilities, and research areas.

(13) Identifying ways to better leverage technology and employ machine learning or artificial intelligence capabilities, such as Internet Protocol monitoring and data integrity capabilities, to be applied to contractor information systems that host, receive, or transmit controlled unclassified information.

(14) Developing tools to easily segregate program data to only allow subcontractors access to their specific information.

(15) Appropriate communications of threat assessments of the defense industrial base to the acquisition workforce at all classification levels.

(16) A single Sector Coordinating Council for the defense industrial base.

(17) Appropriate communications with the defense industrial base on the impact of cybersecurity requirements in contracting and procurement decisions.

(d) CONSULTATION.—In developing the framework required pursuant to subsection (a), the Secretary shall consult with the following:

(1) Industry groups representing the defense industrial base.

(2) Contractors in the defense industrial base.

(3) The Director of the National Institute of Standards and Technology.

(4) The Secretary of Energy.

(5) The Director of National Intelligence.

(6) Relevant Federal regulatory agencies.

(e) BRIEFING.—

(1) IN GENERAL.—Not later than March 11, 2020, the Secretary of Defense shall provide the congressional defense committees with a briefing on the framework developed pursuant to subsection (a).

(2) CONTENTS.—The briefing required by paragraph (1) shall include the following:

(A) An overview of the framework developed pursuant to subsection (a).

(B) Identification of such pilot programs as the Secretary considers may be required to improve the cybersecurity of the defense industrial base.

(C) Implementation timelines and identification of costs.

(D) Such recommendations as the Secretary may have for legislative action to improve the cybersecurity of the defense industrial base.

(f) QUARTERLY BRIEFINGS.—

WASHSTATEC007167

(1) IN GENERAL.—Not less frequently than once each quarter after the briefing provided pursuant to subsection (e) until February 1, 2022, the Secretary of Defense shall brief the congressional defense committees on the status of development and implementation of the framework developed pursuant to subsection (a).

(2) COORDINATION WITH OTHER BRIEFINGS.—Each briefing under paragraph (1) shall be conducted in conjunction with a quarterly briefing under section 484(a) of title 10, United States Code.

(3) ELEMENTS.—Each briefing under paragraph (1) shall include the following:

(A) The current status of the development and implementation of the framework developed pursuant to subsection (a).

(B) A description of the efforts undertaken by the Secretary to evaluate the matters for consideration set forth in subsection (c).

(C) The current status of any pilot programs the Secretary is carrying out to develop the framework.

WASHSTATEC007168

**SEC. 1649. REPORT ON CYBERSECURITY TRAINING PROGRAMS.**

Not later than 240 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate a report that accounts for all of the efforts, programs, initiatives, and investments of the Department of Defense to train elementary, secondary, and postsecondary students in fields related to cybersecurity, cyber defense, and cyber operations. The report shall—

(1) include information on the metrics used to evaluate such efforts, programs, initiatives, and investments, and identify overlaps or redundancies across the such efforts, programs, initiatives, and investments; and

(2) address how the Department leverages such efforts, programs, initiatives, and investments in the recruitment and retention of both the civilian and military cyber workforces.

**SEC. 1650. NATIONAL SECURITY PRESIDENTIAL MEMORANDUMS RELATING TO DEPARTMENT OF DEFENSE OPERATIONS IN CYBERSPACE.**

Not later than 30 days after the date of the enactment of this Act, upon request of the congressional defense committees, the President shall allow for such com-

WASHSTATEC007169

mittees to read a copy of all National Security Presidential Memorandums relating to Department of Defense operations in cyberspace at an appropriately cleared facility of the requesting committee's choosing. At the conclusion of such reading, such documents shall be collected and returned to the President.

**SEC. 1651. REORIENTATION OF BIG DATA PLATFORM PROGRAM.**

(a) REORIENTATION OF PROGRAM.—

(1) IN GENERAL.—Not later than January 1, 2021, the Secretary of Defense shall—

(A) reorient the Big Data Platform program as specified in this section; and

(B) align the reorientation effort under an existing line of effort of the Cyber Strategy of the Department of Defense.

(2) OVERSIGHT OF IMPLEMENTATION.—The Secretary shall act through the Principal Cyber Advisor and the supporting Cross Functional Team in the oversight of the implementation of paragraph (1).

(b) COMMON BASELINE AND SECURITY CLASSIFICATION SCHEME.—

(1) IN GENERAL.—Not later than January 1, 2021, the Secretary shall establish a common base-

line and security classification scheme for the collection, storage, processing, querying, analysis, and accessibility of a common and comprehensive set of metadata from sensors, applications, appliances, products, and systems deployed across the Department of Defense Information Network (DODIN) to enable the discovery, tracking, and remediation of cybersecurity threats.

(2) REQUIREMENTS.—In carrying out paragraph (1), the Secretary shall—

(A) take such actions as the Secretary considers necessary to standardize deployed infrastructure, including the Department of Defense's perimeter capabilities at the Internet Access Points, the Joint Regional Security Stacks, or other approved solutions, and the routing of data laterally and vertically from Department of Defense Information Network segments and tiers, to enable standard and comprehensive metadata collection;

(B) take such actions as the Secretary considers necessary to standardize deployed cybersecurity applications, products, and sensors and the routing of data laterally and vertically from Department of Defense Information Network

WASHSTATEC007171

segments and tiers, to enable standard and comprehensive metadata collection;

(C) develop an enterprise-wide architecture and strategy for—

(i) where to place sensors or extract data from network information technology, operational technology, and cybersecurity appliances, applications, products, and systems for cybersecurity purposes;

(ii) which metadata data records should be universally sent to Big Data Platform instances and which metadata data records, if any, should be locally retained; and

(iii) expeditiously and efficiently transmitting metadata records to the Big Data Platform instances, including the acquisition and installation of further data bandwidth;

(D) determine the appropriate number, organization, and functions of separate Big Data Platform instances, and whether the Big Data Platform instances that are currently managed by Department of Defense components, includ-

ing the military services, should instead be jointly and regionally organized, or terminated;

(E) determine the appropriate roles of the Defense Information Systems Agency's Acropolis, United States Cyber Command's Scarif, and any similar Big Data Platforms as enterprise-wide real-time cybersecurity situational awareness capabilities or as complements or replacements for component level Big Data Platform instances;

(F) ensure that all Big Data Platform instances are engineered and approved to enable standard access and expeditious query capabilities by the Unified Platform, the network defense service providers, and the Cyber Mission Forces, with centrally managed authentication and authorization services;

(G) prohibit and remove barriers to information sharing, distributed query, data analysis, and collaboration across Big Data Platform instances, such as incompatible interfaces, interconnection service agreements, and the imposition of accreditation boundaries;

(H) transition all Big Data Platform instances to a cloud computing environment in

alignment with the cloud strategy of the Chief Information Officer of the Department of Defense;

(I) consider whether packet capture databases should continue to be maintained separately from the Big Data Platform instances, managed at the secret level of classification, and treated as malware-infected when the packet data are copies of packets extant in the Department of Defense Information Network;

(J) in the case that the Secretary decides to sustain the status quo on packet capture databases, ensure that analysts operating on or from the Unified Platform, the Big Data Platform instances, the network defense services providers, and the Cyber Mission Forces can directly access packets and query the database; and

(K) consider whether the Joint Artificial Intelligence Center's cybersecurity artificial intelligence national mission initiative, and any other similar initiatives, should include an application for the metadata residing in the Big Data Platform instances.

(c) LIMIT ON DATA AND DATA INDEXING SCHEMA.—The Secretary shall ensure that the Unified Platform and the Big Data Platform programs achieve data and data indexing schema standardization and integration to ensure interoperability, access, and sharing by and between Big Data Platform and other data sources and stores.

(d) ANALYTICS AND APPLICATION SOURCING AND COLLABORATION.—The Secretary shall ensure that the services, U.S. Cyber Command, and Defense Information Systems Agency—

(1) seek advanced analytics and applications from Government and commercial sources that can be executed on the deployed Big Data Platform architecture; and

(2) collaborate with vendors offering commercial analytics and applications, including support to refactoring commercial capabilities to the Government platform where industry can still own the intellectual property embedded in the analytics and applications.

(e) BRIEFING REQUIRED.—Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 180 days thereafter until the activities required by subsection (a)(1) are completed, the Secretary shall brief the congressional defense committees

WASHSTATEC007175

on the activities of the Secretary in carrying out subsection (b).

**SEC. 1652. ZERO-BASED REVIEW OF DEPARTMENT OF DEFENSE CYBER AND INFORMATION TECHNOLOGY PERSONNEL.**

(a) REVIEW REQUIRED.—Not later than January 1, 2021, each head of a covered department, component, or agency shall—

(1) complete a zero-based review of the cyber and information technology personnel of the head's covered department, component, or agency; and

(2) provide the Principal Cyber Advisor, the Chief Information Officer of the Department of Defense, and the Under Secretary of Defense for Personnel and Readiness the findings of the head with respect to the head's covered department, component, or agency.

(b) COVERED DEPARTMENTS, COMPONENTS, AND AGENCIES.—For purposes of this section, a covered department, component, or agency is—

(1) an independent Department of Defense component or agency;

(2) the Office of the Secretary of Defense;

(3) a component of the Joint Staff;

(4) a military department or an armed force; or

WASHSTATEC007176

(5) a reserve component of the Armed Forces.

(c) Scope of Review.—As part of a review conducted pursuant to subsection (a)(1), the head of a covered department, component, or agency shall, with respect to the covered department, component, or agency of the head—

(1) assess military, civilian, and contractor positions and personnel performing cyber and information technology missions;

(2) determine the roles and functions assigned by reviewing existing position descriptions and conducting interviews to quantify the current workload performed by military, civilian, and contractor workforce;

(3) compare the Department's manning with the manning of comparable industry organizations;

(4) include evaluation of the utility of cyber- and information technology-focused missions, positions, and personnel within such components—

(A) to assess the effectiveness and efficiency of current activities;

(B) to assess the necessity of increasing, reducing, or eliminating resources; and

(C) to guide prioritization of investment and funding;

WASHSTATEC007177

(5) develop recommendations and objectives for organizational, manning, and equipping change, taking into account anticipated developments in information technologies, workload projections, automation and process enhancements, and Department requirements;

(6) develop a gap analysis, contrasting the current organization and the objectives developed pursuant to paragraph (5); and

(7) develop roadmaps of prioritized activities and a timeline for implementing the activities to close the gaps identified pursuant to paragraph (6).

(d) ELEMENTS.—In carrying out a review pursuant to subsection (a)(1), the head of a covered department, component, or agency shall consider the following:

(1) Whether position descriptions and coding designators for given cybersecurity and information technology roles are accurate indicators of the work being performed.

(2) Whether the function of any cybersecurity or information technology position or personnel can be replaced by acquisition of cybersecurity or information technology products or automation.

(3) Whether a given component or subcomponent is over- or under-resourced in terms of per-

sonnel, using industry standards as a benchmark where applicable.

(4) Whether cybersecurity service provider positions and personnel fit coherently into the enterprise-wide cybersecurity architecture and with the Department's cyber protection teams.

(5) Whether the function of any cybersecurity or information technology position or personnel could be conducted more efficiently or effectively by enterprise-level cyber or information technology personnel.

(e) FURNISHING DATA AND ANALYSIS.—

(1) DATA AND ANALYSIS.—In carrying out subsection (a)(2), each head of a covered department, component, or agency, shall furnish to the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary a description of the analysis that led to the findings submitted under such subsection and the data used in such analysis.

(2) CERTIFICATION.—The Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary of Defense shall jointly review each submittal under subsection (a)(2) and certify whether the findings and analysis are in compliance with the requirements of this section.

(f) RECOMMENDATIONS.—After receiving findings submitted by a head of a covered department, component, or agency pursuant to paragraph (2) of subsection (a) with respect to a review conducted by the head pursuant to paragraph (1) of such subsection, the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly provide to such head such recommendations as the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary may have for changes in manning or acquisition that proceed from such review.

(g) IMPLEMENTATION.—The Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly oversee and assist in the implementation of the roadmaps developed pursuant to subsection (c)(7) and the recommendations developed pursuant to subsection (f).

(h) IN-PROGRESS REVIEWS.—Not later than six months after the date of the enactment of this Act and not less frequently than once every six months thereafter until the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary give the briefing required by subsection (i), the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly—

(1) conduct in-progress reviews of the status of the reviews required by subsection (a)(1); and

(2) provide the congressional defense committees with a briefing on such in-progress reviews.

(i) FINAL BRIEFING.—After all of the reviews have been completed under paragraph (1) of subsection (a), after receiving all of the findings pursuant to paragraph (2) of such subsection, and not later than June 1, 2021, the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly provide to the congressional defense committees a briefing on the findings of the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary with respect to such reviews, including such recommendations as the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary may have for changes to the budget of the Department as a result of such reviews.

(j) DEFINITION OF ZERO-BASED REVIEW.—In this section, the term "zero-based review" means a review in which an assessment is conducted with each item, position, or person costed anew, rather than in relation to its size or status in any previous budget.

**SEC. 1653. STUDY ON IMPROVING CYBER CAREER PATHS IN THE NAVY.**

(a) STUDY REQUIRED.—Not later than October 1, 2020, the Secretary of the Navy and the Chief of Naval Operations shall jointly—

(1) complete a study on methods to improve military and civilian cyber career paths within the Navy; and

(2) submit to the congressional defense committees a report on the findings of the Secretary and Chief with respect to the study completed pursuant to paragraph (1), including all of the data used in such study.

(b) ELEMENTS.—The report submitted pursuant to subsection (a)(2) shall include the following:

(1) A plan for implementing career paths for civilian and military personnel tailored to develop expertise in cyber skill sets, including skill sets appropriate for offensive and defensive military cyber operations. Such plan should also evaluate the current Cyber Warfare Engineer career field for officers, including options for expanding the career field beyond current plans.

(2) Suggested changes to the processes that govern the identification of talent and career progression of the civilian and military workforce.

(3) A methodology for a cyber workforce assignment policy that deliberately builds depth and breadth of knowledge regarding the conduct of cyber operations throughout an entire career.

(4) Possible enhancements to identifying, recruiting, training, and retaining the civilian and military cyber workforce, especially for Interactive On-Net operators and tool developers.

(5) Recommendations for legislative and administrative actions to address the findings and recommendations of the Secretary and the Chief with respect to the study completed pursuant to subsection (a)(1).

(c) CONSULTATION.—In conducting the study required by subsection (a)(1), the Secretary and the Chief shall consult with the following:

(1) The Principal Cyber Advisor of the Department of Defense.

(2) The Secretary of the Air Force.

(3) The Commander of the United States Cyber Command.

(4) The Air Force Chief of Staff.

(5) The Secretary of the Army.

(6) The Army Chief of Staff.

(7) The Commandant of the Marine Corps.

(8) The Under Secretary of Defense for Personnel and Readiness.

(9) The Chief Information Officer of the Department of Defense.

**SEC. 1654. ACCREDITATION STANDARDS AND PROCESSES FOR CYBERSECURITY AND INFORMATION TECHNOLOGY PRODUCTS AND SERVICES.**

(a) ASSESSMENT.—Consistent with the responsibilities and duties outlined in section 142 of title 10, United States Code, the Chief Information Officer of the Department of Defense shall conduct an enterprise assessment of accreditation standards and processes for cybersecurity and information technology products and services.

(b) REPORT.—

(1) IN GENERAL.—Not later than April 1, 2020, the Chief Information Officer shall submit to the congressional defense committees a report on the assessment conducted under subsection (a).

(2) CONTENTS.—The report submitted under paragraph (1) shall include the following:

(A) The findings of the Chief Information Officer with respect to the assessment conducted under subsection (a).

(B) A description of the modifications proposed or implemented to accreditation stand-

WASHSTATEC007184

ards and processes arising out of the assessment.

(C) A description of how the Department will increasingly automate accreditation processes, pursue agile development, incorporate machine learning, and foster reciprocity across authorizing officials.

**SEC. 1655. STUDY ON FUTURE CYBER WARFIGHTING CAPABILITIES OF DEPARTMENT OF DEFENSE.**

(a) STUDY REQUIRED.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall direct the Defense Science Board to carry out a study on the future cyber warfighting capabilities of the Department of Defense.

(b) PARTICIPATION.—Participants in the study shall include the following:

(1) Such members of the Board, including members of the Task Force on Cyber Deterrence of the Board, as the Chairman of the Board considers appropriate for the study.

(2) Such additional temporary members or contracted support as the Secretary—

(A) selects from those recommended by the Chairman for purposes of the study; and

WASHSTATEC007185

(B) considers to have significant technical, policy, or military expertise.

(c) ELEMENTS.—The study conducted pursuant to subsection (a) shall include the following:

(1) A technical evaluation of the Joint Cyber Warfighting Architecture of the Department, especially the Unified Platform, Joint Cyber Command and Control, and Persistent Cyber Training Environment, including with respect to the following:

(A) The suitability of the requirements and, as relevant, the delivered capability of such architecture to modern cyber warfighting.

(B) Such requirements or capabilities as may be absent or underemphasized in such architecture.

(C) The speed of development and acquisition as compared to mission need.

(D) Identification of potential duplication of efforts among the programs and concepts evaluated.

(E) The coherence of such architecture with the National Mission Teams and Combat Mission Teams of the Cyber Mission Force, as constituted and organized on the day before the date of the enactment of this Act.

(F) The coherence of such architecture with the Cyber Protection Teams of the Cyber Mission Force and the cybersecurity service providers of the Department, as constituted and organized on the day before the date of the enactment of this Act.

(G) The coherence of such architecture with the concepts of persistent engagement and defending forward as incorporated in the 2018 Department of Defense Cyber Strategy, including with respect to operational concepts such as consistent spy-on-spy engagement, securing adversary operating pictures, and preemptively feeding indicators and warning to defensive operators.

(2) A technical evaluation of the tool development and acquisition programs of the Department, including with respect to the following:

(A) The suitability of planned tool suite and cyber armory constructs of the United States Cyber Command to modern cyber warfighting.

(B) The speed of development and acquisition as compared to mission need.

WASHSTATEC007187

(C) The resourcing and effectiveness of the internal tool development of the United States Cyber Command as compared to the tool development of the National Security Agency.

(D) The resourcing and effectiveness of the internal tool development of the United States Cyber Command as compared to its acquisition.

(E) The coherence of such programs with the concepts of persistent engagement and defending forward as incorporated in the 2018 Department of Defense Cyber Strategy, including with respect to operational concepts such as consistent spy-on-spy engagement, securing adversary operating pictures, and preemptively feeding indicators and warning to defensive operators.

(3) An evaluation of the operational planning and targeting of the United States Cyber Command, including support for regional combatant commands, and suitability for modern cyber warfighting.

(4) Development of such recommendations as the Board may have for legislative or administrative action relating to the future cyber warfighting capabilities of the Department.

(d) ACCESS TO INFORMATION.—The Secretary shall provide the Board with timely access to appropriate information, data, resources, and analysis so that the Board may conduct a thorough and independent analysis as required under this section.

(e) REPORT.—

(1) TRANSMITTAL TO SECRETARY.—Not later than November 1, 2021, the Board shall transmit to the Secretary a final report on the study conducted pursuant to subsection (a).

(2) TRANSMITTAL TO CONGRESS.—Not later than 30 days after the date on which the Secretary receives the final report under paragraph (1), the Secretary shall submit to the congressional defense committees such report and such comments as the Secretary considers appropriate.

**SEC. 1656. STUDY TO DETERMINE THE OPTIMAL STRATEGY FOR STRUCTURING AND MANNING ELEMENTS OF THE JOINT FORCE HEADQUARTERS–CYBER ORGANIZATIONS, JOINT MISSION OPERATIONS CENTERS, AND CYBER OPERATIONS–INTEGRATED PLANNING ELEMENTS.**

(a) STUDY.—

(1) IN GENERAL.—The Principal Cyber Advisor of the Department of Defense shall conduct a study to determine the optimal strategy for structuring and manning elements of the following:

(A) Joint Force Headquarters–Cyber organizations.

(B) Joint Mission Operations Centers.

(C) Cyber Operations–Integrated Planning Elements.

(D) Joint Cyber Centers.

(2) ELEMENTS.—The study conducted under subsection (a) shall include assessment of the following:

(A) Operational effects on the military services if the entities listed in subparagraphs (A) through (C) of paragraph (1) are restructured from organizations that are service component organizations to joint organizations.

(B) Organizational effects on the military services if the billets associated with the entities listed in subparagraphs (A) through (C) of paragraph (1) are transferred to United States Cyber Command and designated as joint billets for joint qualification purposes.

(C) Operational and organizational effects on the military services, United States Cyber Command, other combatant commands, and the Joint Staff if the entities listed in subparagraphs (A) through (D) of paragraph (1) are realigned, restructured, or consolidated.

(b) REPORT.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Principal Cyber Advisor shall submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report on the study conducted under subsection (a).

(2) CONTENTS.—The report submitted under paragraph (1) shall contain the following:

(A) The findings of the Principal Cyber Advisor with respect to the study conducted under subsection (a).

(B) Details of the operational and organizational effects assessed under subsection (a)(2).

(C) A plan to carry out the transfer described in subsection (a)(2)(B) and the associated costs, as appropriate.

WASHSTATEC007191

(D) A plan to realign, restructure, or consolidate the entities listed in subparagraphs (A) through (D) of subsection (a)(1).

(E) Such other matters as the Principal Cyber Advisor considers appropriate.

**SEC. 1657. CYBER GOVERNANCE STRUCTURES AND PRINCIPAL CYBER ADVISORS ON MILITARY CYBER FORCE MATTERS.**

(a) DESIGNATION.—

(1) IN GENERAL.—Not later than 270 days after the date of the enactment of this Act, each of the secretaries of the military departments, in consultation with the service chiefs, shall appoint an independent Principal Cyber Advisor for each service to act as the principal advisor to the relevant secretary on all cyber matters affecting that military service.

(2) NATURE OF POSITION.—Each Principal Cyber Advisor position under paragraph (1) shall—

(A) be a senior civilian leadership position, filled by a senior member of the Senior Executive Service, not lower than the equivalent of a 3-star general officer, or by exception a comparable military officer with extensive cyber experience;

(B) exclusively occupy the Principal Cyber Advisor position and not assume any other position or responsibility in the relevant military department;

(C) be independent of the relevant service's chief information officer; and

(D) report directly to and advise the secretary of the relevant military department and advise the relevant service's senior uniformed officer.

(3) NOTIFICATION.—Each of the secretaries of the military departments shall notify the Committees on Armed Services of the Senate and House of Representatives of his or her Principal Cyber Advisor appointment. In the case that the appointee is a military officer, the notification shall include a justification for the selection and an explanation of the appointee's ability to execute the responsibilities of the Principal Cyber Advisor.

(b) RESPONSIBILITIES OF PRINCIPAL CYBER ADVISORS.—Each Principal Cyber Advisor under subsection (a) shall be responsible for advising both the secretary of the relevant military department and the senior uniformed military officer of the relevant military service and implementing the Department of Defense Cyber Strategy within

the service by coordinating and overseeing the execution of the service's policies and programs relevant to the following:

(1) The recruitment, resourcing, and training of military cyberspace operations forces, assessment of these forces against standardized readiness metrics, and maintenance of these forces at standardized readiness levels.

(2) Acquisition of offensive, defensive, and Department of Defense Information Networks cyber capabilities for military cyberspace operations.

(3) Cybersecurity management and operations.

(4) Acquisition of cybersecurity tools and capabilities, including those used by cybersecurity service providers.

(5) Evaluating, improving, and enforcing a culture of cybersecurity warfighting and accountability for cybersecurity and cyberspace operations.

(6) Cybersecurity and related supply chain risk management of the industrial base.

(7) Cybersecurity of Department of Defense information systems, information technology services, and weapon systems, including the incorporation of cybersecurity threat information as part of secure

WASHSTATEC007194

development processes, cybersecurity testing, and the mitigation of cybersecurity risks.

(c) COORDINATION.—To ensure service compliance with the Department of Defense Cyber Strategy, each Principal Cyber Advisor under subsection (a) shall work in close coordination with the following:

(1) Service chief information officers.

(2) Service cyber component commanders.

(3) Principal Cyber Advisor to the Secretary of Defense.

(4) Department of Defense Chief Information Officer.

(5) Defense Digital Service.

(d) BUDGET CERTIFICATION AUTHORITY.—

(1) IN GENERAL.—Each of the secretaries of the military departments shall require service components with responsibilities associated with cyberspace operations forces, offensive or defensive cyberspace operations and capabilities, and cyberspace issues relevant to the duties specified in subsection (b) to transmit the proposed budget for such responsibilities for a fiscal year and for the period covered by the future-years defense program submitted to Congress under section 221 of title 10, United States Code, for that fiscal year to the relevant serv-

WASHSTATEC007195

ice's Principal Cyber Advisor for review under subparagraph (B) before submitting the proposed budget to the department's comptroller.

(2) REVIEW.—Each Principal Cyber Advisor under subsection (a)(1) shall review each proposed budget transmitted under paragraph (1) and submit to the secretary of the relevant military department a report containing the comments of the Principal Cyber Advisor with respect to all such proposed budgets, together with the certification of the Principal Cyber Advisor regarding whether each proposed budget is adequate.

(3) REPORT.—Not later than March 31 of each year, each of the secretaries of the military departments shall submit to the congressional defense committees a report specifying each proposed budget for the subsequent fiscal year contained in the most-recent report submitted under paragraph (2) that the Principal Cyber Advisor did not certify to be adequate. The report of the secretary shall include a discussion of the actions that the secretary took or proposes to take, together with any additional comments that the Secretary considers appropriate regarding the adequacy or inadequacy of the proposed budgets.

(e) PRINCIPAL CYBER ADVISORS' BRIEFING TO CONGRESS.—Not later than February 1, 2021, and biannually thereafter, each Principal Cyber Advisor under subsection (a) shall brief the Committees on Armed Services of the Senate and House of Representatives on that Advisor's activities and ability to perform the functions specified in subsection (b).

(f) REVIEW OF CURRENT RESPONSIBILITIES.—

(1) IN GENERAL.—Not later than January 1, 2021, each of the secretaries of the military departments shall review the relevant military department's current governance model for cybersecurity with respect to current authorities and responsibilities.

(2) ELEMENTS.—Each review under paragraph (1) shall include the following:

(A) An assessment of whether additional changes beyond the appointment of a Principal Cyber Advisor pursuant to subsection (a) are required.

(B) Consideration of whether the current governance structure and assignment of authorities—

(i) enable effective governance;

WASHSTATEC007197

(ii) enable effective Chief Information Officer and Chief Information Security Officer action;

(iii) are adequately consolidated so that the authority and responsibility for cybersecurity risk management are clear and at an appropriate level of seniority;

(iv) provide authority to a single individual to certify compliance of Department of Defense information systems and information technology services with all current cybersecurity standards; and

(v) support efficient coordination across the military services, the Office of the Secretary of Defense, the Defense Information Systems Agency, and United States Cyber Command.

(3) BRIEFING.—Not later than October 1, 2020, each of the secretaries of the military departments shall brief the Committees on Armed Services of the Senate and House of Representatives on the findings of the Secretary with respect to the review conducted by the Secretary pursuant to paragraph (1).

**SEC. 1658. DESIGNATION OF TEST NETWORKS FOR TESTING AND ACCREDITATION OF CYBERSECURITY PRODUCTS AND SERVICES.**

(a) DESIGNATION.—Not later than April 1, 2020, the Secretary of Defense shall designate, for use by the Defense Information Systems Agency and such other components of the Department of Defense as the Secretary considers appropriate, three test networks for the testing and accreditation of cybersecurity products and services.

(b) REQUIREMENTS.—The networks designated under subsection (a) shall—

(1) be of sufficient scale to realistically test cybersecurity products and services;

(2) feature substantially different architectures and configurations;

(3) be live, operational networks; and

(4) feature cybersecurity processes, tools, and technologies that are appropriate for test purposes and representative of the processes, tools, and technologies that are widely used throughout the Department.

(c) ACCESS.—Upon request, information generated in the testing and accreditation of cybersecurity products and services shall be made available to the Office of the Director, Operational Test and Evaluation.

**SEC. 1659. CONSORTIA OF UNIVERSITIES TO ADVISE SECRETARY OF DEFENSE ON CYBERSECURITY MATTERS.**

(a) ESTABLISHMENT AND FUNCTION.—The Secretary of Defense shall establish one or more consortia of universities to assist the Secretary on cybersecurity matters relating to the following:

(1) To provide the Secretary a formal mechanism to communicate with consortium or consortia members regarding the Department of Defense's cybersecurity strategic plans, cybersecurity requirements, and priorities for basic and applied cybersecurity research.

(2) To advise the Secretary on the needs of academic institutions related to cybersecurity and research conducted on behalf of the Department and provide feedback to the Secretary from members of the consortium or consortia.

(3) To serve as a focal point or focal points for the Secretary and the Department for the academic community on matters related to cybersecurity, cybersecurity research, conceptual and academic developments in cybersecurity, and opportunities for closer collaboration between academia and the Department.

(4) To provide to the Secretary access to the expertise of the institutions of the consortium or consortia on matters relating to cybersecurity.

(5) To align the efforts of such members in support of the Department.

(b) MEMBERSHIP.—The consortium or consortia established under subsection (a) shall be open to all universities that have been designated as centers of academic excellence by the Director of the National Security Agency or the Secretary of Homeland Security.

(c) ORGANIZATION.—

(1) DESIGNATION OF ADMINISTRATIVE CHAIR AND TERMS.—For each consortium established under subsection (a), the Secretary of Defense, based on recommendations from the members of the consortium, shall designate one member of the consortium to function as an administrative chair of the consortium for a term with a specific duration specified by the Secretary.

(2) SUBSEQUENT TERMS.—No member of a consortium designated under paragraph (1) may serve as the administrative chair of that consortium for two consecutive terms.

(3) DUTIES OF ADMINISTRATIVE CHAIR.—Each administrative chair designated under paragraph (1) for a consortium shall—

(A) act as the leader of the consortium for the term specified by the Secretary under paragraph (1);

(B) be the liaison between the consortium and the Secretary;

(C) distribute requests from the Secretary for advice and assistance to appropriate members of the consortium and coordinate responses back to the Secretary; and

(D) act as a clearinghouse for Department of Defense requests relating to assistance on matters relating to cybersecurity and to provide feedback to the Secretary from members of the consortium.

(4) EXECUTIVE COMMITTEE.—For each consortium, the Secretary, in consultation with the administrative chair, may form an executive committee comprised of university representatives to assist the chair with the management and functions of the consortia. Executive committee institutions may not serve consecutive terms before all other consortium

institutions have been afforded the opportunity to hold the position.

(d) CONSULTATION.—The Secretary, or a senior level designee, shall meet with each consortium not less frequently than twice per year, or at a periodicity agreed to between the Department and each such consortium.

(e) PROCEDURES.—The Secretary shall establish procedures for organizations within the Department to access the work product produced by and the research, capabilities, and expertise of a consortium established under subsection (a) and the universities that constitute such consortium.

**SEC. 1660. JOINT ASSESSMENT OF DEPARTMENT OF DEFENSE CYBER RED TEAM CAPABILITIES, CAPACITY, DEMAND, AND REQUIREMENTS.**

(a) JOINT ASSESSMENT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in coordination with the Chief Information Officer of the Department of Defense, Principal Cyber Advisor, and the Director of Operational Test and Evaluation—

(1) conduct a joint assessment of Department cyber red team capabilities, capacity, demand, and future requirements that affect the Department's

ability to develop, test, and maintain secure systems in a cyber environment; and

(2) brief the congressional defense committees on the results of the joint assessment.

(b) ELEMENTS.—The joint assessment required by subsection (a)(1) shall—

(1) specify demand for cyber red team support for acquisition and operations;

(2) specify shortfalls in meeting demand and future requirements, disaggregated by the Department of Defense component or agency and by military department;

(3) examine funding and retention initiatives to increase cyber red team capacity to meet demand and future requirements identified to support the testing, training, and development communities;

(4) examine the feasibility and benefit of developing and procuring a common Red Team Integrated Capabilities Stack that better utilizes increased capacity of cyber ranges and better models the capabilities and tactics, techniques, and procedures of adversaries;

(5) examine the establishment of oversight and assessment metrics for Department cyber red teams;

WASHSTATEC007204

(6) assess the implementation of common development efforts for tools, techniques, and training;

(7) assess potential industry and academic partnerships and services;

(8) assess the mechanisms and procedures in place to deconflict red-team activities and defensive cyber operations on active networks;

(9) assess the use of Department cyber personnel in training as red team support;

(10) assess the use of industry and academic partners and contractors as red team support and the cost- and resource-effectiveness of such support; and

(11) assess the need for permanent, high-end dedicated red-teaming activities to model sophisticated adversaries' attacking critical Department systems and infrastructure.

## Subtitle D—Nuclear Forces

### SEC. 1661. CONFORMING AMENDMENT TO COUNCIL ON OVERSIGHT OF THE NATIONAL LEADERSHIP COMMAND, CONTROL, AND COMMUNICATIONS SYSTEM.

Section 171a of title 10, United States Code, is amended by striking ", Technology, and Logistics" each place it appears and inserting "and Sustainment".

**SEC. 1662. MODIFICATION OF AUTHORITIES RELATING TO NUCLEAR COMMAND, CONTROL, AND COMMUNICATIONS SYSTEM.**

(a) DUTIES AND POWERS OF UNDER SECRETARY OF DEFENSE FOR ACQUISITION AND SUSTAINMENT.—Section 133b(b) of title 10, United States Code, is amended—

(1) by redesignating paragraphs (4), (5), (6), and (7) as paragraphs (5), (6), (7), and (8), respectively;

(2) by inserting after paragraph (3) the following new paragraph (4):

"(4) establishing policies for, and providing oversight, guidance, and coordination with respect to, the nuclear command, control, and communications system;"; and

(3) in paragraph (6), as redesignated by paragraph (1), by inserting after "overseeing the modernization of nuclear forces" the following: ", including the nuclear command, control, and communications system,".

(b) DUTIES AND RESPONSIBILITIES OF CHIEF INFORMATION OFFICER.—Section 142(b)(1) of such title is amended—

(1) by striking subparagraph (G); and

(2) by redesignating subparagraphs (H) and (I) as subparagraphs (G) and (H), respectively.

WASHSTATEC007206

**SEC. 1663. BRIEFINGS ON MEETINGS HELD BY NUCLEAR WEAPONS COUNCIL.**

Section 179 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(g) SEMIANNUAL BRIEFINGS.—(1) Not later than February 1 and August 1 of each year, the Council shall provide to the congressional defense committees a briefing on, with respect to the six-month period preceding the briefing—

"(A) the dates on which the Council met; and

"(B) except as provided by paragraph (2), a summary of any decisions made by the Council pursuant to subsection (d) at each such meeting and the rationale for and options that informed such decisions.

"(2) The Council shall not be required to include in a briefing under paragraph (1) the matters described in subparagraph (B) of that paragraph with respect to decisions of the Council relating to the budget of the President for a fiscal year if the budget for that fiscal year has not been submitted to Congress under section 1105 of title 31 as of the date of the briefing.".

**SEC. 1664. CONSIDERATION OF BUDGET MATTERS AT MEETINGS OF NUCLEAR WEAPONS COUNCIL.**

(a) ATTENDANCE.—

(1) REQUIREMENT.—Except as provided by subsection (b), each official described in paragraph (2) shall attend the meetings of the Nuclear Weapons Council established by section 179 of title 10, United States Code, and the meetings of the Standing and Safety Committee of the Council, or such a successor committee. Each such official shall attend such meetings as advisors on matters within the authority and expertise of the official.

(2) OFFICIALS DESCRIBED.—The officials described in this paragraph are each of the following officials (or the designees of the officials):

(A) The Director of Cost Assessment and Program Evaluation of the Department of Defense.

(B) The Director of the Office of Management and Budget of the National Nuclear Security Administration.

(C) The Director for Cost Estimating and Program Evaluation of the National Nuclear Security Administration.

(D) The Director of the Office of Management and Budget.

(b) EXCEPTION.—On a case-by-case basis, the Chairman of the Nuclear Weapons Council, without delegation,

WASHSTATEC007208

may exclude the attendance of an official at a meeting pursuant to subsection (a) because of specific requirements relating to classified information or other exigent circumstances as determined by the Chairman.

**SEC. 1665. IMPROVEMENT TO ANNUAL REPORT ON THE MODERNIZATION OF THE NUCLEAR WEAPONS ENTERPRISE.**

(a) EXTENSION.—Subsection (a) of section 1043 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1576), as most recently amended by section 1670 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2157), is further amended in paragraph (1) by striking "2023" and inserting "2024".

(b) ACQUISITION COSTS.—Subsection (b)(1) of such section is amended—

(1) in subparagraph (B), by striking "; and" and inserting the following: ", including an estimate of the acquisition costs during such period for programs relating to such life extension, modernization, or replacement;";

(2) in subparagraph (C), by striking the end period and inserting "; and"; and

(3) by adding at the end the following:

"(D) an estimate of the relative percentage of total acquisition costs of the military departments and of the Department of Defense during such period represented by the acquisition costs estimated under subparagraph (B).".

(c) TRANSFER OF PROVISION.—

(1) CODIFICATION.—Such section 1043, as amended by subsections (a) and (b), is—

(A) transferred to chapter 24 of title 10, United States Code;

(B) inserted after section 492;

(C) redesignated as section 492a; and

(D) amended—

(i) in the enumerator, by striking "**SEC.**" and inserting "§"; and

(ii) in the section heading—

(I) by striking the period at the end; and

(II) by conforming the typeface and typestyle, including capitalization, to the typeface and typestyle as used in the section heading of section 491 of such title.

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 24 of title 10,

WASHSTATEC007210

United States Code, is amended by inserting after the item relating to section 492 the following new item:

"492a. Annual report on the plan for the nuclear weapons stockpile, nuclear weapons complex, nuclear weapons delivery systems, and nuclear weapons command and control system.".

**SEC. 1666. EXPANSION OF OFFICIALS REQUIRED TO CONDUCT BIENNIAL ASSESSMENTS OF DELIVERY PLATFORMS FOR NUCLEAR WEAPONS AND NUCLEAR COMMAND AND CONTROL SYSTEM.**

Section 492(d) of title 10, United States Code, is amended—

(1) in paragraph (2), by striking "; and" and inserting a semicolon;

(2) in paragraph (3), by striking the period at the end and inserting "; and"; and

(3) by adding at the end the following new paragraph:

"(4) the Commander of the United States Air Forces in Europe.".

**SEC. 1667. EXTENSION OF ANNUAL BRIEFING ON COSTS OF FORWARD-DEPLOYING NUCLEAR WEAPONS IN EUROPE.**

Section 1656(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1124) is amended by striking "2021" and inserting "2024".

WASHSTATEC007211

**SEC. 1668. ELIMINATION OF CONVENTIONAL REQUIREMENT FOR LONG-RANGE STANDOFF WEAPON.**

Subsection (a) of section 217 of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113–66; 127 Stat. 706), as amended by section 1662 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2152), is amended to read as follows:

"(a) LONG-RANGE STANDOFF WEAPON.—The Secretary of the Air Force shall develop a follow-on air-launched cruise missile to the AGM–86 that—

"(1) achieves initial operating capability for nuclear missions prior to the retirement of the nuclear-armed AGM–86; and

"(2) is capable of internal carriage and employment for nuclear missions on the next-generation long-range strike bomber.".

**SEC. 1669. BRIEFING ON LONG-RANGE STANDOFF WEAPON AND SEA-LAUNCHED CRUISE MISSILE.**

Not later than 90 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Administrator for Nuclear Security, shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on potential opportunities—

WASHSTATEC007212

(1) to increase commonality between the long-range standoff weapon and the sea-launched cruise missile; and

(2) to leverage, in the development of the sea-launched cruise missile, technologies developed, or under development as of the date of the briefing, as part of the long-range standoff weapon program.

**SEC. 1670. EXTENSION OF PROHIBITION ON AVAILABILITY OF FUNDS FOR MOBILE VARIANT OF GROUND-BASED STRATEGIC DETERRENT MISSILE.**

Section 1664 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2615), as most recently amended by section 1666 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2155), is further amended by striking "for any of fiscal years 2017 through 2020" and inserting "for any of fiscal years 2017 through 2024".

**SEC. 1671. REPORTS ON DEVELOPMENT OF GROUND-BASED STRATEGIC DETERRENT WEAPON.**

(a) ANNUAL REPORT REQUIRED.—Not later than February 15, 2020, and annually thereafter until the date on which the ground-based strategic deterrent weapon receives Milestone C approval (as defined in section 2366

WASHSTATEC007213

of title 10, United States Code), the Secretary of the Air Force, in coordination with the Administrator for Nuclear Security and the Chairman of the Nuclear Weapons Council established by section 179 of title 10, United States Code, shall submit to the congressional defense committees a report describing the joint development of the ground-based strategic deterrent weapon, including the missile developed by the Air Force and the W87–1 warhead modification program conducted by the National Nuclear Security Administration.

(b) ELEMENTS.—The report required by subsection (a) shall include the following:

(1) An estimate of the date on which the ground-based strategic deterrent weapon will reach initial operating capability.

(2) A description of any development milestones for the missile developed by the Air Force or the warhead developed by the National Nuclear Security Administration that depend on corresponding progress at the other agency.

(3) A description of coordination efforts between the Air Force and the National Nuclear Security Administration during the year preceding submission of the report.

WASHSTATEC007214

(4) A description of any schedule delays projected by the Air Force or the National Nuclear Security Administration, including delays related to infrastructure capacity and subcomponent production, associated costs, and the anticipated effect such delays would have on the schedule of work of the other agency.

(5) Plans to mitigate the effects of any delays described in paragraph (4).

(c) ADDITIONAL REPORT.—If the Air Force receives only one bid for the engineering and manufacturing development phase of the ground-based strategic deterrent program, the Secretary shall, not later than 60 days after awarding a contract for that phase, submit to the congressional defense committees a report assessing the risks and costs resulting from receiving only one bid for that phase and plans to mitigate such risks and costs.

(d) FORM.—Each report required by subsection (a) or (c) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 1672. PROHIBITION ON REDUCTION OF THE INTERCONTINENTAL BALLISTIC MISSILES OF THE UNITED STATES.**

(a) PROHIBITION.—Except as provided in subsection (b), none of the funds authorized to be appropriated by

WASHSTATEC007215

this Act for fiscal year 2020 for the Department of Defense may be obligated or expended for the following, and the Department may not otherwise take any action to do the following:

(1) Reduce, or prepare to reduce, the responsiveness or alert level of the intercontinental ballistic missiles of the United States.

(2) Reduce, or prepare to reduce, the quantity of deployed intercontinental ballistic missiles of the United States to a number less than 400.

(b) EXCEPTION.—The prohibition in subsection (a) shall not apply to any of the following activities:

(1) The maintenance or sustainment of intercontinental ballistic missiles.

(2) Ensuring the safety, security, or reliability of intercontinental ballistic missiles.

**SEC. 1673. INDEPENDENT STUDY ON POLICY OF NO-FIRST-USE OF NUCLEAR WEAPONS.**

(a) STUDY.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center to conduct a study on the United States adopting a policy to not use nuclear weapons first.

(b) MATTERS INCLUDED.—The study under subsection (a) shall include the following:

(1) An assessment of the benefits and risks of adopting a policy to not use nuclear weapons first to reduce the risk of miscalculation in a crisis.

(2) An assessment of the views of the allies of the United States with respect to the United States adopting such a policy, including whether, and if so how, any concerns regarding such a policy could be mitigated, including the value of engaging such allies to offer credible extended deterrence assurances.

(3) An assessment of which foreign countries have stated or adopted such a policy, including the credibility of any such policies and how they affect planning and operations.

(4) An assessment of how adversaries of the United States might view a declaration of such a policy.

(5) An assessment of the benefits and risks of such a policy with respect to nuclear nonproliferation.

(6) An assessment of changes in force posture and force requirements, if any, and costs or savings, that such a policy would require or allow.

(7) Any other matters the Secretary determines appropriate.

(c) SUBMISSION TO DOD.—Not later than 240 days after the date of the enactment of this Act, the federally funded research and development center shall submit to the Secretary the study under subsection (a).

(d) SUBMISSION TO CONGRESS.—

(1) INTERIM BRIEFING.—Not later than 120 days after the date of the enactment of this Act, the Secretary shall provide to the appropriate congressional committees an interim briefing on the study under subsection (a).

(2) STUDY.—Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the appropriate congressional committees the study under subsection (a), without change.

(e) FORM.—The study under subsection (a) shall be submitted under subsections (c) and (d)(2) in unclassified form, but may include a classified annex.

(f) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional defense committees; and

WASHSTATEC007218

(2) the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate.

**SEC. 1674. INDEPENDENT STUDY ON RISKS OF NUCLEAR TERRORISM AND NUCLEAR WAR.**

(a) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall enter into an agreement with the National Academy of Sciences to conduct a study on—

(1) whether a risk assessment framework is applicable to determining the potential risks of nuclear terrorism and nuclear war; and

(2) the implications for national security of assumptions in nuclear policy and doctrine.

(b) MATTERS INCLUDED.—The study under subsection (a) shall—

(1) identify risks described in paragraph (1) of that subsection;

(2) assess prior literature on such risks;

(3) assess the role that quantitative and non-quantitative analytical methods can play in assessing such risks, including the limitations of such analysis;

(4) identify and examine the assumptions about nuclear risks that underlie the national security strategy of the United States; and

(5) describe the consequences of the methods and assumptions that have been, are, or could be used in developing the nuclear security strategy of the United States.

(c) RECOMMENDATIONS.—Based on findings under subsection (b), the study may provide recommendations with respect to improving the use of a risk assessment framework described in subsection (a)(1).

(d) SUBMISSION.—Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees the study under subsection (a), without change.

(e) FORM.—The study shall be submitted in unclassified form, but may include a classified annex.

**SEC. 1675. REPORT ON MILITARY-TO-MILITARY DIALOGUE TO REDUCE RISKS OF MISCALCULATION LEADING TO NUCLEAR WAR.**

Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing the following:

(1) A description of—

WASHSTATEC007220

(A) current discussions between the United States Armed Forces and military counterparts from governments of foreign countries to reduce the risks of miscalculation, unintended consequences, or accidents that could precipitate the use of one or more nuclear weapons; and

(B) bilateral and multilateral agreements to which the United States is a party that provide for or facilitate military-to-military dialogue to address such risks.

(2) An assessment of the extent to which, if any, that military-to-military dialogue to reduce such risks is consistent with or supportive of other efforts conducted between the United States Government and foreign governments, or between nongovernmental organizations and foreign counterparts, to reduce such risks.

(3) An assessment conducted jointly by the Secretary of Defense and the Chairman of the Joint Chiefs of Staff, and in consultation with the Director of National Intelligence—

(A) on the risks and benefits of establishing, in addition to the discussions described in paragraph (1)(A), military-to-military discussions with the Russian Federation, Iran, the

WASHSTATEC007221

People's Republic of China, and North Korea to address the risks described in that paragraph, including with respect to policy, cost, and operational matters; and

(B) of the willingness of the governments of those countries to engage in such discussions.

**SEC. 1676. REPORT ON NUCLEAR FORCES OF THE UNITED STATES AND NEAR-PEER COUNTRIES.**

(a) REPORT.—Not later than February 15, 2020, the Secretary of Defense, in coordination with the Director of National Intelligence, shall submit to the appropriate committees of Congress a report on the nuclear forces of the United States and near-peer countries.

(b) ELEMENTS.—The report under subsection (a) shall include the following:

(1) An assessment of the current and planned nuclear systems of the United States, including with respect to research and development timelines, deployment timelines, and force size.

(2) An assessment of the current and planned nuclear systems of the People's Republic of China, including with respect to research and development timelines, deployment timelines, and force size.

WASHSTATEC007222

(3) An assessment of the current and planned nuclear systems of the Russian Federation, including with respect to research and development timelines, deployment timelines, and force size, including—

(A) deployed nuclear weapons not covered by the New START Treaty;

(B) nuclear weapons in development that would not be covered by the New START Treaty; and

(C) strategic nuclear weapons that are not deployed.

(c) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

(A) the Committee on Armed Services and the Select Committee on Intelligence of the Senate; and

(B) the Committee on Armed Services and the Permanent Select Committee on Intelligence of the House of Representatives.

(2) NEW START TREATY.—The term "New START Treaty" means the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed at Prague April 8, 2010, and entered into force February 5, 2011.

**SEC. 1677. REPORT ON OPERATION OF CONVENTIONAL FORCES OF MILITARY DEPARTMENTS UNDER EMPLOYMENT OR THREAT OF EMPLOYMENT OF NUCLEAR WEAPONS.**

(a) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of the Air Force, the Secretary of the Army, and the Secretary of the Navy, shall submit to the congressional defense committees a report detailing the views of each such Secretary on the ability of conventional forces under the authority of that Secretary to operate effectively under employment or threat of employment of nuclear weapons by the United States, an ally of the United States, or an adversary of the United States, including with respect to—

(1) measures taken to maximize the likelihood that such forces could continue to operate;

WASHSTATEC007224

(2) risks or gaps in the capabilities of such forces that would result from the employment or threat of employment of nuclear weapons; and

(3) how the capabilities and limitations of such forces would impact decisions to continue or terminate operations.

(b) FORM OF REPORT.—The report required by subsection (a) shall be submitted in classified form but shall be accompanied by an unclassified summary appropriate for release to the public.

**SEC. 1678. REPORT ON OPERATION OF CONVENTIONAL FORCES OF CERTAIN COMBATANT COMMANDS UNDER EMPLOYMENT OR THREAT OF EMPLOYMENT OF NUCLEAR WEAPONS.**

(a) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Chairman of the Joint Chiefs of Staff, in coordination with the Commander of the United States European Command, the Commander of the United States Indo-Pacific Command, and the Commander of the United States Strategic Command, shall submit to the congressional defense committees a report detailing the views of the Chairman and each such Commander on the ability of conventional forces under the authority of that Commander to execute contingency plans under employment or threat of employment of nuclear

weapons by the United States, an ally of the United States, or an adversary of the United States, including with respect to—

(1) measures taken to maximize the likelihood that such forces could continue to operate;

(2) risks or gaps in the capabilities of such forces that would result from the employment or threat of employment of nuclear weapons; and

(3) how the capabilities and limitations of such forces would impact decisions to continue or terminate operations.

(b) FORM OF REPORT.—The report required by subsection (a) shall be submitted in classified form but shall be accompanied by an unclassified summary appropriate for release to the public.

**SEC. 1679. BRIEFINGS ON PLAN FOR FUTURE-SYSTEMS-LEVEL ARCHITECTURE OF NUCLEAR COMMAND, CONTROL, AND COMMUNICATIONS SYSTEMS.**

(a) IN GENERAL.—Not later than February 15, 2020, and every 180 days thereafter through fiscal year 2025, the Commander of the United States Strategic Command, in coordination with the Under Secretary of Defense for Acquisition and Sustainment, shall provide to the congressional defense committees a briefing on the

plan of the Department of Defense for the future-systems-level architecture of the nuclear command, control, and communications systems.

(b) ELEMENTS.—Each briefing required by subsection (a) shall address the following:

(1) Near- and long-term plans and options considered as of the date of the briefing in determining the future-systems-level architecture of the nuclear command, control, and communications systems, including options to maximize resilience of such systems.

(2) Requirements, including with respect to cybersecurity, survivability, and reliability, including levels of redundancy.

(3) The risks and benefits of replicating the legacy architecture for such systems.

(4) The risks and benefits of using different architectures for such systems, including using hosted payloads in space payloads.

(5) Security considerations for such systems, including classification and requirements and plans to ensure supply chain security.

(6) Classification options and decisions with respect to such architecture and systems to deter attacks on such systems.

WASHSTATEC007227

(7) Timelines and general cost estimates for long-term investments in such systems, to the extent possible at the time of the briefing.

(8) Risks and benefits of pursuing agreements with adversaries of the United States, including potential agreements not to target nuclear command, control, and communications systems through kinetic, nonkinetic, or cyber attacks.

(9) Required levels of civilian and military staffing within the United States Strategic Command, the Office of the Secretary of Defense, and any other relevant component of the Department of Defense to evaluate or execute such architecture, and an estimate of when such levels of staffing will be achieved.

(10) Any other matters the Secretary considers appropriate.

**SEC. 1680. SENSE OF CONGRESS ON NUCLEAR DETERRENCE COMMITMENTS OF THE UNITED STATES.**

It is the sense of Congress that—

(1) credible extended deterrence commitments make key contributions to the security of the United States, international stability, and the nonproliferation objectives of the United States;

WASHSTATEC007228

(2) the nuclear forces of the United States, as well as the independent nuclear forces of other members of the North Atlantic Treaty Organization (in this section referred to as "NATO"), continue to play a critical role in the security of the NATO alliance;

(3) United States forward-deployed nuclear weapons and dual-capable aircraft in Europe contribute to the assurance of allies of the United States of the commitment of the United States to their security and to the deterrence and defense posture of NATO; and

(4) nuclear-certified F–35A aircraft will provide the most advanced nuclear fighter capability in the current and future anti-access area denial environments.

## Subtitle E—Missile Defense Programs

### SEC. 1681. NATIONAL MISSILE DEFENSE POLICY.

(a) POLICY.—Subsection (a) of section 1681 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 2431 note) is amended to read as follows:

"(a) POLICY.—It is the policy of the United States to—

WASHSTATEC007229

"(1) maintain and improve, with funding subject to the annual authorization of appropriations and the annual appropriation of funds for National Missile Defense—

"(A) an effective, layered missile defense system capable of defending the territory of the United States against the developing and increasingly complex missile threat posed by rogue states; and

"(B) an effective regional missile defense system capable of defending the allies, partners, and deployed forces of the United States against increasingly complex missile threats; and

"(2) rely on nuclear deterrence to address more sophisticated and larger quantity near-peer intercontinental missile threats to the homeland of the United States.".

(b) REDESIGNATION REQUIREMENT.—Not later than the date on which the President submits to Congress the annual budget request of the President for fiscal year 2021 pursuant to section 1105 of title 31, United States Code, the Secretary of Defense shall, as the Secretary considers appropriate, redesignate all strategies, policies, programs, and systems under the jurisdiction of the Secretary

to reflect that missile defense programs of the United States defend against ballistic, cruise, and hypersonic missiles in all phases of flight.

**SEC. 1682. DEVELOPMENT OF SPACE-BASED BALLISTIC MISSILE INTERCEPT LAYER.**

Section 1688 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2431 note) is amended—

(1) by striking subsection (c); and

(2) by redesignating subsection (d) as subsection (c).

**SEC. 1683. DEVELOPMENT OF HYPERSONIC AND BALLISTIC MISSILE TRACKING SPACE SENSOR PAYLOAD.**

(a) DEVELOPMENT.—Section 1683 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 2431 note) is amended—

(1) by redesignating subsections (d), (e), (f), (g), and (h), as subsections (e), (f), (g), (h), and (j), respectively; and

(2) by inserting after subsection (c) the following new subsection (d):

"(d) HYPERSONIC AND BALLISTIC MISSILE TRACKING SPACE SENSOR PAYLOAD.—

"(1) DEVELOPMENT.—The Director of the Missile Defense Agency, in coordination with the Direc-

WASHSTATEC007231

tor of the Space Development Agency and the Secretary of the Air Force, as appropriate, shall—

"(A) develop a hypersonic and ballistic missile tracking space sensor payload; and

"(B) include such payload as a component of the sensor architecture developed under subsection (a).

"(2) ASSIGNMENT OF PRIMARY RESPONSIBILITY.—Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall—

"(A) assign the Director of the Missile Defense Agency with the principal responsibility for the development and deployment of a hypersonic and ballistic tracking space sensor payload; and

"(B) submit to the congressional defense committees a certification of such assignment.".

(b) UPDATED PLAN.—Such section is further amended by inserting after subsection (h), as redesignated by subsection (a), the following new subsection:

"(i) UPDATED PLAN.—Not later than 90 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense

shall submit to the appropriate congressional committees an update to the plan under subsection (h), including with respect to the following:

"(1) How the Director of the Missile Defense Agency, the Director of the Defense Advanced Research Projects Agency, the Secretary of the Air Force, and the Director of the Space Development Agency, will each participate in the development of the sensor architecture under subsection (a) and the inclusion of the hypersonic and ballistic missile tracking space sensor payload as a component of such architecture pursuant to subsection (d), with respect to both prototype and operational capabilities, including how each such official will work together to avoid duplication of efforts.

"(2) How such payload will address the requirement of the United States Strategic Command for a hypersonic and ballistic missile tracking space sensing capability.

"(3) The estimated costs (in accordance with subsection (e)) to develop, acquire, and deploy, and the lifecycle costs to operate and sustain, the payload under subsection (d) and include such payload in the sensor architecture developed under subsection (a).".

WASHSTATEC007233

(c) CONFORMING AMENDMENT.—Subsection (h)(1) of such section, as redesignated by subsection (a), is amended by striking "with subsection (d)" and inserting "with subsection (e)".

**SEC. 1684. MODIFICATIONS TO REQUIRED TESTING BY MISSILE DEFENSE AGENCY OF GROUND-BASED MIDCOURSE DEFENSE ELEMENT OF BALLISTIC MISSILE DEFENSE SYSTEM.**

Section 1689(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2631; 10 U.S.C. 2431 note) is amended—

(1) in the matter preceding paragraph (1), by striking ", when possible,"; and

(2) in paragraph (3), by inserting ", including the use of threat-representative countermeasures" before the period.

**SEC. 1685. IRON DOME SHORT-RANGE ROCKET DEFENSE SYSTEM AND ISRAELI COOPERATIVE MISSILE DEFENSE PROGRAM CO-DEVELOPMENT AND CO-PRODUCTION.**

(a) IRON DOME SHORT-RANGE ROCKET DEFENSE SYSTEM.—

(1) AVAILABILITY OF FUNDS.—Of the funds authorized to be appropriated by this Act for fiscal year 2020 for procurement, Defense-wide, and avail-

WASHSTATEC007234

able for the Missile Defense Agency, not more than $95,000,000 may be provided to the Government of Israel to procure components for the Iron Dome short-range rocket defense system through co-production of such components in the United States by industry of the United States.

(2) CONDITIONS.—

(A) AGREEMENT.—Funds described in paragraph (1) for the Iron Dome short-range rocket defense program shall be available subject to the terms and conditions in the Agreement Between the Department of Defense of the United States of America and the Ministry of Defense of the State of Israel Concerning Iron Dome Defense System Procurement, signed on March 5, 2014, as amended to include co-production for Tamir interceptors.

(B) CERTIFICATION.—Not later than 30 days prior to the initial obligation of funds described in paragraph (1), the Director of the Missile Defense Agency and the Under Secretary of Defense for Acquisition and Sustainment shall jointly submit to the appropriate congressional committees—

(i) a certification that the amended bilateral international agreement specified in subparagraph (A) is being implemented as provided in such agreement; and

(ii) an assessment detailing any risks relating to the implementation of such agreement.

(b) ISRAELI COOPERATIVE MISSILE DEFENSE PROGRAM, DAVID'S SLING WEAPON SYSTEM CO-PRODUCTION.—

(1) IN GENERAL.—Subject to paragraph (3), of the funds authorized to be appropriated for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency not more than $50,000,000 may be provided to the Government of Israel to procure the David's Sling Weapon System, including for co-production of parts and components in the United States by United States industry.

(2) AGREEMENT.—Provision of funds specified in paragraph (1) shall be subject to the terms and conditions in the bilateral co-production agreement, including—

(A) a one-for-one cash match is made by Israel or in another matching amount that oth-

WASHSTATEC007236

erwise meets best efforts (as mutually agreed to by the United States and Israel); and

(B) co-production of parts, components, and all-up rounds (if appropriate) in the United States by United States industry for the David's Sling Weapon System is not less than 50 percent.

(3) CERTIFICATION AND ASSESSMENT.—The Under Secretary of Defense for Acquisition and Sustainment shall submit to the appropriate congressional committees—

(A) a certification that the Government of Israel has demonstrated the successful completion of the knowledge points, technical milestones, and production readiness reviews required by the research, development, and technology agreement and the bilateral co-production agreement for the David's Sling Weapon System; and

(B) an assessment detailing any risks relating to the implementation of such agreement.

(c) ISRAELI COOPERATIVE MISSILE DEFENSE PROGRAM, ARROW 3 UPPER TIER INTERCEPTOR PROGRAM CO-PRODUCTION.—

(1) IN GENERAL.—Subject to paragraph (2), of the funds authorized to be appropriated for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency not more than $55,000,000 may be provided to the Government of Israel for the Arrow 3 Upper Tier Interceptor Program, including for co-production of parts and components in the United States by United States industry.

(2) CERTIFICATION.—The Under Secretary of Defense for Acquisition and Sustainment shall submit to the appropriate congressional committees a certification that—

(A) the Government of Israel has demonstrated the successful completion of the knowledge points, technical milestones, and production readiness reviews required by the research, development, and technology agreement for the Arrow 3 Upper Tier Interceptor Program;

(B) funds specified in paragraph (1) will be provided on the basis of a one-for-one cash match made by Israel or in another matching amount that otherwise meets best efforts (as

mutually agreed to by the United States and Israel);

(C) the United States has entered into a bilateral international agreement with Israel that establishes, with respect to the use of such funds—

(i) in accordance with subparagraph (D), the terms of co-production of parts and components on the basis of the greatest practicable co-production of parts, components, and all-up rounds (if appropriate) by United States industry and minimizes nonrecurring engineering and facilitization expenses to the costs needed for co-production;

(ii) complete transparency on the requirement of Israel for the number of interceptors and batteries that will be procured, including with respect to the procurement plans, acquisition strategy, and funding profiles of Israel;

(iii) technical milestones for co-production of parts and components and procurement;

(iv) a joint affordability working group to consider cost reduction initiatives; and

(v) joint approval processes for third-party sales; and

(D) the level of co-production described in subparagraph (C)(i) for the Arrow 3 Upper Tier Interceptor Program is not less than 50 percent.

(d) NUMBER.—In carrying out paragraph (2) of subsection (b) and paragraph (2) of subsection (c), the Under Secretary may submit—

(1) one certification covering both the David's Sling Weapon System and the Arrow 3 Upper Tier Interceptor Program; or

(2) separate certifications for each respective system.

(e) TIMING.—The Under Secretary shall submit to the congressional defense committees the certification and assessment under subsection (b)(3) and the certification under subsection (c)(2) by not later than 30 days before the funds specified in paragraph (1) of subsections (b) and (c) for the respective system covered by the certification are provided to the Government of Israel.

WASHSTATEC007240

(f) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means the following:

(1) The congressional defense committees.

(2) The Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1686. LIMITATION ON AVAILABILITY OF FUNDS FOR LOWER TIER AIR AND MISSILE DEFENSE SENSOR.**

(a) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Army for the lower tier air and missile defense sensor, not more than 75 percent may be obligated or expended until the Secretary of the Army submits the report under subsection (b).

(b) REPORT.—The Secretary of the Army shall submit to the congressional defense committees a report on the test and demonstration of lower tier air and missile defense sensors that occurred during the third quarter of fiscal year 2019. Such report shall include the following:

(1) An explanation of how the test and demonstration was conducted and what the test and demonstration set out to achieve, including—

WASHSTATEC007241

(A) an explanation of the performance specifications used; and

(B) a description of the emulated threats used in the test and demonstration and how such threats compare to emerging regional air and missile threats.

(2) An explanation of the capability of the sensor system that the Secretary determined to be the winner of the test and demonstration, including with respect to—

(A) the capability of such sensor system against key threats and requirements, including whether such sensor system will be delivered with full 360-degree coverage and the ability of such sensor system to detect, track, and surveil targets;

(B) the estimated procurement and life-cycle costs of operating such sensor system; and

(C) the cost, timeline, and approach that will be used to integrate the lower tier air and missile defense sensor with other sensors using the Integrated Air and Missile Defense Battle Command System.

(3) An explanation of whether future performance improvements to the lower tier air and missile

defense sensor are conditional on intellectual property and how such improvements will be made if the United States does not own such intellectual property.

**SEC. 1687. PLAN FOR THE REDESIGNED KILL VEHICLE REPLACEMENT.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the decision by the Department of Defense to terminate the redesigned kill vehicle contract on August 22, 2019, due to technological problems encountered during development will result in a delay to the fielding of an additional 20 ground-based interceptors at Fort Greely, Alaska, which had been planned to be emplaced by the end of calendar year 2023;

(2) to ensure that the future next-generation improved homeland defense interceptor program will deliver the required capability, have rigorous technical and acquisition oversight, and maintain schedule milestones, thereby mitigating the risk of similar issues as experienced with the redesigned kill vehicle, the acquisition strategy for such program should be reviewed and jointly approved by both the Under Secretary of Defense for Research and Engineering

WASHSTATEC007243

and the Under Secretary of Defense for Acquisition and Sustainment, with input by stakeholders across the Department of Defense prior to proceeding with development efforts and awarding a contract; and

(3) the Department, including the Missile Defense Agency, should uphold "fly before you buy" principles in such new acquisition strategy to ensure the overall system and components have been rigorously flight-tested prior to making procurement decisions.

(b) LIMITATION.—Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Missile Defense Agency for the next-generation improved homeland defense interceptor, not more than 50 percent may be obligated or expended until the date on which the Secretary of Defense submits the report under subsection (c).

(c) REPORT.—The Secretary of Defense shall submit to the congressional defense committees a report on the next-generation improved homeland defense interceptor program to replace the redesigned kill vehicle. The report shall include the following:

(1) Updated threat assessments by the intelligence community informing system threshold and objective requirements.

WASHSTATEC007244

(2) Updated requirements to address current and emerging threats.

(3) Technical, programmatic, and cost analyses conducted on courses of action and alternatives to meet capability requirements, including—

(A) an independent cost estimate for each course of action considered; and

(B) an evaluation of the technical readiness level of the overall system and the components for each course of action considered.

(4) Options considered to address reliability efforts of the current fleet, understanding known deficiencies, and the impact of not addressing such efforts and deficiencies until the delivery of the next-generation improved homeland defense interceptors.

(5) An obsolescence, refurbishment, and sustainment plan for all ground-based interceptor silos, including any impacts to the construction, delivery, and sustainment of missile field 4 located at Fort Greely, Alaska, taking into account the delay to emplacing additional interceptors.

(6) Possible opportunities as a result of the impacts described in paragraph (4) for improvements to missile fields located at Fort Greely other than missile field 4, including additional infrastructure or

components required, and estimated schedules and costs for such opportunities.

(7) A determination of the appropriate fleet mix of ground-based interceptor kill vehicles and boosters to maximize overall system effectiveness and increase capacity and capability, including the costs and benefits of continued inclusion of capability enhancement II block 1 interceptors after the fielding of the next-generation improved homeland defense interceptor.

**SEC. 1688. ORGANIZATION, AUTHORITIES, AND BILLETS OF THE MISSILE DEFENSE AGENCY.**

(a) INDEPENDENT STUDY.—

(1) ASSESSMENT.—In accordance with paragraph (2), the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center to conduct a study assessing—

(A) the organization of the Missile Defense Agency under the Under Secretary of Defense for Research and Engineering pursuant to section 205(b) of title 10, United States Code;

(B) alternative ways to organize the Agency under other officials of the Department of Defense, including the Under Secretary for Ac-

quisition and Sustainment and any other official of the Department the federally funded research and development center determines appropriate; and

(C) transitioning the Agency to the standard acquisition process pursuant to Department of Defense Instruction 5000, including both the risks and benefits of making such a transition.

(2) SCOPE OF STUDY.—Before entering into the contract with a federally funded research and development center to conduct the study under paragraph (1), the Secretary shall provide to the congressional defense committees an update on the scope of such study.

(3) SUBMISSION TO DOD.—Not later than 180 days after the date of the enactment of this Act, the federally funded research and development center shall submit to the Secretary the study conducted under paragraph (1).

(4) SUBMISSION TO CONGRESS.—Not later than 30 days after the date on which the federally funded research and development center submits to the Secretary the study under paragraph (1), the Secretary shall submit to the congressional defense committees the study, without change.

(b) NOTIFICATION ON CHANGES TO NON-STANDARD ACQUISITION PROCESSES AND RESPONSIBILITIES.—

(1) REQUIREMENTS.—The Secretary may not make any changes to the missile defense non-standard acquisition processes and responsibilities described in paragraph (2) until the Secretary, without delegation—

(A) has consulted with the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Policy, the secretaries of the military departments, the Chairman of the Joint Chiefs of Staff, the Commander of United States Strategic Command, the Commander of United States Northern Command, and the Director of the Missile Defense Agency;

(B) certifies to the congressional defense committees that the Secretary has coordinated the changes with and received the views of the individuals referred to in subparagraph (A);

(C) submits to the congressional defense committees a report describing the changes, the rationale for the changes, and the views of the

WASHSTATEC007248

individuals referred to in subparagraph (A) with respect to such changes; and

(D) a period of 120 days has elapsed following the date on which the Secretary submits such report.

(2) NON-STANDARD ACQUISITION PROCESSES AND RESPONSIBILITIES DESCRIBED.—The non-standard acquisition processes and responsibilities described in this paragraph are such processes and responsibilities described in—

(A) the memorandum of the Secretary of Defense titled "Missile Defense Program Direction" signed on January 2, 2002;

(B) Department of Defense Directive 5134.09, as in effect on the date of the enactment of this Act; and

(C) United States Strategic Command Instruction 583–3.

(c) LIMITATION ON CERTAIN TRANSFERS OF BILLETS.—During fiscal year 2020, the Secretary of Defense may not transfer civilian or military billets from the Missile Defense Agency to any element of the Department under the Under Secretary of Defense for Research and Engineering until, for each such transfer—

(1) the Secretary notifies the congressional defense committees of such proposed transfer; and

(2) a period of 90 days has elapsed following the date of such notification.

**SEC. 1689. ANNUAL ASSESSMENT OF BALLISTIC MISSILE DEFENSE SYSTEM.**

(a) ANNUAL ASSESSMENT.—As part of the annual report of the Director of Operational Test and Evaluation submitted to Congress under section 139 of title 10, United States Code, the Director shall include an assessment of the ballistic missile defense system and all of the elements of the system that have been fielded or are planned, as of the date of the assessment, including—

(1) the operational effectiveness, suitability, and survivability of the ballistic missile defense system and the elements of the system that have been fielded or tested; and

(2) the adequacy and sufficiency of the test program of such system as of the date of the assessment, including with respect to the operational realism of the tests.

(b) FORM.—Each assessment under subsection (a) may be submitted in unclassified form, and may include a classified annex.

**SEC. 1690. COMMAND AND CONTROL, BATTLE MANAGEMENT, AND COMMUNICATIONS PROGRAM.**

(a) LIMITATION ON SALE.—The Director of the Missile Defense Agency may not release the command and control, battle management, and communications program for export until the date on which the Director submits the report under subsection (b).

(b) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing the following:

(1) An explanation of the rationale of the Director for considering to export the command and control, battle management, and communications program (or any variants thereof) in light of the critical role of the program in the strategic national defense of the United States and the allies of the United States against ballistic missile attack.

(2) The findings of the market research and analysis conducted by the Director regarding exportable command and control solutions for ballistic missile defense, including such solutions that are internationally available.

WASHSTATEC007251

**SEC. 1691. MISSILE DEFENSE INTERCEPTOR SITE IN CONTIGUOUS UNITED STATES.**

(a) REPORT.—Not later than January 31, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the designation made on June 26, 2019, of a preferred potential future missile field site in the contiguous United States from the sites evaluated pursuant to section 227 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1678). The report shall address the following:

(1) The environmental impact statement prepared pursuant to such section 227.

(2) The strategic and operational effectiveness of the site, including with respect to the location that is the most advantageous site in providing coverage to the entire contiguous United States, including having the capability to provide shoot-assess-shoot coverage to the entire contiguous United States.

(3) Construction remediation efforts and impacts to the existing environment at the site.

(4) The existing infrastructure at the site.

(5) The costs to construct, equip, and operate the site.

(b) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(c) RULE OF CONSTRUCTION.—Nothing in this section may be construed—

(1) as requiring the Secretary of Defense to begin a military construction project relating to the missile defense site in the contiguous United States; or

(2) as a statement that there is any current military requirement for such a site.

(d) CONFORMING REPEAL.—Section 1681 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1776) is repealed.

**SEC. 1692. INDEPENDENT STUDY ON IMPACTS OF MISSILE DEFENSE DEVELOPMENT AND DEPLOYMENT.**

(a) STUDY.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center to conduct a study on the impacts of the development and deployment of homeland missile defenses of the United States on the security of the United States as a whole.

(b) MATTERS INCLUDED.—The study under subsection (a) shall—

WASHSTATEC007253

(1) consider whether security benefits obtained by the deployment of homeland missile defenses of the United States are undermined or counterbalanced by adverse reactions of potential adversaries, including both rogue states and near-peer adversaries; and

(2) consider the effectiveness of the homeland missile defense efforts of the United States to deter the development of ballistic missiles, in particular by both rogue states and near-peer adversaries.

(c) SUBMISSION.—Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees the study under subsection (a), without change.

(d) FORM.—The study shall be submitted under subsection (c) in unclassified form, but may include a classified annex.

**SEC. 1693. REPORT AND BRIEFING ON MULTI-VOLUME KILL CAPABILITY.**

Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Research and Engineering, in coordination with the Director of the Missile Defense Agency, the Under Secretary of Defense for Acquisition and Sustainment, and the Director of Cost Assessment and Program Evaluation, shall submit

to the congressional defense committees a report, and shall provide to such committees a briefing, on an assessment of potential roles for a multi-volume kill capability in a future architecture of the ballistic missile defense system. Such report and briefing shall include the following:

(1) An assessment of the current technology readiness level of necessary components and the technology readiness levels needed for an operational system.

(2) An assessment of the costs and a comprehensive development and testing schedule to deploy a multi-volume kill capability.

(3) A concept of operations with respect to how a multi-volume kill capability could be employed and how such a capability compares to single-kill ground-based midcourse defense system interceptors.

## Subtitle F—Other Matters

### SEC. 1694. EXTENSION OF AUTHORIZATION FOR PROTECTION OF CERTAIN FACILITIES AND ASSETS FROM UNMANNED AIRCRAFT.

(a) In General.—Subsection (i) of section 130i of title 10, United States Code, is amended by striking "2020" both places it appears and inserting "2023".

(b) Technical Corrections.—Such section is amended—

(1) in subsection (i)(1), as amended by subsection (a), by striking "of subsection (j)(3)" and inserting "of subsection (j)(3)(C)"; and

(2) in subsection (j)(6), by striking "in" and all that follows through the period at the end and inserting "in section 44801 of title 49".

**SEC. 1695. REPEAL OF REQUIREMENT FOR COMMISSION ON ELECTROMAGNETIC PULSE ATTACKS AND SIMILAR EVENTS.**

Section 1691 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1786) is repealed.

**SEC. 1696. REPEAL OF REVIEW REQUIREMENT FOR AMMONIUM PERCHLORATE REPORT.**

Section 1694 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1792) is amended by striking subsection (d).

**SEC. 1697. TRANSFERABILITY OF CONVENTIONAL PROMPT GLOBAL STRIKE WEAPON SYSTEM TECHNOLOGIES TO SURFACE-LAUNCHED PLATFORMS.**

(a) SURFACE-LAUNCHED TECHNOLOGIES.—The Secretary of the Navy shall ensure that the technologies developed for the conventional prompt global strike weapon system are transferrable to a surface-launched platform.

WASHSTATEC007256

(b) REPORT.—Not later than 120 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a report on the programmatic changes required to integrate the conventional prompt global strike weapon system into current or future surface combatant ships.

**SEC. 1698. PROHIBITION ON AVAILABILITY OF FUNDS FOR CERTAIN OFFENSIVE GROUND-LAUNCHED BALLISTIC OR CRUISE MISSILE SYSTEMS.**

(a) PROHIBITION.—None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended for the procurement or deployment of an offensive ground-launched ballistic or cruise missile system with a range between 500 and 5,500 kilometers.

(b) REPORT.—Not later than January 31, 2020, the Secretary of Defense shall submit to the congressional defense committees a report, and provide a briefing, that includes the following:

(1) An evaluation of the capabilities required to execute contingency plans in the areas of responsibility of the United States European Command and the United States Indo-Pacific Command using of-

fensive ground-launched missile systems of ranges in excess of 500 kilometers.

(2) An evaluation of what types of systems (including the range and flight profile of such systems), if any, could be used to meet the required capabilities identified under paragraph (1).

(3) The results of an analysis of alternatives conducted by the Chairman of the Joint Chiefs of Staff and the Director of Cost Assessment and Program Evaluation that considers—

(A) conventional missile systems, including ground-, sea-, and air-launched missiles, that could be deployed to meet the required capabilities identified under paragraph (1);

(B) the cost, schedule, and feasibility of tailored acquisition strategies for each such system considered;

(C) simulations and games that were performed to inform the analysis of alternatives;

(D) benefits and risks of such different types of systems, including operational considerations in contested environments; and

(E) any other operational or programmatic considerations determined relevant by the Chairman or the Director.

(4) Options for basing any such missile system in, or deploying any such missile system to, Europe or the Indo-Pacific region, including any agreements required for such options and potential timelines to implement such options.

(5) A list of any governments of a foreign country consulted about such possible deployments, and a summary of the reaction of each such government.

(6) A discussion of whether deploying such missile systems on the territory of a NATO ally would require a consensus decision by NATO.

(c) FORM.—The report under subsection (b) shall be submitted in unclassified form, but may contain a classified annex.

**SEC. 1699. HARD AND DEEPLY BURIED TARGETS.**

(a) BRIEFING REQUIRED.—

(1) IN GENERAL.—Not later than December 1, 2019, the Chairman of the Joint Chiefs of Staff shall, in consultation with the Commander of the United States Strategic Command, provide to the congressional defense committees a classified briefing on hard and deeply buried targets.

(2) ELEMENTS.—The briefing required by paragraph (1) shall include the following:

WASHSTATEC007259

(A) An estimate of the total number of high-value hard and deeply buried targets associated with United States military operations plans.

(B) A description of the contents, functions, and hardening characteristics of the targets described in subparagraph (A), as well as their level of protection by anti-access and area denial capabilities.

(C) An assessment of the current ability of, and requirement, cost, and implications for deterrence and strategic stability for, the United States to hold such targets at risk using existing conventional and nuclear capabilities.

(D) An assessment of the potential ability of, and requirement, cost, and implications for deterrence and strategic stability for, the United States to hold such targets at risk using projected conventional and nuclear capabilities as of 2030.

(b) PLAN REQUIRED.—Not later than February 15, 2020, the Secretary of Defense shall develop a plan detailing the requirement, cost, and implications for deterrence and strategic stability for the United States to possess by

WASHSTATEC007260

2025 the capabilities to pose a credible threat against targets described in the briefing required by subsection (a).

# TITLE XVII—REPORTS AND OTHER MATTERS

Subtitle A—Studies and Reports

Sec. 1701. Modification of annual reporting requirements on defense manpower.
Sec. 1702. Termination of requirement for submittal to Congress of certain recurring reports.
Sec. 1703. Modification of annual report on civilian casualties in connection with United States military operations.
Sec. 1704. Extension of requirement for briefings on the national biodefense strategy.
Sec. 1705. Authorization of appropriations for title III of the Defense Production Act of 1950.
Sec. 1706. Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic.
Sec. 1707. Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense.
Sec. 1708. Report and briefing on implementation of national defense strategy.
Sec. 1709. Actions to increase analytic support.
Sec. 1710. Inclusion of certain individuals investigated by Inspectors General in the semiannual report.
Sec. 1711. Annual report on Joint Military Information Support Operations Web Operations Center.
Sec. 1712. Mobility capability requirements study.
Sec. 1713. Assessment of special operations force structure.
Sec. 1714. Army aviation strategic plan and modernization roadmap.
Sec. 1715. Report on ground-based long-range artillery to counter land and maritime threats.
Sec. 1716. Independent review of transportation working-capital fund.
Sec. 1717. Geographic command risk assessment of proposed use of certain aircraft capabilities.
Sec. 1718. Report on backlog of personnel security clearance adjudications.
Sec. 1719. Report regarding outstanding Government Accountability Office recommendations.
Sec. 1720. Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents.
Sec. 1721. Assessment of standards, processes, procedures, and policy relating to civilian casualties.
Sec. 1722. Report on transfers of equipment to prohibited entities.
Sec. 1723. Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities.
Sec. 1724. Review and assessment of mitigation of military helicopter noise.

Subtitle B—Other Matters

Sec. 1731. Technical, conforming, and clerical amendments.

Sec. 1732. Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification.
Sec. 1733. Clarification of authority of Inspectors General for overseas contingency operations.
Sec. 1734. Employment status of annuitants for Inspectors General for overseas contingency operations.
Sec. 1735. Extension of National Security Commission on Artificial Intelligence.
Sec. 1736. Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense.
Sec. 1737. Extension of postage stamp for breast cancer research.
Sec. 1738. National Commission on Military Aviation Safety.
Sec. 1739. Guarantee of residency for spouses of members of the uniformed services.
Sec. 1740. Electromagnetic pulses and geomagnetic disturbances.
Sec. 1741. Improvements to Manufacturing USA Program.
Sec. 1742. Regional innovation program.
Sec. 1743. Aviation workforce development.
Sec. 1744. Oversight of Department of Defense execute orders.
Sec. 1745. Processes and procedures for notifications regarding special operations forces.
Sec. 1746. Securing American science and technology.
Sec. 1747. Standardized policy guidance for calculating aircraft operation and sustainment costs.
Sec. 1748. Special Federal Aviation Regulation Working Group.
Sec. 1749. Prohibition on names related to the Confederacy.
Sec. 1750. Support for National Maritime Heritage Grants program.
Sec. 1751. Support for world language advancement and readiness.
Sec. 1752. Designation of Department of Defense strategic Arctic ports.
Sec. 1753. Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure .
Sec. 1754. Comprehensive Department of Defense policy on collective self-defense.
Sec. 1755. Policy regarding the transition of data and applications to the cloud.
Sec. 1756. Integrated public alert and warning system.
Sec. 1757. Improving quality of information in background investigation request packages.
Sec. 1758. Parole in place for members of the Armed Forces and certain military dependents.
Sec. 1759. Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense.
Sec. 1760. Military type certification for light attack experimentation aircraft.

WASHSTATEC007262

# Subtitle A—Studies and Reports

**SEC. 1701. MODIFICATION OF ANNUAL REPORTING REQUIREMENTS ON DEFENSE MANPOWER.**

(a) CONVERSION OF ANNUAL REQUIREMENTS REPORT INTO ANNUAL PROFILE REPORT.—Section 115a of title 10, United States Code, is amended—

(1) in subsection (a)—

(A) in the matter preceding paragraph (1), by striking the first two sentences and inserting the following new sentence: "Not later than April 1 each year, the Secretary of Defense shall submit to Congress a defense manpower profile report.";

(B) in paragraph (1), by adding "and" at the end;

(C) in paragraph (2), by striking "; and" and inserting a period; and

(D) by striking paragraph (3);

(2) in subsection (b)—

(A) by striking "(1)"; and

(B) by striking paragraphs (2) and (3); and

(3) in subsection (c), by striking "the following:" and all that follows and inserting "the manpower required for support and overhead func-

WASHSTATEC007263

tions within the armed forces and the Department of Defense.''.

(b) CONVERSION OF CERTAIN CURRENT REPORT ELEMENTS INTO SEPARATE, MODIFIED REPORTS.—Such section is further amended—

(1) in subsection (d), by striking ''The Secretary shall also include in each such report'' and inserting ''Not later than April 1 each year, the Secretary shall submit to Congress a report that sets forth''; and

(2) in subsection (e)(1), by striking ''In each such report, the Secretary shall also include'' and inserting ''Not later than April 1 each year, the Secretary shall submit to Congress a report that sets forth'';

(3) in subsection (f)—

(A) in the matter preceding paragraph (1), by striking ''The Secretary shall also include in each such report'' and inserting ''Not later than June 1 each year, the Secretary shall submit to Congress a report that sets forth''; and

(B) in paragraph (1), by striking ''and estimates of such numbers for the current fiscal year and subsequent fiscal years'';

(4) in subsection (g)—

WASHSTATEC007264

(A) in the matter preceding paragraph (1), by striking "In each report submitted under subsection (a), the Secretary shall also include a detailed discussion" and inserting "Not later than September 1 each year, the Secretary shall submit to Congress a report that sets forth a detailed discussion, current as of the preceding fiscal year,"; and

(B) by striking "the year" each place it appears and inserting "the fiscal year"; and

(5) in subsection (h), by striking "In each such report, the Secretary shall include a separate report" and inserting "Not later than April 1 each year, the Secretary shall submit to Congress a report".

(c) CONFORMING AND CLERICAL AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading of such section is amended to read as follows:

**"§ 115a. Annual defense manpower profile report and related reports".**

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 3 of such title is amended by striking the item relating to section 115a and inserting the following new item:

"115a. Annual defense manpower profile report and related reports.".

WASHSTATEC007265

**SEC. 1702. TERMINATION OF REQUIREMENT FOR SUBMITTAL TO CONGRESS OF CERTAIN RECURRING REPORTS.**

(a) TERMINATION.—Effective on December 30, 2021, each report described in subsection (b) that is still required to be submitted to Congress as of such effective date shall no longer be required to be submitted to Congress.

(b) COVERED REPORTS.—A report described in this subsection is any of the following:

(1) The report required by section 1696(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232).

(2) The report required by section 1071(b)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91).

(3) The report required by section 1788a(d) of title 10, United States Code, as added by section 555 of such Act.

(4) The report required under section 709(g) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 1071 note).

(5) The report required by section 1292(a)(2) of such Act (22 U.S.C. 2751 note).

(6) The quarterly report required by section 1236(c) of such Act.

(7) The annual certification required by section 1666 of such Act (10 U.S.C. 2431 note).

(8) The updates required under paragraph (3) of subsection (a) of section 1694 of such Act to the report required under paragraph (1) of such subsection.

(9) The notifications required by section 1695 of such Act.

(10) The report required under section 522(g) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92).

(c) CONFORMING REPEAL.—

(1) IN GENERAL.—Section 1788a of title 10, United States Code, is amended by striking subsection (d).

(2) EFFECTIVE DATE.—The amendment made by paragraph (1) shall take effect on December 30, 2021.

(d) REQUIREMENT FOR PREPARATION OF CERTAIN REPORTS TO CONGRESS BY CIVILIAN EMPLOYEES OF THE FEDERAL GOVERNMENT AND MEMBERS OF THE ARMED FORCES.—

(1) REQUIREMENT.—Except as expressly otherwise provided in the provision of law requiring such report, any report submitted to Congress pursuant to a provision of a national defense authorization Act that is enacted on or after the date that is three years after the date of the enactment of this Act shall be written by civilian employees of the Federal Government, members of the Armed Forces, or both, and not by contractor employees of the Federal Government.

(2) BRIEFING.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall brief the Committees on Armed Services of the Senate and the House of Representatives on the actions to be taken to ensure compliance with the requirement in paragraph (1), including on any impediments to compliance with the requirement.

**SEC. 1703. MODIFICATION OF ANNUAL REPORT ON CIVILIAN CASUALTIES IN CONNECTION WITH UNITED STATES MILITARY OPERATIONS.**

(a) IN GENERAL.—Section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91), as amended by section 1062 of the John S.

WASHSTATEC007268

McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended—

(1) in subsection (b)—

(A) by redesignating paragraphs (5) and (6) as paragraphs (8) and (9), respectively; and

(B) by striking paragraphs (3) and (4) and inserting the following new paragraphs:

"(3) A description of the process by which the Department of Defense investigates allegations of civilian casualties resulting from United States military operations, including how the Department incorporates information from interviews with witnesses, civilian survivors of United States operations, and public reports or other nongovernmental sources.

"(4) A description of—

"(A) steps taken by the Department to mitigate harm to civilians in conducting such operations; and

"(B) in the case of harm caused by such an operation to a civilian, any ex gratia payment or other assistance provided to the civilian or the family of the civilian.

"(5) A description of any allegations of civilian casualties made by public or non-governmental

WASHSTATEC007269

sources formally investigated by the Department of Defense.

"(6) A description of the general reasons for any discrepancies between the assessments of the United States and reporting from nongovernmental organizations regarding non-combatant deaths resulting from strikes and operations undertaken by the United States.

"(7) The definitions of 'combatant' and 'non-combatant' used in the preparation of the report, which shall be consistent with the laws of armed conflict."; and

(2) in subsection (e), by striking "five years" and inserting "seven years".

(b) CLASSIFICATION.—The Law Revision Counsel is directed to place such section 1057 in a note following section 113 of title 10, United States Code.

**SEC. 1704. EXTENSION OF REQUIREMENT FOR BRIEFINGS ON THE NATIONAL BIODEFENSE STRATEGY.**

Section 1086(d) of the National Defense Authorization Act for Fiscal year 2017 (Public Law 114–328; 130 Stat. 2423; 6 U.S.C. 104(d)) is amended by striking "March 1, 2019" and inserting "March 1, 2025".

WASHSTATEC007270

**SEC. 1705. AUTHORIZATION OF APPROPRIATIONS FOR TITLE III OF THE DEFENSE PRODUCTION ACT OF 1950.**

(a) IN GENERAL.—Section 711 of the Defense Production Act of 1950 (50 U.S.C. 4561) is amended by adding at the end the following: "In addition to the appropriations authorized by the previous sentence, there is authorized to be appropriated $117,000,000 for each of fiscal years 2020 through 2024 to carry out title III.".

(b) ANNUAL BRIEFING REQUIRED.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter for five years, the Secretary of Defense, or the designee of the Secretary, shall brief the Committee on Financial Services of the House of Representatives and the Committee on Banking, Housing, and Urban Affairs of the Senate on activities undertaken in the preceding year with respect to title III of the Defense Production Act of 1950 (50 U.S.C. 4531 et seq.).

**SEC. 1706. REPORT ON THE DEPARTMENT OF DEFENSE PLAN FOR MASS-CASUALTY DISASTER RESPONSE OPERATIONS IN THE ARCTIC.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the Department of Defense may be called upon to support the Coast Guard and other agencies of the Department of Homeland Security in re-

sponding to any mass-casualty disaster response operations in the Arctic;

(2) coordination between the Department of Defense and the Coast Guard might be necessary for responding to a mass-casualty event in the Arctic; and

(3) prior planning for Arctic mass-casualty disaster response operations will bolster the response of the Federal Government to a mass-casualty disaster in the Arctic environment.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in coordination with the Secretary of Homeland Security, submit to the appropriate committees of Congress a report on the plan of the Department of Defense for assisting mass-casualty disaster response operations in the Arctic.

(c) ELEMENTS.—The report required by subsection (b) shall include the following:

(1) A description of the assets that could be made available to support other agencies and departments of the Federal Government for mass-casualty disaster response operations in the Arctic.

(2) A description and assessment of the command, control, and coordination relationships that

would be useful to integrate rescue forces for such operations from multiple agencies and departments of the Federal Government.

(3) A description and assessment of the communications assets that could be made available in support of other agencies and departments of the Federal Government for communication and coordination in such operations.

(4) A description of any cooperative arrangements with Canada and other regional partners in providing rescue assets and infrastructure in connection with such operations.

(5) A description of available medical infrastructure and assets that could be made available in support of other agencies and departments of the Federal Government for aeromedical evacuation in connection with such operations.

(6) A description of available shelter locations that could be made available in support of other agencies and departments of the Federal Government for use in connection with such operations, including the number of people that can be sheltered per location.

(7) An assessment of logistical challenges that evacuations from the Arctic in connection with such

operations entail, including potential rotary and fixed-wing aircraft trans-load locations and onward movement requirements.

(d) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services, the Committee on Homeland Security and Governmental Affairs, and the Committee on Appropriations of the Senate; and

(2) the Committee on Armed Services, the Committee on Homeland Security, and the Committee on Appropriations of the House of Representatives.

**SEC. 1707. TRANSMITTAL TO CONGRESS OF REQUESTS FOR ASSISTANCE FROM OTHER DEPARTMENTS OF THE FEDERAL GOVERNMENT THAT ARE APPROVED BY THE DEPARTMENT OF DEFENSE.**

(a) REQUESTS FOLLOWING APPROVAL.—Not later than seven calendar days after the Department of Defense approves a Request for Assistance from the Department of Homeland Security or the Department of Health and Human Services, the Secretary of Defense shall electronically transmit to the Committees on Armed Services of

WASHSTATEC007274

the Senate and the House of Representatives a copy of such Request for Assistance.

(b) OFFICIAL RESPONSES TO APPROVED REQUESTS.—At the same time the Secretary of Defense submits to the Secretary of Homeland Security or the Secretary of Health and Human Services an official response of the Department of Defense approving a Request for Assistance from the Department of Homeland Security or the Department of Health and Human Services, as applicable, the Secretary of Defense shall electronically transmit to the Committees on Armed Services of the Senate and the House of Representatives a copy of such official response.

**SEC. 1708. REPORT AND BRIEFING ON IMPLEMENTATION OF NATIONAL DEFENSE STRATEGY.**

(a) REPORT AND BRIEFING.—In addition to the assessment required under section 113(g)(1)(F) of title 10, United States Code, by not later than April 30, 2020, the Secretary of Defense shall submit to the congressional defense committees a report, and provide an accompanying briefing, on the implementation of the national defense strategy required under section 113(g) of title 10, United States Code. Such report and briefing shall include each of the following:

(1) An explanation of the joint operational concepts to deter and, if necessary, to defeat strategic competitors, including—

(A) an evaluation of the risks associated with the employment of such joint operational concepts;

(B) the ways of adapting innovative joint operational concepts to strategically significant scenarios;

(C) the ways that such joint operational concepts address operational challenges to achieve advantages against strategic competitors in the nuclear, space, and cyber domains; and

(D) the employment of the force in peacetime to dissuade strategic competitors from conducting malign activities below the threshold of open warfare, including an evaluation of the use of Dynamic Force Employment and the Global Operating Model.

(2) The force posture changes and the United States defense investments required to implement the national defense strategy.

(3) Adjustments to research and development projects and programs of record, including any addi-

WASHSTATEC007276

tions, deletions, or modifications intended to align force management, including Joint Force development and design, required to implement the national defense strategy.

(4) An assessment of the personnel and organizational changes required to implement the national defense strategy.

(5) The resources and defense investments necessary to support the operational concepts and their implementation.

(b) INDEPENDENT STUDIES.—

(1) STUDIES REQUIRED.—

(A) IN GENERAL.—The Secretary of Defense shall provide for the performance of two independent studies on the development of joint operational concepts within the Department of Defense in accordance with this subsection.

(B) SUBMITTAL TO CONGRESS.—Not later than October 1, 2020, the Secretary shall submit to the congressional defense committees the results of each study required under subparagraph (A).

(C) FORM.—Each study required under subparagraph (A) shall be submitted in unclassified form, but may include a classified annex.

(2) ENTITIES TO PERFORM STUDIES.—The Secretary shall provide for the studies under paragraph (1) to be performed as follows:

(A) One study shall be performed by a federally funded research and development center.

(B) One study shall be performed by an independent, non-governmental institute, which is described in section 501(c)(3) of the Internal Revenue Code of 1986 and which is exempt from taxation under section 501(a) of such Code, and which has recognized credentials and expertise in national security and military affairs.

(3) PERFORMANCE OF STUDIES.—

(A) INDEPENDENT PERFORMANCE.—The Secretary shall require the studies required under this subsection to be conducted independently of one another.

(B) MATTERS TO BE CONSIDERED.—In performing a study under this subsection, the organization performing the study shall consider the following matters:

(i) An assessment of the Department of Defense Capstone Concept of Joint Op-

WASHSTATEC007278

erations process to define, develop, and improve joint operational concepts.

(ii) An evaluation of how the Department is validating new joint operational concepts through experimentation and military exercises.

(iii) The effectiveness of joint operational concepts to accomplish the objective of deterring and defeating strategic competitors, including an evaluation of the risks associated with each joint operational concept.

(iv) The ability of joint operational concepts to promote or to effectuate strategic objectives, defense policies, and budgetary priorities.

(v) Recommendations to alter or improve joint operational concepts.

(vi) Such other matters as the Secretary of Defense determines to be appropriate.

**SEC. 1709. ACTIONS TO INCREASE ANALYTIC SUPPORT.**

(a) IN GENERAL.—The Secretary of Defense shall direct the Under Secretary of Defense for Policy, the Director of the Joint Staff, and the Director of Cost Assess-

ment and Program Evaluation, in consultation with the Secretary of each of the military services, to jointly develop and implement a plan to strengthen the analytic capabilities, expertise, and processes necessary to implement the national defense strategy, as required under section 113(g) of title 10, United States Code.

(b) ELEMENTS.—The plan under subsection (a) shall include—

(1) an assessment of the decision support capability of the Department of Defense to support decision-making, specifically the analytic expertise available to inform senior leader decisions that link national defense strategy objectives with approaches to competing effectively across the full spectrum of engagement against strategic competitors;

(2) an analytic approach to force structure development, including an assessment of the major elements, products, and milestones of the force planning process of the Department;

(3) the conclusions and recommendations of the Defense Planning and Analysis Community initiative;

(4) the progress of the Department in implementing the recommendations of the Comptroller

General of the United States set forth in Government Accountability Office Report (GAO-19-40C);

(5) the progress of the Under Secretary, the Chairman of the Joint Chiefs of Staff, and the Director of Cost Assessment and Program Evaluation in implementing paragraph (5) of section 134(b) of title 10, United States Code, as added by section 902(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232); and

(6) such other matters as the Secretary of Defense determines to be appropriate.

(c) BRIEFING REQUIRED.—Not later than March 1, 2020, the Secretary of Defense shall provide to the congressional defense committees a briefing on the plan under subsection (a).

**SEC. 1710. INCLUSION OF CERTAIN INDIVIDUALS INVESTIGATED BY INSPECTORS GENERAL IN THE SEMIANNUAL REPORT.**

Section 5(a)(19) of the Inspector General Act of 1978 (Public Law 95–452; 5 U.S.C. App.) is amended by inserting "the name of the senior government official (as defined by the department or agency) if already made public by the Office, and" after "including".

**SEC. 1711. ANNUAL REPORT ON JOINT MILITARY INFORMATION SUPPORT OPERATIONS WEB OPERATIONS CENTER.**

(a) IN GENERAL.—Not later than March 1 of 2020, and each subsequent year until the termination date specified in subsection (c), the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and the Commander of United States Special Operations Command shall jointly submit to the congressional defense committees a report on the activities of the Joint Military Information Support Operations Web Operations Center (hereinafter referred to as the "JMWC") during the most recently concluded fiscal year.

(b) ELEMENTS.—The report required by subsection (a) shall include each of the following, for the fiscal year covered by the report:

(1) Definitions of initial operating capability and full operational capability as such terms relate to the JMWC.

(2) A detailed description of all activities conducted or planned to be conducted toward achieving initial operating capability and full operational capability of the JMWC.

(3) A list of all associated funding requested for each program element for achieving initial operating capability and full operational capability.

(4) A detailed description of validated doctrine, organization, training, materiel, leadership and education, personnel, facilities, and policy requirements relating to establishment and operation of the JMWC.

(5) A description of current JMWC capabilities, including information technology infrastructure and contractual arrangements.

(6) A list of all physical locations hosting JMWC capabilities.

(7) The number of military, contractor, and civilian personnel associated with the JMWC and any affiliated agency, service, or other Department of Defense entity.

(8) A description of the JMWC personnel organizational structure.

(9) An identification of inherently governmental functions relating to administration of the JMWC and execution of Military Information Support Operations (hereinafter referred to as "MISO)" programs enabled by the JMWC.

(10) A detailed description of frameworks, metrics, and capabilities to measure the effectiveness of MISO programs enabled by the JMWC.

(11) A list of all associated funding requested by program element from each of the geographic combatant commanders for MISO programs enabled by the JMWC and a description of such MISO activities.

(12) An assessment of the effectiveness of MISO programs enabled by the JMWC.

(13) A description of efforts and activities conducted to share best practices and leverage lessons learned across the Department of Defense relating to MISO programs enabled by the JMWC, as well as a description of such best practices and lessons learned.

(14) An identification of liaisons and detailees to the JMWC from agencies and elements of the Department of Defense and other elements of the Federal Government.

(15) Activities and efforts conducted to synchronize and deconflict MISO programs within the Department of Defense and with interagency and international partners related to strategic communications, as appropriate.

(16) Such other information as the Assistant Secretary and the Commander determine appropriate.

WASHSTATEC007284

(c) TERMINATION.—The requirement to submit a report under this section shall terminate on January 1, 2025.

**SEC. 1712. MOBILITY CAPABILITY REQUIREMENTS STUDY.**

(a) IN GENERAL.—The Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shall conduct a study of the end-to-end, full-spectrum mobility requirements to fulfill the national defense strategy required by section 113(g) of title 10, United States Code, for 2018. Such study shall be completed not later than January 1, 2021.

(b) ELEMENTS OF STUDY.—The study required under subsection (a) shall include each of the following:

(1) An assessment of the ability of the programmed airlift aircraft, tanker aircraft, sealift ships, and key mobility enablers to meet the integrated mobility requirements in expected strategic environments, as defined by the guidance in such national defense strategy.

(2) An identification, quantification, and description of the associated risk-to-mission (as defined by Chairman of the Joint Chiefs of Staff Man-

WASHSTATEC007285

ual 3105.01, Joint Risk Analysis) required to fulfill such strategy, including—

(A) as assessment of risk-to-mission associated with achieving strategic and operational objectives using the programmed airlift aircraft, tanker aircraft, sealift ships, and key mobility enablers; and

(B) a description of the combinations of airlift aircraft, tanker aircraft, sealift ships, and key mobility enabler requirements and capabilities that provide low, moderate, significant, and high levels of risk-to-mission to fulfill such strategy.

(3) An identification of any mobility capability gaps, shortfalls, overlaps, or excesses, including—

(A) an assessment of associated risks with respect to the ability to conduct operations; and

(B) recommended mitigation strategies where possible.

(4) The articulation of all key assumptions and decisions made and excursions examined in conducting the study with respect to—

(A) risk;

(B) programmed forces and infrastructure;

(C) the availability of commercial airlift and commercial United States sealift capabilities and resources, when applicable;

(D) aircraft usage rates, aircraft mission availability rates, aircraft mission capability rates, aircrew ratios, aircrew production, and aircrew readiness rates;

(E) readiness, crewing, and activation rates for sealift ships;

(F) prepositioning, forward stationing, seabasing, engineering, and infrastructure;

(G) demand signals used to represent missions described in the national defense strategy for 2018, in competition and wartime;

(H) concurrency and global integration of demand signals;

(I) integrated global presence and basing strategy;

(J) host nation or third-country support;

(K) adversary actions to degrade and disrupt United States mobility operations;

(L) adversary actions that threaten freedom of navigation on international waterways, including attacks on foreign ships and crews;

WASHSTATEC007287

(M) aircraft being used for training or undergoing depot maintenance or modernization or ships undergoing depot maintenance;

(N) mobility enabling forces availability, readiness, and use;

(O) logistics concept of operations, including any support concepts, methods, combat support forces, and combat service support forces, that are required to enable the projection and enduring support to forces both deployed and in combat for each analytic scenario;

(P) anticipated attrition rates for the assessed force structure; and

(Q) such other matters as the Commander determines appropriate.

(5) Such other elements as the Commander determines appropriate.

(c) REPORTS AND BRIEFINGS.—

(1) INTERIM REPORT AND BRIEFING.—Not later than June 1, 2020, the Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shall—

WASHSTATEC007288

(A) submit to the congressional defense committees an interim report on the study; and

(B) provide to such committees a briefing on the report.

(2) FINAL REPORT AND BRIEFING.—Not later than January 1, 2021, the Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shall—

(A) submit to the congressional defense committees a final report on the study; and

(B) provide to such committees a briefing on the report.

(3) FORM OF REPORTS.—The reports required by paragraphs (1) and (2) shall be submitted in unclassified form, but may include a classified annex.

(d) DEFINITION OF SEALIFT SHIP.—In this section, the term "sealift ship" includes surge sealift vessels, tanker vessels, and non-governmental vessels incorporated as part of the maritime logistics enterprise.

**SEC. 1713. ASSESSMENT OF SPECIAL OPERATIONS FORCE STRUCTURE.**

(a) ASSESSMENT.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center for the conduct of an independent assessment of the force structure and roles and responsibilities of special operations forces.

(b) MATTERS TO BE CONSIDERED.—In performing the assessment under this section, the federally funded research and development center shall consider the following matters:

(1) The most recent national defense strategy under section 113(g) of title 10, United States Code.

(2) Special operations activities, as described in section 167(k) of title 10, United States Code.

(3) Potential future national security threats to the United States.

(4) Ongoing counterterrorism and contingency operations of the United States.

(5) The demand for special operations forces by geographic combatant commanders for security cooperation, exercises, and other missions that could be executed by conventional forces.

(6) Other government and non-government analyses that would contribute to the assessment

through variations in study assumptions or potential scenarios.

(7) The role of emerging technology on special operations forces.

(8) Opportunities for reduced operation and sustainment costs of special operations.

(9) Current and projected capabilities of other United States Armed Forces that could affect force structure capability and capacity requirements of special operations forces.

(10) The process by which United States Special Operations Command determines force size and structure.

(11) The size, composition, and organizational structure of United States Special Operations Command headquarters and subordinate headquarters elements.

(12) The readiness of special operations forces for assigned missions and future conflicts.

(13) The adequacy of special operations force structure for meeting the goals of the National Military Strategy under section 153(b) of title 10, United States Code.

(14) Any other matters deemed relevant.

(c) ASSESSMENT RESULTS.—The results of the assessment under this section shall include each of the following:

(1) Considerations and recommendations for improving the readiness of special operations forces.

(2) Alternative headquarters and force structure options to reduce administrative costs and enhance operational effectiveness.

(3) Legislative recommendations with respect to section 167 of title 10, United States Code, and other relevant provisions of law.

(d) SUBMISSION TO CONGRESS.—Not later than July 1, 2020, the Secretary shall submit to the congressional defense committees an unaltered copy of the assessment required under subsection (a) together with the views of the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and the Commander of United States Special Operations Command on the assessment and the recommendations included in the assessment.

**SEC. 1714. ARMY AVIATION STRATEGIC PLAN AND MODERNIZATION ROADMAP.**

(a) STRATEGIC PLAN AND MODERNIZATION ROADMAP.—

WASHSTATEC007292

(1) IN GENERAL.—The Secretary of the Army shall develop a comprehensive strategic plan for Army aviation, which shall—

(A) ensure the alignment between requirements, both current and future, and Army budget submissions to meet such requirements; and

(B) inform the preparation of future defense program and budget requests by the Secretary, and the consideration of such requests by Congress.

(2) ELEMENTS.—The plan required by paragraph (1) shall include the following:

(A) An assessment of all missions for Army aviation, both current missions and those missions necessary to support the national defense strategy and the U.S. Army in Multi-Domain Operations 2028 concept.

(B) An analysis of platforms, capabilities, and capacities necessary to fulfill such current and future Army aviation missions.

(C) The anticipated life cycle budget associated with each platform, capability, and capacity requirement for both current and future requirements.

(D) An analysis showing operational, budget, and schedule trade-offs between sustainment of currently fielded capabilities, modernization of currently fielded capabilities, and development and production of new capabilities.

(b) REPORT TO CONGRESS.—Not later than March 30, 2020, the Secretary of the Army shall submit to the congressional defense committees a report containing—

(1) the comprehensive strategic plan required by subsection (a); and

(2) a sustainment and modernization plan for carrying out such strategic plan through fiscal year 2028.

**SEC. 1715. REPORT ON GROUND-BASED LONG-RANGE ARTILLERY TO COUNTER LAND AND MARITIME THREATS.**

(a) IN GENERAL.—Not later than March 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the efforts by the Army and Marine Corps to develop and deploy ground-based long-range rocket and cannon artillery to counter land and maritime threats.

(b) ELEMENTS.—The report required by subsection (a) shall include each of the following:

(1) An assessment of ongoing and future Army and Marine Corps efforts to develop and deploy ground-based long-range rocket and cannon artillery to counter land and maritime fires in the areas of operations of United States Indo-Pacific Command and United States European Command.

(2) An assessment of and recommendations for how the Department of Defense can improve the development and deployment of such artillery.

(3) An analysis, assessment, and determination of how such artillery employed in support of the United States and allied forces will be stationed, deployed, operationally positioned, and controlled to operate effectively against potential adversaries throughout the depth of their tactical, operational, and strategic formations, including any recommendations of the Secretary regarding how such capabilities and support could be enhanced.

(c) FORM OF REPORT.—The report required by subsection (a) shall be submitted in unclassified form, but may contain a classified annex.

**SEC. 1716. INDEPENDENT REVIEW OF TRANSPORTATION WORKING-CAPITAL FUND.**

(a) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Secretary of De-

WASHSTATEC007295

fense, in coordination with the Secretary of each of the military departments, shall enter into a contract with a federally funded research and development center for the conduct of an independent review of the transportation working-capital fund (hereinafter referred to as the "TWCF") of the United States Transportation Command.

(b) MATTERS FOR INCLUSION.—The review conducted under subsection (a) shall include each of the following:

(1) The viability of the TWCF as it is structured as of the date of the enactment of this Act.

(2) An assessment of any instances in which excess TWCF funds were used for procurement or modernization efforts that would not otherwise have been funded using amounts made available for operation and maintenance.

(3) Recommendations for how the TWCF could be restructured in order to make the fund more effective and efficient.

(4) Potential alternative funding mechanisms for certain components of the TWCF, including the channel system.

(5) Any other matters the Secretaries jointly determine appropriate.

WASHSTATEC007296

(c) REPORT.—Not later than March 1, 2021, the Secretary of Defense and the Secretary of each of the military departments shall jointly submit the to the congressional defense committees a copy of the review conducted under subsection (a).

**SEC. 1717. GEOGRAPHIC COMMAND RISK ASSESSMENT OF PROPOSED USE OF CERTAIN AIRCRAFT CAPABILITIES.**

(a) IN GENERAL.—Not later than March 31, 2020, each commander of a geographic combatant command shall submit to the congressional defense committees a report containing an assessment of the level of operational risk to that command posed by the plans of the Department of the Navy and Department of the Air Force to provide a mix of fifth generation and advanced fourth generation tactical aircraft capabilities to meet near-, mid-, and far-term contingency and steady-state operational requirements against adversaries in support of the objectives of the 2018 national defense strategy.

(b) ASSESSMENT OF RISK.—In assessing levels of operational risk under subsection (a), a commander shall use the military risk matrix of the Chairman of the Joint Chiefs of Staff, as described in CJCS Instruction 3401.01E.

(c) GEOGRAPHIC COMBATANT COMMAND.—In this section, the term "geographic combatant command" means each of the following:

(1) United States European Command.

(2) United States Indo-Pacific Command.

(3) United States Africa Command.

(4) United States Southern Command.

(5) United States Northern Command.

(6) United States Central Command.

**SEC. 1718. REPORT ON BACKLOG OF PERSONNEL SECURITY CLEARANCE ADJUDICATIONS.**

(a) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, and quarterly thereafter for three years, the Security Executive Agent, in coordination with members of the Performance Accountability Council established pursuant to Executive Order 13467, shall submit to Congress a report on the backlog of personnel security clearance adjudications conducted by all Government agencies that adjudicate decisions for security clearances. Such report shall include—

(1) the size of the backlog of personnel security clearance adjudications, by agency, for the fiscal quarter preceding the quarter during which the report is submitted;

(2) the average length of time, for each security clearance sensitivity level, to carry out an initial adjudication and an adjudication following a periodic reinvestigation, by agency;

(3) the number of cases referred to the Consolidated Adjudication Facility of the Department of Defense;

(4) the number of initial investigations adjudicated by the Consolidated Adjudication Facility;

(5) the number of periodic reinvestigations adjudicated by the Consolidated Adjudication Facility;

(6) the number of cases adjudicated by the Consolidated Adjudication Facility stemming from participation in a continuous evaluation program;

(7) the number of personnel enrolled in a continuous evaluation program as opposed to subject to a periodic reinvestigation;

(8) the number of adjudicators by agency; and

(9) a backlog mitigation plan, which shall include—

(A) the identification of the cause of, and recommendations to remedy, the adjudication backlog at Federal agencies; and

(B) the steps the Security Executive Agent, established pursuant to Executive Order

13467, shall take to reduce the adjudication backlog.

(b) PUBLIC AVAILABILITY.—Each report required under subsection (a) shall be made publicly available.

**SEC. 1719. REPORT REGARDING OUTSTANDING GOVERNMENT ACCOUNTABILITY OFFICE RECOMMENDATIONS.**

Not later than September 30, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that includes—

(1) a list of the priority recommendations identified by the Comptroller General of the United States regarding matters of the Department of Defense that the Secretary has not implemented due to funding limitations.

(2) the estimated cost associated with implementing such recommendations.

**SEC. 1720. REPORT ON NATIONAL GUARD AND UNITED STATES NORTHERN COMMAND CAPACITY TO MEET HOMELAND DEFENSE AND SECURITY INCIDENTS.**

Not later than September 30, 2020, the Chief of the National Guard Bureau shall, in consultation with the Commander of United States Northern Command, submit

to the congressional defense committees a report setting forth the following:

(1) A clarification of the roles and missions, structure, capabilities, and training of the National Guard and the United States Northern Command, and an identification of emerging gaps and shortfalls in light of current homeland security threats to our country.

(2) A list of the resources that each State and Territory National Guard has at its disposal that are available to respond to a homeland defense or security incident, with particular focus on a multi-State electromagnetic pulse event.

(3) The readiness and resourcing status of forces listed pursuant to paragraph (2).

(4) The current strengths and areas of improvement in working with State and Federal interagency partners.

(5) The current assessments that address National Guard readiness and resourcing of regular United States Northern Command forces postured to respond to homeland defense and security incidents.

WASHSTATEC007301

(6) A roadmap to 2040 that addresses readiness across the spectrum of long-range emerging threats facing the United States.

**SEC. 1721. ASSESSMENT OF STANDARDS, PROCESSES, PROCEDURES, AND POLICY RELATING TO CIVILIAN CASUALTIES.**

(a) ASSESSMENT.—The Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center for the conduct of an independent assessment of Department of Defense standards, processes, procedures, and policy relating to civilian casualties resulting from United States military operations.

(b) MATTERS TO BE CONSIDERED.—In conducting the assessment under this section, the federally funded research and development center shall consider the following matters:

(1) Department of Defense policy relating to civilian casualties resulting from United States military operations.

(2) Standards, processes, and procedures for internal assessments and investigations of civilian casualties resulting from United States military operations.

WASHSTATEC007302

(3) Standards, processes, and procedures for identifying, assessing, investigating, and responding to reports of civilian casualties resulting from United States military operations from the public and non-governmental entities and sources.

(4) Combatant command resourcing and organizational constructs for assessing and investigating civilian casualties resulting from United States military operations.

(5) Mechanisms for public and non-governmental entities to report civilian casualties that may have resulted from United States military operations to the Department of Defense.

(6) Standards and processes for accurately recording kinetic strikes, including raids, strikes, and other missions, and civilian casualties resulting from United States military operations.

(7) An analysis of general reasons for any disparity between third party public estimates and official United States Government estimates of civilian casualties resulting from United States or joint military operations.

(8) The standardization of dissemination and institutionalization across the Department of Defense and the combatant commands of lessons

WASHSTATEC007303

learned from United States military operations as a means of reducing the likelihood of civilian casualties from United States military operations.

(9) Any other matters the Secretary of Defense determines appropriate.

(c) RECOMMENDATIONS FOR IMPROVEMENTS.—The results of the assessment under this section shall include recommendations for improvements to standards, processes, procedures, policy, and organizational constructs relating to civilian casualties resulting from United States military operations.

(d) SUBMISSION OF REPORT.—

(1) IN GENERAL.—Not later than July 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report setting forth an unaltered copy of the assessment under this section, together with the views of the Secretary on the assessment and on the recommendations included pursuant to subsection (c).

(2) FORM OF REPORT.—The report under paragraph (1) shall be submitted in unclassified form, but may contain a classified annex.

(3) PUBLIC AVAILABILITY.—The Secretary shall make the unclassified form of the report under paragraph (1) available to the public.

WASHSTATEC007304

**SEC. 1722. REPORT ON TRANSFERS OF EQUIPMENT TO PROHIBITED ENTITIES.**

(a) ANNUAL REPORT.—Not later than March 1, 2021, and each subsequent year through 2025, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate committees of Congress a report on the transfer of defense articles during the year preceding the year during which the report is submitted to any of the following:

(1) Any security force unit that has committed a gross violation of human rights in violation of section 362 of title 10, United States Code, or section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d).

(2) Any group or organization prohibited by law from receiving assistance from the United States.

(b) MATTERS TO BE INCLUDED.—The report required by subsection (a) shall include the following:

(1) A description of any confirmed instance in which the government of a foreign state that has received defense articles pursuant to a Department of Defense assistance authority subsequently transferred any such articles to a unit of that foreign state that is prohibited from receiving assistance from the United States by reason of a determination by the Secretary of Defense or the Secretary of

State that there is credible evidence that such unit has committed a gross violation of human rights.

(2) A description of any instance, confirmed or under investigation, in which the government of a foreign state that has received defense articles pursuant to a Department of Defense assistance authority subsequently transferred any such articles to a group or organization that is prohibited by law from receiving assistance from the United States.

(c) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and

(2) the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 1723. ANNUAL REPORT ON STRIKES UNDERTAKEN BY THE UNITED STATES AGAINST TERRORIST TARGETS OUTSIDE AREAS OF ACTIVE HOSTILITIES.**

(a) ANNUAL REPORT.—Not later than May 1 2020, and annually thereafter until 2022, the Director of National Intelligence and the Secretary of Defense shall jointly submit to Congress a report on the number of

WASHSTATEC007306

strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.

(b) CONTENTS OF REPORT.—The report required by subsection (a) shall include—

(1) information obtained from relevant agencies regarding the general sources of information and methodology used to conduct the assessments of combatant and non-combatant deaths;

(2) to the extent feasible and appropriate, the general reasons for discrepancies between post-strike assessments from the United States and credible reporting from nongovernmental organizations regarding non-combatant deaths resulting from strikes undertaken by the United States against terrorist targets outside areas of active hostilities.

(c) REVIEW OF POST-STRIKE REPORTING.—In preparing a report under this section, the Director and the Secretary shall, to the maximum extent practicable, review relevant and credible post-strike all-source reporting, including such information from nongovernmental sources, for the purpose of ensuring that this reporting is available to and considered by relevant agencies in their assessment of deaths.

WASHSTATEC007307

(d) FORM OF REPORT.—The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 1724. REVIEW AND ASSESSMENT OF MITIGATION OF MILITARY HELICOPTER NOISE.**

(a) IN GENERAL.—The Secretary of Defense, in coordination with the Chairman of the Joint Chiefs of Staff, shall conduct a review and assessment of military helicopter noise in the National Capital Region. Such review and assessment shall include—

(1) a study on the causes and effects of military helicopter noise on communities and individuals in the National Capital Region;

(2) recommendations to mitigate the effects of military helicopter noise on individuals, structures, and property values in the National Capital Region; and

(3) the extent to which the Department has processes in place for collecting, analyzing, and managing military helicopter noise complaints from the general public across the National Capital Region.

(b) FOCUS.—In conducting the review under subsection (a), the Secretary and the Chairman of the Joint Chiefs of Staff shall focus on all military helicopter flights

in the National Capital Region, including helicopters from the Army, Air Force, and Marine Corps.

(c) REPORT.—Not later than six months after the date of the enactment of this Act, the Secretary shall submit to Congress a report on the results of the review conducted under subsection (a). Such report shall include a description of the policies and procedures currently being used by the Army, Air Force, and Marine Corps in the National Capital Region to mitigate the impact of helicopter noise as well as the means to track compliance with these internal practices to ensure compliance.

(d) DEFINITION OF NATIONAL CAPITAL REGION.—In this section, the term "National Capital Region" has the meaning given the term in section 2574 of title 10, United States Code.

## Subtitle B—Other Matters

### SEC. 1731. TECHNICAL, CONFORMING, AND CLERICAL AMENDMENTS.

(a) TITLE 10, UNITED STATES CODE.—Title 10, United States Code, is amended as follows:

(1) The table of chapters at the beginning of subtitle A, and at the beginning of part I of such subtitle, are each amended by striking the item relating to chapter 9A and inserting the following:

**"9A. Audit .......... 240a".**

WASHSTATEC007309

(2) The table of chapters at the beginning of subtitle A, and at the beginning of part I of such subtitle, are each amended by striking the item relating to chapter 112 and inserting the following:

**"112. Cyber Scholarship Program ........................................... 2200".**

(3) Section 113(j)(1) is amended by inserting "the" before "congressional defense committees".

(4) Section 119a is amended in each of the subsection headings for subsections (a) and (b) by striking "AACMS" and inserting "ACCMS".

(5) Section 127(c)(1) is amended by inserting "the" before "congressional defense committees".

(6) Section 130i is amended—

(A) in subsection (i)(1), by inserting "(C)" after "(j)(3)"; and

(B) in subsection (j)(6), by striking "40101" and inserting "44802".

(7) Section 131(b)(8) is amended by redesignating subparagraph (I) as subparagraph (F).

(8) Section 132 is amended by redesignating subsection (e) as subsection (d).

(9) The item relating to section 169 in the table of sections at the beginning of chapter 6 is amended by inserting a period after "Command".

WASHSTATEC007310

(10) The item relating to section 183a in the table of sections at the beginning of chapter 7 is amended to read as follows:

"183a. Military Aviation and Installation Assurance Clearinghouse for review of mission obstructions.".

(11) Section 187(a)(2)(C) is amended by striking "Assistant Secretary of the Army for Acquisition, Technology, and Logistics" and inserting "Assistant Secretary of the Army for Acquisition, Logistics, and Technology".

(12) Section 222a(d)(3)(A) is amended by inserting "had" before "been".

(13) Section 222b(a) is amended by striking "United States Code,".

(14) Section 284 is amended—

(A) by striking "section 376" both places it appears and inserting "section 276";

(B) in subsection (f), by inserting ")" after "Stat. 1564)";

(C) in subsection (g)(2), by striking "section 375" and inserting "section 275"; and

(D) in subsection (h)(1)(A)(vi)(VI) by striking "section 1004 of the National Defense Authorization Act for Fiscal Year 1991 (10 U.S.C. 374 note) and".

(15) The table of sections at the beginning of subchapter V of chapter 16 is amended by striking "Sec." after the item relating to section 350.

(16) Section 341(e)(2)(A) is amended by adding a period at the end.

(17) Section 526(k) is amended by inserting "the" before "number of general officers".

(18) Section 649j is amended by striking "(a) IN GENERAL.–The" and inserting "The".

(19) Section 651(a) is amended by inserting "shall serve" after "(50 U.S.C. 3806(d)(1))".

(20) The heading of section 928b (article 128b of the Uniform Code of Military Justice) is amended to read as follows:

**"§ 928b. Art. 128b. Domestic violence".**

(21) Section 1034(b)(1)(B)(ii) is amended by striking "subsection (i)" and inserting "subsection (j)";

(22) Section 1073c(a) is amended by redesignating the second paragraph (4) as paragraph (6).

(23) Section 1075(d)(1) is amended in the table by striking "25% of out of network" and inserting "25% out of network".

(24) Section 1076d(d)(1) is amended by striking "section 1075 of this section" and inserting "section 1075 of this title".

(25) Section 1076e(d)(1) is amended by striking "section 1075 of this section" and inserting "section 1075 of this title".

(26) Section 1142(c)(3) is amended by striking "paragraph (2)(B)" and inserting "paragraph (2)(C)".

(27) Section 1762(c) is amended by striking "in at any one time" and inserting "at any one time in".

(28) Section 1788a is amended in subsection (d)(1) by striking "Not later than March 1, 2019, and each March 1 thereafter" and inserting "Not later than March 1 each year".

(29) Section 2208(u) is amended by inserting "of this title" after "2805" each place it appears.

(30) Section 2216(b)(1) is amended by striking "subsection (c)(1)(B)(iii)" and inserting "subsection (c)(1)(B)(ii)".

(31) Section 2222(i)(11) is amended by striking "subsection (a)(6)(A)" and inserting "subsection (e)(6)(A)".

(32) Section 2228(a)(2) is amended by striking the second period at the end.

(33) The item relating to section 2229b in the table of sections at the beginning of chapter 131 is amended to read as follows:

"2229b. Comptroller General assessment of acquisition programs and initiatives.".

(34) Section 2273(b)(1) is amended by inserting a semicolon at the end.

(35) The heading for section 2279d is amended by striking the period at the end.

(36) The heading of section 2284, as added by section 311(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1708), is amended to read as follows:

**"§ 2284. Explosive Ordnance Disposal Defense Program".**

(37) Section 2304(f)(1)(B) is amended—

(A) in clause (ii), by striking "paragraph (6)(A)" and inserting "paragraph (5)(A)"; and

(B) in clause (iii), by striking "paragraph (6)(B)" and inserting "paragraph (5)(B)".

(38) Section 2305a(d)(1) is amended by striking "a indefinite" and inserting "an indefinite".

(39)(A) Section 2304e is amended by striking the last four words of the section heading.

(B) Section 2323a is amended—

WASHSTATEC007314

(i) in the section heading, by striking the last six words; and

(ii) in subsection (e)—

(I) in paragraph (1), by striking "102 Stat. 2468;";

(II) in paragraph (2), by striking "(25 U.S.C. 450b(d))" and inserting "(25 U.S.C. 5304(d))"; and

(III) in paragraph (3), by striking "(25 U.S.C. 450b(e))" and inserting "(25 U.S.C. 5304(e))".

(C) The table of sections at the beginning of chapter 137 is amended by striking the last four words of the item relating to section 2304e and the last six words of the item relating to section 2323a.

(40) Section 2307(a)(1) is amended by striking "may" and inserting "may—".

(41) Section 2313b(d) is amended by striking "an task order" both places it appears and inserting "a task order".

(42) Section 2329(g)(1) is amended by striking "'bridge contact'" and inserting "'bridge contract'".

(43) Section 2339a(e)(5) is amended by striking "section 3542(b)" and inserting "section 3552(b)(6)".

(44) Section 2366a(c)(1)(F) is amended by striking "section 2366a(b)(6) of this title" and inserting "subsection (b)(6)".

(45) Section 2368(f)(1) is amended by striking "transition" and inserting "transaction".

(46) Section 2371b(d)(1)(C) is amended by striking "other than" after "sources".

(47) Section 2380B is amended—

(A) by inserting "section" before "2376(1) of this title"; and

(B) by striking "purposed of" and inserting "purposes of".

(48) Section 2401(e)(2) is amended by striking "subsection (f)" and inserting "subsection (g)".

(49) The item relating to section 2439 in the table of sections at the beginning of chapter 144 is amended to read as follows:

"2439. Negotiation of price for technical data before development, production, or sustainment of major weapon systems.".

(50) The item relating to subchapter II in the table of subchapters for chapter 144B is amended to read as follows:

WASHSTATEC007316

**"II. Development, Prototyping, and Deployment of Weapon System Components or Technology ....................2447a".**

(51) Section 2447a(a) is amended by striking "after fiscal year 2017".

(52) Section 2547(b)(2) is amended—

(A) by striking "material" and inserting "materiel"; and

(B) by striking "Material" both places it appears and inserting "Materiel".

(53) Section 2802(e)(1) is amended by striking "shall comply with" and inserting "shall—

"(A) comply with".

(54) Section 2804(b) is amended, in the second sentence—

(A) by striking "(1)" and "(2)"; and

(B) by striking "project and" and inserting "project,".

(55) Section 2805(d)(1)(B) is amended by inserting "under" after "made available".

(56) Section 2835a(c) is amended by striking "(1) The Secretary" and inserting "The Secretary".

(57) Section 2879(a)(2)(A) is amended by striking the comma after "2017".

(58) Section 2913(c) is amended by striking "government a gas or electric utility" and inserting "government gas or electric utility".

WASHSTATEC007317

(59) The item relating to section 2914 in the table of sections at the beginning of chapter 173 is amended to read as follows:

"2914. Energy resilience and conservation construction projects.".

(60)(A) The heading of section 8749, as amended by section 1114(b)(2) and redesignated by section 807(d)(6) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended by capitalizing the initial letter of the fifth, sixth, and seventh words and the initial letter of the last two words.

(B) The heading of section 8749a, as added by section 1114(a) and redesignated by section 8(d)(6) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), is amended by capitalizing the initial letter of the fifth, sixth, and seventh words.

(61) Section 9069(a) is amended by striking "are" and inserting "is".

(62) Section 10217(e)(4) is amended by striking "shall an individual" and inserting "shall be an individual".

(63) The item relating to section 2568a in the table of sections at the beginning of chapter 152 is amended to read as follows:

"2568a. Damaged personal protective equipment: award to members separating from the armed forces and veterans.".

(64) Section 7016(b)(5)(A) is amended by striking "Assistant Secretary of the Army for Acquisition, Technology, and Logistics" and inserting "Assistant Secretary of the Army for Acquisition, Logistics, and Technology".

(b) NDAA FOR FISCAL YEAR 2019.—Effective as of August 13, 2018, and as if included therein as enacted, the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended as follows:

(1) Section 331(g)(2) (132 Stat. 1724) is amended by inserting "of such title" after "chapter 2".

(2) Section 844(b) (132 Stat. 1881) is amended by striking "This section and the amendments made by this section" and inserting "The amendment made by subsection (a)".

(3) Section 1246(1)(B) (132 Stat. 2049) is amended by adding at the end before the semicolon the following: "and transferring it to appear after paragraph (15)".

(4) Section 2805(c) (132 Stat. 2262; 10 U.S.C. 2864 note) is amended by striking "United Facilities Criteria" and inserting "Unified Facilities Criteria".

WASHSTATEC007319

(c) NDAA FOR FISCAL YEAR 2018.—Effective as of December 12, 2017, and as if included therein as enacted, section 1609(b)(3) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1728; 10 U.S.C. 2273 note) is amended by striking ", and," and inserting ", and".

(d) NDAA FOR FISCAL YEAR 2017.—Effective as of December 23, 2016, and as if included therein as enacted, section 233(c)(2)(C)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 114–328; 130 Stat. 2061; 10 U.S.C. 2358 note) is amended by striking "Assistant Secretary of the Army for Acquisition, Technology, and Logistics" and inserting "Assistant Secretary of the Army for Acquisition, Logistics, and Technology".

(e) NDAA FOR FISCAL YEAR 2012.—Effective as of December 31, 2011, and as if included therein as enacted, section 315 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112–81; 125 Stat. 1358; 10 U.S.C. 2911 note) is amended by redesignating subsections (d), (e), and (f) as subsections (c), (d), and (e), respectively.

(f) COORDINATION WITH OTHER AMENDMENTS MADE BY THIS ACT.—For purposes of applying amendments made by provisions of this Act other than this sec-

WASHSTATEC007320

tion, the amendments made by this section shall be treated as having been enacted immediately before any such amendments by other provisions of this Act.

**SEC. 1732. ESTABLISHMENT OF LEAD INSPECTOR GENERAL FOR AN OVERSEAS CONTINGENCY OPERATION BASED ON SECRETARY OF DEFENSE NOTIFICATION.**

(a) NOTIFICATION ON COMMENCEMENT OF OCO.—Section 113 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(n) NOTIFICATION OF CERTAIN OVERSEAS CONTINGENCY OPERATIONS FOR PURPOSES OF INSPECTOR GENERAL ACT OF 1978.—The Secretary of Defense shall provide the Chair of the Council of Inspectors General on Integrity and Efficiency written notification of the commencement or designation of a military operation as an overseas contingency operation upon the earlier of—

"(1) a determination by the Secretary that the overseas contingency operation is expected to exceed 60 days; or

"(2) the date on which the overseas contingency operation exceeds 60 days.".

(b) ESTABLISHMENT OF LEAD INSPECTOR GENERAL BASED ON NOTIFICATION.—Section 8L of the Inspector General Act of 1978 (5 U.S.C. App.) is amended—

(1) in subsection (a)—

(A) by striking "Upon the commencement" and all that follows through "the Chair" and inserting "The Chair"; and

(B) by inserting before the period at the end the following: "upon the earlier of—

"(1) the commencement or designation of a military operation as an overseas contingency operation that exceeds 60 days; or

"(2) receipt of a notification under section 113(n) of title 10, United States Code, with respect to an overseas contingency operation"; and

(2) in subsection (d)(1), by striking "the commencement or designation of the military operation concerned as an overseas contingency operation that exceeds 60 days" and inserting "the earlier of—

"(A) the commencement or designation of the military operation concerned as an overseas contingency operation that exceeds 60 days; or

"(B) receipt of a notification under section 113(n) of title 10, United States Code, with respect to an overseas contingency operation".

WASHSTATEC007322

**SEC. 1733. CLARIFICATION OF AUTHORITY OF INSPECTORS GENERAL FOR OVERSEAS CONTINGENCY OPERATIONS.**

Section 8L(d)(2) of the Inspector General Act of 1978 (5 U.S.C. App.) is amended—

(1) in subparagraph (D)—

(A) in clause (i), by striking "to exercise" and all that follows through "such matter" and inserting "to identify and coordinate with the Inspector General who has principal jurisdiction over the matter to ensure effective oversight"; and

(B) by adding at the end the following:

"(iii)(I) Upon written request by the Inspector General with principal jurisdiction over a matter with respect to the contingency operation, and with the approval of the lead Inspector General, an Inspector General specified in subsection (c) may provide investigative support or conduct an independent investigation of an allegation of criminal activity by any United States personnel, contractor, subcontractor, grantee, or vendor in the applicable theater of operations.

"(II) In the case of a determination by the lead Inspector General that no Inspector Gen-

WASHSTATEC007323

eral has principal jurisdiction over a matter with respect to the contingency operation, the lead Inspector General may—

"(aa) conduct an independent investigation of an allegation described in subclause (I); or

"(bb) request that an Inspector General specified in subsection (c) conduct such investigation."; and

(2) by adding at the end the following:

"(I) To enhance cooperation among Inspectors General and encourage comprehensive oversight of the contingency operation, any Inspector General responsible for conducting oversight of any program or operation performed in support of the contingency operation may, to the maximum extent practicable and consistent with the duties, responsibilities, policies, and procedures of such Inspector General—

"(i) coordinate such oversight activities with the lead Inspector General; and

"(ii) provide information requested by the lead Inspector General relating to the responsibilities of the lead Inspector Gen-

eral described in subparagraphs (B), (C), and (G).".

**SEC. 1734. EMPLOYMENT STATUS OF ANNUITANTS FOR INSPECTORS GENERAL FOR OVERSEAS CONTINGENCY OPERATIONS.**

Section 8L(d) of the Inspector General Act of 1978 (5 U.S.C. App.) is amended—

(1) in paragraph (2)(E), by inserting "(without regard to subsection (b)(2) of such section)" after "United States Code,";

(2) in paragraph (3), by amending subparagraph (C) to read as follows:

"(C)(i) An annuitant receiving an annuity under the Foreign Service Retirement and Disability System or the Foreign Service Pension System under chapter 8 of title I of the Foreign Service Act of 1980 (22 U.S.C. 4041 et seq.) who is reemployed under this subsection—

"(I) shall continue to receive the annuity; and

"(II) shall not be considered a participant for purposes of chapter 8 of title I of the Foreign Service Act of 1980 (22 U.S.C. 4041 et seq.) or an employee for purposes of subchapter

WASHSTATEC007325

III of chapter 83 or chapter 84 of title 5, United States Code.

"(ii) An annuitant described in clause (i) may elect in writing for the reemployment of the annuitant under this subsection to be subject to section 824 of the Foreign Service Act of 1980 (22 U.S.C. 4064). A reemployed annuitant shall make an election under this clause not later than 90 days after the date of the reemployment of the annuitant."; and

(3) by adding at the end the following:

"(5)(A) A person employed by a lead Inspector General for an overseas contingency operation under this section shall acquire competitive status for appointment to any position in the competitive service for which the employee possesses the required qualifications upon the completion of 2 years of continuous service as an employee under this section.

"(B) No person who is first employed as described in subparagraph (A) more than 2 years after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 may acquire competitive status under subparagraph (A).".

**SEC. 1735. EXTENSION OF NATIONAL SECURITY COMMISSION ON ARTIFICIAL INTELLIGENCE.**

(a) EXTENSION.—Subsection (e) of section 1051 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1962) is amended by striking "October 1, 2020" and inserting "October 1, 2021".

(b) AUTHORITY TO ACCEPT GIFTS.—Subsection (a) of such section is amended by adding at the end the following new paragraph:

"(8) AUTHORITY TO ACCEPT GIFTS.—The Commission may accept, use, and dispose of gifts or donations of services, goods, and property from non-Federal entities for the purposes of aiding and facilitating the work of the Commission. The authority in this paragraph does not extend to gifts of money.".

(c) REPORTS.—Subsection (c) of such section is amended—

(1) by redesignating paragraph (3) as paragraph (4); and

(2) by inserting after paragraph (1) the following new paragraphs:

"(2) INTERIM REPORTS.—Not later than each of December 1, 2019, and December 1, 2020, the Commission shall submit as described in that para-

graph an interim report on the review required under subsection (b).

"(3) FINAL REPORT.—Not later than March 1, 2021, the Commission shall submit as described in paragraph (1) a comprehensive final report on the review required under subsection (b).".

**SEC. 1736. EXEMPTION FROM CALCULATION OF MONTHLY INCOME, FOR PURPOSES OF BANKRUPTCY LAWS, OF CERTAIN PAYMENTS FROM THE DEPARTMENT OF VETERANS AFFAIRS AND THE DEPARTMENT OF DEFENSE.**

Section 101(10A) of title 11, United States Code, is amended by striking subparagraph (B) and inserting the following:

"(B)(i) includes any amount paid by any entity other than the debtor (or in a joint case the debtor and the debtor's spouse), on a regular basis for the household expenses of the debtor or the debtor's dependents (and, in a joint case, the debtor's spouse if not otherwise a dependent); and

"(ii) excludes—

"(I) benefits received under the Social Security Act (42 U.S.C. 301 et seq.);

"(II) payments to victims of war crimes or crimes against humanity on account of their status as victims of such crimes;

"(III) payments to victims of international terrorism or domestic terrorism, as those terms are defined in section 2331 of title 18, on account of their status as victims of such terrorism; and

"(IV) any monthly compensation, pension, pay, annuity, or allowance paid under title 10, 37, or 38 in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services, except that any retired pay excluded under this subclause shall include retired pay paid under chapter 61 of title 10 only to the extent that such retired pay exceeds the amount of retired pay to which the debtor would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.".

**SEC. 1737. EXTENSION OF POSTAGE STAMP FOR BREAST CANCER RESEARCH.**

Section 414(h) of title 39, United States Code, is amended by striking "2019" and inserting "2027".

**SEC. 1738. NATIONAL COMMISSION ON MILITARY AVIATION SAFETY.**

(a) EXTENSION OF DEADLINE FOR REPORT.—Subsection (h)(2) of section 1087 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) is amended by striking "March 1, 2020" and inserting "December 1, 2020".

(b) SECRETARY OF DEFENSE REPORT.—Such section is further amended by adding at the end the following new subsection:

"(m) REPORT TO CONGRESS.—Not later than 120 days after the date of the submittal of the report under subsection (h)(2), the Secretary of Defense, in coordination with the Secretary of each of the military departments, shall submit to the Committees on Armed Services of the Senate and House of Representatives a report that includes each of the following:

"(1) An assessment of the findings and conclusions of the Commission.

"(2) The plan of the Secretaries for implementing the recommendations of the Commission.

"(3) Any other actions taken or planned by the Secretary of Defense or the Secretary of any of the military departments to improve military aviation safety.".

(c) AUTHORIZATION OF APPROPRIATIONS.—In addition to any other amounts authorized to be appropriated for the National Commission on Military Aviation Safety established under section 1087 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232), of the amounts authorized to be appropriated for Operation and Maintenance, Defense-wide for fiscal year 2020, as specified in the funding table in section 4301, $3,000,000 shall be available for the National Commission on Aviation Safety.

**SEC. 1739. GUARANTEE OF RESIDENCY FOR SPOUSES OF MEMBERS OF THE UNIFORMED SERVICES.**

(a) IN GENERAL.—Title VI of the Servicemembers Civil Relief Act (50 U.S.C. 4021 et seq.) is amended by adding at the end the following new section:

**"SEC. 707. GUARANTEE OF RESIDENCY FOR SPOUSES OF SERVICEMEMBERS.**

"For the purposes of establishing the residency of a spouse of a servicemember for any purpose (including the registration of a business), the spouse of a servicemember may elect to use the same residence as the servicemember

regardless of the date on which the marriage of the spouse and the servicemember occurred.''.

(b) CLERICAL AMENDMENT.—The table of contents in section 1(b) of such Act is amended by inserting after the item relating to section 706 the following new item:

"Sec. 707. Guarantee of residency for spouses of servicemembers.''.

**SEC. 1740. ELECTROMAGNETIC PULSES AND GEOMAGNETIC DISTURBANCES.**

(a) EMP AND GMD MITIGATION RESEARCH AND DEVELOPMENT.—

(1) THREAT ASSESSMENT, RESPONSE, AND RECOVERY.—Section 320 of the Homeland Security Act of 2002 (6 U.S.C. 195f) is amended—

(A) in the section heading, by inserting "**AND THREAT ASSESSMENT, RESPONSE, AND RECOVERY**'' after "**DEVELOPMENT**''; and

(B) by adding at the end the following:

"(d) THREAT ASSESSMENT, RESPONSE, AND RECOVERY.—

"(1) ROLES AND RESPONSIBILITIES.—

"(A) DISTRIBUTION OF INFORMATION.—

"(i) IN GENERAL.—Beginning not later than June 19, 2020, the Secretary shall provide timely distribution of information on EMPs and GMDs to Federal,

State, and local governments, owners and operators of critical infrastructure, and other persons determined appropriate by the Secretary.

"(ii) BRIEFING.—The Secretary shall brief the appropriate congressional committees on the effectiveness of the distribution of information under clause (i).

"(B) RESPONSE AND RECOVERY.—

"(i) IN GENERAL.—The Administrator of the Federal Emergency Management Agency shall—

"(I) coordinate the response to and recovery from the effects of EMPs and GMDs on critical infrastructure, in coordination with the heads of appropriate Sector-Specific Agencies, and on matters related to the bulk power system, in consultation with the Secretary of Energy and the Federal Energy Regulatory Commission; and

"(II) to the extent practicable, incorporate events that include EMPs

WASHSTATEC007333

and extreme GMDs as a factor in preparedness scenarios and exercises.

"(ii) IMPLEMENTATION.—The Administrator of the Federal Emergency Management Agency, in coordination with the Director of the Cybersecurity and Infrastructure Security Agency, and on matters related to the bulk power system, the Secretary of Energy and the Federal Energy Regulatory Commission, shall—

"(I) not later than June 19, 2020, develop plans and procedures to coordinate the response to and recovery from EMP and GMD events; and

"(II) not later than December 21, 2020, conduct a national exercise to test the preparedness and response of the Nation to the effect of an EMP or extreme GMD event.

"(C) RESEARCH AND DEVELOPMENT.—

"(i) IN GENERAL.—The Secretary, in coordination with the heads of relevant Sector-Specific Agencies, shall—

"(I) without duplication of existing or ongoing efforts, conduct re-

WASHSTATEC007334

search and development to better understand and more effectively model the effects of EMPs and GMDs on critical infrastructure (which shall not include any system or infrastructure of the Department of Defense or any system or infrastructure of the Department of Energy associated with nuclear weapons activities); and

"(II) develop technologies to enhance the resilience of and better protect critical infrastructure.

"(ii) PLAN.—Not later than March 26, 2020, and in coordination with the heads of relevant Sector-Specific Agencies, the Secretary shall submit to the appropriate congressional committees a research and development action plan to rapidly address modeling shortfall and technology development.

"(D) EMERGENCY INFORMATION SYSTEM.—

"(i) IN GENERAL.—The Administrator of the Federal Emergency Management Agency, in coordination with relevant

stakeholders, shall maintain a network of systems, such as the alerting capabilities of the integrated public alert and warning system authorized under section 526, that are capable of providing appropriate emergency information to the public before (if possible), during, and in the aftermath of an EMP or GMD.

"(ii) BRIEFING.—Not later than December 21, 2020, the Administrator of the Federal Emergency Management Agency, shall brief the appropriate congressional committees regarding the maintenance of systems, including the alerting capabilities of the integrated public alert and warning system authorized under section 526.

"(E) QUADRENNIAL RISK ASSESSMENTS.—

"(i) IN GENERAL.—The Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, and the Secretary of Commerce, and informed by intelligence-based threat assessments, shall conduct a quadrennial EMP and GMD risk assessment.

"(ii) BRIEFINGS.—Not later than March 26, 2020, and every four years thereafter until 2032, the Secretary, the Secretary of Defense, the Secretary of Energy, and the Secretary of Commerce shall provide a briefing to the appropriate congressional committees regarding the quadrennial EMP and GMD risk assessment.

"(iii) ENHANCING RESILIENCE.—The Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, the Secretary of Commerce, and the heads of other relevant Sector-Specific Agencies, shall use the results of the quadrennial EMP and GMD risk assessments to better understand and to improve resilience to the effects of EMPs and GMDs across all critical infrastructure sectors, including coordinating the prioritization of critical infrastructure at greatest risk to the effects of EMPs and GMDs.

"(2) COORDINATION.—

"(A) REPORT ON TECHNOLOGICAL OPTIONS.—Not later than December 21, 2020, and every four years thereafter until 2032, the

Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, the heads of other appropriate agencies, and, as appropriate, private-sector partners, shall submit to the appropriate congressional committees, a report that—

"(i) assesses the technological options available to improve the resilience of critical infrastructure to the effects of EMPs and GMDs; and

"(ii) identifies gaps in available technologies and opportunities for technological developments to inform research and development activities.

"(B) TEST DATA.—

"(i) IN GENERAL.—Not later than December 20, 2020, the Secretary, in coordination with the heads of Sector-Specific Agencies, the Secretary of Defense, and the Secretary of Energy, shall—

"(I) review test data regarding the effects of EMPs and GMDs on critical infrastructure systems, networks, and assets representative of those throughout the Nation; and

"(II) identify any gaps in the test data.

"(ii) PLAN.—Not later than 180 days after identifying gaps in test data under clause (i), the Secretary, in coordination with the heads of Sector-Specific Agencies and in consultation with the Secretary of Defense and the Secretary of Energy, shall use the sector partnership structure identified in the National Infrastructure Protection Plan to develop an integrated cross-sector plan to address the identified gaps.

"(iii) IMPLEMENTATION.—The heads of each agency identified in the plan developed under clause (ii) shall implement the plan in collaboration with the voluntary efforts of the private sector, as appropriate.

"(3) DEFINITIONS.—In this subsection:

"(A) The term 'appropriate congressional committees' means—

"(i) the Committee on Homeland Security and Governmental Affairs, the Committee on Armed Services, the Committee on Energy and Natural Resources, and the

Committee on Commerce, Science, and Transportation of the Senate; and

"(ii) the Committee on Transportation and Infrastructure, the Committee on Homeland Security, the Committee on Armed Services, the Committee on Energy and Commerce, and the Committee on Science, Space and Technology of the House of Representatives.

"(B) The terms 'prepare' and 'preparedness' mean the actions taken to plan, organize, equip, train, and exercise to build and sustain the capabilities necessary to prevent, protect against, mitigate the effects of, respond to, and recover from those threats that pose the greatest risk to the security of the homeland, including the prediction and notification of impending EMPs and GMDs.

"(C) The term 'Sector-Specific Agency' has the meaning given that term in section 2201.

"(e) RULE OF CONSTRUCTION.—Nothing in this section may be construe—

"(1) to affect in any manner the authority of the executive branch to implement Executive Order

WASHSTATEC007340

13865, dated March 26, 2019, and entitled 'Coordinating National Resilience to Electromagnetic Pulses', or any other authority existing on the day before the date of enactment of this subsection of any other component of the Department or any other Federal department or agency, including the authority provided to the Sector-Specific Agency specified in section 61003(c) of division F of the Fixing America's Surface Transportation Act (6 U.S.C. 121 note), including the authority under section 215 of the Federal Power Act (16 U.S.C. 824o), and including the authority of independent agencies to be independent; or

"(2) as diminishing or transferring any authorities vested in the Administrator of the Federal Emergency Management Agency or in the Agency prior to the date of the enactment of this subsection.".

(2) TECHNICAL AND CONFORMING AMENDMENT.—The table of sections in section 1(b) of the Homeland Security Act of 2002 is amended by striking the item relating to section 320 and inserting the following:

"Sec. 320. EMP and GMD mitigation research and development and threat assessment, response, and recovery.".

WASHSTATEC007341

(b) CONSULTATION WITH SECRETARY OF ENERGY IN PREPARATION OF QUADRENNIAL HOMELAND SECURITY REVIEW.—Section 707 of the Homeland Security Act of 2002 (6 U.S.C. 347) is amended—

(1) in subsection (a)(3)(A), by inserting "the Secretary of Energy," after "the Secretary of Agriculture"; and

(2) in subsection (c)(2)(B), by inserting after review the following "or for purposes of the quadrennial EMP and GMD risk assessment under section 320(d)(1)(E)".

(c) NATIONAL ESSENTIAL FUNCTIONS.—

(1) UPDATED OPERATIONAL PLANS.—Not later than March 20, 2020, each agency that supports a national essential function shall prepare updated operational plans documenting the procedures and responsibilities of the agency relating to preparing for, protecting against, and mitigating the effects of EMPs and GMDs.

(2) DEFINITION OF NATIONAL ESSENTIAL FUNCTION.—In this subsection, the term "national essential functions" means the overarching responsibilities of the Federal Government to lead and sustain the Nation before, during, and in the aftermath of a catastrophic emergency, such as an EMP or

WASHSTATEC007342

GMD that adversely affects the performance of the Federal Government.

(d) BENCHMARKS.—Not later than March 26, 2020, and as appropriate thereafter, the Secretary of Energy, in consultation with the Secretary of Defense, the Secretary of Homeland Security, and, as appropriate, the private sector, may develop or update, as necessary, quantitative and voluntary benchmarks that sufficiently describe the physical characteristics of EMPs, including waveform and intensity, in a form that is useful to and can be shared with owners and operators of critical infrastructure. Nothing in this subsection shall affect the authority of the Electric Reliability Organization to develop and enforce, or the authority of the Federal Energy Regulatory Commission to approve, reliability standards.

(e) PILOT TEST BY DHS TO EVALUATE ENGINEERING APPROACHES.—

(1) IN GENERAL.—Not later than September 22, 2020, the Secretary of Homeland Security, acting through the Under Secretary for Science and Technology of the Department of Homeland Security, in coordination with the Director of the Cybersecurity and Infrastructure Security Agency and the Administrator of the Federal Emergency Management Agency, the Secretary of Defense, and the Sec-

retary of Energy, and in consultation with the private sector, as appropriate, shall develop and implement a pilot test to evaluate available engineering approaches for mitigating the effects of EMPs and GMDs on the most vulnerable critical infrastructure systems, networks, and assets.

(2) BRIEFING.—Not later than 90 days after the date on which the pilot test described in paragraph (1) is completed, the Secretary of Homeland Security, acting through the Under Secretary for Science and Technology of the Department of Homeland Security, in coordination with the Director of the Cybersecurity and Infrastructure Security Agency and the Administrator of the Federal Emergency Management Agency, the Secretary of Defense, and the Secretary of Energy, shall jointly brief the appropriate congressional committees on the cost and effectiveness of the evaluated approaches.

(f) PILOT TEST BY DOD TO EVALUATE ENGINEERING APPROACHES.—

(1) IN GENERAL.—Not later than September 22, 2020, the Secretary of Defense, in consultation with the Secretary of Homeland Security and the Secretary of Energy, shall conduct a pilot test to

evaluate engineering approaches for hardening a strategic military installation, including infrastructure that is critical to supporting that installation, against the effects of EMPs and GMDs.

(2) REPORT.—Not later than 180 days after completing the pilot test described in paragraph (1), the Secretary of Defense shall submit to the appropriate congressional committees a report regarding the cost and effectiveness of the evaluated approaches.

(g) COMMUNICATIONS OPERATIONAL PLANS.—Not later than December 21, 2020, the Secretary of Homeland Security, after holding a series of joint meetings with the Administrator of the Federal Emergency Management Agency, the Director of the Cybersecurity and Infrastructure Security Agency, the Secretary of Defense, the Under Secretary of Commerce for Standards and Technology, the Assistant Secretary of Commerce for Communications and Information, the Federal Communications Commission, and the Secretary of Transportation, shall submit to the appropriate congressional committees a report—

(1) assessing the effects of EMPs and GMDs on critical communications infrastructure; and

WASHSTATEC007345

(2) recommending any necessary changes to operational plans to enhance national response and recovery efforts after an EMP or GMD.

(h) DEFINITIONS.—In this section:

(1) The term "appropriate congressional committees" has the meaning given that term in subsection (d) of section 320 of the Homeland Security Act of 2002, as added by subsection (a) of this section; and

(2) The terms "critical infrastructure", "EMP", and "GMD" have the meanings given such terms in section 2 of the Homeland Security Act of 2002 (6 U.S.C. 101).

**SEC. 1741. IMPROVEMENTS TO MANUFACTURING USA PROGRAM.**

(a) IN GENERAL.—Section 34 of the National Institute of Standards and Technology Act (15 U.S.C. 278s) is amended to read as follows:

**"SEC. 34. MANUFACTURING USA.**

"(a) DEFINITIONS.—In this section:

"(1) AGENCY HEAD.—The term 'agency head' means the head of any Executive agency (as defined in section 105 of title 5, United States Code), other than the Department of Defense.

"(2) REGIONAL INNOVATION INITIATIVE.—The term 'regional innovation initiative' has the meaning given such term in section 27(f)(1) of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3722(f)(1)).

"(b) ESTABLISHMENT OF MANUFACTURING USA PROGRAM.—

"(1) IN GENERAL.—The Secretary shall establish within the Institute a program to be known as the 'Manufacturing United States of America Program' or the 'Manufacturing USA Program' (referred to in this section as the 'Program').

"(2) PURPOSES OF PROGRAM.—The purposes of the Program are—

"(A) to improve the competitiveness of United States manufacturing and to increase the production of goods manufactured predominantly within the United States;

"(B) to stimulate United States leadership in advanced manufacturing research, innovation, and technology;

"(C) to facilitate the transition of innovative technologies into scalable, cost-effective, and high-performing manufacturing capabilities;

"(D) to facilitate access by manufacturing enterprises to capital-intensive infrastructure, including high-performance electronics and computing, and the supply chains that enable these technologies;

"(E) to accelerate the development of an advanced manufacturing workforce;

"(F) to facilitate peer exchange of and the documentation of best practices in addressing advanced manufacturing challenges;

"(G) to leverage non-Federal sources of support to promote a stable and sustainable business model without the need for long-term Federal funding;

"(H) to create and preserve jobs; and

"(I) to contribute to the development of regional innovation initiatives across the United States.

"(3) SUPPORT.—The Secretary, acting through the Director, shall carry out the purposes set forth in paragraph (2) by supporting—

"(A) the Manufacturing USA Network established under subsection (b); and

"(B) the establishment of Manufacturing USA institutes.

WASHSTATEC007348

"(4) DIRECTOR.—The Secretary shall carry out the Program through the Director.

"(c) ESTABLISHMENT OF MANUFACTURING USA NETWORK.—

"(1) IN GENERAL.—As part of the Program, the Secretary shall establish a network of Manufacturing USA institutes.

"(2) DESIGNATION.—The network established under paragraph (1) shall be known as the 'Manufacturing United States of America Network' or the 'Manufacturing USA Network' (referred to in this section as the 'Network').

"(d) MANUFACTURING USA INSTITUTES.—

"(1) IN GENERAL.—For purposes of this section, a Manufacturing USA institute is an institute that—

"(A) has been established by a person or group of persons to address challenges in advanced manufacturing and to assist manufacturers in retaining or expanding industrial production and jobs in the United States;

"(B) has a predominant focus on a manufacturing process, novel material, enabling technology, supply chain integration methodology, or another relevant aspect of advanced manu-

WASHSTATEC007349

facturing, such as nanotechnology applications, advanced ceramics, photonics and optics, composites, biobased and advanced materials, flexible hybrid technologies, tool development for microelectronics, food manufacturing, superconductors, advanced battery technologies, robotics, advanced sensors, quantum information science, supply chain water optimization, aeronautics and advanced materials, and graphene and graphene commercialization;

"(C) has the potential—

"(i) to improve the competitiveness of United States manufacturing, including key advanced manufacturing technologies such as nanotechnology, advanced ceramics, photonics and optics, composites, biobased and advanced materials, flexible hybrid technologies, tool development for microelectronics, food manufacturing, superconductors, advanced battery technologies, robotics, advanced sensors, quantum information science, supply chain water optimization, aeronautics and advanced materials, and graphene and graphene commercialization;

"(ii) to accelerate non-Federal investment in advanced manufacturing production capacity in the United States; or

"(iii) to enable the commercial application of new technologies or industry-wide manufacturing processes; and

"(D) includes active participation among representatives from multiple industrial entities, research universities, community colleges, and other entities as appropriate, which may include industry-led consortia, career and technical education schools, Federal laboratories, State, local, and Tribal governments, businesses, educational institutions, and nonprofit organizations.

"(2) ACTIVITIES.—

"(A) REQUIRED ACTIVITIES.—For purposes of this section, a Manufacturing USA institute is also an institute that carries out the following:

"(i) Research, development, and demonstration projects, including proof-of-concept development and prototyping, to reduce the cost, time, or risk of commercializing new technologies and improve-

ments in existing technologies, processes, products, and research and development of materials to solve precompetitive industrial problems with economic or national security implications.

"(ii) Development and implementation of education, training, and workforce recruitment courses, materials, and programs addressing workforce needs through training and education programs at all appropriate education levels, including programs on applied engineering.

"(iii) Development of innovative methodologies and practices for supply chain integration and introduction of new technologies into supply chains, as appropriate.

"(iv) Outreach and engagement with small and medium-sized manufacturing enterprises, including women, minority, and veteran owned manufacturing enterprises, in addition to large manufacturing enterprises.

"(v) Development of roadmaps or leveraging of existing roadmaps with respect to technology areas being pursued by

that Manufacturing USA institute that take into account the research and development undertaken at other Manufacturing USA institutes and Federal agencies with respect to such areas.

"(B) PERMISSIBLE ACTIVITIES.—In addition to the activities set forth under subparagraph (A), a Manufacturing USA institute may carry out such other activities as may be consistent with the purposes set forth under subsection (b)(2).

"(3) ADDITIONAL MANUFACTURING USA INSTITUTES.—

"(A) IN GENERAL.—Except as provided in subparagraph (C), the National Additive Manufacturing Innovation Institute and other manufacturing institutes formally recognized as Manufacturing USA institutes pursuant to Federal law or executive actions, or under pending interagency review for such recognition as of December 16, 2014, shall be considered Manufacturing USA institutes for purposes of this section.

"(B) NETWORK PARTICIPATION.—Except as provided in subparagraph (C), an institute

that is substantially similar to an institute described by paragraphs (1) and (2) but does not meet every element of such description and does not receive financial assistance under subsection (e) may, upon request of the institute, be recognized as a Manufacturing USA institute by the Secretary for purposes of participation in the Network.

"(C) APPLICABILITY.—Effective beginning on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, an institute shall be treated as a Manufacturing USA institute under this section and subject to subsections (b)(2), (d), and (e) in the same manner and to the same extent as such provisions apply to a Manufacturing USA institute described by paragraphs (1) and (2) if such institute—

"(i)(I) is, as of such date of enactment, considered a Manufacturing USA institute under subparagraph (A) or recognized as a Manufacturing USA institute under subparagraph (B); and

"(II) as of such date of enactment, receives Federal financial assistance under

subsection (e) or otherwise consistent with the purposes of this section;

"(ii) is under pending agency review for such recognition as of such date of enactment; or

"(iii) is currently funded by the Department of Energy.

"(e) FINANCIAL ASSISTANCE TO ESTABLISH AND SUPPORT MANUFACTURING USA INSTITUTES.—

"(1) FINANCIAL ASSISTANCE AUTHORIZED.—Under the Program, the Secretary and the Secretary of Energy shall, and every other agency head may, award financial assistance to a person or group of persons to assist the person or group of persons in planning, establishing, or supporting a Manufacturing USA institute.

"(2) PERIOD AND RENEWAL OF AWARDS.—

"(A) INITIAL PERIODS.—An award of financial assistance under paragraph (1) shall be awarded for an initial period of not less than 5 years and not more than 7 years.

"(B) RENEWAL OF AWARDS.—

"(i) RENEWAL AUTHORIZED.—An award of financial assistance under paragraph (1) may be renewed for additional

periods, with each period not to exceed the duration of the initial period of the award, subject to a rigorous merit review.

"(ii) CONSIDERATION OF PERFORMANCE STANDARDS.—In carrying out a rigorous merit review under clause (i) for renewal of an award under such clause for a Manufacturing USA institute, an agency head shall consider the extent to which the institute has made progress in meeting the standards of performance established pursuant to paragraph (5)(C).

"(iii) INITIAL FAILURE TO MEET PERFORMANCE STANDARDS.—If, pursuant to a rigorous merit review under clause (i) for renewal of an award under such clause for a Manufacturing USA institute, an agency head finds that the institute does not meet the standards for performance established pursuant to paragraph (5)(C), the agency head shall—

"(I) notify the institute of any deficiencies in the performance of the institute; and

"(II) provide the institute one year to remedy such deficiencies.

"(iv) FURTHER FAILURE TO MEET PERFORMANCE STANDARDS.—If a Manufacturing USA institute fails to remedy a deficiency identified or to show significant improvement in performance during the 1-year period set forth under clause (iii)(II)—

"(I) the institute shall not be eligible for renewed award under clause (i); and

"(II) the agency head that conducted the review for renewal shall notify the institute of such ineligibility.

"(v) CONTINUATION OF EXISTING MANUFACTURING USA INSTITUTES.—Notwithstanding clauses (i) through (iv), a Manufacturing USA institute already in existence or undergoing a renewal process prior to December 1, 2019—

"(I) may continue to receive support for the duration of the original

WASHSTATEC007357

funding award beginning on the date of establishment of that institute; and

"(II) shall be eligible for renewal of that funding pursuant to clause (i).

"(3) APPLICATION FOR FINANCIAL ASSISTANCE.—

"(A) IN GENERAL.—A person or group of persons seeking financial assistance under paragraph (1) shall submit to an agency head an application therefor at such time, in such manner, and containing such information as the agency head may require.

"(B) REQUIREMENTS.—An application submitted under subparagraph (A) for an institute shall, at a minimum include the following:

"(i) A description of the specific sources and amounts of non-Federal financial support for the institute on the date financial assistance is sought.

"(ii) A description of the anticipated sources and amounts of non-Federal financial support during the period for which the institute could be eligible for continued Federal financial assistance under this section.

WASHSTATEC007358

"(4) SELECTION.—

"(A) COMPETITIVE, MERIT REVIEW.—In awarding financial assistance under paragraph (1), an agency head shall—

"(i) use a competitive, merit review process that includes review by a diverse group of individuals with relevant expertise from both the private and public sectors; and

"(ii) ensure that the technology focus of a Manufacturing USA institute does not substantially duplicate the technology focus of any other Manufacturing USA institute.

"(B) PARTICIPATION IN PROCESS.—

"(i) PROHIBITION ON PARTICIPATION BY POLITICAL APPOINTEES.—The review required by subparagraph (A)(i) may not include a review by a group of individuals that includes a political appointee.

"(ii) CONFLICT OF INTEREST POLICIES.—Each agency head shall implement a conflict of interest policy that—

"(I) ensures public transparency and accountability in the process used under subparagraph (A)(i); and

"(II) requires full disclosure of any real or potential conflicts of interest on the parts of individuals that participate in the process used under subparagraph (A)(i).

"(iii) DEFINITION OF POLITICAL APPOINTEE.—For purposes of this subparagraph, the term 'political appointee' has the meaning given such term in section 714(h) of title 38, United States Code.

"(C) CONSIDERATIONS.—In selecting a person or group of persons who submitted an application to an agency head under paragraph (3) for an award of financial assistance under paragraph (1) for a Manufacturing USA institute, the agency head shall consider, at a minimum, the following:

"(i) The potential of the Manufacturing USA institute to advance domestic manufacturing and the likelihood of economic impact, including the creation or preservation of jobs, in the predominant focus areas of the institute.

"(ii) The commitment of continued financial support, advice, participation, and

other contributions from non-Federal sources, to provide leverage and resources to promote a stable and sustainable business model.

"(iii) Whether the financial support provided to the Manufacturing USA institute from non-Federal sources exceeds the requested Federal financial assistance.

"(iv) How the Manufacturing USA institute will increase the non-Federal investment in advanced manufacturing research in the United States.

"(v) How the Manufacturing USA institute will engage with small and medium-sized manufacturing enterprises to improve the capacity of such enterprises to commercialize new processes and technologies and to improve the domestic supply chain.

"(vi) How the Manufacturing USA institute will carry out educational and workforce activities that meet industrial needs related to the predominant focus areas of the institute.

"(vii) How the Manufacturing USA institute will advance economic competi-

tiveness and generate substantial benefits to the Nation that extend beyond the direct return to participants in the Program.

"(viii) Whether the predominant focus of the Manufacturing USA institute is a manufacturing process, novel material, enabling technology, supply chain integration methodology, or other relevant aspect of advanced manufacturing that has not already been commercialized, marketed, distributed, or sold by another entity.

"(ix) How the Manufacturing USA institute will strengthen and leverage the industrial, research, entrepreneurship, and other assets of a region.

"(x) How the Manufacturing USA institute will encourage the education and training of veterans and individuals with disabilities.

"(5) PERFORMANCE MEASUREMENT, TRANSPARENCY, AND ACCOUNTABILITY.—For each award of financial assistance under paragraph (1) by an agency head, the agency head shall—

"(A) develop metrics to assess the effectiveness of the activities funded in making

progress toward the purposes of the Program set forth under subsection (b)(2), including the effectiveness of Manufacturing USA institutes in advancing technology readiness levels or manufacturing readiness levels;

"(B) establish standards for the performance of Manufacturing USA institutes that are based on the metrics developed under subparagraph (A); and

"(C) for each Manufacturing USA institute supported by the award, 5 years after the initial award and every 5 years thereafter until Federal financial assistance under this subsection is discontinued, conduct an assessment of the institute to confirm whether the performance of the institute is meeting the standards for performance established under subparagraph (B).

"(6) COLLABORATION.—In awarding financial assistance under paragraph (1), an agency head, in coordination with the National Program Office, as the agency head considers appropriate, may collaborate with Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing, including, as the agency head con-

WASHSTATEC007363

siders appropriate, the Department of Agriculture, the Department of Defense, the Department of Education, the Department of Energy, the Department of Labor, the Food and Drug Administration, the National Aeronautics and Space Administration, the National Institutes of Health, and the National Science Foundation.

"(7) MATCHING FUNDS AND PREFERENCES.—

"(A) IN GENERAL.—Except as provided in subparagraph (B), an agency head may not, with respect to a Manufacturing USA institute, award financial assistance under paragraph (1) or renew an award of financial assistance under paragraph (2) unless the agency head determines that non-Federal funding comprises 50 percent or more of the total amount of funding made available for the operation and support of the institute.

"(B) WAIVERS.—An agency head awarding financial assistance under paragraph (1) with respect to a Manufacturing USA institute may waive the requirements of subparagraph (A) in the case of satellite centers, large capital facilities, equipment purchases, workforce development, or general operations.

"(f) GRANT PROGRAM FOR PUBLIC SERVICE ACTIVITIES FOR MANUFACTURING USA INSTITUTES WITHOUT FEDERAL FUNDING.—The Secretary may award a grant on a competitive basis to a Manufacturing USA institute that is not receiving financial assistance under subsection (e) to carry out workforce development, outreach to small- and medium-sized manufacturers, and other activities that—

"(1) are determined by the Secretary to be in the national interest; and

"(2) are unlikely to receive private sector financial support.

"(g) AUTHORIZATION OF APPROPRIATIONS.—

"(1) NIST INDUSTRIAL TECHNICAL SERVICES ACCOUNT.—To the extent provided for in advance by appropriations Acts, the Secretary may use amounts appropriated to the Industrial Technical Services account to carry out this section as follows:

"(A) For each of the fiscal years 2015 through 2019, an amount not to exceed $5,000,000.

"(B) For each of fiscal years 2020 through 2030, such amounts as may be necessary to carry out this section.

WASHSTATEC007365

"(2) DEPARTMENT OF ENERGY.—There are authorized to be appropriated to the Secretary of Energy for the provision of financial assistance under subsection (e) by the Department of Energy amounts as follows:

"(A) $70,000,000 for each of fiscal years 2020, 2021, and 2022.

"(B) $84,000,000 for each of fiscal years 2023 and 2024.

"(h) NATIONAL PROGRAM OFFICE.—

"(1) ESTABLISHMENT.—The Secretary shall establish, within the Institute, the National Office of the Manufacturing USA Network (referred to in this section as the 'National Program Office'), which shall oversee and carry out the Program.

"(2) FUNCTIONS.—The functions of the National Program Office are—

"(A) to oversee the planning, management, and coordination of the Program;

"(B) to coordinate with and, as appropriate, enter into memorandums of understanding with Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing, including the Department of Agriculture, the Department

of Defense, the Department of Education, the Department of Energy, the Department of Labor, the Food and Drug Administration, the National Aeronautics and Space Administration, the National Institutes of Health, and the National Science Foundation, to carry out the purposes set forth under subsection (b)(2);

"(C) to develop, not later than December 16, 2015, and update not less frequently than once every 3 years thereafter, a strategic plan to guide the Program;

"(D) to establish such procedures, processes, and criteria as may be necessary and appropriate to maximize cooperation and coordinate the activities of the Program with programs and activities of other Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing;

"(E) to establish a clearinghouse of public information related to the activities of the Program;

"(F) to act as a convener of the Network;

"(G) to work with Federal agencies that are not sponsoring or supporting a Manufacturing USA institute to explore and develop op-

WASHSTATEC007367

tions for sponsoring or supporting a Manufacturing USA institute;

"(H) to work with Federal agencies that are sponsoring or supporting a Manufacturing USA institute to develop and implement network-wide performance goals with measurable targets and timelines;

"(I) to help develop pilot programs that may be implemented by the Manufacturing USA institutes to address specific purposes of the Program, including to accelerate technology transfer to the private sector and to develop entrepreneurship programs;

"(J) to provide support services to promote workforce development activities;

"(K) to identify and disseminate best practices for workforce education and training across the Network and further enhance collaboration among Manufacturing USA institutes in developing and implementing such practices;

"(L) to collaborate with the Department of Labor, the Department of Education, industry, career and technical education schools, local community colleges, universities, and labor or-

ganizations to provide input, as appropriate, for the development of national certifications for advanced manufacturing workforce skills in the technology areas of the Manufacturing USA institutes; and

"(M) to coordinate with Manufacturing USA institutes to develop best practices for the membership agreements and coordination of similar project solicitations.

"(3) RECOMMENDATIONS.—In developing and updating the strategic plan under paragraph (2)(C), the Secretary shall solicit recommendations and advice from a wide range of stakeholders, including industry, small and medium-sized manufacturing enterprises, research universities, community colleges, State, Tribal, and local governments, and other relevant organizations and institutions on an ongoing basis.

"(4) REPORT TO CONGRESS.—Upon completion, the Secretary shall transmit the strategic plan required under paragraph (2)(C) to the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Science, Space, and Technology of the House of Representatives.

WASHSTATEC007369

"(5) HOLLINGS MANUFACTURING EXTENSION PARTNERSHIP.—

"(A) IN GENERAL.—The Secretary shall ensure that the National Program Office leverages the capabilities of the Hollings Manufacturing Extension Partnership into Program planning to ensure—

"(i) significant outreach to, participation of, and engagement of small- and medium-sized manufacturers in Manufacturing USA institutes across the entirety of the manufacturing supply chain; and

"(ii) that the results of the Program, including technologies developed by the Program, reach small- and medium-sized manufacturers and that such entities have access to technical assistance, as appropriate, in deploying those technologies.

"(B) LIAISONS.—The Secretary may provide financial assistance to a manufacturing extension center established as part of the Hollings Manufacturing Extension Partnership to support the purposes of the Program by providing services in one or more of the following areas:

WASHSTATEC007370

"(i) Support services for small- and medium-sized manufacturers, that many include the designation of a liaison.

"(ii) Assistance with workforce development.

"(iii) Technology transfer for small and medium-sized manufacturers.

"(iv) Such other areas as the Secretary determines appropriate to support the purposes of the Program.

"(6) DETAILEES.—Any Federal Government employee may be detailed to the National Program Office without reimbursement. Such detail shall be without interruption or loss of civil service status or privilege.

"(i) REPORTING AND AUDITING.—

"(1) ANNUAL REPORTS TO THE SECRETARY.—

"(A) IN GENERAL.—Not less frequently than once each year, each agency head that is providing financial assistance under subsection (e) shall—

"(i) require each recipient of such financial assistance submit to the agency head a report that describes the finances and performance of the Manufacturing

USA institute with respect to which the financial assistance is awarded; and

"(ii) submit to the Secretary each report received by the agency head under clause (i).

"(B) ELEMENTS.—Each report submitted under subparagraph (A) shall include:

"(i) an accounting of expenditures of amounts awarded to the recipient under subsection (e); and

"(ii) consistent with the standards for performance established under subsection (e)(5)(B), a description of the performance of the Manufacturing USA institute with respect to—

"(I) its goals, plans, financial support, and accomplishments; and

"(II) how the Manufacturing USA institute has furthered the purposes set forth under subsection (b)(2).

"(2) ANNUAL REPORTS TO CONGRESS.—

"(A) IN GENERAL.—Not less frequently than once each year until December 31, 2030, the Secretary shall submit a report to Congress

that describes the performance of the Program during the most recent 1-year period.

"(B) ELEMENTS.—Each report submitted under subparagraph (A) shall include, for the period covered by the report—

"(i) a summary and assessment of the reports received by the Secretary under paragraph (1);

"(ii) an accounting of the funds expended by the Secretary under the Program, including any waivers made under subsection (e)(7)(B);

"(iii) an assessment of the participation in, and contributions to, the Network by any Manufacturing USA institutes not receiving financial assistance under subsection (e); and

"(iv) an assessment of the Program with respect to meeting the purposes set forth under subsection (b)(2).

"(3) ASSESSMENTS BY COMPTROLLER GENERAL OF THE UNITED STATES.—

"(A) ASSESSMENTS.—Not less frequently than once every 3 years, the Comptroller General of the United States shall submit to Con-

gress an assessment of the operation of the Program during the most recent 3-year period, including an assessment of the progress made towards achieving the goals specified in the national strategic plan for advanced manufacturing required under section 102(b)(7) of the America COMPETES Reauthorization Act of 2010 (42 U.S.C. 6622(b)(7)).

"(B) ELEMENTS.—Each assessment submitted under subparagraph (A) shall include, for the period covered by the report—

"(i) a review of the management, coordination, and industry utility of the Program;

"(ii) an assessment of the extent to which the Program has furthered the purposes set forth under subsection (b)(2);

"(iii) such recommendations for legislative and administrative action as the Comptroller General considers appropriate to improve the Program; and

"(iv) an assessment as to whether any prior recommendations for improvement made by the Comptroller General have been implemented or adopted.

"(C) FINAL ASSESSMENT.—No later than December 31, 2030, the Comptroller General shall submit to Congress a final report regarding the overall success of the Program.

"(j) ADDITIONAL AUTHORITIES.—

"(1) APPOINTMENT OF PERSONNEL AND CONTRACTS.—The Secretary may appoint such personnel and enter into such contracts, financial assistance agreements, and other agreements as the Secretary considers necessary or appropriate to carry out the Program, including support for research and development activities involving a Manufacturing USA institute.

"(2) TRANSFER OF FUNDS.—Of amounts available under the authority provided by subsection (g), the Secretary may transfer to other Federal agencies such sums as the Secretary considers necessary or appropriate to carry out the Program. No funds so transferred may be used to reimburse or otherwise pay for the costs of financial assistance incurred or commitments of financial assistance made prior to December 16, 2014.

"(3) AUTHORITY OF OTHER AGENCIES.—In the event that the Secretary exercises the authority to transfer funds to another agency under paragraph

WASHSTATEC007375

(2), such agency may accept such funds to award and administer, under the same conditions and constraints applicable to the Secretary, all aspects of financial assistance awards under this section.

"(4) USE OF RESOURCES.—In furtherance of the purposes of the Program, the Secretary may use, with the consent of a covered entity and with or without reimbursement, the land, services, equipment, personnel, and facilities of such covered entity.

"(5) ACCEPTANCE OF RESOURCES.—In addition to amounts appropriated to carry out the Program, the Secretary may accept funds, services, equipment, personnel, and facilities from any covered entity to carry out the Program, subject to the same conditions and constraints otherwise applicable to the Secretary under this section and such funds may only be obligated to the extent provided for in advance by appropriations Acts.

"(6) COVERED ENTITIES.—For purposes of this subsection, a covered entity is any Federal department, Federal agency, instrumentality of the United States, State, local government, Tribal government, territory, or possession of the United States, or of any political subdivision thereof, or international or-

ganization, or any public or private entity or individual.

"(7) COLLABORATIONS WITH OTHER AGENCIES.—The Secretary shall collaborate with Federal agencies whose missions contribute to, or are affected by, advanced manufacturing to identify and leverage existing resources at such Federal agencies to assist Manufacturing USA institutes in carrying out the purposes of the Program set forth under subsection (b)(2). Such existing resources may include programs—

"(A) at the Department of Labor relating to labor and apprenticeships;

"(B) at the Economic Development Administration relating to regional innovation, such as the Regional Innovation Strategies program;

"(C) at the Department of Education relating to workforce development, education, training, and retraining;

"(D) at the Department of Defense relating to procurement and other authorities of the Department of Defense;

"(E) at the Food and Drug Administration relating to biopharmaceutical manufacturing;

"(F) at the National Science Foundation, including the Advanced Technological Education program;

"(G) at the National Aeronautics and Space Administration relating to procurement, workforce development, education, training, and retraining;

"(H) at the Department of Energy relating to development of clean energy technologies and other authorities of the Department of Energy;

"(I) at the Department of Agriculture relating to outreach to rural communities;

"(J) additional programs that the Secretary determines are appropriate to support the activities of existing Manufacturing USA institutes; and

"(K) additional programs that the Secretary determines are appropriate to support the activities of existing Manufacturing USA institutes.

"(k) PATENTS.—Chapter 18 of title 35, United States Code, shall apply to any funding agreement (as defined in section 201 of that title) awarded to new or existing Manufacturing USA institutes with respect to which financial assistance is awarded under subsection (e).

"(l) REFERENCES TO PRIOR NAMES AND TERMINOLOGY.—Any reference in law, regulation, map, document, paper, or other record of the United States to the 'Network for Manufacturing Innovation Program', the 'Network for Manufacturing Innovation', 'National Office of the Network for Manufacturing Innovation Program', or a 'center for manufacturing innovation' shall be considered to be a reference to the Manufacturing USA Program, the Manufacturing USA Network, the National Office of the Manufacturing USA Network, or a Manufacturing USA institute, respectively.".

(b) EXPANSION OF MANUFACTURING USA NETWORK.—Subject to the availability of appropriations, the Secretary of Commerce shall take such actions as may be necessary to increase the number of Manufacturing USA institutes that participate in the Manufacturing USA Network.

**SEC. 1742. REGIONAL INNOVATION PROGRAM.**

Section 27 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3722) is amended to read as follows:

**"SEC. 27. REGIONAL INNOVATION PROGRAM.**

"(a) DEFINITIONS.—In this section:

"(1) ELIGIBLE RECIPIENT.—The term 'eligible recipient' means—

WASHSTATEC007379

"(A) a State;

"(B) an Indian tribe;

"(C) a city or other political subdivision of a State;

"(D) an entity that—

"(i) is a nonprofit organization, an institution of higher education, a public-private partnership, a science or research park, a Federal laboratory, a venture development organization, or an economic development organization or similar entity that is focused primarily on improving science, technology, innovation, or entrepreneurship; and

"(ii) has an application submitted under subsection (c)(4) that is supported by a State or a political subdivision of a State; or

"(E) a consortium of any of the entities described in subparagraphs (A) through (D).

"(2) Regional innovation initiative.—The term 'regional innovation initiative' means a geographically-bounded public or nonprofit activity or program to address issues in the local innovation systems in order to—

"(A) increase the success of innovation-driven industry;

"(B) strengthen the competitiveness of industry through new product innovation and new technology adoption;

"(C) improve the pace of market readiness and overall commercialization of innovative research;

"(D) enhance the overall innovation capacity and long-term resilience of the region;

"(E) leverage the region's unique competitive strengths to stimulate innovation; and

"(F) increase the number of full-time equivalent employment opportunities within innovation-based business ventures in the geographic region.

"(3) STATE.—The term 'State' means one of the several States of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the United States Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or any other territory or possession of the United States.

"(4) VENTURE DEVELOPMENT ORGANIZATION.—The term 'venture development organization'

means a State or nonprofit organization that contributes to regional or sector-based economic prosperity by providing services for the purposes of accelerating the commercialization of research.

"(b) ESTABLISHMENT.—The Secretary shall establish a regional innovation program to encourage and support the development of regional innovation strategies designed to increase innovation-driven economic opportunity within their respective regions.

"(c) REGIONAL INNOVATION GRANTS.—

"(1) AUTHORIZATION OF GRANTS.—As part of the program established pursuant to subsection (b), the Secretary may award grants, on a competitive basis, to eligible recipients for activities designed to develop and support a regional innovation initiative.

"(2) PERMISSIBLE ACTIVITIES.—A grant awarded under this subsection shall be used for multiple activities determined appropriate by the Secretary, including—

"(A) planning, technical assistance, and communication among participants of a regional innovation initiative to improve the connectedness and strategic orientation of the regional innovation initiative;

"(B) attracting additional participants to a regional innovation initiative;

"(C) increasing the availability and investment of private and philanthropic financing that supports innovation-based business ventures; and

"(D) facilitating commercialization of products, processes, and services, including through demonstration, deployment, technology transfer, and entrepreneurial activities.

"(3) RESTRICTED ACTIVITIES.—Grants awarded under this subsection may not be used to pay for—

"(A) costs related to the recruitment, inducement, or associated financial or tangible incentives that might be offered to relocate an existing business from a geographic area to another geographic area; or

"(B) costs associated with offsetting revenues forgone by 1 or more taxing authorities through tax incentives, tax increment financing, special improvement districts, tax abatements for private development within designated zones or geographic areas, or other reduction in reve-

WASHSTATEC007383

nues resulting from tax credits affecting the geographic region of the eligible recipients.

"(4) APPLICATIONS.—

"(A) IN GENERAL.—An eligible recipient shall submit an application to the Secretary at such time, in such manner, and containing such information and assurances as the Secretary may require.

"(B) COMPONENTS.—Each application submitted under subparagraph (A) shall—

"(i) describe the regional innovation initiative;

"(ii) indicate whether the regional innovation initiative is supported by the private sector, State and local governments, and other relevant stakeholders;

"(iii) identify what activities the regional innovation initiative will undertake;

"(iv) describe the expected outcomes of the regional innovation initiative and the metrics the eligible recipient will use to assess progress toward those outcomes;

"(v) indicate whether the participants in the regional innovation initiative have access to, or contribute to, a well-trained

workforce and other innovation assets that are critical to the successful outcomes specified in the application;

"(vi) indicate whether the participants in the regional innovation initiative are capable of attracting additional funds from non-Federal sources; and

"(vii) if appropriate for the activities proposed in the application, analyze the likelihood that the participants in the regional innovation initiative will be able to sustain activities after grant funds received under this subsection have been expended.

"(C) FEEDBACK.—The Secretary shall provide feedback to program applicants that are not awarded grants to help them improve future applications.

"(D) SPECIAL CONSIDERATIONS.—The Secretary shall give special consideration to—

"(i) applications proposing to include workforce or training related activities in their regional innovation initiative from eligible recipients who agree to collaborate with local workforce investment area boards; and

"(ii) applications from regions that contain communities negatively impacted by trade.

"(5) COST SHARE.—The Secretary may not provide more than 50 percent of the total cost of any activity funded under this subsection.

"(6) OUTREACH TO RURAL COMMUNITIES.—The Secretary shall conduct outreach to public and private sector entities in rural communities to encourage those entities to participate in regional innovation initiatives under this subsection.

"(7) GEOGRAPHIC DISTRIBUTION.—In conducting a competitive process, the Secretary shall avoid undue geographic concentration among any one category of States based on their predominant rural or urban character as indicated by population density.

"(8) FUNDING.—The Secretary may accept funds from other Federal agencies to support grants and activities under this subsection.

"(d) REGIONAL INNOVATION RESEARCH AND INFORMATION PROGRAM.—

"(1) IN GENERAL.—As part of the program established pursuant to subsection (b), the Secretary

shall establish a regional innovation research and information program—

“(A) to gather, analyze, and disseminate information on best practices for regional innovation initiatives, including information relating to how innovation, productivity, and economic development can be maximized through such strategies;

“(B) to provide technical assistance, including through the development of technical assistance guides, for the development and implementation of regional innovation initiatives;

“(C) to support the development of relevant metrics and measurement standards to evaluate regional innovation initiatives, including the extent to which such strategies stimulate innovation, productivity, and economic development; and

“(D) to collect and make available data on regional innovation initiatives in the United States, including data on—

“(i) the size, specialization, and competitiveness of regional innovation initiatives;

WASHSTATEC007387

"(ii) the regional domestic product contribution, total jobs and earnings by key occupations, establishment size, nature of specialization, patents, Federal research and development spending, and other relevant information for regional innovation initiatives; and

"(iii) supply chain product and service flows within and between regional innovation initiatives.

"(2) RESEARCH GRANTS.—The Secretary may award research grants on a competitive basis to support and further the goals of the program established under this section.

"(3) DISSEMINATION OF INFORMATION.—Data and analysis compiled by the Secretary under the program established in this subsection shall be made available to other Federal agencies, State and local governments, and nonprofit and for-profit entities.

"(4) REGIONAL INNOVATION GRANT PROGRAM.—The Secretary shall incorporate data and analysis relating to any grant awarded under subsection (c) into the program established under this subsection.

"(e) INTERAGENCY COORDINATION.—

"(1) In general.—To the maximum extent practicable, the Secretary shall ensure that the activities carried out under this section are coordinated with, and do not duplicate the efforts of, other programs at the Department of Commerce or at other Federal agencies.

"(2) Collaboration.—

"(A) In general.—The Secretary shall explore and pursue collaboration with other Federal agencies, including through multi-agency funding opportunities, on regional innovation strategies.

"(B) Small businesses.—The Secretary shall ensure that such collaboration with Federal agencies prioritizes the needs and challenges of small businesses.

"(f) Evaluation.—

"(1) In general.—Not later than 5 years after Congress first appropriates funds to carry out this section, the Secretary shall competitively award a contract with an independent entity to conduct an evaluation of programs established under this section.

"(2) Requirements.—The evaluation conducted under paragraph (1) shall include—

"(A) an assessment of whether the program is achieving its goals;

"(B) the program's efficacy in providing awards to geographically diverse entities;

"(C) any recommendations for how the program may be improved; and

"(D) a recommendation as to whether the program should be continued or terminated.

"(g) REPORTING REQUIREMENT.—Not later than 5 years after the first grant is awarded under subsection (c), and every 5 years thereafter until 5 years after the last grant recipient completes the regional innovation initiative for which such grant was awarded, the Secretary shall submit a summary report to Congress that describes the outcome of each regional innovation initiative that was completed during the previous 5 years.

"(h) FUNDING.—From amounts appropriated by Congress to the Secretary, the Secretary may use up to $50,000,000 in each of the fiscal years 2020 through 2024 to carry out this section.".

**SEC. 1743. AVIATION WORKFORCE DEVELOPMENT.**

(a) IN GENERAL.—Section 625(c)(1) of the FAA Reauthorization Act of 2018 (Public Law 115–254) is amended—

(1) in subparagraph (C), by striking "or" after the semicolon;

(2) in subparagraph (D), by striking the period and inserting "; or"; and

(3) by adding at the end the following:

"(E) an organization representing aircraft users, aircraft owners, or aircraft pilots.".

(b) EFFECTIVE DATE.—The amendments made by subsection (a) shall take effect as if included in the enactment of the FAA Reauthorization Act of 2018 (Public Law 115–254).

**SEC. 1744. OVERSIGHT OF DEPARTMENT OF DEFENSE EXECUTE ORDERS.**

(a) REVIEW OF EXECUTE ORDERS.—Not later than 30 days after receiving a written request by the Chairman or Ranking Member of a congressional defense committee, the Secretary of Defense shall provide the committee, including appropriately designated staff of the committee, with—

(1) an execute order approved by the Secretary or the commander of a combatant command for review; and

(2) a detailed briefing on such execute order.

(b) EXCEPTION.—

WASHSTATEC007391

(1) IN GENERAL.—In extraordinary circumstances necessary to protect operations security or the sensitivity of the execute order, the Secretary may limit review of an execute order. A determination that extraordinary circumstances exist for purposes of this paragraph may only be made by the Secretary and the decision to limit the review of an execute order may not be delegated.

(2) SUMMARY AND OTHER INFORMATION.—In extraordinary circumstances described in paragraph (1) with respect to an execute order, within 30 days of receiving a written request under subsection (a), the Secretary shall provide to the committee concerned, including appropriately designated staff of the committee—

(A) a written explanation of the extraordinary circumstances that led to the determination by the Secretary to limit review of the execute order; and

(B) a detailed summary of the execute order and other information necessary for the conduct of the oversight duties of the committee.

(c) QUARTERLY REPORT.—Not later than 30 days after the date on which the budget of the President is sub-

mitted to Congress under section 1105(a) of title 31, United States Code, for fiscal year 2021 and every 90 days thereafter, the Secretary of Defense shall submit to the congressional defense committees a comprehensive report identifying and summarizing all execute orders approved by the Secretary or the commander of a combatant command in effect for the Department of Defense as of the date of the report.

**SEC. 1745. PROCESSES AND PROCEDURES FOR NOTIFICATIONS REGARDING SPECIAL OPERATIONS FORCES.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish and submit to the congressional defense committees processes and procedures for providing notifications to the committees regarding members of special operations forces, as identified in section 167(j) of title 10, United States Code.

(b) PROCESSES AND PROCEDURES.—The processes and procedures established under subsection (a) shall—

(1) clarify the roles and responsibilities of the Secretaries of the military departments, the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, and the Commander of United States Special Operations Command;

WASHSTATEC007393

(2) provide guidance relating to the types of matters that would warrant congressional notification, including awards, reprimands, incidents, and any other matters the Secretary determines necessary;

(3) be consistent with the national security of the United States;

(4) be designed to protect sensitive information during an ongoing investigation;

(5) account for the privacy of members of the Armed Forces; and

(6) take in to account existing processes and procedures for notifications to the congressional defense committees regarding members of the conventional Armed Forces.

**SEC. 1746. SECURING AMERICAN SCIENCE AND TECHNOLOGY.**

(a) INTERAGENCY WORKING GROUP.—

(1) IN GENERAL.—The Director of the Office of Science and Technology Policy, acting through the National Science and Technology Council, in consultation with the National Security Advisor, shall establish or designate an interagency working group to coordinate activities to protect federally funded research and development from foreign interference,

WASHSTATEC007394

cyber attacks, theft, or espionage and to develop common definitions and best practices for Federal science agencies and grantees, while accounting for the importance of the open exchange of ideas and international talent required for scientific progress and American leadership in science and technology.

(2) MEMBERSHIP.—

(A) IN GENERAL.—The working group shall include at least one representative of—

(i) the National Science Foundation;

(ii) the Department of Energy;

(iii) the National Aeronautics and Space Administration;

(iv) the Department of Commerce;

(v) the Department of Health and Human Services;

(vi) the Department of Defense;

(vii) the Department of Agriculture;

(viii) the Department of Education;

(ix) the Department of State;

(x) the Department of the Treasury;

(xi) the Department of Justice;

(xii) the Department of Homeland Security;

(xiii) the Central Intelligence Agency;

WASHSTATEC007395

(xiv) the Office of the Director of National Intelligence;

(xv) the Office of Management and Budget;

(xvi) the National Economic Council; and

(xvii) such other Federal department or agency as the President considers appropriate.

(B) CHAIR.—The working group shall be chaired by the Director of the Office of Science and Technology Policy (or the Director's designee).

(3) RESPONSIBILITIES OF THE WORKING GROUP.—The working group established under paragraph (1) shall—

(A) identify known and potential cyber, physical, and human intelligence threats and vulnerabilities within the United States scientific and technological enterprise;

(B) coordinate efforts among agencies to share and update important information, including specific examples of foreign interference, cyber attacks, theft, or espionage directed at federally funded research and develop-

WASHSTATEC007396

ment or the integrity of the United States scientific enterprise;

(C) identify and assess existing mechanisms for protection of federally funded research and development;

(D) develop an inventory of—

(i) terms and definitions used across Federal science agencies to delineate areas that may require additional protection; and

(ii) policies and procedures at Federal science agencies regarding protection of federally funded research; and

(E) develop and periodically update unclassified recommendations for policy guidance to assist Federal science agencies and grantees in defending against threats to federally funded research and development and the integrity of the United States scientific enterprise that—

(i) includes—

(I) descriptions of known and potential threats to federally funded research and development and the integrity of the United States scientific enterprise;

(II) common definitions and terminology for categorization of research and technologies that are protected;

(III) identified areas of research or technology that might require additional protection;

(IV) recommendations for how control mechanisms can be utilized to protect federally funded research and development from foreign interference, cyber attacks, theft or espionage, including any recommendations for updates to existing control mechanisms;

(V) recommendations for best practices for Federal science agencies, universities, and grantees to defend against threats to federally funded research and development, including coordination and harmonization of any relevant reporting requirements that Federal science agencies implement for grantees, and by providing such best practices with grantees and universities at the time of awarding such

grants or entering into research contracts;

(VI) a remediation plan for grantees and universities to mitigate the risks regarding such threats before research grants or contracts are cancelled because of such threats;

(VII) recommendations for providing opportunities and facilities for academic researchers to perform controlled and classified research in support of Federal missions;

(VIII) assessments of potential consequences that any proposed practices would have on international collaboration and United States leadership in science and technology; and

(IX) a classified addendum as necessary to further inform Federal science agency decisionmaking; and

(ii) accounts for the range of needs across different sectors of the United States science and technology enterprise.

(4) POLICY GUIDANCE.—Not later than 270 days after the date of the enactment of this Act, the

Director of the Office of Science and Technology Policy, in consultation with the working group established under paragraph (1), shall—

(A) develop and issue policy guidance to Federal science agencies with more than $100,000,000 in extramural research in fiscal year 2018 to protect against threats to federally funded research and the United States science enterprise, including foreign interference, cyber attacks, theft, or espionage; and

(B) encourage consistency in the policies developed by Federal science agencies with more than $100,000,000 in extramural research in fiscal year 2018, as appropriate, and factoring in the potential range of applications across different areas of science and technology.

(5) COORDINATION WITH NATIONAL ACADEMIES ROUNDTABLE.—The Director of the Office of Science and Technology Policy shall coordinate with the Academies to ensure that at least one member of the interagency working group is also a member of the roundtable under subsection (b).

(6) INTERIM REPORT.—Not later than six months after the date of enactment of this Act, the Director of the Office of Science and Technology

Policy shall provide a report to the relevant committees that includes the inventory required under paragraph (3)(D), and an update on progress toward developing the policy guidance required under paragraphs (3)(E) and (4), as well as any additional activities undertaken by the working group in that time.

(7) BIENNIAL REPORTING.—Two years after the date of enactment of this Act, and at least every two years thereafter, the Director of the Office of Science and Technology Policy shall provide a summary report to the relevant committees on the activities of the working group and the most current version of the policy guidance required under paragraph (4).

(8) TERMINATION.—The working group established or designated under paragraph (1) shall terminate on the date that is ten years after the date on which such working group is established or designated.

(b) NATIONAL ACADEMIES SCIENCE, TECHNOLOGY AND SECURITY ROUNDTABLE.—

(1) IN GENERAL.—The National Science Foundation, the Department of Energy, and the Department of Defense, and any other agencies as deter-

WASHSTATEC007401

mined by the Director of the Office of Science and Technology Policy, shall enter into a joint agreement with the Academies to create a new "National Science, Technology, and Security Roundtable" (hereinafter in this subsection referred to as the "roundtable").

(2) PARTICIPANTS.—The roundtable shall include senior representatives and practitioners from Federal science, intelligence, and national security agencies, law enforcement, as well as key stakeholders in the United States scientific enterprise including institutions of higher education, Federal research laboratories, industry, and non-profit research organizations.

(3) PURPOSE.—The purpose of the roundtable is to facilitate among participants—

(A) exploration of critical issues related to protecting United States national and economic security while ensuring the open exchange of ideas and international talent required for scientific progress and American leadership in science and technology;

(B) identification and consideration of security threats and risks involving federally funded research and development, including for-

WASHSTATEC007402

eign interference, cyber attacks, theft, or espionage;

(C) identification of effective approaches for communicating the threats and risks identified in subparagraph (b) to the academic and scientific community, including through the sharing of unclassified data and relevant case studies;

(D) sharing of best practices for addressing and mitigating the threats and risks identified in subparagraph (B); and

(E) examination of potential near- and long-term responses by the Government and the academic and scientific community to mitigate and address the risks associated with foreign threats.

(4) REPORT AND BRIEFING.—The joint agreement under paragraph (1) shall specify that—

(A) the roundtable shall periodically organize workshops and issue publicly available reports on the topics described in paragraph (3) and the activities of the roundtable;

(B) not later than March 1, 2020, the Academies shall provide a briefing to the rel-

evant committees on the progress and activities of the roundtable; and

(C) the Academies shall issue a final report on its activities to the relevant committees before the end of fiscal year 2024.

(5) TERMINATION.—The roundtable shall terminate on September 30, 2024.

(c) DEFINITIONS.—In this section:

(1) The term "Academies" means the National Academies of Science, Engineering and Medicine.

(2) The term "Federal science agency" means any Federal agency with at least $100,000,000 in basic and applied research obligations in fiscal year 2018.

(3) The term "grantee" means an entity that is—

(A) a recipient or subrecipient of a Federal grant or cooperative agreement; and

(B) an institution of higher education or a non-profit organization.

(4) The term "relevant committees" means—

(A) the Committee on Science, Space, and Technology of the House of Representatives;

(B) the Committee on Commerce, Science, and Transportation of the Senate;

(C) the Committee on Armed Services of the House of Representatives;

(D) the Committee on Armed Services of the Senate; and

(E) the Committee on Homeland Security and Governmental Affairs of the Senate.

**SEC. 1747. STANDARDIZED POLICY GUIDANCE FOR CALCULATING AIRCRAFT OPERATION AND SUSTAINMENT COSTS.**

Not later than 270 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment, in coordination with the Director of Cost Analysis and Program Evaluation and in consultation with the Secretary of each of the military services, shall develop and implement standardized policy guidance for calculating aircraft operation and sustainment costs for the Department of Defense. Such guidance shall provide for a standardized calculation of—

(1) aircraft cost per flying hour;

(2) aircraft cost per aircraft tail per year;

(3) total cost of ownership per flying hour for aircraft systems;

(4) average annual operation and sustainment cost per aircraft; and

WASHSTATEC007405

(5) any other cost metrics the Under Secretary of Defense determines appropriate.

**SEC. 1748. SPECIAL FEDERAL AVIATION REGULATION WORKING GROUP.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense, the Secretary of Transportation, and the Secretary of State, shall jointly establish a Special Federal Aviation Regulation (in this section referred to as the "SFAR") interagency working group to review the current options for the Department of Defense to use contracted United States civil aviation to provide support for Department of Defense missions in areas where a Federal Aviation Administration SFAR is in effect.

(b) DUTIES.—The working group shall—

(1) analyze all options currently available for the Department of Defense to use contracted United States civil aviation to provide support for Department of Defense missions in areas where a Federal Aviation Administration SFAR is in effect;

(2) review existing processes of the Department of Defense, the Federal Aviation Administration, and the Department of State, with respect to the Department of Defense's use of contracted United

WASHSTATEC007406

States civil aviation in areas where a Federal Aviation Administration SFAR is in effect;

(3) identify any issues, inefficiencies, or concerns with the existing options and processes, including safety of flight, legal considerations, mission delivery, and security considerations; and

(4) develop recommendations, if any, to improve existing processes or expand the options available for the Department of Defense to use contracted United States civil aviation to provide support to Department of Defense missions in areas where a Federal Aviation Administration SFAR is in effect.

(c) MEMBERS.—

(1) APPOINTMENT.—The Secretary of Defense, the Secretary of Transportation, and the Secretary of State shall each appoint not more than 5 members to the working group with expertise in civil aviation safety, state aircraft operations, the provision of contracted aviation support to the Department of Defense, and the coordination of such efforts between the Department of Defense, the Department of State, and the Federal Aviation Administration. The 5 members appointed by the Secretary of Transportation shall include at least 3 members from the Federal Aviation Administration.

WASHSTATEC007407

(2) QUALIFICATIONS.—All working group members shall be full-time employees of the Federal Government with appropriate security clearances to allow discussion of all classified information and materials necessary to fulfill the working group's duties pursuant to subsection (b).

(d) REPORT.—Not later than 1 year after the date it is established, the working group shall submit a report on its findings and any recommendations developed pursuant to subsection (b) to the congressional defense committees, the Committee on Commerce, Science, and Transportation of the Senate, and the Committee on Transportation and Infrastructure of the House of Representatives.

(e) TERMINATION.—The working group shall terminate 90 days after the date the report is submitted under subsection (d).

(f) DEFINITIONS.—In this section the following definitions apply:

(1) The term "United States civil aviation" means—

(A) United States air carriers and United States commercial operators;

(B) persons exercising the privileges of an airman certificate issued by the FAA, except

such persons operating United States-registered aircraft for a foreign air carrier; and

(C) operators of civil aircraft registered in the United States, except where the operator of such aircraft is a foreign air carrier.

(2) The term "Federal Aviation Administration SFAR" means the Special Federal Aviation Regulation included under subpart M of part 91 of title 14, Code of Federal Regulations.

**SEC. 1749. PROHIBITION ON NAMES RELATED TO THE CONFEDERACY.**

(a) PROHIBITION ON NAMES RELATED TO THE CONFEDERACY.—In naming a new asset or renaming an existing asset, the Secretary of Defense or the Secretary of a military department may not give a name to an asset that refers to, or includes a term referring to, the Confederate States of America (commonly referred to as the "Confederacy"), including any name referring to—

(1) a person who served or held leadership within the Confederacy; or

(2) a Confederate battlefield victory.

(b) ASSET DEFINED.—In this section, the term "asset" includes any base, installation, facility, aircraft, ship, equipment, or any other property owned or controlled by the Department of Defense or a military department.

WASHSTATEC007409

(c) SAVINGS CLAUSE.—Nothing in this section may be construed as requiring a Secretary concerned to initiate a review of previously named assets.

**SEC. 1750. SUPPORT FOR NATIONAL MARITIME HERITAGE GRANTS PROGRAM.**

Of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense, the Secretary of Defense may contribute up to $5,000,000 to support the National Maritime Heritage Grants Program established under section 308703 of title 54, United States Code.

**SEC. 1751. SUPPORT FOR WORLD LANGUAGE ADVANCEMENT AND READINESS.**

(a) PROGRAM AUTHORITY.—

(1) IN GENERAL.—The Secretary of Defense, in consultation with the Director of National Intelligence and the Secretary of Education, may carry out a program under which the Secretary may provide support to eligible entities for the establishment, improvement, or expansion of world language study for elementary school and secondary school students.

(2) SPECIAL REQUIREMENTS FOR LOCAL EDUCATIONAL AGENCIES.—In providing support under paragraph (1) to an eligible entity that is a local

educational agency, the Secretary of Defense shall support programs that—

(A) show the promise of being continued after such support is no longer available;

(B) demonstrate approaches that can be disseminated to and duplicated in other local educational agencies; and

(C) may include a professional development component.

(3) APPLICATIONS.—

(A) IN GENERAL.—To be considered for support under paragraph (1), an eligible entity shall submit an application to the Secretary of Defense at such time, in such manner, and containing such information and assurances as the Secretary may require.

(B) SPECIAL CONSIDERATION.—The Secretary of Defense shall give special consideration to applications describing programs that—

(i) include intensive summer world language programs for professional development of world language teachers;

(ii) link nonnative English speakers in the community with the schools in order to promote two-way language learning;

(iii) promote the sequential study of a world language for students, beginning in elementary schools;

(iv) make effective use of technology, such as computer-assisted instruction, language laboratories, or distance learning, to promote world language study;

(v) promote innovative activities, such as dual language immersion, partial world language immersion, or content-based instruction; and

(vi) are carried out through a consortium comprised of the eligible entity receiving the grant, an elementary school or secondary school, and an institution of higher education (as that term is defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)).

(b) DEFINITIONS.—In this section:

(1) ELIGIBLE ENTITY.—The term "eligible entity" means the following:

(A) A local educational agency that hosts a unit of the Junior Reserve Officers' Training Corps.

(B) A school operated by the Department of Defense Education Activity.

(2) ESEA TERMS.—The terms "elementary school", "local educational agency" and "secondary school" have the meanings given the terms in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801).

(3) WORLD LANGUAGE.—The term "world language" means—

(A) any natural language other than English, including—

(i) languages determined by the Secretary of Defense to be critical to the national security interests of the United States;

(ii) classical languages;

(iii) American sign language; and

(iv) Native American languages; and

(B) any language described in subparagraph (A) that is taught in combination with English as part of a dual language or immersion learning program.

**SEC. 1752. DESIGNATION OF DEPARTMENT OF DEFENSE STRATEGIC ARCTIC PORTS.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the Arctic is a region of strategic importance to the national security interests of the United States and the Department of Defense must better align its presence, force posture, and capabilities to meet the growing array of challenges in the region; and

(2) although much progress has been made to increase awareness of Arctic issues and to promote increased presence in the region, additional measures, including the designation of one or more strategic Arctic ports, are needed to show the commitment of the United States to this emerging strategic choke point of future great power competition.

(b) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, shall submit to the congressional defense committees a re-

port evaluating potential sites for one or more strategic ports in the Arctic.

(2) ELEMENTS.—Consistent with the updated military strategy for the protection of United States national security interests in the Arctic region set forth in the report required under section 1071 of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 114–92; 129 Stat. 992), the report required under paragraph (1) shall include—

(A) an evaluation of the amount of sufficient and suitable space needed to create capacity for port and other necessary infrastructure for at least one of each of type of Navy or Coast Guard vessel, including an Arleigh Burke class destroyer of the Navy, a national security cutter, and a heavy polar ice breaker of the Coast Guard;

(B) an evaluation of the amount of sufficient and suitable space needed to create capacity for equipment and fuel storage, technological infrastructure, and civil infrastructure to support military and civilian operations, including—

(i) aerospace warning;

(ii) maritime surface and subsurface warning;

(iii) maritime control and defense;

(iv) maritime domain awareness;

(v) homeland defense;

(vi) defense support to civil authorities;

(vii) humanitarian relief;

(viii) search and rescue;

(ix) disaster relief;

(x) oil spill response;

(xi) medical stabilization and evacuation; and

(xii) meteorological measurements and forecasting;

(C) an identification of proximity and road access required to an airport designated as a commercial service airport by the Federal Aviation Administration that is capable of supporting military and civilian aircraft for operations designated in subparagraph (B);

(D) a description of the requirements, to include infrastructure and installations, communications, and logistics necessary to improve response effectiveness to support military and ci-

vilian operations described in subparagraph (B);

(E) an identification of the sites that the Secretary recommends as potential sites for designation as Department of Defense Strategic Arctic Ports;

(F) the estimated cost of sufficient construction necessary to initiate and sustain expected operations at such sites; and

(G) such other information as the Secretary deems relevant.

(c) DESIGNATION OF STRATEGIC ARCTIC PORTS.—Not later than 90 days after the date on which the report required under subsection (b) is submitted, the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, may designate one or more ports as Department of Defense Strategic Arctic Ports from the sites identified under subsection (b)(2)(E).

(d) RULE OF CONSTRUCTION.—Nothing in this section may be construed to authorize any additional appropriations for the Department of Defense for the establishment of any port designated pursuant to this section.

(e) ARCTIC DEFINED.—In this section, the term "Arctic" has the meaning given that term in section 112 of the Arctic Research and Policy Act of 1984 (15 U.S.C. 4111).

**SEC. 1753. INDEPENDENT STUDIES REGARDING POTENTIAL COST SAVINGS WITH RESPECT TO THE NUCLEAR SECURITY ENTERPRISE AND FORCE STRUCTURE .**

(a) REVIEW OF NUCLEAR DETERRENCE POSTURES.—

(1) IN GENERAL.—The Secretary of Defense shall seek to enter into agreements with two federally funded research and development centers for the conduct of independent reviews of alternative defense postures that achieve United States national security objectives and could produce cost savings. Each such review shall include—

(A) alternative nuclear deterrence postures to achieve national security objectives, including two alternatives with reduced and increased force posture levels;

(B) the options for and cost impacts resulting from changes to force structure, active and reserve component balance, domestic and overseas basing, and other impacts resulting

WASHSTATEC007418

from potential challenges to foundational planning assumptions to achieve national security objectives;

(C) the potential cost savings from alterations to the current balance between the military and civilian workforces; and

(D) options for reducing service contracts in the Department of Defense.

(2) COST DATA.—A federally funded research and development center that conducts a review pursuant to paragraph (1) shall standardize cost data through the use of Department of Defense cost estimation methodologies and may make reference to appropriate national security policy documents.

(3) ACCESS TO CLASSIFIED INFORMATION.—The Secretary of Defense shall provide to such a center classified information on threat capability developments, plans, and intentions of China, Russia, North Korea, Iran, and violent extremist organizations.

(b) REPORT AND BRIEFINGS.—

(1) BRIEFING ON COST SAVINGS.—Not later than February 1, 2020, the Comptroller General of the United States shall provide to the congressional defense committees a briefing on the recommenda-

tions of the Comptroller General with respect to cost savings in the Department of Defense.

(2) BRIEFING ON EFFICIENCY INITIATIVES.—Not later than February 1, 2020, the Comptroller General of the United States shall provide to the congressional defense committees a briefing on the recommendations of the Comptroller General with respect to the efficiency initiatives undertaken by the Office of the Chief Management Officer of the Department of Defense.

(3) REPORT.—Subsequent to providing the briefing under paragraph (2), the Comptroller General shall submit to the congressional defense committees a report on the matters covered by the briefing.

**SEC. 1754. COMPREHENSIVE DEPARTMENT OF DEFENSE POLICY ON COLLECTIVE SELF-DEFENSE.**

(a) COMPREHENSIVE POLICY REQUIRED.—The Secretary of Defense shall prescribe a comprehensive written policy for the Department of Defense on the issuance of authorization for, and the provision by members and units of the United States Armed Forces of, collective self-defense to designated foreign nationals, their facilities, and their property.

WASHSTATEC007420

(b) ELEMENTS.—The policy required by subsection (a) shall address the following:

(1) Each basis under domestic and international law pursuant to which a member or unit of the United States Armed Forces has been or may be authorized to provide collective self-defense to designated foreign nationals, their facilities, or their property under each circumstance as follows:

(A) Inside an area of active hostilities, or in a country or territory in which United States forces are authorized to conduct or support direct action operations.

(B) Outside an area of active hostilities, or in a country or territory in which United States forces are not authorized to conduct direct action military operations.

(C) When United States personnel, facilities, or equipment are not threatened, including both as described in subparagraph (A) and as described in subparagraph (B).

(D) When members of the United States Armed Forces are not participating in a military operation as part of an international coalition.

WASHSTATEC007421

(E) Any other circumstance not encompassed by subparagraphs (A) through (D) in which a member or unit of the United States Armed Forces has been or may be authorized to provide such collective self-defense.

(2) A list and explanation of any limitations imposed by law or policy on the provision of collective self-defense to designated foreign nationals, their facilities, and their property under any of the bases in domestic or international law in the circumstances enumerated in paragraph (1), and the conditions under which any such limitation applies.

(3) The procedure by which a proposal that any member or unit of the United States Armed Forces provide collective self-defense in support of designated foreign nationals, their facilities, and their property is to be submitted, processed, and endorsed through offices, officers, and officials of the Department to the applicable approval authority for final decision, and a list of any information, advice, or opinion to be included with such proposal in order to inform appropriate action on such proposal by such approval authority.

(4) The title and duty position of any officers and officials of the Department empowered to render

WASHSTATEC007422

a final decision on a proposal described in paragraph (3), and the conditions applicable to, and limitations on, the exercise of such decisionmaking authority by each such officer or official.

(5) A description of the Rules of Engagement applicable to the provision of collective self-defense to designated foreign nationals, their facilities, and their property under any of the bases in domestic or international law in the circumstances enumerated in paragraph (1), and the conditions under which any such Rules of Engagement would be modified.

(6) A description of the process through which policy guidance pertaining to the authorization for, and the provision by members of the United States Armed Forces of, collective self-defense to designated foreign nationals, their facilities, and their property is to be disseminated to the level of tactical execution.

(7) Such other matters as the Secretary considers appropriate.

(c) REPORT ON POLICY.—

(1) IN GENERAL.—Not later than 60 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees

WASHSTATEC007423

a report setting forth the policy required by subsection (a).

(2) DoD GENERAL COUNSEL STATEMENT.—The Secretary shall include in the report under paragraph (1) a statement by the General Counsel of the Department of Defense as to whether the policy prescribed pursuant to subsection (a) is consistent with domestic and international law.

(3) FORM.—The report required by paragraph (1) may be submitted in classified form.

(d) BRIEFING ON POLICY.—Not later than 30 days after the date of the submittal of the report required by subsection (c), the Secretary shall provide the congressional defense committees a classified briefing on the policy prescribed pursuant to subsection (a). The briefing shall make use of vignettes designated to illustrate real world application of the policy in each the circumstances enumerated in subsection (b)(1).

**SEC. 1755. POLICY REGARDING THE TRANSITION OF DATA AND APPLICATIONS TO THE CLOUD.**

(a) POLICY REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Chief Information Officer of the Department of Defense and the Chief Data Officer of the Department shall, in consultation with the J6 of the Joint Staff and the Chief Manage-

WASHSTATEC007424

ment Officer, develop and issue enterprise-wide policy and implementing instructions regarding the transition of data and applications to the cloud under the Department cloud strategy in accordance with subsection (b).

(b) DESIGN.—The policy required by subsection (a) shall be designed to dramatically improve support to operational missions and management processes, including by the use of artificial intelligence and machine learning technologies, by—

(1) making the data of the Department available to support new types of analyses;

(2) preventing, to the maximum extent practicable, the replication in the cloud of data stores that cannot readily be accessed by applications for which the data stores were not originally engineered;

(3) ensuring that data sets can be readily discovered and combined with others to enable new insights and capabilities; and

(4) ensuring that data and applications are readily portable and not tightly coupled to a specific cloud infrastructure or platform.

**SEC. 1756. INTEGRATED PUBLIC ALERT AND WARNING SYSTEM.**

(a) DEFINITIONS.—In this section—

(1) the term "Administrator" means the Administrator of the Agency;

(2) the term "Agency" means the Federal Emergency Management Agency;

(3) the term "appropriate congressional committees" means—

(A) the Committee on Homeland Security and Governmental Affairs of the Senate;

(B) the Committee on Transportation and Infrastructure of the House of Representatives; and

(C) the Committee on Homeland Security of the House of Representatives;

(4) the term "public alert and warning system" means the integrated public alert and warning system of the United States described in section 526 of the Homeland Security Act of 2002 (6 U.S.C. 321o);

(5) the term "Secretary" means the Secretary of Homeland Security; and

(6) the term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the

Northern Mariana Islands, and any possession of the United States.

(b) INTEGRATED PUBLIC ALERT AND WARNING SYSTEM.—

(1) IN GENERAL.—Not later than 1 year after the date of enactment of this Act, the Administrator shall develop minimum requirements for State, Tribal, and local governments to participate in the public alert and warning system and that are necessary to maintain the integrity of the public alert and warning system, including—

(A) guidance on the categories of public emergencies and appropriate circumstances that warrant an alert and warning from State, Tribal, and local governments using the public alert and warning system;

(B) the procedures for State, Tribal, and local government officials to authenticate civil emergencies and initiate, modify, and cancel alerts transmitted through the public alert and warning system, including protocols and technology capabilities for—

(i) the initiation, or prohibition on the initiation, of alerts by a single authorized or unauthorized individual;

(ii) testing a State, Tribal, or local government incident management and warning tool without accidentally initiating an alert through the public alert and warning system; and

(iii) steps a State, Tribal, or local government official should take to mitigate the possibility of the issuance of a false alert through the public alert and warning system;

(C) the standardization, functionality, and interoperability of incident management and warning tools used by State, Tribal, and local governments to notify the public of an emergency through the public alert and warning system;

(D) the annual training and recertification of emergency management personnel on requirements for originating and transmitting an alert through the public alert and warning system;

(E) the procedures, protocols, and guidance concerning the protective action plans that State, Tribal, and local governments shall issue

to the public following an alert issued under the public alert and warning system;

(F) the procedures, protocols, and guidance concerning the communications that State, Tribal, and local governments shall issue to the public following a false alert issued under the public alert and warning system;

(G) a plan by which State, Tribal, and local government officials may, during an emergency, contact each other as well as Federal officials and participants in the Emergency Alert System and the Wireless Emergency Alert System, when appropriate and necessary, by telephone, text message, or other means of communication regarding an alert that has been distributed to the public; and

(H) any other procedure the Administrator considers appropriate for maintaining the integrity of and providing for public confidence in the public alert and warning system.

(2) COORDINATION WITH NATIONAL ADVISORY COUNCIL REPORT.—The Administrator shall ensure that the minimum requirements developed under paragraph (1) do not conflict with recommendations made for improving the public alert and warning

system provided in the report submitted by the National Advisory Council under section 2(b)(7)(B) of the Integrated Public Alert and Warning System Modernization Act of 2015 (Public Law 114–143; 130 Stat. 332).

(3) PUBLIC CONSULTATION.—In developing the minimum requirements under paragraph (1), the Administrator shall ensure appropriate public consultation and, to the extent practicable, coordinate the development of the requirements with stakeholders of the public alert and warning system, including—

(A) appropriate personnel from Federal agencies, including the National Institute of Standards and Technology, the Agency, and the Federal Communications Commission;

(B) representatives of State and local governments and emergency services personnel, who shall be selected from among individuals nominated by national organizations representing those governments and personnel;

(C) representatives of Federally recognized Indian tribes and national Indian organizations;

(D) communications service providers;

(E) vendors, developers, and manufacturers of systems, facilities, equipment, and capabilities for the provision of communications services;

(F) third-party service bureaus;

(G) the national organization representing the licensees and permittees of noncommercial broadcast television stations;

(H) technical experts from the broadcasting industry;

(I) educators from the Emergency Management Institute; and

(J) other individuals with technical expertise as the Administrator determines appropriate.

(4) ADVICE TO THE ADMINISTRATOR.—In accordance with the Federal Advisory Committee Act (5 U.S.C. App.), the Administrator may obtain advice from a single individual or non-consensus advice from each of the several members of a group without invoking that Act.

(c) INCIDENT MANAGEMENT AND WARNING TOOL VALIDATION.—

(1) IN GENERAL.—The Administrator shall establish a process to ensure that an incident manage-

ment and warning tool used by a State, Tribal, or local government to originate and transmit an alert through the public alert and warning system meets the requirements developed by the Administrator under subsection (b)(1).

(2) REQUIREMENTS.—The process required to be established under paragraph (1) shall include—

(A) the ability to test an incident management and warning tool in the public alert and warning system lab;

(B) the ability to certify that an incident management and warning tool complies with the applicable cyber frameworks of the Department of Homeland Security and the National Institute of Standards and Technology;

(C) a process to certify developers of emergency management software; and

(D) requiring developers to provide the Administrator with a copy of and rights of use for ongoing testing of each version of incident management and warning tool software before the software is first used by a State, Tribal, or local government.

(d) REVIEW AND UPDATE OF MEMORANDA OF UNDERSTANDING.—The Administrator shall review the

memoranda of understanding between the Agency and State, Tribal, and local governments with respect to the public alert and warning system to ensure that all agreements ensure compliance with the requirements developed by the Administrator under subsection (b)(1).

(e) FUTURE MEMORANDA.—On and after the date that is 60 days after the date on which the Administrator issues the requirements developed under subsection (b)(1), any new memorandum of understanding entered into between the Agency and a State, Tribal, or local government with respect to the public alert and warning system shall comply with those requirements.

(f) MISSILE ALERT AND WARNING AUTHORITIES.—

(1) IN GENERAL.—

(A) AUTHORITY.—On and after the date that is 120 days after the date of enactment of this Act, the authority to originate an alert warning the public of a missile launch directed against a State using the public alert and warning system shall reside primarily with the Federal Government.

(B) DELEGATION OF AUTHORITY.—The Secretary may delegate the authority described in subparagraph (A) to a State, Tribal, or local entity if, not later than 180 days after the date

of enactment of this Act, the Secretary submits a report to the appropriate congressional committees that—

(i) it is not feasible for the Federal Government to alert the public of a missile threat against a State; or

(ii) it is not in the national security interest of the United States for the Federal Government to alert the public of a missile threat against a State.

(C) ACTIVATION OF SYSTEM.—Upon verification of a missile threat, the President, utilizing established authorities, protocols and procedures, may activate the public alert and warning system.

(D) RULE OF CONSTRUCTION.—Nothing in this paragraph shall be construed to change the command and control relationship between entities of the Federal Government with respect to the identification, dissemination, notification, or alerting of information of missile threats against the United States that was in effect on the day before the date of enactment of this Act.

(2) REQUIRED PROCESSES.—The Secretary, acting through the Administrator, shall establish a process to promptly notify a State warning point, and any State entities that the Administrator determines appropriate, following the issuance of an alert described in paragraph (1)(A) so the State may take appropriate action to protect the health, safety, and welfare of the residents of the State.

(3) GUIDANCE.—The Secretary, acting through the Administrator, shall work with the Governor of a State warning point to develop and implement appropriate protective action plans to respond to an alert described in paragraph (1)(A) for that State.

(4) STUDY AND REPORT.—Not later than 1 year after the date of enactment of this Act, the Secretary shall—

(A) examine the feasibility of establishing an alert designation under the public alert and warning system that would be used to alert and warn the public of a missile threat while concurrently alerting a State warning point so that a State may activate related protective action plans; and

(B) submit a report of the findings under subparagraph (A), including of the costs and

WASHSTATEC007435

timeline for taking action to implement an alert designation described in subparagraph (A), to—

(i) the Subcommittee on Homeland Security of the Committee on Appropriations of the Senate;

(ii) the Committee on Homeland Security and Governmental Affairs of the Senate;

(iii) the Subcommittee on Homeland Security of the Committee on Appropriations of the House of Representatives;

(iv) the Committee on Transportation and Infrastructure of the House of Representatives; and

(v) the Committee on Homeland Security of the House of Representatives.

(g) USE OF INTEGRATED PUBLIC ALERT AND WARNING SYSTEM LAB.—Not later than 1 year after the date of enactment of this Act, the Administrator shall—

(1) develop a program to increase the utilization of the public alert and warning system lab of the Agency by State, Tribal, and local governments to test incident management and warning tools and train emergency management professionals on alert origination protocols and procedures; and

(2) submit to the appropriate congressional committees a report describing—

(A) the impact on utilization of the public alert and warning system lab by State, Tribal, and local governments, with particular attention given to the impact on utilization in rural areas, resulting from the program developed under paragraph (1); and

(B) any further recommendations that the Administrator would make for additional statutory or appropriations authority necessary to increase the utilization of the public alert and warning system lab by State, Tribal, and local governments.

(h) AWARENESS OF ALERTS AND WARNINGS.—Not later than 1 year after the date of enactment of this Act, the Administrator shall—

(1) conduct a review of the National Watch Center and each Regional Watch Center of the Agency; and

(2) submit to the appropriate congressional committees a report on the review conducted under paragraph (1), which shall include—

(A) an assessment of the technical capability of the National and Regional Watch Cen-

WASHSTATEC007437

ters described in paragraph (1) to be notified of alerts and warnings issued by a State through the public alert and warning system;

(B) a determination of which State alerts and warnings the National and Regional Watch Centers described in paragraph (1) should be aware of; and

(C) recommendations for improving the ability of the National and Regional Watch Centers described in paragraph (1) to receive any State alerts and warnings that the Administrator determines are appropriate.

(i) REPORTING FALSE ALERTS.—Not later than 15 days after the date on which a State, Tribal, or local government official transmits a false alert under the public alert and warning system, the Administrator shall report to the appropriate congressional committees on—

(1) the circumstances surrounding the false alert;

(2) the content, cause, and population impacted by the false alert; and

(3) any efforts to mitigate any negative impacts of the false alert.

(j) REPORTING PARTICIPATION RATES.—The Administrator shall, on an annual basis, report to the appropriate congressional committees on—

(1) participation rates in the public alert and warning system; and

(2) any efforts to expand alert, warning, and interoperable communications to rural and underserved areas.

(k) TIMELINE FOR COMPLIANCE.—Each State shall be given a reasonable amount of time to comply with any new rules, regulations, or requirements imposed under this section.

**SEC. 1757. IMPROVING QUALITY OF INFORMATION IN BACKGROUND INVESTIGATION REQUEST PACKAGES.**

(a) REPORT ON METRICS AND BEST PRACTICES.—Not later than 180 days after the date of the enactment of this Act, the Director of the Defense Counterintelligence and Security Agency, which serves as the primary executive branch service provider for background investigations for eligibility for access to classified information, eligibility to hold a sensitive position, and for suitability and fitness for other matters pursuant to Executive Order 13467 (50 U.S.C. 3161 note; relating to reforming processes related to suitability for Government employment,

WASHSTATEC007439

fitness for contractor employees, and eligibility for access to classified national security information), shall, in consultation with the Security, Suitability, and Credentialing Performance Accountability Council established under such executive order, submit to Congress a report on—

(1) metrics for assessing the completeness and quality of packages for background investigations submitted by agencies requesting background investigations from the Defense Counterintelligence and Security Agency;

(2) rejection rates of background investigation submission packages due to incomplete or erroneous data, by agency; and

(3) best practices for ensuring full and complete information in background investigation requests.

(b) ANNUAL REPORT ON PERFORMANCE.—Not later than 270 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Security, Suitability, and Credentialing Performance Accountability Council shall submit to Congress a report on performance against the metrics and return rates identified in paragraphs (1) and (2) of subsection (a).

(c) IMPROVEMENT PLANS.—

(1) IDENTIFICATION.—Not later than one year after the date of the enactment of this Act, executive

WASHSTATEC007440

agents under Executive Order 13467 (50 U.S.C. 3161 note) shall identify agencies in need of improvement with respect to the quality of the information in the background investigation submissions of the agencies as reported in subsection (b).

(2) PLANS.—Not later than 90 days after an agency is identified under paragraph (1), the head of the agency shall provide the executive agents referred to in such paragraph with a plan to improve the performance of the agency with respect to the quality of the information in the agency's background investigation submissions.

**SEC. 1758. PAROLE IN PLACE FOR MEMBERS OF THE ARMED FORCES AND CERTAIN MILITARY DEPENDENTS.**

(a) IN GENERAL.—In evaluating a request from a covered individual for parole in place under section 212(d)(5) of the Immigration and Nationality Act (8 U.S.C. 1182(d)(5)), the Secretary of Homeland Security shall consider, on a case-by-case basis, whether granting the request would enable military family unity that would constitute a significant public benefit.

(b) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) parole in place reinforces the objective of military family unity;

(2) except as required in furtherance of the missions of the Armed Forces, disruption to military family unity should be minimized in order to enhance military readiness and allow members of the Armed Forces to focus on the faithful execution of their military missions and objectives, with peace of mind regarding the well-being of their family members; and

(3) the importance of the parole in place authority of the Secretary of Homeland Security is reaffirmed.

(c) COVERED INDIVIDUAL DEFINED.—In this section, the term "covered individual" means an alien who—

(1) is a member of the Armed Forces;

(2) is the spouse, son, or daughter of a member of the Armed Forces;

(3) is the parent of a member of the Armed Forces who supports the request of such parent for parole in place; or

(4) is the widow, widower, parent, son, or daughter of a deceased member of the Armed Forces.

**SEC. 1759. REPORT ON REDUCING THE BACKLOG IN LEGALLY REQUIRED HISTORICAL DECLASSIFICATION OBLIGATIONS OF THE DEPARTMENT OF DEFENSE.**

(a) REPORT.—Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report detailing the progress made by the Secretary toward reducing the backlog in legally required historical declassification obligations of the Department of Defense.

(b) ELEMENTS.—The report under subsection (a) shall include, with respect to the Department of Defense, the following:

(1) A plan to achieve legally mandated historical declassification requirements and reduce backlogs.

(2) A plan to incorporate new technologies, such as artificial intelligence, that would increase productivity and reduce cost in implementing the plan under paragraph (1).

(3) A detailed assessment of the documents released in each of the proceeding three years before the date of the report, broken out by program, such as the 25 and 50 year programs.

(4) A detailed assessment of the documents awaiting review for release and an estimate of how many documents will be released in each of the next three years.

(5) Potential policy, resource, and other options available to the Secretary to reduce backlogs.

(6) The progress and objectives of the Secretary with respect to the release of documents for publication in the Foreign Relations of the United States series or to facilitate the public accessibility of such documents at the National Archives, presidential libraries, or both.

(c) FORM AND AVAILABILITY.—The report under subsection (a) shall be submitted in unclassified form, which shall be made publicly available, but may include a classified annex.

**SEC. 1760. MILITARY TYPE CERTIFICATION FOR LIGHT ATTACK EXPERIMENTATION AIRCRAFT.**

The Secretary of the Air Force shall make available and conduct military type certifications for light attack experimentation aircraft as needed, pursuant to the Department of Defense Directive on Military Type Certificates, 5030.61.

WASHSTATEC007444

# DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS

Sec. 2001. Short title.
Sec. 2002. Expiration of authorizations and amounts required to be specified by law.
Sec. 2003. Effective date.

**SEC. 2001. SHORT TITLE.**

This division may be cited as the "Military Construction Authorization Act for Fiscal Year 2020".

**SEC. 2002. EXPIRATION OF AUTHORIZATIONS AND AMOUNTS REQUIRED TO BE SPECIFIED BY LAW.**

(a) EXPIRATION OF AUTHORIZATIONS AFTER FIVE YEARS.—Except as provided in subsection (b), all authorizations contained in titles XXI through XXVII and title XXIX for military construction projects, land acquisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor) shall expire on the later of—

(1) October 1, 2024; or

(2) the date of the enactment of an Act authorizing funds for military construction for fiscal year 2025.

(b) EXCEPTION.—Subsection (a) shall not apply to authorizations for military construction projects, land ac-

WASHSTATEC007445

quisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor), for which appropriated funds have been obligated before the later of—

(1) October 1, 2024; or

(2) the date of the enactment of an Act authorizing funds for fiscal year 2025 for military construction projects, land acquisition, family housing projects and facilities, or contributions to the North Atlantic Treaty Organization Security Investment Program.

**SEC. 2003. EFFECTIVE DATE.**

Titles XXI through XXVII and title XXIX shall take effect on the later of—

(1) October 1, 2019; or

(2) the date of the enactment of this Act.

# TITLE XXI—ARMY MILITARY CONSTRUCTION

Sec. 2101. Authorized Army construction and land acquisition projects.
Sec. 2102. Family housing.
Sec. 2103. Authorization of appropriations, Army.
Sec. 2104. Modification of authority to carry out certain fiscal year 2019 projects.

**SEC. 2101. AUTHORIZED ARMY CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) INSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropria-

WASHSTATEC007446

tions in section 2103(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**Army: Inside the United States**

| State | Installation | Amount |
|---|---|---|
| Alabama | Redstone Arsenal | $38,000,000 |
| Colorado | Fort Carson | $71,000,000 |
| Georgia | Fort Gordon | $107,000,000 |
| | Hunter Army Airfield | $62,000,000 |
| Kentucky | Fort Campbell | $61,300,000 |
| Massachusetts | U.S. Army Natick Soldier Systems Center | $50,000,000 |
| Michigan | Detroit Arsenal | $24,000,000 |
| New York | Fort Drum | $44,000,000 |
| North Carolina | Fort Bragg | $12,500,000 |
| Oklahoma | Fort Sill | $73,000,000 |
| Pennsylvania | Carlisle Barracks | $98,000,000 |
| South Carolina | Fort Jackson | $88,000,000 |
| Texas | Corpus Christi Army Depot | $86,000,000 |
| | Fort Hood | $50,500,000 |
| Virginia | Fort Belvoir | $60,000,000 |
| | Joint Base Langley-Eustis | $55,000,000 |
| Washington | Joint Base Lewis-McChord | $46,000,000 |

(b) OUTSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out the military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table:

**Army: Outside the United States**

| Country | Installation | Amount |
|---|---|---|
| Honduras | Soto Cano Air Base | $34,000,000 |
| Kwajalein | Kwajalein Atoll | $40,000,000 |

(c) STUDY OF NEAR-TERM FACILITY ALTERNATIVES TO HOUSE HIGH VALUE DETAINEES.—

(1) STUDY REQUIRED.—The Secretary of Defense shall conduct a study of alternatives to meet the near-term facility requirements to safely and humanely house high value detainees current detained at Naval Station Guantanamo Bay, Cuba. As part of the study, the Secretary shall consider the following alternatives:

(A) The construction of new facilities.

(B) The repair of current facilities.

(C) The renovation and repurposing of other facilities at Naval Station Guantanamo Bay, Cuba.

(D) Such other alternatives as the Secretary considers practicable.

(2) SUBMISSION OF RESULTS.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containing the results of the study conducted under paragraph

WASHSTATEC007448

(1). The report shall be unclassified, but may include a classified annex.

**SEC. 2102. FAMILY HOUSING.**

(a) CONSTRUCTION AND ACQUISITION.—Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Army may construct or acquire family housing units (including land acquisition and supporting facilities) at the installation, and in the amount, set forth in the following table:

**Army: Family Housing**

| State/Country | Installation | Units | Amount |
|---|---|---|---|
| Pennsylvania ............ | Tobyhanna Army Depot .................. | Family Housing Replacement Construction .............. | $19,000,000 |

(b) PLANNING AND DESIGN.—Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Army may carry out architectural and engineering services and construction design activities with respect to the construction or improvement of family housing units in an amount not to exceed $9,222,000.

**SEC. 2103. AUTHORIZATION OF APPROPRIATIONS, ARMY.**

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated for fiscal years

beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Army as specified in the funding table in section 4601.

(b) LIMITATION ON TOTAL COST OF CONSTRUCTION PROJECTS.—Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2101 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.

**SEC. 2104. MODIFICATION OF AUTHORITY TO CARRY OUT CERTAIN FISCAL YEAR 2019 PROJECTS.**

(a) ANNISTON ARMY DEPOT, ALABAMA.—In the case of the authorization contained in the table in section 2101(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2241) for Anniston Army Depot, Alabama, for construction of a weapon maintenance shop, as specified in the funding table in section 4601 of such Act (132 Stat. 2401), the Secretary of the Army may construct a 21,000-square foot weapon maintenance shop.

(b) UNITED STATES MILITARY ACADEMY, NEW YORK.—The table in section 2101(a) of the National De-

WASHSTATEC007450

fense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2241) is amended in the item relating to the United States Military Academy, New York, by striking "$160,000,000" and inserting "$197,000,000" for construction of a Consolidated Engineering Center and Parking Structure rather than the separate projects specified in the funding table in section 4601 of such Act (132 Stat. 2401).

# TITLE XXII—NAVY MILITARY CONSTRUCTION

Sec. 2201. Authorized Navy construction and land acquisition projects.
Sec. 2202. Family housing.
Sec. 2203. Improvements to military family housing units.
Sec. 2204. Authorization of appropriations, Navy.
Sec. 2205. Modification of authority to carry out certain fiscal year 2017 project.

### SEC. 2201. AUTHORIZED NAVY CONSTRUCTION AND LAND ACQUISITION PROJECTS.

(a) INSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**Navy: Inside the United States**

| State | Installation or Location | Amount |
|---|---|---|
| Arizona | Marine Corps Air Station Yuma | $189,760,000 |
| California | Camp Pendleton | $185,569,000 |
| | Marine Corps Air Station Miramar | $37,400,000 |
| | Naval Air Weapons Station China Lake | $64,500,000 |
| | Navel Base Coronado | $165,830,000 |
| | Naval Base San Diego | $9,900,000 |
| | Naval Weapons Station Seal Beach | $123,310,000 |
| | Travis Air Force Base | $64,000,000 |
| Connecticut | Naval Submarine Base New London | $72,260,000 |
| Florida | Blount Island | $18,700,000 |
| | Naval Air Station Jacksonville | $32,420,000 |
| Guam | Joint Region Marianas | $226,000,000 |
| Hawaii | Marine Corps Air Station Kaneohe Bay | $134,050,000 |
| | Naval Ammunition Depot West Loch | $53,790,000 |
| Maryland | Saint Inigoes | $15,000,000 |
| North Carolina | Camp Lejeune | $229,010,000 |
| | Marine Corps Air Station Cherry Point | $114,570,000 |
| | Marine Corps Air Station New River | $11,320,000 |
| Pennsylvania | Philadelphia | $74,630,000 |
| South Carolina | Parris Island | $37,200,000 |
| Virginia | Marine Corps Base Quantico | $143,350,000 |
| | Naval Station Norfolk | $139,100,000 |
| | Portsmouth Naval Shipyard | $48,930,000 |
| | Yorktown Naval Weapons Station | $59,000,000 |
| Washington | Bremerton | $51,010,000 |
| | Keyport | $25,050,000 |

(b) OUTSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table:

**Navy: Outside the United States**

| Country | Installation or Location | Amount |
|---|---|---|
| Australia | Darwin | $211,500,000 |
| Japan | Fleet Activities Yokosuka | $174,692,000 |
| | Marine Corps Air Station Iwakuni | $15,870,000 |

(c) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—

(1) REPORT.—At the same time that the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for fiscal year 2021, the Secretary of the Navy shall submit to the congressional defense committees a report describing, for each project authorized in the first item in the table in subsection (b) for Darwin that is required to support the full complement of the Marine Rotational Force–Darwin—

(A) the required infrastructure investments for the project;

(B) the source of funding, including funds provided by the Government of Australia, for the project; and

(C) the proposed year for implementation of the project.

(2) CONDITION.—The Secretary of the Navy may not commence a project authorized in the first item in the table in subsection (b) for Darwin until the report under paragraph (1) has been submitted.

**SEC. 2202. FAMILY HOUSING.**

Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available

WASHSTATEC007453

for military family housing functions as specified in the funding table in section 4601, the Secretary of the Navy may carry out architectural and engineering services and construction design activities with respect to the construction or improvement of family housing units in an amount not to exceed $5,863,000.

**SEC. 2203. IMPROVEMENTS TO MILITARY FAMILY HOUSING UNITS.**

Subject to section 2825 of title 10, United States Code, and using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Navy may improve existing military family housing units in an amount not to exceed $41,798,000.

**SEC. 2204. AUTHORIZATION OF APPROPRIATIONS, NAVY.**

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Navy, as specified in the funding table in section 4601.

(b) LIMITATION ON TOTAL COST OF CONSTRUCTION PROJECTS.—Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and

WASHSTATEC007454

any other cost variation authorized by law, the total cost of all projects carried out under section 2201 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.

**SEC. 2205. MODIFICATION OF AUTHORITY TO CARRY OUT CERTAIN FISCAL YEAR 2017 PROJECT.**

The table in section 2201(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2691) is amended in the item relating to Bangor, Washington, by striking "$113,415,000" and inserting "$161,415,000" for construction of a SEAWOLF Class Service Pier, as specified in the funding table in section 4601 of such Act (130 Stat. 2876).

# TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION

Sec. 2301. Authorized Air Force construction and land acquisition projects.
Sec. 2302. Family housing.
Sec. 2303. Improvements to military family housing units.
Sec. 2304. Authorization of appropriations, Air Force.
Sec. 2305. Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation.
Sec. 2306. Modification of authority to carry out certain fiscal year 2016 project.
Sec. 2307. Modification of authority to carry out certain fiscal year 2017 project.
Sec. 2308. Modification of authority to carry out certain fiscal year 2018 projects.
Sec. 2309. Modification of authority to carry out certain fiscal year 2019 projects.

**SEC. 2301. AUTHORIZED AIR FORCE CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) INSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**Air Force: Inside the United States**

| State | Installation or Location | Amount |
|---|---|---|
| Alaska | Eielson Air Force Base | $8,600,000 |
| Arkansas | Little Rock Air Force Base | $47,000,000 |
| California | Travis Air Force Base | $43,100,000 |
| Colorado | Peterson Air Force Base | $54,000,000 |
| | Schriever Air Force Base | $148,000,000 |
| | United States Air Force Academy | $49,000,000 |
| Georgia | Moody Air Force Base | $12,500,000 |
| Guam | Joint Region Marianas | $65,000,000 |
| Illinois | Scott Air Force Base | $100,000,000 |
| Mariana Islands | Tinian | $316,000,000 |
| Missouri | Whiteman Air Force Base | $27,000,000 |
| Montana | Malmstrom Air Force Base | $235,000,000 |
| Nevada | Nellis Air Force Base | $65,200,000 |
| New Mexico | Holloman Air Force Base | $20,000,000 |
| | Kirtland Air Force Base | $37,900,000 |
| North Dakota | Minot Air Force Base | $5,500,000 |
| Texas | Joint Base San Antonio | $243,300,000 |
| Utah | Hill Air Force Base | $114,500,000 |
| Washington | Fairchild-White Bluff | $31,000,000 |
| Wyoming | F.E. Warren Air Force Base | $18,100,000 |

(b) OUTSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military construction projects outside the United States as specified

in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table:

**Air Force: Outside the United States**

| Country | Installation or Location | Amount |
|---|---|---|
| Australia | Tindal | $70,600,000 |
| Cyprus | Royal Air Force Akrotiri | $27,000,000 |
| Japan | Yokota Air Base | $12,400,000 |
| United Kingdom | Royal Air Force Lakenheath | $14,300,000 |

**SEC. 2302. FAMILY HOUSING.**

Using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Air Force may carry out architectural and engineering services and construction design activities with respect to the construction or improvement of family housing units in an amount not to exceed $3,409,000.

**SEC. 2303. IMPROVEMENTS TO MILITARY FAMILY HOUSING UNITS.**

Subject to section 2825 of title 10, United States Code, and using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the

WASHSTATEC007457

Air Force may improve existing military family housing units in an amount not to exceed $53,584,000.

**SEC. 2304. AUTHORIZATION OF APPROPRIATIONS, AIR FORCE.**

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Air Force, as specified in the funding table in section 4601.

(b) LIMITATION ON TOTAL COST OF CONSTRUCTION PROJECTS.—Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2301 may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.

**SEC. 2305. MODIFICATION OF AUTHORITIES TO CARRY OUT PHASED JOINT INTELLIGENCE ANALYSIS COMPLEX CONSOLIDATION.**

(a) FISCAL YEAR 2015 PROJECT AUTHORITY.—In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2015 (Public Law 113–291; 128 Stat.

WASHSTATEC007458

3679) for Royal Air Force Croughton, United Kingdom, for Phase 1 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (128 Stat. 3973), the Secretary of the Air Force shall carry out the construction at Royal Air Force Molesworth, United Kingdom.

(b) FISCAL YEAR 2016 PROJECT AUTHORITY.—In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1153), for Royal Air Force Croughton, United Kingdom, for Phase 2 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (129 Stat. 1294), the Secretary of the Air Force may construct a 5,152-square meter Intelligence Analytic Center, a 5,234-square meter Intelligence Fusion Center, and a 807-square meter Battlefield Information Collection and Exploitation System Center at Royal Air Force Molesworth, United Kingdom.

(c) FISCAL YEAR 2017 PROJECT AUTHORITY.—In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2697), for Royal Air Force Croughton, United Kingdom, for Phase 3 of the Joint Intelligence Analysis Complex

WASHSTATEC007459

consolidation, as specified in the funding table in section 4601 of such Act (130 Stat. 2878), the Secretary of the Air Force may construct a 1,562-square meter Regional Joint Intelligence Training Facility and a 4,495-square meter Combatant Command Intelligence Facility at Royal Air Force Molesworth, United Kingdom.

(d) CONFORMING REPEAL.—Section 2305 of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2247) is repealed.

**SEC. 2306. MODIFICATION OF AUTHORITY TO CARRY OUT CERTAIN FISCAL YEAR 2016 PROJECT.**

The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114–92; 129 Stat. 1152) is amended in the item relating to Nellis Air Force Base, Nevada, by striking "$68,950,000" and inserting "$72,050,000" for construction of F–35A Munitions Maintenance Facilities, as specified in the funding table in section 4601 of such Act (129 Stat. 1293).

**SEC. 2307. MODIFICATION OF AUTHORITY TO CARRY OUT CERTAIN FISCAL YEAR 2017 PROJECT.**

The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2696) is amended in the item relating to Fairchild Air Force Base, Washington, by striking "$27,000,000" and inserting "$31,800,000" for construc-

WASHSTATEC007460

tion of a SERE School Pipeline Dormitory, as specified in the funding table in section 4601 of such Act (130 Stat. 2878).

**SEC. 2308. MODIFICATION OF AUTHORITY TO CARRY OUT CERTAIN FISCAL YEAR 2018 PROJECTS.**

(a) LITTLE ROCK AIR FORCE BASE, ARKANSAS.—The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1825) is amended in the item relating to Little Rock Air Force Base, Arkansas, by striking "$20,000,000" and inserting "$27,000,000" for construction of a dormitory facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2002).

(b) JOINT BASE SAN ANTONIO, TEXAS.—In the case of the authorization contained in the table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1826) for Joint Base San Antonio, Texas, the Secretary of the Air Force may construct—

(1) a 750-square meter equipment building for construction of a Classrooms/Dining Facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2003); and

(2) a 636-square meter air traffic control tower for construction of an Air Traffic Control Tower, as

WASHSTATEC007461

specified in the funding table in section 4601 of such Act (131 Stat. 2003).

(c) F.E. WARREN AIR FORCE BASE, WYOMING.—The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1825) is amended in the item relating to F.E. Warren Air Force Base, Wyoming, by striking "$62,000,000" and inserting "$80,100,000" for construction of a Consolidated Helo/TRF Ops/AMU and Alert Facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2004).

(d) RYGGE AIR STATION, NORWAY.—In the case of the authorization contained in the table in section 2903 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1876) for Rygge Air Station, Norway, for replacement/expansion of a Quick Reaction Alert Pad, as specified in the funding table in section 4602 of such Act (131 Stat. 2014), the Secretary of the Air Force may construct 1,327 square meters of aircraft shelter and a 404-square meter fire protection support building.

(e) INCIRLIK AIR BASE, TURKEY.—In the case of the authorization contained in the table in section 2903 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1876) for Incirlik Air

Base, Turkey, for Relocating Base Main Access Control Point, as specified in the funding table in section 4602 of such Act (131 Stat. 2015), the Secretary of the Air Force may construct a 223-square meter pedestrian search building.

**SEC. 2309. MODIFICATION OF AUTHORITY TO CARRY OUT CERTAIN FISCAL YEAR 2019 PROJECTS.**

(a) HANSCOM AIR FORCE BASE, MASSACHUSETTS.—In the case of the authorization contained in the table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2246) for Hanscom Air Force Base, Massachusetts, for the construction of a semi-conductor/microelectronics laboratory facility, as specified in the funding table in section 4601 of such Act (132 Stat. 2405), the Secretary of the Air Force may construct a 1,000 kilowatt stand-by generator.

(b) MINOT AIR FORCE BASE, NORTH DAKOTA.—The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2246) is amended in the item relating to Minot Air Force Base, North Dakota, by striking "$66,000,000" and inserting "$71,500,000" for construction of a Consolidated Helo/TRF Ops/AMU and Alert Facility, as spec-

WASHSTATEC007463

ified in the funding table in section 4601 of such Act (132 Stat. 2405).

(c) ROYAL AIR FORCE LAKENHEATH, UNITED KINGDOM.—In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2247) for Royal Air Force Lakenheath, United Kingdom, for the construction of an F–35A Dormitory, as specified in the funding table in section 4601 of such Act (132 Stat. 2405), the Secretary of the Air Force may construct a 5,900-square meter dormitory.

# TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION

Sec. 2401. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2402. Authorized Energy Resilience and Conservation Investment Program projects.
Sec. 2403. Authorization of appropriations, Defense Agencies.

### SEC. 2401. AUTHORIZED DEFENSE AGENCIES CONSTRUCTION AND LAND ACQUISITION PROJECTS.

(a) INSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of Defense may acquire real property and carry out military construction projects for the installations or locations in-

WASHSTATEC007464

side the United States, and in the amounts, set forth in the following table:

**Defense Agencies: Inside the United States**

| State | Installation or Location | Amount |
|---|---|---|
| California | Beale Air Force Base | $33,700,000 |
| | Camp Pendleton | $17,700,000 |
| Florida | Eglin Air Force Base | $16,500,000 |
| | Hurlburt Field | $108,386,000 |
| | Naval Air Station Key West | $16,000,000 |
| Guam | Joint Region Marianas | $19,200,000 |
| Hawaii | Joint Base Pearl Harbor-Hickam | $67,700,000 |
| Maryland | Fort Detrick | $27,846,000 |
| Mississippi | Columbus Air Force Base | $16,800,000 |
| North Carolina | Camp Lejeune | $13,400,000 |
| | Fort Bragg | $84,103,000 |
| Oklahoma | Tulsa International Airport | $18,900,000 |
| Rhode Island | Quonset State Airport | $11,600,000 |
| South Carolina | Joint Base Charleston | $33,300,000 |
| South Dakota | Ellsworth Air Force Base | $24,800,000 |
| Virginia | Defense Distribution Depot Richmond | $98,800,000 |
| | Joint Expeditionary Base Little Creek - Fort Story | $45,604,000 |
| | Pentagon | $28,802,000 |
| | Training Center Dam Neck | $12,770,000 |
| Washington | Joint Base Lewis-McChord | $47,700,000 |
| Wisconsin | General Mitchell International Airport | $25,900,000 |
| CONUS Classified | Classified Location | $82,200,000 |

(b) OUTSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of Defense may acquire real property and carry out military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table:

**Defense Agencies: Outside the United States**

| Country | Installation or Location | Amount |
|---|---|---|
| Germany | Geilenkirchen Air Base | $30,479,000 |
| Germany | Ramstein | $66,800,000 |
| Japan | Yokota Air Base | $136,411,000 |
| Worldwide Classified | Classified Location | $52,000,000 |

**SEC. 2402. AUTHORIZED ENERGY RESILIENCE AND CONSERVATION INVESTMENT PROGRAM PROJECTS.**

(a) INSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for energy conservation projects as specified in the funding table in section 4601, the Secretary of Defense may carry out energy conservation projects under chapter 173 of title 10, United States Code, for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**ERCIP Projects: Inside the United States**

| State | Installation or Location | Amount |
|---|---|---|
| California | Mountain View | $9,700,000 |
| | Naval Air Weapons Station China Lake | $8,950,000 |
| | Naval Support Activity Monterey | $10,540,000 |
| Hawaii | Joint Base Pearl Harbor-Hickam | $4,000,000 |
| Maryland | Naval Support Activity Bethesda | $13,840,000 |
| | South Potomac | $18,460,000 |
| New Mexico | White Sands Missile Range | $5,800,000 |
| Texas | Camp Swift | $4,500,000 |
| | Fort Hood | $16,500,000 |
| Virginia | National Reconnaissance Office Headquarters | $66,000 |
| Washington | Naval Base Kitsap | $23,670,000 |

(b) OUTSIDE THE UNITED STATES.—Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for energy conservation projects as specified in the funding table in section 4601, the Secretary of Defense may carry out energy conservation projects under chapter 173 of title 10, United States Code, for the installations or locations outside the

WASHSTATEC007466

United States, and in the amounts, set forth in the following table:

**ERCIP Projects: Outside the United States**

| Country | Installation or Location | Amount |
|---|---|---|
| Guam | Naval Base Guam | $16,970,000 |
| Unspecified Worldwide | Unspecified Worldwide Locations | $150,000,000 |

**SEC. 2403. AUTHORIZATION OF APPROPRIATIONS, DEFENSE AGENCIES.**

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of Defense (other than the military departments), as specified in the funding table in section 4601.

(b) LIMITATION ON TOTAL COST OF CONSTRUCTION PROJECTS.—Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2401 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.

WASHSTATEC007467

# TITLE XXV—INTERNATIONAL PROGRAMS

## Subtitle A—North Atlantic Treaty Organization Security Investment Program

Subtitle A—North Atlantic Treaty Organization Security Investment Program

Sec. 2501. Authorized NATO construction and land acquisition projects.
Sec. 2502. Authorization of appropriations, NATO.

Subtitle B—Host Country In-kind Contributions

Sec. 2511. Republic of Korea funded construction projects.

### SEC. 2501. AUTHORIZED NATO CONSTRUCTION AND LAND ACQUISITION PROJECTS.

The Secretary of Defense may make contributions for the North Atlantic Treaty Organization Security Investment Program as provided in section 2806 of title 10, United States Code, in an amount not to exceed the sum of the amount authorized to be appropriated for this purpose in section 2502 and the amount collected from the North Atlantic Treaty Organization as a result of construction previously financed by the United States.

### SEC. 2502. AUTHORIZATION OF APPROPRIATIONS, NATO.

(a) AUTHORIZATION.—Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for contributions by the Secretary of Defense under section 2806 of title 10, United States Code, for the share of the United States of the cost of projects

WASHSTATEC007468

for the North Atlantic Treaty Organization Security Investment Program authorized by section 2501 as specified in the funding table in section 4601.

(b) AUTHORITY TO RECOGNIZE NATO AUTHORIZATION AMOUNTS AS BUDGETARY RESOURCES FOR PROJECT EXECUTION.—When the United States is designated as the Host Nation for the purposes of executing a project under the NATO Security Investment Program (NSIP), the Department of Defense construction agent may recognize the NATO project authorization amounts as budgetary resources to incur obligations for the purposes of executing the NSIP project.

## Subtitle B—Host Country In-kind Contributions

### SEC. 2511. REPUBLIC OF KOREA FUNDED CONSTRUCTION PROJECTS.

Pursuant to agreement with the Republic of Korea for required in-kind contributions, the Secretary of Defense may accept military construction projects for the installations or locations in the Republic of Korea, and in the amounts, set forth in the following table:

**Republic of Korea Funded Construction Projects**

| Component | Installation or Location | Project | Amount |
|---|---|---|---|
| Army .......... | Camp Carroll ..... | Army Prepositioned Stock-4 Wheeled Vehicle Maintenance Facility ..................................... | $51,000,000 |
| Army .......... | Camp Humphreys ............ | Unaccompanied Enlisted Personnel Housing, P1 ............................. | $154,000,000 |

**Republic of Korea Funded Construction Projects**—Continued

| Component | Installation or Location | Project | Amount |
|---|---|---|---|
| Army .......... | Camp Humphreys ........... | Unaccompanied Enlisted Personnel Housing, P2 ............................. | $211,000,000 |
| Army .......... | Camp Humphreys ........... | Satellite Communications Facility | $32,000,000 |
| Air Force ... | Gwangju Air Base .............. | Hydrant Fuel System ................... | $35,000,000 |
| Air Force ... | Kunsan Air Base | Upgrade Electrical Distribution System ..................................... | $14,200,000 |
| Air Force ... | Kunsan Air Base | Dining Facility ............................. | $21,000,000 |
| Air Force ... | Suwon Air Base | Hydrant Fuel System ................... | $24,000,000 |

# TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES

Sec. 2601. Authorized Army National Guard construction and land acquisition projects.
Sec. 2602. Authorized Army Reserve construction and land acquisition projects.
Sec. 2603. Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects.
Sec. 2604. Authorized Air National Guard construction and land acquisition projects.
Sec. 2605. Authorized Air Force Reserve construction and land acquisition projects.
Sec. 2606. Authorization of appropriations, National Guard and Reserve.

## SEC. 2601. AUTHORIZED ARMY NATIONAL GUARD CONSTRUCTION AND LAND ACQUISITION PROJECTS.

Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the Army National Guard locations inside the United States, and in the amounts, set forth in the following table:

**Army National Guard**

| State | Location | Amount |
|---|---|---|
| Alabama | Anniston Army Depot | $34,000,000 |
| | Foley | $12,000,000 |
| California | Camp Roberts | $12,000,000 |
| Idaho | Orchard Training Area | $29,000,000 |
| Maryland | Havre de Grace | $12,000,000 |
| Massachusetts | Camp Edwards | $9,700,000 |
| Minnesota | New Ulm | $11,200,000 |
| Mississippi | Camp Shelby | $8,100,000 |
| Missouri | Springfield | $12,000,000 |
| Nebraska | Bellevue | $29,000,000 |
| New Hampshire | Concord | $5,950,000 |
| New York | Jamaica Armory | $91,000,000 |
| Pennsylvania | Moon Township | $23,000,000 |
| Vermont | Jericho | $30,000,000 |
| Washington | Richland | $11,400,000 |

**SEC. 2602. AUTHORIZED ARMY RESERVE CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the Army Reserve locations inside the United States, and in the amounts, set forth in the following table:

**Army Reserve**

| State | Location | Amount |
|---|---|---|
| Delaware | Newark Army Reserve Center | $21,000,000 |
| Wisconsin | Fort McCoy | $25,000,000 |

WASHSTATEC007471

**SEC. 2603. AUTHORIZED NAVY RESERVE AND MARINE CORPS RESERVE CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out the military construction project for the Navy Reserve and Marine Corps Reserve location inside the United States, and in the amount, set forth in the following table:

**Navy Reserve and Marine Corps Reserve**

| State | Location | Amount |
|---|---|---|
| Louisiana | New Orleans | $25,260,000 |

**SEC. 2604. AUTHORIZED AIR NATIONAL GUARD CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the Air National Guard locations inside the United States, and in the amounts, set forth in the following table:

**Air National Guard**

| State | Location | Amount |
|---|---|---|
| California | Moffett Air National Guard Base | $57,000,000 |
| Georgia | Savannah/Hilton Head International Airport | $24,000,000 |

**Air National Guard**—Continued

| State | Location | Amount |
|---|---|---|
| Missouri | Rosecrans Memorial Airport | $9,500,000 |
| Puerto Rico | Luis Munoz-Marin International Airport | $50,000,000 |
| Wisconsin | Truax Field | $34,000,000 |

**SEC. 2605. AUTHORIZED AIR FORCE RESERVE CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the Air Force Reserve locations inside the United States, and in the amounts, set forth in the following table:

**Air Force Reserve**

| State | Location | Amount |
|---|---|---|
| Georgia | Robins Air Force Base | $43,000,000 |
| Maryland | Joint Base Andrews | $15,000,000 |
| Minnesota | Minneapolis-St. Paul International Airport | $9,800,000 |

**SEC. 2606. AUTHORIZATION OF APPROPRIATIONS, NATIONAL GUARD AND RESERVE.**

Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for the costs of acquisition, architectural and engineering services, and construction of facilities for the Guard and Reserve Forces, and for contributions therefor, under chapter 1803 of title 10, United States Code (including the cost

WASHSTATEC007473

of acquisition of land for those facilities), as specified in the funding table in section 4601.

# TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES

Sec. 2701. Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account.
Sec. 2702. Prohibition on conducting additional base realignment and closure (BRAC) round.

**SEC. 2701. AUTHORIZATION OF APPROPRIATIONS FOR BASE REALIGNMENT AND CLOSURE ACTIVITIES FUNDED THROUGH DEPARTMENT OF DEFENSE BASE CLOSURE ACCOUNT.**

Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for base realignment and closure activities, including real property acquisition and military construction projects, as authorized by the Defense Base Closure and Realignment Act of 1990 (part A of title XXIX of Public Law 101–510; 10 U.S.C. 2687 note) and funded through the Department of Defense Base Closure Account established by section 2906 of such Act (as amended by section 2711 of the Military Construction Authorization Act for Fiscal Year 2013 (division B of Public Law 112–239; 126 Stat. 2140)), as specified in the funding table in section 4601.

**SEC. 2702. PROHIBITION ON CONDUCTING ADDITIONAL BASE REALIGNMENT AND CLOSURE (BRAC) ROUND.**

Nothing in this Act shall be construed to authorize an additional Base Realignment and Closure (BRAC) round.

# TITLE XXVIII—MILITARY CONSTRUCTION GENERAL PROVISIONS

Subtitle A—Military Construction Program

Sec. 2801. Military installation resilience plans and projects.
Sec. 2802. Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.
Sec. 2803. Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.
Sec. 2804. Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.
Sec. 2805. Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.
Sec. 2806. Improved flood risk disclosure for military construction.
Sec. 2807. Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.
Sec. 2808. Technical corrections and improvements to defense access road resilience.
Sec. 2809. Military construction projects for child development centers at military installations.
Sec. 2810. Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.
Sec. 2811. Prohibition on use of funds to close or return certain bases to the host nation.

Subtitle B—Real Property and Facilities Administration

Sec. 2821. Improved energy security for main operating bases in Europe.
Sec. 2822. Access to Department of Defense installations for credentialed transportation workers.
Sec. 2823. Improved recording and maintaining of Department of Defense real property data.

Subtitle C—Land Conveyances

Sec. 2831. Land conveyance, Hill Air Force Base, Ogden, Utah.

Sec. 2832. Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.
Sec. 2833. Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.
Sec. 2834. Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.

Subtitle D—Military Land Withdrawals

Sec. 2841. Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.

Subtitle E—White Sands National Park and White Sands Missile Range

Sec. 2851. White Sands Missile Range Land Enhancements.

Subtitle F—Other Matters

Sec. 2861. Installation and maintenance of fire extinguishers in Department of Defense facilities.
Sec. 2862. Definition of community infrastructure for purposes of military base reuse studies and community planning assistance.
Sec. 2863. Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea.
Sec. 2864. Black start exercises at military installations.
Sec. 2865. Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense.
Sec. 2866. Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California.
Sec. 2867. Designation of Sumpter Smith Joint National Guard Base.
Sec. 2868. Santa Ynez Band of Chumash Indians land affirmation.
Sec. 2869. Lands to be taken into trust as part of the reservation of the Lytton Rancheria.
Sec. 2870. Little Shell Tribe of Chippewa Indians of Montana.
Sec. 2871. Sense of Congress on restoration of Tyndall Air Force Base.

# Subtitle A—Military Construction Program

### SEC. 2801. MILITARY INSTALLATION RESILIENCE PLANS AND PROJECTS.

(a) Inclusion of Military Installation Resilience Information in Certain Installation Master Plans.—

(1) Requirement.—Section 2864 of title 10, United States Code, is amended—

(A) in subsection (a)(1), by inserting "military installation resilience," after "master planning,";

(B) by redesignating subsections (c) and (d) as subsections (e) and (f), respectively; and

(C) by inserting after subsection (b) the following new subsection:

"(c) MILITARY INSTALLATION RESILIENCE COMPONENT.—To address military installation resilience under subsection (a)(1), each installation master plan shall discuss the following:

"(1) Risks and threats to military installation resilience that exist at the time of the development of the plan and that are projected for the future, including from extreme weather events, mean sea level fluctuation, wildfires, flooding, and other changes in environmental conditions.

"(2) Assets or infrastructure located on the military installation vulnerable to the risks and threats described in paragraph (1), with a special emphasis on assets or infrastructure critical to the mission of the installation and the mission of members of the armed forces.

"(3) Lessons learned from the impacts of extreme weather events, including changes made to the

military installation to address such impacts, since the prior master plan developed under this section.

"(4) Ongoing or planned infrastructure projects or other measures, as of the time of the development of the plan, to mitigate the impacts of the risks and threats described in paragraph (1).

"(5) Community infrastructure and resources located outside the installation (such as medical facilities, transportation systems, and energy infrastructure) that are—

"(A) necessary to maintain mission capability or that impact the resilience of the military installation; and

"(B) vulnerable to the risks and threats described in paragraph (1).

"(6) Agreements in effect or planned, as of the time of the development of the plan, with public or private entities for the purpose of maintaining or enhancing military installation resilience or resilience of the community infrastructure and resources described in paragraph (5).

"(7) Projections from recognized governmental and scientific entities such as the Census Bureau, the National Academies of Sciences, the United States Geological Survey, and the United States

WASHSTATEC007478

Global Change Research Office (or any similar successor entities) with respect to future risks and threats (including the risks and threats described in paragraph (1)) to the resilience of any project considered in the installation master plan during the 50-year lifespan of the installation.''.

(2) REPORT ON MASTER PLANS.—Section 2864 of title 10, United States Code, is amended by inserting after subsection (c), as added by subsection (a), the following new subsection:

"(d) REPORT.—Not later than March 1 of each year, the Secretary of Defense shall submit to the congressional defense committees a report listing all master plans completed pursuant to this section in the prior calendar year.''.

(b) AUTHORITY TO CARRY OUT MILITARY INSTALLATION RESILIENCE PROJECTS.—

(1) IN GENERAL.—Subchapter I of chapter 169 of title 10, United States Code, is amended by adding at the end the following new section:

**"§ 2815. Military installation resilience projects**

"(a) PROJECTS REQUIRED.—The Secretary of Defense shall carry out military construction projects for military installation resilience, in accordance with section 2802 of this title.

"(b) CONGRESSIONAL NOTIFICATION.—(1) When a decision is made to carry out a project under this section, the Secretary of Defense shall notify the congressional defense committees of that decision.

"(2) The Secretary of Defense shall include in each notification submitted under paragraph (1) the rationale for how the project would—

"(A) enhance military installation resilience;

"(B) enhance mission assurance;

"(C) support mission critical functions; and

"(D) address known vulnerabilities.

"(c) TIMING OF PROJECTS.—A project may be carried out under this section only after the end of the 14-day period beginning on the date that notification with respect to that project under subsection (b) is received by the congressional defense committees in an electronic medium pursuant to section 480 of this title.

"(d) ANNUAL REPORT.—Not later than 90 days after the end of each fiscal year until December 31, 2025, the Secretary of Defense shall submit to the congressional defense committees a report on the status of the planned and active projects carried out under this section (including completed projects), and shall include in the report with respect to each such project the following information:

WASHSTATEC007480

"(1) The title, location, a brief description of the scope of work, the original project cost estimate, and the current working cost estimate.

"(2) The information provided under subsection (b)(2).

"(3) Such other information as the Secretary considers appropriate.".

(2) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 169 of such title is amended by inserting after the item relating to section 2814 the following new item:

"2815. Military installation resilience projects.".

**SEC. 2802. IMPROVED CONSULTATION WITH TRIBAL GOVERNMENTS WHEN PROPOSED MILITARY CONSTRUCTION PROJECTS POTENTIALLY IMPACT INDIAN TRIBES.**

Section 2802 of title 10, United States Code, is amended by adding at the end the following new subsection:

"(f)(1) In addition to any other applicable consultation requirement pursuant to law or Department of Defense policy, if a proposed military construction project is likely to significantly impact tribal lands, known sacred sites, or tribal treaty rights, the Secretary concerned shall initiate consultation with the tribal government of each impacted Indian tribe—

WASHSTATEC007481

"(A) to determine the nature and extent of such impact;

"(B) to determine whether such impact can be avoided or mitigated in the design and implementation of the project; and

"(C) if such impact cannot be avoided, to develop feasible measures consistent with applicable law to mitigate the impact and estimate the cost of the mitigation measures.

"(2) As part of the Department of Defense Form 1391 submitted to the appropriate committees of Congress for a military construction project covered by paragraph (1), the Secretary concerned, to the extent possible at the time of such submission, shall include a description of the current status of the consultation conducted under such paragraph and specifically address each of the items specified in subparagraphs (A), (B), and (C) of such paragraph.

"(3) The requirement under paragraph (1) does not affect the obligation of the Secretary concerned to comply with any other applicable consultation requirement pursuant to law or Department of Defense policy.

"(4) In this subsection:

"(A) The term 'Indian tribe' has the meaning given that term in section 4 of the Indian Self-De-

WASHSTATEC007482

termination and Education Assistance Act (25 U.S.C. 5304).

"(B) The term 'tribal government' means the recognized governing body of an Indian tribe.

"(C) The term 'sacred site' has the meaning given that term in Executive Order No. 13007, as in effect on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.".

**SEC. 2803. INCREASED AUTHORITY FOR USE OF CERTAIN APPROPRIATIONS AMOUNTS FOR RESTORATION OR REPLACEMENT OF DAMAGED OR DESTROYED FACILITIES.**

Section 2854(c)(3) of title 10, United States Code, is amended by striking "$50,000,000" and inserting "$100,000,000".

**SEC. 2804. AMENDMENT OF UNIFIED FACILITIES CRITERIA TO PROMOTE MILITARY INSTALLATION RESILIENCE, ENERGY RESILIENCE, ENERGY AND CLIMATE RESILIENCY, AND CYBER RESILIENCE.**

(a) AMENDMENT REQUIRED.—

(1) IN GENERAL.—Not later than September 1, 2020, the Secretary of Defense shall amend the Unified Facility Criteria relating to military construc-

WASHSTATEC007483

tion planning and design, to ensure that building practices and standards of the Department of Defense promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.

(2) CONSIDERATIONS AND CONSULTATION.—In preparing amendments pursuant to paragraph (1), the Secretary of Defense—

(A) shall take into account historical data, current conditions, and sea level rise projections; and

(B) may consult with the heads of other Federal departments and agencies with expertise regarding military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.

(b) CONDITIONAL AVAILABILITY OF FUNDS.—Not more than 25 percent of the funds authorized to be appropriated for fiscal year 2020 for Department of Defense planning and design accounts relating to military construction projects may be obligated until the date on which the Secretary of Defense submits to the Committees on Armed Services of the House of Representatives and the Senate a certification that the Secretary—

WASHSTATEC007484

(1) has initiated the amendment process required by subsection (a)(1); and

(2) intends to complete such process by September 1, 2020.

(c) UPDATE OF UNIFIED FACILITIES CRITERIA TO INCLUDE CHANGING ENVIRONMENTAL CONDITION PROJECTIONS.—Section 2805(c) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2864 note) is amended—

(1) by striking "Not later than" and inserting the following:

"(1) FISCAL YEAR 2019.—Not later than";

(2) in paragraph (1), as designated by paragraph (1), by striking "United Facilities Criteria (UFC) 2-100-01 and UFC 2-100-02" and inserting "Unified Facilities Criteria (UFC) 1-200-01 and UFC 1-200-02"; and

(3) by adding at the end the following new paragraph:

"(2) FISCAL YEAR 2020.—

"(A) AMENDMENTS REQUIRED.—Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fis-

cal Year 2020, the Secretary of Defense shall amend the Unified Facilities Criteria as follows:

"(i) To require that installations of the Department of Defense assess the risks from extreme weather and related effects, and develop plans to address such risks.

"(ii) To require in the development of such Criteria the use of—

"(I) land use change projections through the use of land use and land cover modeling by the United States Geological Survey; and

"(II) weather projections—

"(aa) from the United States Global Change Research Program, including in the National Climate Assessment; or

"(bb) from the National Oceanic and Atmospheric Administration, if such projections are more up-to-date than projections under item (aa).

"(iii) To require the Secretary of Defense to provide guidance to project design-

WASHSTATEC007486

ers and master planners on how to use weather projections.

"(iv) To require the use throughout the Department of the Naval Facilities Engineering Command Climate Change Installation Adaptation and Resilience planning handbook, as amended (or similar publication of the Army Corps of Engineers).

"(B) NOTIFICATION.—If the Secretary of Defense determines that a projection other than a projection described in subparagraph (A)(ii) is more appropriate for use in amending the Unified Facilities Criteria, the Secretary shall notify the congressional defense committees of such determination, which shall include the rationale underlying such determination and a description of such other projection.".

(d) IMPLEMENTATION OF UNIFIED FACILITIES CRITERIA AMENDMENTS.—

(1) IMPLEMENTATION.—Any Department of Defense Form 1391 submitted to Congress after September 1, 2020 shall comply with the Unified Facility Criteria, as amended pursuant to this section.

(2) CERTIFICATION.—Not later than March 1, 2021, the Secretary of Defense shall certify to the Committees on Armed Services of the House of Representatives and the Senate the completion and full incorporation into military construction planning and design—

(A) amendments made pursuant to subsection (a); and

(B) amendments made pursuant to section 2805(c) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2864 note), as amended by subsection (c).

(e) ANNUAL REVIEW.—Beginning with fiscal year 2022, and annually thereafter, the Secretary of Defense shall conduct a review comparing the Unified Facility Criteria and industry best practices, for the purpose of ensuring that military construction building practices and standards of the Department of Defense relating to military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience remain up-to-date.

(f) DEFINITIONS.—In this section:

(1) The terms "energy resilience" and "military installation resilience" have the meanings given

those terms in section 101(e) of title 10, United States Code.

(2) The term ''energy and climate resiliency'' has the meaning given that term in section 2864 of title 10, United States Code.

**SEC. 2805. MODIFICATION TO DEPARTMENT OF DEFENSE FORM 1391 REGARDING CONSIDERATION OF POTENTIAL LONG-TERM ADVERSE ENVIRONMENTAL EFFECTS.**

(a) MODIFICATION.—

(1) CERTIFICATION REQUIREMENT.—The Secretary of Defense shall modify Department of Defense Form 1391 to require, with respect to any proposed major or minor military construction project requiring congressional notification or approval, the inclusion of a certification by the Secretary of Defense or the Secretary of the military department concerned that the proposed military construction project takes into consideration—

(A) the potential adverse consequences of long-term changes in environmental conditions, such as increasingly frequent extreme weather events, that could affect the military installation resilience of the installation for which the military construction project is proposed; and

WASHSTATEC007489

(B) building requirements in effect for the locality in which the military construction project is proposed and industry best practices that are developed to withstand extreme weather events and other consequences of changes in environmental conditions.

(2) ELEMENTS OF CERTIFICATION.—As part of the certification required by paragraph (1) for a proposed military construction project, the Secretary concerned shall identify the potential changes in environmental conditions, such as increasingly frequent extreme weather events, considered and addressed under subparagraphs (A) and (B) of paragraph (1).

(b) RELATION TO RECENT MODIFICATION REQUIREMENT.—The modification of Department of Defense Form 1391 required by subsection (a) is in addition to, and expands upon, the modification of Department of Defense Form 1391 with respect to flood risk disclosure for military construction required by section 2805(a) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2802 note).

(c) MILITARY INSTALLATION RESILIENCE DEFINED.—In this section, the term "military installation re-

silience'' has the meaning given that term in section 101(e)(8) of title 10, United States Code.

**SEC. 2806. IMPROVED FLOOD RISK DISCLOSURE FOR MILITARY CONSTRUCTION.**

(a) WHEN DISCLOSURE REQUIRED.—Section 2805(a)(1) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amended—

(1) in subparagraph (A), by inserting after "hazard data" the following: ", or will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project''; and

(2) in subparagraph (B), by inserting after "floodplain" the following: "or will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project''.

(b) REPORTING REQUIREMENTS.—Section 2805(a)(3) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amended—

(1) in the matter preceding the subparagraphs, by inserting after "floodplain" the following: "or are to be impacted by projected current and future mean sea level fluctuations over the lifetime of the project''; and

(2) by adding at the end the following new subparagraph:

"(D) A description of how the proposed project has taken into account projected current and future mean sea level fluctuations over the lifetime of the project.".

(c) MITIGATION PLAN ASSUMPTIONS.—Section 2805(a)(4) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amended—

(1) in the matter preceding the subparagraphs—

(A) by inserting after "floodplain" the following: "or that will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project"; and

(B) by striking "an additional";

(2) in subparagraph (A)—

(A) by inserting "an additional" before "2 feet"; and

(B) by striking "and" at the end of the subparagraph;

(3) in subparagraph (B)—

(A) by inserting "an additional" before "3 feet"; and

(B) by striking the period at the end of the subparagraph and inserting "; and"; and

(4) by adding at the end the following new subparagraph:

"(C) any additional flooding that will result from projected current and future mean sea level fluctuations over the lifetime of the project.".

**SEC. 2807. PRIORITIZATION OF PROJECTS IN ANNUAL REPORT ON UNFUNDED REQUIREMENTS FOR LABORATORY MILITARY CONSTRUCTION PROJECTS.**

Section 2806 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 10 U.S.C. 222a note) is amended—

(1) by striking "Assistant Secretary of Defense for Energy, Installations, and Environment" and inserting "Under Secretary of Defense for Acquisition and Sustainment";

(2) by striking "reporting" and inserting "report"; and

(3) by inserting "in prioritized order, with specific accounts and program elements identified," after "evaluation facilities,".

**SEC. 2808. TECHNICAL CORRECTIONS AND IMPROVEMENTS TO DEFENSE ACCESS ROAD RESILIENCE.**

Section 210 of title 23, United States Code, is amended—

(1) in subsection (a), by striking "(a)(1) The Secretary" and all that follows through the end of paragraph (1) and inserting the following:

"(a) AUTHORIZATION.—

"(1) IN GENERAL.—When defense access roads are certified to the Secretary as important to the national defense by the Secretary of Defense or such other official as the President may designate, the Secretary is authorized, out of the funds appropriated for defense access roads, to provide for—

"(A) the construction and maintenance of defense access roads (including bridges, tubes, tunnels, and culverts or other hydraulic appurtenances on those roads) to—

"(i) military reservations;

"(ii) defense industry sites;

"(iii) air or sea ports that are necessary for or are planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies; or

"(iv) sources of raw materials;

WASHSTATEC007494

"(B) the reconstruction or enhancement of, or improvements to, those roads to ensure the continued effective use of the roads, regardless of current or projected increases in mean tides, recurrent flooding, or other weather-related conditions or natural disasters; and

"(C) replacing existing highways and highway connections that are shut off from general public use by necessary closures, closures due to mean sea level fluctuation and flooding, or restrictions at—

"(i) military reservations;

"(ii) air or sea ports that are necessary for or are planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies; or

"(iii) defense industry sites.";

(2) in subsection (b), by striking "the construction and maintenance of" and inserting "construction, reconstruction, resurfacing, restoration, rehabilitation, and preservation of, or enhancements to,";

(3) in subsection (c)—

(A) by striking "him" and inserting "the Secretary";

(B) by striking "construction, maintenance, and repair work" and inserting "activities for construction, maintenance, reconstruction, enhancement, improvement, and repair";

(C) by striking "therein" and inserting "in those areas"; and

(D) by striking "condition for such training purposes and for repairing the damage caused to such highways by the operations of men and equipment in such training." and inserting the following: "condition for—

"(1) that training; and

"(2) repairing the damage to those highways caused by—

"(A) weather-related events, increases in mean high tide levels, recurrent flooding, or natural disasters; or

"(B) the operations of men and equipment in such training.";

(4) in subsection (g)—

(A) by striking "he" and inserting "the Secretary";

(B) by striking "construction which has been" and inserting "construction and other activities"; and

(C) by striking "upon his demand" and inserting "upon demand by the Secretary"; and

(5) by striking subsection (i) and inserting the following:

"(i) REPAIR OF CERTAIN DAMAGES AND INFRASTRUCTURE.—The funds appropriated to carry out this section may be used to pay the cost of repairing damage caused, or any infrastructure to mitigate a risk posed, to a defense access road by recurrent or projected recurrent flooding, sea level fluctuation, a natural disaster, or any other current or projected change in applicable environmental conditions, if the Secretary determines that continued access to a military installation, defense industry site, air or sea port necessary for or planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies, or to a source of raw materials, has been or is projected to be impacted by those events or conditions.".

**SEC. 2809. MILITARY CONSTRUCTION PROJECTS FOR CHILD DEVELOPMENT CENTERS AT MILITARY INSTALLATIONS.**

(a) AUTHORIZATION OF ADDITIONAL PROJECTS.—In addition to any other military construction projects authorized under this Act, the Secretary of the military department concerned may carry out military construction

WASHSTATEC007497

projects for child development centers at military installations, as specified in the funding table in section 4601.

(b) REQUIRING REPORT AS CONDITION OF AUTHORIZATION.—

(1) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Secretary concerned shall submit to the congressional defense committees a report that describes the location, title, and cost, together with a Department of Defense Form 1391, for each project the Secretary concerned proposes to carry out under this section.

(2) TIMING OF AVAILABILITY OF FUNDS.—No funds may be obligated or expended for a project under this section—

(A) unless the project is included in the report submitted under paragraph (1); and

(B) until the expiration of the 30-day period beginning on the date on which the Secretary concerned submits the report under paragraph (1).

(c) EXPIRATION OF AUTHORIZATION.—Section 2002 shall apply with respect to the authorization of a military construction project under this section in the same manner as such section applies to the authorization of a project contained in titles XXI through XXX.

WASHSTATEC007498

**SEC. 2810. PROHIBITION ON USE OF FUNDS TO REDUCE AIR BASE RESILIENCY OR DEMOLISH PROTECTED AIRCRAFT SHELTERS IN THE EUROPEAN THEATER WITHOUT CREATING A SIMILAR PROTECTION FROM ATTACK.**

No funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that reduces air base resiliency or demolishes protected aircraft shelters in the European theater, and the Department may not otherwise implement any such activity, without creating a similar protection from attack in the European theater until such time as the Secretary of Defense certifies to the congressional defense committees that protected aircraft shelters are not required in the European theater.

**SEC. 2811. PROHIBITION ON USE OF FUNDS TO CLOSE OR RETURN CERTAIN BASES TO THE HOST NATION.**

No funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that closes or returns to the host nation any existing base under the European Consolidation Initiative, and the Department shall not implement any such activity in fiscal year 2020, until the Secretary of Defense certifies that

there is no longer a need for a rotational military presence in the European theater.

## Subtitle B—Real Property and Facilities Administration

### SEC. 2821. IMPROVED ENERGY SECURITY FOR MAIN OPERATING BASES IN EUROPE.

(a) PROHIBITION ON USE OF CERTAIN ENERGY SOURCE.—The Secretary of Defense shall ensure that each contract for the acquisition of furnished energy for a covered military installation in Europe does not use any energy sourced from inside the Russian Federation as a means of generating the furnished energy for the covered military installation.

(b) WAIVER FOR NATIONAL SECURITY INTERESTS.—

(1) WAIVER AUTHORITY; CERTIFICATION.—The Secretary of Defense may waive application of subsection (a) to a specific contract for the acquisition of furnished energy for a covered military installation if the Secretary certifies to the congressional defense committees that—

(A) the waiver of such subsection is necessary to ensure an adequate supply of furnished energy for the covered military installation; and

(B) the Secretary has balanced these national security requirements against the potential risk associated with reliance upon the Russian Federation for furnished energy.

(2) SUBMISSION OF WAIVER NOTICE.—Not later than 14 days before the execution of any energy contract for which a waiver is granted under paragraph (1), the Secretary of Defense shall submit to the congressional defense committees notice of the waiver. The waiver notice shall include the following:

(A) The rationale for the waiver, including the basis for the certifications required by subparagraphs (A) and (B) of paragraph (1).

(B) An assessment of how the waiver may impact the European energy resiliency strategy.

(C) An explanation of the measures the Department of Defense is taking to mitigate the risk of using Russian Federation furnished energy.

(c) DEFINITIONS.—In this section:

(1) The term "covered military installation" means a military installation in Europe identified by the Department of Defense as a main operating base.

WASHSTATEC007501

(2) The term "furnished energy" means energy furnished to a covered military installation in any form and for any purpose, including heating, cooling, and electricity.

(d) CONFORMING REPEAL.—Section 2811 of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115–232; 132 Stat. 2266) is repealed.

**SEC. 2822. ACCESS TO DEPARTMENT OF DEFENSE INSTALLATIONS FOR CREDENTIALED TRANSPORTATION WORKERS.**

Section 1050(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 10 U.S.C. 113 note) is amended to read as follows:

"(a) ACCESS TO INSTALLATIONS FOR CREDENTIALED TRANSPORTATION WORKERS.—The Secretary of Defense, to the extent practicable, shall ensure that the Transportation Worker Identification Credential is accepted as a valid credential for unescorted access to Department of Defense installations by transportation workers.".

**SEC. 2823. IMPROVED RECORDING AND MAINTAINING OF DEPARTMENT OF DEFENSE REAL PROPERTY DATA.**

(a) INITIAL REPORT.—Not later than 150 days after the date of the enactment of this Act, the Undersecretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report that evaluates service-level best practices for recording and maintaining real property data.

(b) ISSUANCE OF GUIDANCE.—Not later than 300 days after the date of the enactment of this Act, the Undersecretary of Defense for Acquisition and Sustainment shall issue service-wide guidance on the recording and collection of real property data based on the best practices described in the report.

## Subtitle C—Land Conveyances

**SEC. 2831. LAND CONVEYANCE, HILL AIR FORCE BASE, OGDEN, UTAH.**

(a) CONVEYANCE REQUIRED.—The Secretary of the Air Force may convey, for no monetary consideration, to the State of Utah or a designee of the State of Utah (in this section referred to as the "State") all right, title, and interest of the United States in and to a parcel of real property, including improvements thereon, consisting of approximately 35 acres located at Hill Air Force Base commonly known as the "Defense Nontactical Generator

WASHSTATEC007503

and Rail Center" and such real property adjacent to the Center as the parties consider to be appropriate, for the purpose of permitting the State to construct a new interchange for Interstate 15.

(b) CONDITION PRECEDENT.—The conveyance authorized by subsection (a) shall be contingent upon the relocation of the Defense Nontactical Generator and Rail Center.

(c) TERMINATION AND REENTRY.—If the State does not meet the conditions required under subsection (d) by the date that is five years after the date of the conveyance authorized by subsection (a), or such later date as the Secretary of the Air Force and the State may agree is reasonably necessary due to unexpected circumstances, the Secretary of the Air Force may terminate such conveyance and reenter the property.

(d) CONSIDERATION AND CONDITIONS OF CONVEYANCE.—In consideration of and as a condition to the conveyance authorized by subsection (a), the State shall agree to the following:

(1) Not later than two years after the conveyance, the State shall, at no cost to the United States Government—

WASHSTATEC007504

(A) demolish all improvements and associated infrastructure existing on the property; and

(B) conduct environmental cleanup and remediation of the property, as required by law and approved by the Utah Department of Environmental Quality, for the planned redevelopment and use of the property.

(2) Not later than three years after the completion of the cleanup and remediation under paragraph (1)(B), the State, at no cost to the United States Government, shall construct on Hill Air Force Base a new gate for vehicular and pedestrian traffic in and out of Hill Air Force Base in compliance with all applicable construction and security requirements and such other requirements as the Secretary of the Air Force may consider necessary.

(3) That the State shall coordinate the demolition, cleanup, remediation, design, redevelopment, and construction activities performed pursuant to the conveyance under subsection (a) with the Secretary of the Air Force, the Utah Department of Transportation, and the Utah Department of Environmental Quality.

WASHSTATEC007505

(e) ENVIRONMENTAL OBLIGATIONS.—The State shall not have any obligation with respect to cleanup and remediation of an environmental condition on the property to be conveyed under subsection (a) unless the condition was in existence and known before the date of the conveyance or the State exacerbates the condition which then requires further remediation.

(f) PAYMENT OF COSTS OF CONVEYANCE.—

(1) PAYMENT REQUIRED.—The Secretary of the Air Force shall require the State to cover costs to be incurred by the Secretary, or to reimburse the Secretary for such costs incurred, to carry out the conveyance under subsection (a), including survey costs, costs for environmental documentation, and other administrative costs related to the conveyance. If amounts are collected from the State in advance of the Secretary incurring actual costs, and the amount collected exceeds the costs actually incurred by the Secretary to carry out the conveyance, the Secretary shall refund the excess amount to the State.

(2) TREATMENT OF AMOUNTS RECEIVED.—Amounts received as reimbursement under paragraph (1) shall be credited to the fund or account that was used to cover the costs incurred by the Sec-

retary in carrying out the conveyance under subsection (a) or to an appropriate fund or account currently available to the Secretary for the purposes for which the costs were paid. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.

(g) DESCRIPTION OF PROPERTY.—The exact acreage and legal description of the property to be conveyed under subsection (a) shall be determined by a survey satisfactory to the Secretary of the Air Force and the State.

(h) SAVINGS PROVISION.—Nothing in this section shall be construed to affect or limit the application of, or any obligation to comply with, any environmental law, including the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.) and the Solid Waste Disposal Act (42 U.S.C. 6901 et seq.).

**SEC. 2832. RELEASE OF INTERESTS RETAINED IN CAMP JOSEPH T. ROBINSON, ARKANSAS, FOR USE OF SUCH LAND AS A VETERANS CEMETERY.**

(a) RELEASE OF RETAINED INTERESTS.—

(1) IN GENERAL.—With respect to a parcel of land at Camp Joseph T. Robinson, Arkansas, con-

sisting of approximately 141.52 acres that lies in a part of section 35, township 3 north, range 12 west, Pulaski County, Arkansas, and comprising a portion of the property conveyed by the United States to the State of Arkansas for training of the National Guard and for other military purposes pursuant to "An Act authorizing the transfer of part of Camp Joseph T. Robinson to the State of Arkansas", approved June 30, 1950 (64 Stat. 311, chapter 429), the Secretary of the Army may release the terms and conditions imposed, and reversionary interests retained, by the United States under section 2 of such Act, and the right to reenter and use the property retained by the United States under section 3 of such Act.

(2) IMPACT ON OTHER RIGHTS OR INTERESTS.—The release of terms and conditions and retained interests under paragraph (1) with respect to the parcel described in such paragraph shall not be construed to alter the rights or interests retained by the United States with respect to the remainder of the real property conveyed to the State of Arkansas under the Act described in such paragraph.

(b) INSTRUMENT OF RELEASE AND DESCRIPTION OF PROPERTY.—

WASHSTATEC007508

(1) IN GENERAL.—The Secretary of the Army may execute and file in the appropriate office a deed of release, amended deed, or other appropriate instrument reflecting the release of terms and conditions and retained interests under subsection (a).

(2) LEGAL DESCRIPTION.—The exact acreage and legal description of the property described in subsection (a) shall be determined by a survey satisfactory to the Secretary of the Army.

(c) CONDITIONS ON RELEASE AND REVERSIONARY INTEREST.—

(1) EXPANSION OF VETERANS CEMETERY AND REVERSIONARY INTEREST.—

(A) EXPANSION OF VETERANS CEMETERY.—The State of Arkansas may use the parcel of land described in subsection (a)(1) only for the expansion of the Arkansas State Veterans Cemetery.

(B) REVERSIONARY INTEREST.—If the Secretary of the Army determines at any time that the parcel of land described in subsection (a)(1) is not being used in accordance with the purpose specified in subparagraph (A), all right, title, and interest in and to the land, including any improvements thereto, shall, at the option

WASHSTATEC007509

of the Secretary, revert to and become the property of the United States, and the United States shall have the right of immediate entry onto such parcel.

(2) ADDITIONAL TERMS AND CONDITIONS.—The Secretary of the Army may require in the instrument of release such additional terms and conditions in connection with the release of terms and conditions and retained interests under subsection (a) as the Secretary considers appropriate to protect the interests of the United States.

(d) PAYMENT OF ADMINISTRATIVE COSTS.—

(1) PAYMENT REQUIRED.—

(A) IN GENERAL.—The Secretary of the Army may require the State of Arkansas to cover costs to be incurred by the Secretary, or to reimburse the Secretary for costs incurred by the Secretary, to carry out the release of terms and conditions and retained interests under subsection (a), including survey costs, costs related to environmental documentation, and other administrative costs related to the release.

(B) REFUND OF AMOUNTS.—If amounts paid to the Secretary by the State of Arkansas in advance under subparagraph (A) exceed the

WASHSTATEC007510

costs actually incurred by the Secretary to carry out the release, the Secretary shall refund the excess amount to the State.

(2) TREATMENT OF AMOUNTS RECEIVED.—Amounts received under paragraph (1) as reimbursement for costs incurred by the Secretary to carry out the release of terms and conditions and retained interests under subsection (a) shall be credited to the fund or account that was used to cover the costs incurred by the Secretary in carrying out the release. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.

**SEC. 2833. MODIFICATION OF AUTHORIZED USES OF CERTAIN PROPERTY CONVEYED BY THE UNITED STATES IN LOS ANGELES, CALIFORNIA.**

(a) IN GENERAL.—Section 2 of Public Law 85–236 (71 Stat. 517) is amended in the first sentence by inserting after "for other military purposes" the following: "and for purposes of meeting the needs of the homeless (as that term is defined in section 103 of the McKinney-Vento Homeless Assistance Act (42 U.S.C. 11302))".

(b) MODIFICATION OF USE.—

WASHSTATEC007511

(1) APPLICATION.—The State of California shall submit to the Administrator of General Services an application for use of the property conveyed by section 2 of Public Law 85–236 for purposes of meeting the needs of the homeless in accordance with the amendment made by subsection (a).

(2) REVIEW OF APPLICATION.—Not later than 60 days after the date of receipt of an application pursuant to paragraph (1), the Administrator and the Secretary of Health and Human Services shall jointly determine whether the use of the property described in the application is a use for purposes of meeting the needs of the homeless.

(3) COMPATIBILITY WITH MILITARY PURPOSES.—Before executing any instrument of modification of the deed of conveyance, the Administrator and the Secretary shall request a review by the Chief of the National Guard Bureau, in consultation with the Secretary of the Army, to ensure that any modification of the use of the property described in the application is compatible with the current and anticipated future use of the property for training members of the National Guard and other military purposes.

(4) MODIFICATION OF INSTRUMENT OF CONVEYANCE.—If the Chief of the National Guard Bureau determines pursuant to the review under paragraph (3) that the modification of the use of the property described in the application is compatible with the use of the property for training members of the National Guard and other military purposes, the Administrator shall execute and record in the appropriate office an instrument of modification of the deed of conveyance executed pursuant to Public Law 85–236 in order to authorize such use of the property described in the application. The instrument shall be filed within 60 days of such determination and include such additional terms and conditions as the Administrator considers appropriate to protect the interests of the United States.

**SEC. 2834. TRANSFER OF ADMINISTRATIVE JURISDICTION OVER CERTAIN PARCELS OF FEDERAL LAND IN ARLINGTON, VIRGINIA.**

(a) TRANSFER TO THE SECRETARY OF THE ARMY.—

(1) TRANSFER.—Administrative jurisdiction over the parcel of Federal land described in paragraph (2) is transferred from the Secretary of the Interior to the Secretary of the Army.

WASHSTATEC007513

(2) DESCRIPTION OF LAND.—The parcel of Federal land referred to in paragraph (1) is the approximately 16.09-acre parcel of land in Arlington, Virginia, as depicted on the map entitled "Arlington National Cemetery, Memorial Ave–NPS Parcel" and dated February 11, 2019.

(b) TRANSFER TO THE SECRETARY OF THE INTERIOR.—

(1) TRANSFER.—Administrative jurisdiction over the parcel of Federal land described in paragraph (2) is transferred from the Secretary of the Army to the Secretary of the Interior.

(2) DESCRIPTION OF LAND.—The parcel of Federal land referred to in paragraph (1) is the approximately 1.04-acre parcel of land in Arlington, Virginia, as depicted on the map entitled "Arlington National Cemetery–Chaffee NPS Land Swap" and dated October 31, 2018.

(c) LAND SURVEYS.—The exact acreage and legal description of a parcel of Federal land described in subsection (a)(2) or (b)(2) shall be determined by a survey satisfactory to the Secretary of the Army and the Secretary of the Interior.

(d) AUTHORITY TO CORRECT ERRORS.—The Secretary of the Army and the Secretary of the Interior may

correct any clerical or typographical error in a map described in subsection (a)(2) or (b)(2).

(e) TERMS AND CONDITIONS.—

(1) NO REIMBURSEMENT OR CONSIDERATION.—A transfer by subsection (a)(1) or (b)(1) shall be without reimbursement or consideration.

(2) CONTINUED RECREATIONAL ACCESS.—The use of a bicycle trail or recreational access within a parcel of Federal land described in subsection (a)(2) or (b)(2) in which the use or access is authorized before the date of the enactment of this Act shall be allowed to continue after the transfer of the applicable parcel of Federal land by subsection (a)(1) or (b)(1).

(3) MANAGEMENT OF PARCEL TRANSFERRED TO SECRETARY OF THE ARMY.—

(A) IN GENERAL.—The parcel of Federal land transferred to the Secretary of the Army by subsection (a)(1) shall be administered by the Secretary of the Army—

(i) as part of Arlington National Cemetery; and

(ii) in accordance with applicable law, including—

(I) regulations; and

WASHSTATEC007515

(II) section 2409 of title 38, United States Code.

(B) MEMORANDUM OF UNDERSTANDING ON OPERATION OF MAINTENANCE OF MEMORIAL.—

(i) IN GENERAL.—The Secretary of the Army shall seek to enter into a memorandum of understanding with the Women in Military Service for America Memorial Foundation, Inc., to define roles and responsibilities for the shared responsibility and resources for operation and maintenance of the Women in Military Service for America Memorial and the surrounding grounds.

(ii) ALLOCATION OF AMOUNTS.—The Secretary of the Army may, pursuant to the memorandum of understanding described in clause (i), allocate amounts to the foundation described in that clause to support operation and maintenance of the memorial described in that clause.

(4) MANAGEMENT OF PARCEL TRANSFERRED TO SECRETARY OF THE INTERIOR.—The parcel of

Federal land transferred to the Secretary of the Interior by subsection (b)(1) shall be—

(A) included within the boundary of Arlington House, The Robert E. Lee Memorial; and

(B) administered by the Secretary of the Interior—

(i) as part of the memorial referred to in subparagraph (A); and

(ii) in accordance with applicable law (including regulations).

## Subtitle D—Military Land Withdrawals

**SEC. 2841. PUBLIC NOTICE REGARDING UPCOMING PERIODS OF SECRETARY OF THE NAVY MANAGEMENT OF SHARED USE AREA OF THE JOHNSON VALLEY OFF-HIGHWAY VEHICLE RECREATION AREA.**

(a) PUBLIC NOTICE REQUIRED.—Section 2942(b)(2) of the Military Land Withdrawals Act of 2013 (title XXIX of Public Law 113–66; 127 Stat. 1036) is amended by adding at the end the following new subparagraph:

"(D) PUBLIC NOTICE.—Not later than one year before the date on which a 30-day period of Secretary of the Navy management of the

WASHSTATEC007517

Shared Use Area commences, the Secretary of the Navy, acting through the Resource Management Group established pursuant to section 2944, shall notify the public of such date of commencement and the intention of the Armed Forces to use the Shared Use Area for military training purposes. The Secretary of the Navy, upon notice to the Secretary of the Interior, may waive such public notice in the event of an emergent military training requirement.".

(b) APPLICATION OF AMENDMENT.—Subparagraph (D) of section 2942(b)(2) of the Military Land Withdrawals Act of 2013 (title XXIX of Public Law 113–66; 127 Stat. 1036), as added by subsection (a), shall apply to periods of Secretary of the Navy management of the Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area under such section that commence on or after January 1, 2021.

## Subtitle E—White Sands National Park and White Sands Missile Range

### SEC. 2851. WHITE SANDS MISSILE RANGE LAND ENHANCEMENTS.

(a) DEFINITIONS.—In this section:

WASHSTATEC007518

(1) MAP.—The term "Map" means the map entitled "White Sands National Park Proposed Boundary Revision & Transfer of Lands Between National Park Service & Department of the Army", numbered 142/136,271, and dated February 14, 2017.

(2) MILITARY MUNITIONS.—The term "military munitions" has the meaning given the term in section 101(e) of title 10, United States Code.

(3) MISSILE RANGE.—The term "missile range" means the White Sands Missile Range, New Mexico, administered by the Secretary of the Army.

(4) MONUMENT.—The term "Monument" means the White Sands National Monument, New Mexico, established by Presidential Proclamation No. 2025 (54 U.S.C. 320301 note), dated January 18, 1933, and administered by the Secretary of the Interior.

(5) MUNITIONS DEBRIS.—The term "munitions debris" has the meaning given the term in volume 8 of the Department of Defense Manual Number 6055.09-M entitled "DoD Ammunitions and Explosives Safety Standards" and dated February 29, 2008 (as in effect on the date of the enactment of this Act).

(6) PARK.—The term "Park" means the White Sands National Park established by subsection (b)(1).

(7) PUBLIC LAND ORDER.—The term "Public Land Order" means Public Land Order 833, dated May 21, 1952 (17 Fed. Reg. 4822).

(8) STATE.—The term "State" means the State of New Mexico.

(b) WHITE SANDS NATIONAL PARK.—

(1) ESTABLISHMENT.—To protect, preserve, and restore its scenic, scientific, educational, natural, geological, historical, cultural, archaeological, paleontological, hydrological, fish, wildlife, and recreational values and to enhance visitor experiences, there is established in the State the White Sands National Park as a unit of the National Park System.

(2) ABOLISHMENT OF WHITE SANDS NATIONAL MONUMENT.—

(A) ABOLISHMENT.—Due to the establishment of the Park, the Monument is abolished.

(B) INCORPORATION.—The land and interests in land that comprise the Monument are incorporated in, and shall be considered to be part of, the Park.

(3) REFERENCES.—Any reference in a law, map, regulation, document, paper, or other record of the United States to the "White Sands National Monument" shall be considered to be a reference to the "White Sands National Park".

(4) AVAILABILITY OF FUNDS.—Any funds available for the Monument shall be available for the Park.

(5) ADMINISTRATION.—The Secretary of the Interior shall administer the Park in accordance with—

(A) this subsection; and

(B) the laws generally applicable to units of the National Park System, including section 100101(a), chapter 1003, sections 100751(a), 100752, 100753, and 102101, and chapter 3201 of title 54, United States Code.

(6) WORLD HERITAGE LIST NOMINATION.—

(A) COUNTY CONCURRENCE.—The Secretary of the Interior shall not submit a nomination for the Park to be included on the World Heritage List of the United Nations Educational, Scientific and Cultural Organization unless each county in which the Park is located concurs in the nomination.

(B) ARMY NOTIFICATION.—Before submitting a nomination for the Park to be included on the World Heritage List of the United Nations Educational, Scientific and Cultural Organization, the Secretary of the Interior shall notify the Secretary of the Army of the intent of the Secretary of the Interior to nominate the Park.

(7) EFFECT.—Nothing in this subsection affects—

(A) valid existing rights (including water rights);

(B) permits or contracts issued by the Monument;

(C) existing agreements, including agreements with the Department of Defense;

(D) the jurisdiction of the Department of Defense regarding the restricted airspace above the Park; or

(E) the airshed classification of the Park under the Clean Air Act (42 U.S.C. 7401 et seq.).

(c) MODIFICATION OF BOUNDARIES OF WHITE SANDS NATIONAL PARK AND WHITE SANDS MISSILE RANGE.—

WASHSTATEC007522

(1) TRANSFERS OF ADMINISTRATIVE JURISDICTION.—

(A) TRANSFER OF ADMINISTRATIVE JURISDICTION TO THE SECRETARY OF THE INTERIOR.—

(i) IN GENERAL.—Administrative jurisdiction over the land described in clause (ii) is transferred from the Secretary of the Army to the Secretary of the Interior.

(ii) DESCRIPTION OF LAND.—The land referred to in clause (i) is—

(I) the approximately 2,826 acres of land identified as "To NPS, lands inside current boundary" on the Map; and

(II) the approximately 5,766 acres of land identified as "To NPS, new additions" on the Map.

(B) TRANSFER OF ADMINISTRATIVE JURISDICTION TO THE SECRETARY OF THE ARMY.—

(i) IN GENERAL.—Administrative jurisdiction over the land described in clause (ii) is transferred from the Secretary of the Interior to the Secretary of the Army.

(ii) DESCRIPTION OF LAND.—The land referred to in clause (i) is the approximately 3,737 acres of land identified as "To DOA" on the Map.

(2) BOUNDARY MODIFICATIONS.—

(A) PARK.—

(i) IN GENERAL.—The boundary of the Park is revised to reflect the boundary depicted on the Map.

(ii) MAP.—

(I) IN GENERAL.—The Secretary of the Interior, in coordination with the Secretary of the Army, shall prepare and keep on file for public inspection in the appropriate office of the Secretary of the Interior a map and a legal description of the revised boundary of the Park.

(II) EFFECT.—The map and legal description under subclause (I) shall have the same force and effect as if included in this section, except that the Secretary of the Interior may correct clerical and typographical errors in the map and legal description.

(iii) BOUNDARY SURVEY.—As soon as practicable after the date of the establishment of the Park and subject to the availability of funds, the Secretary of the Interior shall complete an official boundary survey of the Park.

(B) MISSILE RANGE.—

(i) IN GENERAL.—The boundary of the missile range and the Public Land Order are modified to exclude the land transferred to the Secretary of the Interior under paragraph (1)(A) and to include the land transferred to the Secretary of the Army under paragraph (1)(B).

(ii) MAP.—The Secretary of the Interior shall prepare a map and legal description depicting the revised boundary of the missile range.

(C) CONFORMING AMENDMENT.—Section 2854 of the National Defense Authorization Act for Fiscal Year 1997 (Public Law 104–201; 54 U.S.C. 320301 note) is repealed.

(3) ADMINISTRATION.—

(A) PARK.—The Secretary of the Interior shall administer the land transferred under

paragraph (1)(A) in accordance with laws (including regulations) applicable to the Park.

(B) MISSILE RANGE.—Subject to subparagraph (C), the Secretary of the Army shall administer the land transferred to the Secretary of the Army under paragraph (1)(B) as part of the missile range.

(C) INFRASTRUCTURE; RESOURCE MANAGEMENT.—

(i) RANGE ROAD 7.—

(I) INFRASTRUCTURE MANAGEMENT.—To the maximum extent practicable, in planning, constructing, and managing infrastructure on the land described in subclause (III), the Secretary of the Army shall apply low-impact development techniques and strategies to prevent impacts within the missile range and the Park from stormwater runoff from the land described in that subclause.

(II) RESOURCE MANAGEMENT.—The Secretary of the Army shall—

(aa) manage the land described in subclause (III) in a

manner consistent with the protection of natural and cultural resources within the missile range and the Park and in accordance with section 101(a)(1)(B) of the Sikes Act (16 U.S.C. 670a(a)(1)(B)), division A of subtitle III of title 54, United States Code, and the Native American Graves Protection and Repatriation Act (25 U.S.C. 3001 et seq.); and

(bb) include the land described in subclause (III) in the integrated natural and cultural resource management plan for the missile range.

(III) DESCRIPTION OF LAND.—The land referred to in subclauses (I) and (II) is the land that is transferred to the administrative jurisdiction of the Secretary of the Army under paragraph (1)(B) and located in the area east of Range Road 7 in—

WASHSTATEC007527

(aa) T. 17 S., R. 5 E., sec. 31;

(bb) T. 18 S., R. 5 E.; and

(cc) T. 19 S., R. 5 E., sec. 5.

(ii) FENCE.—

(I) IN GENERAL.—The Secretary of the Army shall continue to allow the Secretary of the Interior to maintain the fence shown on the Map until such time as the Secretary of the Interior determines that the fence is unnecessary for the management of the Park.

(II) REMOVAL.—If the Secretary of the Interior determines that the fence is unnecessary for the management of the Park under subclause (I), the Secretary of the Interior shall promptly remove the fence at the expense of the Department of the Interior.

(D) RESEARCH.—The Secretary of the Army and the Secretary of the Interior may enter into an agreement to allow the Secretary

of the Interior to conduct certain research in the area identified as "Cooperative Use Research Area" on the Map.

(E) MILITARY MUNITIONS AND MUNITIONS DEBRIS.—

(i) RESPONSE ACTION.—With respect to any Federal liability, the Secretary of the Army shall remain responsible for any response action addressing military munitions or munitions debris on the land transferred under paragraph (1)(A) to the same extent as on the day before the date of the enactment of this Act.

(ii) INVESTIGATION OF MILITARY MUNITIONS AND MUNITIONS DEBRIS.—

(I) IN GENERAL.—The Secretary of the Interior may request that the Secretary of the Army conduct 1 or more investigations of military munitions or munitions debris on any land transferred under paragraph (1)(A).

(II) ACCESS.—The Secretary of the Interior shall give access to the Secretary of the Army to the land covered by a request under subclause (I)

WASHSTATEC007529

for the purposes of conducting the 1 or more investigations under that subclause.

(III) LIMITATION.—An investigation conducted under this clause shall be subject to available appropriations.

(iii) APPLICABLE LAW.—Any activities undertaken under this subparagraph shall be carried out in accordance with—

(I) the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.);

(II) the purposes for which the Park was established; and

(III) any other applicable law.

## Subtitle F—Other Matters

**SEC. 2861. INSTALLATION AND MAINTENANCE OF FIRE EXTINGUISHERS IN DEPARTMENT OF DEFENSE FACILITIES.**

The Secretary of Defense shall ensure that portable fire extinguishers are installed and maintained in all Department of Defense facilities, in accordance with requirements of national model fire codes developed by the National Fire Protection Association and the International

Code Council that require redundancy and extinguishers throughout occupancies regardless of the presence of other suppression systems or alarm systems.

**SEC. 2862. DEFINITION OF COMMUNITY INFRASTRUCTURE FOR PURPOSES OF MILITARY BASE REUSE STUDIES AND COMMUNITY PLANNING ASSISTANCE.**

Paragraph (4) of section 2391(e) of title 10, United States Code, is amended to read as follows:

"(4)(A) The term 'community infrastructure' means a project or facility described in subparagraph (B) that—

"(i) is located off of a military installation; and

"(ii) is—

"(I) owned by a State or local government; or

"(II) a not-for-profit, member-owned utility service.

"(B) A project or facility described in this subparagraph is any of the following:

"(i) Any transportation project.

"(ii) A school, hospital, police, fire, emergency response, or other community support facility.

"(iii) A water, waste-water, telecommunications, electric, gas, or other utility infrastructure project.".

**SEC. 2863. TEMPORARY AUTHORITY FOR ACCEPTANCE AND USE OF CONTRIBUTIONS FOR CERTAIN DESIGN AND CONSTRUCTION PROJECTS MUTUALLY BENEFICIAL TO THE DEPARTMENT OF DEFENSE AND THE REPUBLIC OF KOREA.**

(a) ACCEPTANCE OF CONTRIBUTIONS.—

(1) IN GENERAL.—The Secretary concerned may accept cash contributions from the Republic of Korea to carry out the following:

(A) The design and construction of the Black Hat Intelligence Fusion Center, Camp Humphreys, Republic of Korea.

(B) The design of the Korean Air and Space Operations and Intelligence Center, Osan Air Base, Republic of Korea.

(2) COST-SHARING AGREEMENT.—In the event the contribution under paragraph (1) is insufficient to cover the entire cost of the activity authorized under that paragraph, the Secretary concerned shall enter into a cost-sharing agreement with the Republic of Korea detailing the portion of the authorized activity that is to be funded with the contribution

WASHSTATEC007532

and identifying sufficient other funds to undertake the entire authorized activity.

(b) ESTABLISHMENT OF ACCOUNT.—Contributions accepted under subsection (a) shall be placed in an account established by the Secretary concerned and shall remain available until expended as provided in such subsection.

(c) NOTICE.—

(1) IN GENERAL.—Not later than 14 days before carrying out a project using contributions accepted under subsection (a) for which the estimated cost of the project will exceed the thresholds prescribed by section 2805 of title 10, United States Code, the Secretary concerned shall submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives—

(A) a written notice of the decision to carry out the project;

(B) a justification for the project; and

(C) the estimated cost of the project.

(2) NOTICE FOR PROJECTS THAT REQUIRE COST SHARING.—Not later than 14 days before carrying out a project using contributions accepted

under subsection (a) for which a cost-sharing agreement is entered into under paragraph (2) of such subsection, the Secretary concerned shall submit to the congressional defense committees in an electronic medium pursuant to section 480 of title 10, United States Code—

(A) a written notice of the acceptance of the contributions for the project;

(B) a copy of the Department of Defense Form 1391 for the project;

(C) the estimated cost of the project; and

(D) details on the cost-sharing agreement with the Republic of Korea.

(d) EXPIRATION OF PROJECT AUTHORITY.—

(1) IN GENERAL.—The authority to accept contributions and carry out projects under this section expires on September 30, 2030.

(2) CONTINUATION OF PROJECTS.—The expiration of authority under paragraph (1) does not prevent the continuation of any project commenced before the date specified in that paragraph.

(e) MUTUALLY BENEFICIAL.—A project described in subsection (a) shall be considered to be mutually beneficial if—

(1) the project is in support of a bilateral defense cooperation agreement between the United States and the Republic of Korea; or

(2) the Secretary concerned determines that the United States may derive a benefit from the project, including—

(A) access to and use of facilities of the military forces of the Republic of Korea;

(B) ability or capacity for future force posture; and

(C) increased interoperability between military forces of the Department of Defense and the Republic of Korea.

(f) SECRETARY CONCERNED DEFINED.—In this section, the term "Secretary concerned" has the meaning given that term in section 101(9) of title 10, United States Code.

**SEC. 2864. BLACK START EXERCISES AT MILITARY INSTALLATIONS.**

(a) REQUIREMENT.—Not later than September 30, 2020, the Secretary of Defense shall conduct a black start exercise at three military installations, at least one of which shall be a Joint Base. The exercises shall be conducted at installations at which such an exercise has not previously been conducted, for the purpose of identifying

any shortcomings in infrastructure, joint operations, joint coordination, and security that would result from a loss of power at the installation.

(b) REPORT.—Not later than June 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that contains a discussion of lessons learned from black start exercises conducted by the Secretary of Defense during the period beginning with the first such exercise and ending on December 31, 2019, including the three most recurring issues identified as a result of such exercises with respect to infrastructure, joint coordination efforts, and security.

(c) BLACK START EXERCISE DEFINED.—In this section, the term "black start exercise" means, with respect to a military installation, an exercise in which commercial utility power at the installation is dropped before backup generation assets start, for the purpose of—

(1) testing the ability of the backup systems to start, transfer the load, and carry the load until commercial power is restored;

(2) aligning stakeholders on critical energy requirements to meet mission requirements;

(3) validating mission operation plans, such as continuity of operations plans;

(4) identifying infrastructure interdependencies; and

(5) verifying backup electric power system performance.

**SEC. 2865. PILOT PROGRAM TO EXTEND SERVICE LIFE OF ROADS AND RUNWAYS UNDER THE JURISDICTION OF THE SECRETARY OF DEFENSE.**

(a) PILOT PROGRAM AUTHORIZED.—The Secretary of Defense, in consultation with the Secretary of Transportation, may carry out a pilot program to design, build, and test technologies, techniques, and materials in order to extend the service life of roads and runways under the jurisdiction of the Secretary of Defense.

(b) SCOPE.—The pilot program under subsection (a) shall include the following:

(1) The design, testing, and assembly of technologies and systems suitable for pavement applications.

(2) Research, development, and testing of pavement materials for use in different geographic areas in the United States.

(3) The design and procurement of platforms and equipment to test the performance, cost, feasibility, and effectiveness of the technologies, systems, and materials described in paragraphs (1) and (2).

(c) AWARD OF CONTRACTS OR GRANTS.—

(1) IN GENERAL.—The Secretary of Defense may carry out the pilot program under subsection (a) through the award of contracts or grants for the designing, building, or testing of technologies, techniques, and materials under the pilot program.

(2) MERIT-BASED SELECTION.—Any award of a contract or grant under the pilot program under subsection (a) shall be made using merit-based selection procedures.

(d) REPORT.—

(1) IN GENERAL.—Not later than two years after the commencement of the pilot program under subsection (a), the Secretary of Defense shall submit to the congressional defense committees a report on the pilot program.

(2) CONTENTS.—The report under paragraph (1) with respect to the pilot program shall include the following:

(A) An assessment of the effectiveness of activities under the pilot program in improving the service life of roads and runways under the jurisdiction of the Secretary.

(B) An analysis of the potential lifetime cost savings and reduction in energy demands

WASHSTATEC007538

associated with the extended service life of such roads and runways.

(e) TERMINATION OF AUTHORITY.—The pilot program under subsection (a) shall terminate on September 30, 2024.

**SEC. 2866. RESTRICTIONS ON REHABILITATION OF OVER-THE-HORIZON BACKSCATTER RADAR SYSTEM RECEIVING STATION, MODOC COUNTY, CALIFORNIA.**

(a) RESTRICTIONS.—Except as provided in subsection (b), the Secretary of the Air Force may not use any funds or resources of the Department of the Air Force to carry out the rehabilitation of the obsolete Over-the-Horizon Backscatter Radar System receiving station located in Modoc National Forest in the State of California.

(b) EXCEPTION FOR REMOVAL OF PERIMETER FENCE.—Notwithstanding subsection (a), the Secretary of the Air Force may use funds and resources of the Department of the Air Force—

(1) to remove the perimeter fence, which was treated with an arsenic-based weatherproof coating, surrounding the Over-the-Horizon Backscatter Radar System receiving station referred to in such subsection; and

(2) to carry out the mitigation of soil contamination associated with such fence.

(c) SUNSET.—The restrictions in subsection (a) shall terminate on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2025.

**SEC. 2867. DESIGNATION OF SUMPTER SMITH JOINT NATIONAL GUARD BASE.**

(a) DESIGNATION.—The Sumpter Smith Air National Guard Base in Birmingham, Alabama, shall after the date of the enactment of this Act be known and designated as the "Sumpter Smith Joint National Guard Base".

(b) REFERENCE.—Any reference in any law, regulation, map, document, paper, or other record of the United States to the installation referred to in subsection (a) shall be considered to be a reference to the Sumpter Smith Joint National Guard Base.

**SEC. 2868. SANTA YNEZ BAND OF CHUMASH INDIANS LAND AFFIRMATION.**

(a) SHORT TITLE.—This section may be cited as the "Santa Ynez Band of Chumash Indians Land Affirmation Act of 2019".

(b) FINDINGS.—Congress finds the following:

(1) On October 13, 2017, the General Council of the Santa Ynez Band of Chumash Indians voted

to approve the Memorandum of Agreement between the County of Santa Barbara and the Santa Ynez Band of Chumash Indians regarding the approximately 1,427.28 acres of land, commonly known as Camp 4, and authorized the Tribal Chairman to sign the Memorandum of Agreement.

(2) On October 31, 2017, the Board of Supervisors for the County of Santa Barbara approved the Memorandum of Agreement on Camp 4 and authorized the Chair to sign the Memorandum of Agreement.

(3) The Secretary of the Interior approved the Memorandum of Agreement pursuant to section 2103 of the Revised Statutes (25 U.S.C. 81).

(c) LAND TO BE TAKEN INTO TRUST.—

(1) IN GENERAL.—The approximately 1,427.28 acres of land in Santa Barbara County, CA described in paragraph (3), is hereby taken into trust for the benefit of the Tribe, subject to valid existing rights, contracts, and management agreements related to easements and rights-of-way.

(2) ADMINISTRATION.—

(A) ADMINISTRATION.—The land described in paragraph (3) shall be a part of the Santa Ynez Indian Reservation and administered in

accordance with the laws and regulations generally applicable to the land held in trust by the United States for an Indian tribe.

(B) EFFECT.—For purposes of certain California State laws (including the California Land Conservation Act of 1965, Government Code Section 51200, et seq.), placing the land described in paragraph (3) into trust shall remove any restrictions on the property pursuant to California Government Code Section 51295 or any other provision of such Act.

(3) LEGAL DESCRIPTION OF LANDS TRANSFERRED.—The lands to be taken into trust for the benefit of the Tribe pursuant to this Act are described as follows:

Legal Land Description/Site Location: Real property in the unincorporated area of the County of Santa Barbara, State of California, described as follows: PARCEL 1: (APN: 141–121–51 AND PORTION OF APN 141–140–10) LOTS 9 THROUGH 18, INCLUSIVE, OF TRACT 18, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN

RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01–105580 OF OFFICIAL RECORDS. PARCEL 2: (PORTION OF APN: 141–140–10) LOTS 1 THROUGH 12, INCLUSIVE, OF TRACT 24, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01–105581 OF OFFICIAL RECORDS. PARCEL 3: (PORTIONS OF APNS: 141–230–23 AND 141–140–10) LOTS 19 AND 20 OF TRACT 18 AND THAT PORTION OF LOTS 1, 2, 7, 8, 9, 10, AND 15 THROUGH 20, INCLUSIVE, OF TRACT 16, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA,

AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT LIES NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE LAND GRANTED TO THE STATE OF CALIFORNIA BY AN EXECUTOR'S DEED RECORDED APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF OFFICIAL RECORDS OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01–105582 OF OFFICIAL RECORDS. PARCEL 4: (APN: 141–240–02 AND PORTION OF APN: 141–140–10) LOTS 1 THROUGH 12, INCLUSIVE, OF TRACT 25, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT

TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01–105583 OF OFFICIAL RECORDS. PARCEL 5: (PORTION OF APN: 141–230–23) THAT PORTION OF LOTS 3 AND 6 OF TRACT 16, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT LIES NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE LAND GRANTED TO THE STATE OF CALIFORNIA BY AN EXECUTOR'S DEED RECORDED APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF OFFICIAL RECORDS OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01–105584 OF OFFICIAL RECORDS.

(4) RULES OF CONSTRUCTION.—Nothing in this section shall—

(A) enlarge, impair, or otherwise affect any right or claim of the Tribe to any land or interest in land that is in existence before the date of the enactment of this Act;

(B) affect any water right of the Tribe in existence before the date of the enactment of this Act; or

(C) terminate or limit any access in any way to any right-of-way or right-of-use issued, granted, or permitted before the date of the enactment of this Act.

(5) RESTRICTED USE OF TRANSFERRED LANDS.—The Tribe may not conduct, on the land described in paragraph (3) taken into trust for the Tribe pursuant to this section, gaming activities—

(A) as a matter of claimed inherent authority; or

(B) under any Federal law, including the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.) and regulations promulgated by the Secretary or the National Indian Gaming Commission under that Act.

(6) DEFINITIONS.—For the purposes of this subsection:

WASHSTATEC007546

(A) SECRETARY.—The term "Secretary" means the Secretary of the Interior.

(B) TRIBE.—The term "Tribe" means the Santa Ynez Band of Chumash Mission Indians.

**SEC. 2869. LANDS TO BE TAKEN INTO TRUST AS PART OF THE RESERVATION OF THE LYTTON RANCHERIA.**

(a) FINDINGS.—Congress finds the following:

(1) The Lytton Rancheria of California is a federally recognized Indian tribe that lost its homeland after its relationship to the United States was unjustly and unlawfully terminated in 1958. The Tribe was restored to Federal recognition in 1991, but the conditions of its restoration have prevented it from regaining a homeland on its original lands.

(2) Congress needs to take action to reverse historic injustices that befell the Tribe and that have prevented it from regaining a viable homeland for its people.

(3) Prior to European contact there were as many as 350,000 Indians living in what is now the State of California. By the turn of the 19th century, that number had been reduced to approximately 15,000 individuals, many of them homeless and living in scattered bands and communities.

WASHSTATEC007547

(4) The Lytton Rancheria's original homeland was purchased by the United States in 1926 pursuant to congressional authority designed to remedy the unique tragedy that befell the Indians of California and provide them with reservations called Rancherias to be held in trust by the United States.

(5) After the Lytton Rancheria lands were purchased by the United States, the Tribe settled on the land and sustained itself for several decades by farming and ranching.

(6) By the mid-1950s, Federal Indian policy had shifted back towards a policy of terminating the Federal relationship with Indian tribes. In 1958, Congress enacted the Rancheria Act of 1958 (72 Stat. 619), which slated 41 Rancherias in California, including the Lytton Rancheria, for termination after certain conditions were met.

(7) On August 1, 1961, the Federal Government terminated its relationship with the Lytton Rancheria. This termination was illegal because the conditions for termination under the Rancheria Act had never been met. After termination was implemented, the Tribe lost its lands and was left without any means of supporting itself.

WASHSTATEC007548

(8) In 1987, the Tribe joined three other tribes in a lawsuit against the United States challenging the illegal termination of their Rancherias. A Stipulated Judgment in the case, *Scotts Valley Band of Pomo Indians of the Sugar Bowl Rancheria* v. *United States*, No. C–86–3660 (N.D.Cal. March 22, 1991), restored the Lytton Rancheria to its status as a federally recognized Indian tribe.

(9) The Stipulated Judgment provides that the Lytton Rancheria would have the "individual and collective status and rights" which it had prior to its termination and expressly contemplated the acquisition of trust lands for the Lytton Rancheria.

(10) The Stipulated Judgment contains provisions, included at the request of the local county governments and neighboring landowners, that prohibit the Lytton Rancheria from exercising its full Federal rights on its original homeland in the Alexander Valley.

(11) In 2000, approximately 9.5 acres of land in San Pablo, California, was placed in trust status for the Lytton Rancheria for economic development purposes.

(12) The Tribe has since acquired, from willing sellers at fair market value, property in Sonoma

WASHSTATEC007549

County near the Tribe's historic Rancheria. This property, which the Tribe holds in fee status, is suitable for a new homeland for the Tribe.

(13) On a portion of the land to be taken into trust, which portion totals approximately 124.12 acres, the Tribe plans to build housing for its members and governmental and community facilities.

(14) A portion of the land to be taken into trust is being used for viniculture, and the Tribe intends to develop more of the lands to be taken into trust for viniculture. The Tribe's investment in the ongoing viniculture operation has reinvigorated the vineyards, which are producing high-quality wines. The Tribe is operating its vineyards on a sustainable basis and is working toward certification of sustainability.

(15) No gaming shall be conducted on the lands to be taken into trust by this section.

(16) No gaming shall be conducted on any lands taken into trust on behalf of the Tribe in Sonoma County after the date of the enactment of this Act.

(17) By directing that these lands be taken into trust, the United States will ensure that the Lytton Rancheria will finally have a permanently protected

WASHSTATEC007550

homeland on which the Tribe can once again live communally and plan for future generations. This action is necessary to fully restore the Tribe to the status it had before it was wrongfully terminated in 1961.

(18) The Tribe and County of Sonoma have entered into a Memorandum of Agreement as amended in 2018 in which the County agrees to the lands in the County being taken into trust for the benefit of the Tribe in consideration for commitments made by the Tribe.

(b) DEFINITIONS.—For the purpose of this section, the following definitions apply:

(1) COUNTY.—The term "County" means Sonoma County, California.

(2) SECRETARY.—The term "Secretary" means the Secretary of the Interior.

(3) TRIBE.—The term "Tribe" means the Lytton Rancheria of California.

(c) LANDS TO BE TAKEN INTO TRUST.—

(1) IN GENERAL.—The land owned by the Tribe and generally depicted on the map titled "Lytton Fee Owned Property to be Taken into Trust" and dated May 1, 2015, is hereby taken into trust for the benefit of the Tribe, subject to valid ex-

isting rights, contracts, and management agreements related to easements and rights-of-way.

(2) LANDS TO BE MADE PART OF THE RESERVATION.—Lands taken into trust under paragraph (1) shall be part of the Tribe's reservation and shall be administered in accordance with the laws and regulations generally applicable to property held in trust by the United States for an Indian tribe.

(d) GAMING.—

(1) LANDS TAKEN INTO TRUST UNDER THIS SECTION.—Lands taken into trust for the benefit of the Tribe under subsection (c) shall not be eligible for gaming under the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.).

(2) OTHER LANDS TAKEN INTO TRUST.—Lands taken into trust for the benefit of the Tribe in Sonoma County after the date of the enactment of this Act shall not be eligible for gaming under the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.).

(e) APPLICABILITY OF CERTAIN LAW.—Notwithstanding any other provision of law, the Memorandum of Agreement entered into by the Tribe and the County concerning taking land in the County into trust for the benefit

WASHSTATEC007552

of the Tribe, which was approved by the County Board of Supervisors on March 10, 2015, and any addenda and supplement or amendment thereto, is not subject to review or approval of the Secretary in order to be effective, including review or approval under section 2103 of the Revised Statutes (25 U.S.C. 81).

**SEC. 2870. LITTLE SHELL TRIBE OF CHIPPEWA INDIANS OF MONTANA.**

(a) FINDINGS.—Congress finds that—

(1) the Little Shell Tribe of Chippewa Indians is a political successor to signatories of the Pembina Treaty of 1863, under which a large area of land in the State of North Dakota was ceded to the United States;

(2) the Turtle Mountain Band of Chippewa of North Dakota and the Chippewa-Cree Tribe of the Rocky Boy's Reservation of Montana, which also are political successors to the signatories of the Pembina Treaty of 1863, have been recognized by the Federal Government as distinct Indian tribes;

(3) the members of the Little Shell Tribe continue to live in the State of Montana, as their ancestors have for more than 100 years since ceding land in the State of North Dakota as described in paragraph (1);

WASHSTATEC007553

(4) in the 1930s and 1940s, the Tribe repeatedly petitioned the Federal Government for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the "Indian Reorganization Act");

(5) Federal agents who visited the Tribe and Commissioner of Indian Affairs John Collier attested to the responsibility of the Federal Government for the Tribe and members of the Tribe, concluding that members of the Tribe are eligible for, and should be provided with, trust land, making the Tribe eligible for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the "Indian Reorganization Act");

(6) due to a lack of Federal appropriations during the Depression, the Bureau of Indian Affairs lacked adequate financial resources to purchase land for the Tribe, and the members of the Tribe were denied the opportunity to reorganize;

(7) in spite of the failure of the Federal Government to appropriate adequate funding to secure land for the Tribe as required for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the "Indian Reorganization Act"), the Tribe continued to exist as a sepa-

rate community, with leaders exhibiting clear political authority;

(8) the Tribe, together with the Turtle Mountain Band of Chippewa of North Dakota and the Chippewa-Cree Tribe of the Rocky Boy's Reservation of Montana, filed 2 law suits under the Act of August 13, 1946 (60 Stat. 1049) (commonly known as the "Indian Claims Commission Act"), to petition for additional compensation for land ceded to the United States under the Pembina Treaty of 1863 and the McCumber Agreement of 1892;

(9) in 1971 and 1982, pursuant to Acts of Congress, the tribes received awards for the claims described in paragraph (8);

(10) in 1978, the Tribe submitted to the Bureau of Indian Affairs a petition for Federal recognition, which is still pending as of the date of enactment of this Act; and

(11) the Federal Government, the State of Montana, and the other federally recognized Indian tribes of the State have had continuous dealings with the recognized political leaders of the Tribe since the 1930s.

(b) DEFINITIONS.—In this section:

(1) MEMBER.—The term "member" means an individual who is enrolled in the Tribe pursuant to subsection (f).

(2) SECRETARY.—The term "Secretary" means the Secretary of the Interior.

(3) TRIBE.—The term "Tribe" means the Little Shell Tribe of Chippewa Indians of Montana.

(c) FEDERAL RECOGNITION.—

(1) IN GENERAL.—Federal recognition is extended to the Tribe.

(2) EFFECT OF FEDERAL LAWS.—Except as otherwise provided in this section, all Federal laws (including regulations) of general application to Indians and Indian tribes, including the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the "Indian Reorganization Act"), shall apply to the Tribe and members.

(d) FEDERAL SERVICES AND BENEFITS.—

(1) IN GENERAL.—Beginning on the date of enactment of this Act, the Tribe and each member shall be eligible for all services and benefits provided by the United States to Indians and federally recognized Indian tribes, without regard to—

(A) the existence of a reservation for the Tribe; or

(B) the location of the residence of any member on or near an Indian reservation.

(2) SERVICE AREA.—For purposes of the delivery of services and benefits to members, the service area of the Tribe shall be considered to be the area comprised of Blaine, Cascade, Glacier, and Hill Counties in the State of Montana.

(e) REAFFIRMATION OF RIGHTS.—

(1) IN GENERAL.—Nothing in this section diminishes any right or privilege of the Tribe or any member that existed before the date of enactment of this Act.

(2) CLAIMS OF TRIBE.—Except as otherwise provided in this section, nothing in this section alters or affects any legal or equitable claim of the Tribe to enforce any right or privilege reserved by, or granted to, the Tribe that was wrongfully denied to, or taken from, the Tribe before the date of enactment of this Act.

(f) MEMBERSHIP ROLL.—

(1) IN GENERAL.—As a condition of receiving recognition, services, and benefits pursuant to this section, the Tribe shall submit to the Secretary, by not later than 18 months after the date of enactment of this Act, a membership roll consisting of the

name of each individual enrolled as a member of the Tribe.

(2) DETERMINATION OF MEMBERSHIP.—The qualifications for inclusion on the membership roll of the Tribe shall be determined in accordance with sections 1 through 3 of article 5 of the constitution of the Tribe dated September 10, 1977 (including amendments to the constitution).

(3) MAINTENANCE OF ROLL.—The Tribe shall maintain the membership roll under this subsection.

(g) ACQUISITION OF LAND.—

(1) HOMELAND.—The Secretary shall acquire, for the benefit of the Tribe, trust title to 200 acres of land within the service area of the Tribe to be used for a tribal land base.

(2) ADDITIONAL LAND.—The Secretary may acquire additional land for the benefit of the Tribe pursuant to section 5 of the Act of June 18, 1934 (25 U.S.C. 5108) (commonly known as the "Indian Reorganization Act").

**SEC. 2871. SENSE OF CONGRESS ON RESTORATION OF TYNDALL AIR FORCE BASE.**

It is the sense of Congress that the Secretary of the Air Force should—

(1) restore Tyndall Air Force Base to achieve military installation resilience, as defined in section 101(e)(8) of title 10, United States Code; and

(2) use innovative construction methods, materials, designs, and technologies in carrying out such restoration in order to achieve efficiencies, cost savings, resiliency, and capability, which may include—

(A) open architecture design to evolve with the national defense strategy; and

(B) efficient ergonomic enterprise for members of the Air Force in the 21st century.

# TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION

Subtitle A—Overseas Contingency Operations Military Construction

Sec. 2901. Authorized Army construction and land acquisition projects.
Sec. 2902. Authorized Navy construction and land acquisition projects.
Sec. 2903. Authorized Air Force construction and land acquisition projects.
Sec. 2904. Authorized Defense Agencies construction and land acquisition projects.
Sec. 2905. Authorization of appropriations.

Subtitle B—Emergency Military Construction

Sec. 2911. Authorization of emergency Navy construction and land acquisition projects.
Sec. 2912. Authorization of emergency Air Force construction and land acquisition projects.
Sec. 2913. Authorization of emergency Army National Guard construction and land acquisition projects.
Sec. 2914. Authorization of emergency Defense Agencies construction and land acquisition projects.
Sec. 2915. Authorization of emergency supplemental appropriations for military construction projects.

# Subtitle A—Overseas Contingency Operations Military Construction

### SEC. 2901. AUTHORIZED ARMY CONSTRUCTION AND LAND ACQUISITION PROJECTS.

(a) AUTHORIZATION.—Subject to subsection (b), the Secretary of the Army may acquire real property and carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:

**Army: Outside the United States**

| Country | Location | Amount |
|---|---|---|
| Cuba | Guantanamo Bay Naval Station | $33,800,000 |
| Worldwide Unspecified | European Deterrence Initiative: Various Locations | $78,412,000 |

(b) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Army shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.

WASHSTATEC007560

**SEC. 2902. AUTHORIZED NAVY CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) AUTHORIZATION.—Subject to subsection (b), the Secretary of the Navy may acquire real property and carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:

**Navy: Outside the United States**

| Country | Location | Amount |
|---|---|---|
| Bahrain | SW Asia | $53,360,000 |
| Italy | Sigonella | $77,400,000 |
| Spain | Rota | $69,570,000 |
| Worldwide Unspecified | European Deterrence Initiative: Various Locations | $36,211,000 |

(b) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.

**SEC. 2903. AUTHORIZED AIR FORCE CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) AUTHORIZATION.—Subject to subsection (b), the Secretary of the Air Force may acquire real property and

carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:

**Air Force: Outside the United States**

| Country | Location | Amount |
|---|---|---|
| Iceland | Keflavik | $57,000,000 |
| Jordan | Azraq | $66,000,000 |
| Spain | Moron | $8,500,000 |
| Worldwide Unspecified | European Deterrence Initiative: Various Locations | $211,211,000 |

(b) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.

**SEC. 2904. AUTHORIZED DEFENSE AGENCIES CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

The Secretary of Defense may acquire real property and carry out the military construction project for the installation outside the United States, and in the amount, set forth in the following table:

**Defense Agencies: Outside the United States**

| Country | Location | Amount |
|---|---|---|
| Germany | Gemersheim | $46,000,000 |

**SEC. 2905. AUTHORIZATION OF APPROPRIATIONS.**

Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for the military construction projects outside the United States authorized by this subtitle as specified in the funding table in section 4602.

# Subtitle B—Emergency Military Construction

**SEC. 2911. AUTHORIZATION OF EMERGENCY NAVY CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) NAVY AUTHORIZATION.—Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**Navy Authorization**

| State or Location | Installation or Location | Amount |
|---|---|---|
| California | Naval Air Weapons Station China Lake | $1,152,680,000 |
| North Carolina | Camp Lejeune | $627,747,000 |

WASHSTATEC007563

**Navy Authorization**—Continued

| State or Location | Installation or Location | Amount |
| --- | --- | --- |
| | Marine Corps Air Station Cherry Point | $66,551,000 |
| | NCAS New River | $465,822,000 |

(b) REPORT REQUIRED AS A CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a report containing a plan to carry out the military construction projects authorized by this section. The plan shall include an explanation of how each military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report required from the Secretary has been submitted.

**SEC. 2912. AUTHORIZATION OF EMERGENCY AIR FORCE CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) AIR FORCE AUTHORIZATION.—Subject to subsection (b), using amounts appropriated pursuant to the

authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Air Force may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**Air Force Authorization**

| State | Installation or Location | Amount |
|---|---|---|
| Florida | Tyndall Air Force Base | $1,500,200,000 |
| Nebraska | Offutt Air Force Base | $140,500,000 |
| Virginia | Joint Base Langley-Eustis | $31,000,000 |

(b) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report containing a plan to carry out the military construction projects authorized by this section. The plan shall include an explanation of how each military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for each proposed

project. The Secretary may not commence a project until the report required from the Secretary has been submitted.

**SEC. 2913. AUTHORIZATION OF EMERGENCY ARMY NATIONAL GUARD CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) ARMY NATIONAL GUARD AUTHORIZATION.—Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Army may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:

**Army National Guard Authorization**

| State | Location | Amount |
|---|---|---|
| Louisiana | Pineville | $16,500,000 |
| Nebraska | Ashland | $43,500,000 |

(b) REPORT REQUIRED AS CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of the enactment of this Act, the Secretary of the Army shall submit to the congressional defense committees a report containing a plan to carry out the military construction projects authorized by this section. The plan shall include an explanation of how each military construction project will incorporate mitigation measures that reduce the

WASHSTATEC007566

threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report required from the Secretary has been submitted.

**SEC. 2914. AUTHORIZATION OF EMERGENCY DEFENSE AGENCIES CONSTRUCTION AND LAND ACQUISITION PROJECTS.**

(a) DEFENSE AGENCIES AUTHORIZATION.—Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of Defense may acquire real property and carry out the military construction project for the installation inside the United States, and in the amount, set forth in the following table:

**Defense Agencies Authorization**

| State or Location | Installation or Location | Amount |
|---|---|---|
| North Carolina | Camp Lejeune | $75,313,000 |

(b) REPORT REQUIRED AS A CONDITION OF AUTHORIZATION.—Not later than 90 days after the date of

the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containing a plan to carry out the military construction project authorized by this section. The plan shall include an explanation of how the military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for the proposed project. The Secretary may not commence the project until the report required from the Secretary has been submitted.

**SEC. 2915. AUTHORIZATION OF EMERGENCY SUPPLEMENTAL APPROPRIATIONS FOR MILITARY CONSTRUCTION PROJECTS.**

Funds are hereby authorized to be appropriated for the Department of Defense for the military construction projects authorized by this subtitle as specified in the funding table in section 4603, in such amounts as may be designated as emergency requirements pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emer-

WASHSTATEC007568

gency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(i)).

# TITLE XXX—MILITARY HOUSING PRIVATIZATION REFORM

Sec. 3001. Definitions.

Subtitle A—Addition of New Reform Subchapter

Sec. 3011. Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing.
Sec. 3012. Designation of Chief Housing Officer for privatized military housing.
Sec. 3013. Additional requirements relating to contracts for privatized military housing.
Sec. 3014. Additional requirements relating to management of privatized military housing.
Sec. 3015. Consideration of contractor history in contracts for privatized military housing.
Sec. 3016. Additional improvements for management of privatized military housing.
Sec. 3017. Maintenance work order system for privatized military housing.
Sec. 3018. Access by tenants of privatized military housing to maintenance work order system.
Sec. 3019. Access by tenants to historical maintenance information for privatized military housing.
Sec. 3020. Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing.
Sec. 3021. Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard.
Sec. 3022. Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process.
Sec. 3023. Investigation of reports of reprisals relating to privatized military housing and congressional notification.
Sec. 3024. Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing.

Subtitle B—Other Amendatory Provisions

Sec. 3031. Installation of carbon monoxide detectors in military family housing.
Sec. 3032. Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing.
Sec. 3033. Treatment of breach of contract for privatized military housing.
Sec. 3034. Modification to requirements for window fall prevention devices in military family housing units.

WASHSTATEC007569

Sec. 3035. Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.
Sec. 3036. Modification of authority to make payments to lessors of privatized military housing.
Sec. 3037. Technical correction to definition used to make payments to lessors of privatized military housing.

Subtitle C—One-Time Reporting Requirements

Sec. 3041. Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.
Sec. 3042. Plans for creation of councils on privatized military housing.
Sec. 3043. Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.
Sec. 3044. Inspector General review of Department of Defense oversight of privatized military housing.
Sec. 3045. Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.

Subtitle D—Development of Housing Reform Standards and Processes

Sec. 3051. Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.
Sec. 3052. Tool for assessment of hazards in Department of Defense housing.
Sec. 3053. Process to identify and address environmental health hazards in Department of Defense housing.
Sec. 3054. Department of Defense policy on lead-based paint testing on military installations.
Sec. 3055. Standard for minimum credentials for health and environmental inspectors of privatized military housing.
Sec. 3056. Requirements relating to move-in, move-out, and maintenance of privatized military housing.
Sec. 3057. Standardized documentation, templates, and forms for privatized military housing.
Sec. 3058. Satisfaction survey for tenants of military housing.

Subtitle E—Other Housing Reform Matters

Sec. 3061. Radon testing of privatized military housing.
Sec. 3062. Mitigation of risks posed by certain items in military family housing units.
Sec. 3063. Suspension of Resident Energy Conservation Program and related programs for privatized military housing.
Sec. 3064. Department of the Army pilot program to build and monitor use of single family homes.

**SEC. 3001. DEFINITIONS.**

(a) DEFINITIONS GENERALLY.—In this title:

(1) The term "landlord" means an eligible entity that enters into, or has entered into, a contract as a partner with the Secretary concerned for the acquisition or construction of a housing unit under subchapter IV of chapter 169 of title 10, United States Code. The term includes any agent of the eligible entity or any subsequent lessor who owns, manages, or is otherwise responsible for a housing unit. The term does not include an entity of the Federal Government.

(2) The term "privatized military housing" means military housing provided under subchapter IV of chapter 169 of title 10, United States Code.

(3) The term "tenant" means a member of the armed forces, including a reserve component thereof in an active status, or a dependent of a member of the armed forces who resides at a housing unit, is a party to a lease for a housing unit, or is authorized to act on behalf of the member under subchapters IV and V of chapter 169 of title 10, United States Code, in the event of the assignment or deployment of a member.

(b) NEW AND REVISED TITLE 10 DEFINITIONS.—Section 2871 of title 10, United States Code, is amended—

(1) in paragraph (4), by adding at the end the following new sentence: ''The fact that an agreement between an eligible entity and the Secretary concerned is designated as an agreement rather than a contract shall not be construed to exclude the agreement from the term 'contract' for purposes of this subchapter and subchapter V.'';

(2) by redesignating paragraphs (7) and (8) as paragraphs (11) and (13), respectively;

(3) by inserting after paragraph (6) the following new paragraphs:

''(7) The term 'housing document' means a document developed by the Secretary of Defense under section 2890 of this title and known as the Military Housing Privatization Initiative Tenant Bill of Rights or the Military Housing Privatization Initiative Tenant Responsibilities.

''(8) The term 'housing unit' means a unit of family housing or military unaccompanied housing acquired or constructed under this subchapter.

''(9) The term 'incentive fees' means any amounts payable to a landlord for meeting or exceeding performance metrics as specified in a contract with the Department of Defense.

WASHSTATEC007572

"(10) The term 'landlord' means an eligible entity that enters into, or has entered into, a contract as a partner with the Secretary concerned for the acquisition or construction of a housing unit under this subchapter. The term includes any agent of the eligible entity or any subsequent lessor who owns, manages, or is otherwise responsible for a housing unit. The term does not include an entity of the Federal Government."; and

(4) by inserting after paragraph (11), as redesignated by paragraph (2) of this subsection, the following new paragraph:

"(12) The term 'tenant' means a member of the armed forces, including a reserve component thereof in an active status, or a dependent of a member of the armed forces who resides at a housing unit, is a party to a lease for a housing unit, or is authorized to act on behalf of the member under this subchapter and subchapter V of this chapter in the event of the assignment or deployment of a member.".

(c) CONFORMING AMENDMENTS TO EXISTING DEFINITIONS.—Section 2871 of title 10, United States Code, is further amended in paragraphs (1), (3), and (5) by striking "military" before "housing units".

# Subtitle A—Addition of New Reform Subchapter

**SEC. 3011. IMPROVED ACCOUNTABILITY AND OVERSIGHT OF PRIVATIZED MILITARY HOUSING AND PROTECTIONS AND RESPONSIBILITIES FOR TENANTS OF PRIVATIZED MILITARY HOUSING.**

(a) APPLICABILITY OF DEFINITIONS.—Section 2871 of title 10, United States Code, as amended by section 3001, is further amended in the matter preceding the paragraphs by inserting "and subchapter V of this chapter" after "this subchapter".

(b) MILITARY HOUSING PRIVATIZATION REFORMS.—Chapter 169 of title 10, United States Code, is amended by adding at the end the following new subchapter:

"SUBCHAPTER V—OVERSIGHT OF LANDLORDS AND PROTECTIONS AND RESPONSIBILITIES FOR TENANTS OF PRIVATIZED MILITARY HOUSING

**"§ 2890. Rights and responsibilities of tenants of housing units**

"(a) DEVELOPMENT OF TENANT BILL OF RIGHTS AND TENANT RESPONSIBILITIES DOCUMENTS.—(1) The Secretary of Defense shall develop two separate documents, to be known as the Military Housing Privatization

Initiative Tenant Bill of Rights and the Military Housing Privatization Initiative Tenant Responsibilities, for tenants of housing units.

"(2) The Secretary of each military department shall ensure that the housing documents are attached to each lease agreement for a housing unit.

"(3) The rights and responsibilities contained in the housing documents are not intended to be exclusive. The omission of a tenant right or responsibility shall not be construed to deny the existence of such a right or responsibility for tenants.

"(4) Each contract between the Secretary concerned and a landlord shall incorporate the housing documents and guarantee the rights and responsibilities of tenants who reside in housing units covered by the contract.

"(5) The Secretary of Defense shall develop the housing documents in coordination with the Secretaries of the military departments.

"(b) ELEMENTS OF TENANT BILL OF RIGHTS.—At a minimum, the Military Housing Privatization Initiative Tenant Bill of Rights shall address the following rights of tenants of housing units:

"(1) The right to reside in a housing unit and community that meets applicable health and environmental standards.

"(2) The right to reside in a housing unit that has working fixtures, appliances, and utilities and to reside in a community with well-maintained common areas and amenity spaces.

"(3) The right to be provided with a maintenance history of the prospective housing unit before signing a lease, as provided in section 2892a of this title.

"(4) The right to a written lease with clearly defined rental terms to establish tenancy in a housing unit, including any addendums and other regulations imposed by the landlord regarding occupancy of the housing unit and use of common areas.

"(5) The right to a plain-language briefing, before signing a lease and 30 days after move-in, by the installation housing office on all rights and responsibilities associated with tenancy of the housing unit, including information regarding the existence of any additional fees authorized by the lease, any utilities payments, the procedures for submitting and tracking work orders, the identity of the military tenant advocate, and the dispute resolution process.

"(6) The right to have sufficient time and opportunity to prepare and be present for move-in and

WASHSTATEC007576

move-out inspections, including an opportunity to obtain and complete necessary paperwork.

"(7) The right to report inadequate housing standards or deficits in habitability of the housing unit to the landlord, the chain of command, and housing management office without fear of reprisal or retaliation, as provided in subsection (e), including reprisal or retaliation in the following forms:

"(A) Unlawful recovery of, or attempt to recover, possession of the housing unit.

"(B) Unlawfully increasing the rent, decreasing services, or increasing the obligations of a tenant.

"(C) Interference with a tenant's right to privacy.

"(D) Harassment of a tenant.

"(E) Refusal to honor the terms of the lease.

"(F) Interference with the career of a tenant.

"(8) The right of access to a military tenant advocate, as provided in section 2894(b)(4) of this title, through the housing management office of the installation of the Department at which the housing unit is located.

"(9) The right to receive property management services provided by a landlord that meet or exceed industry standards and that are performed by professionally and appropriately trained, responsive, and courteous customer service and maintenance staff.

"(10) The right to have multiple, convenient methods to communicate directly with the landlord maintenance staff, and to receive consistently honest, accurate, straightforward, and responsive communications.

"(11) The right to have access to an electronic work order system through which a tenant may request maintenance or repairs of a housing unit and track the progress of the work.

"(12) With respect to maintenance and repairs to a housing unit, the right to the following:

"(A) Prompt and professional maintenance and repair.

"(B) To be informed of the required time frame for maintenance or repairs when a maintenance request is submitted.

"(C) In the case of maintenance or repairs necessary to ensure habitability of a housing unit, to prompt relocation into suitable lodging

or other housing at no cost to the tenant until the maintenance or repairs are completed.

"(13) The right to receive advice from military legal assistance on procedures involving mechanisms for resolving disputes with the property management company or property manager to include mediation, arbitration, and filing claims against a landlord.

"(14) The right to enter into a dispute resolution process, as provided in section 2894 of this title, should all other methods be exhausted and, in which case, a decision in favor of the tenant may include a reduction in rent or an amount to be reimbursed or credited to the tenant.

"(15) The right to have the tenant's basic allowance housing payments segregated and held in escrow, with approval of a designated commander, and not used by the property owner, property manager, or landlord pending completion of the dispute resolution process.

"(16) The right to have reasonable, advance notice of any entrance by a landlord, installation housing staff, or chain of command into the housing unit, except in the case of an emergency or abandonment of the housing unit.

WASHSTATEC007579

"(17) The right to not pay non-refundable fees or have application of rent credits arbitrarily held.

"(18) The right to expect common documents, forms, and processes for housing units will be the same for all installations of the Department, to the maximum extent applicable without violating local, State, and Federal regulations.

"(c) ELEMENTS OF TENANT RESPONSIBILITIES.—At a minimum, the Military Housing Privatization Initiative Tenant Responsibilities shall address the following responsibilities of tenants of housing units:

"(1) The responsibility to report in a timely manner any apparent environmental, safety, or health hazards of the housing unit to the landlord and any defective, broken, damaged, or malfunctioning building systems, fixtures, appliances, or other parts of the housing unit, the common areas, or related facilities.

"(2) The responsibility to maintain standard upkeep of the housing unit as instructed by the housing management office.

"(3) The responsibility to conduct oneself as a tenant in a manner that will not disturb neighbors, and to assume responsibility for one's actions and

those of a family member or guest in the housing unit or common areas.

"(4) The responsibility not to engage in any inappropriate, unauthorized, or criminal activity in the housing unit or common areas.

"(5) The responsibility to allow the landlord reasonable access to the rental home in accordance with the terms of the tenant lease agreement to allow the landlord to make necessary repairs in a timely manner.

"(6) The responsibility to read all lease-related materials provided by the landlord and to comply with the terms of the lease agreement, lease addenda, and any associated rules and guidelines.

"(d) SUBMISSION TO CONGRESS AND PUBLIC AVAILABILITY.—(1) As part of the budget submission for fiscal year 2021, and biennially thereafter, the Secretary of Defense shall submit the then-current housing documents to the congressional defense committees.

"(2) Any change made to a housing document must be submitted to Congress at least 30 days before the change takes effect.

"(3) Upon submission of a housing document under paragraph (1) or (2), the Secretary of Defense shall pub-

WASHSTATEC007581

lish the housing document on a publicly available Internet website of the Department of Defense.''.

(c) CLERICAL AMENDMENTS.—

(1) TABLE OF SECTIONS.—Subchapter V of chapter 169 of title 10, United States Code, as added by subsection (b), is amended by inserting after the subchapter heading the following table of sections:

Sec.
2890. Rights and responsibilities of tenants of housing units.
2890a. Chief Housing Officer.
2891. Requirements relating to contracts for provision of housing units.
2891a. Requirements relating to management of housing units.
2891b. Considerations of eligible entity housing history in contracts for privatized military housing.
2891c. Financial transparency.
2892. Maintenance work order system for housing units.
2892a. Access by tenants to historical maintenance information.
2892b. Prohibition on requirement to disclose personally identifiable information in electronic requests for maintenance.
2893. Treatment of incentive fees for landlords of housing units for failure to remedy health or environmental hazards.
2894. Landlord-tenant dispute resolution process and treatment of certain payments during process.
2894a. Complaint database.

(2) TABLE OF SUBCHAPTERS.—The table of subchapters at the beginning of chapter 169 of title 10, United States Code, is amended by inserting after the item relating to subchapter IV the following new item:

**"V. Oversight of Landlords and Protections and Responsibilities for Tenants of Privatized Military Housing ........ 2890.".**

**SEC. 3012. DESIGNATION OF CHIEF HOUSING OFFICER FOR PRIVATIZED MILITARY HOUSING.**

(a) DESIGNATION REQUIRED.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2890 of such title, as added by section 3011 and amended by sections 3023 and 3024, the following new section:

**"§ 2890a. Chief Housing Officer**

"(a) DESIGNATION.—(1) The Secretary of Defense shall designate, from among officials of the Department of Defense who are appointed by the President with the advice and consent of the Senate, a Chief Housing Officer who shall oversee housing units.

"(2) The official of the Department of Defense designated as Chief Housing Officer may be assigned duties in addition to the duties as Chief Housing Officer under subsection (b).

"(b) PRINCIPAL DUTIES.—(1) The Chief Housing Officer shall oversee all aspects of the provision of housing under subchapter IV and this subchapter, including the following:

"(A) Creation and standardization of policies and processes regarding housing units.

"(B) Oversight of the administration of any Department of Defense-wide policies regarding housing units, to include, in coordination with the Secre-

taries of the military departments, the housing documents developed pursuant to section 2890 of this title entitled Military Housing Privatization Initiative Tenant Bill of Rights and Military Housing Privatization Initiative Tenant Responsibilities.

"(2) The duties specified in paragraph (1) may not be further delegated.".

(b) NOTIFICATION OF DESIGNATION.—Not later than 60 days after the date of the enactment of this Act, the Secretary of Defense shall notify the congressional defense committees of the official of the Department of Defense designated as Chief Housing Officer under section 2890a of title 10, United States Code, as added by subsection (a). Any time the designation of Chief Housing Officer changes, the Secretary of Defense shall update the notification of the congressional defense committees within 30 days after the new designation.

**SEC. 3013. ADDITIONAL REQUIREMENTS RELATING TO CONTRACTS FOR PRIVATIZED MILITARY HOUSING.**

(a) IN GENERAL.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2890a of such title, as added by section 3012, the following new section:

WASHSTATEC007584

**"§ 2891. Requirements relating to contracts for provision of housing units**

"(a) In General.—The requirements of this section condition contracts entered into using the authorities provided to the Secretary concerned under section 2872 of this title and other authorities provided under subchapter IV of this chapter and this subchapter.

"(b) Exclusion of Certain Employees.—A landlord providing a housing unit shall prohibit any employee of the landlord who commits work-order fraud under the contract from doing any work under the contract.

"(c) Dispute Resolution Process.—Any decision the commander renders in favor of the tenant in the formal dispute resolution process established pursuant to section 2894 of this title will be taken into consideration in determining whether to pay or withhold all or part of any incentive fees for which a landlord may otherwise be eligible under the contract.

"(d) Responsibility for Certain Medical Costs.—

"(1) Reimbursement required under certain circumstances.—If the Secretary concerned finds that a landlord fails to maintain safe and sanitary conditions for a housing unit under the contract and that, subject to paragraph (2), these conditions result in a tenant of the housing unit receiving med-

WASHSTATEC007585

ical evaluations and treatment, the landlord shall be responsible for reimbursing the Department of Defense for any costs incurred by the Department to provide the medical evaluations and treatment to the tenant, whether such evaluations and treatment are provided in a military medical treatment facility or through the TRICARE provider network.

"(2) REVIEW PROCESS.—Before the Secretary concerned may submit a claim under paragraph (1) to a landlord for reimbursement of Department medical evaluation and treatment costs—

"(A) a military medical professional must determine that the tenant's medical conditions were caused by unsafe and unsanitary conditions of the housing unit; and

"(B) the documentation of the medical evaluation showing causation must be sent to the Director of the Defense Health Agency for review and approval.

"(3) UNIFORM PROCESSES AND PROCEDURES.—Not later than 180 days after the date of the enactment of this section, the Director of the Defense Health Agency shall develop and publish uniform processes and procedures to be used by medical providers in military medical treatment fa-

cilities to make determinations regarding whether environmental hazards within housing units serve as causative factors for medical conditions being evaluated and treated in military medical treatment facilities or through the TRICARE provider network.

"(e) RESPONSIBILITY FOR RELOCATION COSTS.—

"(1) PERMANENT RELOCATION.—A landlord providing a housing unit shall pay reasonable relocation costs associated with the permanent relocation of a tenant from the housing unit to a different housing due to health or environmental hazards—

"(A) present in the housing unit being vacated through no fault of the tenant; and

"(B) confirmed by the housing management office of the installation for which the housing unit is provided as making the unit uninhabitable or unable to be remediated safely while tenant occupies the housing unit.

"(2) TEMPORARY RELOCATION.—The landlord shall pay reasonable relocation costs and actual costs of living, including per diem, associated with the temporary relocation of a tenant to a different housing unit due to health or environmental hazards—

"(A) present in the housing unit being vacated through no fault of the tenant; and

"(B) confirmed by the housing management office of the installation as making the unit uninhabitable or unable to be remediated safely while tenant occupies the housing unit.

"(f) MAINTENANCE WORK ORDER SYSTEM.—A landlord providing a housing unit shall ensure that the maintenance work order system of the landlord (hardware and software) is up to date, including—

"(1) by providing a reliable mechanism through which a tenant may submit work order requests through an Internet portal and mobile application, which shall incorporate the ability to upload photos, communicate with maintenance personnel, and rate individual service calls;

"(2) by allowing real-time access to such system by officials of the Department at the installation, major subordinate command, and service-wide levels; and

"(3) by allowing the work order or maintenance ticket to be closed only once the tenant and the head of the housing management office of the installation sign off.

"(g) IMPLEMENTATION.—The Secretary concerned shall create such legal documents as may be necessary to carry out this section.".

(b) EFFECTIVE DATE.—The requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a), shall apply to appropriate legal documents entered into or renewed on or after the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing.

(c) RETROACTIVE LANDLORD AGREEMENTS.—

(1) IN GENERAL.—Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to accept the application of the requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a), to appropriate legal documents entered into or renewed before the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing

(2) SUBMITTAL OF LIST TO CONGRESS.—Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under paragraph (1) to accept the requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a).

(3) CONSIDERATION OF LACK OF AGREEMENT IN FUTURE CONTRACTS.—The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015,with respect to entering into or renewing any future contracts regarding privatized military housing.

**SEC. 3014. ADDITIONAL REQUIREMENTS RELATING TO MANAGEMENT OF PRIVATIZED MILITARY HOUSING.**

(a) IN GENERAL.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891 of such title, as added by section 3013, the following new section:

**"§ 2891a. Requirements relating to management of housing units**

"(a) IN GENERAL.—The Secretary of Defense shall ensure that each contract between the Secretary concerned and a landlord regarding the management of housing units for an installation of the Department of Defense includes the requirements set forth in this section.

WASHSTATEC007590

"(b) REQUIREMENTS FOR INSTALLATION COMMANDERS.—(1) The installation commander shall be responsible for—

"(A) reviewing, on an annual basis, the mold mitigation plan and pest control plan of each landlord managing housing units for the installation; and

"(B) notifying the landlord and the major subordinate command of any deficiencies found in either plan.

"(2) In response to a request by the head of the housing management office of an installation, the installation commander shall use the assigned bio-environmental personnel or contractor equivalent at the installation to test housing units for mold, unsafe water conditions, and other health and safety conditions

"(c) REQUIREMENTS FOR HOUSING MANAGEMENT OFFICE.—(1) The head of the housing management office of an installation shall be responsible for—

"(A) conducting a physical inspection of, and approving the habitability of, a vacant housing unit for the installation before the landlord managing the housing unit is authorized to offer the housing unit available for occupancy;

"(B) conducting a physical inspection of the housing unit upon tenant move-out; and

"(C) maintaining all test results relating to the health, environmental, and safety condition of the housing unit and the results of any inspection conducted by the housing management office, landlord, or third-party contractor for the life of the contract relating to that housing unit.

"(2) The head of the installation housing management office shall be provided a list of any move-out charges that a landlord seeks to collect from an outgoing tenant.

"(3) The head of the installation housing management office shall initiate contact with a tenant regarding the satisfaction of the tenant with the housing unit of the tenant not later than—

"(A) 15 days after move-in; and

"(B) 60 days after move-in.

"(d) REQUIREMENTS FOR LANDLORDS.—(1) The landlord providing a housing unit shall disclose to the Secretary of Defense any bonus structures offered for community managers and regional executives and any bonus structures relating to maintenance of housing units, in order to minimize the impact of those incentives on the operating budget of the installation for which the housing units are provided.

"(2) With respect to test results relating to the health and safety condition of a housing unit, the landlord providing the housing unit shall—

"(A) not later than three days after receiving the test results, share the results with the tenant of the housing unit and submit the results to the head of the installation housing management office; and

"(B) include with any environmental hazard test results a simple guide explaining those results, preferably citing standards set forth by the Federal Government relating to environmental hazards.

"(3) Before a prospective tenant signs a lease to occupy a housing unit, the landlord providing the housing unit shall conduct a walkthrough inspection of the housing unit—

"(A) for the prospective tenant; or

"(B) if the prospective tenant is not able to be present for the inspection, with an official of the housing management office designated by the prospective tenant to conduct the inspection on the tenant's behalf.

"(4) In the event that the installation housing management office determines that a housing unit does not meet minimum health, safety, and welfare standards set forth in Federal, State, and local law as a result of a

walkthrough inspection or an inspection conducted under subsection (c), the landlord providing the housing unit shall remediate any issues and make any appropriate repairs to the satisfaction of the housing management office and subject to another inspection by the housing management office.

"(5) A landlord providing a housing unit may not conduct any promotional events to encourage tenants to fill out maintenance comment cards or satisfaction surveys of any kind, without the approval of the chief of the housing management office.

"(6) A landlord providing a housing unit may not award an installation of the Department of Defense or an officer or employee of the Department a 'Partner of the Year award' or similar award.

"(7) A landlord providing a housing unit may not enter into any form of settlement, nondisclosure, or release of liability agreement with a tenant without—

"(A) first notifying the tenant of the tenant's right to assistance from the legal assistance office at the installation; and

"(B) not later than five days before entering into such settlement, nondisclosure, or release of liability agreement, providing a copy of the agreement

and terms to the Assistant Secretary of Defense for Sustainment.

"(8) A landlord providing a housing unit may not change the position of a prospective tenant on a waiting list for a housing unit or remove a prospective tenant from the waiting list in response to the prospective tenant turning down an offer for a housing unit, if the housing unit is determined unsatisfactory by the prospective tenant and the determination is confirmed by the housing management office and the installation commander.

"(9) A landlord providing a housing unit shall allow employees of the housing management office and other officers and employees of the Department to conduct—

"(A) with the permission of the tenant of the housing unit as appropriate, physical inspections of the housing unit; and

"(B) physical inspections of any common areas maintained by the landlord.

"(10) A landlord providing a housing unit shall agree to participate in the dispute resolution and payment-withholding processes established pursuant to section 2894 of this title.

"(11) A landlord providing a housing unit shall ensure that the needs of enrollees in the Exceptional Family Member Program, or any successor program, are consid-

WASHSTATEC007595

ered in assigning prospective tenants to housing units provided by the landlord.

"(12) A landlord providing a housing unit shall maintain an electronic work order system that enables access by the tenant to view work order history, status, and other relevant information, as required by section 2892 of this title.

"(13) A landlord providing a housing unit shall agree to have any agreements or forms to be used by the landlord approved by the Assistant Secretary of Defense for Sustainment, including the following:

"(A) A common lease agreement.

"(B) Any disclosure or nondisclosure forms that could be given to a tenant.

"(e) PROHIBITION AGAINST COLLECTION OF AMOUNTS IN ADDITION TO RENT.—(1) A landlord providing a housing unit may not impose on a tenant of the housing unit a supplemental payment, such as an out-of-pocket fee, in addition to the amount of rent the landlord charges for a unit of similar size and composition to the housing unit, without regard to whether or not the amount of the any basic allowance for housing under section 403 of title 37 the tenant may receive as a member of the armed forces is less than the amount of the rent.

"(2) Nothing in paragraph (1) shall be construed—

WASHSTATEC007596

"(A) to prohibit a landlord from imposing an additional payment—

"(i) for optional services provided to military tenants, such as access to a gym or a parking space;

"(ii) for non-essential utility services, as determined in accordance with regulations promulgated by the Secretary concerned; or

"(iii) to recover damages associated with tenant negligence, consistent with subsection (c)(2); or

"(B) to limit or otherwise affect the authority of the Secretary concerned to enter into rental guarantee agreements under section 2876 of this title or to make differential lease payments under section 2877 of this title, so long as such agreements or payments do not require a tenant to pay an out-of-pocket fee or payment in addition to the amount of the any basic allowance for housing under section 403 of title 37 the tenant may receive as a member of the armed forces.".

(b) MILITARY DEPARTMENT IMPLEMENTATION PLANS.—Not later than February 1, 2020, the Secretary of each military department shall submit to the congressional defense committees a plan for the implementation

WASHSTATEC007597

by that military department of section 2891a of title 10, United States Code, as added by subsection (a).

(c) Effective Date.—The requirements set forth in section 2891a of title 10, United States Code, as added by subsection (a), shall apply to appropriate legal documents entered into or renewed on or after the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing.

(d) Repeal of Replaced Provision.—

(1) Repeal.—Section 2886 of title 10, United States Code, is repealed.

(2) Clerical amendment.—The table of sections at the beginning of subchapter IV of chapter 169 of title 10, United States Code, is amended by striking the item relating to section 2886.

(e) Retroactive Landlord Agreements.—

(1) In general.—Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to accept the application of the requirements set forth in section 2891a of title 10, United States Code, as added by subsection (a), to appropriate legal documents entered into or renewed before the date of the enactment of this Act between

the Secretary of a military department and a landlord regarding privatized military housing

(2) SUBMITTAL OF LIST TO CONGRESS.—Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under paragraph (1) to accept the requirements set forth in section 2891a of title 10, United States Code, as added by subsection (a).

(3) CONSIDERATION OF LACK OF AGREEMENT IN FUTURE CONTRACTS.—The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015, with respect to entering into or renewing any future contracts regarding privatized military housing.

**SEC. 3015. CONSIDERATION OF CONTRACTOR HISTORY IN CONTRACTS FOR PRIVATIZED MILITARY HOUSING.**

Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891a of such title, as added by section 3014, the following new section:

**"§ 2891b. Considerations of eligible entity housing history in contracts for privatized military housing**

"(a) CONSIDERATION REQUIRED.—To assist in making a determination whether to enter into a new contract, or renew an existing contract, with an eligible entity, the Secretary of Defense shall develop a standard process by which the Secretary concerned may evaluate the past performance of the eligible entity for purposes of informing future decisions regarding the award of such a contract.

"(b) ELEMENTS OF PROCESS.—The process developed under subsection (a) shall include, at a minimum, consideration of the following:

"(1) Any history of the eligible entity of providing substandard housing.

"(2) The recommendation of the commander of the installation for which housing units will be provided under the contract.

"(3) The recommendation of the commander of any other installation for which the eligible entity has provided housing units.".

**SEC. 3016. ADDITIONAL IMPROVEMENTS FOR MANAGEMENT OF PRIVATIZED MILITARY HOUSING.**

(a) IMPROVED FINANCIAL TRANSPARENCY.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after

WASHSTATEC007600

section 2891b of such title, as added by section 3015, the following new section:

**"§ 2891c. Financial transparency**

"(a) SUBMISSION OF LANDLORD FINANCIAL INFORMATION.—(1) Not less frequently than annually, the Secretary of Defense shall require that each landlord submit to the Secretary a report providing information regarding all housing units provided by the landlord.

"(2) Information provided under paragraph (1) by a landlord shall include the following:

"(A) A comprehensive summary of the landlord's financial performance.

"(B) The amount of base management fees relating to all housing units provided by the landlord.

"(C) The amount of asset management fees relating to such housing units.

"(D) The amount of preferred return fees relating to such housing units.

"(E) The residual cashflow distributions relating to such housing units.

"(F) The amount of deferred fees or other fees relating to such housing units.

"(3) In this subsection:

"(A) The term 'base management fees' means the monthly management fees collected for services

WASHSTATEC007601

associated with accepting and processing rent payments, ensuring tenant rent payments, property inspections, maintenance management, and emergency maintenance calls.

"(B) the term 'asset management fees' means fees paid to manage a housing unit for the purpose of ensuring the housing unit is maintained in good condition and making repairs over the lifecycle of the housing unit.

"(C) the term 'preferred return fees' means fees associated with any claims on profits furnished to preferred investors with an interest in the housing unit.

"(D) the term 'residual cashflow distribution' means the steps a specific housing project takes to restructure after it is determined that the project is in an unacceptable financial condition.

"(E) the term 'deferred fee' means any fee that was not paid to a person in a calendar year in order to meet other financial obligations of the landlord.

"(b) AVAILABILITY OF INFORMATION ON USE OF INCENTIVE FEES.—(1) Not less frequently than annually, the Secretary of Defense shall publish, on a publicly accessible website, information regarding the use by the Sec-

WASHSTATEC007602

retary concerned of incentive fees to support contracts for the provision or management of housing units.

"(2) The information provided under paragraph (1) shall include, with respect to each contract, the following:

"(A) The applicable incentive fees.

"(B) The metrics used to determine the incentive fees.

"(C) Whether incentive fees were paid in full, or were withheld in part or in full, during the period covered by the release of information.

"(D) If any incentive fees were withheld, the reasons for such withholding.".

(b) ESTABLISHMENT AND AVAILABILITY OF COMPLAINT DATABASE.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2894 of such title, as added by section 3022, the following new section:

**"§ 2894a. Complaint database**

"(a) DATABASE REQUIRED.—The Secretary of Defense shall establish a database of complaints made regarding housing units.

"(b) PUBLIC AVAILABILITY.—The database shall be available to the public.

"(c) INCLUSION OF TENANT COMPLAINTS.—The Secretary of Defense shall permit a tenant of a housing

WASHSTATEC007603

unit to file a complaint regarding the housing unit for inclusion in the database.

"(d) INCLUSION OF CERTAIN INFORMATION.—(1) Information accessible in the database regarding a complaint shall include the following:

"(A) The name of the installation for which the housing unit is provided.

"(B) The name of the landlord responsible for the housing unit.

"(C) A description of the nature of the complaint.

"(2) The Secretary of Defense may not disclose personally identifiable information through the database.

"(e) RESPONSE BY LANDLORDS.—(1) The Secretary of Defense shall include in any contract with a landlord responsible for a housing unit a requirement that the landlord respond in a timely manner to any complaints included in the database that relate to the housing unit.

"(2) The Secretary shall include landlord responses in the database.".

(c) AUDITS OF FINANCIAL VIABILITY OF PRIVATIZED MILITARY HOUSING PARTNERSHIPS.—

(1) AUDITS REQUIRED.—The Comptroller General of the United States, in accordance with best audit practices, shall conduct an audit of the finan-

cial viability of each partnership for the provision of privatized military housing that the Comptroller General determines were impacted by extreme weather events or other natural disasters occurring during the 36-month period immediately preceding the date of the enactment of this Act.

(2) REQUIRED INFORMATION.—The audit under paragraph (1) shall assess the following:

(A) The appropriateness of existing insurance caps contained in contracts for privatized military housing.

(B) The structure of the cashflow waterfall, including the impact of expenses relating to disaster recovery.

(3) SUBMISSION TO CONGRESS.—Not later than February 1, 2021, the Comptroller General shall submit to the Secretary of Defense and the Committees on Armed Services of the Senate and the House of Representatives a report containing the results of the audit conducted under paragraph (1).

(d) ADDITIONAL INFORMATION IN CONGRESSIONAL REPORTS ON PRIVATIZED MILITARY HOUSING.—Section 2884(c) of title 10, United States Code, is amended by adding at the end the following new paragraphs:

"(7) An assessment of the condition of housing units based on the average age of those units and the estimated time until recapitalization.

"(8) An assessment of tenant complaints.

"(9) An assessment of maintenance response times and completion of maintenance requests.

"(10) An assessment of the dispute resolution process, which shall include a specific analysis of each denied tenant request to withhold rent payments and each instance in which the dispute resolution process resulted in a favorable outcome for the landlord.

"(11) An assessment of overall customer service for tenants.

"(12) A description of the results of any no-notice housing inspections conducted.

"(13) The results of any resident surveys conducted.

"(14) With regard to issues of lead-based paint in housing units, a summary of data relating to the presence of lead-based paint in such housing units, including the following by military department:

"(A) The total number of housing units containing lead-based paint.

"(B) A description of the reasons for the failure to inspect any housing unit that contains lead-based paint.

"(C) A description of all abatement or mitigation efforts completed or underway in housing units containing lead-based paint.

"(D) A certification as to whether military housing under the jurisdiction of the Secretary concerned complies with requirements relating to lead-based paint, lead-based paint activities, and lead-based paint hazards, as described in section 408 of the Toxic Substances Control Act (15 U.S.C. 2688).".

**SEC. 3017. MAINTENANCE WORK ORDER SYSTEM FOR PRIVATIZED MILITARY HOUSING.**

Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891c of such title, as added by section 3016(a), the following new section:

**"§ 2892. Maintenance work order system for housing units**

"(a) ELECTRONIC WORK ORDER SYSTEM REQUIRED.—The Secretary of Defense shall require that each landlord of a housing unit have an electronic work

order system to track all maintenance requests relating to the housing unit.

"(b) ACCESS BY DEPARTMENT PERSONNEL.—The Secretary of Defense shall require each landlord of a housing unit to provide access to the maintenance work order system of the landlord relating to the housing unit to the following persons:

"(1) Personnel of the housing management office at the installation for which the housing unit is provided.

"(2) Personnel of the installation and engineer command or center of the military department concerned.

"(3) Such other personnel of the Department of Defense as the Secretary determines necessary.".

**SEC. 3018. ACCESS BY TENANTS OF PRIVATIZED MILITARY HOUSING TO MAINTENANCE WORK ORDER SYSTEM.**

Section 2892 of title 10, United States Code, as added by section 3017, is amended by adding at the end the following new subsection:

"(c) ACCESS BY TENANTS.—The Secretary of Defense shall require each landlord of a housing unit to provide access to the maintenance work order system of the landlord relating to the housing unit to the tenant of the

WASHSTATEC007608

housing unit to permit the tenant, at a minimum, to track the status and progress of work orders for maintenance requests relating to the housing unit.''.

**SEC. 3019. ACCESS BY TENANTS TO HISTORICAL MAINTENANCE INFORMATION FOR PRIVATIZED MILITARY HOUSING.**

Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2892, as added by section 3017 and amended by section 3018, the following new section:

**"§ 2892a. Access by tenants to historical maintenance information**

"The Secretary concerned shall require each eligible entity or subsequent landlord that offers for lease a housing unit to provide to a prospective tenant of the housing unit, before the prospective tenant moves into the housing unit as a tenant, all information regarding maintenance conducted with respect to that housing unit for the previous seven years. In this section, the term 'maintenance' includes any renovations of the housing unit during such period.''.

WASHSTATEC007609

**SEC. 3020. PROHIBITION ON REQUIREMENT TO DISCLOSE PERSONALLY IDENTIFIABLE INFORMATION IN CERTAIN REQUESTS FOR MAINTENANCE OF PRIVATIZED MILITARY HOUSING.**

(a) IN GENERAL.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2892a of such title, as added by section 3019, the following new section:

**"§ 2892b. Prohibition on requirement to disclose personally identifiable information in requests for certain maintenance**

"A landlord responsible for a housing unit may not require the disclosure of personally identifiable information as a part of the submission of a request for maintenance regarding a housing unit or common area when the disclosure of personally identifiable information is not needed to identify the location at which such maintenance will be performed.".

(b) EFFECTIVE DATE.—The prohibition in section 2892b of title 10, United States Code, as added by subsection (a), shall take effect on the date that is one year after the date of the enactment of this Act.

**SEC. 3021. TREATMENT OF INCENTIVE FEES FOR LANDLORDS OF PRIVATIZED MILITARY HOUSING FOR FAILURE TO REMEDY A HEALTH OR ENVIRONMENTAL HAZARD.**

Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2892b of such title, as added by section 3020, the following new section:

**"§ 2893. Treatment of incentive fees for landlords of housing units for failure to remedy health or environmental hazards**

"The Secretary concerned shall not approve the payment of incentive fees otherwise authorized to be paid to a landlord that the Secretary determines has demonstrated a propensity for failing to remedy, or failing to remedy in a timely manner, a health or environmental hazard at a housing unit provided by the landlord.".

**SEC. 3022. DISPUTE RESOLUTION PROCESS FOR LANDLORD-TENANT DISPUTES REGARDING PRIVATIZED MILITARY HOUSING AND REQUESTS TO WITHHOLD PAYMENTS DURING DISPUTE RESOLUTION PROCESS.**

(a) IN GENERAL.—Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2893 of such title, as added by section 3021, the following new section:

WASHSTATEC007611

**"§ 2894. Landlord-tenant dispute resolution process and treatment of certain payments during process**

"(a) PROCESS REQUIRED; PURPOSE.—The Secretary concerned shall implement a standardized formal dispute resolution process to ensure the prompt and fair resolution of disputes that arise between landlords providing housing units and tenants residing in housing units concerning maintenance and repairs, damage claims, rental payments, move-out charges, and such other issues relating to housing units as the Secretary determines appropriate.

"(b) PROCESS ELEMENTS.—(1) The dispute resolution process shall include the process by which a tenant may request that certain payments otherwise authorized to be paid to a landlord are withheld, as provided in subsection (e).

"(2) The process shall designate the installation or regional commander in charge of oversight of housing units as the deciding authority under the dispute resolution process.

"(3) The Secretary concerned shall establish a standardized mechanism and forms by which a tenant of a housing unit may submit, through online or other means, a request for resolution of a landlord-tenant dispute through the dispute resolution process.

"(4) The Secretary shall ensure that, in preparing a request described in paragraph (3), a tenant has access to advice and assistance from a military housing advocate employed by the military department concerned or a military legal assistance attorney under section 1044 of this title.

"(5) The Secretary concerned shall minimize costs to tenants for participation in the dispute resolution process.

"(c) RESOLUTION PROCESS.—(1) Not later than 24 hours after receiving a request from a tenant for resolution of a landlord-tenant dispute through the dispute resolution process, the Secretary concerned shall—

"(A) notify the tenant that the request has been received;

"(B) transmit a copy of the request to the installation or regional commander (as the case may be), housing management office responsible for the housing unit, and the landlord of the housing unit; and

"(C) if the request includes a request to withhold payments under subsection (e),initiate the process under such subsection.

"(2) For purposes of conducting an assessment necessary to render a decision under the dispute resolution process, both the landlord and representatives of the in-

WASHSTATEC007613

stallation housing management office may access the housing unit at a time and for a duration mutually agreed upon amongst the parties.

"(3) Not later than seven days after the date on which the request was received by the installation housing management office shall complete an investigation that includes a physical inspection and transmit the results of the investigation to the installation or regional commander (as the case may be).

"(4) Before making any decision with respect to a dispute under the dispute resolution process, the commander shall certify that the commander has solicited recommendations or information relating to the dispute from the following persons:

"(A) The chief of the installation housing management office.

"(B) A representative of the landlord for the housing unit.

"(C) The tenant submitting the request for dispute resolution.

"(D) A qualified judge advocate or civilian attorney who is a Federal employee.

"(E) If the dispute involves maintenance or another facilities-related matter, a civil engineer.

"(5)(A) The commander shall make a decision with respect to a request under the dispute resolution process not later than 30 days after the request was submitted.

"(B) The commander may take longer than such 30-day period in limited circumstances as determined by the Secretary of Defense, but in no case shall such a decision be made more than 60 days after the request was submitted.

"(6) A final decision will be transmitted to the tenant and landlord no later than 30 days from initial receipt by the office of the commander, except as provided in paragraph (5)(B).

"(7) The decision shall include instructions for distribution of any funds that were withheld under subsection (e) and such instructions for the landlord for further remediation as the commander considers necessary.

"(8) The decision by the commander under this subsection shall be final.

"(d) EFFECT OF FAILURE TO COMPLY WITH DECISION.—If the landlord responsible for the housing unit does not remediate the issues in a manner consistent with the instructions contained in the decision rendered under subsection (c) and within a reasonable period of time, as provided in the decision, any amounts payable to the landlord for the housing unit shall be reduced by 10 percent

WASHSTATEC007615

for each period of five days during which the issues remain unremediated.

"(e) REQUEST TO WITHHOLD PAYMENTS DURING RESOLUTION PROCESS.—(1) As part of the submission of a request for resolution of a landlord-tenant dispute through the dispute resolution process, the tenant may request that all or part of the payments described in paragraph (2) for lease of the housing unit be withheld from the landlord of the housing unit during the period in which—

"(A) the landlord has not met maintenance guidelines and procedures established by the Department of Defense, either through contract or otherwise; or

"(B) the housing unit is uninhabitable according to State and local law for the jurisdiction in which the housing unit is located.

"(2) Paragraph (1) applies to the following:

"(A) Any basic allowance for housing payable to the tenant (including for any dependents of the tenant in the tenant's household) under section 403 of title 37.

"(B) All or part of any pay of a tenant subject to allotment as described in section 2882(c) of this title.

"(3) Upon the submission of a request by a tenant under this subsection and under such procedures as the Secretary of Defense shall establish, the Defense Finance and Accounting Service or such other appropriate office of the Department of Defense as the Secretary shall specify for purposes of such procedures, shall tentatively grant the request and hold any amounts withheld in escrow with notice to the landlord until the conclusion of the dispute resolution process.

"(f) DISCLOSURE OF RIGHTS.—(1) Each housing management office of the Department of Defense shall disclose in writing to each new tenant of a housing unit, upon the signing of the lease for the housing unit, the tenant's rights under this section and the procedures under this section for submitting a request for resolution of a landlord-tenant dispute through the dispute resolution process, including the ability to submit a request to withhold payments during the resolution process.

"(2) The Secretary of Defense shall ensure that each lease entered into with a tenant for a housing unit clearly expresses, in a separate addendum, the dispute resolution procedures.

"(g) RULE OF CONSTRUCTION ON USE OF OTHER ADJUDICATIVE BODIES.—Nothing in this section or any other provision of law shall be construed to prohibit a ten-

ant of a housing unit from pursuing a claim against a landlord in any adjudicative body with jurisdiction over the housing unit or the claim.''.

(b) MODIFICATION OF DEFINITION OF MILITARY LEGAL ASSISTANCE.—Section 1044(d)(3)(B) of title 10, United States Code, is amended by striking "and 1565b(a)(1)(A)" and inserting "1565b(a)(1)(A), and 2894(b)(4)".

(c) TIMING OF ESTABLISHMENT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish the dispute resolution process required under section 2894 of title 10, United States Code, as added by subsection (a).

(d) LANDLORD AGREEMENTS.—

(1) IN GENERAL.—Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to participate in the dispute resolution and payment-withholding processes required under section 2894 of title 10, United States Code, as added by subsection (a).

(2) SUBMITTAL OF LIST TO CONGRESS.—Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under

WASHSTATEC007618

paragraph (1) to participate in the dispute resolution and payment-withholding processes.

(3) CONSIDERATION OF LACK OF AGREEMENT IN FUTURE CONTRACTS.—The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015,with respect to entering into or renewing any future contracts regarding privatized military housing.

**SEC. 3023. INVESTIGATION OF REPORTS OF REPRISALS RELATING TO PRIVATIZED MILITARY HOUSING AND CONGRESSIONAL NOTIFICATION.**

Section 2890 of title 10, United States Code, as added by section 3011, is amended by inserting after subsection (d) the following new subsection:

"(e) INVESTIGATION OF REPORTS OF REPRISALS.—(1) The Assistant Secretary of Defense for Sustainment shall investigate all reports of reprisal against a member of the armed forces for reporting an issue relating to a housing unit.

"(2) If the Assistant Secretary of Defense for Sustainment determines under paragraph (1) that landlord has retaliated against a member of the armed forces

for reporting an issue relating to a housing unit, the Assistant Secretary shall—

"(A) provide initial notice to the Committees on Armed Services of the Senate and the House of Representatives as soon as practicable after making that determination; and

"(B) following that initial notice, provide an update to such committees every 30 days thereafter until such time as the Assistant Secretary has taken final action with respect to the retaliation.

"(3) The Assistant Secretary of Defense for Sustainment shall carry out this subsection in coordination with the Secretary of the military department concerned.".

**SEC. 3024. PROHIBITION ON USE OF NONDISCLOSURE AGREEMENTS IN CONNECTION WITH LEASES OF PRIVATIZED MILITARY HOUSING.**

(a) NONDISCLOSURE AGREEMENTS PROHIBITED.—Section 2890 of title 10, United States Code, as added by section 3011, is amended by inserting after subsection (e), as added by section 3023, the following new subsection:

"(f) PROHIBITION ON USE OF NONDISCLOSURE AGREEMENTS.—(1) A tenant or prospective tenant of a housing unit may not be required to sign a nondisclosure

agreement in connection with entering into, continuing, or terminating a lease for the housing unit. Any such agreement against the interests of the tenant is invalid.

"(2) Paragraph (1) shall not apply to a nondisclosure agreement executed as part of the settlement of litigation.".

(b) IMPLEMENTATION.—The Secretary of Defense and the Secretaries of the military departments shall promulgate such regulations as may be necessary to give full force and effect to subsection (f) of section 2890 of title 10, United States Code, as added by subsection (a).

(c) RETROACTIVE APPLICATION OF AMENDMENT.—Subsection (f) of section 2890 of title 10, United States Code, as added by subsection (a), shall apply with respect to any nondisclosure agreement covered by the terms of such subsection (f) regardless of the date on which the agreement was executed.

## Subtitle B—Other Amendatory Provisions

### SEC. 3031. INSTALLATION OF CARBON MONOXIDE DETECTORS IN MILITARY FAMILY HOUSING.

Section 2821 of title 10, United States Code, is amended by adding at the end the following new subsection:

WASHSTATEC007621

"(e) The Secretary concerned shall provide for the installation and maintenance of an appropriate number of carbon monoxide detectors in each unit of military family housing under the jurisdiction of the Secretary.".

**SEC. 3032. AUTHORITY TO FURNISH CERTAIN SERVICES IN CONNECTION WITH USE OF ALTERNATIVE AUTHORITY FOR ACQUISITION AND IMPROVEMENT OF MILITARY HOUSING.**

Section 2872a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:

"(13) Street sweeping.

"(14) Tree trimming and removal.".

**SEC. 3033. TREATMENT OF BREACH OF CONTRACT FOR PRIVATIZED MILITARY HOUSING.**

(a) IN GENERAL.—Subchapter IV of chapter 169 of title 10, United States Code, is amended by inserting after section 2872a the following new section:

**"§ 2872b. Treatment of breach of contract**

"(a) RESPONSE TO MATERIAL BREACH.—In the case of a material breach of contract under this subchapter by a party to the contract, the Secretary concerned shall use the authorities available to the Secretary, including withholding amounts to be paid under the contract, to encourage the party to cure the breach.

WASHSTATEC007622

"(b) RESCINDING OF CONTRACT.—If a material breach of the contract is not cured in a timely manner, as determined by the Secretary concerned, the Secretary may—

"(1) rescind the contract pursuant to the terms of the contract; and

"(2) prohibit the offending party from entering into a new contract or undertaking expansions of other existing contracts, or both, with the Secretary under this subchapter.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of subchapter IV of chapter 169 of title 10, United States Code, is amended by inserting after the item relating to section 2872a the following new item:

"2872b. Treatment of breach of contract.".

**SEC. 3034. MODIFICATION TO REQUIREMENTS FOR WINDOW FALL PREVENTION DEVICES IN MILITARY FAMILY HOUSING UNITS.**

(a) FALL PREVENTION DEVICE REQUIREMENTS.—Section 2879(a) of title 10, United States Code, is amended—

(1) in paragraph (1), by striking "that protect against unintentional window falls by young children and that are in compliance with applicable International Building Code (IBC) standards" and inserting "described in paragraph (3)";

WASHSTATEC007623

(2) in paragraph (2)—

(A) in subparagraph (A), by striking "December 11, 2017" and inserting "October 1, 2019"; and

(B) in subparagraph (B), by striking "September 1, 2018" and inserting "October 1, 2019"; and

(3) by adding at the end the following new paragraph:

"(3) FALL PREVENTION DEVICE DESCRIBED.—A fall prevention device is a window screen or guard that complies with applicable standards in ASTM standard F2090–13 (or any successor standard).".

(b) MODIFICATION TO WINDOW DESCRIPTION.—Section 2879(c) of title 10, United States Code, is amended by striking "24" and inserting "42".

(c) CONFORMING AMENDMENT.—Section 2879(b)(1) of title 10, United States Code, is amended by striking "paragraph (1)" and inserting "paragraph (3)".

**SEC. 3035. EXPANSION OF DIRECT HIRE AUTHORITY FOR DEPARTMENT OF DEFENSE FOR CHILDCARE SERVICES PROVIDERS FOR DEPARTMENT CHILD DEVELOPMENT CENTERS TO INCLUDE DIRECT HIRE AUTHORITY FOR INSTALLATION MILITARY HOUSING OFFICE PERSONNEL.**

(a) IN GENERAL.—Section 559 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1406; 10 U.S.C. 1792 note) is amended—

(1) in subsection (a)—

(A) in the matter preceding paragraph (1), by inserting ", and individuals to fill vacancies in installation military housing offices," after "childcare services providers";

(B) in paragraph (1), by inserting "or for employees at installation military housing offices" before the semicolon; and

(C) in paragraph (2), by inserting "or for installation military housing office employees" before the period;

(2) by redesignating subsection (f) as subsection (g); and

(3) by inserting after subsection (e) the following new subsection (f):

WASHSTATEC007625

"(f) INSTALLATION MILITARY HOUSING OFFICE DEFINED.—The term 'installation military housing office' means any office whose primary function is performing day-to-day supervision of military housing covered by subchapter IV of chapter 169 of title 10, United States Code.".

(b) HEADING AND TECHNICAL AMENDMENTS.—

(1) HEADING AMENDMENT.—The heading of such section is amended to read as follows:

**"SEC. 559. DIRECT HIRE AUTHORITY FOR DEPARTMENT OF DEFENSE FOR CHILDCARE SERVICES PROVIDERS FOR DEPARTMENT CHILD DEVELOPMENT CENTERS AND EMPLOYEES AT INSTALLATION MILITARY HOUSING OFFICES.".**

(2) TECHNICAL AMENDMENT.—Subsection (d) of such section is amended by striking "Oversight and Government Reform" and inserting "Oversight and Reform".

(c) USE OF EXISTING REGULATIONS.—The Secretary of Defense shall use the authority in section 559 of the National Defense Authorization Act for Fiscal Year 2018 granted by the amendments made by this section in a manner consistent with the regulations prescribed for purposes of such section 559 pursuant to subsection (b)

WASHSTATEC007626

of such section 559, without the need to prescribe separate regulations for the use of such authority.

**SEC. 3036. MODIFICATION OF AUTHORITY TO MAKE PAYMENTS TO LESSORS OF PRIVATIZED MILITARY HOUSING.**

(a) MODIFICATION OF PAYMENT AUTHORITY.—Subsection (a) of section 606 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1795; 10 U.S.C. 2871 note) is amended to read as follows:

"(a) USE OF FUNDS IN CONNECTION WITH MHPI.—

"(1) PAYMENTS TO LESSORS GENERALLY.—

"(A) PAYMENT AUTHORITY.—Each month beginning with the first month after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary of a military department shall use funds, in an amount determined under subparagraph (B), to make payments to lessors of covered housing in the manner provided by this subsection, as in effect on the day before the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.

WASHSTATEC007627

"(B) CALCULATION OF MONTHLY PAYMENTS.—For purposes of making payments under subparagraph (A) for a month, the Secretary of the military department concerned shall determine the amount equal to 2.5 percent of the aggregate of the amounts calculated under section 403(b)(3)(A)(i) of title 37, United States Code, for covered housing under the jurisdiction of the Secretary for that month.

"(2) ADDITIONAL PAYMENTS TO LESSORS RESPONSIBLE FOR UNDERFUNDED PROJECTS.—

"(A) PAYMENT AUTHORITY.—Each month beginning with the first month after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary of a military department shall use funds, in an amount determined under subparagraph (B), to make additional payments to certain lessors responsible for underfunded MHPI housing projects identified pursuant to subparagraph (C) for the purposes of future sustainment, recapitalization, and financial sustainability of the projects.

"(B) CALCULATION OF MONTHLY PAYMENTS.—For purposes of making payments

under subparagraph (A) for a month, the Secretary of the military department concerned shall determine the amount equal to 2.5 percent of the aggregate of the amounts calculated under section 403(b)(3)(A)(i) of title 37, United States Code, for covered housing under the jurisdiction of the Secretary for that month.

"(C) IDENTIFICATION OF UNDERFUNDED PROJECTS.—The Chief Housing Officer of the Department of Defense, in conjunction with the Secretaries of the military departments, shall assess MHPI housing projects for the purpose of identifying all MHPI housing projects that are underfunded. Once identified, the Chief Housing Officer shall prioritize for payments under subparagraph (A) those MHPI housing projects most in need of funding to rectify such underfunding.

"(3) ALTERNATIVE AUTHORITY IN EVENT OF LACK OF UNDERFUNDED PROJECTS.—

"(A) IN GENERAL.—Subject to subparagraph (B), if the Chief Housing Officer determines that no MHPI housing projects for a military department require additional funding under paragraph (2) for a month, the Secretary

WASHSTATEC007629

of the military department concerned, in consultation with the Chief Housing Officer, may allocate the funds otherwise available to the Secretary under such paragraph for that month to support improvements designed to enhance the quality of life of members of the uniformed services and their families who reside in MHPI housing.

"(B) CONDITIONS.—Before the Secretary of a military department may allocate funds as authorized by subparagraph (A), the Chief Housing Officer shall certify to the Committees on Armed Services of the Senate and the House of Representatives that there are no MHPI housing projects for the military department require additional funding under paragraph (2). The certification shall include sufficient details to show why no projects are determined to need the additional funds.

"(4) BRIEFING REQUIRED.—Not later than March 1, 2020, and each year thereafter, the Secretary of Defense shall provide a briefing to the Committee on Armed Services of the Senate and the House of Representatives detailing the expenditure of funds under paragraphs (2) and (3), the MHPI

WASHSTATEC007630

housing projects receiving funds under such paragraphs, and any other information the Secretary considers relevant.''.

(b) EFFECTIVE DATE.—The amendment made by this section shall take effect on the date of the enactment of this Act and shall apply with respect to months beginning after that date.

**SEC. 3037. TECHNICAL CORRECTION TO DEFINITION USED TO MAKE PAYMENTS TO LESSORS OF PRIVATIZED MILITARY HOUSING.**

Paragraph (3) of section 606(d) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 1796; 10 U.S.C. 2871 note) is amended to read as follows:

"(3) The term 'MHPI housing' means housing procured, acquired, constructed, or for which any phase or portion of a project agreement was first finalized and signed, under the alternative authority of subchapter IV of chapter 169 of title 10, United States Code (known as the Military Housing Privatization Initiative), on or before September 30, 2014.''.

## Subtitle C—One-Time Reporting Requirements

### SEC. 3041. REPORT ON CIVILIAN PERSONNEL SHORTAGES FOR APPROPRIATE OVERSIGHT OF MANAGEMENT OF MILITARY HOUSING CONSTRUCTED OR ACQUIRED USING ALTERNATIVE AUTHORITY FOR ACQUISITION AND IMPROVEMENT OF MILITARY HOUSING.

(a) REPORT.—Not later than six months after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall submit to the congressional defense committees a report containing the following:

(1) An evaluation of the extent to which shortages in the number of civilian personnel performing oversight functions at Department of Defense housing management offices or assigned to housing-related functions at headquarters levels contribute to problems regarding the management of privatized military housing.

(2) Recommendations to address such personnel shortages—

(A) to eliminate problems regarding the management of privatized military housing;

(B) to ensure oversight of the partner's execution of the housing agreement and the delivery of all requirements in accordance with implementing guidance provided by the Secretaries of the military departments;

(C) to improve oversight of and expedite the work-order process; and

(D) to facilitate a positive experience for members of the Armed Forces and their dependents who reside in privatized military housing.

(b) PERSONNEL RECOMMENDATIONS.—As part of the recommendations required by subsection (a)(2), the Secretary of Defense shall identify the following:

(1) The number of additional personnel who are required, the installation and headquarter locations at which they will be employed, the employment positions they will fill, and the duties they will perform, including a breakdown of duty requirements by function, such as oversight, home inspectors, and maintenance.

(2) The number of such additional personnel already hired as of the date on which the report is submitted and their duty locations and the timeline

WASHSTATEC007633

for employing the remaining required personnel identified under paragraph (1).

(3) The estimated cost of employing the additional required personnel identified under paragraph (1).

**SEC. 3042. PLANS FOR CREATION OF COUNCILS ON PRIVATIZED MILITARY HOUSING.**

(a) PLANS REQUIRED.—Not later than February 1, 2020, the Assistant Secretary of each military department shall submit to the congressional defense committees a plan for the creation within the military department concerned of a council on privatized military housing for the purposes of maintaining adequate oversight of the military housing program and serving as a mechanism to identify and resolve problems regarding privatized military housing.

(b) PLAN ELEMENTS.—The plan for a military department shall include—

(1) an implementation schedule for the creation the council on privatized military housing;

(2) proposed members of the council, which shall include, at a minimum, the Assistant Secretary concerned and a representative from the installation housing offices and the civil engineering community; and

WASHSTATEC007634

(3) the planned frequency of council meetings.

**SEC. 3043. PLAN FOR ESTABLISHMENT OF DEPARTMENT OF DEFENSE JURISDICTION OVER OFF-BASE PRIVATIZED MILITARY HOUSING.**

(a) PLAN REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan to establish jurisdiction by the Department of Defense for law enforcement and other specified purposes, concurrently with local community law enforcement, at locations with privatized military housing that is not located on an installation of the Department of Defense.

(b) CONSULTATION.—The Secretary of Defense shall prepare the plan in consultation with the Secretaries of the military departments.

**SEC. 3044. INSPECTOR GENERAL REVIEW OF DEPARTMENT OF DEFENSE OVERSIGHT OF PRIVATIZED MILITARY HOUSING.**

Not later than one year after the date of the enactment of this Act, and annually thereafter until 2022, the Inspector General of the Department of Defense shall—

(1) conduct, at not less than three military installations, a review of the oversight by the Secretary of Defense of privatized military housing at such installations; and

(2) make publicly available on a website of the Department a summary of the results of the review.

**SEC. 3045. INFORMATION ON LEGAL SERVICES PROVIDED TO MEMBERS OF THE ARMED FORCES HARMED BY HEALTH OR ENVIRONMENTAL HAZARDS AT MILITARY HOUSING.**

(a) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the legal services that the Secretary may provide to members of the Armed Forces who have been harmed by a health or environmental hazard while living in military housing.

(b) AVAILABILITY OF INFORMATION.—The Secretary of the military department concerned shall make the information contained in the report submitted under subsection (a) available to members of the Armed Forces at all installations of the Department of Defense in the United States.

WASHSTATEC007636

## Subtitle D—Development of Housing Reform Standards and Processes

**SEC. 3051. UNIFORM CODE OF BASIC STANDARDS FOR PRIVATIZED MILITARY HOUSING AND PLAN TO CONDUCT INSPECTIONS AND ASSESSMENTS.**

(a) UNIFORM CODE.—Not later than February 1, 2021, the Secretary of Defense shall establish and implement a uniform code of basic housing standards for safety, comfort, and habitability for privatized military housing, which shall meet or exceed requirements informed by a nationally recognized, consensus-based, model property maintenance code.

(b) INSPECTION AND ASSESSMENT PLAN.—Not later than February 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a Department of Defense plan to contract with qualified home inspectors to conduct a thorough inspection and assessment of the structural integrity and habitability of each unit of privatized military housing. The plan shall include the implementation plan for the uniform code to be established under subsection (a).

(c) IMPLEMENTATION OF INSPECTIONS AND ASSESSMENTS.—

(1) IMPLEMENTATION.—Not later than February 1, 2021, the Secretary of the military department concerned shall commence conducting inspections and assessments of units of privatized military housing pursuant to the plan submitted under subsection (b) to identify issues and ensure compliance with applicable housing codes, including the uniform code established under subsection (a).

(2) REPORT.—Not later than March 1, 2021, the Secretary of Defense shall submit to the congressional defense committees a report on the findings of the inspections and assessments conducted under paragraph (1).

(d) QUALIFIED HOME INSPECTORS DESCRIBED.—For purposes of this section, a qualified home inspector must possess the appropriate credentials for the work the inspector will perform, as defined by the respective State in which the work will be performed. A qualified home inspector may not be an employee or in a fiduciary relationship with—

(1) the Federal Government; or

(2) an individual or entity who owns or manages privatized military housing.

**SEC. 3052. TOOL FOR ASSESSMENT OF HAZARDS IN DEPARTMENT OF DEFENSE HOUSING.**

(a) HAZARD ASSESSMENT TOOL.—

(1) DEVELOPMENT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop an assessment tool, such as a rating system or similar mechanism, to identify and measure health and safety hazards in housing under the jurisdiction of the Department of Defense (including privatized military housing).

(2) COMPONENTS.—The assessment tool shall provide for the identification and measurement of the following hazards:

(A) Physiological hazards, including dampness and mold growth, lead-based paint, asbestos and manmade fibers, radiation, biocides, carbon monoxide, and volatile organic compounds.

(B) Psychological hazards, including ease of access by unlawful intruders, and lighting issues.

(C) Infection hazards.

(D) Safety hazards.

(3) PUBLIC FORUMS.—In developing the assessment tool, the Secretary of Defense shall provide for multiple public forums at which the Secretary may

WASHSTATEC007639

receive input with respect to such assessment tool from occupants of housing under the jurisdiction of the Department of Defense (including privatized military housing).

(4) REPORT.—Not later than 210 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the assessment tool.

(b) HAZARD ASSESSMENTS.—

(1) ASSESSMENTS REQUIRED.—Not later than one year after the date of the enactment of this Act, the Secretary of Defense, using the assessment tool developed under subsection (a)(1), shall complete a hazard assessment for each housing facility under the jurisdiction of the Department of Defense (including privatized military housing).

(2) TENANT INFORMATION.—As soon as practicable after the completion of the hazard assessment conducted for a housing facility under paragraph (1), the Secretary of Defense shall provide to each individual who leases or is assigned to a housing unit in the facility a summary of the results of the assessment.

**SEC. 3053. PROCESS TO IDENTIFY AND ADDRESS ENVIRONMENTAL HEALTH HAZARDS IN DEPARTMENT OF DEFENSE HOUSING.**

(a) PROCESS REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall develop a process to identify, record, and resolve environmental health hazards in housing under the jurisdiction of the Department of Defense (including privatized housing) in a timely manner.

(b) ELEMENTS OF PROCESS.—The process developed under subsection (a) shall provide for the following with respect to each identified environmental health hazard:

(1) Categorization of the hazard.

(2) Identification of health risks posed by the hazard.

(3) Identification of the number of housing occupants potentially affected by the hazard.

(4) Recording and maintenance of information regarding the hazard.

(5) Resolution of the hazard, which shall include—

(A) the performance by the Secretary of Defense (or in the case of privatized housing, the landlord) of hazard remediation activities at the affected facility; and

(B) follow-up by the Secretary of Defense to collect information on medical care related to the hazard sought or received by individuals affected by the hazard.

(c) COORDINATION.—The Secretary of Defense shall ensure coordination between military treatment facilities, appropriate public health officials, and housing managers at military installations with respect to the development and implementation of the process required by subsection (a).

(d) REPORT.—Not later than 210 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the process required by subsection (a).

**SEC. 3054. DEPARTMENT OF DEFENSE POLICY ON LEAD-BASED PAINT TESTING ON MILITARY INSTALLATIONS.**

(a) ACCESS AND TESTING POLICY.—Not later than February 1, 2020, the Secretary of Defense shall establish a policy under which the Secretary of the military department concerned may permit a qualified individual to access a military installation for the purpose of conducting testing for the presence of lead-based paint on the installation.

(b) TRANSMISSION OF RESULTS.—

(1) INSTALLATIONS INSIDE THE UNITED STATES.—In the case of military installations located inside the United States, the results of any testing for lead-based paint on a military installation shall be transmitted the following:

(A) The civil engineer of the installation.

(B) The housing management office of the installation.

(C) The public health organization on the installation.

(D) The major subordinate command of the Armed Force with jurisdiction over the installation.

(E) If required by law, any relevant Federal, State, and local agencies.

(2) INSTALLATIONS OUTSIDE THE UNITED STATES.—In the case of military installations located outside the United States, the results of any testing for lead-based paint on a military installation shall be transmitted to the civil engineer or commander of the installation who shall transmit those results to the major subordinate command of the Armed Force with jurisdiction over the installation.

(c) DEFINITIONS.—In this section:

(1) The term "United States" has the meaning given that term in section 101(a)(1) of title 10, United States Code.

(2) The term "qualified individual" means an individual who is certified by the Environmental Protection Agency or by a State as—

(A) a lead-based paint inspector; or

(B) a lead-based paint risk assessor.

**SEC. 3055. STANDARD FOR MINIMUM CREDENTIALS FOR HEALTH AND ENVIRONMENTAL INSPECTORS OF PRIVATIZED MILITARY HOUSING.**

(a) DEVELOPMENT AND SUBMISSION OF STANDARD.—Not later than February 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that contains a standard for minimum credentials to be used throughout the Department of Defense for all inspectors of health and environmental hazards at privatized military housing, including inspectors contracted by the Department.

(b) INCLUSION OF CATEGORIES FOR SPECIFIC ENVIRONMENTAL HAZARDS.—The standard submitted under subsection (a) shall include categories for specific environmental hazards such as lead, mold, and radon.

WASHSTATEC007644

**SEC. 3056. REQUIREMENTS RELATING TO MOVE-IN, MOVE-OUT, AND MAINTENANCE OF PRIVATIZED MILITARY HOUSING.**

(a) MOVE-IN AND MOVE-OUT CHECKLIST.—

(1) CHECKLIST REQUIRED.—The Secretary of Defense shall develop a uniform move-in and move-out checklist for use by landlords providing privatized military housing and by tenants of such housing.

(2) REQUIRED MOVE-IN ELEMENT.—A tenant who will occupy a unit of privatized military housing is entitled to be present for an inspection of the housing unit before accepting occupancy of the housing unit to ensure that the unit is habitable and that facilities and common areas of the building are in good repair.

(3) REQUIRED MOVE-OUT ELEMENT.—A tenant of a unit of privatized military housing is entitled to be present for the move-out inspection of the housing unit and must be given sufficient time to address any concerns related to the tenant's occupancy of the housing unit.

(b) MAINTENANCE CHECKLIST.—The Secretary of Defense shall—

(1) develop a uniform checklist to be used by housing management offices to validate the comple-

tion of all maintenance work related to health and safety issues at privatized military housing; and

(2) require that all maintenance issues and work orders related to health and safety issues at privatized military housing be reported to the commander of the installation for which the housing is provided.

(c) CONSULTATION.—The Secretary of Defense shall carry out this section in consultation with the Secretaries of the military departments.

(d) DEADLINE.—The uniform checklists required by this section shall be completed not later than 60 days after the date of the enactment of this Act.

**SEC. 3057. STANDARDIZED DOCUMENTATION, TEMPLATES, AND FORMS FOR PRIVATIZED MILITARY HOUSING.**

(a) DEVELOPMENT REQUIRED.—

(1) IN GENERAL.—The Secretary of Defense shall develop standardized documentation, templates, and forms for use throughout the Department of Defense with respect to privatized military housing. In developing such documentation, templates, and forms, the Secretary shall ensure that, to the maximum extent practicable, the documentation, tem-

WASHSTATEC007646

plates, and forms do not conflict with applicable State and local housing regulations.

(2) INITIAL GUIDANCE.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall issue guidance for the development of the following:

(A) Policies and standard operating procedures of the Department for privatized military housing.

(B) A universal lease agreement for privatized military housing that includes—

(i) the documents developed pursuant to section 2890 of title 10, United States Code, as added by section 3011, entitled Military Housing Privatization Initiative Tenant Bill of Rights and Military Housing Privatization Initiative Tenant Responsibilities; and

(ii) any lease addendum required by the law of the State in which the unit of privatized military housing is located.

(3) CONSULTATION.—The Secretary of Defense shall carry out this subsection in consultation with the Secretaries of the military departments.

(b) MILITARY DEPARTMENT PLANS.—Not later than February 1, 2020, the Secretary of each military department shall submit to the congressional defense committees a plan for the implementation of this section by that military department.

**SEC. 3058. SATISFACTION SURVEY FOR TENANTS OF MILITARY HOUSING.**

(a) SURVEY REQUIRED.—Not later than March 1, 2020, the Secretary of Defense shall require that each installation of the Department of Defense use the same satisfaction survey for tenants of military housing, including privatized military housing.

(b) FORM OF SURVEY.—The satisfaction survey required by subsection (a) shall be an electronic survey with embedded privacy and security mechanisms.

(c) PRIVACY AND SECURITY MECHANISMS.—The privacy and security mechanisms used in the satisfaction survey required by subsection (a)—

(1) may include a code unique to the tenant to be surveyed that is sent to the cell phone number of the tenant and required to be entered to access the survey; and

(2) in the case of privatized military housing, shall ensure the survey is not shared with the landlord providing the privatized military housing until

WASHSTATEC007648

the survey is reviewed and the results are tallied by Department of Defense personnel.

## Subtitle E—Other Housing Reform Matters

**SEC. 3061. RADON TESTING OF PRIVATIZED MILITARY HOUSING.**

(a) REPORT.—Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report identifying the installations of the Department of Defense that have privatized military housing that should be monitored for levels of radon at or above the action level.

(b) TESTING PROCEDURES AND STANDARDS.—The Secretaries of the military departments shall ensure that landlords providing privatized military housing at installations identified under subsection (a) establish testing procedures that are consistent with then current national consensus standards and are in compliance with applicable Federal, State, and local radon regulations in order to ensure radon levels are below recommended levels established by the Environmental Protection Agency, whether through—

(1) regular testing of privatized military housing by persons who possess certification pursuant to the proficiency program operated under section

305(a)(2) of the Toxic Substances Control Act (15 U.S.C. 2665(a)(2)); or

(2) the installation of monitoring equipment in privatized military housing.

(c) NOTIFICATION REGARDING NEED FOR MITIGATION.—If, as a result of testing described in subsection (b), a unit of privatized military housing needs radon mitigation to ensure radon levels are below recommended levels, the landlord providing the housing unit shall submit to the Secretary of the military department concerned, not later than seven days after the determination of the need for radon mitigation, the mitigation plan for the housing unit.

**SEC. 3062. MITIGATION OF RISKS POSED BY CERTAIN ITEMS IN MILITARY FAMILY HOUSING UNITS.**

(a) ANCHORING OF ITEMS BY RESIDENTS.—The Secretary of Defense shall allow a resident of a military family housing unit to anchor any furniture, television, or large appliance to the wall of the unit for purposes of preventing such item from tipping over without incurring a penalty or obligation to repair the wall upon vacating the unit.

(b) ANCHORING OF ITEMS FOR ALL UNITS.—

(1) EXISTING UNITS.—Not later than one year after the date of the enactment of this Act, the Sec-

WASHSTATEC007650

retary of Defense shall ensure that all freestanding chests, door chests, armoires, dressers, entertainment centers, bookcases taller than 27 inches, televisions, and large appliances provided by the Department of Defense are securely anchored in each furnished military family housing unit under the jurisdiction of the Department as of the date of the enactment of this Act.

(2) NEW UNITS.—The Secretary of Defense shall ensure that all freestanding chests, door chests, armoires, dressers, entertainment centers, bookcases taller than 27 inches, televisions, and large appliances provided by the Department of Defense are securely anchored in each furnished military family housing unit made available after the date of the enactment of this Act.

**SEC. 3063. SUSPENSION OF RESIDENT ENERGY CONSERVATION PROGRAM AND RELATED PROGRAMS FOR PRIVATIZED MILITARY HOUSING.**

(a) SUSPENSION REQUIRED.—The Secretary of Defense shall suspend the initiative of the Department of Defense known as the Resident Energy Conservation Program and instruct the Secretary of each military department to suspend any program carried out by such Secretary that measures the energy usage for individual units

WASHSTATEC007651

of privatized military housing on installations of the Department of Defense.

(b) TERM OF SUSPENSION.—Subject to subsection (c), the suspension required by subsection (a) shall remain in effect for an installation of the Department of Defense until the Secretary of Defense certifies to the congressional defense committees that 100 percent of the privatized military housing on the installation is individually metered to each respective unit of privatized military housing on the installation military housing unit and the meter accurately measures the energy usage of the unit.

(c) TERMINATION.—If the Secretary of Defense is unable to make the certification required by subsection (b) for an installation of the Department of Defense before the end of the two-year period beginning on the date of the enactment of this Act, each program suspended pursuant to subsection (a) at that installation shall terminate at the end of such period.

**SEC. 3064. DEPARTMENT OF THE ARMY PILOT PROGRAM TO BUILD AND MONITOR USE OF SINGLE FAMILY HOMES.**

(a) IN GENERAL.—The Secretary of the Army shall carry out a pilot program to build and monitor the use of not fewer than five single family homes for members of the Army and their families.

WASHSTATEC007652

(b) LOCATION.—The Secretary of the Army shall carry out the pilot program at no less than two installations of the Army located in different climate regions of the United States as determined by the Secretary.

(c) DESIGN.—In building homes under the pilot program, the Secretary of the Army shall use the All-American Abode design from the suburban single-family division design by the United States Military Academy.

# DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS

## TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

### Subtitle A—National Security Programs and Authorizations

Sec. 3101. National Nuclear Security Administration.
Sec. 3102. Defense environmental cleanup.
Sec. 3103. Other defense activities.
Sec. 3104. Nuclear energy.

### Subtitle B—Program Authorizations, Restrictions, and Limitations

Sec. 3111. Personnel matters at National Nuclear Security Administration.
Sec. 3112. Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.
Sec. 3113. Office of Cost Estimating and Program Evaluation.
Sec. 3114. Clarification of certain Stockpile Responsiveness Program objectives.
Sec. 3115. Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities.
Sec. 3116. Modification to certain requirements relating to plutonium pit production capacity.
Sec. 3117. Annual certification of shipments to Waste Isolation Pilot Plant.
Sec. 3118. Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development.
Sec. 3119. Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement.
Sec. 3120. Implementation of common financial reporting system for nuclear security enterprise.
Sec. 3121. Limitation relating to reclassification of high-level waste.

WASHSTATEC007653

Sec. 3122. National Laboratory Jobs ACCESS Program.

Subtitle C—Reports and Other Matters

Sec. 3131. Civil penalties for violations of certain whistleblower protections.
Sec. 3132. Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile.
Sec. 3133. Repeal of requirement for review relating to enhanced procurement authority.
Sec. 3134. Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000.
Sec. 3135. Replacement of W78 warhead.
Sec. 3136. Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.
Sec. 3137. Assessment of high energy density physics.
Sec. 3138. Determination of effect of treaty obligations with respect to producing tritium.
Sec. 3139. Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.

# TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

## Subtitle A—National Security Programs and Authorizations

### SEC. 3101. NATIONAL NUCLEAR SECURITY ADMINISTRATION.

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for the activities of the National Nuclear Security Administration in carrying out programs as specified in the funding table in section 4701.

(b) AUTHORIZATION OF NEW PLANT PROJECTS.—From funds referred to in subsection (a) that are available for carrying out plant projects, the Secretary of Energy

may carry out new plant projects for the National Nuclear Security Administration as follows:

Project 20–D–931, KL Fuel Development Laboratory, Knolls Atomic Power Laboratory, Schenectady, New York, $23,700,000.

General Purpose Project, PF–4 Power and Communications Systems Upgrade, Los Alamos National Laboratory, Los Alamos, New Mexico, $16,000,000.

**SEC. 3102. DEFENSE ENVIRONMENTAL CLEANUP.**

(a) AUTHORIZATION OF APPROPRIATIONS.—Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for defense environmental cleanup activities in carrying out programs as specified in the funding table in section 4701.

(b) AUTHORIZATION OF NEW PLANT PROJECTS.—From funds referred to in subsection (a) that are available for carrying out plant projects, the Secretary of Energy may carry out, for defense environmental cleanup activities, the following new plant projects:

Project 20–D–401, Saltstone Disposal Units numbers 10, 11, and 12, Savannah River Site, Aiken, South Carolina, $1,000,000.

WASHSTATEC007655

Project 20–D–402, Advanced Manufacturing Collaborative, Savannah River Site, Aiken, South Carolina, $50,000,000.

Project 20–U–401, On-Site Waste Disposal Facility (Cell Lines 2 and 3), Portsmouth Site, Pike County, Ohio, $10,000,000.

**SEC. 3103. OTHER DEFENSE ACTIVITIES.**

Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for other defense activities in carrying out programs as specified in the funding table in section 4701.

**SEC. 3104. NUCLEAR ENERGY.**

Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for nuclear energy as specified in the funding table in section 4701.

## Subtitle B—Program Authorizations, Restrictions, and Limitations

**SEC. 3111. PERSONNEL MATTERS AT NATIONAL NUCLEAR SECURITY ADMINISTRATION.**

(a) PERSONNEL LEVELS OF THE OFFICE OF THE ADMINISTRATOR FOR NUCLEAR SECURITY.—

(1) PERSONNEL LEVELS.—

(A) INCREASE.—Subsection (a) of section 3241A of the National Nuclear Security Admin-

istration Act (50 U.S.C. 2441a) is amended by striking "1,690" both places it appears and inserting "1,890".

(B) TECHNICAL AMENDMENTS.—Such subsection is further amended—

(i) in paragraph (1), by striking "By October 1, 2015, the" and inserting "The"; and

(ii) in paragraph (2), by striking "2016" and inserting "2020".

(2) REPORTS ON SERVICE SUPPORT CONTRACTS.—Subsection (f) of such section is amended—

(A) in the matter preceding paragraph (1), by striking "as of the date of the report" and inserting "for the most recent fiscal year for which data are available"; and

(B) by striking paragraph (5) and inserting the following new paragraphs:

"(5) With respect to each contract identified under paragraph (2)—

"(A) identification of each appropriations account that supports the contract; and

"(B) the amount obligated under the contract during the fiscal year, listed by each such account.

"(6) With respect to each appropriations account identified under paragraph (5)(A), the total amount obligated for contracts identified under paragraph (2).".

(b) INCREASE IN CONTRACTING, PROGRAM MANAGEMENT, SCIENTIFIC, ENGINEERING, AND TECHNICAL POSITIONS.—Section 3241 of the National Nuclear Security Administration Act (50 U.S.C. 2441) is amended in the first sentence by striking "600" and inserting "800".

**SEC. 3112. ESTIMATION OF COSTS OF MEETING DEFENSE ENVIRONMENTAL CLEANUP MILESTONES REQUIRED BY CONSENT ORDERS.**

(a) IN GENERAL.—Subtitle A of title XLIV of the Atomic Energy Defense Act (50 U.S.C. 2581 et seq.) is amended by adding at the end the following new section:

**"SEC. 4409. ESTIMATION OF COSTS OF MEETING DEFENSE ENVIRONMENTAL CLEANUP MILESTONES REQUIRED BY CONSENT ORDERS.**

"The Secretary of Energy shall include in the budget justification materials submitted to Congress in support of the Department of Energy budget for each fiscal year (as submitted with the budget of the President under sec-

WASHSTATEC007658

tion 1105(a) of title 31, United States Code) a report on the cost, for that fiscal year and the four fiscal years following that fiscal year, of meeting milestones required by a consent order at each defense nuclear facility at which defense environmental cleanup activities are occurring. The report shall include, for each such facility—

"(1) a specification of the cost of meeting such milestones during that fiscal year; and

"(2) an estimate of the cost of meeting such milestones during the four fiscal years following that fiscal year.".

(b) CLERICAL AMENDMENT.—The table of contents for the Atomic Energy Defense Act is amended by inserting after the item relating to section 4408 the following new item:

"Sec. 4409. Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.".

**SEC. 3113. OFFICE OF COST ESTIMATING AND PROGRAM EVALUATION.**

(a) REPORTING.—Section 3221(b)(1) of the National Nuclear Security Administration Act (50 U.S.C. 2411(b)(1)) is amended by adding at the end the following new sentence: "The Director shall report directly to the Administrator.".

(b) BRIEFING.—Not later than 180 days after the date of the enactment of this Act, the Administrator for

WASHSTATEC007659

Nuclear Security shall provide to the congressional defense committees a briefing on the plan of the Administrator to fully staff the Office of Cost Estimating and Program Evaluation of the National Nuclear Security Administration pursuant to section 3221(f) of the National Nuclear Security Administration Act (50 U.S.C. 2411(f)).

**SEC. 3114. CLARIFICATION OF CERTAIN STOCKPILE RESPONSIVENESS PROGRAM OBJECTIVES.**

Section 4220(c) of the Atomic Energy Defense Act (50 U.S.C. 2538b(c)) is amended—

(1) in paragraph (3), by striking "capabilities required, including prototypes" and inserting "capabilities as required, such as through the use of prototypes"; and

(2) in paragraph (6)—

(A) by striking "in consultation with the Director of National Intelligence" and inserting "in coordination with the Director of National Intelligence"; and

(B) by inserting "if needed to meet intelligence requirements" after "foreign countries".

WASHSTATEC007660

**SEC. 3115. ELIMINATION OF LIMITATION ON AVAILABILITY OF FUNDS RELATING TO SUBMISSION OF ANNUAL REPORTS ON UNFUNDED PRIORITIES.**

Section 4716 of the Atomic Energy Defense Act (50 U.S.C. 2756) is amended—

(1) by striking subsection (a) and inserting the following new subsection:

"(a) ANNUAL REPORT OR CERTIFICATION.—Not later than 10 days after the date on which the budget of the President for a fiscal year is submitted to Congress pursuant to section 1105(a) of title 31, United States Code, the Administrator shall submit to the Secretary of Energy and the congressional defense committees either—

"(1) a report on the unfunded priorities of the Administration; or

"(2) if the Administrator determines that there are no unfunded priorities to include in such a report, a certification and explanation by the Administrator, without delegation, of the determination.";

(2) in subsection (b), by striking "report required by subsection (a)" both places it appears and inserting "report under subsection (a)(1)";

(3) by striking subsection (c); and

(4) by redesignating subsection (d) as subsection (c).

WASHSTATEC007661

**SEC. 3116. MODIFICATION TO CERTAIN REQUIREMENTS RELATING TO PLUTONIUM PIT PRODUCTION CAPACITY.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) rebuilding a robust plutonium pit production infrastructure with a capacity of up to 80 pits per year is critical to maintaining the viability of the nuclear weapons stockpile;

(2) that effort will require cooperation from experts across the nuclear security enterprise; and

(3) any further delay to achieving a plutonium sustainment capability to support the planned stockpile life extension programs will result in an unacceptable capability gap to our deterrent posture.

(b) MODIFICATION TO REQUIREMENTS.—Section 4219 of the Atomic Energy Defense Act (50 U.S.C. 2538a) is amended—

(1) in subsection (a), by striking paragraph (5) and inserting the following:

"(5) during 2030, produces not less than 80 war reserve plutonium pits.";

(2) by striking subsection (b);

(3) by redesignating subsections (c) and (d) as subsections (b) and (c), respectively;

WASHSTATEC007662

(4) in subsection (b), as redesignated by paragraph (2), by striking "2027 (or, if the authority under subsection (b) is exercised, 2029)" and inserting "2030"; and

(5) in subsection (c), as redesignated by paragraph (2), by striking "subsection (c)" and inserting "subsection (b)".

**SEC. 3117. ANNUAL CERTIFICATION OF SHIPMENTS TO WASTE ISOLATION PILOT PLANT.**

Section 3115(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2759), as amended by section 3137(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232; 132 Stat. 2303), is further amended, in the matter preceding paragraph (1), by striking "three-year period" and inserting "10-year period".

**SEC. 3118. EXTENSION AND MODIFICATION OF PILOT PROGRAM ON UNAVAILABILITY FOR OVERHEAD COSTS OF AMOUNTS SPECIFIED FOR LABORATORY-DIRECTED RESEARCH AND DEVELOPMENT.**

Section 3119 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 50 U.S.C. 2791 note) is amended—

(1) in subsection (c)(2), by striking "three" and inserting "four"; and

(2) in subsection (d)—

(A) by striking "Before the termination under subsection (c)(2) of the pilot program required by subsection (a)" and inserting "Not later than February 15, 2020"; and

(B) by inserting before the end period the following: ", including effects on laboratory-directed research and development and other programs".

**SEC. 3119. MODIFICATION TO LIMITATION ON AVAILABILITY OF FUNDS FOR ACCELERATION OF NUCLEAR WEAPONS DISMANTLEMENT.**

Subsection (a) of section 3125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2766), as amended by section 3117 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91; 131 Stat. 1890), is amended by striking "$56,000,000" and inserting "$87,000,000".

**SEC. 3120. IMPLEMENTATION OF COMMON FINANCIAL REPORTING SYSTEM FOR NUCLEAR SECURITY ENTERPRISE.**

Not more than 90 percent of the funds authorized to be appropriated by section 3101 for the National Nu-

clear Security Administration for fiscal year 2020 for Federal salaries and expenses and available for travel and transportation may be obligated or expended before the date on which the Administrator for Nuclear Security completes implementation of the common financial reporting system for the nuclear security enterprise as required by section 3113(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 50 U.S.C. 2512 note).

**SEC. 3121. LIMITATION RELATING TO RECLASSIFICATION OF HIGH-LEVEL WASTE.**

None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Energy may be obligated or expended by the Secretary of Energy to apply the interpretation of high-level radioactive waste described in the notice published by the Secretary titled "Supplemental Notice Concerning U.S. Department of Energy Interpretation of High-Level Radioactive Waste" (84 Fed. Reg. 26835), or successor notice, with respect to such waste located in the State of Washington.

**SEC. 3122. NATIONAL LABORATORY JOBS ACCESS PROGRAM.**

(a) IN GENERAL.—On or after the date that is 180 days after the date of the enactment of this Act, the Sec-

retary may establish a program, to be known as the "Department of Energy National Lab Jobs ACCESS Program", under which the Secretary may award, on a competitive basis, 5-year grants to eligible entities described in subsection (c) for the Federal share of the costs of pre-apprenticeship programs and apprenticeship programs described in subsection (b).

(b) PRE-APPRENTICESHIP AND APPRENTICESHIP PROGRAMS DESCRIBED.—A pre-apprenticeship program or apprenticeship program described in this subsection is a pre-apprenticeship program or apprenticeship program that—

(1) leads to recognized postsecondary credentials for secondary school and postsecondary students;

(2) is focused on skills and qualifications needed, as determined by the Secretary in consultation with the directors of the National Laboratories, to meet the immediate and ongoing needs of traditional and emerging technician positions (including machinists and cybersecurity technicians) at the National Laboratories and covered facilities of the National Nuclear Security Administration;

WASHSTATEC007666

(3) is established in consultation with a National Laboratory or covered facility of the National Nuclear Security Administration;

(4) is registered with and approved by the Secretary of Labor or a State apprenticeship agency; and

(5) ensures that participants in the pre-apprenticeship program or apprenticeship program do not displace paid employees.

(c) ELIGIBLE ENTITIES DESCRIBED.—An eligible entity described in this subsection is a workforce intermediary or an eligible sponsor of a pre-apprenticeship program or apprenticeship program that—

(1) demonstrates experience in implementing and providing career planning and career pathways toward pre-apprenticeship programs or apprenticeship programs;

(2)(A) has a relationship with a National Laboratory or covered facility of the National Nuclear Security Administration;

(B) has knowledge of the technician workforce needs of the laboratory or facility and the associated security requirements of the laboratory or facility; and

WASHSTATEC007667

(C) is eligible to enter into an agreement with the laboratory or facility that would be paid for in part or entirely from grant funds received under this section;

(3) demonstrates the ability to recruit and support individuals who plan to work in relevant technician positions upon the successful completion of the pre-apprenticeship program or apprenticeship program;

(4) provides students who complete the pre-apprenticeship program or apprenticeship program with, or prepares such students for obtaining, a recognized postsecondary credential;

(5) uses related instruction that is specifically aligned with the needs of the laboratory or facility and utilizes workplace learning advisors and on-the-job training to the greatest extent possible; and

(6) demonstrates successful outcomes connecting graduates of the pre-apprenticeship program or apprenticeship program to careers relevant to the program.

(d) APPLICATIONS.—If the Secretary establishes the program described in subsection (a), an eligible entity described in subsection (c) seeking a grant under the program shall submit to the Secretary an application at such

time, in such manner, and containing such information as the Secretary may require.

(e) PRIORITY.—In selecting eligible entities described in subsection (c) to receive grants under this section, the Secretary may prioritize an eligible entity that—

(1) is a member of an industry or sector partnership;

(2) provides related instruction for a pre-apprenticeship program or apprenticeship program through—

(A) a local educational agency, a secondary school, a provider of adult education, an area career and technical education school, or an institution of higher education (such as a community college) that includes basic science, technology, and mathematics education in the related instruction; or

(B) an apprenticeship program that was registered with the Department of Labor or a State apprenticeship agency before the date on which the eligible entity applies for the grant under subsection (d);

(3) works with the Secretary of Defense, the Secretary of Veterans Affairs, or veterans organizations to transition members of the Armed Forces

WASHSTATEC007669

and veterans to pre-apprenticeship programs or apprenticeship programs in a relevant sector;

(4) plans to use the grant to carry out the pre-apprenticeship program or apprenticeship program with an entity that receives State funding or is operated by a State agency; and

(5) plans to use the grant to carry out the pre-apprenticeship program or apprenticeship program for—

(A) young adults ages 16 to 29, inclusive; or

(B) individuals with barriers to employment.

(f) ADDITIONAL CONSIDERATION.—In making grants under this section, the Secretary may consider regional diversity.

(g) LIMITATION ON APPLICATIONS.—An eligible entity described in subsection (c) may not submit, either individually or as part of a joint application, more than one application for a grant under this section during any one fiscal year.

(h) LIMITATIONS ON AMOUNT OF GRANT.—The amount of a grant provided under this section may not, for any 24-month period of the 5-year grant period, exceed $500,000.

(i) NON-FEDERAL SHARE.—The non-Federal share of the cost of a pre-apprenticeship program or apprenticeship program carried out using a grant under this section shall be not less than 25 percent of the total cost of the program.

(j) TECHNICAL ASSISTANCE.—The Secretary may provide technical assistance to eligible entities described in subsection (c) to leverage the existing job training and education programs of the Department of Labor and other relevant programs at appropriate Federal agencies.

(k) REPORT.—

(1) IN GENERAL.—If the Secretary establishes the program described in subsection (a), not less than once every 2 years thereafter, the Secretary shall submit to Congress, and make publicly available on the website of the Department of Energy, a report on the program, including—

(A) a description of—

(i) any entity that receives a grant under this section;

(ii) any activity carried out using a grant under this section; and

(iii) best practices used to leverage the investment of the Federal Government under this section; and

WASHSTATEC007671

(B) an assessment of the results achieved by the program, including the rate of employment for participants after completing a pre-apprenticeship program or apprenticeship program carried out using a grant under this section.

(2) PERFORMANCE REPORTS.—Not later than one year after the establishment of a pre-apprenticeship program or apprenticeship program using a grant awarded under this section, and annually thereafter, the entity carrying out the program shall submit to the Secretary and the Secretary of Labor a report on the effectiveness of the program based on the accountability measures described in clauses (i) and (ii) of section 116(b)(2)(A) of the Workforce Innovation and Opportunity Act (29 U.S.C. 3141(b)(2)(A)).

(l) DEFINITIONS.—In this section:

(1) ESEA TERMS.—The terms "local educational agency" and "secondary school" have the meanings given the terms in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801).

(2) WIOA TERMS.—The terms "career planning", "community-based organization", "cus-

WASHSTATEC007672

tomized training", "economic development agency", "individual with a barrier to employment", "industry or sector partnership", "on-the-job training", "recognized postsecondary credential", and "workplace learning advisor" have the meanings given such terms in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).

(3) APPRENTICESHIP PROGRAM.—The term "apprenticeship program" means a program registered under the Act of August 16, 1937 (commonly known as the "National Apprenticeship Act"; 50 Stat. 664, chapter 663; 29 U.S.C. 50 et seq.).

(4) AREA CAREER AND TECHNICAL EDUCATION SCHOOL.—The term "area career and technical education school" has the meaning given the term in section 3 of the Carl D. Perkins Career and Technical Education Act of 2006 (20 U.S.C. 2302).

(5) COMMUNITY COLLEGE.—The term "community college" has the meaning given the term "junior or community college" in section 312(f) of the Higher Education Act of 1965 (20 U.S.C. 1058(f)).

(6) COVERED FACILITY OF THE NATIONAL NUCLEAR SECURITY ADMINISTRATION.—The term "covered facility of the National Nuclear Security Administration" means a national security labora-

tory or a nuclear weapons production facility as such terms are defined in section 4002 of the Atomic Energy Defense Act (50 U.S.C. 2501).

(7) ELIGIBLE SPONSOR.—The term "eligible sponsor" means a public organization or nonprofit organization that—

(A) with respect to an apprenticeship program, administers the program through a partnership that may include—

(i) an industry or sector partnership;

(ii) an employer or industry association;

(iii) a labor-management organization;

(iv) a local workforce development board or State workforce development board;

(v) a 2- or 4-year institution of higher education that offers an educational program leading to an associate's or bachelor's degree in conjunction with a certificate of completion of apprenticeship;

(vi) the Armed Forces (including the National Guard and Reserves);

(vii) a community-based organization; or

(viii) an economic development agency; and

(B) with respect to a pre-apprenticeship program, is a local educational agency, a secondary school, an area career and technical education school, a provider of adult education, a State workforce development board, a local workforce development board, or a community-based organization, that administers the program with any required coordination and necessary approvals from the Secretary of Labor or a State department of labor.

(8) INSTITUTION OF HIGHER EDUCATION.—The term "institution of higher education" has the meaning given the term in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001).

(9) LOCAL WORKFORCE DEVELOPMENT BOARD.—The term "local workforce development board" has the meaning given the term "local board" in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).

(10) NATIONAL LABORATORY.—The term "National Laboratory" has the meaning given the term in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801).

(11) NONPROFIT ORGANIZATION.—The term "nonprofit organization" means an organization that is described in section 501(c) of the Internal Revenue Code of 1986 and exempt from tax under section 501(a) of such Code.

(12) PRE-APPRENTICESHIP PROGRAM.—The term "pre-apprenticeship program" means a program—

(A) designed to prepare individuals to enter and succeed in an apprenticeship program; and

(B) that has a documented partnership with at least one, if not more, apprenticeship programs.

(13) PROVIDER OF ADULT EDUCATION.—The term "provider of adult education" has the meaning given the term "eligible provider" in section 203 of the Adult Education and Family Literacy Act (29 U.S.C. 3272).

(14) RELATED INSTRUCTION.—The term "related instruction" means an organized and systematic form of instruction designed to provide an individual in a pre-apprenticeship program or apprenticeship program with the knowledge of the technical

subjects related to the intended occupation of the individual after completion of the program.

(15) SECRETARY.—The term "Secretary" means the Secretary of Energy, in consultation with the Secretary of Labor, except as otherwise specified in this section.

(16) SPONSOR.—The term "sponsor" means any person, association, committee, or organization operating a pre-apprenticeship program or apprenticeship program and in whose name the program is (or is to be) registered or approved.

(17) STATE APPRENTICESHIP AGENCY.—The term "State apprenticeship agency" has the meaning given that term in section 29.2 of title 29, Code of Federal Regulations (or any corresponding similar regulation or ruling).

(18) STATE WORKFORCE DEVELOPMENT BOARD.—The term "State workforce development board" has the meaning given the term "State board" in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).

(19) WORKFORCE INTERMEDIARY.—The term "workforce intermediary"—

(A) means a nonprofit organization that—

(i) proactively addresses workforce needs using a dual customer approach, which considers the needs of both employees and employers; and

(ii) has partnered with a sponsor of a pre-apprenticeship program or apprenticeship program or is a sponsor of a pre-apprenticeship program or apprenticeship program; and

(B) may include a community organization, an employer organization, a community college, a temporary staffing agency, a State workforce development board, a local workforce development board, or a labor or labor-management organization.

# Subtitle C—Reports and Other Matters

**SEC. 3131. CIVIL PENALTIES FOR VIOLATIONS OF CERTAIN WHISTLEBLOWER PROTECTIONS.**

Section 234A of the Atomic Energy Act of 1954 (42 U.S.C. 2282a) is amended—

(1) in the heading, by inserting "**AND WHISTLEBLOWER**" after "**SAFETY**";

(2) in subsection a.—

(A) by inserting ", or who violates any applicable law, rule, regulation, or order related to nuclear safety whistleblower protections," before "shall be subject to a civil penalty"; and

(B) by adding at the end the following new sentence: "The Secretary of Energy may carry out this section with respect to the National Nuclear Security Administration by acting through the Administrator for Nuclear Security."; and

(3) by adding at the end the following new subsection:

"e. In this section, the term 'nuclear safety whistleblower protections' means the protections for employees of contractors or subcontractors from reprisals pursuant to section 4712 of title 41, United States Code, section 211 of the Energy Reorganization Act of 1974 (42 U.S.C. 5851), or other provisions of Federal law (including rules, regulations, or orders) affording such protections, with respect to disclosures or other activities covered by such protections that relate to nuclear safety.".

**SEC. 3132. REPEAL OF ASSESSMENTS OF ADEQUACY OF BUDGET REQUESTS RELATING TO NUCLEAR WEAPONS STOCKPILE.**

(a) IN GENERAL.—Section 3255 of the National Nuclear Security Administration Act (50 U.S.C. 2455) is repealed.

(b) CLERICAL AMENDMENT.—The table of contents for the National Nuclear Security Administration Act is amended by striking the item relating to section 3255.

**SEC. 3133. REPEAL OF REQUIREMENT FOR REVIEW RELATING TO ENHANCED PROCUREMENT AUTHORITY.**

Section 4806 of the Atomic Energy Defense Act (50 U.S.C. 2786) is amended—

(1) by striking subsection (e); and

(2) by redesignating subsections (f) and (g) as subsections (e) and (f), respectively.

**SEC. 3134. IMPROVEMENTS TO ENERGY EMPLOYEES OCCUPATIONAL ILLNESS COMPENSATION PROGRAM ACT OF 2000.**

(a) OFFICE OF OMBUDSMAN.—Section 3686 of the Energy Employees Occupational Illness Compensation Program Act of 2000 (42 U.S.C. 7385s–15) is amended—

(1) in subsection (c)—

(A) by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively; and

(B) by inserting after paragraph (1) the following new paragraph:

"(2) To provide guidance and assistance to claimants."; and

(2) in subsection (h), by striking "2019" and inserting "2020".

(b) ADVISORY BOARD ON TOXIC SUBSTANCES AND WORKER HEALTH.—Section 3687 of the Energy Employees Occupational Illness Compensation Program Act of 2000 (42 U.S.C. 7385s–16) is amended—

(1) in subsection (b)(1)—

(A) in subparagraph (C), by striking "; and" and inserting a semicolon;

(B) in subparagraph (D), by striking "; and" and inserting a semicolon; and

(C) by adding after subparagraph (D) the following:

"(E) the claims adjudication process generally, including review of procedure manual changes prior to incorporation into the manual and claims for medical benefits; and

"(F) such other matters as the Secretary considers appropriate; and";

(2) in subsection (g)—

(A) by striking "The Secretary of Energy shall" and inserting "The Secretary of Energy and the Secretary of Labor shall each"; and

(B) by adding at the end the following new sentence: "The Secretary of Labor shall make available to the Board the program's medical director, toxicologist, industrial hygienist and program's support contractors as requested by the Board.";

(3) by redesignating subsections (h) and (i) as subsections (i) and (j), respectively; and

(4) by inserting after subsection (g) the following:

"(h) RESPONSE TO RECOMMENDATIONS.—Not later than 60 days after submission to the Secretary of Labor of the Board's recommendations, the Secretary shall respond to the Board in writing, and post on the public internet website of the Department of Labor, a response to the recommendations that—

"(1) includes a statement of whether the Secretary accepts or rejects the Board's recommendations;

"(2) if the Secretary accepts the Board's recommendations, describes the timeline for when those recommendations will be implemented; and

"(3) if the Secretary does not accept the recommendations, describes the reasons the Secretary does not agree and provides all scientific research to the Board supporting that decision.".

**SEC. 3135. REPLACEMENT OF W78 WARHEAD.**

(a) REPORT.—

(1) IN GENERAL.—Not later than 210 days after the date of the enactment of this Act, the Administrator for Nuclear Security shall submit to the congressional defense committees a report on replacing the W78 warhead.

(2) MATTERS INCLUDED.—The report under paragraph (1) shall include the following:

(A) A discussion of the alternatives considered with respect to replacing the W78 warhead, including—

(i) a description of the technical risks, schedule, and costs for each alternative to replacing the W78 warhead; and

(ii) a description of any changes since January 15, 2014, to the requirements for such alternatives.

(B) A review of the matters under subparagraph (A) by the Director for Cost Esti-

WASHSTATEC007683

mating and Program Evaluation of the National Nuclear Security Administration.

(b) INDEPENDENT STUDY.—

(1) IN GENERAL.—The Administrator shall seek to enter into an arrangement with the private scientific advisory group known as JASON to conduct a study of the plan of the Administrator to replace the W78 warhead. Such study shall include—

(A) an assessment of the risks to certification; and

(B) the need for planned upgrades to such warhead.

(2) SUBMISSION.—Not later than 150 days after the date of the enactment of this Act, the Administrator shall submit to the congressional defense committees the study under paragraph (1), without change.

**SEC. 3136. INDEPENDENT REVIEW OF CAPABILITIES FOR DETECTION, VERIFICATION, AND MONITORING OF NUCLEAR WEAPONS AND FISSILE MATERIAL.**

(a) PLAN.—Not later than 30 days after the date of the enactment of this Act, the Secretary of Energy, in consultation with the Secretary of Defense, shall seek to enter into a contract with the National Academy of Sciences to

conduct an independent review and assessment of United States capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.

(b) ELEMENTS.—The review and assessment required by subsection (a) shall include the following:

(1) An evaluation of the current national research enterprise for detection, verification, and monitoring of nuclear weapons and fissile material.

(2) Integration of roles, responsibilities, and planning for such detection, verification, and monitoring within the Federal Government.

(3) Opportunities to leverage the national research enterprise to further prevent the proliferation of nuclear weapons and fissile material, including with respect to policy, research and development, and testing and evaluation.

(4) Opportunities for international engagement for building cooperation and transparency, including bilateral and multilateral efforts, to improve inspections, detection, and monitoring of nuclear weapons and fissile material, and to create incentives for such cooperation and transparency.

(5) Opportunities for new or expanded research and development efforts to improve detection and monitoring of, and in-field inspection and analysis

capabilities with respect to, nuclear weapons and fissile materials.

(6) Opportunities for improved coordination between departments and agencies of the Federal Government and the military departments, national laboratories, commercial industry, and academia.

(7) Opportunities for leveraging commercial capabilities.

(c) SUBMISSION TO CONGRESS.—

(1) IN GENERAL.—Not later than one year after the date of the enactment of this Act, the Secretary of Energy shall submit to the congressional defense committees, without change, the findings of the National Academy resulting from the review and assessment conducted under subsection (a).

(2) FORM.—The findings described in paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 3137. ASSESSMENT OF HIGH ENERGY DENSITY PHYSICS.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Administrator for Nuclear Security shall enter into an arrangement with the National Academies of Sciences, Engineering, and Medicine to conduct an assessment of recent advances and the

WASHSTATEC007686

current status of research in the field of high energy density physics.

(b) ELEMENTS.—The assessment conducted under subsection (a) shall include the following:

(1) Theoretical and computational modeling of high energy density material phases, radiation-matter interactions, plasmas atypical of astrophysical conditions, and conditions unique to the National Nuclear Security Administration.

(2) The simulation of such phases, interactions, plasmas, and conditions.

(3) Instrumentation and target fabrication.

(4) Workforce training.

(5) An assessment of advancements made by other countries in high energy density physics.

(6) Such others items as are agreed upon by the Administrator and the National Academies.

(c) APPLICABILITY OF INTERNAL CONTROLS.—The assessment under subsection (a) shall be conducted in accordance with the internal controls of the National Academies.

(d) REPORT TO CONGRESS.—Not later than 18 months after entering into the arrangement under subsection (a), the National Academies of Sciences, Engineering, and Medicine shall submit to the congressional de-

fense committees a report on the assessment conducted under that subsection.

(e) HIGH ENERGY DENSITY PHYSICS DEFINED.—In this section, the term "high energy density physics" means the physics of matter and radiation at—

(1) energy densities exceeding 100,000,000,000 joules per cubic meter; and

(2) other temperature and pressure ranges within the warm dense matter regime.

**SEC. 3138. DETERMINATION OF EFFECT OF TREATY OBLIGATIONS WITH RESPECT TO PRODUCING TRITIUM.**

Not later than February 15, 2020, the Secretary of Energy shall—

(1) determine whether the Agreement for Cooperation on the Uses of Atomic Energy for Mutual Defense Purposes, signed at Washington, July 3, 1958 (9 UST 1028), between the United States and the United Kingdom, permits the United States to obtain low-enriched uranium for the purposes of producing tritium in the United States; and

(2) submit to the congressional defense committees a report on that determination.

**SEC. 3139. TECHNICAL CORRECTIONS TO NATIONAL NUCLEAR SECURITY ADMINISTRATION ACT AND ATOMIC ENERGY DEFENSE ACT.**

(a) DEFINITIONS IN NATIONAL NUCLEAR SECURITY ADMINISTRATION ACT.—Section 3281(2)(A) of the National Nuclear Security Administration Act (50 U.S.C. 2471(2)(A)) is amended by striking "Plant" and inserting "National Security Campus".

(b) AMENDMENTS TO ATOMIC ENERGY DEFENSE ACT.—

(1) DEFINITIONS.—Section 4002(9)(A) of the Atomic Energy Defense Act (50 U.S.C. 2501(9)(A)) is amended striking "Plant" and inserting "National Security Campus".

(2) STOCKPILE STEWARDSHIP, MANAGEMENT, AND RESPONSIVENESS PLAN.—Section 4203 of the Atomic Energy Defense Act (50 U.S.C. 2523) is amended—

(A) in subsection (d)(4)(A)(ii), by striking "quadrennial defense review if such strategy has not been submitted" and inserting "national defense strategy";

(B) in subsection (e)(1)(A)(i), by striking "or the most recent quadrennial defense review, as applicable under subsection (d)(4)(A), and the" and inserting "referred to in subsection

(d)(4)(A)(i), the most recent the national defense strategy, and the most recent''; and

(C) in subsection (f)—

(i) by striking paragraph (4);

(ii) by redesignating paragraph (3) as paragraph (4); and

(iii) by inserting after paragraph (2) the following new paragraph (3):

''(3) The term 'national defense strategy' means the review of the defense programs and policies of the United States that is carried out every four years under section 113(g) of title 10, United States Code.''.

(3) MANUFACTURING INFRASTRUCTURE FOR NUCLEAR WEAPONS STOCKPILE.—Section 4212 of the Atomic Energy Defense Act (50 U.S.C. 2532) is amended—

(A) in subsection (a)(1), in the matter preceding subparagraph (A), by inserting ''most recent'' before ''Nuclear Posture Review''; and

(B) in subsection (b)—

(i) in paragraph (2), by striking ''Plant'' and inserting ''National Security Complex''; and

WASHSTATEC007690

(ii) in paragraph (4), by striking "Plant" and inserting "National Security Campus, Kansas City, Missouri".

(4) REPORTS ON LIFE EXTENSION PROGRAMS.—

(A) IN GENERAL.—Section 4216 of the Atomic Energy Defense Act (50 U.S.C. 2536) is amended—

(i) in the section heading, by striking "**LIFETIME**" and inserting "**LIFE**"; and

(ii) by striking "lifetime" each place it appears and inserting "life".

(B) CLERICAL AMENDMENT.—The table of contents for the Atomic Energy Defense Act is amended by striking the item relating to section 4216 and inserting the following new item:

"Sec. 4216. Reports on life extension programs.".

(5) ADVICE ON SAFETY, SECURITY, AND RELIABILITY OF NUCLEAR WEAPONS STOCKPILE.—Section 4218 of the Atomic Energy Defense Act (50 U.S.C. 2538) is amended—

(A) in subsection (d), by striking "or the Commander of the United States Strategic Command"; and

(B) in subsection (e)(1)—

(i) by striking ", a member of" and all that follows through "Strategic Command" and inserting "or a member of the Nuclear Weapons Council"; and

(ii) by striking ", member, or Commander" and inserting "or member".

(6) LIFE-CYCLE COST ESTIMATES.—Section 4714(a) of the Atomic Energy Defense Act (50 U.S.C. 2754(a)) is amended—

(A) by striking "413.3" and inserting "413.3B"; and

(B) by inserting ", or a successor order," after "assets)".

(7) UNFUNDED PRIORITIES.—

(A) IN GENERAL.—Section 4716 of the Atomic Energy Defense Act (50 U.S.C. 2756) is amended in the section heading by striking "**NATIONAL NUCLEAR SECURITY ADMINISTRATION**" and inserting "**ADMINISTRATION**".

(B) CLERICAL AMENDMENT.—The table of contents for the Atomic Energy Defense Act is amended by striking the item relating to section 4716 and inserting the following new item:

"Sec. 4716. Unfunded priorities of the Administration.".

WASHSTATEC007692

(8) REVIEWS OF CAPITAL ASSETS ACQUISITION PROJECTS.—Section 4733(d)(3)(B) of the Atomic Energy Defense Act (50 U.S.C. 2773(d)(3)(B)) is amended by striking "413.3" and inserting "413.3B".

# TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD

Sec. 3201. Authorization.
Sec. 3202. Improvements to Defense Nuclear Facilities Safety Board.
Sec. 3203. Membership of Defense Nuclear Facilities Safety Board.

**SECTION 3201. AUTHORIZATION.**

There are authorized to be appropriated for fiscal year 2020, $29,450,000 for the operation of the Defense Nuclear Facilities Safety Board under chapter 21 of the Atomic Energy Act of 1954 (42 U.S.C. 2286 et seq.).

**SEC. 3202. IMPROVEMENTS TO DEFENSE NUCLEAR FACILITIES SAFETY BOARD.**

(a) STAFF.—

(1) EXECUTIVE DIRECTOR OF OPERATIONS.—

(A) ESTABLISHMENT OF POSITION.—Subsection (b) of section 313 of the Atomic Energy Act of 1954 (42 U.S.C. 2286b) is amended by adding at the end the following new paragraph:

"(3)(A) The Board shall have an Executive Director of Operations who shall be appointed under section 311(c)(6).

"(B) The Executive Director of Operations shall report to the Chairman.

"(C) The Executive Director of Operations shall be the senior employee of the Board responsible for—

"(i) general administration and technical matters;

"(ii) ensuring that the members of the Board are fully and currently informed with respect to matters for which the members are responsible; and

"(iii) the functions delegated by the Chairman pursuant to section 311(c)(3)(B).".

(B) DELEGATION OF FUNCTIONS.—Paragraph (3) of section 311(c) of such Act (42 U.S.C. 2286(c)) is amended—

(i) by striking "The Chairman" and inserting "(A) The Chairman"; and

(ii) by adding at the end the following new subparagraph:

"(B) In carrying out subparagraph (A), the Chairman shall delegate to the Executive Director of Operations established under section 313(b)(3) the following functions:

"(i) Administrative functions of the Board.

"(ii) Appointment and supervision of employees of the Board not specified under paragraph (6).

"(iii) Distribution of business among the employees and administrative units and offices of the Board.

"(iv) Preparation of—

"(I) proposals for the reorganization of the administrative units or offices of the Board;

"(II) the budget estimate for the Board; and

"(III) the proposed distribution of funds according to purposes approved by the Board.".

(2) PROVISION OF INFORMATION TO BOARD.—Such section 311(c), as amended by paragraph (1)(B), is further amended—

(A) in paragraph (2), by striking "paragraphs (5), (6), and (7)" and inserting "paragraphs (5) and (6)";

(B) by striking paragraph (6); and

(C) by redesignating paragraph (7) as paragraph (6).

(3) APPOINTMENT AND REMOVAL POWERS.—Paragraph (6) of such section 311(c), as redesignated by paragraph (2)(C), is amended to read as follows:

"(6)(A) The Chairman, subject to the approval of the Board, shall appoint the senior employees described in

subparagraph (C). Any member of the Board may propose to the Chairman an individual to be so appointed.

"(B) The Chairman, subject to the approval of the Board, may remove a senior employee described in subparagraph (C). Any member of the Board may propose to the Chairman an individual to be so removed.

"(C) The senior employees described in this subparagraph are the following senior employees of the Board:

"(i) The Executive Director of Operations established under section 313(b)(3).

"(ii) The general counsel.".

(4) ORGANIZATION OF STAFF OF BOARD.—Section 313(b) of such Act, as amended by paragraph (1)(A), is further amended—

(A) in paragraph (1)(A), by striking "section 311(c)(7)" and inserting "section 311(c)(6)"; and

(B) by adding at the end the following new paragraph:

"(4) Subject to the approval of the Board, the Chairman may organize the staff of the Board as the Chairman considers appropriate to best accomplish the mission of the Board described in section 312(a).".

(5) TEMPORARY PERSONNEL LEVELS.—During fiscal year 2020, the Defense Nuclear Facilities

Safety Board shall employ not fewer than the equivalent of 100 full-time employees.

(b) PUBLIC HEALTH AND SAFETY.—Section 312(a) of such Act (42 U.S.C. 2286a(a)) is amended by inserting before the period at the end the following: ", including with respect to the health and safety of employees and contractors at such facilities".

(c) ACCESS TO FACILITIES, PERSONNEL, AND INFORMATION.—Section 314 of such Act (42 U.S.C. 2286c) is amended—

(1) in subsection (a)—

(A) by striking "The Secretary of Energy" and inserting "Except as specifically provided by this section, the Secretary of Energy";

(B) by striking "ready access" both places it appears and inserting "prompt and unfettered access"; and

(C) by adding at the end the following new sentence: "The access provided to defense nuclear facilities, personnel, and information under this subsection shall be provided without regard to the hazard or risk category assigned to a facility by the Secretary."; and

(2) by striking subsection (b) and inserting the following new subsections:

"(b) AUTHORITY OF SECRETARY TO DENY INFORMATION.—(1) The Secretary may deny access to information under subsection (a) only to any person who—

"(A) has not been granted an appropriate security clearance or access authorization by the Secretary; or

"(B) does not need such access in connection with the duties of such person.

"(2) If the Board requests access to information under subsection (a) in written form, and the Secretary denies access to such information pursuant to paragraph (1)—

"(A) the Secretary shall provide the Board notice of such denial in written form; and

"(B) not later than January 1 and July 1 of each year beginning in 2020—

"(i) the Board shall submit to the congressional defense committees a report identifying each request for access to information under subsection (a) submitted to the Secretary in written form during the preceding six-month period and denied by the Secretary; and

"(ii) the Secretary shall submit to the congressional defense committees a report identifying—

WASHSTATEC007698

"(I) each such request denied by the Secretary during that period; and

"(II) the reason for the denial.

"(3) In this subsection, the term 'congressional defense committees' has the meaning given that term in section 101(a) of title 10, United States Code.

"(c) APPLICATION OF NONDISCLOSURE PROTECTIONS BY BOARD.—The Board may not publicly disclose information provided under this section if such information is otherwise protected from disclosure by law, including deliberative process information.".

**SEC. 3203. MEMBERSHIP OF DEFENSE NUCLEAR FACILITIES SAFETY BOARD.**

(a) LIST OF CANDIDATES FOR NOMINATION.—Subsection (b) of section 311 of the Atomic Energy Act of 1954 (42 U.S.C. 2286) is amended by adding at the end the following new paragraph:

"(4) The President shall enter into an arrangement with the National Academy of Sciences under which the National Academy shall maintain a list of individuals who meet the qualifications described in paragraph (1) to assist the President in selecting individuals to nominate for positions as members of the Board.".

(b) TERMS OF MEMBERS.—

WASHSTATEC007699

(1) IN GENERAL.—Subsection (d) of such section is amended—

(A) in paragraph (1), by striking the second sentence and inserting the following new sentences: "A member may be reappointed for a second term only if the member was confirmed by the Senate more than two years into the member's first term. A member may not be reappointed for a third term."; and

(B) in paragraph (3)—

(i) by striking "Any member" and inserting "(A) Any member";

(ii) by striking the second sentence; and

(iii) by adding at the end the following new subparagraph:

"(B) A member may not serve after the expiration of the member's term, unless the departure of the member would result in the loss of a quorum for the Board. If more than one member is serving after the expiration of the member's term and a new member is appointed to the Board so that one of the members serving after the expiration of the member's term is no longer necessary to maintain a quorum, the member whose term expired first may no longer serve on the Board.".

(2) EFFECTIVE DATE.—The amendments made by paragraph (1) shall take effect on the date that is one year after the date of the enactment of this Act.

(c) FILLING VACANCIES.—Such subsection is further amended by adding at the end the following new paragraph:

"(4)(A) Not later than 180 days after the expiration of the term of a member of the Board, the President shall—

"(i) submit to the Senate the nomination of an individual to fill the vacancy; or

"(ii) submit to the Committee on Armed Services of the Senate a report that includes—

"(I) a description of the reasons the President did not submit such a nomination; and

"(II) a plan for submitting such a nomination during the 90-day period following the submission of the report.

"(B) If the President does not submit to the Senate the nomination of an individual to fill a vacancy during the 90-day period described in subclause (II) of subparagraph (A)(ii), the President shall submit to the Committee on Armed Services a report described in that subpara-

graph not less frequently than every 90 days until the President submits such a nomination.''.

# TITLE XXXIV—NAVAL PETROLEUM RESERVES

Sec. 3401. Authorization of appropriations.

**SEC. 3401. AUTHORIZATION OF APPROPRIATIONS.**

(a) AMOUNT.—There are hereby authorized to be appropriated to the Secretary of Energy $14,000,000 for fiscal year 2020 for the purpose of carrying out activities under chapter 869 of title 10, United States Code, relating to the naval petroleum reserves.

(b) PERIOD OF AVAILABILITY.—Funds appropriated pursuant to the authorization of appropriations in subsection (a) shall remain available until expended.

# TITLE XXXV—MARITIME MATTERS

Subtitle A—Maritime Administration

Sec. 3501. Authorization of the Maritime Administration.
Sec. 3502. Reauthorization of Maritime Security Program.
Sec. 3503. Maritime technical assistance program.
Sec. 3504. Appointment of candidates attending sponsored preparatory school.
Sec. 3505. General support program.
Sec. 3506. Improvements to the maritime guaranteed loan program.
Sec. 3507. Requirement for small shipyard grantees.
Sec. 3508. Salvage recoveries of cargoes.
Sec. 3509. Salvage recoveries for subrogated ownership of vessels and cargoes.
Sec. 3510. Maritime Occupational Safety and Health Advisory Committee.
Sec. 3511. Military to mariner.
Sec. 3512. Department of Transportation Inspector General Report.
Sec. 3513. Independent study on the United States Merchant Marine Academy.
Sec. 3514. Port operations, research, and technology.
Sec. 3515. Assessment and report on strategic seaports.
Sec. 3516. Technical corrections.
Sec. 3517. United States Merchant Marine Academy sexual assault prevention and response program.

Sec. 3518. Report on vessels for emerging offshore energy infrastructure.
Sec. 3519. Report on United States flagged fuel tanker vessel capacity.

Subtitle B—Cable Security Fleet

Sec. 3521. Establishment of Cable Security Fleet.

Subtitle C—Maritime SAFE Act

Sec. 3531. Short titles.
Sec. 3532. Definitions.
Sec. 3533. Purposes.
Sec. 3534. Statement of policy.

PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY

Sec. 3541. Coordination with international organizations.
Sec. 3542. Engagement of diplomatic missions of the United States.
Sec. 3543. Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.
Sec. 3544. Expansion of existing mechanisms to combat IUU fishing.
Sec. 3545. Improvement of transparency and traceability programs.
Sec. 3546. Technology programs.
Sec. 3547. Savings clause.

PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING

Sec. 3551. Interagency Working Group on IUU Fishing.
Sec. 3552. Strategic plan.
Sec. 3553. Reports.
Sec. 3554. Gulf of Mexico IUU Fishing Subworking Group.

PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS

Sec. 3561. Finding.
Sec. 3562. Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.
Sec. 3563. Human trafficking in the seafood supply chain report.

PART IV—AUTHORIZATION OF APPROPRIATIONS

Sec. 3571. Authorization of appropriations.
Sec. 3572. Accounting of funds.

WASHSTATEC007703

# Subtitle A—Maritime Administration

**SEC. 3501. AUTHORIZATION OF THE MARITIME ADMINISTRATION.**

(a) IN GENERAL.—There are authorized to be appropriated to the Department of Transportation for fiscal year 2020, to be available without fiscal year limitation if so provided in appropriations Acts, for programs associated with maintaining the United States Merchant Marine, the following amounts:

(1) For expenses necessary for operations of the United States Merchant Marine Academy, $95,944,000, of which—

(A) $77,944,000 shall remain available until September 30, 2021 for Academy operations; and

(B) $18,000,000 shall remain available until expended for capital asset management at the Academy.

(2) For expenses necessary to support the State maritime academies, $50,280,000, of which—

(A) $2,400,000 shall remain available until September 30, 2021, for the Student Incentive Program;

(B) $6,000,000 shall remain available until expended for direct payments to such academies;

(C) $30,080,000 shall remain available until expended for maintenance and repair of State maritime academy training vessels;

(D) $3,800,000 shall remain available until expended for training ship fuel assistance; and

(E) $8,000,000 shall remain available until expended for offsetting the costs of training ship sharing.

(3) For expenses necessary to support the National Security Multi-Mission Vessel Program, $600,000,000, which shall remain available until expended.

(4) For expenses necessary to support Maritime Administration operations and programs, $60,442,000, of which $5,000,000 shall remain available until expended for activities authorized under section 50307 of title 46, United States Code.

(5) For expenses necessary to dispose of vessels in the National Defense Reserve Fleet, $5,000,000, which shall remain available until expended.

(6) For expenses necessary to maintain and preserve a United States flag Merchant Marine to

serve the national security needs of the United States under chapter 531 of title 46, United States Code, $300,000,000, which shall remain available until expended.

(7) For expenses necessary for the loan guarantee program authorized under chapter 537 of title 46, United States Code, $33,000,000, of which—

(A) $30,000,000 may be used for the cost (as defined in section 502(5) of the Federal Credit Reform Act of 1990 (2 U.S.C. 661a(5)) of loan guarantees under the program, which shall remain available until expended; and

(B) $3,000,000 may be used for administrative expenses relating to loan guarantee commitments under the program.

(8) For expenses necessary to provide assistance to small shipyards and for maritime training programs under section 54101 of title 46, United States Code, $40,000,000, which shall remain available until expended.

(9) For expenses necessary to implement the Port and Intermodal Improvement Program, $500,000,000, except that no funds shall be used for a grant award to purchase fully automated cargo handling equipment that is remotely operated or re-

WASHSTATEC007706

motely monitored with or without the exercise of human intervention or control, if the Secretary determines such equipment would result in a net loss of jobs within a port or port terminal.

**SEC. 3502. REAUTHORIZATION OF MARITIME SECURITY PROGRAM.**

(a) AWARD OF OPERATING AGREEMENTS.—Section 53103 of title 46, United States Code, is amended by striking "2025" each place it appears and inserting "2035".

(b) EFFECTIVENESS OF OPERATING AGREEMENTS.—Section 53104(a) of title 46, United States Code, is amended by striking "2025" and inserting "2035".

(c) PAYMENTS.—Section 53106(a)(1) of title 46, United States Code, is amended—

(1) in subparagraph (B), by striking "and";

(2) in subparagraph (C), by striking "$3,700,000 for each of fiscal years 2022, 2023, 2024, and 2025." and inserting "$5,300,000 for each of fiscal years 2022, 2023, 2024, and 2025;"; and

(3) by adding at the end the following new subparagraphs:

"(D) $5,800,000 for each of fiscal years 2026, 2027, and 2028;

"(E) $6,300,000 for each of fiscal years 2029, 2030, and 2031; and

"(F) $6,800,000 for each of fiscal years 2032, 2033, 2034, and 2035.".

(d) AUTHORIZATION OF APPROPRIATIONS.—Section 53111 of title 46, United States Code, is amended—

(1) in paragraph (2), by striking "and";

(2) in paragraph (3), by striking "$222,000,000 for each fiscal year thereafter through fiscal year 2025." and inserting "$318,000,000 for each of fiscal years 2022, 2023, 2024, and 2025;"; and

(3) by adding at the end the following new paragraphs:

"(4) $348,000,000 for each of fiscal years 2026, 2027, and 2028;

"(5) $378,000,000 for each of fiscal years 2029, 2030, and 2031; and

"(6) $408,000,000 for each of fiscal years 2032, 2033, 2034, and 2035.".

**SEC. 3503. MARITIME TECHNICAL ASSISTANCE PROGRAM.**

Section 50307 of title 46, United States Code, is amended—

WASHSTATEC007708

(1) in subsection (a), by striking "The Secretary of Transportation may engage in the environmental study" and inserting "The Secretary of Transportation, acting through the Maritime Administrator, shall engage in the study";

(2) in subsection (b)—

(A) by striking "may—" and all that follows through "improvements by—" and inserting "shall identify, study, evaluate, test, demonstrate, or improve emerging marine technologies and practices to improve—";

(B) by inserting before subparagraph (A) the following:

"(1) environmental performance to meet United States Federal and international standards and guidelines, including—";

(C) in subparagraph (C), by striking "species; and" and all that follows through the end of the subsection and inserting "species; or

"(D) reducing propeller cavitation; and

"(2) the efficiency and safety of domestic maritime industries.".

(3) in subsection (c)(2), by striking "benefits" and inserting "or other benefits to domestic maritime industries"; and

WASHSTATEC007709

(4) by adding at the end the following:

"(e) LIMITATIONS ON THE USE OF FUNDS.—Not more than three percent of the funds appropriated to carry out this section may be used for administrative purposes.".

**SEC. 3504. APPOINTMENT OF CANDIDATES ATTENDING SPONSORED PREPARATORY SCHOOL.**

Section 51303 of title 46, United States Code, is amended—

(1) by striking "The Secretary" and inserting the following:

"(a) IN GENERAL.—The Secretary"; and

(2) by adding at the end the following:

"(b) APPOINTMENT OF CANDIDATES SELECTED FOR PREPARATORY SCHOOL SPONSORSHIP.—The Secretary of Transportation may appoint each year as cadets at the United States Merchant Marine Academy not more than 40 qualified individuals sponsored by the Academy to attend preparatory school during the academic year prior to entrance in the Academy, and who have successfully met the terms and conditions of sponsorship set by the Academy.".

**SEC. 3505. GENERAL SUPPORT PROGRAM.**

Section 51501 of title 46, United States Code, is amended by adding at the end the following:

"(c) AMERICAN MARITIME CENTERS OF EXCELLENCE.—The Secretary shall designate each State maritime academy as an American Maritime Center of Excellence.".

**SEC. 3506. IMPROVEMENTS TO THE MARITIME GUARANTEED LOAN PROGRAM.**

(a) DEFINITIONS.—Section 53701 of title 46, United States Code, is amended—

(1) by striking paragraph (5);

(2) by redesignating paragraphs (6) through (15) as paragraphs (5) through (14), respectively; and

(3) by adding at the end the following:

"(15) VESSEL OF NATIONAL INTEREST.—The term 'Vessel of National Interest' means a vessel deemed to be of national interest that meets characteristics determined by the Administrator, in consultation with the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, or the heads of other Federal agencies, as described in section 53703(d).".

(b) PREFERRED LENDER.—Subsection (a) of section 53702 of title 46, United States Code, is amended to read as follows:

"(a) IN GENERAL.—

"(1) GUARANTEE OF PAYMENTS.—The Secretary or Administrator, on terms the Secretary or Administrator may prescribe, may guarantee or make a commitment to guarantee the payment of the principal of and interest on an obligation eligible to be guaranteed under this chapter. A guarantee or commitment to guarantee shall cover 100 percent of the principal and interest.

"(2) PREFERRED ELIGIBLE LENDER.—The Federal Financing Bank shall be the preferred eligible lender of the principal and interest of the guaranteed obligations issued under this chapter.".

(c) APPLICATION AND ADMINISTRATION.—Section 53703 of title 46, United States Code, is amended—

(1) in the section heading, by striking "**procedures**" and inserting "**and administration**"; and

(2) by adding at the end the following:

"(c) INDEPENDENT ANALYSIS.—

"(1) IN GENERAL.—To assess and mitigate the risks due to factors associated with markets, technology, financial, or legal structures related to an application or guarantee under this chapter, the Sec-

retary or Administrator may utilize third party experts, including legal counsel, to—

"(A) process and review applications under this chapter, including conducting independent analysis and review of aspects of an application;

"(B) represent the Secretary or Administrator in structuring and documenting the obligation guarantee;

"(C) analyze and review aspects of, structure, and document the obligation guarantee during the term of the guarantee;

"(D) recommend financial covenants or financial ratios to be met by the applicant during the time a guarantee under this chapter is outstanding that are—

"(i) based on the financial covenants or financial ratios, if any, that are then applicable to the obligor under private sector credit agreements; and

"(ii) in lieu of other financial covenants applicable to the obligor under this chapter with respect to requirements regarding long-term debt-to-equity, minimum working capital, or minimum amount of equity; and

"(E) represent the Secretary or Administrator to protect the security interests of the Government relating to an obligation guarantee.

"(2) PRIVATE SECTOR EXPERT.—Independent analysis, review, and representation conducted under this subsection shall be performed by a private sector expert in the applicable field who is selected by the Secretary or Administrator.

"(d) VESSELS OF NATIONAL INTEREST.—

"(1) NOTICE OF FUNDING.—The Secretary or Administrator may post a notice in the Federal Register regarding the availability of funding for obligation guarantees under this chapter for the construction, reconstruction, or reconditioning of a Vessel of National Interest and include a timeline for the submission of applications for such vessels.

"(2) VESSEL CHARACTERISTICS.—

"(A) IN GENERAL.—The Secretary or Administrator, in consultation with the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as service in the Department of the Navy, or the heads of other Federal agencies, shall develop and publish a list of vessel

WASHSTATEC007714

types that would be considered Vessels of National Interest.

"(B) REVIEW.—Such list shall be reviewed and revised every four years or as necessary, as determined by the Administrator.".

(d) FUNDING LIMITS.—Section 53704 of title 46, United States Code, is amended—

(1) in subsection (a)—

(A) by striking "that amount" and all the follows through "$850,000,000" and inserting "that amount, $850,000,000"; and

(B) by striking "facilities" and all that follows through the end of the subsection and inserting "facilities."; and

(2) in subsection (c)(4)—

(A) by striking subparagraph (A); and

(B) by redesignating subparagraphs (B) through (K), as subparagraphs (A) through (J), respectively.

(e) ELIGIBLE PURPOSES OF OBLIGATIONS.—Section 53706 of title 46, United States Code, is amended—

(1) in subsection (a)(1)(A)—

(A) in the matter preceding clause (i), by striking "(including an eligible export vessel)";

WASHSTATEC007715

(B) in clause (iv) by inserting "or" after the semicolon;

(C) in clause (v), by striking "; or" and inserting a period; and

(D) by striking clause (vi); and

(2) in subsection (c)(1)—

(A) in subparagraph (A), by striking "and" after the semicolon;

(B) in subparagraph (B)(ii), by striking the period at the end and inserting "; and"; and

(C) by adding at the end the following:

"(C) after applying subparagraphs (A) and (B), Vessels of National Interest.".

(f) AMOUNT OF OBLIGATIONS.—Section 53709(b) of title 46, United States Code, is amended—

(1) by striking paragraphs (3) and (6); and

(2) by redesignating paragraphs (4) and (5) as paragraphs (3) and (4), respectively.

(g) CONTENTS OF OBLIGATIONS.—Section 53710 of title 46, United States Code, is amended—

(1) in subsection (a)(4)—

(A) in subparagraph (A)—

(i) by striking "or, in the case of" and all that follows through "party"; and

WASHSTATEC007716

(ii) by striking "and" after the semicolon; and

(B) in subparagraph (B), by striking the period at the end and inserting "; and"; and

(C) by adding at the end the following:

"(C) documented under the laws of the United States for the term of the guarantee of the obligation or until the obligation is paid in full, whichever is sooner."; and

(2) in subsection (c)—

(A) in the subsection heading, by inserting "AND PROVIDE FOR THE FINANCIAL STABILITY OF THE OBLIGOR" after "INTERESTS";

(B) by striking "provisions for the protection of" and inserting "provisions, which shall include—

"(1) provisions for the protection of";

(C) by striking ", and other matters that the Secretary or Administrator may prescribe." and inserting, "; and"; and

(D) by adding at the end the following:

"(2) any other provisions that the Secretary or Administrator may prescribe.".

(h) ADMINISTRATIVE FEES.—Section 53713 of title 46, United States Code, is amended—

WASHSTATEC007717

(1) in subsection (a)—

(A) in the matter preceding paragraph (1), by striking "reasonable for—" and inserting " reasonable for processing the application and monitoring the loan guarantee, including for— ";

(B) in paragraph (4), by striking "; and" and inserting "or a deposit fund under section 53716 of this title;";

(C) in paragraph (5), by striking the period at the end and inserting "; and"; and

(D) by adding at the end the following:

"(6) monitoring and providing services related to the obligor's compliance with any terms related to the obligations, the guarantee, or maintenance of the Secretary or Administrator's security interests under this chapter."; and

(2) in subsection (c)—

(A) in paragraph (1), by striking "under section 53708(d) of this title" and inserting "under section 53703(c) of this title";

(B) by redesignating paragraphs (1) through (3) as subparagraphs (A) through (C), respectively, and adjusting the margins accordingly;

WASHSTATEC007718

(C) by striking "The Secretary" and inserting the following:

"(1) IN GENERAL.—The Secretary"; and

(D) by adding at the end the following:

"(2) FEE LIMITATION INAPPLICABLE.—Fees collected under this subsection are not subject to the limitation of subsection (b).".

(i) BEST PRACTICES; ELIGIBLE EXPORT VESSELS.—Chapter 537 of title 46, United States Code, is further amended—

(1) in subchapter I, by adding at the end the following new section:

**"§ 53719. Best practices**

"The Secretary or Administrator shall ensure that all standard documents and agreements that relate to loan guarantees made pursuant to this chapter are reviewed and updated every four years to ensure that such documents and agreements meet the current commercial best practices to the extent permitted by law."; and

(2) in subchapter III, by striking section 53732.

(j) EXPEDITED CONSIDERATION OF LOW-RISK APPLICATIONS.—

(1) IN GENERAL.—In accordance with the requirements of this subsection, the Administrator

shall establish an administrative process and issue guidance for the expedited consideration of low-risk applications submitted under chapter 537 of title 46, United States Code.

(2) STAKEHOLDER COMMENT.—Not later than 180 days after the date of enactment of this section, the Administrator of the Maritime Administration shall publish in the Federal Register a notice of a 45-day public comment period to request stakeholder input and recommendations to establish the administrative process required under this subsection, including proposals to assist applicants—

(A) in the development and submission of initial applications;

(B) in meeting requests for supplemental information made by the Administrator; and

(C) to comply with other requirements made by the Administrator to ensure the expedited consideration of applications.

(3) INDUSTRY BEST PRACTICES.—The administrative process established under this subsection shall utilize, to the extent practicable, relevant Federal and industry best practices found in the maritime and shipbuilding industries.

(4) FINAL GUIDANCE.—Not later than 90 days after the conclusion of the public comment period required under paragraph (2), the Administrator shall publish in the Federal Register final guidance to assist applicants in the preparation and filing of applications under this subsection.

(k) CONGRESSIONAL NOTIFICATION.—

(1) NOTIFICATION.—Not less than 60 days before reorganizing or consolidating the activities or personnel covered under chapter 537 of title 46, United States Code, the Secretary of Transportation shall notify, in writing, the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Transportation and Infrastructure of the House of Representatives of the proposed reorganization or consolidation.

(2) CONTENTS.—Each notification under paragraph (1) shall include an evaluation of, and justification for, the reorganization or consolidation.

(l) CLERICAL AMENDMENTS.—The table of sections at the beginning of chapter 537 of title 46, United States Code, is amended—

(1) by inserting after the item relating to section 53718 the following new item:

"53719. Best practices."; and

(2) by striking the item relating to section 53732.

**SEC. 3507. REQUIREMENT FOR SMALL SHIPYARD GRANTEES.**

(a) IN GENERAL.—Section 54101(d) of title 46, United States Code, is amended—

(1) by striking "Grants awarded" and inserting the following:

"(1) IN GENERAL.—Grants awarded"; and

(2) by adding at the end the following:

"(2) BUY AMERICA.—

"(A) IN GENERAL.—Subject to subparagraph (B), no funds may be obligated by the Administrator of the Maritime Administration under this section, unless each product and material purchased with those funds (including products and materials purchased by a grantee), and including any commercially available off-the-shelf item, is—

"(i) an unmanufactured article, material, or supply that has been mined or produced in the United States; or

"(ii) a manufactured article, material, or supply that has been manufactured in the United States substantially all from ar-

WASHSTATEC007722

ticles, materials, or supplies mined, produced, or manufactured in the United States.

"(B) EXCEPTIONS.—

"(i) IN GENERAL.—Notwithstanding subparagraph (A), the requirements of that subparagraph shall not apply with respect to a particular product or material if the Administrator determines—

"(I) that the application of those requirements would be inconsistent with the public interest;

"(II) that such product or material is not available in the United States in sufficient and reasonably available quantities, of a satisfactory quality, or on a timely basis; or

"(III) that inclusion of a domestic product or material will increase the cost of that product or material by more than 25 percent, with respect to a certain contract between a grantee and that grantee's supplier.

"(ii) FEDERAL REGISTER.—A determination made by the Administrator under

this subparagraph shall be published in the Federal Register.

"(C) DEFINITIONS.—In this paragraph:

"(i) The term 'commercially available off-the-shelf item' means—

"(I) any item of supply (including construction material) that is—

"(aa) a commercial item, as defined by section 2.101 of title 48, Code of Federal Regulations (as in effect on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020); and

"(bb) sold in substantial quantities in the commercial marketplace; and

"(II) does not include bulk cargo, as defined in section 40102(4) of this title, such as agricultural products and petroleum products.

"(ii) The term 'product or material' means an article, material, or supply brought to the site by the recipient for incorporation into the building, work, or

project. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site.

"(iii) The term 'United States' includes the District of Columbia, the Commonwealth of Puerto Rico, the Northern Mariana Islands, Guam, American Samoa, and the Virgin Islands.".

(b) AUTHORIZATION OF APPROPRIATIONS.—Section 54101(i) of title 46, United States Code, is amended—

(1) by striking "2018, 2019, and 2020" and inserting "2020 and 2021"; and

(2) by striking "$35,000,000" and inserting "$40,000,000".

(c) NOTIFICATION OF COMMITTEES OF CERTAIN PROPOSED OBLIGATIONS.—The first section of Public Law 85-804 (50 U.S.C. 1431) is amended, in the third sentence, by inserting "and in addition, the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Commerce, Science, and Transportation of the Senate with respect to contracts, or modifications or amendments to contracts, or advance payments proposed to be made under this section by the Secretary of the Department in which the Coast Guard is operating with respect to the acquisition of Coast Guard cutters or aircraft," after "House of Representatives".

**SEC. 3508. SALVAGE RECOVERIES OF CARGOES.**

Section 57107 of title 46, United States Code, is amended by adding at the end the following:

"(c) SALVAGING CARGOES.—

"(1) REIMBURSABLE AGREEMENTS.—The Secretary of Transportation, acting through the Administrator of the Maritime Administration, may enter into reimbursable agreements with other Federal entities to provide legal services to such entities relating to the salvaging of cargoes for which such entities have custody, or control, or for which for such entities have trustee responsibilities from vessels in

WASHSTATEC007726

the custody or control of the Maritime Administration or its predecessor agencies. The Secretary may receive and retain reimbursement from such entities for all costs incurred related to the provision of such services.

"(2) AMOUNTS RECEIVED.—Amounts received as reimbursements under this subsection shall be credited to the fund or account that was used to cover the costs incurred by the Secretary or, if the period of availability of obligations for that appropriation has expired, to the appropriation of funds that is currently available to the Secretary for substantially the same purpose. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.

"(3) ADVANCE PAYMENTS.—Payments made in advance shall be for any part of the estimated cost as determined by the Secretary of Transportation. Adjustments to the amounts paid in advance shall be made as agreed to by the Secretary of Transportation and the head of the ordering agency or unit based on the actual cost of goods or services provided.".

**SEC. 3509. SALVAGE RECOVERIES FOR SUBROGATED OWNERSHIP OF VESSELS AND CARGOES.**

(a) IN GENERAL.—Chapter 571 of title 46, United States Code, as amended by this title, is further amended by adding at the end the following new section:

**"SEC. 57111. SALVAGE RECOVERIES FOR SUBROGATED OWNERSHIP OF VESSELS AND CARGOES.**

"(a) SALVAGE AGREEMENTS.—The Secretary of Transportation is authorized to enter into marine salvage agreements for the recoveries, sale, and disposal of sunken or damaged vessels, cargoes, or properties owned or insured by or on behalf of the Maritime Administration, the United States Shipping Board, the U.S. Shipping Bureau, the United States Maritime Commission, or the War Shipping Administration.

"(b) MILITARY CRAFT.—The Secretary of Transportation shall consult with the Secretary of the military department concerned prior to engaging in or authorizing any activity under subsection (a) that will disturb sunken military craft, as such term is defined in section 1408(3) of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108–375; 10 U.S.C. 113 note).

"(c) RECOVERIES.—Notwithstanding any other provision of law, the net proceeds from salvage agreements

entered into as authorized in subsection (a) shall remain available until expended and be distributed as follows:

"(1) Fifty percent shall be available to the Administrator of the Maritime Administration for the payment or reimbursement of expenses incurred by or on behalf of State maritime academies or the United States Merchant Marine Academy for facility and training ship maintenance, repair, and modernization, and for the purchase of simulators and fuel.

"(2) The remainder shall be distributed for maritime heritage preservation to the Department of the Interior for grants as authorized by section 308703 of title 54.".

(b) CLERICAL AMENDMENT.—The table of sections at the beginning of such chapter, as amended by this title, is further amended by adding at the end the following new item:

"57111. Salvage recoveries for subrogated ownership of vessels and cargoes.".

**SEC. 3510. MARITIME OCCUPATIONAL SAFETY AND HEALTH ADVISORY COMMITTEE.**

Section 7 of the Occupational Safety and Health Act of 1970 (29 U.S.C. 656) is amended by adding at the end the following:

"(d) There is established a Maritime Occupational Safety and Health Advisory Committee, which shall be a

continuing body and shall provide advice to the Secretary in formulating maritime industry standards and regarding matters pertaining to the administration of this Act related to the maritime industry. The composition of such advisory committee shall be consistent with the advisory committees established under subsection (b). A member of the advisory committee who is otherwise qualified may continue to serve until a successor is appointed. The Secretary may promulgate or amend regulations as necessary to implement this subsection.''.

**SEC. 3511. MILITARY TO MARINER.**

(a) CREDENTIALING SUPPORT.—Not later than one year after the date of enactment of this title, the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Commerce, and the Secretary of Health and Human Services, with respect to the applicable services in their respective departments, and in coordination with one another and with the United States Committee on the Marine Transportation System, and in consultation with the Merchant Marine Personnel Advisory Committee, shall, consistent with applicable law, identify all training and experience within the applicable service that may qualify for merchant mariner credentialing and submit a list of all

WASHSTATEC007730

identified training and experience to the United States Coast Guard National Maritime Center for a determination of whether such training and experience counts for credentialing purposes.

(b) REVIEW OF APPLICABLE SERVICE.—The United States Coast Guard Commandant shall make a determination of whether training and experience counts for credentialing purposes, as described in subsection (a), not later than 6 months after the date on which the United States Coast Guard National Maritime Center receives a submission under subsection (a) identifying a training or experience and requesting such a determination.

(c) FEES AND SERVICES.—The Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, and the Secretary of Commerce, with respect to the applicable services in their respective departments, shall—

(1) take all necessary and appropriate actions to provide for the waiver of fees through the National Maritime Center license evaluation, issuance, and examination for members of the uniformed services on active duty, if a waiver is authorized and appropriate, and, if a waiver is not granted, take all necessary and appropriate actions to provide for the

WASHSTATEC007731

payment of fees for members of the uniformed services on active duty by the applicable service to the fullest extent permitted by law;

(2) direct the applicable services to take all necessary and appropriate actions to provide for Transportation Worker Identification Credential cards for members of the uniformed services on active duty pursuing or possessing a mariner credential, such as implementation of an equal exchange process for members of the uniformed services on active duty at no or minimal cost;

(3) ensure that members of the applicable services who are to be discharged or released from active duty and who request certification or verification of sea service be provided such certification or verification no later than one month after discharge or release;

(4) ensure the applicable services have developed, or continue to operate, as appropriate, the online resource known as Credentialing Opportunities On-Line to support separating members of the uniformed services who are seeking information and assistance on merchant mariner credentialing; and

(5) not later than 1 year after the date of enactment of this section, take all necessary and ap-

WASHSTATEC007732

propriate actions to review and implement service-related medical certifications to merchant mariner credential requirements.

(d) ADVANCING MILITARY TO MARINER WITHIN THE EMPLOYER AGENCIES.—

(1) IN GENERAL.—The Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, and the Secretary of Commerce shall have direct hiring authority to employ separated members of the uniformed services with valid merchant mariner licenses or sea service experience in support of United States national maritime needs, including the Army Corps of Engineers, U.S. Customs and Border Protection, and the National Oceanic and Atmospheric Administration.

(2) APPOINTMENTS OF RETIRED MEMBERS OF THE ARMED FORCES.—Except in the case of positions in the Senior Executive Service, the requirements of section 3326(b) of title 5, United States Code, shall not apply with respect to the hiring of a separated member of the uniformed services under paragraph (1).

(e) SEPARATED MEMBER OF THE UNIFORMED SERVICES.—In this section, the term "separated member of the uniformed services" means an individual who—

(1) is retiring or is retired as a member of the uniformed services;

(2) is voluntarily separating or voluntarily separated from the uniformed services at the end of enlistment or service obligation; or

(3) is administratively separating or has administratively separated from the uniformed services with an honorable or general discharge characterization.

**SEC. 3512. DEPARTMENT OF TRANSPORTATION INSPECTOR GENERAL REPORT.**

The Inspector General of the Department of Transportation shall—

(1) not later than 180 days after the date of enactment of this title, initiate an audit of the Maritime Administration's actions to address only those recommendations from Chapter 3 and recommendations 5–1, 5–2, 5–3, 5–4, 5–5, and 5–6 identified by a National Academy of Public Administration panel in the November 2017 report entitled "Maritime Administration: Defining its Mission, Aligning its Programs, and Meeting its Objectives"; and

WASHSTATEC007734

(2) submit to the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Transportation and Infrastructure of the House of Representatives a report containing the results of that audit once the audit is completed.

**SEC. 3513. INDEPENDENT STUDY ON THE UNITED STATES MERCHANT MARINE ACADEMY.**

(a) IN GENERAL.—Not later than 180 days after the date of enactment of this title, the Secretary of Transportation shall seek to enter into an agreement with the National Academy of Public Administration (referred to in this section as the "Academy") to carry out the activities described in this section.

(b) STUDY ELEMENTS.—In accordance with the agreement described in subsection (a), the Academy shall conduct a study of the United States Merchant Marine Academy that consists of the following:

(1) A comprehensive assessment of the United States Merchant Marine Academy's systems, training, facilities, infrastructure, information technology, and stakeholder engagement.

(2) Identification of needs and opportunities for modernization to help the United States Merchant Marine Academy keep pace with more modern campuses.

(3) Development of an action plan for the United States Merchant Marine Academy with specific recommendations for—

(A) improvements or updates relating to the opportunities described in paragraph (2); and

(B) systemic changes needed to help the United States Merchant Marine Academy achieve its mission of inspiring and educating the next generation of the mariner workforce on a long-term basis.

(c) DEADLINE AND REPORT.—Not later than 1 year after the date of the agreement described in subsection (a), the Academy shall prepare and submit to the Administrator of the Maritime Administration a report containing the action plan described in subsection (b)(3), including specific findings and recommendations.

**SEC. 3514. PORT OPERATIONS, RESEARCH, AND TECHNOLOGY.**

(a) SHORT TITLE.—This section may be cited as the "Ports Improvement Act".

(b) PORT AND INTERMODAL IMPROVEMENT PROGRAM.—Section 50302 of title 46, United States Code, is amended by striking subsection (c) and inserting the following:

"(c) PORT AND INTERMODAL IMPROVEMENT PROGRAM.—

"(1) GENERAL AUTHORITY.—Subject to the availability of appropriations, the Secretary of Transportation shall make grants, on a competitive basis, to eligible applicants to assist in funding eligible projects for the purpose of improving the safety, efficiency, or reliability of the movement of goods through ports and intermodal connections to ports.

"(2) ELIGIBLE APPLICANT.—The Secretary may make a grant under this subsection to the following:

"(A) A State.

"(B) A political subdivision of a State, or a local government.

"(C) A public agency or publicly chartered authority established by 1 or more States.

"(D) A special purpose district with a transportation function.

"(E) An Indian Tribe (as defined in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 5304), without regard to capitalization), or a consortium of Indian Tribes.

WASHSTATEC007737

"(F) A multistate or multijurisdictional group of entities described in this paragraph.

"(G) A lead entity described in subparagraph (A), (B), (C), (D), (E), or (F) jointly with a private entity or group of private entities.

"(3) ELIGIBLE PROJECTS.—The Secretary may make a grant under this subsection—

"(A) for a project, or package of projects, that—

"(i) is either—

"(I) within the boundary of a port; or

"(II) outside the boundary of a port, but is directly related to port operations or to an intermodal connection to a port; and

"(ii) will be used to improve the safety, efficiency, or reliability of—

"(I) the loading and unloading of goods at the port, such as for marine terminal equipment;

"(II) the movement of goods into, out of, around, or within a port, such as for highway or rail infrastruc-

ture, intermodal facilities, freight intelligent transportation systems, and digital infrastructure systems; or

"(III) environmental mitigation measures and operational improvements directly related to enhancing the efficiency of ports and intermodal connections to ports; or

"(B) notwithstanding paragraph (6)(A)(v), to provide financial assistance to 1 or more projects under subparagraph (A) for development phase activities, including planning, feasibility analysis, revenue forecasting, environmental review, permitting, and preliminary engineering and design work.

"(4) PROHIBITED USES.—A grant award under this subsection may not be used—

"(A) to finance or refinance the construction, reconstruction, reconditioning, or purchase of a vessel that is eligible for such assistance under chapter 537, unless the Secretary determines such vessel—

"(i) is necessary for a project described in paragraph (3)(A)(ii)(III) of this subsection; and

"(ii) is not receiving assistance under chapter 537; or

"(B) for any project within a small shipyard (as defined in section 54101).

"(5) APPLICATIONS AND PROCESS.—

"(A) APPLICATIONS.—To be eligible for a grant under this subsection, an eligible applicant shall submit to the Secretary an application in such form, at such time, and containing such information as the Secretary considers appropriate.

"(B) SOLICITATION PROCESS.—Not later than 60 days after the date that amounts are made available for grants under this subsection for a fiscal year, the Secretary shall solicit grant applications for eligible projects in accordance with this subsection.

"(6) PROJECT SELECTION CRITERIA.—

"(A) IN GENERAL.—The Secretary may select a project described in paragraph (3) for funding under this subsection if the Secretary determines that—

"(i) the project improves the safety, efficiency, or reliability of the movement of

goods through a port or intermodal connection to a port;

"(ii) the project is cost effective;

"(iii) the eligible applicant has authority to carry out the project;

"(iv) the eligible applicant has sufficient funding available to meet the matching requirements under paragraph (8);

"(v) the project will be completed without unreasonable delay; and

"(vi) the project cannot be easily and efficiently completed without Federal funding or financial assistance available to the project sponsor.

"(B) ADDITIONAL CONSIDERATIONS.—In selecting projects described in paragraph (3) for funding under this subsection, the Secretary shall give substantial weight to—

"(i) the utilization of non-Federal contributions; and

"(ii) the net benefits of the funds awarded under this subsection, considering the cost-benefit analysis of the project, as applicable.

"(C) SMALL PROJECTS.—The Secretary may waive the cost-benefit analysis under subparagraph (A)(ii), and establish a simplified, alternative basis for determining whether a project is cost effective, for a small project described in paragraph (7)(B).

"(7) ALLOCATION OF FUNDS.—

"(A) GEOGRAPHIC DISTRIBUTION.—Not more than 25 percent of the amounts made available for grants under this subsection for a fiscal year may be used to make grants for projects in any 1 State.

"(B) SMALL PROJECTS.—The Secretary shall reserve 25 percent of the amounts made available for grants under this subsection each fiscal year to make grants for eligible projects described in paragraph (3)(A) that request the lesser of—

"(i) 10 percent of the amounts made available for grants under this subsection for a fiscal year; or

"(ii) $10,000,000.

"(C) DEVELOPMENT PHASE ACTIVITIES.—Not more than 10 percent of the amounts made available for grants under this subsection for a

WASHSTATEC007742

fiscal year may be used to make grants for development phase activities under paragraph (3)(B).

"(8) FEDERAL SHARE OF TOTAL PROJECT COSTS.—

"(A) TOTAL PROJECT COSTS.—To be eligible for a grant under this subsection, an eligible applicant shall submit to the Secretary an estimate of the total costs of a project under this subsection based on the best available information, including any available engineering studies, studies of economic feasibility, environmental analyses, and information on the expected use of equipment or facilities.

"(B) FEDERAL SHARE.—

"(i) IN GENERAL.—Except as provided in clause (ii), the Federal share of the total costs of a project under this subsection shall not exceed 80 percent.

"(ii) RURAL AREAS.—The Secretary may increase the Federal share of costs above 80 percent for a project located in a rural area.

"(9) PROCEDURAL SAFEGUARDS.—The Secretary shall issue guidelines to establish appropriate

accounting, reporting, and review procedures to ensure that—

"(A) grant funds are used for the purposes for which those funds were made available;

"(B) each grantee properly accounts for all expenditures of grant funds; and

"(C) grant funds not used for such purposes and amounts not obligated or expended are returned.

"(10) GRANT CONDITIONS.—

"(A) IN GENERAL.—The Secretary shall require as a condition of making a grant under this subsection that a grantee—

"(i) maintain such records as the Secretary considers necessary;

"(ii) make the records described in clause (i) available for review and audit by the Secretary; and

"(iii) periodically report to the Secretary such information as the Secretary considers necessary to assess progress.

"(B) ADDITIONAL REQUIREMENT.—The Secretary shall apply the same requirements of section 117(k) of title 23, United States Code, to a port project assisted in whole or in part

under this section as the Secretary does a port-related freight project under section 117 of title 23, United States Code.

"(C) CONSTRUCTION, REPAIR, OR ALTERATION OF VESSELS.—With regard to the construction, repair, or alteration of vessels, the same requirements of section 117(k) of title 23, United States Code, shall apply regardless of whether the location of contract performance is known when bids for such work are solicited.

"(11) ADMINISTRATION.—

"(A) ADMINISTRATIVE AND OVERSIGHT COSTS.—The Secretary may retain not more than 2 percent of the amounts appropriated for each fiscal year under this subsection for the administrative and oversight costs incurred by the Secretary to carry out this subsection.

"(B) AVAILABILITY.—

"(i) IN GENERAL.—Amounts appropriated for carrying out this subsection shall remain available until expended.

"(ii) UNEXPENDED FUNDS.—Amounts awarded as a grant under this subsection that are not expended by the grantee during the 5-year period following

the date of the award shall remain available to the Secretary for use for grants under this subsection in a subsequent fiscal year.

"(12) DEFINITIONS.—In this subsection:

"(A) APPROPRIATE COMMITTEES OF CONGRESS.—The term 'appropriate committees of Congress' means—

"(i) the Committee on Commerce, Science, and Transportation of the Senate; and

"(ii) the Committee on Transportation and Infrastructure of the House of Representatives.

"(B) PORT.—The term 'port' includes—

"(i) any port on the navigable waters of the United States; and

"(ii) any harbor, marine terminal, or other shore side facility used principally for the movement of goods on inland waters.

"(C) PROJECT.—The term 'project' includes construction, reconstruction, environmental rehabilitation, acquisition of property, including land related to the project and im-

provements to the land, equipment acquisition, and operational improvements.

"(D) RURAL AREA.—The term 'rural area' means an area that is outside an urbanized area.

"(d) ADDITIONAL AUTHORITY OF THE SECRETARY.—In carrying out this section, the Secretary may—

"(1) coordinate with other Federal agencies to expedite the process established under the National Environmental Policy Act of 1969 (42 U.S.C. 4321 et seq.) for the improvement of port facilities to improve the efficiency of the transportation system, to increase port security, or to provide greater access to port facilities;

"(2) seek to coordinate all reviews or requirements with appropriate Federal, State, and local agencies; and

"(3) in addition to any financial assistance provided under subsection (c), provide such technical assistance to port authorities or commissions or their subdivisions and agents.".

(e) SAVINGS CLAUSE.—A repeal made by subsection (b) of this section shall not affect amounts apportioned or allocated before the effective date of the repeal. Such

WASHSTATEC007747

apportioned or allocated funds shall continue to be subject to the requirements to which the funds were subject under—

(1) section 50302(c) of title 46, United States Code, as in effect on the day before the date of enactment of this title;

(2) section 9008 of the SAFETEA-LU Act (Public Law 109–59; 119 Stat. 1926);

(3) section 10205 of the SAFETEA-LU Act (Public Law 109–59; 119 Stat. 1934); and

(4) section 3512 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (48 U.S.C. 1421r).

(d) REMEDIAL ACTIONS.—Section 533 of the Coast Guard Authorization Act of 2016 (Public Law 114–120; 130 Stat. 74) is amended by adding at the end the following:

"(f) REMEDIAL ACTIONS.—For purposes of the conveyances under this section, the remedial actions required under section 120(h) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9620(h)) may be completed by the United States Coast Guard after the date of such conveyance and a deed entered into for such conveyance shall include a clause granting the United States Coast Guard access to the

property in any case in which remedial action or corrective action is found to be necessary after the date of such conveyance.''.

(e) ENVIRONMENTAL COMPLIANCE.—Section 534(a) of the Coast Guard Authorization Act of 2016 (Public Law 114-120; 42 U.S.C. 9620 note) is amended—

(1) by striking "Nothing" and inserting "After the date on which the Secretary of the Interior conveys land under section 533 of this Act, nothing"; and

(2) by inserting ", with respect to contaminants on such land prior to the date on which the land is conveyed" before the period.

**SEC. 3515. ASSESSMENT AND REPORT ON STRATEGIC SEAPORTS.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this title, the Secretary of Defense shall submit to the Committee on Armed Services and the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate a report on port facilities used for military purposes at ports designated by the Department of Defense as strategic seaports.

WASHSTATEC007749

(b) ELEMENTS.—The report required by subsection (a) shall include, with respect to port facilities included in the report, the following:

(1) An assessment of whether there are structural integrity or other deficiencies in such facilities.

(2) If there are such deficiencies—

(A) an assessment of infrastructure improvements to such facilities that would be needed to meet, directly or indirectly, national security and readiness requirements;

(B) an assessment of the impact on operational readiness of the Armed Forces if such improvements are not undertaken; and

(C) an identification of, to the maximum extent practical, all potential funding sources for such improvements from existing authorities.

(3) An identification of the support that would be appropriate for the Department of Defense to provide in the execution of the responsibilities of the Secretary of Transportation under section 50302 of title 46, United States Code, with respect to such facilities.

(4) If additional statutory or administrative authorities would be required for the provision of sup-

port as described in paragraph (3), recommendations for legislative or administrative action to establish such authorities.

(c) CONSULTATION.—The Secretary of Defense shall prepare the report required by subsection (a) in consultation with the Maritime Administrator and the individual responsible for each port facility described in such subsection.

**SEC. 3516. TECHNICAL CORRECTIONS.**

(a) OFFICE OF PERSONNEL MANAGEMENT GUIDANCE.—Not later than 120 days after the date of the enactment of this title, the Director of the Office of Personnel Management, in consultation with the Administrator of the Maritime Administration, shall identify key skills and competencies necessary to maintain a balance of expertise in merchant marine seagoing service and strategic sealift military service in each of the following positions within the Office of the Commandant of the Merchant Marine Academy:

(1) Commandant.

(2) Deputy Commandant.

(3) Tactical company officers.

(4) Regimental officers.

(b) SEA YEAR COMPLIANCE.—Section 3514(a)(1)(A) of the National Defense Authorization Act for Fiscal Year

WASHSTATEC007751

2017 (Public Law 114–328; 46 U.S.C. 51318 note) is amended by inserting "domestic and international" after "criteria that".

**SEC. 3517. UNITED STATES MERCHANT MARINE ACADEMY SEXUAL ASSAULT PREVENTION AND RESPONSE PROGRAM.**

(a) IMPLEMENTATION OF RECOMMENDATIONS.—The Secretary of Transportation shall ensure that, not later than 180 days after the date of the enactment of this title, the recommendations in report of the Inspector General of the Department of Transportation on the effectiveness sexual assault prevention and response program of the United States Merchant Marine Academy (mandated under section 3512 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328; 130 Stat. 2786)), are fully implemented.

(b) REPORT.—Not later than 180 days after the date of the enactment of this title, the Secretary of Transportation shall submit to Congress a report that includes—

(1) confirmation that the recommendations described in subsection (a) have been fully implemented, and explaining how those recommendations have been implemented; or

(2) if such recommendations have not been fully implemented as of the date of the report, an expla-

WASHSTATEC007752

nation of why such recommendations have not been fully implemented and a description of the resources that are needed to fully implement such recommendations.

**SEC. 3518. REPORT ON VESSELS FOR EMERGING OFFSHORE ENERGY INFRASTRUCTURE.**

(a) IN GENERAL.—Not later than six months after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Energy and Natural Resources of the Senate, and the Committee on Transportation and Infrastructure of the House of Representatives a report on the need for vessels documented under chapter 121 of title 46, United States Code, to install, operate, and maintain emerging offshore energy infrastructure, including offshore wind energy.

(b) CONTENTS.—The report required by subsection (a) shall include—

(1) an inventory of vessels documented under chapter 121 of title 46, United States Code, (including existing vessels and vessels that have the potential to be refurbished) to install, operate, and maintain such emerging offshore energy infrastructure;

WASHSTATEC007753

(2) a projection of existing vessels needed to meet such emerging offshore energy needs over the next 10 years;

(3) a summary of actions taken or proposed by offshore energy developers and producers, the United States domestic shipbuilding industry, and United States coastwise qualified operators to ensure sufficient vessel capacity in compliance with United States coastwise laws; and

(4) a description of the potential benefits to the United States maritime and shipbuilding industries and to the United States economy associated with the use of United States coastwise qualified vessels to support offshore energy development and production.

**SEC. 3519. REPORT ON UNITED STATES FLAGGED FUEL TANKER VESSEL CAPACITY.**

(a) REPORT REQUIRED.—Concurrent with the budget of the President for fiscal year 2021, as submitted to Congress under section 1105 of title 31, United States Code, the Secretary of Defense shall, in consultation with the Secretary of Transportation, submit to the appropriate committees of Congress a report on the capabilities of the United States to maintain adequate United States-flagged

fuel tanker vessel capacity to support the full range of anticipated military operations over each period as follows:

(1) In 2020.

(2) Between 2020 and 2025.

(3) Between 2020 and 2030.

(b) ELEMENTS.—The report required by subsection (a) shall include, for each period specified in that subsection, the following:

(1) A description of current and projected United States-flagged fuel tanker vessel capacity.

(2) A description of current and projected United States military needs for United States-flagged fuel tanker vessel capacity, including the most stressing peacetime and wartime requirements.

(3) A description and assessment of the number of foreign-flagged tanker vessels required to address United States military needs described pursuant to paragraph (2), including the most stressing peacetime and wartime requirements.

(4) An identification and assessment of any gaps in the capacity described pursuant to paragraph (1) to meet the United States military needs described pursuant to paragraph (2), including quantities of tanker vessels, as well as an assessment of the risk to military objectives due to reliance on

foreign-flagged tanker vessels described pursuant to paragraph (3).

(5) A description and assessment of options to address the gaps identified pursuant to paragraph (4), including the establishment of a program for United States-flagged fuel tanker vessels modeled on the Maritime Security Program.

(6) Such recommendations as the Secretary of Defense considers appropriate in light of the matters set forth in the report.

(c) FORM.—The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) DEFINITIONS.—In this section:

(1) The term "appropriate committees of Congress" means—

(A) the Committee on Commerce, Science, and Transportation and the Committee on Armed Services of the Senate; and

(B) the Committee on Transportation and Infrastructure and the Committee on Armed Services of the House of Representatives.

(2) The term "Maritime Security Program" means the program in connection with the Maritime

Security Fleet under chapter 531 of title 46, United States Code.

## Subtitle B—Cable Security Fleet

### SEC. 3521. ESTABLISHMENT OF CABLE SECURITY FLEET.

(a) IN GENERAL.—Title 46, United States Code, is amended by inserting before chapter 533 the following new chapter:

## "CHAPTER 532—CABLE SECURITY FLEET

"Sec.
"53201. Definitions.
"53202. Establishment of the Cable Security Fleet.
"53203. Award of operating agreements.
"53204. Effectiveness of operating agreements.
"53205. Obligations and rights under operating agreements.
"53206. Payments.
"53207. National security requirements.
"53208. Regulatory relief.
"53209. Authorization of appropriations.

### "§ 53201. Definitions

"In this chapter:

"(1) CABLE SERVICES.—The term 'cable services' means the installation, maintenance, or repair of submarine cables and related equipment, and related cable vessel operations.

"(2) CABLE VESSEL.—The term 'cable vessel' means a vessel—

"(A) classed as a cable ship or cable vessel by, and designed in accordance with the rules of, the American Bureau of Shipping, or an-

WASHSTATEC007757

other classification society accepted by the Secretary; and

"(B) capable of installing, maintaining, and repairing submarine cables.

"(3) CABLE FLEET.—The term 'Cable Fleet' means the Cable Security Fleet established under section 53202(a).

"(4) CONTINGENCY AGREEMENT.—The term 'Contingency Agreement' means the agreement required by section 53207.

"(5) CONTRACTOR.—The term 'Contractor' means an owner or operator of a vessel that enters into an Operating Agreement for a cable vessel with the Secretary under section 53203.

"(6) FISCAL YEAR.—The term 'fiscal year' means any annual period beginning on October 1 and ending on September 30.

"(7) OPERATING AGENCY.—The term 'Operating Agency' means that agency or component of the Department of Defense so designated by the Secretary of Defense under this chapter.

"(8) OPERATING AGREEMENT OR AGREEMENT.—The terms 'Operating Agreement' or 'Agreement' mean the agreement required by section 53203.

"(9) PERSON.—The term 'person' includes corporations, partnerships, and associations existing under or authorized by the laws of the United States, or any State, Territory, District, or possession thereof, or of any foreign country.

"(10) SECRETARY.—The term 'Secretary' means the Secretary of Transportation.

"(11) UNITED STATES.—The term 'United States' includes the States, the District of Columbia, the Commonwealth of Puerto Rico, the Northern Mariana Islands, Guam, American Samoa, and the Virgin Islands.

"(12) UNITED STATES CITIZEN TRUST.—

"(A) Subject to paragraph (C), the term 'United States citizen trust' means a trust that is qualified under this paragraph.

"(B) A trust is qualified under this paragraph with respect to a vessel only if—

"(i) it was created under the laws of a state of the United States;

"(ii) each of the trustees is a citizen of the United States; and

"(iii) the application for documentation of the vessel under chapter 121 of this title includes the affidavit of each trustee

stating that the trustee is not aware of any reason involving a beneficiary of the trust that is not a citizen of the United States, or involving any other person that is not a citizen of the United States, as a result of which the beneficiary or other person would hold more than 25 percent of the aggregate power to influence, or limit the exercise of the authority of, the trustee with respect to matters involving any ownership or operation of the vessel that may adversely affect the interests of the United States.

"(C) If any person that is not a citizen of the United States has authority to direct, or participate in directing, the trustee for a trust in matters involving any ownership or operation of the vessel that may adversely affect the interests of the United States or in removing a trustee for a trust without cause, either directly or indirectly through the control of another person, the trust is not qualified under this paragraph unless the trust instrument provides that persons who are not citizens of the United States may not hold more than 25 percent of

the aggregate authority to direct or remove a trustee.

"(D) This paragraph shall not be considered to prohibit a person who is not a citizen of the United States from holding more than 25 percent of the beneficial interest in a trust.

**"§ 53202. Establishment of the Cable Security Fleet**

"(a) IN GENERAL.—(1) The Secretary, in consultation with the Operating Agency, shall establish a fleet of active, commercially viable, cable vessels to meet national security requirements. The fleet shall consist of privately owned, United States-documented cable vessels for which there are in effect Operating Agreements under this chapter, and shall be known as the Cable Security Fleet.

"(2) The Fleet described under this section shall include two vessels.

"(b) VESSEL ELIGIBILITY.—A cable vessel is eligible to be included in the Fleet if—

"(1) the vessel meets the requirements of paragraph (1), (2), (3), or (4) of subsection (c);

"(2) the vessel is operated (or in the case of a vessel to be constructed, will be operated) in commercial service providing cable services;

"(3) the vessel is 40 years of age or less on the date the vessel is included in the Fleet;

WASHSTATEC007761

"(4) the vessel is—

"(A) determined by the Operating Agency to be suitable for engaging in cable services by the United States in the interest of national security; and

"(B) determined by the Secretary to be commercially viable, whether independently or taking any payments which are the consequence of participation in the Cable Fleet into account; and

"(5) the vessel—

"(A) is a United States-documented vessel; or

"(B) is not a United States-documented vessel, but—

"(i) the owner of the vessel has demonstrated an intent to have the vessel documented under chapter 121 of this title if it is included in the Cable Fleet; and

"(ii) at the time an Operating Agreement is entered into under this chapter, the vessel is eligible for documentation under chapter 121 of this title.

"(c) Requirements Regarding Citizenship of Owners and Operators.—

WASHSTATEC007762

"(1) VESSELS OWNED AND OPERATED BY SECTION 50501 CITIZENS.—A vessel meets the requirements of this paragraph if, during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be owned and operated by one or more persons that are citizens of the United states under section 50501 of this title.

"(2) VESSELS OWNED BY A SECTION 50501 CITIZEN, OR UNITED STATES CITIZEN TRUST, AND CHARTERED TO A DOCUMENTATION CITIZEN.—A vessel meets the requirements of this paragraph if—

"(A) during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be—

"(i) owned by a person that is a citizen of the United States under section 50501 of this title or that is a United States citizen trust; and

"(ii) demise chartered to and operated by a person—

"(I) that is eligible to document the vessel under chapter 121 of this title;

"(II) the chairman of the board of directors, chief executive officer,

WASHSTATEC007763

and a majority of the members of the board of directors of which are citizens of the United States under section 50501 of this title, and are appointed and subject to removal only upon approval by the Secretary; and

"(III) that certifies to the Secretary that there are no treaties, statutes, regulations, or other laws that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter;

"(B) in the case of a vessel that will be demise chartered to a person that is owned or controlled by another person that is not a citizen of the United States under section 50501 of this title, the other person enters into an agreement with the Secretary not to influence the operation of the vessel in a manner that will adversely affect the interests of the United States; and

"(C) the Secretary and the Operating Agency notify the Committee on Armed Services and the Committee on Commerce, Science

and Transportation of the Senate, and the Committee on Armed Services of the House of Representatives that they concur, and have reviewed the certification required under subparagraph (A)(ii)(III) and determined that there are no legal, operational, or other impediments that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter.

"(3) VESSEL OWNED AND OPERATED BY A DEFENSE CONTRACTOR.—A vessel meets the requirements of this paragraph if—

"(A) during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be owned and operated by a person that—

"(i) is eligible to document a vessel under chapter 121 of this title;

"(ii) operates or manages other United States-documented vessels for the Secretary of Defense, or charters other vessels to the Secretary of Defense;

"(iii) has entered into a special security agreement for purposes of this paragraph with the Secretary of Defense;

WASHSTATEC007765

"(iv) makes the certification described in paragraph (2)(A)(ii)(III); and

"(v) in the case of a vessel described in paragraph (2)(B), enters into an agreement referred to in that paragraph; and

"(B) the Secretary and the Secretary of Defense notify the Committee on Armed Services and Committee on Commerce, Science, and Transportation of the Senate and the Committee on Armed Services of the House of Representatives that they have reviewed the certification required by subparagraph (A)(iv) and determined that there are no other legal, operational, or other impediments that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter.

"(4) VESSEL OWNED BY A DOCUMENTATION CITIZEN AND CHARTERED TO A SECTION 50501 CITIZEN.—A vessel meets the requirements of this paragraph if, during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be—

WASHSTATEC007766

"(A) owned by a person that is eligible to document a vessel under chapter 121 of this title; and

"(B) demise chartered to a person that is a citizen of the United States under section 50501 of this title.

"(d) VESSEL STANDARDS.—

"(1) CERTIFICATE OF INSPECTION.—A cable vessel which the Secretary of the Department in which the Coast Guard is operating determines meets the criteria of subsection (b) of this section but which, on the date of enactment of the Act, is not documented under chapter 121 of this title, shall be eligible for a certificate of inspection if that Secretary determines that—

"(A) the vessel is classed by, and designed in accordance with the rules of, the American Bureau of Shipping, or another classification society accepted by that Secretary;

"(B) the vessel complies with applicable international agreements and associated guidelines, as determined by the country in which the vessel was documented immediately before becoming documented under chapter 121; and

WASHSTATEC007767

"(C) that country has not been identified by that Secretary as inadequately enforcing international vessel regulations as to that vessel.

"(2) CONTINUED ELIGIBILITY FOR CERTIFICATE.—Paragraph (1) does not apply to a vessel after any date on which the vessel fails to comply with the applicable international agreements and associated guidelines referred to in paragraph (1)(B).

"(3) RELIANCE ON CLASSIFICATION SOCIETY.—

"(A) IN GENERAL.—The Secretary of the Department in which the Coast Guard is operating may rely on a certification from the American Bureau of Shipping or, subject to subparagraph (B), another classification society accepted by that Secretary to establish that a vessel is in compliance with the requirements of paragraphs (1) and (2).

"(B) FOREIGN CLASSIFICATION SOCIETY.—The Secretary of the Department in which the Coast Guard is operating may accept certification from a foreign classification society under subparagraph (A) only—

"(i) to the extent that the government of the foreign country in which the society

is headquartered provides access on a reciprocal basis to the American Bureau of Shipping; and

"(ii) if the foreign classification society has offices and maintains records in the United States.

"(e) WAIVER OF AGE REGISTRATION.—The Secretary, in conjunction with the Operating Agency, may waive the application of the age restriction under subsection (b)(3) if they jointly determine that the waiver—

"(1) is in the national interest;

"(2) the subject cable vessel and any associated operating network is and will continue to be economically viable; and

"(3) is necessary due to the lack of availability of other vessels and operators that comply with the requirements of this chapter.

**"§ 53203. Award of operating agreements**

"(a) IN GENERAL.—The Secretary shall require, as a condition of including any vessel in the Cable Fleet, that the person that is the owner or operator of the vessel for purposes of section 53202(c) enter into an Operating Agreement with the Secretary under this section.

"(b) PROCEDURE FOR APPLICATIONS.—

"(1) ACCEPTANCE OF APPLICATIONS.—Beginning no later than 60 days after the effective date of this chapter, the Secretary shall accept applications for enrollment of vessels in the Cable Fleet.

"(2) ACTION ON APPLICATIONS.—Within 120 days after receipt of an application for enrollment of a vessel in the Cable Fleet, the Secretary shall approve the application in conjunction with the Operating Agency, and shall enter into an Operating Agreement with the applicant, or provide in writing the reason for denial of that application.

"(c) PRIORITY FOR AWARDING AGREEMENTS.—Subject to the availability of appropriations, the Secretary shall enter into Operating Agreements with those vessels determined by the Operating Agency, in its sole discretion, to best meet the national security requirements of the United States. After consideration of national security requirements, priority shall be given to an applicant that is a United States citizen under section 50501 of this title.

**"§ 53204. Effectiveness of operating agreements**

"(a) EFFECTIVENESS GENERALLY.—The Secretary may enter into an Operating Agreement under this chapter for fiscal year 2021. Except as provided in subsection (d), the agreement shall be effective only for one fiscal

year, but shall be renewable, subject to available appropriations, for each subsequent year.

"(b) VESSELS UNDER CHARTER TO THE UNITED STATES.—Vessels under charter to the United States are eligible to receive payments pursuant to their Operating Agreements.

"(c) TERMINATION.—

"(1) TERMINATION BY THE SECRETARY.—If the Contractor with respect to an Operating Agreement materially fails to comply with the terms of the Agreement—

"(A) the Secretary shall notify the Contractor and provide a reasonable opportunity for it to comply with the Operating Agreement;

"(B) the Secretary shall terminate the Operating Agreement if the Contractor fails to achieve such compliance; and

"(C) upon such termination, any funds obligated by the Agreement shall be available to the Secretary to carry out this chapter.

"(2) EARLY TERMINATION BY A CONTRACTOR.—An Operating Agreement under this chapter shall terminate on a date specified by the Contractor if the Contractor notifies the Secretary, not fewer than 60 days prior to the effective date of

the termination, that the Contractor intends to terminate the Agreement.

"(d) NONRENEWAL FOR LACK OF FUNDS.—If, by the first day of a fiscal year, sufficient funds have not been appropriated under the authority provided by this chapter for that fiscal year for all Operating Agreements, then the Secretary shall notify the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Armed Services of the House of Representatives that Operating Agreements authorized under this chapter for which sufficient funds are not available will not be renewed for that fiscal year if sufficient funds are not appropriated by the 60th day of that fiscal year. If only partial funding is appropriated by the 60th day of such fiscal year, then the Secretary, in consultation with the Operating Agency, shall select the vessels to retain under Operating Agreements, based on their determinations of which vessels are most useful for national security. In the event that no funds are appropriated, then no Operating Agreements shall be renewed and each Contractor shall be released from its obligations under the Operating Agreement. Final payments under an Operating Agreement that is not renewed shall be made in accordance with section 53206. To the extent that sufficient funds are appropriated in a subse-

quent fiscal year, an Operating Agreement that has not been renewed pursuant to this subsection may be reinstated if mutually acceptable to the Secretary, in consultation with the Operating Agency, and the Contractor, provided the vessel remains eligible for participation pursuant to section 53202, without regard to subsection 53202 (b)(3).

"(e) RELEASE OF VESSELS FROM OBLIGATIONS.—If funds are not appropriated for payments under an Operating Agreement under this chapter for any fiscal year by the 60th day of a fiscal year, and the Secretary, in consultation with the Operating Agency determines to not renew a Contractor's Operating Agreement for a vessel, then—

"(1) each vessel covered by the Operating Agreement that is not renewed is thereby released from any further obligation under the Operating Agreement;

"(2) the owner or operator of the vessel whose Operating Agreement was not renewed may transfer and register such vessel under a foreign registry that is acceptable to the Secretary and the Operating Agency, notwithstanding section 56101 of this title; and

WASHSTATEC007773

"(3) if chapter 563 of this title is applicable to such vessel after registration, then the vessel is available to be requisitioned by the Secretary pursuant to chapter 563.

**"§ 53205. Obligations and rights under operating agreements**

"(a) OPERATION OF VESSEL.—An Operating Agreement under this chapter shall require that, during the period the vessel is operating under the Agreement, the vessel—

"(1) shall be operated in the trade for Cable Services, or under a charter to the United States; and

"(2) shall be documented under chapter 121 of this title.

"(b) ANNUAL PAYMENTS BY THE SECRETARY.—

"(1) IN GENERAL.—An Operating Agreement under this chapter shall require, subject to the availability of appropriations, that the Secretary make payment to the Contractor in accordance with section 53206.

"(2) OPERATING AGREEMENT IS AN OBLIGATION OF THE UNITED STATES GOVERNMENT.—An Operating Agreement under this chapter constitutes a contractual obligation of the United States Gov-

WASHSTATEC007774

ernment to pay the amounts provided for in the Operating Agreement to the extent of actual appropriations.

"(c) DOCUMENTATION REQUIREMENT.—Each vessel covered by an Operating Agreement (including an Agreement terminated under section 53204(c)(2)) shall remain documented under chapter 121 of this title, until the date the Operating Agreement would terminate according to its own terms.

"(d) NATIONAL SECURITY REQUIREMENTS.—

"(1) IN GENERAL.—A Contractor with respect to an Operating Agreement (including an Agreement terminated under section 53204(c)(2)) shall continue to be bound by the provisions of section 53207 until the date the Operating Agreement would terminate according to its terms.

"(2) CONTINGENCY AGREEMENT WITH OPERATING AGENCY.—All terms and conditions of a Contingency Agreement entered into under section 53207 shall remain in effect until a date the Operating Agreement would terminate according to its terms, except that the terms of such Contingency Agreement may be modified by the mutual consent of the Contractor, and the Operating Agency.

"(e) TRANSFER OF OPERATING AGREEMENTS.—Operating Agreements shall not be transferrable by the Contractor.

"(f) REPLACEMENT VESSEL.—A Contractor may replace a vessel under an Operating Agreement with another vessel that is eligible to be included in the Fleet under section 53202(b), if the Secretary and the Operating Agency jointly determine that the replacement vessel meets national security requirements and approve the replacement.

**"§ 53206. Payments**

"(a) ANNUAL PAYMENT.—

"(1) IN GENERAL.—The Secretary, subject to availability of appropriations and other provisions of this section, shall pay to the Contractor for an operating agreement, for each vessel that is covered by the operating agreement, an amount equal to $5,000,000 for each fiscal year 2021 through 2035.

"(2) TIMING.—This amount shall be paid in equal monthly installments at the end of each month. The amount shall not be reduced except as provided by this section.

"(b) CERTIFICATION REQUIRED FOR PAYMENT.—As a condition of receiving payment under this section for a fiscal year for a vessel, the Contractor for the vessel shall

WASHSTATEC007776

certify that the vessel has been and will be operated in accordance with section 53205(a)(1) for 365 days in each fiscal year. Up to thirty (30) days during which the vessel is drydocked, surveyed, inspected, or repaired shall be considered days of operation for purposes of this subsection.

"(c) GENERAL LIMITATIONS.—The Secretary shall not make any payment under this chapter for a vessel with respect to any days for which the vessel is—

"(1) not operated or maintained in accordance with an Operating Agreement under this chapter; or

"(2) more than 40 years of age.

"(d) REDUCTIONS IN PAYMENTS.—With respect to payments under this chapter for a vessel covered by an Operating Agreement, the Secretary shall make a pro rata reduction for each day less than 365 in a fiscal year that the vessel is not operated in accordance with section 53205(a)(1), with days during which the vessel is drydocked or undergoing survey, inspection or repair to be considered days on which the vessel is operated as provided in subsection (b).

**"§ 53207. National security requirements**

"(a) CONTINGENCY AGREEMENT REQUIRED.—The Secretary shall include in each Operating Agreement under this chapter a requirement that the Contractor enter into a Contingency Agreement with the Operating

WASHSTATEC007777

Agency. The Operating Agency shall negotiate and enter into a Contingency Agreement with each Contractor as promptly as practicable after the Contractor has entered into an Operating Agreement under this chapter.

"(b) TERMS OF CONTINGENCY AGREEMENT.—

"(1) IN GENERAL.—A Contingency Agreement under this section shall require that a Contractor for a vessel covered by an Operating Agreement under this chapter make the vessel, including all necessary resources to engage in Cable Services required by the Operating Agency, available upon request by the Operating Agency.

"(2) TERMS.—

"(A) IN GENERAL.—The basic terms of a Contingency Agreement shall be established (subject to subparagraph (B)) by the Operating Agency.

"(B) ADDITIONAL TERMS.—The Operating Agency and a Contractor may agree to additional or modifying terms appropriate to the Contractor's circumstances.

"(c) DEFENSE MEASURES AGAINST UNAUTHORIZED SEIZURES.—(1) The Contingency Agreement shall require that any vessel operating under the direction of the Operating Agency operating in area that is designated by the

Coast Guard as an area of high risk of piracy shall be equipped with, at a minimum, appropriate non-lethal defense measures to protect the vessel and crew from unauthorized seizure at sea.

"(2) The Secretary of Defense and the Secretary of the department in which the Coast Guard is operating shall jointly prescribe the non-lethal defense measures that are required under this paragraph.

"(d) PARTICIPATION AFTER EXPIRATION OF OPERATING AGREEMENT.—Except as provided by section 53205(d), the Operating Agency may not require, through a Contingency Agreement or an Operating Agreement, that a Contractor continue to participate in a Contingency Agreement after the Operating Agreement with the Contractor has expired according to its terms or is otherwise no longer in effect.

"(e) RESOURCES MADE AVAILABLE.—The resources to be made available in addition to the vessel under a Contingency Agreement shall include all equipment, personnel, supplies, management services, and other related services as the Operating Agency may determine to be necessary to provide the Cable Services required by the Operating Agency.

"(f) COMPENSATION.—

"(1) IN GENERAL.—The Operating Agency shall include in each Contingency Agreement provisions under which the Operating Agency shall pay fair and reasonable compensation for use of the vessel and all Cable Services provided pursuant to this section and the Contingency Agreement.

"(2) SPECIFIC REQUIREMENTS.—Compensation under this subsection—

"(A) shall be at the rate specified in the Contingency Agreement;

"(B) shall be provided from the time that a vessel is required by the Operating Agency under the Contingency Agreement until the time it is made available by the Operating Agency available to reenter commercial service; and

"(C) shall be in addition to and shall not in any way reflect amounts payable under section 53206.

"(g) LIABILITY OF THE UNITED STATES FOR DAMAGES.—

"(1) LIMITATION ON THE LIABILITY OF THE U.S.—Except as otherwise provided by law, the Government shall not be liable for disruption of a Contractor's commercial business or other consequential

damages to a Contractor arising from the activation of the Contingency Agreement.

"(2) AFFIRMATIVE DEFENSE.—In any action in any Federal or State court for breach of third-party contract, there shall be available as an affirmative defense that the alleged breach of contract was caused predominantly by action taken to carry out a Contingent Agreement. Such defense shall not release the party asserting it from any obligation under applicable law to mitigate damages to the greatest extent possible.

**"§ 53208. Regulatory relief**

"The telecommunications and other electronic equipment on an existing vessel that is redocumented under the laws of the United States for operation under an Operating Agreement under this chapter shall be deemed to satisfy all Federal Communication Commission equipment certification requirements, if—

"(1) such equipment complies with all applicable international agreements and associated guidelines as determined by the country in which the vessel was documented immediately before becoming documented under the laws of the United States;

"(2) that country has not been identified by the Secretary of the Department in which the Coast

Guard is operating as inadequately enforcing international regulations as to that vessel; and

"(3) at the end of its useful life, such equipment shall be replaced with equipment that meets Federal Communication Commission equipment certification standards.

**"§ 53209. Authorization of appropriations**

"There are authorized to be appropriated for payments under section 53206, $10,000,000 for each of the fiscal years 2021 through 2035.".

(b) CONFORMING AMENDMENT.—The table of chapters at the beginning of subtitle V of title 46, United States Code, is amended by inserting before the item relating to chapter 533 the following new item:

**"532. Cable Security Fleet ....................53201".**

# Subtitle C—Maritime SAFE Act

**SEC. 3531. SHORT TITLES.**

This subtitle may be cited as the "Maritime Security and Fisheries Enforcement Act" or the "Maritime SAFE Act".

**SEC. 3532. DEFINITIONS.**

In this subtitle:

(1) AIS.—The term "AIS" means Automatic Identification System (as defined in section 164.46 of title 33, Code of Federal Regulations, or a similar successor regulation).

WASHSTATEC007782

(2) COMBINED MARITIME FORCES.—The term "Combined Maritime Forces" means the 33-nation naval partnership, originally established in February 2002, which promotes security, stability, and prosperity across approximately 3,200,000 square miles of international waters.

(3) EXCLUSIVE ECONOMIC ZONE.—

(A) IN GENERAL.—Unless otherwise specified by the President as being in the public interest in a writing published in the Federal Register, the term "exclusive economic zone" means—

(i) the area within a zone established by a maritime boundary that has been established by a treaty in force or a treaty that is being provisionally applied by the United States; or

(ii) in the absence of a treaty described in clause (i)—

(I) a zone, the outer boundary of which is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured; or

(II) if the distance between the United States and another country is

less than 400 nautical miles, a zone, the outer boundary of which is represented by a line equidistant between the United States and the other country.

(B) INNER BOUNDARY.—Without affecting any Presidential Proclamation with regard to the establishment of the United States territorial sea or exclusive economic zone, the inner boundary of the exclusive economic zone is—

(i) in the case of coastal States, a line coterminous with the seaward boundary of each such State (as described in section 4 of the Submerged Lands Act (43 U.S.C. 1312));

(ii) in the case of the Commonwealth of Puerto Rico, a line that is 3 marine leagues from the coastline of the Commonwealth of Puerto Rico;

(iii) in the case of American Samoa, the United States Virgin Islands, Guam, and the Northern Mariana Islands, a line that is 3 geographic miles from the coastlines of American Samoa, the United

States Virgin Islands, Guam, or the Northern Mariana Islands, respectively; or

(iv) for any possession of the United States not referred to in clause (ii) or (iii), the coastline of such possession.

(C) RULE OF CONSTRUCTION.—Nothing in this paragraph may be construed to diminish the authority of the Department of Defense, the Department of the Interior, or any other Federal department or agency.

(4) FOOD SECURITY.—The term "food security" means access to, and availability, utilization, and stability of, sufficient food to meet caloric and nutritional needs for an active and healthy life.

(5) GLOBAL RECORD OF FISHING VESSELS, REFRIGERATED TRANSPORT VESSELS, AND SUPPLY VESSELS.—The term "global record of fishing vessels, refrigerated transport vessels, and supply vessels" means the Food and Agriculture Organization of the United Nations' initiative to rapidly make available certified data from state authorities about vessels and vessel related activities.

(6) IUU FISHING.—The term "IUU fishing" means illegal fishing, unreported fishing, or unregulated fishing (as such terms are defined in para-

graph 3 of the International Plan of Action to Prevent, Deter, and Eliminate Illegal, Unreported and Unregulated Fishing, adopted at the 24th Session of the Committee on Fisheries in Rome on March 2, 2001).

(7) PORT STATE MEASURES AGREEMENT.—The term "Port State Measures Agreement" means the Agreement on Port State Measures to Prevent, Deter, and Eliminate Illegal, Unreported, and Unregulated Fishing set forth by the Food and Agriculture Organization of the United Nations, done at Rome, Italy November 22, 2009, and entered into force June 5, 2016, which offers standards for reporting and inspecting fishing activities of foreign-flagged fishing vessels at port.

(8) PRIORITY FLAG STATE.—The term "priority flag state" means a country selected in accordance with section 3552 (b)(3)—

(A) whereby the flagged vessels of which actively engage in, knowingly profit from, or are complicit in IUU fishing; and

(B) that is willing, but lacks the capacity, to monitor or take effective enforcement action against its fleet.

(9) PRIORITY REGION.—The term "priority region" means a region selected in accordance with section 3552 (b)(2)—

(A) that is at high risk for IUU fishing activity or the entry of illegally caught seafood into the markets of countries in the region; and

(B) in which countries lack the capacity to fully address the illegal activity described in subparagraph (A).

(10) REGIONAL FISHERIES MANAGEMENT ORGANIZATION.—The term "Regional Fisheries Management Organization" means an intergovernmental fisheries organization or arrangement, as appropriate, that has the competence to establish conservation and management measures.

(11) SEAFOOD.—The term "seafood"—

(A) means marine finfish, mollusks, crustaceans, and all other forms of marine animal and plant life, including those grown, produced, or reared through marine aquaculture operations or techniques; and

(B) does not include marine mammals, turtles, or birds.

(12) TRANSNATIONAL ORGANIZED ILLEGAL ACTIVITY.—The term "transnational organized illegal

activity'' means criminal activity conducted by self-perpetuating associations of individuals who operate transnationally for the purpose of obtaining power, influence, or monetary or commercial gains, wholly or in part by illegal means, while protecting their activities through a pattern of corruption or violence or through a transnational organizational structure and the exploitation of transnational commerce or communication mechanisms.

(13) TRANSSHIPMENT.—The term ''transshipment'' means the use of refrigerated vessels that—

(A) collect catch from multiple fishing boats;

(B) carry the accumulated catches back to port; and

(C) deliver supplies to fishing boats, which allows fishing vessels to remain at sea for extended periods without coming into port.

**SEC. 3533. PURPOSES.**

The purposes of this subtitle are—

(1) to support a whole-of-government approach across the Federal Government to counter IUU fishing and related threats to maritime security;

WASHSTATEC007788

(2) to improve data sharing that enhances surveillance, enforcement, and prosecution against IUU fishing and related activities at a global level;

(3) to support coordination and collaboration to counter IUU fishing within priority regions;

(4) to increase and improve global transparency and traceability across the seafood supply chain as—

(A) a deterrent to IUU fishing; and

(B) a tool for strengthening fisheries management and food security;

(5) to improve global enforcement operations against IUU fishing through a whole-of-government approach by the United States; and

(6) to prevent the use of IUU fishing as a financing source for transnational organized groups that undermine United States and global security interests.

**SEC. 3534. STATEMENT OF POLICY.**

It is the policy of the United States__

(1) to take action to curtail the global trade in seafood and seafood products derived from IUU fishing, including its links to forced labor and transnational organized illegal activity;

WASHSTATEC007789

(2) to develop holistic diplomatic, military, law enforcement, economic, and capacity-building tools to counter IUU fishing;

(3) to provide technical assistance to countries in priority regions and priority flag states to combat IUU fishing, including assistance—

(A) to increase local, national, and regional level capacities to counter IUU fishing through the engagement of law enforcement and security forces;

(B) to enhance port capacity and security, including by supporting other countries in working toward the adoption and implementation of the Port State Measures Agreement;

(C) to combat corruption and increase transparency and traceability in fisheries management and trade;

(D) to enhance information sharing within and across governments and multilateral organizations through the development and use of agreed standards for information sharing; and

(E) to support effective, science-based fisheries management regimes that promote legal and safe fisheries and act as a deterrent to IUU fishing;

(4) to promote global maritime security through improved capacity and technological assistance to support improved maritime domain awareness;

(5) to engage with priority flag states to encourage the use of high quality vessel tracking technologies where existing enforcement tools are lacking;

(6) to engage with multilateral organizations working on fisheries issues, including Regional Fisheries Management Organizations and the Food and Agriculture Organization of the United Nations, to combat and deter IUU fishing;

(7) to advance information sharing across governments and multilateral organizations in areas that cross multiple jurisdictions, through the development and use of an agreed standard for information sharing;

(8) to continue to use existing and future trade agreements to combat IUU fishing;

(9) to employ appropriate assets and resources of the United States Government in a coordinated manner to disrupt the illicit networks involved in IUU fishing;

(10) to continue to declassify and make available, as appropriate and practicable, technologies de-

veloped by the United States Government that can be used to help counter IUU fishing;

(11) to recognize the ties of IUU fishing to transnational organized illegal activity, including human trafficking and illegal trade in narcotics and arms, and as applicable, to focus on illicit activity in a coordinated, cross-cutting manner;

(12) to recognize and respond to poor working conditions, labor abuses, and other violent crimes in the fishing industry;

(13) to increase and improve global transparency and traceability along the seafood supply chain as—

(A) a deterrent to IUU fishing; and

(B) an approach for strengthening fisheries management and food security; and

(14) to promote technological investment and innovation to combat IUU fishing.

## PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY

### SEC. 3541. COORDINATION WITH INTERNATIONAL ORGANIZATIONS.

The Secretary of State, in consultation with the Secretary of Commerce, shall coordinate with Regional Fisheries Management Organizations and the Food and Agri-

WASHSTATEC007792

culture Organization of the United Nations, and may coordinate with other relevant international governmental or nongovernmental organizations, or the private sector, as appropriate, to enhance regional responses to IUU fishing and related transnational organized illegal activities.

**SEC. 3542. ENGAGEMENT OF DIPLOMATIC MISSIONS OF THE UNITED STATES.**

Not later than 1 year after the date of the enactment of this title, each chief of mission (as defined in section 102 of the Foreign Service Act of 1980 (22 U.S.C. 3902)) to a relevant country in a priority region or to a priority flag state may, if the Secretary of State determines such action is appropriate—

(1) convene a working group, led by Department of State officials, to examine IUU fishing, which may include stakeholders such as—

(A) United States officials from relevant agencies participating in the interagency Working Group identified in section 3551, foreign officials, nongovernmental organizations, the private sector, and representatives of local fishermen in the region; and

(B) experts on IUU fishing, law enforcement, criminal justice, transnational organized illegal activity, defense, intelligence, vessel

WASHSTATEC007793

movement monitoring, and international development operating in or with knowledge of the region; and

(2) designate a counter-IUU Fishing Coordinator from among existing personnel at the mission if the chief of mission determines such action is appropriate.

**SEC. 3543. ASSISTANCE BY FEDERAL AGENCIES TO IMPROVE LAW ENFORCEMENT WITHIN PRIORITY REGIONS AND PRIORITY FLAG STATES.**

(a) IN GENERAL.—The Secretary of State, in consultation with the Secretary of Commerce and the Commandant of the Coast Guard when the Coast Guard is not operating as a service in the Department of the Navy, as well as any other relevant department or agency, shall provide assistance, as appropriate, in accordance with this section.

(b) LAW ENFORCEMENT TRAINING AND COORDINATION ACTIVITIES.—The officials referred to in subsection (a) shall evaluate opportunities to provide assistance, as appropriate, to countries in priority regions and priority flag states to improve the effectiveness of IUU fishing enforcement, with clear and measurable targets and indicators of success, including—

WASHSTATEC007794

(1) by assessing and using existing resources, enforcement tools, and legal authorities to coordinate efforts to combat IUU fishing with efforts to combat other illegal trade, including weapons, drugs, and human trafficking;

(2) by expanding existing IUU fishing enforcement training;

(3) by providing targeted, country- and region-specific training on combating IUU fishing, including in those countries that have not adopted the Port State Measures Agreement;

(4) by supporting increased effectiveness and transparency of the fisheries enforcement sectors of the governments of such countries; and

(5) by supporting increased outreach to stakeholders in the affected communities as key partners in combating and prosecuting IUU fishing.

(c) IMPLEMENTATION OF PORT STATE MEASURES.—The officials referred to in subsection (a) shall evaluate opportunities to provide assistance, as appropriate, to countries in priority regions and priority flag states to help those states implement programs related to port security and capacity for the purposes of preventing IUU fishing products from entering the global seafood market, including by supporting other countries in working toward the

WASHSTATEC007795

adoption and implementation of the Port State Measures Agreement.

(d) CAPACITY BUILDING FOR INVESTIGATIONS AND PROSECUTIONS.—The officials referred to in subsection (a), in collaboration with the governments of countries in priority regions and of priority flag states, shall evaluate opportunities to assist those countries in designing and implementing programs in such countries, as appropriate, to increase the capacity of IUU fishing enforcement and customs and border security officers to improve their ability—

(1) to conduct effective investigations, including using law enforcement techniques such as undercover investigations and the development of informer networks and actionable intelligence;

(2) to conduct vessel boardings and inspections at sea and associated enforcement actions;

(3) to exercise existing shiprider agreements and to enter into and implement new shiprider agreements, as appropriate, including in those countries that have not adopted the Port State Measures Agreement;

(4) to conduct vessel inspections at port and associated enforcement actions;

WASHSTATEC007796

(5) to assess technology needs and promote the use of technology to improve monitoring, enforcement, and prosecution of IUU fishing;

(6) to conduct DNA-based and forensic identification of seafood used in trade;

(7) to conduct training on techniques, such as collecting electronic evidence and using computer forensics, for law enforcement personnel involved in complex investigations related to international matters, financial issues, and government corruption that include IUU fishing;

(8) to assess financial flows and the use of financial institutions to launder profits related to IUU fishing;

(9) to conduct training on the legal mechanisms that can be used to prosecute those identified in the investigations as alleged perpetrators of IUU fishing and other associated crimes such as trafficking and forced labor; and

(10) to conduct training to raise awareness of the use of whistleblower information and ways to incentivize whistleblowers to come forward with original information related to IUU fishing.

(e) CAPACITY BUILDING FOR INFORMATION SHARING.—The officials referred to in subsection (a) shall

WASHSTATEC007797

evaluate opportunities to provide assistance, as appropriate, to key countries in priority regions and priority flag states in the form of training, equipment, and systems development to build capacity for information sharing related to maritime enforcement and port security.

(f) COORDINATION WITH OTHER RELEVANT AGENCIES.—The Secretary of State shall coordinate, as appropriate, with the Secretary of Commerce, the Commandant of the Coast Guard when the Coast Guard is not operating as a service in the Department of the Navy, and with other relevant Federal agencies in accordance with this section.

**SEC. 3544. EXPANSION OF EXISTING MECHANISMS TO COMBAT IUU FISHING.**

(a) MECHANISMS TO COMBAT IUU FISHING.—The Secretary of State, the Administrator of the United States Agency for International Development, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Defense, the Secretary of Commerce, the Attorney General, and the heads of other appropriate Federal agencies shall assess opportunities to combat IUU fishing by expanding, as appropriate, the use of the following mechanisms:

(1) Including counter-IUU fishing in existing shiprider agreements in which the United States is a party.

(2) Entering into shiprider agreements that include counter-IUU fishing with priority flag states and countries in priority regions with which the United States does not already have such an agreement.

(3) Including counter-IUU fishing as part of the mission of the Combined Maritime Forces.

(4) Including counter-IUU fishing exercises in the annual at-sea exercises conducted by the Department of Defense, in coordination with the United States Coast Guard.

(5) Creating partnerships similar to the Oceania Maritime Security Initiative and the Africa Maritime Law Enforcement Partnership in other priority regions.

(b) INFORMATION SHARING.—The Director of National Intelligence, in conjunction with other agencies, as appropriate, shall develop an enterprise approach to appropriately share information and data within the United States Government or with other countries or nongovernmental organizations, or the private sector, as appropriate, on IUU fishing and other connected transnational orga-

nized illegal activity occurring in priority regions and elsewhere, including big data analytics and machine learning.

**SEC. 3545. IMPROVEMENT OF TRANSPARENCY AND TRACEABILITY PROGRAMS.**

The Secretary of State, the Administrator of the United States Agency for International Development, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Commerce, and the heads of other Federal agencies, if merited, shall work, as appropriate, with priority flag states and key countries in priority regions—

(1) to increase knowledge within such countries about the United States transparency and traceability standards for imports of seafood and seafood products;

(2) to improve the capacity of seafood industries within such countries through information sharing and training to meet the requirements of transparency and traceability standards for seafood and seafood product imports, including catch documentation and trade tracking programs adopted by relevant regional fisheries management organizations; and

(3) to improve the capacities of government, industry, and civil society groups to develop and implement comprehensive traceability systems that—

(A) deter IUU fishing;

(B) strengthen fisheries management; and

(C) enhance maritime domain awareness.

**SEC. 3546. TECHNOLOGY PROGRAMS.**

The Secretary of State, the Administrator of the United States Agency for International Development, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Defense, the Secretary of Commerce, and the heads of other Federal agencies, if merited, shall pursue programs, as appropriate, to expand the role of technology for combating IUU fishing, including by—

(1) promoting the use of technology to combat IUU fishing;

(2) assessing the technology needs, including vessel tracking technologies and data sharing, in priority regions and priority flag states;

(3) engaging with priority flag states to encourage the mandated use of vessel tracking technologies, including vessel monitoring systems, AIS, or other vessel movement monitoring technologies on

fishing vessels and transshipment vessels at all times, as appropriate, while at sea as a means to identify IUU fishing activities and the shipment of illegally caught fish products; and

(4) building partnerships with the private sector, including universities, nonprofit research organizations, the seafood industry, and the technology, transportation and logistics sectors, to leverage new and existing technologies and data analytics to address IUU fishing.

**SEC. 3547. SAVINGS CLAUSE.**

No provision of section 3532 or of this part shall impose, or be interpreted to impose, any duty, responsibility, requirement, or obligation on the Department of Defense, the Department of the Navy, the United States Coast Guard when operating as a service in the Department of Homeland Security, or any official or component of either.

## PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING

**SEC. 3551. INTERAGENCY WORKING GROUP ON IUU FISHING.**

(a) In General.—There is established a collaborative interagency working group on maritime security and IUU fishing (referred to in this subtitle as the "Working Group").

(b) MEMBERS.—The members of the Working Group shall be composed of—

(1) 1 chair, who shall rotate between the Secretary of the Department in which the Coast Guard is operating, acting through the Commandant of the Coast Guard, the Secretary of State, and the National Oceanographic and Atmospheric Administration, acting through the Administrator, on a 3-year term;

(2) 2 deputy chairs, who shall be appointed by their respective agency heads and shall be from a different Department than that of the chair, from—

(A) the Coast Guard;

(B) the Department of State; and

(C) the National Oceanic and Atmospheric Administration;

(3) 12 members, who shall be appointed by their respective agency heads, from—

(A) the Department of Defense;

(B) the United States Navy;

(C) the United States Agency for International Development;

(D) the United States Fish and Wildlife Service;

(E) the Department of Justice;

(F) the Department of the Treasury;

(G) U.S. Customs and Border Protection;

(H) U.S. Immigration and Customs Enforcement;

(I) the Federal Trade Commission;

(J) the Department of Agriculture;

(K) the Food and Drug Administration; and

(L) the Department of Labor;

(4) 1 or more members from the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)), who shall be appointed by the Director of National Intelligence; and

(5) 5 members, who shall be appointed by the President, from—

(A) the National Security Council;

(B) the Council on Environmental Quality;

(C) the Office of Management and Budget;

(D) the Office of Science and Technology Policy; and

(E) the Office of the United States Trade Representative.

(c) RESPONSIBILITIES.—The Working Group shall ensure an integrated, Federal Government-wide response to IUU fishing globally, including by—

(1) improving the coordination of Federal agencies to identify, interdict, investigate, prosecute, and dismantle IUU fishing operations and organizations perpetrating and knowingly benefitting from IUU fishing;

(2) assessing areas for increased interagency information sharing on matters related to IUU fishing and related crimes;

(3) establishing standards for information sharing related to maritime enforcement;

(4) developing a strategy to determine how military assets and intelligence can contribute to enforcement strategies to combat IUU fishing;

(5) increasing maritime domain awareness relating to IUU fishing and related crimes and developing a strategy to leverage awareness for enhanced enforcement and prosecution actions against IUU fishing;

(6) supporting the adoption and implementation of the Port State Measures Agreement in relevant countries and assessing the capacity and training needs in such countries;

WASHSTATEC007805

(7) outlining a strategy to coordinate, increase, and use shiprider agreements between the Department of Defense or the Coast Guard and relevant countries;

(8) enhancing cooperation with partner governments to combat IUU fishing;

(9) identifying opportunities for increased information sharing between Federal agencies and partner governments working to combat IUU fishing;

(10) consulting and coordinating with the seafood industry and nongovernmental stakeholders that work to combat IUU fishing;

(11) supporting the work of collaborative international initiatives to make available certified data from state authorities about vessel and vessel-related activities related to IUU fishing;

(12) supporting the identification and certification procedures to address IUU fishing in accordance with the High Seas Driftnet Fishing Moratorium Protection Act (16 U.S.C. 1826d et seq.); and

(13) publishing annual reports summarizing nonsensitive information about the Working Group's efforts to investigate, enforce, and prosecute groups and individuals engaging in IUU fishing.

**SEC. 3552. STRATEGIC PLAN.**

(a) STRATEGIC PLAN.—Not later than 2 years after the date of the enactment of this title, the Working Group, after consultation with the relevant stakeholders, shall submit to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Foreign Relations of the Senate, the Committee on Appropriations of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, the Committee on Natural Resources of the House of Representatives, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Appropriations of the House of Representatives a 5-year integrated strategic plan on combating IUU fishing and enhancing maritime security, including specific strategies with monitoring benchmarks for addressing IUU fishing in priority regions.

(b) IDENTIFICATION OF PRIORITY REGIONS AND PRIORITY FLAG STATES.—

(1) IN GENERAL.—The strategic plan submitted under subsection (a) shall identify priority regions and priority flag states to be the focus of assistance coordinated by the Working Group under section 3551.

WASHSTATEC007807

(2) PRIORITY REGION SELECTION CRITERIA.—In selecting priority regions under paragraph (1), the Working Group shall select regions that—

(A) are at high risk for IUU fishing activity or the entry of illegally caught seafood into their markets; and

(B) lack the capacity to fully address the issues described in subparagraph (A).

(3) PRIORITY FLAG STATES SELECTION CRITERIA.—In selecting priority flag states under paragraph (1), the Working Group shall select countries—

(A) the flagged vessels of which actively engage in, knowingly profit from, or are complicit in IUU fishing; and

(B) that lack the capacity to police their fleet.

**SEC. 3553. REPORTS.**

Not later than 5 years after the submission of the 5-year integrated strategic plan under section 3552, and 5 years after, the Working Group shall submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Foreign Relations of the Senate, the Committee on Appropriations of the Senate, the Committee on the Judiciary of the Senate, the

Select Committee on Intelligence of the Senate, the Committee on Agriculture, Nutrition, and Forestry of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, the Committee on Natural Resources of the House of Representatives, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Appropriations of the House of Representatives that contains—

(1) a summary of global and regional trends in IUU fishing;

(2) an assessment of the extent of the convergence between transnational organized illegal activity, including human trafficking and forced labor, and IUU fishing;

(3) an assessment of the topics, data sources, and strategies that would benefit from increased information sharing and recommendations regarding harmonization of data collection and sharing;

(4) an assessment of assets, including military assets and intelligence, which can be used for either enforcement operations or strategies to combat IUU fishing;

(5) summaries of the situational threats with respect to IUU fishing in priority regions and an as-

sessment of the capacity of countries within such regions to respond to those threats;

(6) an assessment of the progress of countries in priority regions in responding to those threats as a result of assistance by the United States pursuant to the strategic plan developed under section 3552, including—

(A) the identification of—

(i) relevant supply routes, ports of call, methods of landing and entering illegally caught product into legal supply chains, and financial institutions used in each country by participants engaging in IUU fishing; and

(ii) indicators of IUU fishing that are related to money laundering;

(B) an assessment of the adherence to, or progress toward adoption of, international treaties related to IUU fishing, including the Port State Measures Agreement, by countries in priority regions;

(C) an assessment of the implementation by countries in priority regions of seafood traceability or capacity to apply traceability to

verify the legality of catch and strengthen fisheries management;

(D) an assessment of the capacity of countries in priority regions to implement shiprider agreements;

(E) an assessment of the capacity of countries in priority regions to increase maritime domain awareness; and

(F) an assessment of the capacity of governments of relevant countries in priority regions to sustain the programs for which the United States has provided assistance under this subtitle;

(7) an assessment of the capacity of priority flag states to track the movement of and police their fleet, prevent their flagged vessels from engaging in IUU fishing, and enforce applicable laws and regulations; and

(8) an assessment of the extent of involvement in IUU fishing of organizations designated as foreign terrorist organizations under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).

**SEC. 3554. GULF OF MEXICO IUU FISHING SUBWORKING GROUP.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this title, the Administrator of the National Oceanic and Atmospheric Administration, in coordination with the Commandant of the Coast Guard and the Secretary of State, shall establish a subworking group to address IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico.

(b) FUNCTIONS.—The subworking group established under subsection (a) shall identify—

(1) Federal actions taken and policies established during the 5-year period immediately preceding the date of the enactment of this title with respect to IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico, including such actions and policies related to—

(A) the surveillance, interdiction, and prosecution of any foreign nationals engaged in such fishing; and

(B) the application of the provisions of the High Seas Driftnet Fishing Moratorium Protection Act (16 U.S.C. 1826d et seq.) to any relevant nation, including the status of any past or ongoing consultations and certification procedures;

WASHSTATEC007812

(2) actions and policies, in addition to the actions and policies described in paragraph (1), each of the Federal agencies described in subsection (a) can take, using existing resources, to combat IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico; and

(3) any additional authorities that could assist each such agency in more effectively addressing such IUU fishing.

(c) REPORT.—Not later than 1 year after the IUU Fishing Subworking Group is established under subsection (a), the group shall submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, and the Committee on Natural Resources of the House of Representatives that contains—

(1) the findings identified pursuant to subsection (b); and

(2) a timeline for each of the Federal agencies described in subsection (a) to implement each action or policy identified pursuant to subsection (b)(2).

## PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS

### SEC. 3561. FINDING.

Congress finds that human trafficking, including forced labor, is a pervasive problem in the catching and processing of certain seafood products imported into the United States, particularly seafood products obtained through illegal, unreported, and unregulated fishing.

### SEC. 3562. ADDING THE SECRETARY OF COMMERCE TO THE INTERAGENCY TASK FORCE TO MONITOR AND COMBAT TRAFFICKING.

Section 105(b) of the Victims of Trafficking and Violence Protection Act of 2000 (22 U.S.C. 7103(b)) is amended by inserting "the Secretary of Commerce," after "the Secretary of Education,".

### SEC. 3563. HUMAN TRAFFICKING IN THE SEAFOOD SUPPLY CHAIN REPORT.

(a) IN GENERAL.—Not later than 1 year after the date of the enactment of this title, the Secretary of State and the Administrator of the National Oceanic and Atmospheric Administration shall jointly submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Foreign Relations of the Senate, the Committee on Appropriations of the Senate, the Committee on Natural Resources of the House of Rep-

resentatives, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Appropriations of the House of Representatives that describes the existence of human trafficking, including forced labor, in the supply chains of seafood products imported into the United States.

(b) REPORT ELEMENTS.—The report required under subsection (a) shall include—

(1) a list of the countries at risk for human trafficking, including forced labor, in their seafood catching and processing industries, and an assessment of such risk for each listed country;

(2) a description of the quantity and economic value of seafood products imported into the United States from the countries on the list compiled pursuant to paragraph (1);

(3) a description and assessment of the methods, if any, in the countries on the list compiled pursuant to paragraph (1) to trace and account for the manner in which seafood is caught;

(4) a description of domestic and international enforcement mechanisms to deter illegal practices in the catching of seafood in the countries on the list compiled pursuant to paragraph (1); and

(5) such recommendations as the Secretary of State and the Administrator of the National Oceanic and Atmospheric Administration jointly consider appropriate for administrative action to enhance and improve actions against human trafficking, including forced labor, in the catching and processing of seafood products outside of United States waters.

## PART IV—AUTHORIZATION OF APPROPRIATIONS

### SEC. 3571. AUTHORIZATION OF APPROPRIATIONS.

(a) FUNDING.—Amounts made available to carry out this subtitle shall be derived from amounts appropriated to the relevant agencies and departments.

(b) NO INCREASE IN CONTRIBUTIONS.—Nothing in this subtitle shall be construed to authorize an increase in required or voluntary contributions paid by the United States to any multilateral or international organization.

### SEC. 3572. ACCOUNTING OF FUNDS.

By not later than 180 days after the date of enactment of this title, the head of each Federal agency receiving or allocating funds to carry out activities under this subtitle shall, to the greatest extent practicable, prepare and submit to Congress a report that provides an accounting of all funds made available under this subtitle to the Federal agency.

WASHSTATEC007816

# DIVISION D—FUNDING TABLES

Sec. 4001. Authorization of amounts in funding tables.

TITLE XLI—PROCUREMENT

Sec. 4101. Procurement.
Sec. 4102. Procurement for overseas contingency operations.
Sec. 4103. Procurement for emergency requirements.

TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Sec. 4201. Research, development, test, and evaluation.
Sec. 4202. Research, development, test, and evaluation for overseas contingency operations.
Sec. 4203. Research, development, test, and evaluation for emergency requirements.

TITLE XLIII—OPERATION AND MAINTENANCE

Sec. 4301. Operation and maintenance.
Sec. 4302. Operation and maintenance for overseas contingency operations.
Sec. 4303. Operation and maintenance for emergency requirements.

TITLE XLIV—MILITARY PERSONNEL

Sec. 4401. Military personnel.
Sec. 4402. Military personnel for overseas contingency operations.

TITLE XLV—OTHER AUTHORIZATIONS

Sec. 4501. Other authorizations.
Sec. 4502. Other authorizations for overseas contingency operations.

TITLE XLVI—MILITARY CONSTRUCTION

Sec. 4601. Military construction.
Sec. 4602. Military construction for overseas contingency operations.
Sec. 4603. Military construction for emergency requirements.

TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Sec. 4701. Department of energy national security programs.

## SEC. 4001. AUTHORIZATION OF AMOUNTS IN FUNDING TABLES.

(a) IN GENERAL.—Whenever a funding table in this division specifies a dollar amount authorized for a project, program, or activity, the obligation and expenditure of the specified dollar amount for the project, program, or activ-

WASHSTATEC007817

ity is hereby authorized, subject to the availability of appropriations.

(b) MERIT-BASED DECISIONS.—A decision to commit, obligate, or expend funds with or to a specific entity on the basis of a dollar amount authorized pursuant to subsection (a) shall—

(1) be based on merit-based selection procedures in accordance with the requirements of sections 2304(k) and 2374 of title 10, United States Code, or on competitive procedures; and

(2) comply with other applicable provisions of law.

(c) RELATIONSHIP TO TRANSFER AND PROGRAMMING AUTHORITY.—An amount specified in the funding tables in this division may be transferred or reprogrammed under a transfer or reprogramming authority provided by another provision of this Act or by other law. The transfer or reprogramming of an amount specified in such funding tables shall not count against a ceiling on such transfers or reprogrammings under section 1001 or section 1522 of this Act or any other provision of law, unless such transfer or reprogramming would move funds between appropriation accounts.

(d) APPLICABILITY TO CLASSIFIED ANNEX.—This section applies to any classified annex that accompanies this Act.

(e) ORAL WRITTEN COMMUNICATIONS.—No oral or written communication concerning any amount specified in the funding tables in this division shall supersede the requirements of this section.

# TITLE XLI—PROCUREMENT

Sec. 4101. Procurement.
Sec. 4102. Procurement for overseas contingency operations.
Sec. 4103. Procurement for emergency requirements.

## SEC. 4101. PROCUREMENT.

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **AIRCRAFT PROCUREMENT, ARMY** | | |
| | **FIXED WING** | | |
| 002 | UTILITY F/W AIRCRAFT | 16,000 | 0 |
| | Early to need | | [–16,000] |
| 004 | RQ–11 (RAVEN) | 23,510 | 21,420 |
| | Unit cost growth | | [–2,090] |
| | **ROTARY** | | |
| 005 | TACTICAL UNMANNED AIRCRAFT SYSTEM (TUAS) | 12,100 | 6,100 |
| | Program reduction | | [–6,000] |
| 007 | HELICOPTER, LIGHT UTILITY (LUH) | | 11,000 |
| | Program increase for sustainment improvements | | [11,000] |
| 008 | AH–64 APACHE BLOCK IIIA REMAN | 806,849 | 798,785 |
| | Unjustified cost growth | | [–8,064] |
| 009 | AH–64 APACHE BLOCK IIIA REMAN | 190,870 | 190,870 |
| 012 | UH–60 BLACKHAWK M MODEL (MYP) | 1,411,540 | 1,397,740 |
| | Unit cost growth | | [–13,800] |
| 013 | UH–60 BLACKHAWK M MODEL (MYP) | 79,572 | 79,572 |
| 014 | UH–60 BLACK HAWK L AND V MODELS | 169,290 | 169,290 |
| 015 | CH–47 HELICOPTER | 140,290 | 131,290 |
| | Unit cost growth | | [–9,000] |
| 016 | CH–47 HELICOPTER | 18,186 | 46,186 |
| | Advance procurement for CH–47F Block II | | [28,000] |
| | **MODIFICATION OF AIRCRAFT** | | |
| 019 | UNIVERSAL GROUND CONTROL EQUIPMENT (UAS) | 2,090 | 2,090 |
| 020 | GRAY EAGLE MODS2 | 14,699 | 14,699 |
| 021 | MULTI SENSOR ABN RECON (MIP) | 35,189 | 35,189 |
| 022 | AH–64 MODS | 58,172 | 58,172 |
| 023 | CH–47 CARGO HELICOPTER MODS (MYP) | 11,785 | 11,785 |
| 024 | GRCS SEMA MODS (MIP) | 5,677 | 5,677 |
| 025 | ARL SEMA MODS (MIP) | 6,566 | 6,566 |
| 026 | EMARSS SEMA MODS (MIP) | 3,859 | 3,859 |
| 027 | UTILITY/CARGO AIRPLANE MODS | 15,476 | 13,476 |
| | Unit cost discrepancy | | [–2,000] |
| 028 | UTILITY HELICOPTER MODS | 6,744 | 6,744 |
| 029 | NETWORK AND MISSION PLAN | 105,442 | 98,442 |
| | Cost growth | | [–7,000] |
| 030 | COMMS, NAV SURVEILLANCE | 164,315 | 164,315 |
| 032 | GATM ROLLUP | 30,966 | 30,966 |
| 033 | RQ–7 UAV MODS | 8,983 | 8,983 |
| 034 | UAS MODS | 10,205 | 10,205 |
| | **GROUND SUPPORT AVIONICS** | | |
| 035 | AIRCRAFT SURVIVABILITY EQUIPMENT | 52,297 | 52,297 |
| 036 | SURVIVABILITY CM | 8,388 | 8,388 |
| 037 | CMWS | 13,999 | 13,999 |

WASHSTATEC007819

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | 168,784 | 168,784 |
| | **OTHER SUPPORT** | | |
| 039 | AVIONICS SUPPORT EQUIPMENT | 1,777 | 1,777 |
| 040 | COMMON GROUND EQUIPMENT | 18,624 | 18,624 |
| 041 | AIRCREW INTEGRATED SYSTEMS | 48,255 | 48,255 |
| 042 | AIR TRAFFIC CONTROL | 32,738 | 32,738 |
| 044 | LAUNCHER, 2.75 ROCKET | 2,201 | 2,201 |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 991 | 991 |
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | **3,696,429** | **3,671,475** |
| | | | |
| | **MISSILE PROCUREMENT, ARMY** | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | |
| 001 | SYSTEM INTEGRATION AND TEST PROCUREMENT | 113,857 | 113,857 |
| 002 | M-SHORAD—PROCUREMENT | 103,800 | 71,800 |
| | Early to need | | [–32,000] |
| 003 | MSE MISSILE | 698,603 | 698,603 |
| 004 | INDIRECT FIRE PROTECTION CAPABILITY INC 2–I | 9,337 | 9,337 |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | |
| 006 | HELLFIRE SYS SUMMARY | 193,284 | 186,084 |
| | Unit cost growth | | [–7,200] |
| 007 | JOINT AIR-TO-GROUND MSLS (JAGM) | 233,353 | 199,295 |
| | Contract and schedule delays | | [–34,058] |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 138,405 | 138,405 |
| 009 | TOW 2 SYSTEM SUMMARY | 114,340 | 107,958 |
| | Unit cost growth | | [–6,382] |
| 010 | TOW 2 SYSTEM SUMMARY | 10,500 | 10,500 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 797,213 | 767,213 |
| | Program adjustment | | [–30,000] |
| 012 | MLRS REDUCED RANGE PRACTICE ROCKETS (RRPR) | 27,555 | 27,555 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 209,842 | 170,013 |
| | Excess to need | | [–39,829] |
| | **MODIFICATIONS** | | |
| 016 | PATRIOT MODS | 279,464 | 279,464 |
| 017 | ATACMS MODS | 85,320 | 80,320 |
| | Unit cost growth | | [–5,000] |
| 018 | GMLRS MOD | 5,094 | 5,094 |
| 019 | STINGER MODS | 81,615 | 81,615 |
| 020 | AVENGER MODS | 14,107 | 14,107 |
| 021 | ITAS/TOW MODS | 3,469 | 3,469 |
| 022 | MLRS MODS | 39,019 | 39,019 |
| 023 | HIMARS MODIFICATIONS | 12,483 | 12,483 |
| | **SPARES AND REPAIR PARTS** | | |
| 024 | SPARES AND REPAIR PARTS | 26,444 | 26,444 |
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 025 | AIR DEFENSE TARGETS | 10,593 | 10,593 |
| | **TOTAL MISSILE PROCUREMENT, ARMY** | **3,207,697** | **3,053,228** |
| | | | |
| | **PROCUREMENT OF W&TCV, ARMY** | | |
| | **TRACKED COMBAT VEHICLES** | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 264,040 | 230,307 |
| | Program reduction | | [–33,733] |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | |
| 003 | STRYKER (MOD) | 144,387 | 393,587 |
| | Accelerate Stryker medium caliber weapon system—Army unfunded priority | | [249,200] |
| 004 | STRYKER UPGRADE | 550,000 | 522,962 |
| | Unit cost growth | | [–27,038] |
| 005 | BRADLEY PROGRAM (MOD) | 638,781 | 573,781 |
| | Program decrease | | [–65,000] |
| 006 | M109 FOV MODIFICATIONS | 25,756 | 25,756 |
| 007 | PALADIN INTEGRATED MANAGEMENT (PIM) | 553,425 | 553,425 |
| 009 | ASSAULT BRIDGE (MOD) | 2,821 | 2,821 |
| 010 | ASSAULT BREACHER VEHICLE | 31,697 | 31,697 |
| 011 | M88 FOV MODS | 4,500 | 4,500 |
| 012 | JOINT ASSAULT BRIDGE | 205,517 | 205,517 |
| 013 | M1 ABRAMS TANK (MOD) | 348,800 | 401,800 |
| | Test support excess to need | | [–7,000] |
| | Vehicle protection system for one armored brigade | | [60,000] |
| 014 | ABRAMS UPGRADE PROGRAM | 1,752,784 | 1,752,784 |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | 19,420 | 19,420 |
| 017 | GUN AUTOMATIC 30MM M230 | 20,000 | 5,042 |
| | Program reduction | | [–14,958] |
| 019 | MORTAR SYSTEMS | 14,907 | 14,907 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | 191 | 191 |
| 021 | PRECISION SNIPER RIFLE | 7,977 | 7,977 |
| 022 | COMPACT SEMI-AUTOMATIC SNIPER SYSTEM | 9,860 | 9,860 |
| 023 | CARBINE | 30,331 | 30,331 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 024 | SMALL ARMS—FIRE CONTROL | 8,060 | 0 |
| | Late contract award | | [–8,060] |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION | 24,007 | 24,007 |
| 026 | HANDGUN | 6,174 | 6,174 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | |
| 028 | MK–19 GRENADE MACHINE GUN MODS | 3,737 | 3,737 |
| 029 | M777 MODS | 2,367 | 2,367 |
| 030 | M4 CARBINE MODS | 17,595 | 17,595 |
| 033 | M240 MEDIUM MACHINE GUN MODS | 8,000 | 8,000 |
| 034 | SNIPER RIFLES MODIFICATIONS | 2,426 | 2,426 |
| 035 | M119 MODIFICATIONS | 6,269 | 6,269 |
| 036 | MORTAR MODIFICATION | 1,693 | 1,693 |
| 037 | MODIFICATIONS LESS THAN $5.0M (WOCV-WTCV) | 4,327 | 4,327 |
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 038 | ITEMS LESS THAN $5.0M (WOCV-WTCV) | 3,066 | 3,066 |
| 039 | PRODUCTION BASE SUPPORT (WOCV-WTCV) | 2,651 | 2,651 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** | **4,715,566** | **4,868,977** |
| | | | |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | |
| 001 | CTG, 5.56MM, ALL TYPES | 68,949 | 65,520 |
| | Prior-year carryover | | [–3,429] |
| 002 | CTG, 7.62MM, ALL TYPES | 114,228 | 112,228 |
| | Prior-year carryover | | [–2,000] |
| 003 | CTG, HANDGUN, ALL TYPES | 17,807 | 17,807 |
| 004 | CTG, .50 CAL, ALL TYPES | 63,966 | 63,966 |
| 005 | CTG, 20MM, ALL TYPES | 35,920 | 27,920 |
| | Unit cost growth | | [–8,000] |
| 006 | CTG, 25MM, ALL TYPES | 8,990 | 8,990 |
| 007 | CTG, 30MM, ALL TYPES | 68,813 | 65,337 |
| | Prior-year carry over | | [–1,134] |
| | Program adjustment | | [–2,342] |
| 008 | CTG, 40MM, ALL TYPES | 103,952 | 103,952 |
| | **MORTAR AMMUNITION** | | |
| 009 | 60MM MORTAR, ALL TYPES | 50,580 | 49,580 |
| | Unit cost discrepancy | | [–1,000] |
| 010 | 81MM MORTAR, ALL TYPES | 59,373 | 44,673 |
| | Contract delays | | [–14,700] |
| 011 | 120MM MORTAR, ALL TYPES | 125,452 | 123,452 |
| | Unit cost growth | | [–2,000] |
| | **TANK AMMUNITION** | | |
| 012 | CARTRIDGES, TANK, 105MM AND 120MM, ALL TYPES | 171,284 | 120,464 |
| | Unit cost growth | | [–50,820] |
| | **ARTILLERY AMMUNITION** | | |
| 013 | ARTILLERY CARTRIDGES, 75MM & 105MM, ALL TYPES | 44,675 | 44,675 |
| 014 | ARTILLERY PROJECTILE, 155MM, ALL TYPES | 266,037 | 266,037 |
| 015 | PROJ 155MM EXTENDED RANGE M982 | 57,434 | 57,434 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL | 271,602 | 268,022 |
| | Cost growth and unjustified product improvements | | [–3,580] |
| | **MINES** | | |
| 017 | MINES & CLEARING CHARGES, ALL TYPES | 55,433 | 39,239 |
| | Contract delay | | [–16,194] |
| | **ROCKETS** | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES | 74,878 | 74,878 |
| 019 | ROCKET, HYDRA 70, ALL TYPES | 175,994 | 165,994 |
| | Excess support costs | | [–10,000] |
| | **OTHER AMMUNITION** | | |
| 020 | CAD/PAD, ALL TYPES | 7,595 | 7,595 |
| 021 | DEMOLITION MUNITIONS, ALL TYPES | 51,651 | 51,651 |
| 022 | GRENADES, ALL TYPES | 40,592 | 40,592 |
| 023 | SIGNALS, ALL TYPES | 18,609 | 18,609 |
| 024 | SIMULATORS, ALL TYPES | 16,054 | 16,054 |
| | **MISCELLANEOUS** | | |
| 025 | AMMO COMPONENTS, ALL TYPES | 5,261 | 5,261 |
| 026 | NON-LETHAL AMMUNITION, ALL TYPES | 715 | 715 |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | 9,213 | 9,213 |
| 028 | AMMUNITION PECULIAR EQUIPMENT | 10,044 | 10,044 |
| 029 | FIRST DESTINATION TRANSPORTATION (AMMO) | 18,492 | 18,492 |
| 030 | CLOSEOUT LIABILITIES | 99 | 99 |
| | **PRODUCTION BASE SUPPORT** | | |
| 031 | INDUSTRIAL FACILITIES | 474,511 | 474,511 |
| 032 | CONVENTIONAL MUNITIONS DEMILITARIZATION | 202,512 | 202,512 |
| 033 | ARMS INITIATIVE | 3,833 | 3,833 |
| | **TOTAL PROCUREMENT OF AMMUNITION, ARMY** | **2,694,548** | **2,579,349** |
| | | | |
| | **OTHER PROCUREMENT, ARMY** | | |
| | **TACTICAL VEHICLES** | | |
| 001 | TACTICAL TRAILERS/DOLLY SETS | 12,993 | 12,993 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 002 | SEMITRAILERS, FLATBED: | 102,386 | 102,386 |
| 003 | AMBULANCE, 4 LITTER, 5/4 TON, 4X4 | 127,271 | 127,271 |
| 004 | GROUND MOBILITY VEHICLES (GMV) | 37,038 | 35,038 |
| | Unit cost growth | | [–2,000] |
| 006 | JOINT LIGHT TACTICAL VEHICLE | 996,007 | 976,507 |
| | Army requested transfer to RDTE, A line 169 | | [–4,500] |
| | Simulator delay | | [–15,000] |
| 007 | TRUCK, DUMP, 20T (CCE) | 10,838 | 10,838 |
| 008 | FAMILY OF MEDIUM TACTICAL VEH (FMTV) | 72,057 | 138,057 |
| | Program increase | | [66,000] |
| 009 | FIRETRUCKS & ASSOCIATED FIREFIGHTING EQUIP | 28,048 | 28,048 |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | 9,969 | 9,969 |
| 011 | PLS ESP | 6,280 | 6,280 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | 30,841 | 95,185 |
| | Program increase | | [64,344] |
| 013 | HMMWV RECAPITALIZATION PROGRAM | 5,734 | 5,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | 45,113 | 45,113 |
| 015 | MODIFICATION OF IN SVC EQUIP | 58,946 | 58,946 |
| | **NON-TACTICAL VEHICLES** | | |
| 017 | HEAVY ARMORED VEHICLE | 791 | 791 |
| 018 | PASSENGER CARRYING VEHICLES | 1,416 | 1,416 |
| 019 | NONTACTICAL VEHICLES, OTHER | 29,891 | 29,891 |
| | **COMM—JOINT COMMUNICATIONS** | | |
| 021 | SIGNAL MODERNIZATION PROGRAM | 153,933 | 143,933 |
| | Excess funding for spares | | [–10,000] |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | 387,439 | 411,439 |
| | ITN-M for one armored brigade combat team | | [24,000] |
| 023 | SITUATION INFORMATION TRANSPORT | 46,693 | 46,693 |
| 025 | JCSE EQUIPMENT (USRDECOM) | 5,075 | 5,075 |
| | **COMM—SATELLITE COMMUNICATIONS** | | |
| 028 | DEFENSE ENTERPRISE WIDEBAND SATCOM SYSTEMS | 101,189 | 101,189 |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | 77,141 | 77,141 |
| 030 | SHF TERM | 16,054 | 16,054 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | 41,074 | 33,674 |
| | Program cancellation | | [–7,400] |
| 032 | SMART-T (SPACE) | 10,515 | 10,515 |
| 033 | GLOBAL BRDCST SVC—GBS | 11,800 | 11,800 |
| 034 | ENROUTE MISSION COMMAND (EMC) | 8,609 | 8,609 |
| | **COMM—C3 SYSTEM** | | |
| 038 | COE TACTICAL SERVER INFRASTRUCTURE (TSI) | 77,533 | 57,533 |
| | Program reduction | | [–20,000] |
| | **COMM—COMBAT COMMUNICATIONS** | | |
| 039 | HANDHELD MANPACK SMALL FORM FIT (HMS) | 468,026 | 488,026 |
| | SFAB technology refresh | | [20,000] |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | 23,778 | 23,778 |
| 044 | SPIDER FAMILY OF NETWORKED MUNITIONS INCR | 10,930 | 10,930 |
| 046 | UNIFIED COMMAND SUITE | 9,291 | 9,291 |
| 047 | COTS COMMUNICATIONS EQUIPMENT | 55,630 | 55,630 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | 16,590 | 16,590 |
| 049 | ARMY COMMUNICATIONS & ELECTRONICS | 43,457 | 43,457 |
| | **COMM—INTELLIGENCE COMM** | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | 10,470 | 10,470 |
| 052 | DEFENSE MILITARY DECEPTION INITIATIVE | 3,704 | 3,704 |
| | **INFORMATION SECURITY** | | |
| 053 | FAMILY OF BIOMETRICS | 1,000 | 1,000 |
| 054 | INFORMATION SYSTEM SECURITY PROGRAM-ISSP | 3,600 | 3,600 |
| 055 | COMMUNICATIONS SECURITY (COMSEC) | 160,899 | 147,097 |
| | Unit cost growth | | [–13,802] |
| 056 | DEFENSIVE CYBER OPERATIONS | 61,962 | 61,962 |
| 057 | INSIDER THREAT PROGRAM—UNIT ACTIVITY MONITO | 756 | 756 |
| 058 | PERSISTENT CYBER TRAINING ENVIRONMENT | 3,000 | 3,000 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | |
| 059 | BASE SUPPORT COMMUNICATIONS | 31,770 | 31,770 |
| | **COMM—BASE COMMUNICATIONS** | | |
| 060 | INFORMATION SYSTEMS | 159,009 | 159,009 |
| 061 | EMERGENCY MANAGEMENT MODERNIZATION PROGRAM | 4,854 | 4,854 |
| 062 | HOME STATION MISSION COMMAND CENTERS (HSMCC) | 47,174 | 47,174 |
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | 297,994 | 265,494 |
| | Insufficient budget justification | | [–32,500] |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | |
| 066 | JTT/CIBS-M (MIP) | 7,686 | 7,686 |
| 068 | DCGS-A (MIP) | 180,350 | 180,350 |
| 070 | TROJAN (MIP) | 17,368 | 17,368 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | 59,052 | 59,052 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | |
| 077 | LIGHTWEIGHT COUNTER MORTAR RADAR | 5,400 | 5,400 |
| 078 | EW PLANNING & MANAGEMENT TOOLS (EWPMT) | 7,568 | 7,568 |
| 079 | AIR VIGILANCE (AV) (MIP) | 8,953 | 8,953 |

WASHSTATEC007822

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 081 | MULTI-FUNCTION ELECTRONIC WARFARE (MFEW) SYST | 6,420 | 3,220 |
| | Program reduction | | [–3,200] |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | 501 | 501 |
| 084 | CI MODERNIZATION (MIP) | 121 | 121 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | |
| 085 | SENTINEL MODS | 115,210 | 114,210 |
| | Excess support costs | | [–1,000] |
| 086 | NIGHT VISION DEVICES | 236,604 | 160,379 |
| | Insufficient justification (IVAS) | | [–76,225] |
| 088 | SMALL TACTICAL OPTICAL RIFLE MOUNTED MLRF | 22,623 | 22,623 |
| 090 | INDIRECT FIRE PROTECTION FAMILY OF SYSTEMS | 29,127 | 29,127 |
| 091 | FAMILY OF WEAPON SIGHTS (FWS) | 120,883 | 81,541 |
| | Excess unit cost growth | | [–39,342] |
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 265,667 | 256,567 |
| | Program adjustment | | [–9,100] |
| 095 | JOINT EFFECTS TARGETING SYSTEM (JETS) | 69,720 | 44,720 |
| | Program delay | | [–25,000] |
| 096 | MOD OF IN-SVC EQUIP (LLDR) | 6,044 | 6,044 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 3,268 | 3,268 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 13,199 | 13,199 |
| 099 | MORTAR FIRE CONTROL SYSTEMS MODIFICATIONS | 10,000 | 10,000 |
| 100 | COUNTERFIRE RADARS | 16,416 | 16,416 |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | |
| 102 | FIRE SUPPORT C2 FAMILY | 13,197 | 13,197 |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 24,730 | 24,730 |
| 104 | IAMD BATTLE COMMAND SYSTEM | 29,629 | 29,629 |
| 105 | LIFE CYCLE SOFTWARE SUPPORT (LCSS) | 6,774 | 6,774 |
| 106 | NETWORK MANAGEMENT INITIALIZATION AND SERVICE | 24,448 | 24,448 |
| 107 | MANEUVER CONTROL SYSTEM (MCS) | 260 | 260 |
| 108 | GLOBAL COMBAT SUPPORT SYSTEM-ARMY (GCSS-A) | 17,962 | 17,962 |
| 109 | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPP | 18,674 | 8,674 |
| | Poor business process reengineering | | [–10,000] |
| 110 | RECONNAISSANCE AND SURVEYING INSTRUMENT SET | 11,000 | 11,000 |
| 111 | MOD OF IN-SVC EQUIPMENT (ENFIRE) | 7,317 | 15,317 |
| | Program increase—land surveying systems | | [8,000] |
| | **ELECT EQUIP—AUTOMATION** | | |
| 112 | ARMY TRAINING MODERNIZATION | 14,578 | 14,578 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 139,342 | 129,342 |
| | Program decrease | | [–5,000] |
| | Unjustified growth | | [–5,000] |
| 114 | GENERAL FUND ENTERPRISE BUSINESS SYSTEMS FAM | 15,802 | 15,802 |
| 115 | HIGH PERF COMPUTING MOD PGM (HPCMP) | 67,610 | 67,610 |
| 116 | CONTRACT WRITING SYSTEM | 15,000 | 6,000 |
| | Program duplication | | [–9,000] |
| 117 | CSS COMMUNICATIONS | 24,700 | 24,700 |
| 118 | RESERVE COMPONENT AUTOMATION SYS (RCAS) | 27,879 | 27,879 |
| | **ELECT EQUIP—AUDIO VISUAL SYS (A/V)** | | |
| 120 | ITEMS LESS THAN $5M (SURVEYING EQUIPMENT) | 5,000 | 5,000 |
| | **ELECT EQUIP—SUPPORT** | | |
| 122 | BCT EMERGING TECHNOLOGIES | 22,302 | 10,302 |
| | Program reduction | | [–12,000] |
| | **CLASSIFIED PROGRAMS** | | |
| 122A | CLASSIFIED PROGRAMS | 11,910 | 11,910 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | |
| 126 | CBRN DEFENSE | 25,828 | 25,828 |
| 127 | SMOKE & OBSCURANT FAMILY: SOF (NON AAO ITEM) | 5,050 | 5,050 |
| | **BRIDGING EQUIPMENT** | | |
| 128 | TACTICAL BRIDGING | 59,821 | 57,821 |
| | Contract delays | | [–2,000] |
| 129 | TACTICAL BRIDGE, FLOAT-RIBBON | 57,661 | 57,661 |
| 130 | BRIDGE SUPPLEMENTAL SET | 17,966 | 17,966 |
| 131 | COMMON BRIDGE TRANSPORTER (CBT) RECAP | 43,155 | 43,155 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | |
| 132 | HANDHELD STANDOFF MINEFIELD DETECTION SYS-HST | 7,570 | 7,570 |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | 37,025 | 37,025 |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | 83,082 | 47,899 |
| | Unjustified unit cost growth | | [–35,183] |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | 2,000 | 2,000 |
| 137 | EOD ROBOTICS SYSTEMS RECAPITALIZATION | 23,115 | 23,115 |
| 138 | ROBOTICS AND APPLIQUE SYSTEMS | 101,056 | 101,056 |
| 140 | RENDER SAFE SETS KITS OUTFITS | 18,684 | 18,684 |
| 142 | FAMILY OF BOATS AND MOTORS | 8,245 | 6,245 |
| | Unit cost growth | | [–2,000] |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | |
| 143 | HEATERS AND ECU'S | 7,336 | 7,336 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | 4,281 | 4,281 |
| 146 | GROUND SOLDIER SYSTEM | 111,955 | 111,955 |
| 147 | MOBILE SOLDIER POWER | 31,364 | 29,943 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Unit cost growth | | [–1,421] |
| 149 | FIELD FEEDING EQUIPMENT | 1,673 | 1,673 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | 43,622 | 43,622 |
| 151 | FAMILY OF ENGR COMBAT AND CONSTRUCTION SETS | 11,451 | 11,451 |
| 152 | ITEMS LESS THAN $5M (ENG SPT) | 5,167 | 5,167 |
| | **PETROLEUM EQUIPMENT** | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 74,867 | 74,867 |
| | **MEDICAL EQUIPMENT** | | |
| 155 | COMBAT SUPPORT MEDICAL | 68,225 | 68,225 |
| | **MAINTENANCE EQUIPMENT** | | |
| 156 | MOBILE MAINTENANCE EQUIPMENT SYSTEMS | 55,053 | 55,053 |
| 157 | ITEMS LESS THAN $5.0M (MAINT EQ) | 5,608 | 5,608 |
| | **CONSTRUCTION EQUIPMENT** | | |
| 161 | HYDRAULIC EXCAVATOR | 500 | 500 |
| 162 | TRACTOR, FULL TRACKED | 4,835 | 4,835 |
| 163 | ALL TERRAIN CRANES | 23,936 | 23,936 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) | 27,188 | 27,188 |
| 166 | CONST EQUIP ESP | 34,790 | 34,790 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) | 4,381 | 4,381 |
| | **RAIL FLOAT CONTAINERIZATION EQUIPMENT** | | |
| 168 | ARMY WATERCRAFT ESP | 35,194 | 35,194 |
| 169 | MANEUVER SUPPORT VESSEL (MSV) | 14,185 | 14,185 |
| 170 | ITEMS LESS THAN $5.0M (FLOAT/RAIL) | 6,920 | 6,920 |
| | **GENERATORS** | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP | 58,566 | 58,566 |
| 172 | TACTICAL ELECTRIC POWER RECAPITALIZATION | 14,814 | 14,814 |
| | **MATERIAL HANDLING EQUIPMENT** | | |
| 173 | FAMILY OF FORKLIFTS | 14,864 | 14,864 |
| | **TRAINING EQUIPMENT** | | |
| 174 | COMBAT TRAINING CENTERS SUPPORT | 123,411 | 123,411 |
| 175 | TRAINING DEVICES, NONSYSTEM | 220,707 | 220,707 |
| 176 | SYNTHETIC TRAINING ENVIRONMENT (STE) | 20,749 | 15,749 |
| | Program adjustment | | [–5,000] |
| 178 | AVIATION COMBINED ARMS TACTICAL TRAINER | 4,840 | 4,840 |
| 179 | GAMING TECHNOLOGY IN SUPPORT OF ARMY TRAINING | 15,463 | 15,463 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | |
| 180 | CALIBRATION SETS EQUIPMENT | 3,030 | 3,030 |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) | 76,980 | 76,980 |
| 182 | TEST EQUIPMENT MODERNIZATION (TEMOD) | 16,415 | 13,415 |
| | Historical underexecution | | [–3,000] |
| | **OTHER SUPPORT EQUIPMENT** | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT | 9,877 | 9,877 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) | 82,158 | 82,158 |
| 186 | BASE LEVEL COMMON EQUIPMENT | 15,340 | 15,340 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA–3) | 50,458 | 50,458 |
| 189 | BUILDING, PRE-FAB, RELOCATABLE | 14,400 | 14,400 |
| 190 | SPECIAL EQUIPMENT FOR USER TESTING | 9,821 | 9,821 |
| | **OPA2** | | |
| 192 | INITIAL SPARES—C&E | 9,757 | 9,757 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | **7,451,301** | **7,284,972** |
| | | | |
| | **AIRCRAFT PROCUREMENT, NAVY** | | |
| | **COMBAT AIRCRAFT** | | |
| 001 | F/A–18E/F (FIGHTER) HORNET | 1,748,934 | 1,730,360 |
| | ECO and ancillary equipment excess growth | | [–18,574] |
| 002 | F/A–18E/F (FIGHTER) HORNET | 55,128 | 51,180 |
| | Excess engine cost growth | | [–3,948] |
| 003 | JOINT STRIKE FIGHTER CV | 2,272,301 | 2,217,821 |
| | Target cost savings | | [–54,480] |
| 004 | JOINT STRIKE FIGHTER CV | 339,053 | 339,053 |
| 005 | JSF STOVL | 1,342,035 | 1,266,301 |
| | Target cost savings | | [–75,734] |
| 006 | JSF STOVL | 291,804 | 291,804 |
| 007 | CH–53K (HEAVY LIFT) | 807,876 | 807,876 |
| 008 | CH–53K (HEAVY LIFT) | 215,014 | 215,014 |
| 009 | V–22 (MEDIUM LIFT) | 966,666 | 1,214,766 |
| | Program increase | | [248,100] |
| 010 | V–22 (MEDIUM LIFT) | 27,104 | 27,104 |
| 011 | H–1 UPGRADES (UH–1Y/AH–1Z) | 62,003 | 53,003 |
| | Production line shutdown excess to need | | [–9,000] |
| 013 | MH–60R (MYP) | 894 | 894 |
| 014 | P–8A POSEIDON | 1,206,701 | 1,680,601 |
| | Line shutdown costs early to need | | [–67,300] |
| | Navy unfunded priority | | [541,200] |
| 016 | E–2D ADV HAWKEYE | 744,484 | 900,284 |
| | Navy unfunded priority | | [173,000] |
| | NRE excess cost growth | | [–17,200] |
| 017 | E–2D ADV HAWKEYE | 190,204 | 190,204 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **TRAINER AIRCRAFT** | | |
| 019 | ADVANCED HELICOPTER TRAINING SYSTEM | 261,160 | 261,160 |
| | **OTHER AIRCRAFT** | | |
| 020 | KC–130J | 240,840 | 221,904 |
| | Unit cost growth | | [–18,936] |
| 021 | KC–130J | 66,061 | 66,061 |
| 022 | F–5 | 39,676 | 39,676 |
| 023 | MQ–4 TRITON | 473,134 | 448,134 |
| | PGSE excess cost growth | | [–25,000] |
| 024 | MQ–4 TRITON | 20,139 | 20,139 |
| 025 | MQ–8 UAV | 44,957 | 44,957 |
| 026 | STUASL0 UAV | 43,819 | 43,819 |
| 028 | VH–92A EXECUTIVE HELO | 658,067 | 647,351 |
| | Program reduction | | [–10,716] |
| | **MODIFICATION OF AIRCRAFT** | | |
| 029 | AEA SYSTEMS | 44,470 | 39,170 |
| | Program reduction | | [–5,300] |
| 030 | AV–8 SERIES | 39,472 | 39,472 |
| 031 | ADVERSARY | 3,415 | 3,415 |
| 032 | F–18 SERIES | 1,207,089 | 1,128,089 |
| | Early to need | | [–79,000] |
| 033 | H–53 SERIES | 68,385 | 68,385 |
| 034 | MH–60 SERIES | 149,797 | 147,297 |
| | NRE prior year carryover (OSIP 018–12) | | [–2,500] |
| 035 | H–1 SERIES | 114,059 | 114,059 |
| 036 | EP–3 SERIES | 8,655 | 8,655 |
| 038 | E–2 SERIES | 117,059 | 117,059 |
| 039 | TRAINER A/C SERIES | 5,616 | 5,616 |
| 040 | C–2A | 15,747 | 15,747 |
| 041 | C–130 SERIES | 122,671 | 116,786 |
| | B kit cost growth (OSIP 019–14) | | [–3,009] |
| | GFE excess growth (OSIP 019–14) | | [–2,876] |
| 042 | FEWSG | 509 | 509 |
| 043 | CARGO/TRANSPORT A/C SERIES | 8,767 | 8,767 |
| 044 | E–6 SERIES | 169,827 | 167,216 |
| | Program reduction | | [–2,611] |
| 045 | EXECUTIVE HELICOPTERS SERIES | 8,933 | 8,933 |
| 047 | T–45 SERIES | 186,022 | 184,314 |
| | NRE previously funded | | [–1,708] |
| 048 | POWER PLANT CHANGES | 16,136 | 16,136 |
| 049 | JPATS SERIES | 21,824 | 21,824 |
| 050 | AVIATION LIFE SUPPORT MODS | 39,762 | 39,762 |
| 051 | COMMON ECM EQUIPMENT | 162,839 | 152,839 |
| | Program decrease | | [–10,000] |
| 052 | COMMON AVIONICS CHANGES | 102,107 | 75,107 |
| | Computing and displays concurrency and equipment growth early to need | | [–27,000] |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | 2,100 | 2,100 |
| 054 | ID SYSTEMS | 41,437 | 41,437 |
| 055 | P–8 SERIES | 107,539 | 96,563 |
| | Increment 3 ECP 6 early to need (OSIP 006–18) | | [–10,976] |
| 056 | MAGTF EW FOR AVIATION | 26,536 | 26,536 |
| 057 | MQ–8 SERIES | 34,686 | 34,686 |
| 058 | V–22 (TILT/ROTOR ACFT) OSPREY | 325,367 | 325,367 |
| 059 | NEXT GENERATION JAMMER (NGJ) | 6,223 | 3,111 |
| | Program reduction | | [–3,112] |
| 060 | F–35 STOVL SERIES | 65,585 | 65,585 |
| 061 | F–35 CV SERIES | 15,358 | 15,358 |
| 062 | QRC | 165,016 | 146,558 |
| | Program decrease | | [–18,458] |
| 063 | MQ–4 SERIES | 27,994 | 27,994 |
| 064 | RQ–21 SERIES | 66,282 | 61,032 |
| | EO/IR turret upgrades unit cost growth (OSIP 004–20) | | [–5,250] |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | |
| 067 | SPARES AND REPAIR PARTS | 2,166,788 | 2,146,788 |
| | MQ–4 Triton spares excess growth | | [–20,000] |
| | **AIRCRAFT SUPPORT EQUIP & FACILITIES** | | |
| 068 | COMMON GROUND EQUIPMENT | 491,025 | 470,025 |
| | Other flight training previously funded | | [–21,000] |
| 069 | AIRCRAFT INDUSTRIAL FACILITIES | 71,335 | 71,335 |
| 070 | WAR CONSUMABLES | 41,086 | 32,086 |
| | BRU–61 previously funded | | [–9,000] |
| 072 | SPECIAL SUPPORT EQUIPMENT | 135,740 | 135,740 |
| 073 | FIRST DESTINATION TRANSPORTATION | 892 | 892 |
| | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | **18,522,204** | **18,961,816** |
| | | | |
| | **WEAPONS PROCUREMENT, NAVY** | | |
| | **MODIFICATION OF MISSILES** | | |
| 001 | TRIDENT II MODS | 1,177,251 | 1,177,251 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 002 | MISSILE INDUSTRIAL FACILITIES | 7,142 | 7,142 |
| | **STRATEGIC MISSILES** | | |
| 003 | TOMAHAWK | 386,730 | 344,648 |
| | Unjustified tooling and facilitization costs | | [–42,082] |
| | **TACTICAL MISSILES** | | |
| 004 | AMRAAM | 224,502 | 201,502 |
| | Unit cost growth | | [–23,000] |
| 005 | SIDEWINDER | 119,456 | 117,404 |
| | Program reduction | | [–2,052] |
| 007 | STANDARD MISSILE | 404,523 | 404,523 |
| 008 | STANDARD MISSILE | 96,085 | 96,085 |
| 009 | SMALL DIAMETER BOMB II | 118,466 | 115,828 |
| | Program reduction | | [–2,638] |
| 010 | RAM | 106,765 | 106,765 |
| 012 | HELLFIRE | 1,525 | 1,525 |
| 015 | AERIAL TARGETS | 145,880 | 145,880 |
| 016 | DRONES AND DECOYS | 20,000 | 18,521 |
| | Excess to need | | [–1,479] |
| 017 | OTHER MISSILE SUPPORT | 3,388 | 3,388 |
| 018 | LRASM | 143,200 | 143,200 |
| 019 | LCS OTH MISSILE | 38,137 | 38,137 |
| | **MODIFICATION OF MISSILES** | | |
| 020 | ESSM | 128,059 | 110,059 |
| | Production support excess to need | | [–18,000] |
| 021 | HARPOON MODS | 25,447 | 25,447 |
| 022 | HARM MODS | 183,740 | 183,740 |
| 023 | STANDARD MISSILES MODS | 22,500 | 2,500 |
| | Early to need | | [–20,000] |
| | **SUPPORT EQUIPMENT & FACILITIES** | | |
| 024 | WEAPONS INDUSTRIAL FACILITIES | 1,958 | 1,958 |
| 025 | FLEET SATELLITE COMM FOLLOW-ON | 67,380 | 67,380 |
| | **ORDNANCE SUPPORT EQUIPMENT** | | |
| 027 | ORDNANCE SUPPORT EQUIPMENT | 109,427 | 85,717 |
| | Insufficient budget justifcation | | [–23,710] |
| | **TORPEDOES AND RELATED EQUIP** | | |
| 028 | SSTD | 5,561 | 5,561 |
| 029 | MK–48 TORPEDO | 114,000 | 130,000 |
| | Program increase | | [16,000] |
| 030 | ASW TARGETS | 15,095 | 15,095 |
| | **MOD OF TORPEDOES AND RELATED EQUIP** | | |
| 031 | MK–54 TORPEDO MODS | 119,453 | 112,013 |
| | HAAWC cost growth | | [–7,440] |
| 032 | MK–48 TORPEDO ADCAP MODS | 39,508 | 39,508 |
| 033 | QUICKSTRIKE MINE | 5,183 | 5,183 |
| | **SUPPORT EQUIPMENT** | | |
| 034 | TORPEDO SUPPORT EQUIPMENT | 79,028 | 79,028 |
| 035 | ASW RANGE SUPPORT | 3,890 | 3,890 |
| | **DESTINATION TRANSPORTATION** | | |
| 036 | FIRST DESTINATION TRANSPORTATION | 3,803 | 3,803 |
| | **GUNS AND GUN MOUNTS** | | |
| 037 | SMALL ARMS AND WEAPONS | 14,797 | 13,607 |
| | Program reduction | | [–1,190] |
| | **MODIFICATION OF GUNS AND GUN MOUNTS** | | |
| 038 | CIWS MODS | 44,126 | 44,126 |
| 039 | COAST GUARD WEAPONS | 44,980 | 44,980 |
| 040 | GUN MOUNT MODS | 66,376 | 66,376 |
| 041 | LCS MODULE WEAPONS | 14,585 | 14,585 |
| 043 | AIRBORNE MINE NEUTRALIZATION SYSTEMS | 7,160 | 7,160 |
| | **SPARES AND REPAIR PARTS** | | |
| | **UNDISTRIBUTED** | | |
| 045 | SPARES AND REPAIR PARTS | 126,138 | 124,390 |
| | Program reduction | | [–1,748] |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | **4,235,244** | **4,107,905** |
| | | | |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | |
| | **NAVY AMMUNITION** | | |
| 001 | GENERAL PURPOSE BOMBS | 36,028 | 34,997 |
| | Fuze contract delay and unit cost growth | | [–1,031] |
| 002 | JDAM | 70,413 | 70,413 |
| 003 | AIRBORNE ROCKETS, ALL TYPES | 31,756 | 27,707 |
| | Unit cost growth | | [–4,049] |
| 004 | MACHINE GUN AMMUNITION | 4,793 | 4,793 |
| 005 | PRACTICE BOMBS | 34,708 | 27,208 |
| | Q1300 LGTR unit cost growth | | [–7,500] |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | 45,738 | 38,738 |
| | Contract and schedule delays | | [–7,000] |
| 007 | AIR EXPENDABLE COUNTERMEASURES | 77,301 | 67,854 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Unit cost growth | | [-9,447] |
| 008 | JATOS | 7,262 | 7,262 |
| 009 | 5 INCH/54 GUN AMMUNITION | 22,594 | 21,166 |
| | MK187 mod 0 projectile unit cost growth | | [-1,428] |
| 010 | INTERMEDIATE CALIBER GUN AMMUNITION | 37,193 | 37,193 |
| 011 | OTHER SHIP GUN AMMUNITION | 39,491 | 39,291 |
| | CART 20MM contract award delay | | [-200] |
| 012 | SMALL ARMS & LANDING PARTY AMMO | 47,896 | 47,896 |
| 013 | PYROTECHNIC AND DEMOLITION | 10,621 | 10,621 |
| 015 | AMMUNITION LESS THAN $5 MILLION | 2,386 | 2,386 |
| | **MARINE CORPS AMMUNITION** | | |
| 016 | MORTARS | 55,543 | 50,543 |
| | Prior year underexecution | | [-5,000] |
| 017 | DIRECT SUPPORT MUNITIONS | 131,765 | 131,765 |
| 018 | INFANTRY WEAPONS AMMUNITION | 78,056 | 52,088 |
| | Underexecution and schedule delays | | [-25,968] |
| 019 | COMBAT SUPPORT MUNITIONS | 40,048 | 34,048 |
| | Unit cost growth | | [-6,000] |
| 020 | AMMO MODERNIZATION | 14,325 | 14,325 |
| 021 | ARTILLERY MUNITIONS | 188,876 | 167,476 |
| | DA 54 contract delay | | [-21,400] |
| 022 | ITEMS LESS THAN $5 MILLION | 4,521 | 4,521 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** | **981,314** | **892,291** |
| | | | |
| | **SHIPBUILDING AND CONVERSION, NAVY** | | |
| | **FLEET BALLISTIC MISSILE SHIPS** | | |
| 001 | OHIO REPLACEMENT SUBMARINE | 1,698,907 | 1,821,907 |
| | Submarine supplier development | | [123,000] |
| | **OTHER WARSHIPS** | | |
| 002 | CARRIER REPLACEMENT PROGRAM | 2,347,000 | 1,042,000 |
| | Basic construction/conversion excess cost growth | | [-20,000] |
| | Restoring acquisition accountability: Transfer CVN–81 only to line 2X | | [-1,285,000] |
| 002A | CARRIER REPLACEMENT PROGRAM | | 1,285,000 |
| | For CVN–81 only | | [1,285,000] |
| 003 | VIRGINIA CLASS SUBMARINE | 7,155,946 | 5,445,946 |
| | Block V program increase | | [1,490,000] |
| | SSN–812 program decrease | | [-3,200,000] |
| 004 | VIRGINIA CLASS SUBMARINE ADVANCE PROCUREMENT | 2,769,552 | 2,969,552 |
| | Advance Procurement in support of a 10th multi-year procurement contract ship only. | | [200,000] |
| 005 | CVN REFUELING OVERHAULS | 647,926 | 631,926 |
| | CVN–74 RCOH unjustified cost growth | | [-16,000] |
| 006 | CVN REFUELING OVERHAULS ADVANCE PROCUREMENT | | 16,900 |
| | Restore CVN–75 RCOH | | [16,900] |
| 007 | DDG 1000 | 155,944 | 155,944 |
| 008 | DDG–51 | 5,099,295 | 5,033,295 |
| | Basic Construction excess growth | | [-66,000] |
| 009 | DDG–51 ADVANCE PROCUREMENT | 224,028 | 484,028 |
| | Accelerate LLTM for FY21 Flight III destroyers | | [260,000] |
| 011 | FFG-FRIGATE | 1,281,177 | 1,281,177 |
| | **AMPHIBIOUS SHIPS** | | |
| 012 | LPD FLIGHT II | | 525,000 |
| | LPD–31 program increase | | [277,900] |
| | Transfer from line 13 | | [247,100] |
| 013 | LPD FLIGHT II ADVANCE PROCUREMENT | 247,100 | 0 |
| | Transfer to line 12 | | [-247,100] |
| 015 | LHA REPLACEMENT | | 650,000 |
| | LHA–9 program increase | | [650,000] |
| | **AUXILIARIES, CRAFT AND PRIOR YR PROGRAM COST** | | |
| 018 | TAO FLEET OILER | 981,215 | 981,215 |
| 019 | TAO FLEET OILER ADVANCE PROCUREMENT | 73,000 | 73,000 |
| 020 | TOWING, SALVAGE, AND RESCUE SHIP (ATS) | 150,282 | 150,282 |
| 022 | LCU 1700 | 85,670 | 85,670 |
| 023 | OUTFITTING | 754,679 | 705,721 |
| | Excess cost growth | | [-40,000] |
| | Virginia class outfitting excess growth | | [-8,958] |
| 024 | SHIP TO SHORE CONNECTOR | | 65,000 |
| | Program increase | | [65,000] |
| 025 | SERVICE CRAFT | 56,289 | 81,789 |
| | Accelerate YP–703 Flight II | | [25,500] |
| 028 | COMPLETION OF PY SHIPBUILDING PROGRAMS | 55,700 | 104,700 |
| | UPL EPF–14 conversion | | [49,000] |
| | **TOTAL SHIPBUILDING AND CONVERSION, NAVY** | **23,783,710** | **23,590,052** |
| | | | |
| | **OTHER PROCUREMENT, NAVY** | | |
| | **SHIP PROPULSION EQUIPMENT** | | |
| 001 | SURFACE POWER EQUIPMENT | 14,490 | 14,490 |
| | **GENERATORS** | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 002 | SURFACE COMBATANT HM&E | 31,583 | 31,561 |
| | Twisted rudder installation early to need | | [–22] |
| | **NAVIGATION EQUIPMENT** | | |
| 003 | OTHER NAVIGATION EQUIPMENT | 77,404 | 77,404 |
| | **OTHER SHIPBOARD EQUIPMENT** | | |
| 004 | SUB PERISCOPE, IMAGING AND SUPT EQUIP PROG | 160,803 | 160,803 |
| 005 | DDG MOD | 566,140 | 553,490 |
| | Aegis modernization testing excess to need | | [–5,000] |
| | Combat system ship qualification trials excess to need | | [–7,650] |
| 006 | FIREFIGHTING EQUIPMENT | 18,223 | 18,223 |
| 007 | COMMAND AND CONTROL SWITCHBOARD | 2,086 | 2,086 |
| 008 | LHA/LHD MIDLIFE | 95,651 | 79,563 |
| | Excess cost growth | | [–16,088] |
| 009 | POLLUTION CONTROL EQUIPMENT | 23,910 | 23,910 |
| 010 | SUBMARINE SUPPORT EQUIPMENT | 44,895 | 44,895 |
| 011 | VIRGINIA CLASS SUPPORT EQUIPMENT | 28,465 | 28,465 |
| 012 | LCS CLASS SUPPORT EQUIPMENT | 19,426 | 19,426 |
| 013 | SUBMARINE BATTERIES | 26,290 | 25,297 |
| | Virginia class unit cost growth | | [–993] |
| 014 | LPD CLASS SUPPORT EQUIPMENT | 46,945 | 46,945 |
| 015 | DDG 1000 CLASS SUPPORT EQUIPMENT | 9,930 | 9,930 |
| 016 | STRATEGIC PLATFORM SUPPORT EQUIP | 14,331 | 14,331 |
| 017 | DSSP EQUIPMENT | 2,909 | 2,909 |
| 018 | CG MODERNIZATION | 193,990 | 193,990 |
| 019 | LCAC | 3,392 | 3,392 |
| 020 | UNDERWATER EOD PROGRAMS | 71,240 | 71,240 |
| 021 | ITEMS LESS THAN $5 MILLION | 102,543 | 102,543 |
| 022 | CHEMICAL WARFARE DETECTORS | 2,961 | 2,961 |
| 023 | SUBMARINE LIFE SUPPORT SYSTEM | 6,635 | 6,635 |
| | **REACTOR PLANT EQUIPMENT** | | |
| 024 | REACTOR POWER UNITS | 5,340 | 5,340 |
| 025 | REACTOR COMPONENTS | 465,726 | 462,749 |
| | Program decrease—unit cost growth | | [–2,977] |
| | **OCEAN ENGINEERING** | | |
| 026 | DIVING AND SALVAGE EQUIPMENT | 11,854 | 11,854 |
| | **SMALL BOATS** | | |
| 027 | STANDARD BOATS | 79,102 | 79,102 |
| | **PRODUCTION FACILITIES EQUIPMENT** | | |
| 028 | OPERATING FORCES IPE | 202,238 | 202,238 |
| | **OTHER SHIP SUPPORT** | | |
| 029 | LCS COMMON MISSION MODULES EQUIPMENT | 51,553 | 51,553 |
| 030 | LCS MCM MISSION MODULES | 197,129 | 134,157 |
| | Excess cost growth | | [–62,972] |
| 031 | LCS ASW MISSION MODULES | 27,754 | 27,754 |
| 032 | LCS SUW MISSION MODULES | 26,566 | 26,566 |
| 033 | LCS IN-SERVICE MODERNIZATION | 84,972 | 82,000 |
| | Habitability mod (Freedom variant) unit cost growth | | [–2,972] |
| 034 | SMALL & MEDIUM UUV | 40,547 | 10,647 |
| | Knifefish early to need | | [–29,900] |
| | **LOGISTIC SUPPORT** | | |
| 035 | LSD MIDLIFE & MODERNIZATION | 40,269 | 40,269 |
| | **SHIP SONARS** | | |
| 036 | SPQ–9B RADAR | 26,195 | 26,195 |
| 037 | AN/SQQ–89 SURF ASW COMBAT SYSTEM | 125,237 | 125,237 |
| 038 | SSN ACOUSTIC EQUIPMENT | 366,968 | 356,953 |
| | Low cost conformal array contract delay | | [–10,015] |
| 039 | UNDERSEA WARFARE SUPPORT EQUIPMENT | 8,967 | 8,967 |
| | **ASW ELECTRONIC EQUIPMENT** | | |
| 040 | SUBMARINE ACOUSTIC WARFARE SYSTEM | 23,545 | 23,545 |
| 041 | SSTD | 12,439 | 12,439 |
| 042 | FIXED SURVEILLANCE SYSTEM | 128,441 | 128,441 |
| 043 | SURTASS | 21,923 | 21,923 |
| | **ELECTRONIC WARFARE EQUIPMENT** | | |
| 044 | AN/SLQ–32 | 420,154 | 350,686 |
| | Block 3 kit early to need | | [–65,758] |
| | FMP block 1B3 for SLQ–32(V) 6 previously funded | | [–2,300] |
| | SEWIP block 1B2 for USCG ship forward fit contract delays | | [–1,410] |
| | **RECONNAISSANCE EQUIPMENT** | | |
| 045 | SHIPBOARD IW EXPLOIT | 194,758 | 193,440 |
| | SSEE modifications kits unit cost growth | | [–1,318] |
| 046 | AUTOMATED IDENTIFICATION SYSTEM (AIS) | 5,368 | 5,368 |
| | **OTHER SHIP ELECTRONIC EQUIPMENT** | | |
| 047 | COOPERATIVE ENGAGEMENT CAPABILITY | 35,128 | 35,128 |
| 048 | NAVAL TACTICAL COMMAND SUPPORT SYSTEM (NTCSS) | 15,154 | 15,154 |
| 049 | ATDLS | 52,753 | 52,753 |
| 050 | NAVY COMMAND AND CONTROL SYSTEM (NCCS) | 3,390 | 3,390 |
| 051 | MINESWEEPING SYSTEM REPLACEMENT | 19,448 | 19,448 |
| 052 | SHALLOW WATER MCM | 8,730 | 8,730 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 053 | NAVSTAR GPS RECEIVERS (SPACE) | 32,674 | 32,674 |
| 054 | AMERICAN FORCES RADIO AND TV SERVICE | 2,617 | 2,617 |
| 055 | STRATEGIC PLATFORM SUPPORT EQUIP | 7,973 | 7,973 |
| | **AVIATION ELECTRONIC EQUIPMENT** | | |
| 056 | ASHORE ATC EQUIPMENT | 72,406 | 72,406 |
| 057 | AFLOAT ATC EQUIPMENT | 67,410 | 65,779 |
| | ACLS mod kits installations cost growth | | [–1,631] |
| 058 | ID SYSTEMS | 26,059 | 26,059 |
| 059 | JOINT PRECISION APPROACH AND LANDING SYSTEM ( | 92,695 | 78,195 |
| | Early to need | | [–14,500] |
| 060 | NAVAL MISSION PLANNING SYSTEMS | 15,296 | 15,296 |
| | **OTHER SHORE ELECTRONIC EQUIPMENT** | | |
| 061 | TACTICAL/MOBILE C4I SYSTEMS | 36,226 | 36,226 |
| 062 | DCGS-N | 21,788 | 21,427 |
| | DCGS-N increment 2 kit unit cost discrepancy | | [–361] |
| 063 | CANES | 426,654 | 395,154 |
| | Program decrease | | [–31,500] |
| 064 | RADIAC | 6,450 | 6,450 |
| 065 | CANES-INTELL | 52,713 | 52,713 |
| 066 | GPETE | 13,028 | 13,028 |
| 067 | MASF | 5,193 | 5,193 |
| 068 | INTEG COMBAT SYSTEM TEST FACILITY | 6,028 | 6,028 |
| 069 | EMI CONTROL INSTRUMENTATION | 4,209 | 4,209 |
| 070 | ITEMS LESS THAN $5 MILLION | 168,436 | 144,636 |
| | NGSSR early to need | | [–23,800] |
| | **SHIPBOARD COMMUNICATIONS** | | |
| 071 | SHIPBOARD TACTICAL COMMUNICATIONS | 55,853 | 50,053 |
| | DMR IW and MUOS system procurement afloat previously funded | | [–5,800] |
| 072 | SHIP COMMUNICATIONS AUTOMATION | 137,861 | 122,380 |
| | STACC cost growth | | [–15,481] |
| 073 | COMMUNICATIONS ITEMS UNDER $5M | 35,093 | 31,493 |
| | Improving funds management: prior year carryover | | [–3,600] |
| | **SUBMARINE COMMUNICATIONS** | | |
| 074 | SUBMARINE BROADCAST SUPPORT | 50,833 | 50,833 |
| 075 | SUBMARINE COMMUNICATION EQUIPMENT | 69,643 | 60,794 |
| | Buoy shape improvement unjustified request | | [–8,849] |
| | **SATELLITE COMMUNICATIONS** | | |
| 076 | SATELLITE COMMUNICATIONS SYSTEMS | 45,841 | 45,841 |
| 077 | NAVY MULTIBAND TERMINAL (NMT) | 88,021 | 82,148 |
| | Afloat ship kit cost growth | | [–4,055] |
| | Assured C2 modems installation cost excess growth | | [–1,818] |
| | **SHORE COMMUNICATIONS** | | |
| 078 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) | 4,293 | 4,293 |
| | **CRYPTOGRAPHIC EQUIPMENT** | | |
| 079 | INFO SYSTEMS SECURITY PROGRAM (ISSP) | 166,540 | 166,540 |
| 080 | MIO INTEL EXPLOITATION TEAM | 968 | 968 |
| | **CRYPTOLOGIC EQUIPMENT** | | |
| 081 | CRYPTOLOGIC COMMUNICATIONS EQUIP | 13,090 | 13,090 |
| | **OTHER ELECTRONIC SUPPORT** | | |
| 083 | COAST GUARD EQUIPMENT | 61,370 | 61,370 |
| | **SONOBUOYS** | | |
| 085 | SONOBUOYS—ALL TYPES | 260,644 | 310,644 |
| | UPL sonobuoy increase | | [50,000] |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | |
| 086 | MINOTAUR | 5,000 | 5,000 |
| 087 | WEAPONS RANGE SUPPORT EQUIPMENT | 101,843 | 101,843 |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | 145,601 | 135,211 |
| | Excess cost growth | | [–10,390] |
| 089 | ADVANCED ARRESTING GEAR (AAG) | 4,725 | 4,725 |
| 090 | METEOROLOGICAL EQUIPMENT | 14,687 | 12,407 |
| | ASOS upgrades unit cost growth | | [–2,280] |
| 092 | LEGACY AIRBORNE MCM | 19,250 | 18,918 |
| | Modifications unjustified growth | | [–332] |
| 093 | LAMPS EQUIPMENT | 792 | 792 |
| 094 | AVIATION SUPPORT EQUIPMENT | 55,415 | 52,415 |
| | Contract delay | | [–3,000] |
| 095 | UMCS-UNMAN CARRIER AVIATION(UCA)MISSION CNTRL | 32,668 | 32,668 |
| | **SHIP GUN SYSTEM EQUIPMENT** | | |
| 096 | SHIP GUN SYSTEMS EQUIPMENT | 5,451 | 5,451 |
| | **SHIP MISSILE SYSTEMS EQUIPMENT** | | |
| 097 | HARPOON SUPPORT EQUIPMENT | 1,100 | 1,100 |
| 098 | SHIP MISSILE SUPPORT EQUIPMENT | 228,104 | 268,304 |
| | Program increase | | [40,200] |
| 099 | TOMAHAWK SUPPORT EQUIPMENT | 78,593 | 78,593 |
| | **FBM SUPPORT EQUIPMENT** | | |
| 100 | STRATEGIC MISSILE SYSTEMS EQUIP | 280,510 | 280,510 |
| | **ASW SUPPORT EQUIPMENT** | | |
| 101 | SSN COMBAT CONTROL SYSTEMS | 148,547 | 143,678 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Excess cost growth | | [–4,869] |
| 102 | ASW SUPPORT EQUIPMENT | 21,130 | 21,130 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP | 15,244 | 15,244 |
| 104 | ITEMS LESS THAN $5 MILLION | 5,071 | 5,071 |
| | **OTHER EXPENDABLE ORDNANCE** | | |
| 105 | ANTI-SHIP MISSILE DECOY SYSTEM | 41,962 | 41,962 |
| 106 | SUBMARINE TRAINING DEVICE MODS | 75,057 | 75,057 |
| 107 | SURFACE TRAINING EQUIPMENT | 233,175 | 222,647 |
| | BFFT ship sets excess to need | | [–1,515] |
| | LCS trainer equipment early to need | | [–9,013] |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | |
| 108 | PASSENGER CARRYING VEHICLES | 4,562 | 4,562 |
| 109 | GENERAL PURPOSE TRUCKS | 10,974 | 10,974 |
| 110 | CONSTRUCTION & MAINTENANCE EQUIP | 43,191 | 43,191 |
| 111 | FIRE FIGHTING EQUIPMENT | 21,142 | 11,642 |
| | Contract delays | | [–9,500] |
| 112 | TACTICAL VEHICLES | 33,432 | 33,432 |
| 114 | POLLUTION CONTROL EQUIPMENT | 2,633 | 2,633 |
| 115 | ITEMS UNDER $5 MILLION | 53,467 | 53,467 |
| 116 | PHYSICAL SECURITY VEHICLES | 1,173 | 1,173 |
| | **SUPPLY SUPPORT EQUIPMENT** | | |
| 117 | SUPPLY EQUIPMENT | 16,730 | 16,730 |
| 118 | FIRST DESTINATION TRANSPORTATION | 5,389 | 5,389 |
| 119 | SPECIAL PURPOSE SUPPLY SYSTEMS | 654,674 | 617,522 |
| | Insufficient budget justification | | [–37,152] |
| | **TRAINING DEVICES** | | |
| 120 | TRAINING SUPPORT EQUIPMENT | 3,633 | 3,633 |
| 121 | TRAINING AND EDUCATION EQUIPMENT | 97,636 | 94,536 |
| | Excess growth | | [–3,100] |
| | **COMMAND SUPPORT EQUIPMENT** | | |
| 122 | COMMAND SUPPORT EQUIPMENT | 66,102 | 50,434 |
| | Prior year underexecution | | [–15,668] |
| 123 | MEDICAL SUPPORT EQUIPMENT | 3,633 | 3,633 |
| 125 | NAVAL MIP SUPPORT EQUIPMENT | 6,097 | 6,097 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | 16,905 | 16,905 |
| 127 | C4ISR EQUIPMENT | 30,146 | 30,146 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | 21,986 | 21,986 |
| 129 | PHYSICAL SECURITY EQUIPMENT | 160,046 | 160,046 |
| 130 | ENTERPRISE INFORMATION TECHNOLOGY | 56,899 | 56,899 |
| | **OTHER** | | |
| 133 | NEXT GENERATION ENTERPRISE SERVICE | 122,832 | 122,832 |
| | **CLASSIFIED PROGRAMS** | | |
| 133A | CLASSIFIED PROGRAMS | 16,346 | 16,346 |
| | **SPARES AND REPAIR PARTS** | | |
| 134 | SPARES AND REPAIR PARTS | 375,608 | 352,140 |
| | JPALS spares early to need | | [–8,137] |
| | LCS spares early to need | | [–15,331] |
| | **TOTAL OTHER PROCUREMENT, NAVY** | **9,652,956** | **9,302,099** |
| | | | |
| | **PROCUREMENT, MARINE CORPS** | | |
| | **TRACKED COMBAT VEHICLES** | | |
| 001 | AAV7A1 PIP | 39,495 | 39,495 |
| 002 | AMPHIBIOUS COMBAT VEHICLE 1.1 | 317,935 | 313,131 |
| | Excess engineering change orders | | [–4,804] |
| 003 | LAV PIP | 60,734 | 60,734 |
| | **ARTILLERY AND OTHER WEAPONS** | | |
| 004 | 155MM LIGHTWEIGHT TOWED HOWITZER | 25,065 | 25,065 |
| 005 | ARTILLERY WEAPONS SYSTEM | 100,002 | 90,002 |
| | Equipment previously funded and cost growth | | [–10,000] |
| 006 | WEAPONS AND COMBAT VEHICLES UNDER $5 MILLION | 31,945 | 31,945 |
| | **OTHER SUPPORT** | | |
| 007 | MODIFICATION KITS | 22,760 | 22,760 |
| | **GUIDED MISSILES** | | |
| 008 | GROUND BASED AIR DEFENSE | 175,998 | 175,998 |
| 009 | ANTI-ARMOR MISSILE-JAVELIN | 20,207 | 20,207 |
| 010 | FAMILY ANTI-ARMOR WEAPON SYSTEMS (FOAAWS) | 21,913 | 21,913 |
| 011 | ANTI-ARMOR MISSILE-TOW | 60,501 | 60,501 |
| 012 | GUIDED MLRS ROCKET (GMLRS) | 29,062 | 28,062 |
| | Unit cost discrepancy | | [–1,000] |
| | **COMMAND AND CONTROL SYSTEMS** | | |
| 013 | COMMON AVIATION COMMAND AND CONTROL SYSTEM (C | 37,203 | 32,203 |
| | AN/MRQ–13 communications subsystems upgrades unjustified growth | | [–5,000] |
| | **REPAIR AND TEST EQUIPMENT** | | |
| 014 | REPAIR AND TEST EQUIPMENT | 55,156 | 55,156 |
| | **OTHER SUPPORT (TEL)** | | |
| 015 | MODIFICATION KITS | 4,945 | 4,945 |
| | **COMMAND AND CONTROL SYSTEM (NON-TEL)** | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 016 | ITEMS UNDER $5 MILLION (COMM & ELEC) | 112,124 | 82,424 |
| | Unit cost growth | | [–29,700] |
| 017 | AIR OPERATIONS C2 SYSTEMS | 17,408 | 17,408 |
| | **RADAR + EQUIPMENT (NON-TEL)** | | |
| 018 | RADAR SYSTEMS | 329 | 329 |
| 019 | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 273,022 | 273,022 |
| | **INTELL/COMM EQUIPMENT (NON-TEL)** | | |
| 021 | GCSS-MC | 4,484 | 4,484 |
| 022 | FIRE SUPPORT SYSTEM | 35,488 | 35,488 |
| 023 | INTELLIGENCE SUPPORT EQUIPMENT | 56,896 | 54,396 |
| | Unjustified growth | | [–2,500] |
| 025 | UNMANNED AIR SYSTEMS (INTEL) | 34,711 | 34,711 |
| 026 | DCGS-MC | 32,562 | 32,562 |
| | **OTHER SUPPORT (NON-TEL)** | | |
| 030 | NEXT GENERATION ENTERPRISE NETWORK (NGEN) | 114,901 | 114,901 |
| 031 | COMMON COMPUTER RESOURCES | 51,094 | 51,094 |
| 032 | COMMAND POST SYSTEMS | 108,897 | 108,897 |
| 033 | RADIO SYSTEMS | 227,320 | 212,320 |
| | Cost growth and early to need | | [–15,000] |
| 034 | COMM SWITCHING & CONTROL SYSTEMS | 31,685 | 23,781 |
| | ECP small form factor previously funded | | [–7,904] |
| 035 | COMM & ELEC INFRASTRUCTURE SUPPORT | 21,140 | 21,140 |
| 036 | CYBERSPACE ACTIVITIES | 27,632 | 27,632 |
| | **CLASSIFIED PROGRAMS** | | |
| 036A | CLASSIFIED PROGRAMS | 5,535 | 5,535 |
| | **ADMINISTRATIVE VEHICLES** | | |
| 037 | COMMERCIAL CARGO VEHICLES | 28,913 | 28,913 |
| | **TACTICAL VEHICLES** | | |
| 038 | MOTOR TRANSPORT MODIFICATIONS | 19,234 | 19,234 |
| 039 | JOINT LIGHT TACTICAL VEHICLE | 558,107 | 556,107 |
| | ECP previously funded | | [–2,000] |
| 040 | FAMILY OF TACTICAL TRAILERS | 2,693 | 2,693 |
| | **ENGINEER AND OTHER EQUIPMENT** | | |
| 041 | ENVIRONMENTAL CONTROL EQUIP ASSORT | 495 | 495 |
| 042 | TACTICAL FUEL SYSTEMS | 52 | 52 |
| 043 | POWER EQUIPMENT ASSORTED | 22,441 | 22,441 |
| 044 | AMPHIBIOUS SUPPORT EQUIPMENT | 7,101 | 7,101 |
| 045 | EOD SYSTEMS | 44,700 | 44,700 |
| | **MATERIALS HANDLING EQUIPMENT** | | |
| 046 | PHYSICAL SECURITY EQUIPMENT | 15,404 | 15,404 |
| | **GENERAL PROPERTY** | | |
| 047 | FIELD MEDICAL EQUIPMENT | 2,898 | 2,898 |
| 048 | TRAINING DEVICES | 149,567 | 126,567 |
| | ODS unjustified request | | [–23,000] |
| 049 | FAMILY OF CONSTRUCTION EQUIPMENT | 35,622 | 35,622 |
| 050 | ULTRA-LIGHT TACTICAL VEHICLE (ULTV) | 647 | 647 |
| | **OTHER SUPPORT** | | |
| 051 | ITEMS LESS THAN $5 MILLION | 10,956 | 10,956 |
| | **SPARES AND REPAIR PARTS** | | |
| 052 | SPARES AND REPAIR PARTS | 33,470 | 33,470 |
| | **TOTAL PROCUREMENT, MARINE CORPS** | **3,090,449** | **2,989,541** |
| | | | |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | |
| | **TACTICAL FORCES** | | |
| 001 | F–35 | 4,274,359 | 5,566,409 |
| | Program increase | | [1,042,800] |
| | Program increase: Turkish F–35A Reallocation Initiative | | [440,000] |
| | Target cost savings | | [–190,750] |
| 002 | F–35 | 655,500 | 811,500 |
| | UPL Increase | | [156,000] |
| 003 | F–15E | 1,050,000 | 985,500 |
| | Unjustified non-recurring engineering | | [–64,500] |
| | **TACTICAL AIRLIFT** | | |
| 005 | KC–46A MDAP | 2,234,529 | 2,198,529 |
| | Excess to need | | [–36,000] |
| | **OTHER AIRLIFT** | | |
| 006 | C–130J | 12,156 | 404,156 |
| | Program increase | | [392,000] |
| 008 | MC–130J | 871,207 | 857,607 |
| | Excess to need | | [–13,600] |
| 009 | MC–130J | 40,000 | 40,000 |
| | **HELICOPTERS** | | |
| 010 | COMBAT RESCUE HELICOPTER | 884,235 | 876,035 |
| | Excess to need | | [–8,200] |
| | **MISSION SUPPORT AIRCRAFT** | | |
| 011 | C–37A | 161,000 | 147,500 |
| | Unit cost growth | | [–13,500] |
| 012 | CIVIL AIR PATROL A/C | 2,767 | 2,767 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OTHER AIRCRAFT** | | |
| 014 | TARGET DRONES | 130,837 | 130,837 |
| 015 | COMPASS CALL | 114,095 | 114,095 |
| 017 | MQ–9 | 189,205 | 175,205 |
| | Unit cost growth | | [–14,000] |
| | **STRATEGIC AIRCRAFT** | | |
| 019 | B–2A | 9,582 | 9,582 |
| 020 | B–1B | 22,111 | 13,111 |
| | ADS-B ahead of need | | [–9,000] |
| 021 | B–52 | 69,648 | 69,648 |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | 43,758 | 43,758 |
| | **TACTICAL AIRCRAFT** | | |
| 023 | A–10 | 132,069 | 132,069 |
| 024 | E–11 BACN/HAG | 70,027 | 70,027 |
| 025 | F–15 | 481,073 | 467,767 |
| | ADCP unnecessary due to F–15X | | [–13,306] |
| 026 | F–16 | 234,782 | 309,782 |
| | Additional radars | | [75,000] |
| 028 | F–22A | 323,597 | 323,597 |
| 030 | F–35 MODIFICATIONS | 343,590 | 343,590 |
| 031 | F–15 EPAW | 149,047 | 125,417 |
| | Not required because of F–15X | | [–23,630] |
| 032 | INCREMENT 3.2B | 20,213 | 20,213 |
| 033 | KC–46A MDAP | 10,213 | 5,213 |
| | Funding ahead of need | | [–5,000] |
| | **AIRLIFT AIRCRAFT** | | |
| 034 | C–5 | 73,550 | 73,550 |
| 036 | C–17A | 60,244 | 60,244 |
| 037 | C–21 | 216 | 216 |
| 038 | C–32A | 11,511 | 11,511 |
| 039 | C–37A | 435 | 435 |
| | **TRAINER AIRCRAFT** | | |
| 040 | GLIDER MODS | 138 | 138 |
| 041 | T–6 | 11,826 | 11,826 |
| 042 | T–1 | 26,787 | 26,787 |
| 043 | T–38 | 37,341 | 37,341 |
| | **OTHER AIRCRAFT** | | |
| 044 | U–2 MODS | 86,896 | 106,896 |
| | Increase for U–2 enhancements | | [20,000] |
| 045 | KC–10A (ATCA) | 2,108 | 2,108 |
| 046 | C–12 | 3,021 | 3,021 |
| 047 | VC–25A MOD | 48,624 | 48,624 |
| 048 | C–40 | 256 | 256 |
| 049 | C–130 | 52,066 | 186,066 |
| | 3.5 Engine Enhancement Package | | [79,000] |
| | NP–2000 prop blade upgrades | | [55,000] |
| 050 | C–130J MODS | 141,686 | 141,686 |
| 051 | C–135 | 124,491 | 122,616 |
| | Low cost mods slow execution | | [–1,000] |
| | RPI installs | | [–875] |
| 053 | COMPASS CALL | 110,754 | 110,754 |
| 054 | COMBAT FLIGHT INSPECTION—CFIN | 508 | 508 |
| 055 | RC–135 | 227,673 | 227,673 |
| 056 | E–3 | 216,299 | 128,992 |
| | NATO AWACS—Air Force requested transfer to line 88 | | [–87,307] |
| 057 | E–4 | 58,477 | 58,477 |
| 058 | E–8 | 28,778 | 48,778 |
| | Increase for re-engining | | [20,000] |
| 059 | AIRBORNE WARNING AND CNTRL SYS (AWACS) 40/45 | 36,000 | 36,000 |
| 060 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | 7,910 | 7,910 |
| 061 | H–1 | 3,817 | 3,817 |
| 062 | H–60 | 20,879 | 20,879 |
| 063 | RQ–4 MODS | 1,704 | 1,704 |
| 064 | HC/MC–130 MODIFICATIONS | 51,482 | 51,482 |
| 065 | OTHER AIRCRAFT | 50,098 | 50,098 |
| 066 | MQ–9 MODS | 383,594 | 251,594 |
| | Production rate adjustment of DAS–4 sensor | | [–132,000] |
| 068 | CV–22 MODS | 65,348 | 65,348 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | |
| 069 | INITIAL SPARES/REPAIR PARTS | 708,230 | 799,230 |
| | F–35 spares | | [96,000] |
| | Program decrease | | [–30,000] |
| | RQ–4 | | [25,000] |
| | **COMMON SUPPORT EQUIPMENT** | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | 84,938 | 84,938 |
| | **POST PRODUCTION SUPPORT** | | |
| 073 | B–2A | 1,403 | 1,403 |
| 074 | B–2B | 42,234 | 42,234 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 075 | B–52 | 4,641 | 4,641 |
| 076 | C–17A | 124,805 | 124,805 |
| 079 | F–15 | 2,589 | 2,589 |
| 081 | F–16 | 15,348 | 15,348 |
| 084 | RQ–4 POST PRODUCTION CHARGES | 47,246 | 47,246 |
| | **INDUSTRIAL PREPAREDNESS** | | |
| 086 | INDUSTRIAL RESPONSIVENESS | 17,705 | 17,705 |
| | **WAR CONSUMABLES** | | |
| 087 | WAR CONSUMABLES | 32,102 | 32,102 |
| | **OTHER PRODUCTION CHARGES** | | |
| 088 | OTHER PRODUCTION CHARGES | 1,194,728 | 1,222,035 |
| | F–22 NGEN lab excess | | [–60,000] |
| | NATO AWACS—Air Force requested transfer from line 56 | | [87,307] |
| | **CLASSIFIED PROGRAMS** | | |
| 090A | CLASSIFIED PROGRAMS | 34,193 | 34,193 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **16,784,279** | **18,569,718** |
| | | | |
| | **MISSILE PROCUREMENT, AIR FORCE** | | |
| | **MISSILE REPLACEMENT EQUIPMENT—BALLISTIC** | | |
| 001 | MISSILE REPLACEMENT EQ-BALLISTIC | 55,888 | 55,888 |
| | **TACTICAL** | | |
| 002 | REPLAC EQUIP & WAR CONSUMABLES | 9,100 | 9,100 |
| 003 | JOINT AIR-TO-GROUND MUNITION | 15,000 | 7,500 |
| | Unjustified requirement (JAGM-F) | | [–7,500] |
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE | 482,525 | 482,525 |
| 006 | SIDEWINDER (AIM–9X) | 160,408 | 160,408 |
| 007 | AMRAAM | 332,250 | 332,250 |
| 008 | PREDATOR HELLFIRE MISSILE | 118,860 | 118,860 |
| 009 | SMALL DIAMETER BOMB | 275,438 | 275,438 |
| 010 | SMALL DIAMETER BOMB II | 212,434 | 200,684 |
| | Unit cost growth | | [–11,750] |
| | **INDUSTRIAL FACILITIES** | | |
| 011 | INDUSTR'L PREPAREDNS/POL PREVENTION | 801 | 801 |
| | **CLASS IV** | | |
| 012 | ICBM FUZE MOD | 5,000 | 5,000 |
| 013 | ICBM FUZE MOD | 14,497 | 14,497 |
| 014 | MM III MODIFICATIONS | 50,831 | 59,705 |
| | Air Force requested transfer | | [8,874] |
| 015 | AGM–65D MAVERICK | 294 | 294 |
| 016 | AIR LAUNCH CRUISE MISSILE (ALCM) | 77,387 | 68,513 |
| | Air Force requested transfer | | [–8,874] |
| | **MISSILE SPARES AND REPAIR PARTS** | | |
| 018 | MSL SPRS/REPAIR PARTS (INITIAL) | 1,910 | 1,910 |
| 019 | REPLEN SPARES/REPAIR PARTS | 82,490 | 82,490 |
| | **SPECIAL PROGRAMS** | | |
| 023 | SPECIAL UPDATE PROGRAMS | 144,553 | 144,553 |
| | **CLASSIFIED PROGRAMS** | | |
| 023A | CLASSIFIED PROGRAMS | 849,521 | 849,521 |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** | **2,889,187** | **2,869,937** |
| | | | |
| | **SPACE PROCUREMENT, AIR FORCE** | | |
| | **SPACE PROGRAMS** | | |
| 001 | ADVANCED EHF | 31,894 | 31,894 |
| 002 | AF SATELLITE COMM SYSTEM | 56,298 | 56,298 |
| 004 | COUNTERSPACE SYSTEMS | 5,700 | 5,700 |
| 005 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | 34,020 | 29,020 |
| | Unjustified growth | | [–5,000] |
| 007 | GENERAL INFORMATION TECH—SPACE | 3,244 | 3,244 |
| 008 | GPSIII FOLLOW ON | 414,625 | 414,625 |
| 009 | GPS III SPACE SEGMENT | 31,466 | 31,466 |
| 012 | SPACEBORNE EQUIP (COMSEC) | 32,031 | 32,031 |
| 013 | MILSATCOM | 11,096 | 11,096 |
| 015 | EVOLVED EXPENDABLE LAUNCH VEH(SPACE) | 1,237,635 | 1,237,635 |
| 016 | SBIR HIGH (SPACE) | 233,952 | 233,952 |
| 017 | NUDET DETECTION SYSTEM | 7,432 | 7,432 |
| 018 | ROCKET SYSTEMS LAUNCH PROGRAM | 11,473 | 11,473 |
| 019 | SPACE FENCE | 71,784 | 71,784 |
| 020 | SPACE MODS | 106,330 | 106,330 |
| 021 | SPACELIFT RANGE SYSTEM SPACE | 118,140 | 118,140 |
| | **SPACE PROCUREMENT, AIR FORCE** | | |
| | **SPARES** | | |
| 022 | SPARES AND REPAIR PARTS | 7,263 | 7,263 |
| | **TOTAL SPACE PROCUREMENT, AIR FORCE** | **2,414,383** | **2,409,383** |
| | | | |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | |
| | **ROCKETS** | | |
| 001 | ROCKETS | 133,268 | 115,068 |
| | APKWS Mk 66 rocket motor price adjustment | | [–18,200] |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **CARTRIDGES** | | |
| 002 | CARTRIDGES | 140,449 | 140,449 |
| | **BOMBS** | | |
| 003 | PRACTICE BOMBS | 29,313 | 29,313 |
| 004 | GENERAL PURPOSE BOMBS | 85,885 | 85,885 |
| 006 | JOINT DIRECT ATTACK MUNITION | 1,066,224 | 1,034,224 |
| | Tailkit unit cost adjustment | | [–32,000] |
| 007 | B61 | 80,773 | 80,773 |
| | **OTHER ITEMS** | | |
| 009 | CAD/PAD | 47,069 | 47,069 |
| 010 | EXPLOSIVE ORDNANCE DISPOSAL (EOD) | 6,133 | 6,133 |
| 011 | SPARES AND REPAIR PARTS | 533 | 533 |
| 012 | MODIFICATIONS | 1,291 | 1,291 |
| 013 | ITEMS LESS THAN $5,000,000 | 1,677 | 1,677 |
| | **FLARES** | | |
| 015 | FLARES | 36,116 | 36,116 |
| | **FUZES** | | |
| 016 | FUZES | 1,734 | 1,734 |
| | **SMALL ARMS** | | |
| 017 | SMALL ARMS | 37,496 | 37,496 |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | **1,667,961** | **1,617,761** |
| | | | |
| | **OTHER PROCUREMENT, AIR FORCE** | | |
| | **PASSENGER CARRYING VEHICLES** | | |
| 001 | PASSENGER CARRYING VEHICLES | 15,238 | 15,238 |
| | **CARGO AND UTILITY VEHICLES** | | |
| 002 | MEDIUM TACTICAL VEHICLE | 34,616 | 34,616 |
| 003 | CAP VEHICLES | 1,040 | 3,567 |
| | Program increase—communications | | [1,867] |
| | Program increase—vehicles | | [660] |
| 004 | CARGO AND UTILITY VEHICLES | 23,133 | 23,133 |
| | **SPECIAL PURPOSE VEHICLES** | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | 32,027 | 32,027 |
| 006 | SECURITY AND TACTICAL VEHICLES | 1,315 | 1,315 |
| 007 | SPECIAL PURPOSE VEHICLES | 14,593 | 14,593 |
| | **FIRE FIGHTING EQUIPMENT** | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES | 28,604 | 28,604 |
| | **MATERIALS HANDLING EQUIPMENT** | | |
| 009 | MATERIALS HANDLING VEHICLES | 21,848 | 21,848 |
| | **BASE MAINTENANCE SUPPORT** | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU | 2,925 | 2,925 |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 55,776 | 55,776 |
| | **COMM SECURITY EQUIPMENT(COMSEC)** | | |
| 013 | COMSEC EQUIPMENT | 91,461 | 91,461 |
| | **INTELLIGENCE PROGRAMS** | | |
| 014 | INTERNATIONAL INTEL TECH & ARCHITECTURES | 11,386 | 11,386 |
| 015 | INTELLIGENCE TRAINING EQUIPMENT | 7,619 | 7,619 |
| 016 | INTELLIGENCE COMM EQUIPMENT | 35,558 | 32,058 |
| | IMAD unjustified procurement | | [–3,500] |
| | **ELECTRONICS PROGRAMS** | | |
| 017 | AIR TRAFFIC CONTROL & LANDING SYS | 17,939 | 17,939 |
| 019 | BATTLE CONTROL SYSTEM—FIXED | 3,063 | 3,063 |
| 021 | WEATHER OBSERVATION FORECAST | 31,447 | 31,447 |
| 022 | STRATEGIC COMMAND AND CONTROL | 5,090 | 5,090 |
| 023 | CHEYENNE MOUNTAIN COMPLEX | 10,145 | 10,145 |
| 024 | MISSION PLANNING SYSTEMS | 14,508 | 14,508 |
| 026 | INTEGRATED STRAT PLAN & ANALY NETWORK (ISPAN) | 9,901 | 9,901 |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | 26,933 | 26,933 |
| 028 | AF GLOBAL COMMAND & CONTROL SYS | 2,756 | 2,756 |
| 029 | BATTLEFIELD AIRBORNE CONTROL NODE (BACN) | 48,478 | 48,478 |
| 030 | MOBILITY COMMAND AND CONTROL | 21,186 | 21,186 |
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | 178,361 | 178,361 |
| 032 | COMBAT TRAINING RANGES | 233,993 | 261,993 |
| | Joint threat emitters | | [28,000] |
| 033 | MINIMUM ESSENTIAL EMERGENCY COMM N | 132,648 | 132,648 |
| 034 | WIDE AREA SURVEILLANCE (WAS) | 80,818 | 42,118 |
| | Program decrease | | [–38,700] |
| 035 | C3 COUNTERMEASURES | 25,036 | 25,036 |
| 036 | INTEGRATED PERSONNEL AND PAY SYSTEM | 20,900 | 0 |
| | Poor agile implementation | | [–20,900] |
| 037 | GCSS-AF FOS | 11,226 | 11,226 |
| 038 | DEFENSE ENTERPRISE ACCOUNTING & MGT SYS | 1,905 | 1,905 |
| 039 | MAINTENANCE REPAIR & OVERHAUL INITIATIVE | 1,912 | 1,912 |
| 040 | THEATER BATTLE MGT C2 SYSTEM | 6,337 | 6,337 |
| 041 | AIR & SPACE OPERATIONS CENTER (AOC) | 33,243 | 33,243 |
| | **AIR FORCE COMMUNICATIONS** | | |
| 043 | BASE INFORMATION TRANSPT INFRAST (BITI) WIRED | 69,530 | 62,280 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Restoring acquisition accountability | | [–7,250] |
| 044 | AFNET | 147,063 | 147,063 |
| 045 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) | 6,505 | 6,505 |
| 046 | USCENTCOM | 20,190 | 20,190 |
| 047 | USSTRATCOM | 11,244 | 11,244 |
| | **ORGANIZATION AND BASE** | | |
| 048 | TACTICAL C-E EQUIPMENT | 143,757 | 143,757 |
| 050 | RADIO EQUIPMENT | 15,402 | 15,402 |
| 051 | CCTV/AUDIOVISUAL EQUIPMENT | 3,211 | 3,211 |
| 052 | BASE COMM INFRASTRUCTURE | 43,123 | 43,123 |
| | **MODIFICATIONS** | | |
| 053 | COMM ELECT MODS | 14,500 | 14,500 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | 50,634 | 50,634 |
| | **DEPOT PLANT+MTRLS HANDLING EQ** | | |
| 055 | POWER CONDITIONING EQUIPMENT | 11,000 | 11,000 |
| 056 | MECHANIZED MATERIAL HANDLING EQUIP | 11,901 | 11,901 |
| | **BASE SUPPORT EQUIPMENT** | | |
| 057 | BASE PROCURED EQUIPMENT | 23,963 | 23,963 |
| 058 | ENGINEERING AND EOD EQUIPMENT | 34,124 | 34,124 |
| 059 | MOBILITY EQUIPMENT | 26,439 | 26,439 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) | 24,255 | 24,255 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT | 38,986 | 38,986 |
| | **SPECIAL SUPPORT PROJECTS** | | |
| 063 | DARP RC135 | 26,716 | 26,716 |
| 064 | DCGS-AF | 116,055 | 116,055 |
| 066 | SPECIAL UPDATE PROGRAM | 835,148 | 835,148 |
| | **CLASSIFIED PROGRAMS** | | |
| 066A | CLASSIFIED PROGRAMS | 18,292,807 | 18,292,807 |
| | **SPARES AND REPAIR PARTS** | | |
| 067 | SPARES AND REPAIR PARTS | 81,340 | 81,340 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | **21,342,857** | **21,303,034** |
| | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | |
| | **MAJOR EQUIPMENT, OSD** | | |
| 022 | MAJOR EQUIPMENT, DPAA | 1,504 | 1,504 |
| 045 | MAJOR EQUIPMENT, OSD | 43,705 | 43,705 |
| | **MAJOR EQUIPMENT, NSA** | | |
| 044 | INFORMATION SYSTEMS SECURITY PROGRAM (ISSP) | 1,533 | 133 |
| | Realignment to DISA for Sharkseer | | [–1,400] |
| | **MAJOR EQUIPMENT, WHS** | | |
| 049 | MAJOR EQUIPMENT, WHS | 507 | 507 |
| | **MAJOR EQUIPMENT, DISA** | | |
| 008 | INFORMATION SYSTEMS SECURITY | 3,318 | 4,718 |
| | Realignment for Sharkseer | | [1,400] |
| 009 | TELEPORT PROGRAM | 25,103 | 25,103 |
| 010 | ITEMS LESS THAN $5 MILLION | 26,416 | 26,416 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK | 17,574 | 17,574 |
| 014 | WHITE HOUSE COMMUNICATION AGENCY | 45,079 | 45,079 |
| 015 | SENIOR LEADERSHIP ENTERPRISE | 78,669 | 78,669 |
| 016 | JOINT REGIONAL SECURITY STACKS (JRSS) | 88,000 | 88,000 |
| 017 | JOINT SERVICE PROVIDER | 107,907 | 107,907 |
| | **MAJOR EQUIPMENT, DLA** | | |
| 019 | MAJOR EQUIPMENT | 8,122 | 8,122 |
| | **MAJOR EQUIPMENT, DSS** | | |
| 023 | MAJOR EQUIPMENT | 496 | 496 |
| | **MAJOR EQUIPMENT, TJS** | | |
| 046 | MAJOR EQUIPMENT, TJS | 6,905 | 6,905 |
| 047 | MAJOR EQUIPMENT—TJS CYBER | 1,458 | 1,458 |
| | **MAJOR EQUIPMENT, MISSILE DEFENSE AGENCY** | | |
| 028 | THAAD | 425,863 | 388,543 |
| | Unit cost savings | | [–37,320] |
| 029 | GROUND BASED MIDCOURSE | 9,471 | 9,471 |
| 031 | AEGIS BMD | 600,773 | 565,374 |
| | SM–3 Block IB multiyear unit cost savings | | [–35,399] |
| 032 | AEGIS BMD | 96,995 | 96,995 |
| 033 | BMDS AN/TPY–2 RADARS | 10,046 | 10,046 |
| 034 | ARROW 3 UPPER TIER SYSTEMS | 55,000 | 55,000 |
| 035 | SHORT RANGE BALLISTIC MISSILE DEFENSE (SRBMD) | 50,000 | 50,000 |
| 036 | AEGIS ASHORE PHASE III | 25,659 | 25,659 |
| 037 | IRON DOME | 95,000 | 95,000 |
| 038 | AEGIS BMD HARDWARE AND SOFTWARE | 124,986 | 124,986 |
| | **MAJOR EQUIPMENT, DHRA** | | |
| 003 | PERSONNEL ADMINISTRATION | 5,030 | 5,030 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | |
| 025 | VEHICLES | 211 | 211 |
| 026 | OTHER MAJOR EQUIPMENT | 11,521 | 11,521 |
| | **MAJOR EQUIPMENT, DODEA** | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 021 | AUTOMATION/EDUCATIONAL SUPPORT & LOGISTICS | 1,320 | 1,320 |
| | **MAJOR EQUIPMENT, DCMA** | | |
| 002 | MAJOR EQUIPMENT | 2,432 | 2,432 |
| | **MAJOR EQUIPMENT, DMACT** | | |
| 020 | MAJOR EQUIPMENT | 10,961 | 10,961 |
| | **CLASSIFIED PROGRAMS** | | |
| 049A | CLASSIFIED PROGRAMS | 589,366 | 589,366 |
| | **AVIATION PROGRAMS** | | |
| 053 | ROTARY WING UPGRADES AND SUSTAINMENT | 172,020 | 172,020 |
| 054 | UNMANNED ISR | 15,208 | 15,208 |
| 055 | NON-STANDARD AVIATION | 32,310 | 32,310 |
| 056 | U–28 | 10,898 | 10,898 |
| 057 | MH–47 CHINOOK | 173,812 | 173,812 |
| 058 | CV–22 MODIFICATION | 17,256 | 17,256 |
| 059 | MQ–9 UNMANNED AERIAL VEHICLE | 5,338 | 5,338 |
| 060 | PRECISION STRIKE PACKAGE | 232,930 | 232,930 |
| 061 | AC/MC–130J | 173,419 | 165,019 |
| | RFCM realignment to RDAF FVL | | [–8,400] |
| 062 | C–130 MODIFICATIONS | 15,582 | 15,582 |
| | **SHIPBUILDING** | | |
| 063 | UNDERWATER SYSTEMS | 58,991 | 58,991 |
| | **AMMUNITION PROGRAMS** | | |
| 064 | ORDNANCE ITEMS <$5M | 279,992 | 279,992 |
| | **OTHER PROCUREMENT PROGRAMS** | | |
| 065 | INTELLIGENCE SYSTEMS | 100,641 | 100,641 |
| 066 | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 12,522 | 12,522 |
| 067 | OTHER ITEMS <$5M | 103,910 | 103,910 |
| 068 | COMBATANT CRAFT SYSTEMS | 33,088 | 33,088 |
| 069 | SPECIAL PROGRAMS | 63,467 | 63,467 |
| 070 | TACTICAL VEHICLES | 77,832 | 77,832 |
| 071 | WARRIOR SYSTEMS <$5M | 298,480 | 298,480 |
| 072 | COMBAT MISSION REQUIREMENTS | 19,702 | 19,702 |
| 073 | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | 4,787 | 4,787 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 8,175 | 8,175 |
| 075 | OPERATIONAL ENHANCEMENTS | 282,532 | 282,532 |
| | **CBDP** | | |
| 076 | CHEMICAL BIOLOGICAL SITUATIONAL AWARENESS | 162,406 | 162,406 |
| 077 | CB PROTECTION & HAZARD MITIGATION | 188,188 | 183,618 |
| | Unjustified growth | | [–4,570] |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** | **5,114,416** | **5,028,727** |
| | | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | |
| 001 | JOINT URGENT OPERATIONAL NEEDS FUND | 99,200 | 0 |
| | Program decrease | | [–99,200] |
| | **TOTAL JOINT URGENT OPERATIONAL NEEDS FUND** | **99,200** | 0 |
| | | | |
| | **TOTAL PROCUREMENT** | **132,343,701** | **133,100,265** |

## SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **AIRCRAFT PROCUREMENT, ARMY** | | |
| | **FIXED WING** | | |
| 003 | MQ–1 UAV | 54,000 | 54,000 |
| | **ROTARY** | | |
| 015 | CH–47 HELICOPTER | 25,000 | 25,000 |
| | **MODIFICATION OF AIRCRAFT** | | |
| 021 | MULTI SENSOR ABN RECON (MIP) | 80,260 | 80,260 |
| 024 | GRCS SEMA MODS (MIP) | 750 | 750 |
| 026 | EMARSS SEMA MODS (MIP) | 22,180 | 22,180 |
| 027 | UTILITY/CARGO AIRPLANE MODS | 8,362 | 8,362 |
| 029 | NETWORK AND MISSION PLAN | 10 | 10 |
| 031 | DEGRADED VISUAL ENVIRONMENT | 49,450 | 49,450 |
| | **GROUND SUPPORT AVIONICS** | | |
| 037 | CMWS | 130,219 | 130,219 |
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | 9,310 | 9,310 |
| | **OTHER SUPPORT** | | |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 2,000 | 2,000 |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | **381,541** | **381,541** |
| | **MISSILE PROCUREMENT, ARMY** | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | |
| 002 | M-SHORAD—PROCUREMENT | 158,300 | 158,300 |
| 003 | MSE MISSILE | 37,938 | 37,938 |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | |
| 006 | HELLFIRE SYS SUMMARY | 236,265 | 236,265 |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 4,389 | 4,389 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 431,596 | 431,596 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 130,770 | 130,770 |
| 015 | LETHAL MINIATURE AERIAL MISSILE SYSTEM (LMAMS | 83,300 | 83,300 |
| | **MODIFICATIONS** | | |
| 019 | STINGER MODS | 7,500 | 7,500 |
| 022 | MLRS MODS | 348,000 | 336,500 |
| | Excess to need | | [–11,500] |
| | **TOTAL MISSILE PROCUREMENT, ARMY** | **1,438,058** | **1,426,558** |
| | **PROCUREMENT OF W&TCV, ARMY** | | |
| | **TRACKED COMBAT VEHICLES** | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 221,638 | 221,638 |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | |
| 003 | STRYKER (MOD) | 4,100 | 4,100 |
| 008 | IMPROVED RECOVERY VEHICLE (M88A2 HERCULES) | 80,146 | 80,146 |
| 013 | M1 ABRAMS TANK (MOD) | 13,100 | 13,100 |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | |
| 015 | M240 MEDIUM MACHINE GUN (7.62MM) | 900 | 900 |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | 2,400 | 2,400 |
| 019 | MORTAR SYSTEMS | 18,941 | 18,941 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | 526 | 526 |
| 023 | CARBINE | 1,183 | 1,183 |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION | 4,182 | 4,182 |
| 026 | HANDGUN | 248 | 248 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | |
| 031 | M2 50 CAL MACHINE GUN MODS | 6,090 | 6,090 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** | **353,454** | **353,454** |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | |
| 001 | CTG, 5.56MM, ALL TYPES | 567 | 567 |
| 002 | CTG, 7.62MM, ALL TYPES | 40 | 40 |
| 003 | CTG, HANDGUN, ALL TYPES | 17 | 17 |
| 004 | CTG, .50 CAL, ALL TYPES | 189 | 189 |
| 007 | CTG, 30MM, ALL TYPES | 24,900 | 24,900 |
| | **ARTILLERY AMMUNITION** | | |
| 015 | PROJ 155MM EXTENDED RANGE M982 | 36,052 | 36,052 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL | 7,271 | 7,271 |
| | **ROCKETS** | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES | 176 | 176 |
| 019 | ROCKET, HYDRA 70, ALL TYPES | 79,459 | 79,459 |
| | **MISCELLANEOUS** | | |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | 11 | 11 |
| | **TOTAL PROCUREMENT OF AMMUNITION, ARMY** | **148,682** | **148,682** |
| | **OTHER PROCUREMENT, ARMY** | | |
| | **TACTICAL VEHICLES** | | |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | 26,917 | 26,917 |
| 011 | PLS ESP | 16,941 | 16,941 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | 62,734 | 62,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | 50,000 | 50,000 |
| 015 | MODIFICATION OF IN SVC EQUIP | 28,000 | 28,000 |
| | **COMM—JOINT COMMUNICATIONS** | | |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | 40,000 | 40,000 |
| | **COMM—SATELLITE COMMUNICATIONS** | | |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | 6,930 | 6,930 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | 11,778 | 11,778 |
| 032 | SMART-T (SPACE) | 825 | 825 |
| | **COMM—COMBAT COMMUNICATIONS** | | |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | 350 | 350 |
| 047 | COTS COMMUNICATIONS EQUIPMENT | 20,400 | 20,400 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | 1,231 | 1,231 |
| | **COMM—INTELLIGENCE COMM** | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | 6,200 | 6,200 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | |
| 059 | BASE SUPPORT COMMUNICATIONS | 20,482 | 20,482 |
| | **COMM—BASE COMMUNICATIONS** | | |
| 060 | INFORMATION SYSTEMS | 55,800 | 55,800 |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | 75,820 | 75,820 |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | |
| 068 | DCGS-A (MIP) | 38,613 | 38,613 |
| 070 | TROJAN (MIP) | 1,337 | 1,337 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | 2,051 | 2,051 |
| 075 | BIOMETRIC TACTICAL COLLECTION DEVICES (MIP) | 1,800 | 1,800 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | |
| 082 | FAMILY OF PERSISTENT SURVEILLANCE CAP. (MIP) | 71,493 | 31,493 |
| | Unjustified growth | | [–40,000] |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | 6,917 | 6,917 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | |
| 085 | SENTINEL MODS | 20,000 | 20,000 |
| 086 | NIGHT VISION DEVICES | 3,676 | 3,676 |
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 25,568 | 25,568 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 570 | 570 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 15,975 | 15,975 |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 14,331 | 14,331 |
| | **ELECT EQUIP—AUTOMATION** | | |
| 112 | ARMY TRAINING MODERNIZATION | 6,014 | 6,014 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 32,700 | 32,700 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | |
| 124 | FAMILY OF NON-LETHAL EQUIPMENT (FNLE) | 25,480 | 25,480 |
| 125 | BASE DEFENSE SYSTEMS (BDS) | 47,110 | 39,984 |
| | Unjustified growth | | [–7,126] |
| 126 | CBRN DEFENSE | 18,711 | 17,461 |
| | Unit cost discrepancies | | [–1,250] |
| | **BRIDGING EQUIPMENT** | | |
| 128 | TACTICAL BRIDGING | 4,884 | 4,884 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | 4,500 | 3,655 |
| | Program reduction | | [–845] |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | 34,253 | 28,071 |
| | Program reduction | | [–6,182] |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | 3,300 | 3,300 |
| 140 | RENDER SAFE SETS KITS OUTFITS | 84,000 | 84,000 |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | |
| 143 | HEATERS AND ECU'S | 8 | 8 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | 5,101 | 5,101 |
| 146 | GROUND SOLDIER SYSTEM | 1,760 | 1,760 |
| 148 | FORCE PROVIDER | 56,400 | 56,400 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | 2,040 | 2,040 |
| | **PETROLEUM EQUIPMENT** | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 13,986 | 13,986 |
| | **MEDICAL EQUIPMENT** | | |
| 155 | COMBAT SUPPORT MEDICAL | 2,735 | 2,735 |
| | **CONSTRUCTION EQUIPMENT** | | |
| 159 | SCRAPERS, EARTHMOVING | 4,669 | 4,669 |
| 160 | LOADERS | 380 | 380 |
| 162 | TRACTOR, FULL TRACKED | 8,225 | 8,225 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) | 3,000 | 3,000 |
| 166 | CONST EQUIP ESP | 3,870 | 3,870 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) | 350 | 350 |
| | **GENERATORS** | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP | 2,436 | 2,436 |
| | **MATERIAL HANDLING EQUIPMENT** | | |
| 173 | FAMILY OF FORKLIFTS | 5,152 | 5,152 |
| | **TRAINING EQUIPMENT** | | |
| 175 | TRAINING DEVICES, NONSYSTEM | 2,106 | 2,106 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) | 1,395 | 1,395 |
| | **OTHER SUPPORT EQUIPMENT** | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT | 24,122 | 24,122 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) | 10,016 | 10,016 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA–3) | 33,354 | 33,354 |
| 189 | BUILDING, PRE-FAB, RELOCATABLE | 62,654 | 62,654 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | **1,131,450** | **1,076,047** |
| | | | |
| | **AIRCRAFT PROCUREMENT, NAVY** | | |
| | **OTHER AIRCRAFT** | | |
| 026 | STUASL0 UAV | 7,921 | 7,921 |
| 027 | MQ–9A REAPER | 77,000 | 77,000 |
| | **MODIFICATION OF AIRCRAFT** | | |
| 036 | EP–3 SERIES | 5,488 | 5,488 |
| 046 | SPECIAL PROJECT AIRCRAFT | 3,498 | 3,498 |
| 051 | COMMON ECM EQUIPMENT | 3,406 | 3,406 |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | 3,274 | 3,274 |
| 062 | QRC | 18,458 | 18,458 |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | **119,045** | **119,045** |
| | **WEAPONS PROCUREMENT, NAVY** | | |
| | **TACTICAL MISSILES** | | |
| 011 | JOINT AIR GROUND MISSILE (JAGM) | 90,966 | 90,966 |
| 015 | AERIAL TARGETS | 6,500 | 6,500 |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | **97,466** | **97,466** |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | |
| | **NAVY AMMUNITION** | | |
| 001 | GENERAL PURPOSE BOMBS | 26,978 | 26,978 |
| 002 | JDAM | 12,263 | 12,263 |
| 003 | AIRBORNE ROCKETS, ALL TYPES | 45,020 | 45,020 |
| 004 | MACHINE GUN AMMUNITION | 33,577 | 33,577 |
| 005 | PRACTICE BOMBS | 11,903 | 11,903 |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | 15,081 | 15,081 |
| 007 | AIR EXPENDABLE COUNTERMEASURES | 16,911 | 16,911 |
| 011 | OTHER SHIP GUN AMMUNITION | 3,262 | 3,262 |
| 012 | SMALL ARMS & LANDING PARTY AMMO | 1,010 | 1,010 |
| 013 | PYROTECHNIC AND DEMOLITION | 537 | 537 |
| | **MARINE CORPS AMMUNITION** | | |
| 016 | MORTARS | 1,930 | 1,930 |
| 017 | DIRECT SUPPORT MUNITIONS | 1,172 | 1,172 |
| 018 | INFANTRY WEAPONS AMMUNITION | 2,158 | 2,158 |
| 019 | COMBAT SUPPORT MUNITIONS | 965 | 965 |
| 021 | ARTILLERY MUNITIONS | 32,047 | 32,047 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** | **204,814** | **204,814** |
| | **OTHER PROCUREMENT, NAVY** | | |
| | **OTHER SHIPBOARD EQUIPMENT** | | |
| 020 | UNDERWATER EOD PROGRAMS | 5,800 | 5,800 |
| | **ASW ELECTRONIC EQUIPMENT** | | |
| 042 | FIXED SURVEILLANCE SYSTEM | 310,503 | 310,503 |
| | **SONOBUOYS** | | |
| 085 | SONOBUOYS—ALL TYPES | 2,910 | 2,910 |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | 13,420 | 13,420 |
| 094 | AVIATION SUPPORT EQUIPMENT | 500 | 500 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP | 15,307 | 15,307 |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | |
| 108 | PASSENGER CARRYING VEHICLES | 173 | 173 |
| 109 | GENERAL PURPOSE TRUCKS | 408 | 408 |
| 111 | FIRE FIGHTING EQUIPMENT | 785 | 785 |
| | **SUPPLY SUPPORT EQUIPMENT** | | |
| 117 | SUPPLY EQUIPMENT | 100 | 100 |
| 118 | FIRST DESTINATION TRANSPORTATION | 510 | 510 |
| | **COMMAND SUPPORT EQUIPMENT** | | |
| 122 | COMMAND SUPPORT EQUIPMENT | 2,800 | 2,800 |
| 123 | MEDICAL SUPPORT EQUIPMENT | 1,794 | 1,794 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | 1,090 | 1,090 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | 200 | 200 |
| 129 | PHYSICAL SECURITY EQUIPMENT | 1,300 | 1,300 |
| | **TOTAL OTHER PROCUREMENT, NAVY** | **357,600** | **357,600** |
| | **PROCUREMENT, MARINE CORPS** | | |
| | **GUIDED MISSILES** | | |
| 012 | GUIDED MLRS ROCKET (GMLRS) | 16,919 | 16,919 |
| | **ENGINEER AND OTHER EQUIPMENT** | | |
| 045 | EOD SYSTEMS | 3,670 | 3,670 |
| | **TOTAL PROCUREMENT, MARINE CORPS** | **20,589** | **20,589** |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | |
| | **OTHER AIRCRAFT** | | |
| 017 | MQ–9 | 172,240 | 172,240 |
| 018 | RQ–20B PUMA | 12,150 | 12,150 |
| | **STRATEGIC AIRCRAFT** | | |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | 53,335 | 53,335 |
| | **OTHER AIRCRAFT** | | |
| 067 | MQ–9 UAS PAYLOADS | 19,800 | 19,800 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | |
| 069 | INITIAL SPARES/REPAIR PARTS | 44,560 | 44,560 |
| | **COMMON SUPPORT EQUIPMENT** | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | 7,025 | 7,025 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **309,110** | **309,110** |
| | **MISSILE PROCUREMENT, AIR FORCE** | | |
| | **TACTICAL** | | |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE | 20,900 | 20,900 |
| 008 | PREDATOR HELLFIRE MISSILE | 180,771 | 180,771 |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** | **201,671** | **201,671** |
| | | | |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | |
| | **ROCKETS** | | |
| 001 | ROCKETS | 84,960 | 84,960 |
| | **CARTRIDGES** | | |
| 002 | CARTRIDGES | 52,642 | 52,642 |
| | **BOMBS** | | |
| 004 | GENERAL PURPOSE BOMBS | 545,309 | 545,309 |
| | **FLARES** | | |
| 015 | FLARES | 93,272 | 93,272 |
| | **FUZES** | | |
| 016 | FUZES | 157,155 | 157,155 |
| | **SMALL ARMS** | | |
| 017 | SMALL ARMS | 6,095 | 6,095 |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | **939,433** | **939,433** |
| | | | |
| | **OTHER PROCUREMENT, AIR FORCE** | | |
| | **PASSENGER CARRYING VEHICLES** | | |
| 001 | PASSENGER CARRYING VEHICLES | 1,276 | 1,276 |
| | **CARGO AND UTILITY VEHICLES** | | |
| 004 | CARGO AND UTILITY VEHICLES | 9,702 | 9,702 |
| | **SPECIAL PURPOSE VEHICLES** | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | 40,999 | 40,999 |
| 007 | SPECIAL PURPOSE VEHICLES | 52,502 | 52,502 |
| | **FIRE FIGHTING EQUIPMENT** | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES | 16,652 | 16,652 |
| | **MATERIALS HANDLING EQUIPMENT** | | |
| 009 | MATERIALS HANDLING VEHICLES | 2,944 | 2,944 |
| | **BASE MAINTENANCE SUPPORT** | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU | 3,753 | 3,753 |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 11,837 | 11,837 |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | 5,000 | 5,000 |
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | 106,919 | 106,919 |
| | **ORGANIZATION AND BASE** | | |
| 048 | TACTICAL C-E EQUIPMENT | 306 | 306 |
| 052 | BASE COMM INFRASTRUCTURE | 4,300 | 4,300 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | 22,200 | 22,200 |
| | **BASE SUPPORT EQUIPMENT** | | |
| 059 | MOBILITY EQUIPMENT | 26,535 | 26,535 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) | 4,040 | 4,040 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT | 20,067 | 20,067 |
| | **CLASSIFIED PROGRAMS** | | |
| 066A | CLASSIFIED PROGRAMS | 3,209,066 | 3,209,066 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | **3,538,098** | **3,538,098** |
| | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | |
| | **MAJOR EQUIPMENT, DISA** | | |
| 009 | TELEPORT PROGRAM | 3,800 | 3,800 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK | 12,000 | 12,000 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | |
| 027 | COUNTER IED & IMPROVISED THREAT TECHNOLOGIES | 4,590 | 4,590 |
| | **CLASSIFIED PROGRAMS** | | |
| 049A | CLASSIFIED PROGRAMS | 51,380 | 46,380 |
| | Program decrease | | [–5,000] |
| | **AVIATION PROGRAMS** | | |
| 050 | MANNED ISR | 5,000 | 5,000 |
| 051 | MC–12 | 5,000 | 5,000 |
| 052 | MH–60 BLACKHAWK | 28,100 | 28,100 |
| 054 | UNMANNED ISR | 8,207 | 8,207 |
| 056 | U–28 | 31,500 | 31,500 |
| 057 | MH–47 CHINOOK | 37,500 | 37,500 |
| 059 | MQ–9 UNMANNED AERIAL VEHICLE | 1,900 | 1,900 |
| | **AMMUNITION PROGRAMS** | | |
| 064 | ORDNANCE ITEMS <$5M | 138,252 | 138,252 |
| | **OTHER PROCUREMENT PROGRAMS** | | |
| 065 | INTELLIGENCE SYSTEMS | 16,500 | 16,500 |
| 067 | OTHER ITEMS <$5M | 28 | 28 |
| 070 | TACTICAL VEHICLES | 2,990 | 2,990 |
| 071 | WARRIOR SYSTEMS <$5M | 37,512 | 37,512 |
| 072 | COMBAT MISSION REQUIREMENTS | 10,000 | 10,000 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 7,594 | 7,594 |
| 075 | OPERATIONAL ENHANCEMENTS | 45,194 | 45,194 |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** | **447,047** | **442,047** |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **NATIONAL GUARD AND RESERVE EQUIPMENT** | | |
| | **UNDISTRIBUTED** | | |
| 007 | UNDISTRIBUTED | | 265,000 |
| | Program increase | | [265,000] |
| | **TOTAL NATIONAL GUARD AND RESERVE EQUIPMENT** | | **265,000** |
| | **TOTAL PROCUREMENT** | **9,688,058** | **9,881,155** |

## SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS.

SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OTHER PROCUREMENT, NAVY** | | |
| | **COMMAND SUPPORT EQUIPMENT** | | |
| 122 | COMMAND SUPPORT EQUIPMENT | 0 | 233,000 |
| | Earthquake damage recovery | | [233,000] |
| | **TOTAL PROCUREMENT, NAVY** | | **233,000** |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | |
| | **TACTICAL FORCES** | | |
| | **OTHER AIRCRAFT** | | |
| 055 | RC–135 | 0 | 204,448 |
| | Equipment replacement | | [204,448] |
| | **COMMON SUPPORT EQUIPMENT** | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | | 46,000 |
| | Equipment replacement | | [46,000] |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **0** | **250,448** |
| | **OTHER PROCUREMENT, AIR FORCE** | | |
| | **PASSENGER CARRYING VEHICLES** | | |
| 001 | PASSENGER CARRYING VEHICLES | 0 | 994 |
| | Equipment replacement | | [994] |
| | **CARGO AND UTILITY VEHICLES** | | |
| 004 | CARGO AND UTILITY VEHICLES | 0 | 126 |
| | Equipment replacement | | [126] |
| | **SPECIAL PURPOSE VEHICLES** | | |
| 007 | SPECIAL PURPOSE VEHICLES | 0 | 306 |
| | Equipment replacement | | [306] |
| | **FIRE FIGHTING EQUIPMENT** | | |
| 009 | MATERIALS HANDLING VEHICLES | 0 | 276 |
| | Equipment replacement | | [994] |
| | **BASE MAINTENANCE SUPPORT** | | |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 0 | 2,400 |
| | Equipment replacement | | [994] |
| | **BASE SUPPORT EQUIPMENT** | | |
| 057 | BASE PROCURED EQUIPMENT | 0 | 49,434 |
| | Equipment replacement | | [49,434] |
| | **SPECIAL SUPPORT PROJECTS** | | |
| 063 | DARP RC135 | 0 | 29,438 |
| | Equipment replacement | | [29,438] |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | **0** | **82,974** |
| | **TOTAL PROCUREMENT** | **0** | **566,422** |

# TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Sec. 4201. Research, development, test, and evaluation.

WASHSTATEC007841

Sec. 4202. Research, development, test, and evaluation for overseas contingency operations.
Sec. 4203. Research, development, test, and evaluation for emergency requirements.

**SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.**

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | |
| | | **BASIC RESEARCH** | | |
| 002 | 0601102A | DEFENSE RESEARCH SCIENCES | 297,976 | 307,976 |
| | | Counter UAS University Research | | [5,000] |
| | | Cyber basic research | | [5,000] |
| 003 | 0601103A | UNIVERSITY RESEARCH INITIATIVES | 65,858 | 75,858 |
| | | Program increase | | [10,000] |
| 004 | 0601104A | UNIVERSITY AND INDUSTRY RESEARCH CENTERS | 86,164 | 95,164 |
| | | Program increase—artificial intelligence | | [5,000] |
| | | University and industry biotechnology research | | [4,000] |
| 005 | 0601121A | CYBER COLLABORATIVE RESEARCH ALLIANCE | 4,982 | 4,982 |
| | | **SUBTOTAL BASIC RESEARCH** | **454,980** | **483,980** |
| | | **APPLIED RESEARCH** | | |
| 010 | 0602141A | LETHALITY TECHNOLOGY | 26,961 | 31,961 |
| | | Program increase—next generation air-breathing propulsion technology. | | [5,000] |
| 011 | 0602142A | ARMY APPLIED RESEARCH | 25,319 | 25,319 |
| 012 | 0602143A | SOLDIER LETHALITY TECHNOLOGY | 115,274 | 128,274 |
| | | Expeditionary mobile base camp technology | | [5,000] |
| | | HEROES program | | [5,000] |
| | | UPL MDTF for INDOPACOM | | [3,000] |
| 013 | 0602144A | GROUND TECHNOLOGY | 35,199 | 54,199 |
| | | Advanced materials manufacturing process | | [2,000] |
| | | Biopolymer structural materials | | [2,000] |
| | | Cellulose structural materials | | [5,000] |
| | | High performance polymers research | | [5,000] |
| | | Manufacturing research technology | | [5,000] |
| 014 | 0602145A | NEXT GENERATION COMBAT VEHICLE TECHNOLOGY | 219,047 | 225,047 |
| | | Structural thermoplastics | | [6,000] |
| 015 | 0602146A | NETWORK C3I TECHNOLOGY | 114,516 | 117,016 |
| | | Next generation SAR small sat | | [2,500] |
| 016 | 0602147A | LONG RANGE PRECISION FIRES TECHNOLOGY | 74,327 | 86,327 |
| | | Composite tube and propulsion technology | | [10,000] |
| | | Novel printed armament components | | [2,000] |
| 017 | 0602148A | FUTURE VERTICLE LIFT TECHNOLOGY | 93,601 | 96,601 |
| | | Program increase | | [3,000] |
| 018 | 0602150A | AIR AND MISSILE DEFENSE TECHNOLOGY | 50,771 | 50,771 |
| 020 | 0602213A | C3I APPLIED CYBER | 18,947 | 18,947 |
| 038 | 0602785A | MANPOWER/PERSONNEL/TRAINING TECHNOLOGY | 20,873 | 20,873 |
| 040 | 0602787A | MEDICAL TECHNOLOGY | 99,155 | 108,955 |
| | | Female warfighter performance research | | [2,000] |
| | | Musculoskeletal injury risk mitigation | | [4,800] |
| | | Program increase | | [3,000] |
| | | **SUBTOTAL APPLIED RESEARCH** | **893,990** | **964,290** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 042 | 0603002A | MEDICAL ADVANCED TECHNOLOGY | 42,030 | 42,030 |
| 047 | 0603007A | MANPOWER, PERSONNEL AND TRAINING ADVANCED TECHNOLOGY. | 11,038 | 11,038 |
| 050 | 0603117A | ARMY ADVANCED TECHNOLOGY DEVELOPMENT | 63,338 | 63,338 |
| 051 | 0603118A | SOLDIER LETHALITY ADVANCED TECHNOLOGY | 118,468 | 128,468 |
| | | Improvement of combat helmet suspension systems | | [5,000] |
| | | Thermal mitigation technologies | | [5,000] |
| 052 | 0603119A | GROUND ADVANCED TECHNOLOGY | 12,593 | 35,593 |
| | | 100 hour battery | | [10,000] |
| | | Ground advanced technology for cold regions | | [5,000] |
| | | Lightweight protective and hardening materials | | [3,000] |
| | | Robotic construction research | | [5,000] |
| 059 | 0603457A | C3I CYBER ADVANCED DEVELOPMENT | 13,769 | 13,769 |
| 060 | 0603461A | HIGH PERFORMANCE COMPUTING MODERNIZATION PROGRAM. | 184,755 | 224,755 |
| | | Program increase | | [40,000] |
| 061 | 0603462A | NEXT GENERATION COMBAT VEHICLE ADVANCED TECHNOLOGY. | 160,035 | 174,035 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Ground vehicle sustainment research | | [4,000] |
| | | Program increase—hydrogen fuel cells | | [10,000] |
| 062 | 0603463A | NETWORK C3I ADVANCED TECHNOLOGY | 106,899 | 103,899 |
| | | Underexecution | | [–3,000] |
| 063 | 0603464A | LONG RANGE PRECISION FIRES ADVANCED TECHNOLOGY | 174,386 | 183,386 |
| | | Hypersonics research | | [4,000] |
| | | Program increase missile demonstrations | | [5,000] |
| 064 | 0603465A | FUTURE VERTICAL LIFT ADVANCED TECHNOLOGY | 151,640 | 151,640 |
| 065 | 0603466A | AIR AND MISSILE DEFENSE ADVANCED TECHNOLOGY | 60,613 | 60,613 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT.** | **1,099,564** | **1,192,564** |
| | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 073 | 0603305A | ARMY MISSLE DEFENSE SYSTEMS INTEGRATION | 10,987 | 18,987 |
| | | Conventional mission capabilities | | [8,000] |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING | 15,148 | 15,148 |
| 075 | 0603619A | LANDMINE WARFARE AND BARRIER—ADV DEV | 92,915 | 92,915 |
| 077 | 0603639A | TANK AND MEDIUM CALIBER AMMUNITION | 82,146 | 82,146 |
| 078 | 0603645A | ARMORED SYSTEM MODERNIZATION—ADV DEV | 157,656 | 157,656 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY | 6,514 | 6,514 |
| 080 | 0603766A | TACTICAL ELECTRONIC SURVEILLANCE SYSTEM—ADV DEV. | 34,890 | 34,890 |
| 081 | 0603774A | NIGHT VISION SYSTEMS ADVANCED DEVELOPMENT | 251,011 | 222,791 |
| | | IVAS insufficient justification | | [–28,220] |
| 082 | 0603779A | ENVIRONMENTAL QUALITY TECHNOLOGY—DEM/VAL | 15,132 | 15,132 |
| 083 | 0603790A | NATO RESEARCH AND DEVELOPMENT | 5,406 | 5,406 |
| 084 | 0603801A | AVIATION—ADV DEV | 459,290 | 534,890 |
| | | Program increase: Future long-range assault aircraft | | [75,600] |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV | 6,254 | 6,254 |
| 086 | 0603807A | MEDICAL SYSTEMS—ADV DEV | 31,175 | 31,175 |
| 087 | 0603827A | SOLDIER SYSTEMS—ADVANCED DEVELOPMENT | 22,113 | 22,113 |
| 088 | 0604017A | ROBOTICS DEVELOPMENT | 115,222 | 88,222 |
| | | Early to need | | [–27,000] |
| 090 | 0604021A | ELECTRONIC WARFARE TECHNOLOGY MATURATION (MIP) | 18,043 | 18,043 |
| 091 | 0604100A | ANALYSIS OF ALTERNATIVES | 10,023 | 10,023 |
| 092 | 0604113A | FUTURE TACTICAL UNMANNED AIRCRAFT SYSTEM (FTUAS). | 40,745 | 35,745 |
| | | Program adjustment | | [–5,000] |
| 093 | 0604114A | LOWER TIER AIR MISSILE DEFENSE (LTAMD) SENSOR | 427,772 | 379,772 |
| | | Rapid prototyping excess funding | | [–48,000] |
| 094 | 0604115A | TECHNOLOGY MATURATION INITIATIVES | 196,676 | 161,676 |
| | | Insufficient schedule detail | | [–35,000] |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) | 33,100 | 29,400 |
| | | Excess testing cost | | [–3,700] |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING. | 115,116 | 103,331 |
| | | Early to need | | [–11,785] |
| 099 | 0604121A | SYNTHETIC TRAINING ENVIRONMENT REFINEMENT & PROTOTYPING. | 136,761 | 111,761 |
| | | Early to need (IVAS) | | [–25,000] |
| 100 | 0604182A | HYPERSONICS | 228,000 | 389,610 |
| | | Transfer from RDTE Defense-Wide, line 124 | | [31,000] |
| | | UPL accelerate Hypersonic Weapons System | | [130,610] |
| 102 | 0604403A | FUTURE INTERCEPTOR | 8,000 | 0 |
| | | Early to need | | [–8,000] |
| 103 | 0604541A | UNIFIED NETWORK TRANSPORT | 39,600 | 29,700 |
| | | Early to need | | [–9,900] |
| 104 | 0604644A | MOBILE MEDIUM RANGE MISSILE | 20,000 | 10,000 |
| | | Program decrease | | [–10,000] |
| 106 | 0305251A | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 52,102 | 52,102 |
| 107 | 1206120A | ASSURED POSITIONING, NAVIGATION AND TIMING (PNT) | 192,562 | 150,062 |
| | | Project cancellation | | [–42,500] |
| 108 | 1206308A | ARMY SPACE SYSTEMS INTEGRATION | 104,996 | 104,996 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **2,929,355** | **2,920,460** |
| | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 109 | 0604201A | AIRCRAFT AVIONICS | 29,164 | 29,164 |
| 110 | 0604270A | ELECTRONIC WARFARE DEVELOPMENT | 70,539 | 70,539 |
| 113 | 0604601A | INFANTRY SUPPORT WEAPONS | 106,121 | 106,121 |
| 114 | 0604604A | MEDIUM TACTICAL VEHICLES | 2,152 | 2,152 |
| 115 | 0604611A | JAVELIN | 17,897 | 16,055 |
| | | Qualification testing early to need | | [–1,842] |
| 116 | 0604622A | FAMILY OF HEAVY TACTICAL VEHICLES | 16,745 | 16,745 |
| 117 | 0604633A | AIR TRAFFIC CONTROL | 6,989 | 6,989 |
| 118 | 0604642A | LIGHT TACTICAL WHEELED VEHICLES | 10,465 | 2,965 |
| | | Program reduction | | [–7,500] |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 119 | 0604645A | ARMORED SYSTEMS MODERNIZATION (ASM)—ENG DEV | 310,152 | 293,964 |
| | | Program delay | | [–16,188] |
| 120 | 0604710A | NIGHT VISION SYSTEMS—ENG DEV | 181,732 | 166,732 |
| | | Insufficient justification (IVAS) | | [–15,000] |
| 121 | 0604713A | COMBAT FEEDING, CLOTHING, AND EQUIPMENT | 2,393 | 2,393 |
| 122 | 0604715A | NON-SYSTEM TRAINING DEVICES—ENG DEV | 27,412 | 27,412 |
| 123 | 0604741A | AIR DEFENSE COMMAND, CONTROL AND INTELLIGENCE—ENG DEV. | 43,502 | 43,502 |
| 124 | 0604742A | CONSTRUCTIVE SIMULATION SYSTEMS DEVELOPMENT | 11,636 | 11,636 |
| 125 | 0604746A | AUTOMATIC TEST EQUIPMENT DEVELOPMENT | 10,915 | 10,915 |
| 126 | 0604760A | DISTRIBUTIVE INTERACTIVE SIMULATIONS (DIS)—ENG DEV. | 7,801 | 7,801 |
| 127 | 0604768A | BRILLIANT ANTI-ARMOR SUBMUNITION (BAT) | 25,000 | 20,000 |
| | | PFAL excess | | [–5,000] |
| 128 | 0604780A | COMBINED ARMS TACTICAL TRAINER (CATT) CORE | 9,241 | 9,241 |
| 129 | 0604798A | BRIGADE ANALYSIS, INTEGRATION AND EVALUATION | 42,634 | 38,303 |
| | | RCO support excess | | [–4,331] |
| 130 | 0604802A | WEAPONS AND MUNITIONS—ENG DEV | 181,023 | 181,023 |
| 131 | 0604804A | LOGISTICS AND ENGINEER EQUIPMENT—ENG DEV | 103,226 | 103,226 |
| 132 | 0604805A | COMMAND, CONTROL, COMMUNICATIONS SYSTEMS—ENG DEV. | 12,595 | 12,595 |
| 133 | 0604807A | MEDICAL MATERIEL/MEDICAL BIOLOGICAL DEFENSE EQUIPMENT—ENG DEV. | 48,264 | 48,264 |
| 134 | 0604808A | LANDMINE WARFARE/BARRIER—ENG DEV | 39,208 | 39,208 |
| 135 | 0604818A | ARMY TACTICAL COMMAND & CONTROL HARDWARE & SOFTWARE. | 140,637 | 138,137 |
| | | CPI2 testing previously funded | | [–2,500] |
| 136 | 0604820A | RADAR DEVELOPMENT | 105,243 | 105,243 |
| 137 | 0604822A | GENERAL FUND ENTERPRISE BUSINESS SYSTEM (GFEBS) | 46,683 | 46,683 |
| 138 | 0604823A | FIREFINDER | 17,294 | 17,294 |
| 139 | 0604827A | SOLDIER SYSTEMS—WARRIOR DEM/VAL | 5,803 | 5,803 |
| 140 | 0604852A | SUITE OF SURVIVABILITY ENHANCEMENT SYSTEMS—EMD. | 98,698 | 118,698 |
| | | Program increase for vehicle active protection system evaluation | | [30,000] |
| | | Program reduction | | [–10,000] |
| 141 | 0604854A | ARTILLERY SYSTEMS—EMD | 15,832 | 15,832 |
| 142 | 0605013A | INFORMATION TECHNOLOGY DEVELOPMENT | 126,537 | 71,537 |
| | | Historical underexecution | | [–10,000] |
| | | Program decrease | | [–45,000] |
| 143 | 0605018A | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A). | 142,773 | 92,073 |
| | | Poor business process reengineering | | [–50,700] |
| 144 | 0605028A | ARMORED MULTI-PURPOSE VEHICLE (AMPV) | 96,730 | 92,130 |
| | | Program reduction | | [–4,600] |
| 145 | 0605029A | INTEGRATED GROUND SECURITY SURVEILLANCE RESPONSE CAPABILITY (IGSSR-C). | 6,699 | 6,699 |
| 146 | 0605030A | JOINT TACTICAL NETWORK CENTER (JTNC) | 15,882 | 15,882 |
| 147 | 0605031A | JOINT TACTICAL NETWORK (JTN) | 40,808 | 40,808 |
| 149 | 0605033A | GROUND-BASED OPERATIONAL SURVEILLANCE SYSTEM—EXPEDITIONARY (GBOSS-E). | 3,847 | 3,847 |
| 150 | 0605034A | TACTICAL SECURITY SYSTEM (TSS) | 6,928 | 6,928 |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 34,488 | 34,488 |
| 152 | 0605036A | COMBATING WEAPONS OF MASS DESTRUCTION (CWMD) | 10,000 | 10,000 |
| 154 | 0605038A | NUCLEAR BIOLOGICAL CHEMICAL RECONNAISSANCE VEHICLE (NBCRV) SENSOR SUITE. | 6,054 | 6,054 |
| 155 | 0605041A | DEFENSIVE CYBER TOOL DEVELOPMENT | 62,262 | 45,662 |
| | | Contract delays | | [–10,000] |
| | | Excess growth | | [–6,600] |
| 156 | 0605042A | TACTICAL NETWORK RADIO SYSTEMS (LOW-TIER) | 35,654 | 29,254 |
| | | Excess growth | | [–6,400] |
| 157 | 0605047A | CONTRACT WRITING SYSTEM | 19,682 | 19,682 |
| 158 | 0605049A | MISSILE WARNING SYSTEM MODERNIZATION (MWSM) | 1,539 | 1,539 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 64,557 | 64,557 |
| 160 | 0605052A | INDIRECT FIRE PROTECTION CAPABILITY INC 2—BLOCK 1. | 243,228 | 236,428 |
| | | EMAM development ahead of need | | [–6,800] |
| 161 | 0605053A | GROUND ROBOTICS | 41,308 | 28,508 |
| | | Excess to requirement | | [–12,800] |
| 162 | 0605054A | EMERGING TECHNOLOGY INITIATIVES | 45,896 | 31,616 |
| | | Testing and evaluation excess growth | | [–4,280] |
| | | Unjustified request | | [–10,000] |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION | 164,883 | 164,883 |
| 165 | 0605450A | JOINT AIR-TO-GROUND MISSILE (JAGM) | 9,500 | 9,500 |
| 166 | 0605457A | ARMY INTEGRATED AIR AND MISSILE DEFENSE (AIAMD) | 208,938 | 193,938 |
| | | Testing and evaluation excess growth | | [–15,000] |
| 167 | 0605625A | MANNED GROUND VEHICLE | 378,400 | 228,400 |
| | | Program decrease | | [–150,000] |
| 168 | 0605766A | NATIONAL CAPABILITIES INTEGRATION (MIP) | 7,835 | 7,835 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 169 | 0605812A | JOINT LIGHT TACTICAL VEHICLE (JLTV) ENGINEERING AND MANUFACTURING DEVELOPMENT PH. | 2,732 | 7,232 |
| | | Army requested realignment from OPA 7 | | [4,500] |
| 170 | 0605830A | AVIATION GROUND SUPPORT EQUIPMENT | 1,664 | 1,664 |
| 172 | 0303032A | TROJAN—RH12 | 3,936 | 3,936 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT | 19,675 | 19,675 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **3,549,431** | **3,189,390** |
| | | | | |
| | | **RDT&E MANAGEMENT SUPPORT** | | |
| 176 | 0604256A | THREAT SIMULATOR DEVELOPMENT | 14,117 | 16,117 |
| | | Cybersecurity threat simulation | | [2,000] |
| 177 | 0604258A | TARGET SYSTEMS DEVELOPMENT | 8,327 | 8,327 |
| 178 | 0604759A | MAJOR T&E INVESTMENT | 136,565 | 136,565 |
| 179 | 0605103A | RAND ARROYO CENTER | 13,113 | 13,113 |
| 180 | 0605301A | ARMY KWAJALEIN ATOLL | 238,691 | 238,691 |
| 181 | 0605326A | CONCEPTS EXPERIMENTATION PROGRAM | 42,922 | 36,922 |
| | | Program reduction | | [–6,000] |
| 183 | 0605601A | ARMY TEST RANGES AND FACILITIES | 334,468 | 334,468 |
| 184 | 0605602A | ARMY TECHNICAL TEST INSTRUMENTATION AND TARGETS. | 46,974 | 51,974 |
| | | Program increase—space and missile cybersecurity | | [5,000] |
| 185 | 0605604A | SURVIVABILITY/LETHALITY ANALYSIS | 35,075 | 35,075 |
| 186 | 0605606A | AIRCRAFT CERTIFICATION | 3,461 | 3,461 |
| 187 | 0605702A | METEOROLOGICAL SUPPORT TO RDT&E ACTIVITIES | 6,233 | 6,233 |
| 188 | 0605706A | MATERIEL SYSTEMS ANALYSIS | 21,342 | 21,342 |
| 189 | 0605709A | EXPLOITATION OF FOREIGN ITEMS | 11,168 | 11,168 |
| 190 | 0605712A | SUPPORT OF OPERATIONAL TESTING | 52,723 | 52,723 |
| 191 | 0605716A | ARMY EVALUATION CENTER | 60,815 | 60,815 |
| 192 | 0605718A | ARMY MODELING & SIM X-CMD COLLABORATION & INTEG | 2,527 | 2,527 |
| 193 | 0605801A | PROGRAMWIDE ACTIVITIES | 58,175 | 58,175 |
| 194 | 0605803A | TECHNICAL INFORMATION ACTIVITIES | 25,060 | 25,060 |
| 195 | 0605805A | MUNITIONS STANDARDIZATION, EFFECTIVENESS AND SAFETY. | 44,458 | 44,458 |
| 196 | 0605857A | ENVIRONMENTAL QUALITY TECHNOLOGY MGMT SUPPORT. | 4,681 | 4,681 |
| 197 | 0605898A | ARMY DIRECT REPORT HEADQUARTERS—R&D - MHA | 53,820 | 53,820 |
| 198 | 0606001A | MILITARY GROUND-BASED CREW TECHNOLOGY | 4,291 | 4,291 |
| 199 | 0606002A | RONALD REAGAN BALLISTIC MISSILE DEFENSE TEST SITE. | 62,069 | 62,069 |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,050 | 1,050 |
| 201 | 0606942A | ASSESSMENTS AND EVALUATIONS CYBER VULNERABILITIES. | 4,500 | 4,500 |
| | | **SUBTOTAL RDT&E MANAGEMENT SUPPORT** | **1,286,625** | **1,287,625** |
| | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT UNDISTRIBUTED** | | |
| 204 | 0603778A | MLRS PRODUCT IMPROVEMENT PROGRAM | 22,877 | 19,877 |
| | | HIMARS excess growth | | [–3,000] |
| 206 | 0605024A | ANTI-TAMPER TECHNOLOGY SUPPORT | 8,491 | 8,491 |
| 207 | 0607131A | WEAPONS AND MUNITIONS PRODUCT IMPROVEMENT PROGRAMS. | 15,645 | 15,645 |
| 209 | 0607134A | LONG RANGE PRECISION FIRES (LRPF) | 164,182 | 164,182 |
| 211 | 0607136A | BLACKHAWK PRODUCT IMPROVEMENT PROGRAM | 13,039 | 13,039 |
| 212 | 0607137A | CHINOOK PRODUCT IMPROVEMENT PROGRAM | 174,371 | 168,371 |
| | | Program reduction | | [–6,000] |
| 213 | 0607138A | FIXED WING PRODUCT IMPROVEMENT PROGRAM | 4,545 | 0 |
| | | Program reduction | | [–4,545] |
| 214 | 0607139A | IMPROVED TURBINE ENGINE PROGRAM | 206,434 | 206,434 |
| 216 | 0607142A | AVIATION ROCKET SYSTEM PRODUCT IMPROVEMENT AND DEVELOPMENT. | 24,221 | 21,130 |
| | | Integrated munitions launcher early to need | | [–3,091] |
| 217 | 0607143A | UNMANNED AIRCRAFT SYSTEM UNIVERSAL PRODUCTS | 32,016 | 25,516 |
| | | Program reduction | | [–6,500] |
| 218 | 0607145A | APACHE FUTURE DEVELOPMENT | 5,448 | 448 |
| | | Unjustified request | | [–5,000] |
| 219 | 0607312A | ARMY OPERATIONAL SYSTEMS DEVELOPMENT | 49,526 | 49,526 |
| 220 | 0607665A | FAMILY OF BIOMETRICS | 1,702 | 1,702 |
| 221 | 0607865A | PATRIOT PRODUCT IMPROVEMENT | 96,430 | 63,630 |
| | | Excess growth | | [–32,800] |
| 222 | 0203728A | JOINT AUTOMATED DEEP OPERATION COORDINATION SYSTEM (JADOCS). | 47,398 | 47,398 |
| 223 | 0203735A | COMBAT VEHICLE IMPROVEMENT PROGRAMS | 334,463 | 290,545 |
| | | Early to need | | [–41,918] |
| | | Program support excess growth | | [–2,000] |
| 225 | 0203743A | 155MM SELF-PROPELLED HOWITZER IMPROVEMENTS | 214,246 | 192,746 |
| | | Program reduction | | [–21,500] |
| 226 | 0203744A | AIRCRAFT MODIFICATIONS/PRODUCT IMPROVEMENT PROGRAMS. | 16,486 | 13,778 |

WASHSTATEC007845

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Excess to need | | [–2,708] |
| 227 | 0203752A | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM. | 144 | 144 |
| 228 | 0203758A | DIGITIZATION | 5,270 | 5,270 |
| 229 | 0203801A | MISSILE/AIR DEFENSE PRODUCT IMPROVEMENT PROGRAM. | 1,287 | 1,287 |
| 234 | 0205412A | ENVIRONMENTAL QUALITY TECHNOLOGY—OPERATIONAL SYSTEM DEV. | 732 | 732 |
| 235 | 0205456A | LOWER TIER AIR AND MISSILE DEFENSE (AMD) SYSTEM | 107,746 | 99,746 |
| | | Testing excess to need | | [–8,000] |
| 236 | 0205778A | GUIDED MULTIPLE-LAUNCH ROCKET SYSTEM (GMLRS) | 138,594 | 128,594 |
| | | Testing excess to need | | [–10,000] |
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 13,845 | 13,845 |
| 239 | 0303140A | INFORMATION SYSTEMS SECURITY PROGRAM | 29,185 | 29,185 |
| 240 | 0303141A | GLOBAL COMBAT SUPPORT SYSTEM | 68,976 | 48,376 |
| | | Program decrease | | [–20,600] |
| 241 | 0303150A | WWMCCS/GLOBAL COMMAND AND CONTROL SYSTEM | 2,073 | 2,073 |
| 245 | 0305179A | INTEGRATED BROADCAST SERVICE (IBS) | 459 | 459 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 5,097 | 5,097 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 11,177 | 11,177 |
| 248 | 0305208A | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 38,121 | 38,121 |
| 250 | 0305232A | RQ–11 UAV | 3,218 | 3,218 |
| 251 | 0305233A | RQ–7 UAV | 7,817 | 7,817 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,000 | 2,000 |
| 253 | 0708045A | END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES | 59,848 | 67,848 |
| | | Nanoscale materials manufacturing | | [3,000] |
| | | Program increase—additive manufacturing technology insertion | | [5,000] |
| 254 | 1203142A | SATCOM GROUND ENVIRONMENT (SPACE) | 34,169 | 34,169 |
| 255 | 1208053A | JOINT TACTICAL GROUND SYSTEM | 10,275 | 10,275 |
| 255A | 9999999999 | CLASSIFIED PROGRAMS | 7,273 | 7,273 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT.** | **1,978,826** | **1,819,164** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **–159,662** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY.** | **12,192,771** | **11,857,473** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | |
| | | **BASIC RESEARCH** | | |
| 001 | 0601103N | UNIVERSITY RESEARCH INITIATIVES | 116,850 | 146,850 |
| | | Advanced radar research | | [5,000] |
| | | Cyber basic research | | [10,000] |
| | | Defense University research initiatives | | [5,000] |
| | | Program increase | | [10,000] |
| 002 | 0601152N | IN-HOUSE LABORATORY INDEPENDENT RESEARCH | 19,121 | 19,121 |
| 003 | 0601153N | DEFENSE RESEARCH SCIENCES | 470,007 | 470,007 |
| | | **SUBTOTAL BASIC RESEARCH** | **605,978** | **635,978** |
| | | **APPLIED RESEARCH** | | |
| 004 | 0602114N | POWER PROJECTION APPLIED RESEARCH | 18,546 | 25,546 |
| | | Hypersonic testing facilities | | [7,000] |
| 005 | 0602123N | FORCE PROTECTION APPLIED RESEARCH | 119,517 | 166,017 |
| | | Carbon capture | | [8,000] |
| | | Electric propulsion research | | [2,500] |
| | | Energy resilience | | [5,000] |
| | | Energy resilience research | | [3,000] |
| | | Hybrid composite struct. res. enhanced mobility | | [5,000] |
| | | Navy power and energy systems technology | | [5,000] |
| | | Program increase | | [10,000] |
| | | Test bed for autonomous ship systems | | [8,000] |
| 006 | 0602131M | MARINE CORPS LANDING FORCE TECHNOLOGY | 56,604 | 61,604 |
| | | Interdisciplinary expeditionary cybersecurity research | | [5,000] |
| 007 | 0602235N | COMMON PICTURE APPLIED RESEARCH | 49,297 | 44,297 |
| | | Coordinate space activities | | [–5,000] |
| 008 | 0602236N | WARFIGHTER SUSTAINMENT APPLIED RESEARCH | 63,825 | 63,825 |
| 009 | 0602271N | ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH | 83,497 | 83,497 |
| 010 | 0602435N | OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH. | 63,894 | 63,894 |
| 011 | 0602651M | JOINT NON-LETHAL WEAPONS APPLIED RESEARCH | 6,346 | 6,346 |
| 012 | 0602747N | UNDERSEA WARFARE APPLIED RESEARCH | 57,075 | 74,075 |
| | | Academic partnerships for undersea vehicle research | | [10,000] |
| | | Resident autonomous undersea robotics | | [7,000] |
| 013 | 0602750N | FUTURE NAVAL CAPABILITIES APPLIED RESEARCH | 154,755 | 154,755 |
| 014 | 0602782N | MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH. | 36,074 | 36,074 |
| 015 | 0602792N | INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH. | 153,062 | 153,062 |
| 016 | 0602861N | SCIENCE AND TECHNOLOGY MANAGEMENT—ONR FIELD ACITIVITIES. | 73,961 | 73,961 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **SUBTOTAL APPLIED RESEARCH** | **936,453** | **1,006,953** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 017 | 0603123N | FORCE PROTECTION ADVANCED TECHNOLOGY | 35,286 | 35,286 |
| 018 | 0603271N | ELECTROMAGNETIC SYSTEMS ADVANCED TECHNOLOGY | 9,499 | 9,499 |
| 019 | 0603640M | USMC ADVANCED TECHNOLOGY DEMONSTRATION (ATD) | 172,847 | 177,847 |
| | | Program increase—modular advanced armed robotic system | | [5,000] |
| 020 | 0603651M | JOINT NON-LETHAL WEAPONS TECHNOLOGY DEVELOPMENT. | 13,307 | 13,307 |
| 021 | 0603673N | FUTURE NAVAL CAPABILITIES ADVANCED TECHNOLOGY DEVELOPMENT. | 231,907 | 231,907 |
| 022 | 0603680N | MANUFACTURING TECHNOLOGY PROGRAM | 60,138 | 65,138 |
| | | Program increase | | [5,000] |
| 023 | 0603729N | WARFIGHTER PROTECTION ADVANCED TECHNOLOGY | 4,849 | 4,849 |
| 025 | 0603758N | NAVY WARFIGHTING EXPERIMENTS AND DEMONSTRATIONS. | 67,739 | 67,739 |
| 026 | 0603782N | MINE AND EXPEDITIONARY WARFARE ADVANCED TECHNOLOGY. | 13,335 | 13,335 |
| 027 | 0603801N | INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED TECHNOLOGY DEVELOPMENT. | 133,303 | 150,330 |
| | | Electromagnetic railgun | | [10,000] |
| | | Funds excess to requirements | | [–7,973] |
| | | Program increase | | [15,000] |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT.** | **742,210** | **769,237** |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS | 32,643 | 38,643 |
| | | Program increase for 1 REMUS 600 vehicle | | [6,000] |
| 029 | 0603216N | AVIATION SURVIVABILITY | 11,919 | 11,919 |
| 030 | 0603251N | AIRCRAFT SYSTEMS | 1,473 | 1,473 |
| 031 | 0603254N | ASW SYSTEMS DEVELOPMENT | 7,172 | 7,172 |
| 032 | 0603261N | TACTICAL AIRBORNE RECONNAISSANCE | 3,419 | 3,419 |
| 033 | 0603382N | ADVANCED COMBAT SYSTEMS TECHNOLOGY | 64,694 | 64,694 |
| 034 | 0603502N | SURFACE AND SHALLOW WATER MINE COUNTERMEASURES. | 507,000 | 310,500 |
| | | Reduce one LUSV | | [–86,500] |
| | | VLS concept design and LLTM early to need | | [–110,000] |
| 035 | 0603506N | SURFACE SHIP TORPEDO DEFENSE | 15,800 | 7,242 |
| | | Excess sundown costs | | [–8,558] |
| 036 | 0603512N | CARRIER SYSTEMS DEVELOPMENT | 4,997 | 4,997 |
| 037 | 0603525N | PILOT FISH | 291,148 | 186,328 |
| | | Program adjustment | | [–104,820] |
| 038 | 0603527N | RETRACT LARCH | 11,980 | 11,980 |
| 039 | 0603536N | RETRACT JUNIPER | 129,163 | 129,163 |
| 040 | 0603542N | RADIOLOGICAL CONTROL | 689 | 689 |
| 041 | 0603553N | SURFACE ASW | 1,137 | 1,137 |
| 042 | 0603561N | ADVANCED SUBMARINE SYSTEM DEVELOPMENT | 148,756 | 120,046 |
| | | Program decrease | | [–19,000] |
| | | Project 9710: Unjustified new start | | [–9,710] |
| 043 | 0603562N | SUBMARINE TACTICAL WARFARE SYSTEMS | 11,192 | 11,192 |
| 044 | 0603563N | SHIP CONCEPT ADVANCED DESIGN | 81,846 | 57,846 |
| | | Future surface combatant concept development | | [–24,000] |
| 045 | 0603564N | SHIP PRELIMINARY DESIGN & FEASIBILITY STUDIES | 69,084 | 22,584 |
| | | Early to need | | [–46,500] |
| 046 | 0603570N | ADVANCED NUCLEAR POWER SYSTEMS | 181,652 | 181,652 |
| 047 | 0603573N | ADVANCED SURFACE MACHINERY SYSTEMS | 25,408 | 155,408 |
| | | Program increase | | [5,000] |
| | | Surface combatant component-level prototyping | | [125,000] |
| 048 | 0603576N | CHALK EAGLE | 64,877 | 64,877 |
| 049 | 0603581N | LITTORAL COMBAT SHIP (LCS) | 9,934 | 9,934 |
| 050 | 0603582N | COMBAT SYSTEM INTEGRATION | 17,251 | 17,251 |
| 051 | 0603595N | OHIO REPLACEMENT | 419,051 | 434,051 |
| | | Accelerate advanced propulsor development | | [15,000] |
| 052 | 0603596N | LCS MISSION MODULES | 108,505 | 105,595 |
| | | Available prior year funds due to SUW MP testing delay | | [–2,910] |
| 053 | 0603597N | AUTOMATED TEST AND ANALYSIS | 7,653 | 7,653 |
| 054 | 0603599N | FRIGATE DEVELOPMENT | 59,007 | 59,007 |
| 055 | 0603609N | CONVENTIONAL MUNITIONS | 9,988 | 9,988 |
| 056 | 0603635M | MARINE CORPS GROUND COMBAT/SUPPORT SYSTEM | 86,464 | 16,477 |
| | | Insufficient justification and contract delay | | [–69,987] |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 33,478 | 33,478 |
| 058 | 0603713N | OCEAN ENGINEERING TECHNOLOGY DEVELOPMENT | 5,619 | 5,619 |
| 059 | 0603721N | ENVIRONMENTAL PROTECTION | 20,564 | 20,564 |
| 060 | 0603724N | NAVY ENERGY PROGRAM | 26,514 | 49,514 |
| | | Battery development and safety enterprise | | [13,000] |
| | | Marine energy systems for sensors and microgrids | | [10,000] |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 061 | 0603725N | FACILITIES IMPROVEMENT | 3,440 | 3,440 |
| 062 | 0603734N | CHALK CORAL | 346,800 | 310,400 |
| | | Insufficient budget justification | | [–36,400] |
| 063 | 0603739N | NAVY LOGISTIC PRODUCTIVITY | 3,857 | 3,857 |
| 064 | 0603746N | RETRACT MAPLE | 258,519 | 258,519 |
| 065 | 0603748N | LINK PLUMERIA | 403,909 | 396,509 |
| | | Insufficient budget justification | | [–7,400] |
| 066 | 0603751N | RETRACT ELM | 63,434 | 63,434 |
| 067 | 0603764N | LINK EVERGREEN | 184,110 | 184,110 |
| 068 | 0603790N | NATO RESEARCH AND DEVELOPMENT | 7,697 | 7,697 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 9,086 | 9,086 |
| 070 | 0603851M | JOINT NON-LETHAL WEAPONS TESTING | 28,466 | 28,466 |
| 071 | 0603860N | JOINT PRECISION APPROACH AND LANDING SYSTEMS—DEM/VAL. | 51,341 | 51,341 |
| 072 | 0603925N | DIRECTED ENERGY AND ELECTRIC WEAPON SYSTEMS | 118,169 | 118,169 |
| 073 | 0604014N | F/A –18 INFRARED SEARCH AND TRACK (IRST) | 113,456 | 112,456 |
| | | Program delay | | [–1,000] |
| 074 | 0604027N | DIGITAL WARFARE OFFICE | 50,120 | 25,120 |
| | | Artificial intelligence development operations unjustified growth | | [–10,000] |
| | | Program decrease | | [–15,000] |
| 075 | 0604028N | SMALL AND MEDIUM UNMANNED UNDERSEA VEHICLES | 32,527 | 32,527 |
| 076 | 0604029N | UNMANNED UNDERSEA VEHICLE CORE TECHNOLOGIES | 54,376 | 54,376 |
| 077 | 0604030N | RAPID PROTOTYPING, EXPERIMENTATION AND DEMONSTRATION.. | 36,197 | 36,197 |
| 078 | 0604031N | LARGE UNMANNED UNDERSEA VEHICLES | 68,310 | 68,310 |
| 079 | 0604112N | GERALD R. FORD CLASS NUCLEAR AIRCRAFT CARRIER (CVN 78—80). | 121,310 | 112,310 |
| | | Integrated digital shipbuilding insufficient budget justification | | [–9,000] |
| 080 | 0604126N | LITTORAL AIRBORNE MCM | 17,248 | 17,248 |
| 081 | 0604127N | SURFACE MINE COUNTERMEASURES | 18,735 | 18,735 |
| 082 | 0604272N | TACTICAL AIR DIRECTIONAL INFRARED COUNTERMEASURES (TADIRCM). | 68,346 | 58,449 |
| | | Excess to need | | [–9,897] |
| 084 | 0604289M | NEXT GENERATION LOGISTICS | 4,420 | 13,420 |
| | | Additive manufacturing logistics software pilot | | [9,000] |
| 085 | 0604320M | RAPID TECHNOLOGY CAPABILITY PROTOTYPE | 4,558 | 4,558 |
| 086 | 0604454N | LX (R) | 12,500 | 12,500 |
| 087 | 0604536N | ADVANCED UNDERSEA PROTOTYPING | 181,967 | 181,967 |
| 088 | 0604636N | COUNTER UNMANNED AIRCRAFT SYSTEMS (C-UAS) | 5,500 | 5,500 |
| 089 | 0604659N | PRECISION STRIKE WEAPONS DEVELOPMENT PROGRAM | 718,148 | 688,148 |
| | | Excess growth | | [–30,000] |
| 090 | 0604707N | SPACE AND ELECTRONIC WARFARE (SEW) ARCHITECTURE/ENGINEERING SUPPORT. | 5,263 | 5,263 |
| 091 | 0604786N | OFFENSIVE ANTI-SURFACE WARFARE WEAPON DEVELOPMENT. | 65,419 | 65,419 |
| 092 | 0303354N | ASW SYSTEMS DEVELOPMENT—MIP | 9,991 | 9,991 |
| 093 | 0304240M | ADVANCED TACTICAL UNMANNED AIRCRAFT SYSTEM | 21,157 | 39,657 |
| | | KMAX Large Unmanned Logistics System USMC unfunded priority. | | [18,500] |
| 095 | 0304270N | ELECTRONIC WARFARE DEVELOPMENT—MIP | 609 | 609 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **5,559,062** | **5,159,880** |
| | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 096 | 0603208N | TRAINING SYSTEM AIRCRAFT | 15,514 | 15,514 |
| 097 | 0604212N | OTHER HELO DEVELOPMENT | 28,835 | 28,835 |
| 098 | 0604214M | AV–8B AIRCRAFT—ENG DEV | 27,441 | 27,441 |
| 100 | 0604215N | STANDARDS DEVELOPMENT | 3,642 | 3,642 |
| 101 | 0604216N | MULTI-MISSION HELICOPTER UPGRADE DEVELOPMENT | 19,196 | 19,196 |
| 104 | 0604230N | WARFARE SUPPORT SYSTEM | 8,601 | 8,601 |
| 105 | 0604231N | TACTICAL COMMAND SYSTEM | 77,232 | 77,232 |
| 106 | 0604234N | ADVANCED HAWKEYE | 232,752 | 232,752 |
| 107 | 0604245M | H–1 UPGRADES | 65,359 | 65,359 |
| 109 | 0604261N | ACOUSTIC SEARCH SENSORS | 47,013 | 47,013 |
| 110 | 0604262N | V–22A | 185,105 | 190,105 |
| | | Increase reliability and reduce vibrations of V–22 nacelles | | [5,000] |
| 111 | 0604264N | AIR CREW SYSTEMS DEVELOPMENT | 21,172 | 21,172 |
| 112 | 0604269N | EA–18 | 143,585 | 133,585 |
| | | Unjustified cost growth | | [–10,000] |
| 113 | 0604270N | ELECTRONIC WARFARE DEVELOPMENT | 116,811 | 109,651 |
| | | Unjustified request | | [–7,160] |
| 114 | 0604273M | EXECUTIVE HELO DEVELOPMENT | 187,436 | 187,436 |
| 116 | 0604274N | NEXT GENERATION JAMMER (NGJ) | 524,261 | 448,261 |
| | | Underexecution | | [–76,000] |
| 117 | 0604280N | JOINT TACTICAL RADIO SYSTEM—NAVY (JTRS-NAVY) | 192,345 | 190,845 |
| | | Early to need | | [–1,500] |
| 118 | 0604282N | NEXT GENERATION JAMMER (NGJ) INCREMENT II | 111,068 | 90,922 |
| | | Program reduction | | [–20,146] |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 119 | 0604307N | SURFACE COMBATANT COMBAT SYSTEM ENGINEERING | 415,625 | 413,684 |
| | | Aegis development support studies and analysis early to need | | [–1,941] |
| 120 | 0604311N | LPD–17 CLASS SYSTEMS INTEGRATION | 640 | 640 |
| 121 | 0604329N | SMALL DIAMETER BOMB (SDB) | 50,096 | 50,096 |
| 122 | 0604366N | STANDARD MISSILE IMPROVEMENTS | 232,391 | 232,391 |
| 123 | 0604373N | AIRBORNE MCM | 10,916 | 10,916 |
| 124 | 0604378N | NAVAL INTEGRATED FIRE CONTROL—COUNTER AIR SYSTEMS ENGINEERING. | 33,379 | 33,379 |
| 125 | 0604501N | ADVANCED ABOVE WATER SENSORS | 34,554 | 34,554 |
| 126 | 0604503N | SSN–688 AND TRIDENT MODERNIZATION | 84,663 | 84,663 |
| 127 | 0604504N | AIR CONTROL | 44,923 | 44,923 |
| 128 | 0604512N | SHIPBOARD AVIATION SYSTEMS | 10,632 | 10,632 |
| 129 | 0604518N | COMBAT INFORMATION CENTER CONVERSION | 16,094 | 16,094 |
| 130 | 0604522N | AIR AND MISSILE DEFENSE RADAR (AMDR) SYSTEM | 55,349 | 52,349 |
| | | Engineering changes testing and evaluation early to need | | [–3,000] |
| 131 | 0604530N | ADVANCED ARRESTING GEAR (AAG) | 123,490 | 123,490 |
| 132 | 0604558N | NEW DESIGN SSN | 121,010 | 221,010 |
| | | Accelerate capability development | | [100,000] |
| 133 | 0604562N | SUBMARINE TACTICAL WARFARE SYSTEM | 62,426 | 62,426 |
| 134 | 0604567N | SHIP CONTRACT DESIGN/ LIVE FIRE T&E | 46,809 | 46,809 |
| 135 | 0604574N | NAVY TACTICAL COMPUTER RESOURCES | 3,692 | 3,692 |
| 137 | 0604601N | MINE DEVELOPMENT | 28,964 | 28,964 |
| 138 | 0604610N | LIGHTWEIGHT TORPEDO DEVELOPMENT | 148,349 | 115,541 |
| | | Excess to need | | [–32,808] |
| 139 | 0604654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 8,237 | 8,237 |
| 140 | 0604657M | USMC GROUND COMBAT/SUPPORTING ARMS SYSTEMS—ENG DEV. | 22,000 | 22,000 |
| 141 | 0604703N | PERSONNEL, TRAINING, SIMULATION, AND HUMAN FACTORS. | 5,500 | 5,500 |
| 142 | 0604727N | JOINT STANDOFF WEAPON SYSTEMS | 18,725 | 16,225 |
| | | Excess to need | | [–2,500] |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 192,603 | 180,085 |
| | | Project 2178 prior year carryover | | [–12,518] |
| 144 | 0604756N | SHIP SELF DEFENSE (ENGAGE: HARD KILL) | 137,268 | 121,630 |
| | | Project 2070 excess test assets | | [–15,638] |
| 145 | 0604757N | SHIP SELF DEFENSE (ENGAGE: SOFT KILL/EW) | 97,363 | 97,363 |
| 146 | 0604761N | INTELLIGENCE ENGINEERING | 26,710 | 26,710 |
| 147 | 0604771N | MEDICAL DEVELOPMENT | 8,181 | 8,181 |
| 148 | 0604777N | NAVIGATION/ID SYSTEM | 40,755 | 40,755 |
| 149 | 0604800M | JOINT STRIKE FIGHTER (JSF)—EMD | 1,710 | 1,710 |
| 150 | 0604800N | JOINT STRIKE FIGHTER (JSF)—EMD | 1,490 | 1,490 |
| 153 | 0605013M | INFORMATION TECHNOLOGY DEVELOPMENT | 1,494 | 1,494 |
| 154 | 0605013N | INFORMATION TECHNOLOGY DEVELOPMENT | 384,162 | 268,364 |
| | | Program decrease | | [–36,000] |
| | | Unjustified growth over FY19 projection | | [–79,798] |
| 155 | 0605024N | ANTI-TAMPER TECHNOLOGY SUPPORT | 4,882 | 4,882 |
| 156 | 0605212M | CH–53K RDTE | 516,955 | 516,955 |
| 158 | 0605215N | MISSION PLANNING | 75,886 | 75,886 |
| 159 | 0605217N | COMMON AVIONICS | 43,187 | 43,187 |
| 160 | 0605220N | SHIP TO SHORE CONNECTOR (SSC) | 4,909 | 19,909 |
| | | Expand development and use of composite materials | | [15,000] |
| 161 | 0605327N | T-AO 205 CLASS | 1,682 | 1,682 |
| 162 | 0605414N | UNMANNED CARRIER AVIATION (UCA) | 671,258 | 657,098 |
| | | UMCS excess to need | | [–14,160] |
| 163 | 0605450M | JOINT AIR-TO-GROUND MISSILE (JAGM) | 18,393 | 18,393 |
| 165 | 0605500N | MULTI-MISSION MARITIME AIRCRAFT (MMA) | 21,472 | 21,472 |
| 166 | 0605504N | MULTI-MISSION MARITIME (MMA) INCREMENT III | 177,234 | 177,234 |
| 167 | 0605611M | MARINE CORPS ASSAULT VEHICLES SYSTEM DEVELOPMENT & DEMONSTRATION. | 77,322 | 69,121 |
| | | Early to need | | [–2,201] |
| | | Excess growth | | [–6,000] |
| 168 | 0605813M | JOINT LIGHT TACTICAL VEHICLE (JLTV) SYSTEM DEVELOPMENT & DEMONSTRATION. | 2,105 | 2,105 |
| 169 | 0204202N | DDG–1000 | 111,435 | 111,435 |
| 172 | 0304785N | TACTICAL CRYPTOLOGIC SYSTEMS | 101,339 | 101,339 |
| 173 | 0306250M | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT | 26,406 | 26,406 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **6,332,033** | **6,130,663** |
| | | | | |
| | | **MANAGEMENT SUPPORT** | | |
| 174 | 0604256N | THREAT SIMULATOR DEVELOPMENT | 66,678 | 66,678 |
| 175 | 0604258N | TARGET SYSTEMS DEVELOPMENT | 12,027 | 12,027 |
| 176 | 0604759N | MAJOR T&E INVESTMENT | 85,348 | 85,348 |
| 178 | 0605152N | STUDIES AND ANALYSIS SUPPORT—NAVY | 3,908 | 3,908 |
| 179 | 0605154N | CENTER FOR NAVAL ANALYSES | 47,669 | 47,669 |
| 180 | 0605285N | NEXT GENERATION FIGHTER | 20,698 | 20,698 |
| 182 | 0605804N | TECHNICAL INFORMATION SERVICES | 988 | 988 |
| 183 | 0605853N | MANAGEMENT, TECHNICAL & INTERNATIONAL SUPPORT | 102,401 | 102,401 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 184 | 0605856N | STRATEGIC TECHNICAL SUPPORT | 3,742 | 3,742 |
| 186 | 0605863N | RDT&E SHIP AND AIRCRAFT SUPPORT | 93,872 | 93,872 |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT | 394,020 | 394,020 |
| 188 | 0605865N | OPERATIONAL TEST AND EVALUATION CAPABILITY | 25,145 | 25,145 |
| 189 | 0605866N | NAVY SPACE AND ELECTRONIC WARFARE (SEW) SUPPORT | 15,773 | 15,773 |
| 190 | 0605867N | SEW SURVEILLANCE/RECONNAISSANCE SUPPORT | 8,402 | 8,402 |
| 191 | 0605873M | MARINE CORPS PROGRAM WIDE SUPPORT | 37,265 | 29,265 |
| | | Unjustified growth | | [–8,000] |
| 192 | 0605898N | MANAGEMENT HQ—R&D | 39,673 | 39,673 |
| 193 | 0606355N | WARFARE INNOVATION MANAGEMENT | 28,750 | 28,750 |
| 196 | 0305327N | INSIDER THREAT | 2,645 | 2,645 |
| 197 | 0902498N | MANAGEMENT HEADQUARTERS (DEPARTMENTAL SUPPORT ACTIVITIES). | 1,460 | 1,460 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **990,464** | **982,464** |
| | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 202 | 0604227N | HARPOON MODIFICATIONS | 2,302 | 2,302 |
| 203 | 0604840M | F–35 C2D2 | 422,881 | 422,881 |
| 204 | 0604840N | F–35 C2D2 | 383,741 | 383,741 |
| 205 | 0607658N | COOPERATIVE ENGAGEMENT CAPABILITY (CEC) | 127,924 | 127,924 |
| 207 | 0101221N | STRATEGIC SUB & WEAPONS SYSTEM SUPPORT | 157,676 | 113,492 |
| | | D5LE2 unjustified request | | [–44,184] |
| 208 | 0101224N | SSBN SECURITY TECHNOLOGY PROGRAM | 43,354 | 43,354 |
| 209 | 0101226N | SUBMARINE ACOUSTIC WARFARE DEVELOPMENT | 6,815 | 6,815 |
| 210 | 0101402N | NAVY STRATEGIC COMMUNICATIONS | 31,174 | 31,174 |
| 211 | 0204136N | F/A–18 SQUADRONS | 213,715 | 208,215 |
| | | Block III support prior year carryover | | [–7,500] |
| | | Jet noise reduction research | | [2,000] |
| 213 | 0204228N | SURFACE SUPPORT | 36,389 | 36,389 |
| 214 | 0204229N | TOMAHAWK AND TOMAHAWK MISSION PLANNING CENTER (TMPC). | 320,134 | 286,799 |
| | | JMEWS schedule delays | | [–12,098] |
| | | Maritime strike schedule delays | | [–21,237] |
| 215 | 0204311N | INTEGRATED SURVEILLANCE SYSTEM | 88,382 | 103,382 |
| | | Additional TRAPS units | | [15,000] |
| 216 | 0204313N | SHIP-TOWED ARRAY SURVEILLANCE SYSTEMS | 14,449 | 14,449 |
| 217 | 0204413N | AMPHIBIOUS TACTICAL SUPPORT UNITS (DISPLACEMENT CRAFT). | 6,931 | 6,931 |
| 218 | 0204460M | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 23,891 | 23,891 |
| 219 | 0204571N | CONSOLIDATED TRAINING SYSTEMS DEVELOPMENT | 129,873 | 129,873 |
| 221 | 0204575N | ELECTRONIC WARFARE (EW) READINESS SUPPORT | 82,325 | 62,434 |
| | | Prior year carryover | | [–19,891] |
| 222 | 0205601N | HARM IMPROVEMENT | 138,431 | 132,371 |
| | | AARGM ER test schedule discrepancy | | [–6,060] |
| 224 | 0205620N | SURFACE ASW COMBAT SYSTEM INTEGRATION | 29,572 | 29,572 |
| 225 | 0205632N | MK–48 ADCAP | 85,973 | 85,973 |
| 226 | 0205633N | AVIATION IMPROVEMENTS | 125,461 | 125,461 |
| 227 | 0205675N | OPERATIONAL NUCLEAR POWER SYSTEMS | 106,192 | 106,192 |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 143,317 | 134,317 |
| | | Program delay | | [–9,000] |
| 229 | 0206335M | COMMON AVIATION COMMAND AND CONTROL SYSTEM (CAC2S). | 4,489 | 4,489 |
| 230 | 0206623M | MARINE CORPS GROUND COMBAT/SUPPORTING ARMS SYSTEMS. | 51,788 | 51,788 |
| 231 | 0206624M | MARINE CORPS COMBAT SERVICES SUPPORT | 37,761 | 42,761 |
| | | Airborne Power Generation Tech Development | | [5,000] |
| 232 | 0206625M | USMC INTELLIGENCE/ELECTRONIC WARFARE SYSTEMS (MIP). | 21,458 | 21,458 |
| 233 | 0206629M | AMPHIBIOUS ASSAULT VEHICLE | 5,476 | 5,476 |
| 234 | 0207161N | TACTICAL AIM MISSILES | 19,488 | 19,488 |
| 235 | 0207163N | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM). | 39,029 | 39,029 |
| 239 | 0303109N | SATELLITE COMMUNICATIONS (SPACE) | 34,344 | 34,344 |
| 240 | 0303138N | CONSOLIDATED AFLOAT NETWORK ENTERPRISE SERVICES (CANES). | 22,873 | 22,873 |
| 241 | 0303140N | INFORMATION SYSTEMS SECURITY PROGRAM | 41,853 | 41,853 |
| 243 | 0305192N | MILITARY INTELLIGENCE PROGRAM (MIP) ACTIVITIES | 8,913 | 8,913 |
| 244 | 0305204N | TACTICAL UNMANNED AERIAL VEHICLES | 9,451 | 9,451 |
| 245 | 0305205N | UAS INTEGRATION AND INTEROPERABILITY | 42,315 | 42,315 |
| 246 | 0305208M | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 22,042 | 22,042 |
| 248 | 0305220N | MQ–4C TRITON | 11,784 | 11,784 |
| 249 | 0305231N | MQ–8 UAV | 29,618 | 29,618 |
| 250 | 0305232M | RQ–11 UAV | 509 | 509 |
| 251 | 0305234N | SMALL (LEVEL 0) TACTICAL UAS (STUASL0) | 11,545 | 11,545 |
| 252 | 0305239M | RQ–21A | 10,914 | 10,914 |
| 253 | 0305241N | MULTI-INTELLIGENCE SENSOR DEVELOPMENT | 70,612 | 70,612 |
| 254 | 0305242M | UNMANNED AERIAL SYSTEMS (UAS) PAYLOADS (MIP) | 3,704 | 3,704 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 255 | 0305421N | RQ–4 MODERNIZATION | 202,346 | 185,446 |
| | | IFC 5.0 concurrency | | [–16,900] |
| 256 | 0308601N | MODELING AND SIMULATION SUPPORT | 7,119 | 7,119 |
| 257 | 0702207N | DEPOT MAINTENANCE (NON-IF) | 38,182 | 38,182 |
| 258 | 0708730N | MARITIME TECHNOLOGY (MARITECH) | 6,779 | 6,779 |
| 259 | 1203109N | SATELLITE COMMUNICATIONS (SPACE) | 15,868 | 15,868 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS | 1,613,137 | 1,613,137 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT.** | **5,104,299** | **4,989,429** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **–114,870** |
| | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY.** | **20,270,499** | **19,674,604** |
| | | | | |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | |
| | | **BASIC RESEARCH** | | |
| 001 | 0601102F | DEFENSE RESEARCH SCIENCES | 356,107 | 356,107 |
| 002 | 0601103F | UNIVERSITY RESEARCH INITIATIVES | 158,859 | 163,859 |
| | | Program increase | | [5,000] |
| 003 | 0601108F | HIGH ENERGY LASER RESEARCH INITIATIVES | 14,795 | 14,795 |
| | | **SUBTOTAL BASIC RESEARCH** | **529,761** | **534,761** |
| | | | | |
| | | **APPLIED RESEARCH** | | |
| 004 | 0602102F | MATERIALS | 128,851 | 152,851 |
| | | Advanced materials high energy x-ray | | [4,000] |
| | | Advanced materials manufacturing flexible biosensors | | [5,000] |
| | | Advanced thermal protection systems | | [5,000] |
| | | Program increase | | [10,000] |
| 005 | 0602201F | AEROSPACE VEHICLE TECHNOLOGIES | 147,724 | 147,724 |
| 006 | 0602202F | HUMAN EFFECTIVENESS APPLIED RESEARCH | 131,795 | 131,795 |
| 007 | 0602203F | AEROSPACE PROPULSION | 198,775 | 208,775 |
| | | Educational partnership agreements for next generation liquid propulsion. | | [5,000] |
| | | Electrical power/thermal management systems | | [5,000] |
| 008 | 0602204F | AEROSPACE SENSORS | 202,912 | 202,912 |
| 010 | 0602298F | SCIENCE AND TECHNOLOGY MANAGEMENT— MAJOR HEADQUARTERS ACTIVITIES. | 7,968 | 7,968 |
| 012 | 0602602F | CONVENTIONAL MUNITIONS | 142,772 | 142,772 |
| 013 | 0602605F | DIRECTED ENERGY TECHNOLOGY | 124,379 | 124,379 |
| 014 | 0602788F | DOMINANT INFORMATION SCIENCES AND METHODS | 181,562 | 199,562 |
| | | Detection and countering of adversarial UAS | | [5,000] |
| | | Quantum Information Science Innovation Center | | [8,000] |
| | | Quantum science | | [5,000] |
| 015 | 0602890F | HIGH ENERGY LASER RESEARCH | 44,221 | 44,221 |
| 016 | 1206601F | SPACE TECHNOLOGY | 124,667 | 124,667 |
| | | **SUBTOTAL APPLIED RESEARCH** | **1,435,626** | **1,487,626** |
| | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 017 | 0603112F | ADVANCED MATERIALS FOR WEAPON SYSTEMS | 36,586 | 41,586 |
| | | Metals affordability initiative | | [5,000] |
| 018 | 0603199F | SUSTAINMENT SCIENCE AND TECHNOLOGY (S&T) | 16,249 | 16,249 |
| 019 | 0603203F | ADVANCED AEROSPACE SENSORS | 38,292 | 38,292 |
| 020 | 0603211F | AEROSPACE TECHNOLOGY DEV/DEMO | 102,949 | 202,949 |
| | | Low cost attritable aircraft technology | | [100,000] |
| 021 | 0603216F | AEROSPACE PROPULSION AND POWER TECHNOLOGY | 113,973 | 128,973 |
| | | Advanced turbine engine gas generator | | [10,000] |
| | | Electrical power systems | | [5,000] |
| 022 | 0603270F | ELECTRONIC COMBAT TECHNOLOGY | 48,408 | 48,408 |
| 023 | 0603401F | ADVANCED SPACECRAFT TECHNOLOGY | 70,525 | 73,525 |
| | | Strategic radiation hardened microelectronic processors | | [3,000] |
| 024 | 0603444F | MAUI SPACE SURVEILLANCE SYSTEM (MSSS) | 11,878 | 11,878 |
| 025 | 0603456F | HUMAN EFFECTIVENESS ADVANCED TECHNOLOGY DEVELOPMENT. | 37,542 | 37,542 |
| 026 | 0603601F | CONVENTIONAL WEAPONS TECHNOLOGY | 225,817 | 225,817 |
| 027 | 0603605F | ADVANCED WEAPONS TECHNOLOGY | 37,404 | 37,404 |
| 028 | 0603680F | MANUFACTURING TECHNOLOGY PROGRAM | 43,116 | 66,116 |
| | | Advanced materials and materials manufacturing | | [7,000] |
| | | Aerospace composites manufacturing | | [10,000] |
| | | Program increase | | [6,000] |
| 029 | 0603788F | BATTLESPACE KNOWLEDGE DEVELOPMENT AND DEMONSTRATION. | 56,414 | 56,414 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT.** | **839,153** | **985,153** |
| | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 031 | 0603260F | INTELLIGENCE ADVANCED DEVELOPMENT | 5,672 | 5,672 |
| 032 | 0603742F | COMBAT IDENTIFICATION TECHNOLOGY | 27,085 | 27,085 |

WASHSTATEC007851

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 033 | 0603790F | NATO RESEARCH AND DEVELOPMENT | 4,955 | 4,955 |
| 034 | 0603851F | INTERCONTINENTAL BALLISTIC MISSILE—DEM/VAL | 44,109 | 44,109 |
| 036 | 0604002F | AIR FORCE WEATHER SERVICES RESEARCH | 772 | 772 |
| 037 | 0604004F | ADVANCED ENGINE DEVELOPMENT | 878,442 | 878,442 |
| 038 | 0604015F | LONG RANGE STRIKE—BOMBER | 3,003,899 | 3,003,899 |
| 039 | 0604032F | DIRECTED ENERGY PROTOTYPING | 10,000 | 20,000 |
| | | High-value airborne asset protection | | [10,000] |
| 040 | 0604033F | HYPERSONICS PROTOTYPING | 576,000 | 576,000 |
| 041 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS | 92,600 | 124,600 |
| | | Program increase | | [32,000] |
| 042 | 0604257F | ADVANCED TECHNOLOGY AND SENSORS | 23,145 | 23,145 |
| 043 | 0604288F | NATIONAL AIRBORNE OPS CENTER (NAOC) RECAP | 16,669 | 16,669 |
| 044 | 0604317F | TECHNOLOGY TRANSFER | 23,614 | 23,614 |
| 045 | 0604327F | HARD AND DEEPLY BURIED TARGET DEFEAT SYSTEM (HDBTDS) PROGRAM. | 113,121 | 113,121 |
| 046 | 0604414F | CYBER RESILIENCY OF WEAPON SYSTEMS-ACS | 56,325 | 56,325 |
| 047 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D | 28,034 | 28,034 |
| 048 | 0604858F | TECH TRANSITION PROGRAM | 128,476 | 134,476 |
| | | Rapid repair | | [6,000] |
| 049 | 0605230F | GROUND BASED STRATEGIC DETERRENT | 570,373 | 552,395 |
| | | Program reduction | | [–40,000] |
| | | Technical adjustment for NC3 | | [22,022] |
| 050 | 0207100F | LIGHT ATTACK ARMED RECONNAISSANCE (LAAR) SQUADRONS. | 35,000 | 35,000 |
| 051 | 0207110F | NEXT GENERATION AIR DOMINANCE | 1,000,000 | 955,000 |
| | | Cost-risk associated with development profile | | [–45,000] |
| 052 | 0207455F | THREE DIMENSIONAL LONG-RANGE RADAR (3DELRR) | 37,290 | 37,290 |
| 053 | 0208099F | UNIFIED PLATFORM (UP) | 10,000 | 10,000 |
| 054 | 0305236F | COMMON DATA LINK EXECUTIVE AGENT (CDL EA) | 36,910 | 36,910 |
| 055 | 0305251F | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 35,000 | 35,000 |
| 056 | 0305601F | MISSION PARTNER ENVIRONMENTS | 8,550 | 8,550 |
| 057 | 0306250F | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT | 198,864 | 240,064 |
| | | Accelerate development of Cyber National Mission Force capabilities. | | [13,600] |
| | | ETERNALDARKNESS | | [7,100] |
| | | Joint Common Access Platform | | [20,500] |
| 058 | 0306415F | ENABLED CYBER ACTIVITIES | 16,632 | 16,632 |
| 060 | 0901410F | CONTRACTING INFORMATION TECHNOLOGY SYSTEM | 20,830 | 20,830 |
| 061 | 1203164F | NAVSTAR GLOBAL POSITIONING SYSTEM (USER EQUIPMENT) (SPACE). | 329,948 | 329,948 |
| 062 | 1203710F | EO/IR WEATHER SYSTEMS | 101,222 | 101,222 |
| 063 | 1206422F | WEATHER SYSTEM FOLLOW-ON | 225,660 | 205,660 |
| | | Unjustified growth | | [–20,000] |
| 064 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS | 29,776 | 29,776 |
| 065 | 1206427F | SPACE SYSTEMS PROTOTYPE TRANSITIONS (SSPT) | 142,045 | 142,045 |
| 067 | 1206438F | SPACE CONTROL TECHNOLOGY | 64,231 | 59,231 |
| | | Unjustified growth | | [–5,000] |
| 068 | 1206730F | SPACE SECURITY AND DEFENSE PROGRAM | 56,385 | 56,385 |
| 069 | 1206760F | PROTECTED TACTICAL ENTERPRISE SERVICE (PTES) | 105,003 | 105,003 |
| 070 | 1206761F | PROTECTED TACTICAL SERVICE (PTS) | 173,694 | 163,694 |
| | | Unjustified growth | | [–10,000] |
| 071 | 1206855F | EVOLVED STRATEGIC SATCOM (ESS) | 172,206 | 172,206 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE | 33,742 | 23,742 |
| | | Program decrease | | [–10,000] |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **8,436,279** | **8,417,501** |
| | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 073 | 0604200F | FUTURE ADVANCED WEAPON ANALYSIS & PROGRAMS | 246,200 | 0 |
| | | Excess to need | | [–246,200] |
| 074 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS | 67,782 | 148,782 |
| | | UPL M-Code Acceleration | | [81,000] |
| 075 | 0604222F | NUCLEAR WEAPONS SUPPORT | 4,406 | 4,406 |
| 076 | 0604270F | ELECTRONIC WARFARE DEVELOPMENT | 2,066 | 2,066 |
| 077 | 0604281F | TACTICAL DATA NETWORKS ENTERPRISE | 229,631 | 210,331 |
| | | Prior-year carryover | | [–19,300] |
| 078 | 0604287F | PHYSICAL SECURITY EQUIPMENT | 9,700 | 9,700 |
| 079 | 0604329F | SMALL DIAMETER BOMB (SDB)—EMD | 31,241 | 41,241 |
| | | Program efficiency initiative | | [10,000] |
| 080 | 0604429F | AIRBORNE ELECTRONIC ATTACK | 2 | 2 |
| 081 | 0604602F | ARMAMENT/ORDNANCE DEVELOPMENT | 28,043 | 28,043 |
| 082 | 0604604F | SUBMUNITIONS | 3,045 | 3,045 |
| 083 | 0604617F | AGILE COMBAT SUPPORT | 19,944 | 19,944 |
| 084 | 0604706F | LIFE SUPPORT SYSTEMS | 8,624 | 8,624 |
| 085 | 0604735F | COMBAT TRAINING RANGES | 37,365 | 37,365 |
| 086 | 0604800F | F–35—EMD | 7,628 | 7,628 |
| 087 | 0604932F | LONG RANGE STANDOFF WEAPON | 712,539 | 712,539 |
| 088 | 0604933F | ICBM FUZE MODERNIZATION | 161,199 | 161,199 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 089 | 0605030F | JOINT TACTICAL NETWORK CENTER (JTNC) | 2,414 | 2,414 |
| 091 | 0605056F | OPEN ARCHITECTURE MANAGEMENT | 30,000 | 30,000 |
| 093 | 0605221F | KC–46 | 59,561 | 59,561 |
| 094 | 0605223F | ADVANCED PILOT TRAINING | 348,473 | 348,473 |
| 095 | 0605229F | COMBAT RESCUE HELICOPTER | 247,047 | 247,047 |
| 098 | 0605931F | B–2 DEFENSIVE MANAGEMENT SYSTEM | 294,400 | 294,400 |
| 099 | 0101125F | NUCLEAR WEAPONS MODERNIZATION | 27,564 | 27,564 |
| 100 | 0101213F | MINUTEMAN SQUADRONS | 1 | 1 |
| 101 | 0207171F | F–15 EPAWSS | 47,322 | 47,322 |
| 102 | 0207328F | STAND IN ATTACK WEAPON | 162,840 | 162,840 |
| 103 | 0207701F | FULL COMBAT MISSION TRAINING | 9,797 | 9,797 |
| 106 | 0401310F | C–32 EXECUTIVE TRANSPORT RECAPITALIZATION | 9,930 | 9,930 |
| 107 | 0401319F | VC–25B | 757,923 | 757,923 |
| 108 | 0701212F | AUTOMATED TEST SYSTEMS | 2,787 | 2,787 |
| 109 | 1203176F | COMBAT SURVIVOR EVADER LOCATOR | 2,000 | 2,000 |
| 110 | 1203269F | GPS III FOLLOW-ON (GPS IIIF) | 462,875 | 452,875 |
| | | Unjustified growth | | [–10,000] |
| 111 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 76,829 | 56,829 |
| | | GBOSS unjustified growth | | [–20,000] |
| 112 | 1206421F | COUNTERSPACE SYSTEMS | 29,037 | 29,037 |
| 113 | 1206422F | WEATHER SYSTEM FOLLOW-ON | 2,237 | 2,237 |
| 114 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS | 412,894 | 412,894 |
| 116 | 1206431F | ADVANCED EHF MILSATCOM (SPACE) | 117,290 | 117,290 |
| 117 | 1206432F | POLAR MILSATCOM (SPACE) | 427,400 | 401,400 |
| | | Prior year carryover | | [–26,000] |
| 118 | 1206433F | WIDEBAND GLOBAL SATCOM (SPACE) | 1,920 | 1,920 |
| 119 | 1206441F | SPACE BASED INFRARED SYSTEM (SBIRS) HIGH EMD | 1 | 1 |
| 120 | 1206442F | NEXT GENERATION OPIR | 1,395,278 | 1,395,278 |
| 121 | 1206445F | COMMERCIAL SATCOM (COMSATCOM) INTEGRATION | | 5,000 |
| | | Accelerate integration of COMSATCOM capabilities | | [5,000] |
| 122 | 1206853F | NATIONAL SECURITY SPACE LAUNCH PROGRAM (SPACE)—EMD. | 432,009 | 432,009 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **6,929,244** | **6,703,744** |
| | | | | |
| | | **MANAGEMENT SUPPORT** | | |
| 123 | 0604256F | THREAT SIMULATOR DEVELOPMENT | 59,693 | 59,693 |
| 124 | 0604759F | MAJOR T&E INVESTMENT | 181,663 | 219,663 |
| | | Telemetry extension SATCOM relay | | [2,000] |
| | | UPL M-Code Acceleration | | [36,000] |
| 125 | 0605101F | RAND PROJECT AIR FORCE | 35,258 | 35,258 |
| 127 | 0605712F | INITIAL OPERATIONAL TEST & EVALUATION | 13,793 | 13,793 |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 717,895 | 717,895 |
| 129 | 0605826F | ACQ WORKFORCE- GLOBAL POWER | 258,667 | 258,667 |
| 130 | 0605827F | ACQ WORKFORCE- GLOBAL VIG & COMBAT SYS | 251,992 | 251,992 |
| 131 | 0605828F | ACQ WORKFORCE- GLOBAL REACH | 149,191 | 149,191 |
| 132 | 0605829F | ACQ WORKFORCE- CYBER, NETWORK, & BUS SYS | 235,360 | 235,360 |
| 133 | 0605830F | ACQ WORKFORCE- GLOBAL BATTLE MGMT | 160,196 | 160,196 |
| 134 | 0605831F | ACQ WORKFORCE- CAPABILITY INTEGRATION | 220,255 | 220,255 |
| 135 | 0605832F | ACQ WORKFORCE- ADVANCED PRGM TECHNOLOGY | 42,392 | 42,392 |
| 136 | 0605833F | ACQ WORKFORCE- NUCLEAR SYSTEMS | 133,231 | 133,231 |
| 137 | 0605898F | MANAGEMENT HQ—R&D | 5,590 | 5,590 |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 88,445 | 88,445 |
| 139 | 0605978F | FACILITIES SUSTAINMENT—TEST AND EVALUATION SUPPORT. | 29,424 | 29,424 |
| 140 | 0606017F | REQUIREMENTS ANALYSIS AND MATURATION | 62,715 | 62,715 |
| 141 | 0606398F | MANAGEMENT HQ—T&E | 5,013 | 5,013 |
| 142 | 0308602F | ENTEPRISE INFORMATION SERVICES (EIS) | 17,128 | 17,128 |
| 143 | 0702806F | ACQUISITION AND MANAGEMENT SUPPORT | 5,913 | 5,913 |
| 144 | 0804731F | GENERAL SKILL TRAINING | 1,475 | 1,475 |
| 146 | 1001004F | INTERNATIONAL ACTIVITIES | 4,071 | 4,071 |
| 147 | 1206116F | SPACE TEST AND TRAINING RANGE DEVELOPMENT | 19,942 | 19,942 |
| 148 | 1206392F | SPACE AND MISSILE CENTER (SMC) CIVILIAN WORKFORCE. | 167,810 | 167,810 |
| 149 | 1206398F | SPACE & MISSILE SYSTEMS CENTER—MHA | 10,170 | 10,170 |
| 150 | 1206860F | ROCKET SYSTEMS LAUNCH PROGRAM (SPACE) | 13,192 | 13,192 |
| 151 | 1206864F | SPACE TEST PROGRAM (STP) | 26,097 | 26,097 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **2,916,571** | **2,954,571** |
| | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT UNDISTRIBUTED** | | |
| 152 | 0604003F | ADVANCED BATTLE MANAGEMENT SYSTEM (ABMS) | 35,611 | 33,611 |
| | | Program increase—sensor fusion and artificial intelligence technology. | | [8,000] |
| | | Unjustified request | | [–10,000] |
| 154 | 0604233F | SPECIALIZED UNDERGRADUATE FLIGHT TRAINING | 2,584 | 2,584 |
| 156 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D | 903 | 903 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 157 | 0604840F | F–35 C2D2 | 694,455 | 694,455 |
| 158 | 0605018F | AF INTEGRATED PERSONNEL AND PAY SYSTEM (AF-IPPS) | 40,567 | 40,567 |
| 159 | 0605024F | ANTI-TAMPER TECHNOLOGY EXECUTIVE AGENCY | 47,193 | 47,193 |
| 160 | 0605117F | FOREIGN MATERIEL ACQUISITION AND EXPLOITATION | 70,083 | 70,083 |
| 161 | 0605278F | HC/MC–130 RECAP RDT&E | 17,218 | 17,218 |
| 162 | 0606018F | NC3 INTEGRATION | 25,917 | 25,917 |
| 164 | 0101113F | B–52 SQUADRONS | 325,974 | 325,974 |
| 165 | 0101122F | AIR-LAUNCHED CRUISE MISSILE (ALCM) | 10,217 | 10,217 |
| 166 | 0101126F | B–1B SQUADRONS | 1,000 | 1,000 |
| 167 | 0101127F | B–2 SQUADRONS | 97,276 | 97,276 |
| 168 | 0101213F | MINUTEMAN SQUADRONS | 128,961 | 128,961 |
| 170 | 0101316F | WORLDWIDE JOINT STRATEGIC COMMUNICATIONS | 18,177 | 18,177 |
| 171 | 0101324F | INTEGRATED STRATEGIC PLANNING & ANALYSIS NETWORK. | 24,261 | 24,261 |
| 172 | 0101328F | ICBM REENTRY VEHICLES | 75,571 | 41,271 |
| | | Program delay | | [–34,300] |
| 174 | 0102110F | UH–1N REPLACEMENT PROGRAM | 170,975 | 170,975 |
| 176 | 0205219F | MQ–9 UAV | 154,996 | 127,296 |
| | | Program reduction | | [–27,700] |
| 178 | 0207131F | A–10 SQUADRONS | 36,816 | 36,816 |
| 179 | 0207133F | F–16 SQUADRONS | 193,013 | 193,013 |
| 180 | 0207134F | F–15E SQUADRONS | 336,079 | 319,829 |
| | | Unjustified F–15C requirements | | [–16,250] |
| 181 | 0207136F | MANNED DESTRUCTIVE SUPPRESSION | 15,521 | 15,521 |
| 182 | 0207138F | F–22A SQUADRONS | 496,298 | 496,298 |
| 183 | 0207142F | F–35 SQUADRONS | 99,943 | 99,943 |
| 184 | 0207161F | TACTICAL AIM MISSILES | 10,314 | 10,314 |
| 185 | 0207163F | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM). | 55,384 | 55,384 |
| 186 | 0207227F | COMBAT RESCUE—PARARESCUE | 281 | 281 |
| 187 | 0207247F | AF TENCAP | 21,365 | 21,365 |
| 188 | 0207249F | PRECISION ATTACK SYSTEMS PROCUREMENT | 10,696 | 10,696 |
| 189 | 0207253F | COMPASS CALL | 15,888 | 15,888 |
| 190 | 0207268F | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM. | 112,505 | 112,505 |
| 191 | 0207325F | JOINT AIR-TO-SURFACE STANDOFF MISSILE (JASSM) | 78,498 | 78,498 |
| 192 | 0207410F | AIR & SPACE OPERATIONS CENTER (AOC) | 114,864 | 114,864 |
| 193 | 0207412F | CONTROL AND REPORTING CENTER (CRC) | 8,109 | 8,109 |
| 194 | 0207417F | AIRBORNE WARNING AND CONTROL SYSTEM (AWACS) | 67,996 | 67,996 |
| 195 | 0207418F | TACTICAL AIRBORNE CONTROL SYSTEMS | 2,462 | 2,462 |
| 197 | 0207431F | COMBAT AIR INTELLIGENCE SYSTEM ACTIVITIES | 13,668 | 13,668 |
| 198 | 0207444F | TACTICAL AIR CONTROL PARTY-MOD | 6,217 | 6,217 |
| 200 | 0207452F | DCAPES | 19,910 | 19,910 |
| 201 | 0207573F | NATIONAL TECHNICAL NUCLEAR FORENSICS | 1,788 | 1,788 |
| 202 | 0207590F | SEEK EAGLE | 28,237 | 28,237 |
| 203 | 0207601F | USAF MODELING AND SIMULATION | 15,725 | 15,725 |
| 204 | 0207605F | WARGAMING AND SIMULATION CENTERS | 4,316 | 4,316 |
| 205 | 0207610F | BATTLEFIELD ABN COMM NODE (BACN) | 26,946 | 26,946 |
| 206 | 0207697F | DISTRIBUTED TRAINING AND EXERCISES | 4,303 | 4,303 |
| 207 | 0208006F | MISSION PLANNING SYSTEMS | 71,465 | 71,465 |
| 208 | 0208007F | TACTICAL DECEPTION | 7,446 | 7,446 |
| 209 | 0208064F | OPERATIONAL HQ—CYBER | 7,602 | 7,602 |
| 210 | 0208087F | DISTRIBUTED CYBER WARFARE OPERATIONS | 35,178 | 35,178 |
| 211 | 0208088F | AF DEFENSIVE CYBERSPACE OPERATIONS | 16,609 | 16,609 |
| 212 | 0208097F | JOINT CYBER COMMAND AND CONTROL (JCC2) | 11,603 | 11,603 |
| 213 | 0208099F | UNIFIED PLATFORM (UP) | 84,702 | 84,702 |
| 219 | 0301025F | GEOBASE | 2,723 | 2,723 |
| 220 | 0301112F | NUCLEAR PLANNING AND EXECUTION SYSTEM (NPES) | 44,190 | 44,190 |
| 226 | 0301401F | AIR FORCE SPACE AND CYBER NON-TRADITIONAL ISR FOR BATTLESPACE AWARENESS. | 3,575 | 3,575 |
| 227 | 0302015F | E–4B NATIONAL AIRBORNE OPERATIONS CENTER (NAOC) | 70,173 | 42,623 |
| | | Unclear acquisition strategy | | [–27,550] |
| 228 | 0303131F | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN). | 13,543 | 13,543 |
| 229 | 0303133F | HIGH FREQUENCY RADIO SYSTEMS | 15,881 | 15,881 |
| 230 | 0303140F | INFORMATION SYSTEMS SECURITY PROGRAM | 27,726 | 27,726 |
| 232 | 0303142F | GLOBAL FORCE MANAGEMENT—DATA INITIATIVE | 2,210 | 2,210 |
| 234 | 0304115F | MULTI DOMAIN COMMAND AND CONTROL (MDC2) | 150,880 | 150,880 |
| 235 | 0304260F | AIRBORNE SIGINT ENTERPRISE | 102,667 | 85,167 |
| | | Common development ahead of need | | [–8,500] |
| | | Program reduction | | [–9,000] |
| 236 | 0304310F | COMMERCIAL ECONOMIC ANALYSIS | 3,431 | 3,431 |
| 239 | 0305015F | C2 AIR OPERATIONS SUITE—C2 INFO SERVICES | 9,313 | 9,313 |
| 240 | 0305020F | CCMD INTELLIGENCE INFORMATION TECHNOLOGY | 1,121 | 1,121 |
| 241 | 0305022F | ISR MODERNIZATION & AUTOMATION DVMT (IMAD) | 19,000 | 3,000 |
| | | Unjustified request | | [–16,000] |
| 242 | 0305099F | GLOBAL AIR TRAFFIC MANAGEMENT (GATM) | 4,544 | 4,544 |
| 243 | 0305111F | WEATHER SERVICE | 25,461 | 27,461 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Commercial weather data pilot | | [2,000] |
| 244 | 0305114F | AIR TRAFFIC CONTROL, APPROACH, AND LANDING SYSTEM (ATCALS). | 5,651 | 5,651 |
| 245 | 0305116F | AERIAL TARGETS | 7,448 | 7,448 |
| 248 | 0305128F | SECURITY AND INVESTIGATIVE ACTIVITIES | 425 | 425 |
| 249 | 0305145F | ARMS CONTROL IMPLEMENTATION | 54,546 | 54,546 |
| 250 | 0305146F | DEFENSE JOINT COUNTERINTELLIGENCE ACTIVITIES | 6,858 | 6,858 |
| 252 | 0305179F | INTEGRATED BROADCAST SERVICE (IBS) | 8,728 | 8,728 |
| 253 | 0305202F | DRAGON U–2 | 38,939 | 38,939 |
| 255 | 0305206F | AIRBORNE RECONNAISSANCE SYSTEMS | 122,909 | 132,909 |
| | | Program increase for Gorgon Stare sensor enhancements | | [10,000] |
| 256 | 0305207F | MANNED RECONNAISSANCE SYSTEMS | 11,787 | 11,787 |
| 257 | 0305208F | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 25,009 | 25,009 |
| 258 | 0305220F | RQ–4 UAV | 191,733 | 191,733 |
| 259 | 0305221F | NETWORK-CENTRIC COLLABORATIVE TARGETING | 10,757 | 10,757 |
| 260 | 0305238F | NATO AGS | 32,567 | 32,567 |
| 261 | 0305240F | SUPPORT TO DCGS ENTERPRISE | 37,774 | 37,774 |
| 262 | 0305600F | INTERNATIONAL INTELLIGENCE TECHNOLOGY AND ARCHITECTURES. | 13,515 | 13,515 |
| 263 | 0305881F | RAPID CYBER ACQUISITION | 4,383 | 4,383 |
| 264 | 0305984F | PERSONNEL RECOVERY COMMAND & CTRL (PRC2) | 2,133 | 2,133 |
| 265 | 0307577F | INTELLIGENCE MISSION DATA (IMD) | 8,614 | 8,614 |
| 266 | 0401115F | C–130 AIRLIFT SQUADRON | 140,425 | 101,425 |
| | | Contract award savings | | [–39,000] |
| 267 | 0401119F | C–5 AIRLIFT SQUADRONS (IF) | 10,223 | 10,223 |
| 268 | 0401130F | C–17 AIRCRAFT (IF) | 25,101 | 25,101 |
| 269 | 0401132F | C–130J PROGRAM | 8,640 | 8,640 |
| 270 | 0401134F | LARGE AIRCRAFT IR COUNTERMEASURES (LAIRCM) | 5,424 | 5,424 |
| 272 | 0401219F | KC–10S | 20 | 20 |
| 274 | 0401318F | CV–22 | 17,906 | 17,906 |
| 276 | 0408011F | SPECIAL TACTICS / COMBAT CONTROL | 3,629 | 3,629 |
| 277 | 0702207F | DEPOT MAINTENANCE (NON-IF) | 1,890 | 1,890 |
| 278 | 0708055F | MAINTENANCE, REPAIR & OVERHAUL SYSTEM | 10,311 | 10,311 |
| 279 | 0708610F | LOGISTICS INFORMATION TECHNOLOGY (LOGIT) | 16,065 | 16,065 |
| 280 | 0708611F | SUPPORT SYSTEMS DEVELOPMENT | 539 | 539 |
| 281 | 0804743F | OTHER FLIGHT TRAINING | 2,057 | 2,057 |
| 282 | 0808716F | OTHER PERSONNEL ACTIVITIES | 10 | 10 |
| 283 | 0901202F | JOINT PERSONNEL RECOVERY AGENCY | 2,060 | 2,060 |
| 284 | 0901218F | CIVILIAN COMPENSATION PROGRAM | 3,809 | 3,809 |
| 285 | 0901220F | PERSONNEL ADMINISTRATION | 6,476 | 6,476 |
| 286 | 0901226F | AIR FORCE STUDIES AND ANALYSIS AGENCY | 1,443 | 1,443 |
| 287 | 0901538F | FINANCIAL MANAGEMENT INFORMATION SYSTEMS DEVELOPMENT. | 9,323 | 9,323 |
| 288 | 0901554F | DEFENSE ENTERPRISE ACNTNG AND MGT SYS (DEAMS) | 46,789 | 46,789 |
| 289 | 1201017F | GLOBAL SENSOR INTEGRATED ON NETWORK (GSIN) | 3,647 | 3,647 |
| 290 | 1201921F | SERVICE SUPPORT TO STRATCOM—SPACE ACTIVITIES | 988 | 988 |
| 291 | 1202140F | SERVICE SUPPORT TO SPACECOM ACTIVITIES | 11,863 | 11,863 |
| 293 | 1203001F | FAMILY OF ADVANCED BLOS TERMINALS (FAB-T) | 197,388 | 177,388 |
| | | FET schedule slip | | [–15,000] |
| | | Unjustified growth | | [–5,000] |
| 294 | 1203110F | SATELLITE CONTROL NETWORK (SPACE) | 61,891 | 61,891 |
| 297 | 1203173F | SPACE AND MISSILE TEST AND EVALUATION CENTER | 4,566 | 4,566 |
| 298 | 1203174F | SPACE INNOVATION, INTEGRATION AND RAPID TECHNOLOGY DEVELOPMENT. | 43,292 | 43,292 |
| 300 | 1203182F | SPACELIFT RANGE SYSTEM (SPACE) | 10,837 | 10,837 |
| 301 | 1203265F | GPS III SPACE SEGMENT | 42,440 | 42,440 |
| 302 | 1203400F | SPACE SUPERIORITY INTELLIGENCE | 14,428 | 14,428 |
| 303 | 1203614F | JSPOC MISSION SYSTEM | 72,762 | 72,762 |
| 304 | 1203620F | NATIONAL SPACE DEFENSE CENTER | 2,653 | 2,653 |
| 306 | 1203873F | BALLISTIC MISSILE DEFENSE RADARS | 15,881 | 15,881 |
| 308 | 1203913F | NUDET DETECTION SYSTEM (SPACE) | 49,300 | 49,300 |
| 309 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 17,834 | 17,834 |
| 310 | 1206423F | GLOBAL POSITIONING SYSTEM III—OPERATIONAL CONTROL SEGMENT. | 445,302 | 445,302 |
| 311 | 1206770F | ENTERPRISE GROUND SERVICES | 138,870 | 99,070 |
| | | Contract award delay | | [–39,800] |
| 311A | 9999999999 | CLASSIFIED PROGRAMS | 18,351,506 | 18,229,506 |
| | | Classified reduction | | [–122,000] |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT.** | **24,851,488** | **24,501,388** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **–350,100** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF.** | **45,938,122** | **45,584,744** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | |
| | | **BASIC RESEARCH** | | |
| 001 | 0601000BR | DTRA BASIC RESEARCH | 26,000 | 26,000 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 002 | 0601101E | DEFENSE RESEARCH SCIENCES | 432,284 | 432,284 |
| 003 | 0601110D8Z | BASIC RESEARCH INITIATIVES | 48,874 | 68,874 |
| | | DEPSCOR | | [10,000] |
| | | Program increase | | [10,000] |
| 004 | 0601117E | BASIC OPERATIONAL MEDICAL RESEARCH SCIENCE | 54,122 | 54,122 |
| 005 | 0601120D8Z | NATIONAL DEFENSE EDUCATION PROGRAM | 92,074 | 102,074 |
| | | Civics education grant program | | [2,000] |
| | | Submarine industrial base workforce training and education | | [8,000] |
| 006 | 0601228D8Z | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/MINORITY INSTITUTIONS. | 30,708 | 46,708 |
| | | Aerospace research and education | | [2,000] |
| | | Program increase | | [14,000] |
| 007 | 0601384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 45,238 | 45,238 |
| | | **SUBTOTAL BASIC RESEARCH** | **729,300** | **775,300** |
| | | | | |
| | | **APPLIED RESEARCH** | | |
| 008 | 0602000D8Z | JOINT MUNITIONS TECHNOLOGY | 19,306 | 19,306 |
| 009 | 0602115E | BIOMEDICAL TECHNOLOGY | 97,771 | 97,771 |
| 011 | 0602234D8Z | LINCOLN LABORATORY RESEARCH PROGRAM | 52,317 | 52,317 |
| 012 | 0602251D8Z | APPLIED RESEARCH FOR THE ADVANCEMENT OF S&T PRIORITIES. | 62,200 | 55,400 |
| | | Computer modeling of PFAS | | [2,000] |
| | | Excess growth | | [–8,800] |
| 013 | 0602303E | INFORMATION & COMMUNICATIONS TECHNOLOGY | 442,556 | 437,556 |
| | | Unjustified growth | | [–5,000] |
| 014 | 0602383E | BIOLOGICAL WARFARE DEFENSE | 34,588 | 34,588 |
| 015 | 0602384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 202,587 | 215,087 |
| | | Program increase | | [12,500] |
| 016 | 0602668D8Z | CYBER SECURITY RESEARCH | 15,118 | 25,118 |
| | | Academic cyber institutes | | [10,000] |
| 017 | 0602702E | TACTICAL TECHNOLOGY | 337,602 | 337,602 |
| 018 | 0602715E | MATERIALS AND BIOLOGICAL TECHNOLOGY | 223,976 | 223,976 |
| 019 | 0602716E | ELECTRONICS TECHNOLOGY | 332,192 | 326,192 |
| | | Unjustified growth | | [–6,000] |
| 020 | 0602718BR | COUNTER WEAPONS OF MASS DESTRUCTION APPLIED RESEARCH. | 179,096 | 174,096 |
| | | Unjustified growth | | [–5,000] |
| 021 | 0602751D8Z | SOFTWARE ENGINEERING INSTITUTE (SEI) APPLIED RESEARCH. | 9,580 | 9,580 |
| 022 | 1160401BB | SOF TECHNOLOGY DEVELOPMENT | 40,569 | 40,569 |
| | | **SUBTOTAL APPLIED RESEARCH** | **2,049,458** | **2,049,158** |
| | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 023 | 0603000D8Z | JOINT MUNITIONS ADVANCED TECHNOLOGY | 25,779 | 25,779 |
| 024 | 0603121D8Z | SO/LIC ADVANCED DEVELOPMENT | 5,000 | 5,000 |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT | 70,517 | 75,517 |
| | | Program increase | | [5,000] |
| 026 | 0603133D8Z | FOREIGN COMPARATIVE TESTING | 24,970 | 24,970 |
| 028 | 0603160BR | COUNTER WEAPONS OF MASS DESTRUCTION ADVANCED TECHNOLOGY DEVELOPMENT. | 340,065 | 338,575 |
| | | Excess growth | | [–1,490] |
| 029 | 0603176C | ADVANCED CONCEPTS AND PERFORMANCE ASSESSMENT | 14,208 | 14,208 |
| 030 | 0603178C | WEAPONS TECHNOLOGY | 10,000 | 0 |
| | | MD72 program termination | | [–10,000] |
| 031 | 0603180C | ADVANCED RESEARCH | 20,674 | 27,674 |
| | | Advanced carbon-carbon composites manufacturing | | [7,000] |
| 032 | 0603225D8Z | JOINT DOD-DOE MUNITIONS TECHNOLOGY DEVELOPMENT. | 18,773 | 18,773 |
| 033 | 0603286E | ADVANCED AEROSPACE SYSTEMS | 279,741 | 279,741 |
| 034 | 0603287E | SPACE PROGRAMS AND TECHNOLOGY | 202,606 | 172,606 |
| | | RSGS program delays | | [–30,000] |
| 035 | 0603288D8Z | ANALYTIC ASSESSMENTS | 19,429 | 19,429 |
| 036 | 0603289D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS | 37,645 | 37,645 |
| 037 | 0603291D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS—MHA | 14,668 | 14,668 |
| 038 | 0603294C | COMMON KILL VEHICLE TECHNOLOGY | 13,600 | 13,600 |
| 040 | 0603342D8Z | DEFENSE INNOVATION UNIT (DIU) | 29,398 | 29,398 |
| 041 | 0603375D8Z | TECHNOLOGY INNOVATION | 60,000 | 30,000 |
| | | Insufficient justification | | [–30,000] |
| 042 | 0603384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—ADVANCED DEVELOPMENT. | 172,486 | 172,486 |
| 043 | 0603527D8Z | RETRACT LARCH | 159,688 | 159,688 |
| 044 | 0603618D8Z | JOINT ELECTRONIC ADVANCED TECHNOLOGY | 12,063 | 12,063 |
| 045 | 0603648D8Z | JOINT CAPABILITY TECHNOLOGY DEMONSTRATIONS | 107,359 | 89,859 |
| | | Program reduction | | [–17,500] |
| 046 | 0603662D8Z | NETWORKED COMMUNICATIONS CAPABILITIES | 2,858 | 2,858 |
| 047 | 0603680D8Z | DEFENSE-WIDE MANUFACTURING SCIENCE AND TECHNOLOGY PROGRAM. | 96,397 | 116,397 |
| | | Additive manufacturing | | [10,000] |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Integrated silicon based lasers | | [5,000] |
| | | Program increase | | [5,000] |
| 048 | 0603680S | MANUFACTURING TECHNOLOGY PROGRAM | 42,834 | 42,834 |
| 049 | 0603699D8Z | EMERGING CAPABILITIES TECHNOLOGY DEVELOPMENT | 80,911 | 80,911 |
| 050 | 0603712S | GENERIC LOGISTICS R&D TECHNOLOGY DEMONSTRATIONS. | 10,817 | 10,817 |
| 051 | 0603716D8Z | STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM | 66,157 | 66,157 |
| 052 | 0603720S | MICROELECTRONICS TECHNOLOGY DEVELOPMENT AND SUPPORT. | 171,771 | 171,771 |
| 053 | 0603727D8Z | JOINT WARFIGHTING PROGRAM | 4,846 | 4,846 |
| 054 | 0603739E | ADVANCED ELECTRONICS TECHNOLOGIES | 128,616 | 128,616 |
| 055 | 0603760E | COMMAND, CONTROL AND COMMUNICATIONS SYSTEMS | 232,134 | 232,134 |
| 056 | 0603766E | NETWORK-CENTRIC WARFARE TECHNOLOGY | 512,424 | 507,424 |
| | | Unjustified increase | | [–5,000] |
| 057 | 0603767E | SENSOR TECHNOLOGY | 163,903 | 163,903 |
| 058 | 0603769D8Z | DISTRIBUTED LEARNING ADVANCED TECHNOLOGY DEVELOPMENT. | 13,723 | 13,723 |
| 059 | 0603781D8Z | SOFTWARE ENGINEERING INSTITUTE | 15,111 | 15,111 |
| 060 | 0603826D8Z | QUICK REACTION SPECIAL PROJECTS | 47,147 | 47,147 |
| 061 | 0603833D8Z | ENGINEERING SCIENCE & TECHNOLOGY | 19,376 | 19,376 |
| 062 | 0603924D8Z | HIGH ENERGY LASER ADVANCED TECHNOLOGY PROGRAM. | 85,223 | 85,223 |
| 063 | 0603941D8Z | TEST & EVALUATION SCIENCE & TECHNOLOGY | 175,574 | 185,574 |
| | | Program increase to support NDS technologies | | [10,000] |
| 064 | 0603950D8Z | NATIONAL SECURITY INNOVATION NETWORK | 25,000 | 25,000 |
| 065 | 0604055D8Z | OPERATIONAL ENERGY CAPABILITY IMPROVEMENT | 70,536 | 53,900 |
| | | Excess growth | | [–16,636] |
| 066 | 0303310D8Z | CWMD SYSTEMS | 28,907 | 28,907 |
| 068 | 1160402BB | SOF ADVANCED TECHNOLOGY DEVELOPMENT | 89,154 | 89,154 |
| 069 | 1206310SDA | SPACE SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT. | 20,000 | 20,000 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT.** | **3,742,088** | **3,673,462** |
| | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | | |
| 070 | 0603161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E ADC&P. | 42,695 | 42,695 |
| 071 | 0603600D8Z | WALKOFF | 92,791 | 92,791 |
| 072 | 0603821D8Z | ACQUISITION ENTERPRISE DATA & INFORMATION SERVICES. | 5,659 | 5,659 |
| 073 | 0603851D8Z | ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM. | 66,572 | 68,572 |
| | | ESTCP | | [2,000] |
| 074 | 0603881C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT. | 302,761 | 302,761 |
| 075 | 0603882C | BALLISTIC MISSILE DEFENSE MIDCOURSE DEFENSE SEGMENT. | 1,156,506 | 1,237,606 |
| | | Common booster engineering early to need | | [–15,000] |
| | | Homeland Defense Radar-Hawaii delay | | [–30,400] |
| | | RKV cancellation—on demand communications | | [–13,500] |
| | | RKV Program Termination—Trasfer from RD,DW 109 for SLEP program. | | [140,000] |
| 076 | 0603884BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—DEM/VAL. | 83,662 | 83,662 |
| 077 | 0603884C | BALLISTIC MISSILE DEFENSE SENSORS | 283,487 | 283,487 |
| 078 | 0603890C | BMD ENABLING PROGRAMS | 571,507 | 571,507 |
| 079 | 0603891C | SPECIAL PROGRAMS—MDA | 377,098 | 512,098 |
| | | Classified unfunded priority | | [135,000] |
| 080 | 0603892C | AEGIS BMD | 727,479 | 699,479 |
| | | Unjustified growth | | [–28,000] |
| 081 | 0603896C | BALLISTIC MISSILE DEFENSE COMMAND AND CONTROL, BATTLE MANAGEMENT AND COMMUNICATI. | 564,206 | 562,706 |
| | | IBCS integration delays | | [–1,500] |
| 082 | 0603898C | BALLISTIC MISSILE DEFENSE JOINT WARFIGHTER SUPPORT. | 51,532 | 51,532 |
| 083 | 0603904C | MISSILE DEFENSE INTEGRATION & OPERATIONS CENTER (MDIOC). | 56,161 | 56,161 |
| 084 | 0603906C | REGARDING TRENCH | 22,424 | 22,424 |
| 085 | 0603907C | SEA BASED X-BAND RADAR (SBX) | 128,156 | 128,156 |
| 086 | 0603913C | ISRAELI COOPERATIVE PROGRAMS | 300,000 | 300,000 |
| 087 | 0603914C | BALLISTIC MISSILE DEFENSE TEST | 395,924 | 395,924 |
| 088 | 0603915C | BALLISTIC MISSILE DEFENSE TARGETS | 554,171 | 554,171 |
| 089 | 0603920D8Z | HUMANITARIAN DEMINING | 10,820 | 14,700 |
| | | Program increase | | [3,880] |
| 090 | 0603923D8Z | COALITION WARFARE | 11,316 | 11,316 |
| 091 | 0604016D8Z | DEPARTMENT OF DEFENSE CORROSION PROGRAM | 3,365 | 3,365 |
| 092 | 0604115C | TECHNOLOGY MATURATION INITIATIVES | 303,458 | 269,458 |

WASHSTATEC007857

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | Cancel Neutral Particle Beam | | [–34,000] |
| 093 | 0604132D8Z | MISSILE DEFEAT PROJECT | 17,816 | 10,000 |
| | | Unjustified budget request—program transitioned to services | | [–7,816] |
| 095 | 0604181C | HYPERSONIC DEFENSE | 157,425 | 157,425 |
| 096 | 0604250D8Z | ADVANCED INNOVATIVE TECHNOLOGIES | 1,312,735 | 1,312,735 |
| | | Hypervelocity Gun Weapon System | | [80,000] |
| | | Insufficient justification | | [–80,000] |
| 097 | 0604294D8Z | TRUSTED & ASSURED MICROELECTRONICS | 542,421 | 547,421 |
| | | Trusted and assured microelectronics research | | [5,000] |
| 098 | 0604331D8Z | RAPID PROTOTYPING PROGRAM | 100,957 | 50,957 |
| | | Uncoordinated prototyping efforts | | [–50,000] |
| 099 | 0604341D8Z | DEFENSE INNOVATION UNIT (DIU) PROTOTYPING | 92,000 | 92,000 |
| 100 | 0604400D8Z | DEPARTMENT OF DEFENSE (DOD) UNMANNED SYSTEM COMMON DEVELOPMENT. | 3,021 | 3,021 |
| 102 | 0604672C | HOMELAND DEFENSE RADAR—HAWAII (HDR-H) | 274,714 | 173,598 |
| | | Funding acceleration early to need | | [–60,000] |
| | | Radar foundation and thermal control system early to need | | [–41,116] |
| 103 | 0604673C | PACIFIC DISCRIMINATING RADAR | 6,711 | 6,711 |
| 104 | 0604682D8Z | WARGAMING AND SUPPORT FOR STRATEGIC ANALYSIS (SSA). | 3,751 | 3,751 |
| 105 | 0604775BR | DEFENSE RAPID INNOVATION PROGRAM | 14,021 | 14,021 |
| 107 | 0604826J | JOINT C5 CAPABILITY DEVELOPMENT, INTEGRATION AND INTEROPERABILITY ASSESSMENTS. | 20,062 | 20,062 |
| 108 | 0604873C | LONG RANGE DISCRIMINATION RADAR (LRDR) | 136,423 | 136,423 |
| 109 | 0604874C | IMPROVED HOMELAND DEFENSE INTERCEPTORS | 412,363 | 272,363 |
| | | RKV Termination – transfer to RD,DW 075 for SLEP program | | [–140,000] |
| 110 | 0604876C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT TEST. | 25,137 | 25,137 |
| 111 | 0604878C | AEGIS BMD TEST | 169,822 | 169,822 |
| 112 | 0604879C | BALLISTIC MISSILE DEFENSE SENSOR TEST | 105,530 | 105,530 |
| 113 | 0604880C | LAND-BASED SM–3 (LBSM3) | 38,352 | 38,352 |
| 115 | 0604887C | BALLISTIC MISSILE DEFENSE MIDCOURSE SEGMENT TEST. | 98,139 | 98,139 |
| 117 | 0300206R | ENTERPRISE INFORMATION TECHNOLOGY SYSTEMS | 1,600 | 1,600 |
| 118 | 0303191D8Z | JOINT ELECTROMAGNETIC TECHNOLOGY (JET) PROGRAM | 3,191 | 3,191 |
| 119 | 0305103C | CYBER SECURITY INITIATIVE | 1,138 | 1,138 |
| 120 | 1206410SDA | SPACE TECHNOLOGY DEVELOPMENT AND PROTOTYPING | 85,000 | 55,000 |
| | | Missile defense studies realignment | | [–30,000] |
| 121 | 1206893C | SPACE TRACKING & SURVEILLANCE SYSTEM | 35,849 | 35,849 |
| 122 | 1206895C | BALLISTIC MISSILE DEFENSE SYSTEM SPACE PROGRAMS | 27,565 | 135,565 |
| | | Hypersonic and Ballistic Tracking Space Sensor | | [108,000] |
| 122A | 0604011D8Z | NEXT GENERATION INFORMATION COMMUNICATIONS TECHNOLOGY (5G). | | 275,000 |
| | | NTTR and additional AF installation 5G network | | [100,000] |
| | | Program increase | | [175,000] |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES.** | **9,797,493** | **10,015,041** |
| | | | | |
| | | **SYSTEM DEVELOPMENT AND DEMONSTRATION** | | |
| 123 | 0604161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E SDD. | 11,276 | 11,276 |
| 124 | 0604165D8Z | PROMPT GLOBAL STRIKE CAPABILITY DEVELOPMENT | 107,000 | 76,000 |
| | | Transfer to RDTE, Army Line 100 | | [–31,000] |
| 125 | 0604384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—EMD | 384,047 | 374,047 |
| | | Excess growth | | [–10,000] |
| 126 | 0604771D8Z | JOINT TACTICAL INFORMATION DISTRIBUTION SYSTEM (JTIDS). | 40,102 | 40,102 |
| 127 | 0605000BR | COUNTER WEAPONS OF MASS DESTRUCTION SYSTEMS DEVELOPMENT. | 13,100 | 13,100 |
| 128 | 0605013BL | INFORMATION TECHNOLOGY DEVELOPMENT | 3,070 | 3,070 |
| 129 | 0605021SE | HOMELAND PERSONNEL SECURITY INITIATIVE | 7,295 | 7,295 |
| 130 | 0605022D8Z | DEFENSE EXPORTABILITY PROGRAM | 17,615 | 17,615 |
| 131 | 0605027D8Z | OUSD(C) IT DEVELOPMENT INITIATIVES | 15,653 | 15,653 |
| 132 | 0605070S | DOD ENTERPRISE SYSTEMS DEVELOPMENT AND DEMONSTRATION. | 2,378 | 2,378 |
| 133 | 0605075D8Z | CMO POLICY AND INTEGRATION | 1,618 | 1,618 |
| 134 | 0605080S | DEFENSE AGENCY INITIATIVES (DAI)—FINANCIAL SYSTEM. | 27,944 | 27,944 |
| 135 | 0605090S | DEFENSE RETIRED AND ANNUITANT PAY SYSTEM (DRAS) | 6,609 | 6,609 |
| 136 | 0605210D8Z | DEFENSE-WIDE ELECTRONIC PROCUREMENT CAPABILITIES. | 9,619 | 9,619 |
| 137 | 0605294D8Z | TRUSTED & ASSURED MICROELECTRONICS | 175,032 | 175,032 |
| 138 | 0303140BL | INFORMATION SYSTEMS SECURITY PROGRAM | 425 | 425 |
| 139 | 0303141K | GLOBAL COMBAT SUPPORT SYSTEM | 1,578 | 1,578 |
| 140 | 0305304D8Z | DOD ENTERPRISE ENERGY INFORMATION MANAGEMENT (EEIM). | 4,373 | 4,373 |
| 141 | 0305310D8Z | CWMD SYSTEMS: SYSTEM DEVELOPMENT AND DEMONSTRATION. | 12,854 | 12,854 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **SUBTOTAL SYSTEM DEVELOPMENT AND DEMONSTRATION.** | **841,588** | **800,588** |
| | | **MANAGEMENT SUPPORT** | | |
| 142 | 0603829J | JOINT CAPABILITY EXPERIMENTATION | 13,000 | 13,000 |
| 143 | 0604774D8Z | DEFENSE READINESS REPORTING SYSTEM (DRRS) | 9,724 | 9,724 |
| 144 | 0604875D8Z | JOINT SYSTEMS ARCHITECTURE DEVELOPMENT | 9,593 | 9,593 |
| 145 | 0604940D8Z | CENTRAL TEST AND EVALUATION INVESTMENT DEVELOPMENT (CTEIP). | 260,267 | 260,267 |
| 146 | 0604942D8Z | ASSESSMENTS AND EVALUATIONS | 30,834 | 30,834 |
| 147 | 0605001E | MISSION SUPPORT | 68,498 | 68,498 |
| 148 | 0605100D8Z | JOINT MISSION ENVIRONMENT TEST CAPABILITY (JMETC). | 83,091 | 89,091 |
| | | Cyber range development | | [6,000] |
| 149 | 0605104D8Z | TECHNICAL STUDIES, SUPPORT AND ANALYSIS | 18,079 | 18,079 |
| 150 | 0605126J | JOINT INTEGRATED AIR AND MISSILE DEFENSE ORGANIZATION (JIAMDO). | 70,038 | 70,038 |
| 152 | 0605142D8Z | SYSTEMS ENGINEERING | 37,140 | 37,140 |
| 153 | 0605151D8Z | STUDIES AND ANALYSIS SUPPORT—OSD | 4,759 | 4,759 |
| 154 | 0605161D8Z | NUCLEAR MATTERS-PHYSICAL SECURITY | 8,307 | 8,307 |
| 155 | 0605170D8Z | SUPPORT TO NETWORKS AND INFORMATION INTEGRATION. | 9,441 | 9,441 |
| 156 | 0605200D8Z | GENERAL SUPPORT TO USD (INTELLIGENCE) | 1,700 | 1,700 |
| 157 | 0605384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 110,363 | 110,363 |
| 166 | 0605790D8Z | SMALL BUSINESS INNOVATION RESEARCH (SBIR)/ SMALL BUSINESS TECHNOLOGY TRANSFER. | 3,568 | 3,568 |
| 167 | 0605797D8Z | MAINTAINING TECHNOLOGY ADVANTAGE | 19,936 | 19,936 |
| 168 | 0605798D8Z | DEFENSE TECHNOLOGY ANALYSIS | 16,875 | 19,875 |
| | | National Science, Technology, and Security Roundtable with Academia. | | [3,000] |
| 169 | 0605801KA | DEFENSE TECHNICAL INFORMATION CENTER (DTIC) | 57,716 | 57,716 |
| 170 | 0605803SE | R&D IN SUPPORT OF DOD ENLISTMENT, TESTING AND EVALUATION. | 34,448 | 34,448 |
| 171 | 0605804D8Z | DEVELOPMENT TEST AND EVALUATION | 22,203 | 22,203 |
| 172 | 0605898E | MANAGEMENT HQ—R&D | 13,208 | 13,208 |
| 173 | 0605998KA | MANAGEMENT HQ—DEFENSE TECHNICAL INFORMATION CENTER (DTIC). | 3,027 | 3,027 |
| 174 | 0606100D8Z | BUDGET AND PROGRAM ASSESSMENTS | 8,017 | 8,017 |
| 175 | 0606225D8Z | ODNA TECHNOLOGY AND RESOURCE ANALYSIS | 3,194 | 3,194 |
| 176 | 0606589D8W | DEFENSE DIGITAL SERVICE (DDS) DEVELOPMENT SUPPORT. | 1,000 | 1,000 |
| 179 | 0203345D8Z | DEFENSE OPERATIONS SECURITY INITIATIVE (DOSI) | 3,037 | 3,037 |
| 180 | 0204571J | JOINT STAFF ANALYTICAL SUPPORT | 9,216 | 9,216 |
| 183 | 0303166J | SUPPORT TO INFORMATION OPERATIONS (IO) CAPABILITIES. | 553 | 553 |
| 184 | 0303260D8Z | DEFENSE MILITARY DECEPTION PROGRAM OFFICE (DMDPO). | 1,014 | 1,014 |
| 185 | 0305172K | COMBINED ADVANCED APPLICATIONS | 58,667 | 48,667 |
| | | Unjustified growth | | [–10,000] |
| 187 | 0305245D8Z | INTELLIGENCE CAPABILITIES AND INNOVATION INVESTMENTS. | 21,081 | 21,081 |
| 189 | 0307588D8Z | ALGORITHMIC WARFARE CROSS FUNCTIONAL TEAMS | 221,235 | 221,235 |
| 191 | 0804768J | COCOM EXERCISE ENGAGEMENT AND TRAINING TRANSFORMATION (CE2T2)—NON-MHA. | 40,073 | 40,073 |
| 192 | 0808709SE | DEFENSE EQUAL OPPORTUNITY MANAGEMENT INSTITUTE (DEOMI). | 100 | 100 |
| 193 | 0901598C | MANAGEMENT HQ—MDA | 27,065 | 27,065 |
| 194 | 0903235K | JOINT SERVICE PROVIDER (JSP) | 3,090 | 3,090 |
| 194A | 9999999999 | CLASSIFIED PROGRAMS | 51,471 | 51,471 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **1,354,628** | **1,353,628** |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 195 | 0604130V | ENTERPRISE SECURITY SYSTEM (ESS) | 7,945 | 7,945 |
| 196 | 0604532K | JOINT ARTIFICIAL INTELLIGENCE | 208,834 | 208,834 |
| 197 | 0605127T | REGIONAL INTERNATIONAL OUTREACH (RIO) AND PARTNERSHIP FOR PEACE INFORMATION MANA. | 1,947 | 1,947 |
| 198 | 0605147T | OVERSEAS HUMANITARIAN ASSISTANCE SHARED INFORMATION SYSTEM (OHASIS). | 310 | 310 |
| 199 | 0607210D8Z | INDUSTRIAL BASE ANALYSIS AND SUSTAINMENT SUPPORT. | 10,051 | 18,551 |
| | | Advanced systems manufacturing | | [5,000] |
| | | Rare earth element production | | [3,500] |
| 200 | 0607310D8Z | CWMD SYSTEMS: OPERATIONAL SYSTEMS DEVELOPMENT | 12,734 | 12,734 |
| 201 | 0607327T | GLOBAL THEATER SECURITY COOPERATION MANAGEMENT INFORMATION SYSTEMS (G-TSCMIS). | 14,800 | 10,350 |
| | | Excess growth | | [–4,450] |
| 202 | 0607384BP | CHEMICAL AND BIOLOGICAL DEFENSE (OPERATIONAL SYSTEMS DEVELOPMENT). | 54,023 | 54,023 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| 203 | 0208043J | PLANNING AND DECISION AID SYSTEM (PDAS) | 4,537 | 4,537 |
| 204 | 0208045K | C4I INTEROPERABILITY | 64,122 | 64,122 |
| 210 | 0302019K | DEFENSE INFO INFRASTRUCTURE ENGINEERING AND INTEGRATION. | 15,798 | 15,798 |
| 211 | 0303126K | LONG-HAUL COMMUNICATIONS—DCS | 11,166 | 11,166 |
| 212 | 0303131K | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN). | 17,383 | 17,383 |
| 214 | 0303136G | KEY MANAGEMENT INFRASTRUCTURE (KMI) | 54,516 | 54,516 |
| 215 | 0303140D8Z | INFORMATION SYSTEMS SECURITY PROGRAM | 67,631 | 92,631 |
| | | AI and Cyber Center of Excellence | | [25,000] |
| 216 | 0303140G | INFORMATION SYSTEMS SECURITY PROGRAM | 289,080 | 287,198 |
| | | Realignment to DISA for Sharkseer | | [–1,882] |
| 217 | 0303140K | INFORMATION SYSTEMS SECURITY PROGRAM | 42,796 | 44,678 |
| | | Realignment for Sharkseer | | [1,882] |
| 218 | 0303150K | GLOBAL COMMAND AND CONTROL SYSTEM | 25,218 | 25,218 |
| 219 | 0303153K | DEFENSE SPECTRUM ORGANIZATION | 21,698 | 21,698 |
| 220 | 0303228K | JOINT REGIONAL SECURITY STACKS (JRSS) | 18,077 | 18,077 |
| 222 | 0303430K | FEDERAL INVESTIGATIVE SERVICES INFORMATION TECHNOLOGY. | 44,001 | 44,001 |
| 228 | 0305128V | SECURITY AND INVESTIGATIVE ACTIVITIES | 2,400 | 2,400 |
| 232 | 0305186D8Z | POLICY R&D PROGRAMS | 6,301 | 6,301 |
| 233 | 0305199D8Z | NET CENTRICITY | 21,384 | 21,384 |
| 235 | 0305208BB | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 6,359 | 6,359 |
| 238 | 0305208K | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 2,981 | 2,981 |
| 241 | 0305327V | INSIDER THREAT | 1,964 | 1,964 |
| 242 | 0305387D8Z | HOMELAND DEFENSE TECHNOLOGY TRANSFER PROGRAM. | 2,221 | 2,221 |
| 250 | 0708012K | LOGISTICS SUPPORT ACTIVITIES | 1,361 | 1,361 |
| 251 | 0708012S | PACIFIC DISASTER CENTERS | 1,770 | 1,770 |
| 252 | 0708047S | DEFENSE PROPERTY ACCOUNTABILITY SYSTEM | 3,679 | 3,679 |
| 254 | 1105219BB | MQ–9 UAV | 20,697 | 20,697 |
| 256 | 1160403BB | AVIATION SYSTEMS | 245,795 | 262,995 |
| | | Program increase—Future Vertical Lift | | [8,800] |
| | | UPL FVL realignment from RFCM | | [8,400] |
| 257 | 1160405BB | INTELLIGENCE SYSTEMS DEVELOPMENT | 15,484 | 15,484 |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS | 166,922 | 166,922 |
| 259 | 1160431BB | WARRIOR SYSTEMS | 62,332 | 62,332 |
| 260 | 1160432BB | SPECIAL PROGRAMS | 21,805 | 21,805 |
| 261 | 1160434BB | UNMANNED ISR | 37,377 | 37,377 |
| 262 | 1160480BB | SOF TACTICAL VEHICLES | 11,150 | 11,150 |
| 263 | 1160483BB | MARITIME SYSTEMS | 72,626 | 72,626 |
| 264 | 1160489BB | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | 5,363 | 5,363 |
| 265 | 1160490BB | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 12,962 | 12,962 |
| 266 | 1203610K | TELEPORT PROGRAM | 6,158 | 6,158 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 4,542,640 | 4,542,640 |
| | | **SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT.** | **6,258,398** | **6,304,648** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **46,250** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW.** | **24,772,953** | **24,971,825** |
| | | **OPERATIONAL TEST & EVAL, DEFENSE** | | |
| | | **MANAGEMENT SUPPORT** | | |
| 001 | 0605118OTE | OPERATIONAL TEST AND EVALUATION | 93,291 | 93,291 |
| 002 | 0605131OTE | LIVE FIRE TEST AND EVALUATION | 69,172 | 69,172 |
| 003 | 0605814OTE | OPERATIONAL TEST ACTIVITIES AND ANALYSES | 58,737 | 58,737 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **221,200** | **221,200** |
| | | **TOTAL OPERATIONAL TEST & EVAL, DEFENSE** | **221,200** | **221,200** |
| | | **TOTAL RDT&E** | **103,395,545** | **102,309,846** |

## SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS.

**SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS**
**(In Thousands of Dollars)**

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING | 500 | 500 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY | 3,000 | 3,000 |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV | 1,085 | 1,085 |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) | 6,000 | 0 |
| | | Unjustified request | | [–6,000] |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING. | 4,529 | 4,529 |
| 105 | 0604785A | INTEGRATED BASE DEFENSE (BUDGET ACTIVITY 4) | 2,000 | 2,000 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **17,114** | **17,114** |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 11,770 | 11,770 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 77,420 | 77,420 |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION | 19,527 | 19,527 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT | 3,200 | 3,200 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **111,917** | **111,917** |
| | | **RDT&E MANAGEMENT SUPPORT** | | |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,875 | 1,875 |
| | | **SUBTOTAL RDT&E MANAGEMENT SUPPORT** | **1,875** | **1,875** |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 22,904 | 22,904 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 34,100 | 34,100 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 14,000 | 14,000 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,214 | 2,214 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **73,218** | **73,218** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY.** | **204,124** | **198,124** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS | 2,400 | 2,400 |
| 038 | 0603527N | RETRACT LARCH | 22,000 | 22,000 |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 14,178 | 14,178 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 1,428 | 1,428 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **40,006** | **40,006** |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 1,122 | 1,122 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION.** | **1,122** | **1,122** |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 15,000 | 15,000 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS | 108,282 | 108,282 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **123,282** | **123,282** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY.** | **164,410** | **164,410** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | |
| 048 | 0604858F | TECH TRANSITION PROGRAM | 26,450 | 26,450 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE | 17,885 | 17,885 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES.** | **44,335** | **44,335** |

WASHSTATEC007861

SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 177 | 0205671F | JOINT COUNTER RCIED ELECTRONIC WARFARE | 4,000 | 4,000 |
| 217 | 0208288F | INTEL DATA APPLICATIONS | 1,200 | 1,200 |
| 311A | 9999999999 | CLASSIFIED PROGRAMS | 78,713 | 78,713 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **83,913** | **83,913** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | **128,248** | **128,248** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | |
| | | **APPLIED RESEARCH** | | |
| 010 | 0602134BR | COUNTER IMPROVISED-THREAT ADVANCED STUDIES | 1,677 | 1,677 |
| | | **SUBTOTAL APPLIED RESEARCH** | **1,677** | **1,677** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT | 25,230 | 25,230 |
| 027 | 0603134BR | COUNTER IMPROVISED-THREAT SIMULATION | 49,528 | 49,528 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** | **74,758** | **74,758** |
| | | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | | |
| 094 | 0604134BR | COUNTER IMPROVISED-THREAT DEMONSTRATION, PROTOTYPE DEVELOPMENT, AND TESTING. | 113,590 | 113,590 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES.** | **113,590** | **113,590** |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** | | |
| | | **UNDISTRIBUTED** | | |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS | 726 | 726 |
| 259 | 1160431BB | WARRIOR SYSTEMS | 6,000 | 6,000 |
| 261 | 1160434BB | UNMANNED ISR | 5,000 | 5,000 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 200,199 | 200,199 |
| | | **SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT** | **211,925** | **211,925** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | **401,950** | **401,950** |
| | | **TOTAL RDT&E** | **898,732** | **892,732** |

## SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS.

SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | |
| | | **MANAGEMENT SUPPORT** | | |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT | 0 | 129,000 |
| | | Earthquake damage recovery | | [129,000] |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY.** | **0** | **129,000** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | |
| | | **MANAGEMENT SUPPORT** | | |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 0 | 14,436 |
| | | Earthquake damage recovery | | [14,436] |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 0 | 1,060 |
| | | Earthquake damage recovery | | [1,060] |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | **0** | **15,496** |
| | | **TOTAL RDT&E** | **0** | **144,496** |

# TITLE XLIII—OPERATION AND MAINTENANCE

Sec. 4301. Operation and maintenance.

WASHSTATEC007862

Sec. 4302. Operation and maintenance for overseas contingency operations.
Sec. 4303. Operation and maintenance for emergency requirements.

**SEC. 4301. OPERATION AND MAINTENANCE.**

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATION & MAINTENANCE, ARMY** | | |
| | **OPERATING FORCES** | | |
| 010 | MANEUVER UNITS | 1,735,922 | 1,398,674 |
| | Realignment to OCO | | [–260,548] |
| | Unjustified growth | | [–76,700] |
| 020 | MODULAR SUPPORT BRIGADES | 127,815 | 124,665 |
| | Unjustified growth | | [–3,150] |
| 030 | ECHELONS ABOVE BRIGADE | 716,356 | 709,356 |
| | Unjustified growth | | [–7,000] |
| 040 | THEATER LEVEL ASSETS | 890,891 | 878,891 |
| | Unjustified growth | | [–12,000] |
| 050 | LAND FORCES OPERATIONS SUPPORT | 1,232,477 | 1,222,977 |
| | Unjustified growth | | [–9,500] |
| 060 | AVIATION ASSETS | 1,355,606 | 1,269,106 |
| | Excess to need | | [–86,500] |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,882,315 | 2,664,315 |
| | Female personal protective equipment | | [2,000] |
| | Realignment to OCO | | [–1,100,000] |
| | Unjustified growth | | [–120,000] |
| 080 | LAND FORCES SYSTEMS READINESS | 417,069 | 446,269 |
| | UPL MDTF INDOPACOM | | [29,200] |
| 090 | LAND FORCES DEPOT MAINTENANCE | 1,633,327 | 1,608,327 |
| | Unjustified growth | | [–25,000] |
| 100 | BASE OPERATIONS SUPPORT | 8,047,933 | 8,002,933 |
| | Unjustified growth | | [–45,000] |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,326,840 | 4,326,840 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 405,612 | 405,612 |
| 160 | US AFRICA COMMAND | 251,511 | 243,011 |
| | Unjustified growth | | [–8,500] |
| 170 | US EUROPEAN COMMAND | 146,358 | 146,358 |
| 180 | US SOUTHERN COMMAND | 191,840 | 209,840 |
| | Multi-Mission Support Vessel | | [18,000] |
| 190 | US FORCES KOREA | 57,603 | 57,603 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 423,156 | 423,156 |
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 551,185 | 551,185 |
| | **SUBTOTAL OPERATING FORCES** | **26,393,816** | **24,689,118** |
| | **MOBILIZATION** | | |
| 220 | STRATEGIC MOBILITY | 380,577 | 380,577 |
| 230 | ARMY PREPOSITIONED STOCKS | 362,942 | 362,942 |
| 240 | INDUSTRIAL PREPAREDNESS | 4,637 | 5,637 |
| | Advanced Manufacturing COE Tech Roadmapping | | [1,000] |
| | **SUBTOTAL MOBILIZATION** | **748,156** | **749,156** |
| | **TRAINING AND RECRUITING** | | |
| 250 | OFFICER ACQUISITION | 157,175 | 157,175 |
| 260 | RECRUIT TRAINING | 55,739 | 55,739 |
| 270 | ONE STATION UNIT TRAINING | 62,300 | 62,300 |
| 280 | SENIOR RESERVE OFFICERS TRAINING CORPS | 538,357 | 538,357 |
| 290 | SPECIALIZED SKILL TRAINING | 969,813 | 969,813 |
| 300 | FLIGHT TRAINING | 1,234,049 | 1,234,049 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 218,338 | 218,338 |
| 320 | TRAINING SUPPORT | 554,659 | 552,659 |
| | Excess travel request | | [–2,000] |
| 330 | RECRUITING AND ADVERTISING | 716,056 | 706,056 |
| | Unjustified growth for recruiting | | [–10,000] |
| 340 | EXAMINING | 185,034 | 185,034 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 214,275 | 214,275 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 147,647 | 147,647 |
| 370 | JUNIOR RESERVE OFFICER TRAINING CORPS | 173,812 | 173,812 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **5,227,254** | **5,215,254** |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 390 | SERVICEWIDE TRANSPORTATION | 559,229 | 559,229 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 929,944 | 928,944 |
| | Excess personnel | | [–1,000] |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 629,981 | 629,981 |
| 420 | AMMUNITION MANAGEMENT | 458,771 | 451,771 |
| | Unjustified growth | | [–7,000] |
| 430 | ADMINISTRATION | 428,768 | 418,768 |
| | Unjustified growth | | [–10,000] |
| 440 | SERVICEWIDE COMMUNICATIONS | 1,512,736 | 1,472,736 |
| | Program decrease unaccounted for | | [–40,000] |
| 450 | MANPOWER MANAGEMENT | 272,738 | 272,738 |
| 460 | OTHER PERSONNEL SUPPORT | 391,869 | 361,869 |
| | Unjustified growth | | [–30,000] |
| 470 | OTHER SERVICE SUPPORT | 1,901,165 | 1,881,165 |
| | Unjustified headquarters growth | | [–20,000] |
| 480 | ARMY CLAIMS ACTIVITIES | 198,765 | 191,265 |
| | Historical underexecution | | [–7,500] |
| 490 | REAL ESTATE MANAGEMENT | 226,248 | 226,248 |
| 500 | FINANCIAL MANAGEMENT AND AUDIT READINESS | 315,489 | 292,489 |
| | Program decrease unaccounted for | | [–23,000] |
| 510 | INTERNATIONAL MILITARY HEADQUARTERS | 427,254 | 427,254 |
| 520 | MISC. SUPPORT OF OTHER NATIONS | 43,248 | 43,248 |
| 565 | CLASSIFIED PROGRAMS | 1,347,053 | 1,347,053 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **9,643,258** | **9,504,758** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** | **42,012,484** | **40,158,286** |
| | | | |
| | **OPERATION & MAINTENANCE, ARMY RES** | | |
| | **OPERATING FORCES** | | |
| 010 | MODULAR SUPPORT BRIGADES | 11,927 | 11,927 |
| 020 | ECHELONS ABOVE BRIGADE | 533,015 | 533,015 |
| 030 | THEATER LEVEL ASSETS | 119,517 | 118,101 |
| | Insufficient justification | | [–1,416] |
| 040 | LAND FORCES OPERATIONS SUPPORT | 550,468 | 543,468 |
| | Insufficient justification | | [–7,000] |
| 050 | AVIATION ASSETS | 86,670 | 85,170 |
| | Unjustified growth | | [–1,500] |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 390,061 | 388,661 |
| | Excess civilian increase | | [–1,400] |
| 070 | LAND FORCES SYSTEMS READINESS | 101,890 | 101,890 |
| 080 | LAND FORCES DEPOT MAINTENANCE | 48,503 | 48,503 |
| 090 | BASE OPERATIONS SUPPORT | 598,907 | 594,707 |
| | Insufficient justification | | [–4,200] |
| 100 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 444,376 | 444,376 |
| 110 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 22,095 | 22,095 |
| 120 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 3,288 | 3,288 |
| 130 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,655 | 7,655 |
| | **SUBTOTAL OPERATING FORCES** | **2,918,372** | **2,902,856** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| | **UNDISTRIBUTED** | | |
| 140 | SERVICEWIDE TRANSPORTATION | 14,533 | 14,533 |
| 150 | ADMINISTRATION | 17,231 | 17,231 |
| 160 | SERVICEWIDE COMMUNICATIONS | 14,304 | 14,304 |
| 170 | MANPOWER MANAGEMENT | 6,129 | 6,129 |
| 180 | RECRUITING AND ADVERTISING | 58,541 | 58,541 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **110,738** | **110,738** |
| 200 | UNDISTRIBUTED | | –25,000 |
| | Overestimation of civilian FTE targets | | [–25,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **–25,000** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** | **3,029,110** | **2,988,594** |
| | | | |
| | **OPERATION & MAINTENANCE, ARNG** | | |
| | **UNDISTRIBUTED** | | |
| 010 | MANEUVER UNITS | 805,671 | 775,671 |
| | Excess growth | | [–30,000] |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 020 | MODULAR SUPPORT BRIGADES | 195,334 | 193,334 |
| | Excess growth | | [–2,000] |
| 030 | ECHELONS ABOVE BRIGADE | 771,048 | 770,548 |
| | Excess growth | | [–500] |
| 040 | THEATER LEVEL ASSETS | 94,726 | 94,226 |
| | Excess growth | | [–500] |
| 050 | LAND FORCES OPERATIONS SUPPORT | 33,696 | 35,185 |
| | Program increase—advanced trauma training program | | [1,489] |
| 060 | AVIATION ASSETS | 981,819 | 973,819 |
| | Insufficient justification | | [–8,000] |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 743,206 | 743,206 |
| 080 | LAND FORCES SYSTEMS READINESS | 50,963 | 50,963 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 258,278 | 254,028 |
| | Insufficient justification | | [–4,250] |
| 100 | BASE OPERATIONS SUPPORT | 1,153,076 | 1,133,076 |
| | Insufficient justification | | [–20,000] |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 1,113,475 | 1,113,475 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 1,001,042 | 987,042 |
| | Insufficient justification | | [–14,000] |
| 130 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 8,448 | 8,448 |
| 140 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,768 | 7,768 |
| | **SUBTOTAL OPERATING FORCES** | **7,218,550** | **7,140,789** |
| 210 | UNDISTRIBUTED | | –20,000 |
| | Overestimation of civilian FTE targets | | [–20,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **–20,000** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 150 | SERVICEWIDE TRANSPORTATION | 9,890 | 9,890 |
| 160 | ADMINISTRATION | 71,070 | 71,070 |
| 170 | SERVICEWIDE COMMUNICATIONS | 68,213 | 62,213 |
| | Program decrease unaccounted for | | [–6,000] |
| 180 | MANPOWER MANAGEMENT | 8,628 | 8,628 |
| 190 | OTHER PERSONNEL SUPPORT | 250,376 | 250,376 |
| 200 | REAL ESTATE MANAGEMENT | 2,676 | 2,676 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **410,853** | **404,853** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **7,629,403** | **7,525,642** |
| | | | |
| | **OPERATION & MAINTENANCE, NAVY** | | |
| | **OPERATING FORCES** | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 5,309,109 | 4,659,109 |
| | Projected underexecution | | [–50,000] |
| | Realignment to OCO | | [–600,000] |
| 020 | FLEET AIR TRAINING | 2,284,828 | 2,249,828 |
| | Projected underexecution | | [–35,000] |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 59,299 | 59,299 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 155,896 | 155,896 |
| 050 | AIR SYSTEMS SUPPORT | 719,107 | 719,107 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 1,154,181 | 1,154,181 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 60,402 | 59,202 |
| | Excess growth | | [–1,200] |
| 080 | AVIATION LOGISTICS | 1,241,421 | 1,219,421 |
| | Projected underexecution | | [–22,000] |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 4,097,262 | 3,547,262 |
| | Realignment to OCO | | [–450,000] |
| | Unjustified growth | | [–100,000] |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 1,031,792 | 1,029,792 |
| | Excess civilian growth | | [–2,000] |
| 110 | SHIP DEPOT MAINTENANCE | 8,061,298 | 8,714,298 |
| | Program increase | | [653,000] |
| 120 | SHIP DEPOT OPERATIONS SUPPORT | 2,073,641 | 2,066,141 |
| | Insufficient justification | | [–7,500] |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 1,378,856 | 1,364,856 |
| | Unjustified growth | | [–14,000] |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 276,245 | 273,745 |
| | Unjustified growth | | [–2,500] |
| 150 | WARFARE TACTICS | 675,209 | 675,209 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 389,516 | 389,516 |
| 170 | COMBAT SUPPORT FORCES | 1,536,310 | 1,126,310 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Realignment to OCO | | [–400,000] |
| | Unjustified growth | | [–10,000] |
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT | 161,579 | 161,579 |
| 190 | COMBATANT COMMANDERS CORE OPERATIONS | 59,521 | 59,521 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT | 93,978 | 98,978 |
| | Posture site assessments INDOPACOM | | [5,000] |
| 210 | MILITARY INFORMATION SUPPORT OPERATIONS | 8,641 | 8,641 |
| 220 | CYBERSPACE ACTIVITIES | 496,385 | 496,385 |
| 230 | FLEET BALLISTIC MISSILE | 1,423,339 | 1,423,339 |
| 240 | WEAPONS MAINTENANCE | 924,069 | 895,032 |
| | Insufficient justification | | [–29,037] |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 540,210 | 540,210 |
| 260 | ENTERPRISE INFORMATION | 1,131,627 | 1,111,627 |
| | Unjustified growth | | [–20,000] |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 3,029,634 | 3,029,634 |
| 280 | BASE OPERATING SUPPORT | 4,414,943 | 4,414,943 |
| | **SUBTOTAL OPERATING FORCES** | **42,788,298** | **41,703,061** |
| | | | |
| | **MOBILIZATION** | | |
| 290 | SHIP PREPOSITIONING AND SURGE | 942,902 | 942,902 |
| 300 | READY RESERVE FORCE | 352,044 | 352,044 |
| 310 | SHIP ACTIVATIONS/INACTIVATIONS | 427,555 | 427,555 |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 137,597 | 137,597 |
| 330 | COAST GUARD SUPPORT | 24,604 | 24,604 |
| | **SUBTOTAL MOBILIZATION** | **1,884,702** | **1,884,702** |
| | | | |
| | **TRAINING AND RECRUITING** | | |
| 340 | OFFICER ACQUISITION | 150,765 | 150,765 |
| 350 | RECRUIT TRAINING | 11,584 | 11,584 |
| 360 | RESERVE OFFICERS TRAINING CORPS | 159,133 | 159,133 |
| 370 | SPECIALIZED SKILL TRAINING | 911,316 | 891,316 |
| | Insufficient justification | | [–20,000] |
| 380 | PROFESSIONAL DEVELOPMENT EDUCATION | 185,211 | 186,261 |
| | Program increase: Sea Cadets | | [1,050] |
| 390 | TRAINING SUPPORT | 267,224 | 267,224 |
| 400 | RECRUITING AND ADVERTISING | 209,252 | 204,252 |
| | Insufficient justification | | [–5,000] |
| 410 | OFF-DUTY AND VOLUNTARY EDUCATION | 88,902 | 88,902 |
| 420 | CIVILIAN EDUCATION AND TRAINING | 67,492 | 67,492 |
| 430 | JUNIOR ROTC | 55,164 | 55,164 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **2,106,043** | **2,082,093** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 440 | ADMINISTRATION | 1,143,358 | 1,103,358 |
| | Unjustified growth | | [–40,000] |
| 450 | CIVILIAN MANPOWER AND PERSONNEL MANAGEMENT | 178,342 | 175,342 |
| | Excess civilian growth | | [–3,000] |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 418,413 | 418,413 |
| 490 | SERVICEWIDE TRANSPORTATION | 157,465 | 157,465 |
| 510 | PLANNING, ENGINEERING, AND PROGRAM SUPPORT | 485,397 | 490,397 |
| | REPO | | [5,000] |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 654,137 | 647,137 |
| | Unjustified growth | | [–7,000] |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 718,061 | 718,061 |
| 645 | CLASSIFIED PROGRAMS | 591,535 | 591,535 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **4,346,708** | **4,301,708** |
| | | | |
| | **UNDISTRIBUTED** | | |
| 650 | UNDISTRIBUTED | | –20,000 |
| | Overestimation of civilian FTE targets | | [–20,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **–20,000** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **51,125,751** | **49,951,564** |
| | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATIONAL FORCES | 968,224 | 727,224 |
| | Excess civilian growth | | [–1,000] |
| | Realignment to OCO | | [–200,000] |

WASHSTATEC007866

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | Unjustified growth | | [–40,000] |
| 020 | FIELD LOGISTICS | 1,278,533 | 1,064,533 |
| | Realignment to OCO | | [–200,000] |
| | Unjustified growth | | [–14,000] |
| 030 | DEPOT MAINTENANCE | 232,991 | 232,991 |
| 040 | MARITIME PREPOSITIONING | 100,396 | 100,396 |
| 050 | CYBERSPACE ACTIVITIES | 203,580 | 203,580 |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | 1,559,034 | 1,559,034 |
| 070 | BASE OPERATING SUPPORT | 2,253,776 | 2,223,776 |
| | Unjustified growth | | [–30,000] |
| | **SUBTOTAL OPERATING FORCES** | **6,596,534** | **6,111,534** |
| | **TRAINING AND RECRUITING** | | |
| 080 | RECRUIT TRAINING | 21,240 | 21,240 |
| 090 | OFFICER ACQUISITION | 1,168 | 1,168 |
| 100 | SPECIALIZED SKILL TRAINING | 106,601 | 106,601 |
| 110 | PROFESSIONAL DEVELOPMENT EDUCATION | 49,095 | 49,095 |
| 120 | TRAINING SUPPORT | 407,315 | 407,315 |
| 130 | RECRUITING AND ADVERTISING | 210,475 | 210,475 |
| 140 | OFF-DUTY AND VOLUNTARY EDUCATION | 42,810 | 42,810 |
| 150 | JUNIOR ROTC | 25,183 | 25,183 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **863,887** | **863,887** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 160 | SERVICEWIDE TRANSPORTATION | 29,894 | 29,894 |
| 170 | ADMINISTRATION | 384,352 | 384,352 |
| 225 | CLASSIFIED PROGRAMS | 52,057 | 52,057 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **466,303** | **466,303** |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **7,926,724** | **7,441,724** |
| | **OPERATION & MAINTENANCE, NAVY RES** | | |
| | **OPERATING FORCES** | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 654,220 | 629,220 |
| | Unjustified growth | | [–25,000] |
| 020 | INTERMEDIATE MAINTENANCE | 8,767 | 8,767 |
| 030 | AIRCRAFT DEPOT MAINTENANCE | 108,236 | 108,236 |
| 040 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 463 | 463 |
| 050 | AVIATION LOGISTICS | 26,014 | 26,014 |
| 060 | SHIP OPERATIONS SUPPORT & TRAINING | 583 | 583 |
| 070 | COMBAT COMMUNICATIONS | 17,883 | 17,883 |
| 080 | COMBAT SUPPORT FORCES | 128,079 | 128,079 |
| 090 | CYBERSPACE ACTIVITIES | 356 | 356 |
| 100 | ENTERPRISE INFORMATION | 26,133 | 26,133 |
| 110 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 35,397 | 35,397 |
| 120 | BASE OPERATING SUPPORT | 101,376 | 101,376 |
| | **SUBTOTAL OPERATING FORCES** | **1,107,507** | **1,082,507** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 130 | ADMINISTRATION | 1,888 | 1,888 |
| 140 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 12,778 | 12,778 |
| 150 | ACQUISITION AND PROGRAM MANAGEMENT | 2,943 | 2,943 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **17,609** | **17,609** |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** | **1,125,116** | **1,100,116** |
| | **OPERATION & MAINTENANCE, MC RESERVE** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATING FORCES | 106,484 | 106,484 |
| 020 | DEPOT MAINTENANCE | 18,429 | 18,429 |
| 030 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 47,516 | 47,516 |
| 040 | BASE OPERATING SUPPORT | 106,073 | 106,073 |
| | **SUBTOTAL OPERATING FORCES** | **278,502** | **278,502** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 050 | ADMINISTRATION | 13,574 | 13,574 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **13,574** | **13,574** |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **292,076** | **292,076** |
| | **OPERATION & MAINTENANCE, AIR FORCE** | | |
| | **OPERATING FORCES** | | |
| 010 | PRIMARY COMBAT FORCES | 729,127 | 729,127 |
| 020 | COMBAT ENHANCEMENT FORCES | 1,318,770 | 918,770 |
| | Realignment to OCO | | [–400,000] |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 1,486,790 | 1,446,790 |
| | Unjustified growth | | [–40,000] |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 3,334,792 | 3,299,792 |
| | Unjustified growth | | [–35,000] |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,142,435 | 4,142,435 |
| 060 | CYBERSPACE SUSTAINMENT | 228,811 | 228,811 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 8,329,364 | 8,347,364 |
| | Expansion of Conditions Based Maintenance Plus (CBM+) | | [18,000] |
| 080 | FLYING HOUR PROGRAM | 4,048,773 | 3,418,773 |
| | Realignment to OCO | | [–550,000] |
| | Unjustified growth | | [–80,000] |
| 090 | BASE OPERATIONS SUPPORT | 7,223,982 | 6,933,982 |
| | Insufficient justification | | [–90,000] |
| | Realignment to OCO | | [–200,000] |
| 100 | GLOBAL C3I AND EARLY WARNING | 964,553 | 964,553 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 1,032,307 | 1,026,161 |
| | Unjustified growth | | [–6,146] |
| 120 | CYBERSPACE ACTIVITIES | 670,076 | 670,076 |
| 140 | LAUNCH FACILITIES | 179,980 | 179,980 |
| 150 | SPACE CONTROL SYSTEMS | 467,990 | 464,390 |
| | Insufficient justification | | [–3,600] |
| 160 | US NORTHCOM/NORAD | 184,655 | 184,655 |
| 170 | US STRATCOM | 478,357 | 478,357 |
| 180 | US CYBERCOM | 323,121 | 347,921 |
| | Accelerate development of Cyber National Mission Force capabilities | | [1,500] |
| | Cyber National Mission Force mobile & modular hunt forward kit | | [5,300] |
| | ETERNALDARKNESS | | [18,000] |
| 190 | US CENTCOM | 160,989 | 160,989 |
| 200 | US SOCOM | 6,225 | 6,225 |
| 210 | US TRANSCOM | 544 | 544 |
| 220 | CENTCOM CYBERSPACE SUSTAINMENT | 2,073 | 2,073 |
| 230 | USSPACECOM | 70,588 | 70,588 |
| 235 | CLASSIFIED PROGRAMS | 1,322,944 | 1,316,694 |
| | Unjustified increase | | [–6,250] |
| | **SUBTOTAL OPERATING FORCES** | **36,707,246** | **35,339,050** |
| | **MOBILIZATION** | | |
| 240 | AIRLIFT OPERATIONS | 1,158,142 | 1,158,142 |
| 250 | MOBILIZATION PREPAREDNESS | 138,672 | 130,172 |
| | Unjustified growth | | [–8,500] |
| | **SUBTOTAL MOBILIZATION** | **1,296,814** | **1,288,314** |
| | **TRAINING AND RECRUITING** | | |
| 260 | OFFICER ACQUISITION | 130,835 | 130,835 |
| 270 | RECRUIT TRAINING | 26,021 | 26,021 |
| 280 | RESERVE OFFICERS TRAINING CORPS (ROTC) | 121,391 | 121,391 |
| 290 | SPECIALIZED SKILL TRAINING | 454,539 | 414,539 |
| | Unjustified growth | | [–40,000] |
| 300 | FLIGHT TRAINING | 600,565 | 600,565 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 282,788 | 282,788 |
| 320 | TRAINING SUPPORT | 123,988 | 113,988 |
| | Unjustified growth | | [–10,000] |
| 330 | RECRUITING AND ADVERTISING | 167,731 | 162,731 |
| | Unjustified growth | | [–5,000] |
| 340 | EXAMINING | 4,576 | 4,576 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 211,911 | 211,911 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 219,021 | 219,021 |
| 370 | JUNIOR ROTC | 62,092 | 62,092 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **2,405,458** | **2,350,458** |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **ADMIN & SRVWD ACTIVITIES** | | |
| | **UNDISTRIBUTED** | | |
| 380 | LOGISTICS OPERATIONS | 664,926 | 664,926 |
| 390 | TECHNICAL SUPPORT ACTIVITIES | 101,483 | 101,483 |
| 400 | ADMINISTRATION | 892,480 | 892,480 |
| 410 | SERVICEWIDE COMMUNICATIONS | 152,532 | 122,532 |
| | Insufficient justification | | [–30,000] |
| 420 | OTHER SERVICEWIDE ACTIVITIES | 1,254,089 | 1,204,089 |
| | Program decrease unaccounted for | | [–20,000] |
| | Remove one-time fiscal year 2019 increase | | [–30,000] |
| 430 | CIVIL AIR PATROL | 30,070 | 37,200 |
| | Improved emergency crew readiness | | [7,130] |
| 460 | INTERNATIONAL SUPPORT | 136,110 | 136,110 |
| 465 | CLASSIFIED PROGRAMS | 1,269,624 | 1,269,624 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **4,501,314** | **4,428,444** |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** | **44,910,832** | **43,406,266** |
| | **OPERATION & MAINTENANCE, SPACE FORCE** | | |
| | **UNDISTRIBUTED** | | |
| 010 | BASE SUPPORT | 72,436 | 72,436 |
| | **SUBTOTAL OPERATING FORCES** | **72,436** | **72,436** |
| | **TOTAL OPERATION & MAINTENANCE, SPACE FORCE** | **72,436** | **72,436** |
| | **OPERATION & MAINTENANCE, AF RESERVE** | | |
| | **OPERATING FORCES** | | |
| 010 | PRIMARY COMBAT FORCES | 1,781,413 | 1,756,413 |
| | Delay in KC–46 aircraft delivery | | [–25,000] |
| 020 | MISSION SUPPORT OPERATIONS | 209,650 | 204,150 |
| | Unjustified growth | | [–5,500] |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 494,235 | 484,235 |
| | Excess growth | | [–10,000] |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 128,746 | 128,746 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 256,512 | 256,512 |
| 060 | BASE SUPPORT | 414,626 | 414,626 |
| 070 | CYBERSPACE ACTIVITIES | 1,673 | 1,673 |
| | **SUBTOTAL OPERATING FORCES** | **3,286,855** | **3,246,355** |
| | **ADMINISTRATION AND SERVICEWIDE ACTIVITIES** | | |
| | **UNDISTRIBUTED** | | |
| 080 | ADMINISTRATION | 69,436 | 69,436 |
| 090 | RECRUITING AND ADVERTISING | 22,124 | 22,124 |
| 100 | MILITARY MANPOWER AND PERS MGMT (ARPC) | 10,946 | 10,946 |
| 110 | OTHER PERS SUPPORT (DISABILITY COMP) | 7,009 | 7,009 |
| 120 | AUDIOVISUAL | 448 | 448 |
| | **SUBTOTAL ADMINISTRATION AND SERVICEWIDE ACTIVITIES** | **109,963** | **109,963** |
| | **TOTAL OPERATION & MAINTENANCE, AF RESERVE** | **3,396,818** | **3,356,318** |
| | **OPERATION & MAINTENANCE, ANG** | | |
| | **OPERATING FORCES** | | |
| 010 | AIRCRAFT OPERATIONS | 2,497,967 | 2,472,967 |
| | Delay in KC–46 aircraft delivery | | [–25,000] |
| 020 | MISSION SUPPORT OPERATIONS | 600,377 | 585,377 |
| | Insufficient justification | | [–15,000] |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 879,467 | 879,467 |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 400,734 | 400,734 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 1,299,089 | 1,299,089 |
| 060 | BASE SUPPORT | 911,775 | 911,775 |
| 070 | CYBERSPACE SUSTAINMENT | 24,742 | 24,742 |
| 080 | CYBERSPACE ACTIVITIES | 25,507 | 25,507 |
| | **SUBTOTAL OPERATING FORCES** | **6,639,658** | **6,599,658** |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **ADMINISTRATION AND SERVICE-WIDE ACTIVITIES UNDISTRIBUTED** | | |
| 090 | ADMINISTRATION | 47,215 | 47,215 |
| 100 | RECRUITING AND ADVERTISING | 40,356 | 40,356 |
| | **SUBTOTAL ADMINISTRATION AND SERVICE-WIDE ACTIVITIES** | **87,571** | **87,571** |
| 110 | UNDISTRIBUTED | | –30,000 |
| | Maintain program affordability: Overestimation of civilian FTE targets | | [–30,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **–30,000** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **6,727,229** | **6,657,229** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE OPERATING FORCES** | | |
| 010 | JOINT CHIEFS OF STAFF | 409,542 | 392,542 |
| | Program decrease unaccounted for | | [–12,000] |
| | Remove one-time fiscal year 2019 costs | | [–5,000] |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 | 579,179 | 579,179 |
| 030 | JOINT CHIEFS OF STAFF—CYBER | 24,598 | 24,598 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES | 1,075,762 | 1,070,262 |
| | Classified adjustment | | [–5,500] |
| 050 | SPECIAL OPERATIONS COMMAND CYBERSPACE ACTIVITIES | 14,409 | 14,409 |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE | 501,747 | 486,953 |
| | DCGS—SOF - excess to need | | [–5,794] |
| | Program decrease—SOCRATES | | [–9,000] |
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE | 559,300 | 544,300 |
| | Projected underexecution | | [–15,000] |
| 080 | SPECIAL OPERATIONS COMMAND MANAGEMENT/OPERATIONAL HEADQUARTERS | 177,928 | 177,928 |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT | 925,262 | 899,762 |
| | Base support underexecution | | [–5,900] |
| | Operational support underexecution | | [–9,600] |
| | Unjustified growth—C4IAS Saas | | [–10,000] |
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES | 2,764,738 | 2,250,038 |
| | Program decrease | | [–14,700] |
| | Realignment to OCO | | [–500,000] |
| | **SUBTOTAL OPERATING FORCES** | **7,032,465** | **6,439,971** |
| | **TRAINING AND RECRUITING** | | |
| 120 | DEFENSE ACQUISITION UNIVERSITY | 180,250 | 180,250 |
| 130 | JOINT CHIEFS OF STAFF | 100,610 | 100,610 |
| 140 | PROFESSIONAL DEVELOPMENT EDUCATION | 33,967 | 33,967 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **314,827** | **314,827** |
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 160 | CIVIL MILITARY PROGRAMS | 165,707 | 260,007 |
| | IRT Increase | | [14,300] |
| | National Guard Youth Challenge Program support | | [50,000] |
| | Program increase—STARBASE | | [30,000] |
| 180 | DEFENSE CONTRACT AUDIT AGENCY | 627,467 | 627,467 |
| 190 | DEFENSE CONTRACT AUDIT AGENCY—CYBER | 3,362 | 3,362 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY | 1,438,068 | 1,418,068 |
| | Program decrease | | [–20,000] |
| 210 | DEFENSE CONTRACT MANAGEMENT AGENCY—CYBER | 24,391 | 24,391 |
| 220 | DEFENSE HUMAN RESOURCES ACTIVITY | 892,438 | 882,438 |
| | Defense Manpower Data Center—Excess Growth | | [–5,000] |
| | Enterprise Operations Center—Excess Growth | | [–5,000] |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY | 2,012,885 | 1,992,885 |
| | Unjustified growth | | [–20,000] |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER | 601,223 | 636,360 |
| | Sharkseer transfer | | [35,137] |
| 270 | DEFENSE LEGAL SERVICES AGENCY | 34,632 | 34,632 |
| 280 | DEFENSE LOGISTICS AGENCY | 415,699 | 435,199 |
| | Program increase—PTAP | | [19,500] |
| 290 | DEFENSE MEDIA ACTIVITY | 202,792 | 202,792 |
| 300 | DEFENSE PERSONNEL ACCOUNTING AGENCY | 144,881 | 144,881 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 310 | DEFENSE SECURITY COOPERATION AGENCY | 696,884 | 666,884 |
| | Assessment, monitoring, and evaluation | | [11,000] |
| | Security cooperation account | | [–11,000] |
| | Unjustified growth | | [–30,000] |
| 320 | DEFENSE SECURITY SERVICE | 889,664 | 889,664 |
| 340 | DEFENSE SECURITY SERVICE—CYBER | 9,220 | 9,220 |
| 360 | DEFENSE TECHNICAL INFORMATION CENTER | 3,000 | 3,000 |
| 370 | DEFENSE TECHNOLOGY SECURITY ADMINISTRATION | 35,626 | 35,626 |
| 380 | DEFENSE THREAT REDUCTION AGENCY | 568,133 | 568,133 |
| 400 | DEFENSE THREAT REDUCTION AGENCY—CYBER | 13,339 | 13,339 |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY | 2,932,226 | 2,912,226 |
| | Remove one-time fiscal year 2019 increase | | [–50,000] |
| | Overestimation of civilian FTE targets | | [–20,000] |
| | Program increase—impact aid for children with severe disabilites | | [10,000] |
| | Program increase—impact aid to schools with military dependents | | [40,000] |
| 420 | MISSILE DEFENSE AGENCY | 522,529 | 509,859 |
| | THAAD prior year under-execution | | [–12,670] |
| 450 | OFFICE OF ECONOMIC ADJUSTMENT | 59,513 | 134,513 |
| | Defense Community Infrastructure Program (DCIP) | | [75,000] |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE | 1,604,738 | 1,625,738 |
| | Bien Hoa dioxin cleanup | | [15,000] |
| | CDC study | | [10,000] |
| | Emerging contaminants | | [1,000] |
| | Excess growth | | [–37,000] |
| | Interstate compacts for licensure and credentialing | | [4,000] |
| | Military aviation safety commission | | [3,000] |
| | Readiness and Environmental Protection Initiative increase | | [25,000] |
| 470 | OFFICE OF THE SECRETARY OF DEFENSE—CYBER | 48,783 | 48,783 |
| 480 | SPACE DEVELOPMENT AGENCY | 44,750 | 34,750 |
| | Insufficient justification | | [–10,000] |
| 500 | WASHINGTON HEADQUARTERS SERVICES | 324,001 | 296,201 |
| | Insufficient justification | | [–27,800] |
| 505 | CLASSIFIED PROGRAMS | 15,816,598 | 15,757,457 |
| | Classified adjustment | | [–24,004] |
| | Realignment to DISA for Sharkseer | | [–35,137] |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **30,132,549** | **30,167,875** |
| | **TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE** | **37,479,841** | **36,922,673** |
| | **TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE** | | **–557,168** |
| | **US COURT OF APPEALS FOR ARMED FORCES, DEF** | | |
| | **ADMINISTRATION AND ASSOCIATED ACTIVITIES** | | |
| 010 | US COURT OF APPEALS FOR THE ARMED FORCES, DEFENSE | 14,771 | 14,771 |
| | **SUBTOTAL ADMINISTRATION AND ASSOCIATED ACTIVITIES** | **14,771** | **14,771** |
| | **TOTAL US COURT OF APPEALS FOR ARMED FORCES, DEF** | **14,771** | **14,771** |
| | **DOD ACQUISITION WORKFORCE DEVELOPMENT FUND** | | |
| | **ACQUISITION WORKFORCE DEVELOPMENT** | | |
| 010 | ACQ WORKFORCE DEV FD | 400,000 | 400,000 |
| | **SUBTOTAL ACQUISITION WORKFORCE DEVELOPMENT** | **400,000** | **400,000** |
| | **TOTAL DOD ACQUISITION WORKFORCE DEVELOPMENT FUND** | **400,000** | **400,000** |
| | **OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID** | | |
| | **HUMANITARIAN ASSISTANCE** | | |
| 010 | OVERSEAS HUMANITARIAN, DISASTER AND CIVIC AID | 108,600 | 117,663 |
| | Increase for foreign disaster relief | | [6,822] |
| | Increase for humanitarian mine action program | | [2,241] |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **SUBTOTAL HUMANITARIAN ASSISTANCE** | **108,600** | **117,663** |
| | **TOTAL OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID** | **108,600** | **117,663** |
| | **COOPERATIVE THREAT REDUCTION ACCOUNT** | | |
| | **COOPERATIVE THREAT REDUCTION** | | |
| 010 | COOPERATIVE THREAT REDUCTION | 338,700 | 358,700 |
| | Cooperative biological engagement | | [20,000] |
| | **SUBTOTAL COOPERATIVE THREAT REDUCTION** | **338,700** | **358,700** |
| | **TOTAL COOPERATIVE THREAT REDUCTION ACCOUNT** | **338,700** | **358,700** |
| | **ENVIRONMENTAL RESTORATION, ARMY** | | |
| | **DEPARTMENT OF THE ARMY** | | |
| 050 | ENVIRONMENTAL RESTORATION, ARMY | 207,518 | 212,518 |
| | Perfluorinated chemicals | | [5,000] |
| | **SUBTOTAL DEPARTMENT OF THE ARMY** | **207,518** | **212,518** |
| | **TOTAL ENVIRONMENTAL RESTORATION, ARMY** | **207,518** | **290,582** |
| | **ENVIRONMENTAL RESTORATION, NAVY** | | |
| | **DEPARTMENT OF THE NAVY** | | |
| 060 | ENVIRONMENTAL RESTORATION, NAVY | 335,932 | 350,932 |
| | Perfluorinated chemicals | | [5,000] |
| | Unexploded ordnance remediation | | [10,000] |
| | **SUBTOTAL DEPARTMENT OF THE NAVY** | **335,932** | **350,932** |
| | **TOTAL ENVIRONMENTAL RESTORATION, NAVY** | **335,932** | **418,996** |
| | **ENVIRONMENTAL RESTORATION, AIR FORCE** | | |
| | **DEPARTMENT OF THE AIR FORCE** | | |
| 070 | ENVIRONMENTAL RESTORATION, AIR FORCE | 302,744 | 365,808 |
| | Perfluorinated chemicals | | [63,064] |
| | **SUBTOTAL DEPARTMENT OF THE AIR FORCE** | **302,744** | **365,808** |
| | **TOTAL ENVIRONMENTAL RESTORATION, AIR FORCE** | **302,744** | **385,808** |
| | **ENVIRONMENTAL RESTORATION, DEFENSE-WIDE** | | |
| 080 | ENVIRONMENTAL RESTORATION, DEFENSE-WIDE | 9,105 | 9,105 |
| | **SUBTOTAL DEFENSE-WIDE** | **9,105** | **9,105** |
| | **TOTAL ENVIRONMENTAL RESTORATION, DEFENSE-WIDE** | **9,105** | **92,169** |
| | **ENVIRONMENTAL RESTORATION FORMERLY USED SITES** | | |
| | **DEFENSE-WIDE** | | |
| 090 | ENVIRONMENTAL RESTORATION FORMERLY USED SITES | 216,499 | 216,499 |
| | **SUBTOTAL DEFENSE-WIDE** | **216,499** | **216,499** |
| | **TOTAL ENVIRONMENTAL RESTORATION FORMERLY USED SITES** | **216,499** | **216,499** |
| | **TOTAL OPERATION & MAINTENANCE** | **207,661,689** | **201,610,944** |

## SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATION & MAINTENANCE, ARMY** | | |

WASHSTATEC007872

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATING FORCES** | | |
| 010 | MANEUVER UNITS | 1,410,874 | 1,671,422 |
| | Realignment from base | | [260,548] |
| 030 | ECHELONS ABOVE BRIGADE | 26,502 | 26,502 |
| 040 | THEATER LEVEL ASSETS | 2,274,490 | 2,259,490 |
| | Unjustified growth | | [–15,000] |
| 050 | LAND FORCES OPERATIONS SUPPORT | 136,288 | 136,288 |
| 060 | AVIATION ASSETS | 300,240 | 300,240 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,415,009 | 4,510,009 |
| | Insufficient justification | | [–5,000] |
| | Realignment from base | | [1,100,000] |
| 080 | LAND FORCES SYSTEMS READINESS | 29,985 | 29,985 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 86,931 | 86,931 |
| 100 | BASE OPERATIONS SUPPORT | 115,706 | 115,706 |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 72,657 | 72,657 |
| 130 | ADDITIONAL ACTIVITIES | 6,397,586 | 6,385,586 |
| | Insufficient justification | | [–12,000] |
| 140 | COMMANDER'S EMERGENCY RESPONSE PROGRAM | 5,000 | 2,500 |
| | Insufficient justification | | [–2,500] |
| 150 | RESET | 1,048,896 | 1,048,896 |
| 160 | US AFRICA COMMAND | 203,174 | 203,174 |
| 170 | US EUROPEAN COMMAND | 173,676 | 173,676 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 188,529 | 188,529 |
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 5,682 | 5,682 |
| | **SUBTOTAL OPERATING FORCES** | **15,891,225** | **17,217,273** |
| | | | |
| | **MOBILIZATION** | | |
| 230 | ARMY PREPOSITIONED STOCKS | 131,954 | 131,954 |
| | **SUBTOTAL MOBILIZATION** | **131,954** | **131,954** |
| | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 390 | SERVICEWIDE TRANSPORTATION | 721,014 | 721,014 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 66,845 | 66,845 |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 9,309 | 9,309 |
| 420 | AMMUNITION MANAGEMENT | 23,653 | 23,653 |
| 460 | OTHER PERSONNEL SUPPORT | 109,019 | 109,019 |
| 490 | REAL ESTATE MANAGEMENT | 251,355 | 251,355 |
| 565 | CLASSIFIED PROGRAMS | 1,568,564 | 1,568,564 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **2,749,759** | **2,749,759** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** | **18,772,938** | **20,098,986** |
| | | | |
| | **OPERATION & MAINTENANCE, ARMY RES** | | |
| | **OPERATING FORCES** | | |
| 020 | ECHELONS ABOVE BRIGADE | 20,440 | 20,440 |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 689 | 689 |
| 090 | BASE OPERATIONS SUPPORT | 16,463 | 16,463 |
| | **SUBTOTAL OPERATING FORCES** | **37,592** | **37,592** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** | **37,592** | **37,592** |
| | | | |
| | **OPERATION & MAINTENANCE, ARNG** | | |
| | **UNDISTRIBUTED** | | |
| 010 | MANEUVER UNITS | 45,896 | 45,896 |
| 020 | MODULAR SUPPORT BRIGADES | 180 | 180 |
| 030 | ECHELONS ABOVE BRIGADE | 2,982 | 2,982 |
| 040 | THEATER LEVEL ASSETS | 548 | 548 |
| 060 | AVIATION ASSETS | 9,229 | 9,229 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 1,584 | 1,584 |
| 100 | BASE OPERATIONS SUPPORT | 22,063 | 22,063 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 606 | 606 |
| | **SUBTOTAL OPERATING FORCES** | **83,088** | **83,088** |
| | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 170 | SERVICEWIDE COMMUNICATIONS | 203 | 203 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **203** | **203** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **83,291** | **83,291** |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **AFGHANISTAN SECURITY FORCES FUND** | | |
| | **AFGHAN NATIONAL ARMY** | | |
| 090 | SUSTAINMENT | 1,313,047 | 1,313,047 |
| 100 | INFRASTRUCTURE | 37,152 | 37,152 |
| 110 | EQUIPMENT AND TRANSPORTATION | 120,868 | 120,868 |
| 120 | TRAINING AND OPERATIONS | 118,591 | 118,591 |
| | **SUBTOTAL AFGHAN NATIONAL ARMY** | **1,589,658** | **1,589,658** |
| | **AFGHAN NATIONAL POLICE** | | |
| 130 | SUSTAINMENT | 422,806 | 422,806 |
| 140 | INFRASTRUCTURE | 2,358 | 2,358 |
| 150 | EQUIPMENT AND TRANSPORTATION | 127,081 | 127,081 |
| 160 | TRAINING AND OPERATIONS | 108,112 | 108,112 |
| | **SUBTOTAL AFGHAN NATIONAL POLICE** | **660,357** | **660,357** |
| | **AFGHAN AIR FORCE** | | |
| 170 | SUSTAINMENT | 893,829 | 893,829 |
| 180 | INFRASTRUCTURE | 8,611 | 8,611 |
| 190 | EQUIPMENT AND TRANSPORTATION | 566,967 | 566,967 |
| 200 | TRAINING AND OPERATIONS | 356,108 | 356,108 |
| | **SUBTOTAL AFGHAN AIR FORCE** | **1,825,515** | **1,825,515** |
| | **AFGHAN SPECIAL SECURITY FORCES** | | |
| 210 | SUSTAINMENT | 437,909 | 437,909 |
| 220 | INFRASTRUCTURE | 21,131 | 21,131 |
| 230 | EQUIPMENT AND TRANSPORTATION | 153,806 | 153,806 |
| 240 | TRAINING AND OPERATIONS | 115,602 | 115,602 |
| | **SUBTOTAL AFGHAN SPECIAL SECURITY FORCES** | **728,448** | **728,448** |
| | **UNDISTRIBUTED** | | |
| 245 | UNDISTRIBUTED | | –300,000 |
| | Unjustified request | | [–300,000] |
| | **SUBTOTAL UNDISTRIBUTED** | | **–300,000** |
| | **TOTAL AFGHANISTAN SECURITY FORCES FUND** | **4,803,978** | **4,503,978** |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | |
| 010 | IRAQ | 745,000 | 545,000 |
| | Program decrease | | [–100,000] |
| | Transfer to DSCA Security Cooperation | | [–100,000] |
| 020 | SYRIA | 300,000 | 300,000 |
| | **SUBTOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | **1,045,000** | **845,000** |
| | **TOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | **1,045,000** | **845,000** |
| | **OPERATION & MAINTENANCE, NAVY** | | |
| | **OPERATING FORCES** | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 373,047 | 973,047 |
| | Realignment from base | | [600,000] |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 816 | 816 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 9,582 | 9,582 |
| 050 | AIR SYSTEMS SUPPORT | 197,262 | 197,262 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 168,246 | 168,246 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 3,594 | 3,594 |
| 080 | AVIATION LOGISTICS | 10,618 | 10,618 |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 1,485,108 | 1,935,108 |
| | Realignment from base | | [450,000] |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 20,334 | 20,334 |
| 110 | SHIP DEPOT MAINTENANCE | 2,365,615 | 2,365,615 |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 58,092 | 58,092 |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 18,000 | 18,000 |
| 150 | WARFARE TACTICS | 16,984 | 16,984 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 29,382 | 29,382 |
| 170 | COMBAT SUPPORT FORCES | 608,870 | 1,008,870 |
| | Realignment from base | | [400,000] |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT | 7,799 | 7,799 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT | 24,800 | 24,800 |
| 220 | CYBERSPACE ACTIVITIES | 363 | 363 |
| 240 | WEAPONS MAINTENANCE | 486,188 | 486,188 |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 12,189 | 12,189 |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 68,667 | 68,667 |
| 280 | BASE OPERATING SUPPORT | 219,099 | 219,099 |
| | **SUBTOTAL OPERATING FORCES** | **6,184,655** | **7,634,655** |
| | **MOBILIZATION** | | |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 17,580 | 17,580 |
| 330 | COAST GUARD SUPPORT | 190,000 | 190,000 |
| | **SUBTOTAL MOBILIZATION** | **207,580** | **207,580** |
| | **TRAINING AND RECRUITING** | | |
| 370 | SPECIALIZED SKILL TRAINING | 52,161 | 52,161 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **52,161** | **52,161** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 440 | ADMINISTRATION | 8,475 | 8,475 |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 7,653 | 7,653 |
| 490 | SERVICEWIDE TRANSPORTATION | 70,683 | 70,683 |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 11,130 | 11,130 |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 1,559 | 1,559 |
| 645 | CLASSIFIED PROGRAMS | 17,754 | 17,754 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **117,254** | **117,254** |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **6,561,650** | **8,011,650** |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATIONAL FORCES | 714,653 | 914,653 |
| | Realignment from base | | [200,000] |
| 020 | FIELD LOGISTICS | 232,508 | 432,508 |
| | Realignment from base | | [200,000] |
| 030 | DEPOT MAINTENANCE | 54,101 | 54,101 |
| 050 | CYBERSPACE ACTIVITIES | 2,000 | 2,000 |
| 070 | BASE OPERATING SUPPORT | 24,570 | 24,570 |
| | **SUBTOTAL OPERATING FORCES** | **1,027,832** | **1,427,832** |
| | **TRAINING AND RECRUITING** | | |
| 120 | TRAINING SUPPORT | 30,459 | 30,459 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **30,459** | **30,459** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| 160 | SERVICEWIDE TRANSPORTATION | 61,400 | 61,400 |
| 225 | CLASSIFIED PROGRAMS | 5,100 | 5,100 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **66,500** | **66,500** |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **1,124,791** | **1,524,791** |
| | **OPERATION & MAINTENANCE, NAVY RES** | | |
| | **OPERATING FORCES** | | |
| 020 | INTERMEDIATE MAINTENANCE | 510 | 510 |
| 030 | AIRCRAFT DEPOT MAINTENANCE | 11,628 | 11,628 |
| 080 | COMBAT SUPPORT FORCES | 10,898 | 10,898 |
| | **SUBTOTAL OPERATING FORCES** | **23,036** | **23,036** |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** | **23,036** | **23,036** |
| | **OPERATION & MAINTENANCE, MC RESERVE** | | |
| | **OPERATING FORCES** | | |
| 010 | OPERATING FORCES | 7,627 | 7,627 |
| 040 | BASE OPERATING SUPPORT | 1,080 | 1,080 |
| | **SUBTOTAL OPERATING FORCES** | **8,707** | **8,707** |
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **8,707** | **8,707** |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATION & MAINTENANCE, AIR FORCE** | | |
| | **OPERATING FORCES** | | |
| 010 | PRIMARY COMBAT FORCES | 163,632 | 163,632 |
| 020 | COMBAT ENHANCEMENT FORCES | 1,049,170 | 1,449,170 |
| | Realignment from base | | [400,000] |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 111,808 | 111,808 |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 408,699 | 408,699 |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 147,264 | 147,264 |
| 060 | CYBERSPACE SUSTAINMENT | 10,061 | 10,061 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 953,594 | 953,594 |
| 080 | FLYING HOUR PROGRAM | 2,495,266 | 3,045,266 |
| | Realignment from base | | [550,000] |
| 090 | BASE OPERATIONS SUPPORT | 1,538,120 | 1,738,120 |
| | Realignment from base | | [200,000] |
| 100 | GLOBAL C3I AND EARLY WARNING | 13,863 | 13,863 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 272,020 | 272,020 |
| 120 | CYBERSPACE ACTIVITIES | 17,657 | 17,657 |
| 130 | TACTICAL INTEL AND OTHER SPECIAL ACTIVITIES | 36,098 | 36,098 |
| 140 | LAUNCH FACILITIES | 391 | 391 |
| 150 | SPACE CONTROL SYSTEMS | 39,990 | 39,990 |
| 160 | US NORTHCOM/NORAD | 725 | 725 |
| 170 | US STRATCOM | 926 | 926 |
| 180 | US CYBERCOM | 35,189 | 35,189 |
| 190 | US CENTCOM | 163,015 | 163,015 |
| 200 | US SOCOM | 19,000 | 19,000 |
| | **SUBTOTAL OPERATING FORCES** | **7,476,488** | **8,626,488** |
| | **MOBILIZATION** | | |
| 240 | AIRLIFT OPERATIONS | 1,271,439 | 1,271,439 |
| 250 | MOBILIZATION PREPAREDNESS | 109,682 | 109,682 |
| | **SUBTOTAL MOBILIZATION** | **1,381,121** | **1,381,121** |
| | **TRAINING AND RECRUITING** | | |
| 260 | OFFICER ACQUISITION | 200 | 200 |
| 270 | RECRUIT TRAINING | 352 | 352 |
| 290 | SPECIALIZED SKILL TRAINING | 26,802 | 26,802 |
| 300 | FLIGHT TRAINING | 844 | 844 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 1,199 | 1,199 |
| 320 | TRAINING SUPPORT | 1,320 | 1,320 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **30,717** | **30,717** |
| | **ADMIN & SRVWD ACTIVITIES** | | |
| | **UNDISTRIBUTED** | | |
| 380 | LOGISTICS OPERATIONS | 164,701 | 164,701 |
| 390 | TECHNICAL SUPPORT ACTIVITIES | 11,608 | 11,608 |
| 400 | ADMINISTRATION | 4,814 | 4,814 |
| 410 | SERVICEWIDE COMMUNICATIONS | 145,204 | 145,204 |
| 420 | OTHER SERVICEWIDE ACTIVITIES | 98,841 | 98,841 |
| 460 | INTERNATIONAL SUPPORT | 29,890 | 29,890 |
| 465 | CLASSIFIED PROGRAMS | 52,995 | 52,995 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **508,053** | **508,053** |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** | **9,396,379** | **10,546,379** |
| | **OPERATION & MAINTENANCE, AF RESERVE** | | |
| | **OPERATING FORCES** | | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 24,188 | 24,188 |
| 060 | BASE SUPPORT | 5,570 | 5,570 |
| | **SUBTOTAL OPERATING FORCES** | **29,758** | **29,758** |
| | **TOTAL OPERATION & MAINTENANCE, AF RESERVE** | **29,758** | **29,758** |
| | **OPERATION & MAINTENANCE, ANG** | | |
| | **OPERATING FORCES** | | |
| 020 | MISSION SUPPORT OPERATIONS | 3,666 | 3,666 |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 66,944 | 66,944 |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 93,620 | 93,620 |
| 060 | BASE SUPPORT | 12,679 | 12,679 |
| | **SUBTOTAL OPERATING FORCES** | **176,909** | **176,909** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **176,909** | **176,909** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE** | | |
| | **OPERATING FORCES** | | |
| 010 | JOINT CHIEFS OF STAFF | 21,866 | 21,866 |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 | 6,634 | 6,634 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES | 1,121,580 | 1,111,580 |
| | Classified adjustment | | [–10,000] |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE | 1,328,201 | 1,328,201 |
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE | 399,845 | 399,845 |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT | 138,458 | 103,458 |
| | Projected underexecution—communications | | [–35,000] |
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES | 808,729 | 1,308,729 |
| | Realignment from base | | [500,000] |
| | **SUBTOTAL OPERATING FORCES** | **3,825,313** | **4,280,313** |
| | **ADMIN & SRVWIDE ACTIVITIES** | | |
| 180 | DEFENSE CONTRACT AUDIT AGENCY | 1,810 | 1,810 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY | 21,723 | 21,723 |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY | 81,133 | 81,133 |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER | 3,455 | 3,455 |
| 270 | DEFENSE LEGAL SERVICES AGENCY | 196,124 | 196,124 |
| 290 | DEFENSE MEDIA ACTIVITY | 14,377 | 14,377 |
| 310 | DEFENSE SECURITY COOPERATION AGENCY | 1,927,217 | 1,677,217 |
| | Security cooperation account, unjustified growth | | [–37,030] |
| | Transfer from CTEF Iraq | | [100,000] |
| | Transfer of funds to Ukraine Security Assistance Initiative | | [–250,000] |
| | Unjustified growth | | [–62,970] |
| 380 | DEFENSE THREAT REDUCTION AGENCY | 317,558 | 317,558 |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY | 31,620 | 31,620 |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE | 16,666 | 16,666 |
| 500 | WASHINGTON HEADQUARTERS SERVICES | 6,331 | 6,331 |
| 505 | CLASSIFIED PROGRAMS | 1,924,785 | 1,924,785 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **4,542,799** | **4,292,799** |
| | **TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE** | **8,368,112** | **8,573,112** |
| | **TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE** | | **205,000** |
| | **UKRAINE SECURITY ASSISTANCE** | | |
| | **UKRAINE SECURITY ASSISTANCE** | | |
| 010 | UKRAINE SECURITY ASSISTANCE INITIATIVE | | 300,000 |
| | Program increase | | [50,000] |
| | Transfer of funds from Defense Security Cooperation Agency | | [250,000] |
| | **SUBTOTAL UKRAINE SECURITY ASSISTANCE** | | **300,000** |
| | **TOTAL UKRAINE SECURITY ASSISTANCE** | | **300,000** |
| | **TOTAL OPERATION & MAINTENANCE** | **50,432,141** | **54,968,189** |

## SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS.

SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| | **OPERATION & MAINTENANCE, NAVY** | | |
| | **OPERATING FORCES** | | |

SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | Conference Authorized |
|---|---|---|---|
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 0 | 462,000 |
| | Earthquake damage repair | | [370,000] |
| | Navy Working Capital Fund earthquake recovery losses | | [92,000] |
| 280 | BASE OPERATING SUPPORT | 0 | 9,000 |
| | Earthquake damage recovery | | [9,000] |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **0** | **471,000** |
| | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | |
| | **OPERATING FORCES** | | |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | 0 | 6,000 |
| | Earthquake damage repair | | [6,000] |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **0** | **6,000** |
| | | | |
| | **OPERATION & MAINTENANCE, ANG** | | |
| | **OPERATING FORCES** | | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 0 | 58,900 |
| | Hurricane recovery | | [58,900] |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **0** | **58,900** |
| | | | |
| | **TOTAL OPERATION & MAINTENANCE** | **0** | **535,900** |

# TITLE XLIV—MILITARY PERSONNEL

Sec. 4401. Military personnel.
Sec. 4402. Military personnel for overseas contingency operations.

## SEC. 4401. MILITARY PERSONNEL.

SEC. 4401. MILITARY PERSONNEL
(In Thousands of Dollars)

| Item | FY 2020 Request | Conference Authorized |
|---|---|---|
| Military Personnel Appropriations | 143,476,503 | 142,676,503 |
| Historical unobligated balances | | [–800,000] |
| Medicare-Eligible Retiree Health Fund Contributions | 7,816,815 | 7,816,815 |

## SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Item | FY 2020 Request | Conference Authorized |
|---|---|---|
| Military Personnel Appropriations | 4,485,808 | 4,485,808 |
| **Total, Military Personnel Appropriations** | **4,485,808** | **4,485,808** |

# TITLE XLV—OTHER AUTHORIZATIONS

Sec. 4501. Other authorizations.
Sec. 4502. Other authorizations for overseas contingency operations.

## SEC. 4501. OTHER AUTHORIZATIONS.

SEC. 4501. OTHER AUTHORIZATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | Conference Authorized |
|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | |
| INDUSTRIAL OPERATIONS | 57,467 | 57,467 |
| SUPPLY MANAGEMENT—ARMY | 32,130 | 32,130 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **89,597** | **89,597** |
| **WORKING CAPITAL FUND, AIR FORCE** | | |
| **TRANSPORTATION** | | |
| SUPPLIES AND MATERIALS | 92,499 | 92,499 |
| **TOTAL WORKING CAPITAL FUND, AIR FORCE** | **92,499** | **92,499** |
| **WORKING CAPITAL FUND, DEFENSE-WIDE** | | |
| SUPPLY CHAIN MANAGEMENT—DEF | 49,085 | 49,085 |
| **TOTAL WORKING CAPITAL FUND, DEFENSE-WIDE** | **49,085** | **49,085** |
| **WORKING CAPITAL FUND, DECA** | | |
| WORKING CAPITAL FUND, DECA | 995,030 | 995,030 |
| **TOTAL WORKING CAPITAL FUND, DECA** | **995,030** | **995,030** |
| **WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | | |
| DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | 200,000 | 200,000 |
| **TOTAL WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | **200,000** | **200,000** |
| **CHEM AGENTS & MUNITIONS DESTRUCTION** | | |
| OPERATION & MAINTENANCE | 107,351 | 107,351 |
| RDT&E | 875,930 | 875,930 |
| PROCUREMENT | 2,218 | 2,218 |
| **TOTAL CHEM AGENTS & MUNITIONS DESTRUCTION** | **985,499** | **985,499** |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | |
| COUNTER-NARCOTICS SUPPORT | 581,739 | 532,818 |
| Realignment of National Guard Bureau funding | | [–30,921] |
| Unjustified growth | | [–18,000] |
| DRUG DEMAND REDUCTION PROGRAM | 120,922 | 120,922 |
| NATIONAL GUARD COUNTER-DRUG PROGRAM | 91,370 | 122,291 |
| Realignment of National Guard Bureau funding | | [30,921] |
| NATIONAL GUARD COUNTER-DRUG SCHOOLS | 5,371 | 5,371 |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | **799,402** | **781,402** |
| **OFFICE OF THE INSPECTOR GENERAL** | | |
| OFFICE OF THE INSPECTOR GENERAL | 359,022 | 359,022 |
| OFFICE OF THE INSPECTOR GENERAL—CYBER | 1,179 | 1,179 |
| OFFICE OF THE INSPECTOR GENERAL | 2,965 | 2,965 |
| OFFICE OF THE INSPECTOR GENERAL | 333 | 333 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | **363,499** | **363,499** |
| **DEFENSE HEALTH PROGRAM** | | |
| IN-HOUSE CARE | 9,570,615 | 9,320,615 |
| Unjustified growth | | [–250,000] |
| PRIVATE SECTOR CARE | 15,041,006 | 15,002,506 |
| Historical underexecution | | [–38,500] |
| CONSOLIDATED HEALTH SUPPORT | 1,975,536 | 1,986,536 |
| Wounded Warrior Service Dog program | | [11,000] |
| INFORMATION MANAGEMENT | 2,004,588 | 1,998,938 |
| Historical underexecution | | [–5,650] |
| MANAGEMENT ACTIVITIES | 333,246 | 333,246 |
| EDUCATION AND TRAINING | 793,810 | 793,310 |
| Other costs excess growth | | [–3,000] |
| Program increase—specialized medical pilot program | | [2,500] |
| BASE OPERATIONS/COMMUNICATIONS | 2,093,289 | 2,093,289 |
| R&D RESEARCH | 12,621 | 12,621 |
| R&D EXPLORATRY DEVELOPMENT | 84,266 | 84,266 |
| R&D ADVANCED DEVELOPMENT | 279,766 | 279,766 |
| R&D DEMONSTRATION/VALIDATION | 128,055 | 128,055 |
| R&D ENGINEERING DEVELOPMENT | 143,527 | 143,527 |
| R&D MANAGEMENT AND SUPPORT | 67,219 | 67,219 |
| R&D CAPABILITIES ENHANCEMENT | 16,819 | 16,819 |

SEC. 4501. OTHER AUTHORIZATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | Conference Authorized |
|---|---|---|
| PROC INITIAL OUTFITTING | 26,135 | 26,135 |
| PROC REPLACEMENT & MODERNIZATION | 225,774 | 225,774 |
| PROC JOINT OPERATIONAL MEDICINE INFORMATION SYSTEM | 314 | 314 |
| PROC MILITARY HEALTH SYSTEM—DESKTOP TO DATACENTER | 73,010 | 73,010 |
| PROC DOD HEALTHCARE MANAGEMENT SYSTEM MODERNIZATION | 129,091 | 129,091 |
| **TOTAL DEFENSE HEALTH PROGRAM** | **32,998,687** | **32,715,037** |
| **TOTAL OTHER AUTHORIZATIONS** | **36,573,298** | **36,271,648** |

## SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | Conference Authorized |
|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | |
| **INDUSTRIAL OPERATIONS** | | |
| SUPPLY MANAGEMENT—ARMY | 20,100 | 20,100 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **20,100** | **20,100** |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | |
| COUNTER-NARCOTICS SUPPORT | 163,596 | 163,596 |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | **163,596** | **163,596** |
| **OFFICE OF THE INSPECTOR GENERAL** | | |
| OFFICE OF THE INSPECTOR GENERAL | 24,254 | 24,254 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | **24,254** | **24,254** |
| **DEFENSE HEALTH PROGRAM** | | |
| IN-HOUSE CARE | 57,459 | 57,459 |
| PRIVATE SECTOR CARE | 287,487 | 287,487 |
| CONSOLIDATED HEALTH SUPPORT | 2,800 | 2,800 |
| **TOTAL DEFENSE HEALTH PROGRAM** | **347,746** | **347,746** |
| **TOTAL OTHER AUTHORIZATIONS** | **555,696** | **555,696** |

# TITLE XLVI—MILITARY CONSTRUCTION

Sec. 4601. Military construction.
Sec. 4602. Military construction for overseas contingency operations.
Sec. 4603. Military construction for emergency requirements.

## SEC. 4601. MILITARY CONSTRUCTION.

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | Alabama | | | |
| Army | Redstone Arsenal | Aircraft and Flight Equipment Building | 38,000 | 38,000 |
| | Colorado | | | |
| Army | Fort Carson | Company Operations Facility | 71,000 | 71,000 |
| | Georgia | | | |
| Army | Fort Gordon | Cyber Instructional Fac (Admin/Command) | 107,000 | 67,000 |
| Army | Hunter Army Airfield | Aircraft Maintenance Hangar | 62,000 | 62,000 |
| | Hawaii | | | |

WASHSTATEC007880

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| Army | Fort Shafter | Command and Control Facility, Incr 5 | 60,000 | 60,000 |
| | Honduras | | | |
| Army | Soto Cano Air Base | Aircraft Maintenance Hangar | 34,000 | 34,000 |
| | Kentucky | | | |
| Army | Fort Campbell | Automated Infantry Platoon Battle Course | 7,100 | 7,100 |
| Army | Fort Campbell | Easements | 3,200 | 3,200 |
| Army | Fort Campbell | General Purpose Maintenance Shop | 51,000 | 51,000 |
| | Kwajalein | | | |
| Army | Kwajalein Atoll | Air Traffic Control Tower and Terminal | 0 | 40,000 |
| | Massachusetts | | | |
| Army | U.S. Army Natick Soldier Systems Center | Human Engineering Lab | 50,000 | 50,000 |
| | Michigan | | | |
| Army | Detroit Arsenal | Substation | 24,000 | 24,000 |
| | New York | | | |
| Army | Fort Drum | Railhead | 0 | 21,000 |
| Army | Fort Drum | Unmanned Aerial Vehicle Hangar | 23,000 | 23,000 |
| | North Carolina | | | |
| Army | Fort Bragg | Dining Facility | 12,500 | 12,500 |
| | Oklahoma | | | |
| Army | Fort Sill | Adv Individual Training Barracks Cplx, Ph2 | 73,000 | 73,000 |
| | Pennsylvania | | | |
| Army | Carlisle Barracks | General Instruction Building | 98,000 | 60,000 |
| | South Carolina | | | |
| Army | Fort Jackson | Reception Complex, Ph2 | 54,000 | 54,000 |
| | Texas | | | |
| Army | Corpus Christi Army Depot | Powertrain Facility (Machine Shop) | 86,000 | 86,000 |
| Army | Fort Hood | Barracks | 32,000 | 32,000 |
| Army | Fort Hood | Vehicle Bridge | 0 | 18,500 |
| | Virginia | | | |
| Army | Fort Belvoir | Secure Operations and Admin Facility | 60,000 | 60,000 |
| Army | Joint Base Langley-Eustis | Adv Individual Training Barracks Cplx, Ph4 | 55,000 | 55,000 |
| | Washington | | | |
| Army | Joint Base Lewis-McChord | Information Systems Facility | 46,000 | 46,000 |
| | Worldwide Unspecified | | | |
| Army | Unspecified Worldwide Locations | Child Development Centers | 0 | 27,000 |
| Army | Unspecified Worldwide Locations | Host Nation Support | 31,000 | 31,000 |
| Army | Unspecified Worldwide Locations | Planning and Design | 94,099 | 94,099 |
| Army | Unspecified Worldwide Locations | Unspecified Minor Construction | 70,600 | 70,600 |
| Army | Unspecified Worldwide Locations | Unspecified Worldwide Construction | 211,000 | 0 |
| | **Military Construction, Army Total** | | **1,453,499** | **1,270,999** |
| | Arizona | | | |
| Navy | Marine Corps Air Station Yuma | Bachelor Enlisted Quarters | 0 | 99,600 |
| Navy | Marine Corps Air Station Yuma | Hangar 95 Renovation & Addition | 90,160 | 90,160 |
| | Australia | | | |
| Navy | Darwin | Aircraft Parking Apron | 0 | 50,000 |
| | Bahrain Island | | | |
| Navy | SW Asia | Electrical System Upgrade | 53,360 | 0 |
| | California | | | |
| Navy | Camp Pendleton | 62 Area Mess Hall and Consolidated Warehouse | 71,700 | 71,700 |
| Navy | Camp Pendleton | I MEF Consolidated Information Center | 113,869 | 38,869 |
| Navy | Marine Corps Air Station Miramar | Child Development Center | 0 | 37,400 |
| Navy | Naval Air Weapons Station China Lake | Runway & Taxiway Extension | 64,500 | 64,500 |
| Navy | Naval Air Weapons Station China Lake | Unspecified Military Construction—Earthquake Damage Recovery. | 0 | 0 |
| Navy | Naval Base Coronado | Aircraft Paint Complex | 0 | 79,000 |
| Navy | Naval Base Coronado | Navy V–22 Hangar | 86,830 | 86,830 |
| Navy | Naval Base San Diego | Pier 8 Replacement (Inc) | 59,353 | 59,353 |
| Navy | Naval Base San Diego | PMO Facility Repair | 0 | 9,900 |
| Navy | Naval Weapons Station Seal Beach | Ammunition Pier | 95,310 | 60,310 |
| Navy | Naval Weapons Station Seal Beach | Missile Magazine | 0 | 28,000 |
| Navy | Travis Air Force Base | Alert Force Complex | 64,000 | 64,000 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | Connecticut | | | |
| Navy | Naval Submarine Base New London | SSN Berthing Pier 32 | 72,260 | 72,260 |
| | District of Columbia | | | |
| Navy | Naval Observatory | Master Time Clocks & Operations Fac (Inc) | 75,600 | 20,000 |
| | Florida | | | |
| Navy | Blount Island | Police Station and EOC Facility | 0 | 18,700 |
| Navy | Naval Air Station Jacksonville | Targeting & Surveillance Syst Prod Supp Fac | 32,420 | 32,420 |
| | Guam | | | |
| Navy | Joint Region Marianas | Bachelor Enlisted Quarters H | 164,100 | 34,100 |
| Navy | Joint Region Marianas | EOD Compound Facilities | 61,900 | 61,900 |
| Navy | Joint Region Marianas | Machine Gun Range (Inc) | 91,287 | 91,287 |
| | Hawaii | | | |
| Navy | Marine Corps Air Station Kaneohe Bay | Bachelor Enlisted Quarters | 13,4050 | 65,490 |
| Navy | Naval Ammunition Depot West Loch | Magazine Consolidation, Phase 1 | 53,790 | 53,790 |
| | Italy | | | |
| Navy | Naval Air Station Sigonella | Communications Station | 77,400 | 0 |
| | Japan | | | |
| Navy | Fleet Activities Yokosuka | Pier 5 (Berths 2 and 3) | 17,4692 | 100,000 |
| Navy | Marine Corps Air Station Iwakuni | VTOL Pad—South | 15,870 | 15,870 |
| | Maryland | | | |
| Navy | Saint Inigoes | Air Traffic Control Tower | 0 | 15,000 |
| | North Carolina | | | |
| Navy | Camp Lejeune | 10th Marines Himars Complex | 35,110 | 35,110 |
| Navy | Camp Lejeune | 2nd MARDIV/2nd MLG Ops Center Replacement | 60,130 | 60,130 |
| Navy | Camp Lejeune | 2nd Radio BN Complex, Phase 2 (Inc) | 25,650 | 25,650 |
| Navy | Camp Lejeune | ACV-AAV Maintenance Facility Upgrades | 11,570 | 11,570 |
| Navy | Camp Lejeune | II MEF Operations Center Replacement | 12,2200 | 92,200 |
| Navy | Marine Corps Air Station Cherry Point | Aircraft Maintenance Hangar (Inc) | 73,970 | 73,970 |
| Navy | Marine Corps Air Station Cherry Point | ATC Tower & Airfield Operations | 61,340 | 61,340 |
| Navy | Marine Corps Air Station Cherry Point | F–35 Training and Simulator Facility | 53,230 | 53,230 |
| Navy | Marine Corps Air Station Cherry Point | Flightline Utility Modernization (Inc) | 51,860 | 51,860 |
| Navy | Marine Corps Air Station New River | CH–53K Cargo Loading Trainer | 11,320 | 11,320 |
| | Pennsylvania | | | |
| Navy | Philadelphia | Machinery Control Development Center | 0 | 74,630 |
| | South Carolina | | | |
| Navy | Parris Island | Range Improvements & Modernization Phase 3 | 0 | 37,200 |
| | Utah | | | |
| Navy | Hill Air Force Base | D5 Missile Motor Receipt/Storage Fac (Inc) | 50,520 | 50,520 |
| | Virginia | | | |
| Navy | Marine Corps Base Quantico | Wargaming Center | 143,350 | 33,350 |
| Navy | Naval Station Norfolk | Mariner Skills Training Center | 79,100 | 79,100 |
| Navy | Naval Station Norfolk | MH–60 & CMV–22B Corrison Control and Paint Facility. | 0 | 60,000 |
| Navy | Portsmouth Naval Shipyard | Dry Dock Flood Protection Improvements | 48,930 | 48,930 |
| Navy | Yorktown Naval Weapons Station | NMC Ordnance Facilities Recapitalization Phase 1 | 0 | 59,000 |
| | Washington | | | |
| Navy | Bremerton | Dry Dock 4 & Pier 3 Modernization | 51,010 | 51,010 |
| Navy | Keyport | Undersea Vehicle Maintenance Facility | 25,050 | 25,050 |
| Navy | Naval Base Kitsap | Seawolf Service Pier Cost-to-Complete | 0 | 48,000 |
| | Worldwide Unspecified | | | |
| Navy | Unspecified Worldwide Locations | Child Development Centers | 0 | 62,400 |
| Navy | Unspecified Worldwide Locations | Planning and Design | 167,715 | 167,715 |
| Navy | Unspecified Worldwide Locations | Unspecified Minor Construction | 81,237 | 81,237 |
| **Military Construction, Navy Total** | | | **2,805,743** | **2,774,961** |
| | Alaska | | | |
| AF | Eielson Air Force Base | F–35 AME Storage Facility | 8,600 | 8,600 |
| | Arkansas | | | |
| AF | Little Rock Air Force Base | C–130H/J Fuselage Trainer Facility | 47,000 | 47,000 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Little Rock Air Force Base | Dormitory Cost-to-Complete | 0 | 7,000 |
| | Australia | | | |
| AF | Tindal | APR—RAAF Tindal/Earth Covered Magazine | 11,600 | 11,600 |
| AF | Tindal | APR-RAAF Tindal/Bulk Storage Tanks | 59,000 | 59,000 |
| | California | | | |
| AF | Travis Air Force Base | ADAL Aerial Port Squadron Materiel Warehouse | 0 | 17,000 |
| AF | Travis Air Force Base | KC–46A Alter B181/B185/B187 Squad Ops/AMU | 6,600 | 6,600 |
| AF | Travis Air Force Base | KC–46A Regional Maintenance Training Facility | 19,500 | 19,500 |
| | Colorado | | | |
| AF | Peterson Air Force Base | SOCNORTH Theater Operational Support Facility | 0 | 54,000 |
| AF | Schriever Air Force Base | Consolidated Space Operations Facility | 148,000 | 73,449 |
| AF | United States Air Force Academy | Consolidate Cadet Prep School Dormitory | 0 | 49,000 |
| | Cyprus | | | |
| AF | Royal Air Force Akrotiri | New Dormitory for 1 ERS | 27,000 | 27,000 |
| | Georgia | | | |
| AF | Moody Air Force Base | 41 RQS HH–60W Apron | 0 | 12,500 |
| | Guam | | | |
| AF | Joint Region Marianas | Munitions Storage Igloos III | 65,000 | 65,000 |
| | Illinois | | | |
| AF | Scott Air Force Base | Joint Operations & Mission Planning Center | 100,000 | 100,000 |
| | Japan | | | |
| AF | Yokota Air Base | Fuel Receipt & Distribution Upgrade | 12,400 | 12,400 |
| | Jordan | | | |
| AF | Azraq | Air Traffic Control Tower | 24,000 | 0 |
| AF | Azraq | Munitions Storage Area | 42,000 | 0 |
| | Mariana Islands | | | |
| AF | Tinian | Airfield Development Phase 1 | 109,000 | 10,000 |
| AF | Tinian | Fuel Tanks W/ Pipeline/Hydrant System | 109,000 | 10,000 |
| AF | Tinian | Parking Apron | 98,000 | 25,000 |
| | Maryland | | | |
| AF | Joint Base Andrews | Presidential Aircraft Recap Complex Inc 3 | 86,000 | 86,000 |
| | Massachusetts | | | |
| AF | Hanscom Air Force Base | MIT-Lincoln Lab (West Lab CSL/MIF) Inc 2 | 135,000 | 80,000 |
| | Missouri | | | |
| AF | Whiteman Air Force Base | Consolidated Vehicle Ops and MX Facility | 0 | 27,000 |
| | Montana | | | |
| AF | Malmstrom Air Force Base | Weapons Storage and Maintenance Facility | 235,000 | 59,000 |
| | Nevada | | | |
| AF | Nellis Air Force Base | 365th ISR Group Facility | 57,000 | 57,000 |
| AF | Nellis Air Force Base | F–35 Munitions Maintenance Facilities Cost-to-Complete. | 0 | 3,100 |
| AF | Nellis Air Force Base | F–35A Munitions Assembly Conveyor Facility | 8,200 | 8,200 |
| | New Mexico | | | |
| AF | Holloman Air Force Base | NC3 Support WRM Storage/Shipping Facility | 0 | 20,000 |
| AF | Kirtland Air Force Base | Combat Rescue Helicopter Simulator (CRH) ADAL | 15,500 | 15,500 |
| AF | Kirtland Air Force Base | UH–1 Replacement Facility | 22,400 | 22,400 |
| | North Dakota | | | |
| AF | Minot Air Force Base | Helo/Trfops/AMUfacility | 5,500 | 5,500 |
| | Ohio | | | |
| AF | Wright-Patterson Air Force Base | ADAL Intelligence Prod. Complex (NASIC) Inc 2 | 120,900 | 120,900 |
| | Texas | | | |
| AF | Joint Base San Antonio | AFPC B-Wing | 0 | 36,000 |
| AF | Joint Base San Antonio | Aquatics Tank | 69,000 | 69,000 |
| AF | Joint Base San Antonio | BMT Recruit Dormitory 8 | 110,000 | 110,000 |
| AF | Joint Base San Antonio | T-X ADAL Ground Based Trng Sys (GBTS) Sim | 9,300 | 9,300 |
| AF | Joint Base San Antonio | T-X MX Trng Sys Centralized Trng Fac | 19,000 | 19,000 |
| | United Kingdom | | | |
| AF | Royal Air Force Lakenheath | F–35A PGM Facility | 14,300 | 14,300 |
| | Utah | | | |
| AF | Hill Air Force Base | GBSD Mission Integration Facility | 108,000 | 33,000 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Hill Air Force Base | Joint Advanced Tactical Missile Storage Fac | 6,500 | 6,500 |
| | Washington | | | |
| AF | Fairchild Air Force Base | Consolidated TFI Base Operations | 31,000 | 31,000 |
| AF | Fairchild Air Force Base | SERE Pipeline Dormitory Cost-to-Complete | 0 | 4,800 |
| | Worldwide Unspecified | | | |
| AF | Unspecified Worldwide Locations | Child Development Centers | 0 | 31,500 |
| AF | Various Worldwide Locations | Planning and Design | 142,148 | 142,148 |
| AF | Various Worldwide Locations | Unspecified Minor Construction | 79,682 | 79,682 |
| | Wyoming | | | |
| AF | F. E. Warren Air Force Base | Consolidated Helo/TRF Ops/AMU and Alert Fac | 18,100 | 18,100 |
| **Military Construction, Air Force Total** | | | **2,179,230** | **1,723,579** |
| | California | | | |
| Def-Wide | Beale Air Force Base | Hydrant Fuel System Replacement | 33,700 | 33,700 |
| Def-Wide | Camp Pendleton | Ambul Care Center/Dental Clinic Replacement | 17,700 | 17,700 |
| Def-Wide | Mountain View—63 RSC | Install Microgrid Controller, 750 Kw PV, and 750 Kwh Battery Storage. | 0 | 9,700 |
| Def-Wide | Naval Air Weapons Station China Lake | Energy Storage System | 0 | 8,950 |
| Def-Wide | NSA Monterey | Cogeneration Plant at B236 | 0 | 10,540 |
| | CONUS Classified | | | |
| Def-Wide | Classified Location | Battalion Complex, Ph 3 | 82,200 | 82,200 |
| | Florida | | | |
| Def-Wide | Eglin Air Force Base | SOF Combined Squadron Ops Facility | 16,500 | 16,500 |
| Def-Wide | Hurlburt Field | SOF AMU & Weapons Hangar | 72,923 | 72,923 |
| Def-Wide | Hurlburt Field | SOF Combined Squadron Operations Facility | 16,513 | 16,513 |
| Def-Wide | Hurlburt Field | SOF Maintenance Training Facility | 18,950 | 18,950 |
| Def-Wide | Naval Air Station Key West | SOF Watercraft Maintenance Facility | 16,000 | 16,000 |
| | Germany | | | |
| Def-Wide | Geilenkirchen Air Base | Ambulatory Care Center/Dental Clinic | 30,479 | 30,479 |
| Def-Wide | Ramstein | Landstuhl Elementary School | 0 | 66,800 |
| | Guam | | | |
| Def-Wide | Joint Region Marianas | Xray Wharf Refueling Facility | 19,200 | 19,200 |
| Def-Wide | Naval Base Guam | NSA Anderson Smart Grid and ICS Infrustructure | 0 | 16,970 |
| | Hawaii | | | |
| Def-Wide | Joint Base Pearl Harbor-Hickam | Install 500kw Covered Parking PV System & Electric Vehicle Charging Stations B479. | 0 | 4,000 |
| Def-Wide | Joint Base Pearl Harbor-Hickam | SOF Undersea Operational Training Facility | 67,700 | 67,700 |
| | Japan | | | |
| Def-Wide | Yokosuka | Kinnick High School Inc 2 | 130,386 | 0 |
| Def-Wide | Yokota Air Base | Bulk Storage Tanks PH1 | 116,305 | 20,000 |
| Def-Wide | Yokota Air Base | Pacific East District Superintendent's Office | 20,106 | 20,106 |
| | Maryland | | | |
| Def-Wide | Bethesda Naval Hospital | MEDCEN Addition/Altertion Incr 3 | 96,900 | 33,000 |
| Def-Wide | Fort Detrick | Medical Research Acquisition Building | 27,846 | 27,846 |
| Def-Wide | Fort Meade | NSAW Recapitalize Building #3 Inc 2 | 426,000 | 426,000 |
| Def-Wide | NSA Bethesda | Chiller 3–9 Replacement | 0 | 13,840 |
| Def-Wide | South Potomac | IH Water Project—CBIRF/IHEODTD/Housing | 0 | 18,460 |
| | Mississippi | | | |
| Def-Wide | Columbus Air Force Base | Fuel Facilities Replacement | 16,800 | 16,800 |
| | Missouri | | | |
| Def-Wide | Fort Leonard Wood | Hospital Replacement Incr 2 | 50,000 | 50,000 |
| Def-Wide | St. Louis | Next NGA West (N2W) Complex Phase 2 Inc. 2 | 218,800 | 118,800 |
| | New Mexico | | | |
| Def-Wide | White Sands Missile Range | Install Microgrid, 700kw PV, 150 Kw Generator, and Batteries. | 0 | 5,800 |
| | North Carolina | | | |
| Def-Wide | Camp Lejeune | SOF Marine Raider Regiment HQ | 13,400 | 13,400 |
| Def-Wide | Fort Bragg | SOF Assessment and Selection Training Complex | 12,103 | 12,103 |
| Def-Wide | Fort Bragg | SOF Human Platform-Force Generation Facility | 43,000 | 43,000 |
| Def-Wide | Fort Bragg | SOF Operations Support Bldg | 29,000 | 29,000 |
| | Oklahoma | | | |
| Def-Wide | Tulsa IAP | Fuels Storage Complex | 18,900 | 18,900 |
| | Rhode Island | | | |
| Def-Wide | Quonset State Airport | Fuels Storage Complex Replacement | 11,600 | 11,600 |
| | South Carolina | | | |
| Def-Wide | Joint Base Charleston | Medical Consolidated Storage & Distrib Center | 33,300 | 33,300 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | South Dakota | | | |
| Def-Wide | Ellsworth Air Force Base | Hydrant Fuel System Replacement | 24,800 | 24,800 |
| | Texas | | | |
| Def-Wide | Camp Swift | Install Microgrid, 650KW OV, & 500 KW Generator. | 0 | 4,500 |
| Def-Wide | Fort Hood | Install a Central Energy Plant | 0 | 16,500 |
| | Virginia | | | |
| Def-Wide | Defense Distribution Depot Richmond | Operations Center Phase 2 | 98,800 | 33,000 |
| Def-Wide | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG–10 Operations Support Facility | 32,600 | 32,600 |
| Def-Wide | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG2 JSOTF Ops Training Facility | 13,004 | 13,004 |
| Def-Wide | NRO Headquarters | Intergration System Upgrades | 0 | 66 |
| Def-Wide | Pentagon | Backup Generator | 8,670 | 8,670 |
| Def-Wide | Pentagon | Control Tower & Fire Day Station | 20,132 | 20,132 |
| Def-Wide | Training Center Dam Neck | SOF Demolition Training Compound Expansion | 12,770 | 12,770 |
| | Washington | | | |
| Def-Wide | Joint Base Lewis-McChord | SOF 22 STS Operations Facility | 47,700 | 47,700 |
| Def-Wide | Naval Base Kitsap | Keyport Main Substation Replacement | 0 | 23,670 |
| | Wisconsin | | | |
| Def-Wide | Gen Mitchell IAP | POL Facilities Replacement | 25,900 | 25,900 |
| | Worldwide Classified | | | |
| Def-Wide | Classified Location | Mission Support Compound | 52,000 | 52,000 |
| | Worldwide Unspecified | | | |
| Def-Wide | Unspecified Worldwide Locations | Contingency Construction | 10,000 | 0 |
| Def-Wide | Unspecified Worldwide Locations | Energy Resilience and Conserv. Invest. Prog. | 150,000 | 150,000 |
| Def-Wide | Unspecified Worldwide Locations | ERCIP Design | 10,000 | 10,000 |
| Def-Wide | Unspecified Worldwide Locations | Exercise Related Minor Construction | 11,770 | 11,770 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 15,000 | 15,000 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 29,679 | 29,679 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 35,472 | 35,472 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 4,890 | 4,890 |
| Def-Wide | Unspecified Worldwide Locations | Planning and Design | 14,400 | 14,400 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 3,000 | 3,000 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 31,464 | 31,464 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 3,228 | 3,228 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 10,000 | 10,000 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 8,000 | 8,000 |
| Def-Wide | Unspecified Worldwide Locations | Unspecified Minor Construction | 4,950 | 4,950 |
| Def-Wide | Various Worldwide Locations | Planning and Design | 52,532 | 52,532 |
| Def-Wide | Various Worldwide Locations | Planning and Design | 63,382 | 63,382 |
| Def-Wide | Various Worldwide Locations | Planning and Design | 27,000 | 27,000 |
| Def-Wide | Various Worldwide Locations | Planning and Design: Military Installation Resiliency. | 0 | 30,000 |
| Def-Wide | Various Worldwide Locations | Unspecified Minor Construction | 10,000 | 10,000 |
| Def-Wide | Various Worldwide Locations | Unspecified Minor Construction | 16,736 | 16,736 |
| **Military Construction, Defense-Wide Total** | | | **2,504,190** | **2,267,595** |
| | Worldwide Unspecified | | | |
| NATO | NATO Security Investment Program | NATO Security Investment Program | 144,040 | 144,040 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | NATO Security Investment Program Total | | **144,040** | **144,040** |
| | Alabama | | | |
| Army NG | Anniston Army Depot | Enlisted Transient Barracks | 0 | 34,000 |
| Army NG | Foley | National Guard Readiness Center | 12,000 | 12,000 |
| | California | | | |
| Army NG | Camp Roberts | Automated Multipurpose Machine Gun Range | 12,000 | 12,000 |
| | Idaho | | | |
| Army NG | Orchard Combat Training Center | Railroad Tracks | 29,000 | 29,000 |
| | Maryland | | | |
| Army NG | Havre de Grace | Combined Support Maintenance Shop | 12,000 | 12,000 |
| | Massachusetts | | | |
| Army NG | Camp Edwards | Automated Multipurpose Machine Gun Range | 9,700 | 9,700 |
| | Minnesota | | | |
| Army NG | New Ulm | National Guard Vehicle Maintenance Shop | 11,200 | 11,200 |
| | Mississippi | | | |
| Army NG | Camp Shelby | Automated Multipurpose Machine Gun Range | 8,100 | 8,100 |
| | Missouri | | | |
| Army NG | Springfield | National Guard Readiness Center | 12,000 | 12,000 |
| | Nebraska | | | |
| Army NG | Bellevue | National Guard Readiness Center | 29,000 | 29,000 |
| | New Hampshire | | | |
| Army NG | Concord | National Guard Readiness Center | 5,950 | 5,950 |
| | New York | | | |
| Army NG | Jamaica Armory | National Guard Readiness Center | 0 | 91,000 |
| | Pennsylvania | | | |
| Army NG | Moon Township | Combined Support Maintenance Shop | 23,000 | 23,000 |
| | Vermont | | | |
| Army NG | Jericho | General Instruction Builiding | 0 | 30,000 |
| | Washington | | | |
| Army NG | Richland | National Guard Readiness Center | 11,400 | 11,400 |
| | Worldwide Unspecified | | | |
| Army NG | Unspecified Worldwide Locations | Planning and Design | 20,469 | 20,469 |
| Army NG | Unspecified Worldwide Locations | Unspecified Minor Construction | 15,000 | 15,000 |
| | **Military Construction, Army National Guard Total** | | **210,819** | **365,819** |
| | Delaware | | | |
| Army Res | Newark | Army Reserve Center/BMA | 21,000 | 21,000 |
| | Wisconsin | | | |
| Army Res | Fort McCoy | Transient Training Barracks | 25,000 | 25,000 |
| | Worldwide Unspecified | | | |
| Army Res | Unspecified Worldwide Locations | Planning and Design | 6,000 | 6,000 |
| Army Res | Unspecified Worldwide Locations | Unspecified Minor Construction | 8,928 | 8,928 |
| | **Military Construction, Army Reserve Total** | | **60,928** | **60,928** |
| | Louisiana | | | |
| N/MC Res | New Orleans | Entry Control Facility Upgrades | 25,260 | 25,260 |
| | Worldwide Unspecified | | | |
| N/MC Res | Unspecified Worldwide Locations | Planning and Design | 4,780 | 4,780 |
| N/MC Res | Unspecified Worldwide Locations | Unspecified Minor Construction | 24,915 | 24,915 |
| | **Military Construction, Naval Reserve Total** | | **54,955** | **54,955** |
| | California | | | |
| Air NG | Moffett Air National Guard Base | Fuels/Corrosion Control Hanger and Shops | 0 | 57,000 |
| | Georgia | | | |
| Air NG | Savannah/Hilton Head IAP | Consolidated Joint Air Dominance Hangar/Shops | 24,000 | 24,000 |
| | Missouri | | | |
| Air NG | Rosecrans Memorial Airport | C–130 Flight Simulator Facility | 9,500 | 9,500 |
| | Puerto Rico | | | |
| Air NG | Luis Munoz-Marin IAP | Communications Facility | 12,500 | 12,500 |
| Air NG | Luis Munoz-Marin IAP | Maintenance Hangar | 37,500 | 36,000 |
| | Wisconsin | | | |
| Air NG | Truax Field | F–35 Simulator Facility | 14,000 | 14,000 |
| Air NG | Truax Field | Fighter Alert Shelters | 20,000 | 20,000 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | Worldwide Unspecified | | | |
| Air NG | Unspecified Worldwide Locations | Unspecified Minor Construction | 31,471 | 31,471 |
| Air NG | Various Worldwide Locations | Planning and Design | 17,000 | 17,000 |
| **Military Construction, Air National Guard Total** | | | **165,971** | **221,471** |
| | Georgia | | | |
| AF Res | Robins Air Force Base | Consolidated Mission Complex Phase 3 | 43,000 | 43,000 |
| | Maryland | | | |
| AF Res | Joint Base Andrews | AES Training Admin Facility | 0 | 15,000 |
| | Minnesota | | | |
| AF Res | Minneapolis-St.paul IAP | Aerial Port Facility | 0 | 9,800 |
| | Worldwide Unspecified | | | |
| AF Res | Unspecified Worldwide Locations | Planning and Design | 4,604 | 4,604 |
| AF Res | Unspecified Worldwide Locations | Unspecified Minor Construction | 12,146 | 12,146 |
| **Military Construction, Air Force Reserve Total** | | | **59,750** | **84,550** |
| | Germany | | | |
| FH Con Army | Baumholder | Family Housing Improvements | 29,983 | 29,983 |
| | Korea | | | |
| FH Con Army | Camp Humphreys | Family Housing New Construction Incr 4 | 83,167 | 83,167 |
| | Pennsylvania | | | |
| FH Con Army | Tobyhanna Army Depot | Family Housing Replacement Construction | 19,000 | 19,000 |
| | Worldwide Unspecified | | | |
| FH Con Army | Unspecified Worldwide Locations | Family Housing P & D | 9,222 | 14,222 |
| **Family Housing Construction, Army Total** | | | **141,372** | **146,372** |
| | Worldwide Unspecified | | | |
| FH Ops Army | Unspecified Worldwide Locations | Furnishings | 24,027 | 24,027 |
| FH Ops Army | Unspecified Worldwide Locations | Housing Privitization Support | 18,627 | 63,627 |
| FH Ops Army | Unspecified Worldwide Locations | Leasing | 128,938 | 128,938 |
| FH Ops Army | Unspecified Worldwide Locations | Maintenance | 81,065 | 135,798 |
| FH Ops Army | Unspecified Worldwide Locations | Management | 38,898 | 38,898 |
| FH Ops Army | Unspecified Worldwide Locations | Miscellaneous | 484 | 484 |
| FH Ops Army | Unspecified Worldwide Locations | Services | 10,156 | 10,156 |
| FH Ops Army | Unspecified Worldwide Locations | Utilities | 55712 | 55712 |
| **Family Housing Operation And Maintenance, Army Total** | | | **357,907** | **457,640** |
| | Worldwide Unspecified | | | |
| FH Con Navy | Unspecified Worldwide Locations | Construction Improvements | 41,798 | 41,798 |
| FH Con Navy | Unspecified Worldwide Locations | Planning & Design | 3,863 | 3,863 |
| FH Con Navy | Unspecified Worldwide Locations | USMC DPRI/Guam Planning and Design | 2,000 | 2,000 |
| **Family Housing Construction, Navy And Marine Corps Total** | | | **47,661** | **47,661** |
| | Worldwide Unspecified | | | |
| FH Ops Navy | Unspecified Worldwide Locations | Furnishings | 19,009 | 19,009 |
| FH Ops Navy | Unspecified Worldwide Locations | Housing Privatization Support | 21,975 | 81,575 |
| FH Ops Navy | Unspecified Worldwide Locations | Leasing | 64,126 | 64,126 |
| FH Ops Navy | Unspecified Worldwide Locations | Maintenance | 82,611 | 137,344 |
| FH Ops Navy | Unspecified Worldwide Locations | Management | 50,122 | 50,122 |
| FH Ops Navy | Unspecified Worldwide Locations | Miscellaneous | 151 | 151 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| FH Ops Navy | Unspecified Worldwide Locations | Services | 16,647 | 16,647 |
| FH Ops Navy | Unspecified Worldwide Locations | Utilities | 63,229 | 63,229 |
| | **Family Housing Operation And Maintenance, Navy And Marine Corps Total.** | | **317,870** | **432,203** |
| | Germany | | | |
| FH Con AF | Spangdahlem Air Base | Construct Deficit Military Family Housing | 53,584 | 53,584 |
| | Worldwide Unspecified | | | |
| FH Con AF | Unspecified Worldwide Locations | Construction Improvements | 46,638 | 46,638 |
| FH Con AF | Unspecified Worldwide Locations | Planning & Design | 3,409 | 3,409 |
| | **Family Housing Construction, Air Force Total** | | **103,631** | **103,631** |
| | Worldwide Unspecified | | | |
| FH Ops AF | Unspecified Worldwide Locations | Furnishings | 30,283 | 30,283 |
| FH Ops AF | Unspecified Worldwide Locations | Housing Privatization | 22,593 | 53,793 |
| FH Ops AF | Unspecified Worldwide Locations | Leasing | 15,768 | 15,768 |
| FH Ops AF | Unspecified Worldwide Locations | Maintenance | 117,704 | 172,437 |
| FH Ops AF | Unspecified Worldwide Locations | Management | 56,022 | 56,022 |
| FH Ops AF | Unspecified Worldwide Locations | Miscellaneous | 2,144 | 2,144 |
| FH Ops AF | Unspecified Worldwide Locations | Services | 7,770 | 7,770 |
| FH Ops AF | Unspecified Worldwide Locations | Utilities | 42,732 | 42,732 |
| | **Family Housing Operation And Maintenance, Air Force Total** | | **295,016** | **380,949** |
| | Worldwide Unspecified | | | |
| FH Ops DW | Unspecified Worldwide Locations | Furnishings | 82 | 82 |
| FH Ops DW | Unspecified Worldwide Locations | Furnishings | 645 | 645 |
| FH Ops DW | Unspecified Worldwide Locations | Leasing | 12,906 | 12,906 |
| FH Ops DW | Unspecified Worldwide Locations | Leasing | 39,222 | 39,222 |
| FH Ops DW | Unspecified Worldwide Locations | Maintenance | 32 | 32 |
| FH Ops DW | Unspecified Worldwide Locations | Utilities | 13 | 13 |
| FH Ops DW | Unspecified Worldwide Locations | Utilities | 4,100 | 4,100 |
| | **Family Housing Operation And Maintenance, Defense-Wide Total** | | **57,000** | **57,000** |
| | Worldwide Unspecified | | | |
| FHIF | Unspecified Worldwide Locations | Administrative Expenses—FHIF | 3,045 | 3,045 |
| | **DOD Family Housing Improvement Fund Total** | | **3,045** | **3,045** |
| | Worldwide Unspecified | | | |
| UHIF | Unspecified Worldwide Locations | Administrative Expenses—UHIF | 500 | 500 |
| | **Unaccompanied Housing Improvement Fund Total** | | **500** | **500** |
| | Worldwide Unspecified | | | |
| BRAC | Worldwide Unspecified Locations | Base Realignment and Closure | 66,111 | 94,111 |
| | **Base Realignment and Closure—Army Total** | | **66,111** | **94,111** |
| | Worldwide Unspecified | | | |
| BRAC | Unspecified Worldwide Locations | Base Realignment & Closure | 158,349 | 216,349 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/Country and Installation | Project Title | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | **Base Realignment and Closure—Navy Total** | | **158,349** | **216,349** |
| | Worldwide Unspecified | | | |
| BRAC | Unspecified Worldwide Locations | Dod BRAC Activities—Air Force | 54,066 | 82,066 |
| | **Base Realignment and Closure—Air Force Total** | | **54,066** | **82,066** |
| | Prior Year Savings | | | |
| PYS | Prior Year Savings | Prior Year Savings | 0 | –64685 |
| | **Prior Year Savings Total** | | **0** | **–64,685** |
| | **Total, Military Construction** | | **11,241,653** | **10,925,739** |

## SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | Guantanamo Bay, Cuba | | | |
| Army | Guantanamo Bay Naval Station | OCO: Communications Facility | 22,000 | 22,000 |
| Army | Guantanamo Bay Naval Station | OCO: Detention Legal Office and Comms Ctr | 11,800 | 11,800 |
| Army | Guantanamo Bay Naval Station | OCO: High Value Detention Facility | 88,500 | 0 |
| | Worldwide Unspecified | | | |
| Army | Unspecified Worldwide Locations | EDI/OCO Planning and Design | 19,498 | 19,498 |
| Army | Unspecified Worldwide Locations | EDI: Bulk Fuel Storage | 36,000 | 36,000 |
| Army | Unspecified Worldwide Locations | EDI: Information Systems Facility | 6,200 | 6,200 |
| Army | Unspecified Worldwide Locations | EDI: Minor Construction | 5,220 | 5,220 |
| Army | Unspecified Worldwide Locations | Unspecified Worldwide Construction | 9,200,000 | 0 |
| Army | Various Worldwide Locations | EDI: Various Worldwide Locations Europe | 0 | 36,212 |
| | Military Construction, Army Total | | 9,389,218 | 136,930 |
| | Bahrain | | | |
| Navy | SW Asia | Electrical System Upgrade | 0 | 53,360 |
| | Italy | | | |
| Navy | Sigonella | Communications Station | 0 | 77,400 |
| | Spain | | | |
| Navy | Rota | EDI: In-Transit Munitions Facility | 9,960 | 9,960 |
| Navy | Rota | EDI: Joint Mobility Center | 46,840 | 46,840 |
| Navy | Rota | EDI: Small Craft Berthing Facility | 12,770 | 12,770 |
| | Worldwide Unspecified | | | |
| Navy | Unspecified Worldwide Locations | Planning and Design | 25,000 | 25,000 |
| Navy | Various Worldwide Locations | EDI: Various Worldwide Locations Europe | 0 | 36,211 |
| | Military Construction, Navy Total | | 94,570 | 261,541 |
| | Iceland | | | |
| AF | Keflavik | EDI: Airfield Upgrades—Dangerous Cargo Pad | 18,000 | 18,000 |
| AF | Keflavik | EDI: Beddown Site Prep | 7,000 | 7,000 |
| AF | Keflavik | EDI: Expand Parking Apron | 32,000 | 32,000 |
| | Jordan | | | |
| AF | Azraq | Air Traffic Control Tower | 0 | 24,000 |
| AF | Azraq | Munitions Storage Area | 0 | 42,000 |
| | Spain | | | |
| AF | Moron | EDI: Hot Cargo Pad | 8,500 | 8,500 |
| | Worldwide Unspecified | | | |
| AF | Unspecified | Planning & Design | 0 | 60,000 |

SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Unspecified Worldwide Locations | EDI: ECAOS DABS/FEV EMEDS Storage | 107,000 | 107,000 |
| AF | Unspecified Worldwide Locations | EDI: Hot Cargo Pad | 29,000 | 29,000 |
| AF | Unspecified Worldwide Locations | EDI: Munitions Storage Area | 39,000 | 39,000 |
| AF | Various Worldwide Locations | EDI: Various Worldwide Locations Europe | 0 | 36,211 |
| AF | Various Worldwide Locations | EDI: P&D | 61,438 | 61,438 |
| AF | Various Worldwide Locations | EDI: UMMC | 12,800 | 12,800 |
| | Military Construction, Air Force Total | | 314,738 | 476,949 |
| | Germany | | | |
| Def-Wide | Gemersheim | EDI: Logistics Distribution Center Annex | 46,000 | 46,000 |
| | Military Construction,Defense-Wide Total | | 46,000 | 46,000 |
| | **Total, Military Construction** | | **9,844,526** | **921,420** |

## SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS.

SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| | California | | | |
| Navy | Naval Air Weapons Station China Lake | Planning and Design | 0 | 89,320 |
| Navy | Naval Air Weapons Station China Lake | Hanger 3 Replacement, Apron, Taxiway & Utilities for RDT&E. | 0 | 514,600 |
| Navy | Naval Air Weapons Station China Lake | Aircraft Parking Apron in Support of Hanger 2 Replacement. | 0 | 50,800 |
| Navy | Naval Air Weapons Station China Lake | Michelson Mission Systems Intergration Laboratory | 0 | 202,340 |
| Navy | Naval Air Weapons Station China Lake | Magazines & Inert Storage Facility | 0 | 138,930 |
| Navy | Naval Air Weapons Station China Lake | Air Operations Facility & Air Traffic Control Tower | 0 | 70,900 |
| Navy | Naval Air Weapons Station China Lake | Community Support Facilities | 0 | 85,790 |
| | North Carolina | | | |
| Navy | Camp Lejeune | Courthouse Bay Fire Station Replacement | 0 | 21,336 |
| Navy | Camp Lejeune | Hadnot Point Fire Station Replacement | 0 | 21,931 |
| Navy | Camp Lejeune | Hadnot Point Mess Hall Replacement | 0 | 66,023 |
| Navy | Camp Lejeune | II MEF Simulation/Training Center Replacement | 0 | 74,487 |
| Navy | Camp Lejeune | LOGCOM CSP Warehouse Replacement | 0 | 35,874 |
| Navy | Camp Lejeune | LSSS Facility Replacement | 0 | 26,815 |
| Navy | Camp Lejeune | MC Advisor Battalion HQS Replacement | 0 | 30,109 |
| Navy | Camp Lejeune | MCCSSS Log Ops School | 0 | 179,617 |
| Navy | Camp Lejeune | MCES Applied Instruction Facility Replacement | 0 | 95,599 |
| Navy | Camp Lejeune | NCIS Facilities Replacement | 0 | 22,594 |
| Navy | Camp Lejeune | PMO Facility Replacement | 0 | 34,718 |
| Navy | Camp Lejeune | WTBN Headquarters Replacement | 0 | 18,644 |
| Navy | MCAS Cherry Point | Physical Security Compliance | 0 | 52,300 |
| Navy | MCAS Cherry Point | BT–11 Range Operations Center Replacement | 0 | 14,251 |
| Navy | MCAS New River | C–12W Aircraft Maintenance Hangar Replacement | 0 | 36,295 |
| Navy | MCAS New River | Bachelor Enlisted Quarters Replacement | 0 | 62,104 |
| Navy | MCAS New River | CNATT Classroom Building Replacement | 0 | 114,706 |
| Navy | MCAS New River | CH–53K Maintenance Hangar Replacement | 0 | 252,717 |
| | Military Construction, Navy Total | | 0 | 2,312,800 |
| | Florida | | | |
| AF | Tyndall Air Force Base | 325th Fighting Wing HQ Facility | 0 | 38,000 |
| AF | Tyndall Air Force Base | Aerospace & Operational Physiology Facility | 0 | 12,000 |
| AF | Tyndall Air Force Base | Aircraft MX Fuel Cell Hangar | 0 | 37,000 |
| AF | Tyndall Air Force Base | Aircraft Wash Rack | 0 | 9,100 |
| AF | Tyndall Air Force Base | Airfield Drainage | 0 | 144,000 |
| AF | Tyndall Air Force Base | Auxiliary Ground Equipment Facility | 0 | 22,000 |

**SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS**
**(In Thousands of Dollars)**

| Service | State/Country and Installation | Project | FY 2020 Request | Conference Authorized |
|---|---|---|---|---|
| AF | Tyndall Air Force Base | Chapel | 0 | 26,000 |
| AF | Tyndall Air Force Base | Community Commons Facility | 0 | 64,000 |
| AF | Tyndall Air Force Base | Deployment Center/Flight Line Dining/AAFES | 0 | 43,000 |
| AF | Tyndall Air Force Base | Dorm Complex Phase 1 | 0 | 145,000 |
| AF | Tyndall Air Force Base | Dorm Complex Phase 2 | 0 | 131,000 |
| AF | Tyndall Air Force Base | Emergency Management, EOC, Alt CP | 0 | 20,000 |
| AF | Tyndall Air Force Base | Flightline—Muns Storage, 7000 Area | 0 | 36,000 |
| AF | Tyndall Air Force Base | Lodging Facilities Phase 1 | 0 | 90,000 |
| AF | Tyndall Air Force Base | Lodging Facilities Phase 2 | 0 | 89,000 |
| AF | Tyndall Air Force Base | Operations Group/Maintenance Group HQ | 0 | 24,000 |
| AF | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #2 | 0 | 74,000 |
| AF | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #3 | 0 | 75,000 |
| AF | Tyndall Air Force Base | OSS/Radar Approach Control Facility | 0 | 37,000 |
| AF | Tyndall Air Force Base | Planning and Design | 0 | 52,400 |
| AF | Tyndall Air Force Base | Security Forces Mobility Storage Facility | 0 | 6,700 |
| AF | Tyndall Air Force Base | Simulator Facility | 0 | 38,000 |
| AF | Tyndall Air Force Base | Site Development, Utilities & Demo Phase 2 | 0 | 141,000 |
| AF | Tyndall Air Force Base | Small Arms Range | 0 | 26,000 |
| AF | Tyndall Air Force Base | Special Purpose Vehicle Maintenance | 0 | 20,000 |
| AF | Tyndall Air Force Base | Tyndall AFB Gate Complexes | 0 | 75,000 |
| AF | Tyndall Air Force Base | Weapons Load Training Hangar | 0 | 25,000 |
| | Nebraska | | | |
| AF | Offutt Air Force Base | Emergency Power Microgrid | 0 | 43,000 |
| AF | Offutt Air Force Base | Flightline Hangars Campus | 0 | 10,000 |
| AF | Offutt Air Force Base | Lake Campus | 0 | 6,000 |
| AF | Offutt Air Force Base | Logistics Readiness Squadron Campus | 0 | 18,500 |
| AF | Offutt Air Force Base | Security Campus | 0 | 63,000 |
| | Virginia | | | |
| AF | Joint Base Langley-Eustis | Dormitory | 0 | 31,000 |
| | Military Construction, Air Force Total | | 0 | 1,671,700 |
| | North Carolina | | | |
| Def-Wide | Camp Lejeune | Ambulatory Care Center (Camp Geiger) | 0 | 17,821 |
| Def-Wide | Camp Lejeune | Ambulatory Care Center (Camp Johnson) | 0 | 27,492 |
| Def-Wide | Camp Lejeune | MARSOC ITC Team Facility Replacement | 0 | 30,000 |
| | Military Construction, Defense-Wide Total | | 0 | 75,313 |
| | Louisiana | | | |
| Army NG | Pineville | National Guard Readiness Center | 0 | 16,500 |
| | Nebraska | | | |
| Army NG | Ashland | Training Site, Various Facilities | 0 | 35,000 |
| Army NG | Ashland | Flood Control Levee/Floodwall | 0 | 8,500 |
| | Military Construction, Army National Guard Total | | 0 | 60,000 |
| | **Total, Military Construction** | | **0** | **4,119,813** |

# TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

Sec. 4701. Department of Energy national security programs.

## SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS.

**SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS**
**(In Thousands of Dollars)**

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| **Discretionary Summary By Appropriation** | | |
| **Energy And Water Development, And Related Agencies** | | |
| **Appropriation Summary:** | | |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| **Energy Programs** | | |
| Nuclear Energy | 137,808 | 137,808 |
| **Atomic Energy Defense Activities** | | |
| **National nuclear security administration:** | | |
| Weapons activities | 12,408,603 | 12,444,780 |
| Defense nuclear nonproliferation | 1,993,302 | 2,020,814 |
| Naval reactors | 1,648,396 | 1,633,396 |
| Federal salaries and expenses | 434,699 | 434,699 |
| **Total, National nuclear security administration** | **16,485,000** | **16,533,689** |
| **Environmental and other defense activities:** | | |
| Defense environmental cleanup | 5,506,501 | 5,527,732 |
| Other defense activities | 1,035,339 | 885,839 |
| Defense nuclear waste disposal | 26,000 | 0 |
| **Total, Environmental & other defense activities** | **6,567,840** | **6,413,571** |
| **Total, Atomic Energy Defense Activities** | **23,052,840** | **22,947,260** |
| **Total, Discretionary Funding** | **23,190,648** | **23,085,068** |
| **Nuclear Energy** | | |
| Idaho sitewide safeguards and security | 137,808 | 137,808 |
| **Total, Nuclear Energy** | **137,808** | **137,808** |
| **Weapons Activities** | | |
| **Directed stockpile work** | | |
| **Life extension programs and major alterations** | | |
| B61–12 Life extension program | 792,611 | 792,611 |
| W76–2 Modification program | 10,000 | 10,000 |
| W88 Alt 370 | 304,186 | 304,186 |
| W80–4 Life extension program | 898,551 | 898,551 |
| W87–1 Modification Program (formerly IW1) | 112,011 | 112,011 |
| **Total, Life extension programs and major alterations** | **2,117,359** | **2,117,359** |
| **Stockpile systems** | | |
| B61 Stockpile systems | 71,232 | 71,232 |
| W76 Stockpile systems | 89,804 | 89,804 |
| W78 Stockpile systems | 81,299 | 81,299 |
| W80 Stockpile systems | 85,811 | 85,811 |
| B83 Stockpile systems | 51,543 | 51,543 |
| W87 Stockpile systems | 98,262 | 98,262 |
| W88 Stockpile systems | 157,815 | 157,815 |
| **Total, Stockpile systems** | **635,766** | **635,766** |
| **Weapons dismantlement and disposition** | | |
| Operations and maintenance | 47,500 | 47,500 |
| **Program increase** | | |
| **Stockpile services** | | |
| Production support | 543,964 | 543,964 |
| Research and development support | 39,339 | 39,339 |
| R&D certification and safety | 236,235 | 236,235 |
| Management, technology, and production | 305,000 | 305,000 |
| **Total, Stockpile services** | **1,124,538** | **1,124,538** |
| **Strategic materials** | | |
| Uranium sustainment | 94,146 | 94,146 |
| Plutonium sustainment | 712,440 | 712,440 |
| Tritium sustainment | 269,000 | 269,000 |
| Lithium sustainment | 28,800 | 28,800 |
| Domestic uranium enrichment | 140,000 | 140,000 |
| Strategic materials sustainment | 256,808 | 256,808 |
| **Total, Strategic materials** | **1,501,194** | **1,501,194** |
| **Total, Directed stockpile work** | **5,426,357** | **5,426,357** |
| **Research, development, test and evaluation (RDT&E)** | | |
| **Science** | | |
| Advanced certification | 57,710 | 57,710 |
| Primary assessment technologies | 95,169 | 95,169 |
| Dynamic materials properties | 133,800 | 133,800 |
| Advanced radiography | 32,544 | 32,544 |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| Secondary assessment technologies | 77,553 | 77,553 |
| Academic alliances and partnerships | 44,625 | 44,625 |
| Enhanced Capabilities for Subcritical Experiments | 145,160 | 145,160 |
| **Total, Science** | **586,561** | **586,561** |
| | | |
| **Engineering** | | |
| Enhanced surety | 46,500 | 46,500 |
| Delivery Environments (formerly Weapons Systems Engineering Assessment Technology) | 35,945 | 35,945 |
| Nuclear survivability | 53,932 | 53,932 |
| Enhanced surveillance | 57,747 | 57,747 |
| Stockpile Responsiveness | 39,830 | 80,630 |
| Program expansion | | [40,800] |
| **Total, Engineering** | **233,954** | **274,754** |
| | | |
| **Inertial confinement fusion ignition and high yield** | | |
| Ignition and Other Stockpile Programs | 55,649 | 55,649 |
| Diagnostics, cryogenics and experimental support | 66,128 | 66,128 |
| Pulsed power inertial confinement fusion | 8,571 | 8,571 |
| Joint program in high energy density laboratory plasmas | 12,000 | 12,000 |
| Facility operations and target production | 338,247 | 343,247 |
| Program increase | | [5,000] |
| **Total, Inertial confinement fusion and high yield** | **480,595** | **485,595** |
| | | |
| **Advanced simulation and computing** | | |
| Advanced simulation and computing | 789,849 | 789,849 |
| **Construction:** | | |
| 18–D–620, Exascale Computing Facility Modernization Project, LLNL | 50,000 | 50,000 |
| **Total, Construction** | **50,000** | **50,000** |
| **Total, Advanced simulation and computing** | **839,849** | **839,849** |
| | | |
| **Advanced manufacturing** | | |
| Additive manufacturing | 18,500 | 18,500 |
| Component manufacturing development | 48,410 | 52,000 |
| UFR list—technology maturation | | [3,590] |
| Process technology development | 69,998 | 69,998 |
| **Total, Advanced manufacturing** | **136,908** | **140,498** |
| **Total, RDT&E** | **2,277,867** | **2,327,257** |
| | | |
| **Infrastructure and operations** | | |
| Operations of facilities | 905,000 | 905,000 |
| Safety and environmental operations | 119,000 | 119,000 |
| Maintenance and repair of facilities | 456,000 | 456,000 |
| **Recapitalization:** | | |
| Infrastructure and safety | 447,657 | 447,657 |
| Capability based investments | 135,341 | 135,341 |
| **Total, Recapitalization** | **582,998** | **582,998** |
| | | |
| **Construction:** | | |
| 19–D–670, 138kV Power Transmission System Replacement, NNSS | 6,000 | 6,000 |
| 18–D–690, Lithium Processing Facility, Y–12 (formerly Lithium Production Capability, Y–12) | 32,000 | 32,000 |
| 18–D–650, Tritium Finishing Facility, SRS | 27,000 | 27,000 |
| 17–D–640, U1a Complex Enhancements Project, NNSS | 35,000 | 35,000 |
| 15–D–612, Emergency Operations Center, LLNL | 5,000 | 5,000 |
| 15–D–611, Emergency Operations Center, SNL | 4,000 | 4,000 |
| 15–D–301, HE Science & Engineering Facility, PX | 123,000 | 123,000 |
| 06–D–141 Uranium processing facility Y–12, Oak Ridge, TN | 745,000 | 745,000 |
| 04–D–125, Chemistry and Metallurgy Research Replacement Project, LANL | 168,444 | 168,444 |
| **Total, Construction** | **1,145,444** | **1,145,444** |
| **Total, Infrastructure and operations** | **3,208,442** | **3,208,442** |
| | | |
| **Secure transportation asset** | | |
| Operations and equipment | 209,502 | 209,502 |
| Program direction | 107,660 | 107,660 |
| **Total, Secure transportation asset** | **317,162** | **317,162** |
| | | |
| **Defense nuclear security** | | |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| Operations and maintenance | 778,213 | 765,000 |
| Excess to need | | [–13,213] |
| **Total, Defense nuclear security** | **778,213** | **765,000** |
| Information technology and cybersecurity | 309,362 | 309,362 |
| Legacy contractor pensions | 91,200 | 91,200 |
| **Total, Weapons Activities** | **12,408,603** | **12,444,780** |
| **Defense Nuclear Nonproliferation** | | |
| **Defense Nuclear Nonproliferation Programs** | | |
| **Global material security** | | |
| International nuclear security | 48,839 | 48,839 |
| Domestic radiological security | 90,513 | 90,513 |
| International radiological security | 60,827 | 78,907 |
| Secure additional radiologic materials | | [18,080] |
| Nuclear smuggling detection and deterrence | 142,171 | 142,171 |
| **Total, Global material security** | **342,350** | **360,430** |
| **Material management and minimization** | | |
| HEU reactor conversion | 114,000 | 99,000 |
| Program decrease | | [–15,000] |
| Nuclear material removal | 32,925 | 32,925 |
| Material disposition | 186,608 | 186,608 |
| **Total, Material management & minimization** | **333,533** | **318,533** |
| Nonproliferation and arms control | 137,267 | 137,267 |
| Defense nuclear nonproliferation R&D | 495,357 | 499,789 |
| Additional verification and detection effort | | [4,432] |
| **Nonproliferation Construction:** | | |
| 18–D–150 Surplus Plutonium Disposition Project | 79,000 | 79,000 |
| 99–D–143 Mixed Oxide (MOX) Fuel Fabrication Facility, SRS | 220,000 | 220,000 |
| Low-enriched uranium research and development | 0 | 20,000 |
| Program increase | | [20,000] |
| **Total, Nonproliferation construction** | **299,000** | **299,000** |
| **Total, Defense Nuclear Nonproliferation Programs** | **1,607,507** | **1,635,019** |
| Legacy contractor pensions | 13,700 | 13,700 |
| Nuclear counterterrorism and incident response program | 372,095 | 372,095 |
| DPRK phased denuclearization long-term monitoring and verification | 0 | |
| **Total, Defense Nuclear Nonproliferation** | **1,993,302** | **2,020,814** |
| **Naval Reactors** | | |
| Naval reactors development | 531,205 | 516,205 |
| Unjustified growth | | [–15,000] |
| Columbia-Class reactor systems development | 75,500 | 75,500 |
| S8G Prototype refueling | 155,000 | 155,000 |
| Naval reactors operations and infrastructure | 553,591 | 553,591 |
| **Construction:** | | |
| 20-D-931, KL Fuel Development Laboratory | 23,700 | 23,700 |
| 19–D–930, KS Overhead Piping | 20,900 | 20,900 |
| 14–D–901 Spent fuel handling recapitalization project, NRF | 238,000 | 238,000 |
| **Total, Construction** | **282,600** | **282,600** |
| Program direction | 50,500 | 50,500 |
| **Total, Naval Reactors** | **1,648,396** | **1,633,396** |
| **Federal Salaries And Expenses** | | |
| Program direction | 434,699 | 434,699 |
| **Total, Office Of The Administrator** | **434,699** | **434,699** |
| **Defense Environmental Cleanup** | | |
| **Closure sites:** | | |
| Closure sites administration | 4,987 | 4,987 |
| **Richland:** | | |
| River corridor and other cleanup operations | 139,750 | 139,750 |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| Central plateau remediation | 472,949 | 522,949 |
| Program increase | | [50,000] |
| Richland community and regulatory support | 5,121 | 5,121 |
| **Construction:** | | |
| 18–D–404 WESF Modifications and Capsule Storage | 11,000 | 11,000 |
| **Total, Construction** | **11,000** | **11,000** |
| **Total, Hanford site** | **628,820** | **678,820** |
| | | |
| **Office of River Protection:** | | |
| Waste Treatment Immobilization Plant Commissioning | 15,000 | 15,000 |
| Rad liquid tank waste stabilization and disposition | 677,460 | 705,460 |
| Program increase | | [28,000] |
| **Construction:** | | |
| 18–D–16 Waste treatment and immobilization plant—LBL/Direct feed LAW | 640,000 | 640,000 |
| 01–D–16 D, High-level waste facility | 30,000 | 25,000 |
| Program decrease | | [–5,000] |
| 01–D–16 E—Pretreatment Facility | 20,000 | 15,000 |
| Program decrease | | [–5,000] |
| **Total, Construction** | **690,000** | **680,000** |
| | | |
| ORP Low-level waste offsite disposal | 10,000 | 10,000 |
| | | |
| **Total, Office of River Protection** | **1,392,460** | **1,410,460** |
| | | |
| **Idaho National Laboratory:** | | |
| Idaho cleanup and waste disposition | 331,354 | 331,354 |
| Idaho community and regulatory support | 3,500 | 3,500 |
| **Total, Idaho National Laboratory** | **334,854** | **334,854** |
| | | |
| **NNSA sites and Nevada off-sites** | | |
| Lawrence Livermore National Laboratory | 1,727 | 1,727 |
| LLNL Excess facilities D&D | 128,000 | 55,000 |
| Program decrease | | [–73,000] |
| **Nuclear facility D & D** | | |
| Separations Process Research Unit | 15,300 | 15,300 |
| Nevada | 60,737 | 60,737 |
| Sandia National Laboratories | 2,652 | 2,652 |
| Los Alamos National Laboratory | 195,462 | 195,462 |
| **Total, NNSA sites and Nevada off-sites** | **403,878** | **330,878** |
| | | |
| **Oak Ridge Reservation:** | | |
| OR Nuclear facility D & D | 93,693 | 93,693 |
| **Total, OR Nuclear facility D & D** | **93,693** | **93,693** |
| | | |
| U233 Disposition Program | 45,000 | 45,000 |
| | | |
| **OR cleanup and waste disposition** | | |
| OR cleanup and disposition | 82,000 | 82,000 |
| **Construction:** | | |
| 17–D–401 On-site waste disposal facility | 15,269 | 10,000 |
| Program decrease | | [–5,269] |
| 14–D–403 Outfall 200 Mercury Treatment Facility | 49,000 | 49,000 |
| **Total, Construction** | **64,269** | **59,000** |
| **Total, OR cleanup and waste disposition** | **146,269** | **141,000** |
| | | |
| OR community & regulatory support | 4,819 | 4,819 |
| OR technology development and deployment | 3,000 | 3,000 |
| **Total, Oak Ridge Reservation** | **292,781** | **287,512** |
| | | |
| **Savannah River Sites:** | | |
| **Savannah River risk management operations** | | |
| Savannah River risk management operations | 490,613 | 515,613 |
| **Construction:** | | |
| 18–D–402, Emergency Operations Center | 6,792 | 6,792 |
| **Total, risk management operations** | **497,405** | **522,405** |
| | | |
| SR community and regulatory support | 4,749 | 11,249 |
| Radioactive liquid tank waste stabilization and disposition | 797,706 | 797,706 |
| **Construction:** | | |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | Conference Authorized |
|---|---|---|
| 20-D-402 Advanced Manufacturing Collaborative Facility (AMC) | 50,000 | 50,000 |
| 20-D-401 Saltstone Disposal Unit #10, 11, 12 | 500 | 500 |
| 19-D-701 SR Security sytem replacement | 0 | |
| 18-D-402 Saltstone Disposal Unit #8/9 | 51,750 | 51,750 |
| 17-D-402 Saltstone Disposal Unit #7 | 40,034 | 40,034 |
| 05-D-405 Salt waste processing facility, Savannah River Site | 20,988 | 20,988 |
| **Total, Construction** | **163,272** | **163,272** |
| **Total, Savannah River site** | **1,463,132** | **1,494,632** |
| | | |
| **Waste Isolation Pilot Plant** | | |
| Waste Isolation Pilot Plant | 299,088 | 299,088 |
| **Construction:** | | |
| 15-D-411 Safety significant confinement ventilation system, WIPP | 58,054 | 58,054 |
| 15-D-412 Exhaust shaft, WIPP | 34,500 | 34,500 |
| **Total, Construction** | **92,554** | **92,554** |
| **Total, Waste Isolation Pilot Plant** | **391,642** | **391,642** |
| | | |
| Program direction | 278,908 | 278,908 |
| Program support | 12,979 | 12,979 |
| **Safeguards and Security** | | |
| Safeguards and Security | 317,622 | 317,622 |
| **Total, Safeguards and Security** | **317,622** | **317,622** |
| | | |
| Use of prior year balances | -15,562 | -15,562 |
| **Total, Defense Environmental Cleanup** | **5,506,501** | **5,527,732** |
| | | |
| **Other Defense Activities** | | |
| **Environment, health, safety and security** | | |
| Environment, health, safety and security | 139,628 | 139,628 |
| Program direction | 72,881 | 72,881 |
| **Total, Environment, Health, Safety and Security** | **212,509** | **212,509** |
| | | |
| **Independent enterprise assessments** | | |
| Independent enterprise assessments | 24,068 | 24,068 |
| Program direction | 57,211 | 54,711 |
| Non-defense function realignment | | [-2,500] |
| **Total, Independent enterprise assessments** | **81,279** | **78,779** |
| | | |
| Specialized security activities | 254,578 | 254,578 |
| **Office of Legacy Management** | | |
| Legacy management | 283,767 | 142,767 |
| Program decrease | | [-141,000] |
| Program direction | 19,262 | 19,262 |
| **Total, Office of Legacy Management** | **303,029** | **162,029** |
| | | |
| **Defense related administrative support** | | |
| Chief financial officer | 54,538 | 54,538 |
| Chief information officer | 124,554 | 118,554 |
| Program decrease | | [-6,000] |
| **Total, Defense related administrative support** | **179,092** | **173,092** |
| | | |
| Office of Hearings and Appeals | 4,852 | 4,852 |
| **Subtotal, Other Defense Activities** | **1,035,339** | **885,839** |
| **Total, Other Defense Activities** | **1,035,339** | **885,839** |
| | | |
| **Defense Nuclear Waste Disposal** | | |
| Yucca Mountain and interim storage | 26,000 | 0 |
| Program cut | 0 | [-26,000] |
| **Total, Defense Nuclear Waste Disposal** | **26,000** | **0** |

# DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

**SECTION 5001. SHORT TITLE.**

This division may be cited as the "Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020".

**SEC. 5002. SUBDIVISIONS AND TABLE OF CONTENTS.**

(a) DIVISIONS.—This division is organized into two subdivisions as follows:

(1) Subdivision 1—Intelligence Authorizations for Fiscal Year 2020.

(2) Subdivision 2—Intelligence Authorizations for Fiscal Years 2018 and 2019.

(b) TABLE OF CONTENTS.—The table of contents for this division is as follows:

DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

Sec. 5001. Short title.
Sec. 5002. Subdivisions and table of contents.
Sec. 5003. Definitions.

SUBDIVISION 1—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEAR 2020

Sec. 5100. Table of contents.

TITLE LI—INTELLIGENCE ACTIVITIES

Sec. 5101. Authorization of appropriations.
Sec. 5102. Classified schedule of authorizations.
Sec. 5103. Intelligence community management account.

TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 5201. Authorization of appropriations.

WASHSTATEC007897

TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

Subtitle A—General Intelligence Community Matters

Sec. 5301. Restriction on conduct of intelligence activities.
Sec. 5302. Increase in employee compensation and benefits authorized by law.
Sec. 5303. Expansion of scope of protections for identities of covert agents.
Sec. 5304. Required counterintelligence assessments, briefings, notifications, and reports.
Sec. 5305. Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.
Sec. 5306. Intelligence community public-private talent exchange.
Sec. 5307. Assessment of contracting practices to identify certain security and counterintelligence concerns.

Subtitle B—Office of the Director of National Intelligence

Sec. 5321. Establishment of Climate Security Advisory Council.
Sec. 5322. Foreign Malign Influence Response Center.
Sec. 5323. Encouragement of cooperative actions to detect and counter foreign influence operations.
Sec. 5324. Transfer of National Intelligence University to the Office of the Director of National Intelligence.

Subtitle C—Inspector General of the Intelligence Community

Sec. 5331. Definitions.
Sec. 5332. Inspector General external review panel.
Sec. 5333. Harmonization of whistleblower processes and procedures.
Sec. 5334. Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.
Sec. 5335. Report on cleared whistleblower attorneys.

Subtitle D—Central Intelligence Agency

Sec. 5341. Clarification of certain authority of the Central Intelligence Agency.

TITLE LIV—SECURITY CLEARANCES

Sec. 5401. Improving visibility into the security clearance process.
Sec. 5402. Making certain policies and execution plans relating to personnel clearances available to industry partners.

TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

Subtitle A—Matters Relating to Russia

Sec. 5501. Annual reports on influence operations and campaigns in the United States by the Russian Federation.
Sec. 5502. Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.
Sec. 5503. Assessments of intentions of political leadership of the Russian Federation.

Subtitle B—Matters Relating to China

Sec. 5511. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.

Sec. 5512. Report on repression of ethnic Muslim minorities in the Xinjiang region of the People's Republic of China.
Sec. 5513. Report on efforts by People's Republic of China to influence election in Taiwan.

Subtitle C—Matters Relating to Other Countries

Sec. 5521. Sense of Congress and report on Iranian efforts in Syria and Lebanon.
Sec. 5522. Assessments regarding the Northern Triangle and Mexico.

TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

Sec. 5601. Definitions.
Sec. 5602. Strategic intelligence assessment of and reports on domestic terrorism.

TITLE LVII—REPORTS AND OTHER MATTERS

Subtitle A—Reports and Briefings

Sec. 5701. Modification of requirements for submission to Congress of certain reports.
Sec. 5702. Increased transparency regarding counterterrorism budget of the United States.
Sec. 5703. Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.
Sec. 5704. Collection, analysis, and dissemination of workforce data.
Sec. 5705. Plan for strengthening the supply chain intelligence function.
Sec. 5706. Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.
Sec. 5707. Report by Director of National Intelligence on fifth-generation wireless network technology.
Sec. 5708. Report on use by intelligence community of facial recognition technology.
Sec. 5709. Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.
Sec. 5710. Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.
Sec. 5711. Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.
Sec. 5712. Report on best practices to protect privacy and civil liberties of Chinese Americans.
Sec. 5713. Oversight of foreign influence in academia.
Sec. 5714. Report on death of Jamal Khashoggi.
Sec. 5715. Report on terrorist screening database.
Sec. 5716. Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.
Sec. 5717. Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.
Sec. 5718. Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.

Subtitle B—Other Matters

Sec. 5721. Whistleblower disclosures to Congress and committees of Congress.
Sec. 5722. Task force on illicit financing of espionage and foreign influence operations.
Sec. 5723. Establishment of fifth-generation technology prize competition.
Sec. 5724. Establishment of deepfakes prize competition.
Sec. 5725. Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.
Sec. 5726. Securing energy infrastructure.

SUBDIVISION 2—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018 AND 2019

Sec. 6100. Table of contents.

TITLE LXI—INTELLIGENCE ACTIVITIES

Sec. 6101. Authorization of appropriations.
Sec. 6102. Intelligence Community Management Account.

TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 6201. Authorization of appropriations.
Sec. 6202. Computation of annuities for employees of the Central Intelligence Agency.

TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

Sec. 6301. Restriction on conduct of intelligence activities.
Sec. 6302. Increase in employee compensation and benefits authorized by law.
Sec. 6303. Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.
Sec. 6304. Modification of appointment of Chief Information Officer of the Intelligence Community.
Sec. 6305. Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.
Sec. 6306. Supply Chain and Counterintelligence Risk Management Task Force.
Sec. 6307. Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.
Sec. 6308. Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.
Sec. 6309. Elimination of sunset of authority relating to management of supply-chain risk.
Sec. 6310. Limitations on determinations regarding certain security classifications.
Sec. 6311. Joint Intelligence Community Council.
Sec. 6312. Intelligence community information technology environment.
Sec. 6313. Report on development of secure mobile voice solution for intelligence community.
Sec. 6314. Policy on minimum insider threat standards.
Sec. 6315. Submission of intelligence community policies.
Sec. 6316. Expansion of intelligence community recruitment efforts.

TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

Subtitle A—Office of the Director of National Intelligence

Sec. 6401. Authority for protection of current and former employees of the Office of the Director of National Intelligence.
Sec. 6402. Designation of the program manager-information-sharing environment.
Sec. 6403. Technical modification to the executive schedule.
Sec. 6404. Chief Financial Officer of the Intelligence Community.
Sec. 6405. Chief Information Officer of the Intelligence Community.

Subtitle B—Central Intelligence Agency

Sec. 6411. Central Intelligence Agency subsistence for personnel assigned to austere locations.
Sec. 6412. Special rules for certain monthly workers' compensation payments and other payments for Central Intelligence Agency personnel.
Sec. 6413. Expansion of security protective service jurisdiction of the Central Intelligence Agency.
Sec. 6414. Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.

Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

Sec. 6421. Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.
Sec. 6422. Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.

Subtitle D—Other Elements

Sec. 6431. Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.
Sec. 6432. Notice not required for private entities.
Sec. 6433. Establishment of advisory board for National Reconnaissance Office.
Sec. 6434. Collocation of certain Department of Homeland Security personnel at field locations.

TITLE LXV—ELECTION MATTERS

Sec. 6501. Report on cyber attacks by foreign governments against United States election infrastructure.
Sec. 6502. Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.
Sec. 6503. Assessment of foreign intelligence threats to Federal elections.
Sec. 6504. Strategy for countering Russian cyber threats to United States elections.
Sec. 6505. Assessment of significant Russian influence campaigns directed at foreign elections and referenda.
Sec. 6506. Information sharing with State election officials.
Sec. 6507. Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.
Sec. 6508. Designation of counterintelligence officer to lead election security matters.

TITLE LXVI—SECURITY CLEARANCES

Sec. 6601. Definitions.
Sec. 6602. Reports and plans relating to security clearances and background investigations.
Sec. 6603. Improving the process for security clearances.
Sec. 6604. Goals for promptness of determinations regarding security clearances.
Sec. 6605. Security Executive Agent.
Sec. 6606. Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.
Sec. 6607. Report on clearance in person concept.
Sec. 6608. Reports on reciprocity for security clearances inside of departments and agencies.
Sec. 6609. Intelligence community reports on security clearances.
Sec. 6610. Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.
Sec. 6611. Information-sharing program for positions of trust and security clearances.
Sec. 6612. Report on protections for confidentiality of whistleblower-related communications.
Sec. 6613. Reports on costs of security clearance background investigations.

TITLE LXVII—REPORTS AND OTHER MATTERS

Subtitle A—Matters Relating to Russia and Other Foreign Powers

Sec. 6701. Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.
Sec. 6702. Assessment of threat finance relating to Russia.
Sec. 6703. Notification of an active measures campaign.
Sec. 6704. Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.
Sec. 6705. Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.
Sec. 6706. Expansion of scope of committee to counter active measures.

Subtitle B—Reports

Sec. 6711. Technical correction to Inspector General study.
Sec. 6712. Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.
Sec. 6713. Review of intelligence community whistleblower matters.
Sec. 6714. Report on role of Director of National Intelligence with respect to certain foreign investments.
Sec. 6715. Report on surveillance by foreign governments against United States telecommunications networks.
Sec. 6716. Biennial report on foreign investment risks.
Sec. 6717. Modification of certain reporting requirement on travel of foreign diplomats.
Sec. 6718. Semiannual reports on investigations of unauthorized disclosures of classified information.
Sec. 6719. Congressional notification of designation of covered intelligence officer as persona non grata.

Sec. 6720. Reports on intelligence community participation in vulnerabilities equities process of Federal Government.
Sec. 6721. Inspectors General reports on classification.
Sec. 6722. Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.
Sec. 6723. Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.
Sec. 6724. Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.
Sec. 6725. Reports on intelligence community loan repayment and related programs.
Sec. 6726. Repeal of certain reporting requirements.
Sec. 6727. Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.
Sec. 6728. Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.
Sec. 6729. Intelligence assessment of North Korea revenue sources.
Sec. 6730. Report on possible exploitation of virtual currencies by terrorist actors.

Subtitle C—Other Matters

Sec. 6741. Public Interest Declassification Board.
Sec. 6742. Technical and clerical amendments to the National Security Act of 1947.
Sec. 6743. Bug bounty programs.
Sec. 6744. Technical amendments related to the Department of Energy.
Sec. 6745. Sense of Congress on notification of certain disclosures of classified information.
Sec. 6746. Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.
Sec. 6747. Sense of Congress on WikiLeaks.

**SEC. 5003. DEFINITIONS.**

In this division:

(1) CONGRESSIONAL INTELLIGENCE COMMITTEES.—The term "congressional intelligence committees" has the meaning given such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

(2) INTELLIGENCE COMMUNITY.—The term "intelligence community" has the meaning given

such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

# SUBDIVISION 1—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEAR 2020

### SEC. 5100. TABLE OF CONTENTS.

The table of contents for this subdivision is as follows:

Sec. 5100. Table of contents.

TITLE LI—INTELLIGENCE ACTIVITIES

Sec. 5101. Authorization of appropriations.
Sec. 5102. Classified schedule of authorizations.
Sec. 5103. Intelligence community management account.

TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 5201. Authorization of appropriations.

TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

Subtitle A—General Intelligence Community Matters

Sec. 5301. Restriction on conduct of intelligence activities.
Sec. 5302. Increase in employee compensation and benefits authorized by law.
Sec. 5303. Expansion of scope of protections for identities of covert agents.
Sec. 5304. Required counterintelligence assessments, briefings, notifications, and reports.
Sec. 5305. Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.
Sec. 5306. Intelligence community public-private talent exchange.
Sec. 5307. Assessment of contracting practices to identify certain security and counterintelligence concerns.

Subtitle B—Office of the Director of National Intelligence

Sec. 5321. Establishment of Climate Security Advisory Council.
Sec. 5322. Foreign Malign Influence Response Center.
Sec. 5323. Encouragement of cooperative actions to detect and counter foreign influence operations.
Sec. 5324. Transfer of National Intelligence University to the Office of the Director of National Intelligence.

Subtitle C—Inspector General of the Intelligence Community

Sec. 5331. Definitions.
Sec. 5332. Inspector General external review panel.
Sec. 5333. Harmonization of whistleblower processes and procedures.
Sec. 5334. Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.
Sec. 5335. Report on cleared whistleblower attorneys.

Subtitle D—Central Intelligence Agency

Sec. 5341. Clarification of certain authority of the Central Intelligence Agency.

TITLE LIV—SECURITY CLEARANCES

Sec. 5401. Improving visibility into the security clearance process.
Sec. 5402. Making certain policies and execution plans relating to personnel clearances available to industry partners.

TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

Subtitle A—Matters Relating to Russia

Sec. 5501. Annual reports on influence operations and campaigns in the United States by the Russian Federation.
Sec. 5502. Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.
Sec. 5503. Assessments of intentions of political leadership of the Russian Federation.

Subtitle B—Matters Relating to China

Sec. 5511. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.
Sec. 5512. Report on repression of ethnic Muslim minorities in the Xinjiang region of the People's Republic of China.
Sec. 5513. Report on efforts by People's Republic of China to influence election in Taiwan.

Subtitle C—Matters Relating to Other Countries

Sec. 5521. Sense of Congress and report on Iranian efforts in Syria and Lebanon.
Sec. 5522. Assessments regarding the Northern Triangle and Mexico.

TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

Sec. 5601. Definitions.
Sec. 5602. Strategic intelligence assessment of and reports on domestic terrorism.

TITLE LVII—REPORTS AND OTHER MATTERS

Subtitle A—Reports and Briefings

Sec. 5701. Modification of requirements for submission to Congress of certain reports.
Sec. 5702. Increased transparency regarding counterterrorism budget of the United States.
Sec. 5703. Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.

Sec. 5704. Collection, analysis, and dissemination of workforce data.
Sec. 5705. Plan for strengthening the supply chain intelligence function.
Sec. 5706. Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.
Sec. 5707. Report by Director of National Intelligence on fifth-generation wireless network technology.
Sec. 5708. Report on use by intelligence community of facial recognition technology.
Sec. 5709. Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.
Sec. 5710. Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.
Sec. 5711. Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.
Sec. 5712. Report on best practices to protect privacy and civil liberties of Chinese Americans.
Sec. 5713. Oversight of foreign influence in academia.
Sec. 5714. Report on death of Jamal Khashoggi.
Sec. 5715. Report on terrorist screening database.
Sec. 5716. Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.
Sec. 5717. Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.
Sec. 5718. Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.

Subtitle B—Other Matters

Sec. 5721. Whistleblower disclosures to Congress and committees of Congress.
Sec. 5722. Task force on illicit financing of espionage and foreign influence operations.
Sec. 5723. Establishment of fifth-generation technology prize competition.
Sec. 5724. Establishment of deepfakes prize competition.
Sec. 5725. Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.
Sec. 5726. Securing energy infrastructure.

# TITLE LI—INTELLIGENCE ACTIVITIES

### SEC. 5101. AUTHORIZATION OF APPROPRIATIONS.

Funds are hereby authorized to be appropriated for fiscal year 2020 for the conduct of the intelligence and intelligence-related activities of the following elements of the United States Government:

(1) The Office of the Director of National Intelligence.

(2) The Central Intelligence Agency.

(3) The Department of Defense.

(4) The Defense Intelligence Agency.

(5) The National Security Agency.

(6) The Department of the Army, the Department of the Navy, and the Department of the Air Force.

(7) The Coast Guard.

(8) The Department of State.

(9) The Department of the Treasury.

(10) The Department of Energy.

(11) The Department of Justice.

(12) The Federal Bureau of Investigation.

(13) The Drug Enforcement Administration.

(14) The National Reconnaissance Office.

(15) The National Geospatial-Intelligence Agency.

(16) The Department of Homeland Security.

**SEC. 5102. CLASSIFIED SCHEDULE OF AUTHORIZATIONS.**

(a) SPECIFICATIONS OF AMOUNTS.—The amounts authorized to be appropriated under section 5101 for the conduct of the intelligence activities of the elements listed in paragraphs (1) through (16) of section 5101, are those

specified in the classified Schedule of Authorizations prepared to accompany this division.

(b) AVAILABILITY OF CLASSIFIED SCHEDULE OF AUTHORIZATIONS.—

(1) AVAILABILITY.—The classified Schedule of Authorizations referred to in subsection (a) shall be made available to the Committee on Appropriations of the Senate, the Committee on Appropriations of the House of Representatives, and to the President.

(2) DISTRIBUTION BY THE PRESIDENT.—Subject to paragraph (3), the President shall provide for suitable distribution of the classified Schedule of Authorizations referred to in subsection (a), or of appropriate portions of such Schedule, within the executive branch.

(3) LIMITS ON DISCLOSURE.—The President shall not publicly disclose the classified Schedule of Authorizations or any portion of such Schedule except—

(A) as provided in section 601(a) of the Implementing Recommendations of the 9/11 Commission Act of 2007 (50 U.S.C. 3306(a));

(B) to the extent necessary to implement the budget; or

(C) as otherwise required by law.

WASHSTATEC007908

**SEC. 5103. INTELLIGENCE COMMUNITY MANAGEMENT ACCOUNT.**

(a) AUTHORIZATION OF APPROPRIATIONS.—There is authorized to be appropriated for the Intelligence Community Management Account of the Director of National Intelligence for fiscal year 2020 the sum of $565,637,000.

(b) CLASSIFIED AUTHORIZATION OF APPROPRIATIONS.—In addition to amounts authorized to be appropriated for the Intelligence Community Management Account by subsection (a), there are authorized to be appropriated for the Intelligence Community Management Account for fiscal year 2020 such additional amounts as are specified in the classified Schedule of Authorizations referred to in section 5102(a).

# TITLE LII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

**SEC. 5201. AUTHORIZATION OF APPROPRIATIONS.**

There is authorized to be appropriated for the Central Intelligence Agency Retirement and Disability Fund $514,000,000 for fiscal year 2020.

# TITLE LIII—INTELLIGENCE COMMUNITY MATTERS

## Subtitle A—General Intelligence Community Matters

### SEC. 5301. RESTRICTION ON CONDUCT OF INTELLIGENCE ACTIVITIES.

The authorization of appropriations by this subdivision shall not be deemed to constitute authority for the conduct of any intelligence activity which is not otherwise authorized by the Constitution or the laws of the United States.

### SEC. 5302. INCREASE IN EMPLOYEE COMPENSATION AND BENEFITS AUTHORIZED BY LAW.

Appropriations authorized by this subdivision for salary, pay, retirement, and other benefits for Federal employees may be increased by such additional or supplemental amounts as may be necessary for increases in such compensation or benefits authorized by law.

### SEC. 5303. EXPANSION OF SCOPE OF PROTECTIONS FOR IDENTITIES OF COVERT AGENTS.

Section 605(4) of the National Security Act of 1947 (50 U.S.C. 3126(4)) is amended—

(1) in subparagraph (A)—

(A) by striking clause (ii);

(B) in clause (i), by striking ", and" and inserting "; or"; and

(C) by striking "agency—" and all that follows through "whose identity" and inserting "agency whose identity"; and

(2) in subparagraph (B)(i), by striking "resides and acts outside the United States" and inserting "acts".

**SEC. 5304. REQUIRED COUNTERINTELLIGENCE ASSESSMENTS, BRIEFINGS, NOTIFICATIONS, AND REPORTS.**

(a) FOREIGN COUNTERINTELLIGENCE AND CYBERSECURITY THREATS TO FEDERAL ELECTION CAMPAIGNS.—

(1) REPORTS REQUIRED.—

(A) IN GENERAL.—As provided in subparagraph (B), with respect to an election for Federal office, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis and the Director of the Federal Bureau of Investigation, shall make publicly available on an internet website an advisory report on foreign counterintelligence and cybersecurity threats to campaigns of candidates for

Federal office. Each such report, consistent with the protection of sources and methods, shall include the following:

(i) A description of foreign counterintelligence and cybersecurity threats to campaigns of candidates for Federal office.

(ii) A summary of best practices that campaigns of candidates for Federal office can employ in seeking to counter such threats.

(iii) An identification of publicly available resources, including United States Government resources, for countering such threats.

(B) SCHEDULE FOR SUBMITTAL.—

(i) IN GENERAL.—Except as provided by clause (ii), with respect to an election for Federal office, a report under this subsection shall be first made available not later than the date that is 1 year before the date of such election, and may be subsequently revised as the Director of National Intelligence determines appropriate.

(ii) 2020 ELECTIONS.—With respect to an election for Federal office that occurs

during 2020, the report under this subsection shall be first made available not later than the date that is 60 days after the date of the enactment this Act, and may be subsequently revised as the Director of National Intelligence determines appropriate.

(C) INFORMATION TO BE INCLUDED.—A report under this subsection shall reflect the most current information available to the Director of National Intelligence regarding foreign counterintelligence and cybersecurity threats.

(2) TREATMENT OF CAMPAIGNS SUBJECT TO HEIGHTENED THREATS.—If the Director of the Federal Bureau of Investigation and the Under Secretary of Homeland Security for Intelligence and Analysis jointly determine that a campaign of a candidate for Federal office is subject to a heightened foreign counterintelligence or cybersecurity threat, the Director and the Under Secretary, consistent with the protection of sources and methods, may make available additional information to the appropriate representatives of such campaign.

(b) BRIEFINGS ON COUNTERINTELLIGENCE ACTIVITIES OF THE FEDERAL BUREAU OF INVESTIGATION.—

(1) IN GENERAL.—Title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.), is amended by adding at the end the following new section:

**"SEC. 512. BRIEFINGS AND NOTIFICATIONS ON COUNTERINTELLIGENCE ACTIVITIES OF THE FEDERAL BUREAU OF INVESTIGATION.**

"(a) QUARTERLY BRIEFINGS.—In addition to, and without any derogation of, the requirement under section 501 to keep the congressional intelligence committees fully and currently informed of the intelligence and counterintelligence activities of the United States, not less frequently than once each quarter, or more frequently if requested by the congressional intelligence committees, the Director of the Federal Bureau of Investigation shall provide to the congressional intelligence committees a briefing on the counterintelligence activities of the Federal Bureau of Investigation. Such briefings shall include, at a minimum, an overview and update of—

"(1) the counterintelligence posture of the Bureau;

"(2) counterintelligence investigations; and

"(3) any other information relating to the counterintelligence activities of the Bureau that the Director determines necessary.

WASHSTATEC007914

"(b) NOTIFICATIONS.—In addition to the quarterly briefings under subsection (a), the Director of the Federal Bureau of Investigation shall promptly notify the congressional intelligence committees of any counterintelligence investigation carried out by the Bureau with respect to any counterintelligence risk or threat that is related to an election or campaign for Federal office.

"(c) GUIDELINES.—

"(1) DEVELOPMENT AND CONSULTATION.—The Director shall develop guidelines governing the scope of the briefings provided under subsection (a), the notifications provided under subsection (b), and the information required by section 5304(a)(2) of the Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020. The Director shall consult the congressional intelligence committees during such development.

"(2) SUBMISSION.—The Director shall submit to the congressional intelligence committees—

"(A) the guidelines under paragraph (1) upon issuance; and

"(B) any updates to such guidelines by not later than 15 days after making such update.".

(2) CLERICAL AMENDMENT.—The table of contents at the beginning of such Act is amended by inserting after the item relating to section 511 the following new item:

"Sec. 512. Briefings and notifications on counterintelligence activities of the Federal Bureau of Investigation.".

(c) DIRECTOR OF NATIONAL INTELLIGENCE ASSESSMENT OF FOREIGN INTERFERENCE IN FEDERAL ELECTIONS.—

(1) ASSESSMENTS REQUIRED.—Not later than 45 days after the end of a Federal election cycle, the Director of National Intelligence, in consultation with the heads of such other executive departments and agencies as the Director considers appropriate, shall—

(A) conduct an assessment of any information indicating that a foreign government, or any person acting as an agent of or on behalf of a foreign government, has acted with the intent or purpose of interfering in elections for Federal office occurring during the Federal election cycle; and

(B) transmit the findings of the Director with respect to the assessment conducted under subparagraph (A), along with such supporting

information as the Director considers appropriate, to the following:

(i) The President.

(ii) The Secretary of State.

(iii) The Secretary of the Treasury.

(iv) The Secretary of Defense.

(v) The Attorney General.

(vi) The Secretary of Homeland Security.

(vii) Congress.

(2) ELEMENTS.—An assessment conducted under paragraph (1)(A), with respect to an act described in such paragraph, shall identify, to the maximum extent ascertainable, the following:

(A) The nature of any foreign interference and any methods employed to execute the act.

(B) The persons involved.

(C) The foreign government or governments that authorized, directed, sponsored, or supported the act.

(3) PUBLICATION.—The Director shall, not later than 60 days after the end of a Federal election cycle, make available to the public, to the greatest extent possible consistent with the protection of

sources and methods, the findings transmitted under paragraph (1)(B).

(4) FEDERAL ELECTION CYCLE DEFINED.—In this section, the term "Federal election cycle" means the period which begins on the day after the date of a regularly scheduled general election for Federal office and which ends on the date of the first regularly scheduled general election for Federal office held after such date.

(5) EFFECTIVE DATE.—This subsection shall apply with respect to the Federal election cycle that began during November 2018, and each succeeding Federal election cycle.

**SEC. 5305. INCLUSION OF SECURITY RISKS IN PROGRAM MANAGEMENT PLANS REQUIRED FOR ACQUISITION OF MAJOR SYSTEMS IN NATIONAL INTELLIGENCE PROGRAM.**

Section 102A(q)(1)(A) of the National Security Act of 1947 (50 U.S.C. 3024(q)(1)(A)) is amended by inserting "security risks," after "schedule,".

**SEC. 5306. INTELLIGENCE COMMUNITY PUBLIC-PRIVATE TALENT EXCHANGE.**

(a) POLICIES, PROCESSES, AND PROCEDURES REQUIRED.—Not later than 270 days after the date of the enactment of this Act, the Director of National Intel-

ligence shall develop policies, processes, and procedures to facilitate the rotation of personnel of the intelligence community to the private sector, and personnel from the private sector to the intelligence community.

(b) DETAIL AUTHORITY.—Under policies developed by the Director pursuant to subsection (a), pursuant to a written agreement with a private-sector organization, and with the consent of the employee, a head of an element of the intelligence community may arrange for the temporary detail of an employee of such element to such private-sector organization, or from such private-sector organization to such element under this section.

(c) AGREEMENTS.—

(1) IN GENERAL.—A head of an element of the intelligence community exercising the authority of the head under subsection (a) shall provide for a written agreement among the element of the intelligence community, the private-sector organization, and the employee concerned regarding the terms and conditions of the employee's detail under this section. The agreement—

(A) shall require that the employee of the element, upon completion of the detail, serve in the element, or elsewhere in the civil service if approved by the head of the element, for a pe-

riod that is at least equal to the length of the detail;

(B) shall provide that if the employee of the element fails to carry out the agreement, such employee shall be liable to the United States for payment of all nonsalary and benefit expenses of the detail, unless that failure was for good and sufficient reason, as determined by the head of the element;

(C) shall contain language informing such employee of the prohibition on sharing, using, or otherwise improperly handling classified or unclassified nonpublic information for the benefit or advantage of the private-sector organization;

(D) shall contain language governing the handling of classified information by such employee during the detail; and

(E) shall contain language requiring the employee to acknowledge the obligations of the employee under section 1905 of title 18, United States Code.

(2) AMOUNT OF LIABILITY.—An amount for which an employee is liable under paragraph (1) shall be treated as a debt due the United States.

(3) WAIVER.—The head of an element of the intelligence community may waive, in whole or in part, collection of a debt described in paragraph (2) based on a determination that the collection would be against equity and good conscience and not in the best interests of the United States, after taking into account any indication of fraud, misrepresentation, fault, or lack of good faith on the part of the employee.

(d) TERMINATION.—A detail under this section may, at any time and for any reason, be terminated by the head of the element of the intelligence community concerned or the private-sector organization concerned.

(e) DURATION.—

(1) IN GENERAL.—A detail under this section shall be for a period of not less than 3 months and not more than 2 years, renewable up to a total of 3 years.

(2) LONGER PERIODS.—A detail under this section may be for a period in excess of 2 years, but not more than 3 years, if the head of the element making the detail determines that such detail is necessary to meet critical mission or program requirements.

(3) LIMITATION.—No employee of an element of the intelligence community may be detailed under this section for more than a total of 5 years, inclusive of all such details.

(f) STATUS OF FEDERAL EMPLOYEES DETAILED TO PRIVATE-SECTOR ORGANIZATIONS.—

(1) IN GENERAL.—An employee of an element of the intelligence community who is detailed to a private-sector organization under this section shall be considered, during the period of detail, to be on a regular work assignment in the element. The written agreement established under subsection (c)(1) shall address the specific terms and conditions related to the employee's continued status as a Federal employee.

(2) REQUIREMENTS.—In establishing a temporary detail of an employee of an element of the intelligence community to a private-sector organization, the head of the element shall—

(A) certify that the temporary detail of such employee shall not have an adverse or negative impact on mission attainment or organizational capabilities associated with the detail; and

(B) in the case of an element of the intelligence community in the Department of Defense, ensure that the normal duties and functions of such employees are not, as a result of and during the course of such temporary detail, performed or augmented by contractor personnel in violation of the provisions of section 2461 of title 10, United States Code.

(g) TERMS AND CONDITIONS FOR PRIVATE-SECTOR EMPLOYEES.—An employee of a private-sector organization who is detailed to an element of the intelligence community under this section—

(1) shall continue to receive pay and benefits from the private-sector organization from which such employee is detailed and shall not receive pay or benefits from the element, except as provided in paragraph (2);

(2) is deemed to be an employee of the element for the purposes of—

(A) chapters 73 and 81 of title 5, United States Code;

(B) sections 201, 203, 205, 207, 208, 209, 603, 606, 607, 643, 654, 1905, and 1913 of title 18, United States Code;

(C) sections 1343, 1344, and 1349(b) of title 31, United States Code;

(D) chapter 171 of title 28, United States Code (commonly known as the "Federal Tort Claims Act") and any other Federal tort liability statute;

(E) the Ethics in Government Act of 1978 (5 U.S.C. App.); and

(F) chapter 21 of title 41, United States Code;

(3) may perform work that is considered inherently governmental in nature only when requested in writing by the head of the element;

(4) may not be used to circumvent any limitation or restriction on the size of the workforce of the element;

(5) shall be subject to the same requirements applicable to an employee performing the same functions and duties proposed for performance by the private-sector employee; and

(6) in the case of an element of the intelligence community in the Department of Defense, may not be used to circumvent the provisions of section 2461 of title 10, United States Code.

(h) PROHIBITION AGAINST CHARGING CERTAIN COSTS TO THE FEDERAL GOVERNMENT.—A private-sector organization may not charge an element of the intelligence community or any other agency of the Federal Government, as direct costs under a Federal contract, the costs of pay or benefits paid by the organization to an employee detailed to an element of the intelligence community under this section for the period of the detail and any subsequent renewal periods.

(i) ADDITIONAL ADMINISTRATIVE MATTERS.—In carrying out this section, the Director, pursuant to procedures developed under subsection (a)—

(1) shall, to the degree practicable, ensure that small business concerns are represented with respect to details authorized by this section;

(2) may, notwithstanding any other provision of law, establish criteria for elements of the intelligence community to use appropriated funds to reimburse small business concerns for the salaries and benefits of its employees during the periods when the small business concern agrees to detail its employees to the intelligence community under this section;

(3) shall take into consideration the question of how details under this section might best be used to

WASHSTATEC007925

help meet the needs of the intelligence community, including with respect to the training of employees;

(4) shall take into consideration areas of private-sector expertise that are critical to the intelligence community; and

(5) shall establish oversight mechanisms to determine whether the public-private exchange authorized by this section improves the efficiency and effectiveness of the intelligence community.

(j) DEFINITIONS.—In this section:

(1) DETAIL.—The term "detail" means, as appropriate in the context in which such term is used—

(A) the assignment or loan of an employee of an element of the intelligence community to a private-sector organization without a change of position from the intelligence community element that employs the individual; or

(B) the assignment or loan of an employee of a private-sector organization to an element of the intelligence community without a change of position from the private-sector organization that employs the individual.

(2) PRIVATE-SECTOR ORGANIZATION.—The term "private-sector organization" means—

(A) a for-profit organization; or

(B) a not-for-profit organization.

(3) SMALL BUSINESS CONCERN.—The term "small business concern" has the meaning given such term in section 3703(e)(2) of title 5, United States Code.

**SEC. 5307. ASSESSMENT OF CONTRACTING PRACTICES TO IDENTIFY CERTAIN SECURITY AND COUNTER-INTELLIGENCE CONCERNS.**

(a) ASSESSMENT.—

(1) CONTRACTING PRACTICES.—The Director of National Intelligence shall conduct an assessment of the authorities, policies, processes, and standards used by the elements of the intelligence community to ensure that the elements appropriately weigh security and counterintelligence risks in awarding a contract to a contractor that—

(A) carries out any joint research and development activities with a covered foreign country; or

(B) performs any contract or other agreement entered into with a covered foreign country.

(2) ELEMENTS.—The assessment under paragraph (1) shall include the following:

(A) An assessment of whether the authorities, policies, processes, and standards specified in paragraph (1) sufficiently identify security and counterintelligence concerns.

(B) Identification of any authority gaps in such authorities, policies, processes, and standards that prevent the intelligence community from considering the activities specified in subparagraphs (A) and (B) of paragraph (1) when evaluating offers for a contract.

(3) CONSULTATION.—In carrying out paragraph (1), the Director shall consult with each head of an element of the intelligence community.

(b) REPORT.—

(1) REQUIREMENT.—Not later than 180 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees a report on the assessment under subsection (a)(1).

(2) MATTERS INCLUDED.—The report under paragraph (1) shall include the following:

(A) The assessment under subsection (a)(1).

(B) An identification of any known contractors that have—

(i) carried out activities specified in subparagraphs (A) and (B) of subsection (a)(1); and

(ii) submitted an offer for a contract with an element of the intelligence community.

(C) A description of the steps that the Director and the heads of the elements of the intelligence community took to identify contractors under subparagraph (B).

(3) FORM.—The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(c) COVERED FOREIGN COUNTRY DEFINED.—In this section, the term "covered foreign country" means the government, or any entity affiliated with the military or intelligence services of, the following foreign countries:

(1) The People's Republic of China.

(2) The Russian Federation.

(3) The Democratic People's Republic of Korea.

(4) The Islamic Republic of Iran.

(5) Such other countries as the Director considers appropriate.

WASHSTATEC007929

# Subtitle B—Office of the Director of National Intelligence

**SEC. 5321. ESTABLISHMENT OF CLIMATE SECURITY ADVISORY COUNCIL.**

(a) ESTABLISHMENT.—Title I of the National Security Act of 1947 (50 U.S.C. 3021 et seq.) is amended by adding at the end the following new section:

**"SEC. 120. CLIMATE SECURITY ADVISORY COUNCIL.**

"(a) ESTABLISHMENT.—The Director of National Intelligence shall establish a Climate Security Advisory Council for the purpose of—

"(1) assisting intelligence analysts of various elements of the intelligence community with respect to analysis of climate security and its impact on the areas of focus of such analysts;

"(2) facilitating coordination between the elements of the intelligence community and elements of the Federal Government that are not elements of the intelligence community in collecting data on, and conducting analysis of, climate change and climate security; and

"(3) ensuring that the intelligence community is adequately prioritizing climate change in carrying out its activities.

"(b) COMPOSITION OF COUNCIL.—

"(1) MEMBERS.—The Council shall be composed of the following individuals appointed by the Director of National Intelligence:

"(A) An appropriate official from the National Intelligence Council, who shall chair the Council.

"(B) The lead official with respect to climate and environmental security analysis from—

"(i) the Central Intelligence Agency;

"(ii) the Bureau of Intelligence and Research of the Department of State;

"(iii) the National Geospatial-Intelligence Agency;

"(iv) the Office of Intelligence and Counterintelligence of the Department of Energy;

"(v) the Office of the Under Secretary of Defense for Intelligence; and

"(vi) the Defense Intelligence Agency.

"(C) Three appropriate officials from elements of the Federal Government that are not elements of the intelligence community that are responsible for—

"(i) providing decision makers with a predictive understanding of the climate;

"(ii) making observations of our Earth system that can be used by the public, policymakers, and to support strategic decisions; or

"(iii) coordinating Federal research and investments in understanding the forces shaping the global environment, both human and natural, and their impacts on society.

"(D) Any other officials as the Director of National Intelligence or the chair of the Council may determine appropriate.

"(2) RESPONSIBILITIES OF CHAIR.—The chair of the Council shall have responsibility for—

"(A) identifying agencies to supply individuals from elements of the Federal Government that are not elements of the intelligence community;

"(B) securing the permission of the relevant agency heads for the participation of such individuals on the Council; and

"(C) any other duties that the Director of National Intelligence may direct.

"(c) DUTIES AND RESPONSIBILITIES OF COUNCIL.—The Council shall carry out the following duties and responsibilities:

"(1) To meet at least quarterly to—

"(A) exchange appropriate data between elements of the intelligence community and elements of the Federal Government that are not elements of the intelligence community;

"(B) discuss processes for the routine exchange of such data and implementation of such processes; and

"(C) prepare summaries of the business conducted at each meeting.

"(2) To assess and determine best practices with respect to the analysis of climate security, including identifying publicly available information and intelligence acquired through clandestine means that enables such analysis.

"(3) To assess and identify best practices with respect to prior efforts of the intelligence community to analyze climate security.

"(4) To assess and describe best practices for identifying and disseminating climate security indicators and warnings.

"(5) To recommend methods of incorporating analysis of climate security and the best practices identified under paragraphs (2) through (4) into existing analytic training programs.

"(6) To consult, as appropriate, with other elements of the intelligence community that conduct analysis of climate change or climate security and elements of the Federal Government that are not elements of the intelligence community that conduct analysis of climate change or climate security, for the purpose of sharing information about ongoing efforts and avoiding duplication of existing efforts.

"(7) To work with elements of the intelligence community that conduct analysis of climate change or climate security and elements of the Federal Government that are not elements of the intelligence community that conduct analysis of climate change or climate security—

"(A) to exchange appropriate data between such elements, establish processes, procedures and practices for the routine exchange of such data, discuss the implementation of such processes; and

"(B) to enable and facilitate the sharing of findings and analysis between such elements.

"(8) To assess whether the elements of the intelligence community that conduct analysis of climate change or climate security may inform the research direction of academic work and the sponsored work of the United States Government.

"(9) At the discretion of the chair of the Council, to convene conferences of analysts and nonintelligence community personnel working on climate change or climate security on subjects that the chair shall direct.

"(d) SUNSET.—The Council shall terminate on the date that is 4 years after the date of the enactment of this section.

"(e) DEFINITIONS.—In this section:

"(1) CLIMATE SECURITY.—The term 'climate security' means the effects of climate change on the following:

"(A) The national security of the United States, including national security infrastructure.

"(B) Subnational, national, and regional political stability.

"(C) The security of allies and partners of the United States.

WASHSTATEC007935

"(D) Ongoing or potential political violence, including unrest, rioting, guerrilla warfare, insurgency, terrorism, rebellion, revolution, civil war, and interstate war.

"(2) CLIMATE INTELLIGENCE INDICATIONS AND WARNINGS.—The term 'climate intelligence indications and warnings' means developments relating to climate security with the potential to—

"(A) imminently and substantially alter the political stability or degree of human security in a country or region; or

"(B) imminently and substantially threaten—

"(i) the national security of the United States;

"(ii) the military, political, or economic interests of allies and partners of the United States; or

"(iii) citizens of the United States abroad.".

(b) CLERICAL AMENDMENT.—The table of contents in the first section of the National Security Act of 1947 is amended by inserting after the item relating to section 119B the following new item:

"Sec. 120. Climate Security Advisory Council.".

(c) INITIAL APPOINTMENTS.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall appoint the members of the Council under section 120 of the National Security Act of 1947, as added by subsection (a).

**SEC. 5322. FOREIGN MALIGN INFLUENCE RESPONSE CENTER.**

(a) ESTABLISHMENT.—The National Security Act of 1947 (50 U.S.C. 3001 et seq.) is amended by inserting after section 119B the following new section:

**"SEC. 119C. FOREIGN MALIGN INFLUENCE RESPONSE CENTER.**

"(a) ESTABLISHMENT.—There is within the Office of the Director of National Intelligence a Foreign Malign Influence Response Center (in this section referred to as the 'Center').

"(b) FUNCTIONS AND COMPOSITION.—The Center shall—

"(1) be comprised of analysts from all elements of the intelligence community, including elements with diplomatic and law enforcement functions;

"(2) have access to all intelligence and other reporting possessed or acquired by the United States Government pertaining to foreign malign influence;

"(3) serve as the primary organization in the United States Government for analyzing and integrating all intelligence possessed or acquired by the United States Government pertaining to foreign malign influence; and

"(4) provide to employees and officers of the Federal Government in policy-making positions and Congress comprehensive assessments, and indications and warnings, of foreign malign influence.

"(c) DIRECTOR.—

"(1) APPOINTMENT.—There is a Director of the Center, who shall be the head of the Center, and who shall be appointed by the Director of National Intelligence.

"(2) ROLE.—The Director of the Center shall—

"(A) report directly to the Director of National Intelligence;

"(B) carry out the functions under subsection (b); and

"(C) at the request of the President or the Director of National Intelligence, develop and provide recommendations for potential responses by the United States to foreign malign influence.

"(d) ANNUAL REPORTS.—

"(1) IN GENERAL.—In addition to the matters submitted pursuant to subsection (b)(4), at the direction of the Director of National Intelligence, but not less than once each year, the Director of the Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on foreign malign influence.

"(2) MATTERS INCLUDED.—Each report under paragraph (1) shall include, with respect to the period covered by the report, a discussion of the following:

"(A) The most significant activities of the Center.

"(B) Any recommendations the Director determines necessary for legislative or other actions to improve the ability of the Center to carry out its functions, including recommendations regarding the protection of privacy and civil liberties.

"(e) DEFINITIONS.—In this section:

"(1) COVERED FOREIGN COUNTRY.—The term 'covered foreign country' means the following:

WASHSTATEC007939

"(A) The Russian Federation.

"(B) The Islamic Republic of Iran.

"(C) The Democratic People's Republic of Korea.

"(D) The People's Republic of China.

"(E) Any other foreign country that the Director of the Center determines appropriate for purposes of this section.

"(2) FOREIGN MALIGN INFLUENCE.—The term 'foreign malign influence' means any hostile effort undertaken by, at the direction of, or on behalf of or with the substantial support of, the government of a covered foreign country with the objective of influencing, through overt or covert means—

"(A) the political, military, economic, or other policies or activities of the United States Government or State or local governments, including any election within the United States; or

"(B) the public opinion within the United States.".

(b) CLERICAL AMENDMENT.—The table of contents at the beginning of such Act is amended by inserting after the item relating to section 119B the following new item:

"Sec. 119C. Foreign Malign Influence Response Center.".

(c) CONFORMING AMENDMENT.—Section 507(a) of such Act (50 U.S.C. 3106) is amended by adding at the end the following new paragraph:

"(6) An annual report submitted under section 119C(d)(1).".

**SEC. 5323. ENCOURAGEMENT OF COOPERATIVE ACTIONS TO DETECT AND COUNTER FOREIGN INFLUENCE OPERATIONS.**

(a) FINDINGS.—Congress makes the following findings:

(1) The Russian Federation, through military intelligence units, also known as the "GRU", and Kremlin-linked troll organizations often referred to as the "Internet Research Agency", deploy information warfare operations against the United States, its allies and partners, with the goal of advancing the strategic interests of the Russian Federation.

(2) One line of effort deployed as part of these information warfare operations is the weaponization of social media platforms with the goals of intensifying societal tensions, undermining trust in governmental institutions within the United States, its allies and partners in the West, and generally sowing division, fear, and confusion.

(3) These information warfare operations are a threat to the national security of the United States and that of the allies and partners of the United States. As former Director of National Intelligence Dan Coats stated, "These actions are persistent, they are pervasive and they are meant to undermine America's democracy.".

(4) These information warfare operations continue to evolve and increase in sophistication.

(5) Other foreign adversaries and hostile non-state actors are increasingly adopting similar tactics of deploying information warfare operations against the West, such as recent state-backed operations from China around the Hong Kong protests identified by social media companies.

(6) Technological advances, including artificial intelligence, will only make it more difficult in the future to detect fraudulent accounts, deceptive material posted on social media, and malign behavior on social media platforms.

(7) Because these information warfare operations are deployed within and across private social media platforms, the companies that own these platforms have a responsibility to detect and facilitate

the removal or neutralization of foreign adversary networks operating clandestinely on their platforms.

(8) The social media companies are inherently technologically sophisticated and adept at rapidly analyzing large amounts of data and developing software-based solutions to diverse and ever-changing challenges on their platforms, which makes them well-equipped to address the threat occurring on their platforms.

(9) Independent analyses confirmed Kremlin-linked threat networks, based on data provided by several social media companies to the Select Committee on Intelligence of the Senate, thereby demonstrating that it is possible to discern both broad patterns of cross-platform information warfare operations and specific fraudulent behavior on social media platforms.

(10) General Paul Nakasone, Director of the National Security Agency, emphasized the importance of these independent analyses to the planning and conducting of military cyber operations to frustrate Kremlin-linked information warfare operations against the 2018 mid-term elections. General Nakasone stated that the reports "were very, very helpful in terms of being able to understand exactly

what our adversary was trying to do to build dissent within our nation.''.

(11) Institutionalizing ongoing robust, independent, and vigorous analysis of data related to foreign threat networks within and across social media platforms will help counter ongoing information warfare operations against the United States, its allies, and its partners.

(12) Archiving and disclosing to the public the results of these analyses by the social media companies and trusted third-party experts in a transparent manner will serve to demonstrate that the social media companies are detecting and removing foreign malign activities from their platforms while protecting the privacy of the people of the United States and will build public understanding of the scale and scope of these foreign threats to our democracy, since exposure is one of the most effective means to build resilience.

(b) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the social media companies should cooperate among themselves and with independent organizations and researchers on a sustained and regular basis to share and analyze data and indicators rel-

WASHSTATEC007944

evant to foreign information warfare operations within and across their platforms in order to detect and counter foreign information warfare operations that threaten the national security of the United States and its allies and partners;

(2) information from law enforcement and the intelligence community is also important in assisting efforts by these social media companies to identify foreign information warfare operations;

(3) these analytic efforts should be organized in such a fashion as to meet the highest standards of ethics, confidentiality, and privacy protection of the people of the United States, while still allowing timely research access to relevant data;

(4) these analytic efforts should be undertaken as soon as possible to facilitate countering ongoing state or state-backed foreign information warfare operations and to aid in preparations for the United States Presidential and congressional elections in 2020 and beyond;

(5) the structure and operations of social media companies make them well positioned to work with independent organizations and researchers to address foreign adversary threat networks within and across their platforms, and these efforts could be

WASHSTATEC007945

conducted without direct Government involvement, direction, or regulation; and

(6) if the social media industry fails to take sufficient action to address foreign adversary threat networks operating within or across their platforms, Congress would have to consider additional safeguards for ensuring that this threat is effectively mitigated.

(c) AUTHORITY TO FACILITATE ESTABLISHMENT OF SOCIAL MEDIA DATA AND THREAT ANALYSIS CENTER.—

(1) AUTHORITY.—The Director of National Intelligence, in coordination with the Secretary of Defense, may facilitate, by grant or contract or under an existing authority of the Director, the establishment of a Social Media Data and Threat Analysis Center with the functions described in paragraph (2) at an independent, nonprofit organization.

(2) FUNCTIONS.—The functions described in this paragraph are the following:

(A) Acting as a convening and sponsoring authority for cooperative social media data analysis of foreign threat networks involving social media companies and third-party experts, nongovernmental organizations, data journalists, Federally funded research and development

centers, academic researchers, traditional media, and international counterparts, as appropriate.

(B) Facilitating analysis of foreign influence operation, within and across the individual social media platforms as well as hacking and leaking campaigns, and other tactics, and related unlawful activities that fund or subsidize such operations.

(C) Developing processes to share information from government entities on foreign influence operations with the individual social media companies to inform threat analysis, and working with the Office of the Director of National Intelligence as appropriate.

(D) Determining and making public criteria for identifying which companies, organizations, or researchers qualify for inclusion in the activities of the Center, and inviting entities that fit the criteria to join.

(E) Determining jointly with the social media companies what data and metadata related to indicators of foreign adversary threat networks from their platforms and business op-

erations will be made available for access and analysis.

(F) Developing and making public the criteria and standards that must be met for companies, other organizations, and individual researchers to access and analyze data relating to foreign adversary threat networks within and across social media platforms and publish or otherwise use the results.

(G) Developing and making public the ethical standards for investigation of foreign threat networks and use of analytic results and for protection of the privacy of the customers and users of the social media platforms and of the proprietary information of the social media companies.

(H) Developing technical, contractual, and procedural controls to prevent misuse of data, including any necessary auditing procedures, compliance checks, and review mechanisms.

(I) Developing and making public criteria and conditions under which the Center shall share information with the appropriate Government agencies regarding threats to national se-

curity from, or violations of the law involving, foreign activities on social media platforms.

(J) Hosting a searchable archive aggregating information related to foreign influence and disinformation operations to build a collective understanding of the threats and facilitate future examination consistent with privacy protections.

(K) Developing data standards to harmonize the sharing of information pursuant to this paragraph.

(d) REPORTING AND NOTIFICATIONS.—If the Director of National Intelligence chooses to use funds under subsection (c)(1) to facilitate the establishment of the Center, the Director of the Center shall—

(1) not later than 180 days after the date of the enactment of this Act, submit to appropriate congressional committees a report on—

(A) the estimated funding needs of the Center for fiscal year 2021 and for subsequent years;

(B) such statutory protections from liability as the Director considers necessary for the Center, participating social media companies,

and participating third-party analytical participants;

(C) such statutory penalties as the Director considers necessary to ensure against misuse of data by researchers; and

(D) such changes to the Center's mission to fully capture broader unlawful activities that intersect with, complement, or support information warfare tactics; and

(2) not less frequently than once each year, submit to the Director of National Intelligence, the Secretary of Defense, and the appropriate congressional committees a report—

(A) that assesses—

(i) degree of cooperation and commitment from the social media companies to the mission of the Center; and

(ii) effectiveness of the Center in detecting and facilitating the removal or neutralization of clandestine foreign information warfare operations from social media platforms; and

(B) includes such recommendations for legislative or administrative action as the Center

considers appropriate to carry out the functions of the Center.

(e) PERIODIC REPORTING TO THE PUBLIC.—The Director of the Center shall—

(1) once each quarter, make available to the public a report on key trends in foreign influence and disinformation operations, including any threats to campaigns and elections, to inform the public of the United States; and

(2) as the Director considers necessary, provide more timely assessments relating to ongoing disinformation campaigns.

(f) FUNDING.—Of the amounts appropriated or otherwise made available to the National Intelligence Program (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)) in fiscal year 2020 and 2021, the Director of National Intelligence may use up to $30,000,000 to carry out this section.

(g) DEFINITION OF APPROPRIATE CONGRESSIONAL COMMITTEES.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Armed Services of the Senate;

(2) the Committee on Homeland Security and Governmental Affairs of the Senate;

WASHSTATEC007951

(3) the Committee on Foreign Relations of the Senate;

(4) the Committee on the Judiciary of the Senate;

(5) the Select Committee on Intelligence of the Senate;

(6) the Committee on Armed Services of the House of Representatives;

(7) the Committee on Homeland Security of the House of Representatives;

(8) the Committee on Foreign Affairs of the House of Representatives;

(9) the Committee on the Judiciary of the House of Representatives; and

(10) the Permanent Select Committee on Intelligence of the House of Representatives.

**SEC. 5324. TRANSFER OF NATIONAL INTELLIGENCE UNIVERSITY TO THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.**

(a) TRANSFER.—Upon the submission of the joint certifications under subsection (b)(1), the Secretary of Defense and the Director of National Intelligence shall take such actions that the Director determines necessary to transfer the National Intelligence University from the De-

fense Intelligence Agency to the Director of National Intelligence.

(b) JOINT CERTIFICATIONS.—

(1) REQUIREMENT.—Except as provided by paragraph (2), as soon as practicable after the date of the enactment of this Act, but not later than 18 months after the date of such enactment, the Secretary of Defense and the Director of National Intelligence shall jointly submit to the appropriate congressional committees written certifications of each of the following:

(A) The Middle States Commission on Higher Education has provided regional academic accreditation for the National Intelligence University before the date of the certification, or will provide such academic accreditation as of the date on which the University is transferred under subsection (a).

(B) Members of the Armed Forces attending the University will be eligible to receive credit for Phase I joint professional military education.

(C) The Secretary of Education has informed the Director of National Intelligence that the Secretary has recommended approval

of the degrees to be conferred pursuant to subsection (e)(2) or will provide such recommended approval as of the date on which the University is transferred under subsection (a).

(D) The Director of National Intelligence, in collaboration with the Secretary of Defense, has established an appropriate governance model for the University.

(E) The Secretary of Defense shall use the University to provide personnel of the Department of Defense with advanced intelligence education.

(2) FAILURE TO CERTIFY.—

(A) ACTIONS REQUIRED.—If the Secretary of Defense and the Director of National Intelligence fail to submit the certifications under paragraph (1) by the date specified in such paragraph, the Secretary and the Director shall—

(i) jointly submit to the appropriate congressional committees a report on such failure by not later than 21 months after the date of the enactment of this Act; and

(ii) jointly submit such certifications as soon as practicable.

(B) CONTENTS OF REPORT.—The report under subparagraph (A)(i) shall contain the following:

(i) A description of the progress made toward fulfilling the conditions described in such paragraph as of the date of the report.

(ii) A description of any obstacles preventing the fulfillment of such conditions.

(iii) The estimated dates of completion for the fulfillment of such conditions and the submission of the certifications.

(c) BRIEFING.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, the Director of the Defense Intelligence Agency, and the President of the National Intelligence University shall jointly provide to the appropriate congressional committees a briefing on the plan to carry out the transfer under subsection (a), including with respect to—

(1) ensuring the provision of services to all elements of the intelligence community;

(2) employing a military cadre at the University; and

WASHSTATEC007955

(3) addressing the current accreditation status of the National Intelligence University with the Middle States Commission on Higher Education.

(d) COST ESTIMATES OF TRANSFER.—

(1) REQUIREMENT.—Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense and the Director of National Intelligence shall jointly submit to the appropriate congressional committees an estimate of—

(A) the annual costs of operating the National Intelligence University; and

(B) the costs to the Federal Government of transferring the National Intelligence University to the Director of National Intelligence.

(2) INCLUSION OF INDIRECT COSTS.—The estimate submitted under paragraph (1) shall include all indirect costs, including with respect to human resources, security, facilities, and information technology.

(e) DEGREE-GRANTING AUTHORITY.—

(1) REGULATIONS.—Beginning on the date on which the National Intelligence University is transferred under subsection (a), under regulations prescribed by the Director of National Intelligence, the President of the National Intelligence University

may, upon the recommendation of the faculty of the University, confer appropriate degrees upon graduates who meet the degree requirements.

(2) LIMITATION.—A degree may not be conferred under this section unless—

(A) the Secretary of Education has recommended approval of the degree in accordance with the Federal Policy Governing Granting of Academic Degrees by Federal Agencies; and

(B) the University is accredited by the appropriate civilian academic accrediting agency or organization to award the degree, as determined by the Secretary of Education.

(f) CONGRESSIONAL NOTIFICATION REQUIREMENTS.—

(1) ACTIONS ON NONACCREDITATION.—Beginning on the date on which the National Intelligence University is transferred under subsection (a), the Director of National Intelligence shall promptly—

(A) notify the congressional intelligence committees of any action by the Middle States Commission on Higher Education, or other appropriate academic accrediting agency or organization, to not accredit the University to award any new or existing degree; and

WASHSTATEC007957

(B) submit to such committees a report containing an explanation of any such action.

(2) MODIFICATION OR REDESIGNATION OF DEGREE-GRANTING AUTHORITY.—Beginning on the date on which the National Intelligence University is transferred under subsection (a), upon any modification or redesignation of existing degree-granting authority, the Director shall submit to the congressional intelligence committees a report containing the rationale for the proposed modification or redesignation and any subsequent recommendation of the Secretary of Education with respect to the proposed modification or redesignation.

(g) CONFORMING REPEAL.—

(1) IN GENERAL.—Section 2161 of title 10, United States Code, is repealed, and the table of sections at the beginning of chapter 108 of such title is amended by striking the item relating to such section 2161.

(2) EFFECTIVE DATE.—The amendments made by paragraph (1) shall take effect on the date on which the Secretary of Defense and the Director of National Intelligence jointly submit the joint certifications under subsection (b)(1). The Secretary and the Director shall jointly notify the Law Revision

Counsel of the House of Representatives of the submission of the certifications so that the Law Revision Counsel may execute the amendments made by paragraph (1).

(h) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees; and

(B) the Committees on Armed Services of the Senate and House of Representatives.

(2) PHASE I JOINT PROFESSIONAL MILITARY EDUCATION.—The term "Phase I joint professional military education" has the meaning given that term pursuant to section 2154 of title 10, United States Code.

## Subtitle C—Inspector General of the Intelligence Community

### SEC. 5331. DEFINITIONS.

In this subtitle:

(1) WHISTLEBLOWER.—The term "whistleblower" means a person who makes a whistleblower disclosure.

WASHSTATEC007959

(2) WHISTLEBLOWER DISCLOSURE.—The term "whistleblower disclosure" means a disclosure that is protected under section 1104 of the National Security Act of 1947 (50 U.S.C. 3234) or section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)).

**SEC. 5332. INSPECTOR GENERAL EXTERNAL REVIEW PANEL.**

(a) AUTHORITY TO CONVENE EXTERNAL REVIEW PANELS.—

(1) IN GENERAL.—Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 6718, is amended by adding at the end the following new section:

**"SEC. 1106. INSPECTOR GENERAL EXTERNAL REVIEW PANEL.**

"(a) REQUEST FOR REVIEW.—An individual with a claim described in subsection (b) may submit to the Inspector General of the Intelligence Community a request for a review of such claim by an external review panel convened under subsection (c).

"(b) CLAIMS AND INDIVIDUALS DESCRIBED.—A claim described in this subsection is any—

"(1) claim by an individual—

"(A) that the individual has been subjected to a personnel action that is prohibited under section 1104; and

"(B) who has exhausted the applicable review process for the claim pursuant to enforcement of such section; or

"(2) claim by an individual—

"(A) that he or she has been subjected to a reprisal prohibited by paragraph (1) of section 3001(j) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)); and

"(B) who received a decision on an appeal regarding that claim under paragraph (4) of such section.

"(c) EXTERNAL REVIEW PANEL CONVENED.—

"(1) DISCRETION TO CONVENE.—Upon receipt of a request under subsection (a) regarding a claim, the Inspector General of the Intelligence Community may, at the discretion of the Inspector General, convene an external review panel under this subsection to review the claim.

"(2) MEMBERSHIP.—

"(A) COMPOSITION.—An external review panel convened under this subsection shall be composed of three members as follows:

"(i) The Inspector General of the Intelligence Community.

"(ii) Except as provided in subparagraph (B), two members selected by the Inspector General as the Inspector General considers appropriate on a case-by-case basis from among inspectors general of the following:

"(I) The Department of Defense.

"(II) The Department of Energy.

"(III) The Department of Homeland Security.

"(IV) The Department of Justice.

"(V) The Department of State.

"(VI) The Department of the Treasury.

"(VII) The Central Intelligence Agency.

"(VIII) The Defense Intelligence Agency.

"(IX) The National Geospatial-Intelligence Agency.

"(X) The National Reconnaissance Office.

"(XI) The National Security Agency.

"(B) LIMITATION.—An inspector general of an agency may not be selected to sit on the panel under subparagraph (A)(ii) to review any matter relating to a decision made by such agency.

"(C) CHAIRPERSON.—

"(i) IN GENERAL.—Except as provided in clause (ii), the chairperson of any panel convened under this subsection shall be the Inspector General of the Intelligence Community.

"(ii) CONFLICTS OF INTEREST.—If the Inspector General of the Intelligence Community finds cause to recuse himself or herself from a panel convened under this subsection, the Inspector General of the Intelligence Community shall—

"(I) select a chairperson from inspectors general of the elements listed

under subparagraph (A)(ii) whom the Inspector General of the Intelligence Community considers appropriate; and

"(II) notify the congressional intelligence committees of such selection.

"(3) PERIOD OF REVIEW.—Each external review panel convened under this subsection to review a claim shall complete review of the claim no later than 270 days after the date on which the Inspector General convenes the external review panel.

"(d) REMEDIES.—

"(1) PANEL RECOMMENDATIONS.—If an external review panel convened under subsection (c) determines, pursuant to a review of a claim submitted by an individual under subsection (a), that the individual was the subject of a personnel action prohibited under section 1104 or was subjected to a reprisal prohibited by section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)(1)), the panel may recommend that the agency head take corrective action—

"(A) in the case of an employee or former employee—

"(i) to return the employee or former employee, as nearly as practicable and reasonable, to the position such employee or former employee would have held had the reprisal not occurred; or

"(ii) reconsider the employee's or former employee's eligibility for access to classified information consistent with national security; or

"(B) in any other case, such other action as the external review panel considers appropriate.

"(2) AGENCY ACTION.—

"(A) IN GENERAL.—Not later than 90 days after the date on which the head of an agency receives a recommendation from an external review panel under paragraph (1), the head shall—

"(i) give full consideration to such recommendation; and

"(ii) inform the panel and the Director of National Intelligence of what action

the head has taken with respect to the recommendation.

"(B) FAILURE TO INFORM.—The Director shall notify the President of any failures to comply with subparagraph (A)(ii).

"(e) ANNUAL REPORTS.—

"(1) IN GENERAL.—Not less frequently than once each year, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees and the Director of National Intelligence a report on the activities under this section during the previous year.

"(2) CONTENTS.—Subject to such limitations as the Inspector General of the Intelligence Community considers necessary to protect the privacy of an individual who has made a claim described in subsection (b), each report submitted under paragraph (1) shall include, for the period covered by the report, the following:

"(A) The determinations and recommendations made by the external review panels convened under this section.

"(B) The responses of the heads of agencies that received recommendations from the external review panels.".

(2) TABLE OF CONTENTS AMENDMENT.—The table of contents in the first section of the National Security Act of 1947, as amended by section 6718, is amended by adding at the end the following new item:

"Sec. 1106. Inspector General external review panel.".

(b) RECOMMENDATION ON ADDRESSING WHISTLEBLOWER APPEALS RELATING TO REPRISAL COMPLAINTS AGAINST INSPECTORS GENERAL.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, shall submit to the congressional intelligence committees a recommendation on how to ensure that—

(A) a whistleblower in the intelligence community who has a complaint against an inspector general in the intelligence community and who alleges a reprisal, has available the adjudication and review provided under section 1104 of the National Security Act of 1947 (50 U.S.C. 3234); and

(B) any such whistleblower who has exhausted the applicable review process may request an external review panel and receive one,

WASHSTATEC007967

at the discretion of the Inspector General of the Intelligence Community.

(2) CONTENTS.—The recommendation submitted pursuant to paragraph (1) shall include the following:

(A) A discussion of whether and to what degree section 1106 of the National Security Act of 1947, as added by subsection (a)(1), provides appropriate authorities and mechanisms to provide an external review panel as described in paragraph (1) of this subsection and for the purposes described in such paragraph.

(B) Such recommendations for legislative or administrative action as the Inspector General may have with respect to providing an external review panel as described in paragraph (1) and for the purposes described in such paragraph.

**SEC. 5333. HARMONIZATION OF WHISTLEBLOWER PROCESSES AND PROCEDURES.**

(a) IN GENERAL.—Not later than 1 year after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in coordination with the Intelligence Community Inspectors General Forum, shall develop recommendations, applicable to all inspectors gen-

WASHSTATEC007968

eral of elements of the intelligence community, regarding the harmonization, where appropriate, of instructions, policies, and directives relating to processes, procedures, and timelines for claims and appeals relating to allegations of personnel actions prohibited under section 1104 of the National Security Act of 1947 or reprisals prohibited by section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)(1)).

(b) TRANSPARENCY AND PROTECTION.—In developing recommendations under subsection (a), the Inspector General of the Intelligence Community shall make efforts to maximize transparency and protect whistleblowers.

**SEC. 5334. OVERSIGHT BY INSPECTOR GENERAL OF THE INTELLIGENCE COMMUNITY OVER INTELLIGENCE COMMUNITY WHISTLEBLOWER MATTERS.**

(a) SYSTEM FOR NOTIFICATION OF INFORMATION RELATING TO COMPLAINTS BY WHISTLEBLOWERS WITHIN THE INTELLIGENCE COMMUNITY.—Subject to subsection (b), not later than 1 year after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, shall establish a

system whereby the Inspector General of the Intelligence Community is notified in near real time of the following:

(1) Submission of complaints by whistleblowers to inspectors general of elements of the intelligence community relating to the programs and activities under the jurisdiction of the Director of National Intelligence, and information related to such complaints.

(2) Actions taken by an inspector general of an element of the Intelligence Community relating to such complaints.

(b) POLICIES FOR IMPLEMENTATION.—

(1) IN GENERAL.—The system established under subsection (a) may not be implemented until the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, has developed and released to each of the inspectors general of the elements of the intelligence community written policies regarding the implementation of such subsection.

(2) REQUIREMENTS.—The policies required by paragraph (1) shall—

(A) protect the privacy of whistleblowers, including by preventing dissemination without the consent of the whistleblower, of any infor-

mation submitted previously by a whistleblower to an inspector general of an element of the intelligence community; and

(B) ensure compliance with the requirements of subsection (a), while—

(i) ensuring that the Inspector General of the Intelligence Community can oversee whistleblower policies and practices and identify matters that, in the judgment of the Inspector General of the Intelligence Community, may be the subject of an investigation, inspection, audit, or review by the Inspector General of the Intelligence Community; and

(ii) avoiding the imposition of inappropriate resource burdens on inspectors general of elements of the intelligence community.

**SEC. 5335. REPORT ON CLEARED WHISTLEBLOWER ATTORNEYS.**

(a) REPORT REQUIRED.—Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the Inspector General of the Intelligence Community and the Intelligence Community Inspectors General Forum, submit to

the congressional intelligence committees a report on access to cleared attorneys by whistleblowers in the intelligence community.

(b) CONTENTS.—The report submitted pursuant to subsection (a) shall include the following with respect to the 3-year period preceding the date of the report:

(1) The number of whistleblowers in the intelligence community who requested, through formal submission or verbal request, to retain a cleared attorney and at what stage they requested an attorney.

(2) The number of such limited security agreements approved, rejected, or pending.

(3) The scope and clearance levels of such limited security agreements.

(4) The number of such whistleblowers represented by cleared counsel.

(5) Recommendations for legislative or administrative action to ensure that whistleblowers in the intelligence community have access to cleared attorneys, including improvements to the limited security agreement process and such other options as the Inspector General of the Intelligence Community considers appropriate.

(c) SURVEY.—The Inspector General of the Intelligence Community shall ensure that the report submitted under subsection (a) is based on—

(1) data from a survey of whistleblowers whose identity may be shared, as appropriate, with the Inspector General of the Intelligence Community by means of the system established pursuant to section 5334;

(2) information obtained from the inspectors general of the intelligence community; or

(3) information from such other sources as may be identified by the Inspector General of the Intelligence Community.

## Subtitle D—Central Intelligence Agency

### SEC. 5341. CLARIFICATION OF CERTAIN AUTHORITY OF THE CENTRAL INTELLIGENCE AGENCY.

Section 8(a)(1) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3510(a)(1)) is amended by inserting before "rental of" the following: "payment of death benefits in cases in which the circumstances of the death of an employee of the Agency, a detailee of the Agency or other employee of another department or agency of the Federal Government assigned to the Agency, or an individual affiliated with the Agency (as determined by the

Director), is not covered by section 11, other similar provisions of Federal law, or any regulation issued by the Director providing death benefits, but that the Director determines such payment appropriate;".

# TITLE LIV—SECURITY CLEARANCES

## SEC. 5401. IMPROVING VISIBILITY INTO THE SECURITY CLEARANCE PROCESS.

(a) DEFINITION OF SECURITY EXECUTIVE AGENT.—In this section, the term "Security Executive Agent" means the officer serving as the Security Executive Agent pursuant to section 803 of the National Security Act of 1947, as added by section 6605.

(b) POLICY REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent shall issue a policy that requires the head of each Federal agency to create, not later than December 31, 2023, an electronic portal that can be used by human resources personnel and applicants for security clearances to view information about the status of an application for a security clearance and the average time required for each phase of the security clearance process.

**SEC. 5402. MAKING CERTAIN POLICIES AND EXECUTION PLANS RELATING TO PERSONNEL CLEARANCES AVAILABLE TO INDUSTRY PARTNERS.**

(a) DEFINITIONS.—In this section:

(1) SECURITY EXECUTIVE AGENT.—The term "Security Executive Agent" means the officer serving as the Security Executive Agent pursuant to section 803 of the National Security Act of 1947, as added by section 6605.

(2) APPROPRIATE INDUSTRY PARTNER.—The term "appropriate industry partner" means a contractor, licensee, or grantee (as defined in section 101(a) of Executive Order 12829 (50 U.S.C. 3161 note; relating to National Industrial Security Program), as in effect on the day before the date of the enactment of this Act) that is participating in the National Industrial Security Program established by such Executive Order.

(b) SHARING OF POLICIES AND PLANS REQUIRED.—Each head of a Federal agency shall share policies and plans relating to security clearances with appropriate industry partners directly affected by such policies and plans in a manner consistent with the protection of national security as well as the goals and objectives of the National Industrial Security Program administered pursuant to Ex-

ecutive Order 12829 (50 U.S.C. 3161 note; relating to the National Industrial Security Program).

(c) DEVELOPMENT OF POLICIES AND PROCEDURES REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Director of the National Industrial Security Program shall jointly develop policies and procedures by which appropriate industry partners with proper security clearances and a need to know can have appropriate access to the policies and plans shared pursuant to subsection (b) that directly affect those industry partners.

# TITLE LV—MATTERS RELATING TO FOREIGN COUNTRIES

## Subtitle A—Matters Relating to Russia

### SEC. 5501. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE RUSSIAN FEDERATION.

(a) REPORTS.—Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 5511, is further amended by adding at the end the following new section:

WASHSTATEC007976

**"SEC. 1108. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE RUSSIAN FEDERATION.**

"(a) REQUIREMENT.—On an annual basis, the Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees a report on the influence operations and campaigns in the United States conducted by the Russian Federation.

"(b) CONTENTS.—Each report under subsection (a) shall include the following:

"(1) A description and listing of the Russian organizations and persons involved in influence operations and campaigns operating in the United States as of the date of the report.

"(2) An assessment of organizations that are associated with or receive funding from organizations and persons identified in paragraph (1), particularly such entities operating in the United States.

"(3) A description of the efforts by the organizations and persons identified in paragraph (1) to target, coerce, and influence populations within the United States.

"(4) An assessment of the activities of the organizations and persons identified in paragraph (1) designed to influence the opinions of elected leaders of

the United States or candidates for election in the United States.

"(5) With respect to reports submitted after the first report, an assessment of the change in goals, tactics, techniques, and procedures of the influence operations and campaigns conducted by the organizations and persons identified in paragraph (1).

"(c) COORDINATION.—In carrying out subsection (a), the Director shall coordinate with the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Director of the National Security Agency, and any other relevant head of an element of the intelligence community.

"(d) FORM.—Each report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.".

(b) CLERICAL AMENDMENT.—The table of contents in the first section of the National Security Act of 1947, as amended by section 5511, is further amended by inserting after the item relating to section 1107 the following new item:

"Sec. 1108. Annual reports on influence operations and campaigns in the United States by the Russian Federation.".

(c) INITIAL REPORT.—The Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees the first report

WASHSTATEC007978

under section 1108 of the National Security Act of 1947, as added by subsection (a), by not later than 180 days after the date of the enactment of this Act.

**SEC. 5502. ASSESSMENT OF LEGITIMATE AND ILLEGITIMATE FINANCIAL AND OTHER ASSETS OF VLADIMIR PUTIN.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that the United States should do more to expose the corruption of Vladimir Putin, whose ill-gotten wealth is perhaps the most powerful global symbol of his dishonesty and his persistent efforts to undermine the rule of law and democracy in the Russian Federation.

(b) ASSESSMENT.—Not later than 180 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence shall submit to the appropriate congressional committees an assessment, based on all sources of intelligence, on the net worth and financial and other assets, legitimate as well as illegitimate, of Vladimir Putin and his family members, including—

(1) the estimated net worth of Vladimir Putin and his family members;

(2) a description of their legitimately and illegitimately obtained assets, including all real, personal, and intellectual property, bank or investment

or similar accounts, and any other financial or business interests or holdings, including those outside of Russia;

(3) the details of the legitimately and illegitimately obtained assets, including real, personal, and intellectual property, bank or investment or similar accounts, and any other financial or business interests or holdings, including those outside of Russia, that are owned or controlled by, accessible to, or otherwise maintained for the benefit of Vladimir Putin, including their nature, location, manner of acquisition, value, and publicly named owner (if other than Vladimir Putin);

(4) the methods used by Vladimir Putin or others acting at his direction, with his knowledge, or for his benefit, to conceal Putin's interest in his accounts, holdings, or other assets, including the establishment of "front" or shell companies and the use of intermediaries; and

(5) an identification of the most significant senior Russian political figures, oligarchs, and any other persons who have engaged in activity intended to conceal the true financial condition of Vladimir Putin.

(c) FORM.—The assessment required under subsection (b) shall be submitted either—

(1) in unclassified form to the extent consistent with the protection of intelligence sources and methods, and may include a classified annex; or

(2) simultaneously as both an unclassified version and a classified version.

(d) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Select Committee on Intelligence, the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on Finance of the Senate; and

(2) the Permanent Select Committee on Intelligence, Committee on Foreign Affairs, the Committee on Financial Services, and the Committee on Ways and Means of the House of Representatives.

**SEC. 5503. ASSESSMENTS OF INTENTIONS OF POLITICAL LEADERSHIP OF THE RUSSIAN FEDERATION.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence, and the head of any element of the intelligence community that the Director determines

WASHSTATEC007981

appropriate, shall submit to the appropriate congressional committees each of the assessments described in subsection (b).

(b) ASSESSMENTS DESCRIBED.—The assessments described in this subsection are assessments based on intelligence obtained from all sources that assess the current intentions of the political leadership of the Russian Federation with respect to the following:

(1) Potential military action against members of the North Atlantic Treaty Organization (NATO).

(2) Potential responses to an enlarged United States or NATO military presence in eastern Europe or to increased United States military support for allies and partners in the region, such as the provision of additional lethal military equipment to Ukraine or Georgia.

(3) Potential actions taken for the purpose of exploiting perceived divisions among the governments of Russia's Western adversaries.

(c) FORM.—Each assessment required under subsection (a) may be submitted in classified form but shall also include an unclassified executive summary, consistent with the protection of intelligence sources and methods.

WASHSTATEC007982

(d) APPROPRIATE CONGRESSIONAL COMMITTEES.—In this section, the term "appropriate congressional committees" means—

(1) the Permanent Select Committee on Intelligence, the Committee on Foreign Affairs, and the Committee on Armed Services of the House of Representatives; and

(2) the Select Committee on Intelligence, the Committee on Foreign Relations, and the Committee on Armed Services of the Senate.

## Subtitle B—Matters Relating to China

**SEC. 5511. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE COMMUNIST PARTY OF CHINA.**

(a) REPORTS.—Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 5332, is further amended by adding at the end the following new section:

**"SEC. 1107. ANNUAL REPORTS ON INFLUENCE OPERATIONS AND CAMPAIGNS IN THE UNITED STATES BY THE COMMUNIST PARTY OF CHINA.**

"(a) REQUIREMENT.—On an annual basis, consistent with the protection of intelligence sources and methods, the Director of the National Counterintelligence and Secu-

rity Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on the influence operations and campaigns in the United States conducted by the Communist Party of China.

"(b) CONTENTS.—Each report under subsection (a) shall include the following:

"(1) A description of the organization of the United Front Work Department of the People's Republic of China, or the successors of the United Front Work Department, and the links between the United Front Work Department and the Central Committee of the Communist Party of China.

"(2) An assessment of the degree to which organizations that are associated with or receive funding from the United Front Work Department, particularly such entities operating in the United States, are formally tasked by the Chinese Communist Party or the Government of China.

"(3) A description of the efforts by the United Front Work Department and subsidiary organizations of the United Front Work Department to target, coerce, and influence foreign populations, particularly those of ethnic Chinese descent.

WASHSTATEC007984

"(4) An assessment of attempts by the Chinese Embassy, consulates, and organizations affiliated with the Chinese Communist Party (including, at a minimum, the United Front Work Department) to influence the United States-based Chinese Student Scholar Associations.

"(5) A description of the evolution of the role of the United Front Work Department under the leadership of the President of China.

"(6) An assessment of the activities of the United Front Work Department designed to influence the opinions of elected leaders of the United States, or candidates for elections in the United States, with respect to issues of importance to the Chinese Communist Party.

"(7) A listing of all known organizations affiliated with the United Front Work Department that are operating in the United States as of the date of the report.

"(8) With respect to reports submitted after the first report, an assessment of the change in goals, tactics, techniques, and procedures of the influence operations and campaigns conducted by the Chinese Communist Party.

"(c) COORDINATION.—In carrying out subsection (a), the Director shall coordinate with the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Director of the National Security Agency, and any other relevant head of an element of the intelligence community.

"(d) FORM.—Each report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.".

(b) CLERICAL AMENDMENT.—The table of contents in the first section of the National Security Act of 1947, as amended by section 5332, is further amended by inserting after the item relating to section 1106 the following new item:

"Sec. 1107. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.".

(c) INITIAL REPORT.—The Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate the first report under section 1107 of the National Security Act of 1947, as added by subsection (a), by not later than 180 days after the date of the enactment of this Act.

WASHSTATEC007986

**SEC. 5512. REPORT ON REPRESSION OF ETHNIC MUSLIM MINORITIES IN THE XINJIANG REGION OF THE PEOPLE'S REPUBLIC OF CHINA.**

(a) REPORT.—Not later than 150 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence shall, in consultation with the Secretary of State, submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on activity by the People's Republic of China to repress ethnic Muslim minorities in the Xinjiang region of China.

(b) CONTENTS.—The report under subsection (a) shall include the following:

(1) An assessment of the number of individuals detained in "political reeducation camps", and the conditions in such camps for detainees, in the Xinjiang region of China, including whether detainees endure torture, forced renunciation of faith, or other mistreatment.

(2) A description, as possible, of the geographic location of such camps.

(3) A description, as possible, of the methods used by China to "reeducate" detainees and the elements of China responsible for such "reeducation".

(4) A description of any forced labor in such camps, and any labor performed in regional factories for low wages under the threat of being sent back to "political reeducation camps".

(5) An assessment of the level of access China grants to foreign persons observing the situation in Xinjiang and a description of measures used to impede efforts to monitor the conditions in Xinjiang.

(6) An assessment of the surveillance, detection, and control methods used by China to target ethnic minorities, including new "high-tech" policing models and a description of any civil liberties or privacy protections provided under such models.

(7) An assessment and identification of the technological and financial support provided by United States-based companies, including technological support for the development of facial recognition capabilities or technologies for digital surveillance, social control, or censorship, and financial support, including from financial institutions, investment vehicles, and pension funds, to China-based companies or Chinese government entities providing material support to the digital surveillance or repression of Uyghur and other ethnic minorities in Xinjiang by the Xinjiang authorities.

(c) COORDINATION.—The Director of National Intelligence shall carry out subsection (a) in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the National Geospatial-Intelligence Agency, and the head of any other agency of the Federal Government that the Director of National Intelligence determines appropriate.

(d) FORM.—The report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 5513. REPORT ON EFFORTS BY PEOPLE'S REPUBLIC OF CHINA TO INFLUENCE ELECTION IN TAIWAN.**

(a) REPORT.—Consistent with section 3(c) of the Taiwan Relations Act (Public Law 96–8; 22 U.S.C. 3302(c)), and consistent with the protection of intelligence sources and methods, not later than 45 days after the date of the election for the President and Vice President of Taiwan in 2020, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on any—

(1) influence operations conducted by China to interfere in or undermine such election; and

(2) efforts by the United States to disrupt such operations.

(b) ELEMENTS.—The report under subsection (a) shall include the following:

(1) A description of any significant efforts by the intelligence community to coordinate technical and material support for Taiwan to identify, disrupt, and combat influence operations specified in subsection (a)(1).

(2) A description of any efforts by the United States Government to build the capacity of Taiwan to disrupt external efforts that degrade a free and fair election process.

(3) An assessment of whether and to what extent China conducted influence operations specified in subsection (a)(1), and, if such operations occurred—

(A) a comprehensive list of specific governmental and nongovernmental entities of China that were involved in supporting such operations and a description of the role of each such entity; and

(B) an identification of any tactics, techniques, and procedures used in such operations.

(c) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

## Subtitle C—Matters Relating to Other Countries

### SEC. 5521. SENSE OF CONGRESS AND REPORT ON IRANIAN EFFORTS IN SYRIA AND LEBANON.

(a) SENSE OF CONGRESS.—It is the sense of Congress that, regardless of the ultimate number of United States military personnel deployed to Syria, it is a vital interest of the United States to prevent the Islamic Republic of Iran, Hizballah, and other Iranian-backed forces from establishing a strong and enduring presence in Syria that can be used to project power in the region and threaten the United States and its allies, including Israel.

(b) REPORT.—

(1) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Secretary of State and the Secretary of Defense, shall submit to the appropriate congressional committees a report that assesses—

(A) efforts by Iran to establish long-term influence in Syria through military, political, economic, social, and cultural means;

(B) the degree to which Iranian support of proxy forces in Syria and Lebanon contributes to Iranian strategy with respect to the region; and

(C) the threat posed by the efforts described in subparagraph (A) to United States interests and allies.

(2) ELEMENTS.—The report under paragraph (1) shall include each of the following:

(A) An assessment of—

(i) how Iran and Iranian-backed forces, including the Islamic Revolutionary Guard Corps and Hizballah, have provided or are currently providing manpower, training, weapons, equipment, and funding to the Syrian government led by President Bashar al-Assad;

(ii) the support provided by Iran and Hizballah to Shia militias operating in Syria composed of domestic fighters from Syria and foreign fighters from countries such as Afghanistan, Iraq, Lebanon, and Pakistan;

(iii) operational lessons learned by Hizballah based on the recent experiences of Hizballah in Syria;

(iv) the threat posed by Iran and Iranian-backed forces to—

(I) the al-Tanf garrison; and

(II) areas of northeast Syria that are currently controlled by local partner forces of the United States;

(v) the degree to which efforts of the United States to sustain and strengthen Kurdish forces in Syria may undermine the influence of Iran and Iranian-backed forces in Syria;

(vi) how Iran and Iranian-backed forces seek to enhance the long-term influence of such entities in Syria through non-military means such as purchasing strategic real estate in Syria, constructing Shia religious centers and schools, securing loyalty from Sunni tribes in exchange for material assistance, and inducing the Assad government to open Farsi-language departments at Syrian universities;

(vii) whether the prominent role of Iran in Syria, including the influence of Iran over government institutions, may increase the likelihood of the reconstitution of the Islamic State of Iraq and Syria in Syria; and

(viii) the provision of goods, services, or technology transferred by Iran or its affiliates to Hizballah for the purpose of indigenously manufacturing or otherwise producing missiles.

(B) An analysis of—

(i) how Iran is working with the Russian Federation, Turkey, and other countries to increase the influence of Iran in Syria;

(ii) the goals of Iran in Syria, including, but not limited to, protecting the Assad government, increasing the regional influence of Iran, threatening Israel from a more proximate location, building weapon-production facilities and other military infrastructure, and securing a land bridge to connect Iran through Iraq and Syria to the

stronghold of Hizballah in southern Lebanon; and

(iii) the foreign and domestic supply chains that significantly facilitate, support, or otherwise aid acquisition or development by Hizballah of missile production facilities, including the geographic distribution of such foreign and domestic supply chains.

(C) A description of—

(i) how the efforts of Iran to transfer advanced weapons to Hizballah and to establish a military presence in Syria has led to direct and repeated confrontations with Israel;

(ii) the intelligence and military support that the United States provides to Israel to help Israel identify and appropriately address specific threats to Israel from Iran and Iranian-backed forces in Syria;

(iii) the threat posed to Israel and other allies of the United States in the Middle East resulting from the transfer of

arms or related material, or other support, by Iran to Hizballah and other proxies;

(iv) Iranian and Iranian-controlled personnel operating within Syria, including Hizballah, Shiite militias, and Revolutionary Guard Corps forces of Iran, and the number and geographic distribution of such personnel;

(v) any rocket-producing facilities in Lebanon for nonstate actors, including whether such facilities were assessed to be built at the direction of Hizballah leadership, Iranian leadership, or in consultation between Iranian leadership and Hizballah leadership; and

(vi) Iranian expenditures in the previous calendar year on military and terrorist activities outside the country, including the amount of such expenditures with respect to each of Hizballah, Houthi rebels in Yemen, Hamas, proxy forces in Iraq and Syria, ballistic missile research and testing, and any other entity, country, or activity that the Director determines as destabilizing to the Middle East region.

(3) FORM OF REPORT.—The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(4) DEFINITIONS.—In this subsection:

(A) APPROPRIATE CONGRESSIONAL COMMITTEES.—the term "appropriate congressional committees" means—

(i) the Committee on Armed Services, the Committee on Foreign Relations, and the Select Committee on Intelligence of the Senate; and

(ii) the Committee on Armed Services, the Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.

(B) ARMS OR RELATED MATERIAL.—The term "arms or related material" means—

(i) nuclear, biological, chemical, or radiological weapons or materials or components of such weapons;

(ii) ballistic or cruise missile weapons or materials or components of such weapons;

(iii) destabilizing numbers and types of advanced conventional weapons;

WASHSTATEC007997

(iv) defense articles or defense services, as those terms are defined in paragraphs (3) and (4), respectively, of section 47 of the Arms Export Control Act (22 U.S.C. 2794);

(v) defense information, as that term is defined in section 644 of the Foreign Assistance Act of 1961 (22 U.S.C. 2403); or

(vi) items designated by the President for purposes of the United States Munitions List under section 38(a)(1) of the Arms Export Control Act (22 U.S.C. 2778(a)(1)).

**SEC. 5522. ASSESSMENTS REGARDING THE NORTHERN TRIANGLE AND MEXICO.**

(a) ASSESSMENT.—

(1) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis, the Assistant Secretary of State for Intelligence and Research, the Chief of Intelligence of the Drug Enforcement Administration, and other appropriate officials in the intelligence community, shall

WASHSTATEC007998

submit to the appropriate congressional committees a report containing a comprehensive assessment of drug trafficking, human trafficking, and human smuggling activities in the Northern Triangle and Mexico.

(2) MATTERS INCLUDED.—The report under paragraph (1) shall include, at a minimum, the following:

(A) An assessment of the effect of drug trafficking, human trafficking, and human smuggling on the security and economic situation in the Northern Triangle.

(B) An assessment of the effect of the activities of drug trafficking organizations on the migration of persons from the Northern Triangle to the United States-Mexico border.

(C) A summary of any relevant activities by elements of the intelligence community in relation to drug trafficking, human trafficking, and human smuggling in the Northern Triangle and Mexico.

(D) An assessment of methods and routes used by drug trafficking organizations, human traffickers, and human smugglers to move

drugs, persons, or both from the Northern Triangle and Mexico to the United States.

(E) An assessment of the intersection between the activities of drug trafficking organizations, human traffickers and human smugglers, and other organized criminal groups in the Northern Triangle and Mexico.

(F) An assessment of the illicit funds and financial transactions that support the activities of drug trafficking organizations, human traffickers, and human smugglers, and connected criminal enterprises, in the Northern Triangle and Mexico.

(G) A comprehensive review of the current collection priorities of the intelligence community for the Northern Triangle and Mexico, as of the date of the enactment of this Act, in order to identify whether such priorities are appropriate and sufficient in light of the threat posed by the activities of drug trafficking organizations and human traffickers and human smugglers to the security of the United States and the Western Hemisphere.

WASHSTATEC008000

(3) FORM.—The report required by paragraph (1) may be submitted in classified form, but if so submitted, shall contain an unclassified summary.

(4) AVAILABILITY.—The report under paragraph (1), or the unclassified summary of the report described in paragraph (3), shall be made publicly available.

(b) BRIEFINGS.—

(1) SEMIANNUAL REQUIREMENT.—Not later than 90 days after the date on which the report under subsection (a) is submitted, and every 180 days thereafter for a 5-year period, the Director of National Intelligence shall provide to the congressional intelligence committees a briefing on the intelligence community's collection priorities and activities in the Northern Triangle and Mexico with a focus on the threat posed by the activities of drug trafficking organizations and human traffickers and human smugglers to the security of the United States and the Western Hemisphere.

(2) MATTERS INCLUDED.—Each briefing under paragraph (1) shall include a description of the funds expended by the intelligence community on the efforts described in such paragraph during the pre-

WASHSTATEC008001

ceding fiscal year, except the first such briefing shall cover fiscal years 2018 and 2019.

(c) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Foreign Affairs, the Committee on Homeland Security, and the Permanent Select Committee on Intelligence of the House of Representatives; and

(B) the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, and the Select Committee on Intelligence of the Senate.

(2) HUMAN TRAFFICKING.—The term "human trafficking" has the meaning given the term "severe forms of trafficking in persons" by section 103 of the Victims of Trafficking and Violence Protection Act of 2000 (22 U.S.C. 7102).

(3) NORTHERN TRIANGLE.—The term "Northern Triangle" means El Salvador, Guatemala, and Honduras.

# TITLE LVI—FEDERAL EFFORTS AGAINST DOMESTIC TERRORISM

**SEC. 5601. DEFINITIONS.**

In this title:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Permanent Select Committee on Intelligence, the Committee on Homeland Security, and the Committee on the Judiciary of the House of Representatives; and

(B) the Select Committee on Intelligence, the Committee on Homeland Security and Governmental Affairs, and the Committee on the Judiciary of the Senate.

(2) DOMESTIC TERRORISM.—The term "domestic terrorism" has the meaning given that term in section 2331 of title 18, United States Code.

(3) HATE CRIME.—The term "hate crime" means a criminal offense under—

(A) sections 241, 245, 247, and 249 of title 18, United States Code; and

(B) section 3631 of title 42, United States Code.

WASHSTATEC008003

(4) INTERNATIONAL TERRORISM.—The term "international terrorism" has the meaning given that term in section 2331 of title 18, United States Code.

(5) TERMS IN ATTORNEY GENERAL'S GUIDELINES FOR DOMESTIC FBI OPERATIONS.—The terms "assessments", "full investigations", "enterprise investigations", "predicated investigations", and "preliminary investigations" have the meanings given those terms in the most recent, approved version of the Attorney General's Guidelines for Domestic FBI Operations (or successor).

(6) TERMS IN FBI BUDGET MATERIALS.—The terms "Consolidated Strategy Guide", "Field Office Strategic Plan", "Integrated Program Management Process", and "Threat Review and Prioritization" have the meanings given those terms in the materials submitted to Congress by the Attorney General in support of the Federal Bureau of Investigation budget for fiscal year 2020.

(7) TERRORISM.—The term "terrorism" includes domestic terrorism and international terrorism.

(8) TERRORISM INFORMATION.—The term "terrorism information" has the meaning given that

term in section 1016(a) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485).

(9) TIME UTILIZATION AND RECORDKEEPING DATA.—The term "time utilization and recordkeeping data" means data collected on resource utilization and workload activity of personnel of the Federal Bureau of Investigation in accordance with Federal law.

**SEC. 5602. STRATEGIC INTELLIGENCE ASSESSMENT OF AND REPORTS ON DOMESTIC TERRORISM.**

(a) REPORT ON STANDARDIZATION OF TERMINOLOGY AND PROCEDURES RELATING TO DOMESTIC TERRORISM.—Not later than 90 days after the date of the enactment of this Act, the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall jointly—

(1) develop, to the fullest extent feasible and for purposes of internal recordkeeping and tracking, uniform and standardized—

(A) definitions of the terms "domestic terrorism", "act of domestic terrorism", "domestic

terrorism groups", and any other commonly used terms with respect to domestic terrorism;

(B) methodologies for tracking incidents of domestic terrorism; and

(C) descriptions of categories and subcategories of—

(i) domestic terrorism; and

(ii) ideologies relating to domestic terrorism;

(2) submit to the appropriate congressional committees a report containing the information developed under paragraph (1).

(b) REPORT CONTAINING STRATEGIC INTELLIGENCE ASSESSMENT AND DATA ON DOMESTIC TERRORISM.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall jointly submit to the appropriate congressional committees a report on domestic terrorism containing the following:

(A) The strategic intelligence assessment under paragraph (2).

(B) The discussion of activities under paragraph (3).

(C) Data on domestic terrorism under paragraph (4).

(D) Recommendations under paragraph (5).

(2) STRATEGIC INTELLIGENCE ASSESSMENT.—

(A) ASSESSMENT REQUIRED.—The Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall prepare and include in the report under paragraph (1) a strategic intelligence assessment of domestic terrorism in the United States during fiscal years 2017, 2018, and 2019.

(B) STANDARDS.—The Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall ensure that the strategic assessment under subparagraph (A) complies with the analytic integrity and

tradecraft standards of the intelligence community.

(3) DISCUSSION OF ACTIVITIES.—The report under paragraph (1) shall discuss and compare the following with respect to each applicable element of the intelligence community:

(A) The criteria for opening, managing, and closing domestic and international terrorism investigations.

(B) Standards and procedures for the Federal Bureau of Investigation with respect to the review, prioritization, and mitigation of domestic and international terrorism threats in the United States.

(C) The planning (including plans of analysis of the Federal Bureau of Investigation, Department of Homeland Security, and National Counterterrorism Center), development, production, analysis, and evaluation of intelligence and intelligence products relating to terrorism, noting any differences with respect to domestic terrorism and international terrorism.

(D) The sharing of information relating to domestic and international terrorism by and between—

WASHSTATEC008008

(i) the Federal Government;

(ii) State, local, Tribal, territorial, and foreign governments;

(iii) the appropriate congressional committees;

(iv) nongovernmental organizations; and

(v) the private sector.

(E) The criteria and methodology used by the Federal Bureau of Investigation to identify or assign terrorism classifications to investigations of domestic terrorism.

(F) Compliance by the Federal Government with privacy, civil rights, and civil liberties policies and protections applicable to the production of the report under paragraph (1), including protections against the public release of names or other personally identifiable information of individuals involved in incidents, investigations, indictments, prosecutions, or convictions for which data is reported under this section.

(G) Information regarding any training or resources provided by the Federal Bureau of Investigation, the Department of Homeland Se-

curity, or the National Counterterrorism Center, to assist Federal, State, local, and Tribal law enforcement agencies in understanding, detecting, deterring, and investigating acts of domestic terrorism, including the date, type, subject, and recipient agencies of such training or resources.

(4) DATA ON DOMESTIC TERRORISM.—

(A) DATA REQUIRED.—In accordance with subparagraph (B), the report under paragraph (1) shall include the following data for the period beginning on January 1, 2009, and ending on the date of the enactment of this Act:

(i) For each completed or attempted incident of domestic terrorism that has occurred in the United States during such period—

(I) a description of such incident;

(II) the date and location of such incident;

(III) the number and type of completed and attempted Federal nonviolent crimes committed during such incident;

(IV) the number and type of completed and attempted Federal and State property crimes committed during such incident, including an estimate of economic damages resulting from such crimes; and

(V) the number and type of completed and attempted Federal violent crimes committed during such incident, including the number of people injured or killed as a result of such crimes.

(ii) For such period—

(I) an identification of each assessment, preliminary investigation, full investigation, and enterprise investigation with a nexus to domestic terrorism opened, pending, or closed by the Federal Bureau of Investigation;

(II) the number of assessments or investigations identified under subclause (I) associated with each domestic terrorism investigative classification (including subcategories);

(III) the number of assessments or investigations described in subclause (II) initiated as a result of a referral or investigation by a Federal, State, local, Tribal, territorial, or foreign government, of a hate crime;

(IV) the number of Federal criminal charges with a nexus to domestic terrorism, including the number of indictments and complaints associated with each domestic terrorism investigative classification (including subcategories), a summary of the allegations contained in each such indictment, the disposition of the prosecution, and, if applicable, the sentence imposed as a result of a conviction on such charges;

(V) referrals of incidents of domestic terrorism by or to State, local, Tribal, territorial, or foreign governments, to or by departments or agencies of the Federal Government, for investigation or prosecution, including the number of such referrals associ-

ated with each domestic terrorism investigation classification (including any subcategories), and a summary of each such referral that includes the rationale for such referral and the disposition of the applicable Federal investigation or prosecution;

(VI) intelligence products produced by the intelligence community relating to domestic terrorism, including, with respect to the Federal Bureau of Investigation, the number of such products associated with each domestic terrorism investigative classification (including any subcategories);

(VII) with respect to the Federal Bureau of Investigation—

(aa) the number of staff (expressed in terms of full-time equivalents and positions) working on matters relating to domestic terrorism described in subclauses (I) through (VI); and

(bb) a summary of time utilization and recordkeeping data

for personnel working on such matters, including the number or percentage of such personnel associated with each domestic terrorism investigative classification (including any subcategories) in the FBI Headquarters Operational Divisions and Field Divisions;

(VIII) with respect to the Office of Intelligence and Analysis of the Department of Homeland Security, the number of staff (expressed in terms of full-time equivalents and positions) working on matters relating to domestic terrorism described in subclauses (I) through (VI); and

(IX) with respect to the National Counterterrorism Center, the number of staff (expressed in terms of full-time equivalents and positions) working on matters relating to domestic terrorism described in subclauses (I) through (VI), and the applicable legal

WASHSTATEC008014

authorities relating to the activities of such staff.

(B) COLLECTION AND COMPILATION.—The requirement to submit data under paragraph (1)—

(i) may not be construed to require the creation or maintenance of any record that the Federal Bureau of Investigation, the Department of Homeland Security, or the National Counterterrorism Center, as the case may be, does not maintain in the ordinary course of business or pursuant to another provision of law; and

(ii) shall be carried out by collecting, compiling, or otherwise using data and records that such entities otherwise maintain or create.

(C) FORMAT.—The information required under subparagraph (A) may be provided in a format that uses the marking associated with the Central Records System (or any successor system) of the Federal Bureau of Investigation.

(5) RECOMMENDATIONS.—

(A) IN GENERAL.—The report under paragraph (1) shall include recommendations, in-

WASHSTATEC008015

cluding any constitutional analysis conducted relating to such recommendations, with respect to the following:

(i) The necessity of changing authorities, roles, resources, or responsibilities within the Federal Government to more effectively prevent and counter domestic terrorism activities.

(ii) Measures necessary to ensure the protection of privacy and civil liberties in the carrying out of activities relating to countering domestic terrorism.

(B) CONSULTATION.—In developing recommendations pursuant to subparagraph (A)(ii), the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence, may seek the advice of the Privacy and Civil Liberties Oversight Board.

(c) PROVISION OF OTHER DOCUMENTS AND MATERIALS.—

(1) IN GENERAL.—Together with the report under subsection (b)(1), the Director of the Federal Bureau of Investigation and the Secretary of Home-

land Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall also submit to the appropriate congressional committees the following documents and materials in complete and unredacted form:

(A) With respect to the Federal Bureau of Investigation, at a minimum, the most recent, approved versions of—

(i) the Attorney General's Guidelines for Domestic FBI Operations (or any successor);

(ii) the FBI Domestic Investigations and Operations Guide (or any successor);

(iii) the FBI Counterterrorism Policy Guide (or any successor); and

(iv) materials sufficient to show the rankings of domestic terrorism in relation to other threats within the Threat Review and Prioritization process, with respect to the headquarters and each field office of the Federal Bureau of Investigation.

(B) With respect to the intelligence community—

WASHSTATEC008017

(i) a list of all intelligence products described in subsection (b)(4)(A)(ii)(VI); and

(ii) a means of accessing each such product.

(2) NONDUPLICATION.—If any documents or materials required under paragraph (1) have been previously submitted to the appropriate congressional committees under such paragraph and have not been modified since such submission, the Director of the Federal Bureau of Investigation, the Secretary of Homeland Security, and the Director of National Intelligence may provide a list of such documents or materials in lieu of making the submission under paragraph (1) for those documents or materials.

(d) ANNUAL UPDATES.—During the 5-year period following the date of the submission of the reports under subsections (b) and (c), the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall jointly submit to the appropriate congressional committees annual updates to the reports submitted under subsections (a), (b), and (c).

WASHSTATEC008018

(e) CLASSIFICATION AND PUBLIC RELEASE.—The reports under subsections (a), (b), and (d) shall be—

(1) unclassified, but may contain a classified annex;

(2) with respect to the unclassified portion of the report, made available on the public internet websites of the Federal Bureau of Investigation, the Department of Homeland Security, and the National Counterterrorism Center—

(A) not later than 30 days after submission to the appropriate congressional committees; and

(B) in an electronic format that is fully indexed and searchable; and

(3) with respect to a classified annex, submitted to the appropriate congressional committees in an electronic format that is fully indexed and searchable.

(f) INFORMATION QUALITY.—The reports under subsections (a), (b), and (d), to the extent applicable, shall comply with the guidelines issued by the Director of the Office of Management and Budget pursuant to section 515 of title V of the Consolidated Appropriations Act, 2001 (Public Law 106–554; 114 Stat. 2763A–154).

# TITLE LVII—REPORTS AND OTHER MATTERS

## Subtitle A—Reports and Briefings

### SEC. 5701. MODIFICATION OF REQUIREMENTS FOR SUBMISSION TO CONGRESS OF CERTAIN REPORTS.

(a) MODIFICATION OF REPORTS RELATING TO GUANTANAMO BAY.—

(1) MODIFICATION.—Section 506I(b) of the National Security Act of 1947 (50 U.S.C. 3105(b)) is amended by striking "once every 6 months" and inserting "annually".

(2) MODIFICATION.—Section 319(a) of the Supplemental Appropriations Act, 2009 (10 U.S.C. 801 note) is amended by striking "every 90 days" and inserting "annually".

(b) MODIFICATION TO REPORTS ON ANALYTIC INTEGRITY.—Subsection (c) of section 1019 of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3364) is amended—

(1) in the heading, by striking "REPORTS" and inserting "BRIEFINGS"; and

(2) by striking "submit to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a report con-

WASHSTATEC008020

taining'' and inserting ''provide to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a briefing with''.

(c) REPEAL OF REPORTS RELATING TO INTELLIGENCE FUNCTIONS.—Section 506J of the National Security Act of 1947 (50 U.S.C. 3105a) is repealed and the table of contents in the first section of such Act is amended by striking the item relating to section 506J.

(d) MODIFICATION OF REQUIRED REPORTS RELATING TO ENTERTAINMENT INDUSTRY.—Section 308 of the Intelligence Authorization Act for Fiscal Year 2017 (50 U.S.C. 3332) is amended—

(1) in subsection (b)(2)—

(A) by striking ''paragraph (1) shall—'' and all that follows through ''permit an element'' and insert ''paragraph (1) shall permit an element'';

(B) by striking ''approval; and'' and inserting ''approval.''; and

(C) by striking subparagraph (B); and

(2) by striking subsection (c) and inserting the following new subsection:

WASHSTATEC008021

"(c) INFORMATION ON PRIOR YEAR ENGAGEMENTS.—At the written request of either of the congressional intelligence committees, the Director of National Intelligence shall submit to such committees information with respect to engagements occurring during the calendar year prior to the year during which such request is made. Such information may include—

"(1) a description of the nature and duration of each such engagement;

"(2) the cost incurred by the United States Government for each such engagement;

"(3) a description of the benefits to the United States Government for each such engagement;

"(4) a determination of whether any information was declassified, and whether any classified information was improperly disclosed, for each such engagement; and

"(5) a description of the work produced through each such engagement.".

**SEC. 5702. INCREASED TRANSPARENCY REGARDING COUNTERTERRORISM BUDGET OF THE UNITED STATES.**

(a) FINDINGS.—Congress finds the following:

(1) Consistent with section 601(a) of the Implementing Recommendations of the 9/11 Commission

Act of 2007 (50 U.S.C. 3306(a)), the recent practice of the intelligence community has been to release to the public—

(A) around the date on which the President submits to Congress a budget for a fiscal year pursuant to section 1105 of title 31, United States Code, the "top-line" amount of total funding requested for the National Intelligence Program for such fiscal year; and

(B) the amount of requested and appropriated funds for the National Intelligence Program and Military Intelligence Program for certain prior fiscal years, consistent with the protection of intelligence sources and methods.

(2) The Directorate of Strategic Operational Planning of the National Counterterrorism Center is responsible for producing an annual National Counterterrorism Budget report, which examines the alignment of intelligence and other resources in the applicable fiscal year budget with the counterterrorism goals and areas of focus in the National Strategy for Counterterrorism.

(b) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) despite the difficulty of compiling and releasing to the public comprehensive information on the resource commitments of the United States to counterterrorism activities and programs, including with respect to such activities and programs of the intelligence community, the United States Government could take additional steps to enhance the understanding of the public with respect to such resource commitments, in a manner consistent with the protection of intelligence sources and methods and other national security interests; and

(2) the United States Government should release to the public as much information as possible regarding the funding of counterterrorism activities and programs, including activities and programs of the intelligence community, in a manner consistent with the protection of intelligence sources and methods and other national security interests.

(c) BRIEFING ON PUBLIC RELEASE OF INFORMATION.—

(1) REQUIREMENT.—Not later than 90 days after the date of the enactment of this Act, and not later than 90 days after the beginning of each fiscal year thereafter, the President shall ensure that the congressional intelligence committees receive a brief-

ing from appropriate personnel of the United States Government on the feasibility of releasing to the public additional information relating to counterterrorism efforts of the intelligence community.

(2) ELEMENTS.—Each briefing required by paragraph (1) shall include a discussion of the feasibility of—

(A) subject to paragraph (3), releasing to the public the National Counterterrorism Budget report described in subsection (a)(2) for the prior fiscal year; and

(B) declassifying other reports, documents, or activities of the intelligence community relating to counterterrorism and releasing such information to the public in a manner consistent with the protection of intelligence sources and methods and other national security interests.

(3) RELEASE OF NATIONAL COUNTERTERRORISM BUDGET REPORT.—The President may satisfy the requirement under paragraph (2)(A) during a fiscal year by, not later than 90 days after the beginning of the fiscal year, releasing to the public the National Counterterrorism Budget report (with any redactions the Director determines necessary to pro-

WASHSTATEC008025

tect intelligence sources and methods and other national security interests) for the prior fiscal year.

**SEC. 5703. STUDY ON ROLE OF RETIRED AND FORMER PERSONNEL OF INTELLIGENCE COMMUNITY WITH RESPECT TO CERTAIN FOREIGN INTELLIGENCE OPERATIONS.**

(a) STUDY.—The Director of National Intelligence shall conduct a study on former intelligence personnel providing covered intelligence assistance.

(b) ELEMENTS.—The study under subsection (a) shall include the following:

(1) An identification of, and discussion of the effectiveness of, existing laws, policies, procedures, and other measures relevant to the ability of elements of the intelligence community to prevent former intelligence personnel from providing covered intelligence assistance—

(A) without proper authorization; or

(B) in a manner that would violate legal or policy controls if the personnel performed such assistance while working for the United States Government; and

(2) Make recommendations for such legislative, regulatory, policy, or other changes as may be nec-

essary to ensure that the United States consistently meets the objectives described in paragraph (1).

(c) REPORT AND PLAN.—Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Committee on Homeland Security of the House of Representatives—

(1) a report on the findings of the Director with respect to each element of the study under subsection (a); and

(2) a plan to implement any recommendations made by the Director that the Director may implement without changes to Federal law.

(d) FORM.—The report and plan under subsection (c) may be submitted in classified form.

(e) DEFINITIONS.—In this section:

(1) COVERED INTELLIGENCE ASSISTANCE.—The term "covered intelligence assistance" means assistance—

(A) provided by former intelligence personnel directly to, or for the benefit of, the government of a foreign country or indirectly to, or for the benefit of, such a government through a company or other entity; and

(B) that relates to intelligence, military, or law enforcement activities of a foreign country, including with respect to operations that involve abuses of human rights, violations of the laws of the United States, or infringements on the privacy rights of United States persons.

(2) FORMER INTELLIGENCE PERSONNEL.—The term "former intelligence personnel" means retired or former personnel of the intelligence community, including civilian employees of elements of the intelligence community, members of the Armed Forces, and contractors of elements of the intelligence community.

**SEC. 5704. COLLECTION, ANALYSIS, AND DISSEMINATION OF WORKFORCE DATA.**

(a) MODIFICATION OF REQUIREMENT FOR ANNUAL REPORT ON HIRING AND RETENTION OF MINORITY EMPLOYEES.—

(1) EXPANSION OF PERIOD OF REPORT.—Subsection (a) of section 114 of the National Security Act of 1947 (50 U.S.C. 3050) is amended by inserting "and the preceding 5 fiscal years" after "fiscal year".

(2) CLARIFICATION ON DISAGGREGATION OF DATA.—Subsection (b) of such section is amended,

WASHSTATEC008028

in the matter before paragraph (1), by striking "disaggregated data by category of covered person from each element of the intelligence community" and inserting "data, disaggregated by category of covered person and by element of the intelligence community,".

(b) INITIAL REPORTING.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and subject to paragraph (3), the Director of National Intelligence shall make available to the public, the appropriate congressional committees, and the workforce of the intelligence community a report which includes aggregate demographic data and other information regarding the diversity and inclusion efforts of the workforce of the intelligence community.

(2) CONTENTS.—A report made available under paragraph (1)—

(A) shall include unclassified reports and barrier analyses relating to diversity and inclusion efforts;

(B) shall include aggregate demographic data—

(i) by segment of the workforce of the intelligence community and grade or rank;

(ii) relating to attrition and promotion rates;

(iii) that addresses the compliance of the intelligence community with validated inclusion metrics, such as the New Inclusion Quotient index score; and

(iv) that provides demographic comparisons to the relevant nongovernmental labor force and the relevant civilian labor force;

(C) shall include an analysis of applicant flow data, including the percentage and level of positions for which data are collected, and a discussion of any resulting policy changes or recommendations;

(D) shall include demographic data relating to participants in professional development programs of the intelligence community and the rate of placement into senior positions for participants in such programs;

(E) shall include any voluntarily collected demographic data relating to the membership of any external advisory committee or board to which individuals in senior positions in the intelligence community appoint members; and

WASHSTATEC008030

(F) may include data in proportions or percentages to account for concerns relating to the protection of classified information.

(c) UPDATES.—After making available a report under subsection (b), the Director of National Intelligence shall annually provide a report (which may be provided as part of an annual report required under another provision of law) to the workforce of the intelligence community (including senior leadership), the public, and the appropriate congressional committees that includes—

(1) demographic data and information on the status of diversity and inclusion efforts of the intelligence community;

(2) an analysis of applicant flow data, including the percentage and level of positions for which data are collected, and a discussion of any resulting policy changes or recommendations; and

(3) demographic data relating to participants in professional development programs of the intelligence community and the rate of placement into senior positions for participants in such programs.

(d) EXPAND THE COLLECTION AND ANALYSIS OF VOLUNTARY APPLICANT FLOW DATA.—

(1) IN GENERAL.—The Director of National Intelligence shall develop a system to collect and ana-

lyze applicant flow data for as many positions within the intelligence community as practicable, in order to identify areas for improvement in attracting diverse talent, with particular attention to senior and management positions.

(2) PHASED IMPLEMENTATION.—The collection of applicant flow data may be implemented by the Director of National Intelligence in a phased approach commensurate with the resources available to the intelligence community.

(e) IDENTIFY ADDITIONAL CATEGORIES FOR VOLUNTARY DATA COLLECTION OF CURRENT EMPLOYEES.—

(1) IN GENERAL.—The Director of National Intelligence may submit to the Office of Management and Budget and to the appropriate congressional committees a recommendation regarding whether the intelligence community should voluntarily collect more detailed data on demographic categories in addition to the race and ethnicity categories specified in the statistical policy directive issued by the Office of Management and Budget entitled "Standards for Maintaining, Collecting, and Presenting Federal Data on Race and Ethnicity".

WASHSTATEC008032

(2) PROCESS.—In making a recommendation under paragraph (1), the Director of National Intelligence shall—

(A) engage in close consultation with internal stakeholders, such as employee resource or affinity groups;

(B) ensure that there is clear communication with the workforce of the intelligence community—

(i) to explain the purpose of the potential collection of such data; and

(ii) regarding legal protections relating to any anticipated use of such data; and

(C) ensure adherence to relevant standards and guidance issued by the Federal Government.

(f) DEFINITIONS.—In this section:

(1) APPLICANT FLOW DATA.—The term "applicant flow data" means data that tracks the rate of applications for job positions among demographic categories.

(2) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Foreign Relations, the Committee on Armed Services, the Committee on Homeland Security and Governmental Affairs, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and

(B) the Committee on Foreign Affairs, the Committee on Armed Services, the Committee on Homeland Security, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of Representatives.

(3) DIVERSITY.—The term "diversity" means diversity of persons based on gender, race, ethnicity, disability status, veteran status, sexual orientation, gender identity, national origin, and other demographic categories.

**SEC. 5705. PLAN FOR STRENGTHENING THE SUPPLY CHAIN INTELLIGENCE FUNCTION.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Director of the National Counterintelligence and Security Center, in coordination with the Director of the Defense Counterintelligence and Security Agency and other interagency partners, shall submit to the appropriate congressional com-

mittees a plan for strengthening the supply chain intelligence function.

(b) ELEMENTS.—The plan submitted under subsection (a) shall address the following:

(1) The appropriate workforce model, including size, mix, and seniority, from the elements of the intelligence community and other interagency partners.

(2) The budgetary resources necessary to implement the plan.

(3) The appropriate governance structure within the intelligence community and with interagency partners.

(4) The authorities necessary to implement the plan.

(c) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—The term "appropriate congressional committees" means—

(1) the congressional intelligence committees; and

(2) the Committees on Armed Services of the House of Representatives and the Senate.

WASHSTATEC008035

**SEC. 5706. COMPREHENSIVE ECONOMIC ASSESSMENT OF INVESTMENT IN KEY UNITED STATES TECHNOLOGIES BY COMPANIES OR ORGANIZATIONS LINKED TO CHINA.**

(a) ASSESSMENT REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Director of the National Counterintelligence and Security Center, the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Secretary of the Treasury, and the heads of such other Federal agencies as the Director of National Intelligence considers appropriate, shall submit to the congressional intelligence committees a comprehensive economic assessment of investment in key United States technologies, including emerging technologies, by companies or organizations linked to China, including the implications of these investments for the national security of the United States.

(b) FORM OF ASSESSMENT.—The assessment submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

WASHSTATEC008036

**SEC. 5707. REPORT BY DIRECTOR OF NATIONAL INTELLIGENCE ON FIFTH-GENERATION WIRELESS NETWORK TECHNOLOGY.**

(a) DEFINITION OF APPROPRIATE COMMITTEES OF CONGRESS.—In this section, the term "appropriate committees of Congress" means—

(1) the congressional intelligence committees;

(2) the Committee on Foreign Relations of the Senate; and

(3) Committee on Foreign Affairs of the House of Representatives.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate committees of Congress a report on—

(1) the threat to the national security of the United States posed by the global and regional adoption of fifth-generation wireless network (known as "5G") technology built by foreign companies;

(2) the threat to the national security of the United States posed by telecommunications companies that are subject to the jurisdiction of a foreign adversary; and

(3) possible efforts to mitigate the threat.

(c) CONTENTS.—The report under subsection (b) shall include—

WASHSTATEC008037

(1) the timeline and scale of global and regional adoption of foreign fifth-generation wireless network technology;

(2) the implications of such global and regional adoption on the cyber and espionage threat to the United States, the interests of the United States, and the cyber and collection capabilities of the United States;

(3) the threat to the national security of the United States from acquisition, importation, transfer, installation, or use of any communications technology by any person subject to the jurisdiction of the United States that involves communications technology designed, developed, manufactured or supplied by, controlled by, or subject to, the jurisdiction of a foreign adversary; and

(4) the effect of possible mitigation efforts, including with respect to—

(A) a policy of the United States Government promoting the use of strong, end-to-end encryption for data transmitted over fifth-generation wireless networks;

(B) a policy of the United States Government promoting or funding free, open-source

implementation of fifth-generation wireless network technology;

(C) subsidies or incentives provided by the United States Government that could be used to promote the adoption of secure fifth-generation wireless network technology developed by companies of the United States or companies of allies of the United States; and

(D) a strategy by the United States Government to reduce foreign influence and political pressure in international standard-setting bodies.

(d) FORM.—The report submitted under subsection (b) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 5708. REPORT ON USE BY INTELLIGENCE COMMUNITY OF FACIAL RECOGNITION TECHNOLOGY.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the use of facial recognition technology for the purpose of suppressing or burdening criticism or dissent, or for disadvantaging persons based on their ethnicity, race, gender, sexual orientation, or religion, is contrary to the values of the United States;

WASHSTATEC008039

(2) the United States Government should not engage in the sale or transfer of facial recognition technology to any country that is using such technology for the suppression of human rights; and

(3) it is incumbent upon the intelligence community to develop clear policies and procedures that prevent the abuse of facial recognition technology.

(b) REPORT REQUIRED.—Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a report on the use of facial recognition technology by the intelligence community. Such report shall include each of the following:

(1) An analysis of the current use of facial recognition technology by the intelligence community.

(2) An analysis of the accuracy of facial recognition technology, including a discussion of the appropriate threshold for use, and data disaggregated by race, gender, ethnicity, and age.

(3) Whether the Government has adequate procedures in place to audit or test technology they purchase to assess its accuracy, including on the basis of race, gender, ethnicity, and age.

(4) The extent to which the intelligence community has codified policies governing the use of facial

recognition technology that adequately prevent adverse impacts on privacy, civil rights, and civil liberties.

(5) An analysis of the ability of the intelligence community to use facial recognition technology to identify individuals in a way that respects constitutional rights, civil rights, civil liberties, and privacy of such individuals.

(6) Identification of risks and safeguards to uphold the constitutional rights, civil rights, civil liberties, and privacy of individuals, including for communities of color and religious minorities.

(7) Whether such technology is deployed in public areas or on photos of public areas in a manner that could raise First Amendment concerns.

(8) An identification of existing policies, procedures, or practices that permit the sharing of facial recognition data and technology with foreign governments or other non-United States Government entities.

(9) An identification of measures in place to protect data security.

(10) An identification of any redress procedures to address complaints in cases where the use of facial recognition resulted in harm to an individual.

(11) An analysis of existing transparency, oversight, and audits of the use of facial recognition to measure the efficacy of the technology on an ongoing basis, as measured against the cost and impact on individual rights.

(c) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(d) FACIAL RECOGNITION DATA DEFINED.—In this section, the term "facial recognition data" means any unique attribute or feature of the face of an end user that is used by facial recognition technology to assign a unique, persistent identifier, or for the unique personal identification of a specific individual.

**SEC. 5709. REPORT ON DEEPFAKE TECHNOLOGY, FOREIGN WEAPONIZATION OF DEEPFAKES, AND RELATED NOTIFICATIONS.**

(a) REPORT ON FOREIGN WEAPONIZATION OF DEEPFAKES AND DEEPFAKE TECHNOLOGY.—

(1) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director,

WASHSTATEC008042

shall submit to the congressional intelligence committees a report on—

(A) the potential national security impacts of machine-manipulated media (commonly known as "deepfakes"); and

(B) the actual or potential use of machine-manipulated media by foreign governments to spread disinformation or engage in other malign activities.

(2) MATTERS TO BE INCLUDED.—The report under subsection (a) shall include the following:

(A) An assessment of the technical capabilities of foreign governments, including foreign intelligence services, foreign government-affiliated entities, and foreign individuals, with respect to machine-manipulated media, machine-generated text, generative adversarial networks, and related machine-learning technologies, including—

(i) an assessment of the technical capabilities of the People's Republic of China and the Russian Federation with respect to the production and detection of machine-manipulated media; and

WASHSTATEC008043

(ii) an annex describing those governmental elements within China and Russia known to have supported or facilitated machine-manipulated media research, development, or dissemination, as well as any civil-military fusion, private-sector, academic, or nongovernmental entities which have meaningfully participated in such activities.

(B) An updated assessment of how foreign governments, including foreign intelligence services, foreign government-affiliated entities, and foreign individuals, could use or are using machine-manipulated media and machine-generated text to harm the national security interests of the United States, including an assessment of the historic, current, or potential future efforts of China and Russia to use machine-manipulated media, including with respect to—

(i) the overseas or domestic dissemination of misinformation;

(ii) the attempted discrediting of political opponents or disfavored populations; and

(iii) intelligence or influence operations directed against the United States, allies or partners of the United States, or other jurisdictions believed to be subject to Chinese or Russian interference.

(C) An updated identification of the countertechnologies that have been or could be developed and deployed by the United States Government, or by the private sector with Government support, to deter, detect, and attribute the use of machine-manipulated media and machine-generated text by foreign governments, foreign-government affiliates, or foreign individuals, along with an analysis of the benefits, limitations and drawbacks of such identified counter-technologies, including any emerging concerns related to privacy.

(D) An identification of the offices within the elements of the intelligence community that have, or should have, lead responsibility for monitoring the development of, use of, and response to machine-manipulated media and machine-generated text, including—

(i) a description of the coordination of such efforts across the intelligence community;

(ii) a detailed description of the existing capabilities, tools, and relevant expertise of such elements to determine whether a piece of media has been machine manipulated or machine generated, including the speed at which such determination can be made, the confidence level of the element in the ability to make such a determination accurately, and how increasing volume and improved quality of machine-manipulated media or machine-generated text may negatively impact such capabilities; and

(iii) a detailed description of planned or ongoing research and development efforts intended to improve the ability of the intelligence community to detect machine-manipulated media and machine-generated text.

(E) A description of any research and development activities carried out or under consideration to be carried out by the intelligence community, including the Intelligence Advanced

Research Projects Activity, relevant to machine-manipulated media and machine-generated text detection technologies.

(F) Updated recommendations regarding whether the intelligence community requires additional legal authorities, financial resources, or specialized personnel to address the national security threat posed by machine-manipulated media and machine-generated text.

(G) Other additional information the Director determines appropriate.

(b) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(c) REQUIREMENT FOR NOTIFICATION.—The Director of National Intelligence, in cooperation with the heads of any other relevant departments or agencies of the Federal Government, shall notify the congressional intelligence committees each time the Director of National Intelligence determines—

(1) there is credible information or intelligence that a foreign entity has attempted, is attempting, or will attempt to deploy machine-manipulated media or machine-generated text aimed at the elec-

WASHSTATEC008047

tions or domestic political processes of the United States; and

(2) that such intrusion or campaign can be attributed to a foreign government, a foreign government-affiliated entity, or a foreign individual.

(d) ANNUAL UPDATE.—Upon submission of the report in subsection (a), on an annual basis, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees any significant updates with respect to the matters described in subsection (a).

(e) DEFINITIONS.—

(1) MACHINE-GENERATED TEXT.—The term "machine-generated text" means text generated using machine-learning techniques in order to resemble writing in natural language.

(2) MACHINE-MANIPULATED MEDIA.—The term "machine-manipulated media" has the meaning given that term in section 5724.

**SEC. 5710. ANNUAL REPORT BY COMPTROLLER GENERAL OF THE UNITED STATES ON CYBERSECURITY AND SURVEILLANCE THREATS TO CONGRESS.**

(a) ANNUAL REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act and

WASHSTATEC008048

not less frequently than once each year thereafter, the Comptroller General of the United States shall submit to the congressional intelligence committees a report on cybersecurity and surveillance threats to Congress.

(b) STATISTICS.—Each report submitted under subsection (a) shall include statistics on cyber attacks and other incidents of espionage or surveillance targeted against Senators or the immediate families or staff of the Senators, and Representatives, Delegates, and the Resident Commissioner, or the immediate families or staff of the Representatives, Delegates, and the Resident Commissioner, in which the nonpublic communications and other private information of such targeted individuals were lost, stolen, or otherwise subject to unauthorized access.

(c) CONSULTATION.—In preparing a report to be submitted under subsection (a), the Comptroller General shall consult with the Director of National Intelligence, the Secretary of Homeland Security, the Sergeant at Arms of the House of Representatives, and the Sergeant at Arms and Doorkeeper of the Senate.

(d) FORM.—The report under subsection (a), including the contents of the report in subsection (b), shall be submitted in unclassified form, but may include a classified annex to protect sources and methods and any appropriate redactions of personally identifiable information.

**SEC. 5711. ANALYSIS OF AND PERIODIC BRIEFINGS ON MAJOR INITIATIVES OF INTELLIGENCE COMMUNITY IN ARTIFICIAL INTELLIGENCE AND MACHINE LEARNING.**

(a) ANALYSIS.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the heads of such elements of the intelligence community as the Director considers appropriate—

(A) complete a comprehensive analysis of the major initiatives of the intelligence community in artificial intelligence and machine learning; and

(B) provide to the congressional intelligence committees a briefing on the findings of the Director with respect to the analysis conducted pursuant to subparagraph (A).

(2) ELEMENTS.—The analysis conducted under paragraph (1)(A) shall include analyses of how the initiatives described in such paragraph—

(A) correspond with the strategy of the intelligence community entitled "Augmenting Intelligence Using Machines";

(B) complement each other and avoid unnecessary duplication;

(C) are coordinated with the efforts of the Defense Department on artificial intelligence, including efforts at the Joint Artificial Intelligence Center and Project Maven; and

(D) leverage advances in artificial intelligence and machine learning in the private sector.

(b) PERIODIC BRIEFINGS.—Not later than 30 days after the date of the enactment of this Act, not less frequently than twice each year thereafter until the date that is 2 years after the date of the enactment of this Act, and not less frequently than once each year thereafter until the date that is 7 years after the date of the enactment of this Act, the Director and the Chief Information Officer of the Department of Defense shall jointly provide to the congressional intelligence committees and congressional defense committees (as defined in section 101 of title 10, United States Code) briefings with updates on activities relating to, and the progress of, their respective artificial intelligence and machine learning initiatives, particularly the Augmenting Intelligence Using Machines initiative and the Joint Artificial Intelligence Center.

**SEC. 5712. REPORT ON BEST PRACTICES TO PROTECT PRIVACY AND CIVIL LIBERTIES OF CHINESE AMERICANS.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) the People's Republic of China appears to be specifically targeting the Chinese-American community for intelligence purposes;

(2) such targeting carries a substantial risk that the loyalty of such Americans may be generally questioned and lead to unacceptable stereotyping, targeting, and racial profiling;

(3) the United States Government has a duty to warn and protect all Americans including those of Chinese descent from these intelligence efforts by the People's Republic of China;

(4) the broad stereotyping, targeting, and racial profiling of Americans of Chinese descent is contrary to the values of the United States and reinforces the flawed narrative perpetuated by the People's Republic of China that ethnically Chinese individuals worldwide have a duty to support the People's Republic of China; and

(5) the United States efforts to combat the People's Republic of China's intelligence activities

should actively safeguard and promote the constitutional rights of all Chinese Americans.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, acting through the Office of Civil Liberties, Privacy, and Transparency, in coordination with the civil liberties and privacy officers of the elements of the intelligence community, shall submit a report to the congressional intelligence committees containing—

(1) a review of how the policies, procedures, and practices of the intelligence community that govern the intelligence activities and operations targeting the People's Republic of China affect policies, procedures, and practices relating to the privacy and civil liberties of Americans of Chinese descent who may be targets of espionage and influence operations by China; and

(2) recommendations to ensure that the privacy and civil liberties of Americans of Chinese descent are sufficiently protected.

(c) FORM.—The report under subsection (b) shall be submitted in unclassified form, but may include a classified annex.

WASHSTATEC008053

**SEC. 5713. OVERSIGHT OF FOREIGN INFLUENCE IN ACADEMIA.**

(a) DEFINITIONS.—In this section:

(1) COVERED INSTITUTION OF HIGHER EDUCATION.—The term "covered institution of higher education" means an institution described in section 102 of the Higher Education Act of 1965 (20 U.S.C. 1002) that receives Federal funds in any amount and for any purpose.

(2) SENSITIVE RESEARCH SUBJECT.—The term "sensitive research subject" means a subject of research that is carried out at a covered institution of higher education that receives funds that were appropriated for—

(A) the National Intelligence Program; or

(B) any Federal agency the Director of National Intelligence deems appropriate.

(b) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Director of National Intelligence, in consultation with such elements of the intelligence community as the Director considers appropriate and consistent with the privacy protections afforded to United States persons, shall submit to congressional intelligence committees a report on risks to sensitive research subjects posed by foreign entities in order to pro-

WASHSTATEC008054

vide Congress and covered institutions of higher education with more complete information on these risks and to help ensure academic freedom.

(c) CONTENTS.—The report required by subsection (b) shall include the following:

(1) A list of sensitive research subjects that could affect national security.

(2) A list of foreign entities, including governments, corporations, nonprofit organizations and for-profit organizations, and any subsidiary or affiliate of such an entity, that the Director determines pose a counterintelligence, espionage (including economic espionage), or other national security threat with respect to sensitive research subjects.

(3) A list of any known or suspected attempts by foreign entities to exert pressure on covered institutions of higher education, including attempts to limit freedom of speech, propagate misinformation or disinformation, or to influence professors, researchers, or students.

(4) Recommendations for collaboration between covered institutions of higher education and the intelligence community to mitigate threats to sensitive research subjects associated with foreign influence in

academia, including any necessary legislative or administrative action.

(d) CONGRESSIONAL NOTIFICATIONS REQUIRED.—Not later than 30 days after the date on which the Director identifies a change to either list described in paragraph (1) or (2) of subsection (c), the Director shall notify the congressional intelligence committees of the change.

**SEC. 5714. REPORT ON DEATH OF JAMAL KHASHOGGI.**

(a) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to Congress a report on the death of Jamal Khashoggi, consistent with protecting sources and methods. Such report shall include identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi.

(b) FORM.—The report submitted under subsection (a) shall be submitted in unclassified form.

**SEC. 5715. REPORT ON TERRORIST SCREENING DATABASE.**

(a) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence and the Secretary of State shall jointly submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate

WASHSTATEC008056

a report on the terrorist screening database of the Federal Bureau of Investigation.

(b) MATTERS INCLUDED.—The report under subsection (a) shall identify the following:

(1) Which foreign countries receive access to the terrorist screening database.

(2) Which foreign countries have successfully petitioned to add individuals to the terrorist screening database.

(3) What standards exist for determining which countries get access to the terrorist screening database.

(4) The extent to which the human rights record of the government of a foreign country is considered in the determination to give the country access to the terrorist screening database.

(5) What procedures, if any, exist to remove access to the terrorist screening database from a foreign country.

(6) What procedures, if any, exist to inform an individual, or the legal counsel of an individual, of the placement of the individual on the terrorist screening database.

WASHSTATEC008057

(c) FORM.—The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 5716. REPORT CONTAINING THREAT ASSESSMENT ON TERRORIST USE OF CONVENTIONAL AND ADVANCED CONVENTIONAL WEAPONS.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter for a period of 4 years, the Under Secretary of Homeland Security for Intelligence and Analysis, in coordination with the Director of the Federal Bureau of Investigation, shall develop and submit to the entities in accordance with subsection (b) a report containing a threat assessment regarding the availability of conventional weapons, including conventional weapons lacking serial numbers, and advanced conventional weapons, for use in furthering acts of terrorism, including the provision of material support or resources to a foreign terrorist organization and to individuals or groups supporting or engaging in domestic terrorism.

(b) DISSEMINATION OF REPORT.—Consistent with the protection of classified and confidential unclassified information, the Under Secretary shall—

(1) submit the initial report required under subsection (a) to Federal, State, local, and Tribal

law enforcement officials, including officials who operate within State, local, and regional fusion centers under the Department of Homeland Security State, Local, and Regional Fusion Center Initiative established by section 210A of the Homeland Security Act of 2002 (6 U.S.C. 124h); and

(2) submit each report required under subsection (a) to the appropriate congressional committees.

(c) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Permanent Select Committee on Intelligence, the Committee on Homeland Security, and the Committee on the Judiciary of the House of Representatives; and

(B) the Select Committee on Intelligence, the Committee on Homeland Security and Governmental Affairs, and the Committee on the Judiciary of the Senate.

(2) DOMESTIC TERRORISM.—The term "domestic terrorism" has the meaning given that term in section 2331 of title 18, United States Code.

(3) FOREIGN TERRORIST ORGANIZATION.—The term "foreign terrorist organization" means an organization designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).

**SEC. 5717. ASSESSMENT OF HOMELAND SECURITY VULNERABILITIES ASSOCIATED WITH CERTAIN RETIRED AND FORMER PERSONNEL OF THE INTELLIGENCE COMMUNITY.**

(a) ASSESSMENT REQUIRED.—Not later than the date that is 120 days after submission of the report required under section 5703, and annually thereafter, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis, the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, and the Director of the Defense Counterintelligence and Security Agency, shall submit to the appropriate congressional committees an assessment of the homeland security vulnerabilities associated with retired and former personnel of the intelligence community providing covered intelligence assistance.

(b) FORM.—The assessment under subsection (a) may be submitted in classified form.

(c) DEFINITIONS.—In this section:

WASHSTATEC008060

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Homeland Security and Governmental Affairs of the Senate; and

(C) the Committee on Homeland Security of the House of Representatives.

(2) COVERED INTELLIGENCE ASSISTANCE.—The term "covered intelligence assistance" has the meaning given that term in section 5703.

**SEC. 5718. STUDY ON FEASIBILITY AND ADVISABILITY OF ESTABLISHING GEOSPATIAL-INTELLIGENCE MUSEUM AND LEARNING CENTER.**

(a) STUDY REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Director of the National Geospatial-Intelligence Agency shall complete a study on the feasibility and advisability of establishing a Geospatial-Intelligence Museum and learning center.

(b) ELEMENTS.—The study required by subsection (a) shall include the following:

WASHSTATEC008061

(1) Identifying the costs, opportunities, and challenges of establishing the museum and learning center as described in such subsection.

(2) Developing recommendations concerning such establishment.

(3) Identifying and reviewing lessons learned from the establishment of the Cyber Center for Education and Innovation-Home of the National Cryptologic Museum under section 7781(a) of title 10, United States Code.

(c) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees and the congressional defense committees (as defined in section 101 of title 10, United States Code) a report on the findings of the Director with respect to the study completed under subsection (a).

## Subtitle B—Other Matters

### SEC. 5721. WHISTLEBLOWER DISCLOSURES TO CONGRESS AND COMMITTEES OF CONGRESS.

Section 2302 of title 5, United States Code, is amended—

(1) in subsection (b)(8)—

(A) in subparagraph (A), by striking "; or" and inserting a semicolon;

WASHSTATEC008062

(B) in subparagraph (B)(ii), by striking the semicolon at the end and inserting "; or"; and

(C) by inserting after subparagraph (B) the following new subparagraph:

"(C) any disclosure to Congress (including any committee of Congress) by any employee of an agency or applicant for employment at an agency of information described in subparagraph (B) that is—

"(i) not classified; or

"(ii) if classified—

"(I) has been classified by the head of an agency that is not an element of the intelligence community (as defined by section 3 of the National Security Act of 1947 (50 U.S.C. 3003)); and

"(II) does not reveal intelligence sources and methods."; and

(2) in subsection (c)(2)(C)(iii)(III), by inserting after "Congress" the following: "(including any committee of Congress with respect to information that is not classified or, if classified, has been classified by the head of an agency that is not an element of

the intelligence community and does not reveal intelligence sources and methods)''.

**SEC. 5722. TASK FORCE ON ILLICIT FINANCING OF ESPIONAGE AND FOREIGN INFLUENCE OPERATIONS.**

(a) ESTABLISHMENT.—Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall establish a task force to study and assess the illicit financing of espionage and foreign influence operations directed at the United States.

(b) MEMBERSHIP.—The task force shall be composed of the following individuals (or designees of the individual):

(1) The Director of the Central Intelligence Agency.

(2) The Director of the Federal Bureau of Investigation.

(3) The Assistant Secretary of the Treasury for Intelligence and Analysis.

(4) The Assistant Secretary of State for Intelligence and Research.

(5) Such other heads of the elements of the intelligence community that the Director of National Intelligence determines appropriate.

(c) CHAIRPERSON; MEETINGS.—

(1) CHAIRPERSON.—The Director of National Intelligence shall appoint a senior official within the Office of the Director of National Intelligence to serve as the chairperson of the task force.

(2) MEETINGS.—The task force shall meet regularly but not less frequently than on a quarterly basis.

(d) REPORTS.—

(1) INITIAL REPORT.—Not later than 180 days after the date of the enactment of this Act, the task force shall submit to the appropriate congressional committees a report on the illicit financing of espionage and foreign influence operations directed at the United States. The report shall address the following:

(A) The extent of the collection by the intelligence community, from all sources (including the governments of foreign countries), of intelligence and information relating to illicit financing of espionage and foreign influence operations directed at the United States, and any gaps in such collection.

(B) Any specific legal, regulatory, policy, or other prohibitions, or financial, human, technical, or other resource limitations or con-

straints, that have affected the ability of the Director of National Intelligence or other heads of relevant elements of the intelligence community in collecting or analyzing intelligence or information relating to illicit financing of espionage and foreign influence operations directed at the United States.

(C) The methods, as of the date of the report, by which hostile governments of foreign countries or foreign organizations, and any groups or persons acting on behalf of or with the support of such governments or organizations, seek to disguise or obscure relationships between such governments, organizations, groups, or persons and United States persons, for the purpose of conducting espionage or foreign influence operations directed at the United States, including by exploiting financial laws, systems, or instruments, of the United States.

(D) The existing practices of the intelligence community for ensuring that intelligence and information relating to the illicit financing of espionage and foreign influence operations is analyzed and shared with other elements of the

intelligence community, and any recommendations for improving such analysis and sharing.

(2) ANNUAL UPDATE.—Not later than 1 year after the date of the enactment of this Act, and each year thereafter through the date specified in subsection (e), the task force shall submit to the appropriate congressional committees an update on the report.

(3) FORM.—Each report submitted under this subsection may be submitted in classified form, but if submitted in such form, shall include an unclassified summary.

(e) TERMINATION.—The task force shall terminate on January 1, 2025.

(f) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means the following:

(1) The congressional intelligence committees.

(2) The Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives.

(3) The Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.

WASHSTATEC008067

**SEC. 5723. ESTABLISHMENT OF FIFTH-GENERATION TECHNOLOGY PRIZE COMPETITION.**

(a) PRIZE COMPETITION.—Pursuant to section 24 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3719), the Director of National Intelligence, acting through the Director of the Intelligence Advanced Research Projects Agency, shall carry out a program to award prizes competitively to stimulate research and development relevant to fifth-generation technology.

(b) PRIZE AMOUNT.—In carrying out the program under subsection (a), the Director may award not more than a total of $5,000,000 to one or more winners of the prize competition.

(c) CONSULTATION.—In carrying out the program under subsection (a), the Director may consult with the heads of relevant departments and agencies of the Federal Government.

(d) FIFTH-GENERATION TECHNOLOGY DEFINED.—In this section, the term "fifth-generation technology" means hardware, software, or other technologies relating to fifth-generation wireless networks (known as "5G").

**SEC. 5724. ESTABLISHMENT OF DEEPFAKES PRIZE COMPETITION.**

(a) PRIZE COMPETITION.—Pursuant to section 24 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3719), the Director of National Intelligence,

WASHSTATEC008068

acting through the Director of the Intelligence Advanced Research Projects Agency, shall carry out a program to award prizes competitively to stimulate the research, development, or commercialization of technologies to automatically detect machine-manipulated media.

(b) PRIZE AMOUNT.—In carrying out the program under subsection (a), the Director may award not more than a total of $5,000,000 to one or more winners of the prize competition.

(c) CONSULTATION.—In carrying out the program under subsection (a), the Director may consult with the heads of relevant departments and agencies of the Federal Government.

(d) MACHINE-MANIPULATED MEDIA DEFINED.—In this section, the term "machine-manipulated media" means video, image, or audio recordings generated or substantially modified using machine-learning techniques in order to falsely depict events, to falsely depict the speech or conduct of an individual, or to depict individuals who do not exist.

**SEC. 5725. IDENTIFICATION OF AND COUNTERMEASURES AGAINST CERTAIN INTERNATIONAL MOBILE SUBSCRIBER IDENTITY-CATCHERS.**

(a) IN GENERAL.—The Director of National Intelligence and the Director of the Federal Bureau of Inves-

WASHSTATEC008069

tigation, in collaboration with the Under Secretary of Homeland Security for Intelligence and Analysis, and the heads of such other Federal, State, or local agencies as the Directors determine appropriate, and in accordance with applicable law and policy, may—

(1) undertake an effort to identify International Mobile Subscriber Identity-catchers operated within the United States by—

(A) hostile foreign governments; and

(B) individuals who have violated a criminal law of the United States or of any State, or who have committed acts that would be a criminal violation if committed within the jurisdiction of the United States or any State; and

(2) when appropriate, develop countermeasures against such International Mobile Subscriber Identity-catchers, with prioritization given to such International Mobile Subscriber Identity-catchers identified in the National Capital Region.

(b) BRIEFING REQUIRED.—Prior to developing countermeasures under subsection (a)(2), the Director of National Intelligence and the Director of the Federal Bureau of Investigation shall provide a briefing to the appropriate congressional committees on—

WASHSTATEC008070

(1) the use of International Mobile Subscriber Identity-catchers operated within the United States by the individuals and governments described in subsection (a)(1);

(2) potential countermeasures by the intelligence community against such International Mobile Subscriber Identity-catchers; and

(3) any legal or policy limitations with respect to the development or carrying out of such countermeasures.

(c) DEFINITIONS.—

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Homeland Security of the House of Representatives and the Committee on Homeland Security and Governmental Affairs of the Senate; and

(C) the Committees on the Judiciary of the House of Representatives and the Senate.

(2) INTERNATIONAL MOBILE SUBSCRIBER IDENTITY-CATCHER.—The term "International Mobile Subscriber Identity-catcher" means a device

used for intercepting mobile phone identifying information and location data.

**SEC. 5726. SECURING ENERGY INFRASTRUCTURE.**

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Homeland Security and Governmental Affairs and the Committee on Energy and Natural Resources of the Senate; and

(C) the Committee on Homeland Security and the Committee on Energy and Commerce of the House of Representatives.

(2) COVERED ENTITY.—The term "covered entity" means an entity identified pursuant to section 9(a) of Executive Order No. 13636 of February 12, 2013 (78 Fed. Reg. 11742), relating to identification of critical infrastructure where a cybersecurity incident could reasonably result in catastrophic regional or national effects on public health or safety, economic security, or national security.

(3) EXPLOIT.—The term "exploit" means a software tool designed to take advantage of a security vulnerability.

(4) INDUSTRIAL CONTROL SYSTEM.—The term "industrial control system" means an operational technology used to measure, control, or manage industrial functions, and includes supervisory control and data acquisition systems, distributed control systems, and programmable logic or embedded controllers.

(5) NATIONAL LABORATORY.—The term "National Laboratory" has the meaning given the term in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801).

(6) PROGRAM.—The term "Program" means the pilot program established under subsection (b).

(7) SECRETARY.—Except as otherwise specifically provided, the term "Secretary" means the Secretary of Energy.

(8) SECURITY VULNERABILITY.—The term "security vulnerability" means any attribute of hardware, software, process, or procedure that could enable or facilitate the defeat of a security control.

(b) PILOT PROGRAM FOR SECURING ENERGY INFRASTRUCTURE.—Not later than 180 days after the date of

WASHSTATEC008073

the enactment of this Act, the Secretary shall establish a 2-year control systems implementation pilot program within the National Laboratories for the purposes of—

(1) partnering with covered entities in the energy sector (including critical component manufacturers in the supply chain) that voluntarily participate in the Program to identify new classes of security vulnerabilities of the covered entities; and

(2) evaluating technology and standards, in partnership with covered entities, to isolate and defend industrial control systems of covered entities from security vulnerabilities and exploits in the most critical systems of the covered entities, including—

(A) analog and nondigital control systems;

(B) purpose-built control systems; and

(C) physical controls.

(c) WORKING GROUP TO EVALUATE PROGRAM STANDARDS AND DEVELOP STRATEGY.—

(1) ESTABLISHMENT.—The Secretary shall establish a working group—

(A) to evaluate the technology and standards used in the Program under subsection (b)(2); and

(B) to develop a national cyber-informed engineering strategy to isolate and defend cov-

WASHSTATEC008074

ered entities from security vulnerabilities and exploits in the most critical systems of the covered entities.

(2) MEMBERSHIP.—The working group established under paragraph (1) shall be composed of not fewer than 10 members, to be appointed by the Secretary, at least 1 member of which shall represent each of the following:

(A) The Department of Energy.

(B) The energy industry, including electric utilities and manufacturers recommended by the Energy Sector coordinating councils.

(C)(i) The Department of Homeland Security; or

(ii) the Industrial Control Systems Cyber Emergency Response Team.

(D) The North American Electric Reliability Corporation.

(E) The Nuclear Regulatory Commission.

(F)(i) The Office of the Director of National Intelligence; or

(ii) the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)).

(G)(i) The Department of Defense; or

(ii) the Assistant Secretary of Defense for Homeland Security and America's Security Affairs.

(H) A State or regional energy agency.

(I) A national research body or academic institution.

(J) The National Laboratories.

(d) REPORTS ON THE PROGRAM.—

(1) INTERIM REPORT.—Not later than 180 days after the date on which funds are first disbursed under the Program, the Secretary shall submit to the appropriate congressional committees an interim report that—

(A) describes the results of the Program;

(B) includes an analysis of the feasibility of each method studied under the Program; and

(C) describes the results of the evaluations conducted by the working group established under subsection (c)(1).

(2) FINAL REPORT.—Not later than 2 years after the date on which funds are first disbursed under the Program, the Secretary shall submit to the appropriate congressional committees a final report that—

(A) describes the results of the Program;

WASHSTATEC008076

(B) includes an analysis of the feasibility of each method studied under the Program; and

(C) describes the results of the evaluations conducted by the working group established under subsection (c)(1).

(e) EXEMPTION FROM DISCLOSURE.—Information shared by or with the Federal Government or a State, Tribal, or local government under this section—

(1) shall be deemed to be voluntarily shared information;

(2) shall be exempt from disclosure under section 552 of title 5, United States Code, or any provision of any State, Tribal, or local freedom of information law, open government law, open meetings law, open records law, sunshine law, or similar law requiring the disclosure of information or records; and

(3) shall be withheld from the public, without discretion, under section 552(b)(3) of title 5, United States Code, and any provision of any State, Tribal, or local law requiring the disclosure of information or records.

(f) PROTECTION FROM LIABILITY.—

WASHSTATEC008077

(1) IN GENERAL.—A cause of action against a covered entity for engaging in the voluntary activities authorized under subsection (b)—

(A) shall not lie or be maintained in any court; and

(B) shall be promptly dismissed by the applicable court.

(2) VOLUNTARY ACTIVITIES.—Nothing in this section subjects any covered entity to liability for not engaging in the voluntary activities authorized under subsection (b).

(g) NO NEW REGULATORY AUTHORITY FOR FEDERAL AGENCIES.—Nothing in this section authorizes the Secretary or the head of any other department or agency of the Federal Government to issue new regulations.

(h) AUTHORIZATION OF APPROPRIATIONS.—

(1) PILOT PROGRAM.—There is authorized to be appropriated $10,000,000 to carry out subsection (b).

(2) WORKING GROUP AND REPORT.—There is authorized to be appropriated $1,500,000 to carry out subsections (c) and (d).

(3) AVAILABILITY.—Amounts made available under paragraphs (1) and (2) shall remain available until expended.

# SUBDIVISION 2—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018 AND 2019

## SEC. 6100. TABLE OF CONTENTS.

The table of contents for this subdivision is as follows:

Sec. 6100. Table of contents.

TITLE LXI—INTELLIGENCE ACTIVITIES

Sec. 6101. Authorization of appropriations.
Sec. 6102. Intelligence Community Management Account.

TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

Sec. 6201. Authorization of appropriations.
Sec. 6202. Computation of annuities for employees of the Central Intelligence Agency.

TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

Sec. 6301. Restriction on conduct of intelligence activities.
Sec. 6302. Increase in employee compensation and benefits authorized by law.
Sec. 6303. Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.
Sec. 6304. Modification of appointment of Chief Information Officer of the Intelligence Community.
Sec. 6305. Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.
Sec. 6306. Supply Chain and Counterintelligence Risk Management Task Force.
Sec. 6307. Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.
Sec. 6308. Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.
Sec. 6309. Elimination of sunset of authority relating to management of supply-chain risk.
Sec. 6310. Limitations on determinations regarding certain security classifications.
Sec. 6311. Joint Intelligence Community Council.
Sec. 6312. Intelligence community information technology environment.
Sec. 6313. Report on development of secure mobile voice solution for intelligence community.
Sec. 6314. Policy on minimum insider threat standards.
Sec. 6315. Submission of intelligence community policies.
Sec. 6316. Expansion of intelligence community recruitment efforts.

WASHSTATEC008079

TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

Subtitle A—Office of the Director of National Intelligence

Sec. 6401. Authority for protection of current and former employees of the Office of the Director of National Intelligence.
Sec. 6402. Designation of the program manager-information-sharing environment.
Sec. 6403. Technical modification to the executive schedule.
Sec. 6404. Chief Financial Officer of the Intelligence Community.
Sec. 6405. Chief Information Officer of the Intelligence Community.

Subtitle B—Central Intelligence Agency

Sec. 6411. Central Intelligence Agency subsistence for personnel assigned to austere locations.
Sec. 6412. Special rules for certain monthly workers' compensation payments and other payments for Central Intelligence Agency personnel.
Sec. 6413. Expansion of security protective service jurisdiction of the Central Intelligence Agency.
Sec. 6414. Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.

Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

Sec. 6421. Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.
Sec. 6422. Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.

Subtitle D—Other Elements

Sec. 6431. Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.
Sec. 6432. Notice not required for private entities.
Sec. 6433. Establishment of advisory board for National Reconnaissance Office.
Sec. 6434. Collocation of certain Department of Homeland Security personnel at field locations.

TITLE LXV—ELECTION MATTERS

Sec. 6501. Report on cyber attacks by foreign governments against United States election infrastructure.
Sec. 6502. Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.
Sec. 6503. Assessment of foreign intelligence threats to Federal elections.
Sec. 6504. Strategy for countering Russian cyber threats to United States elections.
Sec. 6505. Assessment of significant Russian influence campaigns directed at foreign elections and referenda.
Sec. 6506. Information sharing with State election officials.
Sec. 6507. Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.
Sec. 6508. Designation of counterintelligence officer to lead election security matters.

WASHSTATEC008080

TITLE LXVI—SECURITY CLEARANCES

Sec. 6601. Definitions.
Sec. 6602. Reports and plans relating to security clearances and background investigations.
Sec. 6603. Improving the process for security clearances.
Sec. 6604. Goals for promptness of determinations regarding security clearances.
Sec. 6605. Security Executive Agent.
Sec. 6606. Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.
Sec. 6607. Report on clearance in person concept.
Sec. 6608. Reports on reciprocity for security clearances inside of departments and agencies.
Sec. 6609. Intelligence community reports on security clearances.
Sec. 6610. Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.
Sec. 6611. Information-sharing program for positions of trust and security clearances.
Sec. 6612. Report on protections for confidentiality of whistleblower-related communications.
Sec. 6613. Reports on costs of security clearance background investigations.

TITLE LXVII—REPORTS AND OTHER MATTERS

Subtitle A—Matters Relating to Russia and Other Foreign Powers

Sec. 6701. Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.
Sec. 6702. Assessment of threat finance relating to Russia.
Sec. 6703. Notification of an active measures campaign.
Sec. 6704. Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.
Sec. 6705. Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.
Sec. 6706. Expansion of scope of committee to counter active measures.

Subtitle B—Reports

Sec. 6711. Technical correction to Inspector General study.
Sec. 6712. Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.
Sec. 6713. Review of intelligence community whistleblower matters.
Sec. 6714. Report on role of Director of National Intelligence with respect to certain foreign investments.
Sec. 6715. Report on surveillance by foreign governments against United States telecommunications networks.
Sec. 6716. Biennial report on foreign investment risks.
Sec. 6717. Modification of certain reporting requirement on travel of foreign diplomats.
Sec. 6718. Semiannual reports on investigations of unauthorized disclosures of classified information.
Sec. 6719. Congressional notification of designation of covered intelligence officer as persona non grata.

Sec. 6720. Reports on intelligence community participation in vulnerabilities equities process of Federal Government.
Sec. 6721. Inspectors General reports on classification.
Sec. 6722. Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.
Sec. 6723. Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.
Sec. 6724. Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.
Sec. 6725. Reports on intelligence community loan repayment and related programs.
Sec. 6726. Repeal of certain reporting requirements.
Sec. 6727. Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.
Sec. 6728. Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.
Sec. 6729. Intelligence assessment of North Korea revenue sources.
Sec. 6730. Report on possible exploitation of virtual currencies by terrorist actors.

Subtitle C—Other Matters

Sec. 6741. Public Interest Declassification Board.
Sec. 6742. Technical and clerical amendments to the National Security Act of 1947.
Sec. 6743. Bug bounty programs.
Sec. 6744. Technical amendments related to the Department of Energy.
Sec. 6745. Sense of Congress on notification of certain disclosures of classified information.
Sec. 6746. Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.
Sec. 6747. Sense of Congress on WikiLeaks.

# TITLE LXI—INTELLIGENCE ACTIVITIES

## SEC. 6101. AUTHORIZATION OF APPROPRIATIONS.

(a) FISCAL YEAR 2019.—Funds that were appropriated for fiscal year 2019 for the conduct of the intelligence and intelligence-related activities of the following elements of the United States Government are hereby authorized:

(1) The Office of the Director of National Intelligence.

(2) The Central Intelligence Agency.

(3) The Department of Defense.

(4) The Defense Intelligence Agency.

(5) The National Security Agency.

(6) The Department of the Army, the Department of the Navy, and the Department of the Air Force.

(7) The Coast Guard.

(8) The Department of State.

(9) The Department of the Treasury.

(10) The Department of Energy.

(11) The Department of Justice.

(12) The Federal Bureau of Investigation.

(13) The Drug Enforcement Administration.

(14) The National Reconnaissance Office.

(15) The National Geospatial-Intelligence Agency.

(16) The Department of Homeland Security.

(b) FISCAL YEAR 2018.—Funds that were appropriated for fiscal year 2018 for the conduct of the intelligence and intelligence-related activities of the elements of the United States set forth in subsection (a) are hereby authorized.

**SEC. 6102. INTELLIGENCE COMMUNITY MANAGEMENT ACCOUNT.**

The amounts that were appropriated for the Intelligence Community Management Account of the Director of National Intelligence for fiscal years 2018 and 2019 are hereby authorized.

# TITLE LXII—CENTRAL INTELLIGENCE AGENCY RETIREMENT AND DISABILITY SYSTEM

**SEC. 6201. AUTHORIZATION OF APPROPRIATIONS.**

The amounts that were appropriated for the Central Intelligence Agency Retirement and Disability Fund for fiscal years 2018 and 2019 are hereby authorized.

**SEC. 6202. COMPUTATION OF ANNUITIES FOR EMPLOYEES OF THE CENTRAL INTELLIGENCE AGENCY.**

(a) COMPUTATION OF ANNUITIES.—

(1) IN GENERAL.—Section 221 of the Central Intelligence Agency Retirement Act (50 U.S.C. 2031) is amended—

(A) in subsection (a)(3)(B), by striking the period at the end and inserting ", as determined by using the annual rate of basic pay that would be payable for full-time service in that position.";

WASHSTATEC008084

(B) in subsection (b)(1)(C)(i), by striking "12-month" and inserting "2-year";

(C) in subsection (f)(2), by striking "one year" and inserting "two years";

(D) in subsection (g)(2), by striking "one year" each place such term appears and inserting "two years";

(E) by redesignating subsections (h), (i), (j), (k), and (l) as subsections (i), (j), (k), (l), and (m), respectively; and

(F) by inserting after subsection (g) the following:

"(h) CONDITIONAL ELECTION OF INSURABLE INTEREST SURVIVOR ANNUITY BY PARTICIPANTS MARRIED AT THE TIME OF RETIREMENT.—

"(1) AUTHORITY TO MAKE DESIGNATION.— Subject to the rights of former spouses under subsection (b) and section 222, at the time of retirement a married participant found by the Director to be in good health may elect to receive an annuity reduced in accordance with subsection (f)(1)(B) and designate in writing an individual having an insurable interest in the participant to receive an annuity under the system after the participant's death, except that any such election to provide an insurable

interest survivor annuity to the participant's spouse shall only be effective if the participant's spouse waives the spousal right to a survivor annuity under this Act. The amount of the annuity shall be equal to 55 percent of the participant's reduced annuity.

"(2) REDUCTION IN PARTICIPANT'S ANNUITY.—The annuity payable to the participant making such election shall be reduced by 10 percent of an annuity computed under subsection (a) and by an additional 5 percent for each full 5 years the designated individual is younger than the participant. The total reduction under this subparagraph may not exceed 40 percent.

"(3) COMMENCEMENT OF SURVIVOR ANNUITY.—The annuity payable to the designated individual shall begin on the day after the retired participant dies and terminate on the last day of the month before the designated individual dies.

"(4) RECOMPUTATION OF PARTICIPANT'S ANNUITY ON DEATH OF DESIGNATED INDIVIDUAL.—An annuity that is reduced under this subsection shall, effective the first day of the month following the death of the designated individual, be recomputed and paid as if the annuity had not been so reduced.".

WASHSTATEC008086

(2) CONFORMING AMENDMENTS.—

(A) CENTRAL INTELLIGENCE AGENCY RETIREMENT ACT.—The Central Intelligence Agency Retirement Act (50 U.S.C. 2001 et seq.) is amended—

(i) in section 232(b)(1) (50 U.S.C. 2052(b)(1)), by striking "221(h)," and inserting "221(i),"; and

(ii) in section 252(h)(4) (50 U.S.C. 2082(h)(4)), by striking "221(k)" and inserting "221(l)".

(B) CENTRAL INTELLIGENCE AGENCY ACT OF 1949.—Subsection (a) of section 14 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3514(a)) is amended by striking "221(h)(2), 221(i), 221(l)," and inserting "221(i)(2), 221(j), 221(m),".

(b) ANNUITIES FOR FORMER SPOUSES.—Subparagraph (B) of section 222(b)(5) of the Central Intelligence Agency Retirement Act (50 U.S.C. 2032(b)(5)(B)) is amended by striking "one year" and inserting "two years".

(c) PRIOR SERVICE CREDIT.—Subparagraph (A) of section 252(b)(3) of the Central Intelligence Agency Retirement Act (50 U.S.C. 2082(b)(3)(A)) is amended by

WASHSTATEC008087

striking "October 1, 1990" both places that term appears and inserting "March 31, 1991".

(d) REEMPLOYMENT COMPENSATION.—Section 273 of the Central Intelligence Agency Retirement Act (50 U.S.C. 2113) is amended—

(1) by redesignating subsections (b) and (c) as subsections (c) and (d), respectively; and

(2) by inserting after subsection (a) the following:

"(b) PART-TIME REEMPLOYED ANNUITANTS.—The Director shall have the authority to reemploy an annuitant on a part-time basis in accordance with section 8344(l) of title 5, United States Code.".

(e) EFFECTIVE DATE AND APPLICATION.—The amendments made by subsection (a)(1)(A) and subsection (c) shall take effect as if enacted on October 28, 2009, and shall apply to computations or participants, respectively, as of such date.

# TITLE LXIII—GENERAL INTELLIGENCE COMMUNITY MATTERS

### SEC. 6301. RESTRICTION ON CONDUCT OF INTELLIGENCE ACTIVITIES.

The authorization of appropriations by this subdivision shall not be deemed to constitute authority for the

conduct of any intelligence activity which is not otherwise authorized by the Constitution or the laws of the United States.

**SEC. 6302. INCREASE IN EMPLOYEE COMPENSATION AND BENEFITS AUTHORIZED BY LAW.**

Appropriations authorized by this subdivision for salary, pay, retirement, and other benefits for Federal employees may be increased by such additional or supplemental amounts as may be necessary for increases in such compensation or benefits authorized by law.

**SEC. 6303. MODIFICATION OF SPECIAL PAY AUTHORITY FOR SCIENCE, TECHNOLOGY, ENGINEERING, OR MATHEMATICS POSITIONS AND ADDITION OF SPECIAL PAY AUTHORITY FOR CYBER POSITIONS.**

Section 113B of the National Security Act of 1947 (50 U.S.C. 3049a) is amended—

(1) by amending subsection (a) to read as follows:

"(a) SPECIAL RATES OF PAY FOR POSITIONS REQUIRING EXPERTISE IN SCIENCE, TECHNOLOGY, ENGINEERING, OR MATHEMATICS.—

"(1) IN GENERAL.—Notwithstanding part III of title 5, United States Code, the head of each element of the intelligence community may, for one or

more categories of positions in such element that require expertise in science, technology, engineering, or mathematics—

"(A) establish higher minimum rates of pay; and

"(B) make corresponding increases in all rates of pay of the pay range for each grade or level, subject to subsection (b) or (c), as applicable.

"(2) TREATMENT.—The special rate supplements resulting from the establishment of higher rates under paragraph (1) shall be basic pay for the same or similar purposes as those specified in section 5305(j) of title 5, United States Code.";

(2) by redesignating subsections (b) through (f) as subsections (c) through (g), respectively;

(3) by inserting after subsection (a) the following:

"(b) SPECIAL RATES OF PAY FOR CYBER POSITIONS.—

"(1) IN GENERAL.—Notwithstanding subsection (c), the Director of the National Security Agency may establish a special rate of pay—

"(A) not to exceed the rate of basic pay payable for level II of the Executive Schedule

WASHSTATEC008090

under section 5313 of title 5, United States Code, if the Director certifies to the Under Secretary of Defense for Intelligence, in consultation with the Under Secretary of Defense for Personnel and Readiness, that the rate of pay is for positions that perform functions that execute the cyber mission of the Agency; or

"(B) not to exceed the rate of basic pay payable for the Vice President of the United States under section 104 of title 3, United States Code, if the Director certifies to the Secretary of Defense, by name, individuals that have advanced skills and competencies and that perform critical functions that execute the cyber mission of the Agency.

"(2) PAY LIMITATION.—Employees receiving a special rate under paragraph (1) shall be subject to an aggregate pay limitation that parallels the limitation established in section 5307 of title 5, United States Code, except that—

"(A) any allowance, differential, bonus, award, or other similar cash payment in addition to basic pay that is authorized under title 10, United States Code, (or any other applicable law in addition to title 5 of such Code, ex-

cluding the Fair Labor Standards Act of 1938 (29 U.S.C. 201 et seq.)) shall also be counted as part of aggregate compensation; and

"(B) aggregate compensation may not exceed the rate established for the Vice President of the United States under section 104 of title 3, United States Code.

"(3) LIMITATION ON NUMBER OF RECIPIENTS.—The number of individuals who receive basic pay established under paragraph (1)(B) may not exceed 100 at any time.

"(4) LIMITATION ON USE AS COMPARATIVE REFERENCE.—Notwithstanding any other provision of law, special rates of pay and the limitation established under paragraph (1)(B) may not be used as comparative references for the purpose of fixing the rates of basic pay or maximum pay limitations of qualified positions under section 1599f of title 10, United States Code, or section 226 of the Homeland Security Act of 2002 (6 U.S.C. 147).";

(4) in subsection (c), as redesignated by paragraph (2), by striking "A minimum" and inserting "Except as provided in subsection (b), a minimum";

(5) in subsection (d), as redesignated by paragraph (2), by inserting "or (b)" after "by subsection (a)"; and

(6) in subsection (g), as redesignated by paragraph (2)—

(A) in paragraph (1), by striking "Not later than 90 days after the date of the enactment of the Intelligence Authorization Act for Fiscal Year 2017" and inserting "Not later than 90 days after the date of the enactment of the Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018 and 2019"; and

(B) in paragraph (2)(A), by inserting "or (b)" after "subsection (a)".

**SEC. 6304. MODIFICATION OF APPOINTMENT OF CHIEF INFORMATION OFFICER OF THE INTELLIGENCE COMMUNITY.**

Section 103G(a) of the National Security Act of 1947 (50 U.S.C. 3032(a)) is amended by striking "President" and inserting "Director".

**SEC. 6305. DIRECTOR OF NATIONAL INTELLIGENCE REVIEW OF PLACEMENT OF POSITIONS WITHIN THE INTELLIGENCE COMMUNITY ON THE EXECUTIVE SCHEDULE.**

(a) REVIEW.—The Director of National Intelligence, in coordination with the Director of the Office of Personnel Management, shall conduct a review of positions within the intelligence community regarding the placement of such positions on the Executive Schedule under subchapter II of chapter 53 of title 5, United States Code. In carrying out such review, the Director of National Intelligence, in coordination with the Director of the Office of Personnel Management, shall determine—

(1) the standards under which such review will be conducted;

(2) which positions should or should not be on the Executive Schedule; and

(3) for those positions that should be on the Executive Schedule, the level of the Executive Schedule at which such positions should be placed.

(b) REPORT.—Not later than 60 days after the date on which the review under subsection (a) is completed, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Committee on Oversight and Reform of the

House of Representatives an unredacted report describing the standards by which the review was conducted and the outcome of the review.

**SEC. 6306. SUPPLY CHAIN AND COUNTERINTELLIGENCE RISK MANAGEMENT TASK FORCE.**

(a) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means the following:

(1) The congressional intelligence committees.

(2) The Committee on Armed Services and the Committee on Homeland Security and Governmental Affairs of the Senate.

(3) The Committee on Armed Services, the Committee on Homeland Security, and the Committee on Oversight and Reform of the House of Representatives.

(b) REQUIREMENT TO ESTABLISH.—The Director of National Intelligence shall establish a Supply Chain and Counterintelligence Risk Management Task Force to standardize information sharing between the intelligence community and the acquisition community of the United States Government with respect to the supply chain and counterintelligence risks.

(c) MEMBERS.—The Supply Chain and Counterintelligence Risk Management Task Force established under subsection (b) shall be composed of—

(1) a representative of the Defense Security Service of the Department of Defense;

(2) a representative of the General Services Administration;

(3) a representative of the Office of Federal Procurement Policy of the Office of Management and Budget;

(4) a representative of the Department of Homeland Security;

(5) a representative of the Federal Bureau of Investigation;

(6) the Director of the National Counterintelligence and Security Center; and

(7) any other members the Director of National Intelligence determines appropriate.

(d) SECURITY CLEARANCES.—Each member of the Supply Chain and Counterintelligence Risk Management Task Force established under subsection (b) shall have a security clearance at the top secret level and be able to access sensitive compartmented information.

(e) ANNUAL REPORT.—The Supply Chain and Counterintelligence Risk Management Task Force established

under subsection (b) shall submit to the appropriate congressional committees an annual report that describes the activities of the Task Force during the previous year, including identification of the supply chain, cybersecurity, and counterintelligence risks shared with the acquisition community of the United States Government by the intelligence community.

**SEC. 6307. CONSIDERATION OF ADVERSARIAL TELECOMMUNICATIONS AND CYBERSECURITY INFRASTRUCTURE WHEN SHARING INTELLIGENCE WITH FOREIGN GOVERNMENTS AND ENTITIES.**

Whenever the head of an element of the intelligence community enters into an intelligence-sharing agreement with a foreign government or any other foreign entity, the head of the element shall consider the pervasiveness of telecommunications and cybersecurity infrastructure, equipment, and services provided by adversaries of the United States, particularly China and Russia, or entities of such adversaries in the country or region of the foreign government or other foreign entity entering into the agreement.

WASHSTATEC008097

**SEC. 6308. CYBER PROTECTION SUPPORT FOR THE PERSONNEL OF THE INTELLIGENCE COMMUNITY IN POSITIONS HIGHLY VULNERABLE TO CYBER ATTACK.**

(a) DEFINITIONS.—In this section:

(1) PERSONAL ACCOUNTS.—The term "personal accounts" means accounts for online and telecommunications services, including telephone, residential internet access, email, text and multimedia messaging, cloud computing, social media, health care, and financial services, used by personnel of the intelligence community outside of the scope of their employment with elements of the intelligence community.

(2) PERSONAL TECHNOLOGY DEVICES.—The term "personal technology devices" means technology devices used by personnel of the intelligence community outside of the scope of their employment with elements of the intelligence community, including networks to which such devices connect.

(b) AUTHORITY TO PROVIDE CYBER PROTECTION SUPPORT.—

(1) IN GENERAL.—Subject to a determination by the Director of National Intelligence, the Director may provide cyber protection support for the per-

sonal technology devices and personal accounts of the personnel described in paragraph (2).

(2) AT-RISK PERSONNEL.—The personnel described in this paragraph are personnel of the intelligence community—

(A) who the Director determines to be highly vulnerable to cyber attacks and hostile information collection activities because of the positions occupied by such personnel in the intelligence community; and

(B) whose personal technology devices or personal accounts are highly vulnerable to cyber attacks and hostile information collection activities.

(c) NATURE OF CYBER PROTECTION SUPPORT.—Subject to the availability of resources, the cyber protection support provided to personnel under subsection (b) may include training, advice, assistance, and other services relating to cyber attacks and hostile information collection activities.

(d) LIMITATION ON SUPPORT.—Nothing in this section shall be construed—

(1) to encourage personnel of the intelligence community to use personal technology devices for official business; or

WASHSTATEC008099

(2) to authorize cyber protection support for senior intelligence community personnel using personal devices, networks, and personal accounts in an official capacity.

(e) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees a report on the provision of cyber protection support under subsection (b). The report shall include—

(1) a description of the methodology used to make the determination under subsection (b)(2); and

(2) guidance for the use of cyber protection support and tracking of support requests for personnel receiving cyber protection support under subsection (b).

**SEC. 6309. ELIMINATION OF SUNSET OF AUTHORITY RELATING TO MANAGEMENT OF SUPPLY-CHAIN RISK.**

Section 309 of the Intelligence Authorization Act for Fiscal Year 2012 (Public Law 112–87; 50 U.S.C. 3329 note) is amended by striking subsection (g).

**SEC. 6310. LIMITATIONS ON DETERMINATIONS REGARDING CERTAIN SECURITY CLASSIFICATIONS.**

(a) PROHIBITION.—An officer of an element of the intelligence community who has been nominated by the

President for a position that requires the advice and consent of the Senate may not make a classification decision with respect to information related to such officer's nomination.

(b) CLASSIFICATION DETERMINATIONS.—

(1) IN GENERAL.—Except as provided in paragraph (2), in a case in which an officer described in subsection (a) has been nominated as described in such subsection and classification authority rests with the officer or another officer who reports directly to such officer, a classification decision with respect to information relating to the officer shall be made by the Director of National Intelligence.

(2) NOMINATIONS OF DIRECTOR OF NATIONAL INTELLIGENCE.—In a case described in paragraph (1) in which the officer nominated is the Director of National Intelligence, the classification decision shall be made by the Principal Deputy Director of National Intelligence.

(c) REPORTS.—Whenever the Director or the Principal Deputy Director makes a decision under subsection (b), the Director or the Principal Deputy Director, as the case may be, shall submit to the congressional intelligence committees a report detailing the reasons for the decision.

**SEC. 6311. JOINT INTELLIGENCE COMMUNITY COUNCIL.**

(a) MEETINGS.—Section 101A(d) of the National Security Act of 1947 (50 U.S.C. 3022(d)) is amended—

(1) by striking "regular"; and

(2) by inserting "as the Director considers appropriate" after "Council".

(b) REPORT ON FUNCTION AND UTILITY OF THE JOINT INTELLIGENCE COMMUNITY COUNCIL.—

(1) IN GENERAL.—No later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Executive Office of the President and members of the Joint Intelligence Community Council, shall submit to the congressional intelligence committees a report on the function and utility of the Joint Intelligence Community Council.

(2) CONTENTS.—The report required by paragraph (1) shall include the following:

(A) The number of physical or virtual meetings held by the Council per year since the Council's inception.

(B) A description of the effect and accomplishments of the Council.

(C) An explanation of the unique role of the Council relative to other entities, including with respect to the National Security Council

WASHSTATEC008102

and the Executive Committee of the intelligence community.

(D) Recommendations for the future role and operation of the Council.

(E) Such other matters relating to the function and utility of the Council as the Director considers appropriate.

(3) FORM.—The report submitted under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 6312. INTELLIGENCE COMMUNITY INFORMATION TECHNOLOGY ENVIRONMENT.**

(a) DEFINITIONS.—In this section:

(1) CORE SERVICE.—The term ''core service'' means a capability that is available to multiple elements of the intelligence community and required for consistent operation of the intelligence community information technology environment.

(2) INTELLIGENCE COMMUNITY INFORMATION TECHNOLOGY ENVIRONMENT.—The term ''intelligence community information technology environment'' means all of the information technology services across the intelligence community, including the data sharing and protection environment across multiple classification domains.

(b) ROLES AND RESPONSIBILITIES.—

(1) DIRECTOR OF NATIONAL INTELLIGENCE.—The Director of National Intelligence shall be responsible for coordinating the performance by elements of the intelligence community of the intelligence community information technology environment, including each of the following:

(A) Ensuring compliance with all applicable environment rules and regulations of such environment.

(B) Ensuring measurable performance goals exist for such environment.

(C) Documenting standards and practices of such environment.

(D) Acting as an arbiter among elements of the intelligence community related to any disagreements arising out of the implementation of such environment.

(E) Delegating responsibilities to the elements of the intelligence community and carrying out such other responsibilities as are necessary for the effective implementation of such environment.

(2) CORE SERVICE PROVIDERS.—Providers of core services shall be responsible for—

WASHSTATEC008104

(A) providing core services, in coordination with the Director of National Intelligence; and

(B) providing the Director with information requested and required to fulfill the responsibilities of the Director under paragraph (1).

(3) USE OF CORE SERVICES.—

(A) IN GENERAL.—Except as provided in subparagraph (B), each element of the intelligence community shall use core services when such services are available.

(B) EXCEPTION.—The Director of National Intelligence may provide for a written exception to the requirement under subparagraph (A) if the Director determines there is a compelling financial or mission need for such exception.

(c) MANAGEMENT ACCOUNTABILITY.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall designate and maintain one or more accountable executives of the intelligence community information technology environment to be responsible for—

(1) management, financial control, and integration of such environment;

(2) overseeing the performance of each core service, including establishing measurable service requirements and schedules;

(3) to the degree feasible, ensuring testing of each core service of such environment, including testing by the intended users, to evaluate performance against measurable service requirements and to ensure the capability meets user requirements; and

(4) coordinate transition or restructuring efforts of such environment, including phaseout of legacy systems.

(d) SECURITY PLAN.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall develop and maintain a security plan for the intelligence community information technology environment.

(e) LONG-TERM ROADMAP.—Not later than 180 days after the date of the enactment of this Act, and during each of the second and fourth fiscal quarters thereafter, the Director of National Intelligence shall submit to the congressional intelligence committees a long-term roadmap that shall include each of the following:

(1) A description of the minimum required and desired core service requirements, including—

(A) key performance parameters; and

(B) an assessment of current, measured performance.

(2) Implementation milestones for the intelligence community information technology environment, including each of the following:

(A) A schedule for expected deliveries of core service capabilities during each of the following phases:

(i) Concept refinement and technology maturity demonstration.

(ii) Development, integration, and demonstration.

(iii) Production, deployment, and sustainment.

(iv) System retirement.

(B) Dependencies of such core service capabilities.

(C) Plans for the transition or restructuring necessary to incorporate core service capabilities.

(D) A description of any legacy systems and discontinued capabilities to be phased out.

(3) Such other matters as the Director determines appropriate.

(f) Business Plan.—Not later than 180 days after the date of the enactment of this Act, and during each of the second and fourth fiscal quarters thereafter, the Director of National Intelligence shall submit to the congressional intelligence committees a business plan that includes each of the following:

(1) A systematic approach to identify core service funding requests for the intelligence community information technology environment within the proposed budget, including multiyear plans to implement the long-term roadmap required by subsection (e).

(2) A uniform approach by which each element of the intelligence community shall identify the cost of legacy information technology or alternative capabilities where services of the intelligence community information technology environment will also be available.

(3) A uniform effort by which each element of the intelligence community shall identify transition and restructuring costs for new, existing, and retiring services of the intelligence community information technology environment, as well as services of such environment that have changed designations as a core service.

(g) QUARTERLY PRESENTATIONS.—Beginning not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall provide to the congressional intelligence committees quarterly updates regarding ongoing implementation of the intelligence community information technology environment as compared to the requirements in the most recently submitted security plan required by subsection (d), long-term roadmap required by subsection (e), and business plan required by subsection (f).

(h) ADDITIONAL NOTIFICATIONS.—The Director of National Intelligence shall provide timely notification to the congressional intelligence committees regarding any policy changes related to or affecting the intelligence community information technology environment, new initiatives or strategies related to or impacting such environment, and changes or deficiencies in the execution of the security plan required by subsection (d), long-term roadmap required by subsection (e), and business plan required by subsection (f).

(i) SUNSET.—The section shall have no effect on or after September 30, 2024.

**SEC. 6313. REPORT ON DEVELOPMENT OF SECURE MOBILE VOICE SOLUTION FOR INTELLIGENCE COMMUNITY.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Director of the Central Intelligence Agency and the Director of the National Security Agency, shall submit to the congressional intelligence committees a classified report on the feasibility, desirability, cost, and required schedule associated with the implementation of a secure mobile voice solution for the intelligence community.

(b) CONTENTS.—The report required by subsection (a) shall include, at a minimum, the following:

(1) The benefits and disadvantages of a secure mobile voice solution.

(2) Whether the intelligence community could leverage commercially available technology for classified voice communications that operates on commercial mobile networks in a secure manner and identifying the accompanying security risks to such networks.

(3) A description of any policies or community guidance that would be necessary to govern the potential solution, such as a process for determining

the appropriate use of a secure mobile telephone and any limitations associated with such use.

**SEC. 6314. POLICY ON MINIMUM INSIDER THREAT STANDARDS.**

(a) POLICY REQUIRED.—Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence shall establish a policy for minimum insider threat standards that is consistent with the National Insider Threat Policy and Minimum Standards for Executive Branch Insider Threat Programs.

(b) IMPLEMENTATION.—Not later than 180 days after the date of the enactment of this Act, the head of each element of the intelligence community shall implement the policy established under subsection (a).

**SEC. 6315. SUBMISSION OF INTELLIGENCE COMMUNITY POLICIES.**

(a) DEFINITIONS.—In this section:

(1) ELECTRONIC REPOSITORY.—The term "electronic repository" means the electronic distribution mechanism, in use as of the date of the enactment of this Act, or any successor electronic distribution mechanism, by which the Director of National Intelligence submits to the congressional intelligence committees information.

(2) POLICY.—The term "policy", with respect to the intelligence community, includes unclassified or classified—

(A) directives, policy guidance, and policy memoranda of the intelligence community;

(B) executive correspondence of the Director of National Intelligence; and

(C) any equivalent successor policy instruments.

(b) SUBMISSION OF POLICIES.—

(1) CURRENT POLICY.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees using the electronic repository all nonpublicly available policies issued by the Director of National Intelligence for the intelligence community that are in effect as of the date of the submission.

(2) CONTINUOUS UPDATES.—Not later than 15 days after the date on which the Director of National Intelligence issues, modifies, or rescinds a policy of the intelligence community, the Director shall—

(A) notify the congressional intelligence committees of such addition, modification, or removal; and

(B) update the electronic repository with respect to such addition, modification, or removal.

**SEC. 6316. EXPANSION OF INTELLIGENCE COMMUNITY RECRUITMENT EFFORTS.**

In order to further increase the diversity of the intelligence community workforce, not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with heads of elements of the Intelligence Community, shall create, implement, and submit to the congressional intelligence committees a written plan to ensure that rural and underrepresented regions are more fully and consistently represented in such elements' employment recruitment efforts. Upon receipt of the plan, the congressional committees shall have 60 days to submit comments to the Director of National Intelligence before such plan shall be implemented.

# TITLE LXIV—MATTERS RELATING TO ELEMENTS OF THE INTELLIGENCE COMMUNITY

## Subtitle A—Office of the Director of National Intelligence

### SEC. 6401. AUTHORITY FOR PROTECTION OF CURRENT AND FORMER EMPLOYEES OF THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.

Section 5(a)(4) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3506(a)(4)) is amended by striking "such personnel of the Office of the Director of National Intelligence as the Director of National Intelligence may designate;" and inserting "current and former personnel of the Office of the Director of National Intelligence and their immediate families as the Director of National Intelligence may designate;".

### SEC. 6402. DESIGNATION OF THE PROGRAM MANAGER-INFORMATION-SHARING ENVIRONMENT.

(a) INFORMATION-SHARING ENVIRONMENT.—Section 1016(b) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485(b)) is amended—

(1) in paragraph (1), by striking "President" and inserting "Director of National Intelligence"; and

WASHSTATEC008114

(2) in paragraph (2), by striking "President" both places that term appears and inserting "Director of National Intelligence".

(b) PROGRAM MANAGER.—Section 1016(f)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485(f)(1)) is amended by striking "The individual designated as the program manager shall serve as program manager until removed from service or replaced by the President (at the President's sole discretion)." and inserting "Beginning on the date of the enactment of the Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019 and 2020, each individual designated as the program manager shall be appointed by the Director of National Intelligence.".

**SEC. 6403. TECHNICAL MODIFICATION TO THE EXECUTIVE SCHEDULE.**

Section 5315 of title 5, United States Code, is amended by adding at the end the following:

"Director of the National Counterintelligence and Security Center.".

**SEC. 6404. CHIEF FINANCIAL OFFICER OF THE INTELLIGENCE COMMUNITY.**

Section 103I(a) of the National Security Act of 1947 (50 U.S.C. 3034(a)) is amended by adding at the end the

WASHSTATEC008115

following new sentence: "The Chief Financial Officer shall report directly to the Director of National Intelligence.".

**SEC. 6405. CHIEF INFORMATION OFFICER OF THE INTELLIGENCE COMMUNITY.**

Section 103G(a) of the National Security Act of 1947 (50 U.S.C. 3032(a)) is amended by adding at the end the following new sentence: "The Chief Information Officer shall report directly to the Director of National Intelligence.".

## Subtitle B—Central Intelligence Agency

**SEC. 6411. CENTRAL INTELLIGENCE AGENCY SUBSISTENCE FOR PERSONNEL ASSIGNED TO AUSTERE LOCATIONS.**

Subsection (a) of section 5 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3506) is amended—

(1) in paragraph (1), by striking "(50 U.S.C. 403–4a).," and inserting "(50 U.S.C. 403–4a),";

(2) in paragraph (6), by striking "and" at the end;

(3) in paragraph (7), by striking the period at the end and inserting "; and"; and

(4) by adding at the end the following new paragraph:

"(8) Upon the approval of the Director, provide, during any fiscal year, with or without reimbursement, subsistence to any personnel assigned to an overseas location designated by the Agency as an austere location.".

**SEC. 6412. SPECIAL RULES FOR CERTAIN MONTHLY WORKERS' COMPENSATION PAYMENTS AND OTHER PAYMENTS FOR CENTRAL INTELLIGENCE AGENCY PERSONNEL.**

(a) IN GENERAL.—The Central Intelligence Agency Act of 1949 (50 U.S.C. 3501 et seq.) is amended by inserting after section 19 the following new section:

**"SEC. 19A. SPECIAL RULES FOR CERTAIN INDIVIDUALS INJURED BY REASON OF WAR, INSURGENCY, HOSTILE ACT, TERRORIST ACTIVITIES, OR INCIDENTS DESIGNATED BY THE DIRECTOR.**

"(a) DEFINITIONS.—In this section:

"(1) COVERED DEPENDENT.—The term 'covered dependent' means a family member (as defined by the Director) of a covered employee who, on or after September 11, 2001—

"(A) accompanies the covered employee to an assigned duty station in a foreign country; and

WASHSTATEC008117

"(B) becomes injured by reason of a qualifying injury.

"(2) COVERED EMPLOYEE.—The term 'covered employee' means an officer or employee of the Central Intelligence Agency who, on or after September 11, 2001, becomes injured by reason of a qualifying injury.

"(3) COVERED INDIVIDUAL.—The term 'covered individual' means an individual who—

"(A)(i) is detailed to the Central Intelligence Agency from other agencies of the United States Government or from the Armed Forces; or

"(ii) is affiliated with the Central Intelligence Agency, as determined by the Director; and

"(B) who, on or after September 11, 2001, becomes injured by reason of a qualifying injury.

"(4) QUALIFYING INJURY.—The term 'qualifying injury' means the following:

"(A) With respect to a covered dependent, an injury incurred—

"(i) during a period in which the covered dependent is accompanying the cov-

ered employee to an assigned duty station in a foreign country;

"(ii) in connection with war, insurgency, hostile act, terrorist activity, or an incident designated for purposes of this section by the Director; and

"(iii) that was not the result of the willful misconduct of the covered dependent.

"(B) With respect to a covered employee or a covered individual—

"(i) an injury incurred—

"(I) during a period of assignment to a duty station in a foreign country;

"(II) in connection with war, insurgency, hostile act, or terrorist activity; and

"(III) that was not the result of the willful misconduct of the covered employee or the covered individual; or

"(ii) an injury incurred—

"(I) in connection with an incident designated for purposes of this section by the Director; and

"(II) that was not the result of the willful misconduct of the covered employee or the covered individual.

"(b) ADJUSTMENT OF COMPENSATION FOR CERTAIN INJURIES.—

"(1) INCREASE.—The Director may increase the amount of monthly compensation paid to a covered employee under section 8105 of title 5, United States Code. Subject to paragraph (2), the Director may determine the amount of each such increase by taking into account—

"(A) the severity of the qualifying injury;

"(B) the circumstances by which the covered employee became injured; and

"(C) the seniority of the covered employee.

"(2) MAXIMUM.—Notwithstanding chapter 81 of title 5, United States Code, the total amount of monthly compensation increased under paragraph (1) may not exceed the monthly pay of the maximum rate of basic pay for GS–15 of the General Schedule under section 5332 of such title.

"(c) COSTS FOR TREATING QUALIFYING INJURIES.—The Director may pay the costs of treating a qualifying injury of a covered employee, a covered individual, or a covered dependent, or may reimburse a covered employee,

a covered individual, or a covered dependent for such costs, that are not otherwise covered by chapter 81 of title 5, United States Code, or other provision of Federal law.''.

(b) REGULATIONS.—Not later than 120 days after the date of the enactment of this Act, the Director of the Central Intelligence Agency shall—

(1) prescribe regulations ensuring the fair and equitable implementation of section 19A of the Central Intelligence Agency Act of 1949, as added by subsection (a); and

(2) submit to the congressional intelligence committees such regulations.

(c) APPLICATION.—Section 19A of the Central Intelligence Agency Act of 1949, as added by subsection (a), shall apply with respect to—

(1) payments made to covered employees (as defined in such section) under section 8105 of title 5, United States Code, beginning on or after the date of the enactment of this Act; and

(2) treatment described in subsection (b) of such section 19A occurring on or after the date of the enactment of this Act.

WASHSTATEC008121

**SEC. 6413. EXPANSION OF SECURITY PROTECTIVE SERVICE JURISDICTION OF THE CENTRAL INTELLIGENCE AGENCY.**

Subsection (a)(1) of section 15 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3515(a)(1)) is amended—

(1) in subparagraph (B), by striking "500 feet;" and inserting "500 yards;"; and

(2) in subparagraph (D), by striking "500 feet." and inserting "500 yards.".

**SEC. 6414. REPEAL OF FOREIGN LANGUAGE PROFICIENCY REQUIREMENT FOR CERTAIN SENIOR LEVEL POSITIONS IN THE CENTRAL INTELLIGENCE AGENCY.**

(a) REPEAL OF FOREIGN LANGUAGE PROFICIENCY REQUIREMENT.—Section 104A of the National Security Act of 1947 (50 U.S.C. 3036) is amended by striking subsection (g).

(b) CONFORMING REPEAL OF REPORT REQUIREMENT.—Section 611 of the Intelligence Authorization Act for Fiscal Year 2005 (Public Law 108–487) is amended by striking subsection (c).

## Subtitle C—Office of Intelligence and Counterintelligence of Department of Energy

**SEC. 6421. CONSOLIDATION OF DEPARTMENT OF ENERGY OFFICES OF INTELLIGENCE AND COUNTERINTELLIGENCE.**

(a) IN GENERAL.—Section 215 of the Department of Energy Organization Act (42 U.S.C. 7144b) is amended to read as follows:

"OFFICE OF INTELLIGENCE AND COUNTERINTELLIGENCE

"SEC. 215. (a) DEFINITIONS.—In this section, the terms 'intelligence community' and 'National Intelligence Program' have the meanings given such terms in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).

"(b) IN GENERAL.—There is in the Department an Office of Intelligence and Counterintelligence. Such office shall be under the National Intelligence Program.

"(c) DIRECTOR.—(1) The head of the Office shall be the Director of the Office of Intelligence and Counterintelligence, who shall be an employee in the Senior Executive Service, the Senior Intelligence Service, the Senior National Intelligence Service, or any other Service that the Secretary, in coordination with the Director of National Intelligence, considers appropriate. The Director of the Office shall report directly to the Secretary.

WASHSTATEC008123

"(2) The Secretary shall select an individual to serve as the Director from among individuals who have substantial expertise in matters relating to the intelligence community, including foreign intelligence and counterintelligence.

"(d) DUTIES.—(1) Subject to the authority, direction, and control of the Secretary, the Director shall perform such duties and exercise such powers as the Secretary may prescribe.

"(2) The Director shall be responsible for establishing policy for intelligence and counterintelligence programs and activities at the Department.".

(b) CONFORMING REPEAL.—Section 216 of the Department of Energy Organization Act (42 U.S.C. 7144c) is hereby repealed.

(c) CLERICAL AMENDMENT.—The table of contents at the beginning of the Department of Energy Organization Act is amended by striking the items relating to sections 215 and 216 and inserting the following new item:

"Sec. 215. Office of Intelligence and Counterintelligence.".

**SEC. 6422. REPEAL OF DEPARTMENT OF ENERGY INTELLIGENCE EXECUTIVE COMMITTEE AND BUDGET REPORTING REQUIREMENT.**

Section 214 of the Department of Energy Organization Act (42 U.S.C. 7144a) is amended—

(1) by striking "(a)"; and

WASHSTATEC008124

(2) by striking subsections (b) and (c).

## Subtitle D—Other Elements

**SEC. 6431. PLAN FOR DESIGNATION OF COUNTERINTELLIGENCE COMPONENT OF DEFENSE SECURITY SERVICE AS AN ELEMENT OF INTELLIGENCE COMMUNITY.**

Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence and Under Secretary of Defense for Intelligence, in coordination with the Director of the National Counterintelligence and Security Center, shall submit to the congressional intelligence committees, the Committee on Armed Services of the Senate, and the Committee on Armed Services of the House of Representatives a plan to designate the counterintelligence component of the Defense Security Service of the Department of Defense as an element of the intelligence community by not later than January 1, 2021. Such plan shall—

(1) address the implications of such designation on the authorities, governance, personnel, resources, information technology, collection, analytic products, information sharing, and business processes of the Defense Security Service and the intelligence community; and

WASHSTATEC008125

(2) not address the personnel security functions of the Defense Security Service.

**SEC. 6432. NOTICE NOT REQUIRED FOR PRIVATE ENTITIES.**

Section 3553 of title 44, United States Code, is amended—

(1) by redesignating subsection (j) as subsection (k); and

(2) by inserting after subsection (i) the following:

"(j) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to require the Secretary to provide notice to any private entity before the Secretary issues a binding operational directive under subsection (b)(2).".

**SEC. 6433. ESTABLISHMENT OF ADVISORY BOARD FOR NATIONAL RECONNAISSANCE OFFICE.**

(a) ESTABLISHMENT.—Section 106A of the National Security Act of 1947 (50 U.S.C. 3041a) is amended by adding at the end the following new subsection:

"(d) ADVISORY BOARD.—

"(1) ESTABLISHMENT.—There is established in the National Reconnaissance Office an advisory board (in this section referred to as the 'Board').

"(2) DUTIES.—The Board shall—

"(A) study matters relating to the mission of the National Reconnaissance Office, includ-

WASHSTATEC008126

ing with respect to promoting innovation, competition, and resilience in space, overhead reconnaissance, acquisition, and other matters; and

"(B) advise and report directly to the Director with respect to such matters.

"(3) MEMBERS.—

"(A) NUMBER AND APPOINTMENT.—

"(i) IN GENERAL.—The Board shall be composed of five members appointed by the Director from among individuals with demonstrated academic, government, business, or other expertise relevant to the mission and functions of the National Reconnaissance Office.

"(ii) NOTIFICATION.—Not later than 30 days after the date on which the Director appoints a member to the Board, the Director shall notify the congressional intelligence committees and the congressional defense committees (as defined in section 101(a) of title 10, United States Code) of such appointment.

"(B) TERMS.—Each member shall be appointed for a term of 2 years. Except as pro-

vided by subparagraph (C), a member may not serve more than three terms.

"(C) VACANCY.—Any member appointed to fill a vacancy occurring before the expiration of the term for which the member's predecessor was appointed shall be appointed only for the remainder of that term. A member may serve after the expiration of that member's term until a successor has taken office.

"(D) CHAIR.—The Board shall have a Chair, who shall be appointed by the Director from among the members.

"(E) TRAVEL EXPENSES.—Each member shall receive travel expenses, including per diem in lieu of subsistence, in accordance with applicable provisions under subchapter I of chapter 57 of title 5, United States Code.

"(F) EXECUTIVE SECRETARY.—The Director may appoint an executive secretary, who shall be an employee of the National Reconnaissance Office, to support the Board.

"(4) MEETINGS.—The Board shall meet not less than quarterly, but may meet more frequently at the call of the Director.

"(5) REPORTS.—Not later than March 31 of each year, the Board shall submit to the Director and to the congressional intelligence committees a report on the activities and significant findings of the Board during the preceding year.

"(6) NONAPPLICABILITY OF CERTAIN REQUIREMENTS.—The Federal Advisory Committee Act (5 U.S.C. App.) shall not apply to the Board.

"(7) TERMINATION.—The Board shall terminate on the date that is 3 years after the date of the first meeting of the Board.".

(b) INITIAL APPOINTMENTS.—Not later than 180 days after the date of the enactment of this Act, the Director of the National Reconnaissance Office shall appoint the initial five members to the advisory board under subsection (d) of section 106A of the National Security Act of 1947 (50 U.S.C. 3041a), as added by subsection (a).

**SEC. 6434. COLLOCATION OF CERTAIN DEPARTMENT OF HOMELAND SECURITY PERSONNEL AT FIELD LOCATIONS.**

(a) IDENTIFICATION OF OPPORTUNITIES FOR COLLOCATION.—Not later than 60 days after the date of the enactment of this Act, the Under Secretary of Homeland Security for Intelligence and Analysis shall identify, in consultation with the Commissioner of U.S. Customs and

WASHSTATEC008129

Border Protection, the Administrator of the Transportation Security Administration, the Director of U.S. Immigration and Customs Enforcement, and the heads of such other elements of the Department of Homeland Security as the Under Secretary considers appropriate, opportunities for collocation of officers of the Office of Intelligence and Analysis in the field outside of the greater Washington, District of Columbia, area in order to support operational units from U.S. Customs and Border Protection, the Transportation Security Administration, U.S. Immigration and Customs Enforcement, and other elements of the Department of Homeland Security.

(b) PLAN FOR COLLOCATION.—Not later than 120 days after the date of the enactment of this Act, the Under Secretary shall submit to the congressional intelligence committees a report that includes a plan for collocation as described in subsection (a).

# TITLE LXV—ELECTION MATTERS

## SEC. 6501. REPORT ON CYBER ATTACKS BY FOREIGN GOVERNMENTS AGAINST UNITED STATES ELECTION INFRASTRUCTURE.

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

WASHSTATEC008130

(A) the congressional intelligence committees;

(B) the Committee on Homeland Security and Governmental Affairs of the Senate;

(C) the Committee on Homeland Security of the House of Representatives;

(D) the Committee on Foreign Relations of the Senate; and

(E) the Committee on Foreign Affairs of the House of Representatives.

(2) CONGRESSIONAL LEADERSHIP.—The term "congressional leadership" includes the following:

(A) The majority leader of the Senate.

(B) The minority leader of the Senate.

(C) The Speaker of the House of Representatives.

(D) The minority leader of the House of Representatives.

(3) STATE.—The term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.

(b) REPORT REQUIRED.—Not later than 60 days after the date of the enactment of this Act, the Under Secretary of Homeland Security for Intelligence and Anal-

WASHSTATEC008131

ysis shall submit to congressional leadership and the appropriate congressional committees a report on cyber attacks and attempted cyber attacks by foreign governments on United States election infrastructure in States and localities in connection with the 2016 Presidential election in the United States and such cyber attacks or attempted cyber attacks as the Under Secretary anticipates against such infrastructure. Such report shall identify the States and localities affected and shall include cyber attacks and attempted cyber attacks against voter registration databases, voting machines, voting-related computer networks, and the networks of Secretaries of State and other election officials of the various States.

(c) FORM.—The report submitted under subsection (b) shall be submitted in unclassified form, but may include a classified annex.

**SEC. 6502. REVIEW OF INTELLIGENCE COMMUNITY'S POSTURE TO COLLECT AGAINST AND ANALYZE RUSSIAN EFFORTS TO INFLUENCE THE PRESIDENTIAL ELECTION.**

(a) REVIEW REQUIRED.—Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall—

(1) complete an after action review of the posture of the intelligence community to collect against

and analyze efforts of the Government of Russia to interfere in the 2016 Presidential election in the United States; and

(2) submit to the congressional intelligence committees a report on the findings of the Director with respect to such review.

(b) ELEMENTS.—The review required by subsection (a) shall include, with respect to the posture and efforts described in paragraph (1) of such subsection, the following:

(1) An assessment of whether the resources of the intelligence community were properly aligned to detect and respond to the efforts described in subsection (a)(1).

(2) An assessment of the information sharing that occurred within elements of the intelligence community.

(3) An assessment of the information sharing that occurred between elements of the intelligence community.

(4) An assessment of applicable authorities necessary to collect on any such efforts and any deficiencies in those authorities.

(5) A review of the use of open source material to inform analysis and warning of such efforts.

WASHSTATEC008133

(6) A review of the use of alternative and predictive analysis.

(c) FORM OF REPORT.—The report required by subsection (a)(2) shall be submitted to the congressional intelligence committees in a classified form.

**SEC. 6503. ASSESSMENT OF FOREIGN INTELLIGENCE THREATS TO FEDERAL ELECTIONS.**

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Homeland Security and Governmental Affairs of the Senate; and

(C) the Committee on Homeland Security of the House of Representatives.

(2) CONGRESSIONAL LEADERSHIP.—The term "congressional leadership" includes the following:

(A) The majority leader of the Senate.

(B) The minority leader of the Senate.

(C) The Speaker of the House of Representatives.

(D) The minority leader of the House of Representatives.

(3) SECURITY VULNERABILITY.—The term "security vulnerability" has the meaning given such term in section 102 of the Cybersecurity Information Sharing Act of 2015 (6 U.S.C. 1501).

(b) IN GENERAL.—The Director of National Intelligence, in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the Federal Bureau of Investigation, the Secretary of Homeland Security, and the heads of other relevant elements of the intelligence community, shall—

(1) commence not later than 1 year before any regularly scheduled Federal election occurring after December 31, 2018, and complete not later than 180 days before such election, an assessment of security vulnerabilities of State election systems; and

(2) not later than 180 days before any regularly scheduled Federal election occurring after December 31, 2018, submit a report on such security vulnerabilities and an assessment of foreign intelligence threats to the election to—

(A) congressional leadership; and

(B) the appropriate congressional committees.

(c) UPDATE.—Not later than 90 days before any regularly scheduled Federal election occurring after December 31, 2018, the Director of National Intelligence shall—

(1) update the assessment of foreign intelligence threats to that election; and

(2) submit the updated assessment to—

(A) congressional leadership; and

(B) the appropriate congressional committees.

**SEC. 6504. STRATEGY FOR COUNTERING RUSSIAN CYBER THREATS TO UNITED STATES ELECTIONS.**

(a) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means the following:

(1) The congressional intelligence committees.

(2) The Committee on Armed Services and the Committee on Homeland Security and Governmental Affairs of the Senate.

(3) The Committee on Armed Services and the Committee on Homeland Security of the House of Representatives.

(4) The Committee on Foreign Relations of the Senate.

(5) The Committee on Foreign Affairs of the House of Representatives.

WASHSTATEC008136

(b) REQUIREMENT FOR A STRATEGY.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Secretary of Homeland Security, the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Secretary of State, the Secretary of Defense, and the Secretary of the Treasury, shall develop a whole-of-government strategy for countering the threat of Russian cyber attacks and attempted cyber attacks against electoral systems and processes in the United States, including Federal, State, and local election systems, voter registration databases, voting tabulation equipment, and equipment and processes for the secure transmission of election results.

(c) ELEMENTS OF THE STRATEGY.—The strategy required by subsection (b) shall include the following elements:

(1) A whole-of-government approach to protecting United States electoral systems and processes that includes the agencies and departments indicated in subsection (b) as well as any other agencies and departments of the United States, as determined appropriate by the Director of National Intelligence and the Secretary of Homeland Security.

(2) Input solicited from Secretaries of State of the various States and the chief election officials of the States.

(3) Technical security measures, including auditable paper trails for voting machines, securing wireless and internet connections, and other technical safeguards.

(4) Detection of cyber threats, including attacks and attempted attacks by Russian government or nongovernment cyber threat actors.

(5) Improvements in the identification and attribution of Russian government or nongovernment cyber threat actors.

(6) Deterrence, including actions and measures that could or should be undertaken against or communicated to the Government of Russia or other entities to deter attacks against, or interference with, United States election systems and processes.

(7) Improvements in Federal Government communications with State and local election officials.

(8) Public education and communication efforts.

(9) Benchmarks and milestones to enable the measurement of concrete steps taken and progress made in the implementation of the strategy.

WASHSTATEC008138

(d) CONGRESSIONAL BRIEFING.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence and the Secretary of Homeland Security shall jointly brief the appropriate congressional committees on the strategy developed under subsection (b).

**SEC. 6505. ASSESSMENT OF SIGNIFICANT RUSSIAN INFLUENCE CAMPAIGNS DIRECTED AT FOREIGN ELECTIONS AND REFERENDA.**

(a) RUSSIAN INFLUENCE CAMPAIGN DEFINED.—In this section, the term "Russian influence campaign" means any effort, covert or overt, and by any means, attributable to the Russian Federation directed at an election, referendum, or similar process in a country other than the Russian Federation or the United States.

(b) ASSESSMENT REQUIRED.—Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing an analytical assessment of the most significant Russian influence campaigns, if any, conducted during the 3-year period preceding the date of the enactment of this Act, as well as the most significant current or planned

such Russian influence campaigns, if any. Such assessment shall include—

(1) a summary of such significant Russian influence campaigns, including, at a minimum, the specific means by which such campaigns were conducted, are being conducted, or likely will be conducted, as appropriate, and the specific goal of each such campaign;

(2) a summary of any defenses against or responses to such Russian influence campaigns by the foreign state holding the elections or referenda;

(3) a summary of any relevant activities by elements of the intelligence community undertaken for the purpose of assisting the government of such foreign state in defending against or responding to such Russian influence campaigns; and

(4) an assessment of the effectiveness of such defenses and responses described in paragraphs (2) and (3).

(c) FORM.—The report required by subsection (b) may be submitted in classified form, but if so submitted, shall contain an unclassified summary.

**SEC. 6506. INFORMATION SHARING WITH STATE ELECTION OFFICIALS.**

(a) STATE DEFINED.—In this section, the term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.

(b) SECURITY CLEARANCES.—

(1) IN GENERAL.—Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall support the Under Secretary of Homeland Security for Intelligence and Analysis, and any other official of the Department of Homeland Security designated by the Secretary of Homeland Security, in sponsoring a security clearance up to the top secret level for each eligible chief election official of a State or the District of Columbia, and additional eligible designees of such election official as appropriate, at the time that such election official assumes such position.

(2) INTERIM CLEARANCES.—Consistent with applicable policies and directives, the Director of National Intelligence may issue interim clearances, for a period to be determined by the Director, to a chief election official as described in paragraph (1) and up to one designee of such official under such paragraph.

(c) INFORMATION SHARING.—

(1) IN GENERAL.—The Director of National Intelligence shall assist the Under Secretary of Homeland Security for Intelligence and Analysis and the Under Secretary responsible for overseeing critical infrastructure protection, cybersecurity, and other related programs of the Department (as specified in section 103(a)(1)(H) of the Homeland Security Act of 2002 (6 U.S.C. 113(a)(1)(H))) with sharing any appropriate classified information related to threats to election systems and to the integrity of the election process with chief election officials and such designees who have received a security clearance under subsection (b).

(2) COORDINATION.—The Under Secretary of Homeland Security for Intelligence and Analysis shall coordinate with the Director of National Intelligence and the Under Secretary responsible for overseeing critical infrastructure protection, cybersecurity, and other related programs of the Department (as specified in section 103(a)(1)(H) of the Homeland Security Act of 2002 (6 U.S.C. 113(a)(1)(H))) to facilitate the sharing of information to the affected Secretaries of State or States.

**SEC. 6507. NOTIFICATION OF SIGNIFICANT FOREIGN CYBER INTRUSIONS AND ACTIVE MEASURES CAMPAIGNS DIRECTED AT ELECTIONS FOR FEDERAL OFFICES.**

(a) DEFINITIONS.—In this section:

(1) ACTIVE MEASURES CAMPAIGN.—The term "active measures campaign" means a foreign semi-covert or covert intelligence operation.

(2) CANDIDATE, ELECTION, AND POLITICAL PARTY.—The terms "candidate", "election", and "political party" have the meanings given those terms in section 301 of the Federal Election Campaign Act of 1971 (52 U.S.C. 30101).

(3) CONGRESSIONAL LEADERSHIP.—The term "congressional leadership" includes the following:

(A) The majority leader of the Senate.

(B) The minority leader of the Senate.

(C) The Speaker of the House of Representatives.

(D) The minority leader of the House of Representatives.

(4) CYBER INTRUSION.—The term "cyber intrusion" means an electronic occurrence that actually or imminently jeopardizes, without lawful authority, electronic election infrastructure, or the in-

tegrity, confidentiality, or availability of information within such infrastructure.

(5) ELECTRONIC ELECTION INFRASTRUCTURE.—The term "electronic election infrastructure" means an electronic information system of any of the following that is related to an election for Federal office:

(A) The Federal Government.

(B) A State or local government.

(C) A political party.

(D) The election campaign of a candidate.

(6) FEDERAL OFFICE.—The term "Federal office" has the meaning given that term in section 301 of the Federal Election Campaign Act of 1971 (52 U.S.C. 30101).

(7) HIGH CONFIDENCE.—The term "high confidence", with respect to a determination, means that the determination is based on high-quality information from multiple sources.

(8) MODERATE CONFIDENCE.—The term "moderate confidence", with respect to a determination, means that a determination is credibly sourced and plausible but not of sufficient quality or corroborated sufficiently to warrant a higher level of confidence.

(9) OTHER APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "other appropriate congressional committees" means—

(A) the Committee on Armed Services, the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, and the Committee on Appropriations of the Senate; and

(B) the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on Homeland Security, and the Committee on Appropriations of the House of Representatives.

(b) DETERMINATIONS OF SIGNIFICANT FOREIGN CYBER INTRUSIONS AND ACTIVE MEASURES CAMPAIGNS.—The Director of National Intelligence, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security shall jointly carry out subsection (c) if such Directors and the Secretary jointly determine—

(1) that on or after the date of the enactment of this Act, a significant foreign cyber intrusion or active measures campaign intended to influence an upcoming election for any Federal office has occurred or is occurring; and

WASHSTATEC008145

(2) with moderate or high confidence, that such intrusion or campaign can be attributed to a foreign state or to a foreign nonstate person, group, or other entity.

(c) BRIEFING.—

(1) IN GENERAL.—Not later than 14 days after making a determination under subsection (b), the Director of National Intelligence, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security shall jointly provide a briefing to the congressional leadership, the congressional intelligence committees and, consistent with the protection of sources and methods, the other appropriate congressional committees. The briefing shall be classified and address, at a minimum, the following:

(A) A description of the significant foreign cyber intrusion or active measures campaign, as the case may be, covered by the determination.

(B) An identification of the foreign state or foreign nonstate person, group, or other entity, to which such intrusion or campaign has been attributed.

WASHSTATEC008146

(C) The desirability and feasibility of the public release of information about the cyber intrusion or active measures campaign.

(D) Any other information such Directors and the Secretary jointly determine appropriate.

(2) ELECTRONIC ELECTION INFRASTRUCTURE BRIEFINGS.—With respect to a significant foreign cyber intrusion covered by a determination under subsection (b), the Secretary of Homeland Security, in consultation with the Director of National Intelligence and the Director of the Federal Bureau of Investigation, shall offer to the owner or operator of any electronic election infrastructure directly affected by such intrusion, a briefing on such intrusion, including steps that may be taken to mitigate such intrusion. Such briefing may be classified and made available only to individuals with appropriate security clearances.

(3) PROTECTION OF SOURCES AND METHODS.—This subsection shall be carried out in a manner that is consistent with the protection of sources and methods.

**SEC. 6508. DESIGNATION OF COUNTERINTELLIGENCE OFFICER TO LEAD ELECTION SECURITY MATTERS.**

(a) IN GENERAL.—The Director of National Intelligence shall designate a national counterintelligence officer within the National Counterintelligence and Security Center to lead, manage, and coordinate counterintelligence matters relating to election security.

(b) ADDITIONAL RESPONSIBILITIES.—The person designated under subsection (a) shall also lead, manage, and coordinate counterintelligence matters relating to risks posed by interference from foreign powers (as defined in section 101 of the Foreign Intelligence Surveillance Act of 1978 (50 U.S.C. 1801)) to the following:

(1) The Federal Government election security supply chain.

(2) Election voting systems and software.

(3) Voter registration databases.

(4) Critical infrastructure related to elections.

(5) Such other Government goods and services as the Director of National Intelligence considers appropriate.

# TITLE LXVI—SECURITY CLEARANCES

**SEC. 6601. DEFINITIONS.**

In this title:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Armed Services of the Senate;

(C) the Committee on Appropriations of the Senate;

(D) the Committee on Homeland Security and Governmental Affairs of the Senate;

(E) the Committee on Armed Services of the House of Representatives;

(F) the Committee on Appropriations of the House of Representatives;

(G) the Committee on Homeland Security of the House of Representatives; and

(H) the Committee on Oversight and Reform of the House of Representatives.

(2) APPROPRIATE INDUSTRY PARTNER.—The term "appropriate industry partner" means a contractor, licensee, or grantee (as defined in section 101(a) of Executive Order No. 12829 (50 U.S.C. 3161 note; relating to National Industrial Security Program)) that is participating in the National In-

dustrial Security Program established by such Executive order.

(3) CONTINUOUS VETTING.—The term "continuous vetting" has the meaning given such term in Executive Order No. 13467 (50 U.S.C. 3161 note; relating to reforming processes for determining suitability for government employment, fitness for contractor employees, and eligibility for access to classified national security information).

(4) COUNCIL.—The term "Council" means the Security, Suitability, and Credentialing Performance Accountability Council established pursuant to such Executive order, or any successor entity.

(5) RECIPROCITY.—The term "reciprocity" means reciprocal recognition by Federal departments and agencies of eligibility for access to classified information.

(6) SECURITY EXECUTIVE AGENT.—The term "Security Executive Agent" means the officer serving as the Security Executive Agent pursuant to section 803 of the National Security Act of 1947, as added by section 6605.

(7) SUITABILITY AND CREDENTIALING EXECUTIVE AGENT.—The term "Suitability and Credentialing Executive Agent" means the Director

WASHSTATEC008150

of the Office of Personnel Management acting as the Suitability and Credentialing Executive Agent in accordance with Executive Order No. 13467 (50 U.S.C. 3161 note; relating to reforming processes related to suitability for Government employment, fitness for contractor employees, and eligibility for access to classified national security information), or any successor entity.

**SEC. 6602. REPORTS AND PLANS RELATING TO SECURITY CLEARANCES AND BACKGROUND INVESTIGATIONS.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) ensuring the trustworthiness and security of the workforce, facilities, and information of the Federal Government is of the highest priority to national security and public safety;

(2) the President and Congress should prioritize the modernization of the personnel security framework to improve its efficiency, effectiveness, and accountability;

(3) the current system for background investigations for security clearances, suitability and fitness for employment, and credentialing lacks efficiencies and capabilities to meet the current threat

WASHSTATEC008151

environment, recruit and retain a trusted workforce, and capitalize on modern technologies; and

(4) changes to policies or processes to improve this system should be vetted through the Council to ensure standardization, portability, and reciprocity in security clearances across the Federal Government.

(b) ACCOUNTABILITY PLANS AND REPORTS.—

(1) PLANS.—Not later than 90 days after the date of the enactment of this Act, the Council shall submit to the appropriate congressional committees and make available to appropriate industry partners the following:

(A) A plan, with milestones, to reduce the background investigation inventory to 200,000, or an otherwise sustainable steady-level, by the end of year 2020. Such plan shall include notes of any required changes in investigative and adjudicative standards or resources.

(B) A plan to consolidate the conduct of background investigations associated with the processing for security clearances in the most effective and efficient manner in the Defense Counterintelligence and Security Agency. Such plan shall address required funding, personnel,

WASHSTATEC008152

contracts, information technology, field office structure, policy, governance, schedule, transition costs, and effects on stakeholders.

(2) REPORT ON THE FUTURE OF PERSONNEL SECURITY.—

(A) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a report on the future of personnel security to reflect changes in threats, the workforce, and technology.

(B) CONTENTS.—The report submitted under subparagraph (A) shall include the following:

(i) A risk framework for granting and renewing access to classified information.

(ii) A discussion of the use of technologies to prevent, detect, and monitor threats.

(iii) A discussion of efforts to address reciprocity and portability.

WASHSTATEC008153

(iv) A discussion of the characteristics of effective insider threat programs.

(v) An analysis of how to integrate data from continuous vetting, insider threat programs, and human resources data.

(vi) Recommendations on interagency governance.

(3) PLAN FOR IMPLEMENTATION.—Not later than 180 days after the date of the enactment of this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to implement the report's framework and recommendations submitted under paragraph (2)(A).

(4) CONGRESSIONAL NOTIFICATIONS.—Not less frequently than quarterly, the Security Executive Agent shall make available to the public a report regarding the status of the disposition of requests received from departments and agencies of the Federal Government for a change to, or approval under, the Federal investigative standards, the national adjudicative guidelines, continuous vetting, or other national policy regarding personnel security.

**SEC. 6603. IMPROVING THE PROCESS FOR SECURITY CLEARANCES.**

(a) REVIEWS.—Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a report that includes the following:

(1) A review of whether the information requested on the Questionnaire for National Security Positions (Standard Form 86) and by the Federal Investigative Standards prescribed by the Suitability and Credentialing Executive Agent and the Security Executive Agent appropriately supports the adjudicative guidelines under Security Executive Agent Directive 4 (known as the "National Security Adjudicative Guidelines"). Such review shall include identification of whether any such information currently collected is unnecessary to support the adjudicative guidelines.

(2) An assessment of whether such Questionnaire, Standards, and guidelines should be revised to account for the prospect of a holder of a security clearance becoming an insider threat.

(3) Recommendations to improve the background investigation process by—

(A) simplifying the Questionnaire for National Security Positions (Standard Form 86) and increasing customer support to applicants completing such Questionnaire;

(B) using remote techniques and centralized locations to support or replace field investigation work;

(C) using secure and reliable digitization of information obtained during the clearance process;

(D) building the capacity of the background investigation workforce; and

(E) replacing periodic reinvestigations with continuous vetting techniques in all appropriate circumstances.

(b) POLICY, STRATEGY, AND IMPLEMENTATION.—Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent shall, in coordination with the members of the Council, establish the following:

(1) A policy and implementation plan for the issuance of interim security clearances.

(2) A policy and implementation plan to ensure contractors are treated consistently in the security clearance process across agencies and departments

of the United States as compared to employees of such agencies and departments. Such policy shall address—

(A) prioritization of processing security clearances based on the mission the contractors will be performing;

(B) standardization in the forms that agencies issue to initiate the process for a security clearance;

(C) digitization of background investigation-related forms;

(D) use of the polygraph;

(E) the application of the adjudicative guidelines under Security Executive Agent Directive 4 (known as the "National Security Adjudicative Guidelines");

(F) reciprocal recognition of clearances across agencies and departments of the United States, regardless of status of periodic reinvestigation;

(G) tracking of clearance files as individuals move from employment with an agency or department of the United States to employment in the private sector;

WASHSTATEC008157

(H) collection of timelines for movement of contractors across agencies and departments;

(I) reporting on security incidents and job performance, consistent with section 552a of title 5, United States Code (commonly known as the "Privacy Act of 1974"), that may affect the ability to hold a security clearance;

(J) any recommended changes to the Federal Acquisition Regulations (FAR) necessary to ensure that information affecting contractor clearances or suitability is appropriately and expeditiously shared between and among agencies and contractors; and

(K) portability of contractor security clearances between or among contracts at the same agency and between or among contracts at different agencies that require the same level of clearance.

(3) A strategy and implementation plan that—

(A) provides for periodic reinvestigations as part of a security clearance determination only on an as-needed, risk-based basis;

(B) includes actions to assess the extent to which automated records checks and other con-

tinuous vetting methods may be used to expedite or focus reinvestigations; and

(C) provides an exception to the requirement under subparagraph (A) for certain populations if the Security Executive Agent—

(i) determines such populations require reinvestigations at regular intervals; and

(ii) provides written justification to the appropriate congressional committees for any such determination.

(4) A policy and implementation plan for agencies and departments of the United States, as a part of the security clearance process, to accept automated records checks generated pursuant to a security clearance applicant's employment with a prior employer.

(5) A policy for the use of certain background information on individuals collected by the private sector for background investigation purposes.

(6) Uniform standards for agency continuous vetting programs to ensure quality and reciprocity in accepting enrollment in a continuous vetting program as a substitute for a periodic investigation for continued access to classified information.

**SEC. 6604. GOALS FOR PROMPTNESS OF DETERMINATIONS REGARDING SECURITY CLEARANCES.**

(a) IN GENERAL.—The Council shall reform the security clearance process with the objective that, by December 31, 2021, 90 percent of all determinations, other than determinations regarding populations identified under section 6603(b)(3)(C), regarding—

(1) security clearances—

(A) at the secret level are issued in 30 days or fewer; and

(B) at the top secret level are issued in 90 days or fewer; and

(2) reciprocity of security clearances at the same level are recognized in 2 weeks or fewer.

(b) CERTAIN REINVESTIGATIONS.—The Council shall reform the security clearance process with the goal that by December 31, 2021, reinvestigation on a set periodicity is not required for more than 10 percent of the population that holds a security clearance.

(c) EQUIVALENT METRICS.—

(1) IN GENERAL.—If the Council develops a set of performance metrics that it certifies to the appropriate congressional committees should achieve substantially equivalent outcomes as those outlined in subsections (b) and (c), the Council may use those

metrics for purposes of compliance within this provision.

(2) NOTICE.—If the Council uses the authority provided by paragraph (1) to use metrics as described in such paragraph, the Council shall, not later than 30 days after communicating such metrics to departments and agencies, notify the appropriate congressional committees that it is using such authority.

(d) PLAN.—Not later than 180 days after the date of the enactment of this Act, the Council shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to carry out this section. Such plan shall include recommended interim milestones for the goals set forth in subsections (b) and (c) for 2019, 2020, and 2021.

**SEC. 6605. SECURITY EXECUTIVE AGENT.**

(a) IN GENERAL.—Title VIII of the National Security Act of 1947 (50 U.S.C. 3161 et seq.) is amended—

(1) by redesignating sections 803 and 804 as sections 804 and 805, respectively; and

(2) by inserting after section 802 the following:

**"SEC. 803. SECURITY EXECUTIVE AGENT.**

"(a) IN GENERAL.—The Director of National Intelligence, or such other officer of the United States as the

WASHSTATEC008161

President may designate, shall serve as the Security Executive Agent for all departments and agencies of the United States.

"(b) DUTIES.—The duties of the Security Executive Agent are as follows:

"(1) To direct the oversight of investigations, reinvestigations, adjudications, and, as applicable, polygraphs for eligibility for access to classified information or eligibility to hold a sensitive position made by any Federal agency.

"(2) To review the national security background investigation and adjudication programs of Federal agencies to determine whether such programs are being implemented in accordance with this section.

"(3) To develop and issue uniform and consistent policies and procedures to ensure the effective, efficient, timely, and secure completion of investigations, polygraphs, and adjudications relating to determinations of eligibility for access to classified information or eligibility to hold a sensitive position.

"(4) Unless otherwise designated by law, to serve as the final authority to designate a Federal agency or agencies to conduct investigations of persons who are proposed for access to classified infor-

mation or for eligibility to hold a sensitive position to ascertain whether such persons satisfy the criteria for obtaining and retaining access to classified information or eligibility to hold a sensitive position, as applicable.

"(5) Unless otherwise designated by law, to serve as the final authority to designate a Federal agency or agencies to determine eligibility for access to classified information or eligibility to hold a sensitive position in accordance with Executive Order No. 12968 (50 U.S.C. 3161 note; relating to access to classified information).

"(6) To review and approve the policies of the Federal agencies that ensure reciprocal recognition of eligibility for access to classified information or eligibility to hold a sensitive position among Federal agencies, and to act as the final authority to arbitrate and resolve disputes among such agencies involving the reciprocity of investigations and adjudications of eligibility.

"(7) To execute all other duties assigned to the Security Executive Agent by law.

"(c) AUTHORITIES.—The Security Executive Agent shall—

WASHSTATEC008163

"(1) issue guidelines and instructions to the heads of Federal agencies to ensure appropriate uniformity, centralization, efficiency, effectiveness, timeliness, and security in processes relating to determinations by such agencies of eligibility for access to classified information or eligibility to hold a sensitive position, including such matters as investigations, polygraphs, adjudications, and reciprocity;

"(2) have the authority to grant exceptions to, or waivers of, national security investigative requirements, including issuing implementing or clarifying guidance, as necessary;

"(3) have the authority to assign, in whole or in part, to the head of any Federal agency (solely or jointly) any of the duties of the Security Executive Agent described in subsection (b) or the authorities described in paragraphs (1) and (2), provided that the exercise of such assigned duties or authorities is subject to the oversight of the Security Executive Agent, including such terms and conditions (including approval by the Security Executive Agent) as the Security Executive Agent determines appropriate; and

"(4) define and set standards for continuous vetting for continued access to classified information and for eligibility to hold a sensitive position.".

(b) REPORT ON RECOMMENDATIONS FOR REVISING AUTHORITIES.—Not later than 30 days after the date on which the Chairman of the Council submits to the appropriate congressional committees the report required by section 6602(b)(2)(A), the Chairman shall submit to the appropriate congressional committees such recommendations as the Chairman may have for revising the authorities of the Security Executive Agent.

(c) CONFORMING AMENDMENT.—Section 103H(j)(4)(A) of such Act (50 U.S.C. 3033(j)(4)(A)) is amended by striking "in section 804" and inserting "in section 805".

(d) CLERICAL AMENDMENT.—The table of contents in the matter preceding section 2 of such Act (50 U.S.C. 3002) is amended by striking the items relating to sections 803 and 804 and inserting the following:

"Sec. 803. Security Executive Agent.
"Sec. 804. Exceptions.
"Sec. 805. Definitions.".

**SEC. 6606. REPORT ON UNIFIED, SIMPLIFIED, GOVERNMENTWIDE STANDARDS FOR POSITIONS OF TRUST AND SECURITY CLEARANCES.**

Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the

Suitability and Credentialing Executive Agent, in coordination with the other members of the Council, shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a report regarding the advisability and the risks, benefits, and costs to the Government and to industry of consolidating to not more than three tiers for positions of trust and security clearances.

**SEC. 6607. REPORT ON CLEARANCE IN PERSON CONCEPT.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that to reflect the greater mobility of the modern workforce, alternative methodologies merit analysis to allow greater flexibility for individuals moving in and out of positions that require access to classified information, while still preserving security.

(b) REPORT REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent shall submit to the appropriate congressional committees and make available to appropriate industry partners a report that describes the requirements, feasibility, and advisability of implementing a clearance in person concept described in subsection (c).

(c) CLEARANCE IN PERSON CONCEPT.—The clearance in person concept—

WASHSTATEC008166

(1) permits an individual who once held a security clearance to maintain his or her eligibility for access to classified information, networks, and facilities for up to 3 years after the individual's eligibility for access to classified information would otherwise lapse; and

(2) recognizes, unless otherwise directed by the Security Executive Agent, an individual's security clearance and background investigation as current, regardless of employment status, contingent on enrollment in a continuous vetting program.

(d) CONTENTS.—The report required under subsection (b) shall address—

(1) requirements for an individual to voluntarily remain in a continuous vetting program validated by the Security Executive Agent even if the individual is not in a position requiring access to classified information;

(2) appropriate safeguards for privacy;

(3) advantages to government and industry;

(4) the costs and savings associated with implementation;

(5) the risks of such implementation, including security and counterintelligence risks;

(6) an appropriate funding model; and

WASHSTATEC008167

(7) fairness to small companies and independent contractors.

**SEC. 6608. REPORTS ON RECIPROCITY FOR SECURITY CLEARANCES INSIDE OF DEPARTMENTS AND AGENCIES.**

(a) REPORTS TO SECURITY EXECUTIVE AGENT.—The head of each Federal department or agency shall submit an annual report to the Security Executive Agent that, with respect to the period covered by the report—

(1) identifies the number of individuals whose security clearances took more than 2 weeks for reciprocity recognition after such individuals move to another part of such department or agency; and

(2) breaks out the information described in paragraph (1) by type of clearance and the reasons for any delays.

(b) ANNUAL REPORT.—Not less frequently than once each year, the Security Executive Agent shall submit to the appropriate congressional committees and make available to industry partners a report that summarizes the information received pursuant to subsection (b) during the period covered by such report.

WASHSTATEC008168

**SEC. 6609. INTELLIGENCE COMMUNITY REPORTS ON SECURITY CLEARANCES.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) despite sustained efforts by Congress and the executive branch, an unacceptable backlog in processing and adjudicating security clearances persists, both within elements of the intelligence community and in other departments of the Federal Government, with some processing times exceeding a year or even more;

(2) the protracted clearance timetable threatens the ability of elements of the intelligence community to hire and retain highly qualified individuals, and thus to fulfill the missions of such elements;

(3) the prospect of a lengthy clearance process deters some such individuals from seeking employment with the intelligence community in the first place, and, when faced with a long wait time, those with conditional offers of employment may opt to discontinue the security clearance process and pursue different opportunities;

(4) now more than ever, therefore, the broken security clearance process badly needs fundamental reform; and

(5) in the meantime, to ensure the ability of elements of the intelligence community to hire and retain highly qualified personnel, elements should consider, to the extent possible and consistent with national security, permitting new employees to enter on duty immediately or nearly so, and to perform, on a temporary basis pending final adjudication of their security clearances, work that either does not require a security clearance or requires only a low-level interim clearance.

(b) REPORTS REQUIRED.—Section 506H of the National Security Act of 1947 (50 U.S.C. 3104) is amended—

(1) in subsection (a)(1)—

(A) in subparagraph (A)(ii), by adding "and" at the end;

(B) in subparagraph (B)(ii), by striking "; and" and inserting a period; and

(C) by striking subparagraph (C);

(2) by redesignating subsection (b) as subsection (c);

(3) by inserting after subsection (a) the following:

"(b) INTELLIGENCE COMMUNITY REPORTS.—(1)(A) Not later than March 1 of each year, the Director of Na-

WASHSTATEC008170

tional Intelligence shall submit a report to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, the Committee on Homeland Security of the House of Representatives, and the Committee on Oversight and Reform of the House of Representatives regarding the security clearances processed by each element of the intelligence community during the preceding fiscal year.

"(B) The Director shall submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives such portions of the report submitted under subparagraph (A) as the Director determines address elements of the intelligence community that are within the Department of Defense.

"(C) Each report submitted under this paragraph shall separately identify security clearances processed for Federal employees and contractor employees sponsored by each such element.

"(2) Each report submitted under paragraph (1)(A) shall include, for each element of the intelligence community for the fiscal year covered by the report, the following:

"(A) The total number of initial security clearance background investigations sponsored for new applicants.

WASHSTATEC008171

"(B) The total number of security clearance periodic reinvestigations sponsored for existing employees.

"(C) The total number of initial security clearance background investigations for new applicants that were adjudicated with notice of a determination provided to the prospective applicant, including—

"(i) the total number of such adjudications that were adjudicated favorably and granted access to classified information; and

"(ii) the total number of such adjudications that were adjudicated unfavorably and resulted in a denial or revocation of a security clearance.

"(D) The total number of security clearance periodic background investigations that were adjudicated with notice of a determination provided to the existing employee, including—

"(i) the total number of such adjudications that were adjudicated favorably; and

"(ii) the total number of such adjudications that were adjudicated unfavorably and resulted in a denial or revocation of a security clearance.

"(E) The total number of pending security clearance background investigations, including initial applicant investigations and periodic reinvestigations, that were not adjudicated as of the last day of such year and that remained pending, categorized as follows:

"(i) For 180 days or shorter.

"(ii) For longer than 180 days, but shorter than 12 months.

"(iii) For 12 months or longer, but shorter than 18 months.

"(iv) For 18 months or longer, but shorter than 24 months.

"(v) For 24 months or longer.

"(F) For any security clearance determinations completed or pending during the year preceding the year for which the report is submitted that have taken longer than 12 months to complete—

"(i) an explanation of the causes for the delays incurred during the period covered by the report; and

"(ii) the number of such delays involving a polygraph requirement.

"(G) The percentage of security clearance investigations, including initial and periodic reinves-

tigations, that resulted in a denial or revocation of a security clearance.

"(H) The percentage of security clearance investigations that resulted in incomplete information.

"(I) The percentage of security clearance investigations that did not result in enough information to make a decision on potentially adverse information.

"(3) The report required under this subsection shall be submitted in unclassified form, but may include a classified annex."; and

(4) in subsection (c), as redesignated, by striking "subsection (a)(1)" and inserting "subsections (a)(1) and (b)".

**SEC. 6610. PERIODIC REPORT ON POSITIONS IN THE INTELLIGENCE COMMUNITY THAT CAN BE CONDUCTED WITHOUT ACCESS TO CLASSIFIED INFORMATION, NETWORKS, OR FACILITIES.**

Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 5 years thereafter, the Director of National Intelligence shall submit to the congressional intelligence committees a report that reviews the intelligence community for which positions can be conducted without access to classified in-

WASHSTATEC008174

formation, networks, or facilities, or may only require a security clearance at the secret level.

**SEC. 6611. INFORMATION-SHARING PROGRAM FOR POSITIONS OF TRUST AND SECURITY CLEARANCES.**

(a) PROGRAM REQUIRED.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall establish and implement a program to share between and among agencies of the Federal Government and industry partners of the Federal Government relevant background information regarding individuals applying for and currently occupying national security positions and positions of trust, in order to ensure the Federal Government maintains a trusted workforce.

(2) DESIGNATION.—The program established under paragraph (1) shall be known as the "Trusted Information Provider Program" (in this section referred to as the "Program").

(b) PRIVACY SAFEGUARDS.—The Security Executive Agent and the Suitability and Credentialing Executive Agent shall ensure that the Program includes such safeguards for privacy as the Security Executive Agent and

WASHSTATEC008175

the Suitability and Credentialing Executive Agent consider appropriate.

(c) PROVISION OF INFORMATION TO THE FEDERAL GOVERNMENT.—The Program shall include requirements that enable investigative service providers and agencies of the Federal Government to leverage certain pre-employment information gathered through private-sector means during the employment or military recruiting process, and other relevant security or human resources information obtained during employment with or for the Federal Government, that satisfy Federal investigative standards, while safeguarding personnel privacy.

(d) INFORMATION AND RECORDS.—The information and records considered under the Program shall include the following:

(1) Date and place of birth.

(2) Citizenship or immigration and naturalization information.

(3) Education records.

(4) Employment records.

(5) Employment or social references.

(6) Military service records.

(7) State and local law enforcement checks.

(8) Criminal history checks.

(9) Financial records or information.

(10) Foreign travel, relatives, or associations.

(11) Social media checks.

(12) Such other information or records as may be relevant to obtaining or maintaining national security, suitability, fitness, or credentialing eligibility.

(e) IMPLEMENTATION PLAN.—

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a plan for the implementation of the Program.

(2) ELEMENTS.—The plan required by paragraph (1) shall include the following:

(A) Mechanisms that address privacy, national security, suitability or fitness, credentialing, and human resources or military recruitment processes.

(B) Such recommendations for legislative or administrative action as the Security Executive Agent and the Suitability and Credentialing Executive Agent consider appropriate to carry out or improve the Program.

(f) PLAN FOR PILOT PROGRAM ON TWO-WAY INFORMATION SHARING.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a plan for the implementation of a pilot program to assess the feasibility and advisability of expanding the Program to include the sharing of information held by the Federal Government related to contract personnel with the security office of the employers of those contractor personnel.

(2) ELEMENTS.—The plan required by paragraph (1) shall include the following:

(A) Mechanisms that address privacy, national security, suitability or fitness, credentialing, and human resources or military recruitment processes.

(B) Such recommendations for legislative or administrative action as the Security Executive Agent and the Suitability and Credentialing Executive Agent consider appropriate to carry out or improve the pilot program.

(g) REVIEW.—Not later than 1 year after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a review of the plans submitted under subsections (e)(1) and (f)(1) and utility and effectiveness of the programs described in such plans.

**SEC. 6612. REPORT ON PROTECTIONS FOR CONFIDENTIALITY OF WHISTLEBLOWER-RELATED COMMUNICATIONS.**

Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent shall, in coordination with the Inspector General of the Intelligence Community, submit to the appropriate congressional committees a report detailing the controls employed by the intelligence community to ensure that continuous vetting programs, including those involving user activity monitoring, protect the confidentiality of whistleblower-related communications.

**SEC. 6613. REPORTS ON COSTS OF SECURITY CLEARANCE BACKGROUND INVESTIGATIONS.**

(a) REPORTS.—Not later than March 1, 2020, and each year thereafter through 2022, the Security Executive Agent, in coordination with the Council, shall submit to

WASHSTATEC008179

the appropriate congressional committees a report on the resources expended by each agency of the Federal Government during the fiscal year prior to the date of the report for processing security clearance background investigations and continuous vetting programs, disaggregated by tier and whether the individual was a Government employee or contractor.

(b) CONTENTS.—Each report submitted under subsection (a) shall include, for the period covered by the report—

(1) the costs of background investigations;

(2) the costs of reinvestigations;

(3) the costs associated with background investigations and reinvestigations for Government personnel;

(4) the costs associated with background investigations and reinvestigations for contract personnel;

(5) costs associated with continuous evaluation initiatives monitoring for personnel for whom a background investigation or reinvestigation was conducted, other than costs associated with adjudication;

(6) the average cost per person for each type of background investigation; and

WASHSTATEC008180

(7) a summary of transfers and reprogrammings that were executed to support the processing of security clearances.

# TITLE LXVII—REPORTS AND OTHER MATTERS

## Subtitle A—Matters Relating to Russia and Other Foreign Powers

### SEC. 6701. LIMITATION RELATING TO ESTABLISHMENT OR SUPPORT OF CYBERSECURITY UNIT WITH THE RUSSIAN FEDERATION.

(a) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional intelligence committees;

(2) the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives; and

(3) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

(b) LIMITATION.—

(1) IN GENERAL.—No amount may be expended by the Federal Government, other than the Department of Defense, to enter into or implement any bilateral agreement between the United States

WASHSTATEC008181

and the Russian Federation regarding cybersecurity, including the establishment or support of any cybersecurity unit, unless, at least 30 days prior to the conclusion of any such agreement, the Director of National Intelligence submits to the appropriate congressional committees a report on such agreement that includes the elements required by subsection (c).

(2) DEPARTMENT OF DEFENSE AGREEMENTS.—Any agreement between the Department of Defense and the Russian Federation regarding cybersecurity shall be conducted in accordance with section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114–328), as amended by section 1231 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115–91).

(c) ELEMENTS.—If the Director submits a report under subsection (b) with respect to an agreement, such report shall include a discussion of each of the following:

(1) The purpose of the agreement.

(2) The nature of any intelligence to be shared pursuant to the agreement.

(3) The expected value to national security resulting from the implementation of the agreement.

WASHSTATEC008182

(4) Such counterintelligence concerns associated with the agreement as the Director may have and such measures as the Director expects to be taken to mitigate such concerns.

(d) Rule of Construction.—This section shall not be construed to affect any existing authority of the Director of National Intelligence, the Director of the Central Intelligence Agency, or another head of an element of the intelligence community, to share or receive foreign intelligence on a case-by-case basis.

**SEC. 6702. ASSESSMENT OF THREAT FINANCE RELATING TO RUSSIA.**

(a) Threat Finance Defined.—In this section, the term "threat finance" means—

(1) the financing of cyber operations, global influence campaigns, intelligence service activities, proliferation, terrorism, or transnational crime and drug organizations;

(2) the methods and entities used to spend, store, move, raise, conceal, or launder money or value, on behalf of threat actors;

(3) sanctions evasion; and

(4) other forms of threat finance activity domestically or internationally, as defined by the President.

WASHSTATEC008183

(b) REPORT REQUIRED.—Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Assistant Secretary of the Treasury for Intelligence and Analysis, shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing an assessment of Russian threat finance. The assessment shall be based on intelligence from all sources, including from the Office of Terrorism and Financial Intelligence of the Department of the Treasury.

(c) ELEMENTS.—The report required by subsection (b) shall include each of the following:

(1) A summary of leading examples from the 3-year period preceding the date of the submittal of the report of threat finance activities conducted by, for the benefit of, or at the behest of—

(A) officials of the Government of Russia;

(B) persons subject to sanctions under any provision of law imposing sanctions with respect to Russia;

(C) Russian nationals subject to sanctions under any other provision of law; or

WASHSTATEC008184

(D) Russian oligarchs or organized criminals.

(2) An assessment with respect to any trends or patterns in threat finance activities relating to Russia, including common methods of conducting such activities and global nodes of money laundering used by Russian threat actors described in paragraph (1) and associated entities.

(3) An assessment of any connections between Russian individuals involved in money laundering and the Government of Russia.

(4) A summary of engagement and coordination with international partners on threat finance relating to Russia, especially in Europe, including examples of such engagement and coordination.

(5) An identification of any resource and collection gaps.

(6) An identification of—

(A) entry points of money laundering by Russian and associated entities into the United States;

(B) any vulnerabilities within the United States legal and financial system, including specific sectors, which have been or could be ex-

ploited in connection with Russian threat finance activities; and

(C) the counterintelligence threat posed by Russian money laundering and other forms of threat finance, as well as the threat to the United States financial system and United States efforts to enforce sanctions and combat organized crime.

(7) Any other matters the Director determines appropriate.

(d) FORM OF REPORT.—The report required under subsection (b) may be submitted in classified form.

**SEC. 6703. NOTIFICATION OF AN ACTIVE MEASURES CAMPAIGN.**

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives; and

(C) the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.

(2) CONGRESSIONAL LEADERSHIP.—The term "congressional leadership" includes the following:

(A) The majority leader of the Senate.

(B) The minority leader of the Senate.

(C) The Speaker of the House of Representatives.

(D) The minority leader of the House of Representatives.

(b) REQUIREMENT FOR NOTIFICATION.—The Director of National Intelligence, in cooperation with the Director of the Federal Bureau of Investigation and the head of any other relevant agency, shall notify the congressional leadership and the chairman and vice chairman or ranking member of each of the appropriate congressional committees, and of other relevant committees of jurisdiction, each time the Director of National Intelligence determines there is credible information that a foreign power has, is, or will attempt to employ a covert influence or active measures campaign with regard to the modernization, employment, doctrine, or force posture of the nuclear deterrent or missile defense.

(c) CONTENT OF NOTIFICATION.—Each notification required by subsection (b) shall include information concerning actions taken by the United States to expose or halt an attempt referred to in subsection (b).

**SEC. 6704. NOTIFICATION OF TRAVEL BY ACCREDITED DIPLOMATIC AND CONSULAR PERSONNEL OF THE RUSSIAN FEDERATION IN THE UNITED STATES.**

In carrying out the advance notification requirements set out in section 502 of the Intelligence Authorization Act for Fiscal Year 2017 (division N of Public Law 115–31; 131 Stat. 825; 22 U.S.C. 254a note), the Secretary of State shall—

(1) ensure that the Russian Federation provides notification to the Secretary of State at least 2 business days in advance of all travel that is subject to such requirements by accredited diplomatic and consular personnel of the Russian Federation in the United States, and take necessary action to secure full compliance by Russian personnel and address any noncompliance; and

(2) provide notice of travel described in paragraph (1) to the Director of National Intelligence and the Director of the Federal Bureau of Investigation within 1 hour of receiving notice of such travel.

WASHSTATEC008188

**SEC. 6705. REPORT AND ANNUAL BRIEFING ON IRANIAN EXPENDITURES SUPPORTING FOREIGN MILITARY AND TERRORIST ACTIVITIES.**

(a) REPORT.—

(1) REPORT REQUIRED.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a report, and not less frequently than once each year thereafter provide a briefing to Congress, describing Iranian expenditures in the previous calendar year on military and terrorist activities outside the country, including each of the following:

(A) The amount spent in such calendar year on activities by the Islamic Revolutionary Guard Corps, including activities providing support for—

(i) Hizballah;

(ii) Houthi rebels in Yemen;

(iii) Hamas;

(iv) proxy forces in Iraq and Syria; or

(v) any other entity or country the Director determines to be relevant.

(B) The amount spent in such calendar year for ballistic missile research and testing or

WASHSTATEC008189

other activities that the Director determines are destabilizing to the Middle East region.

(2) FORM.—The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.

(b) ANNUAL BRIEFING.—Following the submission of the report under subsection (a), the Director shall annually provide a briefing to the congressional intelligence committees on the information described in such subsection.

**SEC. 6706. EXPANSION OF SCOPE OF COMMITTEE TO COUNTER ACTIVE MEASURES.**

(a) SCOPE OF COMMITTEE TO COUNTER ACTIVE MEASURES.—Section 501 of the Intelligence Authorization Act for Fiscal Year 2017 (Public Law 115–31; 50 U.S.C. 3001 note) is amended—

(1) in subsections (a) through (h)—

(A) by inserting ", the People's Republic of China, the Islamic Republic of Iran, the Democratic People's Republic of Korea, or other nation state" after "Russian Federation" each place it appears; and

(B) by inserting ", China, Iran, North Korea, or other nation state" after "Russia" each place it appears; and

(2) in the section heading, by inserting "**, THE PEOPLE'S REPUBLIC OF CHINA, THE ISLAMIC REPUBLIC OF IRAN, THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, OR OTHER NATION STATE**" after "**RUSSIAN FEDERATION**".

(b) CLERICAL AMENDMENT.—The table of contents in section 1(b) of such Act is amended by striking the item relating to section 501 and inserting the following new item:

"Sec. 501. Committee to counter active measures by the Russian Federation, the People's Republic of China, the Islamic Republic of Iran, the Democratic People's Republic of Korea, and other nation states to exert covert influence over peoples and governments.".

## Subtitle B—Reports

### SEC. 6711. TECHNICAL CORRECTION TO INSPECTOR GENERAL STUDY.

Section 11001(d) of title 5, United States Code, is amended—

(1) in the subsection heading, by striking "AUDIT" and inserting "REVIEW";

(2) in paragraph (1), by striking "audit" and inserting "review"; and

(3) in paragraph (2), by striking "audit" and inserting "review".

WASHSTATEC008191

**SEC. 6712. REPORTS ON AUTHORITIES OF THE CHIEF INTELLIGENCE OFFICER OF THE DEPARTMENT OF HOMELAND SECURITY.**

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

(A) the congressional intelligence committees;

(B) the Committee on Homeland Security and Governmental Affairs of the Senate; and

(C) the Committee on Homeland Security of the House of Representatives.

(2) HOMELAND SECURITY INTELLIGENCE ENTERPRISE.—The term "Homeland Security Intelligence Enterprise" has the meaning given such term in Department of Homeland Security Instruction Number 264–01–001, or successor authority.

(b) REPORT REQUIRED.—Not later than 120 days after the date of the enactment of this Act, the Secretary of Homeland Security, in consultation with the Under Secretary of Homeland Security for Intelligence and Analysis, shall submit to the appropriate committees of Congress a report on the authorities of the Under Secretary.

(c) ELEMENTS.—The report required by subsection (b) shall include each of the following:

(1) An analysis of whether the Under Secretary has the legal and policy authority necessary to organize and lead the Homeland Security Intelligence Enterprise, with respect to intelligence, and, if not, a description of—

(A) the obstacles to exercising the authorities of the Chief Intelligence Officer of the Department and the Homeland Security Intelligence Council, of which the Chief Intelligence Officer is the chair; and

(B) the legal and policy changes necessary to effectively coordinate, organize, and lead intelligence activities of the Department of Homeland Security.

(2) A description of the actions that the Secretary has taken to address the inability of the Under Secretary to require components of the Department, other than the Office of Intelligence and Analysis of the Department to—

(A) coordinate intelligence programs; and

(B) integrate and standardize intelligence products produced by such other components.

**SEC. 6713. REVIEW OF INTELLIGENCE COMMUNITY WHISTLEBLOWER MATTERS.**

(a) REVIEW OF WHISTLEBLOWER MATTERS.—The Inspector General of the Intelligence Community, in consultation with the inspectors general for the Central Intelligence Agency, the National Security Agency, the National Geospatial-Intelligence Agency, the Defense Intelligence Agency, and the National Reconnaissance Office, shall conduct a review of the authorities, policies, investigatory standards, and other practices and procedures relating to intelligence community whistleblower matters, with respect to such inspectors general.

(b) OBJECTIVE OF REVIEW.—The objective of the review required under subsection (a) is to identify any discrepancies, inconsistencies, or other issues, which frustrate the timely and effective reporting of intelligence community whistleblower matters to appropriate inspectors general and to the congressional intelligence committees, and the fair and expeditious investigation and resolution of such matters.

(c) CONDUCT OF REVIEW.—The Inspector General of the Intelligence Community shall take such measures as the Inspector General determines necessary in order to ensure that the review required by subsection (a) is conducted in an independent and objective fashion.

WASHSTATEC008194

(d) REPORT.—Not later than 270 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees a written report containing the results of the review required under subsection (a), along with recommendations to improve the timely and effective reporting of intelligence community whistleblower matters to inspectors general and to the congressional intelligence committees and the fair and expeditious investigation and resolution of such matters.

**SEC. 6714. REPORT ON ROLE OF DIRECTOR OF NATIONAL INTELLIGENCE WITH RESPECT TO CERTAIN FOREIGN INVESTMENTS.**

(a) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees a report on the role of the Director in preparing analytic materials in connection with the evaluation by the Federal Government of national security risks associated with potential foreign investments into the United States.

(b) ELEMENTS.—The report under subsection (a) shall include—

WASHSTATEC008195

(1) a description of the current process for the provision of the analytic materials described in subsection (a);

(2) an identification of the most significant benefits and drawbacks of such process with respect to the role of the Director, including the sufficiency of resources and personnel to prepare such materials; and

(3) recommendations to improve such process.

**SEC. 6715. REPORT ON SURVEILLANCE BY FOREIGN GOVERNMENTS AGAINST UNITED STATES TELECOMMUNICATIONS NETWORKS.**

(a) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means the following:

(1) The congressional intelligence committees.

(2) The Committee on the Judiciary and the Committee on Homeland Security and Governmental Affairs of the Senate.

(3) The Committee on the Judiciary and the Committee on Homeland Security of the House of Representatives.

(b) REPORT.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the Director of the

Central Intelligence Agency, the Director of the National Security Agency, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security, submit to the appropriate congressional committees a report describing—

(1) any attempts known to the intelligence community by foreign governments to exploit cybersecurity vulnerabilities in United States telecommunications networks (including Signaling System No. 7) to target for surveillance United States persons, including employees of the Federal Government; and

(2) any actions, as of the date of the enactment of this Act, taken by the intelligence community to protect agencies and personnel of the United States Government from surveillance conducted by foreign governments.

**SEC. 6716. BIENNIAL REPORT ON FOREIGN INVESTMENT RISKS.**

(a) INTELLIGENCE COMMUNITY INTERAGENCY WORKING GROUP.—

(1) REQUIREMENT TO ESTABLISH.—The Director of National Intelligence shall establish an intelligence community interagency working group to prepare the biennial reports required by subsection (b).

WASHSTATEC008197

(2) CHAIRPERSON.—The Director of National Intelligence shall serve as the chairperson of such interagency working group.

(3) MEMBERSHIP.—Such interagency working group shall be composed of representatives of each element of the intelligence community that the Director of National Intelligence determines appropriate.

(b) BIENNIAL REPORT ON FOREIGN INVESTMENT RISKS.—

(1) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 2 years thereafter, the Director of National Intelligence shall submit to the appropriate congressional committees a report on foreign investment risks prepared by the interagency working group established under subsection (a).

(2) ELEMENTS.—Each report required by paragraph (1) shall include identification, analysis, and explanation of the following:

(A) Any current or projected major threats to the national security of the United States with respect to foreign investment.

(B) Any strategy used by a foreign country that such interagency working group has identified to be a country of special concern to use foreign investment to target the acquisition of critical technologies, critical materials, or critical infrastructure.

(C) Any economic espionage efforts directed at the United States by a foreign country, particularly such a country of special concern.

(c) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the congressional intelligence committees;

(2) the Committee on Homeland Security and Governmental Affairs and the Committee on Foreign Relations of the Senate; and

(3) the Committee on Homeland Security and the Committee on Foreign Affairs of the House of Representatives.

**SEC. 6717. MODIFICATION OF CERTAIN REPORTING REQUIREMENT ON TRAVEL OF FOREIGN DIPLOMATS.**

Section 502(d)(2) of the Intelligence Authorization Act for Fiscal Year 2017 (Public Law 115–31) is amended by striking "the number" and inserting "a best estimate".

**SEC. 6718. SEMIANNUAL REPORTS ON INVESTIGATIONS OF UNAUTHORIZED DISCLOSURES OF CLASSIFIED INFORMATION.**

(a) IN GENERAL.—Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.) is amended by adding at the end the following new section:

**"SEC. 1105. SEMIANNUAL REPORTS ON INVESTIGATIONS OF UNAUTHORIZED DISCLOSURES OF CLASSIFIED INFORMATION.**

"(a) DEFINITIONS.—In this section:

"(1) COVERED OFFICIAL.—The term 'covered official' means—

"(A) the heads of each element of the intelligence community; and

"(B) the inspectors general with oversight responsibility for an element of the intelligence community.

"(2) INVESTIGATION.—The term 'investigation' means any inquiry, whether formal or informal, into

the existence of an unauthorized public disclosure of classified information.

"(3) UNAUTHORIZED DISCLOSURE OF CLASSIFIED INFORMATION.—The term 'unauthorized disclosure of classified information' means any unauthorized disclosure of classified information to any recipient.

"(4) UNAUTHORIZED PUBLIC DISCLOSURE OF CLASSIFIED INFORMATION.—The term 'unauthorized public disclosure of classified information' means the unauthorized disclosure of classified information to a journalist or media organization.

"(b) INTELLIGENCE COMMUNITY REPORTING.—

"(1) IN GENERAL.—Not less frequently than once every 6 months, each covered official shall submit to the congressional intelligence committees a report on investigations of unauthorized public disclosures of classified information.

"(2) ELEMENTS.—Each report submitted under paragraph (1) shall include, with respect to the preceding 6-month period, the following:

"(A) The number of investigations opened by the covered official regarding an unauthorized public disclosure of classified information.

WASHSTATEC008201

"(B) The number of investigations completed by the covered official regarding an unauthorized public disclosure of classified information.

"(C) Of the number of such completed investigations identified under subparagraph (B), the number referred to the Attorney General for criminal investigation.

"(c) DEPARTMENT OF JUSTICE REPORTING.—

"(1) IN GENERAL.—Not less frequently than once every 6 months, the Assistant Attorney General for National Security of the Department of Justice, in consultation with the Director of the Federal Bureau of Investigation, shall submit to the congressional intelligence committees, the Committee on the Judiciary of the Senate, and the Committee on the Judiciary of the House of Representatives a report on the status of each referral made to the Department of Justice from any element of the intelligence community regarding an unauthorized disclosure of classified information made during the most recent 365-day period or any referral that has not yet been closed, regardless of the date the referral was made.

"(2) CONTENTS.—Each report submitted under paragraph (1) shall include, for each referral covered by the report, at a minimum, the following:

"(A) The date the referral was received.

"(B) A statement indicating whether the alleged unauthorized disclosure described in the referral was substantiated by the Department of Justice.

"(C) A statement indicating the highest level of classification of the information that was revealed in the unauthorized disclosure.

"(D) A statement indicating whether an open criminal investigation related to the referral is active.

"(E) A statement indicating whether any criminal charges have been filed related to the referral.

"(F) A statement indicating whether the Department of Justice has been able to attribute the unauthorized disclosure to a particular entity or individual.

"(d) FORM OF REPORTS.—Each report submitted under this section shall be submitted in unclassified form, but may have a classified annex.".

(b) CLERICAL AMENDMENT.—The table of contents in the first section of the National Security Act of 1947 is amended by inserting after the item relating to section 1104 the following new item:

"Sec. 1105. Semiannual reports on investigations of unauthorized disclosures of classified information.".

**SEC. 6719. CONGRESSIONAL NOTIFICATION OF DESIGNATION OF COVERED INTELLIGENCE OFFICER AS PERSONA NON GRATA.**

(a) COVERED INTELLIGENCE OFFICER DEFINED.—In this section, the term "covered intelligence officer" means—

(1) a United States intelligence officer serving in a post in a foreign country; or

(2) a known or suspected foreign intelligence officer serving in a United States post.

(b) REQUIREMENT FOR REPORTS.—Not later than 72 hours after a covered intelligence officer is designated as a persona non grata, the Director of National Intelligence, in consultation with the Secretary of State, shall submit to the congressional intelligence committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a notification of that designation. Each such notification shall include—

(1) the date of the designation;

WASHSTATEC008204

(2) the basis for the designation; and

(3) a justification for the expulsion.

**SEC. 6720. REPORTS ON INTELLIGENCE COMMUNITY PARTICIPATION IN VULNERABILITIES EQUITIES PROCESS OF FEDERAL GOVERNMENT.**

(a) DEFINITIONS.—In this section:

(1) VULNERABILITIES EQUITIES POLICY AND PROCESS DOCUMENT.—The term "Vulnerabilities Equities Policy and Process document" means the executive branch document entitled "Vulnerabilities Equities Policy and Process" dated November 15, 2017.

(2) VULNERABILITIES EQUITIES PROCESS.—The term "Vulnerabilities Equities Process" means the interagency review of vulnerabilities, pursuant to the Vulnerabilities Equities Policy and Process document or any successor document.

(3) VULNERABILITY.—The term "vulnerability" means a weakness in an information system or its components (for example, system security procedures, hardware design, and internal controls) that could be exploited or could affect confidentiality, integrity, or availability of information.

(b) REPORTS ON PROCESS AND CRITERIA UNDER VULNERABILITIES EQUITIES POLICY AND PROCESS.—

WASHSTATEC008205

(1) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a written report describing—

(A) with respect to each element of the intelligence community—

(i) the title of the official or officials responsible for determining whether, pursuant to criteria contained in the Vulnerabilities Equities Policy and Process document or any successor document, a vulnerability must be submitted for review under the Vulnerabilities Equities Process; and

(ii) the process used by such element to make such determination; and

(B) the roles or responsibilities of that element during a review of a vulnerability submitted to the Vulnerabilities Equities Process.

(2) CHANGES TO PROCESS OR CRITERIA.—Not later than 30 days after any significant change is made to the process and criteria used by any element of the intelligence community for determining whether to submit a vulnerability for review under

the Vulnerabilities Equities Process, such element shall submit to the congressional intelligence committees a report describing such change.

(3) FORM OF REPORTS.—Each report submitted under this subsection shall be submitted in unclassified form, but may include a classified annex.

(c) ANNUAL REPORTS.—

(1) IN GENERAL.—Not less frequently than once each calendar year, the Director of National Intelligence shall submit to the congressional intelligence committees a classified report containing, with respect to the previous year—

(A) the number of vulnerabilities submitted for review under the Vulnerabilities Equities Process;

(B) the number of vulnerabilities described in subparagraph (A) disclosed to each vendor responsible for correcting the vulnerability, or to the public, pursuant to the Vulnerabilities Equities Process; and

(C) the aggregate number, by category, of the vulnerabilities excluded from review under the Vulnerabilities Equities Process, as de-

scribed in paragraph 5.4 of the Vulnerabilities Equities Policy and Process document.

(2) UNCLASSIFIED INFORMATION.—Each report submitted under paragraph (1) shall include an unclassified appendix that contains—

(A) the aggregate number of vulnerabilities disclosed to vendors or the public pursuant to the Vulnerabilities Equities Process; and

(B) the aggregate number of vulnerabilities disclosed to vendors or the public pursuant to the Vulnerabilities Equities Process known to have been patched.

(3) NONDUPLICATION.—The Director of National Intelligence may forgo submission of an annual report required under this subsection for a calendar year, if the Director notifies the intelligence committees in writing that, with respect to the same calendar year, an annual report required by paragraph 4.3 of the Vulnerabilities Equities Policy and Process document already has been submitted to Congress, and such annual report contains the information that would otherwise be required to be included in an annual report under this subsection.

WASHSTATEC008208

**SEC. 6721. INSPECTORS GENERAL REPORTS ON CLASSIFICATION.**

(a) REPORTS REQUIRED.—Not less than once per year in each of the three fiscal years immediately following the date of the enactment of this Act, each Inspector General listed in subsection (b) shall submit to the congressional intelligence committees a report that includes, with respect to the department or agency of the Inspector General, analyses of the following with respect to the prior fiscal year:

(1) The accuracy of the application of classification and handling markers on a representative sample of finished reports, including such reports that are compartmented.

(2) Compliance with declassification procedures.

(3) The effectiveness of processes for identifying topics of public or historical importance that merit prioritization for a declassification review.

(b) INSPECTORS GENERAL LISTED.—The Inspectors General listed in this subsection are as follows:

(1) The Inspector General of the Intelligence Community.

(2) The Inspector General of the Central Intelligence Agency.

(3) The Inspector General of the National Security Agency.

(4) The Inspector General of the Defense Intelligence Agency.

(5) The Inspector General of the National Reconnaissance Office.

(6) The Inspector General of the National Geospatial-Intelligence Agency.

**SEC. 6722. REPORTS AND BRIEFINGS ON NATIONAL SECURITY EFFECTS OF GLOBAL WATER INSECURITY AND EMERGING INFECTIOUS DISEASE AND PANDEMICS.**

(a) GLOBAL WATER INSECURITY.—

(1) REPORT.—

(A) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on the implications of water insecurity on the national security interests of the United States, including consideration of social, economic, agricultural, and environmental factors.

(B) ASSESSMENT SCOPE AND FOCUS.—The report submitted under subparagraph (A)

shall include an assessment of water insecurity described in such subsection with a global scope, but focus on areas of the world—

(i) of strategic, economic, or humanitarian interest to the United States—

(I) that are, as of the date of the report, at the greatest risk of instability, conflict, human insecurity, or mass displacement; or

(II) where challenges relating to water insecurity are likely to emerge and become significant during the 5-year or the 20-year period beginning on the date of the report; and

(ii) where challenges relating to water insecurity are likely to imperil the national security interests of the United States or allies of the United States.

(C) CONSULTATION.—In researching the report required by subparagraph (A), the Director shall consult with—

(i) such stakeholders within the intelligence community, the Department of Defense, and the Department of State as the Director considers appropriate; and

(ii) such additional Federal agencies and persons in the private sector as the Director considers appropriate.

(D) FORM.—The report submitted under subparagraph (A) shall be submitted in unclassified form, but may include a classified annex.

(2) QUINQUENNIAL BRIEFINGS.—Beginning on the date that is 5 years after the date on which the Director submits the report under paragraph (1), and every 5 years thereafter, the Director shall provide to the committees specified in such paragraph a briefing that updates the matters contained in the report.

(b) EMERGING INFECTIOUS DISEASE AND PANDEMICS.—

(1) REPORT.—

(A) IN GENERAL.—Not later than 120 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees a report on the anticipated geopolitical effects of emerging infectious disease (including deliberate, accidental, and naturally occurring infectious disease threats) and pandemics, and

their implications on the national security of the United States.

(B) CONTENTS.—The report under subparagraph (A) shall include an assessment of—

(i) the economic, social, political, and security risks, costs, and impacts of emerging infectious diseases on the United States and the international political and economic system;

(ii) the economic, social, political, and security risks, costs, and impacts of a major transnational pandemic on the United States and the international political and economic system; and

(iii) contributing trends and factors to the matters assessed under clauses (i) and (ii).

(C) EXAMINATION OF RESPONSE CAPACITY.—In examining the risks, costs, and impacts of emerging infectious disease and a possible transnational pandemic under subparagraph (B), the Director of National Intelligence shall also examine in the report under subparagraph (A) the response capacity within affected countries and the international system. In con-

WASHSTATEC008213

sidering response capacity, the Director shall include—

(i) the ability of affected nations to effectively detect and manage emerging infectious diseases and a possible transnational pandemic;

(ii) the role and capacity of international organizations and nongovernmental organizations to respond to emerging infectious disease and a possible pandemic, and their ability to coordinate with affected and donor nations; and

(iii) the effectiveness of current international frameworks, agreements, and health systems to respond to emerging infectious diseases and a possible transnational pandemic.

(2) QUINQUENNIAL BRIEFINGS.—Beginning on the date that is 5 years after the date on which the Director submits the report under paragraph (1), and every 5 years thereafter, the Director shall provide to the congressional intelligence committees a briefing that updates the matters contained in the report.

(3) FORM.—The report under paragraph (1) and the briefings under paragraph (2) may be classified.

(4) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this subsection, the term "appropriate congressional committees" means—

(A) the congressional intelligence committees;

(B) the Committee on Foreign Affairs, the Committee on Armed Services, the Committee on Energy and Commerce, and the Committee on Appropriations of the House of Representatives; and

(C) the Committee on Foreign Relations, the Committee on Armed Services, the Committee on Health, Education, Labor, and Pensions, and the Committee on Appropriations of the Senate.

**SEC. 6723. ANNUAL REPORT ON MEMORANDA OF UNDERSTANDING BETWEEN ELEMENTS OF INTELLIGENCE COMMUNITY AND OTHER ENTITIES OF THE UNITED STATES GOVERNMENT REGARDING SIGNIFICANT OPERATIONAL ACTIVITIES OR POLICY.**

Section 311 of the Intelligence Authorization Act for Fiscal Year 2017 (50 U.S.C. 3313) is amended—

(1) by redesignating subsection (b) as subsection (c); and

(2) by striking subsection (a) and inserting the following:

"(a) IN GENERAL.—Each year, concurrent with the annual budget request submitted by the President to Congress under section 1105 of title 31, United States Code, each head of an element of the intelligence community shall submit to the congressional intelligence committees a report that lists each memorandum of understanding or other agreement regarding significant operational activities or policy entered into during the most recently completed fiscal year between or among such element and any other entity of the United States Government.

"(b) PROVISION OF DOCUMENTS.—Each head of an element of an intelligence community who receives a request from the Select Committee on Intelligence of the Senate or the Permanent Select Committee on Intelligence

of the House of Representatives for a copy of a memorandum of understanding or other document listed in a report submitted by the head under subsection (a) shall submit to such committee the requested copy as soon as practicable after receiving such request.''.

**SEC. 6724. STUDY ON THE FEASIBILITY OF ENCRYPTING UNCLASSIFIED WIRELINE AND WIRELESS TELEPHONE CALLS.**

(a) STUDY REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall complete and submit to the congressional intelligence committees a study on the feasibility of encrypting unclassified wireline and wireless telephone calls between personnel in the intelligence community.

(b) BRIEFING.—Not later than 90 days after the date on which the Director submits the study required by subsection (a), the Director shall provide to the congressional intelligence committees a briefing on the Director's findings with respect to such study.

**SEC. 6725. REPORTS ON INTELLIGENCE COMMUNITY LOAN REPAYMENT AND RELATED PROGRAMS.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that—

WASHSTATEC008217

(1) there should be established, through the issuing of an Intelligence Community Directive or otherwise, an intelligence-community-wide program for student loan repayment, student loan forgiveness, financial counseling, and related matters, for employees of the intelligence community;

(2) creating such a program would enhance the ability of the elements of the intelligence community to recruit, hire, and retain highly qualified personnel, including with respect to mission-critical and hard-to-fill positions;

(3) such a program, including with respect to eligibility requirements, should be designed so as to maximize the ability of the elements of the intelligence community to recruit, hire, and retain highly qualified personnel, including with respect to mission-critical and hard-to-fill positions; and

(4) to the extent possible, such a program should be uniform throughout the intelligence community and publicly promoted by each element of the intelligence community to both current employees of the element as well as to prospective employees of the element.

(b) REPORT ON POTENTIAL INTELLIGENCE COMMUNITY-WIDE PROGRAM.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in cooperation with the heads of the elements of the intelligence community and the heads of any other appropriate department or agency of the Federal Government, shall submit to the congressional intelligence committees a report on potentially establishing and carrying out an intelligence-community-wide program for student loan repayment, student loan forgiveness, financial counseling, and related matters, as described in subsection (a).

(2) MATTERS INCLUDED.—The report under paragraph (1) shall include, at a minimum, the following:

(A) A description of the financial resources that the elements of the intelligence community would require to establish and initially carry out the program specified in paragraph (1).

(B) A description of the practical steps to establish and carry out such a program.

(C) The identification of any legislative action the Director determines necessary to establish and carry out such a program.

(c) ANNUAL REPORTS ON ESTABLISHED PROGRAMS.—

(1) COVERED PROGRAMS DEFINED.—In this subsection, the term "covered programs" means any loan repayment program, loan forgiveness program, financial counseling program, or similar program, established pursuant to title X of the National Security Act of 1947 (50 U.S.C. 3191 et seq.) or any other provision of law that may be administered or used by an element of the intelligence community.

(2) ANNUAL REPORTS REQUIRED.—Not less frequently than once each year, the Director of National Intelligence shall submit to the congressional intelligence committees a report on the covered programs. Each such report shall include, with respect to the period covered by the report, the following:

(A) The number of personnel from each element of the intelligence community who used each covered program.

(B) The total amount of funds each element expended for each such program.

(C) A description of the efforts made by each element to promote each covered program pursuant to both the personnel of the element

of the intelligence community and to prospective personnel.

**SEC. 6726. REPEAL OF CERTAIN REPORTING REQUIREMENTS.**

(a) CORRECTING LONG-STANDING MATERIAL WEAKNESSES.—Section 368 of the Intelligence Authorization Act for Fiscal Year 2010 (Public Law 110–259; 50 U.S.C. 3051 note) is hereby repealed.

(b) INTERAGENCY THREAT ASSESSMENT AND COORDINATION GROUP.—Section 210D of the Homeland Security Act of 2002 (6 U.S.C. 124k) is amended—

(1) by striking subsection (c); and

(2) by redesignating subsections (d) through (i) as subsections (c) through (h), respectively; and

(3) in subsection (c), as so redesignated—

(A) in paragraph (8), by striking "; and" and inserting a period; and

(B) by striking paragraph (9).

(c) INSPECTOR GENERAL REPORT.—Section 8H of the Inspector General Act of 1978 (5 U.S.C. App.) is amended—

(1) by striking subsection (g); and

(2) by redesignating subsections (h) and (i) as subsections (g) and (h), respectively.

**SEC. 6727. INSPECTOR GENERAL OF THE INTELLIGENCE COMMUNITY REPORT ON SENIOR EXECUTIVES OF THE OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE.**

(a) SENIOR EXECUTIVE SERVICE POSITION DEFINED.—In this section, the term "Senior Executive Service position" has the meaning given that term in section 3132(a)(2) of title 5, United States Code, and includes any position above the GS–15, step 10, level of the General Schedule under section 5332 of such title.

(b) REPORT.—Not later than 90 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees a report on the number of Senior Executive Service positions in the Office of the Director of National Intelligence.

(c) MATTERS INCLUDED.—The report under subsection (b) shall include the following:

(1) The number of required Senior Executive Service positions for the Office of the Director of National Intelligence.

(2) Whether such requirements are reasonably based on the mission of the Office.

(3) A discussion of how the number of the Senior Executive Service positions in the Office compare

to the number of senior positions at comparable organizations.

(d) COOPERATION.—The Director of National Intelligence shall provide to the Inspector General of the Intelligence Community any information requested by the Inspector General of the Intelligence Community that is necessary to carry out this section by not later than 14 calendar days after the date on which the Inspector General of the Intelligence Community makes such request.

**SEC. 6728. BRIEFING ON FEDERAL BUREAU OF INVESTIGATION OFFERING PERMANENT RESIDENCE TO SOURCES AND COOPERATORS.**

Not later than 30 days after the date of the enactment of this Act, the Director of the Federal Bureau of Investigation shall provide to the congressional intelligence committees a briefing on the ability of the Federal Bureau of Investigation to offer, as an inducement to assisting the Bureau, permanent residence within the United States to foreign individuals who are sources or cooperators in counterintelligence or other national-security-related investigations. The briefing shall address the following:

(1) The extent to which the Bureau may make such offers, whether independently or in conjunction with other agencies and departments of the United States Government, including a discussion of the au-

WASHSTATEC008223

thorities provided by section 101(a)(15)(S) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(15)(S)), section 7 of the Central Intelligence Agency Act (50 U.S.C. 3508), and any other provision of law under which the Bureau may make such offers.

(2) An overview of the policies and operational practices of the Bureau with respect to making such offers.

(3) The sufficiency of such policies and practices with respect to inducing individuals to cooperate with, serve as sources for such investigations, or both.

(4) Whether the Director recommends any legislative actions to improve such policies and practices, particularly with respect to the counterintelligence efforts of the Bureau.

**SEC. 6729. INTELLIGENCE ASSESSMENT OF NORTH KOREA REVENUE SOURCES.**

(a) ASSESSMENT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Assistant Secretary of State for Intelligence and Research and the Assistant Secretary of the Treasury for Intelligence and Analysis, shall produce an intelligence assess-

WASHSTATEC008224

ment of the revenue sources of the North Korean regime. Such assessment shall include revenue from the following sources:

(1) Trade in coal, iron, and iron ore.

(2) The provision of fishing rights to North Korean territorial waters.

(3) Trade in gold, titanium ore, vanadium ore, copper, silver, nickel, zinc, or rare earth minerals, and other stores of value.

(4) Trade in textiles.

(5) Sales of conventional defense articles and services.

(6) Sales of controlled goods, ballistic missiles, and other associated items.

(7) Other types of manufacturing for export, as the Director of National Intelligence considers appropriate.

(8) The exportation of workers from North Korea in a manner intended to generate significant revenue, directly or indirectly, for use by the government of North Korea.

(9) The provision of nonhumanitarian goods (such as food, medicine, and medical devices) and services by other countries.

WASHSTATEC008225

(10) The provision of services, including banking and other support, including by entities located in the Russian Federation, China, and Iran.

(11) Online commercial activities of the Government of North Korea, including online gambling.

(12) Criminal activities, including cyber-enabled crime and counterfeit goods.

(b) ELEMENTS.—The assessment required under subsection (a) shall include an identification of each of the following:

(1) The sources of North Korea's funding.

(2) Financial and nonfinancial networks, including supply chain management, transportation, and facilitation, through which North Korea accesses the United States and international financial systems and repatriates and exports capital, goods, and services; and

(3) the global financial institutions, money services business, and payment systems that assist North Korea with financial transactions.

(c) SUBMITTAL TO CONGRESS.—Upon completion of the assessment required under subsection (a), the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on

Foreign Relations of the Senate a copy of such assessment.

**SEC. 6730. REPORT ON POSSIBLE EXPLOITATION OF VIRTUAL CURRENCIES BY TERRORIST ACTORS.**

(a) SHORT TITLE.—This section may be cited as the "Stop Terrorist Use of Virtual Currencies Act".

(b) REPORT.—Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the Secretary of the Treasury and the Under Secretary of Homeland Security for Intelligence and Analysis, shall submit to Congress a report on the possible exploitation of virtual currencies by terrorist actors. Such report shall include the following elements:

(1) An assessment of the means and methods by which international terrorist organizations and State sponsors of terrorism use virtual currencies.

(2) An assessment of the use by terrorist organizations and state sponsors of terrorism of virtual currencies compared to the use by such organizations and states of other forms of financing to support operations, including an assessment of the collection posture of the intelligence community on the use of virtual currencies by such organizations and states.

WASHSTATEC008227

(3) A description of any existing legal impediments that inhibit or prevent the intelligence community from collecting information on or helping prevent the use of virtual currencies by international terrorist organizations and state sponsors of terrorism and an identification of any gaps in existing law that could be exploited for illicit funding by such organizations and States.

(c) FORM OF REPORT.—The report required by subsection (b) shall be submitted in unclassified form, but may include a classified annex.

(d) DISSEMINATION TO STATE AND LOCAL PARTNERS.—Consistent with the protection of classified and confidential unclassified information, the Under Secretary shall share the report required by subsection (b) with State, local, and regional officials who operate within State, local, and regional fusion centers through the Department of Homeland Security State, Local, and Regional Fusion Center Initiative established in section 210A of the Homeland Security Act of 2002 (6 U.S.C. 124h).

## Subtitle C—Other Matters

### SEC. 6741. PUBLIC INTEREST DECLASSIFICATION BOARD.

(a) MEETINGS.—Section 703(e) of the Public Interest Declassification Act of 2000 (Public Law 106–567; 50 U.S.C. 3161 note) is amended by striking "funds." and

WASHSTATEC008228

inserting "funds, but shall meet in person not less frequently than on a quarterly basis.".

(b) REMOVAL OF SUNSET.—Section 710 of the Public Interest Declassification Act of 2000 (Public Law 106–567; 50 U.S.C. 3161 note) is amended—

(1) by striking subsection (b);

(2) in the section heading, by striking "**; SUNSET**"; and

(3) by striking "(a) EFFECTIVE DATE.—".

(c) STATUS OF BOARD.—Notwithstanding section 710(b) of the Public Interest Declassification Act of 2000 (Public Law 106–567; 50 U.S.C. 3161 note) as in effect on the day before the date of the enactment of this Act—

(1) the Public Interest Declassification Board shall be deemed to not have terminated for purposes of the appointment of members to the Board;

(2) section 703(h) of such Act shall not apply with respect to the period beginning on December 31, 2018, and ending on the day before the date of the enactment of this Act; and

(3) the length of the terms of the members serving on the Board as of December 30, 2018, shall be calculated by not counting the period specified in paragraph (2).

WASHSTATEC008229

**SEC. 6742. TECHNICAL AND CLERICAL AMENDMENTS TO THE NATIONAL SECURITY ACT OF 1947.**

(a) TABLE OF CONTENTS.—The table of contents at the beginning of the National Security Act of 1947 (50 U.S.C. 3001 et seq.) is amended—

(1) by inserting after the item relating to section 2 the following new item:

"Sec. 3. Definitions.";

(2) by striking the item relating to section 107;

(3) by striking the item relating to section 113B and inserting the following new item:

"Sec. 113B. Special pay authority for science, technology, engineering, or mathematics positions.";

(4) by striking the items relating to sections 202, 203, 204, 208, 209, 210, 211, 212, 213, and 214; and

(5) by inserting after the item relating to section 311 the following new item:

"Sec. 312. Repealing and saving provisions.".

(b) OTHER TECHNICAL CORRECTIONS.—Such Act is further amended—

(1) in section 102A—

(A) in subparagraph (G) of paragraph (1) of subsection (g), by moving the margins of such subparagraph 2 ems to the left; and

WASHSTATEC008230

(B) in paragraph (3) of subsection (v), by moving the margins of such paragraph 2 ems to the left;

(2) in section 106—

(A) by inserting "Sec. 106." before "(a)" and conforming the typeface and typestyle accordingly; and

(B) in subparagraph (I) of paragraph (2) of subsection (b), by moving the margins of such subparagraph 2 ems to the left;

(3) by striking section 107;

(4) in section 108(c), by striking "in both a classified and an unclassified form" and inserting "to Congress in classified form, but may include an unclassified summary";

(5) in section 112(c)(1), by striking "section 103(c)(7)" and inserting "section 102A(i)";

(6) by amending section 201 to read as follows:

**"SEC. 201. DEPARTMENT OF DEFENSE.**

"Except to the extent inconsistent with the provisions of this Act or other provisions of law, the provisions of title 5, United States Code, shall be applicable to the Department of Defense.";

(7) in section 205, by redesignating subsections (b) and (c) as subsections (a) and (b), respectively;

WASHSTATEC008231

(8) in section 206, by striking "(a)";

(9) in section 207, by striking "(c)";

(10) in section 308(a), by striking "this Act" and inserting "sections 2, 101, 102, 103, and 303 of this Act";

(11) by redesignating section 411 as section 312;

(12) in section 503—

(A) in paragraph (5) of subsection (c)—

(i) by moving the margins of such paragraph 4 ems to the left; and

(ii) by moving the margins of subparagraph (B) of such paragraph 2 ems to the left; and

(B) in paragraph (2) of subsection (d), by moving the margins of such paragraph 2 ems to the left; and

(13) in subparagraph (B) of paragraph (3) of subsection (a) of section 504, by moving the margins of such subparagraph 2 ems to the right.

**SEC. 6743. BUG BOUNTY PROGRAMS.**

(a) DEFINITIONS.—In this section:

(1) APPROPRIATE COMMITTEES OF CONGRESS.—The term "appropriate committees of Congress" means—

WASHSTATEC008232

(A) the congressional intelligence committees;

(B) the Committee on Armed Services and the Committee on Homeland Security and Governmental Affairs of the Senate; and

(C) the Committee on Armed Services and the Committee on Homeland Security of the House of Representatives.

(2) BUG BOUNTY PROGRAM.—The term "bug bounty program" means a program under which an approved computer security specialist or security researcher is temporarily authorized to identify and report vulnerabilities within the information system of an agency or department of the United States in exchange for compensation.

(3) INFORMATION SYSTEM.—The term "information system" has the meaning given that term in section 3502 of title 44, United States Code.

(b) BUG BOUNTY PROGRAM PLAN.—

(1) REQUIREMENT.—Not later than 180 days after the date of the enactment of this Act, the Secretary of Homeland Security, in consultation with the Secretary of Defense, shall submit to appropriate committees of Congress a strategic plan for

appropriate agencies and departments of the United States to implement bug bounty programs.

(2) CONTENTS.—The plan required by paragraph (1) shall include—

(A) an assessment of—

(i) the "Hack the Pentagon" pilot program carried out by the Department of Defense in 2016 and subsequent bug bounty programs in identifying and reporting vulnerabilities within the information systems of the Department of Defense; and

(ii) private sector bug bounty programs, including such programs implemented by leading technology companies in the United States; and

(B) recommendations on the feasibility of initiating bug bounty programs at appropriate agencies and departments of the United States.

**SEC. 6744. TECHNICAL AMENDMENTS RELATED TO THE DEPARTMENT OF ENERGY.**

(a) NATIONAL NUCLEAR SECURITY ADMINISTRATION ACT.—Section 3233(b) of the National Nuclear Security Administration Act (50 U.S.C. 2423(b)) is amended—

(1) by striking "Administration" and inserting "Department"; and

(2) by inserting "Intelligence and" after "the Office of".

(b) ATOMIC ENERGY DEFENSE ACT.—Section 4524(b)(2) of the Atomic Energy Defense Act (50 U.S.C. 2674(b)(2)) is amended by inserting "Intelligence and" after "The Director of".

(c) NATIONAL SECURITY ACT OF 1947.—Paragraph (2) of section 106(b) of the National Security Act of 1947 (50 U.S.C. 3041(b)(2)) is amended—

(1) in subparagraph (E), by inserting "and Counterintelligence" after "Office of Intelligence";

(2) by striking subparagraph (F); and

(3) by redesignating subparagraphs (G), (H), and (I) as subparagraphs (F), (G), and (H), respectively.

**SEC. 6745. SENSE OF CONGRESS ON NOTIFICATION OF CERTAIN DISCLOSURES OF CLASSIFIED INFORMATION.**

(a) DEFINITIONS.—In this section:

(1) ADVERSARY FOREIGN GOVERNMENT.—The term "adversary foreign government" means the government of any of the following foreign countries:

(A) North Korea.

(B) Iran.

(C) China.

WASHSTATEC008235

(D) Russia.

(E) Cuba.

(2) COVERED CLASSIFIED INFORMATION.—The term "covered classified information" means classified information that was—

(A) collected by an element of the intelligence community; or

(B) provided by the intelligence service or military of a foreign country to an element of the intelligence community.

(3) ESTABLISHED INTELLIGENCE CHANNELS.—The term "established intelligence channels" means methods to exchange intelligence to coordinate foreign intelligence relationships, as established pursuant to law by the Director of National Intelligence, the Director of the Central Intelligence Agency, the Director of the National Security Agency, or other head of an element of the intelligence community.

(4) INDIVIDUAL IN THE EXECUTIVE BRANCH.—The term "individual in the executive branch" means any officer or employee of the executive branch, including individuals—

(A) occupying a position specified in article II of the Constitution;

(B) appointed to a position by an individual described in subparagraph (A); or

(C) serving in the civil service or the Senior Executive Service (or similar service for senior executives of particular departments or agencies).

(b) FINDINGS.—Congress finds that section 502 of the National Security Act of 1947 (50 U.S.C. 3092) requires elements of the intelligence community to keep the congressional intelligence committees "fully and currently informed" about all "intelligence activities" of the United States, and to "furnish to the congressional intelligence committees any information or material concerning intelligence activities * * * which is requested by either of the congressional intelligence committees in order to carry out its authorized responsibilities.".

(c) SENSE OF CONGRESS.—It is the sense of Congress that—

(1) section 502 of the National Security Act of 1947 (50 U.S.C. 3092), together with other intelligence community authorities, obligates an element of the intelligence community to submit to the congressional intelligence committees written notification, by not later than 7 days after becoming aware, that an individual in the executive branch has dis-

closed covered classified information to an official of an adversary foreign government using methods other than established intelligence channels; and

(2) each such notification should include—

(A) the date and place of the disclosure of classified information covered by the notification;

(B) a description of such classified information;

(C) identification of the individual who made such disclosure and the individual to whom such disclosure was made; and

(D) a summary of the circumstances of such disclosure.

**SEC. 6746. SENSE OF CONGRESS ON CONSIDERATION OF ESPIONAGE ACTIVITIES WHEN CONSIDERING WHETHER OR NOT TO PROVIDE VISAS TO FOREIGN INDIVIDUALS TO BE ACCREDITED TO A UNITED NATIONS MISSION IN THE UNITED STATES.**

It is the sense of the Congress that the Secretary of State, in considering whether or not to provide a visa to a foreign individual to be accredited to a United Nations mission in the United States, should consider—

WASHSTATEC008238

(1) known and suspected intelligence activities, espionage activities, including activities constituting precursors to espionage, carried out by the individual against the United States, foreign allies of the United States, or foreign partners of the United States; and

(2) the status of an individual as a known or suspected intelligence officer for a foreign adversary.

**SEC. 6747. SENSE OF CONGRESS ON WIKILEAKS.**

It is the sense of Congress that WikiLeaks and the senior leadership of WikiLeaks resemble a nonstate hostile intelligence service often abetted by state actors and should be treated as such a service by the United States.

# DIVISION F—OTHER MATTERS

# TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA

Sec. 7101. Short title.

Subtitle A—Sanctions With Respect to North Korea

Sec. 7111. Sense of Congress.
Sec. 7112. Definitions.

PART I—EXPANSION OF SANCTIONS AND RELATED MATTERS

Sec. 7121. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.
Sec. 7122. Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.
Sec. 7123. Extension of applicability period of proliferation prevention sanctions.
Sec. 7124. Opposition to assistance by the international financial institutions.
Sec. 7125. Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.
Sec. 7126. Report and briefings on compliance, penalties, and technical assistance.

Sec. 7127. Sense of Congress on identification and blocking of property of North Korean officials.
Sec. 7128. Modification of report on implementation of United Nations Security Council resolutions by other governments.
Sec. 7129. Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system.

PART II—CONGRESSIONAL REVIEW AND OVERSIGHT

Sec. 7131. Notification of termination or suspension of sanctions.
Sec. 7132. Reports on certain licensing actions.
Sec. 7133. Report and briefings on financial networks and financial methods of the Government of North Korea.
Sec. 7134. Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea.

PART III—GENERAL MATTERS

Sec. 7141. Rulemaking.
Sec. 7142. Authority to consolidate reports.
Sec. 7143. Waivers, exemptions, and termination.
Sec. 7144. Procedures for review of classified and certain other information.
Sec. 7145. Briefing on resourcing of sanctions programs.
Sec. 7146. Briefing on proliferation financing.
Sec. 7147. Exception relating to importation of goods.

Subtitle B—Financial Industry Guidance to Halt Trafficking

Sec. 7151. Short title.
Sec. 7152. Sense of Congress.
Sec. 7153. Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.
Sec. 7154. Strengthening the role of anti-money laundering and other financial tools in combating human trafficking.
Sec. 7155. Sense of Congress on resources to combat human trafficking.

**SEC. 7101. SHORT TITLE.**

This title may be cited as the "Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019".

# Subtitle A—Sanctions With Respect to North Korea

**SEC. 7111. SENSE OF CONGRESS.**

It is the sense of Congress that—

(1) the United States is committed to working with its allies and partners to halt the nuclear and ballistic missile programs of North Korea through a

policy of maximum pressure and diplomatic engagement;

(2) the imposition of sanctions, including those under this title, should not be construed to limit the authority of the President to fully engage in diplomatic negotiations to further the policy objective described in paragraph (1);

(3) the successful use of sanctions to halt the nuclear and ballistic missile programs of North Korea is part of a broader diplomatic and economic strategy that relies on effective coordination among relevant Federal agencies and officials, as well as with international partners of the United States; and

(4) the coordination described in paragraph (3) should include proper vetting of external messaging and communications from all parts of the Executive branch to ensure that those communications are an intentional component of and aligned with the strategy of the United States with respect to North Korea.

**SEC. 7112. DEFINITIONS.**

In this subtitle, the terms "applicable Executive order", "applicable United Nations Security Council resolution", "appropriate congressional committees", "Government of North Korea", "North Korea", "North Ko-

rean financial institution'', and ''North Korean person'' have the meanings given those terms in section 3 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9202).

## PART I—EXPANSION OF SANCTIONS AND RELATED MATTERS

### SEC. 7121. SANCTIONS WITH RESPECT TO FOREIGN FINANCIAL INSTITUTIONS THAT PROVIDE FINANCIAL SERVICES TO CERTAIN SANCTIONED PERSONS.

(a) IN GENERAL.—Title II of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9221 et seq.) is amended by inserting after section 201A the following:

**''SEC. 201B. SANCTIONS WITH RESPECT TO FOREIGN FINANCIAL INSTITUTIONS THAT PROVIDE FINANCIAL SERVICES TO CERTAIN SANCTIONED PERSONS.**

''(a) IN GENERAL.—The Secretary of the Treasury shall impose one or more of the sanctions described in subsection (b) with respect to a foreign financial institution that the Secretary determines, in consultation with the Secretary of State, knowingly, on or after the date that is 120 days after the date of the enactment of the Otto Warmbier North Korea Nuclear Sanctions and Enforce-

ment Act of 2019, provides significant financial services to any person designated for the imposition of sanctions with respect to North Korea under—

"(1) subsection (a), (b), or (g) of section 104;

"(2) an applicable Executive order; or

"(3) an applicable United Nations Security Council resolution.

"(b) SANCTIONS DESCRIBED.—The sanctions that may be imposed with respect to a foreign financial institution subject to subsection (a) are the following:

"(1) ASSET BLOCKING.—The Secretary may block and prohibit, pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.), all transactions in all property and interests in property of the foreign financial institution if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.

"(2) RESTRICTIONS ON CORRESPONDENT AND PAYABLE-THROUGH ACCOUNTS.—The Secretary may prohibit, or impose strict conditions on, the opening or maintaining in the United States of a correspondent account or a payable-through account by the foreign financial institution.

WASHSTATEC008243

"(c) IMPLEMENTATION; PENALTIES.—

"(1) IMPLEMENTATION.—The President may exercise all authorities provided under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.

"(2) PENALTIES.—A person that violates, attempts to violate, conspires to violate, or causes a violation of this section or any regulation, license, or order issued to carry out this section shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.

"(d) REGULATIONS.—Not later than 120 days after the date of the enactment of the Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019, the President shall, as appropriate, prescribe regulations to carry out this section.

"(e) EXCEPTION RELATING TO IMPORTATION OF GOODS.—

"(1) IN GENERAL.—Notwithstanding section 404(b) or any provision of this section, the authorities and requirements to impose sanctions under this

WASHSTATEC008244

section shall not include the authority or a requirement to impose sanctions on the importation of goods.

"(2) GOOD DEFINED.—In this subsection, the term 'good' means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.

"(f) DEFINITIONS.—In this section:

"(1) ACCOUNT; CORRESPONDENT ACCOUNT; PAYABLE-THROUGH ACCOUNT.—The terms 'account', 'correspondent account', and 'payable-through account' have the meanings given those terms in section 5318A of title 31, United States Code.

"(2) FOREIGN FINANCIAL INSTITUTION.—The term 'foreign financial institution' has the meaning given that term in section 510.309 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling).

"(3) KNOWINGLY.—The term 'knowingly', with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.

WASHSTATEC008245

**"SEC. 201C. PROHIBITION ON TRANSACTIONS WITH CERTAIN SANCTIONED PERSONS BY PERSONS OWNED OR CONTROLLED BY UNITED STATES FINANCIAL INSTITUTIONS.**

"(a) IN GENERAL.—Not later than 180 days after the date of the enactment of the Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019, the Secretary of the Treasury, in consultation with the Secretary of State, shall prohibit an entity owned or controlled by a United States financial institution and established or maintained outside the United States from knowingly engaging in any transaction described in subsection (b) directly or indirectly with the Government of North Korea or any person designated for the imposition of sanctions with respect to North Korea under—

"(1) subsection (a), (b), or (g) of section 104;

"(2) an applicable Executive order; or

"(3) an applicable United Nations Security Council resolution.

"(b) TRANSACTIONS DESCRIBED.—A transaction described in this subsection is a transaction that would be prohibited by an order or regulation issued pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) if the transaction were engaged in in the United States or by a United States person.

"(c) CIVIL PENALTIES.—The civil penalty provided for in section 206(b) of the International Emergency Economic Powers Act (50 U.S.C. 1705(b)) shall apply to a United States financial institution to the same extent that such penalty applies to a person that commits an unlawful act described in section 206(a) of that Act if an entity owned or controlled by the United States financial institution and established or maintained outside the United States violates, attempts to violate, conspires to violate, or causes a violation of any order or regulation issued to implement subsection (a).

"(d) UNITED STATES FINANCIAL INSTITUTION DEFINED.—In this section, the term 'United States financial institution' has the meaning given the term 'U.S. financial institution' in section 510.328 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling).".

(b) CLERICAL AMENDMENT.—The table of contents for the North Korea Sanctions and Policy Enhancement Act of 2016 is amended by inserting after the item relating to section 201A the following:

"Sec. 201B. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.

"Sec. 201C. Prohibition on transactions with certain sanctioned persons by persons owned or controlled by United States financial institutions.".

WASHSTATEC008247

**SEC. 7122. MANDATORY DESIGNATIONS UNDER NORTH KOREA SANCTIONS AND POLICY ENHANCEMENT ACT OF 2016.**

(a) IN GENERAL.—Section 104 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9214) is amended—

(1) by adding at the end the following:

"(g) ADDITIONAL MANDATORY DESIGNATIONS.—

"(1) IN GENERAL.—Except as provided in section 208, the President shall designate under this subsection any person that the President determines—

"(A) knowingly, directly or indirectly, engages in the importation from or exportation to North Korea of significant quantities of—

"(i)(I) coal, textiles, seafood, iron, or iron ore; or

"(II) refined petroleum products or crude oil above limits set by the United Nations Security Council and with which the United States concurs; or

"(ii) services or technology related to goods specified in clause (i);

"(B) knowingly facilitates a significant transfer of funds or property of the Government of North Korea that materially contrib-

utes to any violation of an applicable United Nations Security Council resolution;

"(C) knowingly, directly or indirectly, engages in, facilitates, or is responsible for the exportation of workers from North Korea, or the employment of such workers, in a manner that generates significant revenue, directly or indirectly, for use by the Government of North Korea or by the Workers' Party of Korea;

"(D) knowingly, directly or indirectly, sells or transfers a significant number of vessels to North Korea, except as specifically approved by the United Nations Security Council;

"(E) knowingly engages in a significant activity to charter, insure, register, facilitate the registration of, or maintain insurance or a registration for, a vessel owned, controlled, commanded, or crewed by a North Korean person; or

"(F) knowingly contributes to and participates in—

"(i) a significant act of bribery of an official of the Government of North Korea or any person acting for or on behalf of that official;

WASHSTATEC008249

"(ii) the misappropriation, theft, or embezzlement of a significant amount of public funds by, or for the benefit of, an official of the Government of North Korea or any person acting for or on behalf of that official; or

"(iii) the use of any proceeds of any activity described in subparagraph (A) or (B).";

(2) in subsection (c), by inserting "or (g)" after "subsection (a)";

(3) in subsection (d)—

(A) by striking "or" the first place it appears and inserting a comma; and

(B) by inserting ", or (g)" after "(b)"; and

(4) in subsection (e)—

(A) by striking "or" the last place it appears and inserting a comma; and

(B) by inserting ", or (g)" after "(b)".

(b) CONFORMING AMENDMENTS.—The North Korea Sanctions and Policy Enhancement Act of 2016 is amended—

(1) in section 3(4) (22 U.S.C. 9202(4))—

(A) by striking "or" the first place it appears and inserting a comma; and

WASHSTATEC008250

(B) by inserting ", or (g)" after "(b)"; and

(2) in section 102 (22 U.S.C. 9212)—

(A) in subsection (a), by inserting "or (g)" after "section 104(a)" each place it appears; and

(B) in subsection (b)(1)—

(i) by striking "and" the first place it appears and inserting a comma; and

(ii) by inserting ", and (g)" after "(b)"; and

(3) in section 204 (22 U.S.C. 9224), by inserting "or (g)" after "section 104(a)" each place it appears; and

(4) in section 302(b)(3) (22 U.S.C. 9241(b)(3)) is amended by striking "section 104(b)(1)(M)" and inserting "section 104(g)(1)(C)".

**SEC. 7123. EXTENSION OF APPLICABILITY PERIOD OF PROLIFERATION PREVENTION SANCTIONS.**

Section 203(b)(2) of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9223(b)(2)) is amended by striking "2 years" and inserting "5 years".

**SEC. 7124. OPPOSITION TO ASSISTANCE BY THE INTERNATIONAL FINANCIAL INSTITUTIONS.**

(a) IN GENERAL.—The Bretton Woods Agreements Act (22 U.S.C. 286 et seq.) is amended by adding at the end the following:

**"SEC. 73. OPPOSITION TO ASSISTANCE FOR ANY GOVERNMENT THAT FAILS TO IMPLEMENT SANCTIONS ON NORTH KOREA.**

"(a) IN GENERAL.—The Secretary of the Treasury shall instruct the United States Executive Director at each international financial institution (as defined in section 1701(c) of the International Financial Institutions Act (22 U.S.C. 262r(c))) that it is the policy of the United States to oppose the provision by that institution of financial assistance to a foreign government, other than assistance to support basic human needs, if the President determines that, in the year preceding consideration of approval of such assistance, the government has knowingly failed to adequately enforce sanctions under an applicable United Nations Security Council resolution (as defined in section 3 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9202)).

"(b) WAIVER.—The President may waive subsection (a) for up to 180 days at a time with respect to a foreign government if the President—

"(1) determines that—

WASHSTATEC008252

"(A) the failure of the foreign government described in subsection (a) is due exclusively to a lack of capacity on the part of the foreign government;

"(B) the foreign government is taking effective steps to prevent recurrence of such failure; or

"(C) the waiver is in the national security interests of the United States; and

"(2) submits to Congress a report on the reasons for the determination under paragraph (1).".

(b) TERMINATION.—Effective on the date that is 10 years after the date of the enactment of this Act, section 73 of the Bretton Woods Agreements Act, as added by subsection (a), is repealed.

**SEC. 7125. SUPPORT FOR CAPACITY OF THE INTERNATIONAL MONETARY FUND TO PREVENT MONEY LAUNDERING AND FINANCING OF TERRORISM.**

(a) IN GENERAL.—Title XVI of the International Financial Institutions Act (22 U.S.C. 262p et seq.) is amended by adding at the end the following:

**"SEC. 1629. SUPPORT FOR CAPACITY OF THE INTERNATIONAL MONETARY FUND TO PREVENT MONEY LAUNDERING AND FINANCING OF TERRORISM.**

"The Secretary of the Treasury shall instruct the United States Executive Director at the International Monetary Fund to use the voice and vote of the United States to support the increased use of the administrative budget of the Fund for technical assistance that strengthens the capacity of members of the Fund to prevent money laundering and the financing of terrorism.".

(b) TERMINATION.—Effective on the date that is 5 years after the date of the enactment of this Act, section 1629 of the International Financial Institutions Act, as added by subsection (a), is repealed.

(c) NATIONAL ADVISORY COUNCIL REPORT TO CONGRESS.—The Chairman of the National Advisory Council on International Monetary and Financial Policies shall include in each report required by section 1701 of the International Financial Institutions Act (22 U.S.C. 262r) after the date of the enactment of this Act and before December 31, 2023, a description of—

(1) the activities of the International Monetary Fund in the fiscal year covered by the report to provide technical assistance that strengthens the capacity of members of the Fund to prevent money laun-

WASHSTATEC008254

dering and the financing of terrorism, and the effectiveness of the assistance; and

(2) the efficacy of efforts by the United States to support such technical assistance through the use of the Fund's administrative budget, and the level of such support.

**SEC. 7126. REPORT AND BRIEFINGS ON COMPLIANCE, PENALTIES, AND TECHNICAL ASSISTANCE.**

(a) REPORT REQUIRED.—Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury shall submit to the committees specified in subsection (d) a report that includes—

(1) a list of financial institutions that, during the period beginning on the date that is one year before the date of the enactment of this Act and ending on the date of the report, knowingly facilitated a significant transaction or transactions or provided significant financial services for—

(A) any North Korean person designated under an applicable Executive order;

(B) any North Korean person that knowingly facilitates the transfer of bulk cash or covered goods (as defined under section 1027.100 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling));

WASHSTATEC008255

(C) any person that knowingly invests in, or participates in a joint venture with, an entity in which the Government of North Korea participates or an entity that is created or organized under the laws of North Korea;

(D) any person that knowingly provides financial services, including through a subsidiary or joint venture, in North Korea;

(E) any person that knowingly provides specialized teaching, training, or information or provides material or technological support to a North Korean person that—

(i) may contribute to North Korea's development and proliferation of weapons of mass destruction, including systems designed in whole or in part for the delivery of such weapons; or

(ii) may contribute to significant activities undermining cybersecurity; and

(2) a description of efforts by the Department of the Treasury during the period described in paragraph (1), through outreach, consultations, technical assistance, or other appropriate activities, to strengthen the capacity of financial institutions and foreign governments to prevent the provision of fi-

nancial services benefitting any person subject to sanctions under—

(A) this Act or an amendment made by this Act;

(B) an applicable Executive order; or

(C) an applicable United Nations Security Council resolution.

(b) ANNUAL BRIEFINGS.—Not later than one year after the submission of the report required by subsection (a), and annually thereafter until the date that is 5 years after the date of the enactment of this Act, the Secretary of the Treasury shall brief the committees specified in subsection (d) on the matters covered by the report for the one-year period preceding the briefing.

(c) TESTIMONY REQUIRED.—Upon request of either of the committees specified in subsection (d), the Under Secretary of the Treasury for Terrorism and Financial Crimes shall testify to explain the effects of this Act and the amendments made by this Act on North Korea's access to illicit finance channels.

(d) COMMITTEES SPECIFIED.—The committees specified in this subsection are—

(1) the Committee on Financial Services of the House of Representatives; and

WASHSTATEC008257

(2) the Committee on Banking, Housing, and Urban Affairs of the Senate.

**SEC. 7127. SENSE OF CONGRESS ON IDENTIFICATION AND BLOCKING OF PROPERTY OF NORTH KOREAN OFFICIALS.**

It is the sense of Congress that the President should—

(1) encourage international collaboration to counter the money laundering, terrorist financing, and proliferation financing threats emanating from North Korea; and

(2) prioritize multilateral efforts to identify and block—

(A) any property owned or controlled by a North Korean official; and

(B) any significant proceeds of kleptocracy by the Government of North Korea or a North Korean official.

**SEC. 7128. MODIFICATION OF REPORT ON IMPLEMENTATION OF UNITED NATIONS SECURITY COUNCIL RESOLUTIONS BY OTHER GOVERNMENTS.**

Section 317 of the Korean Interdiction and Modernization of Sanctions Act (title III of Public Law 115–44; 131 Stat. 950) is amended—

(1) in subsection (a)—

(A) in the matter preceding paragraph (1), by striking "Not later than 180 days after the date of the enactment of this Act, and annually thereafter for 5 years," and inserting "Not later than 180 days after the date of the enactment of the Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019, and annually thereafter for 5 years,";

(B) in paragraph (3), by striking "; or" and inserting a semicolon;

(C) by redesignating paragraph (4) as paragraph (8); and

(D) by inserting after paragraph (3) the following:

"(4) prohibit, in the territories of such countries or by persons subject to the jurisdiction of such governments, the opening of new joint ventures or cooperative entities with North Korean persons or the expansion of existing joint ventures through additional investments, whether or not for or on behalf of the Government of North Korea, unless such joint ventures or cooperative entities have been approved by the committee of the United Nations Security Council established by United Nations Security Council Resolution 1718 (2006);

"(5) prohibit the unauthorized clearing of funds by North Korean financial institutions through financial institutions subject to the jurisdiction of such governments;

"(6) prohibit the unauthorized conduct of commercial trade with North Korea that is prohibited under applicable United Nations Security Council resolutions;

"(7) prevent the provision of significant financial services to North Korean persons or the transfer of such services to North Korean persons to, through, or from the territories of such countries or by persons subject to the jurisdiction of such governments; or"; and

(2) by amending subsection (c) to read as follows:

"(c) DEFINITIONS.—In this section:

"(1) APPROPRIATE CONGRESSIONAL COMMITTEES AND LEADERSHIP.—The term 'appropriate congressional committees and leadership' means—

"(A) the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the majority and minority leaders of the Senate; and

WASHSTATEC008260

"(B) the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Speaker, the majority leader, and the minority leader of the House of Representatives.

"(2) APPLICABLE UNITED NATIONS SECURITY COUNCIL RESOLUTION; NORTH KOREAN FINANCIAL INSTITUTION; NORTH KOREAN PERSON.—The terms 'applicable United Nations Security Council resolution', 'North Korean financial institution', and 'North Korean person' have the meanings given those terms in section 3 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9202).".

**SEC. 7129. REPORT ON USE BY THE GOVERNMENT OF NORTH KOREA OF BENEFICIAL OWNERSHIP RULES TO ACCESS THE INTERNATIONAL FINANCIAL SYSTEM.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury, in consultation with the Secretary of State, shall submit to the appropriate congressional committees a report setting forth the findings of the Secretary regarding how the Government of North Korea is exploiting the laws of countries other than the United States with respect to

WASHSTATEC008261

the beneficial owner of an entity in order to access the international financial system.

(b) ELEMENTS.—The Secretary shall include in the report required under subsection (a) proposals for such legislative and administrative action as the Secretary considers appropriate to combat the abuse by the Government of North Korea of shell companies and other similar entities subject to the jurisdiction of governments other than the United States Government to avoid or evade sanctions.

(c) FORM.—The report required by subsection (a) shall be submitted in unclassified form but may include a classified annex.

## PART II—CONGRESSIONAL REVIEW AND OVERSIGHT

### SEC. 7131. NOTIFICATION OF TERMINATION OR SUSPENSION OF SANCTIONS.

Before taking any action to terminate or suspend the application of sanctions under this subtitle or an amendment made by this subtitle, the President shall notify the appropriate congressional committees of the President's intent to take the action and the reasons for the action.

### SEC. 7132. REPORTS ON CERTAIN LICENSING ACTIONS.

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and

WASHSTATEC008262

every 180 days thereafter, the President shall submit to the committees specified in paragraph (2) a report on the operation of the system for issuing licenses for transactions under covered regulatory provisions during the preceding 180-day period that includes—

(A) the number and types of such licenses applied for during that period; and

(B) the number of such licenses issued during that period and information identifying the person receiving each such license.

(2) COMMITTEES SPECIFIED.—The committees specified in this paragraph are the following:

(A) The Committee on Financial Services and the Committee on Foreign Affairs of the House of Representatives.

(B) The Committee on Banking, Housing, and Urban Affairs and the Committee on Foreign Relations of the Senate.

(b) SUBMISSION OF COPIES OF LICENSES ON REQUEST.—The Secretary of the Treasury shall expeditiously provide a copy of any license identified in a report required by subsection (a)(1) to the Committee on Financial Services of the House of Representatives and the Committee on Banking, Housing, and Urban Affairs of

WASHSTATEC008263

the Senate if an appropriate Member of Congress requests a copy of that license not later than 30 days after submission of the report.

(c) FORM.—Each report required by subsection (a), and each copy of a license submitted under subsection (b), shall be submitted in unclassified form but may include a classified annex.

(d) DEFINITIONS.—In this section:

(1) APPROPRIATE MEMBER OF CONGRESS.—The term "appropriate Member of Congress" means—

(A) the chairman or ranking member of the Committee on Financial Services of the House of Representatives; or

(B) the chairman or ranking member of the Committee on Banking, Housing, and Urban Affairs of the Senate.

(2) COVERED REGULATORY PROVISION.—The term "covered regulatory provision" means any of the following provisions, as in effect on the day before the date of the enactment of this Act and as such provisions relate to North Korea:

(A) Part 743, 744, or 746 of title 15, Code of Federal Regulations.

WASHSTATEC008264

(B) Part 510 of title 31, Code of Federal Regulations.

(C) Any other provision of title 31, Code of Federal Regulations.

**SEC. 7133. REPORT AND BRIEFINGS ON FINANCIAL NETWORKS AND FINANCIAL METHODS OF THE GOVERNMENT OF NORTH KOREA.**

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the President shall submit to the appropriate congressional committees a report on sources of external support for the Government of North Korea that includes—

(A) a description of the methods used by the Government of North Korea to deal in, transact in, or conceal the ownership, control, or origin of, goods and services exported by North Korea;

(B) an assessment of the relationship between the proliferation of weapons of mass destruction by the Government of North Korea and the financial industry or financial institutions;

WASHSTATEC008265

(C) an assessment of the relationship between the acquisition by the Government of North Korea of military expertise, equipment, and technology and the financial industry or financial institutions;

(D) a description of the export by any person to the United States of goods, services, or technology that are made with significant amounts of North Korean labor, material, or goods, including minerals, manufacturing, seafood, overseas labor, or other exports from North Korea;

(E) an assessment of the involvement of any person in human trafficking involving citizens or nationals of North Korea;

(F) a description of how the President plans to address the flow of funds generated by activities described in subparagraphs (A) through (E), including through the use of sanctions or other means;

(G) an assessment of the extent to which the Government of North Korea engages in criminal activities, including money laundering, to support that Government;

WASHSTATEC008266

(H) information relating to the identification, blocking, and release of property described in section 201B(b)(1) of the North Korea Sanctions and Policy Enhancement Act of 2016, as added by section 7121;

(I) a description of the metrics used to measure the effectiveness of law enforcement and diplomatic initiatives of Federal, State, and foreign governments to comply with the provisions of applicable United Nations Security Council resolutions; and

(J) an assessment of the effectiveness of programs within the financial industry to ensure compliance with United States sanctions, applicable United Nations Security Council resolutions, and applicable Executive orders.

(2) FORM.—The report required by paragraph (1) shall be submitted in unclassified form but may include a classified annex.

(b) BRIEFINGS.—Not later than one year after the submission of the report required by subsection (a), and annually thereafter until the date that is 5 years after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the matters

WASHSTATEC008267

covered by the report for the one-year period preceding the briefing.

(c) INTERAGENCY COORDINATION.—The President shall ensure that any information collected pursuant to subsection (a) is shared among the Federal departments and agencies involved in investigations described in section 102(b) of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9212(b)).

**SEC. 7134. REPORT ON COUNTRIES OF CONCERN WITH RESPECT TO TRANSSHIPMENT, REEXPORTATION, OR DIVERSION OF CERTAIN ITEMS TO NORTH KOREA.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter through 2023, the Director of National Intelligence shall submit to the President, the Secretary of Defense, the Secretary of Commerce, the Secretary of State, the Secretary of the Treasury, and the appropriate congressional committees a report that identifies all countries that the Director determines are of concern with respect to transshipment, reexportation, or diversion of items subject to the provisions of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, to an entity owned or controlled by the Government of North Korea.

(b) FORM.—Each report required by subsection (a) shall be submitted in unclassified form but may include a classified annex.

## PART III—GENERAL MATTERS

### SEC. 7141. RULEMAKING.

The President shall prescribe such rules and regulations as may be necessary to carry out this subtitle and amendments made by this subtitle.

### SEC. 7142. AUTHORITY TO CONSOLIDATE REPORTS.

(a) IN GENERAL.—Any and all reports required to be submitted to the appropriate congressional committees under this subtitle or an amendment made by this subtitle that are subject to a deadline for submission consisting of the same unit of time may be consolidated into a single report that is submitted pursuant to that deadline.

(b) CONTENTS.—Any reports consolidated under subsection (a) shall contain all information required under this subtitle or an amendment made by this subtitle and any other elements that may be required by existing law.

### SEC. 7143. WAIVERS, EXEMPTIONS, AND TERMINATION.

(a) APPLICATION AND MODIFICATION OF EXEMPTIONS FROM AND WAIVERS OF NORTH KOREA SANCTIONS AND POLICY ENHANCEMENT ACT OF 2016.—Section 208 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9228) is amended by

WASHSTATEC008269

inserting "201B, 201C," after "201A," each place it appears.

(b) SUSPENSION.—

(1) IN GENERAL.—Subject to section 7131, the President may suspend the application of any provision of or amendment made by this subtitle (other than section 7147 of this title or section 201B(e) of the North Korea Sanctions and Policy Enhancement Act of 2016, as added by section 7121 of this title) with respect to an entity, individual, or transaction, for renewable periods of not more than 180 days each if, before such a suspension or renewal of such a suspension takes effect, the President submits to the appropriate congressional committees—

(A) a certification that—

(i) the Government of North Korea has—

(I) committed to the verifiable suspension of North Korea's proliferation and testing of weapons of mass destruction, including systems designed in whole or in part for the delivery of such weapons; and

(II) has agreed to multilateral talks including the Government of the

WASHSTATEC008270

United States, with the goal of permanently and verifiably limiting North Korea's weapons of mass destruction and ballistic missile programs; or

(ii) the suspension is vital to the national security interests of the United States; and

(B) if the President submits a certification under subparagraph (A)(ii), an explanation of the reasons the suspension is vital to the national security interests of the United States.

(2) CONFORMING AMENDMENT.—Section 401(a) of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9251(a)) is amended by inserting "(other than section 104(g), 201B, or 201C)" after "such titles)".

(c) TERMINATION.—Subject to section 7131, any requirement to impose sanctions under this subtitle or the amendments made by this subtitle, and any sanctions imposed pursuant to this subtitle or any such amendment, shall terminate on the date on which the President makes the certification described in section 402 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9252).

**SEC. 7144. PROCEDURES FOR REVIEW OF CLASSIFIED AND CERTAIN OTHER INFORMATION.**

(a) IN GENERAL.—If a finding under this subtitle or an amendment made by this subtitle, a prohibition, condition, or penalty imposed as a result of any such finding, or a penalty imposed under this subtitle or an amendment made by this subtitle, is based on classified information (as defined in section 1(a) of the Classified Information Procedures Act (18 U.S.C. App.)), law enforcement information, or any other information protected from disclosure by statute, and a court reviews the finding or the imposition of the prohibition, condition, or penalty, the Secretary of the Treasury may submit such information to the court ex parte and in camera.

(b) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to confer or imply any right to judicial review of any finding under this subtitle or an amendment made by this subtitle, any prohibition, condition, or penalty imposed as a result of any such finding, or any penalty imposed under this subtitle or an amendment made by this subtitle.

**SEC. 7145. BRIEFING ON RESOURCING OF SANCTIONS PROGRAMS.**

Not later than 30 days after the date of the enactment of this Act, the Secretary of the Treasury shall pro-

WASHSTATEC008272

vide to the appropriate congressional committees a briefing on—

(1) the resources allocated by the Department of the Treasury to support each sanctions program administered by the Department; and

(2) recommendations for additional authorities or resources necessary to expand the capacity or capability of the Department related to implementation and enforcement of such programs.

**SEC. 7146. BRIEFING ON PROLIFERATION FINANCING.**

(a) IN GENERAL.—Not later than 60 days after the date of the enactment of this Act, the Secretary of the Treasury, in consultation with the Secretary of State, shall provide to the appropriate congressional committees a briefing on addressing proliferation finance.

(b) ELEMENTS.—The briefing required by subsection (a) shall include the following:

(1) The Department of the Treasury's description of the principles underlying appropriate methods for combating the financing of the proliferation of weapons of mass destruction.

(2) An assessment of—

(A) Federal financial regulatory agency oversight, including by the Financial Crimes Enforcement Network, of United States finan-

cial institutions and the adoption by their foreign subsidiaries, branches, and correspondent institutions of the principles described under paragraph (1); and

(B) whether financial institutions in foreign jurisdictions known by the United States intelligence and law enforcement communities to be jurisdictions through which North Korea moves substantial sums of licit and illicit finance are applying a risk-based approach to proliferation financing, and if that approach is comparable to the approach required by United States financial institution supervisors.

(3) A survey of the technical assistance the Office of Technical Assistance of the Department of the Treasury and other appropriate Executive branch offices currently provide foreign governments on implementing counter-proliferation financing best practices.

(4) An assessment of the ability of foreign subsidiaries, branches, and correspondent institutions of United States financial institutions to implement a risk-based approach to proliferation financing.

WASHSTATEC008274

**SEC. 7147. EXCEPTION RELATING TO IMPORTATION OF GOODS.**

(a) IN GENERAL.—The authorities and requirements to impose sanctions authorized under this subtitle or any amendment made by this subtitle shall not include the authority or requirement to impose sanctions on the importation of goods.

(b) GOOD DEFINED.—In this section, the term "good" means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.

## Subtitle B—Financial Industry Guidance to Halt Trafficking

**SEC. 7151. SHORT TITLE.**

This subtitle may be cited as the "Financial Industry Guidance to Halt Trafficking Act" or the "FIGHT Act".

**SEC. 7152. SENSE OF CONGRESS.**

It is the sense of Congress that—

(1) the President should aggressively apply, as appropriate, existing sanctions for human trafficking authorized under section 111 of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7108);

(2) the Financial Crimes Enforcement Network of the Department of the Treasury should continue—

WASHSTATEC008275

(A) to monitor reporting required under subchapter II of chapter 53 of title 31, United States Code (commonly known as the "Bank Secrecy Act") and to update advisories, as warranted;

(B) to periodically review its advisories to provide covered financial institutions, as appropriate, with a list of new "red flags" for identifying activities of concern, particularly human trafficking;

(C) to encourage entities covered by the advisories described in subparagraph (B) to incorporate relevant elements provided in the advisories into their current transaction and account monitoring systems or in policies, procedures, and training on human trafficking to enable financial institutions to maintain ongoing efforts to examine transactions and accounts;

(D) to use geographic targeting orders, as appropriate, to impose additional reporting and recordkeeping requirements under section 5326(a) of title 31, United States Code, to carry out the purposes of, and prevent evasions of, the Bank Secrecy Act; and

(E) to utilize the Bank Secrecy Act Advisory Group and other relevant entities to identify opportunities for nongovernmental organizations to share relevant actionable information on human traffickers' use of the financial sector for nefarious purposes;

(3) Federal banking regulators, the Department of the Treasury, relevant law enforcement agencies, and the Human Smuggling and Trafficking Center, in partnership with representatives from the United States financial community, should adopt regular forms of sharing information to disrupt human trafficking, including developing protocols and procedures to share actionable information between and among covered institutions, law enforcement, and the United States intelligence community;

(4) training frontline bank and money service business employees, school teachers, law enforcement officers, foreign service officers, counselors, and the general public is an important factor in identifying trafficking victims;

(5) the Department of Homeland Security's Blue Campaign, training by the BEST Employers Alliance, and similar efforts by industry, human rights, and nongovernmental organizations focused

on human trafficking provide good examples of current efforts to educate employees of critical sectors with respect to how to save victims and disrupt trafficking networks;

(6) the President should intensify diplomatic efforts, bilaterally and in appropriate international fora such as the United Nations, to develop and implement a coordinated, consistent, multilateral strategy for addressing the international financial networks supporting human trafficking; and

(7) in deliberations between the United States Government and any foreign country, including through participation in the Egmont Group of Financial Intelligence Units, regarding money laundering, corruption, and transnational crimes, the United States Government should—

(A) encourage cooperation by foreign governments and relevant international fora in identifying the extent to which the proceeds from human trafficking are being used to facilitate terrorist financing, corruption, or other illicit financial crimes;

(B) encourage cooperation by foreign governments and relevant international fora in

identifying the nexus between human trafficking and money laundering;

(C) advance policies that promote the cooperation of foreign governments, through information sharing, training, or other measures, in the enforcement of this subtitle;

(D) encourage other countries to assess their human trafficking and money laundering risks in light of updated guidance provided by the Financial Action Task Force in 2018; and

(E) encourage the Egmont Group of Financial Intelligence Units to study the extent to which human trafficking operations are being used for money laundering, terrorist financing, or other illicit financial purposes.

**SEC. 7153. COORDINATION OF HUMAN TRAFFICKING ISSUES BY THE OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE.**

(a) FUNCTIONS.—Section 312(a)(4) of title 31, United States Code, is amended—

(1) by redesignating subparagraphs (E), (F), and (G) as subparagraphs (F), (G), and (H), respectively; and

(2) by inserting after subparagraph (D) the following:

WASHSTATEC008279

"(E) combating illicit financing relating to human trafficking;".

(b) INTERAGENCY COORDINATION.—Section 312(a) of such title is amended by adding at the end the following:

"(8) INTERAGENCY COORDINATION.—The Secretary of the Treasury, after consultation with the Undersecretary for Terrorism and Financial Crimes, shall designate an office within the OTFI that shall coordinate efforts to combat the illicit financing of human trafficking with—

"(A) other offices of the Department of the Treasury;

"(B) other Federal agencies, including—

"(i) the Office to Monitor and Combat Trafficking in Persons of the Department of State; and

"(ii) the Interagency Task Force to Monitor and Combat Trafficking;

"(C) State and local law enforcement agencies; and

"(D) foreign governments.".

**SEC. 7154. STRENGTHENING THE ROLE OF ANTI-MONEY LAUNDERING AND OTHER FINANCIAL TOOLS IN COMBATING HUMAN TRAFFICKING.**

(a) INTERAGENCY TASK FORCE RECOMMENDATIONS TARGETING MONEY LAUNDERING RELATED TO HUMAN TRAFFICKING.—

(1) IN GENERAL.—Not later than 270 days after the date of the enactment of this Act, the Interagency Task Force to Monitor and Combat Trafficking, with the concurrence of the Secretary of State and the Secretary of the Treasury, shall submit to the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, and the Committee on the Judiciary of the Senate, the Committee on Financial Services, the Committee on Foreign Affairs, and the Committee on the Judiciary of the House of Representatives, and each appropriate Federal banking agency—

(A) an analysis of anti-money laundering efforts of the United States Government, United States financial institutions, and international financial institutions (as defined in section 1701(c) of the International Financial Institutions Act (22 U.S.C. 262r(c))) related to human trafficking; and

WASHSTATEC008281

(B) appropriate legislative, administrative, and other recommendations to strengthen efforts against money laundering related to human trafficking.

(2) REQUIRED RECOMMENDATIONS.—The recommendations under paragraph (1) shall include—

(A) best practices based on successful anti-human trafficking programs currently in place at domestic and international financial institutions that are suitable for broader adoption;

(B) feedback from stakeholders, including victims of severe forms of trafficking in persons, advocates of persons at risk of becoming victims of severe forms of trafficking in persons, the United States Advisory Council on Human Trafficking, civil society organizations, and financial institutions on policy proposals derived from the analysis conducted by the task force referred to in paragraph (1) that would enhance the efforts and programs of financial institutions to detect and deter money laundering related to human trafficking, including any recommended changes to internal policies, procedures, and controls related to human trafficking;

WASHSTATEC008282

(C) any recommended changes to training programs at financial institutions to better equip employees to deter and detect money laundering related to human trafficking; and

(D) any recommended changes to expand human trafficking-related information sharing among financial institutions and between such financial institutions, appropriate law enforcement agencies, and appropriate Federal agencies.

(b) ADDITIONAL REPORTING REQUIREMENT.—Section 105(d)(7) of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7103(d)(7)) is amended—

(1) in the matter preceding subparagraph (A)—

(A) by inserting "the Committee on Financial Services," after "the Committee on Foreign Affairs"; and

(B) by inserting "the Committee on Banking, Housing, and Urban Affairs," after "the Committee on Foreign Relations,";

(2) in subparagraph (Q)(vii), by striking "; and" and inserting a semicolon;

(3) in subparagraph (R), by striking the period at the end and inserting "; and"; and

(4) by adding at the end the following:

"(S) the efforts of the United States to eliminate money laundering related to human trafficking and the number of investigations, arrests, indictments, and convictions in money laundering cases with a nexus to human trafficking.".

(c) REQUIRED REVIEW OF PROCEDURES.—Not later than 180 days after the date of the enactment of this Act, the Federal Financial Institutions Examination Council, in consultation with the Secretary of the Treasury, victims of severe forms of trafficking in persons, advocates of persons at risk of becoming victims of severe forms of trafficking in persons, the United States Advisory Council on Trafficking, civil society organizations, the private sector, and appropriate law enforcement agencies, shall—

(1) review and enhance training and examination procedures to improve the surveillance capabilities of anti-money laundering programs and programs countering the financing of terrorism to detect human trafficking-related financial transactions;

(2) review and enhance procedures for referring potential human trafficking cases to the appropriate law enforcement agency; and

(3) determine, as appropriate, whether requirements for financial institutions and covered financial

institutions are sufficient to detect and deter money laundering related to human trafficking.

(d) LIMITATIONS.—Nothing in this section shall be construed to—

(1) grant rulemaking authority to the Interagency Task Force to Monitor and Combat Trafficking; or

(2) authorize financial institutions to deny services to or violate the privacy of victims of trafficking, victims of severe forms of trafficking, or individuals not responsible for promoting severe forms of trafficking in persons.

**SEC. 7155. SENSE OF CONGRESS ON RESOURCES TO COMBAT HUMAN TRAFFICKING.**

It is the sense of Congress that—

(1) adequate funding should be provided for critical Federal efforts to combat human trafficking;

(2) the Department of the Treasury should have the appropriate resources to vigorously investigate human trafficking networks under section 111 of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7108) and other relevant statutes and Executive orders;

(3) the Department of the Treasury and the Department of Justice should each have the capacity

and appropriate resources to support technical assistance to develop foreign partners' ability to combat human trafficking through strong national anti-money laundering programs and programs countering the financing of terrorism;

(4) each United States Attorney's Office should be provided appropriate funding to increase the number of personnel for community education and outreach and investigative support and forensic analysis related to human trafficking; and

(5) the Department of State should be provided additional resources, as necessary, to carry out the Survivors of Human Trafficking Empowerment Act (section 115 of Public Law 114–22; 129 Stat. 243).

# TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN TRAFFICKERS OF ILLICIT SYNTHETIC OPIOIDS

Sec. 7201. Short title.
Sec. 7202. Sense of Congress.
Sec. 7203. Definitions.

Subtitle A—Sanctions With Respect to Foreign Opioid Traffickers

Sec. 7211. Identification of foreign opioid traffickers.
Sec. 7212. Imposition of sanctions.
Sec. 7213. Description of sanctions.
Sec. 7214. Waivers.
Sec. 7215. Procedures for judicial review of classified information.
Sec. 7216. Briefings on implementation.
Sec. 7217. Inclusion of additional material in International Narcotics Control Strategy Report.

Subtitle B—Commission on Combating Synthetic Opioid Trafficking

WASHSTATEC008286

Sec. 7221. Commission on combating synthetic opioid trafficking.

Subtitle C—Other Matters

Sec. 7231. Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers.
Sec. 7232. Authorization of appropriations.
Sec. 7233. Regulatory authority.
Sec. 7234. Termination.
Sec. 7235. Exception relating to importation of goods.

**SEC. 7201. SHORT TITLE.**

This title may be cited as the "Fentanyl Sanctions Act".

**SEC. 7202. SENSE OF CONGRESS.**

It is the sense of Congress that—

(1) the United States should apply economic and other financial sanctions to foreign traffickers of illicit opioids to protect the national security, foreign policy, and economy of the United States and the health of the people of the United States;

(2) it is imperative that the People's Republic of China follow through on full implementation of the new regulations, adopted May 1, 2019, to treat all fentanyl analogues as controlled substances under the laws of the People's Republic of China, including by devoting sufficient resources for implementation and strict enforcement of the new regulations; and

(3) the effective enforcement of the new regulations should result in diminished trafficking of illicit fentanyl originating from the People's Republic of China into the United States.

WASHSTATEC008287

**SEC. 7203. DEFINITIONS.**

In this title:

(1) ALIEN; NATIONAL; NATIONAL OF THE UNITED STATES.—The terms "alien", "national", and "national of the United States" have the meanings given those terms in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101).

(2) APPROPRIATE CONGRESSIONAL COMMITTEES AND LEADERSHIP.—The term "appropriate congressional committees and leadership" means—

(A) the Committee on Appropriations, the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, the Committee on the Judiciary, the Select Committee on Intelligence, and the majority leader and the minority leader of the Senate; and

(B) the Committee on Appropriations, the Committee on Armed Services, the Committee on Financial Services, the Committee on Foreign Affairs, the Committee on Homeland Security, the Committee on the Judiciary, the Committee on Oversight and Reform, the Permanent Select Committee on Intelligence, and the

Speaker and the minority leader of the House of Representatives.

(3) CONTROLLED SUBSTANCE; LISTED CHEMICAL.—The terms "controlled substance", "listed chemical", "narcotic drug", and "opioid" have the meanings given those terms in section 102 of the Controlled Substances Act (21 U.S.C. 802).

(4) ENTITY.—The term "entity" means a partnership, joint venture, association, corporation, organization, network, group, or subgroup, or any form of business collaboration.

(5) FOREIGN OPIOID TRAFFICKER.—The term "foreign opioid trafficker" means any foreign person that the President determines plays a significant role in opioid trafficking.

(6) FOREIGN PERSON.—The term "foreign person"—

(A) means—

(i) any citizen or national of a foreign country; or

(ii) any entity not organized under the laws of the United States or a jurisdiction within the United States; and

(B) does not include the government of a foreign country.

WASHSTATEC008289

(7) KNOWINGLY.—The term "knowingly", with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.

(8) OPIOID TRAFFICKING.—The term "opioid trafficking" means any illicit activity—

(A) to produce, manufacture, distribute, sell, or knowingly finance or transport—

(i) synthetic opioids, including controlled substances that are synthetic opioids and listed chemicals that are synthetic opioids; or

(ii) active pharmaceutical ingredients or chemicals that are used in the production of controlled substances that are synthetic opioids;

(B) to attempt to carry out an activity described in subparagraph (A); or

(C) to assist, abet, conspire, or collude with other persons to carry out such an activity.

(9) PERSON.—The term "person" means an individual or entity.

(10) UNITED STATES PERSON.—The term "United States person" means—

WASHSTATEC008290

(A) any citizen or national of the United States;

(B) any alien lawfully admitted for permanent residence in the United States;

(C) any entity organized under the laws of the United States or any jurisdiction within the United States (including a foreign branch of such an entity); or

(D) any person located in the United States.

## Subtitle A—Sanctions With Respect to Foreign Opioid Traffickers

### SEC. 7211. IDENTIFICATION OF FOREIGN OPIOID TRAFFICKERS.

(a) PUBLIC REPORT.—

(1) IN GENERAL.—The President shall submit to the appropriate congressional committees and leadership, in accordance with subsection (c), a report—

(A) identifying the foreign persons that the President determines are foreign opioid traffickers;

(B) detailing progress the President has made in implementing this subtitle; and

(C) providing an update on cooperative efforts with the governments of Mexico, the People's Republic of China, and other countries of concern with respect to combating foreign opioid traffickers.

(2) IDENTIFICATION OF ADDITIONAL PERSONS.—If, at any time after submitting a report required by paragraph (1) and before the submission of the next such report, the President determines that a foreign person not identified in the report is a foreign opioid trafficker, the President shall submit to the appropriate congressional committees and leadership an additional report containing the information required by paragraph (1) with respect to the foreign person.

(3) EXCLUSION.—The President shall not be required to include in a report under paragraph (1) or (2) any persons with respect to which the United States has imposed sanctions before the date of the report under this subtitle or any other provision of law with respect to opioid trafficking.

(4) FORM OF REPORT.—

(A) IN GENERAL.—Each report required by paragraph (1) or (2) shall be submitted in

unclassified form but may include a classified annex.

(B) AVAILABILITY TO PUBLIC.—The unclassified portion of a report required by paragraph (1) or (2) shall be made available to the public.

(b) CLASSIFIED REPORT.—

(1) IN GENERAL.—The President shall submit to the appropriate congressional committees and leadership, in accordance with subsection (c), a report, in classified form—

(A) describing in detail the status of sanctions imposed under this subtitle, including the personnel and resources directed toward the imposition of such sanctions during the preceding fiscal year;

(B) providing background information with respect to persons newly identified as foreign opioid traffickers and their illicit activities;

(C) describing actions the President intends to undertake or has undertaken to implement this subtitle; and

(D) providing a strategy for identifying additional foreign opioid traffickers.

(2) EFFECT ON OTHER REPORTING REQUIREMENTS.—The report required by paragraph (1) is in addition to, and in no way delimits or restricts, the obligations of the President to keep Congress fully and currently informed pursuant to the provisions of the National Security Act of 1947 (50 U.S.C. 3001 et seq.).

(c) SUBMISSION OF REPORTS.—Not later than 180 days after the date of the enactment of this Act, and annually thereafter until the date that is 5 years after such date of enactment, the President shall submit the reports required by subsections (a) and (b) to the appropriate congressional committees and leadership.

(d) EXCLUSION OF CERTAIN INFORMATION.—

(1) INTELLIGENCE.—Notwithstanding any other provision of this section, a report required by subsection (a) or (b) shall not disclose the identity of any person if the Director of National Intelligence determines that such disclosure could compromise an intelligence operation, activity, source, or method of the United States.

(2) LAW ENFORCEMENT.—Notwithstanding any other provision of this section, a report required by subsection (a) or (b) shall not disclose the identity of any person if the Attorney General, in coordina-

tion, as appropriate, with the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of the Treasury, the Secretary of State, and the head of any other appropriate Federal law enforcement agency, determines that such disclosure could reasonably be expected—

(A) to compromise the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution that furnished information on a confidential basis;

(B) to jeopardize the integrity or success of an ongoing criminal investigation or prosecution;

(C) to endanger the life or physical safety of any person; or

(D) to cause substantial harm to physical property.

(3) NOTIFICATION REQUIRED.—If the Director of National Intelligence makes a determination under paragraph (1) or the Attorney General makes a determination under paragraph (2), the Director or the Attorney General, as the case may be, shall notify the appropriate congressional committees and

leadership of the determination and the reasons for the determination.

(4) RULE OF CONSTRUCTION.—Nothing in this section may be construed to authorize or compel the disclosure of information determined by the President to be law enforcement information, classified information, national security information, or other information the disclosure of which is prohibited by any other provision of law.

(e) PROVISION OF INFORMATION REQUIRED FOR REPORTS.—The Secretary of the Treasury, the Attorney General, the Secretary of Defense, the Secretary of State, the Secretary of Homeland Security, and the Director of National Intelligence shall consult among themselves and provide to the President and the Director of the Office of National Drug Control Policy the appropriate and necessary information to enable the President to submit the reports required by subsection (a).

**SEC. 7212. IMPOSITION OF SANCTIONS.**

The President shall impose five or more of the sanctions described in section 7213 with respect to each foreign person that is an entity, and four or more of such sanctions with respect to each foreign person that is an individual, that—

(1) is identified as a foreign opioid trafficker in a report submitted under section 7211(a); or

(2) the President determines is owned, controlled, directed by, knowingly supplying or sourcing precursors for, or knowingly acting for or on behalf of, such a foreign opioid trafficker.

**SEC. 7213. DESCRIPTION OF SANCTIONS.**

(a) IN GENERAL.—The sanctions that may be imposed with respect to a foreign person under section 7212 are the following:

(1) LOANS FROM UNITED STATES FINANCIAL INSTITUTIONS.—The United States Government may prohibit any United States financial institution from making loans or providing credits to the foreign person.

(2) PROHIBITIONS ON FINANCIAL INSTITUTIONS.—The following prohibitions may be imposed with respect to a foreign person that is a financial institution:

(A) PROHIBITION ON DESIGNATION AS PRIMARY DEALER.—Neither the Board of Governors of the Federal Reserve System nor the Federal Reserve Bank of New York may designate, or permit the continuation of any prior designation of, the financial institution as a pri-

mary dealer in United States Government debt instruments.

(B) PROHIBITION ON SERVICE AS A REPOSITORY OF GOVERNMENT FUNDS.—The financial institution may not serve as agent of the United States Government or serve as repository for United States Government funds.

The imposition of either sanction under subparagraph (A) or (B) shall be treated as one sanction for purposes of section 7212, and the imposition of both such sanctions shall be treated as 2 sanctions for purposes of that section.

(3) PROCUREMENT BAN.—The United States Government may not procure, or enter into any contract for the procurement of, any goods or services from the foreign person.

(4) FOREIGN EXCHANGE.—The President may, pursuant to such regulations as the President may prescribe, prohibit any transactions in foreign exchange that are subject to the jurisdiction of the United States and in which the foreign person has any interest.

(5) BANKING TRANSACTIONS.—The President may, pursuant to such regulations as the President may prescribe, prohibit any transfers of credit or

WASHSTATEC008298

payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of the foreign person.

(6) PROPERTY TRANSACTIONS.—The President may, pursuant to such regulations as the President may prescribe, prohibit any person from—

(A) acquiring, holding, withholding, using, transferring, withdrawing, or transporting any property that is subject to the jurisdiction of the United States and with respect to which the foreign person has any interest;

(B) dealing in or exercising any right, power, or privilege with respect to such property; or

(C) conducting any transaction involving such property.

(7) BAN ON INVESTMENT IN EQUITY OR DEBT OF SANCTIONED PERSON.—The President may, pursuant to such regulations or guidelines as the President may prescribe, prohibit any United States person from investing in or purchasing significant amounts of equity or debt instruments of the foreign person.

(8) EXCLUSION OF CORPORATE OFFICERS.—The President may direct the Secretary of State to deny a visa to, and the Secretary of Homeland Security to exclude from the United States, any alien that the President determines is a corporate officer or principal of, or a shareholder with a controlling interest in, the foreign person.

(9) SANCTIONS ON PRINCIPAL EXECUTIVE OFFICERS.—The President may impose on the principal executive officer or officers of the foreign person, or on individuals performing similar functions and with similar authorities as such officer or officers, any of the sanctions described in paragraphs (1) through (8) that are applicable.

(b) PENALTIES.—A person that violates, attempts to violate, conspires to violate, or causes a violation of any regulation, license, or order issued to carry out subsection (a) shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.

(c) EXCEPTIONS.—

(1) INTELLIGENCE AND LAW ENFORCEMENT ACTIVITIES.—Sanctions under this section shall not apply with respect to—

(A) any activity subject to the reporting requirements under title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.); or

(B) any authorized intelligence or law enforcement activities of the United States.

(2) EXCEPTION TO COMPLY WITH UNITED NATIONS HEADQUARTERS AGREEMENT.—Sanctions under subsection (a)(8) shall not apply to an alien if admitting the alien into the United States is necessary to permit the United States to comply with the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967, or other applicable international obligations.

(d) IMPLEMENTATION.—The President may exercise all authorities provided under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.

**SEC. 7214. WAIVERS.**

(a) WAIVER FOR STATE-OWNED ENTITIES IN COUNTRIES THAT COOPERATE IN MULTILATERAL ANTI-TRAFFICKING EFFORTS.—

(1) IN GENERAL.—The President may waive for a period of not more than 12 months the application of sanctions under this subtitle with respect to an entity that is owned or controlled, directly or indirectly, by a foreign government or any political subdivision, agency, or instrumentality of a foreign government, if, not less than 15 days before the waiver is to take effect, the President certifies to the appropriate congressional committees and leadership that the foreign government is closely cooperating with the United States in efforts to prevent opioid trafficking.

(2) CERTIFICATION.—The President may certify under paragraph (1) that a foreign government is closely cooperating with the United States in efforts to prevent opioid trafficking if that government is—

(A) implementing domestic laws to schedule all fentanyl analogues as controlled substances; and

(B) doing two or more of the following:

WASHSTATEC008302

(i) Implementing substantial improvements in regulations involving the chemical and pharmaceutical production and export of illicit opioids.

(ii) Implementing substantial improvements in judicial regulations to combat transnational criminal organizations that traffic opioids.

(iii) Increasing efforts to prosecute foreign opioid traffickers.

(iv) Increasing intelligence sharing and law enforcement cooperation with the United States with respect to opioid trafficking.

(3) SUBSEQUENT RENEWAL OF WAIVER.—The President may renew a waiver under paragraph (1) for subsequent periods of not more than 12 months each if, not less than 15 days before the renewal is to take effect, the Secretary of State certifies to the appropriate congressional committees and leadership that the government of the country to which the waiver applies has effectively implemented and is effectively enforcing the measures that formed the basis for the certification under paragraph (2).

(b) WAIVERS FOR NATIONAL SECURITY AND ACCESS TO PRESCRIPTION MEDICATIONS.—

(1) IN GENERAL.—The President may waive the application of sanctions under this subtitle if the President determines that the application of such sanctions would harm—

(A) the national security interests of the United States; or

(B) subject to paragraph (2), the access of United States persons to prescription medications.

(2) MONITORING.—The President shall establish a monitoring program to verify that a person that receives a waiver under paragraph (1)(B) is not trafficking illicit opioids.

(3) NOTIFICATION.—Not later than 15 days after making a determination under paragraph (1), the President shall notify the appropriate congressional committees and leadership of the determination and the reasons for the determination.

(c) HUMANITARIAN WAIVER.—The President may waive, for renewable periods of 180 days, the application of the sanctions under this subtitle if the President certifies to the appropriate congressional committees and

WASHSTATEC008304

leadership that the waiver is necessary for the provision of humanitarian assistance.

**SEC. 7215. PROCEDURES FOR JUDICIAL REVIEW OF CLASSIFIED INFORMATION.**

(a) IN GENERAL.—If a finding under this subtitle, or a prohibition, condition, or penalty imposed as a result of any such finding, is based on classified information (as defined in section 1(a) of the Classified Information Procedures Act (18 U.S.C. App.)) and a court reviews the finding or the imposition of the prohibition, condition, or penalty, the President may submit such information to the court ex parte and in camera.

(b) RULE OF CONSTRUCTION.—Nothing in this section shall be construed—

(1) to confer or imply any right to judicial review of any finding under this subtitle, or any prohibition, condition, or penalty imposed as a result of any such finding; or

(2) to limit or restrict any other practice, procedure, right, remedy, or safeguard that—

(A) relates to the protection of classified information; and

(B) is available to the United States in connection with any type of administrative hearing, litigation, or other proceeding.

WASHSTATEC008305

**SEC. 7216. BRIEFINGS ON IMPLEMENTATION.**

Not later than 90 days after the date of the enactment of this Act, and every 180 days thereafter until the date that is 5 years after such date of enactment, the President, acting through the Secretary of State and the Director of National Intelligence, in coordination with the Secretary of the Treasury, shall provide to the appropriate congressional committees and leadership a comprehensive briefing on efforts to implement this subtitle.

**SEC. 7217. INCLUSION OF ADDITIONAL MATERIAL IN INTERNATIONAL NARCOTICS CONTROL STRATEGY REPORT.**

(a) SENSE OF CONGRESS.—It is the sense of Congress that, in order to apply economic and other financial sanctions to foreign traffickers of illicit opioids to protect the national security, foreign policy, and economy of the United States—

(1) the President should instruct the Secretary of State to intensify diplomatic efforts, both in appropriate international fora such as the United Nations, the Group of Seven, the Group of Twenty, and trilaterally and bilaterally with partners of the United States, to combat foreign opioid trafficking, including by working to establish a multilateral sanctions regime with respect to foreign opioid trafficking; and

WASHSTATEC008306

(2) the Secretary of State, in consultation with the Secretary of the Treasury, should intensify efforts to maintain and strengthen the coalition of countries formed to combat foreign opioid trafficking.

(b) AMENDMENT TO FOREIGN ASSISTANCE ACT OF 1961.—Section 489(a) of the Foreign Assistance Act of 1961 (22 U.S.C. 2291(a)) is amended by adding at the end the following:

"(9)(A) An assessment conducted by the Secretary of State, in consultation with the Secretary of the Treasury and the Director of National Intelligence, of the extent to which any diplomatic efforts described in section 7217(a) of the Fentanyl Sanctions Act have been successful.

"(B) Each assessment required by subparagraph (A) shall include an identification of—

"(i) the countries the governments of which have agreed to undertake measures to apply economic or other financial sanctions to foreign traffickers of illicit opioids and a description of those measures; and

"(ii) the countries the governments of which have not agreed to measures described in clause (i), and, with respect to those countries,

WASHSTATEC008307

other measures the Secretary of State recommends that the United States take to apply economic and other financial sanctions to foreign traffickers of illicit opioids.''.

## Subtitle B—Commission on Combating Synthetic Opioid Trafficking

### SEC. 7221. COMMISSION ON COMBATING SYNTHETIC OPIOID TRAFFICKING.

(a) ESTABLISHMENT.—

(1) IN GENERAL.—There is established a commission to develop a consensus on a strategic approach to combating the flow of synthetic opioids into the United States.

(2) DESIGNATION.—The commission established under paragraph (1) shall be known as the ''Commission on Combating Synthetic Opioid Trafficking'' (in this section referred to as the ''Commission'').

(b) MEMBERSHIP.—

(1) COMPOSITION.—

(A) IN GENERAL.—Subject to subparagraph (B), the Commission shall be composed of the following members:

WASHSTATEC008308

(i) The Director of the Office of National Drug Control Policy.

(ii) The Administrator of the Drug Enforcement Administration.

(iii) The Secretary of Homeland Security.

(iv) The Secretary of Defense.

(v) The Secretary of the Treasury.

(vi) The Secretary of State.

(vii) The Director of National Intelligence.

(viii) Two members appointed by the majority leader of the Senate, one of whom shall be a Member of the Senate and one of whom shall not be.

(ix) Two members appointed by the minority leader of the Senate, one of whom shall be a Member of the Senate and one of whom shall not be.

(x) Two members appointed by the Speaker of the House of Representatives, one of whom shall be a Member of the House of Representatives and one of whom shall not be.

(xi) Two members appointed by the minority leader of the House of Representatives, one of whom shall be a Member of the House of Representatives and one of whom shall not be.

(B)(i) The members of the Commission who are not Members of Congress and who are appointed under clauses (viii) through (xi) of subparagraph (A) shall be individuals who are nationally recognized for expertise, knowledge, or experience in—

(I) transnational criminal organizations conducting synthetic opioid trafficking;

(II) the production, manufacturing, distribution, sale, or transportation of synthetic opioids; or

(III) relations between—

(aa) the United States; and

(bb) the People's Republic of China, Mexico, or any other country of concern with respect to trafficking in synthetic opioids.

(ii) An official who appoints members of the Commission may not appoint an individual

WASHSTATEC008310

as a member of the Commission if the individual possesses any personal or financial interest in the discharge of any of the duties of the Commission.

(iii)(I) All members of the Commission described in clause (i) shall possess an appropriate security clearance in accordance with applicable provisions of law concerning the handling of classified information.

(II) For the purpose of facilitating the activities of the Commission, the Director of National Intelligence shall expedite to the fullest degree possible the processing of security clearances that are necessary for members of the Commission.

(2) CO-CHAIRS.—

(A) IN GENERAL.—The Commission shall have 2 co-chairs, selected from among the members of the Commission, one of whom shall be a member of the majority party and one of whom shall be a member of the minority party.

(B) SELECTION.—The individuals who serve as the co-chairs of the Commission shall be jointly agreed upon by the President, the majority leader of the Senate, the minority

leader of the Senate, the Speaker of the House of Representatives, and the minority leader of the House of Representatives.

(c) DUTIES.—The duties of the Commission are as follows:

(1) To define the core objectives and priorities of the strategic approach described in subsection (a)(1).

(2) To weigh the costs and benefits of various strategic options to combat the flow of synthetic opioids from the People's Republic of China, Mexico, and other countries of concern with respect to trafficking in synthetic opioids.

(3) To evaluate whether the options described in paragraph (2) are exclusive or complementary, the best means for executing such options, and how the United States should incorporate and implement such options within the strategic approach described in subsection (a)(1).

(4) To review and make determinations on the difficult choices present within such options, among them what norms-based regimes the United States should seek to establish to encourage the effective regulation of dangerous synthetic opioids.

(5) To report on efforts by actors in the People's Republic of China to subvert United States laws and to supply illicit synthetic opioids to persons in the United States, including up-to-date estimates of the scale of illicit synthetic opioids flows from the People's Republic of China.

(6) To report on the deficiencies in the regulation of pharmaceutical and chemical production of controlled substances and export controls with respect to such substances in the People's Republic of China and other countries that allow opioid traffickers to subvert such regulations and controls to traffic illicit opioids into the United States.

(7) To report on the scale of contaminated or counterfeit drugs originating from Mexico, the People's Republic of China, India, and other countries of concern with respect to the exportation of contaminated or counterfeit drugs.

(8) To report on how the United States could work more effectively with subnational and local officials in the People's Republic of China and other countries to combat the illicit production of synthetic opioids.

(9) In weighing the options for defending the United States against the dangers of trafficking in

synthetic opioids, to consider possible structures and authorities that need to be established, revised, or augmented within the Federal Government.

(d) FUNCTIONING OF COMMISSION.—The provisions of subsections (c), (d), (e), (g), (h), (i), and (m) of section 1652 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115–232) shall apply to the Commission to the same extent and in the same manner as such provisions apply to the commission established under that section, except that—

(1) subsection (c)(1) of that section shall be applied and administered by substituting "30 days" for "45 days";

(2) subsection (g)(4)(A) of that section shall be applied and administered by inserting "and the Attorney General" after "Secretary of Defense"; and

(3) subsections (h)(2)(A) and (i)(1)(A) of that section shall be applied and administered by substituting "level V of the Executive Schedule under section 5316" for "level IV of the Executive Schedule under section 5315".

(e) TREATMENT OF INFORMATION PROVIDED TO COMMISSION.—

(1) INFORMATION RELATING TO NATIONAL SECURITY.—

WASHSTATEC008314

(A) RESPONSIBILITY OF DIRECTOR OF NATIONAL INTELLIGENCE.—The Director of National Intelligence shall assume responsibility for the handling and disposition of any information related to the national security of the United States that is received, considered, or used by the Commission under this section.

(B) ACCESS AFTER TERMINATION OF COMMISSION.—Notwithstanding any other provision of law, after the termination of the Commission under subsection (h), only the members and designated staff of the appropriate congressional committees and leadership, the Director of National Intelligence (and the designees of the Director), and such other officials of the executive branch as the President may designate shall have access to information related to the national security of the United States that is received, considered, or used by the Commission.

(2) INFORMATION PROVIDED BY CONGRESS.—The Commission may obtain information from any Member, committee, or office of Congress, including information related to the national security of the United States, only with the consent of the Member,

WASHSTATEC008315

committee, or office involved and only in accordance with any applicable rules and procedures of the House of Representatives or Senate (as the case may be) governing the provision of such information by Members, committees, and offices of Congress to entities in the executive branch.

(f) REPORTS.—The Commission shall submit to the appropriate congressional committees and leadership—

(1) not later than 270 days after the date of the enactment of this Act, an initial report on the activities and recommendations of the Commission under this section; and

(2) not later than 270 days after the submission of the initial report under paragraph (1), a final report on the activities and recommendations of the Commission under this section.

(g) TERMINATION.—

(1) IN GENERAL.—The Commission, and all the authorities of this section, shall terminate at the end of the 120-day period beginning on the date on which the final report required by subsection (f)(2) is submitted to the appropriate congressional committees and leadership.

(2) WINDING UP OF AFFAIRS.—The Commission may use the 120-day period described in para-

WASHSTATEC008316

graph (1) for the purposes of concluding its activities, including providing testimony to Congress concerning the final report required by subsection (f)(2) and disseminating the report.

## Subtitle C—Other Matters

### SEC. 7231. DIRECTOR OF NATIONAL INTELLIGENCE PROGRAM ON USE OF INTELLIGENCE RESOURCES IN EFFORTS TO SANCTION FOREIGN OPIOID TRAFFICKERS.

(a) PROGRAM REQUIRED.—

(1) IN GENERAL.—The Director of National Intelligence shall, in consultation with the Director of the Office of National Drug Control Policy, carry out a program to allocate and enhance use of resources of the intelligence community, including intelligence collection and analysis, to assist the Secretary of the Treasury, the Secretary of State, and the Administrator of the Drug Enforcement Administration in efforts to identify and impose sanctions with respect to foreign opioid traffickers under subtitle A.

(2) FOCUS ON ILLICIT FINANCE.—To the extent practicable, efforts described in paragraph (1) shall—

(A) take into account specific illicit finance risks related to narcotics trafficking; and

(B) be developed in consultation with the Undersecretary of the Treasury for Terrorism and Financial Crimes, appropriate officials of the Office of Intelligence and Analysis of the Department of the Treasury, the Director of the Financial Crimes Enforcement Network, and appropriate Federal law enforcement agencies.

(b) REVIEW OF COUNTERNARCOTICS EFFORTS OF THE INTELLIGENCE COMMUNITY.—The Director of National Intelligence shall, in coordination with the Director of the Office of National Drug Control Policy, carry out a comprehensive review of the current intelligence collection priorities of the intelligence community for counternarcotics purposes in order to identify whether such priorities are appropriate and sufficient in light of the number of lives lost in the United States each year due to use of illegal drugs.

(c) REPORTS.—

(1) QUARTERLY REPORTS ON PROGRAM.—Not later than 90 days after the date of the enactment of this Act, and every 90 days thereafter, the Director of National Intelligence and the Director of the

WASHSTATEC008318

Office of National Drug Control Policy shall jointly submit to the appropriate congressional committees and leadership a report on the status and accomplishments of the program required by subsection (a) during the 90-day period ending on the date of the report. The first report under this paragraph shall also include a description of the amount of funds devoted by the intelligence community to the efforts described in subsection (a) during each of fiscal years 2017 and 2018.

(2) REPORT ON REVIEW.—Not later than 120 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the Director of the Office of National Drug Control Policy and other relevant agencies, shall submit to the appropriate congressional committees and leadership—

(A) a comprehensive description of the results of the review required by subsection (b); and

(B) an assessment of whether—

(i) the priorities described in that subsection are appropriate and sufficient in light of the number of lives lost in the

United States each year due to use of illegal drugs; and

(ii) any changes to such priorities are necessary.

(d) INTELLIGENCE COMMUNITY DEFINED.—In this section, the term "intelligence community" has the meaning given that term in section 3(4) of the National Security Act of 1947 (50 U.S.C. 3003(4)).

**SEC. 7232. AUTHORIZATION OF APPROPRIATIONS.**

(a) DEPARTMENT OF THE TREASURY.—There are authorized to be appropriated to the Secretary of the Treasury such sums as may be necessary for fiscal year 2020 to carry out operations and activities of the Department of the Treasury solely for purposes of carrying out this title.

(b) COMMISSION ON COMBATING SYNTHETIC OPIOID TRAFFICKING.—Of the amount authorized to be appropriated by section 1403 for fiscal year 2020 and available for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4501, the Secretary of Defense may, notwithstanding section 2215 of title 10, United States Code, transfer $5,000,000 to the Commission on Combating Synthetic Opioid Trafficking established under section 7221 in order to carry out the duties of the Commission.

(c) SUPPLEMENT NOT SUPPLANT.—Amounts authorized to be appropriated by subsection (a) shall supplement and not supplant other amounts available to carry out operations and activities described in such subsections.

(d) NOTIFICATION REQUIREMENT.—Amounts authorized to be appropriated by subsection (a) may not be obligated until 15 days after the date on which the President notifies the appropriate committees of Congress of the President's intention to obligate such funds.

(e) APPROPRIATE COMMITTEES OF CONGRESS DEFINED.—In this section, the term "appropriate committees of Congress" means—

(1) the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, the Select Committee on Intelligence, the Committee on the Judiciary, and the Committee on Appropriations of the Senate; and

(2) the Committee on Armed Services, the Committee on Financial Services, the Committee on Foreign Affairs, the Permanent Select Committee on Intelligence, the Committee on Oversight and Reform, and the Committee on Appropriations of the House of Representatives.

WASHSTATEC008321

**SEC. 7233. REGULATORY AUTHORITY.**

Not later than 90 days after the date of the enactment of this Act, the President shall issue such regulations as are necessary to carry out this title, including guidance with respect to what activities are included under the definition of "opioid trafficking" under section 7203(8).

**SEC. 7234. TERMINATION.**

The provisions of this title, and any sanctions imposed pursuant to this title, shall terminate on the date that is 7 years after the date of the enactment of this Act.

**SEC. 7235. EXCEPTION RELATING TO IMPORTATION OF GOODS.**

(a) IN GENERAL.—The authorities and requirements to impose sanctions under this title shall not include the authority or a requirement to impose sanctions on the importation of goods.

(b) GOOD DEFINED.—In this section, the term "good" means any article, natural or manmade substance, material, supply, or manufactured product, including inspection and test equipment, and excluding technical data.

# TITLE LXXIII—PFAS

Sec. 7301. Short title.
Sec. 7302. Definition of Administrator.

Subtitle A—Drinking Water

Sec. 7311. Monitoring and detection.
Sec. 7312. Drinking water state revolving funds.

Subtitle B—PFAS Release Disclosure

Sec. 7321. Additions to toxics release inventory.

Subtitle C—USGS Performance Standard

Sec. 7331. Definitions.
Sec. 7332. Performance standard for the detection of highly fluorinated compounds.
Sec. 7333. Nationwide sampling.
Sec. 7334. Data usage.
Sec. 7335. Collaboration.

Subtitle D—Emerging Contaminants

Sec. 7341. Definitions.
Sec. 7342. Research and coordination plan for enhanced response on emerging contaminants.

Subtitle E—Toxic Substances Control Act

Sec. 7351. PFAS data call.
Sec. 7352. Significant new use rule for long-chain PFAS.

Subtitle F—Other Matters

Sec. 7361. PFAS destruction and disposal guidance.
Sec. 7362. PFAS research and development.

**SEC. 7301. SHORT TITLE.**

This title may be cited as the "PFAS Act of 2019".

**SEC. 7302. DEFINITION OF ADMINISTRATOR.**

In this title, the term "Administrator" means the Administrator of the Environmental Protection Agency.

## Subtitle A—Drinking Water

**SEC. 7311. MONITORING AND DETECTION.**

(a) MONITORING PROGRAM FOR UNREGULATED CONTAMINANTS.—

(1) IN GENERAL.—The Administrator shall include each substance described in paragraph (2) in the fifth publication of the list of unregulated contaminants to be monitored under section

1445(a)(2)(B)(i) of the Safe Drinking Water Act (42 U.S.C. 300j–4(a)(2)(B)(i)).

(2) SUBSTANCES DESCRIBED.—The substances referred to in paragraph (1) are perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl substances—

(A) for which a method to measure the level in drinking water has been validated by the Administrator; and

(B) that are not subject to a national primary drinking water regulation.

(3) EXCEPTION.—The perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl substances included in the list of unregulated contaminants to be monitored under section 1445(a)(2)(B)(i) of the Safe Drinking Water Act (42 U.S.C. 300j–4(a)(2)(B)(i)) under paragraph (1) shall not count towards the limit of 30 unregulated contaminants to be monitored by public water systems under that section.

(b) APPLICABILITY.—

(1) IN GENERAL.—The Administrator shall—

WASHSTATEC008324

(A) require public water systems serving more than 10,000 persons to monitor for the substances described in subsection (a)(2);

(B) subject to paragraph (2) and the availability of appropriations, require public water systems serving not fewer than 3,300 and not more than 10,000 persons to monitor for the substances described in subsection (a)(2); and

(C) subject to paragraph (2) and the availability of appropriations, ensure that only a representative sample of public water systems serving fewer than 3,300 persons are required to monitor for the substances described in subsection (a)(2).

(2) REQUIREMENT.—If the Administrator determines that there is not sufficient laboratory capacity to carry out the monitoring required under subparagraphs (B) and (C) of paragraph (1), the Administrator may waive the monitoring requirements in those subparagraphs.

(3) FUNDS.—The Administrator shall pay the reasonable cost of such testing and laboratory analysis as is necessary to carry out the monitoring required under subparagraphs (B) and (C) of paragraph (1) using—

(A) funds made available pursuant to subsection (a)(2)(H) or subsection (j)(5) of section 1445 of the Safe Drinking Water Act (42 U.S.C. 300j–4); or

(B) any other funds made available for that purpose.

**SEC. 7312. DRINKING WATER STATE REVOLVING FUNDS.**

Section 1452 of the Safe Drinking Water Act (42 U.S.C. 300j–12) is amended—

(1) in subsection (a)(2), by adding at the end the following:

"(G) EMERGING CONTAMINANTS.—

"(i) IN GENERAL.—Notwithstanding any other provision of law and subject to clause (ii), amounts deposited under subsection (t) in a State loan fund established under this section may only be used to provide grants for the purpose of addressing emerging contaminants, with a focus on perfluoroalkyl and polyfluoroalkyl substances.

"(ii) REQUIREMENTS.—

"(I) SMALL AND DISADVANTAGED COMMUNITIES.—Not less than 25 percent of the amounts described

WASHSTATEC008326

in clause (i) shall be used to provide grants to—

"(aa) disadvantaged communities (as defined in subsection (d)(3)); or

"(bb) public water systems serving fewer than 25,000 persons.

"(II) PRIORITIES.—In selecting the recipient of a grant using amounts described in clause (i), a State shall use the priorities described in subsection (b)(3)(A).

"(iii) NO INCREASED BONDING AUTHORITY.—The amounts deposited in the State loan fund of a State under subsection (t) may not be used as a source of payment of, or security for (directly or indirectly), in whole or in part, any obligation the interest on which is exempt from the tax imposed under chapter 1 of the Internal Revenue Code of 1986.";

(2) in subsection (m)(1), in the matter preceding subparagraph (A), by striking "this section"

WASHSTATEC008327

and inserting "this section, except for subsections (a)(2)(G) and (t)"; and

(3) by adding at the end the following:

"(t) EMERGING CONTAMINANTS.—

"(1) IN GENERAL.—Amounts made available under this subsection shall be allotted to a State as if allotted under subsection (a)(1)(D) as a capitalization grant, for deposit into the State loan fund of the State, for the purposes described in subsection (a)(2)(G).

"(2) AUTHORIZATION OF APPROPRIATIONS.—There is authorized to be appropriated to carry out this subsection $100,000,000 for each of fiscal years 2020 through 2024, to remain available until expended.".

## Subtitle B—PFAS Release Disclosure

### SEC. 7321. ADDITIONS TO TOXICS RELEASE INVENTORY.

(a) DEFINITION OF TOXICS RELEASE INVENTORY.—In this section, the term "toxics release inventory" means the list of toxic chemicals subject to the requirements of section 313(c) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(c)).

(b) IMMEDIATE INCLUSION.—

WASHSTATEC008328

(1) IN GENERAL.—Subject to subsection (e), beginning January 1 of the calendar year following the date of enactment of this Act, the following chemicals shall be deemed to be included in the toxics release inventory:

(A) Perfluorooctanoic acid (commonly referred to as "PFOA") (Chemical Abstracts Service No. 335–67–1).

(B) The salts associated with the chemical described in subparagraph (A) (Chemical Abstracts Service Nos. 3825–26–1, 335–95–5, and 68141–02–6).

(C) Perfluorooctane sulfonic acid (commonly referred to as "PFOS") (Chemical Abstracts Service No. 1763–23–1).

(D) The salts associated with the chemical described in subparagraph (C) (Chemical Abstracts Service Nos. 2795–39–3, 29457–72–5, 56773–42–3, 29081–56–9, and 70225–14–8).

(E) A perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances that is—

(i) listed as an active chemical substance in the February 2019 update to the inventory under section 8(b)(1) of the

WASHSTATEC008329

Toxic Substances Control Act (15 U.S.C. 2607(b)(1)); and

(ii) on the date of enactment of this Act, subject to the provisions of—

(I) section 721.9582 of title 40, Code of Federal Regulations; or

(II) section 721.10536 of title 40, Code of Federal Regulations.

(F) Hexafluoropropylene oxide dimer acid (commonly referred to as "GenX") (Chemical Abstracts Service No. 13252–13–6).

(G) The compound associated with the chemical described in subparagraph (F) identified by Chemical Abstracts Service No. 62037–80–3.

(H) Perfluorononanoic acid (commonly referred to as "PFNA") (Chemical Abstracts Service No. 375–95–1).

(I) Perfluorohexanesulfonic acid (commonly referred to as "PFHxS") (Chemical Abstracts Service No. 355–46–4).

(2) THRESHOLD FOR REPORTING.—

(A) IN GENERAL.—Subject to subparagraph (B), the threshold for reporting the chemicals described in paragraph (1) under sec-

tion 313 of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023) is 100 pounds.

(B) REVISIONS.—Not later than 5 years after the date of enactment of this Act, the Administrator shall—

(i) determine whether revision of the threshold under subparagraph (A) is warranted for any chemical described in paragraph (1); and

(ii) if the Administrator determines a revision to be warranted under clause (i), initiate a revision under section 313(f)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(f)(2)).

(c) INCLUSION FOLLOWING ASSESSMENT.—

(1) IN GENERAL.—

(A) DATE OF INCLUSION.—Subject to subsection (e), notwithstanding section 313 of the Emergency Planning and Community Right-To-Know Act of 1986, a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances not described in subsection (b)(1) shall be deemed

WASHSTATEC008331

to be included in the toxics release inventory beginning January 1 of the calendar year after any of the following dates:

(i) FINAL TOXICITY VALUE.—The date on which the Administrator finalizes a toxicity value for the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances.

(ii) SIGNIFICANT NEW USE RULE.—The date on which the Administrator makes a covered determination for the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances.

(iii) ADDITION TO EXISTING SIGNIFICANT NEW USE RULE.—The date on which the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is added to a list of substances covered by a covered determination.

(iv) ADDITION AS ACTIVE CHEMICAL SUBSTANCE.—The date on which the perfluoroalkyl or polyfluoroalkyl substance

or class of perfluoroalkyl or polyfluoroalkyl substances to which a covered determination applies is—

(I) added to the list published under paragraph (1) of section 8(b) of the Toxic Substances Control Act and designated as an active chemical substance under paragraph (5)(A) of such section; or

(II) designated as an active chemical substance on such list under paragraph (5)(B) of such section.

(B) COVERED DETERMINATION.—For purposes of this paragraph, a covered determination is a determination made, by rule, under section 5(a)(2) of the Toxic Substances Control Act that a use of a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is a significant new use (except such a determination made in connection with a determination described in section 5(a)(3)(B) or section 5(a)(3)(C) of such Act).

(2) THRESHOLD FOR REPORTING.—

WASHSTATEC008333

(A) IN GENERAL.—Subject to subparagraph (B), notwithstanding subsection (f)(1) of section 313 of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023), the threshold for reporting under such section 313 the substances and classes of substances included in the toxics release inventory under paragraph (1) is 100 pounds.

(B) REVISIONS.—Not later than 5 years after the date on which a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is included in the toxics release inventory under paragraph (1), the Administrator shall—

(i) determine whether revision of the threshold under subparagraph (A) is warranted for the substance or class of substances; and

(ii) if the Administrator determines a revision to be warranted under clause (i), initiate a revision under section 313(f)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(f)(2)).

(d) INCLUSION FOLLOWING DETERMINATION.—

(1) IN GENERAL.—Not later than 2 years after the date of enactment of this Act, the Administrator shall determine whether the substances and classes of substances described in paragraph (2) meet any one of the criteria described in section 313(d)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(d)(2)) for inclusion in the toxics release inventory.

(2) SUBSTANCES DESCRIBED.—The substances and classes of substances referred to in paragraph (1) are perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl substances not described in subsection (b)(1), including—

(A) perfluoro[(2-pentafluoroethoxy-ethoxy)acetic acid] ammonium salt (Chemical Abstracts Service No. 908020–52–0);

(B) 2,3,3,3-tetrafluoro 2–(1,1,2,3,3,3-hexafluoro)–2–(trifluoromethoxy) propanoyl fluoride (Chemical Abstracts Service No. 2479–75–6);

(C) 2,3,3,3-tetrafluoro 2–(1,1,2,3,3,3-hexafluoro)–2–(trifluoromethoxy) propionic acid (Chemical Abstracts Service No. 2479–73–4);

(D) 3H-perfluoro-3-[(3-methoxy-propoxy) propanoic acid] (Chemical Abstracts Service No. 919005–14–4);

(E) the salts associated with the chemical described in subparagraph (D) (Chemical Abstracts Service Nos. 958445–44–8, 1087271–46–2, and NOCAS 892452);

(F) 1-octanesulfonic acid 3,3,4,4,5,5,6,6,7,7,8,8-tridecafluoro-potassium salt (Chemical Abstracts Service No. 59587–38–1);

(G) perfluorobutanesulfonic acid (Chemical Abstracts Service No. 375–73–5);

(H) 1–Butanesulfonic acid, 1,1,2,2,3,3,4,4,4-nonafluoro-potassium salt (Chemical Abstracts Service No. 29420–49–3);

(I) the component associated with the chemical described in subparagraph (H) (Chemical Abstracts Service No. 45187–15–3);

(J) heptafluorobutyric acid (Chemical Abstracts Service No. 375–22–4);

(K) perfluorohexanoic acid (Chemical Abstracts Service No. 307–24–4);

(L) the compound associated with the chemical described in subsection (b)(1)(F) iden-

tified by Chemical Abstracts Service No. 2062–98–8;

(M) perfluoroheptanoic acid (commonly referred to as "PFHpA") (Chemical Abstracts Service No. 375–85–9);

(N) each perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances for which a method to measure levels in drinking water has been validated by the Administrator; and

(O) a perfluoroalkyl and polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances other than the chemicals described in subparagraphs (A) through (N) that is used to manufacture fluorinated polymers, as determined by the Administrator.

(3) ADDITION TO TOXICS RELEASE INVENTORY.—Subject to subsection (e), if the Administrator determines under paragraph (1) that a substance or a class of substances described in paragraph (2) meets any one of the criteria described in section 313(d)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(d)(2)), the Administrator shall revise the

WASHSTATEC008337

toxics release inventory in accordance with such section 313(d) to include that substance or class of substances not later than 2 years after the date on which the Administrator makes the determination.

(e) CONFIDENTIAL BUSINESS INFORMATION.—

(1) IN GENERAL.—Prior to including on the toxics release inventory pursuant to subsection (b)(1), (c)(1), or (d)(3) any perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances the chemical identity of which is subject to a claim of a person of protection from disclosure under subsection (a) of section 552 of title 5, United States Code, pursuant to subsection (b)(4) of that section, the Administrator shall—

(A) review any such claim of protection from disclosure; and

(B) require that person to reassert and substantiate or resubstantiate that claim in accordance with section 14(f) of the Toxic Substances Control Act (15 U.S.C. 2613(f)).

(2) NONDISCLOSURE OF PROTECTION INFORMATION.—If the Administrator determines that the chemical identity of a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl

WASHSTATEC008338

or polyfluoroalkyl substances qualifies for protection from disclosure pursuant to paragraph (1), the Administrator shall include the substance or class of substances, as applicable, on the toxics release inventory in a manner that does not disclose the protected information.

(f) EMERGENCY PLANNING AND COMMUNITY RIGHT-TO-KNOW ACT OF 1986.—Section 313(c) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(c)) is amended—

(1) by striking the period at the end and inserting "; and";

(2) by striking "are those chemicals" and inserting the following: "are—

"(1) the chemicals"; and

(3) by adding at the end the following:

"(2) the chemicals included on such list under subsections (b)(1), (c)(1), and (d)(3) of section 7321 of the PFAS Act of 2019.".

## Subtitle C—USGS Performance Standard

### SEC. 7331. DEFINITIONS.

In this subtitle:

(1) DIRECTOR.—The term "Director" means the Director of the United States Geological Survey.

(2) HIGHLY FLUORINATED COMPOUND.—

(A) IN GENERAL.—The term "highly fluorinated compound" means a perfluoroalkyl substance or a polyfluoroalkyl substance with at least one fully fluorinated carbon atom.

(B) DEFINITIONS.—In this paragraph:

(i) FULLY FLUORINATED CARBON ATOM.—The term "fully fluorinated carbon atom" means a carbon atom on which all the hydrogen substituents have been replaced by fluorine.

(ii) PERFLUOROALKYL SUBSTANCE.— The term "perfluoroalkyl substance" means a chemical of which all of the carbon atoms are fully fluorinated carbon atoms.

(iii) POLYFLUOROALKYL SUBSTANCE.—The term "polyfluoroalkyl substance" means a chemical containing at least one fully fluorinated carbon atom and at least one carbon atom that is not a fully fluorinated carbon atom.

WASHSTATEC008340

**SEC. 7332. PERFORMANCE STANDARD FOR THE DETECTION OF HIGHLY FLUORINATED COMPOUNDS.**

(a) IN GENERAL.—The Director, in consultation with the Administrator, shall establish a performance standard for the detection of highly fluorinated compounds.

(b) EMPHASIS.—

(1) IN GENERAL.—In developing the performance standard under subsection (a), the Director shall emphasize the ability to detect as many highly fluorinated compounds present in the environment as possible using validated analytical methods that—

(A) achieve limits of quantitation (as defined in the document of the United States Geological Survey entitled "Analytical Methods for Chemical Analysis of Geologic and Other Materials, U.S. Geological Survey" and dated 2002); and

(B) are as sensitive as is feasible and practicable.

(2) REQUIREMENT.—In developing the performance standard under subsection (a), the Director may—

(A) develop quality assurance and quality control measures to ensure accurate sampling and testing;

WASHSTATEC008341

(B) develop a training program with respect to the appropriate method of sample collection and analysis of highly fluorinated compounds; and

(C) coordinate as necessary with the Administrator, including, if appropriate, to develop methods to detect individual and different highly fluorinated compounds simultaneously.

**SEC. 7333. NATIONWIDE SAMPLING.**

(a) IN GENERAL.—The Director shall carry out a nationwide sampling to determine the concentration of highly fluorinated compounds in estuaries, lakes, streams, springs, wells, wetlands, rivers, aquifers, and soil using the performance standard developed under section 7332(a).

(b) REQUIREMENTS.—In carrying out the sampling under subsection (a), the Director shall—

(1) first carry out the sampling at sources of drinking water near locations with known or suspected releases of highly fluorinated compounds;

(2) when carrying out sampling of sources of drinking water under paragraph (1), carry out the sampling prior to and, at the request of the Administrator, after any treatment of the water;

(3) survey for ecological exposure to highly fluorinated compounds, with a priority in deter-

WASHSTATEC008342

mining direct human exposure through drinking water; and

(4) consult with—

(A) States to determine areas that are a priority for sampling; and

(B) the Administrator—

(i) to enhance coverage of the sampling; and

(ii) to avoid unnecessary duplication.

(c) REPORT.—Not later than 120 days after the completion of the sampling under subsection (a), the Director shall prepare a report describing the results of the sampling and submit the report to—

(1) the Committee on Environment and Public Works and the Committee on Energy and Natural Resources of the Senate;

(2) the Committee on Energy and Commerce and the Committee on Natural Resources of the House of Representatives;

(3) the Senators of each State in which the Director carried out the sampling; and

(4) each Member of the House of Representatives who represents a district in which the Director carried out the sampling.

**SEC. 7334. DATA USAGE.**

(a) IN GENERAL.—The Director shall provide the sampling data collected under section 7333 to—

(1) the Administrator; and

(2) other Federal and State regulatory agencies on request.

(b) USAGE.—The sampling data provided under subsection (a) shall be used to inform and enhance assessments of exposure, likely health and environmental impacts, and remediation priorities.

**SEC. 7335. COLLABORATION.**

In carrying out this subtitle, the Director shall collaborate with—

(1) appropriate Federal and State regulators;

(2) institutions of higher education;

(3) research institutions; and

(4) other expert stakeholders.

## Subtitle D—Emerging Contaminants

**SEC. 7341. DEFINITIONS.**

In this subtitle:

(1) CONTAMINANT.—The term "contaminant" means any physical, chemical, biological, or radiological substance or matter in water.

(2) CONTAMINANT OF EMERGING CONCERN; EMERGING CONTAMINANT.—The terms "contami-

WASHSTATEC008344

nant of emerging concern'' and ''emerging contaminant'' mean a contaminant—

(A) for which the Administrator has not promulgated a national primary drinking water regulation; and

(B) that may have an adverse effect on the health of individuals.

(3) FEDERAL RESEARCH STRATEGY.—The term ''Federal research strategy'' means the coordinated cross-agency plan for addressing critical research gaps related to detecting, assessing exposure to, and identifying the adverse health effects of emerging contaminants in drinking water developed by the Office of Science and Technology Policy in response to the report of the Committee on Appropriations of the Senate accompanying S. 1662 of the 115th Congress (S. Rept. 115–139).

(4) TECHNICAL ASSISTANCE AND SUPPORT.—The term ''technical assistance and support'' includes—

(A) assistance with—

(i) identifying appropriate analytical methods for the detection of contaminants;

WASHSTATEC008345

(ii) understanding the strengths and limitations of the analytical methods described in clause (i);

(iii) troubleshooting the analytical methods described in clause (i);

(B) providing advice on laboratory certification program elements;

(C) interpreting sample analysis results;

(D) providing training with respect to proper analytical techniques;

(E) identifying appropriate technology for the treatment of contaminants; and

(F) analyzing samples, if—

(i) the analysis cannot be otherwise obtained in a practicable manner otherwise; and

(ii) the capability and capacity to perform the analysis is available at a Federal facility.

(5) WORKING GROUP.—The term "Working Group" means the Working Group established under section 7342(b)(1).

WASHSTATEC008346

**SEC. 7342. RESEARCH AND COORDINATION PLAN FOR ENHANCED RESPONSE ON EMERGING CONTAMINANTS.**

(a) IN GENERAL.—The Administrator shall—

(1) review Federal efforts—

(A) to identify, monitor, and assist in the development of treatment methods for emerging contaminants; and

(B) to assist States in responding to the human health risks posed by contaminants of emerging concern; and

(2) in collaboration with owners and operators of public water systems, States, and other interested stakeholders, establish a strategic plan for improving the Federal efforts referred to in paragraph (1).

(b) INTERAGENCY WORKING GROUP ON EMERGING CONTAMINANTS.—

(1) IN GENERAL.—Not later than 180 days after the date of enactment of this Act, the Administrator and the Secretary of Health and Human Services shall jointly establish a Working Group to coordinate the activities of the Federal Government to identify and analyze the public health effects of drinking water contaminants of emerging concern.

(2) MEMBERSHIP.—The Working Group shall include representatives of the following:

(A) The Environmental Protection Agency, appointed by the Administrator.

(B) The following agencies, appointed by the Secretary of Health and Human Services:

(i) The National Institutes of Health.

(ii) The Centers for Disease Control and Prevention.

(iii) The Agency for Toxic Substances and Disease Registry.

(C) The United States Geological Survey, appointed by the Secretary of the Interior.

(D) Any other Federal agency the assistance of which the Administrator determines to be necessary to carry out this subsection, appointed by the head of the respective agency.

(3) EXISTING WORKING GROUP.—The Administrator may expand or modify the duties of an existing working group to perform the duties of the Working Group under this subsection.

(c) NATIONAL EMERGING CONTAMINANT RESEARCH INITIATIVE.—

(1) FEDERAL RESEARCH STRATEGY.—

(A) IN GENERAL.—Not later than 180 days after the date of enactment of this Act, the Director of the Office of Science and Tech-

nology Policy (referred to in this subsection as the "Director") shall coordinate with the heads of the agencies described in subparagraph (C) to establish a research initiative, to be known as the "National Emerging Contaminant Research Initiative", that shall—

(i) use the Federal research strategy to improve the identification, analysis, monitoring, and treatment methods of contaminants of emerging concern; and

(ii) develop any necessary program, policy, or budget to support the implementation of the Federal research strategy, including mechanisms for joint agency review of research proposals, for interagency cofunding of research activities, and for information sharing across agencies.

(B) RESEARCH ON EMERGING CONTAMINANTS.—In carrying out subparagraph (A), the Director shall—

(i) take into consideration consensus conclusions from peer-reviewed, pertinent research on emerging contaminants; and

WASHSTATEC008349

(ii) in consultation with the Administrator, identify priority emerging contaminants for research emphasis.

(C) FEDERAL PARTICIPATION.—The agencies referred to in subparagraph (A) include—

(i) the National Science Foundation;

(ii) the National Institutes of Health;

(iii) the Environmental Protection Agency;

(iv) the National Institute of Standards and Technology;

(v) the United States Geological Survey; and

(vi) any other Federal agency that contributes to research in water quality, environmental exposures, and public health, as determined by the Director.

(D) PARTICIPATION FROM ADDITIONAL ENTITIES.—In carrying out subparagraph (A), the Director shall consult with nongovernmental organizations, State and local governments, and science and research institutions determined by the Director to have scientific or material interest in the National Emerging Contaminant Research Initiative.

(2) IMPLEMENTATION OF RESEARCH RECOMMENDATIONS.—

(A) IN GENERAL.—Not later than 1 year after the date on which the Director and heads of the agencies described in paragraph (1)(C) establish the National Emerging Contaminant Research Initiative under paragraph (1)(A), the head of each agency described in paragraph (1)(C) shall—

(i) issue a solicitation for research proposals consistent with the Federal research strategy and that agency's mission; and

(ii) make grants to applicants that submit research proposals consistent with the Federal research strategy and in accordance with subparagraph (B).

(B) SELECTION OF RESEARCH PROPOSALS.—The head of each agency described in paragraph (1)(C) shall select research proposals to receive grants under this paragraph on the basis of merit, using criteria identified by the head of each such agency, including the likelihood that the proposed research will result in

WASHSTATEC008351

significant progress toward achieving the objectives identified in the Federal research strategy.

(C) ELIGIBLE ENTITIES.—Any entity or group of 2 or more entities may submit to the head of each agency described in paragraph (1)(C) a research proposal in response to the solicitation for research proposals described in subparagraph (A)(i), including, consistent with that agency's grant policies—

(i) State and local agencies;

(ii) public institutions, including public institutions of higher education;

(iii) private corporations; and

(iv) nonprofit organizations.

(d) FEDERAL TECHNICAL ASSISTANCE AND SUPPORT FOR STATES.—

(1) STUDY.—

(A) IN GENERAL.—Not later than 1 year after the date of enactment of this Act, the Administrator shall conduct a study on actions the Administrator can take to increase technical assistance and support for States with respect to emerging contaminants in drinking water samples.

WASHSTATEC008352

(B) CONTENTS OF STUDY.—In carrying out the study described in subparagraph (A), the Administrator shall identify—

(i) methods and effective treatment options to increase technical assistance and support with respect to emerging contaminants to States, including identifying opportunities for States to improve communication with various audiences about the risks associated with emerging contaminants;

(ii) means to facilitate access to qualified contract testing laboratory facilities that conduct analyses for emerging contaminants; and

(iii) actions to be carried out at existing Federal laboratory facilities, including the research facilities of the Administrator, to provide technical assistance and support for States that require testing facilities for emerging contaminants.

(C) AVAILABILITY OF ANALYTICAL RESOURCES.—In carrying out the study described in subparagraph (A), the Administrator shall consider—

(i) the availability of—

(I) Federal and non-Federal laboratory capacity; and

(II) validated methods to detect and analyze contaminants; and

(ii) other factors determined to be appropriate by the Administrator.

(2) REPORT.—Not later than 18 months after the date of enactment of this Act, the Administrator shall submit to Congress a report describing the results of the study described in paragraph (1).

(3) PROGRAM TO PROVIDE FEDERAL ASSISTANCE TO STATES.—

(A) IN GENERAL.—Not later than 3 years after the date of enactment of this Act, based on the findings in the report described in paragraph (2), the Administrator shall develop a program to provide technical assistance and support to eligible States for the testing and analysis of emerging contaminants.

(B) APPLICATION.—

(i) IN GENERAL.—To be eligible for technical assistance and support under this paragraph, a State shall submit to the Administrator an application at such time, in

WASHSTATEC008354

such manner, and containing such information as the Administrator may require.

(ii) CRITERIA.—The Administrator shall evaluate an application for technical assistance and support under this paragraph on the basis of merit using criteria identified by the Administrator, including—

(I) the laboratory facilities available to the State;

(II) the availability and applicability of existing analytical methodologies;

(III) the potency and severity of the emerging contaminant, if known; and

(IV) the prevalence and magnitude of the emerging contaminant.

(iii) PRIORITIZATION.—In selecting States to receive technical assistance and support under this paragraph, the Administrator—

(I) shall give priority to States with affected areas primarily in financially distressed communities;

(II) may—

(aa) waive the application process in an emergency situation; and

(bb) require an abbreviated application process for the continuation of work specified in a previously approved application that continues to meet the criteria described in clause (ii); and

(III) shall consider the relative expertise and availability of—

(aa) Federal and non-Federal laboratory capacity available to the State;

(bb) analytical resources available to the State; and

(cc) other types of technical assistance available to the State.

(C) DATABASE OF AVAILABLE RESOURCES.—The Administrator shall establish and maintain a database of resources available through the program developed under subparagraph (A) to assist States with testing for emerging contaminants that—

WASHSTATEC008356

(i) is—

(I) available to States and stakeholder groups determined by the Administrator to have scientific or material interest in emerging contaminants, including—

(aa) drinking water and wastewater utilities;

(bb) laboratories;

(cc) Federal and State emergency responders;

(dd) State primacy agencies;

(ee) public health agencies; and

(ff) water associations;

(II) searchable; and

(III) accessible through the website of the Administrator; and

(ii) includes a description of—

(I) qualified contract testing laboratory facilities that conduct analyses for emerging contaminants; and

(II) the resources available in Federal laboratory facilities to test for emerging contaminants.

(D) WATER CONTAMINANT INFORMATION TOOL.—The Administrator shall integrate the database established under subparagraph (C) into the Water Contaminant Information Tool of the Environmental Protection Agency.

(4) FUNDING.—Of the amounts available to the Administrator, the Administrator may use not more than $15,000,000 in a fiscal year to carry out this subsection.

(e) REPORT.—Not less frequently than once every 2 years until 2029, the Administrator shall submit to Congress a report that describes the progress made in carrying out this subtitle.

(f) EFFECT.—Nothing in this section modifies any obligation of a State, local government, or Indian Tribe with respect to treatment methods for, or testing or monitoring of, drinking water.

## Subtitle E—Toxic Substances Control Act

### SEC. 7351. PFAS DATA CALL.

Section 8(a) of the Toxic Substances Control Act (15 U.S.C. 2607(a)) is amended by adding at the end the following:

"(7) PFAS DATA.—Not later than January 1, 2023, the Administrator shall promulgate a rule in

accordance with this subsection requiring each person who has manufactured a chemical substance that is a perfluoroalkyl or polyfluoroalkyl substance in any year since January 1, 2011, to submit to the Administrator a report that includes, for each year since January 1, 2011, the information described in subparagraphs (A) through (G) of paragraph (2).''.

**SEC. 7352. SIGNIFICANT NEW USE RULE FOR LONG-CHAIN PFAS.**

Not later than June 22, 2020, the Administrator shall take final action on the proposed rule entitled ''Long-Chain Perfluoroalkyl Carboxylate and Perfluoroalkyl Sulfonate Chemical Substances; Significant New Use Rule'' (80 Fed. Reg. 2885 (January 21, 2015)).

## Subtitle F—Other Matters

**SEC. 7361. PFAS DESTRUCTION AND DISPOSAL GUIDANCE.**

(a) IN GENERAL.—Not later than 1 year after the date of enactment of this Act, the Administrator shall publish interim guidance on the destruction and disposal of perfluoroalkyl and polyfluoroalkyl substances and materials containing perfluoroalkyl and polyfluoroalkyl substances, including—

(1) aqueous film-forming foam;

(2) soil and biosolids;

WASHSTATEC008359

(3) textiles, other than consumer goods, treated with perfluoroalkyl and polyfluoroalkyl substances;

(4) spent filters, membranes, resins, granular carbon, and other waste from water treatment;

(5) landfill leachate containing perfluoroalkyl and polyfluoroalkyl substances; and

(6) solid, liquid, or gas waste streams containing perfluoroalkyl and polyfluoroalkyl substances from facilities manufacturing or using perfluoroalkyl and polyfluoroalkyl substances.

(b) CONSIDERATIONS; INCLUSIONS.—The interim guidance under subsection (a) shall—

(1) take into consideration—

(A) the potential for releases of perfluoroalkyl and polyfluoroalkyl substances during destruction or disposal, including through volatilization, air dispersion, or leachate; and

(B) potentially vulnerable populations living near likely destruction or disposal sites; and

(2) provide guidance on testing and monitoring air, effluent, and soil near potential destruction or disposal sites for releases described in paragraph (1)(A).

WASHSTATEC008360

(c) REVISIONS.—The Administrator shall publish revisions to the interim guidance under subsection (a) as the Administrator determines to be appropriate, but not less frequently than once every 3 years.

**SEC. 7362. PFAS RESEARCH AND DEVELOPMENT.**

(a) IN GENERAL.—The Administrator, acting through the Assistant Administrator for the Office of Research and Development, shall—

(1)(A) further examine the effects of perfluoroalkyl and polyfluoroalkyl substances on human health and the environment; and

(B) make publicly available information relating to the findings under subparagraph (A);

(2) develop a process for prioritizing which perfluoroalkyl and polyfluoroalkyl substances, or classes of perfluoroalkyl and polyfluoroalkyl substances, should be subject to additional research efforts that is based on—

(A) the potential for human exposure to the substances or classes of substances;

(B) the potential toxicity of the substances or classes of substances; and

(C) information available about the substances or classes of substances;

WASHSTATEC008361

(3) develop new tools to characterize and identify perfluoroalkyl and polyfluoroalkyl substances in the environment, including in drinking water, wastewater, surface water, groundwater, solids, and the air;

(4) evaluate approaches for the remediation of contamination by perfluoroalkyl and polyfluoroalkyl substances in the environment; and

(5) develop and implement new tools and materials to communicate with the public about perfluoroalkyl and polyfluoroalkyl substances.

(b) FUNDING.—There is authorized to be appropriated to the Administrator to carry out this section $15,000,000 for each of fiscal years 2020 through 2024.

# TITLE LXXIV—CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019

Sec. 7401. Short title.
Sec. 7402. Statement of policy.

Subtitle A—Additional Actions in Connection With the National Emergency With Respect to Syria

Sec. 7411. Measures with respect to Central Bank of Syria.
Sec. 7412. Sanctions with respect to foreign persons that engage in certain transactions.
Sec. 7413. Strategy relating to areas of Syria in which civilians are subject to forced displacement.

Subtitle B—Assistance for the People of Syria

Sec. 7421. Sense of Congress.
Sec. 7422. Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.
Sec. 7423. Assessment of potential methods to enhance the protection of civilians.

Sec. 7424. Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.
Sec. 7425. Codification of certain services in support of nongovernmental organizations' activities authorized.
Sec. 7426. Briefing on strategy to facilitate humanitarian assistance.

Subtitle C—General Provisions

Sec. 7431. Suspension of sanctions.
Sec. 7432. Waivers and exemptions.
Sec. 7433. Implementation and regulatory authorities.
Sec. 7434. Exception relating to importation of goods.
Sec. 7435. Cost limitation.
Sec. 7436. Rule of construction.
Sec. 7437. Prohibition on construction of provisions of this title as an authorization for use of military force.
Sec. 7438. Sunset.

**SEC. 7401. SHORT TITLE.**

This title may be cited as the "Caesar Syria Civilian Protection Act of 2019".

**SEC. 7402. STATEMENT OF POLICY.**

It is the policy of the United States that diplomatic and coercive economic means should be utilized to compel the government of Bashar al-Assad to halt its murderous attacks on the Syrian people and to support a transition to a government in Syria that respects the rule of law, human rights, and peaceful co-existence with its neighbors.

WASHSTATEC008363

## Subtitle A—Additional Actions in Connection With the National Emergency With Respect to Syria

**SEC. 7411. MEASURES WITH RESPECT TO CENTRAL BANK OF SYRIA.**

(a) DETERMINATION REGARDING CENTRAL BANK OF SYRIA.—Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury shall determine, under section 5318A of title 31, United States Code, whether reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern.

(b) ENHANCED DUE DILIGENCE AND REPORTING REQUIREMENTS.—If the Secretary of the Treasury determines under subsection (a) that reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern, the Secretary, in consultation with the Federal functional regulators (as defined in section 509 of the Gramm-Leach-Bliley Act (15 U.S.C. 6809)), shall impose one or more of the special measures described in section 5318A(b) of title 31, United States Code, with respect to the Central Bank of Syria.

(c) REPORT REQUIRED.—

WASHSTATEC008364

(1) IN GENERAL.—Not later than 90 days after making a determination under subsection (a) with respect to whether the Central Bank of Syria is a financial institution of primary money laundering concern, the Secretary of the Treasury shall submit to the appropriate congressional committees a report that includes the reasons for the determination.

(2) FORM.—A report required by paragraph (1) shall be submitted in unclassified form but may include a classified annex.

(3) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this subsection, the term "appropriate congressional committees" means—

(A) the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives; and

(B) the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.

**SEC. 7412. SANCTIONS WITH RESPECT TO FOREIGN PERSONS THAT ENGAGE IN CERTAIN TRANSACTIONS.**

(a) IMPOSITION OF SANCTIONS.—

(1) IN GENERAL.—On and after the date that is 180 days after the date of the enactment of this

Act, the President shall impose the sanctions described in subsection (b) with respect to a foreign person if the President determines that the foreign person, on or after such date of enactment, knowingly engages in an activity described in paragraph (2).

(2) ACTIVITIES DESCRIBED.—A foreign person engages in an activity described in this paragraph if the foreign person—

(A) knowingly provides significant financial, material, or technological support to, or knowingly engages in a significant transaction with—

(i) the Government of Syria (including any entity owned or controlled by the Government of Syria) or a senior political figure of the Government of Syria;

(ii) a foreign person that is a military contractor, mercenary, or a paramilitary force knowingly operating in a military capacity inside Syria for or on behalf of the Government of Syria, the Government of the Russian Federation, or the Government of Iran; or

WASHSTATEC008366

(iii) a foreign person subject to sanctions pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) with respect to Syria or any other provision of law that imposes sanctions with respect to Syria;

(B) knowingly sells or provides significant goods, services, technology, information, or other support that significantly facilitates the maintenance or expansion of the Government of Syria's domestic production of natural gas, petroleum, or petroleum products;

(C) knowingly sells or provides aircraft or spare aircraft parts that are used for military purposes in Syria for or on behalf of the Government of Syria to any foreign person operating in an area directly or indirectly controlled by the Government of Syria or foreign forces associated with the Government of Syria;

(D) knowingly provides significant goods or services associated with the operation of aircraft that are used for military purposes in Syria for or on behalf of the Government of Syria to any foreign person operating in an area described in subparagraph (C); or

(E) knowingly, directly or indirectly, provides significant construction or engineering services to the Government of Syria.

(3) SENSE OF CONGRESS.—It is the sense of Congress that, in implementing this section, the President should consider financial support under paragraph (2)(A) to include the provision of loans, credits, or export credits.

(b) SANCTIONS DESCRIBED.—

(1) IN GENERAL.—The sanctions to be imposed with respect to a foreign person described in subsection (a) are the following:

(A) BLOCKING OF PROPERTY.—The President shall exercise all of the powers granted to the President under the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) to the extent necessary to block and prohibit all transactions in property and interests in property of the foreign person if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.

(B) INELIGIBILITY FOR VISAS, ADMISSION, OR PAROLE.—

(i) VISAS, ADMISSION, OR PAROLE.—An alien described in subsection (a) is—

(I) inadmissible to the United States;

(II) ineligible to receive a visa or other documentation to enter the United States; and

(III) otherwise ineligible to be admitted or paroled into the United States or to receive any other benefit under the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).

(ii) CURRENT VISAS REVOKED.—

(I) IN GENERAL.—An alien described in subsection (a) is subject to revocation of any visa or other entry documentation regardless of when the visa or other entry documentation is or was issued.

(II) IMMEDIATE EFFECT.—A revocation under subclause (I) shall—

(aa) take effect immediately; and

(bb) automatically cancel any other valid visa or entry doc-

umentation that is in the alien's possession.

(2) PENALTIES.—The penalties provided for in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) shall apply to a person that violates, attempts to violate, conspires to violate, or causes a violation of regulations promulgated under section 7433(b) to carry out paragraph (1)(A) to the same extent that such penalties apply to a person that commits an unlawful act described in section 206(a) of that Act.

(3) EXCEPTIONS.—Sanctions under paragraph (1)(B) shall not apply with respect to an alien if admitting or paroling the alien into the United States is necessary—

(A) to permit the United States to comply with the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, or other applicable international obligations; or

(B) to carry out or assist law enforcement activity in the United States.

**SEC. 7413. STRATEGY RELATING TO AREAS OF SYRIA IN WHICH CIVILIANS ARE SUBJECT TO FORCED DISPLACEMENT.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the President shall—

(1) identify the areas described in subsection (b); and

(2) submit to the appropriate congressional committees the strategy described in subsection (c).

(b) AREAS DESCRIBED.—The areas described in this subsection are areas in Syria that the President determines—

(1) are under the control of—

(A) the Government of Syria;

(B) the Government of the Russian Federation;

(C) the Government of Iran; or

(D) a foreign person described in section 7412(a)(2)(A)(ii); and

(2) are areas in which civilians have been subject to forced displacement by—

(A) a government specified in subparagraph (A), (B), or (C) of paragraph (1); or

(B) a foreign person described in section 7412(a)(2)(A)(ii).

WASHSTATEC008371

(c) STRATEGY DESCRIBED.—The strategy described in this subsection is a strategy to deter foreign persons from entering into contracts related to reconstruction in the areas described in subsection (b) for or on behalf of—

(1) a government specified in subparagraph (A), (B), or (C) of subsection (b)(1); or

(2) a foreign person described in section 7412(a)(2)(A)(ii).

(d) FORM.—The strategy required by subsection (a)(2) shall be submitted in unclassified form but may include a classified annex.

(e) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Foreign Affairs of the House of Representatives; and

(2) the Committee on Foreign Relations of the Senate.

## Subtitle B—Assistance for the People of Syria

### SEC. 7421. SENSE OF CONGRESS.

It is the sense of Congress that it is in the interests of the United States to continue to provide assistance to the people of Syria in order to promote peace, stability,

WASHSTATEC008372

and development, including through multilateral organizations.

**SEC. 7422. BRIEFING ON MONITORING AND EVALUATING OF ONGOING ASSISTANCE PROGRAMS IN SYRIA AND TO THE SYRIAN PEOPLE.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the Secretary of State and the Administrator of the United States Agency for International Development shall brief the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate on the monitoring and evaluation of ongoing assistance programs in Syria and for the Syrian people, including assistance provided through multilateral organizations.

(b) MATTERS TO BE INCLUDED.—The briefing required by subsection (a) shall include a description of—

(1) the specific project monitoring and evaluation efforts, including measurable goals and performance metrics for assistance in Syria;

(2) the memoranda of understanding entered into by the Department of State, the United States Agency for International Development, and their respective Inspectors General, and the multilateral organizations through which United States assistance will be delivered that formalize requirements for the

sharing of information between such entities for the conduct of audits, investigations, and evaluations; and

(3) the major challenges to monitoring and evaluating programs described in subsection (a).

**SEC. 7423. ASSESSMENT OF POTENTIAL METHODS TO ENHANCE THE PROTECTION OF CIVILIANS.**

(a) IN GENERAL.—Not later than 90 days after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the potential effectiveness, risks, and operational requirements of military and non-military means to enhance the protection of civilians inside Syria, especially civilians who are in besieged areas, trapped at borders, or internally displaced.

(b) CONSULTATION.—The briefing required by subsection (a) shall be informed by consultations with the Department of State, the United States Agency for International Development, the Department of Defense, and international and local humanitarian aid organizations operating in Syria.

(c) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Foreign Affairs and the Committee on Armed Services of the House of Representatives; and

(2) the Committee on Foreign Relations and the Committee on Armed Services of the Senate.

**SEC. 7424. ASSISTANCE TO SUPPORT ENTITIES TAKING ACTIONS RELATING TO GATHERING EVIDENCE FOR INVESTIGATIONS INTO WAR CRIMES OR CRIMES AGAINST HUMANITY IN SYRIA SINCE MARCH 2011.**

(a) IN GENERAL.—Except as provided in subsection (b), the Secretary of State, after consultation with the Attorney General and the heads of other appropriate Federal agencies, is authorized, consistent with the national interest, to provide assistance to support entities that are conducting criminal investigations, supporting prosecutions, or collecting evidence and preserving the chain of custody for such evidence for eventual prosecution, against those who have committed war crimes or crimes against humanity in Syria, including the aiding and abetting of such crimes by foreign governments and organizations supporting the Government of Syria, since March 2011.

(b) LIMITATION.—No assistance may be provided under subsection (a) while President Bashar al-Assad remains in power—

(1) to build the investigative or judicial capacities of the Government of Syria; or

(2) to support prosecutions in the domestic courts in Syria.

(c) BRIEFING.—Not later than one year after the date of the enactment of this Act, the Secretary of State shall brief the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate on assistance provided under subsection (a).

**SEC. 7425. CODIFICATION OF CERTAIN SERVICES IN SUPPORT OF NONGOVERNMENTAL ORGANIZATIONS' ACTIVITIES AUTHORIZED.**

(a) IN GENERAL.—Except as provided in subsection (b), section 542.516 of title 31, Code of Federal Regulations (relating to certain services in support of nongovernmental organizations' activities authorized), as in effect on the day before the date of the enactment of this Act, shall—

(1) remain in effect on and after such date of enactment; and

(2) in the case of a nongovernmental organization that is authorized to export or reexport services to Syria under such section on the day before such date of enactment, apply to such organization on

WASHSTATEC008376

and after such date of enactment to the same extent and in the same manner as such section applied to such organization on the day before such date of enactment.

(b) EXCEPTION.—

(1) IN GENERAL.—Section 542.516 of title 31, Code of Federal Regulations, as codified under subsection (a), shall not apply with respect to a foreign person that has been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), or otherwise designated as a terrorist organization, by the Secretary of State, in consultation with or upon the request of the Attorney General or the Secretary of Homeland Security.

(2) EFFECTIVE DATE.—Paragraph (1) shall apply with respect to a foreign person on and after the date on which the designation of that person as a terrorist organization is published in the Federal Register.

**SEC. 7426. BRIEFING ON STRATEGY TO FACILITATE HUMANITARIAN ASSISTANCE.**

(a) IN GENERAL.—Not later than 180 days after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the strategy

WASHSTATEC008377

of the President to help facilitate the ability of humanitarian organizations to access financial services to help facilitate the safe and timely delivery of assistance to communities in need in Syria.

(b) CONSIDERATION OF DATA FROM OTHER COUNTRIES AND NONGOVERNMENTAL ORGANIZATIONS.—In preparing the strategy required by subsection (a), the President shall consider credible data already obtained by other countries and nongovernmental organizations, including organizations operating in Syria.

(c) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives; and

(2) the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.

## Subtitle C—General Provisions

### SEC. 7431. SUSPENSION OF SANCTIONS.

(a) IN GENERAL.—The President may suspend in whole or in part the imposition of sanctions otherwise required under this Act or the imposition of sanctions required by any amendment made by this title for renewable

WASHSTATEC008378

periods not to exceed 180 days if the President determines that the following criteria have been met in Syria:

(1) The air space over Syria is no longer being utilized by the Government of Syria or the Government of the Russian Federation to target civilian populations through the use of incendiary devices, including barrel bombs, chemical weapons, and conventional arms (including air-delivered missiles and explosives).

(2) Areas besieged by the Government of Syria, the Government of the Russian Federation, the Government of Iran, or a foreign person described in section 7412(a)(2)(A)(ii) are no longer cut off from international aid and have regular access to humanitarian assistance, freedom of travel, and medical care.

(3) The Government of Syria is releasing all political prisoners forcibly held within the prison system of the regime of Bashar al-Assad and the Government of Syria is allowing full access to prison system facilities for investigations by appropriate international human rights organizations.

(4) The forces of the Government of Syria, the Government of the Russian Federation, the Government of Iran, and any foreign person described in

section 7412(a)(2)(A)(ii) are no longer engaged in deliberate targeting of medical facilities, schools, residential areas, and community gathering places, including markets, in violation of international norms.

(5) The Government of Syria is—

(A) taking steps to verifiably fulfill its commitments under the Convention on the Prohibition of the Development, Production, Stockpiling and Use of Chemical Weapons and on their Destruction, done at Geneva September 3, 1992, and entered into force April 29, 1997 (commonly known as the "Chemical Weapons Convention"), and the Treaty on the Non-Proliferation of Nuclear Weapons, done at Washington, London, and Moscow July 1, 1968, and entered into force March 5, 1970 (21 UST 483); and

(B) making tangible progress toward becoming a signatory to the Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological) and Toxin Weapons and on their Destruction, done at Washington, London, and Moscow April 10, 1972, and entered into force March 26, 1975 (26 UST 583).

WASHSTATEC008380

(6) The Government of Syria is permitting the safe, voluntary, and dignified return of Syrians displaced by the conflict.

(7) The Government of Syria is taking verifiable steps to establish meaningful accountability for perpetrators of war crimes in Syria and justice for victims of war crimes committed by the Assad regime, including through participation in a credible and independent truth and reconciliation process.

(b) BRIEFING REQUIRED.—Not later than 30 days after the President makes a determination described in subsection (a), the President shall provide a briefing to the appropriate congressional committees on the determination and the suspension of sanctions pursuant to the determination.

(c) REIMPOSITION OF SANCTIONS.—Any sanctions suspended under subsection (a) shall be reimposed if the President determines that the criteria described in that subsection are no longer being met.

(d) RULE OF CONSTRUCTION.—Nothing in this section shall be construed to limit the authority of the President to terminate the application of sanctions under section 7412 with respect to a person that no longer engages in activities described in subsection (a)(2) of that section.

(e) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Committee on the Judiciary of the House of Representatives; and

(2) the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on the Judiciary of the Senate.

**SEC. 7432. WAIVERS AND EXEMPTIONS.**

(a) EXEMPTIONS.—The following activities and transactions shall be exempt from sanctions authorized under this title or any amendment made by this title:

(1) Any activity subject to the reporting requirements under title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.), or to any authorized intelligence activities of the United States.

(2) Any transaction necessary to comply with United States obligations under—

(A) the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force

WASHSTATEC008382

November 21, 1947, between the United Nations and the United States;

(B) the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967; or

(C) any other international agreement to which the United States is a party.

(b) WAIVER.—

(1) IN GENERAL.—The President may, for renewable periods not to exceed 180 days, waive the application of any provision of this title (other than section 7434) with respect to a foreign person if the President certifies to the appropriate congressional committees that such a waiver is in the national security interests of the United States.

(2) BRIEFING.—Not later than 90 days after the issuance of a waiver under paragraph (1), and every 180 days thereafter while the waiver remains in effect, the President shall brief the appropriate congressional committees on the reasons for the waiver.

(c) HUMANITARIAN WAIVER.—

(1) IN GENERAL.—The President may waive, for renewable periods not to exceed 2 years, the application of any provision of this title (other than

section 7434) with respect to a nongovernmental organization providing humanitarian assistance not covered by the authorization described in section 7425 if the President certifies to the appropriate congressional committees that such a waiver is important to address a humanitarian need and is consistent with the national security interests of the United States.

(2) BRIEFING.—Not later than 90 days after the issuance of a waiver under paragraph (1), and every 180 days thereafter while the waiver remains in effect, the President shall brief the appropriate congressional committees on the reasons for the waiver.

(d) APPROPRIATE CONGRESSIONAL COMMITTEES DEFINED.—In this section, the term "appropriate congressional committees" means—

(1) the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Committee on the Judiciary of the House of Representatives; and

(2) the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on the Judiciary of the Senate.

WASHSTATEC008384

**SEC. 7433. IMPLEMENTATION AND REGULATORY AUTHORITIES.**

(a) IMPLEMENTATION AUTHORITY.—The President may exercise all authorities provided to the President under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) for purposes of carrying out this title and the amendments made by this title.

(b) REGULATORY AUTHORITY.—The President shall, not later than 180 days after the date of the enactment of this Act, promulgate regulations as necessary for the implementation of this title and the amendments made by this title.

**SEC. 7434. EXCEPTION RELATING TO IMPORTATION OF GOODS.**

(a) IN GENERAL.—The authorities and requirements to impose sanctions authorized under this title or the amendments made by this title shall not include the authority or a requirement to impose sanctions on the importation of goods.

(b) GOOD DEFINED.—In this section, the term "good" means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.

WASHSTATEC008385

**SEC. 7435. COST LIMITATION.**

No additional funds are authorized to be appropriated to carry out the requirements of this title and the amendments made by this title. Such requirements shall be carried out using amounts otherwise authorized to be appropriated.

**SEC. 7436. RULE OF CONSTRUCTION.**

Except for section 7434 with respect to the importation of goods, nothing in this title shall be construed to limit the authority of the President pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) or any other provision of law.

**SEC. 7437. PROHIBITION ON CONSTRUCTION OF PROVISIONS OF THIS TITLE AS AN AUTHORIZATION FOR USE OF MILITARY FORCE.**

Nothing in this title may be construed as an authorization for use of military force.

**SEC. 7438. SUNSET.**

This title shall cease to be effective on the date that is 5 years after the date of the enactment of this Act.

# TITLE LXXV—PROTECTING EUROPE'S ENERGY SECURITY

Sec. 7501. Short title.
Sec. 7502. Sense of Congress.
Sec. 7503. Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.

WASHSTATEC008386

**SEC. 7501. SHORT TITLE.**

This title may be cited as the "Protecting Europe's Energy Security Act of 2019".

**SEC. 7502. SENSE OF CONGRESS.**

It is the sense of Congress that—

(1) the United States and Europe share a common history, a common identity, and common values built upon the principles of democracy, rule of law, and individual freedoms;

(2) the United States has encouraged and admired the European project, which has resulted in a common market and common policies, has achieved unprecedented prosperity and stability on the continent, and serves as a model for other countries to reform their institutions and prioritize anticorruption measures;

(3) the relationships between the United States and Europe and the United States and Germany are critical to the national security interests of the United States as well as to global prosperity and peace, and Germany in particular is a crucial partner for the United States in multilateral efforts aimed at promoting global prosperity and peace;

(4) the United States should stand against any effort designed to weaken those relationships; and

WASHSTATEC008387

(5) Germany has demonstrated leadership within the European Union and in international fora to ensure that sanctions imposed with respect to the Russian Federation for its malign activities are maintained.

**SEC. 7503. IMPOSITION OF SANCTIONS WITH RESPECT TO PROVISION OF CERTAIN VESSELS FOR THE CONSTRUCTION OF CERTAIN RUSSIAN ENERGY EXPORT PIPELINES.**

(a) REPORT REQUIRED.—

(1) IN GENERAL.—Not later than 60 days after the date of the enactment of this Act, and every 90 days thereafter, the Secretary of State, in consultation with the Secretary of the Treasury, shall submit to the appropriate congressional committees a report that identifies, for the period specified in paragraph (2)—

(A) vessels that engaged in pipe-laying at depths of 100 feet or more below sea level for the construction of the Nord Stream 2 pipeline project, the TurkStream pipeline project, or any project that is a successor to either such project; and

(B) foreign persons that the Secretary of State, in consultation with the Secretary of the Treasury, determines have knowingly—

(i) sold, leased, or provided those vessels for the construction of such a project; or

(ii) facilitated deceptive or structured transactions to provide those vessels for the construction of such a project.

(2) PERIOD SPECIFIED.—The period specified in this paragraph is—

(A) in the case of the first report required to be submitted by paragraph (1), the period beginning on the date of the enactment of this Act and ending on the date on which the report is submitted; and

(B) in the case of any subsequent such report, the 90-day period preceding submission of the report.

(b) INELIGIBILITY FOR VISAS, ADMISSION, OR PAROLE OF IDENTIFIED PERSONS AND CORPORATE OFFICERS.—

(1) IN GENERAL.—

(A) VISAS, ADMISSION, OR PAROLE.—An alien described in paragraph (2) is—

(i) inadmissible to the United States;

(ii) ineligible to receive a visa or other documentation to enter the United States; and

(iii) otherwise ineligible to be admitted or paroled into the United States or to receive any other benefit under the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).

(B) CURRENT VISAS REVOKED.—

(i) IN GENERAL.—The visa or other entry documentation of an alien described in paragraph (2) shall be revoked, regardless of when such visa or other entry documentation is or was issued.

(ii) IMMEDIATE EFFECT.—A revocation under clause (i) shall—

(I) take effect immediately; and

(II) automatically cancel any other valid visa or entry documentation that is in the alien's possession.

(2) ALIENS DESCRIBED.—An alien is described in this paragraph if the alien is—

(A) a foreign person identified under subsection (a)(1)(B);

WASHSTATEC008390

(B) a corporate officer of a person described in subparagraph (A); or

(C) a principal shareholder with a controlling interest in a person described in subparagraph (A).

(c) BLOCKING OF PROPERTY OF IDENTIFIED PERSONS.—The President shall exercise all powers granted to the President by the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) to the extent necessary to block and prohibit all transactions in all property and interests in property of any person identified under subsection (a)(1)(B) if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.

(d) WIND-DOWN PERIOD.—The President may not impose sanctions under this section with respect to a person identified in the first report submitted under subsection (a) if the President certifies in that report that the person has, not later than 30 days after the date of the enactment of this Act, engaged in good faith efforts to wind down operations that would otherwise subject the person to the imposition of sanctions under this section.

(e) EXCEPTIONS.—

WASHSTATEC008391

(1) EXCEPTION FOR INTELLIGENCE, LAW ENFORCEMENT, AND NATIONAL SECURITY ACTIVITIES.—Sanctions under this section shall not apply to any authorized intelligence, law enforcement, or national security activities of the United States.

(2) EXCEPTION TO COMPLY WITH UNITED NATIONS HEADQUARTERS AGREEMENT.—Sanctions under this section shall not apply with respect to the admission of an alien to the United States if the admission of the alien is necessary to permit the United States to comply with the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967, or other applicable international obligations.

(3) EXCEPTION FOR SAFETY OF VESSELS AND CREW.—Sanctions under this section shall not apply with respect to a person providing provisions to a vessel identified under subsection (a)(1)(A) if such provisions are intended for the safety and care of the crew aboard the vessel, the protection of human life aboard the vessel, or the maintenance of the ves-

sel to avoid any environmental or other significant damage.

(4) EXCEPTION FOR REPAIR OR MAINTENANCE OF PIPELINES.—Sanctions under this section shall not apply with respect to a person for engaging in activities necessary for or related to the repair or maintenance of, or environmental remediation with respect to, a pipeline project described in subsection (a)(1)(A).

(5) EXCEPTION RELATING TO IMPORTATION OF GOODS.—

(A) IN GENERAL.—Notwithstanding any other provision of this section, the authorities and requirements to impose sanctions authorized under this section shall not include the authority or a requirement to impose sanctions on the importation of goods.

(B) GOOD DEFINED.—In this paragraph, the term "good" means any article, natural or man-made substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.

(f) WAIVERS.—

(1) NATIONAL INTEREST WAIVER FOR VISA BAN.—The President may waive the application of

sanctions under subsection (b) with respect to an alien if the President—

(A) determines that the waiver is in the national interests of the United States; and

(B) submits to the appropriate congressional committees a report on the waiver and the reasons for the waiver.

(2) NATIONAL SECURITY WAIVER FOR ECONOMIC AND OTHER SANCTIONS.—The President may waive the application of sanctions under subsection (c) with respect to a person if the President—

(A) determines that the waiver is in the national security interests of the United States; and

(B) submits to the appropriate congressional committees a report on the waiver and the reasons for the waiver.

(g) IMPLEMENTATION; PENALTIES.—

(1) IMPLEMENTATION.—The President may exercise all authorities provided to the President under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.

(2) PENALTIES.—A person that violates, attempts to violate, conspires to violate, or causes a

violation of this section or any regulation, license, or order issued to carry out this section shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.

(h) TERMINATION AND SUNSET.—The authority to impose sanctions under this section with respect to a person involved in the construction of a pipeline project described in subsection (a)(1)(A), and any sanctions imposed under this section with respect to that project, shall terminate on the date that is the earlier of—

(1) the date on which the President certifies to the appropriate congressional committees that appropriate safeguards have been put in place—

(A) to minimize the ability of the Government of the Russian Federation to use that project as a tool of coercion and political leverage, including by achieving the unbundling of energy production and transmission so that entities owned or controlled by that Government do not control the transmission network for the pipeline; and

WASHSTATEC008395

(B) to ensure, barring unforeseen circumstances, that the project would not result in a decrease of more than 25 percent in the volume of Russian energy exports transiting through existing pipelines in other countries, particularly Ukraine, relative to the average monthly volume of Russian energy exports transiting through such pipelines in 2018; or

(2) the date that is 5 years after the date of the enactment of this Act.

(i) DEFINITIONS.—In this section:

(1) ADMISSION; ADMITTED; ALIEN.—The terms "admission", "admitted", and "alien" have the meanings given those terms in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101).

(2) APPROPRIATE CONGRESSIONAL COMMITTEES.—The term "appropriate congressional committees" means—

(A) the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate; and

(B) the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives.

WASHSTATEC008396

(3) FOREIGN PERSON.—The term "foreign person" means an individual or entity that is not a United States person.

(4) KNOWINGLY.—The term "knowingly", with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.

(5) UNITED STATES PERSON.—The term "United States person" means—

(A) a United States citizen or an alien lawfully admitted for permanent residence to the United States;

(B) an entity organized under the laws of the United States or any jurisdiction within the United States, including a foreign branch of such an entity; or

(C) any person within the United States.

# TITLE LXXVI—OTHER MATTERS

Subtitle A—Federal Employee Paid Leave Act

Sec. 7601. Short title.
Sec. 7602. Paid parental leave under title 5.
Sec. 7603. Paid parental leave for congressional employees.
Sec. 7604. Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees.
Sec. 7605. Clarification for members of the National Guard and Reserves.
Sec. 7606. Conforming amendment for certain TSA employees.

Subtitle B—Other Matters

Sec. 7611. Liberian refugee immigration fairness.
Sec. 7612. Pensacola Dam and Reservoir, Grand River, Oklahoma.

Sec. 7613. Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations.

## Subtitle A—Federal Employee Paid Leave Act

**SEC. 7601. SHORT TITLE.**

This subtitle may be cited as the "Federal Employee Paid Leave Act".

**SEC. 7602. PAID PARENTAL LEAVE UNDER TITLE 5.**

(a) IN GENERAL.—Subsection (d) of section 6382 of title 5, United States Code, is amended—

(1) by striking "An employee" and inserting "(1) An employee";

(2) by striking "subparagraph (A), (B), (C)," and inserting "subparagraph (C),"; and

(3) by adding at the end the following:

"(2)(A) An employee may elect to substitute for any leave without pay under subparagraph (A) or (B) of subsection (a)(1) any paid leave which is available to such employee for that purpose.

"(B) The paid leave that is available to an employee for purposes of subparagraph (A) is—

"(i) 12 administrative workweeks of paid parental leave under this subparagraph in connection with the birth or placement involved; and

WASHSTATEC008398

"(ii) during the 12-month period referred to in subsection (a)(1), and in addition to the 12 administrative workweeks under clause (i), any annual or sick leave accrued or accumulated by such employee under subchapter I.

"(C) Nothing in this subsection shall be considered to require that an employee first use all or any portion of the leave described in subparagraph (B)(ii) before being allowed to use the paid parental leave described in subparagraph (B)(i).

"(D) Paid parental leave under subparagraph (B)(i)—

"(i) shall be payable from any appropriation or fund available for salaries or expenses for positions within the employing agency;

"(ii) shall not be considered to be annual or vacation leave for purposes of section 5551 or 5552 or for any other purpose; and

"(iii) if not used by the employee before the end of the 12-month period (as referred to in subsection (a)(1)) to which it relates, shall not accumulate for any subsequent use.

"(E) Nothing in this paragraph shall be construed to modify the requirement to complete at least 12 months of service as an employee (within

WASHSTATEC008399

the meaning of section 6381(1)(A)) before the date of the applicable birth or placement involved to be eligible for paid parental leave under subparagraph (B)(i) of this paragraph.

"(F)(i) An employee may not take leave under this paragraph unless the employee agrees (in writing), before the commencement of such leave, to work for the applicable employing agency for not less than a period of 12 weeks beginning on the date such leave concludes.

"(ii) The head of the agency shall waive the requirement in clause (i) in any instance where the employee is unable to return to work because of the continuation, recurrence, or onset of a serious health condition (including mental health), related to the applicable birth or placement of a child, of the employee or the child.

"(iii) The head of the employing agency may require that an employee who claims to be unable to return to work because of a health condition described under clause (ii) provide certification supporting such claim by the health care provider of the employee or the child (as the case may be). The employee shall provide such certification to the head in a timely manner.

WASHSTATEC008400

"(G)(i) If an employee fails to return from paid leave provided under this paragraph after the date such leave concludes, the employing agency may recover, from such employee, an amount equal to the total amount of Government contributions paid by the agency under section 8906 on behalf of the employee for maintaining such employee's health coverage under chapter 89 during the period of such leave.

"(ii) Clause (i) shall not apply to any employee who fails to return from such leave due to—

"(I) the continuation, recurrence, or onset of a serious health condition as described under, and consistent with the requirements of, subparagraph (F); or

"(II) any other circumstance beyond the control of the employee.".

(b) CONFORMING AMENDMENTS.—Section 6382(a) is amended—

(1) in paragraph (1), in the matter preceding subparagraph (A) by inserting "and subsection (d)(2) of this section" after "section 6383"; and

(2) in paragraph (4), by striking "During" and inserting "Subject to subsection (d)(2), during".

WASHSTATEC008401

(c) EFFECTIVE DATE.—The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.

**SEC. 7603. PAID PARENTAL LEAVE FOR CONGRESSIONAL EMPLOYEES.**

(a) AMENDMENTS TO CONGRESSIONAL ACCOUNTABILITY ACT.—Section 202 of the Congressional Accountability Act of 1995 (2 U.S.C. 1312) is amended—

(1) in subsection (a)(1), by adding at the end the following: "In applying section 102 of such Act with respect to leave for an event described in subsection (a)(1)(A) or (B) of such section to covered employees, subsection (d) of this section shall apply. Paragraphs (1) and (4) of section 102(a) of such Act shall be subject to subsection (d) of this section.";

(2) by redesignating subsections (d) and (e) as subsections (e) and (f), respectively; and

(3) by inserting after subsection (c) the following:

"(d) SPECIAL RULE FOR PAID PARENTAL LEAVE.—

"(1) SUBSTITUTION OF PAID LEAVE.—A covered employee may elect to substitute for any leave without pay under subparagraph (A) or (B) of section 102(a)(1) of the Family and Medical Leave Act

WASHSTATEC008402

of 1993 (29 U.S.C. 2612(a)(1)) any paid leave which is available to such employee for that purpose.

"(2) AMOUNT OF PAID LEAVE.—The paid leave that is available to a covered employee for purposes of paragraph (1) is—

"(A) the number of weeks of paid parental leave in connection with the birth or placement involved that corresponds to the number of administrative workweeks of paid parental leave available to employees under section 6382(d)(2)(B)(i) of title 5, United States Code; and

"(B) during the 12-month period referred to in section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)) and in addition to the administrative workweeks described in subparagraph (A), any additional paid vacation, personal, family, medical, or sick leave provided by the employing office to such employee.

"(3) LIMITATION.—Nothing in this section or section 102(d)(2)(A) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(d)(2)(A)) shall be considered to require or permit an employing office to require that an employee first use all or any

WASHSTATEC008403

portion of the leave described in paragraph (2)(B) before being allowed to use the paid parental leave described in paragraph (2)(A).

"(4) ADDITIONAL RULES.—Paid parental leave under paragraph (2)(A)—

"(A) shall be payable from any appropriation or fund available for salaries or expenses for positions within the employing office;

"(B) if not used by the covered employee before the end of the 12-month period (as referred to in section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1))) to which it relates, shall not accumulate for any subsequent use; and

"(C) shall apply without regard to the limitations in subparagraph (E), (F), or (G) of section 6382(d)(2) of title 5, United States Code, or section 104(c)(2) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2614(c)(2)).".

(b) CONFORMING AMENDMENT.—Section 202(a)(2) of the Congressional Accountability Act of 1995 (2 U.S.C. 1312(a)(2)) is amended by adding at the end the following: "The requirements of subparagraph (B) shall not apply with respect to leave under subparagraph (A) or (B)

of section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)).''.

(c) EFFECTIVE DATE.—The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.

**SEC. 7604. CONFORMING AMENDMENT TO FAMILY AND MEDICAL LEAVE ACT FOR GAO AND LIBRARY OF CONGRESS EMPLOYEES.**

(a) AMENDMENT TO FAMILY AND MEDICAL LEAVE ACT OF 1993.—Section 102 of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612) is amended—

(1) in subsection (a)—

(A) in paragraph (1), by inserting ''and subsection (d)(3)'' after ''section 103''; and

(B) in paragraph (4), by striking ''During'' and inserting ''Subject to subsection (d)(3), during''; and

(2) in subsection (d), by adding at the end the following:

''(3) SPECIAL RULE FOR GAO EMPLOYEES.—

''(A) SUBSTITUTION OF PAID LEAVE.—An employee of the Government Accountability Office may elect to substitute for any leave without pay under subparagraph (A) or (B) of sub-

section (a)(1) any paid leave which is available to such employee for that purpose.

"(B) AMOUNT OF PAID LEAVE.—The paid leave that is available to an employee of the Government Accountability Office for purposes of subparagraph (A) is—

"(i) the number of weeks of paid parental leave in connection with the birth or placement involved that corresponds to the number of administrative workweeks of paid parental leave available to employees under section 6382(d)(2)(B)(i) of title 5, United States Code; and

"(ii) during the 12-month period referred to in section 102(a)(1) and in addition to the administrative workweeks described in clause (i), any additional paid vacation, personal, family, medical, or sick leave provided by such employer.

"(C) LIMITATION.—Nothing in this section shall be considered to require or permit an employer to require that an employee first use all or any portion of the leave described in subparagraph (B)(ii) before being allowed to use

WASHSTATEC008406

the paid parental leave described in clause (i) of subparagraph (B).

"(D) ADDITIONAL RULES.—Paid parental leave under subparagraph (B)(i)—

"(i) shall be payable from any appropriation or fund available for salaries or expenses for positions with the Government Accountability Office;

"(ii) if not used by the employee of such employer before the end of the 12-month period (as referred to in subsection (a)(1)) to which it relates, shall not accumulate for any subsequent use; and

"(iii) shall apply without regard to the limitations in subparagraph (E), (F), or (G) of section 6382(d)(2) of title 5, United States Code or section 104(c)(2) of this Act.

"(4) SPECIAL RULE FOR LIBRARY OF CONGRESS EMPLOYEES.—Consistent with section 101(a)(3)(J) of the Congressional Accountability Act of 1995 (2 U.S.C. 1301(a)(3)(J)), the rights and protections established by sections 101 through 105, including section 102(d)(3), shall apply to employees

of the Library of Congress under section 202 of that Act (2 U.S.C. 1312).''.

(b) CONFORMING AMENDMENT.—Section 101(2) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2611(2)) is amended by adding at the end the following:

"(E) GAO EMPLOYEES.—In the case of an employee of the Government Accountability Office, the requirements of subparagraph (A) shall not apply with respect to leave under section 102(a)(1)(A) or (B).''.

(c) EFFECTIVE DATE.—The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.

**SEC. 7605. CLARIFICATION FOR MEMBERS OF THE NATIONAL GUARD AND RESERVES.**

(a) EXECUTIVE BRANCH EMPLOYEES.—For purposes of determining the eligibility of an employee who is a member of the National Guard or Reserves to take leave under section 6382(a) of title 5, United States Code, or to substitute such leave pursuant to subsection (d)(2)(A) of section 6382 of such title (as added by section 1102), any service by such employee on active duty (as defined in section 6381(7) of such title) shall be counted as service as an employee for purposes of section 6381(1)(B) of such title.

(b) CONGRESSIONAL EMPLOYEES.—For purposes of determining the eligibility of a covered employee (as such term is defined in section 101(3) of the Congressional Accountability Act) who is a member of the National Guard or Reserves to take leave under section 102(a) of the Family and Medical Leave Act of 1993 (pursuant to section 202(a)(1) of the Congressional Accountability Act), any service by such employee on active duty (as defined in section 101(14) of the Family and Medical Leave Act of 1993) shall be counted as time during which such employee has been employed in an employing office for purposes of section 202(a)(2)(B) of the Congressional Accountability Act.

(c) GAO AND LIBRARY OF CONGRESS EMPLOYEES.—For purposes of determining the eligibility of an employee of the Government Accountability Office or Library of Congress who is a member of the National Guard or Reserves to take leave under section 102(a) of the Family and Medical Leave Act of 1993, any service by such employee on active duty (as defined in section 101(14) of such Act) shall be counted as time during which such employee has been employed for purposes of section 101(2)(A) of such Act.

**SEC. 7606. CONFORMING AMENDMENT FOR CERTAIN TSA EMPLOYEES.**

Section 111(d)(2) of the Aviation and Transportation Security Act (49 U.S.C. 44935 note) is amended to read as follows:

"(2) EXCEPTIONS.—

"(A) REEMPLOYMENT.—In carrying out the functions authorized under paragraph (1), the Under Secretary shall be subject to the provisions set forth in chapter 43 of title 38, United States Code.

"(B) LEAVE.—The provisions of subchapter V of chapter 63 of title 5, United States Code, shall apply to any individual appointed under paragraph (1) as if such individual were an employee (within the meaning of subparagraph (A) of section 6381(1) of such title).".

## Subtitle B—Other Matters

**SEC. 7611. LIBERIAN REFUGEE IMMIGRATION FAIRNESS.**

(a) DEFINITIONS.—In this section:

(1) IN GENERAL.—Except as otherwise specifically provided, any term used in this Act that is used in the immigration laws shall have the meaning given the term in the immigration laws.

(2) IMMIGRATION LAWS.—The term "immigration laws" has the meaning given the term in section 101(a)(17) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(17)).

(3) SECRETARY.—The term "Secretary" means the Secretary of Homeland Security.

(b) ADJUSTMENT OF STATUS.—

(1) IN GENERAL.—Except as provided in paragraph (3), the Secretary shall adjust the status of an alien described in subsection (c) to that of an alien lawfully admitted for permanent residence if the alien—

(A) applies for adjustment not later than 1 year after the date of the enactment of this Act;

(B) is otherwise eligible to receive an immigrant visa; and

(C) subject to paragraph (2), is admissible to the United States for permanent residence.

(2) APPLICABILITY OF GROUNDS OF INADMISSIBILITY.—In determining the admissibility of an alien under paragraph (1)(C), the grounds of inadmissibility specified in paragraphs (4), (5), (6)(A), and (7)(A) of section 212(a) of the Immigration and Nationality Act (8 U.S.C. 1182(a)) shall not apply.

(3) EXCEPTIONS.—An alien shall not be eligible for adjustment of status under this subsection if the Secretary determines that the alien—

(A) has been convicted of any aggravated felony;

(B) has been convicted of two or more crimes involving moral turpitude (other than a purely political offense); or

(C) has ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group, or political opinion.

(4) RELATIONSHIP OF APPLICATION TO CERTAIN ORDERS.—

(A) IN GENERAL.—An alien present in the United States who has been subject to an order of exclusion, deportation, removal, or voluntary departure under any provision of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.) may, notwithstanding such order, submit an application for adjustment of status under this subsection if the alien is otherwise eligible for adjustment of status under paragraph (1).

WASHSTATEC008412

(B) SEPARATE MOTION NOT REQUIRED.—An alien described in subparagraph (A) shall not be required, as a condition of submitting or granting an application under this subsection, to file a separate motion to reopen, reconsider, or vacate an order described in subparagraph (A).

(C) EFFECT OF DECISION BY SECRETARY.—

(i) GRANT.—If the Secretary adjusts the status of an alien pursuant to an application under this subsection, the Secretary shall cancel any order described in subparagraph (A) to which the alien has been subject.

(ii) DENIAL.—If the Secretary makes a final decision to deny such application, any such order shall be effective and enforceable to the same extent that such order would be effective and enforceable if the application had not been made.

(c) ALIENS ELIGIBLE FOR ADJUSTMENT OF STATUS.—

(1) IN GENERAL.—The benefits provided under subsection (b) shall apply to any alien who—

(A)(i) is a national of Liberia; and

(ii) has been continuously present in the United States during the period beginning on November 20, 2014, and ending on the date on which the alien submits an application under subsection (b); or

(B) is the spouse, child, or unmarried son or daughter of an alien described in subparagraph (A).

(2) DETERMINATION OF CONTINUOUS PHYSICAL PRESENCE.—For purposes of establishing the period of continuous physical presence referred to in paragraph (1)(A)(ii), an alien shall not be considered to have failed to maintain continuous physical presence based on one or more absences from the United States for one or more periods amounting, in the aggregate, of not more than 180 days.

(d) STAY OF REMOVAL.—

(1) IN GENERAL.—The Secretary shall promulgate regulations establishing procedures by which an alien who is subject to a final order of deportation, removal, or exclusion, may seek a stay of such order based on the filing of an application under subsection (b).

(2) DURING CERTAIN PROCEEDINGS.—

(A) IN GENERAL.—Except as provided in subparagraph (B), notwithstanding any provision of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.), the Secretary may not order an alien to be removed from the United States if the alien—

(i) is in exclusion, deportation, or removal proceedings under any provision of such Act; and

(ii) has submitted an application for adjustment of status under subsection (b).

(B) EXCEPTION.—The Secretary may order an alien described in subparagraph (A) to be removed from the United States if the Secretary has made a final determination to deny the application for adjustment of status under subsection (b) of the alien.

(3) WORK AUTHORIZATION.—

(A) IN GENERAL.—The Secretary may—

(i) authorize an alien who has applied for adjustment of status under subsection (b) to engage in employment in the United States during the period in which a determination on such application is pending; and

WASHSTATEC008415

(ii) provide such alien with an "employment authorized" endorsement or other appropriate document signifying authorization of employment.

(B) PENDING APPLICATIONS.—If an application for adjustment of status under subsection (b) is pending for a period exceeding 180 days and has not been denied, the Secretary shall authorize employment for the applicable alien.

(e) RECORD OF PERMANENT RESIDENCE.—On the approval of an application for adjustment of status under subsection (b) of an alien, the Secretary shall establish a record of admission for permanent residence for the alien as of the date of the arrival of the alien in the United States.

(f) AVAILABILITY OF ADMINISTRATIVE REVIEW.—The Secretary shall provide applicants for adjustment of status under subsection (b) with the same right to, and procedures for, administrative review as are provided to—

(1) applicants for adjustment of status under section 245 of the Immigration and Nationality Act (8 U.S.C. 1255); and

(2) aliens subject to removal proceedings under section 240 of such Act (8 U.S.C. 1229a).

(g) LIMITATION ON JUDICIAL REVIEW.—

(1) IN GENERAL.—A determination by the Secretary with respect to the adjustment of status of any alien under this section is final and shall not be subject to review by any court.

(2) RULE OF CONSTRUCTION.—Nothing in paragraph (1) shall be construed to preclude the review of a constitutional claim or a question of law under section 704 of title 5, United States Code, with respect to a denial of adjustment of status under this section.

(h) NO OFFSET IN NUMBER OF VISAS AVAILABLE.—The Secretary of State shall not be required to reduce the number of immigrant visas authorized to be issued under any provision of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.) to offset the adjustment of status of an alien who has been lawfully admitted for permanent residence pursuant to this section.

(i) APPLICATION OF IMMIGRATION AND NATIONALITY ACT PROVISIONS.—

(1) SAVINGS PROVISION.—Nothing in this Act may be construed to repeal, amend, alter, modify, effect, or restrict the powers, duties, function, or authority of the Secretary in the administration and enforcement of the Immigration and Nationality Act

(8 U.S.C. 1101 et seq.) or any other law relating to immigration, nationality, or naturalization.

(2) EFFECT OF ELIGIBILITY FOR ADJUSTMENT OF STATUS.—The eligibility of an alien to be lawfully admitted for permanent residence under this section shall not preclude the alien from seeking any status under any other provision of law for which the alien may otherwise be eligible.

**SEC. 7612. PENSACOLA DAM AND RESERVOIR, GRAND RIVER, OKLAHOMA.**

(a) DEFINITIONS.—In this section:

(1) COMMISSION.—The term "Commission" means the Federal Energy Regulatory Commission.

(2) CONSERVATION POOL.—The term "conservation pool" means all land and water of Grand Lake O' the Cherokees, Oklahoma, below the flood pool.

(3) FLOOD POOL.—The term "flood pool" means all land and water of Grand Lake O' the Cherokees, Oklahoma, allocated for flood control or navigation by the Secretary pursuant to section 7 of the Flood Control Act of 1944 (33 U.S.C. 709).

(4) PROJECT.—The term "project" means the Pensacola Hydroelectric Project (FERC No. 1494).

WASHSTATEC008418

(5) SECRETARY.—The term "Secretary" means the Secretary of the Army.

(b) CONSERVATION POOL MANAGEMENT.—

(1) FEDERAL LAND.—Notwithstanding section 3(2) of the Federal Power Act (16 U.S.C. 796(2)), any Federal land within the project boundary, including any right, title, or interest in or to land held by the United States for any purpose, shall not—

(A) be subject to the first proviso in section 4(e) of the Federal Power Act (16 U.S.C. 797(e)); or

(B) be considered to be—

(i) land or other property of the United States for purposes of recompensing the United States for the use, occupancy, or enjoyment of the land under section 10(e)(1) of that Act (16 U.S.C. 803(e)(1)); or

(ii) land of the United States for purposes of section 24 of that Act (16 U.S.C. 818).

(2) LICENSE CONDITIONS.—

(A) IN GENERAL.—Except as may be required by the Secretary to carry out responsibilities under section 7 of the Flood Control Act

WASHSTATEC008419

of 1944 (33 U.S.C. 709), the Commission or any other Federal or State agency shall not include in any license for the project any condition or other requirement relating to—

(i) surface elevations of the conservation pool; or

(ii) the flood pool (except to the extent it references flood control requirements prescribed by the Secretary).

(B) EXCEPTION.—Notwithstanding subparagraph (A), the project shall remain subject to the Commission's rules and regulations for project safety and protection of human health.

(3) PROJECT SCOPE.—

(A) LICENSING JURISDICTION.—The licensing jurisdiction of the Commission for the project shall not extend to any land or water outside the project boundary.

(B) OUTSIDE INFRASTRUCTURE.—Any land, water, or physical infrastructure or other improvement outside the project boundary shall not be considered to be part of the project.

(C) BOUNDARY JURISDICTION AMENDMENTS.—The Commission may, consistent with the requirements of the Federal Power Act,

amend the project boundary, only with the expressed written agreement of the project licensee. If the licensee does not agree to a project boundary change proposed by the Commission, the purposes and requirements of part I of the Federal Power Act (16 U.S.C. 791a et seq.) shall be deemed to be satisfied without the Commission's proposed boundary or jurisdiction change.

(c) EXCLUSIVE JURISDICTION OF FLOOD POOL MANAGEMENT.—The Secretary shall have exclusive jurisdiction and responsibility for management of the flood pool for flood control operations at Grand Lake O' the Cherokees.

(d) STUDY OF UPSTREAM INFRASTRUCTURE.—Not later than 90 days after the date of the enactment of this Act, the Secretary shall initiate a study of infrastructure and lands upstream from the project to evaluate resiliency to flooding. Not later than one year after initiating the study, the Secretary shall issue a report advising local communities and State departments of transportation of any identified deficiencies and potential mitigation options.

(e) SAVINGS PROVISION.—Nothing in this section affects, with respect to the project—

WASHSTATEC008421

(1) any authority or obligation of the Secretary or the Chief of Engineers pursuant to section 2 of the Act of June 28, 1938 (commonly known as the "Flood Control Act of 1938") (33 U.S.C. 701c–1);

(2) any authority of the Secretary or the Chief of Engineers pursuant to section 7 of the Act of December 22, 1944 (commonly known as the "Flood Control Act of 1944") (33 U.S.C. 709);

(3) any obligation of the United States to obtain flowage or other property rights pursuant to the Act of July 31, 1946 (60 Stat. 743, chapter 710);

(4) any obligation of the United States to acquire flowage or other property rights for additional reservoir storage pursuant to Executive Order 9839 (12 Fed. Reg. 2447; relating to the Grand River Dam Project);

(5) any authority of the Secretary to acquire real property interest pursuant to section 560 of the Water Resources Development Act of 1996 (Public Law 104–303; 110 Stat. 3783);

(6) any obligation of the Secretary to conduct and pay the cost of a feasibility study pursuant to section 449 of the Water Resources Development Act of 2000 (Public Law 106–541; 114 Stat. 2641);

(7) the National Flood Insurance Program established under the National Flood Insurance Act of 1968 (42 U.S.C. 4001 et seq.), including any policy issued under that Act; or

(8) any disaster assistance made available under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.) or other Federal disaster assistance program.

**SEC. 7613. LIMITATION ON CERTAIN ROLLING STOCK PROCUREMENTS; CYBERSECURITY CERTIFICATION FOR RAIL ROLLING STOCK AND OPERATIONS.**

Section 5323 of title 49, United States Code, is amended by adding at the end the following:

"(u) LIMITATION ON CERTAIN ROLLING STOCK PROCUREMENTS.—

"(1) IN GENERAL.—Except as provided in paragraph (5), financial assistance made available under this chapter shall not be used in awarding a contract or subcontract to an entity on or after the date of enactment of this subsection for the procurement of rolling stock for use in public transportation if the manufacturer of the rolling stock—

"(A) is incorporated in or has manufacturing facilities in the United States; and

WASHSTATEC008423

"(B) is owned or controlled by, is a subsidiary of, or is otherwise related legally or financially to a corporation based in a country that—

"(i) is identified as a nonmarket economy country (as defined in section 771(18) of the Tariff Act of 1930 (19 U.S.C. 1677(18))) as of the date of enactment of this subsection;

"(ii) was identified by the United States Trade Representative in the most recent report required by section 182 of the Trade Act of 1974 (19 U.S.C. 2242) as a foreign country included on the priority watch list defined in subsection (g)(3) of that section; and

"(iii) is subject to monitoring by the Trade Representative under section 306 of the Trade Act of 1974 (19 U.S.C. 2416).

"(2) EXCEPTION.—For purposes of paragraph (1), the term 'otherwise related legally or financially' does not include a minority relationship or investment.

"(3) INTERNATIONAL AGREEMENTS.—This subsection shall be applied in a manner consistent with

the obligations of the United States under international agreements.

"(4) CERTIFICATION FOR RAIL ROLLING STOCK.—

"(A) IN GENERAL.—Except as provided in paragraph (5), as a condition of financial assistance made available in a fiscal year under section 5337, a recipient that operates rail fixed guideway service shall certify in that fiscal year that the recipient will not award any contract or subcontract for the procurement of rail rolling stock for use in public transportation with a rail rolling stock manufacturer described in paragraph (1).

"(B) SEPARATE CERTIFICATION.—The certification required under this paragraph shall be in addition to any certification the Secretary establishes to ensure compliance with the requirements of paragraph (1).

"(5) SPECIAL RULES.—

"(A) PARTIES TO EXECUTED CONTRACTS.—This subsection, including the certification requirement under paragraph (4), shall not apply to the award of any contract or subcontract made by a public transportation agen-

WASHSTATEC008425

cy with a rail rolling stock manufacturer described in paragraph (1) if the manufacturer and the public transportation agency have executed a contract for rail rolling stock before the date of enactment of this subsection.

"(B) ROLLING STOCK.—Except as provided in subparagraph (C) and for a contract or subcontract that is not described in subparagraph (A), this subsection, including the certification requirement under paragraph (4), shall not apply to the award of a contract or subcontract made by a public transportation agency with any rolling stock manufacturer for the 2-year period beginning on or after the date of enactment of this subsection.

"(C) EXCEPTION.—Subparagraph (B) shall not apply to the award of a contract or subcontract made by the Washington Metropolitan Area Transit Authority.

"(v) CYBERSECURITY CERTIFICATION FOR RAIL ROLLING STOCK AND OPERATIONS.—

"(1) CERTIFICATION.—As a condition of financial assistance made available under this chapter, a recipient that operates a rail fixed guideway public transportation system shall certify that the recipient

WASHSTATEC008426

has established a process to develop, maintain, and execute a written plan for identifying and reducing cybersecurity risks.

"(2) COMPLIANCE.—For the process required under paragraph (1), a recipient of assistance under this chapter shall—

"(A) utilize the approach described by the voluntary standards and best practices developed under section 2(c)(15) of the National Institute of Standards and Technology Act (15 U.S.C. 272(c)(15)), as applicable;

"(B) identify hardware and software that the recipient determines should undergo third-party testing and analysis to mitigate cybersecurity risks, such as hardware or software for rail rolling stock under proposed procurements; and

"(C) utilize the approach described in any voluntary standards and best practices for rail fixed guideway public transportation systems developed under the authority of the Secretary of Homeland Security, as applicable.

"(3) LIMITATIONS ON STATUTORY CONSTRUCTION.—Nothing in this subsection shall be construed to interfere with the authority of—

"(A) the Secretary of Homeland Security to publish or ensure compliance with requirements or standards concerning cybersecurity for rail fixed guideway public transportation systems; or

"(B) the Secretary of Transportation under section 5329 to address cybersecurity issues as those issues relate to the safety of rail fixed guideway public transportation systems.".

And the House agree to the same.

# S. 1790

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Armed Services, for consideration of the Senate bill and the House amendment, and modifications committed to conference: | |
| Mr. Smith of Washington | |
| Mrs. Davis of California | |
| Mr. Langevin | |
| Mr. Larsen of Washington | |
| Mr. Cooper | |
| Mr. Courtney | |
| Mr. Garamendi | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| Ms. Speier | |
| Mr. Norcross | |
| Mr. Gallego | |
| Mr. Moulton | |
| Mr. Carbajal | |
| Mr. Brown of Maryland | |
| Mr. Khanna | |
| [redacted] | |

G:\CMTE\AS\20\C\S1790SS.HSE H.L.C.

Page 3 of 23

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Mr. Vela | |
| Mr. Kim | |
| Ms. Kendra S. Horn of Oklahoma | |
| Mr. Cisneros | |
| | |
| | |
| | |
| | |

WASHSTATEC008431

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Mr. Thornberry | |
| Mr. Wilson of South Carolina | |
| Mr. Turner | |
| Mr. Rogers of Alabama | |
| Mr. Conaway | |
| Mr. Lamborn | |
| Mr. Wittman | |
| [redacted] | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Ms. Stefanik | |
| Mr. Kelly of Mississippi | |
| Mr. Bacon | |
| Mr. Banks | |
| Ms. Cheney | |
| | |
| | |
| | |

WASHSTATEC008433

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Permanent Select Committee on Intelligence, for consideration of matters within the jurisdiction of that committee under clause 11 of rule X: | |
| Mr. Schiff | |
| Ms. Sewell of Alabama | |
| Mr. Nunes | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on the Budget, for consideration of secs. 4 and 10608 of the Senate bill, and secs. 1006 and 1112 of the House amendment, and modifications committed to conference: | |
| Mr. Yarmuth | |
| Mr. Peters | |
| Mr. Johnson of Ohio | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Education and Labor, for consideration of secs. 571, 572, and 5501 of the Senate bill, and secs. 211, 576, 580, 1099N, 1117, 3120, and 3503 of the House amendment, and modifications committed to conference: | |
| Mr. Scott of Virginia | |
| Mrs. Trahan | |
| [redacted] | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
|---|---|
| From the Committee on Energy and Commerce, for consideration of secs. 214, 315, 318, 703, 3112, 3113, 3201-03, 5318, 6001, 6006, 6021, 6701, 6711, 6721-24, 6741, 6742, 6751-54, 8101, 8202, 10421, 10422, and 10742 of the Senate bill, and secs. 315, 330F, 330H, 330O, 606, 737, 3111, 3112, 3127, 3128, 3201, and 3202 of the House amendment, and modifications committed to conference: | |
| [redacted] | |
| [redacted] | |
| Mr. Upton | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
|---|---|
| From the Committee on Financial Services, for consideration of secs. 6017, 6018, 6804, 6811, 6813-16, 6834, 6835, and title LXIX of the Senate bill, and secs. 550K, 560G, subtitle I of title X, secs. 1240B, 1292, 1704, 1711, 1713-16, 1733, and 2843 of the House amendment, and modifications committed to conference: | |
| | |
| Mr. Sherman | |
| Mr. Barr | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Foreign Affairs, for consideration of secs. 834, 1011, 1043, 1202, 1203, 1205, 1206, 1211, 1212, 1215, 1221-24, 1231-36, 1238, 1252, 1281-84, title XIII, secs. 1671, 1681, 2822, 6203-06, 6210, 6213, 6215, 6231, 6236, title LXVIII, secs. 6921, 6922, 6931, 6941, 6943, 6954, part I of subtitle B of title LXXXV, secs. 8562, and 10701 of the Senate bill, and secs. 634, 1036, 1046, 1050, 1099X, 1201, 1202, 1204, 1207, 1210, 1213, 1215, 1218, 1221-25, 1229, 1231-34, 1240A, 1241, 1250D, 1251, 1255, 1258, 1260A, 1260B, 1265, 1266, 1269, 1270, 1270G, 1270H, 1270I, 1270N, 1270R, 1270S, 1270T, 1270W, subtitle I of title XII, subtitle J of title XII, title XIII, secs. 1521, 1669, and title XVII of the House amendment, and modifications committed to conference: | |
| | |
| | |
| Mr. McCaul | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Homeland Security, for consideration of secs. 6006, 6012, and 8543 of the Senate bill, and modifications committed to conference: | |
| Mr. Rose of New York | |
| Ms. Underwood | |
| Mr. Walker | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on the Judiciary, for consideration of secs. 1025, 1031, 1044, 1682, 6004, 6206, 6804, 6811, 6813-16, 6835, 6921, and 6944 of the Senate bill, and secs. 530F, 530G, 550D, 550F, 550J, 570H, 729, 827, 1011, 1048, 1049, 1050C, 1093, 1099C, 1099K, 1099V, 1099Z-3, 1212, 1296A, 1704, 1711, 1713-16, and 1733 of the House amendment and modifications committed to conference: | |
| | |
| Ms. Lofgren | |
| | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
|---|---|
| From the Committee on Natural Resources, for consideration of secs. 314, 2812, 2814, 6001, 6020, subtitle C of title LXVII, sec. 8524, part I of subtitle B of title LXXXV, secs. 8554, and 8571 of the Senate bill, and secs. 330G, 1094, 1099D, 1099F, 1099U, 2851, subtitle F of title XXVIII, secs. 2876, and 2880 of the House amendment, and modifications committed to conference: | |
| | |
| Ms. Haaland | |
| Mr. Bishop of Utah | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Oversight and Reform, for consideration of secs. 218, 530, 559, 579, 1081, 1082, title XI, secs. 5802, 6012, subtitle B of title LXV, secs. 9304, 9307, 9311, 9313, 9314, 10303, 10432, 10434, 10601, 10603-05, 10612, 10741, and 10742 of the Senate bill, and secs. 212, 239, 5500, 629, 633, 804, 829, 842, 861, 872, 877, 883, 884, 891, 895, 899E, 899H, 899I, 1064, 1085, 1099B, title XI, secs. 1704, 1711, 1713-16, and 3127 of the House amendment, and modifications committed to conference: | |
| Mr. Lynch | |
| Mr. Connolly | |
| Mr. Green of Tennessee | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Science, Space, and Technology, for consideration of secs. 216, 219, 1612, 6001, 6006, 6008, 6009, 6742, 6754, 8524, and 10742 of the Senate bill, and secs. 214, 217, 882, and 1089 of the House amendment, and modifications committed to conference: | |
| Ms. Johnson of Texas | |
| Ms. Sherrill | |
| Mr. Baird | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Small Business, for consideration of sec. 841 of the Senate bill, and secs. 872-76, 878, 879, 881, 882, and 886-89 of the House amendment, and modifications committed to conference: | |
| Ms. Velázquez | |
| Mr. Golden | |
| Mr. Chabot | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Transportation and Infrastructure, for consideration of secs. 353, 1612, 1682, 2805, title XXXV, secs. 6001, 6006, 6012, 6015, 6019, 6021, 6754, 8500, 8511, 8517, 8519, 8520, 8522, 8523, 8525, 8532, 8543, 8545, 8546, and 8571 of the Senate bill, and secs. 311, 313, 330A, 330O, 351, 354, 555, 569, 580C, 606, 896, 2808, 3501, and 3504 of the House amendment, and modifications committed to conference: | |
| [redacted] | |
| [redacted] | |
| Mr. Katko | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Veterans' Affairs, for consideration of secs. 568, 721, 726, 727, 1083, 1431, 2812, 2813, 5702, and 6007 of the Senate bill, and secs. 530, 530A, 545, 546, 550E, 550G, 550H, 550I, 550J, 569, 570E, 570F, 574, 624, 705, 706, 713, 715, 1093, 1126, and 1411 of the House amendment, and modifications committed to conference: | |
| Mr. Takano | |
| Ms. Brownley of California | |
| Mr. Watkins | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| | Mr. Inhofe |
| | Mr. Wicker |
| | Mrs. Fischer |
| | Mr. Cotton |
| | Mr. Rounds |
| | Ms. Ernst |
| | Mr. Tillis |
| | Mr. Sullivan |

## S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| | Mr. Perdue |
| | Mr. Cramer |
| | Ms. McSally |
| | Mr. Scott of Florida |
| | Mrs. Blackburn |
| | Mr. Hawley |
| | Mr. Reed |
| | Mrs. Shaheen |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| | [redacted] |
| | Mr. Blumenthal |
| | Ms. Hirono |
| | Mr. Kaine |
| | Mr. King |
| | Mr. Heinrich |
| | [redacted] |
| | Mr. Peters |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| | [redacted] |
| | Ms. Duckworth |
| | Mr. Jones |
| | |
| | |
| | |
| | |

# JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF CONFERENCE

The managers on the part of the House and the Senate at the conference on the disagreeing votes of the two Houses on the amendment of the House to the bill (S. 1790), to authorize appropriations for fiscal year 2020 for military activities of the Department of Defense, for military construction, and for defense activities of the Department of Energy, to prescribe military personnel strengths for such fiscal year, and for other purposes, submit the following joint statement to the House and the Senate in explanation of the effect of the action agreed upon by the managers and recommended in the accompanying conference report:

The House amendment struck all of the Senate bill after the enacting clause and inserted a substitute text.

The Senate recedes from its disagreement to the amendment of the House with an amendment that is a substitute for the Senate bill and the House amendment. The differences between the Senate bill, the House amendment, and the substitute agreed to in conference are noted below, except for clerical corrections, conforming changes made necessary by agreements reached by the conferees, and minor drafting and clarifying changes.

*Compliance with rules of the House of Representatives and Senate regarding earmarks and congressionally directed spending items*

Pursuant to clause 9 of rule XXI of the Rules of the House of Representatives and Rule XLIV(3) of the Standing Rules of the Senate, neither this conference report nor the accompanying joint statement of managers contains any congressional earmarks, congressionally directed spending items, limited tax benefits, or limited tariff benefits, as defined in such rules.

*Summary of discretionary authorizations and budget authority implication*

The budget request for national defense discretionary programs within the jurisdiction of the Committees on Armed Services of the Senate and the House of Representatives for fiscal year 2020 was $741.9 billion. Of this amount, $642.5 billion was requested for base Department of Defense programs, $75.9 billion was requested for overseas contingency operations, $23.2 billion was requested for national security programs in the Department of Energy and the Defense Nuclear Facilities Safety Board, and $300.0 million for defense-related activities.

The conference agreement would authorize $729.9 billion in fiscal year 2020, including $635.0 billion for base Department of Defense programs, $71.5 billion for overseas contingency operations, $23.1 billion for national security programs in the Department of Energy and the Defense Nuclear Facilities Safety Board, and $300.0 million for defense-related activities.

The two tables preceding the detailed program adjustments in Division D of the accompanying joint statement of managers summarize the discretionary authorizations in the agreement and the equivalent budget authority levels for fiscal year 2020 defense programs.

*Budgetary effects of this Act (sec. 4)*

The Senate bill contained a provision (sec. 4) that would require that the budgetary effects of this Act be determined in accordance with the procedures established in the Statutory Pay-As-You-Go Act of 2010 (title I of Public Law 111-139).

The House amendment contained a similar provision (sec. 1006).

The House recedes.

# DIVISION A—DEPARTMENT OF DEFENSE AUTHORIZATIONS

## TITLE I—PROCUREMENT

### BUDGET ITEMS

*Columbia-class submarine advance procurement*

The budget request included $1.7 billion in line item 1 of Shipbuilding and Conversion, Navy for *Columbia*-class submarine advance procurement.

The House amendment would authorize an increase of $125.0 million above the request.

The Senate bill would authorize an increase of $125.0 million above the request.

The agreement authorizes an increase of $123.0 million above the request.

The conferees' intent in authorizing additional funds for submarine industrial base expansion is to ensure second- and third-tier contractors are able to meet increased production requirements.

The conferees direct the Secretary of the Navy to notify the congressional defense committees within 30 days of obligating funds provided for submarine industrial base expansion of the: obligation date, contractor name or names, location, description of the shortfall to be addressed, actions to be undertaken, desired end state, usable end items to be procured, period of performance, dollar amount, projected associated savings including business case analysis if applicable, contract name, and contract number.

The conferees believe that expanding the capabilities of the second- and third-tier contractors in the submarine industrial base should lead to greater cost savings and improved efficiency as production increases to meet the *Columbia*-class schedule and higher requirement for *Virginia*-class attack submarines in the Navy's latest Force Structure Assessment.

*Virginia-class submarine procurement and advance procurement*

The budget request included $7.2 billion in line number 3 of Shipbuilding and Conversion, Navy (SCN) for *Virginia*-class submarine procurement and $2.8 billion in line number 4 of SCN for *Virginia*-class submarine advance procurement.

The House amendment would authorize a decrease of $550.0 million below the request in line number 3 of SCN and the funding level of the request in line number 4 of SCN.

The Senate bill would authorize a decrease of $2.5 billion below the request in line number 3 of SCN and an increase of $1.5 billion above the request in line number 4 of SCN.

The agreement authorizes a decrease of $1.7 billion below the request in line number 3 of SCN and an increase of $200.0 million above the request in line number 4 of SCN.

The conferees note that the budget request included a plan to procure 11 *Virginia*-class attack submarines across the future years defense program (FYDP). The conferees supported that plan in both the House of Representatives and Senate National Defense Authorization Acts for Fiscal Year 2020. Unfortunately, the conferees have learned from the Navy that the original request was not financially or technically executable. For example, the Navy's request included procuring one boat in each of fiscal years 2020 and 2021 without the *Virginia* Payload Module (VPM). The conferees only recently learned that shifting the configuration to a non-VPM design would have resulted in considerable delay and disruption in building attack submarines, and could have harmed the *Columbia*-class program as well.

The conferees expect budget requests and associated materials to be complete and accurate, with rigorous supporting justification and analysis that demonstrates such requests are fully executable. The conferees further expect that when the Navy finds discrepancies, the Navy will provide timely, full, and open disclosure of such issues. The conferees are concerned that the *Virginia*-class fiscal year 2020 request lacked both accuracy and timely reporting of discrepancies.

The Navy has recently proposed a revised acquisition strategy with 9 *Virginia*-class submarines procured in fiscal years 2019 through 2023, with options to procure additional ships over that period. The conferees priority is to ensure the Navy fully preserves a plan to procure 10 *Virginia*-class attack submarines, nine of which include the VPM, and expects the Navy to budget accordingly in their fiscal year 2021 budget submission. Therefore, the conferees are providing the necessary additional *Virginia*-class advance procurement (AP) and procurement funds, including the AP funds needed to procure two submarines in fiscal year 2021, as submitted in the fiscal year 2020 budget as well as the 30-year shipbuilding plan.

The conferees recognize that due to recent negotiations the required multi-year certification of a ten submarine contract may not be possible, because it is not fully funded across the FYDP. The conferees note that section 2306b of title 10, United States Code, allows the Secretary of Defense to

certify the contract even if all of the requirements are not met. The conferees encourage the Secretary to consider utilizing this authority in order to expeditiously secure a contract for ten submarines.

The conferees regret that they presently lack sufficient budgetary information to support an eleventh *Virginia*-class submarine in the fiscal year 2019 through 2023 timeframe. The conferees would thoroughly consider an opportunity to increase submarine procurement in the future if it were technically and financially executable.

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 101)*

The Senate bill contained a provision (sec. 101) that would authorize appropriations for procurement at the levels identified in section 4101 of division D of this Act.

The House amendment contained an identical provision (sec. 101).

The conference agreement includes this provision.

## SUBTITLE B—ARMY PROGRAMS

*Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1 (sec. 111)*

The Senate bill contained a provision (sec. 112) that would amend Section 113(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-38; 130 Stat. 2028) by striking "Secretary of Defense" and inserting "Secretary of the Army".

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—NAVY PROGRAMS

*Ford-class aircraft carrier cost limitation baselines (sec. 121)*

The House amendment contained a provision (sec. 112) that would repeal section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364).

The Senate bill contained a similar provision (sec. 123) that would establish *Ford*-class aircraft carrier cost limitation

baselines in title 10, United States Code, and repeal section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364).

The House recedes with an amendment that would provide the Secretary of the Navy with the authority to adjust *Ford*-class aircraft carrier cost limitation baselines if advance notice is given to the congressional defense committees.

*Modification of annual report on cost targets for certain aircraft carriers (sec. 122)*

The House amendment contained a provision (sec. 111) that would amend section 126(c) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328), that requires an annual report on cost reduction efforts for CVN-79 and CVN-80.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require annual reports through fiscal year 2032.

*Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman (sec. 123)*

The Senate bill contained a provision (sec. 128) that would require the Secretary of the Navy to carry out the nuclear refueling and complex overhaul of the USS *John C. Stennis* (CVN-74) and USS *Harry S. Truman* (CVN-75). The provision would also authorize the use of incremental funding for a period not to exceed 6 years after advance procurement funds for each nuclear refueling and complex overhaul effort are first obligated.

The House amendment contained no similar provision.

The House recedes.

*Ford class aircraft carrier support for F-35C aircraft (sec. 124)*

The House amendment contained a provision (sec. 113) that would require the Secretary of the Navy to ensure that the aircraft carrier to be designated CVN-79 is capable of deploying with the F-35 prior to accepting delivery.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require CVN-79 be capable of deploying with the F-35 prior to the completion of the ship's post shakedown availability.

*Prohibition on use of funds for reduction of aircraft carrier force structure (sec. 125)*

The House amendment contained a provision (sec. 114) that would limit the Secretary of Defense from reducing aircraft carrier force structure below the level required by section 5062 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

*Modification of prohibition on availability of funds for Navy waterborne security barriers (sec. 126)*

The Senate bill contained a provision (sec. 121) that would amend section 130 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to extend the prohibition on availability of funds for Navy port waterborne security barriers through fiscal year 2020 and would require the Secretary of the Navy to notify the congressional defense committees if exigent circumstances, under which an exception is granted, are deemed to exist.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit the sustainment, refurbishment, and replacement to not more than 30 percent of portions of existing waterborne security barriers.

*LHA Replacement Amphibious Assault Ship Program (sec. 127)*

The Senate bill contained a provision (sec. 125) that would authorize the Secretary of the Navy to enter into and incrementally fund a contract for design and construction of the LHA replacement ship designated LHA-9. The provision would also repeal section 125 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364).

The House amendment contained no similar provision.

The House recedes.

*Strategic sealift fleet vessel (sec. 128)*

The House amendment contained a provision (sec. 118) that would direct the Secretary of the Navy to enter into a contract for one sealift vessel, subject to certain requirements.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would make entering into a contract or other agreement with a private-sector entity under which the entity would serve as the executive agent permissive.

*Design and construction of amphibious transport dock designated LPD-31 (sec. 129)*

The House amendment contained a provision (sec. 115) that would authorize the Secretary of the Navy to enter into a contract for the amphibious transport dock ship designated LPD-31. Additionally, the Secretary would be authorized to use incremental funding authority to complete the construction.

The Senate bill contained a similar provision (sec. 124).

The Senate recedes.

The conferees' intent is for the Secretary of the Navy to use the $350.0 million appropriated in Shipbuilding and Conversion, Navy (SCN) line number 13 in fiscal year 2019 and additional fiscal year 2020 funds in SCN line number 12 to procure LPD-31 long-lead material and start construction as efficiently as possible. Consistent with the budget request, the conferees expect the Navy to request the balance of costs for LPD-31 in fiscal year 2021.

*Limitation on availability of funds for the Littoral Combat Ship (sec. 130)*

The Senate bill contained provisions (sec. 126 and sec. 5126) that would prohibit funds from being used to exceed the total procurement quantity listed in revision five of the Littoral Combat Ship acquisition strategy unless the Under Secretary of Defense for Acquisition and Sustainment submits to the congressional defense committees a certification.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Limitation on the next new class of Navy large surface combatants (sec. 131)*

The Senate bill contained a provision (sec. 127) that would require design changes identified during the full duration of the combat system ship qualification trials and operational test periods of the first *Arleigh Burke*-class destroyer in the Flight III configuration be incorporated prior to Milestone B approval for the next new class of Navy large surface combatants.

The House amendment contained no similar provision.

The House recedes with an amendment that would require a land-based engineering site for the propulsion system.

The conferees note that over the last 10 years, the Comptroller General of the United States has issued at least 26 reports that identified shipbuilding best practices and made 67 recommendations to help the Navy improve shipbuilding outcomes. In a June 2018 report, the Government Accountability Office

found that the Navy, in many cases, has not taken steps based upon these shipbuilding best practices.

In order to better understand the key aspects of ship design necessary to provide confidence in a program's cost, schedule, and reliability targets, the conferees direct the Comptroller General to conduct a review of shipbuilding design practices. This review shall include an examination of the Navy's design practices for shipbuilding major defense acquisition programs to assess measures of the lead ship or lead ship of a major ship modification's design maturity and stability sufficient to inform an understanding of the construction costs and the effort needed to execute the design, and any other related matters. The Comptroller General shall provide a briefing and report to the congressional defense committees not later than April 1, 2020 and January 1, 2021, respectively, that describe the findings of the review.

*Limitation on availability of funds pending quarterly updates on the CH-53K King Stallion helicopter program (sec. 132)*

The House amendment contained a provision (sec. 116) that would require the Secretary of the Navy to provide quarterly briefings to the Committee on Armed Services of the House of Representatives on the progress of the CH-53K King Stallion program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Limitation on availability of funds for VH-92A helicopter (sec. 133)*

The House amendment contained a provision (sec. 117) that would require the Secretary of the Navy to submit a report to Committee on Armed Services of the House of Representatives on the VH-92A helicopter program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Report on carrier wing and aviation combat element composition (sec. 134)*

The Senate bill contained a provision (sec. 129) that would direct the Secretary of the Navy to submit a report to the congressional defense committees, no later than May 1, 2020, on the optimal composition of the carrier air wing (CVW) in 2030 and 2040, as well as alternative force design concepts. The provision would also require the Secretary to provide a briefing

on the report no later than March 1, 2020, to the congressional defense committees.

The House amendment contained no similar provision.

The House recedes with an amendment that would direct the Secretary of the Navy to submit a report on the optimal composition of the CVW on aircraft carriers and aviation combat element (ACE) embarked on amphibious ships in 2030 and 2040, including alternative force design concepts. Of specific concern that should be highlighted is the logistics impact based on the aircraft carriers ability to support the specified air wing.

## SUBTITLE D—AIR FORCE PROGRAMS

*Modification of requirement to preserve certain C-5 aircraft (sec. 141)*

The House amendment contained a provision (sec. 121) that would amend section 141(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112-239) to reinstate the requirement for the Secretary of the Air Force to continue to preserve certain C-5 aircraft in a storage condition that would allow a recall of retired aircraft to future service in the Air Force Reserve, Air National Guard, or Active Force structure.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require storage of C-5 aircraft until a new mobility requirement study is accomplished.

*OC-135B aircraft recapitalization program (sec. 142)*

The House amendment contained a provision (sec. 130A) that would ensure that any Request for Proposals for the procurement of an OC-135B aircraft under the Open Skies Treaty aircraft recapitalization program meets the requirements for full and open competition as set forth in section 2304 of title 10, United States Code, and incorporates a full competitive bidding process, to include both new production aircraft and recently manufactured low-hour, low-cycle aircraft.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a full competitive bidding process, including new and recently manufactured aircraft.

*Requirement to align Air Force aviation force structure with National Defense Strategy (sec. 143)*

The Senate bill contained a provision (sec. 141) that would require the Secretary of the Air Force to align the fighter force structure acquisition strategy with the results of the independent studies required by section 1064 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) and to transmit the new strategy in a report to the congressional defense committees no later than March 1, 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of the Air Force to submit a report to the congressional defense committees, no later than March 1, 2020, on the aviation force structure acquisition strategy that aligns with the stated capability and capacity requirements of the Air Force to meet the National Defense Strategy. Additionally, the amendment would require a waiver from the Secretary of Defense if the Secretary of the Air Force deviates from the strategy

*Prohibition on availability of funds for reduction in KC-10 primary mission aircraft inventory (sec. 144)*

The House amendment contained a provision (sec. 124) that would prohibit the retirement of any primary inventory KC-10 aircraft in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Limitation on availability of funds for F-15EX aircraft program (sec. 145)*

The House amendment contained a provision (sec. 123) that would require the Secretary of Defense to designate the F-15EX program as a major subprogram and subject it to relevant reporting requirements and criteria pertinent to a major subprogram.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the same information pertinent to a major subprogram in the form of a comprehensive report, which the conferees understand would be less burdensome on the Secretary to generate instead of formal acquisition documents that could delay execution of the program using middle-tier rapid-acquisition authorities for the first two procurement lots of aircraft. The amendment would also authorize procurement of long-lead aircraft materials to be procured for all aircraft authorized.

The conferees expect the Secretary of the Air Force to maintain information transparency with the congressional defense committees, and to sufficiently and promptly keep the

congressional defense committees apprised of issues particularly associated with the planning, cost, schedule, execution, fielding, or risk related to the F-15EX program.

*Limitation on availability of funds for VC-25B aircraft (sec. 146)*

The House amendment contained a provision (sec. 125) that would prohibit the Secretary of the Air Force from obligating or expending any funds to exercise the over-and-above clause of the VC-25B contract until the Secretary submits a certification to the congressional defense committees.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the notification of congressional committees if the over-and-above clause in the VC-25B contract is used.

*Limitation on availability of funds for RC-26B aircraft (sec. 147)*

The House amendment contained a provision (sec. 129) that would limit funds for the retiring of the RC-26B aircraft until the Secretary of Air Force certifies to the congressional defense committees that other platforms or technologies provide equivalent capabilities to the RC-26B aircraft.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would limit funds until the report regarding the efficacy of the RC-26 mission is delivered; the Secretary of the Air Force certifies whether there are missions that the RC-26B is required to complete; and whether there is a more cost effective way to complete those missions should the RC-26B be divested or retired.

*Limitation on availability of funds for retirement of RC-135 aircraft (sec. 148)*

The House amendment contained a provision (sec. 126) that would prohibit any use of funds authorized to be appropriated in fiscal year 2020 for the Air Force to retire, or prepare to retire, any RC-135 aircraft until 60 days after the date on which the Secretary of Defense certifies to the congressional defense committees that equivalent RC-135 capacity and capability exists to meet combatant commander requirements for indications and warning, intelligence preparation of the

operational environment, and direct support to kinetic and non-kinetic operations.
    The Senate bill contained no similar provision.
    The Senate recedes with a technical amendment.

*Air Force aggressor squadron modernization (sec. 149)*

    The Senate bill contained a provision (sec. 144) that would  require the Secretary of the Air Force to submit a report to the congressional defense committees on Air Force aggressor squadron modernization.
    The House amendment contained a similar provision (sec. 130) that would require the Chief of Staff of the Air Force to submit to the congressional defense committees a plan and report on the strategy for modernizing the organic aggressor fleet.
    The House recedes.

*Air Force plan for Combat Rescue Helicopter fielding (sec. 150)*

    The Senate bill contained a provision (sec. 145) that expressed the Sense of Congress that the Air National Guard should retain additional HH-60G helicopters given the delays of the Operational Loss Replacement program and the fielding schedule of the Combat Rescue Helicopter program. Furthermore, it directed a report on the fielding and training plan for the Air National Guard.
    The House amendment contained no similar provision.
    The House recedes.

*Report on feasibility of multiyear contract for procurement of JASSM-ER missiles (sec. 151)*

    The Senate bill contained a provision (sec. 143) that would require the Air Force to submit a report assessing the feasibility of entering into a multi-year contract for the procurement of the JASSM-ER. The report requires the Air Force to examine multi-year contract scenarios, including one that is an annual quantity of 550 missiles for five years. The conferees note that the Air Force quantity requirement for the JASSM-ER has recently increased and that procurement utilizing multi-year contracts versus annual contracts could provide significant cost savings to the Air Force.
    The House amendment contained no similar provision.
    The House recedes.

*Report on aircraft fleet of the Civil Air Patrol (sec. 152)*

The House amendment contained a provision (sec. 127) that would require the Secretary of the Air Force to submit a report to the congressional defense committees not later than 90 days after the date of the enactment of this Act on the Civil Air Patrol (CAP) that identifies and assesses the suitability of the current CAP aircraft fleet size, types of aircraft, and operating locations to meet mission requirements.

The Senate bill contained no similar provision.

The Senate recedes.

*Sense of Congress on the light attack aircraft initiative of the Air Force (sec. 153)*

The House amendment contained a provision (sec. 135) that would authorize the Commander of the U.S. Special Operations Command (USSOCOM) to procure light attack aircraft for Combat Air Advisor mission support if a validated special operations unique procurement requirement exists for USSOCOM.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that expresses a sense of the Congress on the importance of USSOCOM and the Secretary of the Air Force fully coordinating and collaborating on the experimental activities associated with the Air Force light attack aircraft initiative to inform future activities for USSOCOM and the Department of the Air Force regarding procurement of the light attack aircraft platform.

The conferees understand USSOCOM has an operational need and requirement for light attack aircraft for combat mission advisor support and as such expect the Secretary of the Air Force in coordination with the Commander of USSOCOM to consider options to synchronize and leverage Light Attack Aircraft experiments efforts to accelerate the procurement or development of aircraft for supporting the Combat Air Advisor mission requirements.

## SUBTITLE E—DEFENSE-WIDE, JOINT, AND MULTISERVICE MATTERS

*Economic order quantity contracting and buy-to-budget acquisition for F-35 aircraft program (sec. 161)*

The House amendment contained a provision (sec. 131) that would authorize the Secretary of Defense to procure economic order quantities of material and equipment for the F-35 program. This section would also authorize the Secretary to procure F-35 aircraft exceeding the quantity otherwise authorized by this Act

if procurement of additional aircraft would not require
additional funds to be authorized or appropriated.

The Senate bill contained a similar provision (sec. 153)
that would authorize the Secretary of Defense to enter into
multiyear procurement contracts for F-35 aircraft in economic
order quantities for fiscal year 2021 (Lot 15) through fiscal
year 2023 (Lot 17).

The Senate recedes with an amendment that would remove the
requirement for the Secretary to provide the congressional
defense committees a separate business-case analysis performed
by the Office of the Director, Cost Assessment and Program
Evaluation.

The conferees also support procurement, by the Secretary
of Defense, of additional F-35A aircraft beyond the quantity of
F-35A aircraft authorized in this Bill, if such procurement of
additional aircraft would mitigate any negative cost and
schedule impacts for current F-35 program participants resulting
from the actions or decisions of foreign partners or customers
currently involved in the F-35 program.

*Relief from contractors for failure to deliver ready-for-issue
spare parts for the F-35 aircraft program (sec. 162)*

The House amendment contained a provision (sec. 134) that
would require the Secretary of Defense to seek compensation from
the contractor for costs related to the failure to deliver
ready-for-issue spare parts for the F-35 aircraft program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would ensure
adequate relief from the prime contractors that delivered
noncompliant ready-for-issue spare parts.

*Limitation on availability of funds for reallocation of Turkish
F-35A aircraft to the United States (sec. 163)*

The conferees support the removal of the Government of
Turkey from the F-35 program due to its purchase of the S-400
Russian air defense system. As such, the conferees would support
procurement by the Department of Defense of all F-35A aircraft
procured by the Government of Turkey. The conferees also
encourage the Secretary of Defense to maximize the procurement
quantity of Turkish F-35A aircraft associated with Lots 12, 13,
or 14 during fiscal year 2020 using the additional funds
authorized in section 4101 of this Act.

Additionally, given the significant impact of the
sustainment and spare parts deficit currently within the F-35
program, the conferees emphasize the importance of fully funding

spare parts, ancillary mission equipment, publications, and technical data required to sustain F-35 aircraft. Therefore, the conferees recommend a provision that would require the Secretary of Defense to certify that these necessary support equipment items will be procured prior to taking possession of the Turkish F-35A aircraft, and that any Turkish F-35A aircraft will be delivered to the U.S. Air Force in a configuration that allows for integration into the existing Air Force F-35A fleet.

Finally, the conferees direct the Secretary of the Air Force, in consultation with the Undersecretary of Defense for Acquisition and Sustainment and the F-35 Program Executive Officer, to submit a report to the congressional defense committees not later than March 1, 2020, that describes the strategy and implementation plan associated with the necessary funding and actions required during each phase to produce, modernize, deliver, field, operate and sustain the Turkish F-35A aircraft authorized to be procured by the Department of Defense elsewhere in this Act.

*Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System (sec. 164)*

The Senate bill contained a provision (sec. 142) that would require the Secretary of Defense to establish an agile software development activity as an alternative for the F-35 Autonomic Logistics Information System (ALIS) and would direct the Secretary of the Defense, in coordination with the Secretary of the Air Force, to brief the congressional defense committees on the findings of the competitive analysis no later than September 30, 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to conduct a competitive analysis of the performance and design architecture enhancement efforts between the currently fielded ALIS, ALIS-Next, and the Department of the Air Force agile development operations Madhatter initiative efforts, including system technology transition opportunities and timelines.

*F-35 sustainment cost (sec. 165)*

The Senate bill contained a provision (sec. 152) that would require the F-35 Joint Program Office (JPO) to provide sustainment cost data, as part of the quarterly briefings to the congressional defense committees as required by section 155 of

the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained no similar provision.

The House recedes with clarifying amendments associated with the specific timeline that achievable actions will be implemented by the F-35 program to address sustainment-related issues and that will reduce sustainment costs at a more expedient pace.

*Reports on the progress and performance of the F-35 aircraft program (sec. 166)*

The House amendment contained a provision (sec. 132) that would require the Secretary of Defense to designate the F-35 Block 4 and Continuous Capability Development and Delivery (C2D2) program as a major subprogram of the F-35 program in accordance with Title 10, United States Code, section 2430a. The amendment would also require the Comptroller General to submit annually to the congressional defense committees a report on various aspects of the F-35 Block 4 and C2D2 program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the requirement to designate the F-35 Block 4 and C2D2 program as a major subprogram, but require the Secretary of Defense to submit annually to the congressional defense committees an integrated master schedule and past performance assessment for each planned phase of Block 4 and C2D2 upgrades.

The conferees expect the Secretary of Defense to keep the congressional defense committees fully and promptly informed on the planning, cost, schedule, execution, fielding, and programmatic risk associated with the Block 4 and C2D2 program.

*Other reports on F-35 aircraft program (sec. 167)*

The House amendment contained a provision (sec. 133) that would require the Secretary of Defense to provide reports to the congressional defense committees on F-35 reliability and maintainability metrics, Block 4 capability development and fielding activities, and modernization and upgrade plans for the F-35 Autonomic Logistics Information System (ALIS).

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment that would modify the information provided by the Undersecretary of Defense for Research and Engineering, and by the Director, Operational Test and Evaluation for the F-35 Block 4 Upgrade and Continuous Capability Development and Delivery program.

*Limitation on availability of funds for communications systems lacking certain resiliency features (sec. 168)*

The Senate bill contained a provision (sec. 151, as amended by sec. 5151) that would prohibit funding of any current or future Department of Defense (DOD) communications programs of record that do not meet certain resiliency requirements.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Repeal of tactical unmanned vehicle common data link requirement (sec. 169)*

The Senate bill contained a provision (sec. 154) that would strike section 141 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109-163).

The House amendment contained no similar provision.

The House recedes with a technical amendment.

The conferees understand that Department of Defense policy will continue to prioritize commonality, open architecture, and non-proprietary systems for current and emerging platform, sensor, and weapons requirements. Repeal of this provision should not be construed as tacit permission to procure proprietary, unique data links for intelligence, surveillance, and reconnaissance (ISR) systems. The conferees expect the Under Secretary of Defense for Acquisition and Sustainment to update the DoD CDL policy dated May 3, 2018, as necessary to emphasize that program priorities, such as the congressionally-mandated migration off the common data link-To Be Sunset (TBS) waveforms, will proceed as previously planned. Further, the conferees expect a detailed accounting from USD A&S on plans to address data link requirements for emerging ISR systems and concepts.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Sense of Senate on Army's approach to capability drops 1 and 2 of the Distributed Common Ground System-Army program*

The Senate bill contained a provision (sec. 111) that expressed the Sense of the Senate on the Army's approach to Capability Drops 1 and 2 of the Distributed Common Ground System-Army program.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note the significant progress that the Army has made in deploying the Distributed Common Ground System-Army. The transition to using capability drops and the increased use

of readily available technology integration have improved
program outcomes and accelerated deployment timelines.

The conferees encourage program managers in other military
services and agencies of the Department of Defense to review the
Army's approach to determine whether that approach would improve
outcomes for their own Distributed Common Ground System programs
in accordance with the requirements of 10 U.S.C. 2377.

*Report on plans to support and maintain aircraft at Marine Corps
air stations*

The House amendment contained a provision (sec. 119) that
would require the Secretary of the Navy to submit a report on
the plans to support and maintain aircraft assigned to Marine
Corps air stations that are transitioning from F-18 Hornet
aircraft to the F-35 Lightning aircraft.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of the Navy to submit a
report to the congressional defense committees, not later than
90 days after enactment of this Act, which details the plans to
support and maintain the F-35 aircraft at Marine Corps air
stations. The report shall include the number and composition of
squadrons assigned to each air station, the required support and
maintenance workforce including uniformed military, civilian,
and contract personnel needed at each location, and the required
construction and support facilities associated with F-35
stationing at each air station.

*Capabilities based assessment for naval vessels that carry
fixed-wing aircraft*

The Senate bill contained a provision (sec. 122) that
would require a capabilities based assessment for naval vessels
that carry fixed-wing aircraft.

The House amendment contained no similar provision.

The Senate recedes.

*Modification of limitation on use of funds for KC-46A aircraft*

The House amendment contained a provision (sec. 122) that
would amend section 146 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232), to
limit the use of funds for KC-46A aircraft pending submittal of
certification, to include a military flight release.

The Senate bill contained no similar provision.

The House recedes.

*Increase in funding for RC-135 aircraft mission training systems*

The House amendment contained a provision (sec. 128) that would increase funding for the RC-135 aircraft mission training systems by $200.0 million.

The Senate bill contained no similar provision.

The House recedes.

The outcome is reflected in section 4103 of the Act.

# TITLE II—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 201)*

The Senate bill contained a provision (sec. 201) that would authorize appropriations for research, development, test, and evaluation at the levels identified in section 4201 of division D of this Act.

The House amendment contained an identical provision (sec. 201).

The conference agreement includes this provision.

## SUBTITLE B—PROGRAM REQUIREMENTS, RESTRICTIONS, AND LIMITATIONS

*Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics (sec. 211)*

The House amendment contained a provision (sec. 211) that would make section 233 of the Carl Levin and Howard P. ''Buck'' McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) permanent.

The Senate bill contained no similar provision.

The Senate recedes.

*Updates to the Department of Defense personnel management authority to attract experts in science and engineering (sec. 212)*

The House amendment contained a provision (sec. 212) that would provide personnel management authorities through December

31, 2024, to the Director of the Joint Artificial Intelligence Center to facilitate the recruitment of eminent experts in science or engineering.

The Senate bill contained no similar provision.

The Senate recedes with a technical/clarifying amendment.

*Establishment of joint reserve detachment of the Defense Innovation Unit (sec. 213)*

The House amendment contained a provision (sec. 878F) that would require the Secretary of Defense, in consultation with the Secretaries of the military departments, to establish not fewer than three joint reserve detachments at the Defense Innovation Unit.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Secretary of Defense, in consultation with the Secretaries of the military departments, to establish joint reserve detachments at Defense Innovation Unit locations. The provision would also stipulate that assignment to a joint reserve detachment shall not qualify as a joint duty assignment.

The conferees encourage the Secretary of Defense to establish joint reserve detachments at Defense Innovation Unit locations and leverage the expertise, analysis, and alternatives for innovation that members of the reserve can provide, while simultaneously creating opportunities for greater engagement and collaboration between the defense innovation ecosystem, industry, and academia. The conferees also encourage the Secretaries of the military departments to provide additional opportunities for members of the reserve to serve in joint reserve detachments at the Defense Innovation Unit in order to utilize their relevant private sector experience to advance the technology requirements of the Department of Defense.

*Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education (sec. 214)*

The House amendment contained a provision (sec. 871) that would amend chapter 141 of title 10, United States Code, to require the Department of Defense to ensure that the system used by the Federal Government to monitor or record contractor past performance for a grant or contract awarded to an institution of higher education includes incentives for the award of a sub-grant or subcontract to minority institutions.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify section 2362 of title 10, United States Code, to allow the Secretary of Defense to establish incentives to encourage higher education institutions to collaborate with minority institutions in support of defense-related research and education.

The conferees note that another provision in this bill directs the Secretary of Defense to commission an independent study of defense research at historically black colleges and universities and other minority institutions, which will include recommendations on the development of incentives to encourage research and educational collaborations.

*Modification of authority for prizes for advanced technology achievements (sec. 215)*

The Senate bill contained a provision (sec. 239) that would authorize the office of the Under Secretary of Defense for Acquisition and Sustainment to award prizes as part of competitions to develop or demonstrate technologies relevant to defense missions.

The House amendment contained no similar provision.

The House recedes.

The conferees note the Defense Advanced Research Projects Agency's and the Services' successful use of these types of prize competitions, which have spurred the advancement of robotics, driverless cars, and cybersecurity technologies.

*Joint hypersonics transition office (sec. 216)*

The House amendment contained a provision (sec. 213) that would amend section 218 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364) by directing the Department of Defense to establish a coordinating office that standardizes the technical priorities across the Department and provides discretionary authorization of funding of new technologies for expeditious transition to the service weapons systems.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Modification of proof of concept commercialization program (sec. 217)*

The Senate bill contained a provision (sec. 216) that would make the commercialization pilot program authorized in section 1603 of the National Defense Authorization Act for

Fiscal Year 2014 (Public Law 113-66; 10 U.S.C. 2359 note) permanent.

The House amendment contained a similar provision (sec. 214).

The Senate recedes.

*Modification of authority and addition of technology areas for expedited access to technical talent (sec. 218)*

The Senate bill contained a provision (sec. 235) that would add rapid prototyping and infrastructure resilience to the technical areas eligible for the rapid contracting processes authorized under section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The House amendment contained no similar provision.

The House recedes with an amendment that would amend the same section of law to require the Secretary of Defense to direct the Secretaries of the military departments to establish not fewer than three multi-institution task order contracts, consortia, cooperative agreements, or other arrangements to facilitate expedited access to university technical expertise, including faculty, staff, and students, within 180 days of the enactment of this Act. The amendment would also add hypersonics to the technical areas eligible for the rapid contracting process.

*Expansion of coordination in support of national security innovation and entrepreneurial education (sec. 219)*

The House amendment contained a provision (sec. 249) that would require the Under Secretary of Defense for Research and Engineering, in consultation with the Director of the Advanced Manufacturing Office of the Department of Energy, to conduct a study on the feasibility and potential benefits of establishing a lab-embedded entrepreneurial fellowship program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add the Department of Energy’s lab-embedded entrepreneurship programs to the list of national security innovation and entrepreneurial education programs that the Secretary of Defense may support.

*Modification of defense quantum information science and technology research and development program (sec. 220)*

The Senate bill contained a provision (sec. 217) that would amend section 234 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by

specifying a list of organizations to be consulted in developing
the research and investment plan required in that section and by
requiring the Department of Defense to develop, in coordination
with appropriate Federal entities, a taxonomy for quantum
science activities and requirements for relevant technology and
standards.

The House amendment contained a similar provision (sec.
230B).

The House recedes with an amendment that would: (1) Add a
list of organizations to be consulted with; (2) Require the
development of a taxonomy of quantum science activities; (3) Add
a section on quantum science research centers; and (4) Add
elements to the reporting requirement.

*Understanding of investments in artificial intelligence and
development of capabilities by adversaries (sec. 221)*

The Senate bill contained a provision (sec. 5203) that
would amend section 238 of the John S. McCain National Defense
Authorization Act for Fiscal Year 2019 (Public Law 115-232) to
require the official designated to coordinate the Department of
Defense's artificial intelligence activities to examine relevant
open source publications germane to artificial intelligence
research and development. The provision would also require the
Secretary of Defense to provide to the congressional defense
committees an analysis on the comparative capabilities of the
United States and China in artificial intelligence.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the
analysis from the provision.

The conferees direct the Secretary of Defense to provide
to the congressional defense committees an analysis and briefing
of comparative capabilities of China in artificial intelligence
by March 1, 2020. The analysis and briefing shall consist of a
comprehensive and national-level: (1) Comparison of public and
private investment differentiated by sector and industry; (2)
Review of current trends in ability to set and determine global
standards and norms for artificial intelligence technology in
national security, including efforts in international standard
setting bodies; (3) Assessment of access to artificial
intelligence technology in national security; and (4) Assessment
of areas and activities in which the United States should invest
in order to provide the United States with technical superiority
over China in relevant areas of artificial intelligence. The
analysis and briefing should also include: (1) A comprehensive
assessment of the relative technical quality of activities in
the United States and China; (2) A comprehensive assessment of

the likelihood that developments in artificial intelligence will successfully transition into military systems of China; (3) Predicted effects on United States national security if current trends in China and the United States continue; (4) Predicted effects of current trends in the digital and technology export relationships of both countries with existing and new trading partners; and (5) An assessment of the relationships that are critical and in need of development in the private and public sectors to ensure that investment in artificial intelligence keeps pace with that of global investment.

*Advisory role of JASON scientific advisory group (sec. 222)*

The House amendment contained a provision (sec. 215) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, to seek to enter into a contract to support the JASON scientific advisory group.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the requirement for the Department of Defense's arrangement with the JASON scientific advisory group to conduct national security studies and analyses. The conferees expect the arrangement or contract to be structured to allow for the efficient management of multiple national security research studies under one agreement with the Department and to be available for use by other Federal agencies, similar to previous contracts for JASON research studies.

*Direct Air Capture and Blue Carbon Removal Technology Program (sec. 223)*

The Senate bill contained a provision (sec. 219) that would require the Secretary of Defense, in coordination with the Secretary of Homeland Security, the Secretary of Energy, and the heads of other Federal agencies as deemed appropriate by the Secretary of Defense, to carry out a program on the research, development, testing, evaluation, study, and demonstration of technologies related to blue carbon capture and direct air capture.

The House amendment contained a similar provision (sec. 217).

The House recedes with a technical amendment.

*Requiring defense microelectronics products and services meet trusted supply chain and operational security standards (sec. 224)*

The Senate bill contained a provision (sec. 233) that would require the Secretary of Defense to establish, by January 1, 2021, supply chain and operational security standards and requirements for microelectronics and require the Department of Defense to purchase microelectronics and related services to the maximum practicable extent from providers that meet these standards.

The House amendment contained a similar provision (sec. 230C).

The House recedes with an amendment that would: (1) Modify the required purchase implementation date; (2) Clarify the purchase requirement definition and specification; (3) Refine the applicability statement; (4) Clarify that suppliers should maintain the ability to sell commercially; and (5) Clarify that the standards be comprised of best practices.

The conferees intend that by incorporating and standardizing best practices the Department will improve its acquisition of securely manufactured, commercially-available products and ensure that a growing industrial base is more resilient to a variety of risks in the supply chain. Relevant best practices include those relating to: manufacturing location; company ownership; workforce composition and access during manufacturing; suppliers' design, sourcing, manufacturing, packaging, and distribution processes; and reliability of the supply chain. Rather than MIL-SPEC style standards that would inhibit the Department's flexibility, the standardization of best practices is intended to strike a balance between security and the cost-effectiveness of commercial solutions.

*Development and acquisition strategy to procure secure, low probability of detection data link network capability (sec. 225)*

The Senate bill contained a provision (sec. 211, as amended by sec. 5211) that would require the Chief of Staff of the Air Force (CSAF) and Chief of Naval Operations (CNO) to develop a joint development and acquisition strategy to procure a resilient, low latency, and low probability of detection data link network capability that would enable effective operation in the contested environments highlighted in the National Defense Strategy.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment that includes the Chief of Staff of the Army as part of the requirement.

The conferees are concerned about an absence of coordinated effort by the Department and the military services

on resilient, anti-jam, low probability of intercept/low probability of detection (LPI/LPD) communications. The conferees note that Congress previously directed a similar strategy on LPI/LPD data links in the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115- 91). The Department's response was incomplete and inadequate, recommending no change to current Department policy that designates the F-35's Multifunction Advanced Data Link (MADL) as the solution for 5th to 4th generation air platform networked communications. Both the Navy and Air Force acknowledge that the aircraft modifications needed to install MADL are unaffordable at scale. A January 2019 memorandum signed by all three service secretaries commits the military services to common data standards to ensure interoperability across the joint force. While this is a positive step, the conferees believe progress on the specific LPI/LPD communications issue requires additional leadership and attention from both the Department and the military services. The conferees expect a more comprehensive and executable response to this legislative provision and subsequent investment in the Fiscal Year 2021 budget submission.

*Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure (sec. 226)*

The Senate bill contained a provision (sec. 212) that would require the Secretary of Defense to establish a secure fifth generation (5G) wireless network at the Nevada Test and Training Range as part of the Department of Defense (DOD) test infrastructure in order to provide an advanced cellular range for the Department.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Administration of manufacturing innovation institutes funded by the Department of Defense (sec. 227)*

The Senate bill contained a provision (sec. 5206) that would direct the Secretary of Defense to make changes to the administration of centers for manufacturing innovation funded by the Department of Defense and coordinate with other activities.
The House amendment contained no similar provision.
The House recedes with technical amendments.

*Research program on foreign malign influence operations (sec. 228)*

The House amendment contained a provision (sec. 218) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering,to carry out a research program on foreign malign influence operations as part of the university and other basic research programs of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, to carry out a research program on foreign malign influence operations as part of the university research programs of the Department of Defense. Further, the provision would require the Secretary to submit to the congressional defense committees a notification not less than 30 days prior to initiating such a program.

*Diversification of the research and engineering workforce of the Department of Defense (sec. 229)*

The House amendment contained a provision (sec. 222) that would require the Secretary of Defense: (1) To assess critical skillsets required in the Department of Defense's science, technology, research, and engineering workforce to support emerging and future warfighter technologies, including an analysis of the recruitment, retention, and representation of minorities and women in the current workforce and geographic diversity; and (2) To develop and implement a plan to diversify and strengthen the Department's science, technology, research, and engineering workforce using existing programs and authorities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would: (1) Include support from the Under Secretary of Personnel and Readiness for the assessment; (2) Specify the scope of the assessment as the research and engineering workforce of the Department of Defense; (3) Modify the elements required in the assessment; and (4) Require consultation with the Secretaries of the military departments in the development of the plan.

*Policy on the talent management of digital expertise and software professionals (sec. 230)*

The House amendment contained a provision (sec. 223) that would create a Chief Digital Engineering Recruitment and Management Officer at the Department of Defense responsible for promoting and maintaining digital expertise and software

development as core competencies for civilian and military employees at the Department of Defense.

The Senate bill contained a similar provision (sec. 517).

The Senate recedes with an amendment that would authorize the Secretary of Defense to appoint a Chief Digital Engineering Recruitment and Management Officer. The amendment would also require an implementation plan describing how the Department of Defense will execute its policy to promote and maintain digital expertise and software development as core competencies of the civilian and military workforce.

The conferees encourage the Secretary of Defense to include in the implementation plan required by this section the following: (1) An assessment of progress made in recruiting an individual to serve as the Chief Digital Engineering Recruitment and Management Officer; (2) A timeline for implementation of the policy required by this section; and (3) Recommendations for any legislative or administrative action needed to meet the requirements of this section.

*Digital engineering capability to automate testing and evaluation (sec. 231)*

The House amendment contained a provision (sec. 224) that would direct the Under Secretary of Defense for Research and Engineering and the Director of Operational Test and Evaluation to establish a digital engineering capability to serve as the foundation for automated approaches to software testing and evaluation and to establish a pilot to demonstrate whether such testing could satisfy developmental and operational test requirements; that would direct associated changes to policies and guidance for both efforts; and that would require an initial report regarding these activities to be submitted to the congressional defense committees not later than 90 days after enactment.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would further elaborate the governance process and that would further define the scope of the demonstration and selection of programs to participate, as well as clarifying amendments to the roles and responsibilities of officials and organizations and technical amendments to the reporting requirements.

The conferees believe that establishing a digital engineering capability is critical to accelerating the adoption of best practices in the use of software to model and simulate complex system behavior to assess potential effects of proposed hardware or software engineering changes on system performance. Further, the conferees note the significant potential value of

digital engineering capability for automating developmental and operational test and evaluation, and especially where a weapon or business system is software-defined and is developed using agile or secure continuous development/continuous delivery methods.

*Process to align policy formulation and emerging technology development (sec. 232)*

The House amendment contained a provision (sec. 225) that would require the Secretary of Defense to establish a process, not later than 180 days after the date of the enactment of this Act, to ensure that the policies of the Department of Defense relating to emerging technology are formulated and updated continuously as such technology is developed by the Department.

The Senate bill contained no similar amendment.

The Senate recedes with an amendment that would: (1) Modify the elements required for the process; (2) Modify the required report to a briefing; and (3) Modify definitions.

*Improvement of the Strategic Capabilities Office of the Department of Defense (sec. 233)*

The House amendment contained a provision (sec. 226) that would limit the ability of the Secretary of Defense to transfer the functions of the Strategic Capabilities Office (SCO) to another organization or element of the Department unless certain conditions are met.

The Senate bill contained a similar provision (sec. 905) that would prohibit any reorganization to the Department of Defense (DOD) that would impact SCO until the Chief Management Officer provides to the congressional defense committees a report assessing the impacts of such an organizational change.

The Senate recedes with a clarifying amendment.

*Pilot program on enhanced civics education (sec. 234)*

The House amendment contained a provision (sec. 238) that would require that the Secretary of Defense carryout a program under which the Secretary makes grants to eligible entities, on a competitive basis, to support the development and evaluation of civics education programs.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to carry out a pilot program to provide enhanced educational support and funding to Department of Defense Education Activity schools and schools with a Junior

Reserve Officers' Training Corps unit for the improvement of civics education programs.

*Technology and national security fellowship (sec. 235)*

The Senate bill contained a provision (sec. 218) that would require the Secretary of Defense to establish a technology and national security fellowship for individuals who possess an undergraduate or graduate degree that focuses on science, technology, engineering, or mathematics coursework.

The House amendment contained a provision (sec. 239) that would authorize the establishment of a similar fellowship.

The House recedes with an amendment that would: (1) Add individuals with an associate's degree; (2) Include an experience requirement for fellows who will be assigned to a congressional office; (3) Modify the entities specified for coordination; and (4) Give the Department of Defense discretion in establishing the fellowship program.

*Documentation relating to the Advanced Battle Management System (sec. 236)*

The House amendment contained a provision (sec. 220) that would require the Secretary of the Air Force to provide program documentation for the Advanced Battle Management System (ABMS) family of systems.

The Senate bill contained a similar provision (sec. 215) that would express the sense of the Senate on the Air Force's approach to the ABMS.

The Senate recedes with an amendment that would require the Secretary of the Air Force to provide a report on the ABMS family of systems that includes a list of activities, programs, and projects related to ABMS, the final analysis of alternatives for ABMS, and an analysis of the requirements and development schedule for the networked architecture necessary for multidomain command and control and battle management as part of the ABMS family of systems.

The conferees understand this concept, the Advanced Battle Management System family of systems, envisions several existing airborne and ground intelligence, surveillance, and reconnaissance (ISR) and command and control systems connected by resilient, protected communications and data links. Given the intended capability of ABMS, the conferees believes the Air Force should consider prototyping and demonstrating the utility of artificial intelligence and automated sensor fusion as part of the ABMS concept.

*Sensor data integration for fifth generation aircraft (sec. 237)*

The House amendment contained a provision (sec. 219) that would require the Secretary of Defense to ensure fifth generation aircraft such as the F-35, F-22, and B-21 can share and disseminate data collected by on-board sensors with other joint service users and platforms.

The Senate bill contained no similar provision.

The Senate recedes.

*Sense of Congress on future vertical lift technologies (sec. 238)*

The House amendment contained a provision (sec. 230A) that expressed the Sense of Congress that the Army should continue to invest in research, development, test, and evaluation programs to mature future vertical lift technologies.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement (sec. 239)*

The Senate bill contained a provision (sec. 240) that would require the Secretary of Defense to expend specific amounts appropriated for fiscal year 2020 for the Strategic Environmental Research Program, Operational Energy Capability Improvement Fund, and Security Technical Certification Program.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the use of funds for fiscal year 2020 and clarify that the account be executed through the Under Secretary of Defense for Acquisition and Sustainment.

*Limitation and report on Indirect Fire Protection Capability Increment 2 capability (sec. 240)*

The Senate bill contained a provision (sec. 213, as amended by sec. 5213) that would prohibit the obligation or expenditure of any funds for fiscal year 2020 for the Army's Indirect Fire Protection Capability Increment 2 (IFPC Inc 2) enduring capability program until the Secretary of the Army submits a report to the congressional defense committees addressing several issues related to the program. The provision would also require the Secretary of the Army to identify a

program of record in the President's budget request for fiscal year 2021 that addresses the Army's responsibility to provide the capability to defend against supersonic cruise missiles.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit the obligation or expenditure of not more than 50 percent of funds for the IFPC Inc 2 program, including both enduring and interim capability, subject to submission of the report, including an assessment of the results of the performance, test, evaluation, integration, and interoperability of the first two batteries procured for the interim capability. The amendment would also require that the Secretary of Defense submit to the congressional defense committees a notification identifying the military services or agencies that will be responsible for the conduct of air and missile defense in support of joint campaigns as it applies to defense against current and emerging missile threats, including against each class of cruise missile.

## SUBTITLE C—PLANS, REPORTS, AND OTHER MATTERS

*Master plan for implementation of authorities relating to science and technology reinvention laboratories (sec. 251)*

The House amendment contained a provision (sec. 231) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, to provide a master plan to the congressional defense committees by October 30, 2020, as to how the Department of Defense will use its current authorities and responsibilities established in previous National Defense Authorization Acts to modernize the workforce and capabilities of its science and technology reinvention laboratories.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would: (1) Require the Secretary of Defense and each of the Secretaries of the military departments to develop the master plan; (2) Modify the elements required in the plan; and (3) Modify the reporting requirements.

*Infrastructure to support research, development, test, and evaluation missions (sec. 252)*

The House amendment contained a provision (sec. 232) that would require the Secretary of Defense, in consultation with the Secretaries of the military departments, to develop and

implement a master plan that addresses the research, development, test, and evaluation infrastructure and modernization requirements of the Department of Defense, to include the science and technology reinvention laboratories and the Major Range and Test Facility Bases.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would: (1) Require consultation with the Secretaries of the military departments; (2) Modify the elements of the plan; and (3) Require prioritization of unfunded requirements for laboratory military construction projects.

*Energetics plan (sec. 253)*

The Senate bill contained a provision(sec. 5201) that would require the Under Secretary of Defense for Research and Engineering to develop an energetics research and development plan to ensure a long-term, multi-domain research, development, prototyping, and experimentation effort.

The House amendment contained no similar provision.

The House recedes.

*Strategy and implementation plan for fifth generation information and communications technologies (sec. 254)*

The Senate bill contained a provision (sec. 236) that would express the sense of the Senate on the importance of secure fifth-generation (5G) wireless networks for the Department of Defense and would require the Secretary of Defense to provide quarterly briefings to the congressional defense committees on Department of Defense activities to develop and utilize secure 5G wireless networking technology.

The House amendment contained a provision (sec. 233) that would require the Secretary of Defense to develop and implement a strategy for 5G information and communications technologies not later than 270 days after the date of the enactment of this Act and to provide a briefing to the congressional defense committees not later than 180 days after the date of the enactment of this Act on the progress made in developing the strategy.

The Senate recedes with an amendment that would: (1) Modify elements of the required strategy; and (2) Add periodic briefings on the development and implementation of the strategy.

*Department-wide software science and technology strategy (sec. 255)*

The House amendment contained a provision (sec. 234) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, to designate a senior official or existing entity within the Department of Defense with the principal responsibility for guiding the direction of research and development for next generation software and software intensive systems for the Department. This provision would also require that the designated senior official or entity develop a strategy for research and development of the next generation software and software intensive systems and submit the strategy to the congressional defense committees not later than 1 year after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would expand the scope of the activities assigned under a senior official and associated scope of the strategy, to include foundational research, technical workforce and infrastructure, software acquisition, and software dependent missions; and further an amendment that would expand the strategy to incorporate activities in certain organizations to include universities, federally funded research and development centers and other entities.

*Artificial intelligence education strategy (sec. 256)*

The House amendment contained a provision (sec. 235) that would require the Secretary of Defense to develop a strategy which identifies the key aspects, applications, and challenges associated with artificial intelligence that can be developed into an educational curriculum for military servicemembers who utilize the technology in the execution of their responsibilities. This provision would also require the development of an implementation plan for the educational curriculum and would mandate that the Department of Defense provide the Artificial Intelligence (AI) Education Strategy and the associated implementation plan to the congressional defense committees not later than 270 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to develop a strategy and implementation plan for educating servicemembers in relevant occupational fields on matters relating to artificial intelligence.

The conferees note that the implementation plan required by this provision should identify the following, as applicable: (1) The military occupational specialties that are most likely

to involve interaction with AI technology; (2) The specific occupational specialties that will receive training in accordance with the planned curriculum; (3) The planned duration of AI training; (4) The context in which the training will be provided; (5) Metrics for evaluating the effectiveness of the training and curriculum; and (6) Any other issues the Secretary of Defense determines to be relevant.

*Cyber science and technology activities roadmap and reports (sec. 257)*

The Senate bill contained a provision (sec. 232) that would require the Under Secretary of Defense for Research and Engineering to develop a roadmap for the science and technology activities of the Department of Defense in support of the Department's cyber needs and missions.

The House amendment contained no similar provision.

The House recedes with an amendment that would add the rest of the Federal government to the list of entities to be consulted.

*Report on B-52 commercial engine replacement program (sec. 258)*

The House amendment contained a provision (sec. 221) that would limit funds for the B-52 commercial engine replacement program until the Secretary of the Air Force submits a capability development document and a signed test and evaluation master plan.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Commercial edge computing technologies and best practices for Department of Defense warfighting systems (sec. 259)*

The Senate bill contained a provision (sec. 5207) that would require the Under Secretary of Defense for Acquisition and Sustainment to report to the congressional defense committees on commercial edge computing technologies and best practices for Department of Defense warfighting systems.

The House amendment contained no similar provision.

The House recedes.

*Biannual report on the Joint Artificial Intelligence Center (sec. 260)*

The House amendment contained a provision (sec. 236) that would require the Secretary of Defense to submit biannually a

report on the Joint Artificial Intelligence Center and its efforts to harmonize the Department's work on artificial intelligence issues.

The House amendment contained another provision (sec. 1078) that would require the Secretary of Defense, in consultation with head of the Joint Artificial Intelligence Center, to submit to the appropriate congressional committees a report on the artificial intelligence strategy of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would combine the reports into a single report and modify the required elements therein.

*Quarterly updates on the Optionally Manned Fighting Vehicle program (sec. 261)*

The House amendment contained a provision (sec. 237) that would require the Assistant Secretary of the Army for Acquisition, Logistics, and Technology in consultation with the Commander of the Army Futures Command to provide quarterly reports to the Committee on Armed Services of the House of Representatives on the progress of the Optionally Manned Fighting Vehicle program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*National Study on Defense Research at Historically Black Colleges and Universities and Other Minority Institutions (sec. 262)*

The House amendment contained a provision (sec. 240) that would establish an independent Federal commission to advance the research capability of Historically Black Colleges and Universities and other Minority Institutions.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the provision to require the Secretary of Defense to commission an independent National Academies of Sciences, Engineering, and Medicine study to review the state of defense research at covered institutions. The provision would also require the Department of Defense to develop an implementation plan in response to the recommendations of the study.

*Study on national security emerging biotechnologies for the Department of Defense (sec. 263)*

The Senate bill contained a provision (sec. 231) that would require the Secretary of Defense to develop a coordinated research program in emerging biotechnologies.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the provision into a requirement for the Secretary of Defense to direct the Defense Science Board to study the national security aspects of emerging biotechnologies. The provision would also require a briefing on emerging biotechnology-based threats.

*Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office (sec. 264)*

The Senate bill contained a provision (sec.237) that would require, not later than March 1, 2020, the transfer of responsibilities for the authority, direction, and control of the Combating Terrorism Technical Support Office (CTTSO) from the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict to the Under Secretary of Defense for Research and Engineering.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to seek to enter into a contract with a federally funded research and development center to conduct a study on the optimal use of resources allocated to the CTTSO.

*Independent assessment of electronic warfare plans and programs (sec. 265)*

The House amendment contained a provision (sec. 216) that would require the Secretary of Defense to seek to engage the members of the private scientific advisory group known as JASON as advisory personnel to provide advice, on an ongoing basis, on matters involving science, technology, and national security.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to engage the scientific advisory group known as JASON in order to carry out an independent assessment of electronic warfare plans and programs.

*Technical correction to Global Research Watch Program (sec. 266)*

The Senate bill contained a provision (sec. 234) that would make a technical correction to section 2365 of title 10, United States Code, related to the Global Research Watch Program.

The House amendment contained no similar provision.

The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Electromagnetic spectrum sharing research and development program*

The Senate bill contained a provision (sec. 214) that would require the Secretary of Defense, in consultation with the Administrator of the National Telecommunications and Information Administration and the Federal Communications Commission, to establish an electromagnetic spectrum sharing research and development program for fifth-generation wireless network technologies, Federal systems, and non-Federal incumbent systems that would focus on expanding sharing of electromagnetic spectrum.
The House amendment contained no similar provision.
The Senate recedes.

*Sense of Congress on the importance of continued coordination of studies and analysis research of the Department of Defense*

The House amendment contained a provision (sec. 227) that would express the sense of Congress on the importance of the continued coordination of studies and analysis research of the Department of Defense.
The Senate bill contained no similar provision.
The House recedes.
The conferees note the responsibilities of the Under Secretary of Defense for Research and Engineering in supervising all defense research and engineering, technology development, transition, prototyping, experimentation, and development testing activities, including unifying these efforts across the Department and the Services. The conferees understand the importance of coordinating these activities to prevent duplication of effort while also preserving the service-specific applications of research and engineering activities.

*Musculoskeletal injury prevention research*

The House amendment contained a provision (sec. 229) that would require the Secretary of Defense to conduct a musculoskeletal research program to identify risk factors for musculoskeletal injuries among servicemembers.
The Senate bill contained no similar provision.
The House recedes.

*STEM jobs action plan*

The House amendment contained a provision (sec. 230) that would require the Secretary of Defense to develop a plan of action to ensure the Department of Defense has access to personnel with necessary qualifications and experience in science, technology, engineering, and mathematics.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that jobs in science, technology, engineering, and math (STEM) make up a significant portion of the workforce of the Department of Defense. These jobs exist with the organic industrial base, research, development, and engineering centers, life-cycle management commands, and logistics centers of the Department. The conferees urge the Secretary of Defense to take decisive action to replace STEM personnel as they retire to ensure that the military does not suffer a skills and knowledge gap.

*Briefing on cooperative defense technology programs and risks of technology transfer to China or Russia*

The Senate bill contained a provision (sec. 238) that would require a briefing relates to cooperative defense technology programs the risks of technology transfer.

The House amendment contained no similar provision.

The Senate recedes.

Not later than March 1, 2020, the conferees direct the Secretary of Defense, in consultation with the Director of National Intelligence, to provide the congressional defense committees a briefing, and documents as appropriate, on current cooperative defense technology programs of the Department of Defense with any country the Secretary assess to be engage in significant defense or other advanced technology cooperation with the People's Republic of Chinaor the Russian Federation. The briefing shall address: whether any current cooperative defense technology programs of the Department of Defense increase the risk of technology transfer to the People's Republic of China or the Russian Federation; what actions the Department of Defense has taken to mitigate the risk of technology transfer to the People's Republic of China or the Russian Federation with respect to current cooperative defense technology programs; and such recommendations as the Secretary may have for legislative or administrative action to prevent technology transfer to the People's Republic of China or the Russian Federation with respect to current or prospective cooperative defense technology programs, especially as it

relates to capabilities the Secretary assesses to be critical to maintain or restore the comparative military advantage of the United States.

*Increase in funding for basic operational medical research science*

The House amendment contained a provision (sec. 241) that would authorize an increase in funding for basic operational medical research in the Department of Defense.

The Senate bill contained no similar provision.

The House recedes.

*Funding for the Sea-Launched Cruise Missile-Nuclear analysis of alternatives*

The Senate bill contained a provision (sec. 241) that would increase the amount authorized for the nuclear sea-launched cruise missile analysis of alternatives by $5.0 million, and would establish a program of record for this system.

The House amendment contained no similar provision.

The Senate recedes.

*Increase in funding for university research initiatives*

The House amendment contained a provision (sec. 242) that would increase the funding table authorization for research, development, test, and evaluation, Army, basic research, university research initiatives, line 003 (PE 0601103A),by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command management/operational headquarters, line 080, by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Review and assessment pertaining to transition of Department of Defense-originated dual-use technology*

The Senate bill contained a provision (sec. 242) that would require the Under Secretary of Defense for Research and Engineering to assess the Department of Defense (DOD) science and technology enterprise's policies and programs regarding intellectual property and commercialization and the potential for alternative contracting policies and strategies to facilitate innovation.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Under Secretary of Defense for Research and Engineering to enter into an arrangement with a university business school or law school with resident economics and intellectual property expertise to conduct an independent assessment of the Defense Advanced Research Projects Agency's and defense laboratories' contracting and intellectual property management policies and their effects on the commercialization of and innovation in dual-use technology. The assessment shall evaluate: (1) Whether current DOD policies and practices concerning intellectual property and government-purpose rights and licenses, in conjunction with current intellectual property law and its practice, limit commercialization and innovation in dual use-technology; and (2) Alternative policy options to accelerate commercialization and innovation in dual-use technology. The policy options to be evaluated should include at a minimum: (1) The DOD's retention, via contractual mechanisms, of intellectual property currently retained by contractors; (2) The DOD's use of prize-based competitions, research-as-a-service contracts, and government-funded grants to fund science and technology activities while retaining the intellectual property developed through those activities; (3) The incorporation of price ceilings for commercial products and licenses and commercial sale mandates in DOD contracts to discourage selective commercial hoarding; (4) Expansions or modifications to government purpose rights; and (5) Programs and policy to make DOD intellectual property, including that originating from research and development conducted in Department laboratories, more discoverable or available to the private sector.

No later than January 1, 2021, the university business school or law school should submit a report on the assessment to the Secretary of Defense with any recommendations for changes to statute, regulations, or policy. No later than February 1, 2021, the Secretary of Defense shall deliver the report to the Committees on Armed Services of the Senate and House of Representatives along with any relevant Department of Defense comments or recommendations.

*Quantum Information Science Innovation Center*

The House amendment contained a provision (sec. 243) that would require the Secretary of Defense to establish a Quantum Information Science Innovation Center to accelerate the Air Force's research and development in quantum information science. The provision would also increase the funding table authorization for research, development, test, and evaluation,

Air Force, applied research, dominant information sciences and methods, line 014, by $10.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Operational Support, line 090, by $10.0 million.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the modification of the existing authorization of a Defense Quantum Information Science and Technology Research and Development Program elsewhere in this bill. The conferees note that the Defense Quantum Information Science and Technology Research and Development Program includes the authority for each of the Secretaries of the military departments to establish or designate a Quantum Science Research Center.

*Increase in funding for Naval University Research Initiatives*

The House amendment contained a provision (sec. 244) that would increase the funding table authorization for research, development, test, and evaluation, Navy, basic research, University Research Initiatives, line 001 (PE 0601103N), by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Theater Forces, line 100, by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Increase in funding for university and industry research centers*

The House amendment contained a provision (sec. 245) that would increase the funding table authorization for research, development, test, and evaluation, Army, basic research for university and industry research centers, line 004 (PE 0601104A), by $5.0 million and decrease the funding table authorization for operation and maintenance, Air Force, operational systems development, AF integrated personnel and pay system (AF-IPPS), line 158 (PE 0605018F), by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Increase in funding for national security innovation capital*

The House amendment contained a provision (sec. 246) that would increase the funding table authorization for research, development, test, and evaluation, Defense-wide, for Defense

Innovation Unit Prototyping by $75.0 million and decrease the funding table authorization for research, development, test, and evaluation, Defense-wide, advanced component development and prototypes, advanced innovative technologies, line 096 (PE 0604250D8Z), by $75.0 million.

The Senate bill contained no similar provision.
The House recedes.

*Increase in funding for Air Force University Research Initiatives*

The House amendment contained a provision (sec. 247) that would increase the funding table authorization for research, development, test, and evaluation, Air Force, basic research, University Research Initiatives, line 002 (PE 0601103F), by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Theater Forces, line 100,by$5.0 million.

The Senate bill contained no similar provision.
The House recedes.

*Increase in funding for Naval University Research Initiatives*

The House amendment contained a provision (sec. 248) that would increase the funding table authorization for Navy basic research, University Research Initiatives, line 001 (PE 0601103N), by $5.0 million and decrease the funding table authorization for operation and maintenance, Defense-wide, operating forces, Special Operations Command Theater Forces, line 100, by $5.0 million.

The Senate bill contained no similar provision.
The House recedes.

*Independent study on threats to United States national security from development of hypersonic weapons by foreign nations*

The House amendment contained a provision (sec. 250) that would require the Secretary of Defense to enter into a contract with a federally funded research and development center in order to conduct a study on the development of hypersonic weapons capabilities by foreign nations.

The Senate bill contained no similar provision.
The House recedes.
The conferees note that the development of hypersonic weapons is a critical national interest as highlighted in the John S. McCain National Defense Authorization Act for Fiscal

Year 2019 (sec. 247) and encourages the Department of Defense to accelerate testing and development of hypersonic capabilities and technology.

*Report on innovation investments and management*

The House amendment contained a provision (sec. 251) that would require the Under Secretary of Defense for Research and Engineering to submit, not later than December 31, 2019, to the congressional defense committees a report on the efforts of the Department of Defense to improve innovation investments and management.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Under Secretary of Defense for Research and Engineering, not later than December 31, 2019, to provide to the Committees on Armed Services of the Senate and House of Representatives a report on the efforts of the Department of Defense to improve innovation investments and management.

The report shall include an explanation of the following: (1) How incremental and disruptive innovation investments for each military department are defined; (2) How such investments are assessed; and (3) Whether the Under Secretary has defined a science and technology management framework that emphasizes the greater use of existing flexible approaches to more quickly initiate and discontinue projects to respond to the rapid pace of innovation, incorporates acquisition stakeholders into technology development programs to ensure that they are relevant to customers, and promotes advanced prototyping of disruptive technologies within the defense labs so that the science and technology community can evaluate the effectiveness of these technologies and applications in future acquisition programs.

*Increase in funding for Army University Research Initiatives*

The House amendment contained a provision (sec. 253) that would increase the funding table authorization for Army basic research, University Research Initiatives, Line 003 (PE 0601103A), by $5.0 million and decrease the funding table authorization for research, development, test, and evaluation, Army, system development and demonstration, integrated personnel and pay system-Army (IPPS-A), Line 143 (PE 0605018A), by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Funding for anti-tamper heterogenous integrated microelectronics*

The House amendment contained a provision (sec. 254) that would increase the funding table authorization for research, development, test, and evaluation, Defense-wide, advanced technology development, defense-wide manufacturing science and technology program, line 047 (PE 0603680D8Z), by $5.0 million and decrease the funding table authorization for other procurement, Army, elect equip-automation, general fund enterprise business systems fam, line 114, by $5.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Briefing on use of blockchain technology for defense purposes*

The House amendment contained a provision (sec. 255) that would require the Under Secretary of Defense for Research and Engineering to provide, no later than 180 days after the enactment of this Act, to the congressional defense committees a briefing on the potential use of distributed ledger technology for defense purposes.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Under Secretary of Defense for Research and Engineering to provide, not later than 180 days after the date of the enactment of this Act, to the congressional defense committees a briefing on the potential use of distributed ledger technology for defense purposes. This briefing shall include an explanation of how distributed ledger technology may be used by the Department of Defense to: (1) Improve cybersecurity, beginning at the hardware level, of vulnerable assets such as energy, water, and transport grids through distributed versus centralized computing; (2) Reduce single points of failure in emergency and catastrophe decision-making by subjecting decisions to consensus validation through distributed ledger technologies; (3) Improve the efficiency of defense logistics and supply chain operations; (4) Enhance the transparency of procurement auditing; and (5) Allow innovations to be adapted by the private sector for ancillary uses. The briefing shall also include any other information that the Under Secretary of Defense for Research and Engineering determines to be appropriate.

*Efforts to counter manipulated media content*

The House amendment contained a provision (sec. 256) that would direct the Secretary of Defense not later than 180 days

after the date of the enactment of this Act to provide a briefing to the congressional defense committees on Department of Defense (DoD) initiatives to identify and address manipulated media content, specifically "deepfakes."

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense not later than 180 days after the date of the enactment of this Act to provide a briefing to the congressional defense committees on initiatives of the DoD to identify and address, as appropriate and as authorized in support of DoD operations, manipulated media content, specifically "deepfakes." The briefing shall include, at a minimum:

1) A description of the status of efforts to develop technology to identify manipulated content impacting the national security of the United States;

2) A description of any challenges to detecting, labeling, and preventing foreign actors' manipulation of images and video impacting national security;

3) A description of any plans to make "deepfake"detection technology available to the public and other Federal agencies for use in identifying manipulated media;

4) A description of any efforts by DoD to engage academia and industry stakeholders to combat deliberately manipulated or deceptive information from state and non-state actors on social media platforms impacting operations overseas;

5) An assessment of the ability of adversaries to generate "deepfakes";

6) Recommendations for a long-term transition partner organization for ongoing research programs; and

7) Any other matters the Secretary deems relevant.

*Additional amounts for research, development, test, and evaluation*

The Senate bill contained a provision (sec. 5204) that would increase the funding table authorization for research, development, test, and evaluation, Defense-wide, Information Systems Security Program (PE 0303140D8Z), by $25.0 million. The provision would also increase the funding table authorization for research, development, test, and evaluation,Navy, University Research Initiatives (PE 0601103N), by $5.0 million. Finally, the provision would decrease the funding table authorization for the Defense Health Program's procurement program, the Department of Defense Healthcare Management System Modernization, by $30.0 million.

The House amendment contained no similar provision.

The Senate recedes.

*Briefing on explainable artificial intelligence*

The Senate bill contained a provision (sec. 5205) that would require the Secretary of Defense to brief the congressional defense committees on the development and applications of explainable artificial intelligence, defined as artificial intelligence that has the ability to demonstrate the rationale behind its decisions in order for its human user to comprehend and characterize the strengths and weaknesses of its decision-making process as well as to understand how it will behave in the future in the contexts in which it is used.

The House amendment contained no similar provision.

The Senate recedes.

The committees direct the Secretary of Defense to brief, no later than 180 days after the date of the enactment of this Act, the congressional defense committees on the development and applications of explainable artificial intelligence. The briefing shall address or include: (1) The extent to which the Department of Defense currently uses and prioritizes explainable artificial intelligence; (2) The limitations of explainable artificial intelligence and the plans of the Department to address those limitations; (3) The future plans of the Department to require explainable artificial intelligence, particularly in technologies that have warfighting applications; (4) Any potential roadblocks to the effective deployment of explainable artificial intelligence across the Department; (5) Identification and descriptions of programs and activities, including funding and schedule, to develop or procure explainable artificial intelligence to meet defense requirements and technology development goals; and (6) Such other matters that the Secretary considers appropriate. The briefing shall be unclassified but may include a classified supplement.

# TITLE III—OPERATION AND MAINTENANCE

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 301)*

The Senate bill contained a provision (sec. 301) that would authorize appropriations for operation and maintenance activities at the levels identified in section 4301 of division D of this Act.

The House amendment contained an identical provision (sec. 301).

The conference agreement includes this provision.

## SUBTITLE B—ENERGY AND ENVIRONMENT

*Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness (sec. 311)*

The House amendment contained a provision (sec. 311) that would amend section 183a of title 10, United States Code, to allow the Military Aviation and Installation Assurance Clearinghouse 90 days to conduct its preliminary review of applications for an energy project.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Military Aviation and Installation Clearinghouse 75 days to conduct its preliminary review.

*Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness (sec. 312)*

The House amendment contained a provision (sec. 313) that would amend section 183a of title 10, United States Code, to allow the Secretary of Defense to accept voluntary contribution of funds from an applicant for an energy project.

The Senate bill contained no similar provision.

The Senate recedes.

*Use of proceeds from sale of recyclable materials (sec. 313)*

The House amendment contained a provision (sec. 326) that would amend section 2577(c) of title 10, United States Code, by striking ''$2,000,000'' and inserting ''$10,000,000''.

The Senate bill contained no similar provision.

The Senate recedes.

*Disposal of recyclable materials (sec. 314)*

The House amendment contained a provision (sec. 327) that would amend section 2577(a) of title 10, United States Code, by defining the term 'recyclable materials' to include any quality recyclable material provided to the Department by a State or local government entity.''

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require
the Office of the Secretary of Defense to authorize the
recyclable material provided to the Department by a State or
local government entity.

*Department of Defense improvement of previously conveyed utility
systems serving military installations (sec. 315)*

The House amendment contained a provision (sec. 314) that
would amend section 2688 of title 10, United States Code, by
authorizing the use of military construction funding to support
improvements to the reliability, resiliency, efficiency,
physical security, or cybersecurity of a conveyed utility
system.
The Senate bill contained no similar provision.
The Senate recedes.

*Modification of Department of Defense environmental restoration
authorities to include Federal Government facilities used by
National Guard (sec. 316)*

The Senate bill contained a provision (sec. 319) that
would establish environmental restoration accounts for the Army
National Guard and the Air National Guard.
The House amendment contained a similar provision (sec.
315) that would amend section 2707 of title 10, United States
Code, to allow the Chief of the National Guard Bureau to access
Defense Environmental Remediation Account funds for the limited
purpose of addressing perfluorooctanoic acid and perfluorooctane
sulfonate exposure and contamination resulting from National
Guard activities in and around National Guard bases. This
authority would sunset 5 years after the date of the enactment
of this Act.
The Senate recedes with an amendment that would eliminate
the 5 year sunset.

*Use of operational energy cost savings of Department of Defense
(sec. 317)*

The Senate bill contained a provision (sec. 311) that
would amend section 2912 of title 10, United States Code, to
require that operational energy cost savings realized by the
Department of Defense be used for the implementation of
additional operational energy cost saving methods.
The House amendment contained a similar provision (sec.
899).

The House recedes.

*Sale of electricity from alternate energy and cogeneration production facilities (sec. 318)*

The Senate bill contained a provision (sec. 312) that would amend section 2916(b) of title 10, United States Code, to provide the Department of Defense more flexibility when using geothermal revenue.

The House amendment contained a similar provision (sec. 316).

The Senate recedes.

*Energy resilience programs and activities (sec. 319)*

The Senate bill contained a provision (sec. 313) that would make technical corrections to the Annual Energy Management and Resilience Report, require a report on funding levels for certain energy program offices, and establish targets for reduction in water use.

The House amendment contained a similar provision (sec. 330K).

The House recedes.

*Technical and grammatical corrections and repeal of obsolete provisions relating to energy (sec. 320)*

The Senate bill contained a provision (sec. 323) that would provide technical corrections to title 10, United States Code.

The House amendment contained no similar provision.

The House recedes.

*Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry (sec. 321)*

The Senate bill contained a provision (sec. 317) that would amend section 316(a)(2)(B)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), as amended by section 315(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to extend through 2021, the transfer authority for funding of the study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by the Agency for Toxic Substances and Disease Registry.

The House amendment contained an identical provision (sec. 317).

The conference agreement includes this provision.

*Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent (sec. 322)*

The Senate bill contained a provision (sec. 316) that would prohibit the Department of Defense from procuring firefighting foam that contains perfluoroalkyl and polyfluoroalkyl substances after October 1, 2022.

The House amendment contained a similar provision (sec. 318) that would require the Secretary of the Navy to complete a military specification for a fluorine-free fire fighting agent to be used at all Department of Defense installations not later than January 2025. This provision would ban use of fluorinated foams on military installations by September 2029 or before such date, if possible.

The Senate recedes with an amendment that would require the Secretary of the Navy to complete a military specification for a fluorine-free firefighting agent by January 2023 and prohibits Department of Defense procurement of fire-fighting foam containing perfluoroalkyl and polyfluoroalkyl substances after October 2023. Additionally, the amendment would prohibit the use of fluorinated foam by October 2024 with the option for the Secretary of Defense to extend the date for up to one year using a waiver authority.

*Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations (sec. 323)*

The House amendment contained a provision (sec. 319) that would require the Secretary of Defense to prohibit uncontrolled release of fluorinated Aqueous Film Forming Foam (AFFF) at military installations except in cases of emergency response and limited non-emergency use for training or testing of equipment where complete containment, capture, and proper disposal mechanisms are in place to ensure no AFFF is released into the environment.

The Senate bill contained no similar provision.

The Senate recedes.

*Prohibition on use of fluorinated aqueous film forming foam for training exercises (sec. 324)*

The House amendment contained a provision (sec. 320) that would prohibit the use of fluorinated aqueous film forming foam for training exercises at military installations.

The Senate bill contained no similar provision.

The Senate recedes.

*Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate (sec. 325)*

The House amendment contained a provision (sec. 321) that would require the Secretary of the Navy and Secretary of the Air Force to conduct real-time noise monitoring at no fewer than three installations per military department where tactical fighter aircraft operate regularly and noise contours have been developed through noise modeling.

The Senate bill contained a similar provision (sec. 5305) that would require the Secretary of Defense to submit to the Committees on Armed Services of the Senate and the House of Representatives a report on monitoring of noise from flights and training of EA-18G Growlers associated with Naval Air Station Whidbey Island.

The Senate recedes with an amendment that would require noise monitoring at two West Coast Naval Air Stations. The conferees intent is that the use of real-time noise monitoring will assist in validating or modifying current noise modeling profiles and may advance the understanding of noise impacts.

*Development of extreme weather vulnerability and risk assessment tool (sec. 326)*

The House amendment contained a provision (sec. 322) that would direct the Secretary of Defense to develop a climate vulnerability and risk assessment tool to assist in providing standardized risk calculations of climate-related impacts to military facilities and capabilities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to determine whether an existing climate vulnerability and risk assessment tool is available or can be adapted to be used quantify the risks associated with extreme weather events.

*Removal of barriers that discourage investments to increase military installation resilience (sec. 327)*

The House amendment contained a provision (sec. 324) that would require the Secretary of Defense to remove barriers and

reform policies that discourage investments to increase military installation resilience.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Budgeting of Department of Defense relating to extreme weather (sec. 328)*

The Senate bill contained a provision (sec. 320) that would require the Secretary of Defense to include a dedicated budget line item for adaptation to and mitigation of effects of extreme weather on military networks, systems, installations, facilities, and other assets and capabilities of the Department of Defense in the annual budget submission of the President.

The House amendment contained a similar provision (sec. 328).

The House recedes.

*Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging (sec. 329)*

The House amendment contained a provision (sec. 330B) that would require, not later than October 1, 2020, the Director of the Defense Logistics Agency (DLA) to ensure that any food contact substances used to assemble and package meals ready-to-eat procured by the DLA do not contain any perfluoroalkyl substances or polyfluoroalkyl substances.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the date of prohibition from October 1, 2020 to October 1, 2021.

*Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam (sec. 330)*

The House amendment contained a provision (sec. 330D) that would provide the Department with guidance on the disposal of per- and polyfluoroalkyl substances (PFAS) by incineration, and the storage of PFAS containing materials.

The Senate bill contained no similar provision.

The Senate recedes with an amendment to clarify that all incineration is to achieve the maximum degree of reduction in PFAS emissions and that the provision only pertains to certain materials within the Department of Defense.

*Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern (sec. 331)*

The House amendment contained a provision (sec. 330F) that would require the Secretary of Defense to seek to enter into agreements with municipalities or municipal drinking water utilities located adjacent to military installations under which both the Secretary and the municipalities and utilities would share monitoring data relating to perfluoroalkyl substances, polyfluoroalkyl substances, and other emerging contaminants of concern collected at the military installation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to maintain a publicly available website to provide information on exposure, testing, cleanup and treatment.

*Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances (sec. 332)*

The Senate bill contained provisions (secs. 318 and 5318) that would encourage the Secretary of Defense to work expeditiously to finalize a cooperative agreement upon request from the governor of a State if there is suspected contamination from perfluoroalkyl and polyfluoroalkyl substances. If an agreement is not finalized or amended within 1 year, the Secretary would be required to submit a report to the appropriate committees and Members of Congress.

The House amendment contained an identical provision (sec. 330H).

The conference agreement includes this provision.

*Plan to phase out use of burn pits (sec. 333)*

The House amendment contained a provision (sec. 330L) that would require the Secretary of Defense to submit an implementation plan to phase out the use of the burn pits identified in the "Department of Defense Open Burn Pit Report to Congress" published in April 2019.

The Senate bill contained no similar provision.

The Senate recedes.

*Information relating to locations of burn pit use (sec. 334)*

The House amendment contained a provision (sec. 330M) that would require the Secretary of Defense to submit to the Secretary of Veterans Affairs and Congress a list of all locations at which open-air burn pits have been used by Secretary of Defense.

The Senate bill contained no similar provision.

The Senate recedes.

*Data quality review of radium testing conducted at certain locations of the Department of the Navy (sec. 335)*

The House amendment contained a provision (sec. 330N) that would require the Secretary of the Navy to provide an independent third-party data quality review of all radium testing completed by contractors of the Department of the Navy at locations where the Secretary is undertaking a project or activity funded through the following Department of Defense accounts: (1) Operation and Maintenance, Environmental Restoration, Navy; and (2) Operation and Maintenance, Environmental Restoration, Formerly Used Defense Sites.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would limit the requirement for an independent third-party quality review to certain locations.

*Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota (sec. 336)*

The Senate bill contained a provision (sec. 315) that would allow the Secretary of Defense to reimburse the Environmental Protection Agency for remedial actions performed at the Twin Cities Army Ammunition Plant.

The House amendment contained no similar provision.

The House recedes.

*Pilot program for availability of working-capital funds for increased combat capability through energy optimization (sec. 337)*

The Senate bill contained a provision (sec. 321) that would allow the Secretary of Defense and the military departments to use the working capital fund established pursuant to section 2208 of title 10, United States Code, to conduct a pilot program for energy optimization initiatives. Further, this provision would require the Secretary of Defense to submit an annual report to the congressional defense committees on the use of the authority during the preceding fiscal year. The annual report would be required to be submitted not later than 60 days after the President’s budget is submitted to the Congress.

The House amendment contained no similar provision.

The House recedes.

*Report on efforts to reduce high energy intensity at military installations (sec. 338)*

The Senate bill contained a provision (sec. 322) that would require the Under Secretary of Defense for Acquisition and Sustainment to submit a report on efforts to achieve cost savings at military installations with high energy intensity to the congressional defense committees not later than September 1, 2020.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—TREATMENT OF CONTAMINATED WATER NEAR MILITARY INSTALLATIONS

*Treatment of contaminated water near military installations (secs. 341-345)*

The Senate bill contained a series of provisions (secs. 1071-1075) that would allow the Secretaries of the military departments to provide uncontaminated water sources or to treat water contaminated with perfluoroalkyl and polyfluoroalkyl substances if the water is used for agricultural purposes leading to products destined for human consumption. Additionally, these provisions would authorize the Secretary of the Air Force to acquire real property that has shown signs of contamination from perfluorooctanoic and perfluorooctane sulfonate.

The House amendment contained a similar provision (sec. 323).

The House recedes.

## SUBTITLE D—LOGISTICS AND SUSTAINMENT

*Materiel readiness metrics and objectives (sec. 351)*

The Senate bill contained a provision (sec. 5301) that would require the Secretary of Defense to provide the congressional defense committees with a report for the life cycle sustainment of each major weapon system not later than February 1 of each year.

The House amendment contained a similar provision (sec. 331).

The Senate recedes with an amendment that would require the Secretary of Defense to conduct a comprehensive assessment

of the Department of Defense's materiel readiness and weapons system sustainment and to provide a report to the congressional defense committees not later than April 1, 2020.

*Clarification of authority regarding use of working capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities (sec. 352)*

The House amendment contained a provision (sec. 332) that would amend section 2208(u)(2) of title 10, United States Code, to clarify the authority on the use of working capital funds for unspecified minor military construction projects related to defense industrial base facilities.

The Senate bill contained no similar provision.

The Senate recedes.

*Modification to limitation on length of overseas forward deployment of naval vessels (sec. 353)*

The Senate bill contained a provision (sec. 332) that would amend section 323 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) relating to the limitation on length of overseas forward deployment of naval vessels.

The House amendment contained no similar provision.

The House recedes.

*Extension of temporary installation reutilization authority for arsenals, depots, and plants (sec. 354)*

The Senate bill contained a provision (sec. 357) that would amend section 345(d) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 10 U.S.C. 2667 note) by striking ''September 30, 2020'' and inserting ''September 30, 2025."

The House amendment contained a similar provision (sec. 337).

The House recedes with a technical amendment.

*F-35 Joint Strike Fighter sustainment (sec. 355)*

The House amendment contained a provision (sec. 333) that would require the Under Secretary of Defense for Acquisition and Sustainment to submit a report on the steps being taken to improve the availability and accountability of F-35 parts within the supply chain. In addition, this provision would limit funds

available to the Under Secretary until such time as the report
is delivered.
      The Senate bill contained no similar provision.
      The Senate recedes with a technical amendment.

*Report on strategic policy for prepositioned materiel and
equipment (sec. 356)*

      The House amendment contained a provision (sec. 334) that
would require the Assistant Secretary of Defense for
Sustainment, in coordination with the Joint Staff, to submit a
report to the congressional defense committees, not later than
March 1, 2020, on the implementation plan for prepositioned
materiel and equipment as required by section 321 of the
National Defense Authorization Act for Fiscal Year 2014 (Public
Law 113-66).
      The Senate bill contained no similar provision.
      The Senate recedes with an amendment that would strike the
funding prohibition.

*Pilot program to train skilled technicians in critical
shipbuilding skills (sec. 357)*

      The House amendment contained a provision (sec. 338) that
would allow the Secretary of Defense to carry out a pilot
program to train individuals to become skilled technicians in
critical shipbuilding skills in partnership with existing
Federal or State projects relating to investment and
infrastructure in training and education or workforce
development.
      The Senate bill contained no similar provision.
      The Senate recedes with a technical amendment.

*Requirement for military department inter-service depot
maintenance (sec. 358)*

      The Senate bill contained a provision (sec. 331) that
would require a joint memorandum of understanding in such cases
where one military service would provide depot maintenance for
an air platform of another military service.
      The House amendment contained no similar provision.
      The House recedes with a clarifying amendment.

*Strategy to improve infrastructure of certain depots of the
Department of Defense (sec. 359)*

The Senate bill contained a provision (sec. 351) that would require the Secretary of Defense to deliver a comprehensive strategy to the congressional defense committees, not later than October 1, 2020, for improving the depot infrastructure of the military departments with the objective of ensuring that the depots have the capacity and capability to support the readiness and materiel availability goals of current and future weapon systems of the Department of Defense.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## SUBTITLE E—REPORTS

*Readiness reporting (sec. 361)*

The House amendment contained a provision (sec. 341) that would amend sections 117 and 482 of title 10, United States Code, to modify the delivery method, timeline, and required elements of the Quarterly Readiness Report to Congress and the Joint Forces Readiness Review.

The Senate bill contained no similar provision.

The Senate recedes.

*Technical correction to deadline for transition to Defense Readiness Reporting System Strategic (sec. 362)*

The Senate bill contained a provision (sec. 359) that would amend section 358(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by striking ''October 1, 2019'' and replacing it with ''October 1, 2020.''

The House amendment contained an identical provision (sec. 342).

The conference agreement includes this provision.

*Report on Navy ship depot maintenance budget (sec. 363)*

The House amendment contained a provision (sec. 343) that would require the Secretary of the Navy to submit reports for fiscal years 2021, 2022, and 2023 that provide additional information related to ship and submarine depot maintenance funding.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on Runit Dome (sec. 364)*

The House amendment contained a provision (sec. 344) that would require the Secretary of Energy to submit a report on the status of the Runit Dome in the Marshall Islands.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the reporting requirements.

*Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units (sec. 365)*

The Senate bill contained a provision (sec. 356) that would prohibit the commander of a military unit who is responsible for monthly reporting of readiness from making any subjective upgrade of the overall rating of the unit. This provision would include a waiver authority if the first flag or general officer above the reporting unit in the chain of command approves of the upgrade. Additionally, this provision would require that any such waiver, and subsequent upgrades, be included in the Quarterly Readiness Report to Congress.

The House amendment contained no similar provision.

The House recedes.

*Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense (sec. 366)*

The Senate bill contained a provision (sec. 5304) that would require the Secretary of Defense and the Secretaries of the military departments to include measures of foreign language proficiency as a mandatory element of unit readiness reporting in the Global Readiness and Force Management Enterprise not later than 90 days after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE F—OTHER MATTERS

*Prevention of encroachment on military training routes and military operation areas (sec. 371)*

The Senate bill contained a provision (sec. 353) that would require projects to file 1 year before construction if they are proposed within wide area surveillance over-the-horizon radar. Additionally, the provision allows the governor of a State to recommend geographical areas of concern to the Secretary of Defense.

The House amendment contained a similar provision (sec. 351) that would amend section 183a(c)(6) of title 10, United States Code, to include over-the-horizon radar in the coverage of early outreach procedures issues by the Military Aviation and Installation Assurance Siting Clearinghouse.

The House recedes.

*Expansion and enhancement of authorities on transfer and adoption of military animals (sec. 372)*

The Senate bill contained a provision (sec. 354) that would amend section 2583 of title 10, United States Code, to require veterinary screening and care for military working dogs prior to retirement or transfer to law enforcement agencies. The provision would also, as requested by the Department of Defense, extend transfer and adoption authorities to Department-owned mules and donkeys, in order to provide consistency for use of the word ''transfer'' throughout this section of law.

The House amendment contained a similar provision (sec. 353).

The House recedes.

*Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities (sec. 373)*

The House amendment contained a provision (sec. 352) that would amend section 2642 of title 10, United States Code, to extend the date that the Secretary of Defense may use the Department of Defense reimbursement rate for military transportation services provided to certain non-Department of Defense entities until October 1, 2024.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension of authority of Secretary of Transportation to issue non-premium aviation insurance (sec. 374)*

The House amendment contained a provision (sec. 354) that would amend section 44310 of title 49, United States Code, to extend the authority of the Secretary of Transportation to issue non-premium aviation insurance until September 30, 2023.

The Senate bill contained no similar provision.

The Senate recedes.

*Defense personal property program (sec. 375)*

The Senate bill contained a provision (sec. 355) that would prohibit the Secretary of Defense from entering into or awarding a contract to a commercial provider for the management of the Defense Personal Property Program (DP3) until 60 days after the Comptroller General of the United States submits to the congressional defense committees a report on the administration of the DP3.

The House amendment contained a similar provision (sec. 355) that, in addition to requiring a similar report from the Comptroller General, would establish a Global Household Relocation Services Advisory Group; require the Commander of the United States Transportation Command (USTRANSCOM) to prepare a business case analysis for the proposed award of a global household goods contract (GHC) for the DP3; and prohibit the Secretary of Defense from entering into a global household goods contract until the Commander of USTRANSCOM briefs the defense committees on its business case analysis and on the proposed structure and meeting schedule for the advisory group.

The Senate recedes with amendments that would prohibit the award of a GHC contract until April 1, 2020, and require the Under Secretary of Defense for Acquisition and Sustainment and the Assistant Secretary of Defense for Personnel and Readiness to submit to the congressional defense committees a report on implementation of the Personal Property Program Improvement Action Plan that was developed by the Personnel Relocation/Household Goods Movement Cross-Functional Team.

In addition, the conferees direct the Secretary of Defense to establish a Military Relocation Advisory Committee consisting of members representing USTRANSCOM; the military services; transportation services providers, including two small business concerns; and consumer representatives who are members of the Armed Forces or spouses of members of the Armed Forces. The Secretary of Defense should ensure that the advisory committee convenes regularly to provide the Secretary feedback on the DP3, military relocation services, and other issues relating to permanent change of station moves. Additionally, the Secretary should ensure that the advisory committee provides quarterly reports of its activities to the congressional defense committees.

*Public events about Red Hill Bulk Fuel Storage Facility (sec. 376)*

The House amendment contained a provision (sec. 356) that would require the Department of the Navy to hold quarterly events open to the public that provide information and updates on the Red Hill Bulk Fuel Storage Facility.

The Senate bill contained no similar provision.
The Senate recedes.

*Sense of Congress regarding Innovative Readiness Training program (sec. 377)*

The House amendment contained a provision (sec. 357) that would express the sense of Congress on the importance of Innovative Readiness Training, particularly to non-contiguous States and territories.
The Senate bill contained no similar provision.
The Senate recedes.

*Detonation chambers for explosive ordnance disposal (sec. 378)*

The House amendment contained a provision (sec. 329) that would require the Secretary of the Navy to purchase and operate a closed detonation chamber.
The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

**LEGISLATIVE PROVISIONS NOT ADOPTED**

*Funding for Army Community Services*

The House amendment contained a provision (sec. 302) that would increase the funding for Operation and Maintenance, Army for Base Operations Support for Army Community Services by $30.0 million.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that Army Community Services provides critical services, such as victim advocacy, financial counseling, employment readiness, among others. The conferees encourage the Department to increase the resources allocated to the account so Army Community Services can continue to provide imperative resources to servicemembers.

*Increase in funding for civil military programs*

The House amendment contained a provision (sec. 303) that would increase the funding for Operation and Maintenance, Defense-Wide for Civil Military Programs by $50.0 million to support the National Guard Youth Challenge Program.
The Senate bill contained no similar provision.
The House recedes.

*Authority to make final finding on designation of geographic areas of concern for purposes of energy projects with adverse impacts on military operations and readiness*

The House amendment contained a provision (sec. 312) that would amend section 183a of title 10, United States Code, by changing the list of Department of Defense personnel who can make a final finding on the designation of a geographic area of concern.

The Senate bill contained no similar provision.

The House recedes.

*Native American Indian lands environmental mitigation program*

The Senate bill contained a provision (sec. 314) that would amend chapter 160 of title 10, United States Code, to allow the Secretary of Defense to establish a program to mitigate the environmental impacts of Department of Defense activities on Native American Indian lands.

The House amendment contained no similar provision.

The Senate recedes.

*Offshore energy development*

The House amendment contained a provision (sec. 325) that would prohibit the Secretary of Defense from issuing an offshore wind assessment that proposes wind exclusion areas and from objecting to an offshore energy project filed for review by the Military Aviation and Installation Assurance Clearinghouse (Clearinghouse) until 180 days after submitting a report to the congressional defense committees.

The Senate bill contained no similar provision.

The House recedes.

*Comptroller General report on environmental cleanup of Vieques and Culebra, Puerto Rico*

The House amendment contained a provision (sec. 330) that would require the Comptroller General of the United States to complete a study on the status of the Federal cleanup and decontamination process in the island-municipalities of Vieques and Culebra, Puerto Rico, and submit a report on the findings to the congressional defense committees not later than 180 days after the date of enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees believe that the Secretary of Defense should explore all alternatives to expedite the ongoing cleanup and environmental restoration process at the former military training sites located on Vieques and Culebra. The Department of Defense should also work with the U.S. Environmental Protection Agency, the Fish and Wildlife Service, and the Government of Puerto Rico to ensure the decontamination process is conducted in a manner that causes the least possible intrusion on the lives of island residents and minimizes public health risks. Lastly, the conferees note that the Federal Government should collaborate with local and private stakeholders to effectively address economic challenges and opportunities in Vieques, Culebra, and the adjacent communities of the former United States Naval Station Roosevelt Roads.

As such, the conferees direct the Comptroller General of the United States to complete a study and submit a report to the congressional defense committees on the status of the Federal cleanup and decontamination process in the island-municipalities of Vieques and Culebra, Puerto Rico, not later than 180 days after the date of enactment of this Act. The study should include a comprehensive analysis of the following:

(1) The pace of ongoing cleanup and environmental restoration efforts in the former military training sites in Vieques and Culebra; and

(2) Potential challenges and alternatives to accelerate the completion of such efforts, including their associated costs and any impact they might have on the public health and safety of island residents.

*Comptroller General study on PFAS contamination*

The House amendment contained a provision (sec. 330C) that would require the Comptroller General of the United States to conduct a review on the Department of Defense's efforts to clean up per- and polyfluoroalkyl substances contamination in and around military bases.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Comptroller General of the United States to conduct a review of the efforts of the Department of Defense to clean up Perfluorooctanoic acid (PFOA) and Perfluorooctane sulfonate (PFOS) contamination in and around military bases as well as the Department's efforts to mitigate the public health impact of the contamination. The study shall include an assessment of:

(1) When the Department discovered that drinking water sources used by members of the Armed Forces and residents of

communities surrounding military bases were contaminated with PFOS and/or PFOA;

(2) After learning that the drinking water was contaminated, when the Department notified members of the Armed Forces and residents of communities surrounding military bases that their drinking water is contaminated with per- and polyfluoroalkyl substances (PFAS);

(3) After providing such notification, how much time lapsed before those affected were given alternative sources of drinking water;

(4) The number of installations and surrounding communities currently drinking water that is contaminated with PFOS and/or PFOA above the Environmental Protection Agency's advisory limit;

(5) The amount of money the Department has spent on cleaning up PFOS and PFOA contamination through the date of enactment of this Act;

(6) The number of sites where the Department has taken action to remediate PFAS contamination or other materials as a result of the use of firefighting foam on military bases;

(7) Factors that might limit or prevent the Department from remediating PFAS contamination or other materials as a result of the use of firefighting foam on military bases;

(8) The estimated total cost of clean-up of PFOS and PFOA;

(9) The cost to the Department to discontinue the use of PFAS in firefighting foam and to develop and procure viable replacements that meet military specifications;

(10) The number of members of the Armed Forces who have been exposed to PFOS or PFOA in their drinking water above the EPA's Health Advisory levels during their military service.

(11) An evaluation of what the Department could have done better to mitigate the release of PFOS or PFOA contamination into the environment and expose servicemembers; and

(12) Any other elements the Comptroller General may deem necessary.

The Comptroller General shall provide, to the congressional defense committees, the Committee on Energy and Commerce of the House of Representatives, and the Committee on the Environment and Public Works of the Senate, a briefing on the preliminary findings not later than 1 year after the date of the enactment of this Act. The final results of the study shall be provided by a time mutually agreed upon by the committees and the Comptroller General.

*Prohibition on use of perfluoroalkyl substances and polyfluoroalkyl substances for land-based applications of firefighting foam*

The House amendment contained a provision (sec. 330E) that would prohibit the Secretary of Defense from using firefighting foam containing perfluoroalkyl and polyfluoroalkyl substances for land-based applications not later than October 1, 2023.

The Senate bill contained no similar provision.

The House recedes.

*Study on energy savings performance contracts*

The House amendment contained a provision (sec. 330J) that would require the Secretary of Defense to conduct a study on energy saving performance contracts (ESPCs).

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to conduct a study identifying any legislative or regulatory barriers to entering into more ESPCs. The study should include policy proposals for how the Department of Defense could evaluate the cost savings caused by increasing energy resiliency when evaluating whether to enter into ESPCs. The conferees further direct the Secretary to submit a report on the findings of the study the congressional defense committees not later than 180 days after the date of the enactment of this Act.

*Findings, purpose, and apology*

The House amendment contained a provision (sec. 330I) that would amend section 2(a)(1) of the Radiation Exposure Compensation Act (Public Law 101-426; 42 U.S.C. 2210 note) by inserting '', including individuals in New Mexico, Idaho, Colorado, Arizona, Utah, Texas, Wyoming, Oregon, Washington, South Dakota, North Dakota, Nevada, Guam, and the Northern Mariana Islands,'' after ''tests exposed individuals''.

The Senate bill contained no similar provision.

The House recedes.

The conferees encourage the congressional judicial committees to take up the issue raised in the House provision given it is in their jurisdiction.

*Limitation on use of funds for implementation of elements of master plan for redevelopment of Former Ship Repair Facility in Guam*

The House amendment contained a provision (sec. 335) that would continue the limitations established by section 325 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) on expending Department of the

Navy funds to modify the former Ship Repair Facility in Guam except in certain circumstances through fiscal year 2020.

The Senate bill contained no similar provision.

The House recedes.

*Report on effects of increased automation of defense industrial base on manufacturing workforce*

The House amendment contained a provision (sec. 336) that would require the Secretary of Defense to submit a report on the effects of increased automation of the defense industrial base not later than 180 days after enactment.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Department of Defense Industrial Capabilities Annual Report for Fiscal Year 2018 highlights the manufacturing and defense industrial base provides opportunities for employment growth. The report goes on to say although the number of workers engaged in many traditional production occupations is projected to continue to decline over the coming decade, several other occupations that enable and support the modern, automated manufacturing facility are expected to surge. The Under Secretary of Defense for Acquisition and Sustainment is directed to brief the congressional defense committees by March 15, 2020 on the estimated number of jobs in the industrial base workforce expected to be gained due to the automation in the defense sector, an analysis describing the jobs expected to be gained, and a strategy to assist in attracting, training, and developing a workforce for these jobs.

*Report on modernization of Joint Pacific Alaska Range Complex*

The Senate bill contained a provision (sec. 341) that would require the Secretary of the Air Force to submit to the congressional defense committees a report on the long-term modernization of the Joint Pacific Alaska Range Complex.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct, not later than May 1, 2020, the Secretary of the Air Force submit to the congressional defense committees a report on the long-term modernization of the Joint Pacific Alaska Range Complex, the Nevada Test and Training Range, and other major training ranges. The report shall include the following: (1) An assessment of the requirement for providing realistic training against modern adversaries, including 5th generation adversary aircraft and ground threats,

and any current limitations compared to those requirements; (2) An assessment of the requirement to provide a realistic anti-access area denial training environment and any current limitations compared to those requirements;(3) An assessment of the requirement to modernize to provide realistic threats in a large-scale, combined-arms near-peer environment and any current limitations in meeting that requirement; and (4) A plan for balancing coalition training against training only for members of the Armed Forces of the United States.

*Comptroller General study of out-of-pocket costs for service dress uniforms*

The House amendment contained a provision (sec. 345) that would require the Comptroller General of the United States to conduct a study of the out-of-pocket costs to members of the Armed Forces for service dress uniforms.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Comptroller General of the United States to conduct a study of the out-of-pocket costs to members of the Armed Forces for service dress uniforms. The study should include the following:

(1) A description and comparison of the out-of-pocket cost to members of the Armed Forces for the purchase of service dress uniforms and service dress uniform items, broken down by—

(A) gender;

(B) Armed Force;

(C) enlisted; and

(D) officer.

(2) Stipends, in-kind provision of items, or other assistance provided by each service to personnel to offset cost of service dress uniforms.

(3) A comparison of the out-of-pocket cost for purchase and maintenance of service and service dress uniforms over 1, 5, 10, and 20-year periods.

(4) A description of service dress uniform changes directed by any of the Armed Forces over the past 10 years that have affected the out-of-pocket costs to members of the Armed Forces and the costs associated with such change, by gender.

(5) Any other information that the Comptroller General determines appropriate.

The conferees further direct the Comptroller General to provide a briefing to the congressional defense committees on the preliminary findings of the study not later than April 15, 2020, with a final report on the findings of the study to be

submitted to the congressional defense committees not later than September 30, 2020.

*Inspector General audit of certain commercial depot maintenance contracts*

The House amendment contained a provision (sec. 346) that would require the Inspector General of the Department of Defense to audit sole-source commercial depot maintenance contracts to determine if there has been any excess profit or cost escalation.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Inspector General of the Department of Defense to audit each military department and Defense Agency, as applicable, to determine if there has been any excess profit or cost escalation with respect to sole-source contracts relating to commercial depot maintenance, to include contracts for parts, supplies, equipment, and maintenance services.

*Report on plan to decontaminate sites formerly used by the Department of the Army that have since been transferred to units of local government and are affected by pollutants that are, in whole or in part, a result of activity by the Department of Defense*

The House amendment contained a provision (sec. 347) that would require the Secretary of the Army to submit to the appropriate congressional committees a report specifying properties that were under the jurisdiction of the Department of the Army and transferred to units of local government that may remain polluted because of activity by the Department of Defense as well as the Secretary's plan to decontaminate each covered property.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that there are numerous properties formerly under the jurisdiction of the Department of the Army, such as former Nike missile sites, that have been transferred to units of local governments and may remain polluted due to Department of Defense activity. This pollution may prevent these properties from being used for commercial or residential purposes.

As such, the conferees direct the Secretary of the Army to submit a report, not later than 90 days after the enactment of this Act, specifying the covered properties that may remain

polluted because of Department of Defense activities and a plan for how the Secretary plans to decontaminate each covered property. The report should be submitted to the Committee on Armed Services and the Committee on Energy and Natural Resources of the Senate as well as to the Committees on Armed Services, the Committee on Energy and Commerce, and the Committee Natural Resources of the House of Representatives.

The term "covered property" means property that was under the jurisdiction of the Department of the Army and was transferred to a unit of local government before the date of the enactment of section 120(h) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, but that would have triggered Federal Government notice or action under that section had the transfer occurred on or after that date.

*Limitation on use of funds regarding the basing of KC-46A aircraft outside the continental United States*

The Senate bill contained a provision (sec. 352, as amended by sec. 5352) that would limit Air Force funds until the Secretary of the Air Force submits to the Congress a report on the projected plan and timeline for strategic basing of the KC-46A aircraft outside the continental United States.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of the Air Force to submit to Congress, not later than 180 days after the date of the enactment of this Act, a report on the projected plan for strategic basing of the KC-46A aircraft outside the continental United States.

*Pilot program on reduction of effects of military aviation noise on private residences*

The House amendment contained a provision (sec. 358) that would authorize a five-year pilot program for the purpose of mitigating the effects of military aviation noise on private residences in the vicinity of the military installations from which they operate.

The Senate bill contained no similar provision.

The House recedes.

The conferees remain concerned about the impact of military aviation noise on the communities surrounding military installations. The conferees note that community support is an important enabler of readiness. The conferees encourage the military services to find innovative ways to address the

community concerns about military aviation noise, maximize transparency, and increase dialog with concerned community members.

*Clarification of food ingredient requirements for food or beverages provided by the Department of Defense*

The Senate bill contained a provision (sec. 358) that would require the Secretary of Defense to publish a notice of proposed action before making any final rule, statement, or determination on the limitation or prohibition of a food or beverage ingredient provided by the Department of Defense.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that in 2017 the Department issued a notice that prohibited commonly used ingredients without considering the implications to manufacturers, farmers, and suppliers. The conferees direct the Secretary of Defense to engage with the private industry prior to making a new determination on food ingredients that may impact food supply chains, as well as, establish a point of contact within the department for engagement. Transparency when changing policy guidance on food ingredients will ensure the food and agriculture supply chain can meet new requirements.

*Completion of Department of Defense Directive 2310.07E regarding missing persons*

The House amendment contained a provision (sec. 359) that would require the Secretary of Defense to prioritize completion of Department of Defense Directive 2310.07E to improve the efficiency of locating missing persons.

The Senate bill contained no similar provision.

The House recedes.

*Briefing on plans to increase readiness of B-1 bomber aircraft*

The Senate bill contained a provision (sec. 5101) that would require the Secretary of the Air Force to provide the congressional defense committees a briefing on the Air Force's plans to increase the readiness of the B-1 bomber aircraft.

The House amendment contained no similar provision.

The Senate recedes.

The conferees are concerned with the readiness rates of the B-1 bomber and, therefore, direct the Secretary of the Air Force to provide, no later than February 29, 2020, the

congressional defense committees a briefing on the Air Force's plans to increase the readiness of the B-1 bomber aircraft.

The briefing should include the following elements: 1) A description of aircraft structural issues; 2) A plan for continued structural deficiency data analysis and training; 3) Projected repair timelines; 4) Future mitigation strategies; 5) An aircrew and maintainer training plan, including a plan to ensure that the training pipeline remains steady, for any degradation period; 6) A recovery timeline to meet future deployment tasking; and 7) A plan for continued upgrades and improvements.

*Sense of Senate on prioritizing survivable logistics for the Department of Defense*

The Senate bill contained a provision (sec. 5302) that would express the sense of the Senate on the importance of prioritizing survivable logistics.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the joint logistics enterprise of the Armed Forces faces high-end threats from strategic competitors - China, Russia, and Iran - all of which have invested in anti-access area denial capabilities and gray zone tactics. As such, the conferees believe that resilient and agile logistics are necessary to implement the 2018 National Defense Strategy because it enables the United States to project power and sustain the fight against its strategic competitors in peacetime and during war.

Additionally, there are significant logistics shortfalls, as outlined in the November 2018 final report of the Defense Science Board Task Force on Survivable Logistics, which, if left unaddressed, would hamper the readiness and ability of the Armed Forces to conduct operations globally. The conferees believe that since the military departments have not shown a strong commitment to funding logistics, the Secretaries of the military departments should review the full list of recommendations in the report and address the chronic underfunding of logistics relative to other priorities.

*Plan on sustainment of Rough Terrain Container Handler fleets*

The Senate bill contained a provision (sec. 5303) that would require the Secretary of the Army and the Secretary of the Navy to develop plans for sustainment of the RT240 fleet, assess available modernization capabilities, and provide a joint

briefing to the defense committees on the readiness of both fleets.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of the Army and Secretary of the Navy to provide a briefing to the congressional defense committees, not later than 90 days after enactment of this Act. The briefing shall include the plans for sustainment of the RT-240 Rough Terrain Cargo Handler fleets to ensure operational capabilities into the 2030s, an assessment of available modernization capabilities to enhance joint deployment of such fleets, and current readiness of such fleets.

# TITLE IV—MILITARY PERSONNEL AUTHORIZATIONS

## SUBTITLE A—ACTIVE FORCES

*End strengths for active forces (sec. 401)*

The Senate bill contained a provision (sec. 401) that would authorize active-duty end strength as of September 30, 2019 as follows: Army, 480,000; Navy, 355,400; Marine Corps, 186,200; Air Force, 332,800.

The House amendment contained an identical provision.

The conference agreement includes this provision.

*Revisions in permanent active duty end strength minimum levels (sec. 402)*

The House amendment contained a provision (sec. 402) that would establish new minimum Active Duty end strengths for the Army, Navy, Marine Corps, and Air Force as of September 30, 2020. The committee recommends 480,000 as the minimum Active Duty end strength for the Army, 340,500 as the minimum Active Duty end strength for the Navy, 186,200 as the minimum Active Duty end strength for the Marine Corps, and 332,800 as the minimum Active Duty end strength for the Air Force.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE B—RESERVE FORCES

*End strengths for Selected Reserve (sec. 411)*

The Senate bill contained a provision (sec. 411) that would authorize the following end strengths for Selected Reserve personnel of the Armed Forces as of September 30, 2020; the Army National Guard of the United States, 336,000; the Army Reserve, 189,500; the Navy Reserve, 59,000; the Marine Corps Reserve, 38,500; the Air National Guard of the United States, 107,700; the Air Force Reserve, 70,100; and the Coast Guard Reserve, 7,000.

The House amendment contained an identical provision (sec. 411).

The conference agreement contains this provision.

*End strengths for Reserves on active duty in support of the reserves (sec. 412)*

The Senate bill contained a provision (sec. 412) that would authorize the following end strengths for Reserves on Active Duty in support of the reserve components as of September 30, 2020; the Army National Guard of the United States, 30,595; the Army reserve, 16,511; the Navy Reserve, 10,155; the Marine Corps Reserve, 2,386; the Air National Guard of the United States, 22,637; the Air Force Reserve, 4,431.

The House amendment contained an identical provision (sec. 412).

The conference agreement include this provision.

*End strengths for military technicians (dual status) (sec. 413)*

The Senate bill contained a provision (sec. 413) that would authorize the following end strengths for military technicians (dual status) as of September 30, 2020; the Army National Guard of the United States, 22,294; the Army Reserve, 6,492; the Air National Guard of the United States, 13,569; and the Air Force Reserve, 8,938.

The provision would also prohibit under any circumstances the coercion of a military technician (dual status) by a State into accepting an offer of realignment or conversion to any other military status, including as a member of the Active, Guard, and Reserve program of a reserve component. The provision would further specify that if a technician declines to participate in such a realignment or conversion, no further action may be taken against the individual or the individual's position. The provision would require the Chief of the National Guard Bureau to certify by January 1, 2020, to the Committees on Armed Services of the Senate and House of Representatives the number of positions realigned from military technician (dual

status) to a position in the Active, Guard, and Reserve (AGR) program of the Air National Guard during fiscal year 2019.

Finally, the provision would specify that if the number so certified is less than 3,190, that the authorized strength for Air National Guard military technicians be increased by the difference between the number certified and 3,190 (with a maximum increase of 2,292)and that authorized AGR strength for the Air National Guard be decreased by that same amount.

The House amendment contained a similar provision (sec. 413).

The House recedes with an amendment that would authorize the minimum number of military technicians (dual status) on the last day of fiscal year 2020 for the reserve components of the Army and the Air Force.

*Maximum number of reserve personnel authorized to be on active duty for operational support (sec. 414)*

The Senate bill contained a provision (sec. 414) that would authorize the maximum number of reserve component personnel who may be on Active Duty or full-time National Guard duty under section 115(b) of title 10, United States Code, during fiscal year 2020 to provide operational support.

The House amendment contained an identical provision (sec. 414).

The conference agreement includes this provision.

*Authorized strengths for Marine Corps Reserves on active duty (sec. 415)*

The Senate bill contained a provision (sec. 415) that would amend section 12011(a)(1) and section 12012(a) of title 10, United States Code, by adjusting the controlled grade caps for field grade officers and senior enlisted marines to account for increased end strength in the Marine Corps Active Reserve Program. The provision would also expand the field grade officer and senior enlisted strength tables to allow for future end strength increases.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard (sec. 416)*

The Senate bill contained a provision (sec. 5401) that would amend section 12011 of title 10, United States Code, to

increase the number of officers of the Air Force Reserve who are authorized to serve in the grade of major, lieutenant colonel, or colonel.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—AUTHORIZATION OF APPROPRIATIONS

*Military personnel (sec. 421)*

The Senate bill contained a provision (sec. 421) that would authorize appropriations for military personnel activities at the levels identified in section 4401 of division D of this Act.

The House amendment contained an identical provision (sec. 421).

The conference agreement includes this provision.

# TITLE V—MILITARY PERSONNEL POLICY

## SUBTITLE A—OFFICER PERSONNEL POLICY

*Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component (sec. 501)*

The Senate bill contained a provision (sec. 502) that would amend section 531 of title 10, United States Code, to require the Secretary of Defense to make regular officer transfer appointments onto the Active-Duty list for reserve officers currently included on the reserve active-status list. The provision would also amend section 12203 of title 10, United States Code, to require the Secretary of Defense to make reserve officer transfer appointments onto the reserve active-status list for regular officers currently included on the Active-Duty list.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representative on the transfer of officer appointments from the regular to the reserve component.

*Furnishing of adverse information on officers to promotion selection boards (sec. 502)*

The Senate bill contained a provision (sec. 503) that would modify section 615 of title 10, United States Code, to expand the grades of officers for which credible information of an adverse nature must be furnished to a promotion selection board. In addition, the provision would require that credible information of an adverse nature be furnished to a promotion selection board and its members at each stage or phase of the board, concurrent with the screening, rating, assessment, evaluation, discussion, or other consideration of the officer or of the officer's official military personnel file.

The House amendment contained no similar provision.

The House recedes.

*Limitation on number of officers recommendable for promotion by promotion selection boards (sec. 503)*

The Senate bill contained a provision (sec. 504) that would amend section 616 of title 10, United States Code, to limit the number of officers who may be recommended for promotion by a promotion selection board to no more than 95 percent of officers who are in a given promotion zone.

The House amendment contained no similar provision.

The House recedes.

*Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks (sec. 504)*

The Senate bill contained a provision (sec. 505) that would correct a technical oversight in section 506 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by amending section 637a of title 10, United States Code, to authorize each of the Secretaries of the military departments to continue certain officers serving in the pay grades of O-3 and O-4 in an occupational specialty, rating, or specialty code, as designated by the relevant secretary, who are not yet retirement eligible but would otherwise be subject to statutory separation to complete up to 40 years of active service.

The House amendment contained no similar provision.

The House recedes.

*Management policies for joint qualified officers (sec. 505)*

The House amendment contained a provision (sec. 501) that would amend section 661 of title 10, United States Code, to allow the Chairman of the Joint Chiefs of Staff to delegate the

approval authority for non-Joint Qualified Officers to fill
critical joint duty assignments, thus allowing the Chairman's
designee to approve or disapprove waivers.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the
Chairman of the Joint Chiefs of Staff to delegate the approval
authority for non-Joint Qualified Officers to fill critical
joint duty assignment to a general or flag officer who is an
officer of the armed forces in the grade of O-9 or higher.

*Modification of authorities on management of deployments of
members of the Armed Forces and related unit operating and
personnel tempo matters (sec. 506)*

The Senate bill contained a provision (sec. 515) that
would amend section 991 of title 10, United States Code, to
limit the ability of the Secretary of Defense to delegate
deployment threshold exceptions to Senate-confirmed civilian
officials within the Department of Defense. The provision would
also require the Secretary of Defense to prescribe a separate
policy to track dwell time for reserve members of the Armed
Forces.

The House amendment contained no similar provision.

The House recedes with an amendment that would strike
language repealing the authority of the Secretary of Defense to
prescribe alternative definitions of "deployment."

*Personnel tempo of the Armed Forces and the United States
Special Operations Command during periods of inapplicability of
high-deployment limitations (sec. 507)*

The Senate bill contained a provision (sec. 5506) that
would amend section 991 of title 10, United States Code, to
require the Secretary of the military department concerned to
create and maintain specific, measurable, deployment thresholds
whenever a waiver to otherwise required personnel tempo
limitations is in effect.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Permanent authority to defer past age 64 the retirement of
chaplains in general and flag officer grades (sec. 508)*

The Senate bill contained a provision (sec. 5510) that
would amend section 1253 of title 10, United States Code, to
permanently authorize the Secretary of the military department
concerned to defer the retirement of an officer serving in a

general or flag officer grade who is the Chief of Chaplains or Deputy Chief of Chaplains of that officer's armed force.

The House amendment contained no similar provision.

The House recedes.

*Higher grade in retirement for officers following reopening of determination or certification of retired grade (sec. 509)*

The Senate bill contained a provision (sec. 506) that would modify section 1370 of title 10, United States Code, to require that any increase in the retired grade of an officer resulting from the reopening of the determination or certification of that officer's retired grade be made by the Secretary of Defense, by and with the advice and consent of the Senate. Any associated modification of the officer's retired pay would go into effect on the effective date of the increase in the officer's retired grade and would not be retroactive to the date of the officer's retirement. The provision would apply to any increase in retired grade that occurs after the date of the enactment of this Act, regardless of when the officer retired.

The House amendment contained no similar provision.

The House recedes.

*Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list (sec. 510)*

The House amendment contained a provision (sec. 503) that would amend sections 14108, 14109, and 14308 of title 10, United States Code, to allow for Reserve Component promotion selection boards to recommend placing an officer on the reserve active-status list higher on a promotion list based on particular merit, if at least a majority of the promotion selection board members so recommend.

The Senate bill contained no similar provision.

The Senate recedes.

*Availability on the internet of certain information about officers serving in general or flag officer grades (sec. 510A)*

The Senate bill contained a provision (sec. 507) that would require each of the Secretaries of the military departments to make available on a public website certain biographical, assignment-related information about the department's general and flag officers, including public notice when a general or flag officer has been reassigned to a new duty position. A secretary may decline to publish such information

only for reasons of risk to the individual officer or to national security, and only after informing the Committees on Armed Services of the Senate and the House of Representatives in writing.

The House amendment contained an identical provision (sec. 504).

The conference agreement includes this provision.

*Functional badge or insignia upon commission for chaplains (sec. 510B)*

The House amendment contained a provision (sec. 506) that would require military chaplains to receive a functional badge or insignia upon commission.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE B—RESERVE COMPONENT MANAGEMENT

*Modification of grade level threshold for Junior Reserve Officers’ Training Corps (sec. 511)*

The House amendment contained a provision (sec. 520A) that would amend section 2031 of title 10, United States Code, to authorize the Secretary to consider the number of physically fit students above the 7th grade when establishing a Junior Reserve Officers' Training Corps (JROTC).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require eligible JROTC students above the 7th grade to be co-located with the 9th grade participating unit.

*Inclusion of STEM in courses of instruction for the Junior Reserve Officers' Training Corps (sec. 512)*

The House amendment contained a provision (sec. 515) that would amend section 2031 of title 10, United States Code, to add science, technology, engineering, and mathematics to Junior Reserve Officers’ Training Corps curriculum.

The Senate bill contained no similar provision.

The Senate recedes.

*Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units (sec. 513)*

The Senate bill contained a provision (sec. 592) that would amend section 2031 of title 10, United States Code, to require public secondary educational institutions that maintain a Junior Reserve Officers' Training Corps unit to permit membership in the unit of home-schooled students residing in the area served by the institution and who would otherwise be qualified for membership in the unit if they were enrolled in the institution.

The House amendment contained a similar provision (sec. 520B).

The House recedes.

*Clarification of eligibility to serve as Commander, Marine Forces Reserve (sec. 514)*

The House amendment contained a provision (sec. 511) that would amend section 7038, 8083, 8084, and 9038 of title 10, United States Code, to require all officers selected to serve as the chief or commander of their respective service's reserve command be reserve officers who hold the rank of lieutenant general, or vice admiral in the case of the Navy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 8084 of title 10, United States Code, to require officers selected to serve as the Commander of the Marine Forces Reserve be a general officer of the Marine Corps Reserve.

*Extension and periodic evaluation of suicide prevention and resilience program for the reserve components (sec. 515)*

The House amendment contained a provision (sec. 520G) that would strike subsection (g) of section 10219 of title 10, United States Code, to extend permanently the suicide prevention and resilience program for the reserve components and their families.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would extend such program for 5 years and require the Secretary of Defense to conduct a program evaluation every third year beginning in 2022, until the program terminates, to determine the effectiveness of the program.

*Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components (sec. 516)*

The House amendment contained a provision (sec. 512) that would amend section 14703 of title 10, United States Code, to

authorize the Secretary concerned to retain Reserve Component
medical specialty officers beyond the age of 68.

The Senate bill contained no similar provision.

The Senate recedes.

*Modernization of inspection authorities applicable to the
National Guard (sec. 517)*

The Senate bill contained a provision (sec. 1036) that
would amend section 105 of title 32, United States Code, to
authorize the Chief of the National Guard Bureau to conduct
inspections to determine whether units and members of the Army
National Guard and Air Force National Guard comply with Federal
law and policy applicable to the National Guard.

The House amendment contained no similar provision.

The House recedes with an amendment that would amend
section 105 of title 32, United States Code, to authorize the
Chief of the National Guard Bureau to have inspections made by
commissioned officers of the National Guard on behalf of the
Secretary of the Army or the Secretary of the Air Force. Any
inspections made under this authority may be made only with the
approval of the Secretary of the Army or the Secretary of the
Air Force.

*Consultation with Chief of the National Guard Bureau in the
appointment or designation of National Guard property and fiscal
officers (sec. 518)*

The Senate bill contained a provision (sec. 1038) that
would amend section 708 of title 32, United States Code, to
require the Chief of the National Guard Bureau, subject to the
approval of the secretary of the military department concerned,
to assign, designate, or detail property and fiscal officers for
each State, each territory, and the District of Columbia.

The House amendment contained no similar provision.

The House recedes with an amendment that would amend
section 708 of title 32, United States Code, to require the
Governor of each State, the Commonwealth of Puerto Rico, Guam,
and the Virgin Islands, and the commanding general of the
National Guard of the District of Columbia to consult the Chief
of the National Guard Bureau in appointing a qualified
commissioned officer to be the property and fiscal officer of
that jurisdiction.

*Coast Guard Junior Reserve Officers' Training Corps (sec. 519)*

The House amendment contained a provision (sec. 520) that would authorize the Secretary of the department in which the Coast Guard is operating to establish a Junior Reserve Officers' Training Corps unit in co-operation with Lucy Garrett Beckham High School, Charleston County, South Carolina.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend chapter 3 of title 14, United States Code, to authorize the Secretary of the department in which the Coast Guard is operating to establish and maintain a Junior Reserve Officers' Training Corp at public and private secondary educational institutions.

*Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units (sec. 520)*

The Senate bill contained a provision (sec. 511) that would repeal section 1113 of the Army National Guard Combat Readiness Reform Act of 1992, which was included in the National Defense Authorization Act for Fiscal Year 1993 (Public Law 102-484). This section required the review of a recommended unit vacancy promotion of an officer in the Selected Reserve by the commander of the Active-Duty unit associated with the Selected Reserve unit of that officer.

The House amendment contained an identical provision (sec. 513).

The conference agreement includes this provision.

*Report on methods to enhance domestic response to large scale, complex and catastrophic disasters (sec. 520A)*

The House amendment contained a provision (sec. 520E) that, not later than 180 days after the enactment of this Act, would require the Secretary of Defense, in consultation with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, to submit a report on their plan to establish policy and processes to implement the authority provided by the amendments made by section 520.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Report and briefing on the Senior Reserve Officers' Training Corps (sec. 520B)*

The Senate bill contained a provision (sec. 5507) that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives on the feasibility and advisability of expanding the Senior Reserve Officers' Training Corps (ROTC) to include distance learning programs and community colleges. The provision would also require a briefing on the effect of prohibitions on closing certain ROTC detachments.

The House amendment contained no similar provision.

The House recedes.

*Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units (sec. 520C)*

The House amendment contained a provision (sec. 518) that would express the sense of Congress regarding support for 3,700 Junior Reserve Officers' Training Corps units nationwide.

The Senate bill contained a similar provision.

The Senate recedes with an amendment that would remove all findings from the provision.

## SUBTITLE C—GENERAL SERVICE AUTHORITIES AND CORRECTION OF MILITARY RECORDS

*Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims (sec. 521)*

The Senate bill contained a provision (sec. 548) that would include social workers in the category of health care professionals whose diagnosis that a current or former servicemember is experiencing or has experienced post-traumatic stress disorder, traumatic brain injury, or another mental health disorder, must be accorded consideration by a board for the correction of military records or discharge review board in the matter of that member.

Further, the provision would include social workers in the category of health care professionals authorized to render a medical advisory opinion to a board for the correction of military records, or to be a member of a discharge review board considering the application of such a servicemember.

The Senate bill also included a provision (sec. 549) that would expand the types of cases in which boards for the correction of military records and discharge review boards must accord liberal consideration to the evidence presented by a servicemember or former servicemember, to include cases in which

post-traumatic stress disorder or traumatic brain injury related
to sexual trauma, intimate partner violence, spousal abuse, or
combat serves as all or part of the justification for the member
or former member's application to the board for relief.

Further, the Senate bill included a provision (sec. 550)
that would require a board for the correction of military
records or a discharge review board reviewing a case in which a
current or former servicemember's request for relief is based on
post-traumatic stress disorder or traumatic brain injury, to
seek advice and counsel from a psychiatrist, psychologist, or
social worker with training on like mental health issues.  The
provision would further require that, if an applicant asserts
sexual trauma, intimate partner violence, or spousal abuse, the
board must seek advice and counsel from an expert in trauma
specific to those adverse experiences.

The House amendment included a provision (sec. 530D) that
would require a board for the correction of military records or
a discharge review board considering a servicemember's request
for relief that is grounded in post-traumatic stress disorder or
traumatic brain injury, to seek advice and counsel from a
psychiatrist, psychologist, or social worker with training on
mental health issues associated with those diagnoses.  If any
such board is reviewing a claim in which sexual trauma, intimate
partner violence, or spousal abuse is claimed, the board is
mandated to seek advice from an expert in trauma specific to
such adverse experiences.

The Senate recedes with a technical amendment.

*Reduction in required number of members of discharge review
boards (sec. 522)*

The Senate bill contained a provision (sec. 547) that
would amend section 1553 of title 10, United States Code, to
reduce the minimum number of members comprising a Discharge
Review Board from five to three.

The House amendment contained no similar provision.

The House recedes.

*Establishment of process to review a request for upgrade of
discharge or dismissal (sec. 523)*

The House amendment contained a provision (sec. 521) that
would require the Secretary of Defense to establish a board of
discharge appeals to hear appeals of requests for upgraded
discharges and dismissals that had been denied by the service
review agencies.  The provision also would require the Secretary
to submit a report not later than April 1, 2021, on data based

on the appeals heard by the board, and to publish the information online annually beginning on October 1, 2022.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to establish a process by which to conduct a final review of a request for an upgrade in the characterization of a discharge or dismissal, after the petitioner had exhausted all remedies available at a military department board for the correction of military or naval records or discharge review board. The amended provision would direct the Secretary to make use of existing organizations, boards, processes, and personnel of the Department of Defense, to the greatest extent practicable, in establishing and implementing the review process, and would provide that subsequent to final review, the Secretary of Defense may recommend, as appropriate, that the secretary of the military department concerned upgrade the characterization of the petitioner's discharge or dismissal. Finally, the amended provision would delay until January 1, 2022, the requirement that the Secretary of Defense submit to the committees on armed services of the Senate and the House of Representatives, a report detailing the outcomes of the review process to that date, and echoes the requirement for annual online reporting of outcomes beginning on October 1, 2022.

*Prohibition on reduction in the number of personnel assigned to duty with a service review agency (sec. 524)*

The House amendment contained a provision (sec. 522) that would amend section 1559(a) of title 10, United States Code, to extend the prohibition on reducing the number of military and civilian personnel assigned to duty with the service review agency of a military department until December 31, 2025. This provision would also require the Secretary of each military department to submit a report that details that department's plan to reduce the backlog of applications before the service review agency and, not later than October 1, 2021, to maintain the resources required to meet timeliness standards for disposition of applications before the Corrections Boards under section 1557 of title 10, United States Code. The report would be required to be submitted to the Committees on Armed Services of the Senate and House of Representatives not later than 180 days after the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes.

*Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters (sec. 525)*

The Senate bill contained a provision (sec. 551) that would expand the types of cases in which boards for the correction of military records and discharge review boards must accord liberal consideration to the evidence presented by the servicemember or former servicemember in support of an application to the board and/or grant expedited consideration of such an application to include cases in which post-traumatic stress disorder or traumatic brain injury related to sexual trauma, intimate partner violence, spousal abuse, or combat serves as all or part of the justification for the member or former member’s request for relief.

The House amendment contained a provision (sec. 530E) that would require that the curriculum of training for members of boards for the correction of military or naval records and discharge review boards include training on sexual trauma, intimate partner violence, spousal abuse, and the various responses of individuals to trauma.

Further, the provision would require the Secretary of Defense and the Secretary of Homeland Security to ensure that, to the extent practicable, the training developed and provided in this regard is uniform across the Armed Forces.

The Senate recedes.

*Time requirements for certification of honorable service (sec. 526)*

The House amendment contained a provision (sec. 524) that would require the secretary of a military department or a designated commissioned officer serving in the pay grade of O-6 or higher to, upon submission of a completed United States Citizenship and Immigration Services Form N-426 in the case of a member of the Armed Forces who has served honorably on Active Duty, provide certification not later than 5 days thereafter, and in the case of a member of the Armed Forces who has served honorably in the reserve component provide certification not later than 3 weeks thereafter.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to publish regulations governing the submission and processing of a completed United States Citizenship and Immigration Services Form N-426. Such regulations shall designate the appropriate grade of an officer authorized to certify the form, and establish timeliness

requirements, within which the form must be returned to the
submitting servicemember.

*Correction of certain discharge characterizations (sec. 527)*

The House amendment contained a provision (sec. 530H) that
would require that, on request of a former servicemember who was
discharged from the Armed Forces because of his or her sexual
orientation, the boards for the correction of military or naval
records and discharge review boards of the applicable military
department would change the discharge characterization of that
member to honorable, if the board's review determined such
change to be appropriate.  The provision would require
consistency across the Department of Defense in the manner of
considering such requests, and that the former member be
authorized to use regular processes to appeal a decision by such
a board not to change the characterization of the member's
discharge.  Finally, as to each former member whose discharge
characterization is changed, the provision would require the
Secretary of Defense to reissue a revised DD Form 214 that does
not reflect the sexual orientation of the member or the reason
for the member's initial discharge.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would clarify
that a former member covered by this provision may seek review
pursuant to section 1552 of title 10, United States Code,
section 1553 of such title, or any other process established by
the Secretary of Defense for such purpose, of a decision by the
appropriate board not to change the discharge characterization
of that member.

*Development of guidelines for use of unofficial sources of
information to determine eligibility of members and former
members of the Armed Forces for decorations when the service
records are incomplete because of damage to the official record
(sec. 528)*

The House amendment contained a provision (sec. 530A) that
would require the Secretary of Defense, in consultation with the
Secretary of Veterans Affairs, to develop guidelines for the use
of unofficial sources of information to determine the
eligibility of a servicemember for benefits and decorations when
the service records are incomplete because of damage to the
records.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would require
the Secretary of Defense to develop guidelines for the use of

unofficial sources of information to determine the eligibility of a member or former member of the Armed Forces for decorations when the service records are incomplete because of damage.

*Strategic plan for diversity and inclusion (sec. 529)*

The House amendment contained a provision (sec. 526) that would require the Secretary of Defense to update and implement a Department of Defense Diversity and Inclusion Strategic Plan. The plan would cover a 5-year period beginning January 1, 2020.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to design and implement a 5-year strategic plan for diversity and inclusion in the Department of Defense that incorporates existing efforts to promote diversity and inclusion and is consistent with the objectives of the 2018 National Military Strategy. The amended provision would require the Secretary to implement the strategic plan for diversity and inclusion not later than 1 year from the date of the enactment of this Act.

*Study regarding screening individuals who seek to enlist in the Armed Forces (sec. 530)*

The House amendment contained a provision (sec. 530C) that would require the Secretary of Defense to study the feasibility of using the Federal Bureau of Investigation Tattoo and Graffiti Identification Program and National Gang Intelligence Center, to screen for white nationalists and individuals with ties to white nationalist organizations as part of background investigations and security screenings of individuals who seek to enlist in the Armed Forces.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to study the feasibility of using the Federal Bureau of Investigation Tattoo and Graffiti Identification Program and National Gang Intelligence Center to screen for a variety of extremist and gang-related activity.

*Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens (sec. 530A)*

The House amendment contained a provision (sec. 530F) that would require the Secretary of Defense to provide the Secretary of Homeland Security with a copy of the Certificate of Release or Discharge from Active Duty (DD Form 214) issued to each

servicemember who is not a citizen of the United States and who is honorably discharged from the Armed Forces, not later than 30 days after the date of such discharge.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to study the feasibility of providing the Secretary of Homeland Security with a copy of the DD Form 214 of each non-citizen servicemember who is discharged from a period of Active Duty in the Armed Forces with an honorable characterization of service, within 30 days of the date of such member's discharge.

The conferees note that the purpose of the assessment is to consider whether the proactive transmission of a former servicemember's DD Form 214 to the Secretary of Homeland Security within 30 days of discharge promotes accurate and up-to-date record keeping regarding the immigration status of that former member.  The conferees direct the Secretary of Defense to provide a report on the results of the assessment to the Committees on Armed Services of the Senate and the House of Representatives not later than 180 days after the date of the enactment of this Act.

*Sense of Congress regarding accession physicals (sec. 530B)*

The Senate bill contained a provision (sec. 5509) that would express a sense of Congress that permitting military accession physicals in local communities would allow military recruiters to focus on their core recruiting mission and also reduce cost and increase efficiency at military entrance processing stations (MEPS).

The House amendment contained a similar provision (sec. 529).

The Senate recedes with an amendment that would express a sense of Congress that the Secretary of Defense should explore alternatives to centralized accession physicals at MEPS, including by conducting such physicals through local community health care providers.

## SUBTITLE D—MILITARY JUSTICE

*Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice (sec. 531)*

The Senate bill contained a provision (sec. 555) that would amend Article 30a of the Uniform Code of Military Justice

(10 U.S.C. 830a) to require the President to prescribe regulations governing proceedings related to an expanded set of matters that would be authorized to be conducted by military judges and military magistrates prior to the referral of court-martial charges. In addition to matters related to investigative subpoenas, warrants for electronic communications, and matters referred by an appellate court, this expanded set of pre-referral matters would include matters related to the pre-trial confinement of an accused, the mental capacity responsibility of an accused, and an accused's request for individual military counsel.

The House amendment contained a similar provision (sec. 540B).

The House recedes with a clarifying amendment.

*Command influence (sec. 532)*

The House amendment contained a provision (sec. 531) that would amend section 837 of title 10, United States Code (article 37 of the Uniform Code of Military Justice), to prohibit convening authorities and commanding officers from censuring or admonishing a military court, or any of its members, the military judge, or counsel, with respect to the findings or sentence adjudged by the court; from deterring or attempting to deter a potential witness from participating in the investigative process or testifying at a court-martial; or from attempting to coerce or influence the action of a court-martial or member thereof, in reaching the findings or sentence in any case, or the actions of the convening, approving, or reviewing authority. The provision would expressly permit convening authorities and commanding officers to engage in general communications with subordinates or to seek advice from a superior officer on the disposition of alleged violations of the Uniform Code of Military Justice. The provision would clarify that no findings of a sentence of a court-martial may be held incorrect on the grounds of a violation of this provision unless the violation materially prejudices the substantial rights of the accused.

The Senate bill contained no similar provision.

The Senate recedes with technical amendments.

*Statute of limitations for certain offenses (sec. 533)*

The House amendment contained a provision (sec. 532) that would amend Article 43 of the Uniform Code of Military Justice (10 U.S.C. 843) to include the offenses of maiming or kidnapping of a child among those that may be tried and punished at any

time, without limitation. This amendment would take effect on the date of enactment of this Act and would apply with respect to the prosecution of such offenses committed before, on, or after the date of the enactment of this Act, provided the applicable limitation period has not yet expired.

The Senate bill contained no similar provision.

The Senate recedes.

*Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system (sec. 534)*

The Senate bill contained a provision (sec. 559) that would amend Article 140a of the Uniform Code of Military Justice (10 U.S.C. 940a) to clarify that the Secretary of Defense must act in coordination with the Secretary of Homeland Security to apply to the United States Coast Guard the uniform standards and criteria governing administration of the military justice system, including those associated with: (1) The collection and analysis of data; (2) Case processing and management; (3) Timely, efficient, and accurate production and distribution of records of trial; and (4) Facilitating public access to docket information, filings, and records of court-martial proceedings. Further, the provision also would clarify that the Privacy Act (5 U.S.C. 552a) would not apply to courts-martial information made publicly available in accordance with Article 140a. Finally, the provision would affirm that the public access requirement would not apply to court-martial docket information, filings, or records that are classified, subject to a judicial protective order, or ordered sealed.

The House amendment contained no similar provision.

The House recedes with an amendment that would maintain applicability of the Privacy Act to records of trial produced or distributed within the military justice system, as well as to docket information, filings, and records made accessible to the public.

*Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (sec. 535)*

The Senate bill contained a provision (sec. 533) that would amend section 546(f)(1) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) to extend the term of the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (DAC-IPAD) by 5 years.

The House amendment contained a similar provision (sec. 548).

The House recedes.

The conferees request the DAC-IPAD review, as appropriate, whether other justice programs (e.g., restorative justice programs, mediation) could be employed or modified to assist the victim of an alleged sexual assault or the alleged offender, particularly in cases in which the evidence in the victim's case has been determined not to be sufficient to take judicial, non-judicial, or administrative action against the perpetrator of the alleged offense.

Further, the conferees recognize the importance of providing survivors of sexual assault an opportunity to provide a full and complete description of the impact of the assault on the survivor during court-martial sentencing hearings related to the offense. The conferees are concerned by reports that some military judges have interpreted Rule for Courts-Martial (RCM) 1001(c) too narrowly, limiting what survivors are permitted to say during sentencing hearings in ways that do not fully inform the court of the impact of the crime on the survivor.

Therefore, the conferees request that, on a one-time basis, or more frequently, as appropriate, and adjunct to its review of court-martial cases completed in any particular year, the DAC-IPAD assess whether military judges are according appropriate deference to victims of crimes who exercise their right to be heard under RCM 1001(c) at sentencing hearings, and appropriately permitting other witnesses to testify about the impact of the crime under RCM 1001.

*Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings (sec. 536)*

The Senate bill contained a provision (sec. 532) that would amend section 586 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) to require the Secretary of Defense to prescribe procedures under which a victim of sexual assault who files a restricted report may, at any time and on a confidential basis, request the return of the victim's personal property obtained as part of the sexual assault forensic examination. Any such request on the part of the victim would not affect the restricted nature of the victim's report of sexual assault. The provision also would require a Sexual Assault Response Coordinator or Sexual Assault Prevention and Response Victim Advocate to inform the victim of his or her right to request the return of personal property under these procedures, but that any such return might

negatively affect a subsequent adjudication of the case, should the victim later decide to convert the restricted report to an unrestricted report.  The provision would not affect the requirement to retain a sexual assault forensic examination kit for the period required in law.

The House amendment contained no similar provision.

The House recedes.

*Guidelines on sentences for offenses committed under the Uniform Code of Military Justice (sec. 537)*

The House amendment contained a provision (sec. 533) that would require the Secretary of Defense to establish non-binding sentencing guidelines for offenses under the Uniform Code of Military Justice, taking into account sentencing data collected by the Military Justice Review Panel.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to develop non-binding guidelines on sentences for offenses under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), including suggested ranges of confinement.  The provision would require the Secretary of Defense to submit the sentencing guidelines developed, together with an assessment of the feasibility and advisability of implementing such guidelines in panel sentencing cases, to the Committees on Armed Services of the Senate and the House of Representatives, not later than 1 year after the date on which the first report of the Military Justice Review Panel is submitted, to ensure that development of the guidelines is informed by sentencing data collected by the Panel.

*Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault (sec. 538)*

The Senate bill contained a provision (sec. 524) that would require a commander of a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces to provide notification to the victim of every key or other significant event in the military justice process in connection with the investigation, prosecution, and confinement of such other member.  In cases in which the member of the Armed Forces alleged to have committed the sexual assault is subject to prosecution by both court-martial and by a civilian court under Federal or State law, the commander of the victim would be required to create and maintain appropriate documentation of the victim's expressed preference, if any, of

forum for prosecution of the offense. The Secretary of Defense would be required to prescribe regulations applicable to the notifications, elections, and documentation required by the provision.

The House amendment contained a similar provision (sec. 534).

The Senate recedes with an amendment that would require notification to a victim of each significant event in the military justice process, and documentation of that notification, as well as documentation of the victim's preference for prosecution jurisdiction, in an appropriate system of records of the military department concerned. The Secretary of Defense would be required to prescribe regulations implementing this provision not later than 180 days after the date of the enactment of this Act, with a view to permitting the Secretary to determine by whom each such notifications should be made, the manner of each notification, whether a victim may elect not to receive such notifications, and how decisions on the part of the victim should be memorialized, among other matters.

*Increase in number of digital forensic examiners for certain military criminal investigative organizations (sec. 539)*

The Senate bill contained a provision (sec. 557) that would require each of the secretaries of the military departments to increase the number of digital forensic examiners in each military criminal investigative organization (MCIO) under that secretary's jurisdiction by not fewer than 10 examiners above the baseline number of digital forensic examiners in each MCIO as of September 30, 2019.

The House amendment contained a similar provision (sec. 536).

The House recedes with a clarifying amendment.

*Increase in investigative personnel and Victim Witness Assistance Program liaisons (sec. 540)*

The House amendment contained a provision (sec. 535) that would require the secretaries of the military departments to ensure the number of personnel authorizations for criminal investigators allow for the completion of investigations of sex-related offenses in no more than 6 months, to the extent practicable. The provision would require each Secretary to issue guidance requiring criminal investigators to submit a status report to their direct supervisor in the event an investigation exceeds 90 days. The provision also would require

the secretaries of the military departments to increase the number of personnel serving as Victim Witness Assistance Program liaisons to address personnel shortages.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the secretaries of the military departments, within 1 year from the date of enactment of this Act, to increase the number of personnel assigned to the military criminal investigative organization of that department, with the goal of ensuring that, to the extent practicable, the investigation of any sex-related offense is completed not later than 6 months after the date on which the investigation is initiated.  An investigation would be deemed complete when the active phase of the investigation is sufficiently complete to enable the appropriate authority to reach a decision with respect to the disposition of charges for the sex-related offense.  The provision would further require each secretary to increase the number of personnel serving as Victim Witness Assistance liaisons to address personnel shortages in the program, also within a period of one year. Finally, the provision would specify that neither the statement of an aspirational timeline for the completion of investigations of sex-related offenses, nor the directive to increase the number of criminal investigators and Victim Witness Assistance liaisons creates a cause of action enforceable at law or in equity against the United States, the Department of Defense, or any person.

*Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses (sec. 540A)*

The Senate bill contained a provision (sec. 523) that would require comprehensive training for sexual assault initial disposition authorities, as defined by the April 20, 2012, Secretary of Defense memorandum, "Withholding Initial Disposition Authority Under the Uniform Code of Military Justice in Certain Sexual Assault Cases," on the exercise of their authorities in such cases, with a view to enhancing the capabilities of such authorities and promoting trust and confidence in the military justice system.

The House amendment contained a similar provision (sec. 540).

The Senate recedes with a technical amendment.

*Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault (sec. 540B)*

The Senate bill contained a provision (sec. 525) that would require training provided to all military commanders to include comprehensive training on the role of a commander: (1) In all stages of the military justice process in connection with sexual assault committed by a member of the Armed Forces, including investigation and prosecution; (2) In ensuring that a victim of sexual assault is informed of, and has the opportunity to obtain, the assistance available by law; (3) In ensuring that the victim is afforded all rights and protections authorized under law; (4) In preventing retaliation; (5) In establishing and maintaining a healthy command climate; and (6) In any other matters in connection with sexual assault deemed appropriate by the Secretary of Defense.

The provision would further require that the training provided to commanders incorporate best practices in all matters covered. These best practices should be identified and brought current through periodic surveys and reviews.

The House amendment contained a similar provision (sec. 540C).

The House recedes with a technical amendment.

*Timely disposition of nonprosecutable sex-related offenses (sec. 540C)*

The House amendment contained a provision (sec. 539) that would require the Secretary of Defense to develop and implement a policy to ensure the timely disposition of non-prosecutable sex-related offenses.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to develop a policy to ensure the timely disposition of alleged sex-related offenses that a court-martial convening authority has declined to refer for trial by a general or special court-martial, due to a determination that there is insufficient evidence to support prosecution of the offense.  The Secretary would be required to implement the policy within 180 days of the enactment of this Act.

*Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces (sec. 540D)*

The Senate bill contained a provision (sec. 521) that would require the Secretary of Defense to promulgate a comprehensive policy to reinvigorate the prevention of sexual assault among members of the Armed Forces, within 180 days after enactment of this Act.

The provision would require inclusion in the comprehensive policy of programs that: (1) Provide education and training on the prevention of sexual assault; (2) Promote healthy relationships; (3) Are designed to empower and enhance the role of non-commissioned officers in the prevention of sexual assault; (4) Foster social courage to promote interventions to prevent sexual assault; (5) Address behaviors across the continuum of harm; (6) Counter alcohol abuse, including binge drinking; and (7) Encompass such other matters as the Secretary of Defense deems appropriate.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment (sec. 540E)*

The Senate bill contained a provision (sec. 529) that would require the Joint Service Committee on Military Justice to submit to the Committees on Armed Services of the Senate and the House of Representatives, a report setting forth legislative and administrative actions required to establish a punitive article on sexual harassment in the Uniform Code of Military Justice. The report would be required to be submitted within 180 days of the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, not later than 180 days after the date of enactment of this Act, which report must set forth such recommendations as the Secretary considers appropriate with respect to the establishment of a separate punitive article on sexual harassment in chapter 47 of title 10, United States Code (the Uniform Code of Military Justice).

*Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice (sec. 540F)*

The Senate bill contained a provision (sec. 561) that would require the Secretary of Defense to submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the results of a study on the feasibility and advisability of an alternative military justice system in which determinations to prefer or refer charges for trial by court-martial, for offenses for which the

maximum punishment includes confinement for more than 1 year under the Uniform Code of Military Justice (Chapter 47 of title 10, United States Code), would be made by a judge advocate officer in a grade of O-6 or higher, who has significant experience in criminal litigation and is outside of the chain of command of the member of the Armed Forces who is the subject of the charges, rather than by a commanding officer in the subject's chain of command. The report would further assess the feasibility and advisability of conducting a pilot program to assess any such alternative military justice system, and would be required to be submitted not later than 300 days after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Report on standardization among the military departments in collection and presentation of information on matters within the military justice system (sec. 540G)*

The Senate bill contained a provision (sec. 562) that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, describing plans to standardize across the military departments, to the extent practicable, the collection and presentation of matters within their military justice systems, including information collected and maintained to facilitate public access to court-martial docket information, filings, and records, and for other purposes set forth in article 140 of the Uniform Code of Military Justice (10 U.S.C. 940a). In particular, the provision would require the Secretary to assess the feasibility and advisability of establishing and maintaining a single, Department of Defense-wide military justice data management system. The report would be submitted not later than 180 days after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Report on expansion of Air Force safe to report policy across the Armed Forces (sec. 540H)*

The Senate bill contained a provision (sec. 528) that would require the Secretary of Defense, in consultation with the secretaries of the military departments and the Secretary of Homeland Security, to submit a report to the Committees on Armed Services of the Senate and House of Representatives, assessing the feasibility and advisability of applying across the Armed

Forces, the Safe to Report policy currently applicable only in the Air Force. The report would be required to be submitted within 180 days of the date of the enactment of this Act.

The Safe to Report policy currently in effect in the Air Force provides that a member of the Armed Forces who is a victim of a sexual assault committed by another member of the Armed Forces, but who may have committed minor collateral misconduct at or about the time of the sexual assault or whose minor collateral misconduct is discovered only as a result of the investigation of the sexual assault, may report the assault to authorities without fear or receipt of discipline in connection with that minor collateral misconduct.

The House amendment contained no similar provision.

The House recedes.

*Assessment of racial, ethnic, and gender disparities in the military justice system (sec. 540I)*

The Senate bill contained a provision (sec. 535) that would require the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces to conduct a review and assessment of the race and ethnicity of servicemembers accused, charged, or convicted of certain sexual offenses.

The House amendment contained a similar provision (sec. 540A) that would require the Secretary of Defense to require that, as to each court-martial conducted after the date of the enactment of this Act, the race, ethnicity, gender, and other such demographic information about the victim and the accused are recorded, and that data based on this information is included in the annual military justice reports of the Armed Forces. Further, in consultation with the secretaries of the military departments and the Secretary of Homeland Security, the Secretary of Defense would conduct an evaluation to identify the causes of any racial, ethnic, or gender disparities in the military justice system and take appropriate steps to address them.

The Senate recedes with an amendment that would require the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (or DAC-IPAD) to conduct certain reviews and assessments regarding the race and ethnicity of members of the Armed Forces accused, charged with, and convicted of certain sexual assault offenses, for each fiscal year in which the Committee assesses completed court-martial cases. A report on the results of all such reviews and assessment would be submitted to the Committees on Armed

Services of the Senate and the House of Representatives not later than one year after the date of the enactment of this Act.

*Pilot programs on defense investigators in the military justice system (sec. 540J)*

The Senate bill contained a provision (sec. 560) that would require each of the Secretaries of the military departments to execute a pilot program to determine whether the presence and utilization of defense investigators makes the military justice system more fair and efficient and more effective in determining the truth. Defense investigators engaged in each secretary's pilot would participate in the military justice system in a manner similar to that in which defense investigators participate in civilian criminal justice systems, and the personnel and activities of pilot program defense investigators would be uniform across all military departments, to the extent practicable.

The provision would specify that a defense investigator participating in the pilot may question a victim only upon a request made through a Special Victims' Counsel or other counsel of the victim or the trial counsel.

Further, the provision would require that, not later than 3 years after the date of the enactment of this Act, the Secretary of Defense submit to the Committees on Armed Services of the Senate and the House of Representatives a consolidated report on the defense investigator pilot program with an assessment of the feasibility and advisability of establishing and maintaining defense investigators as a permanent element of the military justice system.

The House amendment contained a similar provision (sec. 537).

The Senate recedes.

*Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications (sec. 540K)*

The Senate bill contained a provision (sec. 531) that would require the Secretary of Defense to submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the feasibility and advisability of a Department of Defense policy that would permit the victim of a sexual assault, when the victim is a member of the Armed Forces or an adult dependent of such a member, to have a report of the assault made by the victim to a member of the Armed Forces in the victim’s or victim’s sponsor’s chain of command, or to

military law enforcement, treated as a restricted report. A report of the assault made by any individual other than the victim would be similarly treated. In preparing the report, which would be due not later than 180 days after the date of the enactment of this Act, the Secretary would be required to consult with the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.

The House amendment contained a similar provision (sec. 550P).

The House recedes.

*Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation (sec. 540L)*

The Senate bill contained a provision (sec. 563) that would require the Secretary of Defense to submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the feasibility and advisability of establishing a guardian ad litem program for military dependents, under 12 years of age or who lack mental or other capacity, who are victims or witnesses to an offense under the Uniform Code of Military Justice (Chapter 47 of title 10, United States Code) that involves an element of abuse or exploitation. Should the Secretary determine that establishment of such a program is feasible and advisable, the report must include a description of: (1) The administrative requirements, including resources, required for the program; (2) Best practices, determined in consultation with civilian experts on child advocacy; and (3) Recommendations for legislative and administrative action required to implement the program. The report would be required to be submitted not later than 1 year after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military (sec. 540M)*

The Senate bill contained a provision (sec. 537) that would require the Comptroller General of the United States to conduct a study of the Armed Forces' implementation of statutory requirements on sexual assault prevention and response enacted by the National Defense Authorization Act for Fiscal Year 2004

(Public Law 108-136) and each succeeding National Defense Authorization Act through the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232). The provision also would require the Comptroller General to submit a report on this study to the Committees on Armed Services of the Senate and the House of Representatives.  For each statutory requirement the report would include an assessment of:  (1) Whether the requirement has been or is being implemented; (2) The actions taken by the Armed Forces to determine whether the actions taken pursuant to each requirement have proven effective in meeting the intended objective; and (3) Any other matters deemed appropriate. Finally, the provision would require the Comptroller General to provide to the Committees on Armed Services of the Senate and the House of Representatives, not later than May 1, 2020, one or more briefings on the status of the study, including any findings and recommendations generated by the study to date.

     The House amendment contained no similar provision.
     The House recedes.

*Sense of Congress on the Port Chicago 50 (sec. 540N)*

     The House amendment contained a provision (sec. 1099) that would express the sense of Congress that:  (1) The American people should recognize the role of racial bias in the prosecution and convictions of the Port Chicago 50 following the deadliest home front disaster in World War II; (2) The military records of each of the Port Chicago 50 should reflect such exoneration of any and all charges brought against them in the aftermath of the explosion; and (3) The Secretary of the Navy should upgrade the general and summary discharges of each of the Port Chicago 50 sailors to honorable discharges.
     The Senate bill contained no similar provision.
     The Senate recedes with an amendment that would convey the sense of Congress that the American people should recognize the role of racial bias during the era in which the prosecution and conviction of the Port Chicago 50 took place, and that the Secretary of the Navy should, as appropriate, recommend executive action in favor of the 49 remaining Sailors with a general court-martial conviction and the 207 remaining Sailors with a summary court-martial conviction.

## SUBTITLE E - OTHER LEGAL MATTERS

*Improvement of certain Special Victims' Counsel authorities (sec. 541)*

The Senate bill contained a provision (sec. 542) that would expand the legal assistance authorized to be provided by Special Victims' Counsel to include legal consultation and assistance in connection with an incident of retaliation, whether occurring before, during, or after the conclusion of any criminal proceedings.

The provision would also codify the Special Victims' Counsel's duty to solicit the preference of a victim of an alleged sex-related offense as to whether the offense should be prosecuted by court-martial or in a civilian court with jurisdiction over the offense and to advise appropriate military prosecutors of the victim's preference.

Finally, within 120 days of enactment of this Act, the provision would require the Secretary of Defense to provide a report to the Committees on Armed Services of the Senate and the House of Representatives, detailing the manner—including the additional personnel, resources, and training required—in which the Department of Defense would extend eligibility for Special Victims' Counsel services to certain military and military-affiliated civilian victims of alleged domestic violence offenses and to certain other civilian victims of an alleged sex-related or domestic violence offenses, were expansion of the program to be authorized in law.

The House amendment contained no similar provision.

The House recedes with an amendment that would require that not later than 4 years after the date of the enactment this Act, the secretary of each military department shall ensure that the number of Special Victims' Counsel serving in that department is sufficient to ensure that the average caseload of a Special Victims' Counsel does not exceed, to the extent practicable, 25 cases any given time.  The amendment would further remove from this provision the assignment to Special Victims' Counsel of the responsibility to solicit the preference of the victim of an alleged sex-related offense with regard to the forum of prosecution, and would eliminate from this provision the reporting requirement pertaining to the extension of Special Victims' Counsel services.

*Availability of Special Victims' Counsel at military installations (sec. 542)*

The Senate bill contained a provision (sec. 543) that would require that, in circumstances in which a Special Victims' Counsel is not available at a military installation to provide services to a member of the Armed Forces who requests such a counsel, such a counsel be made available not later than 72 hours after the member's request.

Further, the provision would require each of the secretaries of the military departments to submit to the Committees on Armed Services of the Senate and the House of Representatives a report assessing the feasibility and advisability of establishing for each Special Victims' Counsel, one or more civilian positions to support the counsel and to ensure continuity and the preservation of institutional knowledge related to the provision of Special Victims' Counsel services. The report would be submitted not later than 180 days after enactment of this Act.

The House amendment contained a similar provision (sec. 550A).

The House recedes with an amendment that would require that a Special Victims' Counsel be made available for access by a servicemember who requests such counsel, not later than 72 hours after such a request, and that if the Secretary concerned determines that exigent circumstances related to military activities preclude the availability of a Special Victims' Counsel within the prescribed period, the Secretary shall ensure that such counsel is made available to the requesting servicemember as soon as practicable.

*Notification of issuance of military protective order to civilian law enforcement (sec. 543)*

The House amendment contained a provision (sec. 543) that would amend section 1567a of title 10, United States Code, to require unit commanders to notify civilian authorities of the issuance of a military protective order against a member of the Armed Forces, and in the case of the member's transfer to another unit, to notify the receiving unit of the issuance of a military protective order.

The provision also would require the Secretary of Defense, not later than March 1, 2020, and each year thereafter through 2024, to submit a report to the congressional defense committees identifying the number of military protective orders issued and the number of military protective orders reported to civilian authorities in the prior calendar year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would delay until March 1, 2021, and extend through 2025, submission by the Secretary of Defense to the congressional defense committees of an annual report on military protective orders, which report would further detail the extent to which the Department is complying with the requirement to report such orders to civilian authorities.

*Copyright protection for civilian faculty of certain accredited institutions (sec. 544)*

The House amendment contained a provision (sec. 550D) that would add a section to title 10, United States Code, providing that for purposes of copyright, a work produced by a civilian member of the faculty of 12 "covered institutions" is only a work of the United States Government if created in direct support of a lecture, instruction, curriculum development, or special duty assigned to that civilian faculty member. The provision would further allow that the Secretary concerned may require a civilian member of a covered institution who becomes the owner of a copyright under these conditions to provide the Federal Government with an irrevocable, royalty-free, world-wide, nonexclusive license to use, modify, reproduce, release, perform, display, or disclose such work for United States Government purposes. The provision would enumerate the 12 "covered institutions": (1) National Defense University; (2) United States Military Academy; (3) Army War College; (4) United States Army Command and General Staff College; (5) United States Naval Academy; (6) Naval War College; (7) Naval Post Graduate School; (8) Marine Corps University; (9) United States Air Force Academy; (10) Air University; (11) Defense Language Institute; and (12) United States Coast Guard Academy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify section 105 of title 17, United States Code, to provide that a civilian faulty member of one of the 12 covered institutions owns the copyright to a literary work produced by the faculty member for publication by a scholarly press or journal. The amendment would further provide that the Secretary of Defense may direct the faculty member to provide the Federal Government with an irrevocable, royalty-free, world-wide nonexclusive license to reproduce, distribute, perform, or display such literary work for United States Government purposes.

The conferees echo the significant concerns expressed in the 2018 National Defense Strategy (NDS) about the degraded state of Department of Defense Professional Military Education (PME). The NDS acknowledged, "PME has stagnated, focused more on the accomplishment of mandatory credit at the expense of lethality and ingenuity." The conferees view the instant provision as a small step toward overarching PME reform. The conferees encourage the Secretary of Defense to publish policy guidance to ensure the consistent implementation of this provision across all covered institutions. Further, with a view to measuring the effects of this provision, the conferees request that not later than January 31, 2022, the Department of

Defense provide a report to the Committees on Armed Services of the Senate and House of Representatives detailing: (1) Since enactment of this provision, how many copyrights vested in civilian faculty members at each of the 12 covered institutions; (2) How many civilian faculty members in whom such a copyright vested published a literary work in a scholarly press or journal, by covered institution; and (3) Real world examples of the ways in which this provision has improved the recruitment and retention of civilian faculty members at each covered institution.

*Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service (sec. 545)*

The Senate bill contained a provision (sec. 6007) that would amend section 3955 of title 50, United States Code, allowing a spouse of a servicemember who incurs a catastrophic injury or illness during a period of military service while performing full-time National Guard duty, active Guard and Reserve duty, or inactive-duty training to terminate the lease of a premises or motor vehicle.

The House amendment contained an identical provision (sec. 550G).

The conference agreement includes this provision.

*Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act (sec. 546)*

The House amendment contained a provision (sec. 546) that would amend section 3955 of title 50, United States Code, to clarify that, in the context of terminating residential or motor vehicle leases, military orders for a permanent change of station include separation or retirement orders.

The Senate bill contained no similar provision.

The Senate recedes.

*Preservation of right to bring class action under Servicemembers Civil Relief Act (sec. 547)*

The House amendment contained a provision (sec. 550J) that would amend section 802(a) of the Servicemembers Civil Relief Act (Public Law 109-189) to clarify that individuals covered by the Servicemembers Civil Relief Act are entitled to be a representative party on behalf of members of a class or be a member of a class, in accordance with the Federal Rules of Civil Procedure.

The Senate bill contained no similar provision.
The Senate recedes.

*Legal counsel for victims of alleged domestic violence offenses (sec. 548)*

The Senate bill contained a provision (sec. 541) that would authorize the secretaries of the military departments to provide Special Victims' Counsel services to certain military and military-affiliated civilian personnel who are the victims of an alleged domestic violence offense, if a given secretary determines that resources are available for this purpose without impairing capacity to provide such services to the victims of alleged sex-related offenses already authorized by law to receive them.  The provision also would authorize a given secretary to extend the provision of Special Victims' Counsel services, under the same terms and conditions, to certain civilian persons who are the victims of an alleged sex-related offense or alleged domestic violence offense, but who are not currently authorized to receive such services.

The House amendment contained a similar provision (sec. 542) that would expand the Special Victims' Counsel program to cover domestic violence victims and to include designated Special Victims' Counsel paralegals.  This provision would also require expansion of the Special Victim's Counsel program not later than two years after the date of enactment of this Act, and would mandate a report, due to Congress not later than December 1, 2022, assessing military service compliance with Special Victims' Counsel program requirements.

The House recedes with an amendment that would require the Secretary of Defense to carry out a program to provide legal counsel to victims of alleged domestic violence offenses who are otherwise eligible for military legal assistance, not later than December 1, 2020.  The program may be part of another program or established separately.  The Secretary of Defense would be required to ensure that program counsel receive specialized training in the legal issues commonly associated with alleged domestic violence offenses and, to the extent practicable, serve in the program for a period of no less than two years.  Further, the Secretary would ensure that counsel are supported by sufficient trained paralegal support.  In a report due to the Committees on Armed Services of the Senate and the House of Representatives not later than 120 days after the date of the enactment of this Act, the Secretary of Defense would provide: (1) A description of the manner in which the Department will implement the required program; (2) Describe any additional personnel, resources, and training needed; and (3) Make

recommendations for any modifications to law that may be necessary to carry out the program effectively.

*Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial (sec. 549)*

The Senate bill contained a provision (sec. 526) that would require the Secretary of Defense to promulgate regulations to require a commander who determines not to refer a case of alleged sexual assault for trial by court-martial to provide the victim with notification, no less frequently than monthly, of the status of any further action in the case, including non-judicial punishment, administrative action, or no action, until a final determination of such further action is made.

The House amendment contained an identical provision (sec. 550B).

The conference agreement includes this provision.

*Treatment of information in Catch a Serial Offender Program for certain purposes (sec. 550)*

The Senate bill contained a provision (sec. 530) that would exclude reports filed with the Catch a Serial Offender Program from application of the Freedom of Information Act (5 U.S.C. 552). Further, the provision would make plain that transmittal or receipt of a restricted report of sexual assault to or by the Catch a Serial Offender Program would not terminate the report's treatment or status as restricted.

The House amendment contained a similar provision (sec. 550O).

The House recedes with an amendment that would specify that victim disclosures under the Catch a Serial Offender Program shall be withheld from public disclosure under paragraph (b)(3) of the Freedom of Information Act (5 U.S.C. 552).

*Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals (sec. 550A)*

The Senate bill contained a provision (sec. 556) that would require the Secretary of Defense to establish policies and procedures for the registration at military installations of any civilian protective order issued against: (1) A member of the Armed Forces assigned to the installation; (2) A civilian employee employed at the installation; or (3) A spouse or

intimate partner of a member of the Armed Forces on Active Duty
assigned to the installation or of a civilian employee employed
at the installation.

The provision would specify that the policies and
procedures established by the Secretary must include a
requirement for notice between and among the commander,
installation military law enforcement elements, and military
criminal investigative elements, whenever such a civilian
protective order is registered. The provision would require that
a failure to register a civilian protective order may not be
offered as justification for a lack of enforcement of the order
by military law enforcement and other personnel who have
knowledge of it.

Further, the provision would require that, as soon as
practicable after establishing the requisite policies and
procedures, the Secretary of Defense submit to the Committees on
Armed Services of the Senate and the House of Representatives a
letter describing the policies and procedures established and
certifying that they have been implemented on each military
installation.

The House amendment contained an identical provision (sec.
544).

The conference agreement includes this provision.

*Defense Advisory Committee for the Prevention of Sexual
Misconduct (sec. 550B)*

The Senate bill contained a provision (sec. 534) that
would require the Secretary of Defense to establish and maintain
within the Department of Defense a Defense Advisory Committee on
the Prevention of Sexual Misconduct.  The Advisory Committee
would be established not later than 180 days after the enactment
of this Act and would be comprised of not fewer than 20 members,
including persons with expertise in the prevention of sexual
assault and behaviors on the sexual assault continuum of harm,
the prevention of suicide, and the change in culture of large
organizations.  The Advisory Committee would coordinate with the
Defense Advisory Committee on Investigation, Prosecution, and
Defense of Sexual Assault in the Armed Forces on matters of
joint interest and, not later than March 30 of each year, would
submit an annual report on its activities to the Committees on
Armed Services of the Senate and the House of Representatives.

The House amendment contained a similar provision (sec.
549).

The Senate recedes with an amendment to extend the period
for establishment of the Advisory Committee to one year after
the date of enactment of this Act, and to require that the

Committee include at least one member with expertise in the prevention of adverse behaviors, including suicide and substance abuse.

*Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned (sec. 550C)*

The Senate bill contained a provision (sec. 544) that would require that, on the assignment of a Special Victims' Counsel (including a Victim Legal Counsel of the Navy) to a military installation in the United States, such counsel will be provided appropriate training on the law and policies governing criminal justice matters in the State or States in which the military installation is located. Such training would include: (1) Victim rights; (2) Protective orders; (3) Prosecution of criminal offenses; and (4) Sentencing for conviction of a criminal offense.

The House amendment contained a similar provision (sec. 550C) that would clarify that the purpose of the training is to assist such counsel in providing victims of alleged sex-related offenses with information necessary to make an informed decision regarding preference as to the jurisdiction in which such offenses will be prosecuted. Further, the House provision would not apply to a Special Victims' Counsel of the Coast Guard.

The Senate recedes with an amendment that would add "protective orders" to the list of State criminal justice matters about which a Special Victims' Counsel or Victim Legal Counsel should be provided appropriate training.

*Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation (sec. 550D)*

The House amendment contained a provision (sec. 550N) that would require the Secretary of Defense to establish an initiative, not later than 180 days from the date of enactment of this Act, to improve the capacity of military criminal investigative organizations to prevent child sexual exploitation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to establish and execute an initiative to enhance the capability of military criminal investigative organizations to prevent and combat child sexual exploitation. In the context of this initiative, the Secretary of Defense may work with internal and external functional experts to train

military criminal investigative agents on technologies, tools, and techniques--like digital forensics--to enhance investigations of child sexual exploitation, and on evidence-based forensic interviewing of child victims. Further, to the extent authorized by law, the Secretary may, as part of this initiative, collaborate with Federal, State, local, and other civilian law enforcement agencies on issues relating to child sexual exploitation; assist in educating the military community on the prevention and response to child sexual exploitation; and carry out such other activities as the Secretary deems relevant.

*Feasibility study on establishment of database of military protective orders (sec. 550E)*

The House amendment contained a provision (sec. 550F) that would amend section 101(b) of the National Instant Criminal Background Check System Improvement Amendments Act of 2007 (34 U.S.C. 40911(b)) to require that not later than three business days after the final disposition of a judicial proceeding conducted within the Department of Defense, the Secretary of Defense make available to the Attorney General those records that are relevant to a determination of whether a member of the Armed Forces involved in such proceeding is disqualified from possessing or receiving a firearm under subsection (g) or (n) of section 922 of title 18, United States Code (the Gun Control Act of 1968, as amended, 18 U.S.C. 921-938), for use in background checks performed by the National Instant Criminal Background Check System. The provision would further require the Secretary of Defense to conduct a study and submit a report on the feasibility of establishing a database of military protective orders issued by military commanders against individuals suspected of having committed an offense of domestic violence under the Uniform Code of Military Justice (Chapter 47 of Title 10, U.S.C.), and the feasibility of establishing a process by which a military judge or magistrate may issue a protective order against an individual suspected of having committed such an offense. Such report must be submitted to the congressional defense committees no later than 180 days after the date of enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would eliminate that part of the provision that would amend the National Instant Criminal Background Check System Improvement Amendments Act of 2007. Further, the amendment would add to the matters to be examined by the study and included in the resultant report, a requirement to assess how any military protective order database and process for the issuance of a military protective order by a

military judge deemed feasible, would differ from analogous
civilian databases and processes, including with regard to due
process and other procedural protections.

The conferees direct the Department of Defense and its
components to take immediate and deliberate action to ensure
strict compliance with standards established in Department of
Defense Instruction 5501.11, Fingerprint Card and Final
Disposition Report Submission Requirements, last updated on
March 30, 2017, and other issuances and policy guidance
applicable to the Defense Department and the military
departments and services, for submission to the Federal Bureau
of Investigation of criminal history information, fingerprints,
case disposition information, and other data pertaining to
certain members of the Armed Forces.

*GAO review of USERRA and SCRA (sec. 550F)*

The House amendment contained a provision (sec. 545) that
would amend section 4303 of title 38, United States Code, to
render unenforceable any part of a contract or agreement that
would mandate the use of arbitration to resolve a claim under
the Uniformed Services Employment and Reemployment Rights Act
(USERRA), unless all parties consent to arbitration after a
complaint on the specific claim has been filed in court or with
the Merit Systems Protection Board.

The House amendment also contained a provision (sec. 550H)
that would provide that any contract with a servicemember, or a
servicemember and the servicemember's spouse jointly, that
provides for the use of arbitration to resolve a controversy
under the contract and the Servicemembers Civil Relief Act (50
U.S.C. App. 512) (SCRA), arbitration may be used only if all
parties to the matter consent after such controversy arises.

The Senate bill contained no similar provisions.

The Senate recedes with an amendment that would require
the Comptroller General of the United States to conduct a review
and, not later than January 31, 2021, submit a report to the
Committees on Armed Services of the Senate and House of
Representatives regarding the effects of the common commercial
and governmental practices of including a mandatory arbitration
clause in employment and consumer agreements, on the ability of
servicemembers to assert claims under USERRA and SCRA.  The
report will:  (1) Identify each process by which a servicemember
may assert a claim under, and secure redress for violations of
USERRA and SCRA; (2) Assess each process identified under
prescribed criteria; (3) Determine the extent to which each
process identified achieved a final disposition favorable to the
servicemember; (4) Assess general  societal  trends  in  the  use

of mandatory arbitration clauses in employment and consumer agreements; and (5) Assess the effects of mandatory arbitration clauses in employment or consumer agreements on military readiness and deployability, as well as on the willingness of employers to employ, and consumer service businesses to provide services to servicemembers and their families.

## SUBTITLE F—MEMBER EDUCATION

*Authority for detail of certain enlisted members of the Armed Forces as students at law schools (sec. 551)*

The Senate bill contained a provision (sec. 567) that would modify section 2004 of title 10, United States Code, to permit the detail of certain enlisted members, in addition to officers as authorized by current law, as students at law schools for a period of training leading to a juris doctor degree. The provision would limit the number of enlisted persons and officers so detailed to 25 per year and would retain the requirement for the competitive selection of detailees. To qualify for such detail, an enlisted person must: (1) Have served on Active Duty for not less than 4 and nor more than 8 years; (2) Be in the pay grade E-5, E-6, or E-7 as of the time law school training begins; (3) Meet all requirements for acceptance of a commission as a commissioned officer in the Armed Forces; (4) Agree to accept transfer to be a judge advocate, upon completion of law school; and (5) Agree to serve on Active Duty for a period of 2 years for each year or partial year of legal training received.

The House amendment contained a similar provision (sec. 551).

The House recedes.

*Inclusion of Coast Guard in Department of Defense STARBASE Program (sec. 552)*

The House amendment contained a provision (sec. 555) that would amend section 2193b of title 10, United States Code, to include the Coast Guard in the Department of Defense's Starbase program.

The Senate bill contained no similar provision.

The Senate recedes.

*Degree granting authority for United State Army Armament Graduate School; limitation on establishment of certain educational institutions (sec. 553)*

The House amendment contained a provision (sec. 556) that would amend chapter 751 of title 10, United States Code, to authorize the United States Army Armament Graduate School to confer appropriate degrees upon graduates who meet the degree requirements.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add a new section to chapter 101 of title 10, United States Code, requiring the Secretary of Defense to notify the congressional defense committees at least one year before establishing a new post-secondary educational institution.

*Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation (sec. 554)*

The House amendment contained a provision (sec. 560C) that would amend section 7453, 8467, and 9453 of title 10, United States Code, to require graduates of military service academies to be appointed as a Regular second lieutenant or ensign in the Navy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 7448, 8459, and 9448 of title 10, United States Code, to prohibit service academy graduates from seeking or accepting approval for off-duty employment as a professional athlete before completing at least two consecutive years of commissioned service.

*Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense (sec. 555)*

The House amendment contained a provision (sec. 558) that would amend sections 7461, 8480, and 9461 of title 10, United States Code, and would direct the secretaries of the military departments to establish regulations, based on guidelines provided by the Secretary of Defense, for the timely consideration of an application for transfer of a military service academy cadet or midshipman who is the victim of an alleged sexual assault or related offense, to another military service academy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would expand the options available to a military service academy cadet or midshipman who is the victim an alleged sexual assault or related offense, to include requesting transfer to enroll in a

Senior Reserve Officers' Training Corps program affiliated with another institution of higher education.

*Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute (sec. 556)*

The House amendment contained a provision (sec. 559) that would amend section 9414b of title 10, United States Code, to redesignate the Commandant of the United States Air Force Institute of Technology (AFIT) as the Director and Chancellor of AFIT.

The Senate bill contained no similar provision.

The Senate recedes.

*Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force (sec. 557)*

The House amendment contained a provision (sec. 560) that would amend section 9415 of title 10, United States Code, to authorize the Community College of the Air Force (CCAF)to award associate degrees to enlisted members of services other than the Air Force who are participating in CCAF affiliated joint service training and education courses.

The Senate bill contained no similar provision.

The Senate recedes.

*Speech disorders of cadets and midshipmen (sec. 558)*

The House amendment contained a provision (sec. 560H) that would require a military academy superintendent to provide testing for speech disorders to incoming cadets and midshipmen under the jurisdiction of that superintendent.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the service secretaries to submit a joint report to the Committees on Armed Services of the Senate and the House of Representatives, within 180 days of the date of the enactment of this Act, that provides: (1) The number of cadets and midshipmen with an identified speech disorder at each academy; (2) A list of health care and administrative resources available to such cadets and midshipmen; and (3) A list of the military positions and specialties pursued by such cadets and midshipmen.

*Requirement to continue provision of tuition assistance for members of the Armed Forces (sec. 559)*

The House amendment contained a provision (sec. 560E) that would require service secretaries, in fiscal year 2020, to spend on servicemember tuition assistance at least the amount appropriated for tuition assistance in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program (sec. 560)*

The House amendment contained a provision (sec. 560F) that would require the Secretary of Defense to make available, on a publicly accessible Department of Defense website, a list of higher education intuitions that receive funds under the Department of Defense Tuition Assistance Program and the amount of funds received by each institution. The provision would also require the Secretary of Defense to perform audits of certain higher education institutions that do not meet certain standards under section 1099c of title 20, United States Code.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to make public a list of higher education institutions that receive Department of Defense tuition assistance funding and the amount of funds received.

*Inclusion of information on free credit monitoring in annual financial literacy briefing (sec. 560A)*

The House amendment contained a provision (sec. 560G) that would require the Secretary of each military department to ensure the annual financial literacy education briefing provided to servicemembers includes information on the availability of free credit monitoring services.

The Senate bill contained no similar provision.

The Senate recedes.

*Programs to facilitate the award of private pilot's certificates (sec. 560B)*

The House amendment contained a provision (sec. 517) that would authorize the Department of Defense to create a program to award scholarships to qualified members of Junior Reserve Officers' Training Corps units to pursue a private pilot's certification.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Department of Defense to create a program to award

scholarships for the purpose of pursuing a private pilot's certification.

## SUBTITLE G-MEMBER TRAINING AND TRANSITION

*Requirement to provide information regarding benefits claims to members during TAP counseling (sec. 561)*

The House amendment contained a provision (sec. 567) that would amend section 1142(b) of title 10, United States Code, to require that servicemembers receive information during Transition Assistance Program counseling regarding how to file claims for benefits under laws administered by the Secretaries of Defense and Veterans Affairs.

The Senate bill contained no similar provision.

The Senate recedes.

*Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces (sec. 562)*

The Senate bill contained a provision (sec. 5505) that would amend section 1143(e) of title 10, United States Code, to authorize Federal agencies to participate in the SkillBridge program.

The House amendment contained no similar provision.

The House recedes.

*First modification of elements of report on the improved Transition Assistance Program (sec. 563)*

The House amendment contained a provision (sec. 570D) that would amend section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to include an element on the effectiveness of the Transition Assistance Program for female servicemembers in the report required under such section.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Second modification of element of report on the improved Transition Assistance Program (sec. 564)*

The House amendment contained a provision (sec. 593) that would amend section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-

232) to modify the elements of reports of the Transition
Assistance Program required under such section.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Prohibition on gender-segregated training at Marine Corps
Recruit Depots (sec. 565)*

        The House amendment contained a provision (sec. 561) that
would prohibit the Commandant of the Marine Corps from
segregating training at the Marine Corps Recruit Depot, Parris
Island, South Carolina, not later than 5 years after the date of
the enactment of this Act and at Marine Corps Recruit Depot, San
Diego, California, not later than 8 years after the date of the
enactment of this Act.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Assessment of deaths of recruits under the jurisdiction of the
Secretaries of the military departments (sec. 566)*

        The House amendment contained a provision (sec. 563) that
would require the Inspector General of the Department of Defense
to conduct an assessment of the deaths of recruits at facilities
under the jurisdiction of the Secretary of the Navy and to
assess the effectiveness of the current medical protocols on
training bases. The provision would require the Inspector
General to submit a report to the Committees on Armed Services
of the Senate and the House of Representatives not later than
September 30, 2020, containing the results of the assessments.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would require
the Inspector General to conduct an assessment of the deaths of
recruits at facilities under the jurisdiction of the service
secretaries and to assess the effectiveness of the current
medical protocols on training bases.

*Review of Department of Defense training programs regarding
disinformation campaigns (sec. 567)*

        The House amendment contained a provision (sec. 570) that
would require the Secretary of Defense to establish, not later
than September 30, 2020, a program for training members of the
Armed Forces and employees of the Department of Defense
regarding the threat of disinformation campaigns specifically
targeted at such individuals and the families of such
individuals.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would direct the Secretary of Defense not later than 120 days after the date of enactment of this Act to conduct a review of existing programs, tools, and resources of the Department of Defense for training members of the Armed Forces and employees of the Department regarding the threat of disinformation campaigns and to submit the finds of such review not later than 270 days after the enactment of this Act.

*Command matters in connection with transition assistance programs (sec. 568)*

The House amendment contained a provision (sec. 595) that would require each command climate assessment for the commander of a military installation to include an assessment of the extent the commander and other command personnel encourage and support participation in transition assistance programs of servicemembers. The provision would also require an installation commander to undergo training on such programs available to servicemembers.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the training provided to an installation commander, upon assignment to the installation, to include a module on covered transition assistance programs available for servicemembers assigned to the installation.

*Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214) (sec. 569)*

The House amendment contained a provision (sec. 565) that would require the Secretary of Defense to modify the DD Form 214 to make it machine readable and electronically transferable.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense, in the course of modifying the DD Form 214 to make it machine readable, to also include a specific block where a servicemember may provide one or more email addresses.

*Records of service for Reserves (sec. 570)*

The House amendment contained a provision (sec. 566) that would require the Secretary of Defense to establish and implement a standard record of service for members of the

Reserve Component that summarizes the record of service of the servicemember including dates of Active Duty service.

The Senate bill contained no similar provision.

The Senate recedes.

*Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal abuse offense (sec. 570A)*

The Senate bill contained a provision (sec. 552) that would require that, before a member of the Armed Forces—who was the victim of a sex-related, intimate partner violence-related, or spousal abuse-related offense during the period of the member's military service, and who has a mental health condition not amounting to a disability—is separated, discharged, or released from military service based on that condition, the diagnosis of the condition must be both corroborated by a competent mental health care professional at or above the level of the healthcare professional rendering the diagnosis and endorsed by the Surgeon General of the military department concerned. This provision would apply to all separations, discharges, and releases from the Armed Forces that occur on or after the date that is 180 days after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations (sec. 570B)*

The House amendment contained a provision (sec. 530G) that would provide that neither a member of the Armed Forces, nor a former member who was discharged under honorable conditions, who has received deferred action under the Deferred Action for Childhood Arrivals program of the Department of Homeland Security, or who has "Temporary Protected Status" in accordance with section 244 of the Immigration and Nationality Act, may be involuntarily separated from the Armed Forces, placed into removal proceedings, or removed from the United States, solely on the basis of such status.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would provide that no member of the Armed Forces who possesses a current, valid Employment Authorization Document issued pursuant to the June 15, 2012, U.S. Department of Homeland Security Memorandum,

"Exercising Prosecutorial Discretion with Respect to Individuals who Came to the United States as Children", or who is currently in a temporary protected status under section 244 of the Immigration and Nationality Act (8 U.S.C. 1254a) may be involuntarily separated from the Armed Forces, solely on the basis of their deferred or protected status.

The amendment would further provide that in evaluating whether to issue a notice to appear in removal proceedings, administrative order of removal, or reinstatement of a final removal order, and in evaluating whether to execute a final order of removal, evidence that an individual served as a member of the Armed Forces and the characterizations associated with of each period of the individual's service shall be considered by the immigration officer.

*Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648) (sec. 570C)*

The House amendment contained a provision (sec. 570G) that would require the Secretary of Defense to modify the preseparation counseling checklist for active component, active Guard Reserve, active Reserve, full time support, and Reserve program administrator servicemembers (DD Form 2648) to include a specific block wherein a member of the Armed Forces may indicate a desire to receive information regarding that member's immigration status and expedited naturalization.

The Senate bill contained no similar provision.
The Senate recedes.

*Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States (sec. 570D)*

The House amendment contained a provision (sec. 570H) that would require the Secretary concerned to furnish counseling with regard to how to apply for naturalization to a member of the Armed Forces under the jurisdiction of that Secretary, which member is not a citizen of the United States.

The Senate bill contained no similar provision.
The Senate recedes.

*Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service (sec. 570E)*

The Senate bill contained a provision (sec. 580) that would require the Secretary of Defense, within 1 year of the date of the enactment of this Act, to enter into an agreement with the American Red Cross to conduct a pilot program to encourage members of the Armed Forces to designate up to 10 persons to whom certain information regarding the military service of each such member would be shared. The provision would require the Secretary, within 2 years after the pilot program begins, to administer a survey to persons who elected to receive information under the program to receive feedback on the quality of the information they received. Finally, the provision would require the Secretary to submit a final report on the pilot program to the congressional defense committees within 3 years after the program begins.

The House amendment contained a similar provision (sec. 570C).

The House recedes.

*Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities (sec. 570F)*

The Senate bill contained a provision (sec. 568) that would require the Secretaries of Defense and Veterans Affairs to enter jointly into a memorandum of understanding or other agreements with State veterans agencies to transmit information from Department of Defense form DD-2648 on individuals undergoing retirement, discharge, or release from the Armed Forces, if elected by such individuals, to provide or connect veterans to benefits or services.

The House amendment contained no similar provision.

The House recedes.

*Pilot program regarding online application for the Transition Assistance Program (sec. 570G)*

The House amendment contained a provision (sec. 570F) that would authorize the Secretary of Defense, the Secretary of Veterans Affairs, and the Secretary of Labor jointly to conduct a pilot program, which would create a one-stop source for online applications to assist servicemembers and veterans participating in the Transition Assistance Program.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

## SUBTITLE H—MILITARY FAMILY READINESS AND DEPENDENTS' EDUCATION

*Authorizing members to take leave for a birth or adoption in more than one increment (sec. 571)*

The Senate bill contained a provision (sec. 516) that would amend section 701 of title 10, United States Code, to remove the requirement that military leave taken in connection with the birth or adoption of a child be taken only in one increment.

The House amendment contained a similar provision (sec. 571).

The House recedes with a clarifying amendment.

*Deferred deployment for members who give birth (sec. 572)*

The House amendment contained a provision (sec. 572) that would amend section 701 of title 10, United States Code, to standardize new mother deployment deferral policy across the military services, to include the Coast Guard.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense to deploy a servicemember who has given birth within the previous 12 month if such deployment is determined to be in the interest of national security.

*Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains (sec. 573)*

The House amendment contained a provision (sec. 573) that would amend section 1482(a)(8) of title 10, United States Code, to authorize transportation of remains of a covered decedent, and travel and transportation allowances for a single escort to the place selected by the person designated (designee) to direct disposition of the remains, or to a national or other cemetery, which is selected by the Secretary of the Military Department concerned. Additionally, the provision would authorize the Secretary concerned to transport the remains to no more than two places selected by the designee. Finally, the provision would authorize the Secretary concerned to provide delivery of remains by air, to the maximum extent practicable, to an airport nearest to the place selected by the designee.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Military funeral honors matters (sec. 574)*

The Senate bill contained a provision (sec. 591) that would amend section 1491(b) of title 10, United States Code, to require the Secretaries of the military departments to provide full military honors for the funeral of a veteran who: (1) Is first interred or inurned in Arlington National Cemetery after the date of the enactment of this Act; (2) Was awarded the medal of honor or the prisoner-of-war medal; and (3) Is not entitled to full military honors by the grade of that veteran. Additionally, the provision would require each commander of a relevant military installation to maintain and carry out a plan for the provision, upon request, of full military funeral honors at funerals for veterans for whom funeral honors details are authorized under section 1491 of title 10, United States Code. The provision would prescribe elements of the required plans, including the provision of a gun salute by either appropriate personnel of the installation, reserve component members, or members of veterans' organizations or other organizations referred to in section 1491(b)(2) of such title.

The House amendment contained a provision (sec. 580E) that would amend section 1491(b) of the same title to require the Secretaries of the military departments to provide full military honors for the funeral of a veteran under the same criteria as section 591 of the Senate bill.

The House recedes with technical amendments.

*Improvement of occupational license portability for relocated spouses of members of the uniformed services (sec. 575)*

The Senate bill contained a provision (sec. 577) that would amend section 1784 of title 10, United States Code, to require the Secretary of Defense to enter into a cooperative agreement with the Council of State Governments to assist with the funding and development of interstate compacts on licensed occupations.

The House amendment contained a similar provision (sec. 624) that would also guarantee residency for spouses of servicemembers for the purposes of registering a business.

The Senate recedes with an amendment that would require the Secretary of Defense to enter into a cooperative agreement with the Council of State Governments to assist with the funding and development of interstate compacts on licensed occupations. The conferees note that the guarantee of residency for spouses of servicemembers is included in another provision in this Act.

*Continued eligibility for education and training opportunities for spouses of promoted members (sec. 576)*

The House amendment contained a provision (sec. 623) that would amend section 1784a(b) of title 10, United States Code, to allow a military spouse eligible for a program under this section to finish his or her course of education or training for a degree, license, or credential, regardless of whether the servicemember to whom the spouse is married is promoted to a higher grade.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees encourage the Department of Defense to improve the data collection for military spouse education and employment programs, to establish a better understanding of utilization and completion of the programs.

*Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation (sec. 577)*

The Senate bill contained a provision (sec. 576) that would amend section 476(p)(4) of title 37, United States Code, to extend the authority for reimbursement of state licensure and certification costs of military spouses arising from relocation to another State to December 31, 2024.

The House amendment contained a provision (sec. 628) that would amend section 476(p) of title 37, United States Code, to authorize the Secretary concerned to reimburse a member of the uniformed services for qualified relicensing costs of the spouse of the member, not to exceed $1,000, until December 31, 2024. Additionally, the provision requires an analysis of whether the maximum reimbursement amount is sufficient to cover the average costs of relicensing.

The Senate recedes.

*Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program (sec. 578)*

The House amendment contained a provision (sec. 574) that would amend section 3319 of title 38, United States Code, to prevent the Secretary of Defense from imposing a limit on transferability of Post-9/11 GI Bill benefits based on maximum number of years of service.

The Senate bill contained no similar provision.

The Senate recedes. The conferees note the provision authorizing some servicemembers to transfer their education benefit was originally included as part of the Post-9/11 Veterans' Educational Assistance Act of 2008 (Public Law 110-252) to serve as a retention incentive. Section 3319 of title 38, United States Code, is explicit in stating the purpose of the transferability provision is to "promote recruitment and retention in the uniformed services." Therefore, the conferees fully expect the Department of Defense to require that any servicemember who requests, and is authorized, to transfer their education benefits serve the mandated four additional years as a member of the uniformed services. This payback period should be applied in all cases, regardless of when a servicemember actually elects to transfer their benefits.

While this provision prohibits the Department of Defense from imposing a general limit on transferability based on the number of years served, the overall authority on whether to grant an individual servicemember's request to transfer benefits remains entirely at the service secretary's discretion. The conferees encourage service secretaries to develop policies that properly treat transferability as one of many possible recruiting and retention tools to attract and keep high-quality servicemembers.

*Annual State report card (sec. 579)*

The Senate bill contained a provision (sec. 5501) that would amend section 1111(h)(1)(C)(ii) of the Elementary and Secondary Education Act of 1965.

The House amendment contained an identical provision (sec. 576).

The conference agreement includes this provision.

*Improvements to child care for members of the Armed Forces (sec. 580)*

The Senate bill contained a provision (sec. 579) that would clarify section 559(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) by including family childcare coordinator services and school age childcare coordinator services in the direct hire authority.

The House amendment contained a provision (sec. 629) that would: (1) Expand the authority to provide financial assistance to civilian providers of child care services or youth program services that provide services to survivors of members of the Armed Forces who die in the line of duty; (2) Expand the direct hire authority for childcare service providers; (3) Require the

Secretary of Defense to conduct an assessment of financial assistance provided to civilian childcare providers; (4) Require the Secretary of Defense to conduct an assessment of childcare capacity on military installations and require remedial action to alleviate the waiting lists for childcare if necessary; (5) Require the Secretary of Defense to conduct an assessment of the accessibility of websites of the Department of Defense related to childcare and spousal employment; and (6) Ensure the portability of background investigations and training certifications for childcare providers employed by the Department of Defense when such providers are transferred to another Department facility.

The Senate recedes with an amendment that would clarify the direct hire authority for Department of Defense childcare development centers to include family childcare coordinator services and school age childcare coordinator services. Additionally, the provision would require the Secretary of Defense to take remedial action if necessary to reduce waiting lists for childcare at military installations and to provide a report to the Committees on Armed Services of the Senate and the House of Representatives on any action taken or any additional resources necessary to increase access to childcare. The provision would also require a review of the assessments conducted by the Secretary under this provision by the Comptroller General of the United States.

*Transportation of remains of casualties; travel expenses for next of kin (sec. 580A)*

The House amendment contained a provision (sec. 577) that would amend section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109-364) to require the Secretary of Defense to extend travel privileges via international travel authorization to family members of servicemembers who die outside of the United States and whose remains are returned to the mortuary facility at Dover Air Force Base, Delaware.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces (sec. 580B)*

The House amendment contained a provision (sec. 578) that would require the Secretary of Defense to direct the service chiefs and the Chief of the National Guard Bureau to meet

periodically with survivors of deceased members of the Armed Forces to receive feedback regarding issues affecting survivors.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to direct the service chiefs and the Chief of the National Guard Bureau to meet periodically with representative groups of survivors to receive feedback regarding issues affecting survivors.

*Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas (sec. 580C)*

The Senate bill contained a provision (sec. 5502) that would require that not later than 45 days prior to a general election for Federal office, a Voting Assistance Officer or other person designated by the secretary of the military department concerned, shall provide a member of the Armed Forces with a Federal write-in absentee ballot and instructions on the use of that ballot in the State in which the member is registered to vote. The provision also would require that in the case of a member intending to vote in a State that does not accept the Federal write-in absentee ballot as a simultaneous application and ballot for Federal elections, the member would be provided a briefing on, and an opportunity to fill out the official post-card form for absentee voter registration application and absentee ballot application prescribed in law. The provision concludes with a Sense of Congress relating to the use of the Federal write-in absentee ballot.

The House amendment contained a provision (sec. 575) that would amend section 102(h) of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20302(h))to require a chief State election official, in coordination with local election jurisdictions, to establish and operate an absentee ballot tracking program for absentee uniformed voters and overseas citizen voters.

The House recedes with an amendment that would require a Voting Assistance Officer or other person designated by the secretary of the military department concerned, to provide a Federal write-in ballot to a member of the Armed Forces, upon the request of that member. Further, in the case of a member intending to vote in a State that does not accept the Federal write-in absentee ballot as a simultaneous application and ballot, the member would be provided instructions on, and an opportunity to fill out, the official post-card form.

The conferees urge the Federal government and State governments to remove all obstacles that would inhibit deployed

servicemembers from voting. Further, the conferees strongly advocate that States that do not allow servicemembers to use the Federal write-in absentee ballot as a simultaneous application and acceptable ballot for Federal elections modify their laws to permit such use.

*Study on two-way military ballot barcode tracking (sec. 580D)*

The Senate bill contained a provision (sec. 5503) that would require the Director of the Federal Voting Assistance Program of the Department of Defense to conduct a study on the feasibility of a pilot program providing full ballot tracking of overseas military absentee ballots through the mail stream in a manner similar to the 2016 Military Ballot Tracking Pilot Program. The provision would further require the Director to submit a report to Congress, not later than 1 year after the date of the enactment of this Act, detailing the results of the feasibility study, together with an estimate of the costs of conducting a pilot, the organizations that would support the pilot, and the timeline for the phased implementation of the pilot program to all military personnel serving overseas.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Director of the Federal Voting Assistance Program to include in the feasibility study report, a method to determine under the pilot program if a ballot was counted, and to provide that information to the servicemember casting the vote, and a description of the efforts being undertaken to ensure a reliable and secure military ballot tracking system.

*Assistance to schools with military dependent students (sec. 580E)*

The Senate bill contained a provision (sec. 571) that would authorize $40.0 million in Operation and Maintenance, Defense-wide, for continuation of the Department of Defense (DOD) assistance program to local educational agencies impacted by enrollment of dependent children of military members and DOD civilian employees.

The Senate bill contained another provision (sec. 572) that would authorize $10.0 million in Operation and Maintenance, Defense-wide, for impact aid payments for children with severe disabilities (as enacted by Public Law 106-398; 114 Stat. 1654A-77; 20 U.S.C. 7703a) using the formula set forth in section 363 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (Public Law 106-398), for continuation of DOD assistance to local educational agencies that benefit eligible

dependents with severe disabilities. Subsection (b) of the provision would allow the Secretary of Defense to use $5.0 million of the total amount authorized for payments to local educational agencies with higher concentrations of military children with severe disabilities at the Secretary's discretion and without regard to the formula set forth in section 363 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (Public Law 106-398).

The House amendment contained a provision (sec. 580) that would authorize $40.0 million for the purpose of providing assistance to local educational agencies with military dependent students and $10.0 million for local educational agencies eligible to receive a payment for children with severe disabilities.

The Senate recedes with an amendment that would allow the Secretary of Defense to use $5.0 million of the total amount authorized for payments to local educational agencies with higher concentrations of military children with severe disabilities at the Secretary's discretion.

*First expansion of the My Career Advancement Account program for military spouses (sec. 580F)*

The House amendment contained a provision (Sec. 580B) that would expand the My Career Advancement Account (MyCAA) program to allow military spouses participating in the program to receive financial assistance to pursue a license, certification, or associate's degree in any career field or occupation, including both portable and non-portable career fields.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow military spouses participating in the MyCAA program the ability to receive financial assistance for the pursuit of a license, certification, or associate's degree in any career field or occupation.

*Second expansion of the My Career Advancement Account program for military spouses (sec. 580G)*

The House amendment contained a provision (sec. 580C) that would expand the Department of Defense My Career Advancement Account program (MyCAA) to all spouses of enlisted members of the U.S. Coast Guard.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize eligible spouses of members of the U.S. Coast Guard to

participate in the MyCAA program if the U.S. Coast Guard reimburses the Department of Defense.

*Report on training and support available to military spouses (sec. 580H)*

The House amendment contained a provision (Sec. 580D) that would require a report from the Under Secretary of Defense for Personnel and Readiness on training and support available to military spouses.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Under Secretary of Defense for Personnel and Readiness to submit a report to the Committees on Armed Services of the Senate and the House of Representatives on the Department of Defense's financial literacy programs designed for military spouses and their efficacy.

*Ri'katak Guest Student Program at United States Army Garrison – Kwajelein Atoll (sec. 580I)*

The Senate bill contained a provision (sec. 573) that would authorize the Secretary of the Army to conduct an assistance program to educate up to five local national students per grade, per academic year, on a space-available basis at the contractor-operated schools on United States Army Garrison-Kwajalein Atoll. Under this provision, the Secretary would be authorized to provide: (1) Classroom instruction; (2) Extracurricular activities; (3) Student meals; and (4) Transportation.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE I—DECORATIONS AND AWARDS

*Modification of authorities on eligibility for and replacement of gold star lapel buttons (sec. 581)*

The Senate bill contained a provision (sec. 632) that would amend section 1126 of title 10, United States Code, to authorize the Secretary of Defense to determine the eligible recipients of the gold star lapel button. Additionally, the provision would authorize the Secretary to replace a lapel button upon application and without cost.

The House amendment contained a similar provision (sec. 581).

The House recedes.

*Standardization of honorable service requirement for award of military decorations (sec. 582)*

The Senate bill contained a provision (sec. 586) that would amend Chapter 57 of title 10, United States Code, to standardize the requirement for honorable service for awards of medals, crosses, bars, and associated emblems.
The House amendment contained no similar provision.
The House recedes.

*Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam (sec. 583)*

The Senate bill contained a provision (sec. 585) that would authorize the President, notwithstanding the time limitations specified in section 3744 of title 10, United States Code, or any other time limitation with respect to awarding certain medals to members of the Armed Forces, to award the Medal of Honor under section 3741 of such title to John J. Duffy for acts of valor during the Vietnam War.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Review of World War I Valor Medals (sec. 584)*

The House amendment contained a provision (sec. 583) that would require each Secretary concerned to review certain service records of World War I veterans as recommended for review by the Valor Medals Review Task Force or another veterans service organization, to determine whether such veteran should be awarded the Medal of Honor for valor in World War I.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require each Secretary concerned to review certain service records of World War I veterans to determine whether such veteran should be awarded the Medal of Honor for valor in World War I. The review will last no longer than 5 years.
The conferees note that the Valor Medals Review Task Force, jointly established by the United States Foundation for the Commemoration of the World Wars and the George S. Robb Centre for the Study of the Great War, has identified World War I veteran service records for potential review by the Secretaries concerned. The conferees encourage the Secretaries of the military departments to consult with the Valor Medals

Review Task Force to identify those service records that warrant further review to determine whether such veteran should be recommended for an upgrade to the Medal of Honor for valor.

## SUBTITLE J-MISCELLANEOUS REPORTS AND OTHER MATTERS

*Clarification of the term "assault" for purposes of Workplace and Gender Relations Surveys (sec. 591)*

The House amendment contained a provision (sec. 592) that would amend section 481 of title 10, United States Code, to update the Armed Forces Workplace and Gender Relations surveys and the Department of Defense Civilian Employee Workplace and Gender Relations Survey to require solicitation of information about the types and frequency of unwanted sexual contact that have occurred during the preceding year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend sections 481 and 481a of title 10, United States Code, to clarify that the term "assault", for purposes of questions posed on Armed Forces Workplace and Gender Relations Surveys and the Department of Defense Civilian Employee Workplace and Gender Relations Survey, respectively, should be defined to include "unwanted sexual contact."

*Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs (sec. 592)*

The Senate bill contained a provision (sec. 5601) that would amend subsection (a)(1) of section 2564a of title 10, United States Code, to authorize inclusion of servicemembers, who are eligible to participate in military adaptive sports programs, and certain veterans on temporary disability or permanent disabled retirement lists in such programs.

The House amendment contained an identical provision (sec. 599B).

The conference agreement includes this provision.

*Questions in surveys regarding extremist activity in the workplace (sec. 593)*

The House amendment contained a provision (sec. 594) that would require the Secretary of Defense to include in the workplace and equal opportunity, command climate, and workplace

and gender relations surveys whether respondents had ever experienced supremacist activity, extremist activity, or racism in the workplace.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to include in appropriate surveys questions about whether a respondent had experienced or witnessed extremist activity in the workplace, and whether the respondent had reported such activity to appropriate authorities.

*Study on best practices for providing financial literacy education for separating members of the Armed Forces (sec. 594)*

The House amendment contained a provision (sec. 598) that would require the Secretary of Defense and the Secretary of Veterans Affairs to conduct a study on the best practices to provide financial literacy education for separating members of the Armed Forces and veterans.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense and the Secretary of the Department in which the Coast Guard is operating to conduct a study on the best practices to provide financial literacy education for separating members of the Armed Forces. The results of the study shall be reported to the Committees on Armed Services of the Senate and the House of Representatives.

*Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces (sec. 595)*

The Senate bill contained a provision (sec. 501) that would amend section 523 of title 10, United States Code, to require the Congress to authorize annually the number of officers serving on Active Duty in the grades of major, lieutenant colonel, and colonel in the Army, Air Force, and Marine Corps or lieutenant commander, commander, and captain in the Navy.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives on alternative methods to improve the oversight of authorized strengths of commissioned regular and reserve officers of the Armed Forces.

The conferees note the officer strength table was included as a fundamental feature of the Defense Officer Personnel Management Act (DOPMA) (Public Law 96-513). The table was designed to serve as an effective limitation on the number of mid-grade officers within each service. The House report to accompany the legislation (H. Rept. 96-1462) explained that the table would be adjusted over time to align with emerging officer manpower requirements. However, in practice, the authorized strength table is rarely updated and it is no longer linked to strategy or actual officer requirements.

*Report on certain waivers (sec. 596)*

The House amendment contained a provision (sec. 597) that would require the Department of Defense to submit an initial report (within 120 days of the enactment of this Act) and an annual report for 2 years thereafter, to the Committees on Armed Services of the Senate and the House of Representatives, setting forth detailed information about the number of transgender applicants and serving transgender servicemembers who, in the prior calendar year, sought and received a waiver or exception to current Defense Department policy to permit their enlistment/accession or retention in the military. The reporting would require the Department to distinguish between waivers requested by "exempt" persons—applicants or servicemembers "grandfathered" under the policies for military service by transgender persons enacted in June 2016, and "non-exempt" persons—who are subject to the policy on transgender service that that took effect on April 12, 2019.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the data elements required to be included in the report and would clarify that any report submitted will not include Personally Identifiable Information or Protected Health Information.

The conferees note that the new Department of Defense policy with regard to military service by transgender persons expressly asserts that "[t]ransgender persons may seek waivers or exceptions [to the standards established by DTM-19-004], or any other standards, requirements, or policies, on the same terms as any other person." As regards a transgender person's request for a waiver or exception to policy to permit that individual to serve in the military in other than his or her biological sex, the Secretaries of the Military Departments may delegate waiver authority no lower than a Military Service Personnel Chief. The conferees note that all other waiver authority vests in the regular Service-designated waiver authority, affording transgender persons consideration at the

same level of decision-making as persons who are not transgender.

In determining whether an applicant with a disqualifying diagnosis of gender dysphoria or history of gender transition treatment or surgery merits a waiver to permit his or her service in the military, the conferees encourage Service-designated waiver authorities to consider such a waiver under the same circumstances as they would for an applicant who is not transgender, but has been diagnosed with analogous conditions or received analogous treatments, presuming the individual meets all other standards for accession.

*Notifications on manning of afloat naval forces (sec. 597)*

The Senate bill contained a provision (sec. 518) that would amend section 525 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to make technical changes to congressional notifications germane to the manning of afloat naval forces.

The House amendment contained no similar provision.

The House recedes with an amendment that would sunset such notifications in fiscal year 2025.

*Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government (sec. 598)*

The House amendment contained a provision (sec. 514) that would direct the Secretary of Defense, within 90 days of enactment, to issue new guidance that treats the use of unmanned aircraft systems by the National Guard for covered activities in a manner no more restrictive than the use of other aircraft.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would direct the Secretary of Defense, not later than 180 days after enactment of this Act, to provide a report on the requirements for, and policies and procedures governing the use of Department of Defense manned and unmanned aerial systems to support States, territories, and other Federal agencies.

The conferees note that the Department of Defense provides resources, including unmanned and manned aerial systems, at the request of States, territories, and other Federal agencies for emergency operations, search and rescue operations, and Defense support to civil authorities. However, the conferees note that there is a lack of understanding on the policy, procedures, and overall availability of these resources to provide such requested support.

*Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma (sec. 599)*

The House amendment contained a provision (sec. 745) that would require the Secretary of Defense to use available mechanisms to inform members of the Armed Forces of their eligibility for services provided by the Department of Veterans Affairs.  In particular, the Secretary would be required to ensure that Sexual Assault Response Coordinators and uniformed victim advocates of the Department of Defense advise members of the Armed Forces experiencing psychological trauma resulting from a physical assault of a sexual nature, battery of a sexual nature, or sexual harassment that occurred while serving on Active Duty, Active Duty for training, or inactive duty training, regarding their eligibility for Department of Veterans Affairs counseling, care, and services.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general (sec. 599A)*

The House amendment contained a provision (sec. 599) that would authorize the President to issue an honorary commission promoting, to brigadier general in the Air Force, Colonel Charles E. McGee, United States Air Force (retired), a distinguished Tuskegee Airman.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel (sec. 599B)*

The House amendment contained a provision (sec. 599A) that would authorize the honorary and posthumous promotion of Lieutenant Colonel Richard E. Cole, United States Air Force (retired), to the grade of colonel.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States (sec. 599C)*

The Senate bill contained a provision (sec. 5504) that would express the sense of Congress as to the honorable and distinguished career of service to the United States of General Joseph F. Dunford, United States Marine Corps.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

The conferees find that: (1) General Joseph F. Dunford was commissioned as a second lieutenant in the United States Marine Corps in 1977; (2) Since 1977, General Dunford has served as an infantry officer at all levels and has held numerous leadership roles, including Commander of the 5th Marine Regiment during Operation IRAQI FREEDOM, Commander of the International Security Assistance Force and United States Forces-Afghanistan, and Commander, Marine Forces United States Central Command; (3) General Dunford served as the 32nd Assistant Commandant of the Marine Corps from October 23, 2010, to December 15, 2012; (4) General Dunford subsequently served as the 36th Commandant of the Marine Corps from October 17, 2014, to September 24, 2015; (5) General Dunford became the highest-ranking military officer in the United States when he was appointed as the 19th Chairman of the Joint Chiefs of Staff on October 1, 2015; (6) General Dunford is only the second United States Marine to hold the position of Chairman of the Joint Chiefs of Staff; (7) During his nearly 4 years as Chairman of the Joint Chiefs of Staff, General Dunford effectively and honorably executed the duties of the office to the highest levels of honor and integrity; and (8) General Dunford has an extensive record of impeccable service to the United States.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Grade of Chief of Veterinary Corps of the Army*

The House amendment contained a provision (sec. 502) that would require that the grade of the Chief of the Veterinary Corps of the Army be a brigadier general.

The Senate bill contained no similar provision.

The House recedes.

*Report on rate of maternal mortality among members of the Armed Forces*

The House amendment contained a provision (sec. 505) that would require the Secretary of Defense and the Secretary of the Department in which the Coast Guard is operating, when not operating under the Navy, to submit a report to Congress, within 180 days of the date of the enactment of this Act, on the rate

of maternal mortality among members of the Armed Forces and their dependents.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020 requires the Secretary of Defense to provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives by February 1, 2020, reporting the rate and incidence of pregnancy-associated deaths, defined as the death of a woman while pregnant or during the 1-year period following the date of the end of pregnancy, and severe maternal morbidities, defined as unintended outcomes of pregnancy, labor, or delivery that result in significant short- or long-term consequences to a woman's health.

*JROTC Computer Science and Cybersecurity Program*

The House amendment contained a provision (sec. 516) that would direct the Secretary of Defense to carry out a program to enhance the preparation of students in Junior Reserve Officers' Training Corps for careers in computer science and cybersecurity.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the United States in general, and the military in particular, currently struggle to find and produce sufficient numbers of Americans trained to succeed in computer science and cybersecurity careers. The Junior Reserve Officers' Training Corp, and programs like it, can serve as catalysts to overcoming these systemic shortages by providing an extra-curricular experience to young Americans who demonstrate a penchant for computer science and related subjects. The conferees encourage the Secretary of Defense to partner with other Federal, State, and local organizations in developing new programs to better prepare the nation's youth for the workforce of the future.

*Sense of Congress regarding the National Guard Youth Challenge Program*

The House amendment contained a provision (sec. 519) that would express the sense of Congress that the National Guard Youth Challenge Program provides a vital service to at-risk youth and would encourage the Secretary of Defense to use the authority provided in section 519 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-

232) to use equipment and facilities of the Department of Defense in this program.

The Senate bill contained no similar provision.

The House recedes.

The conferees reiterate the importance of the National Guard Youth Challenge Program and good work the program accomplishes. Additionally, the conferees continue to encourage the Secretary of Defense to utilize authority provided by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to use Department of Defense equipment for the purpose of supporting the National Guard Youth Challenge.

*Report on expansion of the Close Airman Support team approach of the Air Force to the other Armed Forces*

The Senate bill contained a provision (sec. 519) that would require a report on the expansion of the Close Airman Support team approach of the Air Force to the other Armed Forces.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretaries of the military departments to submit to the Committees on Armed Services of the Senate and the House of Representatives a joint report on the feasibility and advisability of expanding the Close Airman Support team approach employed by the Air Force for use by the other Military Services.

*National guard support to major disasters*

The House amendment contained a provision (sec. 520D) that would amend section 502 of title 32, United States Code, to authorize the Secretary concerned to order a member of the National Guard to perform duties related to operations or missions authorized by the President or the Secretary of Defense to respond to large scale, complex, and catastrophic disasters. The provision would also establish a permanent authorization of appropriations for sums necessary to carry out National Guard disaster response if a state of emergency has been declared by the respective Governor and the President of the United States.

The Senate bill contained no similar provision.

The House recedes.

*Report regarding National Guard Youth Challenge Program*

The House amendment contained a provision (sec. 520F) that would require the Secretary of Defense to submit a report to the congressional defense committees regarding the resources and authorities the Secretary determines necessary to identify the effects on graduates of the National Guard Youth Challenge Program.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that section 509 of title 32, United States Code, already requires the Secretary of Defense to submit an annual report on the design, conduct, and effectiveness of the National Guard Youth Challenge Program.

*Temporary authority to use Air Force reserve component personnel to provide training and instruction regarding pilot training*

The House amendment contained a provision (sec. 520H) that would authorize the Secretary of the Air Force to utilize certain reserve component full time support personnel to provide pilot training to Active Duty servicemembers and foreign military personnel who are in the United States.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that reserve component full time support personnel are expressly provided by law to organize, administer, recruit, instruct, or train reserve component units and personnel. To provide an exception to this long-standing requirement would be to undermine the necessary distinction between the active and reserve components.

*Enactment and expansion of policy on withholding of initial disposition authority for certain offenses under the Uniform Code of Military Justice*

The Senate bill contained a provision (sec. 522) that would vest only in a commissioned officer in a grade not below O-6, who is authorized to convene special courts-martial, the authority to determine the disposition of specified offenses under the Uniform Code of Military Justice (Chapter 47 of title 10, United States Code).

Generally, if such an officer's disposition determination differs from the recommendation made by the officer's legal advisor, the matter would be referred to a Special Victim Prosecutor, Senior Trial Counsel, or Regional Trial Counsel not in the chain of command of the officer making the initial disposition determination for review and recommendation to a staff judge advocate in the chain of command. That staff judge

advocate would advise the next superior commander, who would
decide whether to endorse or supersede the initial disposition
determination.

The provision would require the training provided to
commissioned officers in the grades of O-6 and above on the
exercise of such disposition determination authority to include
specific training on sexual harassment, sexual assault, and
family abuse and domestic violence.

The House amendment contained no similar provision.

The Senate recedes.

*Advisory Committee on record and service review boards*

The House amendment contained a provision (sec. 523) that
would establish a Defense Advisory Committee on Record and
Upgrade Review Boards to advise the Secretary of Defense on the
best structure, practices, and procedures to ensure consistency
of the boards for correction of military records and service
review boards in carrying out their responsibilities under
chapter 79 of title 10, United States Code, and in granting
relief to claimants under that chapter.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition on implementation of military service suitability
determinations for foreign nationals who are lawful permanent
residents*

The House amendment contained a provision (sec. 525) that
would prohibit the Secretary of Defense from taking any action
to implement the memorandum entitled ''Military Service
Suitability Determinations for Foreign Nationals Who Are Lawful
Permanent Residents'' until the Secretary submits a report on
the justification for the policy changes made by that
memorandum.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to provide a
briefing to the Committees on Armed Services of the Senate and
House of Representatives, not later than 180 days after the
enactment of this Act.  The briefing shall include:  (1) The
number of lawful permanent residents (LPRs) who apply for
military service; (2) The average length of the military service
suitability determination process for LPRs, as detailed in the
policy memorandum, measured in six month increments since the
policy memorandum was implemented; (3) The number of LPRs who
have not been deemed suitable for enlistment or accession into

the military based on a matter identified during the process established by the memorandum; (4) A summary of the most common reasons underlying past determinations that an LPR is not suitable for military service; and (5) The Department's plans to improve and expedite the military service suitability determination process as it relates to LPRs.

*Independent Study on barriers to entry into the Armed Forces for English learners*

The House amendment contained a provision (sec. 527) that would require the Secretary of Defense to seek to enter into a contract with a federally funded research and development center to study barriers to entry into the Armed Forces for English learners.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Senate report 114-48 directs the Secretary of Defense to review the effectiveness of current enlistment testing practices in identifying high-potential recruits for military service, specifically among the non-native English speaking population of the United States, in light of evolving standards and methods in civilian education of measuring mental ability and academic potential.

The conferees look forward to receiving the Department's report on this topic.

*Reenlistment waivers for persons separated from the Armed Forces who commit one misdemeanor cannabis offense*

The House amendment contained a provision (sec. 528) that would require the Secretary of Defense to prescribe regulations, within 90 days of the date of the enactment of this Act, that would permit any Secretary of a military department to grant a reenlistment waiver to an individual previously separated from the Armed Forces who has admitted to, or been convicted by a court of a single misdemeanor violation of a Federal or State law relating to the use or possession of cannabis, which violation occurred while that individual was not on Active Duty in the Armed Forces.

The Senate bill contained no similar provision.

The House recedes.

*Recognition and honoring of service of individuals who served in United States Cadet Nurse Corps during World War II*

The House amendment contained a provision (sec. 530) that would require the Secretary of Defense to determine that the service of the organization known as the United States Cadet Nurse Corps during the period beginning on July 1, 1943, and ending on December 31, 1948, constitutes active military service.

The Senate bill contained no similar provision.

The House recedes.

*Nondiscrimination with respect to service in the Armed Forces*

The House amendment contained a provision (sec. 530B) that would add section 651a to title 10, U.S. Code, to require the Department of Defense to consider only the ability of an individual to meet gender-neutral occupational standards for military service generally and the military occupational specialty concerned, in particular, in evaluating a candidate for enlistment/accession. The provision would further require that any personnel policy developed or implemented by the Department ensure equality of treatment and opportunity for all persons in the Armed Forces, without regard to race, color, national origin, religion, and sex (including gender identity and sexual orientation). Finally, the provision promulgates a definition of "gender identity."

The Senate bill contained no similar provision.

The House recedes.

*Report on mechanisms to enhance the integration and synchronization of activities of Special Victim Investigation and Prosecution personnel with activities of military criminal investigative organizations*

The Senate bill contained a provision (sec. 536) that would require the Secretary of Defense to submit a report on mechanisms to enhance the integration and synchronization of activities of Special Victim Investigation and Prosecution personnel with activities of military criminal investigative organizations.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of Defense to provide to the Committees on Armed Services of the Senate and the House of Representatives, within 180 days from the date of enactment of this Act, a briefing setting forth proposals to enhance the integration and synchronization of Special Victim Investigation and Prosecution personnel with the activities of military criminal investigative organizations in investigations in which

both may be involved, together with any legislative and administrative actions required to implement those proposals.

*Pilot program on prosecution of special victim offenses committed by attendees of military service academies*

The House amendment contained a provision (sec. 538) that would require the Secretary of Defense to create and carry out a pilot program establishing an independent authority outside of the chain of command to review certain special victim offenses alleged to have been committed by military service academy cadets and midshipmen to determine whether such offenses should be referred to trial by a court-martial convening authority. This provision would also require the Secretary of Defense to establish an Office of the Chief Prosecutor within the Office of the Secretary of Defense, as part of the pilot program.

The Senate bill contained no similar provision.

The House recedes.

*Standard of evidence applicable to investigations and reviews related to protected communications of members of the Armed Forces and prohibited retaliatory actions*

The House amendment contained a provision (sec. 541) that would amend section 1034 of title 10, United States Code, to allow a finding or other determination made under subsections (c), (d), (g), or (h), to be based on the standards of evidence specified in section 1221(e) of title 5, United States Code.

The Senate bill contained no similar provision.

The House recedes.

*Repeal of 15-year statute of limitations on motions or requests for review of discharge or dismissal from the Armed Forces*

The Senate bill contained a provision (sec. 546) that would eliminate the 15-year statute of limitations on requests by or on behalf of a former servicemember for review by a discharge review board of the member’s discharge or dismissal from the Armed Forces.

The House amendment contained no similar provision.

The Senate recedes.

*Consultation regarding victim's preference in prosecution jurisdiction*

The House amendment contained a provision (sec. 547) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Personnel and Readiness, to issue guidance to ensure that a sexual assault victim's preference for prosecution jurisdiction is recorded.

The Senate bill contained no similar provision.

The House recedes.

*Safe to Report policy applicable across the Armed Forces*

The Senate bill contained a provision (sec. 527) that would require the Secretary of Defense, in consultation with the secretaries of the military departments and the Secretary of Homeland Security, to prescribe a Safe to Report policy applicable to all members of the Armed Forces, across both active and reserve components, and to cadets and midshipmen at the military service academies. A Safe to Report policy is one in which a victim of sexual assault who may have committed minor collateral misconduct at or about the time of the assault, or whose minor collateral misconduct is discovered only as the result of the investigation of the sexual assault, may report the assault to authorities without fear of discipline, except in cases in which aggravating circumstances increase the gravity of the minor collateral misconduct or its impact on military good order and discipline.

The provision would define minor collateral misconduct as including: (1) Improper use and possession of alcohol; (2) Consensual intimate behavior, including adultery or fraternization; (3) Presence in off-limits areas; and (4) Other misconduct specified in the regulations promulgated.

The provision would further require that the regulations promulgated by the Secretary specify the aggravating circumstances that would increase the gravity of minor collateral misconduct or its impact on good order and discipline.

The House amendment contained a similar provision (sec. 550).

The Senate and House recede.

*Preliminary inquiry on Arlington National Cemetery burial*

The House amendment contained a provision (sec. 550E) that would require the Department of the Army's General Counsel to conduct a preliminary inquiry to investigate the burial of Jack Edward Dunlap at Arlington National Cemetery due to accusations that Mr. Dunlap supplied the Soviet Union with intelligence during the Cold War.

The Senate bill contained no similar provision.
The House recedes.
The conferees encourage the Department of the Army to consider this case and, if necessary, to take appropriate action.

*Limitation on waiver of rights and protections under Servicemembers Civil Relief Act*

The House amendment contained a provision (sec. 550I) that would amend section 107(a) of the Servicemembers Civil Relief Act (Public Law 109-189) to restrict the ability of a servicemember or other covered individual to voluntarily waive their rights and protections provided by the Servicemembers Civil Relief Act.
The Senate contained no similar provision.
The House recedes.

*Effective date of rule regarding payday lending protections*

The House amendment contained a provision (sec. 550K) that would require section 1041.4 through 1041.6, 1041.10, and 1041.12(b)(1) through (3) of the final rule published on November 17, 2017 by the Bureau of Consumer Financial Protection related to Mandatory Underwriting Provisions to go into effect on August 19, 2019, with regards to servicemembers, veterans, and surviving spouses.
The Senate bill contained no similar provision.
The House recedes.

*Strengthening civilian and military partnerships to respond to domestic and sexual violence*

The House amendment contained a provision (sec. 550L) that would require the Comptroller General of the United States to submit to Congress a report on partnerships between military installations and civilian domestic and sexual violence response organizations.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that page 126 of the House Report 116-120, accompanying H.R. 2500, National Defense Authorization Act for Fiscal Year 2020, directs the Comptroller General of the United States to assess and report on the military services' domestic violence prevention and response programs. The conferees request that the Comptroller General expand this assessment to include a review of partnerships between military

installations and civilian domestic and sexual violence response organizations, the scope of services and support provided via such partnerships, and their role in a coordinated community response to domestic and sexual violence in military families.

*Education of Members of the Armed Forces on Career Readiness and Professional Development*

The House amendment contained a provision (sec. 552) that would require the Secretary of Defense to carry out a program to provide education on career readiness and professional development to members of the Armed Forces.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the military already provides numerous opportunities for servicemembers to receive information on career readiness and professional development. The Department of Defense should continue to ensure that all servicemembers are provided opportunities to translate their military experience into civilian education and certifications wherever possible.

*Defense Language Institute Foreign Language Center*

The House amendment contained a provision (sec. 553) that would amend section 2168 of title 10, United States Code, to permit the Defense Language Institute to confer Bachelor degrees, in addition to Associate degrees, to graduates that meet the appropriate requirements for that degree.

The Senate bill contained no similar provision.

The House recedes.

*Liberal consideration of evidence in certain claims by boards for the correction of military records and discharge review boards*

The Senate bill contained a provision (sec. 553) that would require military department boards for the correction of military records and discharge review boards to review all claims relating to a claimant's discharge or dismissal, or the characterization of that discharge or dismissal, with liberal consideration of all evidence and information presented by or on behalf of the former servicemember.

The House amendment contained no similar provision.

The Senate recedes.

The conferees encourage the military department boards for the correction of military or naval records to apply their powers of equity broadly to redress injustices in the military

records of a servicemember or former member, and in appropriate cases--as authorized by law or established in board precedent--to accord liberal consideration to the evidence and information presented by or on behalf of the member or former member. In the view of the conferees, such liberal consideration is particularly warranted in cases in which official military records pertinent to the member's application for relief have been destroyed or are otherwise unavailable, through no fault of the member.

*Expansion of Department of Defense STARBASE Program*

The House amendment contained a provision (sec. 554) that would amend section 2193b of title 10, United States Code, to expand the Starbase program by including art and design as technical fields for education of elementary and secondary children under the program.

The Senate bill contained no similar provision.

The House recedes.

*Congressional nominations for Senior Reserve Officers' Training Corps scholarships*

The House amendment contained a provision (sec. 557) that would allow the Secretary of the Army to consider any candidate nominated but not selected for appointment to the United States Military Academy by Members of Congress or officials from U.S. Territories to be considered for appointment as a Senior Reserve Officers' Training Corps cadet under section 2107 of title 10, United States Code.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Services already have the authority to ensure qualified military service academy applicants who do not receive an offer of admission are able to receive a scholarship through the Reserve Officers' Training Corps (ROTC). The Secretaries of the military departments are encouraged to develop creative policies to ensure that those young Americans who have demonstrated their propensity to serve in the military by applying to a service academy are able to qualify for and access ROTC scholarships.

*Survey of members of the Armed Forces on their experiences with military investigations and military justice*

The Senate bill contained a provision (sec. 558) that would require the Secretary of Defense to conduct a periodic

survey—at least once every 4 years but not more frequently than once every 2 years—to be known as the Military Investigation and Justice Experience Survey, on the experience of members of the Armed Forces with military investigations and military justice. Those surveyed would include members of the Armed Forces who are victims of an alleged sex-related offense and who made an unrestricted report of that offense. Participants would be surveyed on their experience with a Special Victims' Counsel/Victims' Legal Counsel and, if charges in the victim's case were referred to court-martial, with the prosecutor and the court-martial in general.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the Department already has implemented a Military Investigation and Justice Experience Survey, and encourage the Department to continue to enhance this survey; to monitor trends revealed by survey responses and data over time; as appropriate, to take action to improve military investigations, the Special Victims' Counsel/Victims' Legal Counsel programs, and prosecution processes to address matters raised by survey responses and data; and to include information and insights derived from the survey, when salient, in future briefings and reports to the Congress.

Safe-to-Report policy applicable to military service academies

The House amendment contained a provision (sec. 560A) that would require the Secretary of Defense to publish regulations for the implementation of a Safe-to-Report policy, which would allow the victims of an alleged sexual assault at the United States Military Academy, United States Naval Academy, United States Air Force Academy, and the United States Coast Guard Academy, who may have committed minor collateral misconduct, an opportunity to report an occurrence of sexual assault without fear of discipline for that misconduct.

The Senate bill contained no similar provision.

The House recedes.

*Recoupment of funds from cadets and midshipmen separated for criminal misconduct*

The House amendment contained a provision (sec. 560B) that would direct the secretary of each military department to prescribe regulations to require the Superintendent of a military service academy to recoup the costs of advanced education received by a cadet or midshipman who is separated

from the Academy for reasons of criminal misconduct, at any time prior to graduation.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that in accordance with section 2005 of title 10, United States Code, and section 303a(e) of title 37 of the Code, the secretaries of the military departments already are vested with authority to recoup the costs of advanced education at a military service academy from a cadet who is separated from the academy prior to graduation. As appropriate, the conferees encourage the secretaries of the military departments to require cadets and midshipmen separated from a military service academy for criminal misconduct to repay the costs of their advanced education, even if the cadet or midshipman is separated prior to having completed 2 years of schooling.

*Support of military service academy foundations*

The House amendment contained a provision (sec. 560D) that would amend chapter 155 of title 10, United States Code, to authorize service secretaries to provide support to certain non-profit fundraising foundations that operate exclusively to support military service academies.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the primary funding source for military service academies remains appropriated Federal dollars. Each academy currently receives significant additional support from several dedicated non-profit organizations. While academy superintendents may be formally prohibited from engaging in fundraising on behalf of these private organizations, that restriction helps to maintain a healthy separation between the federally funded military institution and private organizations that are not subject to Federal oversight. The conferees are encouraged that the current arrangement between the academies and their non-profit fundraising foundations has resulted recently in each academy opening new, privately funded, facilities for cadet and midshipmen athletics, character development, and cyber education.

*Medical personnel at Marine Corps recruit depots*

The House amendment contained a provision (sec. 562) that would require the Secretary of the Navy, in coordination with the Navy Medical Department, to assign medical personnel to the

Marine Recruit Training Regiment at each Marine Corps Recruit Depot.

The Senate bill contained no similar provision.

The House recedes.

*Inclusion of Specific Email Address Block on Certificate of Release or Discharge from Active Duty (DD Form 214)*

The House amendment contained a provision (sec. 564) that would modify the certificate of release or discharge from Active Duty (DD Form 214) by adding an email address block.

The Senate bill contained no similar provision.

The House recedes.

*Consecutive service of service obligation in connection with payment of tuition for off-duty training or education for commissioned officers of the Armed Forces with any other service obligations*

The Senate bill contained a provision (sec. 566) that would amend section 2007 of title 10, United States Code, to require that an Active-Duty service obligation incurred by an officer for the acceptance of tuition assistance for off-duty training or education be served sequentially with any other service obligation already incurred by the officer.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that section 2007 of title 10, United States Code, requires officers who accept tuition assistance to remain on Active Duty for a period of at least two years after the completion of the education for which tuition assistance was used. In fiscal year 2018, the Department of Defense provided tuition assistance to approximately 15,000 Active Duty commissioned officers at a cost of almost $31 million. According to the Government Accountability Office, around 10 percent of Army and Navy officers who last used tuition in 2017 are now separated from the military. The median number of years served after these officer’s last use of tuition assistance was 1.6 years for Army officers and only 1.2 years for Navy officers. These statistics suggest that tuition assistance may not be serving one of its intended purposes, which is to provide a valuable benefit in exchange for continued military service.

Therefore, the conferees direct the Secretary of Defense in consultation with the secretaries of the military departments to conduct an analysis of the officer voluntary tuition assistance program. The analysis should include: (1)An evaluation of whether the tuition assistance program is serving

as a retention tool; (2) A discussion of the merits of
lengthening or requiring active duty service obligations
incurred as a result of accepting tuition assistance be served
consecutively with other service commitments; and (3) An
assessment of whether those officers who receive a fully funded
bachelor's degree through their commissioning source should be
eligible to receive voluntary tuition assistance funding prior
to the completion of their initial Active Duty service
obligation.
      The results of this analysis shall be submitted to the
Committees on Armed Services of the Senate and House of
Representatives by April 1, 2020.

*Expansion and renaming of the Troops-to-Teachers Program*

      The House amendment contained a provision (sec. 568) that
would amend section 1154 of title 10, United States Code, to
expand and rename the Troops-to-Teachers Program.
      The Senate bill contained no similar provision.
      The House recedes.

*Transition outreach pilot program*

      The House amendment contained a provision (sec. 569) that
would require the Secretary of Defense, in coordination with the
Secretaries of Veterans Affairs, Labor, Education, and Homeland
Security, and the Administrator of the Small Business
Administration, to establish a pilot program through the
Transition to Veterans Program office, within 90 days of the
date of the enactment of this Act, to foster contact between
veterans and the Department of Defense. The pilot program would
terminate by September 30, 2020, and the Secretary would then
submit a report to Congress regarding such program within 90
days of the termination of the program.
      The Senate bill contained no similar provision.
      The House recedes.

*Assessment and study of Transition Assistance Program*

      The House amendment contained a provision (sec. 570A) that
would require the Secretary of Veterans Affairs to enter into an
agreement with an appropriate entity with experience in adult
education to conduct a 1-year independent assessment of the
Transition Assistance Program (TAP).  Additionally, the
provision would require the Secretary, in consultation with the
Secretaries of Defense and Labor and the Administrator of the
Small Business Administration, to conduct a 5-year longitudinal

study regarding TAP on three separate cohorts of discharged servicemembers.

The Senate bill contained no similar provision.

The House recedes.

*Information regarding county veterans service officers*

The House amendment contained a provision (sec. 570B) that would require the Secretary of Defense to ensure that a separating or retiring member of the Armed Forces may elect to have Department of Defense form DD-214 sent to the appropriate county veterans service officer based on the mailing address provided by the member. The provision would require the Secretaries of Defense and Veterans Affairs to maintain a database of all county veterans services officers.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that section 570F of this bill would require the Secretaries of Defense and Veterans Affairs to enter jointly into a memorandum of understanding or other agreements with State veterans agencies to transmit information from Department of Defense form DD-2648 on individuals undergoing retirement, discharge, or release from the Armed Forces, if elected by such individuals, to provide or connect veterans to benefits or services.

*Notice to separating servicemembers of rights under the Servicemembers Civil Relief Act*

The House amendment contained a provision (sec. 570E) that would amend section 105 of the Servicemembers Civil Relief Act (Public Law 109-189) to require service secretaries to provide notice to individuals who are no longer eligible for protections provided by the Servicemembers Civil Relief Act not sooner than 150 days and not later than 180 days after the date of termination of a period of military service of that individual.

The Senate bill contained no similar provision.

The House recedes.

The conferees encourage the Department of Defense to ensure that those servicemembers leaving the military are provided notice of lost benefits and protections under the Servicemembers Civil Relief Act.

*Modification of responsibility of the Office of Special Needs for individualized service plans for members of military families with special needs*

The Senate bill contained a provision (sec. 578) that would amend subparagraph (F) of section 1781(c)(d)(4) of title 10, United States Code, to require the Department of Defense (DOD) to develop an individualized service plan for military family members with special needs when requested in connection to the completion of a family needs assessment.

The House amendment contained no similar provision.

The Senate recedes.

The conferees remain concerned that military family members with special needs are not receiving individualized services plans when necessary or requested, and direct the Secretary of Defense to brief the Committees on Armed Services of the Senate and House of Representatives no later than March 1, 2020, on the implementation of the Family Needs Assessment and any other reviews involving individualized service plans, to include: (1) Data on the utilization of the Family Needs Assessment; (2) How the Department is ensuring military families are aware of the services and programs available to them as the Office of Special Needs updates policies and implements the Family Needs Assessment; and (3) How the Department intends to ensure individualized services plans are being completed and followed correctly.

*Direct employment pilot program for members of the National Guard and Reserve, veterans, their spouses and dependents, and members of gold star families*

The House amendment contained a provision (sec. 579) that would enable the Secretary of Defense to create a pilot program that would allow States to establish or expand job placement programs, and related employment services, for unemployed guardsmen, reservists, military spouses, and veterans.

The Senate bill contained no similar provision.

The House recedes.

*Pilot program to fund non-profit organizations that support military families*

The House amendment contained a provision (sec. 580A) that would require the Secretary of Defense to establish a pilot program to provide grants to eligible nonprofit organizations that support military families.

The Senate bill contained no similar provision.

The House recedes.

*Increase in assistance to certain local educational agencies*

The House amendment contained a provision (sec. 580F) that would authorize an additional appropriation of $10.0 million for support to local educational activities that serve military communities and families. The additional funding would be offset by a reduction in funding of $10.0 million for Navy shipbuilding and conversion.

The Senate bill contained no similar provision.

The House recedes.

*Assistance for deployment-related support of members of the Armed Forces undergoing deployment and their families beyond the Yellow Ribbon Reintegration Program*

The House amendment contained a provision (Sec. 580G) that would require the Secretary of Defense to provide funds to states, territories, and government entities to carry out programs that provide deployment information to servicemembers and their families throughout the deployment cycle.

The Senate bill contained no similar provision.

The House recedes.

*Briefing on use of Family Advocacy Programs to address domestic violence*

The Senate bill contained a provision (sec. 581) that would require a briefing on the use of Family Advocacy Programs to address domestic violence.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of Defense to provide the Committees on Armed Services of the Senate and the House of Representatives with a briefing on the various ways in which the Family Advocacy Programs of the military departments could be used and enhanced to end domestic violence among members of the Armed Forces, and to support survivors of such violence and their dependents.  The briefing should be provided not later than 180 days after the date of enactment of this Act.

*Establishment of the Atomic Veterans Service Medal*

The House amendment contained a provision (sec. 582) that would authorize the creation of the Atomic Veterans Service Medal, to be awarded to radiation-exposed veterans.

The Senate bill contained no similar provision.

The House recedes.

*Authorization for award of the Medal of Honor to Alwyn Cashe for acts of valor during Operation Iraqi Freedom*

The House amendment contained a provision (sec. 584) that would waive the time limitations specified in section 7271 of title 10, United States Code, to authorize the President to award the Medal of Honor to Alwyn C. Cashe for the acts of valor during Operation Iraqi Freedom.
The Senate bill contained no similar provision.
The House recedes.

*Eligibility of veterans of Operation End Sweep for Vietnam Service Medal*

The House amendment contained a provision (sec. 585) that would authorize the Secretary of the military department concerned to award the Vietnam Service Medal to a veteran who participated in Operation End Sweep, upon the application of that individual.
The Senate bill contained no similar provision.
The House recedes.
The conferees recognize the outstanding service of veterans who participated in Operation End Sweep, from February 6, 1973, to July 18, 1973, undertaking the harrowing work of clearing sea mines laid in Vietnamese waters. The conferees value the meritorious performance of Operation End Sweep veterans following the cessation of military combat operations in Vietnam.

*Authority to award or present a decoration not previously recommended in a timely fashion following a review requested by Congress*

The Senate bill contained a provision (sec. 587) that would amend section 1130 of title 10, United States Code, authorizing the Secretary of Defense to present an award or decoration following the favorable review of a proposal upon request of a Member of Congress.
The House amendment contained no similar provision.
The Senate recedes.
The Senate bill contained an additional provision (sec. 5587) that would amend section 587 such that section 587 would have no force or effect.
The House amendment contained no similar provision.
The Senate recedes.

*Authority to make posthumous and honorary promotions and appointments following a review requested by Congress*

The Senate bill contained a provision (sec. 588) that would amend section 1563 of title 10, United States Code, to authorize the Secretary of Defense to prescribe regulations to make a posthumous or honorary promotion following the submission to the requesting Member of Congress and to the Committees on Armed Services of the Senate and the House of Representatives of a determination as to the merits of approving the posthumous or honorary promotion or appointment. The promotion or appointment would not affect retired pay or other benefits based upon the individual's military service.

The House amendment contained no similar provision.

The Senate recedes.

*Repeal of quarterly report on end strengths*

The House amendment contained a provision (sec. 591) that would repeal paragraph (3) of section 115(e) of title 10, United States Code, to remove the requirement for the Secretary of Defense to notify the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives whenever the Secretary establishes an end-of-quarter strength level pursuant to section 115(e)(2)(A) or modifies a strength level pursuant to section 115(e)(2)(B).

The Senate bill contained no similar provision.

The House recedes.

*Expressing support for the designation of a "Gold Star Families Remembrance Day"*

The House amendment contained a provision (sec. 596) that would express the sense of Congress to support the designation of a "Gold Star Families Remembrance Day."

The Senate bill contained no similar provision.

The House recedes.

The conferees support the designation of a "Gold Star Families Remembrance Day" to honor and recognize the sacrifices made by the families of servicemembers who gave their lives to defend freedom, and encourage the observation of "Gold Star Families Remembrance Day" by performing acts of service and good will in each community and by celebrating the lives of those who have made the ultimate sacrifice so that others could continue to enjoy life, liberty, and the pursuit of happiness.

*Sense of Congress regarding the High-Altitude Army National Guard Aviation Training Site*

The House amendment contained a provision (sec. 599C) that would express the sense of Congress that military aviation training in Colorado is critical to the national security of the United States and the readiness of the Armed Forces.

The Senate bill contained no similar provision.

The House recedes.

The conferees express their strong support for military aviation training in Colorado and, in particular, the High-Altitude Army National Guard Aviation Training Site (HAATS). The conferees further note that HAATS is the only Department of Defense school where rotary-wing aviators in the Armed Forces, and the militaries of foreign allies, learn how to safely fly rotary-wing aircraft in mountainous, high-altitude environments.

# TITLE VI—COMPENSATION AND OTHER PERSONNEL BENEFITS

## SUBTITLE A—PAY AND ALLOWANCES

*Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action (sec. 601)*

The House amendment contained a provision (sec. 601) that would amend section 372 of title 37, United States Code, to authorize, in the case of a member under the jurisdiction of a Secretary of a military department, the continuation of special pays until the date on which the member is determined fit for duty.

The Senate bill contained no similar provision.

The Senate recedes.

*Continued entitlements while a member of the Armed Forces participates in a career intermission program (sec. 602)*

The House amendment contained a provision (sec. 610) that would amend section 710(h) of title 10, United States Code, to authorize servicemembers participating in a career intermission program to be eligible for death benefits while part of the program.

The Senate bill contained no similar provision.

The Senate recedes.

*Exemption from repayment of voluntary separation pay (sec. 603)*

The House amendment contained a provision (sec. 610B) that would amend section 1175a of title 10, United States Code, to exempt servicemembers who are involuntarily recalled to active duty or full-time National Guard duty and who also incur a total service-connected disability from the requirement to repay voluntary separation pay.

The Senate bill contained no similar provision.

The Senate recedes.

*Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service (sec. 604)*

The House amendment contained a provision (sec. 627) that would amend section 12731(f)(2)(B)(i) of title 10,United States Code, to authorize retirement credit for a servicemember who as a member of the Ready Reserve serves on Active Duty or performs Active service under section 12304(b) of title 10, United States Code. The eligibility age will be reduced below 60 years of age by 3 months for each aggregate of 90 days on which such person serves on such Active Duty or performs such Active service in any fiscal year after January 28, 2008, or in any two consecutive fiscal years after September 30, 2014.

The Senate bill contained no similar provision.

The Senate recedes.

*Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates (sec. 605)*

The House amendment contained a provision (sec. 603) that would amend section 403(b) of title 37, United States Code, to authorize the Secretary of Defense to prescribe a temporary adjustment of the basic allowance for housing rates for a housing area where the actual costs of adequate housing differ from the calculated rates of housing for that area as determined by the Secretary.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense to prescribe a temporary upward or downward adjustment to Basic Allowance for Housing (BAH) if the Secretary concerned determines that the actual cost of civilian housing differs from current BAH rates by more than 20 percent.

*Reinvestment of travel refunds by the Department of Defense (sec. 606)*

The Senate bill contained a provision (sec. 622) that would provide the Secretary of Defense with the authority to receive and effectively reinvest miscellaneous receipts obtained through a travel rebate or refund program, a repayment of inaccurate charges, or a collection of an unused travel segment.

The House amendment contained no similar provision.

The House recedes.

*Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers (sec. 607)*

The House amendment contained a provision (sec. 606) that would amend sections 452 and 477 of title 37, United States Code, to allow servicemembers to receive a partial dislocation allowance if they are ordered to vacate dormitories.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 477 of title 37, United States Code, to authorize Partial Dislocation Allowance to servicemembers ordered to vacate housing provided by the United States. The amendment would also amend section 452 of title 37, United States Code, to authorize a Partial Dislocation Allowance to be paid to servicemembers ordered to vacate housing provided by the United States after January 1st, 2022.

*Reductions on account of earnings from work performed while entitled to an annuity supplement (sec. 608)*

The House amendment contained a provision (sec. 633) that would amend section 8421a of title 5, United States Code, to authorize supervisors of air traffic control instructors who are collecting a Federal retirement annuity to be exempt from reductions to their annuity supplement if re-employed under a contract with the Federal Aviation Administration.

The Senate bill contained no similar provision.

The Senate recedes.

*Increase in basic pay (sec. 609)*

The House amendment contained a provision (sec. 606) that would authorize a 3.1 percent increase in basic pay rates for members of the uniformed services.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE B—BONUSES AND SPECIAL INCENTIVE PAYS

*One-year extension of certain expiring bonus and special pay authorities (sec. 611)*

The Senate bill contained a provision (sec. 611) that would extend, through December 31, 2020, various expiring bonus and special pay authorities for military personnel. The provision would extend special pay and bonus authority for reserve personnel, military healthcare professionals, and nuclear officers and consolidated pay authorities for officer and enlisted personnel. The provision would also extend the authority to provide temporary increases in the rate of Basic Allowance for Housing in certain circumstances.

The House amendment contained an identical provision (sec. 611).

The conference agreement includes this provision.

## SUBTITLE C—FAMILY AND SURVIVOR BENEFITS

*Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members (sec. 621)*

The Senate bill contained a provision (sec. 601) that would amend section 1059(m) of title 10, United States Code, to authorize the Secretaries of the military departments to provide transitional compensation, in exceptional circumstances, to certain dependents before an eligible servicemember is discharged from Active Duty.

The House amendment contained an identical provision (sec. 621).

The conference agreement includes this provision.

*Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation (sec. 622)*

The House amendment contained a provision (sec. 630A) that would amend subchapter II of chapter 73 of title 10, United States Code, to repeal the requirement that Survivor Benefit Plan payments be offset by any payments received through dependency and indemnity compensation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a 3 year phase out of the requirement that Survivor Benefit Plan payments be offset by any payments received through dependency and indemnity compensation.

*Death gratuity for ROTC graduates (sec. 623)*

The House amendment contained a provision (sec. 622) that would amend section 1475 of title 10, United States Code, to authorize a death gratuity to the family of a graduate of the Reserve Officers' Training Corps who dies before receiving a first duty assignment.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would require a graduate of Reserve Officers' Training Corps to also receive a commission before being eligible for a death gratuity.

*Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty (sec. 624)*

The House amendment contained a provision (sec. 625) that would amend section 1798(a) of title 10, United States Code, to authorize the Department of Defense to provide financial assistance to civilian providers of childcare services or youth program services to survivors of members of the Armed Forces who die in the line of duty while on active duty, active duty for training, or inactive duty for training.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would amend section 1798(a) of title 10, United States Code, to authorize the Department of Defense to provide financial assistance to civilian providers of childcare services or youth program services to survivors of members of the Armed Forces who die in combat-related incidents in the line of duty.

*Casualty assistance for survivors of deceased ROTC graduates (sec. 625)*

The House amendment contained a provision (sec. 630) that would provide a casualty assistance officer to the family of Reserve Officers' Training Corps cadets who have taken the oath but have not yet reported to their first duty station, in the event of their death.
The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require Reserve Officers' Training Corps graduates to have received a commission for the graduate's family to be eligible for a casualty assistance officer.

## SUBTITLE D—DEFENSE RESALE MATTERS

*Defense resale system matters (sec. 631)*

The Senate bill contained a provision (sec. 641) that would require the Under Secretary of Defense for Personnel and Readiness, in coordination with the Chief Management Officer of the Department of Defense, to maintain oversight of the business transformation efforts of the defense commissary system and the exchange stores system to ensure: (1) Development of an inter-component business strategy that maximizes efficiencies and results in a viable defense resale system in the future; (2) Preservation of patron savings and satisfaction from and in the defense commissary system and exchange stores system; and (3) Sustainment of financial support of the defense commissary and exchange systems for morale, welfare, and recreation services of the Armed Forces. The provision would require the Executive Resale Board of the Department to advise the Under Secretary on the implementation of sustainable, complementary operations of the defense commissary system and the exchange stores system. Additionally, the provision would require the Defense Commissary Agency and the Military Exchange Service to identify and implement best commercial business practices and shared-services systems while integrating certain services provided by the exchange stores system within commissary system facilities. The provision would also require the modernization of information technology and implementation of cutting-edge marketing in the defense resale system. Finally, the provision would amend section 2483(b) of title 10, United States Code, to authorize inclusion of advertising expenses in the operating expenses of commissary stores.

The House amendment contained no similar provision.

The House recedes with an amendment that would strike paragraph (c) of the Senate provision.

*Procurement by commissary stores of certain locally sourced products (sec. 632)*

The Senate bill contained a provision (sec. 631) that would require the Secretary of Defense to ensure that dairy products, fruits, and vegetables procured for defense commissary stores are, to the extent practicable, locally sourced.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary to maintain mandated patron savings when procuring locally sourced products for commissaries.

*GAO review of defense resale optimization study (sec. 633)*

The House amendment contained a provision (sec. 631) that would require the Comptroller General of the United States to conduct a review of the business case analysis performed as part of the defense resale optimization study conducted by the Reform Management Group, titled "Study to Determine the Feasibility of Consolidation of the Defense Resale Entities" and dated December 4, 2018. The Comptroller General would submit a report by April 1, 2020, to the Committees on Armed Services of the Senate and the House of Representatives. The provision would prohibit the Secretary of Defense from taking any action to consolidate military exchanges and commissaries until such committees notify the Secretary in writing of receipt and acceptance of the findings of the Comptroller General in the reports required under this provision.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the report requirement.

The conferees note that the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020 requires the Comptroller General to provide a similar assessment to the same committees not later than December 1, 2019.

## SUBTITLE E—MORALE, WELFARE, AND RECREATION PRIVILEGES

*Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave (sec. 641)*

The House amendment contained a provision (sec. 634) that would amend section 1065 of title 10, United States Code, as added by section 621 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to extend certain morale, welfare, and recreation privileges to foreign service officers on mandatory home leave.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension of pilot program on a Government lodging program (sec. 642)*

The Senate bill contained a provision (sec. 621) that would extend by 1 year the Secretary of Defense's authority to execute a Department of Defense lodging program.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE F—REPORTS AND OTHER MATTERS

*Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes (sec. 651)*

The Senate bill contained a provision (sec. 1057) that would modify section 908 of title 37, United States Code, to require the Secretaries of the military departments to submit annually to appropriate committees and Members of Congress, a joint report enumerating each approval issued during the preceding year for a retired general or flag officer to accept civil employment or compensation for which the consent of Congress is required by the last paragraph of Section 9 of Article I of the Constitution, related to acceptance of emoluments, offices, or titles from a foreign government. The provision would require the first report to cover the 5-year period preceding the year in which the report is submitted.

The House contained a similar provision (sec. 609), with an added requirement that the report be posted on a publicly available Internet website of the Department of Defense no later than 30 days after it has been submitted to Congress.

The Senate recedes with an amendment that would require that each report be generated in consultation with the Secretary of State, who takes final action on requests for waiver of the prohibition on the acceptance of emoluments, offices or titles from foreign governments, and removes the requirement for public posting of reports.

*Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories (sec. 652)*

The House amendment contained a provision (sec. 610A) that would require the Secretary of Defense to submit a report to the congressional defense committees evaluating whether members of the uniformed services located in the territories of the United

States should receive the Basic Allowance for Housing instead of the Overseas Housing Allowance.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components (sec. 653)*

The Senate bill contained a provision (sec. 5602) that would require the Secretary of Defense to submit a report to the congressional defense committees on the feasibility and advisability of paying eligible members of the reserve components any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components.

The House amendment contained no similar provision.

The House recedes.

*Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs (sec. 654)*

The House amendment contained a provision (sec. 608) that would require the Secretaries of Defense and Veterans Affairs to conduct a joint study on recoupment of various separation pay.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis (sec. 655)*

The Senate bill contained a provision (sec. 631) that would amend section 1465 of title 10, United States Code, to require the Secretary of Defense to make contributions to the Military Retirement Fund based on an actuarial calculation of each service’s planned pension obligations, beginning with fiscal year 2021.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to deliver a report to the congressional defense committees detailing an implementation plan for the

Senate-passed provision that would require service-specific contributions to the Military Retirement Fund.

The conferees note that requiring service-specific contributions to the Military Retirement Fund will provide valuable insight into the true costs of each military department's manpower. The current system of Military Retirement Fund contributions produces a disparity between the services. Those services with fewer personnel who reach full retirement eligibility, like the Marine Corps, contribute more to the Military Retirement Fund than needed to pay for retired marines' pensions. Meanwhile, those services that have larger numbers of personnel who reach full retirement eligibility, like the Air Force, effectively receive a discount on their Military Retirement Fund contributions.

As each service updates its overall force profile to support the National Defense Strategy and implements other reforms, like those to the Blended Retirement System, the conferees believe it is critical that senior leaders in the DOD accurately account for the fully-burdened life-cycle cost of each service's manpower plans.

*Report on food insecurity among members of the Armed Forces and their dependents (sec. 656)*

The House amendment contained a provision (sec. 602) that would amend section 402 of title 37, United States Code, to authorize the Secretary of Defense to pay a basic needs allowance to a qualified servicemember.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representative on food insecurity among members of the Armed Forces and their dependents.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Basic allowance for housing for a member without dependents when relocation would financially disadvantage the member*

The House amendment contained a provision (sec. 604) that would allow the Secretaries of the military departments discretionary authority to authorize a housing allowance based on the old homeport or permanent duty station for single members disadvantaged as a result of a unit's change of homeport or permanent duty station, as long as the member had orders returning to the previous homeport or duty station.

The Senate bill contained no similar provision.
The House recedes.
The conferees note, in general, the Navy plans ship homeport changes well in advance of the actual relocation occurring. In the same way, the Navy should also plan personnel movements related to homeport changes well in advance in order to minimize disruption to sailors. The conferees note that current law does not require Basic Allowance for Housing be based on a ship's homeport, and would encourage the Navy to work with the Department of Defense to develop a policy solution that provides the necessary authority.

*Annual adjustment of basic pay*

The House amendment contained a provision (sec. 607) that would require the adjustment in rates of monthly basic pay required by subsection (a) of section 1009 of title 37, United States Code, to take effect, notwithstanding any determination made by the President.
The Senate bill contained no similar provision.
The House recedes.

*Space-available travel on military aircraft for children and surviving spouses of members who die of hostile action or training duty*

The House amendment contained a provision (sec. 626) that would amend section 2641 of title 10, United States Code, to allow children meeting certain requirements and surviving spouses of members of the Armed Forces who die as a result of hostile action or training duty to use space-available travel.
The Senate bill contained no similar provision.
The House recedes.
The conferees note that section 2641b of title 10, United States Code, authorizes the space-available travel program and provides the Secretary of Defense with the ability to extend eligibility for the program to any category of individual the Secretary considers appropriate.  The conferees believe that space-available travel privileges should be extended to spouses and children of servicemembers who die in combat, if there is no impact on readiness or on the priority appropriately afforded to members of the armed forces on active duty and their families, in recognition of the demands of active military service and the need for respite from such demands. Accordingly, the conferees direct the Secretary to  report to the Committees on Armed Services of the Senate and the House of Representatives by no later than March 1, 2020, on the scope of the population

described in section 626 of the House bill, the obstacles in providing this population with space-available privileges, and whether an extension of this benefit to such population would interfere with the use of space-available travel by active duty members and their families, particularly on the most traveled routes.

*Report regarding management of military commissaries and exchanges*

The House amendment contained a provision (sec. 632) that would require the Secretary of Defense to submit a report to the congressional defense committees, not later than 180 days after the date of the enactment of this Act, regarding management practices of military commissaries and exchanges.
The Senate bill contained no similar provision.
The House recedes.

*Treatment of fees on services provided as supplemental funds for commissary operations*

The Senate bill contained a provision (sec. 642) that would amend section 2483(c) of title 10, United States Code, to authorize retention of fees collected on services provided to secondary patron groups, such as Department of Defense contractors living overseas, by the Defense Commissary Agency to offset commissary operating costs.
The Senate bill contained a provision (sec. 5642) that would cause section 642, and the amendment made by that section, to have no cause or effect.
The House amendment contained no similar provisions.
The Senate recedes.

# TITLE VII—HEALTH CARE PROVISIONS

## SUBTITLE A—TRICARE AND OTHER HEALTH CARE BENEFITS

*Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve (sec. 701)*

The House amendment contained a provision (sec. 703) that would amend section 1076d(a)(2) of title 10, United States Code, to modify eligibility for TRICARE Reserve Select for certain members of the Selected Reserve after December 31, 2029.

The Senate bill contained no similar provision.
The Senate recedes.

*TRICARE payment options for retirees and their dependents (sec. 702)*

The Senate bill contained a provision (sec. 702) that would amend section 1099 of title 10, United States Code, to require that a premium owed by a member, former member, or dependent, eligible for medical and dental care under section 1074(b) or 1076 of such title, be withheld, to the maximum extent practicable, from the individual's retired, retainer, or equivalent pay. The provision would authorize the Secretary of Defense to determine the method and frequency of payment when circumstances prevent payment through an allotment from retired, retainer, or equivalent pay. The amendments in this provision would apply to health care coverage beginning on or after January 1, 2021.
The House amendment contained no similar provision.
The House recedes.

*Lead level screening and testing for children (sec. 703)*

The Senate bill contained a provision (sec. 703) that would require the Secretary of Defense to establish and disseminate clinical practice guidelines for health care providers in the military health system on screening, testing, and reporting of blood lead levels in children. The provision would require the Secretary to provide blood lead level test results to a child's parent or guardian, the State health department where the child resides, or the Centers for Disease Control and Prevention and the appropriate country if the child resides outside the United States. Finally, the provision would require the Secretary to submit a report to the congressional defense committees, not later than January 1, 2021, describing the number of children screened, tested, and treated for elevated blood lead levels during the period beginning on the date of the enactment of this Act and ending on the date of the report.
The House amendment contained a provision (sec. 704) that would amend section 1077 of title 10, United States Code, to prescribe certain times when a child should be screened and tested for elevated blood lead levels during well-baby care visits in military medical treatment facilities. The provision would require the Secretary to share test results similarly as prescribed in the Senate provision. In addition, the provision would require the Secretary to submit a similar report to the

same committees by the same date and to require the Comptroller General of the United States to submit a report to those committees, not later than January 1, 2022, on the effectiveness of screening, testing, and treating children for lead exposure and lead poisoning. Finally, the provision would require the Secretary to maintain records regarding military housing and lead-based paint.

The House recedes with a clarifying amendment.

*Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations (sec. 704)*

The House amendment contained a provision (sec. 705) that would amend sections 1145(a)(5) and 1074f(b)(2) of title 10, United States Code, to require the Secretary of Defense to ensure that periodic, separation, or deployment health assessments provided to servicemembers include an evaluation whether the member has been: (1) Based or stationed at a location where an open burn pit was used; and (2) Exposed to toxic airborne chemicals or contaminants, including any information recorded in the Airborne Hazards and Open Burn Pit Registry. The provision would require the Secretaries of Defense and Veterans Affairs to enter into a joint memorandum of understanding to share results of such assessments regarding a servicemember's exposure to toxic airborne chemicals or contaminants and to enroll such servicemember in the named registry unless the member elects not to enroll.

The Senate bill contained a similar provision (sec. 5702).

The Senate recedes.

*Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas (sec. 705)*

The Senate bill contained a provision (sec. 717) that would amend section 1074f of title 10, United States Code, to require the Department of Defense to include occupational or environmental health exposures during deployment in its medical tracking system. The provision would also require the Department to provide healthcare providers with questions to ask servicemembers about occupational or environmental health exposures during post-deployment health assessments and to ensure that the medical records of servicemembers include information on the external cause relating to a medical diagnosis of the member. Finally, the provision would require the Secretary of Defense to ensure that the Department's medical

personnel have access to information in the burn pit registry maintained by the Department of Veterans Affairs.

The House amendment contained a similar provision (sec. 706).

The House recedes.

*Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation (sec. 706)*

The House amendment contained a provision (sec. 707) that would amend section 1074m(a)(1) of title 10, United States Code, to modify the requirement for post-deployment mental health assessments for servicemembers deployed in support of a contingency operation. The provision would provide certain exceptions to the timeline for the administration of mental health assessments. In addition, the provision would amend section 1074m(a)(1)(B) to eliminate the sunset for such assessments during deployment.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances (sec. 707)*

The Senate bill contained a provision (sec. 704) that would require the Secretary of Defense, beginning on October 1, 2020, to provide blood testing to determine and document potential exposure to perfluoroalkyl and polyfluoroalkyl substances for firefighters of the Department of Defense during their annual physical exams.

The House bill contained a similar provision (sec. 708).

The House recedes.

## SUBTITLE B—HEALTH CARE ADMINISTRATION

*Modification of organization of military health system (sec. 711)*

The Senate bill contained a provision (sec. 711) that would amend section 1073c of title 10, United States Code, to make clarifying and technical amendments on the administration of the Defense Health Agency and military medical treatment facilities.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

Over the past four years, Congress has enacted several provisions designed to guide the Department of Defense in implementing a major reform of the military health system to make it more effective, efficient, and less costly. These enactments require replacement of the semi-autonomous Service-run components of the system with a single accountable organization, the Defense Health Agency, responsible for managing an integrated health care system that includes all military medical treatment facilities in the direct care system, with a sharper focus on military medical readiness, and the purchased care system, with an emphasis on maximum value and the attainment of better health outcomes for beneficiaries and the Department. Under this construct, the responsibility of the military departments is to recruit, retain, organize, and develop the military medical force and to make it available to combatant commands when needed to support military operations or otherwise to the Defense Health Agency. The conferees are aware of a lack of consensus in the Department on implementing the reforms required by law but see no reason to change direction. The conferees expect the Secretary of Defense to fully implement the law and to accomplish these critically important reforms expeditiously.

*Support by military health system of medical requirements of combatant commands (sec. 712)*

The Senate bill contained a provision (sec. 712) that would amend section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-332) to modify and clarify the military health system's support to the medical requirements of the combatant commands.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Requirements for certain prescription drug labels (sec. 713)*

The House amendment contained a provision (sec. 711) that would amend section 1074g of title 10, United States Code, to require the Secretary of Defense to ensure that drugs made available through facilities of the Armed Forces under the Secretary's jurisdiction shall include printed labels, on or within the drug package, which provide directions for the drug's use. The provision would require implementation within 90 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to ensure that such drugs include labels and other labeling in compliance with the requirements of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.)

*Officers authorized to command Army dental units (sec. 714)*

The Senate bill contained a provision (sec. 723) that would amend section 7081(d) of title 10, United States Code, to authorize Army Medical Department officers to command Army dental units.

The House amendment contained a similar provision (sec. 712).

The Senate recedes.

*Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs (sec. 715)*

The House amendment contained a provision (sec. 713) that would amend section 1635(c) of the Wounded Warrior Act (title 16 of Public Law 110-181) to require improvements to the Interagency Program Office (IPO) of the Department of Defense and the Department of Veterans Affairs.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend the same statute to require certain improvements to the IPO. The provision would: (1) Describe the qualifications and authorities for the IPO's director and deputy director and outline the purposes of the IPO; (2) Require the Departments to enter into an agreement with an independent entity to evaluate certain implementation milestones of the Departments' electronic health record systems (EHRs); (3) Require the IPO to maintain a common configuration baseline for the Departments' EHRs; (4) Require the IPO to develop a comprehensive interoperability strategy; and (5) Require the IPO to consult annually with clinical staff and to conduct clinical and patient satisfaction surveys on the EHRs. Finally, the provision would require the IPO director to submit to the Secretaries an annual publicly available report from September 30, 2020, through 2024, on the activities of the office in the preceding year.

*Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program (sec. 716)*

The Senate bill contained a provision (sec. 714) that would amend section 705(c)(1) of the National Defense

Authorization Act for Fiscal Year 2017 (Public Law 114-328) to include overseas medical support contracts in the strategy to improve the acquisition of managed care support contracts under the TRICARE program.

The House amendment contained no similar provision.

The House recedes.

*Inclusion of blast exposure history in medical records of members of the Armed Forces (sec. 717)*

The House amendment contained a provision (sec. 716) that would require the Secretary of Defense, in coordination with the service secretaries, to document blast exposure history in the medical records of servicemembers. The provision would prescribe the elements of a blast exposure history and would specify how the Secretary should collect blast exposure information. Finally, the provision would require the Secretary to submit a report on the types of information in a blast exposure history to the Committees on Armed Services of the Senate and the House of Representatives not later than 1 year after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike paragraph (c) of section 716 and define the type of blast exposure incident that should be documented in a servicemember's medical record.

*Comprehensive policy for provision of mental health care to members of the Armed Forces (sec. 718)*

The House amendment contained a provision (sec. 717) that would require the Secretary of Defense, acting through the Under Secretary of Defense for Personnel and Readiness, to develop and implement a comprehensive policy, within 180 days after the date of the enactment of this Act, for the provision of mental health care for servicemembers.

The Senate bill contained no similar provision.

The Senate recedes.

*Limitation on the realignment or reduction of military medical manning end strength (sec. 719)*

The House amendment contained a provision (sec. 718) that would prohibit the Secretary of Defense and the service secretaries from realignment or reduction of military medical end strength authorizations until each secretary concerned conducts a review and analysis of the medical manpower

requirements of each military department under all national
defense strategy scenarios. The provision would require the
Secretary of Defense to submit a report to the Committees on
Armed Services of the Senate and the House of Representatives,
within 180 days of the date of the enactment of this Act, on
such realignments or reductions.  The provision would not apply
to billets, which have remained unfilled since October 1, 2018,
if such billets would not affect the provision of health care
services to servicemembers or covered beneficiaries.
        The Senate bill had no similar provision.
        The Senate recedes with an amendment that would modify the
exceptions on the limitation of the realignment or reduction of
military medical end strength authorizations.

*Strategy to recruit and retain mental health providers (sec.
720)*

        The House amendment contained a provision (sec. 719) that
would require the Secretary of Defense to submit a report,
within 180 days of the date of the enactment of this Act, to the
congressional defense committees on the Department's strategy to
recruit and retain mental health providers.
        The Senate bill contained no similar provision.
        The Senate recedes with a clarifying amendment.

*Development of partnerships to improve combat casualty care for
personnel of the Armed Forces (sec. 721)*

        The House amendment contained a provision (sec. 720B) that
would require the Secretary of Defense, through the Joint Trauma
Education and Training Directorate, to develop partnerships by
October 1, 2020, with civilian academic centers and large
metropolitan teaching hospitals to improve combat casualty care
for servicemembers. The provision would require the Department
of Defense to establish such partnerships with level 1 civilian
trauma centers to train military physicians, including trauma
surgeons, to treat critically injured burn patients.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would authorize
the Secretary to develop such partnerships.

*Modification to referrals for mental health services (sec. 722)*

        The House amendment contained a provision (sec. 720C) that
would authorize the Secretary of Defense to refer a
servicemember for mental health services to a provider under the
TRICARE program if the Secretary cannot provide mental health

services in a military medical treatment facility to the member within 15 days on which the member first requests the services.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE C—REPORTS AND OTHER MATTERS

*Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice (sec. 731)*

The House amendment contained a provision (sec. 729) that would amend chapter 171 of title 28, United States Code, to authorize a claim against the United States for damages relating to personal injury or death of a servicemember arising out of a negligent or wrongful act or omission in the performance of medical, dental, or related health care functions provided at a military medical treatment facility by a person acting within the scope of the office or employment of that person by or at the direction of the United States government.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend chapter 163 of title 10, United States Code, to authorize the Secretary of Defense to allow, settle, and pay a claim against the United States for personal injury or death incident to the service of a member of the uniformed services that was the result of medical malpractice caused by a Department of Defense health care provider.

*Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund (sec. 732)*

The Senate bill contained a provision (sec. 721) that would amend title XVII of the National Defense Authorization for Fiscal Year 2010 (Public Law 111-84) to make certain technical corrections to such title. Additionally, the provision would permit the James A. Lovell Federal Health Care Center to enter into personal services contracts to carry out healthcare responsibilities at the Center to the same extent and subject to the same conditions and limitations as in medical treatment facilities of the Department of Defense. Finally, the provision would extend the authority for the joint Department of Defense-Department of Veterans Affairs Demonstration Fund from September 30, 2020, to September 30, 2021.

The House amendment contained no similar provision.

The House recedes.

*Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine (sec. 733)*

The Senate bill contained a provision (sec. 722) that would amend subparagraph (C) of paragraph (1) of section 178(c) of title 10, United States Code, to authorize the appointment of a member of the council of the Henry M. Jackson Foundation for the Advancement of Military Medicine by currently serving members upon the expiration of the term of a member. The provision would also amend paragraph (2) of such section to repeal an obsolete authority establishing staggered terms of members of the council. The provision would not terminate or otherwise alter the appointment or term of service of council members serving on the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Establishment of Academic Health System in National Capital Region (sec. 734)*

The Senate bill contained a provision (sec. 724) that would amend chapter 104 of title 10, United States Code, by inserting a new section to authorize the Secretary of Defense to establish an Academic Health System in the National Capital Region to integrate the healthcare, health professions education, and health research activities of the military health system in that region. The provision would authorize the Secretary to appoint employees of the Department of Defense to leadership positions in such system in addition to similar leadership positions for members of the Armed Forces. Moreover, the provision would authorize the Secretary to use the authorities under chapter 104 for the administration of the system.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies (sec. 735)*

The Senate bill contained a provision (sec. 725) that would amend chapter 53 of title 10, United States Code, to authorize a licensed veterinary professional of the Department of Defense (DOD) to provide veterinary services in any state, the District of Columbia, and any territory or possession of the United States, if the services provided fall within the scope of authorized duties of the veterinary professional for the DOD.

The House amendment contained no similar provision.

The House recedes.

*Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund (sec. 736)*

The Senate bill contained a provision (sec. 726) that would amend section 8111(d)(3) of title 38, United States Code, to extend the authorization of the Department of Defense-Department of Veterans Affairs Health Care Sharing Incentive Fund to September 30, 2025.

The House amendment contained no similar provision.

The House recedes with an amendment that would authorize extension of the Fund to September 30, 2023.

*Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence (sec. 737)*

The Senate bill contained a provision (sec. 5703) that would preserve the resources of the Army Medical Research and Materiel Command (MRMC) as it realigns under the Defense Health Agency. The provision would require transfer to the Defense Health Program of all funding amounts available for such command upon the realignment. Additionally, the provision would require continuation of the Center of Excellence for Joint Biomedical Research, Development, and Acquisition Management for efforts undertaken under the Defense Health Program.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to maintain the resources of MRMC, including manpower and funding, at not less than the level of resources as of the date of the enactment of this Act until September 30, 2022. Additionally, the provision would require transfer of funds available to MRMC for research, development, test, and evaluation for the Army to the Defense Health Program on October 1, 2022. Finally, the provision would require continuation of the center of excellence after September 30, 2022.

*Encouragement of participation in Women's Health Transition Training pilot program (sec. 738)*

The House amendment contained a provision (sec. 723) that would require the service secretaries to encourage female servicemembers, separating or retiring from the Armed Forces during fiscal year 2020, to participate in the Women's Health Transition Training Pilot Program administered by the Secretary

of Veterans Affairs. The provision would require the Secretary of Defense, in consultation with the service secretaries, to submit a report to the Committees on Armed Services and the Committees on Veterans Affairs of the Senate and the House of Representatives on the pilot program not later than September 30, 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*National Guard suicide prevention pilot program (sec. 739)*

The House amendment contained a provision (sec. 724) that would authorize the Chief of the National Guard Bureau to conduct a pilot program to expand suicide prevention and intervention efforts at the community level through a mobile application, which would enable a National Guard member to receive prompt access to a behavioral health professional on a smartphone, tablet computer, or other handheld mobile device.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Pilot program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System (sec. 740)*

The Senate bill contained a provision (sec. 727) that would authorize the Secretary of Defense to conduct a pilot program for no more than 5 years to establish partnerships with public, private, and non-profit health care organizations, institutions, and entities in collaboration with the Secretaries of Veterans Affairs, Health and Human Services, Homeland Security, and Transportation to enhance interoperability and medical surge capability and capacity of the National Disaster Medical System. Under this pilot, the Secretary of Defense would establish these partnerships at no fewer than five major aeromedical transport hub regions of the Department of Defense in the United States. The provision would require the Secretary of Defense to submit an initial report to the Committees on Armed Services of the Senate and the House of Representatives, not later than 180 days after commencement of the pilot program, and a final report to the same committees within 180 days of the completion of the program.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense (sec. 741)*

The House amendment contained a provision (sec. 725) that would require the Secretary of Defense to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, within 90 days of the date of the enactment of this Act and annually thereafter through January 31, 2021, on suicide among servicemembers during the preceding year of the report. The provision would prescribe the matters included in such reports.

The Senate bill contained a provision (sec. 5508) that would require the Comptroller General of the United States to submit a report to the same committees, within 240 days of the date of the enactment of this Act, on the programs and activities of the Department of Defense and Armed Forces for the prevention of suicide among servicemembers and their families.

The Senate recedes with a clarifying amendment that would include both provisions.

*Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information (sec. 742)*

The Senate bill contained a provision (sec. 728) that would amend section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) to modify the requirements of the Longitudinal Medical Study on Blast Pressure Exposure on Members of the Armed Forces. The provision would require the Secretary of Defense to submit annual status reports on the study to the Committees on Armed Services of the Senate and the House of Representatives not later than January 1 of each year until completion of the study.

The House amendment contained no similar provision.

The House recedes with an amendment that would ensure data gathered from the study is interoperable and can be uploaded into the Department's electronic health record, MHS Genesis, or a successor system. Additionally, the amendment would prescribe how the Secretary of Defense should collect blast exposure information on servicemembers.

*Study and plan on the use of military-civilian integrated health delivery systems (sec. 743)*

The House amendment contained a provision (sec. 726) that would require the Secretary of Defense to conduct a study on the

use of local military-civilian integrated health systems pursuant to section 706 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) and to submit a report on the results of the study to the Committees on Armed Services of the Senate and the House of Representatives within 180 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary to submit a plan for further development of the use of local military-civilian integrated health systems by the Department.

*Study on case management in the military health system (sec. 744)*

The House amendment contained a provision (sec. 727) that would require the Secretary of Defense to conduct a study on the effectiveness of case management practices at military medical treatment facilities and to submit a report on the results of the study to the Committees on Armed Services of the Senate and the House of Representatives within 180 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary to include in the study an evaluation of the case management and outreach provided by managed care support contractors supporting the Defense Health Agency.

*Report on Global Health Security Strategy and the National Biodefense Security (sec. 745)*

The House amendment contained a provision (sec. 731) that would require the Secretary of Defense to submit a report on the implementation of the Global Health Security Strategy and the National Biodefense Strategy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment to clarify the appropriate congressional committees.

*Study on establishment of wounded warrior service dog program (sec. 746)*

The House amendment contained a provision (sec. 742) that would require the Secretary of Defense to award grants to nonprofit organizations to assist such organizations in implementing programs to provide assistance dogs to covered members of the military and veterans.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a study on the feasibility of establishing a wounded warrior service dog program.

*GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions (sec. 747)*

The House amendment contained a provision (sec. 744) that would require the Secretary of Defense to submit a report to the congressional defense committees identifying the number of medical providers employed by the Department of Defense who, before being employed by the Department, lost medical malpractice insurance coverage by reason of the insurer dropping the coverage.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Comptroller General of the United States to submit a report to the Committees on Armed Services of the Senate and the House of Representatives, not later than January 1, 2021, which would provide: (1) An assessment of the effectiveness of the quality assurance program of the Department in querying and monitoring the National Practitioner Data Bank; (2) A comparison of outcomes for military health system patients who may bring an action against the Federal government for negligence or medical malpractice and the outcomes for such patients who may not bring such an action; and (3) A comparison of the elements and average amounts of death and disability compensation that apply regardless of the underlying cause of death or disability with those elements and average amounts of settlements that result from medical malpractice litigation against the Federal government.

*Reports on Millennium Cohort Study relating to women members of the Armed Forces (sec. 748)*

The House amendment contained a provision (sec. 750) that would require the Secretary of Defense to submit annual reports to the appropriate congressional committees on the findings of the Millennium Cohort Study relating to the gynecological and perinatal health of female servicemembers participating in the study.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the matters included in the reports and require the Secretary to submit such reports to the Committees on Armed Services of the Senate and the House of Representatives within 180 days of the

date of the enactment of this Act and annually through January 1, 2022.

*Study on effects of sleep deprivation on readiness of members of the Armed Forces (sec. 749)*

The conference agreement includes a provision that would require the Secretary of Defense to conduct a study on the effects of sleep deprivation on the readiness of servicemembers and to submit a report to the Committees on Armed Services of the Senate and the House of Representatives within 270 days of the date of the enactment of this Act.

*Study and report on traumatic brain injury mitigation efforts (sec. 750)*

The conference agreement includes a provision that would require the Secretary of Defense to conduct a meta-analysis of evidence-based traumatic brain injury (TBI) mitigation efforts by the Department of Defense, related Federal agency partners, and efforts discussed in academic literature, which demonstrate best clinical effectiveness in the treatment of TBI. The Secretary would submit a report on the results of the study to the Committees on Armed Services of the Senate and the House of Representatives within 270 days of the date of the enactment of this Act.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Contraception coverage parity under the TRICARE program*

The Senate bill contained a provision (sec. 701) that would amend sections 1074d(b)(3), 1075(c), 1075a(b), and 1074g(a)(6) of title 10, United States Code, to require coverage of contraception services for covered beneficiaries under the TRICARE program. The provision would prohibit cost-sharing for any method of contraception provided by a network provider under TRICARE Select or a provider under TRICARE Prime. Additionally, a beneficiary would pay no cost-share for any prescription contraceptive on the uniform formulary that is provided by a network retail pharmacy provider or the mail-order pharmacy program. The effective date of this provision would be January 1, 2020.

The Senate bill contained a provision (sec. 5701) that would cause the amendments made by section 701 to take effect on January 1, 2030.

The House amendment contained a provision (sec. 701) similar to Senate section 701.

The House and Senate recede.

*Medical services at military medical treatment facilities for sexual assault survivors*

The House amendment contained a provision (sec. 702) that would amend Chapter 55 of title 10, United States Code, to require the Secretary of Defense to furnish certain information and assistance on pregnancy prevention to sexual assault survivors at each military medical treatment facility.

The Senate bill contained no similar provision.

The House recedes.

*Inclusion of infertility treatments for members of the uniformed services*

The House amendment contained a provision (sec. 709) that would authorize infertility treatments for uniformed services members and their spouses under section 1074(a) of title 10, United States Code.

The Senate bill contained no similar provision.

The House recedes.

*Authorization of appropriations for TRICARE lead screening and testing for children*

The House amendment contained a provision (sec. 710) that would authorize appropriations for TRICARE lead screening and testing for children.

The Senate bill contained no similar provision.

The House recedes.

*Tours of duty of commanders or directors of military treatment facilities*

The Senate bill contained a provision (sec. 713) that would require the Secretary of Defense, not later than January 1, 2021, to establish a minimum length of 4 years for tours of duty, with limited exceptions, for commanders or directors of military treatment facilities to ensure greater stability in health system executive management at each facility and throughout the military health system.

The House amendment contained no similar provision.

The Senate recedes.

*Comprehensive enterprise interoperability strategy for the Armed Forces and the Department of Veterans Affairs*

The House amendment contained a provision (sec. 714) that would require the Secretaries of Defense and Veterans Affairs jointly to develop and implement a comprehensive enterprise interoperability strategy and to submit such strategy to the appropriate congressional committees within 180 days after the date of the enactment of this Act. Subsequently, the Secretaries would provide an update to the strategy to the same committees not later than December 31, 2024.

The Senate bill contained no similar provision.

The House recedes.

The conferees included the intent of this provision in a separate provision that focuses on improvements to the Interagency Program Office of the Departments of Defense and Veterans Affairs.

*Demonstration of interoperability milestones*

The House amendment contained a provision (sec. 715) that would require the Interagency Program Office (IPO) of the Departments of Defense and Veterans Affairs to enter into an agreement with an independent entity to conduct an evaluation of interoperability, functionality, and seamless health care within the Departments' electronic health record systems by determining if the Departments have met certain prescribed milestone timelines. The IPO would then submit a report to the appropriate congressional committees detailing the evaluation, methodology for testing, and findings for each such milestone. The provision would also require the IPO to: (1) Maintain and continually evaluate a common system configuration baseline; (2) Obtain regular consultations from clinicians using the electronic health record systems; and (3) Conduct clinician and patient satisfaction surveys. Finally, the provision would require the IPO to submit annual reports on such matters to the same committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees included the intent of this provision in a separate provision that focuses on improvements to the IPO of the Departments of Defense and Veterans Affairs.

*Establishment of regional medical hubs to support combatant commands*

The Senate bill contained a provision (sec. 715) that would require the Secretary of Defense, not later than October 1, 2022, to establish up to four regional medical hubs, consistent with section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), to support the operational medical requirements of the combatant commands. Under this provision, each regional hub would include a major military medical center to provide complex, specialized medical services in that region. The regional medical center would be geographically located to maximize medical support to combatant commands. The provision would authorize the Secretary to establish or maintain additional medical centers in locations with large beneficiary populations or locations that serve as the primary readiness platforms of the Armed Forces.

The House amendment contained no similar provision.

The Senate recedes.

*Monitoring of adverse event data on dietary supplement use by members of the Armed Forces*

The Senate bill contained a provision (sec. 716) that would require the Secretary of Defense to modify the Department's electronic health record (EHR) system to include data regarding use of dietary supplements by members of the Armed Forces and any adverse events associated with such use. The provision would also require the Secretary to educate healthcare providers in the military health system on the importance of including adverse event data in the EHR and reporting those data to the Food and Drug Administration.

The House amendment contained no similar provision.

The Senate recedes.

*Monitoring medication prescribing practices for the treatment of post-traumatic stress disorder*

The House amendment contained a provision (sec. 720) that would require the Secretary of Defense to submit a report, within 180 days of the date of the enactment of this Act, to the Committees on Armed Services of the Senate and the House of Representatives on the practices for prescribing medication for post-traumatic stress disorder (PTSD), which were inconsistent with Department of Defense (DOD)-Department of Veterans Affairs (VA) guidelines from the period January 1, 2012, through December 31, 2017.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the importance of clinical practice guidelines for prescribing medications for PTSD and strongly encourage medical providers of the DOD and VA to adhere to such guidelines.

*Maintenance of certain medical services at military medical treatment facilities at service academies*

The House amendment contained a provision (sec. 720A) that would amend section 1073d of title 10, United States Code, to require the Secretary of Defense to ensure that each military medical treatment facility located at a military service academy provides certain covered medical services unless the Secretary determines that a civilian medical facility located within 5 miles from such academy provides that covered medical service.

The Senate bill contained no similar provision.

The House recedes.

*Establishment of military dental research program*

The House amendment contained a provision (sec. 721) that would amend chapter 104 of title 10, United States Code, to authorize the Secretary of Defense to establish a military dental research program at the Uniformed Services University of the Health Sciences.

The Senate bill contained no similar provision.

The House recedes.

*Pilot program on cryopreservation and storage*

The House amendment contained a provision (sec. 722) that would require the Secretary of Defense to establish a pilot program to provide not more than 1,000 Active-Duty servicemembers with the opportunity to cryopreserve and store their gametes prior to deployment to a combat zone.

The Senate bill contained no similar provision.

The House recedes.

*Study on infertility among members of the Armed Forces*

The House amendment contained a provision (sec. 728) that would require the Secretary of Defense to submit a study on the incidence of infertility among active and reserve component servicemembers to the Committees on Armed Services of the Senate and the House of Representatives not later than 180 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees note a requirement in the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020, that the Secretary of Defense provide a similar report to the Committees on Armed Services of the Senate and the House of Representatives by June 1, 2020.

*Study on extending parent's level of TRICARE health coverage to newborn child*

The House amendment contained a provision (sec. 730) that would require the Secretary of Defense to conduct a study on extending a parent's level of TRICARE coverage to the newborn child of the parent and to submit a report on the study to the congressional defense committees within 120 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

*Report on mental health assessments*

The House amendment contained a provision (sec. 732) that would require the Comptroller General of the United States to submit to the Committees on Armed Services and Veterans Affairs of the Senate and the House of Representatives, within 1 year after the date of the enactment of this Act, a publicly available report on the Department of Defense's implementation of section 1074n of title 10, United States Code.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the January 11, 2019, receipt of the Department of Defense's annual report on mental health assessments required by section 701 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291). In that report, the Department described the tools and processes used to provide annual mental health assessments and also provided certain recommendations to improve monitoring and reporting the number of servicemembers: (1) Who receive mental health assessments; (2) Who get referrals for mental health care; and (3) Who receive care from those referrals. The conferees anticipate receipt and review of the annual report in 2020 to understand how the Department has implemented its recommendations provided in the 2019 report.

*Study and report on mental health assessments for members of the Armed Forces deployed in support of a contingency operation*

The House amendment contained a provision (sec. 733) that would require the service secretaries to conduct a study on mental health assessments provided to servicemembers deployed in connection with a contingency operation and to submit a report containing the results of the study to the congressional defense committees within 180 days of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees stress the importance of providing mental health assessments to servicemembers in accordance with section 1074m of title 10, United States Code, and direct the service secretaries to ensure accomplishment of those assessments for those servicemembers. Additionally, the conferees expect that all servicemembers demonstrating mental health signs or symptoms will receive rapid referral for evaluation and treatment by the appropriate mental health providers.

*Education on family planning for members of the Armed Forces*

The House amendment contained a provision (sec. 734) that would require the Secretary of Defense, in conjunction with the Secretary of the Department in which the Coast Guard is operating, to establish a uniform standard curriculum for servicemembers' family planning education programs within 1 year of the date of the enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

*Funding for CDC ATSDR PFAS health study increment*

The House amendment contained a provision (sec. 735) that would increase funding for the CDC ATSDR PFAS health study increment.

The Senate bill contained no similar provision.

The House recedes.

*Sense of the House of Representatives on increasing research and development in bioprinting and fabrication in austere military environments*

The House amendment contained a provision (sec. 736) that would express the sense of the House of Representatives that the Defense Health Agency should take appropriate actions to focus on research and development in bioprinting and fabrication in austere environments.

The Senate bill contained no similar provision.

The House recedes.

*Increased collaboration with NIH to combat triple negative breast cancer*

The House bill contained a provision (sec. 737) that would require the Department of Defense to work in collaboration with the National Institutes of Health to identify specific biomarkers and to provide information useful in drug discovery and clinical trials design to combat triple negative breast cancer.
The Senate bill contained no similar provision.
The House recedes.

*Funding for post-traumatic stress disorder*

The House amendment contained a provision (sec. 738) that would increase Defense Health Program funding for post-traumatic stress disorder.
The Senate bill contained no similar provision.
The House recedes.

*Study on readiness contracts and the prevention of drug shortages*

The House amendment contained a provision (sec. 739) that would require the Secretary of Defense to conduct a study on the effectiveness of readiness contracts managed by the Customer Pharmacy Operations Center of the Defense Logistics Agency in meeting the Department's drug requirements. The study would include an analysis to determine how the contractual approach to manage military health care drug shortages could serve as a model for responding to drug shortages in the civilian health care market.
The Senate bill contained no similar provision.
The House recedes.

*Update of Department of Defense regulations, instructions, and other guidance to include gambling disorder*

The House amendment contained a provision (sec. 740) that would require the Secretary of Defense, within 180 days of the date of the enactment of this Act, to consult with the service secretaries and update all regulations, instructions, and other guidance of the Department with respect to behavioral health to explicitly include gambling disorder.
The Senate bill contained no similar provision.

The House recedes.

The conferees note the requirement in section 733 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) for the Secretary of Defense to incorporate medical screening questions related to gambling disorder in periodic health assessments and surveys of military personnel. With this requirement, the Secretary must submit a report to the Committees on Armed Services of the Senate and the House of Representatives on the findings of the assessments or surveys in connection with the prevalence of gambling disorder among servicemembers. Until the committees receive this report, the conferees believe it is premature to require updates to the Department's regulations, instructions, or other guidance on gambling disorder.

*Findings on musculoskeletal injuries*

The House amendment contained a provision (sec. 741) that would express certain findings on musculoskeletal injuries of Active-Duty servicemembers.

The Senate bill contained no similar provision.

The House recedes.

*National Capital Consortium Psychiatry Residency Program*

The House amendment contained a provision (sec. 743) that would express a sense of Congress on the National Capital Consortium Psychiatry Residency Program.

The Senate bill contained no similar provision.

The House recedes.

*Pilot program on partnerships with civilian organizations for specialized surgical training*

The House amendment contained a provision (sec. 746) that would require the Secretary of Defense to conduct a pilot program to establish one or more partnerships with public, private, and non-profit organizations and institutions to provide short-term specialized surgical training to advance the medical skills and capabilities of military medical providers.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Senate Report accompanying S. 1790 (S. Rept. 116-48) of the National Defense Authorization Act for Fiscal Year 2020 encourages the Secretary of Defense to conduct a pilot program to assess the feasibility and

advisability of partnerships to advance the skills and
capabilities of such providers.

*Report on research and studies regarding health effects of burn
pits*

        The House amendment contained a provision (sec. 747) that
would require the Secretary of Defense to submit a report to the
congressional defense committees and the Committees on Veterans
Affairs of the Senate and the House of Representatives on the
status, methodology, and culmination timeline of all the
research and studies being conducted to assess the health
effects of burn pits.
        The Senate bill contained no similar provision.
        The House recedes.
        The conferees note the numerous research studies on the
health effects of burn pits and encourage the Departments of
Defense and Veterans Affairs to continue their efforts to study
the long-term health effects of exposure to harmful toxins in
burn pits.

*Training on health effects of burn pits and other airborne
hazards*

        The House amendment contained a provision (sec. 748) that
would require the Secretary of Defense to provide mandatory
training to all medical providers in the Department on the
potential health effects of burn pits and other airborne hazards
and the early detection of those effects.
        The Senate bill contained no similar provision.
        The House recedes.
        The conferees remain concerned regarding the negative
health effects to servicemembers from exposure to burn pits and
other airborne hazards. The conferees encourage the Departments
of Defense and Veterans Affairs to develop jointly a clinical
practice guideline on exposure to airborne environmental
hazards, which would optimize patient care to servicemembers and
veterans exposed to such hazards.

*Report on operational medical and dental personnel requirements*

        The House amendment contained a provision (sec. 749) that
would require the Secretary of Defense to submit a report to the
congressional defense committees, not later than January 1,
2021, on the operational medical and dental personnel
requirements of the Department.
        The Senate bill contained no similar provision.

The House recedes.

*Partnerships with academic health centers*

The House amendment contained a provision (sec. 751) that would require the Assistant Secretary of Defense for Health Affairs to establish a University Affiliated Research Center and to partner with academic health centers to focus on research to address the unique challenges of wounded warriors.
The Senate bill contained no similar provision.
The House recedes.

*Study on use of routine neuroimaging modalities in diagnosis, treatment, and prevention of brain injury due to blast pressure exposure during combat and training*

The House amendment contained a provision (sec. 752) that would require the Secretary of Defense to conduct a study on the feasibility and effectiveness of the use of routine neuroimaging modalities in diagnosis, treatment, and prevention of brain injuries among servicemembers due to blast pressure exposures during combat and training.
The Senate bill contained no similar provision.
The House recedes.

# TITLE VIII—ACQUISITION POLICY, ACQUISITION MANAGEMENT, AND RELATED MATTERS

## SUBTITLE A—ACQUISITION POLICY AND MANAGEMENT

*Authority for continuous integration and delivery of software applications and upgrades to embedded systems (sec. 800)*

The Senate bill contained a provision (sec. 852) that would require the Secretary of Defense to establish initial guidance, not later than 180 days after the enactment of this Act, authorizing the use of special pathways for the rapid acquisition of software applications and upgrades that are intended to be fielded within 1 year. These new pathways would prioritize continuous integration and delivery of working software in a secure manner and prioritize continuous oversight from automated analytics.
The House amendment contained a similar provision (sec. 801).

The House recedes with amendments that would modify the timeline for developing the guidance; allow for the use of one or more pathways; clarify that first fielding of capability for operational use shall occur within one year of the date funds are first obligated for software development; and direct a report on use of the authority and recommendations for any changes to statute by October 15, 2020.

The conferees commend the Under Secretary of Defense for Acquisition and Sustainment's commitment to adopting the recommendations of the Defense Innovation Board. The conferees emphasize that the ability to deliver meaningful capability for operational use within one year is foundational to the establishment of this authority and associated procedures. The conferees remind the Department that delivery of increments of useful software capability no less frequently than every six months is not only a best practice for software-intensive systems but it has also been a standing government-wide requirement for years. Overcoming the Department's institutional and cultural resistance to delivering in a year or less requires ruthless prioritization of features, which hinges on more effective cooperation among stakeholders. The conferees also believe that cost estimation and assessment and program evaluation methods are critical to well-informed program oversight, and note that, for software initiatives, such approaches remain nascent. The conferees therefore direct the Director, Cost Assessment and Program Evaluation, in coordination with the Defense Digital Service and the directors of developmental test and operational test and evaluation, to incorporate lessons learned from the implementation of sections 873 and 874 of the National Defense Authorization Act for Fiscal Year 2018, and sections 215 and 869 of the National Defense Authorization Act for Fiscal Year 2019 in the development of guidance and oversight procedures for managing, estimating, and assessing software programs. First, the conferees remind the Department of flexibility already written into its directive and instruction that the milestone decision authority and program managers "shall tailor program strategies and oversight, including documentation of program information, acquisition phases, the timing and scope of decision reviews, and decision levels, to fit the particular conditions of that program, consistent with applicable laws and regulations and the time sensitivity of the capability need." Accordingly, the conferees also remind the Department that the use of source lines of code, or "SLOC", to estimate or to measure productivity, is inadequate, inappropriate, and can be detrimental in incentivizing bad code design. As such, the conferees encourage the Department to implement the recommendations on software

metrics in the Defense Innovation Board Software Acquisition and Practices Study. Finally, the conferees request a briefing no later than March 30, 2020 from the Joint Staff on how the JCIDS process can be updated to accommodate more flexibility given the iterative and ever-changing nature of present-day acquisition of software.

*Pilot program on intellectual property evaluation for acquisition programs (sec. 801)*

The Senate bill contained a provision (sec. 801) that would permit the Secretary of Defense and the Secretaries of the military departments to jointly carry out a pilot program to assess mechanisms to evaluate intellectual property in acquisition programs.

The House amendment contained a similar provision (sec. 861(b)).

The House recedes with an amendment which clarifies the selection of programs and activities to be carried out under the pilot.

*Pilot program to use alpha contracting teams for complex requirements (sec. 802)*

The Senate bill contained a provision (sec. 802) that would require the Secretary of Defense to establish a pilot program to use third-party industry, academia, or not-for-profit technical organizations as part of alpha contracting teams for complex technical requirements for services.

The House amendment contained no similar provision.

The House recedes.

The conferees note that this construct revives in a modern context the "alpha contracting" concept that is more than a decade old. Further, it brings together all government personnel involved in the functions that support acquisition actions, to include contracting staff as well as technical staff, operators, and cost personnel. This is intended to ensure that technical requirements are appropriately valued and that the most effective acquisition strategy to achieve these requirements is identified.

*Failure to provide other than certified cost or pricing data upon request (sec. 803)*

The House amendment contained a provision (sec. 803) that would modify section 2306a of title 10, United States Code, to revise the conditions under which the Department of Defense

requires offerors to provide certain data. Specifically, in a case where the head of contracting activity determines the Department is the only buyer of certain commercial items, it introduces a new requirement for those offerors to provide cost or pricing data. Further, in a case where the Department of Defense is determining whether a sole-source offeror's price is reasonable, the provision would direct the Secretary of Defense to require that offeror to provide other than certified cost or pricing data. The provision would further direct the Defense Contract Management Agency to propose which commercial products require should-cost analysis before award.

The House amendment contained a another provision (sec. 804) that would modify section 2306a(c) of title 10, United States Code, and section 3504 of title 41, United States Code, to give contracting officers, instead of the head of the procuring activity, the discretion to request certified cost or pricing data in cases where, although not required, the contracting officer deems it necessary to determine price reasonableness. The provision would further add commercial items to the list of products where contracting officers may request such data.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would combine the two provisions, to instead modify section 2306a(d) of title 10, United States Code, to specify that offerors who do not make a good faith effort to comply with a contracting officer's reasonable requests for data other than certified cost or pricing data are ineligible for award. The amendment would also direct contracting officers, when determining whether an offeror's price is fair and reasonable, to not base that assessment solely on the historical prices paid by the government. The amendment would further add a requirement for the Under Secretary of Defense for Acquisition and Sustainment to identify and report those offerors who denied multiple such requests and nonetheless received awards, as part of assessing whether to conduct should-cost analysis on such products in the future.

*Comptroller General report on price reasonableness (sec. 804)*

The House amendment contained a provision (sec. 805) that would require the Comptroller General of the United States to submit a report not later than March 31, 2021, to the congressional defense committees, the House Committee on Oversight and Reform, and the Senate Committee on Homeland Security and Governmental Affairs on the efforts of the

Department of Defense to obtain cost and pricing data for sole source contracts for spare parts.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Limitation on transfer of funds related to cost overruns and cost underruns (sec. 805)*

The House amendment contained a provision (sec. 814) that would repeal an annual requirement for the Secretary of each military department to pay penalties for cost overruns on major defense acquisition programs, which were then credited to the Rapid Prototyping Fund.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would make the repeal effective beginning in fiscal year 2020.

*Standardizing data collection and reporting on use of source selection procedures by Federal agencies (sec. 806)*

The House amendment contained a provision (sec. 829) that would amend section 813 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) and section 880 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to repeal the requirements for the Comptroller General of the United States to provide annual reports on the government's use of lowest price technically acceptable (LPTA) source selection procedures. The provision would also require revising the Federal Procurement Data System (FPDS) to capture more data on the use of lowest price technically acceptable procedures.

The Senate bill contained no similar provision.

The Senate recedes.

*Department of Defense use of fixed-price contracts (sec. 807)*

The Senate bill contained a provision (sec. 806) that would require the Under Secretary of Defense for Acquisition and Sustainment to review how the Department of Defense uses fixed-price contracts, including fixed-price incentive contracts, to support acquisition objectives and brief the congressional defense committees not later than February 1, 2020. The provision would further require the Comptroller General of the United States to submit a report on the Department's use of fixed-price contracts over time no later than February 1, 2021. This provision would also delay the implementation of

regulations requiring the use of fixed-price contracts for foreign military sales until after 2020.

The House amendment contained no similar provision.

The House recedes.

*Repeal of continuation of data rights during challenges (sec. 808)*

The House amendment contained a provision (sec. 812) that would repeal section 866 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), pertaining to revisions of authority for the government to use non-commercial technical data during a period of challenge, in an agency Board of Contract Appeals, or the U.S. Court of Federal Claims under certain circumstances.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees understand that the Under Secretary of Defense for Acquisition and Sustainment is working with industry to address possible policy modifications related to technical data rights and their disposition during challenges. The conferees encourage the Under Secretary of Defense for Acquisition and Sustainment to continue these engagements and keep the Congress informed of progress with respect to these matters.

*Repeal of authority to waive acquisition laws to acquire vital national security capabilities (sec. 809)*

The House amendment contained a provision (sec. 813) that would repeal section 806 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), which allowed the Secretary of Defense to waive any provision of acquisition law or regulation in certain circumstances.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees note that the Department did not use the waiver.

*Repeal of the Defense Cost Accounting Standards Board (sec. 810)*

The House amendment contained a provision (sec. 834) that would repeal section 190 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

# SUBTITLE B—AMENDMENTS TO GENERAL CONTRACTING AUTHORITIES, PROCEDURES, AND LIMITATIONS

*Modification of Director of Operational Test and Evaluation report (sec. 815)*

The Senate bill contained a provision (sec. 805) that would amend section 139(h) of title 10, United States Code, to require the Director of Operational Test and Evaluation to solicit comments from the Secretaries of the military departments for inclusion in the Director's annual report to Congress, retaining the Director's discretion to issue the report without comments if they are not timely. This provision does not change or alter any Director of Operational Test and Evaluation authorities.

The House amendment contained a similar provision (sec. 252) that would amend section 139(h) of title 10, United States Code, to change the sunset date pertaining to the same annual report.

The House recedes with an amendment that would extend the sunset date through January 31, 2025.

*Modification of written approval requirement for task and delivery order single contract awards (sec. 816)*

The Senate bill contained a provision (sec. 803) that would amend section 2304a(d)(3) of title 10, United States Code, to eliminate the requirement that single award task or delivery order contracts over $100.0 million receive additional approval when already authorized under one of the exceptions to full and open competition.

The House amendment contained no similar provision.

The House recedes.

*Responsibility for data analysis and requirements validation for services contracts (sec. 817)*

The House amendment contained a provision (sec. 825) that would amend section 2329 of title 10, United States Code, to specify that the Secretary of Defense act through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation to annually collect data on the amount contracted for services procured by the Department of

Defense, which would be included in the Future Years Defense Program submitted to Congress.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

The conferees note that Senate Report 116-48 accompanying S. 1790 directs the Secretary of Defense, in consultation with the Chief Management Officer, the Under Secretary of Defense for Acquisition and Sustainment, and the Secretaries of the military departments, to identify updated approaches for overseeing service contracts and address how these will support the oversight, data analytics, and outcome measures specified in section 2329 of title 10, United States Code. The Senate Report further directs the Department to leverage the expertise of the Chief Data Officer, to ensure that the approaches identified align with and support the Department's analytic capabilities. The conferees direct the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation to coordinate with the parties identified as they carry out the efforts specified in Senate Report 116-48.

*Documentation of market research related to commercial item determinations (sec. 818)*

The Senate bill contained two provisions (sec. 809 and sec. 5802) that would amend section 2377(c) of title 10, United States Code, and section 3307(d) of title 41, United States Code, respectively, to require that market research for commercial products and services be documented in a manner appropriate to the size and complexity of the acquisition.

The House amendment contained no similar provision.

The House recedes.

*Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects (sec. 819)*

The House amendment contained a provision (sec. 826) that would amend section 2371b of title 10, United States Code, to add a requirement for the Secretary of Defense to report annually to the congressional defense committees on the use other transaction authority.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would revise section 873 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-323) to extend the requirement to 2023 and require data on the use of other

transactions are accessible to any official designated by the Secretary of Defense.

*Notification of Navy procurement production disruptions (sec. 820)*

The Senate bill contained a provision (sec. 861) that would require the Secretary of the Navy to require prime contractors of any Navy procurement program to report, within 15 calendar days of any contractor or subcontractor stop work order or within 15 days of a contractor or subcontractor manufacturing disruption that has lasted 15 calendar days, to the respective program manager and Navy technical authority.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit such notifications to programs procured with funds from the Shipbuilding and Conversion, Navy and Other Procurement, Navy accounts.

The conferees direct the Secretary to submit a report to the congressional defense committees not later than 60 days after the date of enactment of this Act that details the plan to implement this provision as soon as possible.

*Modification to acquisition authority of the Commander of the United States Cyber Command (sec. 821)*

The Senate bill contained a provision (sec. 862) that would modify section 807 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), which established the acquisition authority of the Commander of U.S. Cyber Command, to change the applicability of the annual limit to new contract efforts.

The House amendment contained no similar provision.

The House recedes with a technical and clarifying amendment.

*Extension of Never Contract With the Enemy (sec. 822)*

The Senate bill contained a provision (sec. 834) that would extend the Never Contract With the Enemy program through 2023 and would provide for various expansions, including the contracts covered and the authorities of the combatant commands to mitigate threats posed by vendors supporting operations outside the United States.

The House amendment contained no similar provision.

The House recedes with an amendment that maintains only the program extension through 2023.

*Modification of justification and approval requirement for certain Department of Defense contracts (sec. 823)*

The Senate bill contained a provision (sec. 842) that would revise authorities relating to Department of Defense approval of certain sole source awards to 8(a) firms, which include tribes, Alaska Native, and Hawaiian firms. Specifically, the threshold for requiring justification and approval would be increased to $100.0 million and the approving authority would be the head of procuring activity or a designee. The provision would also require the Department to collect data and the Comptroller General of the United States to report to the congressional defense committees on the impact of the provision.
The House amendment contained a similar provision (sec. 830).
The House recedes with an amendment that clarifies details of the Comptroller General review.

*Extension of sunset relating to Federal Data Center Consolidation Initiative (sec. 824)*

The House amendment contained a provision (sec. 895) that would extend the sunset date of the Federal Data Center Consolidation Initiative established in section 834 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) from October 1, 2020, to October 1, 2022.
The Senate bill contained no similar provision.
The Senate recedes.

*Pilot program to accelerate contracting and pricing processes (sec. 825)*

The Senate bill contained a provision (sec. 807) that would amend a pilot established in section 890 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232). That law authorized the Secretary of Defense to reform and accelerate the contracting and pricing processes for 10 programs on a pilot basis. The amendment would remove the 10-program limitation and would delay the program's sunset from January 2, 2021, to January 2, 2022.
The House amendment contained no similar provision.
The House recedes.

*Uniformity in application of micro-purchase threshold to certain task or delivery orders (sec. 826)*

The House amendment contained a provision (sec. 899I) that would amend section 4106(c) of title 41, United States Code, to replace $2,500 with the micro-purchase threshold.

The Senate bill contained no similar provision.

The Senate recedes.

*Requirement for cost estimates on models of commercial e-commerce portal program (sec. 827)*

The House amendment contained a provision (sec. 891) that would direct the Administrator of General Services to establish a five-year program to test each of the three models of commercial e-commerce portals before awarding a final contract to a provider.

The Senate bill contained no similar provision.

The Senate recedes with amendments that replace the requirement for a five-year test program with a requirement for cost estimates, and directs that the estimates be submitted within a year after the first contracts are awarded under the program.

In implementing this section, the conferees do not intend to require the Administrator to provide independent government cost estimates, but rather a range of potential costs or a general order of magnitude for each model.

## SUBTITLE C—PROVISIONS RELATING TO MAJOR DEFENSE ACQUISITION PROGRAMS

*Modification of requirements for reporting to Congress on certain acquisition programs (sec. 830)*

The House amendment contained a provision (sec. 893) that would exclude the selected acquisition reports required by section 2432 of title 10, United States Code, from the reports that will sunset under section 1080 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92). The provision would also require the Secretary of Defense to propose an alternative for reporting the status of major defense acquisition programs and other acquisition activities that would include information on cybersecurity tests, software development metrics, and quality metrics for software.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require selected acquisition reports for any defense program estimated to require a total expenditure of more than $300.0 million for research, development, test and evaluation or a total

expenditure of more than $1,800.0 million for procurement through fiscal year 2021 and that would clarify the requirement for the Secretary of Defense to report on alternatives models and thresholds for congressional reporting on acquisition programs.

*Pilot program to streamline decision-making processes for weapon systems (sec. 831)*

The Senate bill contained a provision (sec. 808) that would require the service acquisition executive for each military department to recommend at least one major defense acquisition program to participate in the pilot program to streamline decision-making processes not later than February 1, 2020.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

The conferees direct the Under Secretary of Defense for Acquisition and Sustainment to brief the congressional defense committees not later than May 1, 2020, on the acquisition programs selected for the pilot program, the associated action plans and timelines for each program, and the manner in which each program conforms to the required elements of the pilot program.

*Analysis of alternatives pursuant to materiel development decisions (sec. 832)*

The Senate bill contained a provision (sec. 5803) that would require updated guidance for analyses of alternatives conducted pursuant to a materiel development decision for a major defense acquisition program, to include requiring that studies are completed within nine months; establishing procedures to waive this requirement on a case-by-case basis; and reporting late studies or the use of the waiver to congressional defense committees.

The House amendment contained no similar provision.

The House recedes with an amendment that would direct the Under Secretary of Defense for Acquisition and Sustainment to assess how the Department conducts analyses of alternatives.

*Naval vessel certification required before Milestone B approval (sec. 833)*

The Senate bill contained a provision (sec. 821) that would require a certification of compliance with section 8669b

of title 10, United States Code, for naval vessel programs prior to Milestone B approval.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE D—PROVISIONS RELATING TO THE ACQUISITION SYSTEM

*Extramural acquisition innovation and research activities (sec. 835)*

The House amendment contained a provision (sec. 861(l)) that would amend chapter 97 of title 10, United States Code, to establish an academic center for acquisition innovation at the Naval Postgraduate School to provide decision-makers with academic analyses and policy alternatives for innovating the defense acquisition system.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would direct the Secretary of Defense to establish extramural acquisition innovation and research activities to include an acquisition research organization within a non-Federal civilian university or college, to provide and maintain essential research and development capabilities through a long-term, strategic relationship with the Department of Defense.

*Report on realignment of the defense acquisition system to implement acquisition reforms (sec. 836)*

The House amendment contained a provision (sec. 822) that would direct the Secretary of Defense to provide a briefing to the committee on lessons learned through the use of the authority provided under section 804 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 2302 note) commonly known as "Middle-Tier of Acquisition," to include certain risks and how the lessons are applicable to procedures for acquiring major defense acquisition programs.

The Senate bill contained no similar provision.

The Senate recedes with amendments that instead require the Secretary of Defense to report on ongoing efforts to realign the whole Defense Acquisition System in response to recent reforms - through changes to the 5000 series of directives, instructions, guidance and procedures and to address certain elements in the report.

The conferees appreciate the careful consideration the Department is giving to implementing the acquisition reforms

legislated through these Acts over the last five years. In doing so, the conferees note that the Department of Defense can no longer afford to use cost, schedule, and performance thresholds as simple proxies for risk when designating the path an acquisition program travels through the Defense Acquisition System, and in organizing how programs are managed and overseen. Exclusive attention to cost, schedule, and performance of major defense acquisition programs and other development programs obscures a myriad of other risks in programs large and small, any one of which could be single points of failure for successful acquisition. Such risks include: technical risks such as engineering, software, manufacturing and testing; integration and interoperability risks – complicated by the implications of systems working across multiple domains while using machine learning and artificial intelligence capabilities to continuously change and optimize system performance; operations and sustainment risks – mediated by access to technical data and intellectual property rights; workforce and training risks - to include consideration of the role of contractors as part of the total workforce; and supply chain risks - to include cybersecurity, foreign control and ownership of key elements of supply chains, and the consequences a fragile and weakening defense industrial base, combined with barriers to industrial cooperation with allies and partners pose for delivering systems and technologies in a trusted and assured manner. Finally, the Secretary's report under this section should look ahead to consider the implications of these changes for the acquisition of non-developmental items and the implications of the shift in acquisition of capabilities through development, to acquisition of capabilities "as-a-service".

Based on the Secretary's report under this section, and given the important role of the Comptroller General's annual weapons assessment in enabling the congressional defense committees' detailed oversight of the Defense Acquisition System, the conferees also direct the Comptroller General of the United States to brief the committees on how the Department's efforts are informing the refresh of that annual report as directed under section 803 of the National Defense Authorization Act for Fiscal Year 2019.

*Report and limitation on the availability of funds relating to the ''middle tier'' of acquisition programs (sec. 837)*

The House amendment contained a provision (sec. 821) that would amend section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to direct the Secretary of Defense to ensure the Director of Operational Test

and Evaluation, the Director of Cost Assessment and Program Evaluation, and the Under Secretary of Defense for Research and Engineering have access to certain data on acquisitions carried out under the authority, and would limit use of the authority to programs below the major defense acquisition threshold unless the Secretary were to issue a waiver. The House amendment also contained a provision (sec. 861(f)) that would direct the Secretary to submit a report that would include the guidance required by section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) and, would limit the Department's ability to obligate or expend funds on Middle Tier programs until that report is submitted.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the provision amending section 804, and, relating to the report and guidance, would expand the limitation of funds beyond acquisition programs, to the organizations which are parties to the disagreements that are preventing the guidance from being finalized.

The conferees believe the difficulty the Department has faced in reaching agreement illustrates the tension of balancing empowered execution by the Services with appropriate oversight by the Director of Cost Assessment and Program Evaluation, the Director of Operational Test and Evaluation, and the Under Secretaries of Defense for Research and Engineering and for Acquisition and Sustainment, as well as Congressional oversight. To address the latter, the conferees direct the Defense Acquisition Executive and the Service Acquisition Executives to notify the congressional defense committees within 30 days of a decision to designate a program to use the authority provided for under section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92). The conferees note the inability of the parties to reach agreement on the use of this authority threatens the momentum of the very initiatives that would most benefit from it. The conferees encourage the parties to focus immediately on the most critical issues, bring them to resolution, and publish the guidance required by section 804.

*Report on intellectual property policy and the cadre of intellectual property experts (sec. 838)*

The House amendment contained a provision (sec. 861(d)) that would amend section 802 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 131 Stat. 1450) by requiring the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, to submit a report on activities to implement

section 2322 of title 10, United States Code, to include the
composition and plans for the cadre, and the policy on the
acquisition or licensing of intellectual property required. The
provision would also limit the funds the Department may obligate
or expend until the report is submitted.

The Senate bill contained no similar provision.

The Senate recedes with a an amendment that would require
that the report include a description of the specific activities
performed, and the programs and efforts supported by, the cadre
of intellectual property experts and would change the Department
of Defense offices subject to limitation of funds.

*Guidance and reports relating to covered defense business
systems (sec. 839)*

The House amendment contained a provision (sec. 861(a))
that would amend section 2222(d) of title 10, United States
Code, to require that guidance developed by the Department of
Defense for defense business systems includes policies to ensure
compliance with auditability requirements and approvals. The
provision would also establish due dates to provide guidance
related to covered defense business systems, as well as due
dates to provide the Department's information technology
enterprise architecture and related integration plans and
schedules. The provision would also limit the availability of
funds until such guidance, architecture and plans are provided.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the
limitation on funds and combine the reporting requirements for
the information technology enterprise architecture.

*Implementation guidance for use of a modular open system
approach (sec. 840)*

The House amendment contained a provision (sec. 861(c))
that would require the Secretary of Defense, acting through the
Director of Cost Assessment and Performance Evaluation, to
submit to the congressional defense committees a report that
includes the study guidance required under section 2446b(b) of
title 10, United States Code, and would limit funding available
if the report is not provided by the end of 2019. The provision
would also modify section 2446c of title 10, United States Code,
to require a policy on the support for the acquisition for
modular open system approaches (MOSA).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would instead
modify section 2446b of title 10, United States Code, to direct

the Secretaries of the military departments to develop implementing guidance for the requirements to address MOSA, and as well would amend section 2446c of title 10, United States Code, to direct the Secretaries of the military departments to develop policies relating to the availability of major system interfaces and support for MOSA.

The conferees note the importance of policies in implementing MOSA to the fullest extent. Therefore, the conferees direct the Secretaries of the military departments to submit a report to the congressional defense committee by March 15, 2020, that includes the implementation guidance required under section 2446b of title 10 and section 2446c of title 10. Furthermore, the conferees note that MOSA should go beyond the ability to exchange information broadly through the adoption of standards. Therefore, the conferees direct the Secretaries of the military departments to include in their policy a description of the goals and anticipated benefits of MOSA, with respect to maintaining and enhancing competition across the life-cycle of systems and programs; enabling systems to be more easily upgraded over their lifetimes; more easily modifying or replacing components and modules without the risk of adversely affecting software or the functioning of other components and modules; achieving interoperability among a wide range of systems, and thereby enabling the creation of novel cross-domain and cross-service kill chains.

*Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense (sec. 841)*

The House amendment contained a provision (sec. 861(e)) that would limit the fiscal year 2020 funds that may be obligated or expended for the Office of the Chief Management Officer of the Department of Defense until the date on which the Chief Management Officer submits either a certification of cost savings or the notice and justification described in Section 921(b)(5) of the National Defense Authorization Act for Fiscal Year 2019.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE E—INDUSTRIAL BASE MATTERS

*Modernization of acquisition processes to ensure integrity of industrial base (sec. 845)*

The Senate bill contained a provision (sec. 831) that would require the Secretary of Defense to modernize mitigation

of risks to the integrity of the supply chain, to include those
cited in recent studies on the defense industrial base.

The House amendment contained similar provisions (secs.
853, 855, and 892).

The House recedes with amendments that would establish the
requirement for the framework in statute under section 2506 of
title 10, United States Code; add certain systems to a list of
those being assessed; and provide further detail on phased
implementation and reporting on the framework.

The conferees note that contracting is the mechanism by
which the Department of Defense operationalizes its relationship
with the defense industrial base/national security innovation
base. The conferees further note that the Department's ability
to maintain awareness of the sources of procured items or
materials, including the degree to which the sources are foreign
or domestic, are critical elements for understanding supply
chain risks. This is particularly the case for items used in
critical programs such as major defense acquisition programs.
The conferees believe that certain risks to the defense
industrial base are not being appropriately considered. These
include but are not limited to risks associated with:
insufficient insight into ownership structures, fragile sources
of supply, and cybersecurity concerns, as well as contractors'
violations of law pertaining to fraud, human trafficking, and
worker health and safety. The conferees further note that, even
where risks may be a high priority, the existing acquisition
processes and procedures are not effective or timely in
mitigating such risks. As such, the provision would require the
Department to rigorously optimize the policy, processes, and
procedures throughout the contracting life cycle, beginning with
market research, responsibility determination, technical
evaluation/award, mobilization, contract administration,
contract management and oversight (to include contractor
business systems reviews), and contract audit for closeout. It
is critical that this optimization incorporate modern sources of
data and methods to conduct appropriate and continuous risk
assessment for contractors doing business with DOD. The
provision would also require the Comptroller General of the
United States to coordinate individual reviews in these risk
areas, report on them collectively, and begin annual reviews of
the Department's progress in this area.

*Report requirements for the national technology and industrial
base (sec. 846)*

The House amendment contained a provision (sec. 861(k))
that would amend section 2501(a) of title 10, United States

Code, to establish a deadline for the Secretary of Defense to submit an already-required strategy to Congress after the submission of the national security strategy report required under section 108 of the National Security Act of 1947. The provision would also modify section 2504(3) of title 10, United States Code, to require that the Department's annual report to Congress on the national technology and industrial base include a prioritized list of gaps and vulnerabilities within the base.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that clarifies requirements for the annual report to Congress, and that adds a requirement to submit unfunded priorities for the national technology and industrial base, ten days after the annual budget is submitted to Congress.

The conferees note that the national security strategy developed by the United States for the national technology and industrial base should leverage an analytical framework that uses digital tools, technologies, and approaches to inform decision-makers.

*Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors (sec. 847)*

The Senate bill contained a provision (sec. 833) that would require the Secretary of Defense to amend policy and regulation to take steps to enhance the process for assessing and mitigating risks related to foreign ownership, control, or influence (FOCI).

The House amendment contained no similar provision.

The House recedes with technical and clarifying amendments.

The conferees are concerned by the growing threat to the integrity of the defense industrial base from strategic competitors, like the Russian Federation, the People's Republic of China, and their proxies, seeking to gain access to sensitive defense information or technology through contractors or subcontractors. The conferees recognize that there are existing efforts underway to understand and mitigate some of these risks as directed by several pilot programs including section 1048 of the National Defense Authorization Act for Fiscal Year 2019 and section 1969 of the National Defense Authorization Act for Fiscal Year 2018. The conferees also recognize that the Defense Counterintelligence and Security Agency (DCSA) has transitioned to a new mission and has taken on additional responsibilities despite resource constraints. However, the acquisition community must have greater visibility into all cleared and

uncleared potential contractors and subcontractors seeking to do
business with the Department. The Department must ensure that
contractors and subcontractors do not pose a risk to the
security of sensitive data, systems, or processes such as
personally identifiable information, cybersecurity, or national
security systems.

*Prohibition on operation or procurement of foreign-made unmanned
aircraft systems (sec. 848)*

The Senate bill contained a provision (sec. 863) that
would prohibit the operation or procurement of foreign-made
unmanned aircraft systems by the Department of Defense.
The House amendment contained a similar provision (sec. 854, as
amended by sec. 899D) that would prohibit the Secretary of
Defense from operating or entering into a contract for the
procurement of certain unmanned aircraft systems.
The House recedes.
Additionally, the conferees encourage the Secretary of
Defense to take such action as necessary to strengthen the
domestic production of small unmanned aircraft systems (as
defined in section 331 of the FAA Modernization and Reform Act
of 2012 (Public Law 112-95; 49 U.S.C. 44802 note)), as described
under Presidential Determination No. 2019-13 of June 10, 2019.

*Modification of prohibition on acquisition of sensitive
materials from non-allied foreign nations (sec. 849)*

The Senate bill contained a provision (sec. 1411) that
would include tantalum in the definition of covered materials.
Additionally, the provision would expand the National Defense
Stockpile Manager's authority to not sell a material if it is
determined to not be in the national interests of the United
States.
The House amendment contained a similar provision (sec.
808).
The House recedes with a technical amendment.

*Acquisition and disposal of certain rare earth materials (sec.
850)*

The Senate bill contained a provision (sec. 6401) that
would require the Secretary of Defense, acting through the
Defense Logistics Agency, to submit a report assessing issues
relating to the supply chain for rare earth materials.
The House amendment contained a similar provision (sec.
807) that would require the Department of Defense to promulgate

guidance on streamlined acquisition of items with rare earth materials and allows exceptions to the Joint Capabilities Integration and Development System Manual and Department of Defense Directive 5000.01. The provision would also provide authority for the disposal of tungsten ores and concentrates contained in the National Defense Stockpile and acquisition of other critical materials.

The Senate recedes with an amendment that would remove the requirement to establish guidance on streamlined acquisition of covered rare earth materials and would include an assessment of rare earth supply chain issues.

*Pilot program for development of technology-enhanced capabilities with partnership intermediaries (sec. 851)*

The House amendment contained a provision (sec. 879) that would authorize the Commander of U.S. Special Operations Command to use not more than 5 percent of funds required to be expended by the Department of Defense relating to small businesses for a pilot program to increase participation by small business concerns in the development of technology-enhanced capabilities for special operations forces. The authority would terminate on September 30, 2021.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would revise the authority of the Commander of the United States Special Operations Command to use the greater of $2.0 million or 5 percent of funds required to be expended by the Department of Defense relating to small businesses for the pilot program and limits the scope to contracts and agreements to small business concerns.

*Authorized official to carry out the procurement technical assistance cooperative agreement program (sec. 852)*

The Senate bill contained a provision (sec. 902) that would move the management and oversight of the Procurement Technical Assistance Cooperative (PTAC) Agreement Program from the Defense Logistics Agency to the Office of the Under Secretary of Defense for Acquisition and Sustainment.

The House amendment contained a similar provision (sec. 880).

The Senate recedes with a clarifying amendment.

*Requirement that certain ship components be manufactured in the national technology and industrial base (sec. 853)*

The House amendment contained a provision (sec. 806) that would amend section 2534 of title 10, United States Code, and would require certain auxiliary ship components to be procured from a manufacturer in the national technology and industrial base.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require large medium speed diesel engines for certain auxiliary ships to be procured from a manufacturer in the national technology and industrial base.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees not later than 60 days after the date of enactment of this Act that details the plan to implement section 844 of the John S. McCain National Defense Authorization Act (Public Law 115-232) as soon as possible.

*Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment (sec. 854)*

The House amendment contained a provision (sec. 815) that would amend section 2533a(b) of title 10, United States Code, to add dinnerware and stainless steel flatware as covered items, requiring that the Department of Defense procure them only from domestic sources.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would set the addition to expire at the end of fiscal year 2023, and meanwhile require the Secretary of Defense to assess the rationale and implications of limiting procurement of these items to domestic sources.

*Application of miscellaneous technology base policies and programs to the Columbia-class submarine program (sec. 855)*

The House amendment contained a provision (sec. 809) that would amend the application of miscellaneous technology base policies and programs to the *Columbia*-class submarine program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Application of limitation on procurement of goods other than United States goods to the FFG-Frigate Program (sec. 856)*

The House amendment contained a provision (sec. 810) that would allow funds authorized for the FFG-Frigate program to be

used to award a contract that does not domestically source propulsion or certain auxiliary equipment.

The Senate bill contained no similar provision.

The Senate recedes.

*Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate (sec. 857)*

The House amendment contained a provision (sec. 811) that would require the Secretary of the Navy to ensure cost is a critical factor in the procurement of the FFG(X) Frigate.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would express the sense of Congress that in evaluating proposals for a contract to procure a FFG(X) frigate in fiscal year 2020, the Secretary of the Navy should ensure price is a critical factor.

## SUBTITLE F—PROVISIONS RELATING TO ACQUISITION WORKFORCE

*Establishment of Defense Civilian Training Corps (sec. 860)*

The House amendment contained a provision (sec. 861) that would amend part III of subtitle A of title 10, United States Code, to establish a Defense Civilian Acquisition Training Corps.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to create a Defense Civilian Training Corps to prepare selected students for civilian service in the Department of Defense in occupations related to acquisition, science, engineering, or other occupations determined by the Secretary of Defense.

*Defense acquisition workforce certification, education, and career fields (sec. 861)*

The House amendment contained a provision (sec. 861) that would amend several sections of chapter 87, of title 10, United States Code, to modify how the defense acquisition workforce is managed, trained, and selected. The provision would also require the Defense Acquisition University to have at least 25 percent of its civilian instructors be visiting professors from civilian colleges or universities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Defense Acquisition University to employ at least five visiting professors by September 1st, 2021.

*Software development and software acquisition training and management programs (sec. 862)*

The House amendment contained a provision (sec. 802) that would direct the Secretary of Defense to implement software development and acquisition training and management programs for all software acquisition professionals, developers, and associated functions to provide software practitioners access to modern engagement and collaboration platforms to connect, share their skills and knowledge, and develop solutions leveraging the full defense enterprise.
The Senate bill contained no similar provision.
The Senate recedes with a clarifying amendment.

*Modification of temporary assignments of Department of Defense employees to a private-sector organization (sec. 863)*

The House amendment contained a provision (sec. 842) that would create a two-way exchange program between the Department of Defense acquisition workforce and private sector companies.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would modify the existing public-private talent exchange program authorized by section 1599g of title 10, United States Code. The amendment would clarify that private-sector organizations shall not be considered to have an organizational conflict of interest with the Department of Defense solely based on participation in the talent exchange. The amendment would also authorize the use of the Defense Acquisition Workforce Development Fund in connection with the talent exchange program.

*Incentives and consideration for qualified training programs (sec. 864)*

The House amendment contained a provision (sec. 843) that would amend chapter 141 of title 10, United States Code, by adding a new section to incentivize contractors to invest in workforce development programs to address the workforce needs of the Department of Defense, as determined by the Secretary. This section would also require the Secretary of Defense to include an evaluation of contractor workforce development programs in the contract past performance system.
The Senate bill contained no similar provision.

The Senate recedes.

*Use of qualified apprentices by military construction contractors (sec. 865)*

The House amendment contained a provision (sec. 844) that would require the Secretary of Defense to revise the Defense Supplement to the Federal Acquisition Regulation to require a system be used to monitor or record contractor past performance of the contractor making a good faith effort to meet or exceed the apprenticeship employment goal of 20 percent. This section would also require the Secretary of Defense to develop an apprenticeship workforce incentive program to encourage contractors to meet the 20 percent goal of employing certified and skilled workers who have completed State-mandated, federally funded programs in the relative career fields and certify to good faith effort to achieve the goal. This section would also require the Secretary of Defense to include an evaluation of whether the contractor meets this goal in the contractor past performance rating system.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Secretary of Defense to also consider certain high-quality industry recognized apprenticeship programs when evaluating contractor performance.

The conferees note that the Department of Labor has issued a proposed rule that would establish a process for recognizing Standards Recognition Entities, which will in turn recognize Industry-Recognized Apprenticeship Programs. The conferees encourage the Secretary of Defense to work with the Department of Labor as the proposed rule takes effect to ensure any apprenticeship programs recognized by the Department of Defense are of sufficient quality.

## SUBTITLE G—SMALL BUSINESS MATTERS

*Requirements relating to credit for certain small business concern subcontractors (sec. 870)*

The House amendment contained a provision (sec. 873) that would amend section 8(d) of the Small Business Act (15 U.S.C. 637) to clarify that large prime contractors have the ability to receive subcontracting credit for small businesses at lower tiers; strengthen the agency's ability to collect and review data regarding prime contractors' achievement of their subcontracting plans; require the prime contractor to keep and maintain records to demonstrate subcontracting credit claimed;

and implement a new dispute process allowing small subcontractors to bring nonpayment issues to the agency small business advocate.

The Senate bill contained no similar provision.

The Senate recedes with amendment that would remove the new dispute process for nonpayment issues.

*Inclusion of best in class designations in annual report on small business goals (sec. 871)*

The House amendment contained a provision (sec. 874) that would amend section 15(h) of the Small Business Act (15 U.S.C. 644(h)) to require the Small Business Administration (SBA) to report Federal spending made through designated "best in class" vehicles, and to report on the dollars awarded through these vehicles to small businesses. Additionally, this section would require the SBA to report the dollar amount of contracts awarded to HUBZone, women-owned, service-disabled veteran-owned, and socially and economically disadvantaged (also known as 8(a)) small businesses.

The Senate bill contained no similar provision.

The Senate recedes.

*Reauthorization and improvement of Department of Defense Mentor-Protege Program (sec. 872)*

The Senate bill contained a provision (sec. 841) that would amend Section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101-510; 10 U.S.C. 2302 note) to make the Department of Defense's pilot Mentor-Protege Program permanent and to require that the Department's Office of Small Business Programs establish performance goals and outcome-based metrics for the program. The provision would also direct the Secretary of Defense to direct the Defense Business Board to study the effectiveness of the program and make recommendations for program improvements. Further, the provision would repeal the Department's half-size standard restriction for protege participants.

The House amendment contained a similar provision.

The Senate recedes with amendments that would extend the pilot program by authorizing new agreements through the end of fiscal year 2024, but limiting them to two years, and would permit reimbursements and subcontracting credits associated with such agreements through fiscal year 2026.

*Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act (sec. 873)*

The House amendment contained a provision (sec. 883) that would amend section 3903(a) of title 31, United States Code, to accelerate, to the fullest extent permitted by law, the payment date for prime contractors that are small business concerns or that subcontract with small business concerns, with a goal of 15 days.

The Senate bill contained no similar provision.

The Senate recedes.

*Postaward explanations for unsuccessful offerors for certain contracts (sec. 874)*

The House amendment contained a provision (sec. 884) that would revise the Federal Acquisition Regulation to require that contracting officers provide a brief explanation to unsuccessful offerors, if requested, for task or delivery orders in an amount greater than the simplified acquisition threshold and less than or equal to $5.5 million issued under an indefinite delivery-indefinite quantity contract.

The Senate bill contained no similar provision.

The Senate recedes.

*Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses (sec. 875)*

The House amendment contained two provisions (secs. 888 and 889) that would amend section 15(x) of the Small Business Act (15 U.S.C 644(x)). Section 888 would allow agencies to double the value of subcontracts to Puerto Rico businesses when determining agency compliance with small business contracting goals. Section 889 would allow agencies to double the value of contracts awarded to small business concerns that have their principal office located in the United States Virgin Islands, American Samoa, Guam, or the Northern Mariana Islands, when determining agency compliance with small business contracting goals.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that combines the two provisions.

*Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans (sec. 876)*

The conference agreement includes a provision that would amend section 632 of title 15, United States Code, to clarify

the treatment of certain surviving spouses under the definition of small business concerns owned and controlled by service-disabled veterans.

*Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict (sec. 877)*

The conference agreement includes a provision that would amend section 636 of title 15, United States Code, by extending the loan assistance and deferral eligibility to military reservists beyond periods of military conflict. The provision would also require the President of the United States to submit to the Committee on Small Business and Entrepreneurship and the Committee on Appropriations of the Senate and the Committee on Small Business and the Committee on Appropriations of the House of Representatives a semi-annual report on the number of loans made under the Military Reservist Economic Injury Disaster Loan program and the dollar volume of those loans.

*Modification to the Defense Research and Development Rapid Innovation Program (sec. 878)*

The House amendment contained a provision (sec. 878(e)) that would amend section 2359a(b)(3) of title 10, United States Code, to increase the maximum per award threshold for projects participating in the Defense Research and Development Rapid Innovation Program from $3.0 million per award to $6.0 million per award, and would direct the Secretary of Defense to report on activities under the program, to include summarizing the proposals received, and associated Small Business Innovation Research (SBIR) program activities, and overall program effectiveness.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would reemphasize the preference under the program for awarding to small business concerns overall, as well as the prioritization of such small business concerns; and would limit the total amount of awards under the program within a fiscal year to no more than 25 percent of the total available for that fiscal year.

*Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy (sec. 879)*

The House amendment contained a provision (sec. 878(a)) that would direct the Secretary of Defense and the Secretaries of the military departments to align the research topics selected for activities conducted under the Small Business Innovation Research (SBIR) and Small Business Technology Transfer (STTR) Programs with the National Defense Science and Technology Strategy, and would amend title 15, United States Code, to refer to this strategy to guide the prioritization of the Department's activities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the amendment to title 15, United States Code.

*Assistance for small business concerns participating in the SBIR and STTR programs (sec. 880)*

The House amendment contained a provision (sec. 882) that would amend the Small Business Act (15 U.S.C. 638) to help small business concerns participating in the Small Business Innovation Research (SBIR) and Small Business Technology Transfer (STTR) programs. The provision would, among other things, require procurement center representatives and the appropriate Director of Small and Disadvantaged Business Utilization to assist participating small business concerns with researching solicitations and providing technical assistance to bid for federal contracts. The provision would also direct agency senior procurement executives, where appropriate, to assist small business concerns with commercializing research developed under SBIR or SBTT before awarding federal agency contracts.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require procurement center representatives to consult with appropriate agency personnel to assist small business concerns in the SBIR program and STTR program, particularly in Phase III, and to provide technical assistance to submit a bid for an award of a federal contract.

*Cybersecurity technical assistance under the SBIR and STTR programs (sec. 881)*

The House amendment contained a provision (sec. 878(c)) that would permit the Secretary of Defense to enter into an agreement with one or more vendors to provide cybersecurity technical assistance to small business concerns engaged in Small Business Innovation Research (SBIR) or Small Business Technology Transfer (STTR) projects.

The Senate bill contained no similar provision.

The Senate recedes.

*Funding for defense research activities of small business concerns (sec. 882)*

The House amendment contained a provision (sec. 878(g)) that would amend section 9(f) of the Small Business Act (15 U.S.C 638(f)) to increase the required expenditure amounts for the Department of Defense from 3.2 percent to 4.0 percent, starting in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would instead direct the Secretary of Defense to report on any assistance to small business concerns in fiscal years 2017 through 2019 under the Small Business Innovation Research and Small Business Technology Transfer programs, and any other research, development, test, and evaluation programs.

*Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program (sec. 883)*

The House amendment contained a provision (sec. 887) that would amend section 857 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232; 132 Stat. 1891) to revise budget display requirements for the Department of Defense Small Business Innovation Research (SBIR) Program and Small Business Technology Transfer (STTR) Program.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees' aim is to allow visibility into the SBIR/STTR effort to better support the program, and to support the alignment of each military services' SBIR/STTR program under the Service Secretary's strategic vision for their budget.

*Pilot program for domestic investment under the SBIR program (sec. 884)*

The House amendment contained a provision (sec. 878(b)) that would express a sense of congress encouraging the Administrator of the Small Business Administration to promulgate regulations implementing existing authority under title 15, United States Code, that permits small business concerns that are majority-owned by multiple venture capital operating companies, hedge funds, or private equity firms to participate in the Small Business Innovation Research (SBIR) program. The provision would further direct the Secretary of Defense to

establish a pilot program to exercise this authority and make SBIR awards to such business concerns up to 10 percent of the Department's annual SBIR allocation and would exempt the Department from the requirement for written determinations in advance of such awards. The provision would also direct the Secretary of Defense to include information about the activities under the pilot program in the annual report on the SBIR program.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would eliminate the sense of congress; limit the Department of Defense exemption from the written determination to only those small business concerns meeting certain requirements related to foreign ownership; further expand the information provided in the SBIR annual report; and add a requirement for the Secretary of Defense to notify the Administrator of the Small Business Administration 30 days following an award.

## SUBTITLE H—OTHER MATTERS

*Review of guidance to contractors on nondiscrimination on the basis of sex (sec. 885)*

The House amendment contained a provision (sec. 899C) that would direct a revision to the Defense Federal Acquisition Regulation Supplement to allow contracts only with entities that have employee policies penalizing instances of sexual harassment, and would direct the Secretary of Defense to initiate a debarment proceeding for entities seeking contracts with the Department of Defense who do not have such policies.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Under Secretary of Defense for Acquisition and Sustainment to review the implementation of the requirement under Executive Order 11246 relating to the expectations of contractors to ensure nondiscrimination on the basis of sex, to include sexual harassment, and to update any relevant training guidance based on this review.

The conferees note that the appendix to Part 60-20 of Title 41, Code of Federal Regulations outlines best practices and procedures for contractors pertaining to the environment contractors should foster with regard to sexual harassment, which includes communicating that harassing conduct will not be tolerated, providing anti-harassment training, and establishing and implementing procedures for complaints about harassment and intimidation based on sex. The conferees believe the Department

should strongly encourage contractors to incorporate such best practices and procedures.

*Comptroller General report on contractor violations of certain labor laws (sec. 886)*

The House amendment contained a provision (sec. 899F) that would require the Comptroller General of the United States to deliver a report to the Congress on the number of Department of Defense contractors who have been found by the Department of Labor to have committed violation of the Occupational Safety and Health Act of 1970 (Public Law 91-596) or the Fair Labor Standards Act of 1938 (Public Law 75-718).

The Senate bill contained no similar provision.

The Senate recedes.

*Comptroller General report on contingency contracting (sec. 887)*

The House amendment contained a provision (sec. 899G) that would reauthorize the Commission on Wartime Contracting established under Section 841 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110-181; 122 Stat. 230) and amend the Commission's duties to include studying federal agency contracting funded by overseas contingency operations funds.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would direct the Comptroller General of the United States to report on the implementation of the recommendations made by the Commission and the use of contractors to perform work supporting contingency operations since January 1, 2009, and not include the reauthorization of the Commission on Wartime Contracting.

*Policies and procedures for contractors to report gross violations of internationally recognized human rights (sec. 888)*

The House amendment contained a provision (sec. 899K) that would require that contractors performing Department of Defense contracts in a foreign country report possible cases of gross violations of internationally recognized human rights and that the Secretary of Defense submit a report to congressional committees describing the policies and procedures in place to obtain information about such violations and the resources needed to investigate.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Department to update its policies, guidance, and regulations

to include specific guidance for both Department of Defense employees and contractors for monitoring and reporting alleged violations, and clarify its applicability to contractors performing outside the United States.

*Comptroller General report on oversight of contractors providing private security functions (sec. 889)*

The House amendment contained a provision (sec. 899L) that would direct the Inspector General of the Department of Defense to report on certain contracts for private security performed in contingency operations since 2001, to include data on costs, locations, civilians killed or wounded while performing the work, and disciplinary actions taken against the contractors.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would re-direct the study to the Comptroller General of the United States, and realign the substance of the review to evaluate Department of Defense's efforts to improve its oversight of contractors providing private security functions since 2009, to include how it has implemented certain new industry-wide law, policy, regulation, standards, and guidance.
The conferees note the significant changes that have occurred in the private security sector since certain reforms were initiated following the final report and recommendations of the Commission on Wartime Contracting in 2011.

*Prohibition on contracting with persons that have business operations with the Maduro regime (sec. 890)*

The Senate bill contained a provision (sec. 864) that would prohibit the Department of Defense from entering into a contract with any person or entity that has business operations with an authority of the Government of Venezuela that is not recognized as the legitimate Government of Venezuela by the United States Government.
The House amendment contained a similar provision (sec. 897).
The Senate recedes.

*Report on the Combating Trafficking in Persons initiative (sec. 891)*

The Senate bill contained a provision (sec. 865) that would direct the Comptroller General of the United States to report on the Department of Defense's efforts to combat trafficking in persons through procurement practices.

The House amendment contained a similar provision (sec. 1080A) that would require the Department of Defense to submit a report to the congressional defense committees containing an analysis of the Department's progress in implementing the Combating Trafficking in Persons Initiative.

The House recedes with an amendment that would direct the Secretary of Defense to analyze the Department's progress in implementing the Combating Trafficking in Persons initiative described in DOD Instruction 2200.01.

Noting that the Department's report will provide further information on the implementation of this program, the conferees direct the Comptroller General of the United States to submit a report to the congressional defense committees on the Department of Defense's overall efforts to combat human trafficking not later than January 31, 2021. The required report shall evaluate (1) the processes and procedures to combat human trafficking in the Department's contracting and supply chain policy, regulation, and practices, to include the implementation of title 27 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112-239) and Executive Order 13627, as well as the nature and extent of training for contracting officers on how to evaluate compliance plans, monitor contractor adherence to the plans, and respond to reports of noncompliance; (2) the progress of the current trafficking in persons office within the Department of Defense in leading the Department to address all forms of human trafficking, the efficacy of such office in identifying, tracking, and managing any and all trafficking in persons cases, and what, if any, improvements should be made to the office; (3) the process used by contracting officers to evaluate compliance plans with regards to preventing human trafficking and a description of the remedies imposed by contracting officers in cases where an allegation of human trafficking has been substantiated; and (4) the process for reporting instances of human trafficking to the Inspector General of the Department of Defense and the disposition of those cases.

*Improved management of information technology and cyberspace investments (sec. 892)*

The Senate bill contained a provision (sec. 851) that would require the Department of Defense Chief Information Officer (CIO) to work with the Chief Data Officer to optimize the Department's process to account for, manage, and report its information technology and cyberspace investments and would require the CIO to brief the congressional defense committees

and to recommend any necessary legislative changes to the committees not later than February 3, 2020.

The House amendment contained no similar provision.

The House recedes.

The conferees note that the Department of Defense's process to account for, manage, and report its information technology and cyberspace investments—which account for at least $50.0 billion annually—is inefficient. Further, the conferees are concerned that this process results in unnecessary delays in preparing the annual budget exhibit and in regulatory reporting required by the Federal Information Technology Acquisition Reform Act of 2015, incorporated into the Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291). After years of legislation and regulation, the definitions pertaining to and the methods for grouping and accounting for spending on these investments have become cumbersome and obscure, and they hinder, rather than facilitating, insight into and oversight of spending plans and portfolio management. The briefing provided to the committees should include alternative methods for presenting budget justification materials to the public and congressional staff to more accurately communicate when, how, and with what frequency capabilities are delivered to end-users, in accordance with best practices for managing and reporting on information technology investments.

*Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts (sec. 893)*

The House amendment contained a provision (sec. 899B) that would amend section 877 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232; 41 U.S.C. 3302 note) to extend the termination date for the exemption for commercial leasing services provision from 2022 to 2025 and change the reporting date of the Comptroller General of the United States audit to every five years.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would repeal section 877 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 and would amend section 3302 of title 41, United States Code, to add the exemption for commercial leasing services as a new subsection.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Modification to small purchase threshold exception to sourcing requirements for certain articles*

The Senate bill contained a provision (sec. 810) that would lower the threshold at which the Department of Defense must comply with the rules of section 2533a of title 10, United States Code, known as the Berry Amendment, to $150,000.

The House amendment contained no similar provision.

The Senate recedes.

*Rates for progress payments or performance-based payments*

The House amendment contained a provision (sec. 823) that would require the Secretary of Defense to provide congressional defense committees with a notice of determination and to notify the public through the Federal Register before initiating changes to contract finance rates for progress payments or performance-based payments.

The Senate bill contained no similar provision.

The House recedes.

*Additional requirements for negotiations for noncommercial computer software*

The House amendment contained a provision (sec. 824) that would amend section 2322a of title 10, United States Code, and codify existing Defense Federal Acquisition Regulations on noncommercial software rights as well as mandate, to the maximum extent practicable, that specially negotiated licenses be used for weapon systems noncommercial software.

The Senate bill contained no similar provision.

The House recedes.

*Competition requirements for purchases from Federal Prison Industries*

The House amendment contained a provision (sec. 827) that would amend section 2410n of title 10, United States Code. This provision would create a requirement for conducting market research before purchasing a product listed in the Federal Prison Industries (FPI) catalog.

The Senate bill contained no similar provision.

The House recedes.

*Enhanced post-award debriefing rights*

The House amendment contained a provision (sec. 828) that would amend section 818 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), which required post-award debriefings of the Department of Defense rating for

each evaluation criteria and overall award decision, by reducing the award threshold for comprehensive debriefings from $100.0 million to $50.0 million.

The Senate bill contained no similar provision.

The House recedes.

*Preference for offerors employing veterans*

The House amendment contained a provision (sec. 831) that would amend chapter 137 of title 10, United States Code, by allowing the head of an agency to establish a preference for offerors that employ veterans on a full-time basis when awarding a contract for the procurement of goods or services for the Department of Defense.

The Senate bill contained no similar provision.

The House recedes.

*Reporting on expenses incurred for independent research and development costs*

The House amendment contained a provision (sec. 832) that would amend section 2372 of title 10, United States Code, to require Department of Defense contractors to report expenses incurred for independent research and development (IR&D) costs.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that IR&D is initiated and conducted by Department of Defense contractors and the Department reimburses a portion of industry's costs. The conferees acknowledge that it is beneficial for the Department to understand what technologies its contractors are investing in beyond Department of Defense contracts. However, the conferees note that there is an ongoing Comptroller General review of recent changes to IR&D policies and the extent that recently funded IR&D projects align with the Department's modernization priorities as laid out in the National Defense Strategy. The conferees encourage the Department to use the findings from the Comptroller General's review as a basis for its IR&D strategy going forward, including what information is required to be reported by the contractor. Lastly, the conferees remind the Department that it should share information about contractor costs within the Department in a continuous and strategic manner, including in coordination with the Department's Chief Data Officer.

*Assessment of precision-guided missiles for reliance on foreign-made microelectronic components*

The Senate bill contained a provision (sec. 832) that
would require the Air Force to assess its reliance on foreign
sources for all microelectronics in precision guided munitions
currently in production.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Under Secretary of Defense for
Acquisition and Sustainment, not later than August 31, 2020, to
brief the congressional defense committees on the reliance of
the United States Armed Forces on foreign sources for
microelectronics in precision guided munitions currently in
production. The briefing should identify whether the
microelectronics suppliers are single source or sole-source
providers as well as which tier subcontractors supply the
microelectronics. The briefing should also include an evaluation
of the cybersecurity risk to precision guided munitions posed by
foreign-made microelectronics.

*Reporting on expenses incurred for bid and proposal costs*

The House amendment contained a provision (sec. 833) that
would amend section 2372a(a) of title 10, United States Code, to
require that contractors report expenses incurred for bid and
proposal costs annually to the Defense Contract Audit Agency,
who shall give access to the information to the Principal
Director for Defense Pricing and Contracting.

The Senate bill contained no similar provision.

The House recedes.

*Report on requirements relating to consumption-based solutions*

The House amendment contained a provision (sec. 835) that
would require the Undersecretary of Defense for Acquisition and
Sustainment to submit a report on requirements relating to
consumption-based solutions to the congressional defense
committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the acquisition of supplies and
services is still evolving and believe there is a place for
consumption-based solutions. The conferees direct the Deputy
Secretary of Defense in conjunction with the Chief Management
Officer, the Undersecretary of Defense for Acquisition and
Sustainment, and the Director, Cost Assessment and Program
Evaluation, to report to the congressional defense committees by
March 15, 2020, on the feasibility of using consumption-based

solutions as a procurement option to include recommended definitions, processes, contract types, and funding approaches.

*Supply chain security of certain telecommunications and video surveillance services or equipment*

The House amendment contained a provision (sec. 851) that would require the Secretary of Defense to consult with the Federal Acquisition Security Council to comprehensively assess policies and contractors' systems relating to telecommunications and video surveillance services and equipment from foreign suppliers; to mitigate risks through a specific interagency debarment and suspension process; to promulgate guidance; and to issue regulation containing certain elements. The House amendment contained another provision (sec. 852)that would require the Secretary of Defense to procure certain telecommunications services or installations of telecommunications infrastructure on national security installations located on territories of the United States in the Pacific Ocean, only from American-owned or -operated companies, with a national security waiver.

The Senate bill contained similar provisions, (sec. 831) that would require the Secretary of Defense to modernize mitigation of risks to the integrity of the supply chain, to include those cited in recent studies on the defense industrial base, and (sec. 833) that would that would require the Secretary of Defense to amend policy and regulation to enhance the process for assessing and mitigating risks related to foreign ownership, control, or influence.

The House recedes with amendments to sec. 831 that would direct the Secretary to recommend revisions to certain statutory definitions, would more explicitly emphasize the role of suspension and debarment in supply-chain security, and would direct the Secretary to establish a process to re-assess companies who have addressed certain risks.

The conferees acknowledge that establishing blanket "prohibitions" in legislation can be well-intended and effective in some aspects, while also having unintended consequences. The conferees intend for the Department to be pro-active rather than reactive, in securing its supply chain. The conferees note there are multiple efforts in place and underway at the Department to address supply chain risks, and that similar efforts are being undertaken government-wide. The conferees encourage the Department to harmonize these activities where appropriate in ways that do not inhibit the Department from exercising its discretion in areas of national security interest. In this regard, the Department should pay specific attention to the

procurement of telecommunications goods and services for use on installations in the Pacific Ocean.

*Revised authorities to defeat adversary efforts to compromise United States defense capabilities*

The House amendment contained a provision (sec. 853) that would strengthen defense supply chains by including security as a primary purpose for Department of Defense acquisition.

The Senate bill contained no similar provision.

The House recedes.

The conferees note other sections of the conference report that modernize the Department's supply chain risk mitigation efforts by requiring the Secretary of Defense to develop an analytical framework across the acquisition process, assign risk mitigation roles and responsibilities to organizations and individuals, and modernize access to data necessary to assess risk across the acquisition enterprise.

*Supply chain risk mitigation policies to be implemented through requirements generation process*

The House amendment contained a provision (sec. 855) that would amend section 807 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) to require the Secretary of Defense to develop tools for supply chain risk mitigation policies during the requirements generation process.

The Senate bill contained a similar provision (sec. 831) which addressed this and several other matters pertaining to the defense industrial base.

The House recedes.

The conferees note the House provision was based on the work of the Advisory Panel on Streamlining and Codifying Acquisition Regulations established by section 809 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92). The conferees commend the work of the Panel and note that, since the Panel was established, it has made 98 recommendations across 3 report volumes and continues to identify areas where United States Code can be reorganized for clarity and efficiency. The Congress has enacted a number of the recommendations from the first two volumes in prior National Defense Authorization Acts and continues to carefully consider the recommendations of the Panel.

*Size standard calculations for certain small business concerns*

The House amendment contained a provision (sec. 872) that would clarify that section 3(a)(2)(C) of the Small Business Act applies to the Small Business Administration (SBA). The section would align the size standards based on data to the Small Business Runway Extension Act of 2018 (Public Law 115-324) by changing the calculation from 3 years to 5 years. This section also would require the SBA to develop a transition plan for small businesses and Federal agencies to help them successfully navigate the transition from the previous 3-year calculation to the new 5-year calculation as mandated and would require that the System for Award Management be updated accordingly.

The Senate bill contained no similar provision.

The House recedes.

*Small Business Administration cybersecurity reports*

The House amendment contained a provision (sec. 875) that would require the Small Business Administration to issue reports that assess its cybersecurity infrastructure, including determining the country of origin of its information technology components, and report cyber threats, breaches, and cyber attacks.

The Senate bill contained no similar provision.

The House recedes.

*Cyber counseling certification program for lead small business development centers*

The House amendment contained a provision (sec. 876) that would amend section 21(a) of the Small Business Act by adding cyber strategy training for Small Business Development Centers (SBDCs) and require the Small Business Administrator to establish, or certify, an existing cyber counseling certification program to certify employees at small business development centers (that have directly received a grant from the Administration) to provide assistance to small businesses for planning cybersecurity practices and strategies to respond to cyber attacks. The Small Business Administration would be authorized to reimburse SBDCs for employee certification costs up to $350,000 per fiscal year.

The Senate bill contained no similar provision.

The House recedes.

*Exemption of certain contracts from the periodic inflation adjustments to the acquisition-related dollar threshold*

The House amendment contained a provision (sec. 877) that would amend subparagraph (B) of section 1908(b)(2) of title 41, United States Code, to exempt certain contracts from the periodic inflation adjustments to the acquisition-related dollar threshold.

The Senate bill contained no similar provision.

The House recedes.

*Phase 0 Proof of Concept Partnership program for the Department of Defense*

The House amendment contained a provision (sec. 878(d)) that would amend section 9(jj) of the Small Business Act (15 U.S.C 638) to change references to "The Director of the National Institutes of Health" to "A covered agency head" which is defined as the Director of the National Institutes of Health (NIH) for NIH Small Business Technology Transfer (STTR) programs or the Secretary of Defense for Department of Defense STTR programs.

The Senate bill contained no similar provision.

The House recedes.

*Briefing on the Trusted Capital Marketplace pilot program*

The House amendment contained a provision (sec. 885) that would require the Secretary of Defense to provide a briefing to congressional defense committees on the progress of the Trusted Capital Marketplace pilot program.

The Senate bill contained no similar provision.

The House recedes.

The conferees understand that the Secretary of Defense is intending to establish a Trusted Capital Marketplace pilot program to link technology startup companies with trusted sources of capital in areas relevant to defense missions. The conferees direct the Secretary of Defense to provide a briefing on the progress of the Trusted Capital Marketplace pilot program to the congressional defense committees to include plans for how the program will: align with critical defense requirements; use the acquisition flexibilities authorized under recent National Defense Authorization Acts; be coordinated with other research and engineering technology investment programs, including the Small Business Innovation Research program; and be managed and resourced so as to evolve into a stable, funded activity. The conferees direct the Secretary to provide this briefing no later than 6 months after the date of enactment of this Act.

*Boots to Business Program*

The House amendment contained a provision (sec. 886) that would codify and permanently authorize the Boots to Business program.

The Senate bill contained no similar provision.

The House recedes.

*Report and database on items manufactured in the United States for major defense acquisition programs*

The House amendment contained a provision (sec. 892) that would amend chapter 144 of title 10, United States Code, by inserting a new section requiring the Secretary of Defense to submit a report to the congressional defense committees assessing the domestic source content of procurements carried out in connection with major defense acquisition programs. This section would also require the Secretary of Defense to establish an information repository for the collection of domestic source content information.

The Senate bill contained no similar provision.

The House recedes.

*Contractor science, technology, engineering, and math programs*

The House amendment contained a provision (sec. 894) that would deem the cost of participating in certain science, technology, engineering, and math (STEM) programs an allowable cost under a contract between the contractor and the Department of Defense.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the importance of developing a world class cadre of technical talent who can perform critical STEM job functions in both government and industry, including a number which require security clearances. The conferees believe that a strong partnership between the defense industry and the Department of Defense can stimulate efforts to increase that pool of STEM talent. Therefore, the conferees direct the Secretary of Defense to enter into an arrangement with one or more academic institutions to study and develop policy options and recommendations to promote DOD-defense industry collaboration in STEM education activities. The conferees note that these partnerships should be primarily focused on developing collaborative DOD-industry activities relevant to: creating a clearable technical workforce to meet defense missions, supporting educational opportunities for defense sector personnel in both government and industry, and increasing educational opportunities for veterans and military dependents.

Further, the study should focus on activities which are based on metrics and education best practices to ensure maximum effectiveness. The conferees direct that the study, accompanied by an assessment and plan for the Secretary to implement the recommended policy options, if appropriate, should be delivered to the congressional defense committees no later than October 1, 2020. The conferees direct that Secretary to ensure that the study is developed in consultation with industry, education experts, and all appropriate defense organizations with expertise in STEM education.

*Report on cost growth of major defense acquisitions programs*

The House amendment contained a provision (sec. 898) that would require the Comptroller General of the United States to provide a report analyzing cost growth of major defense acquisition programs to the defense committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Comptroller General of the United States to submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report analyzing the cost growth of major defense acquisition programs (as defined in section 2430 of title 10 United States Code) during the 15 fiscal years preceding the date of the enactment of this Act.

*Report and strategy on terminated foreign contracts*

The House amendment contained a provision (sec. 899A) that would require the Secretary of Defense to submit to Congress a report on contracts performed in foreign countries for which the contract was terminated for convenience because of actions taken by the government of, or an entity located in, the foreign country that impeded the ability of the contractor to perform the contract.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition on contracting with persons with willful or repeated violations of the Fair Labor Standards Act of 1938*

The House amendment contained a provision (sec. 899E) that would require the head of a Federal department or agency to initiate debarment proceedings for persons who willfully or repeatedly violate the Fair Labor Standards Act of 1938 (29 U.S.C. 201 et seq.).

The Senate bill contained no similar provision.
The House recedes.

*Federal contractor disclosure of unpaid Federal tax liability*

The House amendment contained a provision (sec. 899H) that would amend section 2313(c) of title 41, United States Code, to include information on any unpaid federal tax liability of covered persons in the federal awardee performance and integrity database.
The Senate bill contained no similar provision.
The House recedes.

*Pilot program on payment of costs for denied Government Accountability Office bid protests*

The House amendment contained a provision (sec. 899J) that would amend the pilot program established in section 827 of the National Defense Authorization Act for Fiscal Year 2018 to require contractors to reimburse the Department of Defense for direct costs incurred by the Department in support of hearings to adjudicate bid protests. The provision would also change the date on which the pilot program begins.
The Senate bill contained no similar provision.
The House recedes.

*GAO report on contracting practices of the Corps of Engineers*

The House amendment contained a provision (sec. 899M) that would require the Comptroller General of the United States to conduct a study on the contracting practices of the U.S. Army Corps of Engineers (USACE).
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Comptroller General of the United States to conduct a study on the contracting practices of USACE, with a specific focus on how USACE complies with and enforces the requirement to pay prevailing wages on federally financed construction jobs, as required by subchapter IV of chapter 31 of title 40, United States Code (commonly referred to as the Davis-Bacon Act). The study should consider the following:
(1) Any programs or protocols USACE has in place for the purpose of carrying out its Davis-Bacon Act enforcement obligations as set forth in the Federal Acquisition Regulation.
(2) Any programs or protocols USACE has in place for the purpose of identifying and addressing independent contractor

misclassification on projects subject to the Davis-Bacon Act.

(3) The frequency with which USACE conducts site visits on each covered project to monitor Davis-Bacon Act compliance.

(4) The frequency with which USACE monitors certified payroll reports submitted by contractors and subcontractors on each covered project.

(5) Whether USACE accepts and investigates complaints of Davis-Bacon Act violations submitted by third parties, such as contractors and workers' rights organizations.

(6) Whether USACE maintains a database listing all contractors and subcontractors who have, in one way or another, violated the Davis-Bacon Act and whether USACE consults this database as part of its contract award process.

(7) The frequency, over the last five years, with which USACE penalized, disqualified, terminated, or moved for debarment of a contractor for Davis-Bacon violations.

(8) How USACE verifies that the contractors it hires for its projects are properly licensed.

The conferees further direct the Comptroller General to submit a report that summarizes the results of the study, with recommendations for legislative or regulatory action that would improve the efforts of enforcing the requirement to pay prevailing wages on federally financed construction jobs, to the following committees not later than 1 year after the date of enactment of this Act to: the Committee on Education and Labor; the Committee on Armed Services; and the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Health, Education, Labor, and Pensions; the Committee on Armed Services; and the Committee on Commerce, Science, and Transportation of the Senate.

*Comptroller General report on defense business processes*

The House amendment contained a provision (sec. 899N) that would require the Comptroller General of the United States to submit to the congressional defense committees a report on the use of defense business processes.

The Senate bill contained no similar provision.

The House recedes.

*Amendments to research project transaction authorities to eliminate cost-sharing requirements and reduce burdens on use*

The Senate bill contained a provision (sec. 5202) that would amend section 2371(e) of title 10, United States Code, to

eliminate certain restrictions on the use of the authority and associated funds.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that current law already permits the Secretary to engage in research project transaction authorities with cost sharing from industry that is less than fifty percent of the total costs, as appropriate, to allow for delivering performance with affordability and speed as outlined in the National Defense Strategy. The conferees believe the Secretary should use research project transaction authorities to drive efficiency, adopt and implement new ideas, and leverage leading practices from industry and academia to positively impact and support acquisition, personnel, research, and operational processes.

*Report on contracts with entities affiliated with the Government of the People's Republic of China or the Chinese Communist Party*

The Senate bill contained a provision (sec. 5801) that would require a report concerning Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

The House amendment contained no similar provision.

The Senate recedes.

Not later than 180 days after the date of the enactment of this Act, the conferees direct the Secretary of Defense to submit to the congressional defense committees a report describing all Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

*Investment in supply chain security under Defense Production Act of 1950*

The Senate bill contained a provision (sec. 6018) that would amend section 303 of the Defense Production Act of 1950 to provide authority through the Defense Production Act for the federal government to rapidly adopt supply chain security measures if a national security need arises.

The House amendment contained no similar provision.

The Senate recedes.

# TITLE IX—DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT

## SUBTITLE A—OFFICE OF THE SECRETARY OF DEFENSE AND RELATED MATTERS

*Headquarters activities of the Department of Defense matters (sec. 901)*

The Senate bill contained a provision (sec. 901) that would repeal certain certifications, require a report on numbers of employees in the National Guard Headquarters, provide modest increases in the statutory caps on other headquarters personnel, and sunset the requirements of section 346 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92).

The House amendment contained no similar provision.

The House recedes with an amendment that would eliminate the repeal of certain certifications and modify the increases in the statutory caps on headquarters personnel with the intent of enhancing the opportunity for civilian perspective and advice to be considered in the balance on strategic decisions regarding matters of the armed forces.

The conferees are concerned about civilian-military relations and note a perceived unhealthy drift in decision-making on strategic defense issues away from civilian leaders. Therefore, the conferees urge the Secretary of Defense to utilize the relief to existing limitations on civilian personnel supporting the Office of the Secretary of Defense in such a manner as to optimize enhancement of civilian control of the military.  For example, the conferees note that section 922 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) assigned additional authority to the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict (ASD SO/LIC).  As such, the conferees expect the additional authority and relief of limitations on civilian personnel will enhance civilian oversight of U.S. Special Operations Command through its 'service secretary-like' role.

The conferees direct the Secretary of Defense, not later than January 1, 2020, to submit to the armed services committees a report setting forth:

1) the total number of members of the Armed Forces and civilian employees of the Department of Defense assigned to support the Office of the Chief of the National Guard Bureau and the National Guard Joint Staff;

2) a description of the headquarters staff of each geographic combatant command, as well as each sub-unified command and service component command under the geographic combatant command, as of the following dates: October 1, 2014 and October 1, 2019. The description of the headquarters staffs of the geographic combatant commands shall include the number of military and civilian personnel who are authorized, and the numbers assigned or detailed, to duty in, functions of, or direct support to the headquarters element, including a breakout of personnel by functional area as defined in Department of Defense Instruction 5100.73.

The conferees direct the Secretary of Defense, not later than January 1, 2021, to submit to the congressional defense committees a report setting forth the following:

a) A recommendation for the total number of members and employees required for the Office of the Chief of the National Guard Bureau and the National Guard Joint Staff to execute the missions and functions of the National Guard Bureau and the National Guard Joint Staff.

b) A recommendation for the number of military and civilian personnel who are required in the headquarters element to execute the missions and functions of each geographic combatant command.

*Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering (sec. 902)*

The Senate bill contained a provision (sec. 5902) that would allocate the responsibilities of the Under Secretary of Defense for Acquisition, Technology, and Logistics, a position that was eliminated in the National Defense Authorization Act of Fiscal Year 2017, between the two successor entities.

The House amendment contained a similar provision (sec. 861(j)).

The Senate recedes with amendments that include directing the Secretary of Defense to issue guidance and a framework for independent technical risk assessments (ITRAs), clarifying prototyping responsibilities for the Under Secretary of Defense for Research and Engineering, updating the Executive Schedule level for the Under Secretary of Defense for Research and Engineering, and adding prototyping responsibilities for the Under Secretary of Defense for Acquisition and Sustainment.

The conferees note the benefit of having specific guidance detailing the conditions in which the Department would approve ITRAs conducted by independent organizations within the military

departments. The conferees therefore direct the Secretary of Defense to issue the required ITRA guidance and framework no later than March 1, 2020, and to provide a briefing to congressional defense committees at that time.

The conferees also direct the Secretary of Defense to further refine and elaborate the definitions of prototyping to ensure that the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment have clearly defined roles and responsibilities, paying particular attention to the activities executed under budget activity 4, and software activities, which are likely to be difficult to determine.

*Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters (sec. 903)*

The Senate bill contained a provision (sec. 903) that would return the responsibilities for business systems from the Chief Management Officer back to the Chief Information Officer and would realign the Chief Data Officer to report to the Chief Information Officer instead of the Chief Management Officer.

The House amendment contained no similar provision.

The House recedes.

*Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense (sec. 904)*

The Senate bill contained a provision (sec. 5901) that would direct the Secretary of Defense to determine the manner in which the Chief Management Officer directs the business-related activities of the military departments and determine the responsibilities and authorities, if any, of the Chief Management Officer for the Defense Agencies and Department of Defense Field Activities. The provision would further direct the Secretary of Defense, in light of these determinations, to assign the responsibilities and authorities of the Chief Management Officer and submit a plan to Congress for carrying out these requirements.

The House amendment contained no similar provision.

The House recedes with amendments that would require a Secretary of Defense and an independent assessment of the Chief Management Officer position, and associated reports on those assessments with recommendations regarding the roles and responsibilities of the Chief Management Officer.

The conferees note the Department has faced significant structural challenges in implementing the Chief Management

Officer position since its inception. Accordingly, it is the conferees' intention to change the position from senior executive schedule II to III and, pending the assessment directed by this section, to disestablish the Chief Management Officer position altogether. The conferees therefore direct the Secretary to ensure the assessment provided for in this section is sufficiently comprehensive to allow for the reassignment of roles and responsibilities, as well as the authorities that would be necessary for orderly transition of such activities should the conferees decide to do so.

*Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor (sec. 905)*

The Senate bill contained a provision (sec. 904) that would require the designation of a general or flag officer of the Armed Forces to serve within the Office of the Under Secretary of Defense for Policy as the Senior Military Advisor for Cyber Policy and, concurrently, as the Deputy Principal Cyber Advisor.

The House amendment contained no similar provision.

The House recedes.

*Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program (sec. 906)*

The Senate bill contained a provision (sec. 921) that would amend section 932(f)(3) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to stipulate that an individual appointed to a fellowship under this section shall not count against the limitation on the number of Office of the Secretary of Defense personnel in section 143 of title 10, United States Code, or any similar limitation in law on the number of personnel in headquarters of the Department of Defense.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## SUBTITLE B—ORGANIZATION AND MANAGEMENT OF OTHER DEPARTMENT OF DEFENSE OFFICES AND ELEMENTS

*Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force (sec. 911)*

The Senate bill contained a provision (sec. 911) that would amend sections 3016(a), 5016(a), and 8016(a) of title 10, United States Code, to require that each military department maintain an assistant secretary for energy, installations, and environment.

The House amendment contained a similar provision (sec. 911).

The Senate recedes with a technical amendment.

## SUBTITLE C—OTHER DEPARTMENT OF DEFENSE ORGANIZATION AND MANAGEMENT MATTERS

*Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense (sec. 921)*

The Senate bill contained a provision (sec. 1034) that would prohibit Department of Defense officials who participated personally and substantially in an acquisition valued in excess of $10.0 million who occupy a position on the Executive Schedule, are a member of the Senior Executive Service, a General or Flag Officer, or who served as a program manager, deputy program manager, procuring contracting officer, administrative contracting officer, source selection authority, member of a source selection evaluation board, or chief of a financial or technical evaluation team for a contract in excess of $10.0 million, from owning or trading a publicly traded stock of a company that, during the preceding calendar year, received more than $1.0 billion in revenue from the Department of Defense, including through contracts with the Department.

Further, the provision would direct that no officer or employee of the Department of Defense may own or trade a publicly traded stock of a company that is a contractor or subcontractor of the Department, if the Standards of Conduct Office of the Office of the General Counsel of the Department of Defense determines that the value of the stock may be directly or indirectly influenced by any official act of that officer or employee.

Any official who knowingly fails to comply with these requirements would be subject to administrative action by the Secretary of Defense. The definition of publicly traded stock would not include a widely-held investment fund, for purposes of this provision.

The House amendment contained no similar provision.

The House recedes with an amendment that would prohibit an individual serving in a key acquisition position in the Department of Defense who is: (1) A civilian officer or employee in a Senior Executive Service, Senior-Level, or Scientific or Professional position; or (2) A member of the Armed Forces in a grade above O-6, from owning or purchasing publicly traded stock of a company that is one of the ten entities awarded the most amount of contract funds by the Department of Defense in a fiscal year during the five preceding fiscal years. This same prohibition would apply to any civilian appointed to a position in the Department of Defense by the President, by and with the advice and consent of the Senate.

The prohibition would not apply if the aggregate market value of the stock holdings ascribed to the individual officer, employee, member of the Armed Forces, or appointee does not exceed the de minimis threshold established in the Code of Federal Regulations, or if the stock is purchased and owned as part of an Excepted Investment Fund or mutual fund.

*Limitation on consolidation of Defense Media Activity (sec. 922)*

The House amendment contained a provision (sec. 912) that would prohibit funds authorized or appropriated for the Department of Defense to be used to consolidate the Defense Media Activity until 180 days after the Secretary of Defense submits a report that includes any plans to consolidate the Defense Media Activity.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the funding limitation, direct the Secretary of Defense not to take any actions to consolidate the Defense Media Activity until 60 days after submitting the required report, and change the definition of consolidation.

*Report on resources to implement the civilian casualty policy of the Department of Defense (sec. 923)*

The Senate bill contained a provision (sec. 922) that would require, not later than 30 days after the date of the enactment of this Act, the Secretary of Defense to submit to the congressional defense committee a report on the resources necessary to fulfill the requirements of section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) over the future years defense plan.

The House amendment contained no similar provision.

The House recedes.

# SUBTITLE D—UNITED STATES SPACE FORCE

*United States Space Force Act (secs. 951-961)*

The Senate bill contained a series of provisions (sec. 1601-1608) that would establish the United States Space Force (USSF) within the Department of the Air Force and make changes to the organization of, authorities of, and acquisition associated with space forces assigned to the Department of Defense (DOD).

The House amendment contained a similar series of provisions (sec. 921-925) that would establish a U.S. Space Corps within the Department of the Air Force.

The Senate recedes with an amendment that would enact the United States Space Force Act. The amendment would modify title 10, United States Code, to establish the United States Space Force as an Armed Force within the Department of the Air Force. The amendment would make multiple technical and conforming changes necessary to fully establish the United States Space Force in title 10, United States Code.

The Space Force would include military personnel of the Air Force Space Command and other military personnel of the Air Force as assigned to the Space Force by the Secretary of the Air Force. The amendment would prohibit the authorization of additional military billets. The conferees expect that the Space Force would be supported by civilian personnel within the Department of the Air Force and by Air Force Reserve elements, as determined by the Secretary of the Air Force. The conferees direct the Secretary of the Air Force to provide to the congressional defense committees a total force management plan in support of the Space Force. The report shall be delivered not later than 90 days after the enactment of this Act.

The amendment would designate the commander of the Space Force as the Chief of Space Operations (CSO), appointed by the President and confirmed by the Senate. The CSO's rank would be that of general with a 4-year term of command. The CSO could be the incumbent Commander, Air Force Space Command, without further appointment. The CSO would report directly to the Secretary of the Air Force upon enactment of this Act. After 1 year, the CSO would be a member of the Joint Chiefs of Staff. The amendment would provide the Secretary of Defense with the temporary authority to establish a dual-hatted arrangement wherein the CSO, for the first year after enactment, would also serve as the Commander, U.S. Space Command (SPACECOM).

The conferees expect the Space Force and its supporting elements to be the exclusive source of personnel of the Department of the Air Force to be assigned, by the CSO, to the

National Reconnaissance Office (NRO), unless otherwise specified by the Secretary of the Air Force.

The amendment would establish the position of the Assistant Secretary of Defense (ASD) for Space Policy within the Office of the Secretary of Defense. The amendment would require the Secretary of Defense to seek to enter into an agreement with a Federally Funded Research and Development Center (FFRDC) to develop recommendations on the appropriate elements of the Office of the ASD for Space Policy, including, in particular, whether to include space capabilities and programs currently assigned to the Office of the Under Secretary of Defense for Intelligence or in the Military Intelligence Program. The Secretary would submit to the congressional defense committees such recommendations, together with an assessment of those recommendations, not later than 180 after the date of the enactment of this Act.

The amendment would rename the Principal Assistant to the Secretary of the Air Force for Space as the Assistant Secretary for Space Acquisition and Integration (ASAF/SP), who would report directly to the Secretary of the Air Force and serve as the senior architect for space systems and programs across the Department of Defense, providing advice to the service acquisition executive (SAE) of the Air Force (the existing Assistant Secretary of the Air Force for Acquisition). The ASAF/SP would oversee and direct the Space Rapid Capabilities Office, the Space and Missile Systems Center, and the Space Development Agency, providing fiscal and strategic guidance to the organizations. Effective October 1, 2022, the ASAF/SP would also become the SAE for Space Systems and Programs, which would include all space acquisition activities within the Air Force. All space acquisition projects currently managed by the Assistant Secretary of the Air Force for Acquisition would be transitioned to the ASAF/SP in the role of SAE for Space Systems and Programs, therefore providing for two SAEs reporting to the Secretary of the Air Force. The ASAF/SP would require confirmation by the Senate for this additional role.

The conferees note that the Deputy Secretary of Defense did not submit to the congressional defense committees the plan required by section 1601(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232). Therefore, the conferees direct the Secretary of the Air Force to provide to the congressional defense committees a report on whether and, if so, how to implement an alternative acquisition system, due not later than March 31, 2020. The report should include an assessment of the feasibility of a new acquisition system specifically tailored for space systems and programs, including with respect to procuring space vehicles,

ground segments relating to such vehicles, and satellite terminals. The plan shall include recommendations with respect to whether the alternative acquisition system described in the plan should use the Joint Capabilities Integration and Development System process or instead use a new requirements process developed in a manner that ensures that requirements for a program are synchronized across the space vehicles and ground segments. It should also consider how such a system can achieve faster acquisition and more rapid fielding of critical systems, including by using new commercial capability. The conferees also direct the Secretary to submit, not later than 120 days after the enactment of this Act, to the congressional defense committees a report with recommendations on the integration of acquisition authority for the NRO into acquisition authority of the Air Force for space systems and programs.

The amendment would also establish a Space Force Acquisition Council (SAC) within the Office of the Secretary of the Air Force that would oversee, direct, and manage Air Force acquisitions for space in order to ensure integration across the national security space enterprise. The SAC would meet not less frequently than monthly. The amendment would establish the ASAF/SP as the chair of Council. The Under Secretary of the Air Force, the Director of the NRO, the CSO, the ASD for Space Policy and the Commander, SPACECOM, would also be members of the Council. The amendment would require the SAC to submit quarterly reports to the congressional defense committees through the first calendar year quarter of 2025 on the activities of the Council.

The conferees direct the Secretary of the Air Force and Secretary of Defense to submit the following reports and briefings to the congressional defense committees on the establishment of the United States Space Force:

(1) A report and accompanying briefing on a comprehensive plan for the organizational structure of the Space Force, to be submitted by the Secretary of the Air Force not later than February 1, 2020. The report should include the following elements:

(a) A detailed description of the structure and organizational elements required for the Space Force to perform its mission;

(b) A detailed description of the organization and staff required to support the CSO;

(c) A detailed explanation of the manner in which the Space Force is expected to affect the composition and function of current space elements of the Armed Forces;

(d) A description of the manner in which the Space Force will be organized, trained, and equipped; and

(e) A description of the manner in which the Space Force will coordinate with SPACECOM and other space elements of the Armed Forces;

(2) A report and accompanying briefing on the anticipated funding requirements for the establishment of the Space Force and for its operations and activities from fiscal year 2021 through fiscal year 2025, to be submitted by the Secretary of Defense not later than February 1, 2020. The report should include the budget activity, line number, line item, line item title, and a description of the requirements specific to the Space Force for each account of the following:

(a) Procurement accounts;

(b) Research, development, test, and evaluation accounts;

(c) Operation and maintenance accounts; and

(d) Military personnel accounts.

The report should also include, for each project under military construction accounts, the country, location, project title, and project amount by fiscal year, and, for any expenditures and proposed appropriations not included, an explanation with a level of detail at least equivalent to the level of detail provided in the future year's defense program submitted to Congress. The report may be submitted in unclassified form, but may include a classified annex;

(3) A report setting forth a comprehensive legislative proposal for amendments to the laws under the jurisdiction of the congressional defense committees to fully integrate the Space Force as an Armed Force, and the regular and reserve military and the civilian personnel of the Space Force, into current law, to be submitted by the Secretary of Defense not later than 60 days after the date of the enactment of this Act;

(4) A plan to ensure the quality of the military and civilian personnel of the Space Force, to include:

(a) Mechanisms to define career professional milestones and manage the career progression of members and civilian employees of the Space Force throughout their careers;

(b) Identification and establishment of space-related career fields;

(c) Pay and incentive structures;

(d) The management and oversight of the space cadre;

(e) Training relating to planning and executing warfighting missions and operations in space;

(f) Conducting periodic cadre-wide professional assessments to determine how the cadre is developing as a group;

(g) Establishing a centralized method to control personnel assignments and distribution;

(h) The identification of future space-related career fields that the Secretary determines appropriate, including a space acquisition career field; and

(i) Identification of overlap among the operations and acquisition career fields to identify opportunities for cross-functional careers.

The Secretary should submit to the congressional defense committees a report on such plan not later than 180 days after the date of the enactment of this Act.

The conferees also direct the Secretary of Defense, in coordination with the Director of National Intelligence, to submit to the congressional defense committees a report containing the results of a review on processes designed to achieve more effective integration of capabilities among the NRO, National Security Agency, National Geospatial Intelligence Agency (NGA), and SPACECOM for joint operations. This report should be submitted not later than 180 days after the enactment of this Act.

Finally, this amendment would limit the total amount of funds to be obligated and expended in fiscal year 2020 for the establishment of the Space Force to the amount requested for the Space Force in the President's budget request for fiscal year 2020. The amendment would require the Secretary of the Air Force to implement the establishment of the United States Space Force not later than 18 months after the date of the enactment of this Act. The amendment would also require the Secretary and the CSO to jointly provide to the congressional defense committees briefings on the status of the current missions, operations and activities, manpower requirements, budget and funding requirements, and implementation not later than 60 days after the date of the enactment of this Act and every 60 days thereafter until March 31, 2023.

The conferees note that nothing in this provision is intended to be construed as mandating any changes to the mission or operations of the NRO or NGA.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Repeal of conditional designation of Explosive Ordnance Disposal Corps as a basic branch of the Army*

The Senate bill contained a provision (sec. 912) that would repeal section 582 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), which established the conditional designation of explosive ordnance disposal as a basic branch of the Army.

The House amendment contained no similar provision.

The Senate recedes.

*Modernization of certain forms and surveys*

The House amendment contained a provision (sec. 913) that would require the Secretary of Defense to conduct a study to identify each form and survey that contains a term or classification that the Secretary determines may be considered racially or ethnically insensitive and provide a plan to modernize those forms.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Secretary of Defense to provide an interim briefing, no later than 180 days after the enactment of this Act, to the Committees on Armed Services of the Senate and House of Representatives, regarding efforts to date to review and identify forms and surveys under the purview of the Department of Defense or its components, that contain a term or classification that may be considered racially or ethnically insensitive.  Additionally, no later than a year after the date of the enactment of this Act, the conferees direct the Secretary to provide the committees a report setting forth the Department's comprehensive plan to modernize the forms identified, and the progress to date in executing such plan.

# TITLE X—GENERAL PROVISIONS

## SUBTITLE A—FINANCIAL MATTERS

*General transfer authority (sec. 1001)*

The Senate bill contained a provision (sec. 1001) that would allow the Secretary of Defense, with certain limitations, to make transfers between amounts authorized for fiscal year 2020 in division A of this Act. The section would limit the total amount transferred under this authority to $4.0 billion. This section would also require prompt notification to Congress of each transfer made.
The House amendment contained a similar provision (sec. 1001) that would allow the Secretary of Defense to transfer up to $1.0 billion of fiscal year 2020 funds authorized in division A of this Act. It would also prohibit transfers to the Drug Interdiction and Counter Drug Activities, Defense-wide account and require the Secretary of Defense to certify the transfer was made to higher priority items based on unforeseen military requirements.

The House recedes.

*Defense Business Audit Remediation Plan (sec. 1002)*

The House amendment contained a provision (sec. 1002) that would amend the annual reporting and semiannual briefing requirements contained in section 240b of title 10, United States Code, to include a current accounting of the defense business systems of the Department of Defense that will be introduced, replaced, updated, modified, or retired in connection with the audit of the full financial statements of the Department, including a comprehensive roadmap displaying in-service, retirement, and other pertinent dates for affected defense business systems as well as current cost-to-complete estimates for each effort.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would modify the reporting requirements.

*Financial improvement and audit remediation plan (sec. 1003)*

The House amendment contained a provision (sec. 1003) that would amend section 240b of title 10, United States Code, by updating the elements of annual reports, semiannual briefs, and audit remediation services of financial improvements and audit remediation plans.
The Senate bill contained no similar provision.
The Senate recedes.

*Reporting requirements relating to Department of Defense audits (sec. 1004)*

The House amendment contained a provision (sec. 1004) that would require an annual report ranking each of the military departments and Defense Agencies in order of how advanced they are in achieving auditable financial statements as required by law. This report would include, for the bottom quartile of departments and agencies ranked in the report, an additional report describing the material weaknesses of the reporting entity, underlying causes of the material weaknesses, and a plan for remediation. The provision would also require a report presenting a plan for achieving an unmodified audit opinion on the Department of Defense-wide consolidated audit within 5 years.
The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the limitation on use of funds and would modify the reporting requirement.

*Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands (sec. 1005)*

The Senate bill contained a provision (sec. 1003) that would amend section 222a of title 10, United States Code, to require the military services and combatant commands to submit separate lists of unfunded priorities for military construction. This provision would require the lists to be in priority order.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munition Requirements and Out-Year Inventory numbers (sec. 1006)*

The Senate bill contained a provision (sec. 1004) that would amend section 222a of U.S.C 10 to prohibit the chief of staff of each of the Services from delegating the reporting requirement outside the service concerned.
The House amendment contained no similar provision.
The House recedes.

*Annual budget justification display for service-common and other support and enabling capabilities for special operations forces (sec. 1007)*

The House amendment contained a provision (sec. 1005) that would amend chapter 9 of title 10, United States Code, to require the Secretary of Defense to include in the budget materials submitted to Congress under section 1105 of title 31, United States Code, for fiscal year 2021 and any subsequent fiscal year, a consolidated budget justification display showing service-common and other support and enabling capabilities for special operations forces requested by a military service or Defense Agency.
The Senate bill contained no similar provision.
The Senate recedes.

*Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs (sec. 1008)*

The Senate bill contained a provision (sec. 1005) that would amend section 240b(b)(1) of title 10, United States Code, to include audit results and activities for classified programs in the Financial Improvement and Audit Remediation Plan. The plan shall remain unclassified and include a classified annex, if required.

The House amendment contained no similar provision.

The House recedes.

*Plan of the Department of Defense for financial management information (sec. 1009)*

The Senate bill contained a provision (sec. 1006) that would require the Under Secretary of Defense (Comptroller) to track the costs of the audit corrective action plans.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the reporting requirements.

The conferees direct the Secretary of Defense not later than 90 days after the date of the enactment of this Act, to submit to the congressional defense committees a report containing the following Department-Wide audit metrics:

(1) Total number of open audit notices of findings and recommendations (NFRs) for the most recent fiscal year and the preceding two fiscal years where applicable;

(2) Number of repeat or reissued NFRs from the most recent fiscal year;

(3) Number of NFRs that were previously forecasted to be closed in the most recently completed fiscal year that remain open;

(4) Number of closed NFRs in the current fiscal year and prior fiscal years;

(5) Number of material weaknesses that were validated by external auditors as fully resolved or downgraded in the current fiscal year over prior fiscal years;

(6) Breakdown by fiscal years in which open NFRs are forecasted to be closed; and

(7) Explanations for unfavorable trends in these categories.

*Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund (sec. 1010)*

The Senate bill contained a provision (sec. 1007) that would amend section 1705 of title 10, United States Code, to rename the Defense Acquisition Workforce Development Fund to the

Defense Acquisition Workforce Development Account in recognition that it is funded by appropriations.

The House amendment contained no similar provision.

The House recedes.

*Transparency of accounting firms used to support Department of Defense audit (sec. 1011)*

The House amendment contained a provision (sec. 1008) that would require audit firms to report fully adjudicated disciplinary proceedings to the Department of Defense, ensure the details of such disciplinary proceedings are kept confidential, and would provide a definition of "associated person".

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would eliminate the insertion of "fully adjudicated" and the definition of associated persons.

The conferees direct the Secretary of Defense to provide a briefing, in conjunction with the Financial Improvement and Audit Remediation Plan, on the implementation of section 1006 of John S. McCain National Defense Authorization Act for Fiscal Year 2019 no later than June 30, 2020.

*Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense (sec. )*

The Senate bill contained a provision (sec.1002) that would amend section 127 of title 10, United States Code, to modify the annual reporting requirement on emergency and extraordinary expenses of the Department of Defense.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## SUBTITLE B—COUNTERDRUG ACTIVITIES

*Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia (sec. 1021)*

The Senate bill contained a provision (sec.1011) that would amend section 1021 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108-375), as most recently amended by section 1011 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), to modify authorized assistance to the Government of Colombia to address the emergence of new threats.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the organizations with respect to which assistance may be provided under this authority.

*Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities (sec. 1022)*

The Senate bill contained a provision (sec. 1012) that would extend for two years section 1022 of the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108-136).

The House amendment contained a similar provision (sec. 1031) that would extend for two years section 1022 of the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108-136).

The Senate recedes.

*Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin (sec. 1023)*

The House amendment contained a provision (sec. 1014) that would express the Sense of Congress that counterdrug activities in the transit zone and Caribbean basin are critical to national security.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Assessment of impact of proposed border wall on volume of illegal narcotics (sec. 1024)*

The House amendment contained a provision (sec. 1015) that would require the Secretary of Defense, in consultation with the Secretary of Homeland Security, to conduct an assessment of the impact that any planned or proposed border wall construction would have on the volume of illegal narcotics entering the United States.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## SUBTITLE C—NAVAL VESSELS

*Modification of authority to purchase vessels using funds in National Defense Sealift Fund (sec. 1031)*

The Senate bill contained a provision (sec. 1016) that would amend section 2218(f)(3) of title 10, United States Code, in subparagraph (E) by striking "10 new sealift vessels" and inserting "10 new sealift vessels, auxiliary vessels, or a combination of such vessels".

The House amendment contained no similar provision.

The House recedes.

*Use of National Defense Sealift Fund for procurement of two used vessels (sec. 1032)*

The House amendment contained a provision (sec. 1022) that would require the Secretary of the Navy to seek to enter into a contract for two used vessels for mobilization purposes.

The Senate bill contained no similar provision.

The Senate recedes.

*Transportation by sea of supplies for the Armed Forces and Defense Agencies (sec. 1033)*

The House amendment contained a provision (sec. 1021) that would modify section 2631 of title 10, United States Code, to expand application of cargo transported by the Department of Defense to include Defense Agencies. Additionally, this provision would require additional latitude in the transportation of fuel products to better expand opportunities for U.S. flagged resources.

The Senate bill contained no similar provision.

The Senate recedes.

*Senior Technical Authority for each naval vessel class (sec. 1034)*

The Senate bill contained a provision (sec. 1017) that would require the designation of a Senior Technical Authority (STA) for each class of naval vessels.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the prohibition on delegation of the authority to designate STAs and adjust STA tenure requirements.

The conferees' intent is that STAs are primarily or entirely employees of the Naval Sea Systems Command engineering directorate (code 05) with the STA designation and associated duties as primary or collateral responsibilities.

*Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment (sec. 1035)*

The Senate bill contained a provision (sec. 1018) that would amend section 8680 of title 10, United States Code, to provide the Secretary of the Navy with additional flexibility to maintain Littoral Combat Ships (LCSs) by allowing government or contractor personnel to conduct maintenance on deployed LCS vessels regardless of ship location.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify allowable maintenance activities.

The conferees note the two classes of LCS have significantly different maintenance requirements and sustainment models as compared to other classes of Navy surface ships.

Accordingly, the conferees direct the Secretary of the Navy to submit to the congressional defense committees, no later than March 1, 2020, comprehensive LCS class maintenance plans for each LCS class. Each such plan shall contain the following elements for such class: (1) An assessment of the implications of extended LCS deployments on material readiness and operational availability; (2) A comprehensive sustainment strategy necessary to support the total number of LCSs, including maintenance requirements, sustainment concepts, and estimated life cycle costs; (3) A description of the permanent and temporary facilities required to support LCSs operating on extended deployments at overseas locations; (4) A description of all contracting strategies for LCS ship repair and maintenance, including short- and long-term; (5) A summary of projected LCS maintenance costs, by fiscal year, for fiscal years 2020 through 2025 and the extent to which actual costs have deviated from prior estimates; and (6) Other related matters the Secretary deems appropriate.

*Formal training for shipboard system programs of record (sec. 1036)*

The House amendment contained a provision (sec. 1023) that would require the Secretary of the Navy to ensure there is a formal schoolhouse for all shipboard systems that are current programs of record in the fleet.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require formal training for such systems, but not require the training occur at a schoolhouse.

*Report on shipbuilder training and the defense industrial base (sec. 1037)*

The House amendment contained a provision (sec. 1024) that would require the Secretary of the Defense to submit a report on how the Navy plans to manage the need to grow the shipbuilding workforce as it builds to a 355-ship Navy.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to submit the report in coordination with the Secretary of Labor.

*Use of competitive procedures for CVN-80 and CVN-81 dual aircraft carrier contract (sec. 1038)*

The House amendment contained a provision (sec. 1025) that would require to the extent practicable and unless otherwise required by law, the Secretary of the Navy to ensure that competitive procedures are used with respect to any task order or delivery order issued under a dual aircraft carrier contract relating to the CVN-80 and CVN-81.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on expanding naval vessel maintenance (sec. 1039)*

The House amendment contained a provision (sec. 1026) that would require the Secretary of the Navy to submit to the congressional defense committees a report on allowing maintenance to be performed on naval vessels at shipyards other than shipyards in the vessels' homeports.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the report to include a description of the ability of non-homeport firms to maintain surge capacity when homeport shipyards lack the capacity or capability to meet homeport requirements and make other technical changes.

## SUBTITLE D—COUNTERTERRORISM

*Modification of support of special operations to combat terrorism (sec. 1041)*

The House amendment contained a provision (sec. 1037) that would amend section 127e of title 10, United States Code, to modify the notification required pursuant to this authority.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries (sec. 1042)*

The Senate bill contained a provision (sec. 1023) that would extend until December 31, 2020, the prohibition on the use of funds provided to the Department of Defense to transfer or release individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to Libya, Somalia, Syria, and Yemen.

The House amendment contained a similar provision (sec. 1032) that would prohibit the use of funding authorized to be appropriated or otherwise made available for the Department of Defense during the period beginning on the date of the enactment of this Act and ending on December 31, 2020, to transfer, release, or assist in the transfer or release of any individual detained at United States Naval Station, Guantanamo Bay, Cuba, to Libya, Somalia, Syria, Yemen, Cuba, Iran, Russia, North Korea, Mexico, Guatemala, Honduras, El Salvador, or Venezuela.

The House recedes.

*Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States (sec. 1043)*

The Senate bill contained a provision (sec. 1021) that would extend until December 31, 2020, the prohibition on the use of funds provided to the Department of Defense to transfer or release individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.

The House amendment contained no similar provision.

The House recedes.

*Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba (sec. 1044)*

The Senate bill contained a provision (sec. 1022) that would extend until December 31, 2020, the prohibition on the use of funds provided to the Department of Defense to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.

The House amendment contained no similar provision.

The House recedes.

*Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba (sec. 1045)*

The Senate bill contained a provision (sec. 1024) that would extend through fiscal year 2020, the prohibition on the use of funds provided to close or abandon United States Naval Station, Guantanamo Bay, Cuba; to relinquish control of Guantanamo Bay to the Republic of Cuba; or to implement a material modification to the Treaty between the United States of America and Cuba signed at Washington, D.C., on May 29, 1934, which modification would constructively close United States Naval Station, Guantanamo Bay.

The House amendment contained no similar provision.
The House recedes.

*Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba (sec. 1046)*

The Senate bill contained a provision (sec. 1026) that would require the establishment of a Chief Medical Officer (CMO) at the United States Naval Station, Guantanamo Bay, Cuba, to conduct oversight of medical care provided to individuals detained at Guantanamo Bay, and to ensure that such medical care meets the defined standard of care. The CMO would report directly to the Assistant Secretary of Defense for Health Affairs and hold a grade not below that of colonel, or captain in the Navy. The CMO would make medical determinations, including: (1) Decisions regarding assessment, diagnosis, and treatment of detainees; and (2) Medical accommodations to detainee living conditions and operating procedures for detention facilities. In the event the commander of Joint Task Force-Guantanamo declined to follow a determination of the CMO, the provision would require the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict and the Assistant Secretary of Defense for Health Affairs to resolve the matter jointly, within 7 days of receipt of the notification of such declination. Additionally, the provision would authorize the CMO to secure access to any individual, information, or assistance that the CMO considered necessary to carry out the duties of the position.

The Senate bill also contained a provision (sec. 1025) that would authorize the temporary transfer of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States for emergency or critical medical treatment not available at Guantanamo.

The House amendment contained a similar provision (sec. 1034) that would express the sense of Congress that the increasing age of detainees at the United States Naval Station, Guantanamo Bay, Cuba, poses challenges for the provision of medical care, and that the United States has an ongoing obligation to provide medical care that meets appropriate standards of care to the detainees at Guantanamo.  This provision would also express the sense of Congress that the Secretary of Defense should take into account the standards of care provided at other relevant facilities, including those administered by the Federal Bureau of Prisons, when determining the policies regarding medical care for detainees at Guantanamo.

The House recedes to Senate section 1026, with technical and clarifying amendments.

The Senate recedes to Senate section 1025.

The House recedes to House section 1034.

*Independent assessment on gender and countering violent extremism (sec. 1047)*

The House amendment contained a provision (sec. 1035) that would require the Secretary of Defense to enter into contract with a nonprofit entity or federally funded research and development center independent of the Department of Defense to conduct research and analysis on the intersection of gender and violent extremism and terrorism and provide a report to the congressional defense committees on the result of such assessment.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

## SUBTITLE E—MISCELLANEOUS AUTHORITIES AND LIMITATIONS

*Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments (sec. 1051)*

The House amendment contained a provision (sec. 1041) that would require the Secretary of Defense to ensure there is coordination in scheduling executive airlift across the entire Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Explosive ordnance defense disposal program (sec. 1052)*

The House amendment contained a provision (sec. 1042) that would amend section 2284 of title 10, United States Code, to make technical changes regarding the responsibilities of the executive agent for the explosive ordnance disposal training and technology program. The provision would also eliminate the requirement to designate a combat support agency to manage a Defense-wide program element for certain explosive ordnance disposal activities.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense (sec. 1053)*

The House amendment contained a provision (sec. 1012) that would provide a technical correction to and extend until December 31, 2022, a report required by section 1014 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328).

The Senate bill no similar provision.

The Senate recedes.

*Notification on the provision of defense sensitive support (sec. 1054)*

The House amendment contained a provision (sec. 1043) that would modify section 1055 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to provide additional Defense Sensitive Support reporting requirements.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas (sec. 1055)*

The Senate bill contained a provision (sec. 1081) that would amend section 3401 of title 39, United States Code, to clarify that Active-Duty servicemembers and Department of Defense civilian employees providing support to military operations are authorized to mail personal correspondence at no cost when deployed for a contingency operation in an area designated by the President. The provision also would extend the free mail program to all hospitalized servicemembers wounded in a designated area.  Finally, the provision would allow certain

mail between military post offices or from a military post office to a point of entry into the United States to be transported by surface shipment.

The House amendment contained no similar provision.

The House recedes.

*Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces (sec. 1056)*

The Senate bill contained a provision (sec. 1082) that would modify section 406 of title 39, United States Code, to permit the Secretary of Defense to authorize the use of military post offices in locations outside the United States by citizens of the United States who are employed by the North Atlantic Treaty Organization and who perform functions in support of the Armed Forces.

The House amendment contained no similar provision.

The House recedes.

*Expenditure of funds for Department of Defense intelligence and counterintelligence activities (sec. 1057)*

The House amendment contained a provision (sec. 1047) that would authorize the expenditure of no more than 5 percent of Military Intelligence Program funds for Department of Defense recurring or anticipated intelligence and counterintelligence activities for each of the fiscal years 2020 through 2025. Further, this section would require the Secretary of Defense to provide a report of the expenditures covered by this authorization for each of the fiscal years 2020 through 2025. This section would provide additional authorization in response to section 1041 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), which required the Secretary of Defense to clarify use of emergency and extraordinary expenses for intelligence and counterintelligence activities that were determined not to be of an emergent or extraordinary nature.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Limitation on use of funds for the inactivation of Army watercraft units (sec. 1058)*

The House amendment contained a provision (sec. 1045) that would prohibit any funds authorized or appropriated by this Act

to be used for the inactivation of any Army watercraft unit
until the Secretary of Defense submits to Congress a
certification on the Army Watercraft Requirements Review and a
federally funded research and development center has reviewed
and validated the Army's ability to meet watercraft requirements
of the combatant commanders.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Independent public accountant audit of financial systems of the
Department of Defense*

The House amendment contained a provision (sec. 1007) that
would direct the Secretary of Defense to ensure financial
systems of the Department of Defense are reviewed by an
independent public accountant to validate the financial system
will meet applicable Federal requirements.
The Senate bill contained no similar provision.

The House recedes.

The conferees are encouraged by the Department of
Defense's completion of the first audit in 2018. In order to
improve the Department of Defense's ability to continue audit
compliance, the Secretary of Defense shall ensure that each
major implementation of, or modification to, a financial system
of the Department of Defense meets all applicable Federal
statutes, regulations, and policies with regards to
auditability.

*Modification of authority to provide support to other agencies
for counterdrug activities and activities to counter
transnational organized crime*

The House amendment contained a provision (sec. 1011) that
would modify the types of support authorized by section 284 of
title 10, United States Code as well as include additional
congressional notification requirements.

The Senate bill contained no similar provision.

The House recedes.

*Repeal of Secretary of Defense review of curricula and program
structures of National Guard counterdrug schools*

The House amendment contained a provision (sec. 1013) that
would repeal the Secretary of Defense's review of National Guard
counterdrug school curricula and program structures.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the importance of the National Guard counterdrug schools in the development, training, and maintenance of skills for Federal, State, local, and foreign government officials to combat illicit trafficking. The conferees direct the Secretary of Defense to provide a briefing to the House and Senate Armed Services Committees no later than 90 days after enactment of this Act on the Department of Defense review of the curricula and program structures of the National Guard counterdrug schools. The briefing shall include the following:

(1) An overview of the National Guard counterdrug schools.

(2) An overview of the Department's guidance related to the National Guard counterdrug program.

(3) An explanation of the Department's guidance specifically related to the curricula and program structures of the National Guard counterdrug schools.

(4) A description of the Department's goals, objectives, and effect-based measures of performance related to the National Guard counterdrug schools.

(5) An initial evaluation of the establishment of the National Guard Bureau counterdrug schools executive steering committees, the committees' progress toward implementing guidance, and the structure to incorporate feedback regarding such guidance from the States.

(6) An initial evaluation of curricula requirements identified by State counterdrug coordinators.

(7) An initial evaluation of the National Guard counterdrug schools activity plans received from States.

(8) A cost analysis of the metrics used to explain how any savings and efficiencies will be achieved by any changes made, including an analysis of the elimination of contracted positions.

(9)Any other matters the Secretary considers appropriate.

*Clarification of authority of military commissions under chapter 47A of title 10, United States Code, to punish contempt*

The Senate bill contained a provision (sec. 1031) that would amend subchapter IV of chapter 47A of title 10, United States Code, to permit a judge of the United States Court of Military Commission Review or a military judge detailed to a military commission to punish contempt. The provision also would provide that the punishment for contempt may not exceed confinement for 30 days, a fine of $1,000, or both and would

establish the conditions under which punishment for contempt is reviewable.

The House amendment contained no similar provision.

The Senate recedes.

*Prohibition on use of funds for transfer to and detention of additional individuals, including United States citizens, at United States Naval Station, Guantanamo Bay, Cuba*

The House amendment contained a provision (sec. 1033) that would prohibit the use of funding authorized to be appropriated or otherwise made available for the Department of Defense during the period beginning on the date of the enactment of this Act and ending on December 31, 2020, to detain any additional individuals including United States citizens, under the law of war or pursuant to military commission proceedings, at the detention facility at the United States Naval Station, Guantanamo Bay, Cuba. The provision also would require a plan identifying a disposition other than continued law of war detention at United States Naval Station, Guantanamo Bay, Cuba, for each individual currently detained at Guantanamo.

The Senate bill contained no similar provision.

The House recedes.

*Enhancement of authorities on forfeiture of Federal benefits by the National Guard*

The Senate bill contained a provision (sec. 1037) that would amend section 108 of title 32, United States Code, to provide that the availability of Federal funds provided to the National Guard of individual States is contingent upon compliance with Federal law and policy applicable to the National Guard. The provision would also authorize the President to withdraw Federal recognition of National Guard units and members for failure to comply with Federal law and policy and would authorize the President to bar units and individuals from receiving Federal funds if the unit or individuals fail to comply with Federal law and policy.

The House amendment contained no similar provision.

The Senate recedes.

*Public availability of military commission proceedings*

The House amendment contained a provision (sec. 1038) that would amend title 10, United States Code, to provide that, as to any proceeding of a military commission that is made open to the public, the military commission judge may order that the

proceedings be made available to be watched remotely by the public through the internet.

The Senate bill contained no similar provision.

The House recedes.

*Limitation on placement by the Under Secretary of Defense for Personnel and Readiness of work with federally funded research and development centers*

The Senate bill contained a provision (sec. 1039) that would amend would prohibit the Under Secretary of Defense for Personnel and Readiness from placing any work with a federally funded research and development center (FFRDC) until a report containing a list of all studies, reports,and other analyses being undertaken for the Under Secretary is submitted to the Committees on Armed Services of the Senate and the House of Representatives.

The House amendment contained no similar provision.

The Senate recedes.

*Modification and technical correction of authority for deployment of members of the Armed Forces to the southern land border of the United States*

The House amendment contained a provision (sec. 1044) that would modify the authority under section 1059 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) by requiring a certification and notification requirement prior to the provision of assistance to the United States Custom and Border Protection at the U.S. southern land border. Additionally, this section would amend and add reporting requirements, require that the support be on a reimbursable basis, and terminate the authority on September 30, 2023.

The Senate bill contained no similar provision.

The House recedes.

*Use of funds for defense of the Armed Forces and United States citizens against attack by foreign hostile forces*

The Senate bill contained a provision (sec. 1045) that would allow funds authorized to be appropriated by this Act to be used to ensure the ability of the Armed Forces to defend themselves, and the United States, against attack.

The House amendment contained no similar provisions.

The Senate recedes.

*Prohibition on use of funds for construction of a wall, fence, or other physical barrier along the southern border of the United States*

The House amendment contained a provision (sec. 1046) that would prohibit the obligation, expense, or use of funds, that have been authorized to be appropriated for national defense in fiscal years 2015 through 2020, to design or carry out a project to construct, replace, or modify a wall, fence or other physical barrier along the international border between the United States and Mexico.

The Senate bill contained no similar provision.

The House recedes.

*Limitation on use of funds to house children separated from parents*

The Senate bill contained a provision (sec. 1044) that would prohibit the use of funds authorized to be appropriated by this Act to house a child separated from a parent, unless the Department of Homeland Security demonstrated in a hearing that the parent or legal guardian was unfit or presented a danger to the child.

The House amendment contained a similar provision (sec. 1048) that would prohibit amounts made available to the Department of Defense for fiscal year 2020 from being used to house children separated from their parent or legal guardian by Customs and Border Protection near a port of entry or within 100 miles of the border of the United States, unless a state court, an official with the state or county child welfare agency, or a Custom and Border Protection chief patrol agent or the area port director determines that the separation is in the best interest of the child because the child is in danger of abuse or neglect.

The conference agreement does not include either provision.

*Limitation on use of funds for providing housing for unaccompanied alien children*

The House amendment contained a provision (sec. 1049) that would require the Department of Defense to submit a congressional certification that any housing provided to unaccompanied alien children meets the standards of the Department of Health and Human Services, including those provided in the Flores settlement agreement.

The Senate bill contained no similar provision.

The House recedes.

*Transfer of certain items included in categories I, II, and III of the United States Munitions List to the Commerce Control List*

The House amendment contained a provision (sec. 1050) that would prohibit the President from removing from the United States Munitions List any item that was included in category I, II, or III of the United States Munitions List, as in effect on August 31, 2017.

Senate bill contained no similar provision.
The House recedes.

*Limitation on use of funds for reimbursement of expenses at certain properties*

The House amendment contained a provision (sec. 1050A) that would prohibit the obligation or expenditure of funds made available for the Department of Defense at a list of properties or to an entity with an ownership interest in such properties.

The Senate bill contained no similar provision.
The House recedes.

*Limitation on use of funds for exhibition of parade of military forces and hardware for review by the President*

The House amendment contained a provision (sec. 1050B) that would prohibit the use of funds authorized by this Act or otherwise appropriated for Fiscal Year 2020 for the Department of Defense from being obligated or expended for any exhibition or parade of military forces and hardware, with the exception of ceremonial honors and customary ceremonial duties, for review by the President outside authorized military operations.

The Senate bill contained no similar provision.
The House recedes.

*Prohibition on use of DOD equipment, personnel, and facilities for ICE detention*

The House amendment contained a provision (sec. 1050C) that would prohibit the use of facilities, equipment, or personnel of the Department of Defense to house or to construct housing for foreign nationals in the custody of U.S. Immigration and Customs Enforcement.

The Senate bill contained no similar provision.
The House recedes.

*Report on joint force plan for implementation of strategies of the Department of Defense for the Arctic*

The Senate bill contained a provision (sec. 1054) that would require the Secretary of Defense, in coordination with Secretaries of the military departments, to submit a joint force plan for implementing the Department of Defense's December 2016 Report to Congress on the Strategy to Protect United States National Security Interests in the Arctic Region and the updated Arctic strategy to improve and enhance joint operations, which was mandated in the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained no similar provision.

The Senate recedes.

The conferees note the increasing involvement of near-peer competitors in the Arctic region and direct the Secretary of Defense, in coordination with Secretaries of the military departments, to submit a plan for implementing the June 2019 Department of Defense Arctic Strategy.

*Report on use of Northern Tier bases in implementation of Arctic strategy of the United States*

The Senate bill contained a provision (sec. 1055) that would direct the Secretary of Defense to submit a report to the congressional defense committees on the use of bases in the northern latitudes, including Northern Tier bases, for implementing the recommendations in the December 2016 "Report to Congress on Strategy to Protect United States National Security Interests in the Arctic Region" and the updated Arctic strategy required to be submitted to the congressional defense committees under section 1071 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees on the use of bases in the northern latitudes, including Northern Tier bases, for implementing the recommendations in the June 2019 Department of Defense Arctic Strategy no later than 180 days after the enactment of this Act.

*Comptroller General of the United States report on post-government employment of former Department of Defense officials*

The Senate bill contained a provision (sec. 1060) that would require the Comptroller General of the United States to update a prior report on the post-government employment of former Department of Defense officials.

The House amendment contained no similar provision.

The Senate recedes.

The conferees direct the Comptroller General of the United States to initiate a review, not later than 90 days after the date of the enactment of this Act, updating the information and findings set forth in the Government Accountability Office report entitled "Defense Contracting: Post-Government Employment of Former DOD Officials Needs Greater Transparency" (GAO-08-485), and to provide an interim briefing on the status of the review to the Committees on Armed Services of the Senate and the House of Representatives not later than December 31, 2020, with a report to follow by a date agreed upon with the committees.

*Elimination of requirement to submit reports to Congress in paper format*

The House amendment contained a provision (sec. 1062) that would enable the Department of Defense to provide reports required by the Congress in an electronic format rather than a paper format.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to deliver to the Committee on Armed Services of the House of Representatives reports required by Congress in electronic format only. This practice will begin on a date mutually agreed upon by the Secretary and the committee. This change does not apply to the Committee on Armed Services of the Senate. By eliminating the requirement of the delivery of congressional reports in paper format, the conferees believe the Department of Defense will be able to streamline the reporting process both within the Department and in delivery of its reports to the Congress. This process would only apply to unclassified reports.

Additionally, the conferees note that the Department is required by section 122a of title 10, United States Code, to ensure that reports are made available to the public, to the maximum extent practicable, by posting the reports on a publicly accessible website. The Committee on Armed Services of the Senate continues to explore means of reducing the administrative burden to the Department associated with generating and delivering hard copy paper reports to the U.S. Senate, however success in this endeavor is contingent on the Department's compliance with section 122a of title 10, United States Code.

*Sense of Congress regarding modular airborne fire fighting system*

The House amendment contained a provision (sec. 1075) that would require the Secretary of Defense to submit a report to the congressional defense committees regarding plans of the Secretary to fund long-term sustainment and operation and maintenance of MAFFS capabilities, including plans for the National Guard Bureau to submit program objective memoranda for funding for lifetime costs to the Department of Defense to be included in future Department of Defense Budget Requests, including the feasibility of establishing a dedicated program-of-record.

The Senate bill contained no similar provision.

The House recedes.

*Report on policies relating to small farms*

The House amendment contained a provision (sec. 1077) that would require the Defense Logistics Agency (DLA) and the Defense Commissary Agency (DeCA) to submit to the congressional defense committees a report on policies relating to small farms.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the DLA and DeCA to submit a report on the programs, policies, and practices of the DLA and DeCA relating to small farms, farms owned by new and beginning farmers, and farmers who are veterans or minorities not later than 90 days after the date of the enactment of this Act to the congressional defense committees. The report should include a description of opportunities and barriers to expanding the use of such programs, policies, or practices.

*Report on financial costs of overseas United States military posture and operations*

The House amendment contained a provision (sec. 1079) that would require the Secretary of Defense to submit a report to the congressional defense committees on the financial costs of U.S. military posture and operations overseas.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Department of Defense currently provides an annual budget exhibit that describes the country-by-country costs of maintaining overseas posture, which estimated worldwide posture costs of just over $24.0 billion in fiscal year 2019. However, the exhibit excludes considerable costs such as those borne in overseas contingency accounts and does not account for host nation contributions, either cash or

in-kind, or contributions from the North Atlantic Treaty
Organization (NATO).

Therefore, the conferees direct the Secretary of Defense
to submit a comprehensive report with the budget submission, or
not later than February 15, 2020, to the congressional defense
committees on the actual costs of maintaining the overseas
posture and presence of the U.S. Armed Forces in fiscal year
2019. The report should address the financial costs incurred by
the United States, as well as financial and in-kind
contributions made by host-countries and multilateral
organizations like NATO, related to overseas enduring and
contingency infrastructure and the presence of permanent and
rotational U.S. Armed Forces.

Additionally, the conferees direct the Comptroller General
of the United States to review the Department's report to
determine whether it accurately captures the full costs of
overseas posture and host nation contributions and to submit a
report to the congressional defense committees not later than
180 days after the Department's report is submitted to the
committees.

*Public availability of Chief Management Office annual budget
reports*

The House amendment contained a provision (sec. 1080B)
that would amend section 132a(c)(1)(B) of title 10, United
States Code, to require that the Chief Management Officer's
reports on Defense Agency and Department of Defense Field
Activity proposed budgets for enterprise business operations be
made publicly available on an internet website in a searchable
format.

The Senate bill contained no similar provision.

The House recedes.

*Plan to increase and expand cold weather training*

The House amendment contained a provision (sec. 1080D)
that would require the Secretary of the Army to conduct an
assessment of cold weather training requirements in light of
increased operations and vulnerability to great power
competition in the Arctic; and develop a plan to increase and
expand cold weather training opportunities.

The Senate bill contained no similar provision.

The House recedes.

The conferees directed the Secretary of Defense to submit
a report to the congressional defense committees not later than
180 days after the date of enactment of the National Defense

Authorization Act for Fiscal Year 2019. The conferees note that
the Department has not provided this report to the committees
and direct the Secretary to expedite completion and submission
of the report by not later than January 31, 2020.

*Comptroller General review of Department of Defense support for
the Department of Homeland Security operations on the southwest
border of the United States*

    The House amendment contained a provision (sec. 1080E)
that would require the Comptroller General of the United States
to conduct a review and provide a report and a briefing on
ongoing and future Department of Defense support for Department
of Homeland Security border security operations.
    The Senate bill contained no similar provision.
    The House recedes.

*Disposal of IPv4 addresses*

    The House amendment contained a provision (sec. 1088) that
would require the Department of Defense to sell several blocks
of internet protocol version 4 addresses over a period of ten
years.
    The Senate bill contained no similar provision.
    The House recedes.

*Prohibition on denial of Department of Veterans Affairs home
loans for veterans who legally work in the marijuana industry*

    The House amendment contained a provision (sec. 1093) that
would prohibit the Secretary of Veterans Affairs from using as a
factor in determining whether to guarantee, issue, or make a
housing loan the fact that an individual's income is derived
from working in the marijuana industry.
    The Senate bill contained no similar provision.
    The House recedes.

*Inclusion on the Vietnam Veterans Memorial Wall of the names of
the lost crew members of the U.S.S. Frank E. Evans killed on
June 3, 1969*

    The House amendment contained a provision (sec. 1094) that
would require the Secretary of Defense, in consultation with the
Secretary of the Interior, the American Battlefield Monuments
Commission, and other applicable authorities, to authorize the
inclusion on the Vietnam Veterans Memorial Wall in the District

of Columbia, of the names of the 74 crew members of the U.S.S.
Frank E. Evans, killed on June 3, 1969.

The House amendment also contained a similar provision
(sec. 1099O).

The Senate bill contained no similar provision.

The House recedes.

The conferees honor the service of the 74 crew members of
the U.S.S. Frank E. Evans, who made the ultimate sacrifice on
June 3, 1969, and express their respect and regard for the
family members of the crew, and their unflagging dedication to
sustaining the memory of their Fallen loved ones.

The conferees note that there is an established process
for adding the names of servicemembers to the Vietnam Veterans
Memorial Wall.  The conferees believe this process should be
followed to preserve the integrity of the Wall.

*Report on executive helicopter flights in the National Capital
Region*

The House amendment contained a provision (sec. 1097) that
would require the Secretary of Defense to submit a publicly
available report on the number of helicopter trips used for
executive transport by service branch in the national capital
region for a period of 90 days after enactment of this Act.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a
report to the congressional defense committees, not later than
90 days after enactment of this Act, which shall be made
publicly available, and shall detail the number of helicopter
missions used for executive transport in the National Capital
Region. The report shall also include a consolidated listing of
all such flights executed from the date of enactment through 90
calendar days thereafter and a list of the number of helicopters
utilized by each service branch.

*Review of foreign currency exchange rates and analysis of
Foreign Currency Fluctuations Appropriation*

The House amendment contained a provision (sec. 1099A)
that would require the Under Secretary of Defense (Comptroller)
to review exchange rates to determine whether cost savings
opportunities exist in disbursements pursuant to contracts in
foreign currencies.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the difficulty in predicting exchange rate fluctuations and urge the Department to continue investigating methodologies to decrease the magnitude of fluctuations in the Foreign Currency Fluctuations, Defense account.

*Contracts by the President or Vice President*

The House amendment contained a provision (sec. 1099B) that would amend the federal criminal code (18 U.S.C. 431) to prohibit the President, Vice President, and members of the President's Cabinet, or anyone acting on their behalf or for their benefit, from holding or entering into a contract or agreement with the United States or any agency of the United States.  Violations would be subject to a fine.  Any contract in violation of the provision would be void automatically, and any monies advanced by the United States or its agency pursuant to such a contract or agreement would be subject to immediate repayment to the government.  Absent immediate repayment, the law would provide that suit should be brought immediately for the recovery of the advanced monies.
The Senate bill contained no similar provision.
The House recedes.

*Interoperability of communications between military installations and adjacent jurisdictions*

The House amendment contained a provision (sec. 1099E) that would require the Department of Defense Fire and Emergency Services Working Group to submit a report on military installations that provide emergency services to areas outside their installations and the interoperability of military installations and adjacent civilian agencies.
The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Department of Defense Fire and Emergency Services Working Group, not later than 12 months after the date of the enactment of this Act, to submit a report to the congressional defense committees on military installations that provide emergency services to areas outside their installations and the interoperability of military installations and adjacent civilian agencies.

*Chinese language and culture studies within the Defense Language and National Security Education Office*

The House amendment contained a provision (sec. 1099G) that would increase the funds authorized for the Defense Human Resources Activity by $13,404,000 for use by the Defense Language and National Security Education Office to provide support for studies related to Chinese language and culture.

The Senate bill contained no similar provision.

The House recedes.

*Modification of prohibition on availability of funds for Chinese language programs at certain institutions of higher education*

The House amendment contained a provision (sec. 1099H) that would modify section 1091(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to require the Secretary of Defense to develop a transition plan for each institution of higher education subject to the limitation under paragraph (1)of such section.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that they appreciate the Department of Defense's effort to ensure that institutions of higher education, which no longer host a Confucius Institute, may regain eligibility to receive funds from the Department for Chinese language instruction.

*Lessons learned and best practices on progress of gender integration implementation in the Armed Forces*

The House amendment contained a provision (sec. 1099I) that would require the Secretary of Defense to direct each component of the Armed Force to share lessons learned and best practices on the progress of their gender integration implementation plans.

The Senate bill contained no similar provision.

The House recedes.

*Strategies for recruitment and retention of women in the Armed Forces*

The House amendment contained a provision (sec. 1099J) that would direct the Secretary of each military department to examine successful strategies used by foreign military services to recruit and retain women and consider implementing those best practices in the United States Armed Forces.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that many of the United States' closest allies have long been successful in recruiting and retaining women into their militaries. The Secretary of Defense is encouraged to examine the techniques used by these countries and, where possible, implement them in the United States military.

*Honoring last surviving Medal of Honor recipient of Second World War*

The House amendment contained a provision (sec. 1099L) that would allow the last surviving Medal of Honor recipient of World War II to lie in honor in the rotunda of the U.S. Capitol upon death if elected by the individual or next of kin.
The Senate bill contained no similar provision.
The House recedes.

*Credit monitoring*

The House amendment contained a provision (sec. 1099M) that would amend the Fair Credit Reporting Act (Public Law 91-508).
The Senate bill contained no similar provision.
The House recedes.

*Sense of Congress regarding Army Contracting Command-New Jersey*

The House amendment contained a provision (sec. 1099P) that would express the sense of Congress about the vital role played by Army Contracting Command-New Jersey.
The Senate bill contained no similar provision.
The House recedes.

*Review and report on experimentation with ticks and insects*

The House bill contained a provision (sec. 1099Q) that required the Department of Defense to review whether the Department experimented with ticks and other insects regarding use as a biological weapon between the years of 1950 and 1975.
The Senate amendment contained no similar provision.
The House recedes.
The conferees note the Department's prioritization of addressing tick-borne illnesses as a threat to military forces and their dependents. The conferees support the Department's research efforts to prevent the occurrence, diagnoses, and treatment of tick-borne illnesses, including through the Tick-Borne Disease Research Program established in Fiscal Year 2016.

The conferees note the importance of continued compliance with the Biological Weapons Convention which bans the development, production, and stockpiling of biological weapons of mass destruction.

*Pilot program to provide broadband access to military families and medical facilities on remote and isolated bases*

The House amendment contained a provision (sec. 1099R) that would direct the Secretary of Defense, in coordination with the Federal Communication Commission, to conduct a pilot program under which the Secretary would enter into agreements with broadband internet providers to extend residential broadband internet access to families on military installations located in unserved rural areas in the United States.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Congress regarding military working dogs and soldier handlers*

The House amendment contained a provision (sec. 1099S) that would provide the sense of Congress on the importance of tactical explosive detection dogs and their soldier handlers in combat.

The Senate bill contained no similar provision.

The House recedes.

The conferees recognize the service of military working dogs and soldier handlers from the tactical explosive detection program and honor the sacrifices made by them in combat. The conferees also acknowledge that not all tactical explosive detection dogs were adopted by their former soldier handlers and encourage the Army and other government agencies, including law enforcement agencies, with such dogs to prioritize adoption to their former handlers. Lastly, the conferees recognize the efforts of Congressman Walter B. Jones to promote military working dogs as unsung heroes on the battlefield and in helping wounded warriors recover from physical and mental injuries.

*Funding limitation for the Erie Canalway National Heritage Corridor*

The House amendment contained a provision (sec. 1099U) that would amend section 810(a)(1) of the Erie Canalway National Heritage Corridor Act (Public Law 106-554; 114 Stat. 2763A-303) by striking ''$12,000,000'' and inserting ''$14,000,000''.

The Senate bill contained no similar provision.

The House recedes.

*Inspection of facilities used to house, detain, screen, and review migrants and refugees*

The House amendment contained a provision (sec. 1099V) that would require the Secretary of Defense, in coordination with the Comptroller General of the United States and the Secretary of Health and Human Services, to establish a process to conduct surprise inspections at Government-owned or Department of Defense-owned installations where migrants are housed, detained, screened, or reviewed.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Congress regarding the 2001 Authorization for Use of Military Force*

The House amendment contained a provision (sec. 1099W) that would express the sense of Congress that the 2001 Authorization for Use of Military Force (Public Law 107-40; 50 U.S.C. 1541 note) enacted by Congress to authorize the use of force against those responsible for the terrorist attacks of September 11, 2001, has been cited 41 times as the legal basis for the use of force in 19 countries, well beyond the scope that Congress initially intended.  Further, the provision would convey the sense of Congress that any new authorization for the use of force should include:  (1) A sunset clause and timeframe within which Congress should revisit the authority provided; (2) A clear and specific expression of mission objectives, targets, and geographic scope; and (3) Reporting requirements to increase transparency and ensure proper Congressional oversight.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition on export of air to ground munitions, related components and parts of such munitions, and related services to Saudi Arabia and the United Arab Emirates*

The House amendment contained a provision (sec. 1099X) that would prohibit, for the one-year period beginning on the date of the enactment of this Act, the President from issuing any license, and require the President to suspend any license or other approval for the export to the Government of Saudi Arabia or the Government of the United Arab Emirates any air to ground munitions, components, or related services.

The Senate bill contained no similar provision.

The House recedes.

*Reporting regarding cancelled appropriations*

The Senate bill contained a provision (sec. 6002) that would require the Comptroller General of the United States to provide a report to the congressional defense committees on cancelled appropriations across the federal government.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note the importance of understanding why appropriations are cancelled and therefore direct the Comptroller General of the United States to conduct a review of cancelled federal appropriations and to provide a briefing to the congressional defense committees and the Budget Committees of the Senate and the House of Representatives no later than March 1, 2020, with a report to follow by a date agreed at the time of the briefing.

The review shall include(1) an assessment of the amount of appropriations across federal agencies cancelled under section 1552 of title 31, United States Code, during each of the fiscal years 2009 through 2018; (2) identifying information about each cancelled appropriation, including its type and period of availability;(3)the percentage of each fiscal year's total appropriations canceled broken down by agency; (4) an assessment of the extent to which cancelled appropriations differed significantly across agencies or over time, the extent to which cancelled appropriations are correlated with obligation rates, and the extent to which cancelled appropriations are correlated with the length of continuing resolutions in the original year of the appropriation.

*Inclusion of progress of the Department of Defense in achieving auditable financial statements in annual reports on the Financial Improvement and Audit Remediation Plan*

The Senate bill contained a provision (sec. 6003) that would amend section 240b(b)(1)(B) of title 10, United States Code, by requiring that a ranking of each military department and Defense Agency be included in the annual report in order of its current progress in achieving auditable financial statements. The provision further requires that additional information be provided for each military department or Defense Agency ranked in the bottom quartile.

The House amendment contained no similar provision.

The Senate recedes.

*Silver Star Service Banner Day*

The Senate bill contained a provision (sec. 6005) that would amend Chapter 1 of title 36, United States Code, to designate May 1 as Silver Star Service Banner Day.

The House amendment contained no similar provision.

The Senate recedes.

*Comptroller General of the United States report on the effects of continuing resolutions on readiness and planning of the Department of Defense*

The Senate bill contained a provision (sec. 6011) that would require the Comptroller General of the United States to provide a report to the congressional defense committees on the effects of continuing resolutions on the readiness and financial efficiency of the Department of Defense.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the Department of Defense has spent more than 1,000 days under continuing resolutions over the past 10 years. Despite strong anecdotal evidence of negative readiness effects and significant financial waste created by continuing resolutions, a comprehensive tally of their costs, direct and indirect,has not yet been performed. Therefore, the conferees direct the Comptroller General of the United States to deliver a briefing to the congressional defense committees and the Budget Committees of the Senate and the House of Representatives no later than March 1, 2020, with a report to follow by a date agreed at the time of the briefing.

The report shall examine (1) the extent to which continuing resolutions impact Department of Defense purchasing power; (2) the extent to which preparing for and operating under continuing resolutions negatively affect the efficient usage of personnel time, including that of Senior Executive Service personnel and general and flag officers; (3) the extent to which continuing resolutions negatively affect the Department's ability to hire; (4) the extent to which the Department has requested and received anomalies for continuing resolutions since 2010; (5) the extent to which continuing resolutions have delayed acquisition programs; (5) the extent to which the Department has experienced funding misalignments between appropriations accounts due to continuing resolutions.

*Sense of Congress on the naming of a naval vessel in honor of Senior Chief Petty Officer Shannon Kent*

The Senate bill contained a provision (sec. 6016) that would express the sense of the Congress on the naming of a naval vessel in honor of Senior Chief Petty Officer Shannon Kent.

The House amendment contained no similar provision.

The Senate recedes.

# TITLE XI—CIVILIAN PERSONNEL MATTERS

## SUBTITLE A—GENERAL PROVISIONS

*Defense Advanced Research Projects Agency personnel management authority (sec. 1101)*

The Senate bill contained a provision (sec. 1102) that would increase the number of personnel eligible to be hired under the personnel management authority to attract experts in science and engineering under section 1599h of title 10, United States Code, in the Defense Advanced Research Projects Agency (DARPA) by 30, bringing the total for DARPA from 100 to 130, and decreasing the number of such positions available to the laboratories of the military departments by 30, from 40 to 10.

The House amendment contained a similar provision (sec. 1101) that would increase the number of these positions available to DARPA by 40, bringing its total to 140, with no decrease in the number of positions available to the laboratories.

The Senate recedes.

*Report on the probationary period for Department of Defense employees (sec. 1102)*

The House amendment contained a provision (sec. 1102) that would amend section 1599e of title 10, United States Code, to change the probationary period for Department of Defense civilian employees from 2 years to 1 year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to conduct an independent review of the probationary periods applicable to Department of Defense employees. The amendment would also require the Secretary of Defense to submit a report detailing the results of the review to the Committees on Armed Services of the Senate and House of Representatives, the Committee on Oversight and Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate.

*Civilian personnel management (sec. 1103)*

The House amendment contained a provision (sec. 1103) that would amend section 129 of title 10, United States Code, to clarify that civilian personnel of the Department of Defense may not be managed on the basis of man-years, end strength, or full-time equivalent positions, or maximum number of employees, and instead will be managed based on the total force management policies and procedures established under section 129a of title 10, United States Code, the workload required to carry out the functions and activities of the Department, and the funds made available to the Department for each fiscal year.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would prohibit the Secretary of Defense from managing Department of Defense civilian personnel primarily on the basis of man-years or end strength.

*One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone (sec. 1104)*

The Senate bill contained a provision (sec. 1103) that would extend by 1 year the discretionary authority of the head of a Federal agency to provide allowances, benefits, and gratuities comparable to those provided to members of the Foreign Service to the agency's civilian employees on official duty in a combat zone.

The House bill contained an identical provision (sec.1104).

The conference agreement contains this provision.

*One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas (sec. 1105)*

The Senate bill contained a provision (sec. 1104) that would amend section 1101 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110-417), as most recently amended by section 1104 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), to extend through 2020 the authority of heads of executive agencies to waive limitations on the aggregate of basic and premium pay of employees who perform work in an overseas location that is in the area of responsibility of the commander of U.S. Central Command (CENTCOM), or a location that was formerly in CENTCOM but is now in the area of responsibility

of the Commander, U.S. Africa Command, in support of a military operation or an operation in response to a declared emergency.

The House amendment contained a similar provision (sec. 1105).

The House recedes.

*Performance of civilian functions by military personnel (sec. 1106)*

The House amendment contained a provision (sec. 1106) that would amend section 129a of title 10, United States Code, to ensure that before the Secretary of a military department directs military personnel to perform the functions of civilian personnel, the military department concerned is in compliance with section 129 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base (sec. 1107)*

The House amendment contained a provision (sec. 1107) that would amend section 1125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to extend the authority of the Secretary of Defense to use direct hire procedures for civilian personnel at domestic defense industrial base facilities and the Major Range and Test Facilities Base until 2025.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees note Section 1111 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) repealed the authority of the Secretaries of the military departments to waive the restriction on the appointment of retired members of the Armed Forces to positions in the civil service in the Department of Defense within 180 days of a servicemember's retirement based on a state of national emergency.

The conferees remain supportive of this change and note the relevant statute provides a straightforward process to the Secretaries of the military departments in the event that they wish to hire retired servicemembers within the 180-day post-retirement timeframe. The conferees urge the Department of Defense to make full use of the existing, and longstanding, process for hiring recently retired servicemembers, consistent with applicable law, policy, and merit principles.

*Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees (sec. 1108)*

The House amendment contained a provision (sec. 1108) that would authorize the provision of additional allowances and benefits for certain Defense Intelligence Agency, Defense Clandestine Service employees located in the United States, limited to 125 covered employees per year for locations with living costs determined by the Secretary of Defense to be equal to or higher than the District of Columbia.

The Senate bill contained no similar provision.

The Senate recedes.

*Modification of direct hire authorities for the Department of Defense (sec. 1109)*

The House amendment contained a provision (sec. 1111) that would amend section 9905 of title 5, United States Code, by consolidating direct hiring authorities for the following positions:

(1) scientific, technical, engineering, mathematics positions within the defense acquisition workforce;

(2) scientific, technical, engineering, mathematics positions working outside a scientific and technology reinvention laboratory;

(3) medical or health professional positions;

(4) childcare services positions;

(5) financial management, accounting, auditing, actuarial, cost estimation, operational research, or business or business administration positions; and

(6) Department of Defense business transformation and management innovation positions.

The consolidation of these direct hiring authorities would sunset on September 30, 2025. In addition, this provision would require the Secretary of Defense, in coordination with the Director of the Office of Personnel Management, to contract with a federally funded research and development center and submit a report to Congress by February 1, 2021, on improving competitive hiring at the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the requirement for the Department of Defense to contract with a Federally Funded Research and Development Center to complete the required report.

*Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act (sec. 1110)*

The House amendment contained a provision (sec. 1113) that would amend sections 8905 and 8702 of title 5, United States Code, to designate certain Federal Employees Health Benefits Program (FEHBP) and Federal Employees Group Life Insurance (FEGLI) Program services provided by Federal employees as excepted services under the Anti-Deficiency Act.
The Senate bill contained no similar provision.
The Senate recedes.

*Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown (sec. 1111)*

The House amendment contained a provision (sec. 1114) that would amend sections 8956, 8986, and 9003 of title 5, United States Code, to authorize continuing coverage of supplemental dental and vision benefits and long-term care insurance during a government shutdown.
The Senate bill contained no similar provision.
The Senate recedes.

*Limitation on transfer of Office of Personnel Management (sec. 1112)*

The House amendment contained a provision (sec. 1116) that would prohibit the President or his designee from transferring, transitioning, merging, or consolidating any functions, responsibilities, information technology systems, staff, resources, or records of the Office of Personnel Management (OPM) with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would direct OPM to contract with the National Academy of Public Administration (NAPA) for the conduct of a comprehensive study and report on the full panoply of OPM missions and functions; the challenges associated with the Office's execution of same; and options and recommended courses of action for addressing those challenges. Not later than 180 days subsequent to its receipt of the NAPA report, OPM would be required to submit to the appropriate Committees of Congress its views on the report, any recommendations for change in the structure, functions, responsibilities, and authorities of OPM, a business case analysis setting forth the operational efficiencies and cost

savings associated with any such change, and a proposal for legislative or administrative actions required to effect the change proposed. The amendment would preclude the assignment, transfer, transition, merger, or consolidation of any function, responsibility, authority, service, system, or program assigned in law to OPM, to or with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President, until on or after the date that is 180 days after the date on which OPM submits its views on the NAPA report to Congress, and subject to the enactment of any legislation required.

*Assessment of Accelerated Promotion Program suspension (sec. 1113)*

The House amendment contained a provision (sec. 1118) that would require the Secretary of the Navy to enter into an agreement with a federally funded research and development center to conduct an assessment of the impacts resulting from the Navy's suspension in 2016 of the Accelerated Promotion Program.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation (sec. 1114)*

The Senate bill contained a provision (sec. 1105) that would amend section 5724b of title 5, United States Code, to authorize Federal agencies to reimburse individuals associated with the Federal civil service for all taxes incurred as a result of travel, transportation, or relocation expenses reimbursed, or furnished in-kind, by the agency concerned.

The House amendment contained a similar provision (sec. 1119).

The House recedes with an amendment that would authorize the Federal agencies to reimburse individuals for taxes incurred on or after January 1, 2018.

*Clarification of limitation on expedited hiring authority for post-secondary students (sec. 1115)*

The House amendment contained a provision (sec. 1120) that would amend section 3116(d) of title 5, United States Code, to limit the total number of students eligible to be appointed under the expedited hiring authority for post-secondary students

to no more than 15 percent of the number of students that the agency head appointed during the previous fiscal year at the GS-11 level or below.

The Senate bill contained no similar provision.

The Senate recedes.

*Modification of temporary assignments of Department of Defense employees to a private-sector organization (sec. 1116)*

The Senate bill contained a provision (sec. 1101) that would amend section 1599g (e)(2)(A) of title 10, United State Code, to allow the Department of Defense to temporarily transfer or reassign other personnel within the Department to perform the normal duties and functions of employees who are participating in a public-private talent exchange.

The House amendment contained no similar provision.

The House recedes.

*Extension of authority for part-time reemployment (sec. 1117)*

The conference agreement includes a provision that would extend, for 5 years,the authority of federal agencies to reemploy retired federal civilian employees under limited conditions, without offset of annuity against salary, for certain specified purposes.

**SUBTITLE B—FAIR CHANCE ACT**

*Short title (sec. 1121-1124)*

The House amendment contained several provisions(sec. 1131 through sec. 1134) that would prohibit Federal agencies and contractors from making inquiries regarding a job applicants' criminal history before extending a conditional offer of employment.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE C—ATC HIRING REFORM

*ATC Hiring Reform (secs. 1131-1135)*

The conference agreement includes several provisions (secs. 1131-1135) that would require the Federal Aviation Administration (FAA) to give hiring preference to veterans and graduates of FAA Certified Collegiate Training Initiative (CTI)

schools and remove the 10 percent limitation between the hiring pools created by the FAA Extension Safety and Security Act of 2016.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Prohibited personnel practices*

The House amendment contained a provision (sec. 1109) that would amend section 2302 of title 5, United States Code, to prohibit Federal employees from discriminating for or against interns or applicants for internships on the basis of race, color, religion, sex, national origin, age, or handicapping condition.
The Senate bill contained no similar provision.
The House recedes.

*Enhancement of antidiscrimination protections for Federal employees*

The House amendment contained a provision (sec. 1110) that would amend section 2301 of title 5, United States Code, to require Federal agencies to display publicly any findings of discrimination or retaliation within the agency concerned. The provision would modify congressional reporting requirements related to Federal employee antidiscrimination and retaliation by authorizing electronic submittal of reports and requiring a report of disciplinary actions initiated against Federal employees as a result of a violation of applicable antidiscrimination or retaliation policies. The provision would also require each Federal agency to establish a discrimination complaint tracking system. The provision would also require notations in employee personnel records of any adverse action taken as a result of an act of discrimination or retaliation.The provision would also require each Federal agency to establish an impartial Equal Employment Opportunity Program that is independent of the agency's Human Capital or General Counsel and reports directly to the head of the agency.The provision would also require the Equal Employment Opportunity Commission to refer any findings of discrimination or retaliation within a Federal agency to the Office of Special Counsel within 30 days.
The Senate bill contained no similar provision.
The House recedes.

*Permitted disclosures by whistleblowers*

The House amendment contained a provision that would amend section 2302(b)(8)(B) of title 5, United States Code, to permit whistleblowers to report fraud, waste, or abuse to the Inspector General of an agency, a supervisor in the employee's direct chain of command, or to an employee designated to receive such disclosures.

The Senate bill contained no similar provision.

The House recedes.

*Interim stay authority to protect whistleblowers*

The House amendment contained a provision (sec. 1115) that would authorize the General Counsel of the Merit Systems Protection Board to order a 45-day stay of any personnel action, given grounds to believe the action is a prohibited personnel practice (including agency reprisal against a whistleblower). The General Counsel could take such action during the period beginning on the date of the enactment of this Act and ending on the first day thereafter that an individual is confirmed by the Senate as a member of the Board.  Further, under circumstances in which the Board lacks the number of properly appointed members required to comprise a quorum, any remaining member of the Board would be authorized to execute certain Board functions.

The Senate bill contained no similar provision.

The House recedes.

*Review of Standard Occupational Classification System*

The House amendment contained a provision (sec. 1117) that would require the Director of the Office of Management and Budget to categorize public safety telecommunicators as a protective service occupation under the Standard Occupational Classification System.

The Senate bill contained no similar provision.

The House recedes.

# TITLE XII—MATTERS RELATING TO FOREIGN NATIONS

## SUBTITLE A—ASSISTANCE AND TRAINING

*Modification of authority to build capacity of foreign security forces (sec. 1201)*

The House amendment contained a provision (sec. 1201) that would modify section 333 of title 10, United States Code, to clarify the eligibility of support for international coalition operations as well as modify the congressional notification requirements for support provided pursuant to such section.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations (sec. 1202)*

The Senate bill contained a provision (sec. 1202) that would extend the authority for cross-servicing agreements for loan of personnel protection and survivability equipment in coalition operations in Afghanistan through 2024.

The House amendment contained a similar provision (sec. 1202) that would extend section 1207 of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) through December 31, 2024. This authority allows the Secretary of Defense, with the concurrence of the Secretary of State, to loan personnel protection and personnel survivability equipment to military forces of other nations for their use in coalition operations with the United States as part of a contingency operation or a peacekeeping operation under the United Nations Charter or another international agreement.

The Senate recedes.

*Modifications of authorities relating to acquisition and cross-servicing agreements (sec. 1203)*

The Senate bill contained a provision (sec. 1282) that would amend section 2342 of title 10, United States Code relating to acquisition and cross-servicing agreements (ACSA). Specifically, the provision would include new requirements for reimbursement for cost of logistic support, supplies, and services pursuant to such section. The provision would also add new requirements for designation of a non-NATO country under such section by the Secretary of Defense as well as add new oversight and monitoring responsibilities to the Under Secretary of Defense for Policy and to the Director of the Defense Security Cooperation Agency. The provision would also require the Secretary to prescribe regulations regarding ACSA and direct the Comptroller General of the United States to conduct a review of the implementation by the Secretary of such regulations.

Lastly, the provision would modify the annual reporting requirements required under such section.

The House amendment contained no similar provision.

The House recedes with an amendment that clarifies the requirements in section 2342 of title 10, United States Code for designation of a non-NATO country under such section by the Secretary of Defense. Further, the amendment adds a requirement for the Secretary to designate an existing senior civilian or military official with primary responsibility for oversight and management of ACSA. Lastly, the provision clarifies the annual reporting requirements required under such section.

*Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities (sec. 1204)*

The Senate bill contained a provision (sec. 1204) that would amend section 381(b) of title 10, United States Code, to change the deadline for submission of the quarterly report on the use of security cooperation funds from 30 days after the end of each calendar quarter to 60 days after the end of each calendar quarter.

The House amendment contained a similar provision (sec. 1203) that would modify the quarterly reporting requirement on obligation and expenditure of funds for security cooperation programs and activities from 30 days after the calendar quarter to 60 days.

The Senate recedes.

*Gender perspectives and participation by women in security cooperation activities (sec. 1205)*

The House amendment contained a provision (sec. 1204) that would modify section 333 of title 10, United States Code, to require the inclusion of gender perspectives and meaningful participation by women.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would encourage, consistent with the Women, Peace, and Security Act of 2017 (Public Law 115-68), the Secretary of Defense, in coordination with the Secretary of State, to incorporate gender perspectives and participation by women in security cooperation activities to the maximum extent practicable.

*Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and*

*evaluation of security cooperation programs and activities (sec. 1206)*

The House amendment contained a provision (sec. 1206) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State, to jointly develop, implement, and submit to the appropriate congressional committees, a plan to provide consistency in administration of section 362 of title 10, United States Code, and section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d).

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Extension of authority for support of special operations for irregular warfare (sec. 1207)*

The Senate bill contained a provision (sec. 1201) that would extend for 5 years section 1202 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The House amendment contained a similar provision (sec. 1208) that would extend for 3 years section 1202 of the National Defense Authorization Act for Fiscal Year 2018.

The Senate recedes.

*Extension and modification of Commanders' Emergency Response Program and elimination of certain payments to redress injury and loss (sec. 1208)*

The Senate bill contained a provision (sec. 1213) that would extend the authorization for the Commanders' Emergency Response Program in Afghanistan through December 31, 2020, and would authorize $5.0 million for use during calendar year 2020.

The House amendment contained no similar provision.
The House recedes with an amendment that would authorize $2.5 million for the Commanders' Emergency Response Program, and eliminate the authority for certain payments to redress injury and loss in Afghanistan, Iraq, Syria, Somalia, Libya, and Yemen, which is addressed elsewhere in this act.

*Two-year extension of program authority for Global Security Contingency Fund (sec. 1209)*

The Senate bill contained a provision (sec. 1203) that would amend section 1207 of the National Defense Authorization Act for Fiscal Year 2012 (22 U.S.C. 2151) to extend for 2 years the funding for the Global Security Contingency Fund. The Senate

bill contained another provision (sec. 6203) that would add an exception to the funds, allowing amounts appropriated and transferred to the Fund before September 30, 2019, to remain available for obligation and expenditure after that date, but only for programs under subsection (b).

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Legal institutional capacity building initiative for foreign defense institutions (sec. 1210)*

The Senate bill contained a provision (sec. 1205) that would authorize the Secretary of Defense to carry out, consistent with section 332 of title 10, United States Code, a program of legal institutional capacity building with one or more foreign countries to enhance the capacity to organize and administer the legal institutions of such country or countries.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the elements of the authorized initiative as well the annual reporting requirements.

*Department of Defense support for stabilization activities in national security interest of the United States (sec. 1210A)*

The Senate bill contained a provision (sec. 1206) that would authorize the Secretary of Defense, with the concurrence of the Secretary of State and in consultation with the Administrator of the United States Agency for International Development, to provide certain support for the stabilization activities of other Federal agencies.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify the types and amounts of support authorized to be provided as well as the countries in which such support may be provided.

## SUBTITLE B—MATTERS RELATING TO AFGHANISTAN AND PAKISTAN

*Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan (sec. 1211)*

The Senate bill contained a provision (sec. 1211) that would extend the authority to transfer defense articles and

provide defense services to the military and security forces of Afghanistan through December 31, 2021.

The House amendment contained a similar provision (sec. 1213) that would extend the authority through December 31, 2022.

The Senate recedes.

*Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan (sec. 1212)*

The Senate bill contained a provision (sec. 804) that would extend the authority under section 801(f) of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84) for the acquisition of products and services produced in countries along a major route of supply to Afghanistan through December 31, 2021.

The House amendment contained a similar provision (sec. 1214) that would extend this authority through December 31, 2021 and require the Secretary of Defense to submit a report on the use of the authority.

The Senate recedes.

*Authority for certain payments to redress injury and loss (sec. 1213)*

The House amendment contained a provision (sec. 1215) that would authorize $5.0 million from the Office of the Secretary of Defense under the Operation and Maintenance, Defense-wide account, for ex gratia payments for damage, personal injury, or death that is incident to combat operations of the United States Armed Forces in certain countries, through December 31, 2020.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize $3.0 million for this authority for each calendar year through December 31, 2022 and strike the specific country designations.

*Extension and modification of semiannual report on enhancing security and stability in Afghanistan (sec. 1214)*

The Senate bill contained a provision (sec. 6217) that would amend section 1225(b) of the Carl Levin and Howard P. "Buck" McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113-291) to incorporate the August 2017 Strategy of the United States into the reporting requirement and require an assessment of the United States counterterrorism mission, Department of Defense efforts in support of

reconciliation, and the expansion of the Afghan Government's reach throughout Afghanistan.

The House amendment contained a similar provision (sec. 1216) that would extend the report through December 15, 2022 and modify certain elements.

The Senate recedes with an amendment that would require the report include the assessment of the United States counterterrorism mission and efforts to support reconciliation and expand the reach of the Government of Afghanistan throughout Afghanistan.

*Special Immigrant Visa Program reporting requirement (sec. 1215)*

The House amendment contained a provision (sec. 1217) that would require the Inspector General of the Department of State to submit a report that evaluates the obstacles to effective protection of Afghan and Iraqi allies through the Special Immigrant Visa Program and suggestions for improvements in future programs.

The Senate bill contained no similar provision.

The Senate recedes.

*Meaningful inclusion of Afghan women in peace negotiations (sec. 1216)*

The Senate bill contained a provision (sec. 6215) that would require the Secretary of State, in coordination with the Secretary of Defense, to carry out activities to ensure the meaningful participation of Afghan women in the ongoing peace process in Afghanistan consistent with the Women, Peace, and Security Act of 2017 (22 U.S.C. 2151 note; Public Law 115-68), and to submit a report to the appropriate congressional committees on such activities.

The House amendment contained a similar provision (sec. 1218) that would require the Secretary of Defense, in coordination with the Secretary of State, to seek to ensure the meaningful participation of Afghan women in the ongoing peace process in Afghanistan, consistent with Public Law 115-68.

The House recedes with an amendment that would require the Secretary of State, in coordination with the Secretary of Defense, to advocate for the inclusion of Afghan women in ongoing and future negotiations to end the conflict in Afghanistan.

*Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations (sec. 1217)*

The Senate bill contained a provision (sec. 1214) that would extend the authority for reimbursement of certain coalition nations for support provided to United States military operations through December 31, 2020. The provision would also eliminate reimbursements for Pakistan under this authority, as reimbursements for Pakistan's efforts to sustain security along its border with Afghanistan are already authorized under section 1213 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained a similar provision (sec. 1211) that would extend the authority through December 31, 2020.

The House recedes with an amendment that would authorize $450.0 million for use under this authority.

*Support for reconciliation activities led by the Government of Afghanistan (sec. 1218)*

The Senate bill contained a provision (sec. 1215) that would authorize the Department of Defense, with the concurrence of the Department of State, to provide support for local level, Government of Afghanistan-led reconciliation activities with the Taliban.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment. The conferees note that this provision does not authorize direct reimbursements to members or elements of the Taliban.

*Modification and Extension of the Afghan Special Immigrant Visa Program (sec. 1219)*

The Senate bill contained a provision (sec. 1216) that would express support for the Special Immigrant Visa Program for Afghan allies.

The House amendment contained a provision (sec. 1212) that would modify and extend the Afghan Allies Protection Act of 2009 (Public Law 111-8) by adjusting the number of visas available and individual eligibility requirements. It would not modify the length of employment or security criteria that an applicant must meet.

The Senate recedes with an amendment that would make an additional 4,000 visas available through the Afghan Special Immigrant Visa Program.

## SUBTITLE C—MATTERS RELATING TO SYRIA, IRAQ, AND IRAN

*Modification of authority and limitation on use of funds to
provide assistance to counter the Islamic State of Iraq and
Syria (sec. 1221)*

The Senate bill contained a provision (sec. 1222) that
would extend the authority to provide assistance to counter the
Islamic State of Iraq and Syria under section 1236 of the Carl
Levin and Howard P. "Buck" National Defense Authorization Act
for Fiscal Year 2015 (Public Law 113-291) through December 31,
2021, and provide $645 million for use under the authority.
Additionally, the section would limit certain funds under this
authority until the Secretary of Defense submits a report to the
congressional defense committees.

The House amendment contained a provision (sec. 1221) that
would provide $663 million for use under the authority, modify
existing report requirements, and make clarifying and technical
corrections.  Additionally, the provision would limit certain
funds under this authority until the Secretary of Defense
submits a report on the use of the authority and other matters.

The Senate recedes with an amendment that would extend the
authority and modify associated reporting requirements.

The conferees note the importance of an all-of-government
approach in securing the lasting defeat of the Islamic State of
Iraq and Syria, extinguishing the drivers of future insurgency
and instability, and advancing U.S. interests in Iraq. The
conferees believe that non-military lines of effort must be
appropriately resourced and staffed for the U.S. strategy for
Iraq to be successful.

*Extension and modification of authority to provide assistance to
the vetted Syrian groups and individuals (sec. 1222)*

The Senate bill contained a provision (sec. 1221) that
would modify section 1209 of the Carl Levin and Howard P. "Buck"
McKeon National Defense Authorization Act for Fiscal Year 2015
(FY 2015 NDAA (Public Law 113-291)) by extending the authority
to provide assistance to vetted Syrian groups through 2020. The
provision would additionally modify the authority to support the
temporary detention and repatriation of Islamic State of Iraq
and Syria (ISIS) foreign terrorist fighters in accordance with
the Laws of Armed Conflict and Geneva Conventions. The provision
would also expand certain reporting requirements.

The House amendment contained a provision (sec. 1222) that
would extend and modify section 1209 of the FY 2015 NDAA by
extending the authority to support vetted Syrian opposition
through December 30, 2020.

The Senate recedes with an amendment that would modify the purposes of the authority.  Further, the amendment would modify the notification before provision of assistance, the matters to be included in quarterly progress reports, the authority to accept contributions, and the limitation on the cost of construction and repair projects.  Finally, the amendment would place a limitation on the obligation of funds pending submission of the first quarterly report.

*Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq (sec. 1223)*

The Senate bill contained a provision (sec. 1223) that would extend the authorization for the Office of Security Cooperation in Iraq through fiscal year 2020 and would amend the Office's authority to support security cooperation activities in Iraq. The provision would reduce the funds available for this authority from $45.3 million to $30.0 million.

The House amendment contained a similar provision (sec. 1223) that would extend the authority for the Office of Security Cooperation in Iraq through fiscal year 2020. The provision would also limit the amount of authorized funds available to be obligated or expended to not more than 50 percent until the Secretary of Defense certifies that certain reforms are completed.

The Senate recedes with an amendment that would combine the two provisions and make technical edits.

The conferees note the challenges attendant in effective security cooperation and believe the Department should seek to staff security cooperation offices with more foreign area officers, particularly in the U.S. Central Command area of responsibility.

*Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria (sec. 1224)*

The Senate bill contained a provision (sec. 1224) that would require the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, and the Attorney General, to designate an existing official within the Executive Branch as senior-level coordinator to coordinate all matters for the United States Government relating to the long-term disposition of members of the Islamic State of Iraq and Syria (ISIS) and associated forces.

The House amendment contained a similar provision (sec. 1036).

The Senate recedes with an amendment that would require, not later than 60 days after the date of the enactment of this Act, the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, the Secretary of the Treasury, and the Attorney General, to submit to appropriate committees of Congress a report identifying whether there exists a senior-level coordinator for all matters for the United States Government relating to ISIS members in the custody of Syrian Democratic Forces.  If the President is unable to identify a senior-level coordinator for such matters, the President, in consultation with the officials enumerated above, shall designate an existing official within the executive branch to serve in that capacity. The amendment further provides that not later than 180 days after the date of the enactment of this Act, and not less frequently than once each year thereafter through January 31, 2021, the senior-level coordinator shall submit to appropriate committees of Congress a detailed report on certain high-value ISIS detainees.

The conferees believe that the coordinator identified pursuant to this provision should be empowered by the President and of sufficient seniority to adequately leverage and coordinate the expertise and capabilities of the State Department, Department of Defense, Department of Justice, Department of Treasury, intelligence community, and other relevant entities engaged in the repatriation, transfer, and prosecution of members of ISIS.

*Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria (sec. 1225)*

The Senate bill contained a provision (sec. 1225) that would require the Secretary of Defense to submit a report to the congressional defense committees on lessons learned from coalition operations to liberate Mosul, Iraq, and Raqqah, Syria, from control of the Islamic State of Iraq and Syria.

The House amendment contained no similar provision.

The House recedes.

*Expansion of availability of financial assets of Iran to victims of terrorism (sec. 1226)*

The Senate bill contained a provision (sec. 6206) that would amend section 502 of the Iran Threat Reduction and Syria Human Rights Act of 2012 (22 U.S.C. 8772) to expand the

availability of financial assets of Iran to victims of terrorism.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Report on the status of deconfliction channels with Iran (sec. 1227)*

The House amendment contained a provision (sec. 1228) that would require, not later than 30 days after the enactment of this Act, the President to submit a report on the status of deconfliction channels with Iran.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Prohibition on provision of weapons and other forms of support to certain organizations (sec. 1228)*

The House amendment contained a provision (sec. 1224) that would prohibit the use of funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 to provide weapons or any form of support to al-Qaeda, the Islamic State of Iraq and Syria, Jabhat Fateh al Sham, any individual or group associated with these organizations, or any entity the Secretary of Defense determined may trade or sell arms to terrorist organizations.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that adds Hamas, Hizballah, Palestine Islamic Jihad, al-Shabaab, and Islamic Revolutionary Guard Corps to the list of organizations to which the provision of weapons or any form of support is proscribed.

## SUBTITLE D—MATTERS RELATING TO THE RUSSIAN FEDERATION

*Extension of limitation on military cooperation between the United States and Russia (sec. 1231)*

The Senate bill contained provisions (sec. 1233 and sec. 6210) that would extend through fiscal year 2020 the prohibition established in section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) as most recently amended by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), which prohibits funds authorized to be appropriated for the Department of Defense from being used for bilateral military-to-

military cooperation between the United States and the Russian Federation without certain certifications by the Secretary of Defense, made in coordination with the Secretary of State, or unless certain waiver conditions are met.

The House amendment contained a similar provision (sec. 1232) that would extend through fiscal year 2020 the prohibition established in section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328).

The Senate recedes.

The conferees note that, as established in Section 1232, nothing in the limitation shall be construed to limit bilateral military-to-military dialogue between the United States and the Russian Federation for the purpose of reducing the risk of conflict.

*Prohibition on availability of funds relating to sovereignty of Russia over Crimea (sec. 1232)*

The Senate bill contained two provisions (sec. 1231 and sec. 6231) that would prohibit funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense to be obligated or expended to implement any activity that recognizes the sovereignty of the Russian Federation over Crimea. The provisions would also prohibit the Department to otherwise implement any such activity.

The House amendment contained a similar provision (sec. 1233) that would prohibit funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense to be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea.

The House recedes with an amendment that would prohibit funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense to be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea. The amendment would allow the Secretary of Defense, with the concurrence of the Secretary of State, to waive the prohibition if the Secretary: determines that a waiver is in the national security interest of the United States; and on the date on which the waiver is invoked, submits a notification of the waiver and a justification of the reason for seeking the waiver to specified congressional committees.

*Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia (sec. 1233)*

The House amendment contained a provision (sec. 1236) that would express the sense of the Congress that the Secretary of Defense and Secretary of State should explore steps for updating and modernizing existing agreements between the United States and Russia to avert the risk of miscalculation and unintended escalation.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would express the sense of the Congress that: (1) conventional arms control and confidence and security building measures have played an important role in helping to increase military transparency and reduce the risk of miscalculation; (2) Russia's violations of the sovereignty and territorial integrity of Georgia and Ukraine, and Russia's ongoing destabilizing and aggressive behavior, have undermined peace, security, and stability in Europe and beyond; (3) Russia's unilateral suspension and violation of the Treaty on Conventional Armed Forces in Europe, done at Vienna November 19, 1990, and entered into force November 9, 1992, and selective implementation of the Vienna Document of the Organization for Security and Cooperation in Europe 2011 have contributed to a greater risk of miscalculation; (4) Russia's unsafe and unprofessional interactions with United States aircraft and vessels are contrary to the spirit of specified existing agreements and erode military transparency, predictability, and trust; (5) the United States remains committed to upholding its current treaty obligations and commitments with respect to conventional arms control and confidence and security building measures; and (6) the Secretary of Defense and the Secretary of State should explore options, as practicable, for updated or new frameworks for increasing military transparency, stability, and reducing the risk of miscalculation, including through enhanced diplomatic engagement and military-to-military dialogue.

*United States participation in Open Skies Treaty (sec. 1234)*

The Senate bill contained a provision (sec. 1242) that would realign the requirement contained in section 1235(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) from fiscal year to calendar year. The provision would also reduce the frequency of the reporting requirement in section 1236 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) from quarterly to annual.

The House amendment contained a provision (sec. 1231) that would make a series of findings and express the sense of Congress relating to the Open Skies Treaty. The provision would

also prohibit the obligation or expenditure of any funds authorized to be appropriated by this Act for the Department of Defense to take any action to suspend, terminate, or withdraw the United States from the treaty. This prohibition would not apply if the Secretary of Defense and Secretary of State jointly certify that Russia is in material breach of its obligations under the treaty, and that all other states parties to the treaty concur with this assessment; or, that withdrawing from the treaty is in the best interests of U.S. national security and all other states parties have been consulted with respect to this decision. The provision would also repeal the limitation on the use of funds to vote to approve or otherwise adopt an implementing decision of the Open Skies Consultative Commission in section 1236 of the National Defense Authorization Act for Fiscal Year 2017. The provision would also modify the reporting requirement in section 1236 to include assessments of data collected on U.S. observation flights under the treaty, and reduce the reporting frequency from quarterly to biannual. Finally, the provision would make the same realignment to section 1235(a) of the National Defense Authorization Act for Fiscal Year 2018 but would change the report to a briefing.

The Senate recedes with amendments that would strike the findings, sense of Congress, and prohibition on obligation or expenditure of funds for suspension, termination, or withdraw from the treaty, and replace with a requirement to notify the appropriate congressional committees no less than 120 days before such actions. The amendments would also reduce the frequency of the section 1236 reporting requirement from quarterly to annual, and retain the section 1235(a) requirement for a report instead of a briefing.

*Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty (sec. 1235)*

The Senate bill contained a provision (sec. 1237) that would terminate four recurring reporting requirements relating to the Intermediate-Range Nuclear Forces Treaty if the treaty is no longer in force.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Report on treaties relating to nuclear arms control (sec. 1236)*

The House amendment contained a provision (sec. 1235) that would note that the Committees on Armed Services and Foreign Affairs of the House of Representatives sent a letter to the

Secretary of Defense in October 2018 requesting information on several aspects of U.S. policy related to nuclear arms control, and that the Secretary of Defense did not respond to that letter. The provision would also require the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, to submit to the appropriate congressional committees a report on similar subjects. The provision would withhold 20 percent of funds authorized to be appropriated for operations and maintenance, defense-wide, for the Office of the Secretary of Defense for travel until such report is submitted.

The Senate bill contained no similar provision.

The Senate recedes.

The conferees believe that reliable communication between the congressional defense committees and the Department is essential for the conduct of effective oversight.

*Reports relating to the New START Treaty (sec. 1237)*

The House amendment contained a provision (sec. 1240A) that would express the sense of Congress that the United States should seek to extend New START, and prohibit the use of funds authorized to be appropriated for the Department of Defense by this Act for any actions to withdraw from the treaty. The provision would also require the Director of National Intelligence, the Secretary of State, and the Secretary of Defense to each submit several reports to the appropriate congressional committees on subjects relating to the treaty and its potential expiration.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the prohibition on the use of funds, express the sense of Congress that legally binding, verifiable limits on Russian strategic nuclear forces are in the national security interest of the United States, and modify the number and required elements of the reports.

*Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region (sec. 1238)*

The Senate bill contained a provision (sec. 6214) that would require not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, to submit to the appropriate congressional committees a report on the activities of the Russian Federation and the People's Republic of China in the Arctic region.

The House amendment contained no similar provision.
The House recedes with an amendment containing technical clarifications.

*Updated strategy to counter the threat of malign influence by the Russian Federation and other countries (sec. 1239)*

The Senate bill contained a provision (sec. 6216) that would require the Secretary of Defense and the Secretary of State to jointly update the comprehensive strategy to counter the threat of malign influence developed pursuant to section 1239A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 131 Stat. 1667) and to submit a report detailing the updated strategy to the appropriate congressional committees not later than 180 days after the date of the enactment of this Act.
The House amendment contained no similar provision.
The House recedes.

## SUBTITLE E—MATTERS RELATING TO EUROPE AND NATO

*Sense of Congress on support for the North Atlantic Treaty Organization (sec. 1241)*

The Senate bill contained multiple provisions (sec. 1244 - 1246) that would express the sense of the Senate regarding the North Atlantic Treaty Organization and European security matters.
The House amendment contained multiple similar provisions (sec. 1237, 1238, 1254, 1257, and 1261).
The House recedes with an amendment that would express the sense of the Congress that the North Atlantic Treaty Organization is the most successful military alliance in history, founded on the principles of democracy, individual liberty, and the rule of law, and its contributions to the collective defense are indispensable to the security, prosperity, and freedom of its members. The amendment would also express that the United States must remain ironclad in its commitment to uphold its obligations under the North Atlantic Treaty, including Article 5 of such treaty.

*Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty (sec. 1242)*

The Senate bill contained a provision (sec. 1232) that would prohibit funds authorized to be appropriated by this Act to be obligated, expended, or reprogrammed for the withdrawal of the United States Armed Forces from Europe during the 1-year period beginning on the date that the President should ever provide notice of withdrawal of the United States from the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949, pursuant to Article 13 of the treaty.

The House amendment contained a similar provision (sec. 1260A) that would make a series of findings related to the North Atlantic Treaty Organization (NATO), state the policy of the United States with respect to NATO, and prohibit funds authorized to be appropriated, obligated, or expended to take any action to withdraw the United States from the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949.

The Senate recedes with an amendment that would provide that, notwithstanding any other provision of law, no funds may be obligated, expended, or otherwise made available during the period beginning on the date of enactment of this Act and ending on December 31, 2020, to take any action to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949. The conferees strongly support membership in NATO, the most successful military alliance in history, as a cornerstone of the security and national defense of the United States.

The conferees affirm the ironclad commitment of the United States to uphold its obligations under the North Atlantic Treaty, including under Article 5 of such treaty. Therefore, the conferees oppose in the strongest possible terms any action to effectuate withdrawal of the United States from NATO, including suspension, termination, or denunciation of the North Atlantic Treaty.

*Future years plans and planning transparency for European Deterrence Initiative (sec. 1243)*

The Senate bill contained a provision (sec. 1241) that would require the Secretary of Defense, in consultation with the Commander of the United States European Command, to submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative (EDI) for fiscal year 2020 and not fewer than the 4 succeeding fiscal years.

The House amendment contained a provision (sec. 1252) that would require an annual "Future Years Plan" for EDI as previously required by section 1237(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), and

require the Department's budget request materials for EDI to include a display that clearly and concisely communicates to Congress, at an appropriate level of detail, which budget lines constitute EDI.

The House amendment also contained a provision (sec. 1253) that would require a congressional report for each obligation of EDI funds above a threshold of $10.0 million and a report at the end of each fiscal year detailing how EDI funds were spent during the fiscal year in comparison to their intended uses.

The Senate recedes with an amendment that would require the Secretary of Defense to submit to the congressional defense committees a future years plan on activities and resources of EDI for fiscal year 2020 and not fewer than the 4 succeeding fiscal years. The amendment would also require, not later than the date on which the Secretary of Defense submits to Congress the budget request for the Department of Defense for fiscal year 2021 and each fiscal year after thereafter, the Secretary to submit to the congressional defense committees a future years plan on activities and resources of EDI for such fiscal year and not fewer than the four succeeding fiscal years. The amendment would also require an annual report on the obligation of EDI funds in a given fiscal year.

*Modification and extension of Ukraine Security Assistance Initiative (sec. 1244)*

The Senate bill contained a provision (sec. 1234) that would extend through December 31, 2022, the authority under section 1250 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), as amended by section 1246 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), for the Secretary of Defense, with the concurrence of the Secretary of State, to provide security assistance, including defensive lethal assistance, and intelligence support to military and other security forces of the Government of Ukraine. The provision would also add coastal defense cruise missiles and anti-ship missiles to the categories of appropriate security assistance and intelligence support. The provision would authorize up to $300.0 million in fiscal year 2020 to provide security assistance to Ukraine, of which $100.0 million would be available only for lethal assistance.

The House amendment contained a similar provision that would authorize $250.0 million for the Ukraine Security Assistance Initiative. The provision would also require concurrence by the Secretary of State in the provision of assistance.

The Senate recedes with an amendment that would authorize $300.0 million for the Ukraine Security Assistance Initiative, of which $50.0 million would be available only for lethal assistance. The amendment would add coastal defense cruise missiles and anti-ship missiles to the categories of appropriate security assistance and intelligence support. The amendment would also require concurrence by the Secretary of State in the provision of assistance and extend the authority to December 31, 2022.

*Limitation on transfer of F-35 aircraft to Turkey (sec. 1245)*

The Senate bill contained provisions (sec. 1236, 6218, and 6236) that would, among other things, place limitations on the transfer of F-35 aircraft to the territory of the Republic of Turkey, provide a waiver to such limitations subject to a certification of certain conditions met by the Government of Turkey, and express the sense of the Senate regarding the Government of Turkey's purchase of the S-400 air defense system.

The House amendment contained similar provisions (sec. 1255 and 1267) that would, among other things, place limitations on the transfer of F-35 aircraft to Turkey, provide a waiver to such limitations subject to a certification of certain conditions met by the Government of Turkey, and express the sense of Congress on Turkey's potential acquisition of the Patriot system from the United States.

The Senate recedes with an amendment that would provide that none of the funds authorized to be appropriated or otherwise made available for the Department of Defense may be used to do the following, and the Department may not otherwise do the following: transfer, facilitate the transfer, or authorize the transfer of, any F-35 aircraft or related support equipment or parts to Turkey; transfer intellectual property, technical data, or material support necessary for, or related to, any maintenance or support of the F-35 aircraft necessary to establish Turkey's indigenous F-35 capability; or construct a storage facility for, or otherwise facilitate the storage in Turkey of, any F-35 aircraft transferred to Turkey. The amendment would allow the Secretary of Defense, jointly with the Secretary of State, to waive such limitation if the Secretaries submit to the appropriate committees of Congress a written certification that contains a determination by the Secretaries, and any relevant documentation on which the determination is based, that the Government of Turkey, having previously accepted delivery of the S-400 air and missile defense system from the Russian Federation: no longer possesses the S-400 air and missile defense system or any other equipment, materials, or

personnel association with such system; has provided credible assurances that the Government of Turkey will not in the future accept delivery of such system; and has not, since July 31, 2019, purchased or accepted delivery of defense equipment from the Russian Federation in addition to the S-400 air and missile defense system that would increase the risk of compromising the capabilities of the F-35 aircraft and its associated systems. The amendment would not allow the Secretary of Defense and Secretary of State to waive the limitation until 90 days after the date on which the Secretaries submit the required certification. The amendment would also express the sense of Congress that, among other things, the acceptance of the S-400 air and missile defense system by Turkey constitutes a significant transaction within the meaning of section 231(a) of the Countering Russian Influence in Europe and Eurasia Act of 2017 (Public Law 115-44). The amendment would further express that the President should implement sanctions under section 235 of that Act with respect to any individual or entity determined to have engaged in such significant transaction as if such person were a sanctioned person for purposes of such section. The amendment would also authorize the Secretary of Defense to fly up to six Turkish F-35 aircraft to a storage location in the United States and to induct these aircraft into a long-term storage condition. The amendment would further authorize the Secretary of Defense to expend up to $30.0 million of funds authorized to be appropriated for fiscal year 2020 for the Department of Defense to conduct activities associated with storage, preservation, and developing a plan for the final disposition of such F-35 aircraft and Turkish F-35 aircraft equipment. The amendment would also require a report and notification of expenditure of funds under specified conditions.

*Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression (sec. 1246)*

The Senate bill contained a provision (sec. 1238) that would amend section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) by modifying and extending the authority of the Secretary of Defense, with the concurrence of the Secretary of State, to conduct or support a single joint program of the Baltic nations to improve interoperability and build their capacity to deter and resist aggression by the Russian Federation. The provision would modify the authority by: adding command, control, communications, computers, intelligence, surveillance, and reconnaissance equipment to defense articles and services eligible for a joint

program; increasing the total amount of assistance that may be provided under the authority to $125.0 million; requiring that the amount of assistance provided may not exceed the aggregate amount contributed to the joint program by the Baltic nations; and extending the date of termination of the authority to December 31, 2022. The House amendment contained a similar provision (sec. 1260B) that would modify and extend the authority by: adding intelligence, surveillance, and reconnaissance equipment to defense articles and services eligible for a joint program, increasing the amount of assistance to $125.0 million; extending the date to December 31, 2021; and requiring a report on the use of funding.

The House amendment also contained provisions (secs. 1271-1274) that would establish findings with regard to the Baltic nations; express the sense of the Congress that the United States is committed to the security of the Baltic nations; and require the Secretary of Defense and Secretary of State to jointly conduct an assessment of the military requirements of the Baltic countries to deter and resist aggression by Russia and to submit a report related to such assessment.

The Senate recedes with an amendment that would combine both the Senate and House sections to extend and modify the authority to conduct or support a single joint program of the Baltic nations. The amendment would also require the defense assessment as provided in the House amendment.

*Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises (sec. 1247)*

The Senate bill contained a provision (sec. 1235) that would extend through December 31, 2022, the authority provided in section 1251 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), as amended by section 1205 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), for the Secretary of Defense, with the concurrence of the Secretary of State, to provide multilateral or regional training, and pay the incremental expenses of participating in such training, for countries in Eastern Europe that are signatories to the Partnership for Peace Framework Documents but not members of the North Atlantic Treaty Organization (NATO) or that became NATO members after January 1, 1999.

The House amendment contained no similar provision.

The House recedes with an amendment that would extend the authority for training Eastern European national security forces in the course of multilateral exercises through December 31,

2021. Not later than 180 days after the date of the enactment of this Act, the amendment would require the Secretary of Defense, in consultation with the Commander of United States European Command, to submit to the congressional defense committees a report on the authority.

*Extension and modification of NATO Special Operations Headquarters (sec. 1248)*

The Senate bill contained a provision (sec. 1281) that would extend for 5 years the authority established in section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84), as most recently amended by section 1280 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92).

The House amendment contained a similar provision (sec. 1251) that would extend through fiscal year 2023 section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84), as most recently amended by section 1280 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), for the NATO Special Operations Headquarters (NSHQ) and also limit funding for the NSHQ until the Secretary of Defense, acting through the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, provides a report on the decision to realign responsibilities for overseeing and supporting NSHQ from U.S. Special Operations Command to U.S. European Command.

The Senate recedes with a technical amendment.

*North Atlantic Treaty Organization Joint Force Command (sec. 1249)*

The Senate bill contained a provision (sec. 6213) that would authorize the establishment of, and participation of members of the armed forces in, the North Atlantic Treaty Organization Joint Force Command, including the use of Department of Defense facilities and equipment as well as funds authorized to be appropriated to the Department of Defense for fiscal year 2020.

The House amendment contained no similar provision.

The House recedes with an amendment that would make available amounts authorized to be appropriated to the Department of Defense to support the North Atlantic Treaty Organization Joint Force Command to be established in the United States.

*Report on North Atlantic Treaty Organization Readiness Initiative (sec. 1250)*

The Senate bill contained a provision (sec.1239) that would require the Secretary of Defense to submit a report to the congressional defense committees on the North Atlantic Treaty Organization Readiness Initiative not later than October 1, 2020.

The House amendment contained no similar provision.

The House recedes.

*Repeal of prohibition on transfer of articles on the United States Munitions List to the Republic of Cyprus (sec. 1250A)*

The Senate bill contained a provision (sec. 6204) that would, among other things, make a series of changes to allow for the export, re-export, and the transfer of defense articles and defense services, including those subject to the United States Munitions List, to the Republic of Cyprus if the President determines and certifies to the appropriate congressional committees not less than annually that: the Government of the Republic of Cyprus is continuing to cooperate with the United States Government in efforts to implement reforms on anti-money laundering regulations and financial regulatory oversight; and the Government of the Republic of Cyprus has made and is continuing to take the steps necessary to deny Russian military vessels access to ports for refueling and servicing.

The House amendment contained a similar provision (sec. 1270I).

The House recedes with an amendment that would express the sense of Congress that: allowing for the export, re-export or transfer of arms subject to the United States Munitions List to the Republic of Cyprus would advance United States security interests in Europe by helping to reduce the dependence of the Government of the Republic of Cyprus on other countries, including countries that pose challenges to United States interests around the world, for defense-related materiel; and it is in the interest of the United States to continue to support United Nations-facilitated efforts toward a comprehensive solution to the division of Cyprus.

## SUBTITLE F—MATTERS RELATING TO THE INDO-PACIFIC REGION

*Modification of Indo-Pacific Maritime Security Initiative (sec. 1251)*

The House amendment contained a provision (sec. 1241) that would modify the authority for the Indo-Pacific Maritime Security Initiative to include additional elements of assistance and training, require additional information for congressional notifications, mandate an annual report, and incorporate an assessment, monitoring, and evaluation program. The provision would also require a one-time report on the initiative.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would, among other modifications, make clarifying changes to the required annual report on the initiative and strike the requirement for a one-time report. The conferees note that units to receive assistance under the Indo-Pacific Maritime Security Initiative undergo required "Leahy Law" human rights vetting before such assistance is provided.

*Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds (sec. 1252)*

The Senate bill contained a provision (sec. 1252) that would modify section 1263(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to include as recipient countries for assistance and training under the Indo-Pacific Maritime Security Initiative the following: the Federated States of Micronesia, the Kingdom of Tonga, Papua New Guinea, the Republic of Fiji, the Republic of the Marshall Islands, the Republic of Palau, the Republic of Vanuatu, and the Solomon Islands.

The House amendment contained a provision (sec. 1250A) that would require a report on the current status of security cooperation and assistance with Pacific Island countries and the feasibility of expanding such cooperation and assistance.

The House recedes with an amendment that would include the following as recipient countries under in the initiative: the Federated States of Micronesia, the Independent State of Samoa, the Kingdom of Tonga, Papua New Guinea, the Republic of Fiji, the Republic of Kiribati, the Republic of the Marshall Islands, the Republic of Nauru, the Republic of Palau, the Republic of Vanuatu, and the Solomon Islands, and Tuvalu. The amendment would also provide that none of the funds authorized to be appropriated for the initiative shall be used to provide training or assistance to the additional recipient countries until the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate congressional committees a report regarding security cooperation and assistance with such countries.

*Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies (sec. 1253)*

The Senate bill contained a provision (sec. 1254) that would require the Commander, United States Indo-Pacific Command, to submit to the congressional defense committees a report containing the independent assessment of the Commander with respect to the activities and resources required for fiscal years 2022 through 2026 to achieve certain objectives.

The House amendment contained no similar provision.

The House recedes with an amendment that would require specific cost estimates, as practicable, to be included in the required assessment. The amendment would clarify the role of elements of the Office of the Secretary of Defense in providing a briefing related to the required assessment. The amendment would also require, not later than 1 year after the date of enactment of this Act, the Secretary of Defense, acting through the Office of Net Assessment, to provide the results of a study on at least three possible long-term competitive strategies with respect to the People's Republic of China with a focus on identifying opportunities to shape strategic competition to the advantage of the United States.

*Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea (sec. 1254)*

The Senate bill contained a provision (sec. 1251) that would prohibit the use of funds authorized to be appropriated by this Act to reduce the total number of members of the Armed Forces in the territory of the Republic of Korea (ROK) below 28,500 until 90 days after the date on which the Secretary of Defense certifies to the congressional defense committees that: such a reduction is in the national security interests of the United States and will not significantly undermine the security of United States allies in the region; such a reduction is commensurate with a reduction in the threat posed to the security of the United States and its allies in the region by the conventional military forces of the Democratic People's Republic of Korea (DPRK); and the Secretary has appropriately consulted with allies of the United States, including the ROK and Japan, regarding such a reduction.

The House amendment contained a similar provision (sec. 1243) that would prohibit the use of funds authorized to be appropriated by this Act to reduce the number of members of the Armed Forces serving on Active Duty in the Republic of Korea

below 28,500 unless the Secretary of Defense first provides certification to the congressional defense committees that such a reduction is in the national security interest of the United States and will not significantly undermine the security of the United States' allies in the region.

The Senate recedes with an amendment that would prohibit funds authorized to be appropriated by this Act to be used to reduce the total number of members of the Armed Forces serving Active Duty who are deployed to South Korea below 28,500 until 90 days after the date on which the Secretary of Defense certified to the congressional defense committees the following: such a reduction is in the national security interest of the United States and will not significantly undermine the security of United States allies in the region; and the Secretary has appropriately consulted with allies of the United States, including South Korea and Japan, regarding such a reduction.

The conferees recognize that United States military forces deployed on the Korean Peninsula remain vital to deterring, and if necessary, defeating aggression by the Democratic People's Republic of Korea, which continues to threaten the national security interests of the United States and the peace and stability of the Indo-Pacific region through both its conventional forces and weapons of mass destruction. While the conferees support diplomatic efforts to achieve the complete and fully verified denuclearization of the Democratic People's Republic of Korea, the conferees believe the removal of United States military forces from the Korean Peninsula is a non-negotiable item in such negotiations.

*Report on direct, indirect, and burden-sharing contributions of Japan and South Korea (sec. 1255)*

The House amendment contained a provision (sec. 1244) that would require the Secretary of Defense to provide a report to the congressional defense committees, Senate Committee on Foreign Relations, and House Committee on Foreign Affairs, not later than March 1, 2020, and March 1, 2021, on the direct, indirect, and burden-sharing contributions of Japan and South Korea to support overseas military installations of the United States and U.S. Armed Forces deployed to or permanently stationed in Japan and South Korea.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that, among other changes clarifying the process of preparing and delivering the aforementioned report, would require the Comptroller General of the United States to provide the report to the congressional committees described.

The conferees note that Japan and the Republic of Korea have made significant contributions to common security, including through direct, indirect, and burden-sharing contributions. Therefore, the conferees believe that upcoming negotiations concerning new Special Measures Agreements with Japan and the Republic of Korea should be conducted in a spirit consistent with prior negotiations on the basis of common interest and mutual respect.

*Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea (sec. 1256)*

The Senate bill contained a provision (sec. 1259) that would express the sense of the Senate with respect to security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation between the United States, Japan, and the Republic of Korea.

The House amendment contained no similar provision.

The House recedes with an amendment that would express the sense of Congress that the United States strongly encourages strengthened bilateral security ties between Japan and the Republic of Korea as well as deeper trilateral defense coordination and cooperation, including through expanded exercises, training, senior-level exchanges, and information sharing. The amendment would also express that the following bilateral and trilateral agreements are critical to regional security, and should be maintained: the bilateral military intelligence-sharing pact between Japan and the Republic of Korea, signed on November 23, 2016; and the trilateral intelligence sharing agreement among the United States, Japan, and the Republic of Korea, signed on December 29, 2015.

*Sense of Congress on North Korea (sec. 1257)*

The House amendment contained a provision (sec. 1250K) that would express the sense of the Congress concerning North Korea and diplomatic efforts to achieve the denuclearization of North Korea.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would express the sense of Congress that, among other things, a sustained credible diplomatic process based on concrete measures to achieve the denuclearization of North Korea and an eventual end to the Korean War should be pursued. The amendment would also express that continued actions by North Korea that run counter

to diplomatic negotiations call into question North Korea's intentions and commitment to a diplomatic solution.

*Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines (sec. 1258)*

The Senate bill contained a provision (sec. 6201) that would state the policy of the United States that, among other things, an attack on the armed forces, public vessels, or aircraft of the Republic of the Philippines in the Pacific, including the South China Sea, would trigger the mutual defense obligations of the United States under Article IV of the Mutual Defense Treaty between the Republic of the Philippines and the United States of America, done at Washington August 30, 1951, "to meet common dangers in accordance with its constitutional processes". The provision would also express the sense of the Senate that the Secretary of State and the Secretary of Defense should: affirm the commitment of the United States to the Mutual Defense Treaty between the United States and the Republic of the Philippines; preserve and strengthen the alliance of the United States with the Republic of the Philippines; prioritize efforts to develop a shared understanding of alliance commitments and defense planning; and provide appropriate support to the Republic of the Philippines to strengthen the self-defense capabilities of the Republic of the Philippines, particularly in the maritime domain.

The House amendment contained no similar provision.

The House recedes with an amendment that would include the statement of policy from the Senate provision, express the sense of the Congress with the respect to the objectives of the Secretary of State and Secretary of Defense as described in the Senate provision, and require, not later than 1 year after the date of enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State, to submit to the appropriate committees of Congress a report that sets forth the strategy of the Department of Defense for achieving such objectives.

*Report on security cooperation with the Philippine National Police (sec. 1259)*

The House amendment contained a provision (sec. 1245) that would require the Secretary of Defense, in consultation with the Secretary of State, to provide a report to the congressional defense committees, Senate Committee on Foreign Relations, and House Committee on Foreign Affairs, not later than 120 days

after the date of the enactment of this Act on the Department of Defense's objectives and strategy for achieving such objectives for the Philippines.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require, not later than 150 days after the date of the enactment of this Act, the Secretary of Defense, in concurrence with the Secretary of State, to submit to the appropriate congressional committees a report concerning security sector assistance programs with the Philippine National Police.

*Modification of annual report on military and security developments involving the People's Republic of China (sec. 1260)*

The House amendment contained two provisions (secs. 1246 and 1247) that would amend section 1202 of the National Defense Authorization Act for Fiscal Year 2000 (Public Law 106-65) by requiring the Secretary of Defense to consult with the heads of other Federal departments and agencies as appropriate in developing the Annual Report to Congress on Military and Security Developments Involving the People's Republic of China. The provisions would also modify the specified congressional committees that receive the annual report, and add certain elements to the annual report.

The Senate bill contained a similar provision (sec. 1253) that would amend paragraph 26 of section 1202(b) of the National Defense Authorization Act for Fiscal Year 2000 (Public Law 106-65) by requiring the annual report to address the relationship between Chinese overseas investment, including the Belt and Road Initiative and the Digital Silk Road, and Chinese security and military objectives.

The Senate recedes with an amendment that would add certain elements to the annual report.

*Report on foreign military activities in Pacific Island countries (sec. 1260A)*

The House amendment contained a provision (sec. 1250B) that would require, not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence, in coordination with the Director of the Defense Intelligence Agency and the Director of National Intelligence, to submit to the congressional defense committees a report concerning foreign military activities in Pacific Island countries.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on cybersecurity activities with Taiwan (sec. 1260B)*

The House amendment contained a provision (sec. 1250G) that would direct, not later than 180 days after the enactment of this Act, the Secretary of Defense to submit to the congressional defense committees a report on cybersecurity activities with Taiwan.
The Senate bill contained no similar provision.
The Senate recedes.

*Review and report related to the Taiwan Relations Act (sec. 1260C)*

The Senate bill contained a provision (sec. 6211) that would express the sense of the Congress concerning the Taiwan Relations Act (Public Law 96-8). The provision would also direct the Secretary of Defense, in coordination with the Secretary of State, to conduct a review of coercive behavior by the Government of the People's Republic of China directed at Taiwan, as well as the role of United States policy toward Taiwan with respect to the implementation of the 2017 National Security Strategy and the 2018 National Defense Strategy. The provision would direct a report to be delivered to the appropriate committees of Congress on the results of the review.
The House amendment contained no similar provision.
The House recedes with an amendment that would make clarifying changes to the content of the required report.

*Sense of Congress on enhancement of the United States-Taiwan defense relationship (sec. 1260D)*

The Senate bill contained a provision (sec. 1257) that would express the sense of the Senate concerning the enhancement of the United States-Taiwan defense relationship.
The House amendment contained a similar provision (sec. 1248).
The House recedes with an amendment that would express the sense of the Congress that Taiwan is a vital partner of the United States, and that the United States should continue to strengthen defense and security cooperation in support of Taiwan maintaining a sufficient self-defense capability.
In light of the fortieth anniversary of the Taiwan Relations Act (Public Law 96-8), the conferees encourage the Department of Defense to focus attention and resources on the future of the United States-Taiwan defense relationship,

particularly in relation to implementation of the National Defense Strategy and strategic competition with China.

*Chinese foreign direct investment in countries of the Arctic region (sec. 1260E)*

The House amendment contained a provision (sec. 1250J) that would make a series of findings and direct an independent study of Chinese foreign direct investment in countries of the Arctic region, with a focus on the effects of such foreign direct investment on United States national security and near-peer competition in the Arctic region.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the findings in the provision.

*Sense of Congress on policy toward Hong Kong (sec. 1260F)*

The Senate bill contained a provision (sec. 6209) that would express the sense of the Congress regarding United States policy concerning Hong Kong.

The House amendment contained no similar provision.

The House recedes with an amendment that would express the sense of the Congress that, among other things, Congress stands unequivocally with the people of Hong Kong as they defend their rights and freedoms and preserve their autonomy against the People's Republic of China. The amendment would call for efforts to resolve the remaining demands raised by protestors, who represent a broad cross-section of Hong Kong. The amendment would also express that in the event of use of force by the Government of the People's Republic of China against protestors in Hong Kong, Congress will recommend swift action by the United States, including: a fundamental reevaluation of the special treatment of Hong Kong under the Hong Kong Policy Act of 1992 (Public Law 102-383) and other United States law; and coordinated actions with like-minded countries to impose meaningful costs on the People's Republic of China, including the imposition of sanctions, travel restrictions, and other actions against responsible senior officials in the Chinese Communist Party, the People's Liberation Army, and the People's Armed Police.

*Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore (sec. 1260G)*

The Senate bill contained a provision (sec. 1261) that would express the sense of the Senate concerning defense and security cooperation with the Republic of Singapore.

The House amendment contained a similar provision (sec. 1249).

The House recedes with an amendment that would express the sense of the Congress that robust defense and security cooperation between the United States and the Republic of Singapore is crucial to promoting peace and stability in the Indo-Pacific region.

*Authority to transfer funds for Bien Hoa dioxin cleanup (sec. 1260H)*

The Senate bill contained a provision (sec. 1043) that would allow the Secretary of Defense to transfer not more than $15.0 million in fiscal year 2020 to the Secretary of State, for use by the United States Agency for International Development, funds to be used for the Bien Hoa dioxin cleanup in Vietnam.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to notify the congressional defense committees prior to such a transfer of funds.

*Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security (1260I)*

The House amendment contained a provision (sec. 1250D) that would prohibit the removal of Huawei Technologies Co. Ltd. from the entity list maintained by the Bureau of Industry and Security until the Secretary of Commerce certifies to Congress that a number of conditions have been met.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the conditions for removal from the entity list and add a reporting requirement for licenses issued for exports to Huawei.

*Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order (sec. 1260J)*

The House amendment contained a provision (sec. 1250C) that would require the President to submit annual reports to Congress on the compliance of Zhongxing Telecommunications Equipment Corporation (ZTE) and ZTE Kangxun Telecommunications Ltd. with the Superseding Settlement Agreement and Superseding Order reached with the Department of Commerce on June 8, 2018.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on the lay-down of United States Marines in the Indo-Pacific region (sec. 1260K)*

The Senate bill contained a provision (sec. 1255) that would require a review of, certification, and report on the current status of the distributed laydown of forces in the Indo-Pacific region in support of the joint statement of the United States-Japan Security Consultative Committee issued April 26, 2012, in the District of Columbia (April 27, 2012, in Tokyo, Japan) and revised on October 3, 2013, in Tokyo. The provision would also require the Comptroller General to submit to the congressional defense committees a report containing an analysis of the current status of the distributed laydown.

The House amendment contained no similar provision.

The House recedes with an amendment that would add certain elements of the report to focus its contents on the implementation of the planned distributed lay-down of U.S. Marines in the Indo-Pacific region and strikes the requirement for a Comptroller General report.

The conferees note that nothing in this provision shall be construed to change the current distributed lay-down of U.S. Marines in the Indo-Pacific region or to express support for any such change. Any potential changes to the distributed lay-down should be considered only after consultation and agreement of impacted countries, especially the Government of Japan.

## SUBTITLE G—OTHER MATTERS

*Modification to report on legal and policy frameworks for the use of military force (sec. 1261)*

The House amendment contained a provision (sec. 1262) that would modify section 1264 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) to require the President to submit an annual report to the appropriate committees of Congress on the legal and policy frameworks for the use of military force and related national security operations.

The Senate bill contained no similar provision.

The Senate recedes.

*Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command (sec. 1262)*

The House amendment contained a provision (sec. 1264) that would direct the Secretary of Defense to seek to enter into a contract with an entity independent of the Department of Defense to conduct an assessment of the sufficiency of resources available to U.S. Southern Command and U.S. Africa Command.

The Senate bill contained no similar provision.

The Senate recedes with technical amendment.

*United States Central Command posture assessment and review (sec. 1263)*

The Senate bill contained a provision (sec. 1287) that would mandate a comprehensive United States Central Command (CENTCOM) posture review, which would assess the extent to which the United States possesses the force posture and capabilities for countering threats emanating from and affecting CENTCOM's area of responsibilities.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of Defense to seek to enter into a contract with a federally funded research and development center to conduct an independent assessment and comprehensive review of United States military force posture and capabilities for countering threats emanating from and affecting CENTCOM's area of responsibilities.

The conferees note that the United States' military presence, posture, and basing in the Middle East region was constituted iteratively over decades to support a range of regional partners, operations, tasks, and activities, against an evolving spectrum of threats and contingencies. The conferees are concerned that the proportion of Department of Defense resources deployed to the CENTCOM area of responsibility no longer reflects departmental priorities, as articulated in the National Defense Strategy. Furthermore, the conferees believe CENTCOM must be appropriately postured in order to maintain resilience and deterrence toward regional adversaries whose doctrine and capabilities continue to evolve. However, the conferees believe CENTCOM must pursue a more resource efficient approach in order to support Department-wide efforts to recover readiness, lethality, and strategic competitiveness with Russia and China, in accordance with National Defense Strategy priorities.

*Limitation on production of nuclear proliferation assessment statements (sec. 1264)*

The House amendment contained a provision (sec. 1269) that would prohibit the Secretary of State from providing to the

President a Nuclear Proliferation Assessment Statement, in accordance with section 123 of the Atomic Energy Act of 1954 (42 U.S.C. 2153), with respect to a proposed cooperation agreement with any country that has not signed and implemented an Additional Protocol with the International Atomic Energy Agency. The provision would make an exception for a country that already had in effect an agreement under section 123 as of June 19, 2019. The provision would allow for a waiver of such prohibition if the President submits a report to the appropriate congressional committees, and the Congress enacts a joint resolution of approval of the waiver.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would remove the requirement for a joint resolution of approval of the waiver. The waiver would instead take effect 90 days after the submission of the report to the appropriate congressional committees.

*Western hemisphere resource assessment (sec. 1265)*

The House amendment contained a provision (sec. 1270D) that would require, not later than 180 days after the date of the enactment of this Act, the President, acting through the Secretary of Defense, the Secretary of State, and the Administrator of the United States Agency for International Development, to submit a report to the appropriate congressional committees assessing the sufficiency of resources available to the United States Southern Command, United States Northern Command, Department of State, and United States Agency for International Development, to carry out their respective missions in the Western hemisphere.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the elements of the required assessment.

*Human rights in Brazil (sec. 1266)*

The House amendment contained a provision (sec. 1080) that would require, not later than 180 days after the enactment of this Act, the Secretary of Defense and the Secretary of State to jointly submit a report to the appropriate congressional committees that assesses the human rights climate in Brazil; whether Brazilian security-force units that are engaged in human rights abuses may have received or purchased United States equipment or training; and a strategy to address the human rights abuses found.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that, among other changes, would require the Secretary of Defense to coordinate with the Secretary of State on the report and add additional elements to the report, including U.S.-Brazil security cooperation and related matters.

*Certification relating to assistance for Guatemala (sec. 1267)*

The House amendment contained a provision (sec. 1270S) that would prohibit the use of funds authorized to be appropriated or otherwise made available to transfer or purchase vehicles for any joint task force including the Ministry of Defense or the Ministry of the Interior of Guatemala unless the Secretary of Defense certifies that such ministries have made a credible commitment to use such equipment solely for the purposes intended.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require that prior to the transfer of vehicles by the Department of Defense to a joint task force of the Ministry of Defense or the Ministry of Interior of Guatemala during fiscal year 2020, the Secretary of Defense must certify to the appropriate congressional committees that such ministries have made a credible commitment to use such equipment only for the uses for which they were intended.

*Independent analysis of human rights situation in Honduras (sec. 1268)*

The Senate bill contained a provision (sec. 1286) that would require the Secretary of Defense to enter into an agreement with an independent think tank or a federally funded research and development center to conduct an analysis and assessment of the compliance of the military and security forces of Honduras with international human rights laws and standards.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm (sec. 1269)*

The House amendment contained a provision (sec. 1270E) that would require, not later than 180 days after the date of the enactment of this Act, the President to submit to the appropriate congressional committees a report on plans to assist the Nigerian military in improving its efforts to prevent,

mitigate, and respond to civilian harm arising from its military presence and operations. The provision would also require the President to provide annual updates on progress made with respect to the plan contained in such report.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require not later than 180 days after the date of enactment of this Act the Secretary of Defense and the Secretary of State to jointly provide a briefing to specified congressional committees on the current strategy to improve defense institutions and security sector forces in Nigeria.

The conferees expect the briefing to discuss steps, if any, that the Departments are taking to increase the ability of the Nigerian military to minimize civilian harm when using equipment provided by the United States, to include the A-29 Super Tucano and related munitions.

*Report on implications of Chinese military presence in Djibouti (sec. 1270)*

The House amendment contained a provision (sec. 1270K) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense to submit to the appropriate congressional committees a report containing a comprehensive strategy to address security concerns posed by the Chinese People's Liberation Army Support Base in Djibouti to United States military installations and logistics chains in sub-Saharan Africa and the Middle East.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Rule of construction on the permanent stationing of United States Armed Forces in Somalia (sec. 1271)*

The House amendment contained a provision (sec. 1270T) that would prohibit the use of funds authorized to be appropriated by this Act or otherwise made available to the Department of Defense for fiscal year 2020 to establish any military installation or base for the purpose of providing for the permanent stationing of United States Armed Forces in Somalia.

The Senate bill contained no similar provision.

The Senate recedes with an amendment to include a rule of construction that states that nothing in this Act may be construed to authorize the permanent stationing of members of the United States Armed Forces in Somalia.

*Defense and diplomatic strategy for Libya (sec. 1272)*

The House amendment contained a provision (sec. 1270O) that would require, not later than 120 days after the date of the enactment of this Act, the President submit to the appropriate congressional committees a report that contains a strategy for Libya.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that modifies the elements of the required strategy.

*Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen (sec. 1273)*

The House amendment contained a provision (sec. 1270N) that would prohibit, for the two-year period beginning on the date of the enactment of this Act, in-flight fueling by the Department of Defense to non-United States aircraft engaged in hostilities in the ongoing civil war in Yemen unless and until a declaration of war or a specific statutory authorization has been enacted.

The Senate bill contained no similar provision.

The Senate recedes.

*Report on Saudi led coalition strikes in Yemen (sec. 1274)*

The House amendment contained a provision (sec. 1270M) that would require, not later than 90 days after the enactment of this Act and annually thereafter, the Secretary of Defense, in consultation with the Secretary of State, to submit a report detailing the number of civilian casualties caused by the Saudi-led coalition in Yemen, including an assessment of the coalition members' willingness and ability to prevent civilian casualties.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen (sec. 1275)*

The Senate bill contained a provision (sec. 1288) that would mandate a report detailing the expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen from March 1, 2015, to November 11, 2018, and the extent to which such

expenses have been reimbursed by members of the Saudi-led coalition.

The House amendment contained no similar provision.

The House recedes.

*Report on Saudi Arabia's human rights record (sec. 1276)*

The House amendment contained a provision (sec. 1296B) that would require not later than 30 days after the enactment of this Act, the Secretary of State, in accordance with section 502B(c) of the Foreign Assistance Act of 1961 (22 U.S.C. 2304(c)), to submit to the appropriate congressional committees a report on the protection of human rights within Saudi Arabia.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi (sec. 1277)*

The House amendment contained a provision (sec. 1296) that would require, not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence to submit a report to the appropriate congressional committees detailing intelligence findings regarding the October 2018 killing of Saudi columnist Jamal Khashoggi.

The Senate bill contained no similar provision.

The Senate recedes.

*United States-Israel cooperation to counter unmanned aerial systems (sec. 1278)*

The Senate bill contained a provision (sec. 1284) that would authorize the Secretary of Defense to carry out joint research, development, test, and evaluation to establish capabilities for countering unmanned aerial systems (C-UAS) that threaten the United States or Israel.

The House amendment contained no similar provision.

The House recedes.

*Extension and modification of authority for United States-Israel anti-tunnel cooperation activities (sec. 1279)*

The Senate bill contained a provision (sec. 1283) that would amend section 1279 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) to modify the authority for United States-Israel anti-tunnel cooperation activities. The provision would remove countering unmanned

aerial systems from the section 1279 authority. Elsewhere in this Act, the committee recommends a provision that would establish a separate authority for United States-Israel cooperation regarding countering unmanned aerial systems. The provision would also authorize the Secretary of Defense to use amounts available under the section 1279 authority, which are in excess of the amount contributed by the Government of Israel, for costs associated with unique national requirements identified by the United States with respect to anti-tunnel capabilities.

The House amendment contained no similar provision.

The House recedes with an amendment that would extend the section 1279 authority through December 31, 2024.

*Report on cost imposition strategy (sec. 1280)*

The Senate bill contained a provision (sec. 1271) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense to submit to the congressional defense committees a report describing the cost imposition strategies of the Department of Defense with respect to the People's Republic of China and the Russian Federation.

The House amendment contained no similar provision.

The House recedes with an amendment that, among other clarifying changes, would require the Secretary of Defense to consult with the heads of other Federal departments and agencies as appropriate in the preparation of the report.

*Modification of initiative to support protection of national security academic researchers from undue influence and other security threats (sec. 1281)*

The Senate bill contained a provision (sec. 1285) that would amend section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to require the Secretary of Defense to develop a list of academic institutions of the People's Republic of China and the Russian Federation that are: (1) Associated with a defense program of the People's Republic of China or the Russian Federation, including any university heavily engaged in military research; (2) Known to recruit individuals for the purpose of advancing the talent and capabilities of such a defense program or to provide misleading transcripts or otherwise attempt to conceal the connections of an individual or institution to such a defense program; or (3) Pose a serious risk of intangible transfers of defense or engineering technology and research.

The Senate bill contained another provision (sec. 6219) that would amend section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to specify that the training and support provided under such program shall emphasize best practices for the protection of sensitive national security information and include the dissemination of unclassified publications and resources.

The House amendment contained no similar provision.

The House recedes with an amendment that would: (1) Combine sections 1285 and 6219 with minor modifications; (2) Amend section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 to require the Secretary of Defense to establish enhanced information sharing procedures to collect appropriate information on any personnel participating in defense research and development activities other than basic research and to maintain appropriate security controls over research activities, technical information, and intellectual property; and (3) Amend the required report in the same section to be an annual report.

The conferees note the important impact that United States academic institutions have had advancing emerging technologies and contributing to the defense research enterprise. Maintaining an open and collaborative environment for unclassified basic and applied research is fundamental to attracting the world's best students and commercializing their innovations. The conferees, however, note the efforts undertaken by foreign adversaries and competitors to exploit the open academic environment through the theft of intellectual property, improper technology transfer, and espionage.

The conferees encourage the Secretary of Defense to establish a memorandum of understanding with the Secretary of Homeland Security in order to coordinate the implementation of the enhanced information sharing required in this provision. The conferees note, that to greatest extent possible, the Secretary of Defense should streamline information sharing procedures and leverage existing government information systems and repositories, including the Student Exchange Visitor Information System, to reduce the burden on universities and the Department of Defense.

*Modification of responsibility for policy on civilian casualty matters (sec. 1282)*

The House amendment contained a provision (sec. 1268) that would modify section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) and section 936 of the John S. McCain National Defense Authorization Act for Fiscal

Year 2019 (Public Law 115-232) relating to civilian casualty matters.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would amend section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to modify the responsibilities of the senior civilian official of the Department of Defense designated to develop, coordinate, and oversee compliance relating to civilian casualties. The conferees direct the senior designated official to coordinate with other relevant U.S. departments and agencies with respect to any other matters related to civilian harm resulting from military operations, including assistance provided to civilians impacted or displaced by such operations.

*Report on export of certain satellites to entities with certain beneficial ownership status (sec. 1283)*

The Senate bill contained a provision (sec. 6207) that would require a report on addressing the threat posed by the export, reexport, or in-country transfer of certain satellites to certain entities.

The House amendment contained no similar provision.

The House recedes with a technical/clarifying amendment.

*Rule of construction relating to use of military force (sec. 1284)*

The House amendment contained a provision (sec. 1265) that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force, including the use of military force against Iran or any other country.

*Reports and briefings on use of military force and support of partner forces (sec. 1285)*

The House amendment contained a provision (sec. 1270V) that would require the President not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, to submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a

report on specific actions taken pursuant to the Authorization for Use of Military Force (Public Law 107-40; 50 U.S.C. 1541 et seq.) and support for partner forces against those nations or organizations described in such law, during the preceding 180-day period.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the President not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, to submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a report on actions taken pursuant to the Authorization for Use of Military Force (Public Law 107-40) against those countries or organizations described in such law, as well as any actions taken to command, coordinate, participate in the movement of, or accompany the regular or irregular military forces of any foreign country or government when such forces are engaged in hostilities or in situations where imminent involvement in hostilities is clearly indicated by the circumstances, during the preceding 180-day period.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Report on participants in security cooperation training programs and recipients of security assistance training that have been designated for human rights abuses or terrorist activities*

The House amendment contained a provision (sec. 1205) that would require, not later than 180 days after the date of the enactment of this Act, the Secretary of State and the Secretary of Defense, in consultation with the heads of other appropriate Federal departments and agencies, to submit to the appropriate congressional committees a report on individuals and units of security forces of foreign countries that have participated in security cooperation programs or received security assistance training and have been subject to United States sanctions relating to the violation or human rights or terrorist activities. The Secretaries would also be required to submit an annual update of the report.

The Senate bill contained no similar provision.

The House recedes.

The conferees note the importance of adherence to human rights by recipients of Department of Defense (DOD) security cooperation training. The conferees note that section 362 of title 10, United States Code, prohibits DOD from providing assistance to foreign security forces if there is credible

information that gross violations of human rights have been committed. Among the key elements of the security cooperation reforms contained in the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) were an increased emphasis on the integration of human rights training into DOD security cooperation programs and the strengthening of the defense and security institutions of foreign partners in order to more effectively and responsibly train, manage, and employ their forces. The conferees note that DOD faces significant challenges relating to its ability to comprehensively track recipients of DOD security cooperation training in order to identify those who may subsequently have committed gross violations of human rights.  The conferees understand that these challenges arise in part from limitations in the Department's ability to collect and maintain data on all individuals who receive security cooperation training under title 10 chapter 16 authorities and in the ability to cross-reference such information with that of other departments and agencies of the United States government. The conferees are aware that the lack of data would result in incomplete information on recipients of security cooperation training that have been designated for human rights abuses or terrorist activities.

Therefore, the conferees direct the Secretary of Defense to provide a briefing to the Armed Services Committees of the House of Representatives and the Senate not later than 30 days after the date of enactment of this Act on the advisability and feasibility of providing Congress with a report on recipients of security cooperation training programs at the unit and individual level that, after such training, go on to commit gross violations of human rights. The briefing should identify any challenges that DOD may encounter in such an effort as well as recommendations for overcoming such challenges.

*Prohibition on use of funds to transfer defense articles and services to Azerbaijan*

The House amendment contained a provision (sec. 1207) that would prohibit the use of funds authorized by this Act or otherwise made available to the Department of Defense for fiscal year 2020 to transfer defense articles or services to Azerbaijan unless the President certifies to Congress that the transfer of such defense articles or services does not threaten civil aviation.

The Senate bill contained no similar provision.

The House recedes.

The conferees are concerned by any threat or use of force against civilians or actions against a nation's sovereignty,

which would be contrary to international law. The importance of a diplomatic resolution of the Nagorno-Karabakh conflict is addressed in another section of this report.

*Multinational regional security education center*

The House amendment contained a provision (sec. 1209) that would require, not later than 120 days after the date of the enactment of this Act, the Secretary of Defense to provide a briefing on the utility and feasibility of establishing a multinational regional security education center.

The Senate bill contained no similar provision.

The House recedes.

Not later than 120 days after the date of the enactment of this Act, the conferees direct the Secretary of Defense to provide to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate a briefing on the utility and feasibility of establishing a multinational regional security education center, including as a satellite entity of the Daniel K. Inouye Asia-Pacific Center for Security Studies that is located in a member country of the Association for Southeast Asian Nations, to offer year-round training and educational courses to Southeast Asian and Indo-Pacific civilian and military security personnel to enhance engagement of territorial and maritime security, transnational and asymmetric threats, and defense sector governance in the Indo-Pacific region. Training may also include English-language training, human rights training, rule of law and legal studies, security governance and institution-building courses, and budget and procurement training.

The conferees direct the Secretary of Defense to provide a written summary of the briefing to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate, within 30 days following the briefing.

*Training for participants in professional military education programs*

The House amendment contained a provision (sec. 1210) that would require any foreign person participating in professional military education to participate in human rights training.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that every year numerous students from foreign militaries participate in professional military education provided and funded by the United States. These courses should be viewed as a valuable opportunity to foster an appreciation of human rights and the rule of law. The conferees are aware that foreign students in professional military education programs participate in the Department of Defense Field Studies Program, which includes instruction in human rights and law of war, among other topics. The Secretary of Defense is encouraged to continue providing human rights training as a key component of professional military education.

*Report on plan to transfer funds in connection with the provision of support under section 385 of title 10, United States Code*

The House amendment contained a provision (sec. 1210A) that would require the Secretary of Defense to submit to the appropriate congressional committees a report on Department of Defense plans to transfer funds with the provision of support under section 385 of title 10, United States Code, for fiscal year 2020.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense, Secretary of State, and the Administrator of the U.S. Agency for International Development to provide a briefing not later than December 1, 2019 to the Armed Services Committees of the House of Representatives and the Senate on any plans to use the authority provided by section 385 of title 10, U.S. Code,in fiscal year 2020. The briefing should also include a description of any issues that may impede the use of such authority.

*Rule of construction relating to use of military force against Iran*

The House amendment contained a provision (sec. 1225) that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force against Iran.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Congress on support for Ministry of Peshmerga Forces of the Kurdistan Region of Iraq*

The House amendment contained a provision (sec. 1226) stating that it was the sense of Congress that the Ministry of Peshmerga forces of the Kurdistan Region of Iraq had made significant contributions and sacrifices in the United States-led campaign to degrade, dismantle, and destroy ISIS, and that the Department of Defense and Department of State should continue to work with and support the non-partisan forces of the Ministry of Peshmerga of the Kurdistan Region of Iraq in order to continue to develop their capabilities, promote security sector reforms, and enhance sustainability and interoperability with the other elements of the Iraqi security forces in order to provide for Iraq's lasting security against terrorist threats.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the United States-led coalition known as the Combined Joint Task Force-Operation Inherent Resolve (CJTF-OIR) in partnership with the Iraqi Security Forces (ISF), including the Kurdish Peshmerga, successfully liberated significant Iraqi territory from the control of the Islamic State of Iraq and Syria (ISIS).  While the conferees applaud this significant achievement, they also express concern that ISIS continues to pose a significant threat to Iraq, the region, and potentially the U.S. homeland.

According to the August 2019 Lead Inspector General report for OIR, CJTF-OIR noted "deep-seated internal Kurdish political divisions and the Kurds' continuing dispute with Iraq's central government over a swath of disputed territory in northern Iraq rich in resources have allowed ISIS insurgents to exploit gaps between ISF and Peshmerga forces, which allows ISIS to regroup and plan attacks in the region."  Furthermore, the Lead Inspector General report for OIR stated "that the ISF and the Peshmerga has made progress this quarter in ongoing planning of 'joint security mechanisms'—coordination to effectively combat ISIS in the disputed territories.  However, on-the-ground cooperation between the ISF and the Peshmerga remained limited and security gaps remained." The conferees believe a lasting defeat of ISIS is critical to maintaining a stable and tolerant Iraq in which all faiths, sects, and ethnicities are afforded equal protection and full integration into the government and society of Iraq and support the provision of U.S. security and other assistance for such purposes.  As part of those efforts, the conferees support continued reform of, and materiel and training assistance to, Kurdish Peshmerga forces with the objective of enabling them to more effectively partner with the ISF, the United States, and other international partners.  In furtherance of those objectives, the conferees believe continued efforts by the Peshmerga and ISF to establish joint security

mechanisms are critical to addressing the threat of ISIS in disputed territories.

The conferees strongly support continuation of the partnership between the U.S. military and ISF, including the Kurdish Peshmerga in furtherance of our shared interests.  In the coming years, the conferees encourage the Department to normalize its support to the Peshmerga by focusing assistance on the reform and professionalization at the ministerial and unit level and the development of capabilities and interoperability with other ISF elements that contribute to the long-term stability of Iraq.

*Sense of Congress on supporting the return and repatriation of religious and ethnic minorities in Iraq to their ancestral homelands*

The House amendment contained a provision (sec. 1227) that expressed the sense of Congress that it should remain a policy priority of the United States to support the safe return of displaced indigenous people of the Nineveh Plan and Sinjar to their ancestral homeland and that it should be a priority to ensure reintegration and restoration of fundamental human rights.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition of unauthorized military force in or against Iran*

The House amendment contained a provision (sec. 1229) that would prohibit the use of Federal funds for any use of military force in or against Iran unless Congress has declared war or enacted a specific statutory authorization.

The Senate bill contained no similar provision.

The House recedes.

*Report on Russian military involvement in the AFRICOM AOR*

The House amendment contained a provision (sec. 1240) that would require the Secretary of Defense, in coordination with the Secretary of State, not later than 120 days after the date of enactment of this Act to provide a report to the appropriate congressional committees on military assistance provided by the Russian Federation or any private military corporations headquartered or registered in Russia to countries in the U.S. Africa Command area of responsibility (AOR).

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to provide a briefing to the Armed Services Committees of the House of Representatives and the Senate not later than 120 days after the date of enactment of this Act on the presence, activities, and strategic objectives of the Russian Federation in Africa. The briefing shall address, at a minimum, the following:

1) A description of the presence, activities, and strategic objectives of the Russian Federation in Africa.

2) A description of all known bilateral agreements between Russia and African governments negotiated since 2014, including military and technical cooperation, arms sales, and mineral exploration.

3) An analysis of any direct or indirect military support Russia or private military corporations based in Russia are providing to state and non-state armed groups in Africa, including a description of the types of support.

4) A description of arms sales within the previous calendar year by the Russian defense sector to African countries, and an analysis of whether any of such arms sales constitute significant transactions within the meaning of section 231 of the Countering America's Adversaries Through Sanctions Act of 2017 (22 U.S.C. 9525).

5) An analysis of the extent to which such arms sales may be in violation of United Nations Security Council-imposed arms embargoes in Africa, including with regard to South Sudan, the Democratic Republic of Congo, and the Central African Republic.

6) An analysis of Russian disinformation and propaganda operations in African countries, and the extent to which such operations pose a risk to United States interests in Africa.

7) A description of any plans to counteract destabilizing Russian activities in Africa.

8) Any other matters the Secretary deems relevant.

*United States actions relating to Russian interference in elections for Federal office*

The House amendment contained a provision (sec. 1240B) that would impose a prohibition on transactions relating to new Russian sovereign debt, require a determination of Russian interference in elections for Federal office, and create procedures for lifting and reimposing the prohibition.

The Senate bill contained no similar provision.

The House recedes.

*Extension and modification of report on military and security developments involving North Korea*

The House amendment contained a provision (sec. 1242) that would amend section 1236 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) to extend and modify the requirement to provide a report on the military and security developments involving the Democratic People's Republic of Korea.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that Congress's ability to evaluate the security threat posed by North Korea and to conduct oversight of United States policy toward North Korea has been impaired by a lack of transparency and associated delays in providing information necessary for such oversight. For example, the report to Congress on the status of North Korea's nuclear program to establish a baseline of progress for negotiations with respect to denuclearization as required by section 1265 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) was recently submitted over 300 days late. The conferees reiterate support for diplomatic efforts to achieve the denuclearization of North Korea. The conferees urge the Administration to review its policies related to North Korea to ensure they are consistent with a priority on open and timely communication with the Congress.

*Report by Defense Intelligence Agency on certain military capabilities of China and Russia*

The House amendment contained a provision (sec. 1250F) that would require the Director of the Defense Intelligence Agency to submit to the Secretary of Defense and the appropriate congressional committees a report on the military capabilities of China and Russia.

The Senate bill contained no similar provision.

The House recedes.

Not later than 180 days after the enactment of this Act, the conferees direct the Director of the Defense Intelligence Agency to provide to the Committees on Armed Services of the House of Representatives and the Senate a briefing concerning the military capabilities of China and Russia, including: (1) an update on the presence, status, and capability of the military with respect to any national training centers similar to the Combat Training Center Program of the United States; (2) an analysis of a readiness deployment cycle of the military, including as compared to such a cycle of the United States and an identification of metrics used in the national training centers of that military; (3) a comprehensive investigation into the capability and readiness of the mechanized logistics of the

army of the military, including an analysis of field
maintenance, sustainment maintenance, movement control,
intermodal operations, and supply, and how such functions
interact with specific echelons of that military; and (4) an
assessment of the future of mechanized army logistics of the
military.

*Modification of report relating to enhancing defense and
security cooperation with India*

The House amendment contained two provisions (sec. 1250
and sec. 1250I) concerning defense and security cooperation with
India.
The Senate bill contained no similar provision.
The House recedes.
In addition to regular briefings and reports on U.S.-India
defense relations, the conferees direct the Department of
Defense to provide a briefing to the congressional defense
committees on U.S.-India defense cooperation in the Western
Indian Ocean no later than March 1, 2020.  Topics to be covered
in the briefing shall include: (1) a description of military
activities of the United States and India, separately, in the
Western Indian Ocean; (2) a description of military cooperation
activities between the United States and India in the Western
Indian Ocean; (3) a description of how the relevant geographic
combatant commands coordinate their activities with the Indian
military in the Western Indian Ocean and the mechanisms in place
to ensure such cooperation is maximized; (4) a description of
how the major defense partnership with India will be utilized to
enhance cooperation in the Western Indian Ocean; and (5) areas
of future opportunity to increase military engagement with India
in the Western Indian Ocean.

*Sense of Congress on the enduring United States commitment to
the Freely Associated States*

The House amendment contained a provision (sec. 1250E)
that would express the sense of the Congress concerning the
enduring commitment of the United States to the Freely
Associated States.
The Senate bill contained no similar provision.
The House recedes.
The conferees recognize that the United States has strong
and enduring interests in the security and prosperity of Oceania
and the Western Pacific region, including close relationships
with the countries of Palau, the Marshall Islands,and the
Federated States of Micronesia, with whom the United States

shares Compacts of Free Association. The United States and the
Freely Associated States share values including democracy and
human rights, as well as mutual interest in a free, open, and
prosperous Indo-Pacific region. Therefore, the conferees believe
the United States should expeditiously begin negotiations on the
renewal of the Compacts of Free Association and conclude such
negotiations prior to the expiration of the current compacts in
2023 and 2024.

*Sense of Congress on United States-India defense relationship*

        The House amendment contained a provision (sec. 1250H)
that would express the sense of the Congress on the United
States-India defense relationship.
        The Senate bill contained no similar provision.
        The House recedes.

*Report on value of investments in dual use infrastructure
projects by NATO member states*

        The House amendment contained a provision (sec. 1256) that
would require the Secretary of Defense to submit a report, not
later than June 1, 2020, on the value of investments in dual use
infrastructure projects by the member states of the North
Atlantic Treaty Organization.
        The Senate bill contained no similar provision.
        The House recedes.

*Sense of Senate on the United States-Japan alliance and defense
cooperation*

        The Senate bill contained a provision (sec. 1256) that
would express the sense of the Senate concerning the United
States-Japan alliance and opportunities for enhancing defense
cooperation.
        The House amendment contained no similar provision.
        The Senate recedes.
        The conferees underscore that the United States-Japan
alliance remains the cornerstone of peace and security for a
free and open Indo-Pacific region. The conferees also recognize
that the Government of Japan has made among the most significant
"burden sharing" contributions of any United States ally,
including through direct cost sharing, paying for the
realignment of United States forces currently stationed in
Okinawa, community support, and other alliance-related
expenditures.

*European Center of Excellence for Countering Hybrid Threats*

The House amendment contained a provision (sec. 1258) that would require the Secretary of Defense to provide $2.0 million for the European Center of Excellence for Countering Hybrid Threats.

The Senate bill contained no similar provision.

The House recedes.

The conferees strongly support the efforts of the European Center of Excellence for Countering Hybrid Threats (henceforth referred to as "the Center"), and encourage the Department of Defense to cooperate fully and actively with the Center. The conferees note that the Center could play an important role in addressing the strategic challenge described by the National Defense Strategy: revisionist powers and rogue regimes increasing "efforts short of armed conflict by expanding coercion to new fronts, violating principles of sovereignty, exploiting ambiguity, and deliberately blurring the lines between civil and military goals." The conferees also anticipate the Center serving as a unique forum to address the common concerns of transatlantic democracies and as a hallmark of cooperation between the North Atlantic Treaty Organization and the European Union.

To better understand the full scope of capability and impact the Center could have to further the strategic and operational objectives of the Department of Defense, the conferees direct the Department of Defense to provide the Committees on Armed Services of the Senate and House of Representatives a briefing, no later than 60 days after the enactment of this Act, on the Center, including the following components: the strategic vision for the Center, associated resources and manpower, planned or current activities, and intended engagement strategy of the Department with the Center.

*Sense of Senate on United States-India defense relationship*

The Senate bill contained a provision (sec. 1258) that would express the sense of the Senate on the United States-India defense relationship.

The House amendment contained no similar provision.

The Senate recedes.

*Sense of Congress on European investments in national security*

The House amendment contained a provision (sec. 1259) that would express the sense of Congress that the North Atlantic Treaty Organization (NATO) is central to United States-European

defense matters and that military cooperation and coordination
in Europe among NATO member countries should complement NATO
efforts and not detract from NATO military system
interoperability and burden sharing among NATO allies.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the importance of NATO is
addressed elsewhere in this report.

*Briefing on Department of Defense program to protect United
States students against foreign assets*

The House amendment contained a provision (sec. 1260) that
would require the Secretary of Defense to provide a briefing to
the congressional defense committees on the program to protect
United States students against recruitment efforts by foreign
intelligence agents as described in section 1277 of the John S.
McCain National Defense Authorization Act for Fiscal Year 2018
(Public Law 115-91).

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to provide a
briefing to update the Committees on Armed Services of the
Senate and the House no later than March 15, 2019 on the status
of the program required in section 1277 of the John S. McCain
National Defense Authorization Act for Fiscal Year 2018,
including an assessment of whether the program is beneficial to
students interning, working part time, or in a program that will
result in post-graduation employment with the Department of
Defense components or contractors.

*Sense of Senate on enhanced cooperation with Pacific Island
countries to establish open-source intelligence fusion centers
in the Indo-Pacific region*

The Senate bill contained two provisions (sec. 1260 and
sec. 6202) that would express the sense of the Senate that U.S.
Indo-Pacific Command should pursue the establishment of one or
more open-source intelligence fusion centers in the Indo-Pacific
region to enhance cooperation with Pacific Island countries.

The House amendment contained no similar provision.

The Senate recedes.

*Limitation on availability of certain funds until report
submitted on Department of Defense awards and disciplinary
action as a result of the 2017 incident in Niger*

The House amendment contained a provision (sec. 1263) that would prohibit the use of more than 80 percent of any funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for Operations and Maintenance, Defense-Wide, Office of the Secretary of Defense, for Travel of Persons, until the Secretary of Defense submits a report containing a description of each award and disciplinary action issued, by rank, as a result of the AR 15-6 investigation findings relating to the incident in Niger on October 4, 2017.

The Senate bill contained no similar provision.

The House recedes.

The conferees have serious concerns about the executive branch's handling of the ambush in Niger that occurred on October 4, 2017, which led to the death of four U.S. servicemembers. These concerns include the Department of Defense's repeated delays in providing to Congress the report on the investigation into the incident as well as information on the disciplinary actions issued in connection with the incident. The executive branch has a duty to conduct itself with candor and it must act in a way that is transparent and responsive to congressional oversight.

Therefore, the conferees direct the Secretary of Defense to submit to the Armed Services Committees of the House of Representatives and the Senate not later than January 15, 2020 a report containing a description of each disciplinary action issued by rank as a result of the AR 15-6 investigation findings relating to the incident in Niger on October 4, 2017. The report shall be submitted in a format that protects personally identifiable information and is consistent with national security.

*Rule of construction relating to use of military force against Venezuela*

The House amendment contained a provision (sec. 1266) that would establish that nothing in this Act or any amendment made by this Act may be construed to authorize the use of military force against Venezuela.

The Senate bill contained no similar provision.

The House recedes.

*Restriction on emergency authority relating to arms sales under the Arms Export Control Act*

The House amendment contained a provision (sec. 1270) that would amend section 36 of the Arms Export Control Act (22 U.S.C. 2776) by modifying a restriction on emergency authority

requiring the President to consult with appropriate congressional committees not later than 3 days after the determination and submit further certifications to Congress. The modifications would also require the delivery of defense articles within 90 days of the issuance of the emergency determination and the submittal of a report to Congress not later than 30 days after the delivery of defense articles. Further, the waiver of congressional review would not apply to begin manufacturing or co-production of articles outside the United States.

The Senate bill contained no similar provision.

The House recedes.

*Report on annual defense spending by ally and partner countries*

The Senate bill contained a provision (sec. 1240) that would require the Secretary of Defense to submit to certain congressional committees a report containing a summary of the key findings of the annual report of the Secretary General of the North Atlantic Treaty Organization (NATO) as well as assessments of various elements of burden-sharing and defense cooperation with and among NATO allies.

The House amendment contained a similar provision (sec. 1270A) that would require the Secretary of Defense to submit a report concerning defense spending by each mutual defense treaty ally and major non-NATO ally of the United States, as well as other matters.

These legislative provisions were not adopted.

Not later than 60 days after the date on which the next annual report of the Secretary General of the North Atlantic Treaty Organization (NATO) for the preceding calendar year is published, the conferees direct the Secretary of Defense to submit to the Committee on Armed Services and the Committee on Foreign Relations of the Senate, and to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives, a report that includes the following:(1) an assessment, incorporating the key findings of the such annual report of the Secretary General of NATO, of progress toward meeting the Defense Investment Pledge made at the 2014 NATO summit in Wales by member countries of the North Atlantic Treaty Organization; a description of the personnel and financial contributions of each member country of NATO to NATO missions; and a description of NATO initiatives to accelerate the speed of decision, ensure viable military reinforcement, and to support the deployability of North Atlantic Treaty Organization forces.The conferees direct that the report be submitted in an unclassified form, but may include a classified annex.

The conferees note that the contributions of United States allies to collective defense and shared security are critical. The conferees note that reports relating to ally and partner "burden-sharing"contributions are addressed elsewhere in this report.

*Reports on contributions to the North Atlantic Treaty Organization*

The Senate bill contained a provision (sec. 1240) that would require the Secretary of Defense to submit to certain congressional committees a report containing a summary of the key findings of the annual report of the Secretary General of the North Atlantic Treaty Organization (NATO) as well as assessments of various elements of burden-sharing and defense cooperation with and among NATO allies.

The House amendment contained a similar provision (sec. 1270A) that would require the Secretary of Defense to submit a report concerning defense spending by each mutual defense treaty ally and major non-NATO ally of the United States, as well as other matters.

These legislative provisions were not adopted.

Not later than 60 days after the date on which the next annual report of the Secretary General of the North Atlantic Treaty Organization (NATO) for the preceding calendar year is published, the conferees direct the Secretary of Defense to submit to the Committee on Armed Services and the Committee on Foreign Relations of the Senate, and to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives, a report that includes the following: (1) an assessment, incorporating the key findings of the such annual report of the Secretary General of NATO, of progress toward meeting the Defense Investment Pledge made at the 2014 NATO summit in Wales by member countries of the North Atlantic Treaty Organization; a description of the personnel and financial contributions of each member country of NATO to NATO missions; and a description of NATO initiatives to accelerate the speed of decision, ensure viable military reinforcement, and to support the deployability of North Atlantic Treaty Organization forces. The conferees direct that the report be submitted in an unclassified form, but may include a classified annex.

The conferees note that the contributions of United States allies to collective defense and shared security are critical. The conferees note that reports relating to ally and partner "burden-sharing"contributions are addressed elsewhere in this report.

*Sense of Congress on the United States-Israel relationship*

The House amendment contained a provision (sec. 1270B) that would express the sense of Congress that Israel has been one of the United States' strongest friends and allies, that the United States should continue to offer full security assistance and related support to Israel, and that such assistance and support is vital as Israel confronts a number of potential challenges, including threats from Iran.

The Senate contained no similar provision.

The House recedes.

The conferees strongly support the enduring strategic partnership between the United States and Israel, which is based on common democratic values and seven decades of strong cooperation. Furthermore, the conferees believe close defense cooperation between the two countries remains a critical component of this partnership given shared security challenges.

*Sense of Congress on stability of the Caucasus region and the continuation of the Nagorno Karabakh cease-fire*

The House amendment contained a provision (sec. 1270C) that would express the sense of Congress regarding methods to advance United States interests in the stability of the Caucasus region and the continuation of the Nagorno Karabakh cease-fire.

The Senate bill contained no similar provision.

The House recedes.

The conferees underscore the importance of preventing further violence and making progress toward a peaceful resolution of the Nagorno-Karabakh conflict.

*Limitation on use of funds from the Special Defense Acquisition Fund*

The House amendment contained a provision (sec. 1270F) that would amend section 114(c) of title 10, United States Code, to prohibit the use of funds made available from the Special Defense Acquisition Fund for any fiscal year to provide any assistance to Saudi Arabia or the United Arab Emirates if such assistance could be used by either country to conduct or continue hostilities in Yemen.

The Senate bill contained no similar provision.

The House recedes.

*Prohibition on the use of emergency authorities for the sale or transfer of defense articles and services to Saudi Arabia and the United Arab Emirates*

The House amendment contained a provision (sec. 1270G) that would prohibit the use of funds authorized to be appropriated or otherwise made available by this or any other Act to process a commercial or foreign military sale, or to transfer, deliver, or facilitate the transfer or delivery, of any defense article or service to Saudi Arabia or the United Arab Emirates pursuant to any certification of emergency circumstances submitted in accordance with section 36(b) of the Armed Export Control Act (22 U.S.C. 2776(b)).

The Senate bill contained no similar provision.
The House recedes.

*Prohibition on support for military participation against the Houthis*

The House amendment contained a provision (sec. 1270H) that would prohibit the use of funds authorized or otherwise made available by this Act to provide intelligence for the purpose of strikes or logistical support for coalition strikes to the Saudi-led coalitions operations against the Houthis in Yemen.

The Senate bill contained no similar provision.
The House recedes.

*Report on efforts to combat Boko Haram in Nigeria and the Lake Chad Basin*

The House amendment contained a provision (sec. 1270L) that expresses the sense of Congress on Boko Haram and would require, not later than 90 days after the date of the enactment of this Act, the Secretary of Defense, the Secretary of State, and the Attorney General to jointly submit to Congress a report on efforts to combat Boko Haram in Nigeria and the Lake Chad Basin.

The Senate bill contained no similar provision.
The House recedes.
The conferees direct the Secretary of Defense and the Secretary of State not later than 90 days after the date of enactment of this Act to provide a joint briefing to the Armed Services Committees of the House of Representatives and the Senate on the initiatives undertaken by the Department of Defense (DoD) and the Department of State (DoS) to assist the Government of Nigeria and countries in the Lake Chad Basin to

develop capabilities to combat Boko Haram, the Islamic State in West Africa, and other terrorist organizations that threaten regional security. The briefing shall also include a description of any activities by DoD and DoS to enhance the capacity of Nigeria and countries in the Lake Chad Basin to investigate and prosecute human rights abuses as well as promote respect for the rule of law.

*Sense of Congress relating to Mongolia*

The House amendment contained a provision (sec. 1270P) that would express the sense of the Congress that the United States and Mongolia have a shared interest in supporting and preserving Mongolia's democracy, including Mongolia's ability to pursue an independent foreign policy, defend against threats to its sovereignty, and maintain territorial integrity.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that defense cooperation, a strong military-to-military relationship, and increased interoperability between the United States and Mongolia are in the interest of both countries, and the United States should continue to take steps to strengthen its security partnership with Mongolia.

*Report on relationship between Lebanese armed forces and Hizballah*

The House amendment contained a provision (sec. 1270Q) that would require, not later than 90 days after the enactment of this Act, the President to submit a report identifying personnel with influence over the Lebanese Armed Forces who are influenced by Hizballah and describing military activities conducted by the Lebanese Armed Forces to disarm Hizballah.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees within 180 days after the date of the enactment of this Act that, at a minimum, assesses whether Hizballah exerts influence over the Lebanese Armed Forces, describes the nature of the Lebanese Armed Forces' communication and interaction with Hizballah, details U.S. and other international efforts to build the capacity of the Lebanese Armed Forces to provide for the security and stability of Lebanon, and outlines efforts by the Lebanese Armed Forces to maintain accountability for U.S.-provided equipment.  The report may contain a classified annex if necessary.

*Imposition of sanctions relating to Central America*

The House amendment contained a provision (sec. 1270R) that would require, not later than 180 days after the date of the enactment of this Act, the President to impose sanctions on individuals listed in the reports provided to Congress pursuant to section 1287 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 114-232) and section 7019(d) of the Department of State, Foreign Operations, and Relative Programs Appropriations Act, 2019.

The Senate bill contained no similar provision.

The House recedes.

*Report on hostilities involving United States Armed Forces*

The House amendment contained a provision (sec.1270U) that would require the President to report to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives within 48 hours any incident in which United States Armed Forces are involved in an attack or hostilities, including in an offensive or defensive capacity, except in specified circumstances.

The Senate bill contained no similar provision.

The House recedes.

*Repeal of Authorization for the Use of Military Force*

The House amendment contained a provision (sec. 1270W) that would repeal the Authorization for Use of Military Force Against Iraq Resolution of 2002 (Public Law 107-243; 50 U.S.C. 1541 note).

The Senate bill contained no similar provision.

The House recedes.

*Short title*

The House amendment contained a provision (sec. 1281) that would allow Subtitle I to be cited as the "Return Expenses Paid and Yielded Act" or "REPAY Act."

The Senate bill contained no similar provision.

The House recedes.

*Modification of certification and report requirements relating to sales of major defense equipment with respect to which*

*nonrecurring costs of research, development, and production are waived or reduced under the Arms Export Control Act*

The House amendment contained a provision (sec. 1282) that would amend the Arms Export Control Act (22 U.S.C. 2776(b)) to modify certification and report requirements relating to sales of major defense equipment with respect to which nonrecurring costs of research, development, and production are waived or reduced.

The Senate bill contained no similar provision.

The House recedes.

*Review and report on use and management of administrative surcharges under the foreign military sales program*

The House amendment contained a provision (sec. 1283) that would require the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, to review options for expanding the use of administrative surcharges under the foreign military sales program. The provision would also require, not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, submit a report on the findings of the review and any legislative changes needed.

The Senate bill contained no similar provision.

The House recedes.

*Performance measures to monitor foreign military sales program*

The House amendment contained a provision (sec. 1284) that would direct the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency (DSCA) and in consultation with the heads of other relevant components of the Department of Defense (DOD), to enhance the ability of the DOD to monitor the foreign military sales program. The provision would also require, not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Director of the DSCA, to submit a report on plans to enhance the ability of DOD to monitor foreign military sales program performance. The provision would then direct the Comptroller General to provide a briefing on that report within 180 days of its submission.

The Senate bill contained no similar provision.

The House recedes.

*Report and briefing on administrative budgeting of foreign military sales program*

The House amendment contained a provision (sec. 1285) that would require, not later than one year after the date of the enactment of this Act, the Comptroller General of the United States to brief the congressional defense committees and submit a report on the methodology used by the Department of Defense to determine future-year needs for administrative surcharges under the foreign military sales program.
The Senate bill contained no similar provision.
The House recedes.

*Training program for relevant officials and staff of the Defense Security Cooperation Agency*

The House amendment contained a provision (sec. 1286) that would direct the Secretary of Defense, acting through the Director of the Defense Security Cooperation Agency, to establish and implement a training program for specified officials and staff related to the foreign military sales program.
The Senate bill contained no similar provision.
The House recedes.

*Definitions*

The House amendment contained a provision (sec. 1287) that would provide definitions.
The Senate bill contained no similar provision.
The House recedes.

*Sense of Senate on security concerns with respect to leasing arrangements for the Port of Haifa in Israel*

The Senate bill contained a provision (sec. 1289) that would express the sense of the Senate that the United States has an interest in the future forward presence of United States naval vessels at the Port of Haifa in Israel but has serious security concerns with respect to current the leasing arrangements of the Port of Haifa. Therefore, the provision would express the view that the United States should urge the Government of Israel to consider the security implications of foreign investment in Israel.
The House amendment contained no similar provision.
The Senate recedes.

The conferees note that the United States has an interest in the continued presence of United States naval vessels in the Eastern Mediterranean region, including United States naval vessels continuing to make port calls in Israel. The conferees believe the United States should convey to the Government of Israel the serious security concerns with respect to the leasing arrangements of the Port of Haifa, and urge consideration of the security implications of such foreign investment in Israel.

*Matters relating to Burma*

The House amendment contained multiple provisions (secs. 1291-1295) that would, among other things: prohibit security assistance or security cooperation with Burma until the Secretary of State certifies that the military and security forces of Burma have demonstrated significant progress in abiding by international human rights standards and are undertaking meaningful and significant security sector reform, including reforms that enhance transparency and accountability, to prevent future abuses;require mandatory sanctions against human rights abusers in Burma; provide private sector guidance related to Burma's mining sector; and require a report and a determination whether events that took place in the Rakhine State starting in August 2017 constitute ethnic cleansing, crimes against humanity, or genocide.
The Senate bill contained no similar provisions.
The House recedes.

*Sanctions with respect to foreign persons that engage in activities described in section 1281(a)(2)*

The House amendment contained a provision (sec. 1296A) that would require that, not later than 120 days after the date of the enactment of this Act, sanctions be imposed with respect to each foreign person listed in the report described in section 1281(a)(2) of the House-passed bill.
The Senate bill contained no similar provision.
The House recedes.

*Stop Financing of Al-Shabaab Act*

The House amendment contained two provisions (sec. 1297 and sec. 1297A) that would express a sense of Congress and a statement of policy regarding measures to combat illicit trafficking that finances al-Shabaab. The House amendment also contained a provision (sec. 1297B) that would require a report on illicit trafficking in Somalia.

The Senate bill contained no similar provision.
The House recedes.
The conferees note that the Horn of Africa region remains integral to United States interests in Africa and the Indian Ocean region.  The conferees direct the Secretary of Defense, in consultation with the Secretary of State, to submit a report no later than 90 days after the date of enactment of this Act to the Armed Services Committees of the House of Representatives and the Senate on efforts to combat illicit trafficking that finances al-Shabaab.  The report shall include an overview of illicit trafficking in the Horn of Africa region; a description of al-Shabaab's sources of income; a description of past, current, and planned efforts by the United States and regional partners to combat illicit trafficking that finances al-Shabaab; and, any other matters the Secretary determines appropriate.

*Report on contracts with entities affiliated with the Government of the People's Republic of China or the Chinese Communist Party*

The Senate bill contained a provision (sec. 5801) that would require a report concerning Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.
The House amendment contained no similar provision.
The Senate recedes.
Not later than 180 days after the date of the enactment of this Act, the conferees direct the Secretary of Defense to submit to the congressional defense committees a report describing all Department of Defense contracts with companies or business entities that are owned or operated by, or affiliated with, the Government of the People's Republic of China or the Chinese Communist Party.

*United States-India defense cooperation in the Western Indian Ocean*

The Senate bill contained a provision (sec. 6205) concerning United States-India defense cooperation in the Western Indian Ocean.
The House amendment contained no similar provision.
The Senate recedes.
The conferees note this matter is addressed elsewhere in this report.

*Sense of Congress on Hong Kong port visits*

The Senate bill contained a provision (sec. 6208) that would express the sense of the Congress that the Department of Defense should continue to make regular requests to the Government of the People's Republic of China for the Navy to conduct port calls to Hong Kong, including United States aircraft carrier visits.

The House amendment contained no similar provision.

The Senate recedes.

*Implementation of the Asia Reassurance Initiative Act with regard to Taiwan arms sales*

The Senate bill contained a provision (sec. 6212) that would, among other things,express the sense of the Congress that the United States should fully implement the provisions of the Asia Reassurance Initiative Act of 2018 (Public Law 115-409)with regard to regular defensive arms sales to Taiwan.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the matter of arms sales to Taiwan is addressed elsewhere in this report.

# TITLE XIII—COOPERATIVE THREAT REDUCTION

*Funding allocations; specification of cooperative threat reduction funds (sec. 1301)*

The Senate bill contained a provision (sec. 1301) that would authorize $338.7 million for the Cooperative Threat Reduction (CTR) program, define the funds as authorized to be appropriated in section 301 of this Act, and authorize CTR funds to be available for obligation for fiscal years 2020, 2021, and 2022.

The House amendment contained similar provisions (secs. 1301 and 1302).

The Senate recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Funding for cooperative biological engagement program*

The House amendment contained a provision (sec. 1303) that would increase funding for the cooperative biological engagement by $20.0 million by taking a reduction from Defense-wide Advanced Innovative Technologies funding.

The Senate bill contained no similar provision.

The House recedes.

*Cooperative Threat Reduction Program enhancement*

The House amendment contained a provision (sec. 1304) that would require the Secretary of Defense, in coordination with the Secretary of State, to submit a report on the Cooperative Threat Reduction Program.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense, in coordination with the Secretary of State, to submit a report on the Cooperative Threat Reduction Program to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives not later than 180 days after the date of the enactment of this Act. The report should include recommendations to improve the implementation of the program.

# TITLE XIV—OTHER AUTHORIZATIONS

## SUBTITLE A—MILITARY PROGRAMS

*Working capital funds (sec. 1401)*

The Senate bill contained a provision (sec. 1401) that would authorize appropriations for Defense Working Capital Funds at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1401).

The conference agreement includes this provision.

*Chemical agents and munitions destruction, defense (sec. 1402)*

The Senate bill contained a provision (sec. 1402) that would authorize appropriations for Chemical Agents and Munitions Destruction, Defense at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1402).

The conference agreement includes this provision.

*Drug interdiction and counter-drug activities, defense-wide (sec. 1403)*

The Senate bill contained a provision (sec. 1403) that would authorize appropriations for Drug Interdiction and Counter-Drug Activities, Defense-wide at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1403).

The conference agreement includes this provision.

*Defense inspector general (sec. 1404)*

The Senate bill contained a provision (sec. 1404) that would authorize appropriations for the Office of the Inspector General at the levels identified in section 4501 of division D of this Act.

The House amendment contained an identical provision (sec. 1404).

The conference agreement includes this provision.

*Defense health program (sec. 1405)*

The Senate bill contained a provision (sec. 1405) that would authorize appropriations for the Defense Health Program at the levels identified in section 4501 of division D of this Act.

The House amendment contained a similar provision (sec. 1405).

The Senate recedes.

## SUBTITLE B—OTHER MATTERS

*Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois (sec. 1411)*

The Senate bill contained a provision (sec. 1431) that would authorize the Secretary of Defense to transfer $127.0 million from the Defense Health Program to the Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund, established by section 1704 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111-84), for the operation of the Captain James A. Lovell Federal Health Care Center.

The House amendment contained a similar provision (sec. 1411).

The House recedes.

*Authorization of appropriations for Armed Forces Retirement Home (sec. 1412)*

The Senate bill contained a provision (sec. 1421) that would authorize an appropriation of $64.3 million from the Armed Forces Retirement Home Trust Fund for fiscal year 2020 for the operation of the Armed Forces Retirement Home.

The House amendment contained an identical provision (sec. 1412).

The conference agreement includes this provision.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*National Defense Sealift Fund*

The House amendment contained a provision (sec. 1406) that would authorize appropriations for the National Defense Sealift Fund.

The Senate bill contained no similar provision.

The House recedes.

*Expansion of eligibility for residence at the Armed Forces Retirement Home*

The Senate bill contained a provision (sec. 1422) that would amend section 1512(a) of the Armed Forces Retirement Home Act of 1991 (24 U.S.C. 412(a)) to: (1) Expand eligibility to retired veterans under age 60 and retired members of the National Guard and Reserves (NGR); and (2) Provide parity of fees for veterans eligible for active military service and those newly eligible through NGR service by requiring the income used for fee determination for an NGR-eligible resident to be not less than an Active-Duty resident's military retirement pay at the same grade and length of service. The provision would also amend section 1514(c) of the Armed Forces Retirement Home Act of 1991 (24 U.S.C. 414(c)) to provide parity for monthly withholding from pay of NGR members and Active-Duty members by applying the withholding across the total force, as well as requiring newly eligible NGR residents to pay a fee upon admission for years prior to the date of the enactment of this Act when the withholding was not taken from pay.

The Senate bill contained a provision (sec. 6422) that would cause section 1422 and its amendments to have no force or effect.

The House amendment contained no similar provisions.

The Senate recedes.

# TITLE XV—AUTHORIZATION OF ADDITIONAL APPROPRIATIONS FOR OVERSEAS CONTINGENCY OPERATIONS

*Purpose (sec. 1501)*

The Senate bill contained a provision (sec. 1501) that would establish the purpose of this title and make authorization of appropriations available upon enactment of this Act for the Department of Defense, in addition to amounts otherwise authorized in this Act, to provide for additional authorization of funds due to overseas contingency operations and other additional funding requirements.

The House amendment contained an identical provision (sec. 1501).

The conference agreement includes this provision with a clarifying amendment.

*Treatment as additional authorizations (sec. 1502)*

The Senate bill contained a provision (sec. 1521) that would state that amounts authorized to be appropriated by this title are in addition to amounts otherwise authorized to be appropriated by this Act.

The House amendment contained an identical provision (sec. 1511).

The conference agreement includes this provision.

## SUBTITLE A—AUTHORIZATION OF APPROPRIATIONS FOR OVERSEAS CONTIGENCY OPERATIONS

*Overseas contingency operations (sec. 1511)*

The Senate bill contained a provision (sec. 1502) that would designate authorization of appropriations in this section as Overseas Contingency Operations.

The House amendment contained no similar provision.

The House recedes.

*Procurement (sec. 1512)*

The Senate bill contained a provision (sec. 1503) that would authorize additional appropriations for procurement at the levels identified in section 4102 of division D of this Act.

The House amendment contained an identical provision (sec. 1502).

The conference agreement includes this provision.

*Research, development, test, and evaluation (sec. 1513)*

The Senate bill contained a provision (sec. 1504) that would authorize additional appropriations for research, development, test, and evaluation at the levels identified in section 4202 of division D of this Act.

The House amendment contained an identical provision (sec. 1503).

The conference agreement includes this provision

*Operation and maintenance (sec. 1514)*

The Senate bill contained a provision (sec. 1505) that would authorize additional appropriations for operation and maintenance programs at the levels identified in section 4302 of division D of this Act.

The House amendment contained an identical provision (sec. 1504).

The conference agreement includes this provision.

*Military personnel (sec. 1515)*

The Senate bill contained a provision (sec. 1506) that would authorize additional appropriations for military personnel at the levels identified in section 4402 of division D of this Act.

The House amendment contained an identical provision (sec. 1505).

The conference agreement includes this provision.

*Working capital funds (sec. 1516)*

The Senate bill contained a provision (sec. 1507) that would authorize additional appropriations for Defense Working Capital Funds at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1506).

The conference agreement includes this provision.

*Drug interdiction and counter-drug activities, defense-wide (sec. 1517)*

The Senate bill contained a provision (sec. 1508) that would authorize additional appropriations for Drug Interdiction and Counter-Drug Activities, Defense-Wide, at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1507).

The conference agreement includes this provision.

*Defense inspector general (sec. 1518)*

The Senate bill contained a provision (sec. 1509) that would authorize additional appropriations for the Office of the Inspector General at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1508).

The conference agreement includes this provision.

*Defense health program (sec. 1519)*

The Senate bill contained a provision (sec. 1510) that would authorize additional appropriations for the Defense Health Program at the levels identified in section 4502 of division D of this Act.

The House amendment contained an identical provision (sec. 1510).

The conference agreement includes this provision.

*Afghanistan Security Forces Fund (sec. 1520)*

The Senate bill contained a provision (sec. 1212) that would extend the authority to continue certain established provisions applicable to the Afghanistan Security Forces Fund (ASFF), including the use of funds, transfer authority, and acceptance of contributions to provide assistance to the security forces of the Ministry of Defense and Ministry of Interior of Afghanistan and to increase the recruitment and integration of women into the Afghan National Defense and Security Forces (ANDSF).

The House amendment contained a similar provision (sec. 1521) that would require the Secretary of Defense, in consultation with the Secretary of State, to submit an assessment of the Government of Afghanistan's ability to meet shared security objectives and manage, employ, and sustain equipment divested under ASFF, and would require the Secretary to withhold $450,000,000 until such time as the Secretary can certify that the Government of Afghanistan has made sufficient

progress in these areas. It would also set a goal of using $45.5 million to support efforts to promote the recruitment, training, integration, and retention of Afghan women into the ANDSF.

The Senate recedes with an amendment to the elements of the required assessment.

The conferees understand that the Department recently modified long standing guidance on the use of ASFF to cover program management expenses by transitioning the responsibility for costs associated with Indirect Assistance to the Services. It is the conferees' understanding that ASFF should cover all costs associated with building the ANDSF, including program and security assistance management support. The conferees know of no reason for such a change and encourage the Department to revisit this internal policy decision. The conferees direct the Department to brief the congressional defense committees on its policy regarding program management expenses within 60 days after the enactment of this Act.

*Special transfer authority (sec. 1520A)*

The Senate bill contained a provision (sec. 1522) that would authorize the transfer of up to $2.5 billion of additional war-related authorizations in this subtitle among the accounts in this subtitle.

The House amendment contained a similar provision (sec. 1512) that would allow the Secretary of Defense to transfer up to $500 million.

The House recedes with an amendment that would set the transfer level at $2.0 billion.

## SUBTITLE B—AUTHORIZATION OF APPROPRIATIONS FOR EMERGENCY FUNDS FOR RECOVERY AND RESTORATION

*Procurement (sec. 1521)*

The agreement includes a provision that would authorize appropriations for emergency procurement at the levels identified in section 4103 of division D of this Act.

*Research, development, test, and evaluation (sec. 1522)*

The agreement includes a provision that would authorize appropriations for emergency research, development, test, and

evaluation at the levels identified in section 4203 of division D of this Act.

*Operation and maintenance (sec. 1523)*

The agreement includes a provision that would authorize appropriations for emergency operation and maintenance at the levels identified in section 4303 of division D of this Act.

*Restriction on transfer of funds authorized by this subtitle (sec. 1524)*

The agreement includes a provision that would authorize and place restrictions upon the transfer of emergency-designated amounts of authorizations for the recovery and restoration of military installations in California, Florida, North Carolina, and Nebraska impacted by natural disasters.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Review of Joint Improvised-Threat Defeat Organization research relating to humanitarian demining efforts*

The Senate bill contained a provision (sec. 6501) that would require the Secretary of Defense to conduct a review of Joint Improvised-Threat Defeat Organization research and submit a report identifying information that may be released to United States humanitarian demining organizations for improving the efficiency and effectiveness of humanitarian demining efforts.
The House amendment contained no similar provision.
The Senate recedes.
The conferees direct the Secretary of Defense to submit a report to the congressional defense committees not later than October 1, 2020, identifying Joint Improvised-Threat Defeat Organization research that may be released to United States humanitarian demining organizations for improving the efficiency and effectiveness of humanitarian demining efforts.

## TITLE XVI—STRATEGIC PROGRAMS, CYBER, AND INTELLIGENCE MATTERS

## BUDGET ITEMS

*Standard Missile-3 Block IIA flight test against intercontinental ballistic missile target*

The budget request included $53.8 million across several defense-wide research, development, test and evaluation lines to conduct a flight test of the Standard Missile-3 Block IIA (SM-3 IIA) against an intercontinental ballistic missile (ICBM) target ("FTM-44").

The House amendment would authorize a reduction of $41.7 million below the request.

The Senate bill would authorize the funding level in the request.

The conference agreement authorizes the funding level in the request.

The conferees note that a Government Accountability Office assessment ("Missile Defense: Delivery Delays Provide Opportunity for Increased Testing to Better Understand Capability," GAO-19-387) found that the SM-3 IIA has not been adequately tested against threats it was designed to intercept, potentially leading to design issues being discovered well into production of interceptors. Further, the Director for Operational Test and Evaluation (DOT&E) stated that flight test failures of the SM-3 IIA in operational testing should have been discovered in developmental testing that was not conducted. The conferees strongly urge the Director of the Missile Defense Agency and DOT&E to look for opportunities to conduct additional tests of the SM-3 IIA against threats it was designed to intercept, adhering to fly-before-you-buy principles. Additionally, the conferees recommend continued engagement with allies to discuss potential policy implications of the planned SM-3 IIA ICBM flight test.

## SUBTITLE A—SPACE ACTIVITIES

*Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command (sec. 1601)*

The Senate bill contained a provision (sec. 1611) that would repeal the requirement to establish U.S. Space Command as a subordinate unified command of U.S. Strategic Command.

The House amendment contained a similar provision (sec. 931).

The Senate recedes with a technical/clarifying amendment.

*Coordination of modernization efforts relating to military-code capable GPS receiver cards (sec. 1602)*

The House amendment contained a provision (sec. 228) that would require the Secretary of Defense to designate an entity within the Department of Defense to have responsibility for Global Positioning System military code (M-code) receiver card acquisition planning, and take actions to integrate and streamline modernization of the M-code receiver card across the Department.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add the provision to existing statute and add a requirement for the Secretary to clarify the role of the Council on Oversight of the Department of Defense Positioning, Navigation, and Timing Enterprise with respect to M-code modernization efforts.

*Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System (sec. 1603)*

The House amendment contained a provision (sec. 1609) that would extend both the authority to carry out a backup Global Positioning System capability demonstration and the due date of the report on such demonstration to December 31, 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Annual determination on plan on full integration and exploitation of overhead persistent infrared capability (sec. 1604)*

The House amendment contained a provision (sec. 1603) that would add a sunset clause to the requirement for the annual determination on the plan on full integration and exploitation of overhead persistent infrared capability.

The Senate bill contained no similar amendment.

The Senate recedes with a technical/clarifying amendment.

*Space-based environmental monitoring mission requirements (sec. 1605)*

The House amendment contained a provision (sec. 1604) that would require the Director of the National Reconnaissance Office (NRO) to competitively procure and launch a modernized pathfinder program satellite to mitigate risks related to cloud characterization and theater weather imagery requirements.

The Senate bill contained no similar amendment.

The Senate recedes with an amendment that would move the requirement to procure such pathfinder program satellite from

the Director, NRO, to the Secretary of the Air Force, specify
that such satellite may be a free-flyer or a hosted payload
satellite, and withhold 10 percent of the travel funds of the
Office of the Secretary of the Air Force until a contract for
such satellite procurement is awarded.

*Resilient enterprise ground architecture (sec. 1606)*

The House amendment contained a provision (sec. 1608) that
would require the Secretary of Defense to develop future
satellite ground architectures to be compatible with
complementary commercial systems that can support uplink and
downlink capabilities with dual-band spacecraft. It would also
require the Secretary to emphasize that future ground
architecture should transition away from stove-piped systems to
a service-based platform that provides members of the Armed
Forces with flexible and adaptable capabilities.
The Senate bill contained no similar amendment.
The Senate recedes with an amendment that would add a
requirement for the Secretary to submit a report to the
congressional defense committees on the future satellite ground
architectures developed under this provision.

*Prototype program for multi-global navigation satellite system
receiver development (sec. 1607)*

The Senate bill contained a provision (sec. 1613) that
would direct the Secretary of the Air Force to ensure that
military Global Positioning System (GPS) user equipment
terminals can incorporate signals from the European Union's
Galileo and Japan's QZSS satellites, while enabling the
Secretary to waive this requirement on a case-by-case basis if
certain criteria are met. The provision would also require the
Secretary to ensure that military GPS terminals can receive
allied and non-allied positioning, navigation, and timing (PNT)
signals, provided that analysis indicates that the benefits
outweigh the risks or that the risks can be appropriately
mitigated.
The House amendment contained a provision (sec. 1605) that
would require the Secretary of Defense to establish under the
Space Development Agency (SDA) a program to prototype an M-code
based, multi-global navigation satellite system(GNSS) receiver
that would incorporate both allied and non-allied,trusted and
open GNSS signals to increase the resilience and capability of
military PNT equipment. The provision would require the
Secretary to provide an assessment of the benefits and risks of
each potential signal and require the Director of the SDA to

provide a relevant briefing and report to the congressional defense committees. Finally, the provision would fence 75 percent of funds for the Military GPS User Equipment Program until the submission of such briefing and report.

The Senate recedes with an amendment that would move responsibility of the M-code multi-GNSS prototype program from the Director of the SDA to the Secretary of the Air Force and clarify the waiver authority for trusted signals capabilities. The amendment would also change the fence from 75 percent to 90 percent.

*Commercial space situational awareness capabilities (sec. 1608)*

The House amendment contained a provision (sec. 1606) that would require the Director of the Space Development Agency (SDA) to procure commercial space situational awareness (SSA) services by awarding at least two contracts for such services.The provision would limit the obligation or expenditure of funds to 75 percent for the enterprise space battle management command and control until the Secretary of Defense certifies to the congressional defense committees the award of these contracts. The provision would also require a report on using commercial SSA requirements.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the findings and change the requirement for the Director of the SDA to procure commercial SSA services to a requirement for the Secretary of the Air Force to certify to the congressional defense committees that the Air Force is using commercial SSA services. The amendment would also change the limitation of funds to be obligated or expended until the Secretary makes such certification from 75 percent to 85 percent.

*Program to enhance and improve launch support and infrastructure (sec. 1609)*

The Senate bill contained a provision (sec. 1612) that would authorize the Secretary of Defense to carry out a program to enhance infrastructure and improve support activities for the processing and launch of Department of Defense small-class to medium-class payloads.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary to coordinate with the Administrator of the Federal Aviation Administration in carrying out such program and submit the required report to other relevant congressional committees in addition to the defense committees.

*Preparation to implement plan for use of allied launch vehicles (sec. 1610)*

The House amendment contained a provision (sec. 1602) that would require the Secretary of Defense, in coordination with the Director of National Intelligence, to take actions necessary to prepare to implement the plan developed pursuant to section 1603 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) regarding using allied launch vehicles to meet the requirements for achieving the policy relating to assured access to space set forth in section 2273 of title 10, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

*Independent study on plan for deterrence in space (sec. 1611)*

The House amendment contained a provision (sec. 1607) that would require the Secretary of Defense to enter into a contract with a federally funded research and development center to conduct a study on deterrence in space, to then be assessed by the Defense Policy Board. The provision would require the Secretary to submit a report and provide a briefing on the plan and assessment.

The Senate bill contained no similar amendment.

The Senate recedes with a technical/clarifying amendment.

*Study on leveraging diverse commercial satellite remote sensing capabilities (sec. 1612)*

The House amendment contained a provision (sec. 1610A) that would require the Secretary of Defense to conduct a study on the status of the transition from the National Geospatial-Intelligence Agency to the National Reconnaissance Office of the leadership role in acquiring commercial remote sensing data.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the requirement for the Secretary to study the NRO's plans to acquire medium-and high-resolution data to a full range of data at all resolutions.

*Annual report on Space Command and Control program (sec. 1613)*

The Senate bill contained a provision (sec. 1615) that would require the Secretary of the Air Force to provide annually a report on progress in executing the acquisition strategy and assessment of risk for the Space Command and Control program.

The House amendment contained no similar provision.

The House recedes with an amendment that would add an additional requirement to the annual report and extend the due date of the first report to May 1, 2020,but concurrent with the President's Budget each year thereafter.

The conferees have been informed by the Secretary of the Air Force that the acquisition strategy directed by the Senate bill's report,found under "Acquisition Plan for Space Command and Control Program,"may take longer to complete. Accordingly,the conferees direct the Secretary of the Air Force to submit the acquisition strategy not later than February 1, 2020. The time period between February 1, 2020,and May 1,2020,would give the Comptroller General adequate time to review the strategy and assess any deviations the Secretary should address in the report required in this provision.

*Report on Space Debris (sec. 1614)*

The House amendment contained a provision (sec. 1610) that would require the Secretary of Defense to submit a report on the risks posed by man-made space debris in low-earth orbit, including recommendations with respect to the remediation of such risks and outlines of plans to reduce the incident of such space debris.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## SUBTITLE B—DEFENSE INTELLIGENCE AND INTELLIGENCE-RELATED ACTIVITIES

*Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security (sec. 1621)*

The Senate bill contained a provision (sec.1621) that would redesignate the Under Secretary of Defense for Intelligence and the Deputy Under Secretary of Defense for Intelligence as the Under Secretary of Defense for Intelligence and Security and Deputy Under Secretary of Defense for Intelligence and Security, respectively, and make conforming changes to existing laws.

The House amendment contained no similar provision.

The House recedes with an amendment that would redesignate the Under Secretary of Defense for Intelligence and the Deputy Under Secretary of Defense for Intelligence as the Under Secretary of Defense for Intelligence and Security and Deputy

Under Secretary of Defense for Intelligence and Security. The amendment would also make modifications relating to the responsibilities of the Under Secretary regarding the protection of privacy and civil liberties as well as inclusion of a rule of construction stating that nothing in the section shall be construed to modify or expand the authorities, resources, responsibilities, roles, or missions of the Under Secretary.

The conferees direct the Secretary of Defense to notify the Armed Services Committees of the Senate and House of Representatives within 30 days of assigning any significant new responsibilities to the Under Secretary during Fiscal Year 2020.

*Modifications to ISR Integration Council and annual briefing requirements (sec. 1622)*

The Senate bill contained a provision (sec. 1622) that would repeal section 426 of title 10, United States Code, which requires the establishment of the Intelligence, Surveillance, and Reconnaissance (ISR) Integration Council.

The House amendment contained a provision (sec. 1611) that would amend section 426 of title 10, United States Code, to modify the ISR Integration Council membership and related annual briefing requirements.

The Senate recedes.

*Modification of annual authorization of appropriations for National Flagship Language Initiative (sec. 1623)*

The House amendment contained a provision (sec. 1613) that would amend section 1911 of title 50, United States Code, to increase the annual authorized amount for the National Flagship Language Initiative from $10.0 million to $16.0 million beginning in fiscal year 2020.

The Senate bill contained no similar provision.

The Senate recedes.

*Improving the onboarding methodology for intelligence personnel (sec. 1624)*

The Senate bill contained a provision (sec. 1623) that would require the Secretary of Defense and the Director of National Intelligence, consistent with Department of Defense Instruction 1400.25, as in effect on the day before the date of the enactment of this Act, to provide several reports relating to the onboarding methodology for certain intelligence personnel.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data (sec. 1625)*

The Senate bill contained a provision (sec.1624) that would authorize the Director of the Defense Counterintelligence and Security Agency to carry out a set of activities relating to facilitating access by the Agency to local criminal records historical data in support of its personnel security mission.

The House amendment contained no similar provision.

The House recedes with an amendment that would limit the commencement of activities authorized by this section until certain reporting requirements are satisfied as well as impose other limitations on the use of the authority.

*Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements (sec. 1626)*

The House amendment contained a provision (sec. 1612) that would require the Under Secretary of Defense for Intelligence, in coordination with the Chairman of the Joint Chiefs of Staff and the Director of National Intelligence, to review and provide a report to the congressional defense committees and the congressional intelligence committees, not later than 120 days after the date of the enactment of this Act, on the organization, posture, and processes of intelligence collections capabilities and activities, for the purpose of assessing the ability of the intelligence collecting capabilities and activities to support the current and future requirements of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes.

*Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency (sec. 1627)*

The Senate bill contained a provision (sec. 1059) that would require the Director of the Defense Counterintelligence and Security Agency to submit to the congressional defense committees on a semi-annual basis a report on the inventory and timeliness metrics relating to the Consolidated Adjudication Facility.

The House amendment contained no similar provision.

The House recedes.

*Report on the expanded purview of the Defense Counterintelligence and Security Agency (sec. 1628)*

The Senate bill contained a provision (sec. 6606) that would require the Secretary of Defense to submit to Congress a report on the Defense Counterintelligence and Security Agency, including: (1) Identification of Inspector General resources and authorities appropriate to the expanded purview of the Agency; (2) Identification of the resources and authorities needed to perform the civil liberties and privacy officer function of the Agency; (3) An assessment of the Agency's security protocols for personally identifiable information; (4) An assessment of the Agency's governance structure vis-a-vis the Department of Defense; (5) An assessment of the Agency's governance structure relative to interagency partners; and (6) The methodology the Agency will use to prioritize background investigation requests from government agencies and industry. The report must be submitted not later than 90 days after the date of enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities (sec. 1629)*

The Senate bill contained a provision (sec. 1040) that would prohibit the requirement for joint ventures that are composed entirely of entities that already have been granted facility clearances to obtain an additional clearance for the venture.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE C—CYBERSPACE-RELATED MATTERS

*Matters relating to military operations in the information environment (sec. 1631)*

The Senate bill contained a provision (sec. 1681) that would affirm the authority of the Secretary of Defense to conduct military operations in the information environment, including clandestine operations, to defend the United States, its allies, and its interests, including in response to malicious activities carried out against the United States or a United States person by a foreign power. The provision would

also clarify that military operations in the information environment are traditional military activities for the purposes of section(e)(2) of the National Security Act of 1947 (Public Law 80-253).

The House amendment contained no similar provision.

The House recedes with an amendment that would affirm the authority of the Secretary of Defense to conduct military operations, including clandestine operations, in the information environment as well as clarify that clandestine military operations in the information environment shall be considered a traditional military activity for the purposes of section 503(e)(2) of the National Security Act of 1947 (50 U.S.C. 3093(e)(2). The amendment would also amend Chapter 19 of title 10, United States Code, to require the Secretary of Defense to designate a Principal Information Operations Advisor with specified responsibilities. Further the amendment includes a rule of construction that would state that nothing may be construed to limit, expand, or otherwise alter the authority of the Secretary to conduct specified military operations in the information environment or to limit, expand, or otherwise alter or affect the War Powers Resolution (50 U.S.C. 1541 et seq.) or an authorization for the use of military force in effect on the day before the date of enactment of this Act. Lastly, the amendment would establish various briefing and reporting requirements.

*Notification requirements for sensitive military cyber operations (sec. 1632)*

The House amendment contained a provision (sec. 1621) that would modify section 395 of title 10, United States Code, which requires the Secretary of Defense to provide notification of sensitive military cyber operations to the congressional defense committees, to include additional parameters to further define what offensive and defensive operations constitute a sensitive military cyber operation for the purposes of this requirement.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the Secretary of Defense's designee to provide written notification to the congressional defense committees in the event of an unauthorized disclosure of a sensitive military cyber operation.

*Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense (sec. 1633)*

The House amendment contained a provision (sec. 1625) that would modify section 1647 of the National Defense Authorization

Act for Fiscal Year 2016 (Public Law 114-92), which required evaluations of cyber vulnerabilities of each major weapon system of the Department of Defense by December 31, 2019, by requiring notification and justification for not meeting the deadline. The provision would also require a comprehensive report from the Secretary of Defense on the evaluations of cyber vulnerabilities for each major weapon system.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add further requirements to the report, including details on the technologies used for vulnerability assessments and the schedule for future vulnerability assessments.

*Quarterly assessments of the readiness of Cyber Mission Forces (sec. 1634)*

The Senate bill contained a provision (sec. 1636) that would require the Secretary of Defense to develop metrics for the assessment of the readiness of the Cyber Mission Forces and to brief the congressional defense committees on these metrics within 90 days of the enactment of this Act. The provision would also modify section 484 of title 10, United States Code, to require the briefing of readiness of the Cyber Mission Forces, informed by these metrics, as part of the quarterly cyber operations updates, effective 180 days after the enactment of this Act.

The House amendment contained a provision (sec. 1622) that would modify the same section of United States Code to require an overview of the readiness of the Cyber Mission Force to be presented as part of the mandatory cyber operations quarterly briefings.

The House recedes with an amendment that would modify the briefing requirement to include an overview of the readiness of the Cyber Mission Forces and would require quarterly briefings on the required metrics until their finalization.

*Cyber posture review (sec. 1635)*

The House amendment contained a provision (sec. 1623) that would amend section 1644 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) by directing the Secretary of Defense to conduct a review of the cyber posture of the United States on a quadrennial basis to begin not later than December 31, 2022.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would add recurrent problems or capability gaps that remain unaddressed since the previous posture review to the elements of the review.

*Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command (sec. 1636)*

The Senate bill contained a provision (sec. 1640) that would amend section 1642 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) by requiring the Secretary of Defense and Chairman of the Joint Chiefs of Staff, prior to the termination of the dual-hatted arrangement in which the Commander of United States Cyber Command serves as the Director of the National Security Agency, to certify that: (1) Processes to deconflict military cyber operations and national intelligence operations have been put in place; (2) Tools, weapons, and accesses used in and available for military cyber operations are sufficient for achieving required effects and United States Cyber Command is capable of acquiring or developing these tools, weapons, and accesses; and (3) The Cyber Mission Force has demonstrated the capacity to execute the cyber missions of the Department, including the execution of national-level missions through cyberspace, defense of the Department of Defense Information Network, and support for other combatant commands, including targeting of adversary military assets.

The House amendment contained a provision (sec. 1632) that would require the Secretary of Defense to provide quarterly briefings to the congressional defense committees and congressional intelligence committees on the current and future nature of the National Security Agency and United States Cyber Command partnership.

The House recedes with an amendment that would also require the Secretary of Defense to provide annual briefings to the congressional defense committees and congressional intelligence committees on the current and future cooperation of the National Security Agency and United States Cyber Command.

*Modification of cyber scholarship program (sec. 1637)*

The House amendment contained a provision (sec. 1633) that would amend section 2200a of title 10, United States Code, to allow scholarships granted by the Department of Defense to go toward validated and accredited cyber training programs.

The Senate bill contained no similar provision.

The Senate recedes.

*Tier 1 exercise of support to civil authorities for a cyber incident (sec. 1638)*

The House amendment contained a provision (sec. 1624) that would amend section 1648 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by directing the Commanders of U.S. Northern Command and U.S. Cyber Command to conduct a Tier 1 exercise by February 1, 2020; the provision would also place a limitation on 10 percent of fiscal year 2020 funds authorized to be appropriated for the White House Communications Agency until the exercise is initiated.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the required by-date for the execution of the Tier 1 exercise.

*Extension of the Cyberspace Solarium Commission (sec. 1639)*

The Senate bill contained a provision (sec. 1639) that would amend section 1652 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) by making a technical correction and changing the final due date for the Cyberspace Solarium Commission's final report to February 1, 2020.

The House amendment contained a provision (sec. 1626) that would extend the Cyberspace Solarium Commission, as established in the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) and its final report by 1 year, from September 1, 2019, to September 1, 2020.

The Senate recedes with an amendment that would change the final due date for the Cyberspace Solarium Commission's final report to April 30, 2020.

*Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects (sec. 1640)*

The Senate bill contained a provision (sec. 1643) that would allow the Secretaries of the military departments to use money authorized for appropriation for Operation and Maintenance (O&M) to develop cyber operations-peculiar capabilities up to $3.0 million annually. The provision would allow the Department of Defense to use its O&M funds for the rapid creation, testing, fielding, and operation of cyber capabilities that would be developed and used within the 1-year appropriation period.

The House amendment contained a similar provision (sec. 1627) that would also require a Commander of U.S. Cyber Command certification for each use of the provided authority and the

Secretary of Defense to notify the congressional defense
committees within 15 days of exercising the provided authority.

The Senate recedes with an amendment that would remove the
certification requirement, allow the Secretary's designee to
notify the congressional defense committees of the exercise of
the provided authority, and would limit the notification
requirement to exercises of the authority in excess of $500,000.

*Role of Chief Information Officer in improving enterprise-wide
cybersecurity (sec. 1641)*

The Senate bill contained a provision (sec. 1635) that
would assign additional responsibilities to the Department of
Defense Chief Information Officer (CIO), including the
modernization of the Department's cybersecurity architecture,
the mandating of cybersecurity data sharing, and the acquisition
of additional computing infrastructure to meet the Department's
cybersecurity needs.

The House amendment contained no similar provision.

The House recedes with an amendment that would require
that the CIO utilize the expertise of the National Security
Agency and the Defense Digital Service in improving the
Department's cybersecurity.

*Notification of delegation of authorities to the Secretary of
Defense for military operations in cyberspace (sec. 1642)*

The House amendment contained a provision (sec. 1628) that
would require the Secretary of Defense to notify the
congressional defense committees and describe various
operational details within 15 days of any delegation of
authorities from the National Command Authority for military
cyberspace operations.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the
Secretary to notify the congressional defense committees of
delegations of authority and to describe operational details
separately to account for the potential immaturity of
operational plans as of the initial delegation of authorities.

*Limitation of funding for Consolidated Afloat Networks and
Enterprise Services (sec. 1643)*

The House amendment contained a provision (sec. 1629) that
would place a limitation on 15 percent of all funds authorized
to be appropriated by this Act for the Navy's Consolidated
Afloat Networks and Enterprise Services until the Secretary of

Defense certifies that the Navy has implemented the recommendations of the Office of the Inspector General.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Annual military cyberspace operations report (sec. 1644)*

The House amendment contained a provision (sec. 1630) that would require the Secretary of Defense to provide to the congressional defense committees, not later than March 1 of each calendar year, an annual report on military cyberspace operations, to include cyber effects-enabling and cyber effects operations, activities, and missions.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify certain requirements of the report.

*Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities (sec. 1645)*

The House amendment contained a provision (sec. 1239) that would require the Secretary of Defense to submit to the congressional defense committees annual reports on cyberattacks and intrusions in the previous 12 months by agents or associates of the Governments of the Russian Federation, the People's Republic of China, the Islamic Republic of Iran, and the Democratic People's Republic of Korea.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the report.

*Control and analysis of Department of Defense data stolen through cyberspace (sec. 1646)*

The Senate bill contained a provision(sec. 1637) that would define requirements for the Department of Defense (DOD) in the event that DOD data have been stolen or are suspected to have been stolen via cyber means. The provision provides a series of requirements for the DOD when it directly controls the data or access to the data. The provision would further require that, when the DOD does not have unilateral control of the data and when law enforcement or intelligence community information controls have been imposed on the handling of and access to the data, the Secretary of Defense coordinate with the Director of the Federal Bureau of Investigation or Director of National Intelligence,as appropriate, to carry out the same series of requirements.

The House contained no similar provision.

The House recedes with an amendment that would modify the requirements to: (1) allow the Department to have consistent access to the relevant data by other means; (2) specify mission critical Department systems should have analytic products developed; (3) modify the mission affected entities definition; (4) modify requirements of the counterintelligence organizations; and (5) modify the requirements for data in possession of or under the controls imposed by the Federal Bureau of Investigation or the Director of National Intelligence.

*Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products (sec. 1647)*

The Senate bill contained a provision (sec. 1641) that would establish as a mission of the National Security Agency the advising and assistance of the Department of Defense in its acquisition and adaptation of cybersecurity products and services from industry, especially the commercial cybersecurity sector.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify that this technical mission would be conducted in support of the Department's selection and adaption of commercial products rather than the Department's contracting and business-specific acquisition functions.

*Framework to enhance cybersecurity of the United States defense industrial base (sec. 1648)*

The Senate bill contained a provision (sec. 1634) that would require the Secretary of Defense to develop a consistent, comprehensive framework to enhance the cybersecurity of the U.S. defense industrial base and to provide the congressional defense committees a briefing on the framework not later than March 11, 2020. The framework would include: (1) Identification of cybersecurity standards and requirements imposed on the defense industrial base; (2) Responsibilities of the prime contractor and all subcontractors in the supply chain for implementing those standards and requirements; (3) A plan to provide cybersecurity guidance and assistance to contractors; and (4) Methods and programs for defining and managing controlled unclassified information.

The House amendment contained a provision (sec. 1631) that would require the Secretary of Defense to provide a report to

the congressional defense committees not later than May 1, 2020, on the Department of Defense's efforts related to cybersecurity and the Defense Industrial Base.

The House recedes with an amendment that would modify certain requirements of the framework.

*Report on cybersecurity training programs (sec. 1649)*

The House amendment contained a provision (sec. 1634) that would require the Secretary of Defense to submit a report to the congressional defense committees detailing all Department of Defense efforts and programs to train elementary, secondary, and post-secondary students in fields related to cybersecurity, cyber defense, and cyber operations.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment that would limit the report delivery to the Committees on Armed Services of the Senate and House of Representatives.

*National Security Presidential Memorandums relating to Department of Defense operations in cyberspace (sec. 1650)*

The House amendment contained a provision (sec. 1635) that would require the President to provide the congressional defense committees with copies of all National Security Presidential Memoranda relating to Department of Defense operations in cyberspace.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would allow the committees to read and return all National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.

*Reorientation of Big Data Platform program (sec. 1651)*

The Senate bill contained a provision (sec. 1631) that would require the Secretary of Defense to reorient the Department of Defense's Big Data Platform program by establishing a common baseline and security classification scheme for the collection, querying, analysis, and accessibility of a common and comprehensive set of metadata from sensors, applications, and systems deployed across the Department of Defense Information Network.

The House amendment contained no similar provision.

The House recedes with a technical and clarifying amendment.

*Zero-based review of Department of Defense cyber and information technology personnel (sec. 1652)*

The Senate bill contained a provision (sec. 1632) that would require the heads of Department of Defense departments, agencies, and components to complete zero-based reviews of the cyber and information technology personnel in those departments, agencies, and components.

The House amendment contained no similar provision.

The House recedes.

*Study on improving cyber career paths in the Navy (sec. 1653)*

The Senate bill contained a provision (sec. 1633) that would require the Secretary of the Navy to conduct a study on improving cyber career paths in the Navy. The provision would also require the Secretary to submit a report to the congressional defense committees, no later than October 1, 2020, on the findings of the study.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify that the report should include an evaluation of the Cyber Warfare Engineer career field for officers.

*Accreditation standards and processes for cybersecurity and information technology products and services (sec. 1654)*

The Senate bill contained a provision (sec. 1638) that would require the Department of Defense (DOD) Chief Information Officer (CIO) to assess the accreditation standards and processes of the military departments and other components of the DOD for cybersecurity and information technology products and services.

The House amendment contained no similar provision.

The House recedes with an amendment that would specify that this assessment should be carried out in accordance with the CIO's existing responsibilities for cybersecurity and cyber capability architectures of the Department of Defense and with the budget review authority established in section 142 of title 10, United States Code.

*Study on future cyber warfighting capabilities of Department of Defense (sec. 1655)*

The Senate bill contained a provision (sec. 1642) that would require the Secretary of Defense to direct the Defense Science Board to carry out a study on the future cyber

warfighting capabilities of the Department of Defense (DOD). The
Board's study would include: (1) A technical evaluation of the
Joint Cyber Warfighting Architecture of the DOD; (2) A technical
evaluation of the Department's tool development and acquisition
programs; (3) An evaluation of the operational planning and
targeting of U.S. Cyber Command; and (4) Recommendations for
legislative and administrative action relating to the DOD's
future cyber warfighting capabilities.
        The House amendment contained no similar provision.
        The House recedes.

*Study to determine the optimal strategy for structuring and
manning elements of the Joint Force Headquarters-Cyber
organizations, Joint Mission Operations Centers, and Cyber
Operations-Integrated Planning Elements (sec. 1656)*

        The Senate bill contained a provision (sec. 1646) that
would require the Department of Defense Principal Cyber Advisor
(PCA) to conduct a study to determine the optimal strategy for
structuring and manning elements of the following: (1) Joint
Force Headquarters-Cyber organizations; (2) Joint Mission
Operations Centers; and (3) Cyber Operations-Integrated Planning
Elements.
        The House amendment contained no similar provision.
        The House recedes with an amendment that would include the
Joint Cyber Centers in the study.

*Cyber governance structures and Principal Cyber Advisors on
military cyber force matters (sec. 1657)*

        The Senate bill contained a provision (sec. 1647) that
would require each secretary of the military departments to
designate a Principal Cyber Advisor to act as the principal
advisor to the secretary on the cyber forces, cyber programs,
and cybersecurity matters of the military department, including
matters relating to weapons systems, enabling infrastructure,
and the defense industrial base.
        The House amendment contained no similar provision.
        The House recedes with an amendment that would: (1)
Require each secretary of the military departments to appoint a
Principal Cyber Advisor for each military service; (2) Require
each Principal Cyber Advisor to be a senior civilian, a member
of the Senior Executive Service equivalent to a 3-star flag
officer, or by exception a military officer; (3) Prohibit the
dual-hatting of any existing position as the Principal Cyber
Advisor and require each Principal Cyber Advisor to be

independent of the service chief information officers; and (4) Clarify the responsibilities of each Principal Cyber Advisor.

*Designation of test networks for testing and accreditation of cybersecurity products and services (sec. 1658)*

The Senate bill contained a provision (sec. 1648) that would require the Secretary of Defense to designate three test networks for the testing and accreditation of cybersecurity products and services.

The House amendment contained no similar provision.

The House recedes with an amendment that would make available the information generated to the Office of the Director, Operational Test and Evaluation.

*Consortia of universities to advise Secretary of Defense on cybersecurity matters (sec. 1659)*

The Senate bill contained a provision (sec. 1649) that would establish one or more consortia of universities to advise and assist the Secretary of Defense on matters relating to cybersecurity. The functions of the consortium or consortia would be: (1) To provide to the Secretary access to the expertise of the members of the consortium on matters relating to cybersecurity; (2) To align the efforts of constituent members to priorities of the Department of Defense; and (3) To act as a facilitator in responding to Department requests relating to advice and assistance on matters relating to cybersecurity and to provide feedback to the Secretary from constituent members.

The House amendment contained no similar provision.

The House recedes with an amendment that would: (1) Clarify the purpose and functions of the consortium or consortia; (2) Require that the consortium or consortia be open to all universities designated as centers of academic excellence by the Department of Homeland Security and National Security Agency; and (3) Require that the Secretary of Defense or a senior level designee meet with the consortium or consortia at least twice per year.

*Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements (sec. 1660)*

The Senate bill contained a provision (sec. 6605) that would require the Secretary of Defense to conduct a joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and future requirements that affect the

Department's ability to develop, test, and maintain secure systems in a cyber environment.

The House amendment contained no similar provision.

The House recedes.

## SUBTITLE D—NUCLEAR FORCES

*Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System (sec. 1661)*

The Senate bill contained a provision (sec. 1663) that would make several conforming changes to the governing statute of the Council on Oversight of the National Leadership Command, Control, and Communications System, section 171a of Title 10, United States Code.

The House amendment contained no similar provision.

The House recedes.

*Modification of authorities relating to nuclear command, control, and communications system (sec. 1662)*

The Senate bill contained a provision (sec. 1661) that would reassign principal responsibility within the Office of the Secretary of Defense for nuclear command, control, and communications from the Chief Information Officer to the Under Secretary of Defense for Acquisition and Sustainment.

The House amendment contained a similar provision (sec. 901).

The House recedes.

*Briefings on meetings held by Nuclear Weapons Council (sec. 1663)*

The House amendment contained a provision (sec. 1642) that would require the Nuclear Weapons Council (NWC) to provide semi-annual briefings to the congressional defense committees covering all NWC meetings in the previous 6 months, including a summary of decisions made at each meeting but excluding decisions relating to the budget submission if the budget request for such fiscal year has not been submitted to Congress as of the date of the briefing. The provision would also require the NWC to submit any decision memoranda used to support decisions made at such meetings, including a summary of the considerations that informed each decision.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the requirement to submit decision memoranda.

*Consideration of budget matters at meetings of Nuclear Weapons Council (sec. 1664)*

The House amendment contained a provision (sec. 1651) that would modify the enabling statute of the Nuclear Weapons Council (NWC) as contained in section 179 of title 10, United States Code, to require that certain budget officials attend meetings of the NWC, and that the same officials be members of the Standing and Safety Committee (SSC).

The Senate bill contained no similar provision.

The Senate recedes with amendments that would remove the provision from code, require that the same officials attend meetings of the NWC and SSC, and allow the Chairman of the NWC to exclude an official in exigent circumstances.

*Improvement to annual report on the modernization of the nuclear weapons enterprise (sec. 1665)*

The House amendment contained a provision (sec. 1641) that would extend the reporting requirement in section 1043(a) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) by 1 year to 2024. The provision would also add to the report a requirement to estimate the cost of modernizing and recapitalizing the nuclear enterprise as a relative percentage of acquisition costs of the Department of Defense over the 10 years following the date of the report. It would also add a requirement to provide a 25-year plan, including timelines and acquisition and life cycle costs, for nuclear delivery systems and platforms, nuclear command and control systems, and facilities, infrastructure, and critical skills relating to nuclear weapons that are being modernized or sustained. Finally, the provision would also transfer the complete reporting requirement to title 10, United States Code, redesignating it section 492a.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the requirement for the 25-year plan and change the entity required to report on modernization as a percentage of acquisition costs from the Secretary of Defense to the Director of the Congressional Budget Office, as part of the report previously required as part of section 1043.

*Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system (sec. 1666)*

The Senate bill contained a provision (sec. 1662) that would add the Commander of the United States Air Forces in Europe to a list of officials required to report biennially on the safety, security, reliability, sustainability, performance, and military effectiveness of the delivery platforms for nuclear weapons and nuclear command and control systems for which each official has responsibility.
    The House amendment contained no similar provision.
    The House recedes.

*Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe (sec. 1667)*

The House amendment contained a provision (sec. 1644) that would extend by 3 years the requirement contained in section 1656 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92) for the Secretary of Defense to provide an annual briefing to the congressional defense committees on the cost of forward-deploying U.S. nuclear weapons in Europe, and add additional committees to those receiving the briefing.
    The Senate bill contained no similar provision.
    The Senate recedes with an amendment that would retain the list of committees from section 1656.

*Elimination of conventional requirement for long-range standoff weapon (sec. 1668)*

The House amendment contained a provision (sec. 1643) that would repeal the requirement in section 217(a) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113-66) for the Air Force to develop a conventional variant of the long-range standoff weapon.
    The Senate bill contained no similar provision.
    The Senate recedes.

*Briefing on long-range standoff weapon and sea-launched cruise missile (sec. 1669)*

The Senate bill contained a provision (sec. 1665) that would require the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Administrator for Nuclear Security, to provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives on

opportunities to increase commonality between the long-range standoff weapon (LRSO) and the nuclear sea-launched cruise missile (SLCM-N), and to leverage technology developed for LRSO in the development of the SLCM-N.

The House amendment contained no similar provision.
The House recedes with a clarifying amendment.

*Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile (sec. 1670)*

The House amendment contained a provision (sec. 1645) that would extend until 2030 the prohibition contained in the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) on availability of funds for development of a mobile variant of the ground-based strategic deterrent program.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would extend the prohibition through 2024.

*Reports on development of ground-based strategic deterrent weapon (sec. 1671)*

The Senate bill contained a provision (sec. 6601) that would require the Secretary of the Air Force, in coordination with the Administrator for Nuclear Security and the Chairman of the Nuclear Weapons Council, to submit an annual report to the congressional defense committees on the joint development of the ground-based strategic deterrent (GBSD) and the W87-1 warhead modification program.

The House amendment contained no similar provision.
The House recedes with an amendment that would add an additional required report if the Air Force receives only one bid for the engineering and manufacturing development phase of the GBSD program, assessing plans to mitigate any risks or costs resulting from the submission of a single bid. Such report would be due 60 days after award of the contract for that phase.

*Prohibition on reduction of the intercontinental ballistic missiles of the United States (sec. 1672)*

The Senate bill contained a provision (sec. 1664, as modified by sec. 6664) that would prohibit the Department of Defense from reducing, or preparing to reduce, the responsiveness, alert level, or quantity deployed of U.S. intercontinental ballistic missiles. The provision would provide an exception for activities required for maintenance or

sustainment, or to ensure the safety, security, or reliability of such missiles.

The House amendment contained no similar provision.

The House recedes.

*Independent study on policy of no-first-use of nuclear weapons (sec. 1673)*

The House amendment contained a provision (sec. 1649) that would require the Secretary of Defense to enter into a contract with a federally funded research and development center to conduct a study on the United States' adopting a policy to not use nuclear weapons first.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would modify some elements of the required study, move the deadlines for submission 30 days later, and add a requirement for an interim briefing not later than 120 days after the date of enactment of this Act.

*Independent study on risks of nuclear terrorism and nuclear war (sec. 1674)*

The House amendment contained a provision (sec. 1650) that would require the Secretary of Defense to enter into a contract with the National Academy of Sciences to conduct a study on the potential risks of nuclear terrorism and nuclear war.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would modify a number of elements of the required study.

*Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war (sec. 1675)*

The House amendment contained a provision (sec. 1646) that would require the Secretary of Defense, in coordination with the Secretary of State, to submit to the appropriate congressional committees a report describing current military-to-military dialogue between the United States and other countries to reduce the risk of miscalculation, unintended consequences, or accidents that could precipitate a nuclear war, as well as bilateral or multilateral agreements to which the United States is a party that address the same risks. The report would also contain a joint assessment by the Secretary and the Chairman of the Joint Chiefs of Staff of the policy and operational necessity, risks, benefits, and costs of establishing military-

to-military discussions with Russia, China, Iran, and North Korea.

The Senate bill contained no similar provision.

The Senate recedes with several clarifying amendments, as well as an amendment that would add consideration of other efforts conducted between the U.S. government and foreign governments, or between nongovernmental organizations and foreign counterparts, to reduce such risks. The amendments would also require assessment of the willingness of the above governments to engage in such discussions.

*Report on nuclear forces of the United States and near-peer countries (sec. 1676)*

The Senate bill contained a provision (sec. 1243) that would require the Secretary of Defense, in coordination with the Director of National Intelligence (DNI) and the Secretary of State, to submit a report on Russian nuclear systems deployed or under development not covered by New START, Russian non-deployed strategic nuclear systems, nuclear modernization programs of China, and the implications of these assessments on the New START central limits.

The House amendment contained a similar provision (sec. 1652) that would require the Secretary of Defense, in coordination with the DNI, to submit a report to the congressional defense committees on current and planned nuclear systems of the United States, Russia, and China, including projections through 2040.

The Senate recedes with an amendment that would change the report's deadline to February 15, 2020, and specify the inclusion of Russian nuclear systems deployed or under development not covered by New START and Russian non-deployed strategic nuclear systems.

*Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons (sec. 1677)*

The Senate bill contained a provision (sec. 6603) that would require the secretaries of the military departments, and the Commandant of the Marine Corps, to each submit to the congressional defense committees a report detailing measures taken to ensure the ability of conventional forces to operate under employment or threat of employment of nuclear weapons.

The House amendment contained no similar provision.

The House recedes with amendments that would consolidate the four reports into a single report by the Secretary of

Defense, in coordination with the service secretaries, and modify elements of the report's contents.

*Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons (sec. 1678)*

The Senate bill contained a provision (sec. 6604) that would require the Commander, U.S. European Command, and the Commander, U.S. Indo-Pacific Command, to each submit a report to the congressional defense committees detailing measures taken to ensure the ability of conventional forces to operate under employment or threat of employment of nuclear weapons.

The House amendment contained no similar provision.

The House recedes with amendments that would consolidate the two reports into a single report from the Chairman of the Joint Chiefs of Staff, in coordination with the Commanders of U.S. European Command, U.S. Indo-Pacific Command, and U.S. Strategic Command, and modify elements of the report's contents.

*Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems (sec. 1679)*

The House amendment contained a provision (sec. 1648) that would require the Secretary of Defense, in coordination with the Commander of U.S. Strategic Command, to submit a plan on the future of nuclear command, control, and communications systems within 270 days of the date of enactment of this Act. The provision would also require the Secretary to provide an interim briefing within 90 days of the date of enactment.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would change the requirement to a series of biannual briefings beginning in February 2020 through 2025, and modify some elements contained within the plan, including the addition of an assessment of personnel required to evaluate and execute the architecture.

*Sense of Congress on nuclear deterrence commitments of the United States (sec. 1680)*

The Senate bill contained a provision (sec. 1667) that would express the sense of the Senate on the importance of the extended nuclear deterrence commitments of the United States, including forward deployment of U.S. dual-capable aircraft.

The House amendment contained no similar provision.

The House recedes with several clarifying amendments.

# SUBTITLE E—MISSILE DEFENSE PROGRAMS

*National missile defense policy (sec. 1681)*

The Senate bill contained a provision (sec. 1672) that would express the sense of the Senate regarding the need for a comprehensive U.S. missile defense policy and program. It would also modify national missile defense policy as established by section 1681 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to add defense against cruise and hypersonic missile threats. Finally, the provision would require the Secretary of Defense to redesignate all Department of Defense strategies, policies, programs, and systems to reflect that U.S. missile defense programs defend against ballistic, cruise, and hypersonic missiles in all phases of flight.

The House amendment contained a provision (sec. 1661) that would modify section 1681 to reflect the principles governing U.S. missile defense as outlined by the 2019 Missile Defense Review (MDR), and would require the Director of Cost Assessment and Program Evaluation (CAPE) to provide a briefing to the Committees on Armed Services of the House and Senate.

The Senate recedes with several clarifying amendments, as well as amendments that would strike the briefing requirement and retain the redesignation requirement from the Senate bill.

The conferees direct the CAPE Director to provide to the congressional defense committees, no later than January 31, 2020, a briefing on the programmatic impacts of implementation of the 2019 MDR across the Department.

*Development of space-based ballistic missile intercept layer (sec. 1682)*

The House amendment contained a provision (sec. 1664) that would repeal the requirement contained in section 1688(c) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) for the Director of the Missile Defense Agency to establish a space test bed to conduct research on a space-based missile intercept layer.

The Senate bill contained no similar provision.

The Senate recedes.

*Development of hypersonic and ballistic missile tracking space sensor payload (sec. 1683)*

The Senate bill contained a provision (sec. 1673) that would require the Secretary of Defense to assign primary responsibility for the development and deployment of a hypersonic and ballistic tracking space sensor (HBTSS) to the Director of the Missile Defense Agency (MDA). The provision would also require the Comptroller and the Director of Cost Assessment and Program Evaluation to certify to the congressional defense committees whether this program is fully funded through the future years defense program submitted with the fiscal year 2021 budget request, and require the Director of the MDA to begin on-orbit testing of the system no later than December 31, 2021. Finally, the provision would require the Secretary to submit a report on efforts relating to space-based sensing and tracking capabilities for missile defense at the MDA, the Defense Advanced Research Projects Agency (DARPA), the Air Force, and the Space Development Agency (SDA).

The House amendment contained a provision (sec. 1662) that would require the Director of the MDA, in coordination with the Director of the SDA and the Secretary of the Air Force, to develop an HBTSS payload and integrate it into the broader space-based sensing architecture in support of the ballistic missile defense system. The provision would also require the Director of the MDA to submit to the appropriate congressional committees a plan for how the Director, in coordination with the Director of the SDA and the Secretary of the Air Force, will develop and integrate such a payload, how such a payload will address the U.S. Strategic Command requirement, and estimated costs to develop, acquire, deploy, operate, and sustain this payload.

The Senate recedes with an amendment that would make the Secretary of Defense responsible for submitting the plan, and include the requirement to report on efforts across the MDA, DARPA, the Air Force, and SDA. The amendment would also retain the requirement from the Senate bill for the Secretary to assign primary responsibility for development of an HBTSS payload to the Director of the MDA, and to submit to the congressional defense committees a certification of such assignment.

*Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system (sec. 1684)*

The Senate bill contained a provision (sec. 1677) that would express the sense of the Senate on a highly successful 2018 Missile Defense Agency (MDA) flight test campaign.

The House amendment contained a provision (sec. 1671) that would modify requirements for flight testing of the ground-based

midcourse defense (GMD) element of the ballistic missile defense system pursuant to section 1689 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328), including by eliminating the ability for the Director of the MDA to forgo a test of the GMD in any given year due to any condition not specified in subsection (c) of section 1689.

The Senate recedes with an amendment that would strike the elimination of such ability but retain the other modifications in the House amendment.

The conferees commend the MDA and all other Department components involved on a successful 2018 flight test campaign, especially on FTG-11, the first salvo test of the GMD system.

*Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production (sec. 1685)*

The Senate bill contained a provision (sec. 1671) that would authorize funds for the Missile Defense Agency to provide to the Government of Israel to procure components for the Iron Dome short-range rocket defense system, the David's Sling Weapon System, and the Arrow 3 Upper Tier Interceptor Program, including through co-production of such components in the United States. The provision would also provide a series of certification requirements relating to implementation of the relevant bilateral agreements before disbursal of these funds, consistent with previous legislative requirements.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Limitation on availability of funds for lower tier air and missile defense sensor (sec. 1686)*

The House amendment contained a provision (sec. 1668) that would limit obligation or expenditure of funds for fiscal year 2020 to 75 percent for the Army for the lower tier air and missile defense sensor until the Secretary of the Army provides a report to the congressional defense committees on the results of the test events held in the third quarter of fiscal year 2019, and on the decision of the Army to award a contract for initial operational capability based on those test events.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Plan for the redesigned kill vehicle replacement (sec. 1687)*

The Senate bill contained a provision (sec. 1675) that would require the Director of the Missile Defense Agency (MDA) to submit a report to the congressional defense committees on the delay in the Redesigned Kill Vehicle (RKV) program.

The Senate bill also contained a provision (sec. 1676) that would require the Director to submit a report on options to increase the capability, capacity, and reliability of the ground-based midcourse defense system, including the infrastructure requirements for increasing the number of ground-based interceptors.

The House amendment contained a provision (sec. 1663) that would express the sense of Congress that the Director of the MDA must address the technical issues with the RKV program before moving forward with development, procurement, and fielding of the vehicle. The provision would also modify the waiver contained in section 1683(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), which prohibited a lot production decision for the RKV until after a successful intercept flight test, such that the Secretary of Defense would also need to conduct an assessment of the missile developments of both North Korea and Iran during the 18-month period preceding the date of the waiver.

The House recedes with amendments that would add a sense of Congress addressing the termination by the Department of the RKV contract in August 2019 and encouraging the Director to proceed with a follow-on program guided by principles of responsible acquisition, including conducting a successful flight test before making production decisions. The amendments would also modify certain elements of the reporting requirement to reflect the program replacing the RKV, and include elements of the report from section 1676 of the Senate bill. Finally, the amendments would prohibit the obligation or expenditure of more than 50 percent of fiscal year 2020 funds for the next-generation improved homeland defense interceptor until the Secretary of Defense submits such report.

*Organization, authorities, and billets of the Missile Defense Agency (sec. 1688)*

The Senate bill contained a provision (sec. 1674) that would express the sense of the Senate in support of the nonstandard acquisition processes used by the Missile Defense Agency (MDA). It would also prohibit obligation or expenditure of funds to change these processes until the Secretary of Defense has consulted with a number of senior defense officials with responsibility for aspects of missile defense, submitted a

report to the congressional defense committees, and allowed 270 days to elapse after submittal.

The House amendment contained a provision (sec. 1665) that would contain a similar prohibition on obligation or expenditure of funds until the Secretary notifies the congressional defense committees of the proposed changes to the nonstandard acquisition processes, and allows 90 days to elapse after such notification. The provision would also require the Secretary of Defense to enter into a contract with a federally funded research and development center (FFRDC) to assess the organization of the MDA under the Under Secretary of Defense for Research and Engineering, in comparison with alternative organizational structures, and assess the risks and benefits of transitioning the MDA to the standard Department of Defense acquisition process. Finally, the provision would prohibit the Secretary of Defense from transferring civilian or military billets from the MDA to any element of the Department under the authority of the Under Secretary of Defense for Research and Engineering until the Secretary notifies the congressional defense committees of the proposed transfer, and allows 90 days to elapse after such notification.

The Senate recedes with an amendment that would extend the deadline for submission of the FFRDC assessment by 30 days, retain the report required in the notice in the Senate provision with the addition of the Under Secretary of Defense for Acquisition and Sustainment as a consulted official, and change the waiting period after the notification of any change to the acquisition processes to 120 days.

*Annual assessment of ballistic missile defense system (sec. 1689)*

The House amendment contained a provision (sec. 1670) that would express the sense of Congress that operational test and evaluation of the ballistic missile defense system (BMDS) should be conducted thoroughly in accordance with title 10, United States Code. The provision would also require the Director of Operational Test and Evaluation to include in the annual report to Congress under section 139 of title 10, United States Code, an assessment of the BMDS, including all elements of the system that are fielded or are planned to be fielded.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the sense of Congress.

*Command and control, battle management, and communications program (sec. 1690)*

The House amendment contained a provision (sec. 1669) that would prohibit the Missile Defense Agency (MDA) from releasing the command and control, battle management, and communications (C2BMC) program to foreign partners until the Director of the MDA submits a report to the appropriate congressional committees.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Missile defense interceptor site in contiguous United States (sec. 1691)*

The Senate bill contained a provision (sec. 1679) that would require the Secretary of Defense to make available to the public the Environmental Impact Statement (EIS) prepared in accordance with section 227(b) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112-239).

The House amendment contained a provision (sec. 1666) that would require the Secretary of Defense to designate the preferred location of a missile defense site in the contiguous United States from among the locations evaluated pursuant to section 227. The provision would also require the Secretary to submit to the congressional defense committees a report on such designation.

The Senate recedes with an amendment that would strike the requirement to designate a preferred location but retain the requirement for a report.

The conferees note that the EIS was made available to the public in August 2019. The conferees also note that the Secretary identified a preferred location in June 2019, while maintaining the determination made in the Missile Defense Review that there is no operational requirement to develop a third site in the contiguous United States at this time.

*Independent study on impacts of missile defense development and deployment (sec. 1692)*

The House amendment contained a provision (sec. 1672) that would require the Secretary of Defense to enter into an agreement with the National Academy of Sciences to conduct a study on the impacts of the development and deployment of U.S. long-range missile defenses on the security of the United States as a whole.

The Senate bill contained no similar provision.

The Senate recedes with several clarifying amendments and an amendment that would change the entity conducting the study to a federally funded research and development center.

*Report and briefing on multi-volume kill capability (sec. 1693)*

The House amendment contained a provision (sec. 1673) that would require the Under Secretary of Defense for Research and Engineering to submit to the congressional defense committees a report on the potential need for a multi-object kill vehicle in future architecture of the ballistic missile defense system.

The Senate bill contained no similar provision.

The Senate recedes with several technical and clarifying amendments, as well as an amendment that would require the Under Secretary to coordinate such report with the Director of the Missile Defense Agency, the Under Secretary of Defense for Acquisition and Sustainment, and the Director of Cost Assessment and Program Evaluation.

## SUBTITLE F—OTHER MATTERS

*Extension of authorization for protection of certain facilities and assets from unmanned aircraft (sec. 1694)*

The Senate bill contained a provision (sec. 1682) that would provide an extension of the authority that exists in Title 10, United States Code, section 130i, for protection of Department of Defense facilities and assets associated with certain mission areas from unauthorized operation of unmanned aircraft.

The House amendment contained no similar provision.

The House recedes with an amendment that would extend the existing authority to the year 2023.

The conferees also direct the Secretary of Defense to provide a report to the congressional defense committees not later than April 1, 2020 that details how the Secretary plans to protect Department of Defense ammunition manufacturing facilities that are government-owned and contractor-operated from unauthorized overflight of unmanned aircraft not covered by the protection authority provided under Title 10, United States Code, section 130i, concerning protection of certain facilities and assets from unmanned aircraft. The report should also include recommendations, if appropriate, regarding any legislative authorities that may be required to protect these facilities.

*Repeal of requirement for commission on electromagnetic pulse attacks and similar events (sec. 1695)*

The House amendment contained a provision (sec. 1683) that would acknowledge the release of the Executive Order dated March 26, 2019, on coordinating national resilience to electromagnetic pulses (EMP), and repeal the requirement in section 1691 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) for a congressional commission on EMP.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would strike the findings.

*Repeal of review requirement for ammonium perchlorate report (sec. 1696)*

The House amendment contained a provision (sec. 1682) that would repeal the requirement for the Comptroller General of the United States to review the report required by section 1684(c) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91).

The Senate bill contained no similar provision.

The Senate recedes.

*Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms (sec. 1697)*

The House amendment contained a provision (sec. 1684) that would express the sense of Congress related to hypersonic weapon systems, prohibit any fiscal year 2020 funds for a submarine-launched conventional prompt global strike capability unless such capability is transferable to a surface-launched platform, and require the Secretary of the Navy to submit a report to the congressional defense committees on the programmatic changes required to integrate such a system into surface ships.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the sense of Congress and change the prohibition to a requirement that the Secretary of the Navy ensure that technologies developed for such a system are transferable to surface-launched platforms.

*Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems (sec. 1698)*

The House amendment contained a provision (sec. 1270J) that would make a series of findings related to the U.S. withdrawal from the Intermediate-Range Nuclear Forces (INF) Treaty. The provision would also prohibit the use of any funds authorized to be appropriated by this Act for research and

development, procurement, or deployment of a ground-launched
intermediate-range ballistic or cruise missile system, unless
the Secretary of Defense submits a report to Congress related to
the termination of the INF Treaty and the development or
deployment of INF-range missile systems.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would strike the
findings and modify the prohibition to apply only to fiscal year
2020 funds for procurement or deployment of such systems. The
amendments would also separate the report from the prohibition,
modify the required contents of the report, and apply a deadline
of January 31, 2020.

*Hard and deeply buried targets (sec. 1699)*

The Senate bill contained a provision (sec. 1683) that
would require the Chairman of the Joint Chiefs of Staff, in
consultation with the Commander of U.S. Strategic Command, to
submit to the congressional defense committees a classified
report on hard and deeply buried targets associated with U.S.
military operations plans, including an assessment of the
ability of the United States to hold such targets at risk
currently and as projected in 2030. The provision would also
require the Secretary of Defense to develop a plan to ensure the
United States possesses capabilities to pose a credible
deterrent threat against such targets by 2025, and submit a
recurring certification that such plan is being implemented.

The House amendment contained no similar provision.

The House recedes with amendments that would change the
report to a briefing, strike the certification requirement, and
add certain elements to the content of the briefing.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Intelligence assessment of relationship between women and
violent extremism*

The House amendment contained a provision (sec. 1614) that
would require, not later than 180 days after the date of the
enactment of this Act, and annually thereafter, the Director of
National Intelligence, in consultation with the Secretary of
Defense, the Secretary of State, and the head of any element of
the intelligence community the Director determines appropriate,
shall submit an intelligence assessment on the relationship
between women and violent extremism and terrorism.

The Senate bill contained no similar provision.

The House recedes.

The conferees note that elsewhere in this Act is a provision that would require the Secretary of Defense to seek to enter into a contract with an independent research and development center to conduct an independent analysis on gender and violent extremism.

*Modification of term of Commander of Air Force Space Command*

The Senate bill contained a provision (sec. 1614) that would change the term of the Commander, Air Force Space Command, from 6 years to 4 years.

The House amendment contained no similar provision.

The Senate recedes.

*Funding for Defense Counterintelligence and Security Agency*

The House amendment contained a provision (sec. 1615) that would increase, by $5,206,997 the amounts available in section 301 for Operation and Maintenance for Defense Security Service for the purposes of acquiring advanced cyber threat detection sensors, hunt and response mechanisms, and commercial cyber threat intelligence. The provision would include an offset in section 4101, for Integrated personnel and pay system.

The Senate amendment contained no similar provision.

The House recedes.

*Report on potential Defense Intelligence Polygraph Examination Military Transition Program*

The House amendment contained a provision (sec. 1616) that would require, not later than one year after the date of the enactment of this Act, the Comptroller General of the United States to submit a report assessing the feasibility of establishing a Defense Intelligence Polygraph Examination Military Transition Program for members of the Armed Services transitioning to civilian employment.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Comptroller General of the United States to submit a report not later than one year after the date of enactment of this Act to the Armed Services Committees of the House of Representatives and the Senate that assesses the advisability and feasibility of establishing a Defense Intelligence Polygraph Examination Military Transition Program for members of the Armed Forces transitioning to civilian employment. The report shall include, at a minimum, the following:

(1) A review of the feasibility of establishing a program in the Department of Defense under which members of the Armed Forces with an active top secret security clearance that provides for access to sensitive compartmented information and a current counterintelligence scope polygraph examination can be provided an opportunity to obtain an expanded scope polygraph (ESP) if the member receives a written offer of employment, subject to suitability or security vetting, with an element of the intelligence community or a contractor of such an element;

(2) The cost to the Department of Defense for implementing such program and whether such cost could be shared by other departments or agencies of the Federal Government or the private sector;

(3) The factors the Department needs to consider in determining whether such program would be viable;

(4) The obstacles that exist in implementing such program;

(5) Whether such a program could increase workforce diversity in the intelligence community;

(6) Whether such a program could increase or decrease retention among members of the Armed Forces serving in defense intelligence roles;

(7) Whether any changes are required to be made to policies of the Department or to Federal law to implement such a program;

(8) Identification of the current average length of time in the intelligence community to investigate and adjudicate an initial and a periodic update top secret security clearance that provides for access to sensitive compartmented information and conduct an expanded scope polygraph;

(9) Any other matters the Comptroller General deems relevant.

*National Security Space Launch Program*

The Senate bill contained a provision (sec. 1616) that would prohibit the Secretary of the Air Force from modifying the acquisition schedule for phase 2 of the National Security Space Launch (NSSL) program or from awarding missions to more than two launch service providers.

The House amendment contained a similar provision (sec. 1601) that would require the Secretary of the Air Force to stay on schedule for Phase 2 of the NSSL program, but would reopen competition after the first 29 launches of phase 2 and award $500 million to providers that have not entered into a phase 2 contract for launch services occurring before fiscal year 2022, or have entered into a phase 2 contract but have not entered into a Launch Services Agreement, or both. The provision would

require the Secretary of the Air Force to notify Congress of its down select decision before the public announcement, and require a report on the total defense investments made for each awardee and how such investments were accounted for in the evaluation of the offers.

The conference agreement does not include either provision.

*Cybersecurity Defense Academy pilot program*

The House amendment contained a provision (sec. 1636) that would require the Secretary of Defense to carry out a pilot program to create a public-private partnership that would train and place veterans as cybersecurity personnel within the Department of Defense.

The Senate bill contained no similar provision.

The House recedes.

*Expansion of authority for access and information relating to cyberattacks on Department of Defense operationally critical contractors*

The Senate bill contained a provision (sec. 1644) that would amend section 391 of title 10, United States Code, to extend the ability of the Department of Defense (DOD) to react immediately to reports of intrusions that may affect critical DOD data.

The House amendment contained no similar provision.

The Senate recedes.

The conferees are sympathetic to the need for this additional authority, which the Department already has in the case of cleared defense contractors and which the Department requested via a legislative proposal. The Department relies on operationally critical contractors to move troops and supplies across the world, in peacetime and during conflict, and adversaries' cyberattacks on these critical contractors pose a genuine threat to the Department's conduct of operations. The conferees, however, are concerned that the Department's legislative proposal was not scoped in such a way that this authority would be operationalized through contractual mechanisms. The conferees are also concerned that the Department's broader efforts to improve the cybersecurity of its contractors and the Department's ability to respond in the event of a cyberattack are primarily focused on the defense industrial base as traditionally conceived of—namely, those companies that supply the Department's weapons systems. The cybersecurity of operationally critical contractors is at least as important as

that of traditional defense industrial base contractors, and the conferees seek greater clarity as to what efforts are underway to ensure their cybersecurity.

The conferees therefore direct the Commander of U.S. Transportation Command, the Under Secretary of Defense for Acquisition and Sustainment, the Chief Information Officer, and the Director of the Protecting Critical Technologies Task Force to brief the Committees on Armed Services of the Senate and House of Representatives, no later than 90 days after the enactment of this Act, on: (1) The expected use-case for the requested authority; (2) The expected implementation through contractual mechanisms of such an authority; (3) The need for and purpose of subsections (2) and (3) of the legislative proposal; and (4) How the Department is treating operationally critical contractors within its broader efforts to secure the defense industrial base against cyber attacks and respond, in the event of a cyberattack, more aggressively in its investigatory and counterintelligence actions.

The conferees look forward to this briefing and to legislating on this issue in the Fiscal Year 2021 National Defense Authorization Act.

*Briefing on memorandum of understanding relating to joint operational planning and control of cyberattacks of national scale*

The Senate bill contained a provision (sec. 1645) that would require the Secretary of Defense to provide a briefing, not later than March 1, 2020, to the congressional defense and homeland security committees on the Joint Department of Defense and Department of Homeland Security Memorandum of Understanding, signed by the Secretary of Defense on October 6, 2018.

The House amendment contained no similar provision.

The Senate recedes. The conferees direct the Secretary of Defense to provide to the Committees on Armed Services of the Senate and House of Representatives a briefing on the Joint Department of Defense and Department of Homeland Security Memorandum of Understanding signed by the Secretary of Defense on October 6, 2018.

The briefing shall include information on the following: (1) The number of planners assigned by the Department of Defense to line of effort three and line of effort four and the areas of expertise of those planners; (2) Whether the these planners are physically co-located with their counterparts in the Department of Homeland Security and are assigned full-time or part-time to line of effort three and line of effort four; (3) Under what authority these planners have been assigned; (4) The status of

the development of operational plans and playbooks that will be implemented in response to actual cyberattacks of national scale; (5) The standing arrangements for interagency coordination and orchestration of response in the event of a cyberattack of national scale, including the status of the process established in Presidential Policy Directive-41 and the relevant principal, organization, and staff tasked with orchestrating a whole-of-government response; (6) The charter and implementation plan of the Joint Department of Defense and Department of Homeland Security Cyber Protection and Defense Steering Group; (7) The status of any Department of Defense cyber intelligence activities and operational preparation of the environment intended specifically to deter and disrupt adversary cyberattacks on United States critical infrastructure and planned in coordination with the Department of Homeland Security; (8) The current operational planning activities and standing arrangements between the Department of Defense and Department of Energy, including a determination as to whether the Secretary of Energy can directly request Defense Support of Civil Authorities; and (9) The status of implementing section 1650 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) on the pilot program authority to enhance cybersecurity and resilience of critical infrastructure.

*Prohibition on availability of funds for deployment of low-yield ballistic missile warhead*

The House amendment contained a provision (sec. 1646) that would prohibit the use of any funds authorized to be appropriated for fiscal year 2020 by this Act for deployment of the W76-2 warhead.
The Senate bill contained no similar provision.
The House recedes.

*Sense of the Senate on industrial base for ground-based strategic deterrent program*

The Senate bill contained a provision (sec. 1666) that would express the sense of the Senate on the importance of ensuring the viability of the industrial base for large solid rocket motors for the ground-based strategic deterrent program.
The House amendment contained no similar provision.
The Senate recedes.
The conferees encourage the Secretary of Defense to continue to consider the long-term health and viability of the

industrial base when structuring and awarding major procurement or development contracts.

*Missile defense radar in Hawaii*

The House amendment contained a provision (sec. 1667) that would allow the Missile Defense Agency to use research, development, test, and evaluation (RDT&E) funds for fiscal year 2020 to construct portions of the Homeland Defense Radar-Hawaii (HDR-H).

The Senate bill contained no similar provision.

The House recedes.

The conferees note that the Missile Defense Agency notified Congress that the HDR-H project has been delayed due to activities regarding the environmental impact statement. Due to these delays, the Department's previous legislative proposal requesting use of RDT&E funds for HDR-H radar elements would not be executable in fiscal year 2020.

*Sense of the Senate on missile defense technology development priorities*

The Senate bill contained a provision (sec. 1678) that would express the sense of the Senate on the importance of advanced missile defense technologies in preventing and defeating the rapidly expanding offensive missile threat.

The House amendment contained no similar provision.

The Senate recedes.

*Modification to reports on certain solid rocket motors*

The House amendment contained a provision (sec. 1681) that would modify the reporting requirement contained in section 1696 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to include the provision of space launch services, and to require coordination with the Administrator of the National Aeronautics and Space Administration.

The Senate bill contained no similar provision.

The House recedes.

*Sense of Senate on support for a robust and modern ICBM force to maximize the value of the nuclear triad of the United States*

The Senate bill contained a provision (sec. 6602) that would express the sense of the Senate in support of a robust and modern intercontinental ballistic missile (ICBM) force.

The House amendment contained no similar provision.
The Senate recedes.
The conferees note that, while the United States has reduced the number of deployed ICBMs in order to comply with New START limits, other countries have continued to enhance, enlarge, or modernize their ICBM forces.

# TITLE XVII—REPORTS AND OTHER MATTERS

## SUBTITLE A—STUDIES AND REPORTS

*Modification of annual reporting requirement on defense manpower (sec. 1701)*

The Senate bill contained a provision (sec. 1051) that would amend section 115a of title 10, United States Code, to rename, change the due date of, and modify the elements of the Defense Manpower Requirements Report. The provision would also require that the (renamed) Defense Manpower Profile Report be delivered to the Congress each year by April 1. Additionally, the provision would repeal reporting requirements related to contractor personnel, major military force unit justifications, support and overhead manpower functions, overseas manpower, medical personnel, and the military technician program. Finally, the provision would set separate due dates for reporting requirements related to major Department of Defense headquarters activities and the diversity of the Armed Forces.
The House amendment contained no similar provision.
The House recedes with an amendment that would repeal reporting requirements related to contractor personnel, major military force unit justifications, support and overhead manpower functions, and overseas manpower. Reports related to medical personnel and the military technician program would continue to be required to be submitted to the Congress.

*Termination of requirement for submittal to Congress of certain recurring reports (sec. 1702)*

The House amendment contained a provision (sec. 1073) that, effective on December 30, 2121, would terminate the requirement that the Department of Defense submit to the Congress any a recurring report required by an annual national defense authorization act enacted on or after December 30, 2016.
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would eliminate the requirement for the Department of Defense to submit to

Congress the 10 reports specifically enumerated. In addition, the amendment would provide that except as expressly provided in the law, any report submitted to Congress pursuant to a provision of the National Defense Authorization Act shall be written by a civilian employee of the Federal Government, a member of the Armed Forces, or both, and not by a contractor. This limitation will take effect for reports enacted in law on or after the date that is three years after the date of the enactment of this Act. Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives on the actions to be taken to implement this limitation.

*Modification of annual report on civilian casualties in connection with United States military operations (sec. 1703)*

The Senate bill contained a provision (sec.1053) that would extend through December 31, 2025, the reporting requirement established by section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), as most recently amended by section 1062 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The House amendment contained a similar provision (sec. 1063) that would modify and extend for ten years section 1057 of the fiscal year 2018 National Defense Authorization Act, as most recently amended by section 1062 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232).

The Senate recedes with an amendment that would extend for 7 years section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), as most recently amended by section 1062 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) and add elements to the required report.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees not later than 45 days following the enactment of this Act identifying any instances from the preceding year in which an individual was determined to be a combatant solely based upon proximity to the intended target or location of a strike or other United States military direct action operation.

*Extension of requirement for briefings on the national biodefense strategy (sec. 1704)*

The Senate bill contained a provision (sec. 1084) that would amend section 1086(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) by extending to March 1, 2025, the requirement for annual briefings on the status and implementation plan of the National Biodefense Strategy.

The House amendment contained no similar provision.

The House recedes.

*Authorization of appropriations for title III of the Defense Production Act of 1950 (sec. 1705)*

The Senate bill contained a provision (sec. 6017) that would amend section 711 of the Defense Production Act of 1950 (50 U.S.C. 4561) to designate, for each of fiscal years 2020 through 2024, an additional $117.0 million above the current authorization level of $133.0 million for carrying out the provisions and purposes of the Defense Production Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would make technical changes and require an annual briefing to congressional committees on such activities.

*Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic (sec. 1706)*

The Senate bill contained a provision (sec. 1056) that would require the Secretary of Defense, in coordination with the Secretary of Homeland Security, to submit a report on the plan of the Department of Defense for assisting mass-casualty disaster response operations in the Arctic.

The House amendment contained no similar provision.

The House recedes.

*Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense (sec. 1707)*

The Senate bill contained a provision (sec. 1058) that would require the Secretary of Defense to transmit electronically requests for assistance received from the Department of Homeland Security or the Department of Health and Human Services to the Committees on Armed Services of the Senate and the House of Representatives not later than 7 calendar days after receiving those requests. The provision also requires the Secretary to transmit any responses to such requests.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Report and briefing on implementation of national defense strategy (sec. 1708)*

The House amendment contained two provisions (secs. 1052 and 1074) that would facilitate implementation of the National Defense Strategy (NDS) by requiring the Department of Defense to review its operational concepts and plans regarding strategic competitors on matters identified in the NDS.

The Senate recedes with an amendment that would require two independent studies, to be performed by a federally funded research and development center and an independent, non-governmental institute, on the development of joint operational concepts within the Department of Defense.

The conferees note the pivotal importance of NDS implementation to national security and strongly encourage the Department of Defense to continue to construct and validate new joint operational concepts to accomplish the objective of deterring and, if necessary, defeating strategic competitors.

*Actions to increase analytic support (sec. 1709)*

The House amendment contained a provision (sec. 1053) that would require the Department to provide an assessment of the decision support capacity, specifically the analytic expertise resident within the Department, to link National Defense Strategy (NDS) objectives to innovative approaches to meet future challenges.

The Senate bill contained a provision (sec. 1052) that would require a report from the Department of Defense on the plan and processes the Department is setting forth to provide analytic support to senior leaders for force planning, as it relates to implementing the NDS.

The Senate recedes with a clarifying amendment.

The conferees note the fundamental importance of underlying analytic capability to the effective implementation of the NDS as well as to making fully-informed and timely decisions regarding national security.

*Inclusion of certain individuals investigated by Inspectors General in the semiannual report (sec. 1710)*

The House amendment contained a provision (sec. 1064) that would require the Office of the Inspector General of the Department of Defense to include in its quarterly reports, the already-public names of senor officials who commit misconduct.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify section 5(a)(19) of the Inspector General Act of 1978 (Public Law 95-452), to require an Inspector General to include in semiannual reports, a report on each investigation conducted by the Office involving a senior Government employee against whom allegations of misconduct were substantiated, including the name of the senior government official (as that term is defined by the department or agency), if already made public, together with: (1) The facts and circumstances of the investigation; and (2) The status and disposition of the matter, including if it was referred to the Department of Justice and that department's action on the referral.

*Annual report on Joint Military Information Support Operations Web Operations Center (sec. 1711)*

The House amendment contained a provision (sec. 1065) that would require the Commander of U.S. Special Operations Command to provide an annual report to the congressional defense committees not later than March 1 of each year on the Joint Military Information Support Operations Web Operations Center.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Mobility capability requirements study (sec. 1712)*

The House amendment contained a provision (sec. 1066) that would require the Assistant Secretary of Defense for Special Operations/Low-Intensity Conflict and the Commander, U.S. Transportation Command, to submit a report and a briefing to the House Committee on Armed Services by January 1, 2021, with an interim update by June 1, 2020, assessing the operational risk for meeting the mobility requirements of the geographic combatant commanders.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Assessment of special operations force structure (sec. 1713)*

The House amendment contained a provision (sec. 1067) that would require the Secretary of Defense not later than 30 days after the date of enactment of this Act to enter into an agreement with a federally funded research and development center for the conduct of an independent assessment of the force structure and roles and responsibilities of special operations forces.

The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Army aviation strategic plan and modernization roadmap (sec. 1714)*

The House amendment contained a provision (sec. 1068) that would require the Secretary of the Army to develop a comprehensive strategic plan for Army aviation and to provide a report to Congress containing the required comprehensive strategic plan and an analysis of sustainment and modernization decisions to meet such plan.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Report on ground based long-range artillery to counter land and maritime threats (sec. 1715)*

The House amendment contained a provision (sec. 1069) that would require the Secretary of Defense to provide a report to the Committees on Armed Services of the Senate and House of Representatives on the efforts of the Army and Marine Corps to develop and deploy ground-based long-range rocket and cannon artillery to counter land and maritime threats.
The Senate bill contained no similar provision.
The Senate recedes with a technical amendment.

*Independent review of transportation working-capital fund (sec. 1716)*

The House amendment contained a provision (sec. 1070) that would require the Secretary of Defense, in coordination with the Secretaries of the military departments, to contract with an independent federally funded research and development center to conduct a review of the Transportation Working Capital Fund of the U.S. Transportation Command.
The Senate bill contained no similar provision.
The Senate recedes.

*Geographic command risk assessment of proposed use of certain aircraft capabilities (sec. 1717)*

The House amendment contained a provision (sec. 1071) that would require selected commanders of geographic combatant commands to provide a report to the congressional defense committees not later than March 31, 2020, that assesses the level of operational risk posed by the plans of the Department

of the Air Force and the Department of the Navy to provide a mix of fifth generation and advanced fourth generation tactical aircraft capabilities to meet each commanders' contingency and steady-state operational requirements.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Report on the backlog of personnel security clearance adjudications (sec. 1718)*

The House amendment contained a provision (sec. 1076) that would require the Suitability Executive Agent to submit a report to Congress on the backlog of personnel security clearance adjudications.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Security Executive Agent, in coordination with members of the Performance Accountability Council, to submit a report to Congress on the backlog of personnel security clearance adjudications conducted by all Government agencies that adjudicate decisions for security clearances.

*Report regarding outstanding Government Accountability Office recommendations (sec. 1719)*

The House amendment contained a provision (sec. 1080C) that would direct the Secretary of Defense to report to Congress on the priority recommendations of the Comptroller General of the United States regarding matters of the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to report on priority recommendations that have not yet been implemented due to funding limitations and the estimated costs associated with implementing such recommendations.

*Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents (sec. 1720)*

The Senate bill contained a provision (sec. 6010) that would require, not later than September 30, 2020, the Chief of the National Guard Bureau, in consultation with the Commander of United States Northern Command (NORTHCOM), to provide a report that assesses National Guard and NORTHCOM resources and readiness.

The House amendment contained an identical provision (sec. 520C).

The conference agreement includes this provision.

*Assessment of standards, processes, procedures, and policy relating to civilian casualties (sec. 1721)*

The House amendment contained a provision (sec. 1087) that would require the Secretary of Defense to enter into an agreement with a federally funded research and development center for conduct of an independent assessment of the sufficiency of Department of Defense standards, processes, procedures, and policy relating to civilian casualties resulting from United States military operations.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

When conducting the assessment required by this provision, the conferees encourage the selected federally funded research and development center to consider whether and how pre-strike Collateral Damage Estimates are factored in to post-strike analysis and investigations. The conferees also commend the Department for their ongoing efforts to engage and consider the views of non-governmental organizations on issues surrounding civilian casualties and potential methods to mitigate such events, and encourage this necessary engagement to continue as the results of this assessment are considered and incorporated into Department of Defense policy.

*Report on transfers of equipment to prohibited entities (sec. 1722)*

The House amendment contained a provision (sec.1061) that would amend chapter 16 of title 10, United States Code, to require an annual report on transfers of equipment to prohibited entities. The provision would also require the Secretary of Defense not later than March 1, 2020 to submit a report to specified congressional committees on the transfer of defense articles during the period beginning on January 1, 2015 and ending on the date of enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require not later than March 1, 2021 and each subsequent year through 2025, the Secretary of Defense, in coordination with the Secretary of State, to submit a report to specified congressional committees on transfers of equipment to prohibited entities.

*Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities (sec. 1723)*

The House amendment contained a provision (sec. 1072) that would require an annual report to congress not later than May 1 of each year on the number of strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Director of National Intelligence and the Secretary of Defense to jointly submit to congress an annual report not later than May 1, 2020 and for two years thereafter on the number of strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.

*Review and assessment of mitigation of military helicopter noise (sec. 1724)*

The House amendment contained a provision (sec. 1096) that would require the Secretary of Defense to develop a noise inquiry website to assist in directing mitigation efforts.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense to conduct a study on the causes and effects of military helicopter noise on the National Capital Region.

## SUBTITLE B—OTHER MATTERS

*Technical, conforming, and clerical amendments (sec. 1731)*

The House amendment contained a provision (sec. 1081) that would make a number of technical, conforming, and clerical amendments of a non-substantive nature to existing law.

The Senate bill contained no similar provision.

The Senate recedes with technical amendments.

*Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification (sec. 1732)*

The Senate Bill contained a provision (sec. 6511) that would amend section 113 of title 10, United States Code, to require the Secretary of Defense to provide written notification to the Chair of the Council of Inspectors General on Integrity and Efficiency of the commencement or designation of a military operation as an overseas contingency operation, so as to facilitate the Chair's timely designation of a Lead Inspector General for that overseas contingency operation.

The House amendment contained no similar provision.

The House recedes.

*Clarification of authority of Inspectors General for overseas contingency operations (sec. 1733)*

The Senate bill contained a provision (sec. 6512) that would amend section 8L(d)(2) of the Inspector General Act of 1978 (5 U.S.C. App), to enhance cooperation among Inspectors General and encourage comprehensive oversight of any contingency operation. The provision provides that upon request by the Inspector General with principal jurisdiction over a matter with respect to a contingency operation, and with the approval of the lead Inspector General, an Inspector General specified in the Act may provide investigative support or conduct an independent investigation of any allegation of criminal activity by any United States person or agent in the applicable theater of operations.

In the case of a determination by the lead Inspector General that no Inspector General has principal jurisdiction over a matter with respect to a contingency operation, the lead Inspector General may conduct an independent investigation of such criminal allegations, or request that an Inspector General specified in the Act do so.

Finally, the provision clarifies that any Inspector General responsible for conducting oversight of any program or operation performed in support of a contingency operation may coordinate such activities with, and provide information requested by the lead Inspector General.

The House amendment contained no similar provision.

The House recedes.

*Employment status of annuitants for Inspectors General for overseas contingency operations (sec. 1734)*

The Senate bill contained a provision (sec. 6513) that would amend section 8L(d) of the Inspector General Act of 1978 (5 U.S.C. App.) to permit an annuitant receiving an annuity under the Foreign Service Retirement and Disability System or

the Foreign Service Pension System to continue to receive a foreign service annuity while reemployed by an Inspector General for an overseas contingency operation.

Further, the provision establishes that upon completion of 2 years of continuous service in the employ of a lead Inspector General for an overseas contingency operation, an employee acquires competitive status for appointment to any position in the competitive service for which he or she possesses the requisite qualifications. This enhanced appointment authority will sunset as to persons first employed by a lead Inspector General for an overseas contingency operation more than 2 years after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Extension of National Security Commission on Artificial Intelligence (sec. 1735)*

The Senate bill contained a provision (sec. 1042) that would delay the termination of the National Security Commission on Artificial Intelligence to March 1, 2021, and amend the due dates of the Commission’s reports.

The House amendment contained a provision (sec. 1083) that would delay the termination of the National Security Commission on Artificial Intelligence to March 1, 2021, and amend the due date of the Commission’s first report.

The House recedes with an amendment that would modify the termination date and add an authority to accept gifts.

The conferees are pleased that the National Security Commission on Artificial Intelligence has begun executing its critical mandate with resolve and purpose. The original intent of the conferees was to create a Commission with limited duration and minimal staffing and with status as an independent entity. The conferees acknowledge the President of the United States’ signing statement of August 13, 2018, that the Commission will be treated as an independent entity, separate from the executive branch due to its legislative branch appointees and the necessity to uphold the separation of powers. The conferees direct the Secretary of Defense to provide appropriate resources to enable the Commission to process and support security classification and administrative related issues as well as comply with other legal requirements.

*Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense (sec. 1736)*

The Senate bill contained a provision (sec. 6004) that would amend section 101(10A) of title 11, United States Code, by exempting payments provided by the Department of Veterans Affairs and the Department of Defense in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services from being included in bankruptcy calculations.

The House amendment contained an identical provision (sec. 1099K).

The conference agreement includes this provision.

*Extension of postage stamp for breast cancer research (sec. 1737)*

The House amendment contained a provision (sec. 1085) that would amend section 414(h) of title 39, United States Code, by extending the postage stamp for breast cancer research to 2027.

The Senate bill contained no similar provision.

The Senate recedes.

*National Commission on Military Aviation Safety (sec. 1738)*

The Senate bill contained a provision (sec. 1085) that would extend the reporting date for the National Commission on Aviation Safety from March 1, 2020, until December 1, 2020.  It would also authorize an additional $3.0 million for the Commission to conduct its work.

The House amendment included a similar provision (sec. 1084) that would extend the reporting date and provide an additional authorization of $3.0 million.

In addition, the House provision would require a report from the Secretary of Defense within 120 days after the Commission submits its report that would include: (1) an assessment of the findings and conclusions of the Commission; (2) the plan of the Secretaries for implementing the recommendations of the Commission; and (3) any other actions taken or planned by the Secretary of Defense or the Secretary of any of the military departments to improve military aviation safety.

The Senate recedes.

The conferees understand that the Commission is relying heavily on the services' safety centers for data, which is appropriate. However, the conferees also understand that the Commission may be intending to rely solely on the safety centers for analysis of that data.  The conferees believe it is important for the Commission to conduct its own independent

analysis of the data in order to develop its own set of conclusions and recommendations.

*Guarantee of residency for spouses of members of uniformed services (sec. 1739)*

The Senate bill contained a provision (sec. 1083) that would amend title VI of the Servicemembers Civil Relief Act (50 U.S.C. 4021 et seq.) to allow a spouse of a servicemember to elect the same residence as the servicemember for any purpose regardless of the date on which the marriage occurred.

The House amendment contained no similar provision.

The House recedes with an amendment that would allow a spouse of a servicemember to elect the same residence as the servicemember for any purpose, to include the registration of a business, regardless of the date on which the marriage occurred.

*Electromagnetic pulses and geomagnetic disturbances (sec. 1740)*

The Senate bill contained a provision (sec. 6006) that would make a series of modifications to section 320 of the Homeland Security Act of 2002 (6 U.S.C. 195f), to improve preparedness for and resilience to the effects of electromagnetic pulses and geomagnetic disturbances. The provision would also require the Secretary of Homeland Security, in coordination with other relevant agency officials, to submit several reports to the appropriate congressional committees.

The House amendment contained no similar provision.

The House recedes with a series of technical and clarifying amendments.

*Improvements to Manufacturing USA Program (sec. 1741)*

The Senate bill contained a provision (sec. 6008) that would amend section 34 of the National Institute of Standards and Technology Act (15 U.S.C. 278s) to provide various improvements in the Manufacturing USA program, including eliminating funding limits for high performing institutes, adding new networks in innovate sectors such as advanced sensors, increasing interagency collaboration, and facilitating the development of standards-based certifications.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

The conferees note the importance of the Hollings Manufacturing Extension Partnership Program in providing education, guidance, and technical assistance to strengthen the cybersecurity of small- and medium-sized manufacturers that

provide goods or services in the supply chain for the Department of Defense and encourage the Secretary of Defense to continue work with this program to strengthen the industrial base.

*Regional innovation program (sec. 1742)*

The Senate bill contained a provision (sec. 6009) that would amend section 3722 of title 15, United States Code, to revise the regional innovation program, including replacing regional innovation clusters with regional innovation initiatives and authorizing the Secretary of Commerce to use up to $50.0 million of appropriated funds to carry out the program in each of the fiscal years 2020 through 2024.
The House amendment contained no similar provision.
The House recedes with clarifying amendments.

*Aviation workforce development (sec. 1743)*

The Senate bill contained a provision (sec. 6019) that would amend Section 625(c)(1) of the FAA Reauthorization Act of 2018 (P.L. 115-254).
The House amendment contained no similar provision.
The House recedes.

*Oversight of Department of Defense execute orders (sec. 1744)*

The Senate bill contained a provision (sec. 1033) that would require the Secretary of Defense, except in extraordinary circumstances, to provide the congressional defense committees with an execute order approved by the Secretary of Defense or a combatant commander for review within 30 days of receiving a written request from the Chairman or Ranking Member of any such committee.
The House amendment contained a provision (sec. 1082) that would add a new section in chapter 2 of title 10, United States Code, requiring the Secretary of Defense to provide to the Chairman and Ranking Member of each of the congressional defense committees, and their designated staff with the appropriate security clearance, copies of each execute order issued by the Secretary or by a commander of a combatant command before the date of the enactment of this Act, and within 30 days of issuing an execute order after the date of the enactment of this Act.
The House recedes with an amendment that would require the Secretary of Defense, except in extraordinary circumstances, to provide to the congressional defense committees an execute order that has been approved by the Secretary of Defense or a combatant commander for review and a detailed briefing on the

requested execute order within 30 days of receiving written
request from the Chairman or Ranking Member of any such
committee. The provision would also require that, not later than
30 days after the date on which the budget of the President is
submitted to Congress under section 1105(a) of title 31, United
States Code, and every 90 days thereafter, the Secretary of
Defense submit to the congressional defense committees a
comprehensive report identifying and summarizing all execute
orders approved by the Secretary or the commander of a combatant
command in effect for the Department of Defense as of the date
of the report.

*Processes and procedures for notifications regarding special
operations forces (sec. 1745)*

        The House amendment contained a provision (sec. 1086) that
would mandate the Secretary of Defense establish and submit
processes and procedures for providing notifications to the
congressional defense committees regarding members of special
operations forces. This section would also mandate that the
processes and procedures include clarification of the roles and
responsibilities of the Secretaries of the military departments,
the Assistance Secretary of Defense for Special Operations and
Low Intensity Conflict, and the Commander of U.S. Special
Operations Command in providing such notifications to Congress.
        The Senate bill contained no similar provision.
        The Senate recedes.

*Securing American science and technology (sec. 1746)*

        The House amendment contained a provision (sec. 1089) that
would establish an interagency working group to coordinate
activities for the protection of federally funded research and
development from foreign interference while accounting for an
exchange of ideas and for the international talent required for
scientific progress and American leadership in science.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would: (1)
Modify the membership of the working group; (2) Modify the
responsibilities of the working group; (3) Require the Director
of the Office of Science and Technology Policy to develop and
issue policy guidance; and (4) Establish a roundtable sunset.

*Standardized policy guidance for calculating aircraft operation
and sustainment costs (sec. 1747)*

The House amendment contained a provision (sec. 1090) that would require the Under Secretary of Defense for Acquisition and Sustainment to develop and implement standardized policy guidance for calculating aircraft operation and sustainment costs for the Department of Defense.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the standardized policy guidance to include a calculation of the average annual operational and sustainment cost per aircraft and other cost metrics as considered appropriate by the Under Secretary.

*Special Federal Aviation Regulation Working Group (sec. 1748)*

The House amendment contained a provision (sec. 1091) that would require the Secretary of Defense, the Secretary of Transportation, and the Secretary of State to establish a Special Federal Aviation Regulation interagency working group to review the current options for the Department of Defense to use contracted U.S. civil aviation to provide support for Department of Defense missions in areas where a Federal Aviation Administration Special Federal Aviation Regulation is in effect.

The Senate bill contained no similar provision.

The Senate recedes.

*Prohibition on names related to the Confederacy (sec. 1749)*

The House amendment contained a provision (sec. 1092) that would prohibit the Secretary of Defense from naming any asset that refers to, or include a term referring to, the Confederate States of America.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would explicitly state that nothing in this provision may be construed as requiring the Secretary concerned to initiate a review of previously named assets.

*Support for National Maritime Heritage Grants program (sec. 1750)*

The House amendment contained a provision (sec. 1099F) that would allow the Secretary of Defense to contribute up to $5.0 million to provide support for the National Maritime Heritage Grants program under section 308703 of title 54, United States Code.

The Senate bill contained no similar provision.

The Senate recedes.

*Support for world language advancement and readiness (sec. 1751)*

The House amendment contained a provision (sec. 1099N) that would authorize the Secretary of Defense to make grants to eligible entities to carry out innovative model programs providing for the establishment, improvement, or expansion of world language study for elementary school and secondary schools.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would authorize the Secretary of Defense to provide support to eligible entities for the establishment, improvement, or expansion of world language study for elementary school and secondary school students.

*Designation of Department of Defense strategic Arctic ports (sec. 1752)*

The Senate bill contained a provision (sec. 1041) that would require the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, to submit a report to the congressional defense committees evaluating potential sites for one or more strategic ports in the Arctic region. The provision would also require the Secretary of Defense to designate one or more ports as Department of Defense Strategic Arctic Ports not later than 90 days after the submission of the report.

The House amendment contained a similar provision (sec. 1099T) that would require the same report outlined in the Senate bill, and based on that report the Secretary of Defense may designate one or more ports as Department of Defense Strategic Arctic Ports not later than 90 days after the submission of the report.

The Senate recedes.

*Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure (sec. 1753)*

The House amendment contained a provision (sec. 1099Y) that would require the Comptroller General of the United States to conduct a report with cost analyses on options for reducing the nuclear security enterprise, options for reductions in

services contracts, options for rebalancing force structure and the force mix between active and reserve components, options for reducing or realigning overseas military presence, options for the use of pre-award audits, and options for replacing military personnel with civilian employees.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Defense enter into contracts with two federally funded research centers to conduct independent reviews of alternative defense postures that achieve U.S national security objectives and could produce cost savings. These reviews will examine alternative nuclear deterrence postures with increased and decreased force posture levels, changes to conventional force structure and posture, alterations to the mix of military and civilian workforces, and options for reducing services contracts. The amendment also requires a briefing by the Comptroller General of the United States on open recommendations for cost savings at the Department of Defense.

*Comprehensive Department of Defense policy on collective self-defense (sec. 1754)*

The Senate bill contained a provision (sec. 1032) that would require the Secretary of Defense to prescribe a comprehensive written policy for the Department of Defense on the issuance of authorization of, and the provision by members and units of the United States Armed Forces of, collective self-defense to designated foreign nationals, their facilities, and their property.

The House amendment contained no similar provision.

The House recedes.

*Policy regarding the transition of data and applications to the cloud (sec. 1755)*

The Senate bill contained a provision (sec. 1035) that would require the Chief Information and Chief Data Officers of the Department of Defense to develop and implement a policy relating to the transition of data and applications to the cloud under the Department's cloud strategy.

The House amendment contained no similar provision.

The House recedes.

*Integrated public alert and warning system (sec. 1756)*

The Senate bill contained a provision (sec. 6012) that would require the Administrator of the Federal Emergency

Management Agency to develop minimum requirements for State, Tribal, and local governments to participate in the public alert and warning system.

The House amendment contained no similar provision.

The House recedes with an amendment to clarify the definition of "appropriate congressional committees" and to include a false alert reporting requirement.

*Improving quality of information in background investigation request packages (sec. 1757)*

The Senate bill contained a provision (sec.6014) that would require, not later than 180 days after the date of the enactment of this Act, the Director of the Defense Counterintelligence and Security Agency, in consultation with the Security, Suitability, and Credentialing Performance Accountability Council, submit a report on metrics and best practices in the background investigation process. The provision would also require, not later than 270 days after the date of the enactment of this Act, and annually thereafter, the Security, Suitability, and Credentialing Performance Accountability Council to report on performance against the metrics and return rates identified in the provision. The provision would also require the subsequent identification of agencies in need of improvement and plans to improve performance.

The House amendment contained no similar provision.

The House recedes.

*Parole in place for members of the Armed Forces and certain military dependents (sec. 1758)*

The House amendment contained a provision (sec. 1099C) that would establish the eligibility of a non-citizen member of the Armed Forces, as well as that servicemember's spouse, widow, widower, parent, son, or daughter, for "parole in place" under section 212(d)(5) of the Immigration and Nationality Act. Further, the provision would express the sense of Congress as to the value of family unity in promoting the readiness and mission accomplishment in the Armed Forces, and reaffirm the parole in place authority of the Secretary of Homeland Security.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require the Secretary of Homeland Security to consider, on a case-by-case basis, whether granting the request of a member of the Armed Forces for parole in place would enable military family unity that would constitute a significant public benefit. The

Secretary of Homeland Security would apply like consideration to parole in place requests from the spouse, son, daughter, or parent of a member of the Armed Forces, and from the widow, son, daughter, or parent of a member of the Armed Forces who is deceased.  Further, the amendment sets forth the sense of Congress that:  (1) parole in place reinforces the objective of military family unity; (2) except as required in furtherance of the missions of the Armed Forces, disruption to military family unity should be minimized in order to enhance military readiness; and (3) the importance of the parole in place authority of the Secretary of Homeland Security is reaffirmed.

*Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense (sec. 1759)*

        The House amendment contained a provision (sec. 1098) that would require that not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, the Secretary of State, and the Director of the Central Intelligence Agency each shall submit to the appropriate congressional committees, a report detailing progress made by the Secretary or the Director, as the case may be, toward reducing the backlog in legally required historical declassification obligations.
        The Senate bill contained no similar provision.
        The Senate recedes with an amendment that would scope the requirement such that only the Secretary of Defense need submit a report, and that the Secretary's report would be submitted only to the Committees on Armed Services of the Senate and the House of Representatives.

*Military type certification for light attack experimentation aircraft (sec. 1760)*

        The House amendment contained a provision (sec. 1095) that would require the Secretary of the Air Force to make available and conduct military type certifications for light attack aircraft participating in the experiment as needed.
        The Senate bill contained a similar provision (sec. 146) that would require the Secretary of the Air Force to conduct a Military Type Certification for AT-6 and A-29 Light Attack Experimentation Aircraft.
        The Senate recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Short title*

The House amendment contained provisions (sec. 1051) that would establish that this subtitle may be cited as "the National Defense Strategy Implementation Act."

The Senate bill contained no similar provision.

The House recedes.

*Definitions*

The House amendment contained a provision (sec. 1054) that would define the terms "operational challenges" and "strategic competitors" for the purposes of this subtitle.

The Senate bill contained no similar provision.

The House recedes.

*No Force and Effect*

The Senate bill contained two provisions (secs. 5546 and 5585) that would provide respectively that: (1) Part III of subtitle D of title V of the bill, and the amendments made by that part, would have no force and effect; and (2) Section 585 of the bill would have no force and effect.

The House amendment contained no similar provisions.

The Senate recedes.

# DIVISION B—MILITARY CONSTRUCTION AUTHORIZATIONS

*Summary and explanation of funding tables*

Division B of this Act authorizes funding for military construction projects of the Department of Defense. It includes funding authorizations for the construction and operation of military family housing as well as military construction for the reserve components, the defense agencies, and the North Atlantic Treaty Organization Security Investment Program. It also provides authorization for the base closure accounts that fund military construction, environmental cleanup, and other activities required to implement the decisions in base closure rounds. The tables contained in this Act provide the project-level authorizations for the military construction funding authorized in Division B of this Act and summarize that funding by account.

The conferees continue to believe in the value and appropriateness of providing a full authorization but incremental authorization of appropriations for certain military construction projects. The conferees believe incremental funding of large and complex military construction projects enables the Department to execute additional infrastructure projects in a fiscal year, enables continuous congressional oversight, and provides opportunities to adjust the authorization of appropriations level for projects should issues arise or requirements change over the course of construction. In instances where the conference agreement provides full authorization but incremental authorization of appropriations for certain military construction projects, the committee expects the Department to award these projects in the year of authorization and not defer award until the full appropriation amount is received.

*Short title (sec. 2001)*

The Senate bill contained a provision (sec. 2001) that would designate division B of this Act as the ''Military Construction Authorization Act for Fiscal Year 2020.''

The House amendment contained an identical provision (sec. 2001).

The conference agreement includes this provision.

*Expiration of authorizations and amounts required to be specified by law (sec. 2002)*

The Senate bill contained a provision (sec. 2002) that would establish the expiration date for authorizations in this Act for military construction projects, land acquisition, family housing projects, and contributions to the North Atlantic Treaty Organization Security Investment Program as of October 1, 2024, or the date of the enactment of an act authorizing funds for military construction for fiscal year 2025, whichever is later.

The House amendment contained a similar provision (sec. 2002).

The House recedes.

*Effective date (sec. 2003)*

The Senate bill contained a provision (sec. 2003) that would provide an effective date for titles XXI through XXVII and title XXIX of October 1, 2019, or the date of the enactment of this Act, whichever is later.

The House amendment contained a similar provision (sec. 2003).

The House recedes.

# TITLE XXI—ARMY MILITARY CONSTRUCTION

*Summary*

The budget request included $1,453,499,000 for Army military construction and $499,279,000 for family housing for fiscal year 2020. The conference agreement includes authorization of appropriations of $1,270,999,000 for military construction and $604,012,000 for family housing for the Army in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 3 military construction projects that were not included in the budget request but submitted to the congressional defense committees as part of the Army's unfunded requirements list. These projects include: $40.0 million for an Air Traffic Control Tower and Terminal at Kwajalein Atoll; $21.0 million for a Railhead at Fort Drum, New York; and $18.5 million for a Vehicle Bridge at Fort Hood, Texas.

The agreement also includes authorization and authorization of appropriations of $27.0 million for the Secretary of the Army to carry out Child Development Center projects, with prior notification to the congressional defense committees. The conferees recommend the Secretary use this authority to alleviate issues with the condition and capacity of Child Development Centers in support of military families.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: Cyber Instruction Facility (Admin/Command) at Fort Gordon, Georgia; and the General Instruction Building at Carlisle Barracks, Pennsylvania.

The agreement provides an additional $5,000,000 for Family Housing, Construction Army Planning and Design for the housing pilot program mandated in this Act.

Finally, the conferees note that the budget request included $211.0 million in Army military construction as a placeholder to support the Army, Navy, Marine Corps, and Air Force response to the challenges facing the management and oversight of Military Housing Privatization Initiative developments. The conferees support additional resources to hire additional civilian personnel at the headquarters and installation level to improve the management and oversight of

MHPI developments. The conferees also support applying additional resources towards improved maintenance of government-owned and operated housing units. However, the conferees believe these resources should be directed to the appropriate military departments' family housing accounts. Therefore, the agreement recommends a reduction of $211.0 million from the placeholder, but an increase of $54.7 million for Army Family Housing Maintenance and $45.0 million for Army Housing Privatization Support.

*Authorized Army construction and land acquisition projects (sec. 2101)*

The Senate bill contained a provision (sec. 2101) that would authorize military construction projects for the active component of the Army for fiscal year 2020. The authorized amount is listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2101) that would also require the Secretary of Defense to provide a study of near-term facility alternatives to house high value detainees current detained at Naval Station Guantanamo Bay, Cuba.

The Senate recedes with a technical amendment.


*Family housing (sec. 2102)*

The Senate bill contained a provision (sec. 2102) that would authorize new construction, planning, and design of family housing units for the Army for fiscal year 2020. This provision would also authorize funds for facilities that support family housing, including housing management offices, housing maintenance, and storage facilities.

The House amendment contained a similar provision (sec. 2102).

The Senate recedes.

*Authorization of appropriations, Army (sec. 2103)*

The Senate bill contained a provision (sec. 2103) that would authorize appropriations for the active component military construction and family housing projects of the Army authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the active component of the Army. The state list contained in this report

is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2103).

The conference agreement includes this provision.

*Modification of authority to carry out certain fiscal year 2019 projects (sec. 2104)*

The Senate bill contained a provision (sec. 2104) that would modify the authorization contained in section 2101(a) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115-232) for the construction of a weapon maintenance shop at Anniston Army Depot, Alabama.

The House bill contained a similar provision (sec. 2104).

The Senate recedes.

## TITLE XXII—NAVY MILITARY CONSTRUCTION

*Summary*

The budget request included $2,805,743,000 for Navy and Marine Corps military construction and $365,531,000 for family housing for fiscal year 2020. The conference agreement includes authorization of appropriations of $2,774,961,000 for military construction and $479,864,000 for family housing for the Navy and Marine Corps in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 13 military construction projects that were not included in the budget request but submitted to the congressional defense committees as part of the United States Indo-Pacific Command, Navy, and Marine Corps' unfunded requirements list. These projects include: $99.6 million for a Bachelor Enlisted Quarters at Yuma, Arizona; $79.0 million for an Aircraft Paint Complex at Coronado, California; $74.6 million for a Machinery Control Development Center at Philadelphia, Pennsylvania; $60.0 million for a MH-60 & CMV-22B Corrosion Control and Paint Facility at Norfolk, Virginia; $59.0 million for NMC Ordnance Facilities Recapitalization, Phase 1 at Yorktown, Virginia; $50.0 million for the first increment of an Aircraft Parking Apron at Darwin, Australia; $48.0 million for the Seawolf Service Pier Cost-to-Complete at Kitsap, Washington; $37.4 million for a Child Development Center at Miramar, California; $37.2 million for Range Improvements & Modernization Phase 3 at Parris Island, South Carolina; $28.0 million for a Missile Magazine at Seal Beach, California; $18.7 million for a Police Station and EOC Facility at Blount Island, Florida; $15.0

million for an Air Traffic Control Tower at Saint Inigoes, Maryland; and $9.9 million for a PMO Facility Repair at San Diego, California.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: I MEF Consolidated Information Center at Camp Pendleton, California; Ammunition Pier at Seal Beach, California; Master Time Clocks & Operations Facility at the Naval Observatory in the District of Columbia; Bachelor Enlisted Quarters at Joint Region Marianas, Guam; Bachelor Enlisted Quarters at Kaneohe Bay, Hawaii; Pier 5 (Berths 2 and 3) at Yokosuka, Japan; II MEF Operations Center Replacement at Camp Lejeune, North Carolina; and Wargaming Center at Quantico, Virginia.

The agreement also includes authorization and authorization of appropriations of $62.4 million for the Secretary of the Navy to carry out Child Development Center projects at Navy and Marine Corps installations, with prior notification to the congressional defense committees. The conferees recommend the Secretary use this authority to alleviate issues with the condition and capacity of Child Development Centers in support of military families.

The agreement includes an increase of $54.7 million for Navy and Marine Corps Family Housing Maintenance and $59.6 million for Navy and Marine Corps Housing Privatization Support. The conferees support using these additional resources to hire additional civilian personnel at the headquarters and installation level to improve the management and oversight of MHPI developments towards improved maintenance of government-owned and operated housing units.

Finally, the agreement transfers the following two military construction projects from the base budget request to Title XXIX, Overseas Contingency Operations Military Construction: $53.3 million for Electrical System Upgrades in Bahrain and $77.4 million for a Communication Station at Sigonella, Italy.

*Authorized Navy construction and land acquisition projects (sec. 2201)*

The Senate bill contained a provision (sec. 2201) that would authorize Navy and Marine Corps military construction projects for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2201).

The Senate recedes with a technical amendment.

*Family housing (sec. 2202)*

The Senate bill contained a provision (sec. 2202) that would authorize new construction, planning, and design of family housing units for the Navy for fiscal year 2020. This provision would also authorize funds for facilities that support family housing, including housing management offices, housing maintenance, and storage facilities.

The House amendment contained an identical provision (sec. 2202).

The conference agreement includes this provision.

*Improvements to military family housing units (sec. 2203)*

The Senate bill contained a provision (sec. 2203) that would authorize the Secretary of the Navy to improve existing family housing units of the Department of the Navy in an amount not to exceed $41.8 million.

The House amendment contained a similar provision (sec. 2203).

The Senate recedes.

*Authorization of appropriations, Navy (sec. 2204)*

The Senate bill contained a provision (sec. 2204) that would authorize appropriations for the active component military construction and family housing projects of the Department of the Navy authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the active components of the Navy and the Marine Corps. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2204).

The conference agreement includes this provision.

Modification of authority to carry out certain fiscal year 2017 project (sec. 2205)

The House amendment contained a provision (sec. 2205) that would modify the authority provided by section 2201 of the Military Construction Authorization Act for Fiscal Year 2017 (division B of Public Law 114-328) and authorize the Secretary

of the Navy to make certain modifications to the authorized cost of a previously authorized construction project.

The Senate bill contained no similar provision.

The Senate recedes.

# TITLE XXIII—AIR FORCE MILITARY CONSTRUCTION

*Summary*

The budget request included $2,179,230,000 for Air Force military construction and $398,647,000 for family housing for fiscal year 2020. The conference agreement includes authorization of appropriations of $1723,579,000 for military construction and $484,580,000 for family housing for the Air Force in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 10 military construction projects that were not included in the budget request but submitted to the congressional defense committees as part of the Air Force's unfunded requirements list. These projects include: $7.0 million for Dormitory Cost-to-Complete at Little Rock Air Force Base, Arkansas; $17.0 million for ADAL Aerial Port Squadron Materiel Warehouse at Travis Air Force Base, California; $49.0 for Consolidate Cadet Prep School Dormitory at the United States Air Force Academy, Colorado; $54.0 million for SOCNORTH Theater Operational Support Facility at Peterson Air Force Base, Colorado; $12.5 million for 41 RQS HH-60W Apron at Moody Air Force Base, Georgia; $27.0 million for Consolidated Vehicle Ops and MX Facility at Whiteman Air Force Base, Missouri; $20.0 million for NC3 Support WRM Storage/Shipping Facility at Holloman Air Force Base, New Mexico; $3.1 million for F-35 Munitions Maintenance Facilities Cost-to-Complete at Nellis Air Force Base, Nevada; $36.0 million for AFPC B-Wing at Joint Base San Antonio, Texas; and $4.8 million for SERE Pipeline Dormitory Cost-to-Complete at Fairchild Air Force Base, Washington.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: Consolidated Space Operations Facility at Schriever Air Force Base, Colorado; MIT-Lincoln Lab (West Lab CSL/MIF) Increment 2 at Hanscom Air Force Base, Massachusetts; Fuel Tanks w/ Pipeline/Hydrant System at Tinian, Commonwealth of the Northern Mariana Islands; Airfield Development Phase 1 at Tinian, Commonwealth of the Northern Mariana Islands; Parking Apron at Tinian, Commonwealth of the Northern Mariana Islands; Weapons Storage and Maintenance Facility at Malmstrom Air Force Base,

Montana; and GBSD Mission Integration Facility at Hill Air Force Base, Utah.

The agreement also includes authorization and authorization of appropriations of $31.5 million for the Secretary of the Air Force to carry out Child Development Center projects at Air Force installations, with prior notification to the congressional defense committees. The conferees recommend the Secretary use this authority to alleviate issues with the condition and capacity of Child Development Centers in support of military families.

The agreement includes an increase of $54.7 million for Air Force Family Housing Maintenance and $31.2 million for Air Force Housing Privatization Support. The conferees support using these additional resources to hire additional civilian personnel at the headquarters and installation level to improve the management and oversight of MHPI developments towards improved maintenance of government-owned and operated housing units.

Finally, the agreement transfers the following two military construction projects from the base budget request to Title XXIX, Overseas Contingency Operations Military Construction: $42.0 million Munitions Storage Area at Azraq, Jordan and $24.0 million for an Air Traffic Control Tower at Azraq, Jordan.

*Authorized Air Force construction and land acquisition projects (sec. 2301)*

The Senate bill contained a provision (sec. 2301) would authorize Air Force military construction projects for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2301).

The Senate recedes with a technical amendment.

*Family housing (sec. 2302)*

The Senate bill contained a provision (sec. 2302) that would authorize new construction, planning, and design of family housing units for the Air Force for fiscal year 2020. The provision would also authorize funds for facilities that support family housing, including housing management offices, housing maintenance, and storage facilities.

The House amendment contained a similar provision (sec. 2302).

The House recedes.

*Improvements to military family housing units (sec. 2303)*

The Senate bill contained a provision (sec. 2303) that would authorize the Secretary of the Air Force to improve existing family housing units of the Department of the Air Force in an amount not to exceed $53.6 million.

The House amendment contained an identical provision (sec. 2303).

The conference agreement includes this provision.

*Authorization of appropriations, Air Force (sec. 2304)*

The Senate bill contained a provision (sec. 2304) that would authorize appropriations for the active component military construction and family housing projects of the Air Force authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the active component of the Air Force. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2304).

The conference agreement includes this provision.

*Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation (sec. 2305)*

The Senate bill contained a provision (sec. 2305) that would modify the authorization contained in section 2301(b) of the Military Construction Authorization Act for Fiscal Year 2015 (division B of Public Law 113-291; 128 Stat. 3679) for Royal Air Force Croughton, for Joint Intelligence Analysis Complex Consolidation Phase 1, to change the location to Royal Air Force Molesworth, United Kingdom.

The House amendment contained a similar provision (sec. 2305).

The Senate recedes.

*Modification of authority to carry out certain fiscal year 2016 project (sec. 2306)*

The Senate bill contained a provision (sec. 2306) that would modify the authorization contained in section 2301(b) of the Military Construction Authorization Act for Fiscal Year 2016 (division B of Public Law 114-92; 129 Stat. 1153) for Joint Intelligence Analysis Complex Consolidation Phase 2 at an

unspecified location in the United Kingdom, as modified by
section 2305 of the Military Construction Authorization Act for
Fiscal Year 2019 (division B of Public Law 115-232).
    The House amendment contained a similar provision (sec.
2306).
    The Senate recedes.

*Modification of authority to carry out certain fiscal year 2017
project (sec. 2307)*

    The Senate bill contained a provision (sec. 2307) that
would modify the authorization contained in section 2301(b) of
the Military Construction Authorization Act for Fiscal Year 2017
(division B of Public Law 114-328; 130 Stat. 2697) for Joint
Intelligence Analysis Complex Consolidation Phase 3 at an
unspecified location in the United Kingdom, as modified by
section 2305 of the Military Construction Authorization Act for
Fiscal Year 2019 (division B of Public Law 115-32).
    The House amendment contained a similar provision (sec.
2307).
    The Senate recedes.

*Modification of authority to carry out certain fiscal year 2018
projects (sec. 2308)*

    The Senate bill contained a provision (sec. 2308) that
would modify the authority contained in section 2301(a) of the
Military Construction Authorization Act for Fiscal Year 2018
(division B of Public Law 115-91; 131 Stat. 1826) for the
construction of a dining and classroom facility at Joint Base
San Antonio, Texas, and for the construction of an air traffic
control tower. Additionally this provision would modify the
authorization contained in section 2903 of the Military
Construction Authorization Act for Fiscal Year 2018 (division B
of Public Law 115-91; 131 Stat. 1876) for repairing and
expanding a quick reaction alert pad at Rygge, Norway.
    The House amendment contained a similar provision (sec.
2308).
    The Senate recedes with a technical amendment.

*Modification of authority to carry out certain fiscal year 2019
projects (sec. 2309)*

    The Senate bill contained a provision (sec. 2309) that
would modify the authorization contained in section 2301(a) of
the Military Construction Authorization Act for Fiscal Year 2019
(division B of Public Law 115-232) for the construction of a

semiconductor or microelectronics lab facility at Hanscom Air Force Base, Massachusetts. This provision would also modify the authorization contained in section 2301(b) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115-232) for the construction of an F-35 dormitory at Royal Air Force Lakenheath, United Kingdom.

The House amendment contained a similar provision (sec. 2309).

The Senate recedes.

# TITLE XXIV—DEFENSE AGENCIES MILITARY CONSTRUCTION

*Summary*

The budget request included $2,504,190,000 for military construction and $60,545,000 for family housing for defense agencies for fiscal year 2020. The conference agreement includes authorization of appropriations of $2,202,910,000 for military construction and $60,545,000 for family housing for defense agencies in fiscal year 2020.

The agreement includes authorization and authorization of appropriations for 12 Energy Resiliency Conservation Investment Program (ERCIP) projects that were not included in the budget request but submitted to the congressional defense committees as part of the Department's unfunded requirements list. These projects include: $8.9 million for an Energy Storage System at Naval Air Weapons Station China Lake, California; $9.7 million to Install Microgrid Controller, 75 kw PV and 750 Kwh Battery at Mountain View, California; $10.5 million for a Cogeneration Plant B236 at Monterey, California; $16.9 million for Smart Grid and ICS Infrastructure at Naval Base Guam, Guam; $4.0 million to Install 500kw Covered Parking PV System & Electric Vehicle Charging Stations B479 at Joint Base Pearl Harbor-Hickam, Hawaii; $13.8 million for Chiller 3-9 Replacement at Bethesda, Maryland; $18.4 million for IH Water Project - CBIRF/IHEODTD/Housing at South Potomac, Maryland; $5.8 million to Install Microgrid, 700kw PV, 150 Kw Generator, and Batteries at White Sands Missile Range, New Mexico; $4.5 million to Install Microgrid, 650Kw PV, & 500 Kw Generator at Camp Swift, Texas; $16.5 million to Install a Central Energy Plant at Fort Hood, Texas; $66,000 for Integration Systems Upgrades at NRO Headquarters, Virginia; and $23.6 million for Keyport Main Substation Replacement at Naval Base Kitsap, Washington.

The agreement includes authorization and authorization of appropriations for the following project that was not included

in the budget request but submitted to the congressional defense committees as part of the Department's unfunded requirements list: $66.8 million for Landstuhl Elementary School at Ramstein, Germany.

The agreement includes an authorization of appropriations for $30.0 million for Planning and Design: Military Installations Resiliency at unspecified worldwide locations. As noted elsewhere in this report, the conferees believe it is critical for the Department of Defense to appropriately account for the impacts of extreme weather and natural disasters, energy resiliency, a cyber-security threats when planning and designing infrastructure investments at military installations. Therefore, the conferees expect the Department to utilize this authorization of appropriations to conduct appropriate planning when developing resilient infrastructure masterplans and military construction projects.

The agreement provides for full authorization and incremental authorization of appropriations in an amount equal to the Department's ability to execute in the year of the authorization of appropriations for the following projects: Kinnick High School, Increment 2 at Yokosuka, Japan; Bulk Storage Tanks Phase 1 at Yokota Air Base, Japan; MEDCEN Addition/Alteration Increment 3 at Bethesda Naval Hospital, Maryland; Next NGA West (N2W) Complex, Phase 2, Increment 2 at St. Louis, Missouri; and Operations Center Phase 2, Defense Distribution Deport Richmond, Virginia.

*Authorized Defense Agencies construction and land acquisition projects (sec. 2401)*

The Senate bill contained a provision (sec. 2401) would authorize military construction projects for the Defense Agencies for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2401).

The Senate recedes with a technical amendment.

*Authorized Energy Resilience and Conservation Investment Program projects (sec. 2402)*

The Senate bill contained a provision (sec. 2402) that would authorize the Secretary of Defense to carry out energy conservation projects. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2402).

The House recedes with a technical amendment.

*Authorization of appropriations, Defense Agencies (sec. 2403)*

The Senate bill contained a provision (sec. 2403) that would authorize appropriations for the military construction and family housing projects of the Defense Agencies authorized for construction for fiscal year 2020. This provision would also provide an overall limit on the amount authorized for military construction and family housing projects for the Defense Agencies. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2403).

The conference agreement includes this provision.

# TITLE XXV—INTERNATIONAL PROGRAMS

## SUBTITLE A—NORTH ATLANTIC TREATY ORGANIZATION SECURITY INVESTMENT PROGRAM

*Summary*

The budget request included $144,040,000 for military construction in fiscal year 2020 for the North Atlantic Treaty Organization Security Investment Program. In addition, pursuant to agreement with the Republic of Korea, the budget request included a list of military construction projects to be funded as in-kind contributions by the Republic of Korea.

The conference agreement includes this amount for the North Atlantic Treaty Organization Security Investment Program projects and the authorization to accept the military construction projects funded by the Republic of Korea.

*Authorized NATO construction and land acquisition projects (sec. 2501)*

The Senate bill contained a provision (sec. 2501) that would authorize the Secretary of Defense to make contributions to the North Atlantic Treaty Organization Security Investment Program in an amount equal to the sum of the amount specifically authorized in section 2502 of this title and the amount of recoupment due to the United States for construction previously financed by the United States.

The House amendment contained an identical provision (sec. 2501).

The conference agreement includes this provision.

*Authorization of appropriations, NATO (sec. 2502)*

The Senate bill contained a provision (sec. 2502) that would authorize appropriations of $144.0 million for the U.S. contribution to the North Atlantic Treaty Organization (NATO) Security Investment Program (NSIP) for fiscal year 2020. This provision would also allow the Department of Defense construction agent to recognize the NATO project authorization amounts as budgetary resources to incur obligations when the United States is designated as the host nation for the purposes of executing a project under NSIP.

The House amendment contained an identical provision (sec. 2502).

The conference agreement includes this provision.

## SUBTITLE B—HOST COUNTRY IN-KIND CONTRIBUTIONS

*Republic of Korea funded construction projects (sec. 2511)*

The Senate bill contained a provision (sec. 2511) that would authorize the Secretary of Defense to accept four military construction projects totaling $542.2 million from the Republic of Korea as in-kind contributions.

The House amendment contained a similar provision (sec. 2511).

The Senate recedes.

# TITLE XXVI—GUARD AND RESERVE FORCES FACILITIES

*Summary*

The budget request included $552,423,000 for military construction of National Guard and Reserve facilities for fiscal year 2020. The conference agreement includes authorization of appropriations of $787,723,000 for military construction of National Guard and Reserve facilities in fiscal year 2020.

The conference includes authorization and authorization of appropriations for of 6 military construction projects that were not included in the budget request but submitted to the

congressional defense committees as part of the services unfunded requirements list. These projects include: $34.0 million for an Enlisted Transient Barracks at Anniston, Alabama; $57.0 million for Fuels/Corrosion Control Hangar and Shops at Moffett Air National Guard Base, California; $15.0 million for a AES Training Admin Facility at Joint Base Andrews, Maryland; $9.8 million for a Aerial Port Facility at Minneapolis-St. Paul IAP, Minnesota; $91.0 million for a National Guard Readiness Center at the Jamaica Armory, New York; and $30.0 million for a General Instruction Building at Jericho, Vermont.

*Authorized Army National Guard construction and land acquisition projects (sec. 2601)*

The Senate bill contained a provision (sec. 2601) that would authorize military construction projects for the Army National Guard for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2601).

The conference agreement includes this provision.

*Authorized Army Reserve construction and land acquisition projects (sec. 2602)*

The Senate bill contained a provision (sec. 2602) that would authorize military construction projects for the Army Reserve for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2602).

The conference agreement includes this provision.

*Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects (sec. 2603)*

The Senate bill contained a provision (sec. 2603) that would authorize military construction projects for the Navy Reserve and Marine Corps Reserve for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2603).

The conference agreement includes this provision.

*Authorized Air National Guard construction and land acquisition projects (sec. 2604)*

The Senate bill contained a provision (sec. 2604) that would authorize military construction projects for the Air National Guard for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2604).

The conference agreement includes this provision.

*Authorized Air Force Reserve construction and land acquisition projects (sec. 2605)*

The Senate bill contained a provision (sec. 2605) that would authorize military construction projects for the Air Force Reserve for fiscal year 2020. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2605).

The conference agreement includes this provision.

*Authorization of appropriations, National Guard and Reserve (sec. 2606)*

The Senate bill contained a provision (sec. 2606) that would authorize appropriations for the reserve component military construction projects authorized for construction for fiscal year 2020 in this Act. This provision would also provide an overall limit on the amount authorized for military construction projects for each of the reserve components of the military departments. The state list contained in this report is the binding list of the specific projects authorized at each location.

The House amendment contained an identical provision (sec. 2606).

The conference agreement includes this provision.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Review and report on construction of new, or maintenance of existing, direct fuel pipeline connections at Air National Guard and Air Force Reserve installations*

The House amendment contained a provision (sec. 2607) that would require the Secretary of the Air Force, in conjunction with the Defense Logistics Agency (DLA), to complete a review on the construction of new, or maintenance of existing, direct fuel pipeline connections at Air National Guard (ANG) and Air Force Reserve (AFRES) installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of the Air Force, in conjunction with the DLA, to complete a review on the construction of new, or maintenance of existing, direct fuel pipeline connections at ANG and AFRES installations not later than 180 days after the date of the enactment of this Act. The review should contain the following elements:

(1) An analysis of the extent to which the Air Force and DLA have identified direct fuel pipeline projects as an effective and efficient way to enhance the ability of regular component, ANG, and AFRES installations to improve the readiness of affected units and help them to meet their mission requirements. This should include an assessment of how the ANG and AFRES facilities, across all States and territories, can leverage such connections to better support current and emerging air refueling requirements.

(2) An assessment of how direct fuel pipeline connections enhance the resiliency and efficiency of the installations and help meet existing DLA requirements for secondary storage and other fuel requirements.

(3) A list of ANG and AFRES installations that do not currently have a direct connection pipeline but have access to such a pipeline within reasonable proximity (less than 5 miles) to the facility.

(4) An overview and summary of the current process for considering such proposals, including the factors used to consider requests, the weight provided to each factor, and a list of ANG and AFRES instal1lations that have sought funding for projects to create direct access to a national fuel pipeline or to maintain access to such pipelines over the last 5 years.

(5) A list of the total instances in the past 5 years in which projects for direct fuel pipeline connections have been approved for regular component, ANG, or AFRES installations, including the costs of each project and the justification for such approval.

(6) A list of ANG and AFFRES installations with current pipeline connections that the Air Force or DLA has determined should no longer be used, including:

(A) An analysis of the justifications for each determination, such as decisions to switch from pipelines to trucks as the primary fuel delivery method;

(B) An assessment of whether these determinations fairly weigh the costs and benefits of building or maintaining a pipeline tap as a practical primary or secondary fuel delivery method for the installation compared to railroad, barge terminal, or truck delivery; and

(C) An assessment of whether these determinations fairly consider or weigh how direct fuel pipeline connections increase security for the fuel supply by reducing the threat of interruption, how the connections enhance mission reliability by providing access to greater fuel storage capability, and the ability of such projects once completed to better support the domestic and global operations of the ANG or AFRES installation.

(7) An assessment of how costs associated with each direct fuel pipeline connection project is considered by the Air Force or DLA and the weight given to such costs in the final analysis.

(8) An assessment of the effectiveness or usefulness of guidance or technical assistance provided to installations that request or propose direct fuel pipeline connection projects and recommendations for additional ways to provide assistance to ensure the Air Force and DLA receive the most up-to-date information about the costs and benefits of proposed projects from installations.

(9) An assessment of the available funding sources though the Air Force, DLA, other Department of Defense entities, or other mechanisms, such as a public-private partnership or enhanced use lease, that can support direct fuel pipeline connection projects either in whole or in part.

(10) An assessment of the extent to which direct fuel pipeline connection projects have been incorporated in any comprehensive plan the Air Force has developed or will develop regarding investments needed to improve regular component, ANG, and AFRES installations to meet the Department's needs.

The conferees further direct the Secretary to provide a final report containing the results of the review to the congressional defense committees not later than 1 year after the date of enactment of this Act. The report should include recommendations on how the Air Force can better expedite and support the use of fuel pipelines at ANG and AFRES installations. The recommendations should include options for accelerating the development and consideration of such projects where most feasible and appropriate, including whether costs savings could be obtained by including such projects as part of other related projects already authorized at an installation.

# TITLE XXVII—BASE REALIGNMENT AND CLOSURE ACTIVITIES

*Summary*

The budget request included $278,526,000 for Base Realignment and Closure (BRAC) activities related to previous

BRAC rounds. The conference agreement includes authorization of appropriations of $392,526,000 for Base Realignment and Closure (BRAC) activities related to previous BRAC rounds in fiscal year 2020.

*Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account (sec. 2701)*

The Senate bill contained a provision (sec. 2701) that would authorize appropriations for fiscal year 2020 for ongoing activities that are required to implement the decisions of the 1988, 1991, 1993, 1995, and 2005 base realignment and closure rounds.

The House amendment contained an identical provision (sec. 2701).

The conference agreement includes this provision.

*Prohibition on conducting additional base realignment and closure (BRAC) round (sec. 2702)*

The Senate bill contained a provision (sec. 2702) that would prohibit the Department of Defense from conducting another base realignment and closure (BRAC) round.

The House amendment contained no similar provision.

The House recedes.

# TITLE XXVIII—MILITARY CONSTRUCTION AND GENERAL PROVISIONS

## SUBTITLE A—MILITARY CONSTRUCTION PROGRAM

*Military installation resilience plans and projects (sec. 2801)*

The Senate bill contained a provision (sec. 2801) that would amend subchapter I of chapter 169 of title 10, United States Code, to require the Secretaries of the military departments to develop and implement military installation resilience plans for installations in coastal areas.

The House amendment contained a similar provision (sec. 2803) that would amend section 2864 of title 10, United States Code, to provide additional clarity on the required elements of military installation resilience plans; encourage coordination with relevant local, State, and Federal entities in the development of plans; and require an assessment of resiliency

gaps and best practices. This section would further require the Secretary of Defense to provide a report to the House Committee on Armed Services by March 1, 2020, listing the installation master plans completed or in progress during the previous 12 months.

The Senate recedes with an amendment that would allow the Secretary of Defense to carry out military construction projects for military installation resilience.

*Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes (sec. 2802)*

The House amendment contained a provision (sec. 2804) that would require the military departments to assess whether any military construction project has the potential to significantly affect tribal lands, sacred sites, or tribal treaty rights. Additionally, the Secretary concerned shall include a description of the current status of consultation with the tribal government of each impacted Indian tribe on military construction projects proposed to Congress.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities (sec. 2803)*

The Senate bill contained a provision (sec. 2804) that would allow the Secretary of the military department concerned to carry out unspecified minor military construction projects, not to exceed $12.0 million with an area cost factor of $19.0 million, at the following installations: (1) Tyndall Air Force Base, Florida; (2) Camp Ashland, Nebraska; (3) Offutt Air Force Base, Nebraska; (4) Camp Lejeune, North Carolina; and (5) Marine Corps Air Station Cherry Point, North Carolina. This provision would include a termination clause of 5 years after the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would instead amend section 2854(c)(3) of title 10, United States Code, by striking "$50,000,000" and inserting "$100,000,000".

*Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience (sec. 2804)*

The House amendment contained a provision (sec. 2805) that would prohibit the Department of Defense from spending more than 25 percent of the funds available for military construction planning and design until the Secretary of Defense submits a certification to Congress that the Tri-Service Engineering Senior Executive Board has initiated the process of updating the Unified Facility Criteria to ensure building practices and standards promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience. The Secretary of Defense would further certify that the review and revision process will be complete by September 1, 2020.

The Senate bill contained no similar provision.

The Senate recedes with a clarifying amendment.

*Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects (sec. 2805)*

The House amendment contained a provision (sec. 2806) that would require the Secretary of Defense or Secretary of the military department concerned to certify, prior to submitting a military construction project for consideration, construction takes into account known extreme weather risks and employs best practices and local building code requirements for resiliency in the face of those risks.

The Senate bill contained no similar provision.

The Senate recedes.

*Improved flood risk disclosure for military construction (sec. 2806)*

The House amendment contained a provision (sec. 2807) that would amend section 2805(a)(1) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115-232; 132 Stat. 2262; 10 U.S.C. 2802 note) to ensure sea level fluctuation is considered when evaluating military construction projects.

The Senate bill contained no similar provision.

The Senate recedes.

*Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects (sec. 2807)*

The Senate bill contained a provision (sec. 7801) that would amend section 2806 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91; 10 U.S.C. 222a

note) by, among other things, requiring that the projects in the annual report on unfunded requirements for laboratory military construction projects are listed in prioritized order, with specific amounts and elements identified.

The House amendment contained no similar provision.

The House recedes.

*Technical corrections and improvements to defense access road resilience (sec. 2808)*

The Senate bill contained a provision (sec. 2805) that would amend section 210 of title 23, United States Code, to improve the construction and reconstruction of defense access roads subject to weather conditions. Additionally, this provision would update the United Facilities Criteria to ensure that the Department of Defense accounts for weather and population projections during the construction projects.

The House amendment contained a similar provision (sec. 2808).

The Senate recedes.

*Military construction projects for child development centers at military installations (sec. 2809)*

The Senate bill contained a provision (sec. 7804) that would require the Under Secretary of Defense for Personnel and Readiness, in coordination with the Assistant Secretary for Energy, Installations, and Environment for each military department, to submit to the congressional defense committees an annual report listing, in priority order, unfunded requirements for major and minor military construction projects for Department of Defense child development centers (CDCs). This provision would also increase the maximum amounts applicable to minor construction projects for CDCs to $15.0 million for no more than 3 years after the date of the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would authorize specific funds for CDCs as delineated in the funding table in section 4601 with specific conditions for authorization.

The conferees direct the Undersecretary of Defense, in coordination with the Assistant Secretary for Energy, Installations, and Environment for each military department, to submit a report to the congressional defense committees by February 15, 2020, listing unfunded requirements for major and minor military construction projects for CDCs of the Department of Defense in priority order. The report shall include appropriate DD Form 1391 documentation for each project.

*Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack (sec. 2810)*

The Senate bill contained a provision (sec. 2802, as amended by sec. 7802) that would prohibit funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense to be obligated or expended to implement any activity that reduces air base resiliency or demolishes protected aircraft shelters in the European theater without creating similar protection from attack until such time as the Secretary of Defense certifies that protected aircraft shelters are not required in the European theater.

The House amendment contained no similar provision.
The House recedes.

*Prohibition on use of funds to close or return certain bases to the host nation (sec. 2811)*

The Senate bill contained a provision (sec. 2803, as amended by sec. 7803) that would prohibit funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense to be obligated or expended to implement any activity that closes or returns to host nations any existing airbases until such time as the Secretary of Defense certifies that there is no longer a need for a rotational military presence in the European theater.

The House amendment contained no similar provision.
The House recedes with a technical amendment.

## SUBTITLE B—REAL PROPERTY AND FACILITIES ADMINISTRATION

Improved energy security for main operating bases in Europe (sec. 2821)

The House amendment contained a provision (sec. 2831) that would prohibit the use of Russian Federation sourced natural gas at main operating bases in Europe.

The Senate bill contained no similar provision.
The Senate recedes.

*Access to Department of Defense installations for credentialed transportation workers (sec. 2822)*

The House amendment contained a provision (sec. 2832) that would enable the Transportation Worker Identification Credential card to be accepted as a valid credential for unescorted access to a work site at a maritime terminal of the Department of Defense (DOD) and other DOD facilities.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Improved recording and maintaining of Department of Defense real property data (sec. 2823)*

The House amendment contained a provision (sec. 2835) that would require the Undersecretary of Defense for Acquisition and Sustainment to submit a report evaluating service-level best practices for recording and maintaining real property data to Congress not later than 150 days after the date of the enactment of this Act. This provision would also require the Undersecretary to issue service-wide guidance on the best practices described in the report not later than 300 days after the date of the enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

## SUBTITLE C—LAND CONVEYANCES

*Land conveyance, Hill Air Force Base, Ogden, Utah (sec. 2831)*

The House amendment contained a provision (sec. 2841) that would authorize the Secretary of the Air Force to convey 35 acres on Hill Air Force Base to the State of Utah for the purposes of permitting the State to construct a new interchange for Highway 15.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment that would include a savings provision.

*Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery (sec. 2832)*

The Senate bill contained a provision (sec. 2811) that would allow the Secretary of the Army to release the terms and conditions and reversionary interests retained on approximately 141.5 acres previously owned by the United States government. The provision would also require that the transferred land be

used for the sole purpose of expanding the Arkansas State Veterans Cemetery.

The House amendment contained a similar provision (sec. 2842).

The House recedes.

*Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California (sec. 2833)*

The Senate amendment contained a provision (sec. 7805) that would modify the authorized uses of a certain property conveyed by the United States to the State of California.

The House amendment contained a similar provision (sec. 2843).

The Senate recedes with a technical amendment.

*Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia (sec. 2834)*

The Senate bill contained a provision (sec. 2812) that would require the Secretary of the Interior to transfer a specified 16.09 acres parcel to the Secretary of the Army and for the Secretary of the Army to transfer a specified 1.04 acre parcel to the Secretary of the Interior. The provision would not require any form of payment or consideration from either party. The provision would require that the 16.09 acre parcel transferred to the Army be managed as part of Arlington National Cemetery.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the Secretary of the Army to seek to enter into a memorandum of understanding with the Women in Military Service for America Memorial Foundation to define roles and responsibilities for the shared responsibility and resources for operation and maintenance of the Women's Memorial and surrounding grounds.

## SUBTITLE D—MILITARY LAND WITHDRAWALS

*Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area (sec. 2841)*

The House amendment contained a provision (sec. 2851) that would amend section 2942 of the Military Land Withdrawals Act of 2013 to require the Secretary of the Navy to provide public

notice prior to the use of the Shared Use Area for military training purposes.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE E—WHITE SANDS NATIONAL PARK AND WHITE SANDS MISSILE RANGE

*White Sands Missile Range Land Enhancements (sec. 2851)*

The Senate bill contained a provision (sec. 2814) that would establish White Sands National Park and abolish White Sands National Monument. The establishment of a national park would increase the public recognition of the significant resources of White Sands. This provision would modify the boundary of White Sands National Park and convey 3,737 acres of land from the Secretary of the Interior to the Secretary of the Army. This provision would also convey 8,592 acres of land from the Secretary of the Army to the Secretary of the Interior.

The House amendment contained a series of similar provisions (secs. 2861-2866).

The House recedes with an amendment that would remove the findings and provide for technical changes.

## SUBTITLE F—OTHER MATTERS

*Installation and maintenance of fire extinguishers in Department of Defense facilities (sec. 2861)*

The House amendment contained a provision (sec. 2871) that would require the Secretary of Defense to ensure that portable fire extinguishers are installed and maintained at Department of Defense facilities in accordance with the requirements of national model fire codes.

The Senate bill contained no similar provision.

The Senate recedes.

*Definition of community infrastructure for purposes of military base reuse studies and community planning assistance (sec. 2862)*

The House amendment contained a provision (sec. 2872) that would amend section 2391(c)(4) of title 10, United States Code, to add not-for-profit, member-owned utility services to the definition of community infrastructure.

The Senate bill contained no similar provision.

The Senate recedes.

*Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea (sec. 2863)*

The Senate bill contained a provision (sec. 2822) that would amend section 2804 of the Military Construction Authorization Act for Fiscal Year 2016, Division B of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114-92), to include the Government of the Republic of Korea.

The House amendment contained no similar provision.

The House recedes with an amendment that would allow the Secretary concerned to accept cash contributions for two specific military construction projects in the Republic of Korea and allow for a cost-sharing agreement for said projects as long as the projects are in support of a bilateral defense cooperation agreement between the United States and the Republic of Korea or if the Secretary concerned determines that the United States may derive a benefit from the project.

*Black start exercises at military installations (sec. 2864)*

The House amendment contained a provision (sec. 2874) that would require the Department of Defense to conduct three additional black start exercises at joint bases to test installation energy resiliency systems. This section would also require the Secretary of Defense to provide a report to the defense committees by June 1, 2020, on lessons learned from black start exercises concluded prior to December 31, 2019.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would modify the exercise requirements.

*Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense (sec. 2865)*

The Senate bill contained a provision (sec. 2825) that would authorize the Secretaries of the military departments to carry out a pilot program to design, build, and test technologies in order to extend the service life of roads and runways under their jurisdiction. Further, this provision would require that, not later than 2 years after the commencement of the pilot program, the Secretaries of the military departments submit a report on the program to the congressional defense committees.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California (sec. 2866)*

The House amendment contained a provision (sec. 2880) that would prohibit the use of funds to rehabilitate the Over-the-Horizon Backscatter Radar system receiving location in Modoc National Forest.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would extend the sunset on the provision to 2025.

*Designation of Sumpter Smith Joint National Guard Base (sec. 2867)*

The Senate bill contained a provision (sec. 2823) that would designate the Sumpter Smith Air National Guard Base in Birmingham, Alabama, as the ''Sumpter Smith Joint National Guard Base.''

The House amendment contained no similar provision.

The House recedes.

*Santa Ynez Band of Chumash Indians land affirmation (sec. 2868)*

The House amendment contained a provision (sec. 2876) that would place land into trust for the benefit of the Santa Ynez Band of Chumash Mission Indians.

The Senate bill contained no similar provision.

The Senate recedes.

*Lands to be taken into trust as part of the reservation of the Lytton Rancheria (sec. 2869)*

The House amendment contained a provision (sec. 1099D) that would take into trust land owned by the Lytton Rancheria of California.

The Senate bill contained no similar provision.

The Senate recedes.

*Little Shell Tribe of Chippewa Indians of Montana (sec. 2870)*

The Senate amendment contained a provision (sec. 6020) that would extend federal recognition of the Little Shell Tribe of Chippewa Indians of Montana, make the tribe and its members

eligible for services and benefits provided to federally
recognized tribes, and take land into trust.
    The House bill contained no similar provision.
    The House recedes.

*Sense of Congress on restoration of Tyndall Air Force Base (sec.
2871)*

    The Senate bill contained a provision (sec. 5306) that
would express the sense of Congress that the Secretary of the
Air Force should restore Tyndall Air Force Base to achieve
military installation resilience.
    The House amendment contained no similar provision.
    The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Prohibition on use of military construction funds for
construction of a wall, fence, or other physical barrier along
the southern border of the United States*

    The House amendment contained a provision (sec. 2801) that
would prohibit the obligation, expense, or use of funds that
have been authorized to be appropriated for military
construction projects in fiscal years 2015 through 2020 to
design or carry out a project to construct, replace, or modify a
wall, fence, or other physical barrier along the international
border between the United States and Mexico.
    The Senate bill contained no similar provision.
    The House recedes.

*Modification and clarification of construction authority in the
event of a declaration of war or national emergency*

    The House amendment contained a provision (sec. 2802) that
would amend section 2808 of title 10, United States Code, to
limit the total cost of military construction projects
undertaken during a national emergency to $500.0 million, with a
further limit of $100.0 million for construction projects within
the United States, clarify the ability to waive any other
provision of law, and add elements to required congressional
notifications.
    The Senate bill contained no similar provision.
    The House recedes.

*Modification of requirements relating to land acquisition in
Arlington County, Virginia*

The Senate bill contained a provision (sec. 2813) that would amend section 2829A of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) to require the Secretary of the Army to expend amounts up to fair market value for cemetery expansion and include an in-kind consideration clause.

The House amendment contained no similar provision.

The Senate recedes.

*Equal treatment of insured depository institutions and credit unions operating on military installations*

The Senate bill contained a provision (sec. 2821) that would amend section 2667 of title 10, United States Code, to require the Department of Defense (DOD) to ensure that policies governing depository institutions and credit unions operating on military installations are equally applied to all relevant institutions. Additionally, the provision would prohibit any requirement for Secretaries of the military departments to provide no-cost office space or no-cost land lease to any insured depository institution or insured credit union.

The House amendment contained no similar provision.

The Senate recedes.

*Prohibition on use of funds to privatize temporary lodging on installations of Department of Defense*

The Senate bill contained a provision (sec. 2824) that would prohibit the Department of Defense for fiscal year 2020 to privatize temporary lodging on installations of the Department.

The House amendment contained no similar provision.

The Senate recedes.

The conferees note that the significant management shortfalls in the privatized family housing program may cast doubt regarding the efficacy of future privatization initiatives.

*Report on encroachment challenges on military installations posed by non-military aircraft*

The House amendment contained a provision (sec. 2833) that would require the Assistant Secretary of Defense for Sustainment to submit a report on encroachment challenges and mitigation strategies posed by non-military aircraft overflying military installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Assistant Secretary of Defense for Sustainment to submit a report, not later than 180 days after the enactment of this act, which would describe:

(1) The encroachment challenges and security risks posed by non-military aircraft overflying military installations inside the United States, to include operational impacts, installation and personnel security, and intelligence concerns, and

(2) Practicable strategies and recommendations for mitigation of any such challenges and risks, to include an increased military regulatory authority and distinctions, if any, among government/first responder, commercial, civil and recreational aviation.

The term ''aircraft'' does not include unmanned aerial vehicles known as drones, whether used for military or non-military purposes, except that the Assistant Secretary of Defense for Sustainment may make reference in the report to the use of such unmanned aerial vehicles if the Secretary considers reference to such use relevant to the subject of the report.

*Report on capacity of Department of Defense to provide survivors of natural disasters with emergency short-term housing*

The House amendment contained a provision (sec. 2834) that would require the Secretary of Defense to submit a report on the capacity of the Department of Defense to provide survivors of natural disasters with emergency short-term housing.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report analyzing the capacity of the Department of Defense to provide survivors of natural disasters with emergency short-term housing to the congressional defense committees not later than 220 days after the date of enactment of this Act.

*Continued Department of Defense use of heating, ventilation, and air conditioning systems utilizing variable refrigerant flow*

The House amendment contained a provision (sec. 2836) that would allow the Department of Defense to continue to consider and select heating, ventilation, and air conditioning systems that utilize variable refrigerant flow as an option for use in Department facilities.

The Senate bill contained no similar provision.

The House recedes.

*Report on Department of Defense use of intergovernmental support agreements*

The House amendment contained a provision (sec. 2837) that would require the Secretary of Defense to submit a report on the Department of Defense's use of intergovernmental support agreements to the congressional defense committees.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report containing a plan to improve the collection and monitoring of information regarding the consideration and use of intergovernmental support agreements, as authorized by section 2679 of title 10, United States Code, including information regarding the financial and nonfinancial benefits derived from the use of such agreements.

The report should be submitted to the congressional defense committees not later than July 31, 2020.

*Report on vulnerabilities from sea level rise to certain military installations located outside the continental United States*

The House amendment contained a provision (sec. 2873) that would require the Secretary of Defense to submit a report to the congressional defense committees on vulnerabilities from sea level rise at certain installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report to the congressional defense committees on vulnerabilities from sea level fluctuation to covered installations located outside of the continental United States. For each covered installation, the report should include the following:

(1) An analysis of the impacts to the operations, contingency plans, and readiness of such installation from sea level fluctuation.

(2) A discussion of mitigation efforts, including dredging, reclaiming land, and island building, that may be necessary due to a sea level fluctuation to ensure the continued operational viability of such installation and to increase the resiliency of such installation. The estimated costs of such efforts should be included in the report.

(4) An identification of alternative locations for the continuance of operations of such installation if such installation is rendered inoperable.

The report should be submitted in unclassified form but may contain a classified annex. For the purposes of this report, the term "covered installation" means Naval Support Facility Diego Garcia and Ronald Reagan Ballistic Missile Defense Test Site, Kwajalein.

*Report on projects awaiting approval from the Realty Governance Board*

The House amendment contained a provision (sec. 2875) that would require that the Secretary of Defense submit a report describing the projects that are awaiting approval from the Realty Governance Board to Congress.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report describing the projects that, as of the date of the report, are awaiting approval from the Realty Governance Board. The report should include the following:

(1) A list of projects awaiting evaluation for a Major Land Acquisition Waiver; and

(2) An assessment of the impact a project described above would have on the security of physical assets and personnel at the military installation requesting the Major Land Acquisition Waiver.

The report should be submitted to the congressional defense committees not later than 180 days after the date of the enactment of this Act.

*Report on lead service lines at military installations*

The House amendment contained a provision (sec. 2877) that would require the Secretary of Defense to submit to the congressional defense committees a report on lead services lines at military installations.

The Senate bill contained no similar provision.

The House recedes.

The conferees direct the Secretary of Defense to submit a report on lead service lines at military installations to the congressional defense committees not later than January 1, 2021. The report should contain the following:

(1) The number of military installations at which lead service lines are connected to schools, childcare centers and facilities, buildings, and other facilities of the installation as the Secretary determines appropriate.

(2) The total number of members of the Armed Forces affected by the presence of lead service lines at military installations and the number of such members with dependents.

(4) Actions, if any, undertaken by the Secretary to inform individuals affected by the presence of lead service lines at military installations of such presence.

(5) Recommendations for legislative action relating to the replacement of lead service lines at military installations.

*Renaming of Lejeune High School in honor of Congressman Walter B. Jones*

The House amendment contained a provision (sec. 2878) that would rename Lejeune High School at Camp Lejeune, North Carolina, "Walter B. Jones Camp Lejeune High School."

The Senate bill contained no similar provision.

The House recedes.

The conferees note Congressman Walter B. Jones' years of service in support of servicemembers in the United States Armed Forces and encourage the Secretary of the Navy and the Commandant of the Marine Corps to rename a suitable building or other infrastructure in honor and memoriam of Congressman Jones.

*Operation, maintenance, and preservation of Mare Island Naval Cemetery, Vallejo, California*

The House amendment contained a provision (sec. 2879) that would allow the Secretary of Defense to provide not more than $250,000 per fiscal year to aid in the operation, maintenance, and preservation of the Mare Island Naval Cemetery in Vallejo, California, if certain criteria, such as the city entering into an agreement with a nonprofit historical preservation organization, are met within 1 year after the date of the enactment of this Act. The provision would further allow the Secretary to reduce or forgo assistance in a fiscal year and require the organization to submit to the Secretary an annual report containing an audit of its financial revenues and expenditures and describing how funds were used.

The Senate bill contained no similar provision.

The House recedes.

# TITLE XXIX—AUTHORIZATION OF OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION AND EMERGENCY MILITARY CONSTRUCTION

# SUBTITLE A—OVERSEAS CONTINGENCY OPERATIONS MILITARY CONSTRUCTION

*Summary*

The budget request included $9,844,526,000 for Overseas Contingency Operations military construction for fiscal year 2020. The conference agreement includes $921,420,000 for Overseas Contingency Operations military construction for fiscal year 2020. In addition, the conference agreement includes $4,119,813,000 in emergency designated funding required for military construction projects in support of disaster recovery efforts at several military installations.

The agreement includes a $60.0 million increase in the authorization of appropriations for Air Force Planning and Design in support of overseas infrastructure requirements. In addition, the agreement includes an increase of $36.2 million for the Army, $36.2 million for the Navy and Marine Corps, and $36.2 million for the Air Force in support of unspecified military construction projects, with prior notification to the congressional defense committees, that support the European Deterrence Initiative.

As noted earlier in this report, the conferees recommend the transfer of certain military constructions from the Base budget request to the Overseas Contingency Operations title of this Act. Specifically, these projects include:

(1) $53.3 million for an Electrical System Upgrade in Bahrain;

(2) $77.4 million for a Communications Station at Sigonella, Italy;

(3) $24.0 million for an Air Traffic Control Tower at Azraq, Jordan; and

(4) $42.0 million for a Munitions Storage Area at Azraq, Jordan.

Finally, the conference agreement does not include an authorization or an authorization of appropriation for a High-Value Detainee Facility at Guantanamo Bay, Cuba. The conferees continue to have questions about the need to construct a new permanent detention facility with increased capacity and capabilities. Furthermore, the conferees believe the Department has not adequately assessed alternative options to support current and foreseeable detention requirements.

*Authorized Army construction and land acquisition projects (sec. 2901)*

The Senate bill contained a provision (sec. 2901) that would authorize Army military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2901).

The Senate recedes with a technical amendment.

*Authorized Navy construction and land acquisition projects (sec. 2902)*

The Senate bill contained a provision (sec. 2902) that would authorize Navy military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2902).

The Senate recedes with a technical amendment.


*Authorized Air Force construction and land acquisition projects (sec. 2903)*

The Senate bill contained a provision (sec. 2903) that would authorize Air Force military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained a similar provision (sec. 2903).

The Senate recedes with a technical amendment.

*Authorized Defense Agencies construction and land acquisition projects (sec. 2904)*

The Senate bill contained a provision (sec. 2904) that would authorize Defense Agencies military construction projects for fiscal year 2020 for overseas contingency operations. The authorized amounts are listed on an installation-by-installation basis.

The House amendment contained an identical provision (sec. 2904).

The conference agreement includes this provision.

*Authorization of appropriations (sec. 2905)*

The Senate bill contained a provision (sec. 2907) that would authorize appropriations for military construction in the overseas contingency operations account for fiscal year 2020.

The House amendment contained an identical provision (sec. 2905).

The conference agreement includes this provision.

## SUBTITLE B—EMERGENCY MILITARY CONSTRUCTION

*Authorization of emergency Navy construction and land acquisition projects (sec. 2911)*

The House amendment contained a provision (sec. 3001) that would authorize emergency military construction projects for the Department of the Navy to support recovery of military facilities and infrastructure damaged by natural disasters.

The Senate bill contained a similar provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense-wide Agencies, and Reserve Components.

The Senate recedes with an amendment that would authorize Department of Navy emergency construction projects.

*Authorization of emergency Air Force construction and land acquisition projects (sec. 2912)*

The House amendment contained a provision (sec. 3002) that would authorize emergency military construction projects for the Air Force to support recovery of military facilities and infrastructure damaged by natural disasters.

The Senate bill contained a similar provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense-wide Agencies, and Reserve Components.

The Senate recedes with an amendment that would authorize Air Force emergency construction projects.

*Authorization of emergency Army National Guard construction and land acquisition projects (sec. 2913)*

The Senate bill contained a provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense Agencies, and Reserve Components.

The House amendment contained a provision (sec. 3004) that would authorize emergency military construction projects for the

Army National Guard and Army Reserve to support recovery of military facilities and infrastructure damaged by natural disasters.

The House recedes with an amendment that would authorize Army National Guard and Army Reserve emergency construction projects.

*Authorization of emergency Defense Agencies construction and land acquisition projects (sec. 2914)*

The House amendment contained a provision (sec. 3003) that would authorize emergency military construction projects for the Army National Guard and Army Reserve to support recovery of military facilities and infrastructure damaged by natural disasters.

The Senate bill contained a similar provision (sec. 2905) that would authorize emergency construction projects for the Department of the Navy, Air Force, Defense-wide Agencies, and Reserve Components.

The Senate recedes with an amendment that would authorize defense agency emergency construction projects.

*Authorization of emergency supplemental appropriations for military construction projects (sec. 2915)*

The agreement includes a provision that would authorize appropriations for emergency military construction at the levels identified in section 4603 of division D of this Act.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Replenishment of certain military constructions funds*

The Senate bill contained a provision (sec. 2906) that would authorize $3.6 billion in military construction, overseas contingency operations, for the purposes of replenishing funds for previously authorized military construction projects that were repurposed under section 2808 of title 10, United States Code, from the national emergency declared on the southern border under the National Emergencies Act (Public Law 94-412).

The House amendment contained no similar provision.

The Senate recedes.

# TITLE XXX - MILITARY HOUSING PRIVATIZATION REFORM

*Definitions (sec. 3001)*

The Senate bill contained a provision (sec. 3001) that would provide definitions for specific terms for this title.

The House amendment contained no similar provision.

The House recedes with an amendment that would modify certain definitions and provide for a technical change.

## SUBTITLE A—ADDITION OF NEW REFORM SUBCHAPTER

*Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing (sec. 3011)*

The Senate bill contained a provision (sec. 3011) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense, in coordination with the secretaries of the military departments, to develop a document to be known as the "Tenant Bill of Rights," which would include, but not be limited to, minimum rights, such as homes that meet minimum health and environmental standards, the ability to report inadequate living standards to the military chain of command without fear of reprisal, and the ability to enter into a dispute resolution process for purposes of recouping basic allowance for housing.

The House amendment contained a similar provision (sec. 2811).

The House recedes with an amendment that would include general contract requirements for military housing units, require congressional notification 30 days before changes to the bill of rights are released, and provide for a technical change.

*Designation of Chief Housing Officer for privatized military housing (sec. 3012)*

The Senate bill contained a provision (sec. 3012) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring that the Secretary of Defense designate a Chief Housing Officer, who shall be a presidentially appointed and Senate-confirmed Department of Defense official. The provision would require the Chief Housing Officer to establish and maintain the Office of the Chief Housing Officer, whose purpose would be to conduct oversight of the Military Housing Privatization Initiative (MHPI) by standardizing

policies and conducting audits of contracts, agreements, and work order incentive fees.

The House amendment contained no similar provision.

The House recedes with an amendment that would make the role of Chief Housing Officer non-delegable; change the scope of responsibility to include oversight of any Department-wide policies related to the MHPI; drop the requirement that the Chief Housing Officer conduct audits of contracts, agreements, and work order incentive fees; and provide for a technical change.

*Additional requirements relating to contracts for privatized military housing (sec. 3013)*

The Senate bill contained a provision (sec. 3044) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense to include certain requirements for any contract with a term of more than 10 years for the purpose of privatized military housing. The provision would require that contracts: allow the Department of Defense to renegotiate the contract at minimum every 5 years, prohibit the continued working under the contract of any employee who has committed work order fraud under the contract, and require the private contractor to pay a tenant's relocation fees and living expenses if a tenant is required to move due to health or environmental hazards.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the 10-year timeframe and requirement that contacts be renegotiated at minimum every 5 years; require that the private management company or private partner reimburse the Department of Defense for the costs of any medical evaluations and treatment provided to a tenant if the landlord is found by the Secretary concerned to have failed to maintain safe and sanitary conditions; require that the Secretary of Defense seek agreement from all property management companies or private partners to participate in the requirements retroactively and submit to the congressional defense committees a list of landlords who decline to participate; and provide for a technical change.

*Additional requirements relating to management of privatized military housing (sec. 3014)*

The Senate bill contained a provision (sec. 3043) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense to ensure that operating agreements for any Department of Defense

installation where on-base housing is managed by a private contractor include certain requirements. The provision would also include requirements for the installation commander, the head of each housing management office, and the private contractor.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the landlord to maintain an electronic work order system that can be accessed by the tenant; prohibit the landlord from imposing a supplemental payment, such an out-of-pocket fee, on a tenant in addition to rent; require that the Secretary of Defense seek agreement from all property management companies or private partners to participate in the requirements retroactively and submit to the congressional defense committees a list of landlords who decline to participate; and provide for a technical change.

*Consideration of contractor history in contracts for privatized military housing (sec. 3015)*

The Senate bill contained a provision (sec. 3014) that would amend subchapter IV of chapter 169 of title 10, United States Code, by requiring the Secretary of Defense to consider a private contractor's past performance when deciding whether or not to enter into a new contract or renew an existing contract with that contractor.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Additional improvements for management of privatized military housing (sec. 3016)*

The Senate bill contained a provision (sec. 3019) that would amend chapter 169 of title 10, United States Code, to require the Secretary of Defense to establish a database that makes available to the public complaints from tenants related to privatized military housing units, together with the landlord's response to each such complaint.

The House amendment contained a similar provision (sec. 2820) that would amend subchapter IV of chapter 169 of title 10, United States Code, to require the Secretary of Defense to establish a publicly available database of complaints relating to privatized military family housing. This section would also require an annual audit to be performed by the Comptroller General of the United States of a small, medium, and large military installation with privatized military family housing. This section would also amend section 2884 of title 10, United

States Code, by directing the Secretary of Defense to provide an
annual report on military housing to the defense committees.

The Senate recedes with an amendment that would ensure the
collected information exclude personally identifiable
information and be limited to the installation, management
company, and nature of the complaint and provide for a technical
change.

*Maintenance work order system for privatized military housing
(sec. 3017)*

The Senate bill contained a provision (sec. 3020) that
would amend subchapter IV of chapter 169 of title 10, United
States Code, by requiring each private contractor that provides
housing under this subchapter to provide the housing management
office at each installation access to their maintenance work
order system.

The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Access by tenants of privatized military housing to maintenance
work order system (sec. 3018)*

The Senate bill contained a provision (sec. 3021) that
would require that each landlord for a privatized military
housing unit have an electronic work order system and provide
tenants with access to such system.

The House amendment contained no similar provision.
The House recedes.

*Access by tenants to historical maintenance information for
privatized military housing (sec. 3019)*

The Senate bill contained a provision (sec. 3033) that
would amend subchapter IV of chapter 169 of title 10, United
States Code, by requiring each private contractor that provides
housing under this subchapter to provide prospective tenants
with information regarding maintenance conducted at prospective
housing units for the previous 10 years.

The House amendment contained no similar provision.
The House recedes with an amendment that would change 10
years to 7 years, require any renovations be included in the
provided history, and provide for a technical change.

*Prohibition on requirement to disclose personally identifiable
information in certain requests for maintenance of privatized
military housing (sec. 3020)*

The Senate bill contained a provision (sec. 3034) that would amend subchapter IV of chapter 169 of title 10, United States Code, by adding a section prohibiting any private contractor who is responsible for military housing from using a maintenance work order call center outside the United States.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the prohibition to a prohibition on requiring tenants to disclose personally identifiable information to call centers and provide for a technical change.

*Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard (sec. 3021)*

The Senate bill contained a provision (sec. 3045) that would amend subchapter IV of chapter 169 of title 10, United States Code, to require the Secretary of Defense to withhold incentive fees, which would otherwise be paid to a private contractor under this subchapter, for failure to remedy a health or environmental hazard.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process (sec. 3022)*

The Senate bill contained a provision (sec. 3031) that would amend subchapter IV of chapter 169 of title 10, United States Code, to require the Secretary of Defense to implement a formal dispute resolution process on each military installation with privatized military housing units.

The House amendment contained no similar provision.

The House recedes with an amendment that would clarify the dispute resolution process, ensure that tenants entering into such a process have access and assistance from a military housing advocate or military legal assistance attorney, and provide for a technical change.

*Investigation of reports of reprisals relating to privatized military housing and congressional notification (sec. 3023)*

The House amendment contained a provision (sec. 2824) that would require the Assistant Secretary of Defense for Sustainment to investigate all reports of reprisal against a member of the

Armed Forces for reporting an issue relating to a housing issue under this subchapter.

The Senate bill contained no similar provision.

The Senate recedes with a technical amendment.

*Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing (sec. 3024)*

The House amendment contained a provision (sec. 2812) that would amend section 2882 of title 10, United States Code, to prohibit the use of non-disclosure agreements in connection with entering into, continuing, or terminating a lease for a housing unit covered under the Military Housing Privatization Initiative.

The Senate bill contained no similar provision.

The Senate recedes.

## SUBTITLE B—OTHER AMENDATORY PROVISIONS

*Installation of carbon monoxide detectors in military family housing (sec. 3031)*

The House amendment contained a provision (sec. 2821) that would amend section 2821 of title 10, United States Code, by requiring the Secretary concerned to provide for the installation and maintenance of carbon monoxide detectors in each unit of military family housing under their jurisdiction.

The Senate bill contained no similar provision.

The Senate recedes.

*Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing (sec. 3032)*

The House amendment contained a provision (sec. 2813) that would amend section 2872a of title 10, United States Code, to add street sweeping and tree trimming and removal to the list of reimbursable services that may be furnished under that section.

The Senate bill contained no similar provision.

The Senate recedes.

*Treatment of breach of contract for privatized military housing (sec. 3033)*

The Senate bill contained a provision (sec. 3015) that would amend subchapter IV of chapter 169 of title 10, United

States Code, by requiring the Secretary of Defense to withhold any amount owed under the contract as well as to rescind the contract if a material breach is found and not remedied within 90 days.

The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Modification to requirements for window fall prevention devices in military family housing units (sec. 3034)*

The Senate bill contained a provision (sec. 3036) that would amend section 2879(c) of title 10, United States Code, by striking "24 inches" and inserting "42 inches".

The House amendment contained a similar provision (sec. 2814) that would amend section 2879 of title 10, United States Code, to modify the requirements and applicable standards for window fall prevention devices.

The Senate recedes.

*Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel (sec. 3035)*

The Senate bill contained a provision (sec. 3046) that would amend section 559 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91) to extend direct hire authority to fill civil service position vacancies at installation military housing offices.

The House amendment contained no similar provision.
The House recedes.

*Modification of authority to make payments to lessors of privatized military housing (sec. 3036)*

The Senate bill contained a provision (sec. 3017) that would amend section 606 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232), by repealing the requirement that the Secretary of Defense pay an additional 5 percent of the calculated Basic Allowance for Housing (BAH) for residents of Military Housing Privatization Initiative (MHPI) projects to MHPI projects. The provision would require the Secretaries of the military departments to provide additional payments to MHPI projects equivalent to 2 percent of the calculated BAH for residents of MHPI projects. The Secretaries of the military departments would be required to use

3 percent of the calculated BAH for MHPI residents to make improvements to the oversight and management of MHPI projects.

The House amendment contained no similar provision.

The House recedes with an amendment that would require service secretaries to provide additional payments to MHPI projects equivalent to 2.5 percent of the calculated BAH for residents of each MHPI project. Service secretaries would also be required to provide an additional 2.5 percent of the calculated BAH for MHPI residents to MHPI projects that are determined to be underfunded. If the Chief Housing Officer determines no MHPI projects within a particular military department are underfunded, the Secretary of the military department concerned shall use any remaining funds to enhance the quality of life of military families residing in MHPI housing.

*Technical correction to definition used to make payments to lessors of privatized military housing (sec. 3037)*

The Senate bill contained a provision (sec. 3055) that would amend section 606(d) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232) to define eligible privatized housing projects as those that were procured, acquired, constructed, or for which any phase or portion of a project was first finalized and signed on or before September 30th, 2014.

The House bill contained no similar provision.

The House recedes.

## SUBTITLE C—ONE-TIME REPORTING REQUIREMENTS

*Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing (sec. 3041)*

The House amendment contained a provision (sec. 2817) that would require the Secretary of Defense, in coordination with the secretaries of the military departments, to provide a report to the congressional defense committees not later than September 30, 2020, on the manpower requirements and execution plan to staff military housing offices and headquarters to fill gaps in oversight personnel.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a breakdown of requirements by function, such as oversight, home inspectors, and maintenance, for additional personnel required.

*Plans for creation of councils on privatized military housing (sec. 3042)*

The Senate bill contained a provision (sec. 3042) that would require the Assistant Secretary for energy, installations, and environment of each military department to establish a military housing council to identify and resolve problems with military housing managed by private contractors.

The House amendment contained no similar provision.

The House recedes with an amendment that would instead require each Assistant Secretary concerned to submit a plan for the creation of a privatized military housing council to the congressional defense committees not later than February 1, 2020.

*Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing (sec. 3043)*

The Senate bill contained a provision (sec. 3047) that would require the Secretary of Defense, in consultation with the secretaries of the military departments, to submit a plan to establish jurisdiction at locations with privatized military housing not located on a military installation to the congressional defense committees not later than 30 days after the enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the due date for the plan from 30 days to 180 days.

*Inspector General review of Department of Defense oversight of privatized military housing (sec. 3044)*

The House amendment contained a provision (sec. 2818) that would require the Inspector General of the Department of Defense to conduct an annual review of the Department's oversight of privatized military family housing at 15 randomly selected installations and publish the results on a publicly available website.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would change the number of installations to be reviewed from 15 to 3.

*Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing (sec. 3045)*

The Senate bill contained a provision (sec. 3053) that would require the Secretary of Defense to submit a report not later than 90 days after the enactment of this Act to the congressional defense committees on the legal services available to members of the Armed Forces who have been harmed by health and environmental hazards while living in military housing.

The House amendment contained an identical provision (sec. 550M).

The conference agreement includes this provision.

## SUBTITLE D—DEVELOPMENT OF HOUSING REFORM STANDARDS AND PROCESSES

*Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments (sec. 3051)*

The Senate bill contained a provision (sec. 3016) that would require the Secretary of Defense to establish a uniform code of basic housing standards for safety, comfort, and habitability for privatized military housing. The provision would also require the Secretary to submit to the congressional defense committees, not later than February 1, 2020, this uniform code and a plan for the Department of Defense to contract with home inspectors to conduct inspections and assessments of habitability and structural integrity of each housing unit as specified under subchapter IV of chapter 169 of title 10, United States Code. Finally, the provision would require that said inspections be completed no later than February 1, 2021.

The House amendment contained a similar provision (sec. 2819).

The House recedes with an amendment that would require that the uniform code of basic housing standards be implemented by February 1, 2021, and meet or exceed requirements informed by a nationally recognized, consensus-based, model property maintenance code.

*Tool for assessment of hazards in Department of Defense housing (sec. 3052)*

The House amendment contained a provision (sec. 2815) that would require the Secretary of Defense to develop an assessment tool to identify and measure health and safety hazards in Department of Defense housing, to include privatized housing, and provide a report to the Committees on Armed Services of the Senate and the House of Representatives.

The Senate bill contained no similar provision.
The Senate recedes.

*Process to identify and address environmental health hazards in Department of Defense housing (sec. 3053)*

The House amendment contained a provision (sec. 2816) that would require the Secretary of Defense, in coordination with the secretaries of the military departments, to develop a process to identify, record, and resolve environmental health hazards in Department of Defense housing, to include privatized housing, and to provide a report to the Committees on Armed Services of the Senate and the House of Representatives.
The Senate bill contained no similar provision.
The Senate recedes.

*Department of Defense policy on lead-based paint testing on military installations (sec. 3054)*

The Senate bill contained a provision (sec. 3051) that would require the Secretary of Defense to establish a policy under which a qualified individual may access a military installation to conduct lead testing, with all results to be shared with the installation civil engineer, housing management office, and major subordinate command with jurisdiction over the installation. Additionally, the provision would require the Secretary of Defense to annually submit a report, not later than February 1 of each year, to the congressional defense committees.
The House amendment contained a similar provision (sec. 2822).
The Senate recedes with a technical amendment that would amend the annual reporting requirement by including it in the annual housing report.

*Standard for minimum credentials for health and environmental inspectors of privatized military housing (sec. 3055)*

The Senate bill contained a provision (sec. 3018) that would require the Secretary of Defense to submit a report to the congressional defense committees on a standard for common credentials to be used throughout the Department of Defense for purposes of health and environmental hazard inspection to include, at a minimum, categories for lead, mold, and radon.
The House amendment contained no similar provision.
The House recedes with a technical amendment.

*Requirements relating to move-in, move-out, and maintenance of privatized military housing (sec. 3056)*

The Senate bill contained a provision (sec. 3037) that would require the Secretary of Defense, in consultation with the secretaries of the military departments, to develop a uniform move-out checklist for tenants of privatized military housing. This provision would also require that all maintenance issues and work orders related to health and safety issues at privatized military housing be reported to the commander of the installation at which the housing is located.

The House amendment contained no similar provision.

The House recedes with an amendment that would change the deadline from 30 days to 60 days, among other technical and clarifying changes.

*Standardized documentation, templates, and forms for privatized military housing (sec. 3057)*

The Senate bill contained a provision (sec. 3041) that would require the Secretary of Defense, in coordination with the secretary of each military department, to develop standard documentation, templates, and forms for privatized military housing. The provision would also require the Secretary of Defense to issue guidance within 30 days of the enactment of this Act and to deliver an implementation plan to the congressional defense committees not later than February 1, 2020.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Satisfaction survey for tenants of military housing (sec. 3058)*

The Senate bill contained a provision (sec. 3052) that would require the Secretary of Defense to ensure that each military department utilizes the same electronic satisfaction survey for all surveys relating to the customer service experience of all military housing residents, those living in both government and privately managed housing units. The committee believes that one standard survey will allow for improved data collection to pinpoint problems and best practices with ease and assist in regaining the trust of military families and servicemembers.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## SUBTITLE E—OTHER HOUSING REFORM MATTERS

*Radon testing of privatized military housing (sec. 3061)*

The Senate bill contained a provision (sec. 3035) that would require the Secretary of Defense to submit a report not later than March 1, 2020, to the congressional defense committees that identifies all Department of Defense installations that should be monitored for levels of radon in excess of that in the Environmental Protection Agency's recommendations. The provision would also require the Secretary of Defense to establish testing procedures for all privatized military housing at installations that have been identified as requiring radon monitoring and would include a requirement to complete initial testing for all privatized military housing by June 1, 2020. The provision would also require the Secretary of Defense to certify on an annual basis that radon testing is being conducted for privatized military housing.

The House amendment contained no similar provision.

The House recedes with an amendment that would drop the annual testing certification and make technical changes.

*Mitigation of risks posed by certain items in military family housing units (sec. 3062)*

The Senate bill contained a provision (sec. 3054) that would require the Secretary of Defense to allow a resident of a military family housing unit to anchor any furniture, television, or large appliance to the wall of the unit for purposes of preventing such item from tipping over without incurring a penalty or obligation to repair the wall upon vacating the unit. Further, the provision would require the Secretary to ensure that certain freestanding furniture taller than 27 inches be securely anchored in furnished military family housing units under the jurisdiction of the Department of Defense.

The House amendment contained no similar provision.

The House recedes.

*Suspension of Resident Energy Conservation Program and related programs for privatized military housing (sec. 3063)*

The Senate bill contained a provision (sec. 3032) that would suspend the Department of Defense's Resident Energy Conservation Program (RECP) until the Secretary of Defense can certify that 100 percent of military housing on installations is

individually metered and certified by an independent entity through an energy audit. Furthermore, the provision would terminate the RECP if the Secretary of Defense is unable to certify the individual usage 2 years after enactment of this Act.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove the term of suspension requirement that the military housing be certified by an independent entity through an energy audit.

*Department of the Army pilot program to build and monitor use of single family homes (sec. 3064)*

The Senate bill contained a provision (sec. 3056) that would require the Secretary of the Army to carry out a pilot program to build and monitor the use of not fewer than five single family homes for members of the Army and their families.

The House amendment contained a similar provision (sec. 2823).

The Senate recedes with a technical amendment.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Command oversight of military privatized housing as element of performance evaluations*

The Senate bill contained a provision (sec. 3013) that would require each service secretary to ensure that performance evaluations indicate the extent to which the following individuals have or have not exercised effective oversight and leadership of military privatized housing: (1) Commanders of military installations with privatized military housing; (2) Each officer or senior enlisted member whose duties include facilities or housing management at such installations; and (3) Any other officer or enlisted member as specified by the secretary concerned.

The House amendment contained no similar provision.

The Senate recedes.

The conferees agree that commanders of military installations have an important responsibility for ensuring safe, high quality housing for servicemembers and their families living on such installations. The conferees intend to watch closely how commanders and other senior officer and enlisted personnel oversee the housing conditions on their installations, including such conditions in military barracks and dormitories.

# DIVISION C—DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS

## TITLE XXXI—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

### SUBTITLE A—NATIONAL SECURITY PROGRAMS AUTHORIZATIONS

*National Nuclear Security Administration (sec. 3101)*

The Senate bill contained a provision (sec. 3101) that would authorize appropriations for the National Nuclear Security Administration for fiscal year 2020.

The House amendment contained a similar provision (sec. 3101).

The House recedes.

*Defense environmental cleanup (sec. 3102)*

The Senate bill contained a provision (sec. 3102) that would authorize the appropriation of funds for the Department of Energy's defense environmental cleanup activities.

The House amendment contained a similar provision (sec. 3102).

The House recedes.

*Other defense activities (sec. 3103)*

The Senate bill contained a provision (sec. 3103) that would authorize appropriations for other defense activities of the Department of Energy for fiscal year 2020.

The House amendment contained an identical provision (sec. 3103).

The conference agreement includes this provision.

*Nuclear energy (sec. 3104)*

The Senate bill contained a provision (sec. 3104) that would authorize appropriations for certain nuclear energy programs of the Department of Energy for fiscal year 2020.

The House amendment contained an identical provision (sec. 3104).

The conference agreement includes this provision.

## SUBTITLE B—PROGRAM AUTHORIZATIONS, RESTRICTIONS, AND LIMITATIONS

*Personnel matters at National Nuclear Security Administration (sec. 3111)*

The Senate bill contained a provision (sec. 3113) that would remove the cap on the use of excepted service hiring authority pursuant to section 3241 of the National Nuclear Security Administration (NNSA) Act (50 U.S.C. 2441).

The House amendment contained a provision (sec. 3111) that would raise the cap on the number of full-time equivalent federal employees of the NNSA from 1,690 to 1,890, and modify the reporting requirement contained in section 3241A(f) of the NNSA Act relating to service support contracts of the NNSA.

The Senate recedes with an amendment that would also raise the cap on the use of excepted service hiring authority pursuant to section 3241 from 600 to 800 employees.

*Estimation of costs of meeting defense environmental cleanup milestones required by consent orders (sec. 3112)*

The Senate bill contained a provision (sec. 3121) that would require the Secretary of Energy to submit, along with the budget justification materials, a report on the cost of meeting milestones required by a consent order at each defense nuclear facility at which environmental cleanup activities are taking place.

The House amendment contained no similar provision.

The House recedes with a clarifying amendment.

*Office of Cost Estimating and Program Evaluation (sec. 3113)*

The House amendment contained a provision (sec. 3112) that would express the sense of Congress regarding the persistent under-staffing of the Office of Cost Estimating and Program Evaluation (CEPE) at the National Nuclear Security Administration (NNSA). The provision would also require that the Director of CEPE report directly to the Administrator of the NNSA, and require the Administrator to provide a briefing to the congressional defense committees on the plan to ensure the full staffing of the office.

The Senate bill contained no similar provision.
The Senate recedes with an amendment that would strike the sense of Congress.

*Clarification of certain Stockpile Responsiveness Program objectives (sec. 3114)*

The House amendment contained a provision (sec. 3113) that would clarify the objectives of the Stockpile Responsiveness Program as defined in section 4220 of the Atomic Energy Defense Act (50 U.S.C. 2538b).
The Senate bill contained no similar provision.
The Senate recedes.

*Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities (sec. 3115)*

The House amendment contained a provision (sec. 3117) that would repeal the limitation on funds authorized to be appropriated for travel and transportation within the Federal salaries and expenses account at the National Nuclear Security Administration until the Administrator for Nuclear Security submits a report to the congressional defense committees containing at least one unfunded priority pursuant to section 4719 of the Atomic Energy Defense Act (50 U.S.C. 2756).
The Senate bill contained no similar provision.
The Senate recedes with an amendment that would add a requirement that, if the Administrator determines that there are no unfunded priorities to include in the report, the Administrator, without delegation, shall certify and explain such determination to the congressional defense committees.

*Modification to certain requirements relating to plutonium pit production capacity (sec. 3116)*

The Senate bill contained a provision (sec. 8102) that would express the sense of the Senate that rebuilding plutonium pit production infrastructure of the National Nuclear Security Administration (NNSA) with a capacity of up to 80 pits per year is critical to maintaining the viability of the nuclear stockpile, and any further delay to achieving this capability would be unacceptable. The provision would also amend section 4219 of the Atomic Energy Defense Act (50 U.S.C. 2538a) to repeal the requirement for the NNSA to demonstrate for 90 days by 2029 the capability to produce pits at a rate sufficient to produce 80 pits per year, and replace it with a requirement to produce no fewer than 80 pits per year in 2030.

The House amendment contained a provision (sec. 3114) that would express the sense of Congress that the NNSA should prioritize achieving production of 30 plutonium pits per year at Los Alamos National Laboratory, and ensure that efforts to design and construct a second site do not divert resources. The provision would also amend section 4219 of the Atomic Energy Defense Act to repeal the requirement for the 90-day demonstration by 2029.

The House recedes with a technical amendment.

*Annual certification of shipments to Waste Isolation Pilot Plant (sec. 3117)*

The House amendment contained a provision (sec. 3115) that would extend the certification of shipments of waste to the Waste Isolation Pilot Plant from a 3-year period to a 10-year period.

The Senate bill contained no similar provision.

The Senate recedes.

*Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development (sec. 3118)*

The Senate bill contained a provision (sec. 3114) that would make permanent the pilot program conducted under section 3119 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328) that temporarily prohibited the use of laboratory-directed research and development to cover general and administrative overhead costs, including for nuclear weapons production facilities.

The House amendment contained a provision (sec. 3124) that would express the sense of Congress that the Secretary of Energy should ensure that the National Nuclear Security Administration's laboratories, plants, and sites are operated using generally accepted accounting best practices for laboratory-, plant-, or site-directed research and development. The provision would also require the Administrator for Nuclear Security to submit to the congressional defense committees a report assessing the pilot program conducted under section 3119 of the National Defense Authorization Act for Fiscal Year 2017.

The House recedes with an amendment that would extend the pilot program conducted under section 3119 for an additional year, and clarify the deadline for the report required by the same section.

*Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement (sec. 3119)*

The House amendment contained a provision (sec. 3116) that would repeal section 3125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328), including the limitation on the maximum amount of funding available in a fiscal year for nuclear weapons dismantlement and disposition and the limitation on acceleration of dismantlement activities.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would, instead of repealing section 3125, increase the limitation on dismantlement funding in that section from $56.0 million to $87.0 million.

*Implementation of common financial reporting system for nuclear security enterprise (sec. 3120)*

The Senate bill contained a provision (sec. 8101) that would prohibit obligation or expenditure of more than 90 percent of fiscal year 2020 funds for the National Nuclear Security Administration's federal salaries and expenses account for travel and transportation until the Administrator for Nuclear Security completes implementation of the common financial reporting system for the nuclear security enterprise as required by section 3113(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114-328).

The House amendment contained no similar provision.

The House recedes.

*Limitation relating to reclassification of high-level waste (sec. 3121)*

The House amendment contained a provision (sec. 3128) that would provide that none of the funds authorized to be appropriated by this Act, or otherwise made available for fiscal year 2020 for the Department of Energy, may be obligated or expended by the Secretary of Energy to apply the interpretation of high-level radioactive waste described in the ''Supplemental Notice Concerning U.S. Department of Energy Interpretation of High-Level Radioactive Waste'' (84 Fed. Reg. 26835), or successor notice, with respect to such waste located in the State of Washington.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would eliminate section (b) Rule of Construction.

The conferees note that the inclusion of the provision does not prejudice how to process high-level waste nor does it discourage the use of the Department of Energy's interpretation of high-level waste in future years or at other locations.

*National Laboratory Jobs ACCESS Program (sec. 3122)*

The House amendment contained a provision (sec. 3120) that would authorize the Secretary of Energy to establish the Department of Energy National Lab Jobs ACCESS Program.
The Senate bill contained no similar provision.
The Senate recedes with certain clarifying amendments.

## SUBTITLE C—REPORTS AND OTHER MATTERS

*Civil penalties for violations of certain whistleblower protections (sec. 3131)*

The House amendment contained a provision (sec. 3127) that would clarify civil penalties for violations of Department of Energy whistleblower protections, especially for employees of contractors or subcontractors of the National Nuclear Security Administration.
The Senate bill contained no similar provision.
The Senate recedes with several technical amendments.

*Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile (sec. 3132)*

The Senate bill contained a provision (sec. 3122) that would extend the suspension through fiscal year 2023 of the requirement contained in section 3255 of the National Nuclear Security Administration Act (50 U.S.C. 2455) for the Comptroller General of the United States to review the budget submission of the National Nuclear Security Administration.
The House amendment contained no similar provision.
The House recedes with an amendment that would repeal section 3255 and the requirement for Comptroller General review altogether.
The conferees note that, elsewhere in this Act, a similar review requirement originally contained in section 1043 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112-81) has been further extended through 2024.

*Repeal of requirement for review relating to enhanced procurement authority (sec. 3133)*

The Senate bill contained a provision (sec. 3123) that would terminate the requirement for the Comptroller General of the United States to review the Secretary of Energy's enhanced procurement authority after fiscal year 2019.

The House amendment contained no similar provision.

The House recedes.

The conferees note that the Comptroller General recently completed a report required by the same subsection, entitled "Nuclear Supply Chain: NNSA Should Notify Congress of Its Recommendations to Improve the Enhanced Procurement Authority" (GAO-19-606R). According to the report, the National Nuclear Security Administration (NNSA) has not used the enhanced procurement authority since it was authorized in 2013, because of concerns related to the process. The sole recommendation contained in the report is that the Secretary of Energy and the Administrator of the NNSA formally communicate to Congress their suggested changes to the authority in a timely manner; the conferees urge the Secretary and the Administrator to do so in time for consideration in the fiscal year 2021 authorization process.

*Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000 (sec. 3134)*

The House amendment contained a provision (sec. 3126) that would modify the duties of the Office of the Ombudsman of the Department of Labor, and extend the Office through October 28, 2020. The provision would also make certain modifications to the Advisory Board on Toxic Substances and Worker Health.

The Senate bill contained no similar provision.

The Senate recedes.

*Replacement of W78 warhead (sec. 3135)*

The House amendment contained a provision (sec. 3119) that would require the Administrator for Nuclear Security to conduct an analysis of alternatives with respect to replacing the W78 warhead, including the technical risks and costs for each option to replace the W78. The provision would require the Director for Cost Estimating and Program Evaluation (CEPE) at the National Nuclear Security Administration to review the analysis. The provision would further require the Administrator to submit a report on the W78 replacement, including the analysis of alternatives and the CEPE review, and would prohibit the obligation or expenditure of more than 75 percent of funds for this program until such report is submitted. Finally, the provision would require the Administrator to arrange for the

JASON advisory group to conduct a study on the W78 replacement, including an assessment of the risks to certification and the need for planned upgrades to the warhead.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would remove the prohibition on obligation or expenditure of funds, and change the analysis of alternatives to a report describing alternatives previously considered, including any changes since January 15, 2014, to the requirements for the program.

*Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material (sec. 3136)*

The House amendment contained a provision (sec. 3121) that would require the Secretary of Energy to enter into a contract with the National Academy of Sciences to conduct an independent review and assessment of a plan for nuclear detection and verification and monitoring of nuclear weapons and fissile material. The provision would require the Secretary to submit the resulting study to the congressional defense committees no later than 270 days from the date of enactment of this Act.

The Senate bill contained no similar provision.

The Senate recedes with amendments that would modify some elements of the study, and modify the required date of submission to 1 year from the date of enactment of this Act.

*Assessment of high energy density physics (sec. 3137)*

The Senate bill contained a provision (sec. 3125) that would require the Administrator for Nuclear Security to enter into an arrangement with the National Academies of Sciences, Engineering, and Medicine to conduct an assessment of the current status of the field of high energy density physics.

The House amendment contained no similar provision.

The House recedes.

*Determination of effect of treaty obligations with respect to producing tritium (sec. 3138)*

The Senate bill contained a provision (sec. 3124) that would require the Secretary of Energy to determine whether the Agreement for Cooperation on the Uses of Atomic Energy for Mutual Defense Purposes, signed at Washington on July 3, 1958, permits obtaining uranium from the United Kingdom to produce tritium for defense purposes using reactor irradiation.

The House amendment contained no similar provision.

The House recedes.

*Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act (sec. 3139)*

The Senate bill contained a provision (sec. 3111) that would make certain technical corrections to the National Nuclear Security Administration Act (50 U.S.C. Ch. 41) and the Atomic Energy Defense Act (50 U.S.C. Ch. 42).
The House amendment contained no similar provision.
The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*National Nuclear Security Administration Personnel System*

The Senate bill contained a provision (sec. 3112) that would make permanent the personnel demonstration project carried out by the National Nuclear Security Administration since 2008.
The House amendment contained no similar provision.
The Senate recedes.

*Program for research and development of advanced naval nuclear fuel system based on low-enriched uranium*

The Senate bill contained a provision (sec. 3115) that would prohibit the obligation or expenditure of any funds for fiscal year 2020 or thereafter for the National Nuclear Security Administration to conduct research and development for an advanced naval nuclear fuel system based on low-enriched uranium (LEU) unless the Secretary of Defense, Secretary of Energy, and Secretary of the Navy submit certain certifications to the congressional defense committees.
The House amendment contained a provision (sec. 3118) that would require the Administrator for Nuclear Security to establish a program to assess the viability of using LEU in naval nuclear propulsion reactors, including reactors located on aircraft carriers and submarines, that meet the requirements of the Navy. The provision would require this program to include down-blending of high-enriched uranium (HEU) into LEU, manufacturing of candidate fuels, irradiation tests and post-irradiation examination capabilities, and modification or procurement of equipment and infrastructure related to these activities. Finally, the provision would require the Administrator to submit a plan to carry out this program, including the funding requirements associated.

The House amendment also contained a provision (sec. 3122) that would authorize to be appropriated $20.0 million for low-enriched uranium research and development within the defense nuclear nonproliferation account.

The conference agreement does not include any of these provisions.

*Availability of amounts for denuclearization of Democratic People's Republic of North Korea*

The House amendment contained a provision (sec. 3123) that would increase by $10.0 million the funding authorized for defense nuclear nonproliferation to develop and prepare to implement a monitoring and verification program for the phased denuclearization of the Democratic People's Republic of North Korea.

The Senate bill contained no similar provision.

The House recedes.

*Funding for inertial confinement fusion ignition and high yield program*

The House amendment contained a provision (sec. 3125) that would increase by $5.0 million the funding authorized for the inertial confinement fusion ignition and high yield program, facility operations and target production.

The Senate bill contained no similar provision.

The House recedes.

## TITLE XXXII—DEFENSE NUCLEAR FACILITIES SAFETY BOARD

*Authorization (sec. 3201)*

The Senate bill contained a provision (sec. 3201) that would authorize funding for the Defense Nuclear Facilities Safety Board at $29.5 million, consistent with the budget request.

The House amendment contained an identical provision (sec. 3201).

The conference agreement includes this provision.

*Improvements to Defense Nuclear Facilities Safety Board (sec. 3202)*

The Senate bill contained a provision (sec. 3202) that would establish an Executive Director for Operations at the Defense Nuclear Facilities Safety Board. It would also authorize the Chairman of the Board to organize the staff as he considers appropriate to accomplish the mission, and repeal a prohibition contained in section 311 of the Atomic Energy Act of 1954 (42 U.S.C. 2286) on the Chairman's withholding of information relating to management of the Board from the other Board members.

The House amendment contained a provision (sec. 3202) that would also establish an Executive Director for Operations and specify that employee's role within the Board staff structure. The provision would require the Board staff to consist of the equivalent of between 110 and 130 full-time employees. The provision would also clarify that the mission of the Board includes provision of recommendations covering adequate protection of employee health and safety at defense nuclear facilities. The provision would also require the Secretary of Energy to provide to the Board prompt and unfettered access to facilities within its purview, regardless of hazard or risk category of such facilities. Finally, the provision would limit the ability of the Secretary of Energy to deny information to Board staff, while clarifying that the Board may not publicly disclose any information that is otherwise protected from disclosure by law.

The Senate recedes with amendments that would retain the Senate bill's authorization for the Chairman to organize the staff as he considers appropriate, and the repeal of the prohibition on withholding information. The amendments would also require that the Board employ no fewer than the equivalent of 100 full-time employees in fiscal year 2020, and clarify the Board's purview of defense nuclear facilities. Finally, the amendments would require the Secretary of Energy to provide written notification of any denial of a written request for access made by the Board; require the Board to provide biannual reports to Congress enumerating requests for access that were denied by the Secretary in the preceding 6 months; and require the Secretary to provide biannual reports to Congress identifying each request denied by the Secretary in the same period, including the reason for such denials.

*Membership of Defense Nuclear Facilities Safety Board (sec. 3203)*

The Senate bill contained a provision (sec. 3203, as modified by sec. 8202) that would require the National Academy of Sciences to maintain a list of qualified individuals for

consideration for nomination to fill vacancies on the Defense Nuclear Facilities Safety Board. The provision would also prohibit Board members from serving on expired terms, and prohibit Board members from being nominated for two consecutive terms, unless the member was confirmed by the Senate more than 2 years into the member's first term; such changes would take effect on April 1, 2020. Finally, the provision would include measures to encourage the President to promptly submit nominations to fill vacant seats.

The House amendment contained no similar provision.

The House recedes with amendments that would prohibit Board members from serving on expired terms, unless the departure of a member would result in the loss of a quorum for the Board. The amendments would also modify the date of effect from April 1, 2020, to 1 year from the date of enactment of this Act.

# TITLE XXXIV-NAVAL PETROLEUM RESERVES

*Authorization of Appropriations (sec. 3401)*

The House amendment contained a provision (sec. 3401) that would authorize funds for the purpose of carrying out activities under chapter 869 of title 10, United States Code, relating to the naval petroleum reserves.

The Senate bill contained no similar provision.

The Senate recedes.

# TITLE XXXV—MARITIME MATTERS

## SUBTITLE A—MARITIME ADMINISTRATION

*Authorization of the Maritime Administration (sec. 3501)*

The Senate bill contained a provision (sec. 8511) that would authorize appropriations for certain aspects of the Maritime Administration for fiscal year 2020.

The House amendment contained a similar provision (sec. 3501).

The House recedes with an amendment that would reduce the amount of appropriations authorized for the Port and Intermodal Improvement Program from $600.0 million to $500.0 million for fiscal year 2020. The amendment would also make changes to the determination made by the Secretary of Transportation as it

relates to funds being used for fully automated cargo handling equipment.

*Reauthorization of Maritime Security Program (sec. 3502)*

The House amendment contained a provision (sec. 3502) that would authorize the Maritime Security Program until 2035. It would authorize a stipend of $5.3 million for fiscal years 2022-2025, $5.8 million for fiscal years 2026-2028, $6.3 million for fiscal years 2029-2031, and $6.8 million for fiscal years 2032-2035 for each of the 60 vessels in the Maritime Security Program.

The Senate bill contained a similar provision (sec. 8512). The Senate recedes.

*Maritime technical assistance program (sec. 3503)*

The Senate bill contained a provision (sec. 8522) that would clarify that the Maritime Administrator shall act on behalf of the Secretary of Transportation for the Maritime Technical Assistance Program. The provision would also broaden the scope of the existing program to include research on propeller cavitation, U.S. maritime environmental performance to meet international standards and guidelines, and improve the efficiency and competitiveness of domestic maritime industries.

The House amendment contained no similar provision. The House recedes with a technical amendment.

*Appointment of candidates attending sponsored preparatory school (sec. 3504)*

The Senate bill contained a provision (sec. 8514) that would allow the Secretary of Transportation to appoint no more than 40 qualified cadets per year who have successfully met the terms and conditions of sponsorship at a sponsored preparatory school during the previous academic year to the U.S. Merchant Marine Academy.

The House amendment contained no similar provision. The House recedes.

*General support program (sec. 3505)*

The Senate bill contained a provision (sec. 8516) that would require the Secretary of Transportation to designate State Maritime Academies as Centers of Excellence.

The House amendment contained no similar provision.

The House recedes with an amendment that would designate the State Maritime Academies as American Maritime Centers of Excellence.

*Improvements to the maritime guaranteed loan program (sec. 3506)*

The Senate amendment contained a provision (sec. 8525) that would modify the Maritime Guaranteed Loan Program in certain ways.

The House bill contained no similar provision.

The House recedes with an amendment that would add a requirement for a 45-day public comment period for stakeholder input in the federal register prior to issuing guidance for expedited consideration of applications for maritime guaranteed loans.

*Requirement for small shipyard grantees (sec. 3507)*

The Senate bill contained a provision (sec. 8523) that would prohibit funds from being obligated for the Maritime Administration's Small Shipyard Grant Program unless the articles, materials, and supplies purchased with grant funds have been mined, produced, or manufactured in the United States, subject to certain exceptions.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Salvage recoveries of cargoes (sec. 3508)*

The Senate bill contained a provision (sec. 8518) that would authorize a Federal entity to transfer funds to the Secretary of Transportation when the Secretary has provided for the use of Department of Transportation vessels, services, or goods to a Federal, State, or local entity in support of the salvage of federally owned cargoes.

The House amendment contained no similar provision.

The House recedes with an amendment that would allow the Secretary of Transportation to enter into reimbursable agreements for the reimbursement of funds for legal services related to the salvaging of federal cargoes.

*Salvage recoveries for subrogated ownership of vessels and cargoes (sec. 3509)*

The Senate bill contained a provision (sec. 8519) that would authorize the Secretary of Transportation to enter into marine salvage agreements for the recoveries, sale, and disposal

of sunken or damaged vessels or property owned or insured by the Maritime Administration or its predecessor agencies.

The House amendment contained no similar provision.

The House recedes with an amendment that would allocate 50 percent of the proceeds from recoveries to Maritime Academies for maintenance, repair, and modernization and 50 percent of the proceeds to maritime heritage grants.

*Maritime Occupational Safety and Health Advisory Committee (sec. 3510)*

The House bill contained a provision (sec. 3503) that would amend section 7 of the Occupational Safety and Health Act of 1970 by establishing a Maritime Occupational Safety and Health Advisory Committee to advise the Secretary of Labor on issuing standards for the maritime industry.

The Senate bill contained no similar provision.

The Senate recedes.

*Military to mariner (sec. 3511)*

The Senate bill contained a provision (sec. 8517) that would provide military to mariner transition assistance.

The House amendment contained a similar provision (sec. 3504).

The House recedes with a technical amendment.

*Department of Transportation Inspector General Report (sec. 3512)*

The Senate bill contained a provision (sec. 8513) that would require the Department of Transportation Office of Inspector General to conduct an audit and submit a report to Congress on the Maritime Administration's actions to address certain recommendations promulgated by the National Academy of Public Administration in a report entitled "Maritime Administration: Defining its Mission, Aligning its Programs, and Meeting its Objectives."

The House amendment contained no similar provision.

The House recedes.

*Independent study on the United States Merchant Marine Academy (sec. 3513)*

The Senate bill contained a provision (sec. 8515) that would require the Maritime Administrator to enter into an

agreement with the National Academy of Public Administration to produce a study on the U.S. Merchant Marine Academy.

The House amendment contained no similar provision.

The House recedes.

*Port operations, research, and technology (sec. 3514)*

The Senate bill contained a provision (sec. 8520) that would amend section 50302 of title 46, United States Code. This provision would establish a competitive grant program for port and intermodal projects.

The House amendment contained no similar provision.

The House recedes with an amendment that would clarify certain requirements associated with eligible projects, reduce the grant request amount for eligible projects covered under the small project set aside, clarify the definition of a port eligible for funding, and make technical changes.

Additionally, the amendment would amend section 533 of the Coast Guard Authorization Act of 2015 (Public Law 114-120) to allow the Coast Guard to complete certain remedial actions required by section 120(h) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (Public Law 96-510).

*Assessment and report on strategic seaports (sec. 3515)*

The Senate bill contained a provision (sec. 8521) that would require the Secretary of Defense to submit a report to the congressional defense committees on port facilities used for military purposes at designated strategic ports.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Technical corrections (sec. 3516)*

The Senate bill contained a provision (sec. 8526) that would direct the Director of the Office of Personnel Management to identify key skills and competencies necessary to maintain a balance of expertise in merchant marine seagoing service and strategic sealift military service for certain positions within the Office of the Commandant of the U.S. Merchant Marine Academy. This section would also clarify that criteria for participation in the Sea Year program applies to both domestic and international vessels.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*United States Merchant Marine Academy sexual assault prevention and response program (sec. 3517)*

The Senate bill contained a provision (sec. 8527) that would ensure the recommendations of the Inspector General of the Department of Transportation's report on the effectiveness of the Sexual Assault Prevention and Response Program at the U.S. Merchant Marine Academy are implemented within 180 days after the date of enactment of this Act.

The House amendment contained no similar provision.

The House recedes.

*Report on vessels for emerging offshore energy infrastructure (sec. 3518)*

The Senate bill contained a provision (sec. 8528) that would require the Secretary of Transportation, Secretary of Energy, Secretary of the Interior, and the heads of other relevant agencies to submit a report on the need to install, operate, and maintain emergency offshore energy infrastructure in vessels.

The House amendment contained no similar provision.

The House recedes with an amendment that would require the report to be completed by the Comptroller General of the United States and specify that vessels considered in this report be documented under chapter 121 of title 46, United States Code, and operated under U.S. coastwise laws.

*Report on United States flagged fuel tanker vessel capacity (sec. 3519)*

The House amendment contained a provision (sec. 3511) that would authorize a tanker security fleet program.

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would require a report on U.S.-flagged fuel tanker vessel capacity.

## SUBTITLE B—CABLE SECURITY FLEET

*Establishment of cable security fleet (sec. 3521)*

The House amendment contained a provision (sec. 3521) that would authorize a cable security fleet program.

The Senate bill contained no similar provision.
The Senate recedes.

## SUBTITLE C—MARITIME SAFE ACT

*Short titles (sec. 3531)*

The Senate bill contained a provision (sec. 8531) that would name a subtitle, "The Maritime Security and Fisheries Enforcement (Maritime SAFE) Act."
The House amendment contained no similar provision.
The House recedes.

*Definitions (sec. 3532)*

The Senate bill contained a provision (sec. 8532) that would define several terms.
The House amendment contained no similar provision.
The House recedes.

*Purposes (sec. 3533)*

The Senate bill contained a provision (sec. 8533) that would establish that the purposes of a subtitle are to support a whole-of-government approach to combating illegal, unregulated, and unreported fishing.
The House amendment contained no similar provision.
The House recedes.

*Statement of policy (sec. 3534)*

The Senate bill contained a provision (sec. 8534) that would establish the policy of the United States to take immediate action against illegal, unregulated, and unreported fishing through diplomatic, military, development, and economic tools.
The House amendment contained no similar provision.
The House recedes.

## PART I—PROGRAMS TO COMBAT IUU FISHING AND INCREASE MARITIME SECURITY

*Coordination with international organizations (sec. 3541)*

The Senate bill contained a provision (sec. 8541) that would direct the Departments of State and Commerce to coordinate with Regional Fisheries Management Organizations, the Food and Agriculture Organization of the United Nations, and other relevant international organizations to enhance regional responses to illegal, unregulated, and unreported fishing and related illegal activity.

The House amendment contained no similar provision.

The House recedes.

*Engagement of diplomatic missions of the United States (sec. 3542)*

The Senate bill contained a provision (sec. 8542) that would direct each chief of mission to a relevant country in the priority region to convene a working group of stakeholders to examine illegal, unregulated, and unreported (IUU) fishing in the region and to designate a counter-IUU Fishing Coordinator from among existing mission personnel, if the Secretary of State determines such action is appropriate.

The House amendment contained no similar provision.

The House recedes.

*Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states (sec. 3543)*

The Senate bill contained a provision (sec. 8543) that would direct the Departments of State and Commerce to evaluate opportunities to provide assistance in improving countries' abilities to interdict individuals and vessels engaged in illegal, unregulated, and unreported (IUU) fishing, secure and inspect their ports, investigate and prosecute IUU fishing cases, and securely share information related to maritime enforcement and port security.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Expansion of existing mechanisms to combat IUU fishing (sec. 3544)*

The Senate bill contained a provision (sec. 8544) that would direct relevant agencies to assess opportunities to combat illegal, unregulated, and unreported (IUU) fishing through the use or expansion of certain mechanisms.

The House amendment contained no similar provision.

The House recedes with an amendment that would direct the Director of National Intelligence to develop an enterprise

approach to appropriately share information on IUU fishing and other connected transnational organized illegal activity occurring in priority regions and elsewhere.

*Improvement of transparency and traceability programs (sec. 3545)*

The Senate bill contained a provision (sec. 8545) that would direct relevant agencies to work with priority flag states and countries in priority regions to increase knowledge about U.S. transparency and traceability standards for imports of seafood and seafood products.

The House amendment contained no similar provision.

The House recedes with an amendment that would remove support for seafood traceability standards in foreign countries.

*Technology programs (sec. 3546)*

The Senate bill contained a provision (sec. 8546) that would direct relevant agencies to pursue programs to expand the role of technology in combating illegal, unregulated, and unreported fishing.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Savings clause (sec. 3547)*

The Senate bill contained a provision (sec. 8547) that would specify that no part of certain sections of this Act shall impose any obligation on the Department of Defense.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## PART II—ESTABLISHMENT OF INTERAGENCY WORKING GROUP ON IUU FISHING

*Interagency working group on IUU Fishing (sec. 3551)*

The Senate bill contained a provision (sec. 8551) that would establish a working group to produce an interagency response on illegal, unregulated, and unreported fishing.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Strategic plan (sec. 3552)*

The Senate bill contained a provision (sec. 8552) that would require the illegal, unregulated, and unreported (IUU) working group to submit to Congress a five-year integrated strategic plan on combating the issues of IUU fishing.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Reports (sec. 3553)*

The Senate bill contained a provision (sec. 8553) that would require the working group on illegal, unregulated, and unreported fishing to submit a report to specified committees of the House of Representatives and the Senate.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Gulf of Mexico IUU Fishing Subworking Group (sec. 3554)*

The Senate bill contained a provision (sec. 8554) that would authorize the National Oceanic and Atmospheric Administration, Coast Guard, and the Department of State to establish a sub-working group to address illegal, unregulated, and unreported fishing specifically in the Gulf of Mexico.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

## PART III—COMBATING HUMAN TRAFFICKING IN CONNECTION WITH THE CATCHING AND PROCESSING OF SEAFOOD PRODUCTS

*Finding (sec. 3561)*

The Senate bill contained a provision (sec. 8561) that would provide Congress's findings regarding the issue of human trafficking on the importation of certain seafood products into the United States.

The House amendment contained no similar provision.

The House recedes.

*Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking (sec. 3562)*

The Senate bill contained a provision (sec. 8562) that would amend Section 105(b) of the Victims of Trafficking and

Violence Protection Act of 2000 to include the Secretary of Commerce in section 7103(b) of title 22, United States Code.

The House amendment contained no similar provision.

The House recedes.

*Human trafficking in the seafood supply chain report (sec. 3563)*

The Senate bill contained a provision (sec. 8563) that would require the Administrator of the National Oceanic and Atmospheric Administration and the Commissioner of the Food and Drug Administration to submit a report to Congress detailing the existence of human trafficking in the supply chain of the importation of seafood products to the United States.

The House amendment contained no similar provision.

The House recedes.

## PART IV—AUTHORIZATION OF APPROPRIATIONS

*Authorization of appropriations (sec. 3571)*

The Senate bill contained a provision (sec. 8571) that would require funding for certain programs be derived from the amounts appropriated to relevant agencies.

The House amendment contained no similar provision.

The House recedes.

*Accounting of funds (sec. 3572)*

The Senate bill contained a provision (sec. 8572) that would require each agency receiving or allocating funds to carry out the activities under this subtitle to submit a report to Congress providing an accounting of all funds made available under this subtitle.

The House amendment contained no similar provision.

The House recedes.

## LEGISLATIVE PROVISIONS NOT ADOPTED

*Maritime Administration*

The Senate bill contained a provision (sec. 3501) that would authorize certain aspects of the Maritime Administration. The Senate bill also contained a provision (sec. 8500) that would strike section 3501.

The House amendment contained no similar provision.

The Senate recedes.

*Short title*

The Senate bill contained a provision (sec. 8501) that would allow the Maritime Administration title to be cited as the "Maritime Authorization and Enhancement Act of 2019."
The House amendment contained no similar provision.
The Senate recedes.

*Improvement of National Oceanographic Partnership Program*

The Senate bill contained a provision (sec. 8524) that would provide for certain improvements to the National Ocean Partnership Program.
The House amendment contained no similar provision.
The Senate recedes.

# DIVISION D—FUNDING TABLES

*Authorization of amounts in funding tables (sec. 4001)*

The Senate bill contained a provision (sec. 4001) that would provide for the allocation of funds among programs, projects, and activities in accordance with the tables in division D of this Act, subject to reprogramming guidance in accordance with established procedures.   Consistent with the previously expressed views of the committee, the provision would also require that decisions by an agency head to commit, obligate, or expend funds to a specific entity on the basis of such funding tables be based on authorized, transparent, statutory criteria, or merit-based selection procedures in accordance with the requirements of sections 2304(k) and 2374 of title 10, United States Code, and other applicable provisions of law.
The House amendment contained an identical provision (sec. 4001).
The conference agreement includes this provision.

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **DISCRETIONARY AUTHORIZATIONS WITHIN THE JURISDICTION OF THE ARMED SERVICES COMMITTEE** | | | |
| **National Defense Funding, Base Budget Request** | | | |
| **Function 051, Department of Defense-Military** | | | |
| **Division A: Department of Defense Authorizations** | | | |
| **Title I—Procurement** | | | |
| Aircraft Procurement, Army | 3,696,429 | –24,954 | 3,671,475 |
| Missile Procurement, Army | 3,207,697 | –154,469 | 3,053,228 |
| Weapons & Tracked Combat Vehicles, Army | 4,715,566 | 153,411 | 4,868,977 |
| Procurement of Ammunition, Army | 2,694,548 | –115,199 | 2,579,349 |
| Other Procurement, Army | 7,451,301 | –166,329 | 7,284,972 |
| Aircraft Procurement, Navy | 18,522,204 | 439,612 | 18,961,816 |
| Weapons Procurement, Navy | 4,235,244 | –127,339 | 4,107,905 |
| Procurement of Ammunition, Navy & Marine Corps | 981,314 | –89,023 | 892,291 |
| Shipbuilding & Conversion, Navy | 23,783,710 | –193,658 | 23,590,052 |
| Other Procurement, Navy | 9,652,956 | –350,857 | 9,302,099 |
| Procurement, Marine Corps | 3,090,449 | –100,908 | 2,989,541 |
| Aircraft Procurement, Air Force | 16,784,279 | 1,785,439 | 18,569,718 |
| Missile Procurement, Air Force | 2,889,187 | –19,250 | 2,869,937 |
| Space Procurement, Air Force | 2,414,383 | –5,000 | 2,409,383 |
| Procurement of Ammunition, Air Force | 1,667,961 | –50,200 | 1,617,761 |
| Other Procurement, Air Force | 21,342,857 | –39,823 | 21,303,034 |
| Procurement, Defense-Wide | 5,114,416 | –85,689 | 5,028,727 |
| Joint Urgent Operational Needs Fund | 99,200 | –99,200 | 0 |
| **Subtotal, Title I—Procurement** | **132,343,701** | **756,564** | **133,100,265** |
| **Title II—Research, Development, Test and Evaluation** | | | |
| Research, Development, Test & Evaluation, Army | 12,192,771 | –335,298 | 11,857,473 |
| Research, Development, Test & Evaluation, Navy | 20,270,499 | –595,895 | 19,674,604 |
| Research, Development, Test & Evaluation, Air Force | 45,938,121 | –353,378 | 45,584,743 |
| Research, Development, Test & Evaluation, Defense-Wide | 24,772,953 | 198,872 | 24,971,825 |
| Operational Test & Evaluation, Defense | 221,200 | 0 | 221,200 |
| **Subtotal, Title II—Research, Development, Test and Evaluation** | **103,395,544** | **–1,085,699** | **102,309,845** |
| **Title III—Operation and Maintenance** | | | |
| Operation & Maintenance, Army | 42,012,484 | –1,854,198 | 40,158,286 |
| Operation & Maintenance, Army Reserve | 3,029,110 | –40,516 | 2,988,594 |
| Operation & Maintenance, Army National Guard | 7,629,403 | –103,761 | 7,525,642 |
| Operation & Maintenance, Navy | 51,125,751 | –1,174,187 | 49,951,564 |
| Operation & Maintenance, Marine Corps | 7,926,724 | –485,000 | 7,441,724 |
| Operation & Maintenance, Navy Reserve | 1,125,116 | –25,000 | 1,100,116 |
| Operation & Maintenance, Marine Corps Reserve | 292,076 | | 292,076 |
| Operation & Maintenance, Air Force | 44,910,832 | –1,504,566 | 43,406,266 |
| Operation & Maintenance, Space Force | 72,436 | | 72,436 |
| Operation & Maintenance, Air Force Reserve | 3,396,818 | –40,500 | 3,356,318 |

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Operation & Maintenance, Air National Guard | 6,727,229 | –70,000 | 6,657,229 |
| Operation & Maintenance, Defense-Wide | 37,479,841 | –557,168 | 36,922,673 |
| US Court of Appeals for the Armed Forces, Defense | 14,771 | | 14,771 |
| DOD Acquisition Workforce Development Fund | 400,000 | | 400,000 |
| Overseas Humanitarian, Disaster and Civic Aid | 108,600 | 9,063 | 117,663 |
| Cooperative Threat Reduction | 338,700 | 20,000 | 358,700 |
| Environmental Restoration, Army | 207,518 | 5,000 | 212,518 |
| Environmental Restoration, Navy | 335,932 | 15,000 | 350,932 |
| Environmental Restoration, Air Force | 302,744 | 63,064 | 365,808 |
| Environmental Restoration, Defense | 9,105 | | 9,105 |
| Environmental Restoration, Formerly Used Sites | 216,499 | | 216,499 |
| **Subtotal, Title III—Operation and Maintenance** | **207,661,689** | **–5,742,769** | **201,918,920** |
| | | | |
| **Title IV—Military Personnel** | | | |
| Military Personnel Appropriations | 143,476,503 | –800,000 | 142,676,503 |
| Medicare-Eligible Retiree Health Fund Contributions | 7,816,815 | | 7,816,815 |
| **Subtotal, Title IV—Military Personnel** | **151,293,318** | **–800,000** | **150,493,318** |
| | | | |
| **Title XIV—Other Authorizations** | | | |
| Working Capital Fund, Army | 89,597 | | 89,597 |
| Working Capital Fund, Air Force | 92,499 | | 92,499 |
| Working Capital Fund, DECA | 995,030 | | 995,030 |
| Working Capital Fund, Defense-Wide | 49,085 | | 49,085 |
| Working Capital Fund, Defense Counterintelligence and Security Fund | 200,000 | | 200,000 |
| National Defense Sealift Fund | 0 | | 0 |
| Chemical Agents & Munitions Destruction | 985,499 | | 985,499 |
| Drug Interdiction and Counter Drug Activities | 799,402 | –18,000 | 781,402 |
| Office of the Inspector General | 363,499 | | 363,499 |
| Defense Health Program | 32,998,687 | –283,650 | 32,715,037 |
| **Subtotal, Title XIV—Other Authorizations** | **36,573,298** | **–301,650** | **36,271,648** |
| | | | |
| **Total, Division A: Department of Defense Authorizations** | **631,267,550** | **–7,173,554** | **624,093,996** |
| | | | |
| **Division B: Military Construction Authorizations** | | | |
| | | | |
| **Military Construction** | | | |
| Army | 1,453,499 | –182,500 | 1,270,999 |
| Navy | 2,805,743 | –30,782 | 2,774,961 |
| Air Force | 2,179,230 | –455,651 | 1,723,579 |
| Defense-Wide | 2,504,190 | –236,595 | 2,267,595 |
| NATO Security Investment Program | 144,040 | | 144,040 |
| Army National Guard | 210,819 | 155,000 | 365,819 |
| Army Reserve | 60,928 | | 60,928 |
| Navy and Marine Corps Reserve | 54,955 | | 54,955 |
| Air National Guard | 165,971 | 55,500 | 221,471 |
| Air Force Reserve | 59,750 | 24,800 | 84,550 |
| Unaccompanied Housing Improvement Fund | 500 | | 500 |
| **Subtotal, Military Construction** | **9,639,625** | **–670,228** | **8,969,397** |

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **Family Housing** | | | |
| Construction, Army | 141,372 | 5,000 | 146,372 |
| Operation & Maintenance, Army | 357,907 | 99,733 | 457,640 |
| Construction, Navy and Marine Corps | 47,661 | | 47,661 |
| Operation & Maintenance, Navy and Marine Corps | 317,870 | 114,333 | 432,203 |
| Construction, Air Force | 103,631 | | 103,631 |
| Operation & Maintenance, Air Force | 295,016 | 85,933 | 380,949 |
| Operation & Maintenance, Defense-Wide | 57,000 | | 57,000 |
| Improvement Fund | 3,045 | | 3,045 |
| **Subtotal, Family Housing** | **1,323,502** | **304,999** | **1,628,501** |
| **Base Realignment and Closure** | | | |
| Base Realignment and Closure—Army | 66,111 | 28,000 | 94,111 |
| Base Realignment and Closure—Navy | 158,349 | 58,000 | 216,349 |
| Base Realignment and Closure—Air Force | 54,066 | 28,000 | 82,066 |
| **Subtotal, Base Realignment and Closure** | **278,526** | **114,000** | **392,526** |
| **Undistributed Adjustments** | | | |
| Prior Year Savings | 0 | –64,685 | –64,685 |
| **Subtotal, Base Realignment and Closure** | **0** | **–64,685** | **–64,685** |
| **Total, Division B: Military Construction Authorizations** | **11,241,653** | **–315,914** | **10,925,739** |
| **Total, 051, Department of Defense-Military** | **642,509,203** | **–7,489,468** | **635,019,735** |
| **Division C: Department of Energy National Security Authorization and Other Authorizations** | | | |
| **Function 053, Atomic Energy Defense Activities** | | | |
| **Environmental and Other Defense Activities** | | | |
| Nuclear Energy | 137,808 | | 137,808 |
| Weapons Activities | 12,408,603 | 36,177 | 12,444,780 |
| Defense Nuclear Nonproliferation | 1,993,302 | 27,512 | 2,020,814 |
| Naval Reactors | 1,648,396 | –15,000 | 1,633,396 |
| Federal Salaries and Expenses | 434,699 | | 434,699 |
| Defense Environmental Cleanup | 5,506,501 | 21,231 | 5,527,732 |
| Other Defense Activities | 1,035,339 | –149,500 | 885,839 |
| Defense Nuclear Waste Disposal | 26,000 | –26,000 | 0 |
| **Subtotal, Environmental and Other Defense Activities** | **23,190,648** | **–105,580** | **23,085,068** |
| **Independent Federal Agency Authorization** | | | |
| Defense Nuclear Facilities Safety Board | 29,450 | | 29,450 |
| **Subtotal, Independent Federal Agency Authorization** | **29,450** | **0** | **29,450** |
| **Subtotal, 053, Atomic Energy Defense Activities** | **23,220,098** | **–105,580** | **23,114,518** |

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **Function 054, Defense-Related Activities** | | | |
| **Other Agency Authorizations** | | | |
| Maritime Security Program | 300,000 | | 300,000 |
| **Subtotal, Independent Federal Agency Authorization** | **300,000** | **0** | **300,000** |
| **Subtotal, 054, Defense-Related Activities** | **300,000** | **0** | **300,000** |
| **Subtotal, Division C: Department of Energy National Security Authorization and Other Authorizations** | **23,520,098** | **–105,580** | **23,414,518** |
| **Total, National Defense Funding, Base Budget Request** | **666,029,301** | **–7,595,048** | **658,434,253** |
| **National Defense Funding, Overseas Contingency Operations** | | | |
| **Function 051, Department of Defense-Military** | | | |
| **Procurement** | | | |
| Aircraft Procurement, Army | 381,541 | | 381,541 |
| Missile Procurement, Army | 1,438,058 | –11,500 | 1,426,558 |
| Weapons & Tracked Combat Vehicles, Army | 353,454 | | 353,454 |
| Procurement of Ammunition, Army | 148,682 | | 148,682 |
| Other Procurement, Army | 1,131,450 | –55,403 | 1,076,047 |
| Aircraft Procurement, Navy | 119,045 | | 119,045 |
| Weapons Procurement, Navy | 97,466 | | 97,466 |
| Procurement of Ammunition, Navy & Marine Corps | 204,814 | | 204,814 |
| Other Procurement, Navy | 357,600 | | 357,600 |
| Procurement, Marine Corps | 20,589 | | 20,589 |
| Aircraft Procurement, Air Force | 309,110 | | 309,110 |
| Missile Procurement, Air Force | 201,671 | | 201,671 |
| Procurement of Ammunition, Air Force | 939,433 | | 939,433 |
| Other Procurement, Air Force | 3,538,098 | | 3,538,098 |
| Procurement, Defense-Wide | 447,047 | –5,000 | 442,047 |
| National Guard & Reserve Equipment | | 265,000 | 265,000 |
| **Subtotal, Procurement** | **9,688,058** | **193,097** | **9,881,155** |
| **Research, Development, Test and Evaluation** | | | |
| Research, Development, Test & Evaluation, Army | 204,124 | –6,000 | 198,124 |
| Research, Development, Test & Evaluation, Navy | 164,410 | | 164,410 |
| Research, Development, Test & Evaluation, Air Force | 128,248 | | 128,248 |
| Research, Development, Test & Evaluation, Defense-Wide | 401,950 | | 401,950 |
| **Subtotal, Research, Development, Test and Evaluation** | **898,732** | **–6,000** | **892,732** |
| **Operation and Maintenance** | | | |
| Operation & Maintenance, Army | 18,772,938 | 1,326,048 | 20,098,986 |
| Operation & Maintenance, Army Reserve | 37,592 | | 37,592 |
| Operation & Maintenance, Army National Guard | 83,291 | | 83,291 |

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Afghanistan Security Forces Fund | 4,803,978 | –300,000 | 4,503,978 |
| Counter-ISIS Train and Equip Fund | 1,045,000 | –200,000 | 845,000 |
| Operation & Maintenance, Navy | 6,561,650 | 1,450,000 | 8,011,650 |
| Operation & Maintenance, Marine Corps | 1,124,791 | 400,000 | 1,524,791 |
| Operation & Maintenance, Navy Reserve | 23,036 | | 23,036 |
| Operation & Maintenance, Marine Corps Reserve | 8,707 | | 8,707 |
| Operation & Maintenance, Air Force | 9,396,379 | 1,150,000 | 10,546,379 |
| Operation & Maintenance, Air Force Reserve | 29,758 | | 29,758 |
| Operation & Maintenance, Air National Guard | 176,909 | | 176,909 |
| Operation & Maintenance, Defense-Wide | 8,368,112 | 205,000 | 8,573,112 |
| Ukraine Security Assistance | | 300,000 | 300,000 |
| **Subtotal, Operation and Maintenance** | **50,432,141** | **4,331,048** | **54,763,189** |
| | | | |
| **Military Personnel** | | | |
| Military Personnel Appropriations | 4,485,808 | | 4,485,808 |
| **Subtotal, Military Personnel** | **4,485,808** | **0** | **4,485,808** |
| | | | |
| **Other Authorizations** | | | |
| Working Capital Fund, Army | 20,100 | | 20,100 |
| Drug Interdiction and Counter Drug Activities | 163,596 | | 163,596 |
| Office of the Inspector General | 24,254 | | 24,254 |
| Defense Health Program | 347,746 | | 347,746 |
| **Subtotal, Title XIV—Other Authorizations** | **555,696** | **0** | **555,696** |
| | | | |
| **Military Construction** | | | |
| Army | 9,389,218 | –9,252,288 | 136,930 |
| Navy | 94,570 | 166,971 | 261,541 |
| Air Force | 314,738 | 162,211 | 476,949 |
| Defense-Wide | 46,000 | | 46,000 |
| **Subtotal, Military Construction** | **9,844,526** | **–8,923,106** | **921,420** |
| | | | |
| **Subtotal, 051, Department of Defense-Military** | **75,904,961** | **–4,404,961** | **71,500,000** |
| | | | |
| **Total, National Defense Funding, Overseas Contingency Operations Funding** | **75,904,961** | **–4,404,961** | **71,500,000** |
| | | | |
| **Total, National Defense** | **741,934,262** | **–12,000,009** | **729,934,253** |
| | | | |
| **MEMORANDUM: DISASTER RECOVERY AUTHORIZATIONS** | | | |
| Procurement | | 566,422 | 566,422 |
| Research and Development | | 114,496 | 114,496 |
| Operations and Maintenance | | 535,900 | 535,900 |
| Military Construction | | 4,119,813 | 4,119,813 |
| | | | |
| **MEMORANDUM: NON-DEFENSE AUTHORIZATIONS** | | | |
| Title XIV—Armed Forces Retirement Home (Function 600) | | | 64,300 |
| Title XXXIV—Naval Petroleum and Oil Shale Reserves (Function 270) | | | 14,000 |

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

7

**SUMMARY OF NATIONAL DEFENSE AUTHORIZATIONS FOR FISCAL YEAR 2020**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **MEMORANDUM: TRANSFER AUTHORITIES (NON-ADD)** | | | |
| Title X—General Transfer Authority | | | [4,000,000] |
| Title XV—Special Transfer Authority | | | [2,000,000] |
| **MEMORANDUM: DEFENSE AUTHORIZATIONS NOT UNDER THE JURISDICTION OF THE ARMED SERVICES COMMITTEE (NON-ADD)** | | | |
| Defense Production Act | [34,000] | | [34,000] |

November 23, 2019 (1:06 a.m.)

WASHSTATEC008966

**NATIONAL DEFENSE BUDGET AUTHORITY IMPLICATION**

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| **Summary, Discretionary Authorizations Within the Jurisdiction of the Armed Services Committee** | | | |
| **SUBTOTAL, DEPARTMENT OF DEFENSE (051)** | **642,509,203** | **–7,489,468** | **635,019,735** |
| **SUBTOTAL, ATOMIC ENERGY DEFENSE PROGRAMS (053)** | **23,220,098** | **–105,580** | **23,114,518** |
| **SUBTOTAL, DEFENSE-RELATED ACTIVITIES (054)** | **300,000** | | **300,000** |
| **TOTAL, NATIONAL DEFENSE (050)—BASE BILL** | **666,029,301** | **–7,595,048** | **658,434,253** |
| **TOTAL, OVERSEAS CONTINGENCY OPERATIONS** | **75,904,961** | **–4,404,961** | **71,500,000** |
| **GRAND TOTAL, NATIONAL DEFENSE** | **741,934,262** | **–12,000,009** | **729,934,253** |
| **Scoring adjustments** | | | |
| Transfers to non-Defense budget functions already credited to 050 by OMB | –142,000 | | –142,000 |
| Assumed reductions to previously enacted funding levels | –25,000 | | –25,000 |
| Adjustments for revised BCA caps | 10,000 | | 10,000 |
| **Subtotal, Scoring Adjustments** | **–157,000** | | **–157,000** |
| **Base National Defense Discretionary Programs that are Not In the Jurisdiction of the Armed Services Committee or Do Not Require Additional Authorization (CBO Estimates)** | | | |
| Defense Production Act Purchases | 34,000 | | 34,000 |
| Indefinite Account: Disposal Of DOD Real Property | 8,000 | | 8,000 |
| Indefinite Account: Lease Of DOD Real Property | 34,000 | | 34,000 |
| **Subtotal, Budget Sub-Function 051** | **76,000** | | **76,000** |
| Other Discretionary Programs | 8,146,000 | | 8,146,000 |
| **Subtotal, Budget Sub-Function 054** | **8,146,000** | | **8,146,000** |
| **Total Defense Discretionary Adjustments (050)** | **8,222,000** | | **8,222,000** |
| **Budget Authority Implication, National Defense Discretionary** | | | |
| Department of Defense--Military (051) | 718,414,165 | –11,894,429 | 706,519,735 |
| Atomic Energy Defense Activities (053) | 23,220,098 | –105,580 | 23,114,518 |
| Defense-Related Activities (054) | 8,522,000 | | 8,522,000 |
| **Total BA Implication, National Defense Discretionary** | **749,999,263** | **–12,000,009** | **737,999,253** |
| **National Defense Mandatory Programs, Current Law (CBO Baseline)** | | | |
| Concurrent receipt accrual payments to the Military Retirement Fund | 8,577,000 | | 8,577,000 |
| Revolving, trust and other DOD Mandatory | 1,818,000 | | 1,818,000 |
| Offsetting receipts | –1,869,000 | | –1,869,000 |
| **Subtotal, Budget Sub-Function 051** | **8,526,000** | | **8,526,000** |
| Energy employees occupational illness compensation programs and other | 1,495,000 | | 1,495,000 |
| **Subtotal, Budget Sub-Function 053** | **1,495,000** | | **1,495,000** |
| Radiation exposure compensation trust fund | 54,000 | | 54,000 |
| Payment to CIA retirement fund and other | 514,000 | | 514,000 |
| **Subtotal, Budget Sub-Function 054** | **568,000** | | **568,000** |
| **Total National Defense Mandatory (050)** | **10,589,000** | | **10,589,000** |
| **Budget Authority Implication, National Defense Discretionary and Mandatory** | | | |
| Department of Defense--Military (051) | 726,940,165 | –11,894,429 | 715,045,735 |

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

9

**NATIONAL DEFENSE BUDGET AUTHORITY IMPLICATION**—Continued

(In Thousands of Dollars)

| | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Atomic Energy Defense Activities (053) | 24,715,098 | –105,580 | 24,609,518 |
| Defense-Related Activities (054) | 9,090,000 | | 9,090,000 |
| **Total BA Implication, National Defense Discretionary and Mandatory** | **760,745,263** | **–12,000,009** | **748,745,253** |
| **Memorandum: Disaster Recovery Authorizations** | | | |
| Department of Defense--Military (051) | 0 | 5,336,631 | 5,336,631 |

November 23, 2019 (1:06 a.m.)

WASHSTATEC008968

# TITLE XLI—PROCUREMENT

## SEC. 4101. PROCUREMENT.

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **AIRCRAFT PROCUREMENT, ARMY** | | | | | | | | | | |
| | **FIXED WING** | | | | | | | | | | |
| 002 | UTILITY F/W AIRCRAFT | 1 | 16,000 | | | | | –1 | –16,000 | | |
| | Early to need | | | [–1] | [–16,000] | | | [–1] | [–16,000] | | |
| | Program zeroed out in FYDP | | | | | [–1] | [–16,000] | | | | |
| 004 | RQ–11 (RAVEN) | | 23,510 | | 21,510 | | 23,510 | | –2,090 | | 21,420 |
| | Unit cost growth | | | | [–2,000] | | | | [–2,090] | | |
| | **ROTARY** | | | | | | | | | | |
| 005 | TACTICAL UNMANNED AIRCRAFT SYSTEM (TUAS) | | 12,100 | | 12,100 | | 12,100 | | –6,000 | | 6,100 |
| | Program reduction | | | | | | | | [–6,000] | | |
| 007 | HELICOPTER, LIGHT UTILITY (LUH) | | | | 11,000 | | | | 11,000 | | 11,000 |
| | Program increase for sustainment improvements | | | | [11,000] | | | | [11,000] | | |
| 008 | AH–64 APACHE BLOCK IIIA REMAN | 48 | 806,849 | 48 | 786,009 | 48 | 806,849 | | –8,064 | 48 | 798,785 |
| | Unjustified cost growth | | | | [–20,840] | | | | [–8,064] | | |
| 009 | AH–64 APACHE BLOCK IIIA REMAN | | 190,870 | | 174,970 | | 190,870 | | | | 190,870 |
| | Unjustified cost growth | | | | [–15,900] | | | | | | |
| 010 | AH–64 APACHE BLOCK IIIB NEW BUILD | | | | | 3 | 105,000 | | | | |
| | | | | | | [3] | [105,000] | | | | |
| 012 | UH–60 BLACKHAWK M MODEL (MYP) | 73 | 1,411,540 | 73 | 1,411,540 | 66 | 1,271,540 | | –13,800 | 73 | 1,397,740 |
| | Funding ahead of acquisition strategy | | | | | [–7] | [–140,000] | | | | |
| | Unit cost growth | | | | | | | | [–13,800] | | |
| 013 | UH–60 BLACKHAWK M MODEL (MYP) | | 79,572 | | 79,572 | | 79,572 | | | | 79,572 |
| 014 | UH–60 BLACK HAWK L AND V MODELS | 25 | 169,290 | 25 | 169,290 | 33 | 204,290 | | | 25 | 169,290 |
| | Increase fielding for ARNG units | | | | | [8] | [35,000] | | | | |
| 015 | CH–47 HELICOPTER | 8 | 140,290 | 8 | 131,290 | 8 | 140,290 | | –9,000 | 8 | 131,290 |
| | Unit cost growth | | | | [–9,000] | | | | [–9,000] | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016 | CH–47 HELICOPTER | | 18,186 | | 46,186 | | 18,186 | | 28,000 | | 46,186 |
| | Advance procurement for CH–47F Block II | | | | [28,000] | | | | [28,000] | | |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 019 | UNIVERSAL GROUND CONTROL EQUIPMENT (UAS) | | 2,090 | | 2,090 | | 2,090 | | | | 2,090 |
| 020 | GRAY EAGLE MODS2 | | 14,699 | | 14,699 | | 14,699 | | | | 14,699 |
| 021 | MULTI SENSOR ABN RECON (MIP) | | 35,189 | | 35,189 | | 35,189 | | | | 35,189 |
| 022 | AH–64 MODS | | 58,172 | | 58,172 | | 58,172 | | | | 58,172 |
| 023 | CH–47 CARGO HELICOPTER MODS (MYP) | | 11,785 | | 6,785 | | 11,785 | | | | 11,785 |
| | Unobligated balances | | | | [–5,000] | | | | | | |
| 024 | GRCS SEMA MODS (MIP) | | 5,677 | | 5,677 | | 5,677 | | | | 5,677 |
| 025 | ARL SEMA MODS (MIP) | | 6,566 | | 6,566 | | 6,566 | | | | 6,566 |
| 026 | EMARSS SEMA MODS (MIP) | | 3,859 | | 3,859 | | 3,859 | | | | 3,859 |
| 027 | UTILITY/CARGO AIRPLANE MODS | | 15,476 | | 13,476 | | 15,476 | | –2,000 | | 13,476 |
| | Unit cost discrepancy | | | | [–2,000] | | | | [–2,000] | | |
| 028 | UTILITY HELICOPTER MODS | | 6,744 | | 6,744 | | 6,744 | | | | 6,744 |
| 029 | NETWORK AND MISSION PLAN | | 105,442 | | 98,442 | | 105,442 | | –7,000 | | 98,442 |
| | Cost growth | | | | [–7,000] | | | | [–7,000] | | |
| 030 | COMMS, NAV SURVEILLANCE | | 164,315 | | 164,315 | | 164,315 | | | | 164,315 |
| 032 | GATM ROLLUP | | 30,966 | | 30,966 | | 30,966 | | | | 30,966 |
| 033 | RQ–7 UAV MODS | | 8,983 | 2 | 38,983 | | 8,983 | | | | 8,983 |
| | Program increase | | | [2] | [30,000] | | | | | | |
| 034 | UAS MODS | | 10,205 | | 10,205 | | 10,205 | | | | 10,205 |
| | **GROUND SUPPORT AVIONICS** | | | | | | | | | | |
| 035 | AIRCRAFT SURVIVABILITY EQUIPMENT | | 52,297 | | 52,297 | | 52,297 | | | | 52,297 |
| 036 | SURVIVABILITY CM | | 8,388 | | 8,388 | | 8,388 | | | | 8,388 |
| 037 | CMWS | | 13,999 | | 13,999 | | 13,999 | | | | 13,999 |
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | | 168,784 | | 168,784 | | 168,784 | | | | 168,784 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 039 | AVIONICS SUPPORT EQUIPMENT | | 1,777 | | 1,777 | | 1,777 | | | | 1,777 |
| 040 | COMMON GROUND EQUIPMENT | | 18,624 | | 18,624 | | 18,624 | | | | 18,624 |
| 041 | AIRCREW INTEGRATED SYSTEMS | | 48,255 | | 48,255 | | 48,255 | | | | 48,255 |
| 042 | AIR TRAFFIC CONTROL | | 32,738 | | 32,738 | | 32,738 | | | | 32,738 |
| 044 | LAUNCHER, 2.75 ROCKET | | 2,201 | | 2,201 | | 2,201 | | | | 2,201 |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 9 | 991 | 9 | 991 | 9 | 991 | | | 9 | 991 |
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | **164** | **3,696,429** | **165** | **3,667,689** | **167** | **3,680,429** | **–1** | **–24,954** | **163** | **3,671,475** |
| | | | | | | | | | | | |
| | **MISSILE PROCUREMENT, ARMY** | | | | | | | | | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | | | | | | | | | |
| 001 | SYSTEM INTEGRATION AND TEST PROCUREMENT | | 113,857 | | 113,857 | | 113,857 | | | | 113,857 |
| 002 | M-SHORAD—PROCUREMENT | 17 | 103,800 | 17 | 56,800 | 17 | 103,800 | | –32,000 | 17 | 71,800 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | Early to need | | | | [–47,000] | | | | [–32,000] | | |
| 003 | MSE MISSILE | 138 | 698,603 | 138 | 698,603 | 138 | 698,603 | | | 138 | 698,603 |
| 004 | INDIRECT FIRE PROTECTION CAPABILITY INC 2–I | | 9,337 | | 9,337 | | 239,237 | | | | 9,337 |
| | Full funding of Iron Dome battery | | | | | | [229,900] | | | | |
| 005A | THAAD | | | | | 37 | 425,900 | | | | |
| | THAAD program transfer from MDA | | | | | [37] | [425,900] | | | | |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | | | | | | | | | |
| 006 | HELLFIRE SYS SUMMARY | 1,870 | 193,284 | 1,870 | 173,284 | 1,870 | 193,284 | | –7,200 | 1,870 | 186,084 |
| | Unit cost growth | | | | [–20,000] | | | | [–7,200] | | |
| 007 | JOINT AIR-TO-GROUND MSLS (JAGM) | 609 | 233,353 | 609 | 198,353 | 609 | 233,353 | | –34,058 | 609 | 199,295 |
| | Contract and schedule delays | | | | [–35,000] | | | | [–34,058] | | |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | | | | | | | | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 672 | 138,405 | 672 | 138,405 | 672 | 138,405 | | | 672 | 138,405 |
| 009 | TOW 2 SYSTEM SUMMARY | 1,460 | 114,340 | 1,460 | 110,340 | 1,460 | 114,340 | | –6,382 | 1,460 | 107,958 |
| | Unit cost growth | | | | [–4,000] | | | | [–6,382] | | |
| 010 | TOW 2 SYSTEM SUMMARY | | 10,500 | | 10,500 | | 10,500 | | | | 10,500 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 6,489 | 797,213 | 6,489 | 767,213 | 6,489 | 797,213 | | –30,000 | 6,489 | 767,213 |
| | Program adjustment | | | | [–30,000] | | | | [–30,000] | | |
| 012 | MLRS REDUCED RANGE PRACTICE ROCKETS (RRPR) | 2,982 | 27,555 | 2,982 | 27,555 | 2,982 | 27,555 | | | 2,982 | 27,555 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 146 | 209,842 | 146 | 184,842 | 146 | 209,842 | | –39,829 | 146 | 170,013 |
| | Excess to need | | | | [–25,000] | | | | [–39,829] | | |
| | **MODIFICATIONS** | | | | | | | | | | |
| 016 | PATRIOT MODS | | 279,464 | | 279,464 | | 279,464 | | | | 279,464 |
| 017 | ATACMS MODS | | 85,320 | | 80,320 | | 85,320 | | –5,000 | | 80,320 |
| | Unit cost growth | | | | [–5,000] | | | | [–5,000] | | |
| 018 | GMLRS MOD | | 5,094 | | 5,094 | | 5,094 | | | | 5,094 |
| 019 | STINGER MODS | | 81,615 | | 81,615 | | 81,615 | | | | 81,615 |
| 020 | AVENGER MODS | | 14,107 | | 14,107 | | 14,107 | | | | 14,107 |
| 021 | ITAS/TOW MODS | | 3,469 | | 3,469 | | 3,469 | | | | 3,469 |
| 022 | MLRS MODS | | 39,019 | | 39,019 | | 39,019 | | | | 39,019 |
| 023 | HIMARS MODIFICATIONS | | 12,483 | | 12,483 | | 12,483 | | | | 12,483 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 024 | SPARES AND REPAIR PARTS | | 26,444 | | 26,444 | | 26,444 | | | | 26,444 |

| Line | Item | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | | |
| 025 | AIR DEFENSE TARGETS | | 10,593 | | 10,593 | | 10,593 | | | | 10,593 |
| | **TOTAL MISSILE PROCUREMENT, ARMY** | **14,383** | **3,207,697** | **14,383** | **3,041,697** | **14,420** | **3,863,497** | | **–154,469** | **14,383** | **3,053,228** |
| | **PROCUREMENT OF W&TCV, ARMY** | | | | | | | | | | |
| | **TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 65 | 264,040 | 65 | 259,040 | 65 | 264,040 | | –33,733 | 65 | 230,307 |
| | Program reduction | | | | [–5,000] | | | | [–33,733] | | |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 003 | STRYKER (MOD) | | 144,387 | | 393,587 | | 393,587 | | 249,200 | | 393,587 |
| | Accelerate Stryker medium caliber weapon system—Army unfunded priority. | | | | [249,200] | | | | [249,200] | | |
| | UPL Stryker lethality 30 mm cannon | | | | | | [249,200] | | | | |
| 004 | STRYKER UPGRADE | 152 | 550,000 | 152 | 550,000 | 152 | 550,000 | | –27,038 | 152 | 522,962 |
| | Unit cost growth | | | | | | | | [–27,038] | | |
| 005 | BRADLEY PROGRAM (MOD) | | 638,781 | | 546,781 | | 598,781 | | –65,000 | | 573,781 |
| | Excess to need due to termination of subprogram | | | | | | [–40,000] | | | | |
| | Program decrease | | | | [–27,000] | | | | [–65,000] | | |
| | Program delay | | | | [–65,000] | | | | | | |
| 006 | M109 FOV MODIFICATIONS | | 25,756 | | 25,756 | | 25,756 | | | | 25,756 |
| 007 | PALADIN INTEGRATED MANAGEMENT (PIM) | 53 | 553,425 | 53 | 553,425 | 53 | 553,425 | | | 53 | 553,425 |
| 009 | ASSAULT BRIDGE (MOD) | | 2,821 | | 2,821 | | 2,821 | | | | 2,821 |
| 010 | ASSAULT BREACHER VEHICLE | 6 | 31,697 | 6 | 31,697 | 6 | 31,697 | | | 6 | 31,697 |
| 011 | M88 FOV MODS | | 4,500 | | 4,500 | | 4,500 | | | | 4,500 |
| 012 | JOINT ASSAULT BRIDGE | 44 | 205,517 | 44 | 205,517 | 44 | 205,517 | | | 44 | 205,517 |
| 013 | M1 ABRAMS TANK (MOD) | | 348,800 | | 408,800 | | 348,800 | | 53,000 | | 401,800 |
| | Test support excess to need | | | | | | | | [–7,000] | | |
| | Vehicle protection system for one armored brigade | | | | [60,000] | | | | [60,000] | | |
| 014 | ABRAMS UPGRADE PROGRAM | 165 | 1,752,784 | 165 | 1,752,784 | 165 | 1,717,784 | | | 165 | 1,752,784 |
| | Early to need | | | | | | [–35,000] | | | | |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | | | | | | | | | |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | | 19,420 | | 19,420 | | 19,420 | | | | 19,420 |
| 017 | GUN AUTOMATIC 30MM M230 | | 20,000 | | 20,000 | | 20,000 | | –14,958 | | 5,042 |
| | Program reduction | | | | | | | | [–14,958] | | |
| 019 | MORTAR SYSTEMS | | 14,907 | | 14,907 | | 14,907 | | | | 14,907 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | | 191 | | 191 | | 191 | | | | 191 |
| 021 | PRECISION SNIPER RIFLE | | 7,977 | | 7,977 | | 7,977 | | | | 7,977 |
| 022 | COMPACT SEMI-AUTOMATIC SNIPER SYSTEM | | 9,860 | | 9,860 | | 9,860 | | | | 9,860 |
| 023 | CARBINE | | 30,331 | | 30,331 | | 30,331 | | | | 30,331 |
| 024 | SMALL ARMS—FIRE CONTROL | | 8,060 | | 60 | | 8,060 | | –8,060 | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | Late contract award | | | | [–8,000] | | | | [–8,060] | | |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION | | 24,007 | | 24,007 | | 24,007 | | | | 24,007 |
| 026 | HANDGUN | | 6,174 | | 6,174 | | 6,174 | | | | 6,174 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | | | | | | | | | |
| 028 | MK–19 GRENADE MACHINE GUN MODS | | 3,737 | | 3,737 | | 3,737 | | | | 3,737 |
| 029 | M777 MODS | | 2,367 | | 2,367 | | 2,367 | | | | 2,367 |
| 030 | M4 CARBINE MODS | | 17,595 | | 17,595 | | 17,595 | | | | 17,595 |
| 033 | M240 MEDIUM MACHINE GUN MODS | | 8,000 | | 8,000 | | 8,000 | | | | 8,000 |
| 034 | SNIPER RIFLES MODIFICATIONS | | 2,426 | | 2,426 | | 2,426 | | | | 2,426 |
| 035 | M119 MODIFICATIONS | | 6,269 | | 6,269 | | 6,269 | | | | 6,269 |
| 036 | MORTAR MODIFICATION | | 1,693 | | 1,693 | | 1,693 | | | | 1,693 |
| 037 | MODIFICATIONS LESS THAN $5.0M (WOCV-WTCV) | | 4,327 | | 4,327 | | 4,327 | | | | 4,327 |
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | | |
| 038 | ITEMS LESS THAN $5.0M (WOCV-WTCV) | | 3,066 | | 3,066 | | 3,066 | | | | 3,066 |
| 039 | PRODUCTION BASE SUPPORT (WOCV-WTCV) | | 2,651 | | 2,651 | | 2,651 | | | | 2,651 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** | **485** | **4,715,566** | **485** | **4,919,766** | **485** | **4,889,766** | | **153,411** | **485** | **4,868,977** |
| | | | | | | | | | | | |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | | | | | | | | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | | | | | | | | | |
| 001 | CTG, 5.56MM, ALL TYPES | | 68,949 | | 63,949 | | 68,949 | | –3,429 | | 65,520 |
| | Prior-year carryover | | | | [–5,000] | | | | [–3,429] | | |
| 002 | CTG, 7.62MM, ALL TYPES | | 114,228 | | 111,228 | | 114,228 | | –2,000 | | 112,228 |
| | Prior-year carryover | | | | [–3,000] | | | | [–2,000] | | |
| 003 | CTG, HANDGUN, ALL TYPES | | 17,807 | | 12,807 | | 17,807 | | | | 17,807 |
| | Program adjustment | | | | [–5,000] | | | | | | |
| 004 | CTG, .50 CAL, ALL TYPES | | 63,966 | | 63,966 | | 63,966 | | | | 63,966 |
| 005 | CTG, 20MM, ALL TYPES | | 35,920 | | 27,920 | | 35,920 | | –8,000 | | 27,920 |
| | Unit cost growth | | | | [–8,000] | | | | [–8,000] | | |
| 006 | CTG, 25MM, ALL TYPES | | 8,990 | | 8,990 | | 8,990 | | | | 8,990 |
| 007 | CTG, 30MM, ALL TYPES | | 68,813 | | 57,229 | | 68,813 | | –3,476 | | 65,337 |
| | Prior-year carry over | | | | [–1,134] | | | | [–1,134] | | |
| | Program adjustment | | | | [–10,450] | | | | [–2,342] | | |
| 008 | CTG, 40MM, ALL TYPES | | 103,952 | | 103,952 | | 103,952 | | | | 103,952 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **MORTAR AMMUNITION** | | | | | | | | | | |
| 009 | 60MM MORTAR, ALL TYPES | | 50,580 | | 49,580 | | 50,580 | | –1,000 | | 49,580 |
| | Unit cost discrepancy | | | | [–1,000] | | | | [–1,000] | | |
| 010 | 81MM MORTAR, ALL TYPES | | 59,373 | | 44,673 | | 59,373 | | –14,700 | | 44,673 |
| | Contract delays | | | | [–14,700] | | | | [–14,700] | | |
| 011 | 120MM MORTAR, ALL TYPES | | 125,452 | | 123,452 | | 125,452 | | –2,000 | | 123,452 |
| | Unit cost growth | | | | [–2,000] | | | | [–2,000] | | |
| | **TANK AMMUNITION** | | | | | | | | | | |
| 012 | CARTRIDGES, TANK, 105MM AND 120MM, ALL TYPES | | 171,284 | | 113,084 | | 171,284 | | –50,820 | | 120,464 |
| | Unit cost growth | | | | [–58,200] | | | | [–50,820] | | |
| | **ARTILLERY AMMUNITION** | | | | | | | | | | |
| 013 | ARTILLERY CARTRIDGES, 75MM & 105MM, ALL TYPES | | 44,675 | | 44,675 | | 44,675 | | | | 44,675 |
| 014 | ARTILLERY PROJECTILE, 155MM, ALL TYPES | | 266,037 | | 266,037 | | 266,037 | | | | 266,037 |
| 015 | PROJ 155MM EXTENDED RANGE M982 | 441 | 57,434 | 441 | 57,434 | 441 | 57,434 | | | 441 | 57,434 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL | | 271,602 | | 265,602 | | 271,602 | | –3,580 | | 268,022 |
| | Cost growth and unjustified product improvements | | | | [–6,000] | | | | [–3,580] | | |
| | **MINES** | | | | | | | | | | |
| 017 | MINES & CLEARING CHARGES, ALL TYPES | | 55,433 | | 39,433 | | 55,433 | | –16,194 | | 39,239 |
| | Contract delay | | | | [–16,000] | | | | [–16,194] | | |
| | **ROCKETS** | | | | | | | | | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES | | 74,878 | | 74,878 | | 74,878 | | | | 74,878 |
| 019 | ROCKET, HYDRA 70, ALL TYPES | | 175,994 | | 165,994 | | 175,994 | | –10,000 | | 165,994 |
| | Excess support costs | | | | [–10,000] | | | | [–10,000] | | |
| | **OTHER AMMUNITION** | | | | | | | | | | |
| 020 | CAD/PAD, ALL TYPES | | 7,595 | | 7,595 | | 7,595 | | | | 7,595 |
| 021 | DEMOLITION MUNITIONS, ALL TYPES | | 51,651 | | 51,651 | | 51,651 | | | | 51,651 |
| 022 | GRENADES, ALL TYPES | | 40,592 | | 40,592 | | 40,592 | | | | 40,592 |
| 023 | SIGNALS, ALL TYPES | | 18,609 | | 18,609 | | 18,609 | | | | 18,609 |
| 024 | SIMULATORS, ALL TYPES | | 16,054 | | 16,054 | | 16,054 | | | | 16,054 |
| | **MISCELLANEOUS** | | | | | | | | | | |
| 025 | AMMO COMPONENTS, ALL TYPES | | 5,261 | | 5,261 | | 5,261 | | | | 5,261 |
| 026 | NON-LETHAL AMMUNITION, ALL TYPES | | 715 | | 715 | | 715 | | | | 715 |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | | 9,213 | | 9,213 | | 9,213 | | | | 9,213 |
| 028 | AMMUNITION PECULIAR EQUIPMENT | | 10,044 | | 10,044 | | 10,044 | | | | 10,044 |
| 029 | FIRST DESTINATION TRANSPORTATION (AMMO) | | 18,492 | | 18,492 | | 18,492 | | | | 18,492 |
| 030 | CLOSEOUT LIABILITIES | | 99 | | 99 | | 99 | | | | 99 |
| | **PRODUCTION BASE SUPPORT** | | | | | | | | | | |
| 031 | INDUSTRIAL FACILITIES | | 474,511 | | 474,511 | | 474,511 | | | | 474,511 |
| 032 | CONVENTIONAL MUNITIONS DEMILITARIZATION | | 202,512 | | 202,512 | | 202,512 | | | | 202,512 |
| 033 | ARMS INITIATIVE | | 3,833 | | 3,833 | | 3,833 | | | | 3,833 |

November 23, 2019 (1:06 a.m.)

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **TOTAL PROCUREMENT OF AMMUNITION, ARMY** | **441** | **2,694,548** | **441** | **2,554,064** | **441** | **2,694,548** | | **–115,199** | **441** | **2,579,349** |
| | **OTHER PROCUREMENT, ARMY** | | | | | | | | | | |
| | **TACTICAL VEHICLES** | | | | | | | | | | |
| 001 | TACTICAL TRAILERS/DOLLY SETS | | 12,993 | | 12,993 | | 12,993 | | | | 12,993 |
| 002 | SEMITRAILERS, FLATBED: | | 102,386 | | 102,386 | | 102,386 | | | | 102,386 |
| 003 | AMBULANCE, 4 LITTER, 5/4 TON, 4X4 | | 127,271 | | 127,271 | | 127,271 | | | | 127,271 |
| 004 | GROUND MOBILITY VEHICLES (GMV) | | 37,038 | | 35,038 | | 37,038 | | –2,000 | | 35,038 |
| | Unit cost growth | | | | [–2,000] | | | | [–2,000] | | |
| 006 | JOINT LIGHT TACTICAL VEHICLE | 2,530 | 996,007 | 2,530 | 976,507 | 2,530 | 956,507 | | –19,500 | 2,530 | 976,507 |
| | Army requested realignment | | | | | | [–4,500] | | | | |
| | Army requested transfer to RDTE, A line 169 | | | | [–4,500] | | | | [–4,500] | | |
| | Early to need | | | | | | [–35,000] | | | | |
| | Simulator delay | | | | [–15,000] | | | | [–15,000] | | |
| 007 | TRUCK, DUMP, 20T (CCE) | | 10,838 | | 10,838 | | 10,838 | | | | 10,838 |
| 008 | FAMILY OF MEDIUM TACTICAL VEH (FMTV) | | 72,057 | | 138,057 | | 72,057 | | 66,000 | | 138,057 |
| | Program increase | | | | [66,000] | | | | [66,000] | | |
| 009 | FIRETRUCKS & ASSOCIATED FIREFIGHTING EQUIP | | 28,048 | | 28,048 | | 28,048 | | | | 28,048 |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | | 9,969 | | 9,969 | | 9,969 | | | | 9,969 |
| 011 | PLS ESP | | 6,280 | | 6,280 | | 6,280 | | | | 6,280 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | | 30,841 | | 131,841 | | 30,841 | | 64,344 | | 95,185 |
| | Program increase | | | | [101,000] | | | | [64,344] | | |
| 013 | HMMWV RECAPITALIZATION PROGRAM | | 5,734 | | 5,734 | | 5,734 | | | | 5,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | | 45,113 | | 45,113 | | 45,113 | | | | 45,113 |
| 015 | MODIFICATION OF IN SVC EQUIP | | 58,946 | | 58,946 | | 58,946 | | | | 58,946 |
| | **NON-TACTICAL VEHICLES** | | | | | | | | | | |
| 017 | HEAVY ARMORED VEHICLE | | 791 | | 791 | | 791 | | | | 791 |
| 018 | PASSENGER CARRYING VEHICLES | | 1,416 | | 1,416 | | 1,416 | | | | 1,416 |
| 019 | NONTACTICAL VEHICLES, OTHER | | 29,891 | | 29,891 | | 29,891 | | | | 29,891 |
| | **COMM—JOINT COMMUNICATIONS** | | | | | | | | | | |
| 021 | SIGNAL MODERNIZATION PROGRAM | | 153,933 | | 148,933 | | 153,933 | | –10,000 | | 143,933 |
| | Excess funding for spares | | | | [–5,000] | | | | [–10,000] | | |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | | 387,439 | | 411,439 | | 387,439 | | 24,000 | | 411,439 |

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

WASHSTATEC008975

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | ITN-M for one armored brigade combat team | | [24,000] | | [24,000] | |
| 023 | SITUATION INFORMATION TRANSPORT | 46,693 | 46,693 | 46,693 | | 46,693 |
| 025 | JCSE EQUIPMENT (USRDECOM) | 5,075 | 5,075 | 5,075 | | 5,075 |
| | **COMM—SATELLITE COMMUNICATIONS** | | | | | |
| 028 | DEFENSE ENTERPRISE WIDEBAND SATCOM SYSTEMS | 101,189 | 101,189 | 101,189 | | 101,189 |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | 77,141 | 77,141 | 77,141 | | 77,141 |
| 030 | SHF TERM | 16,054 | 16,054 | 16,054 | | 16,054 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | 41,074 | 24,914 | 41,074 | −7,400 | 33,674 |
| | Contract delays | | [−28,760] | | | |
| | Program cancellation | | [−7,400] | | [−7,400] | |
| | Program increase | | [20,000] | | | |
| 032 | SMART-T (SPACE) | 10,515 | 10,515 | 10,515 | | 10,515 |
| 033 | GLOBAL BRDCST SVC—GBS | 11,800 | 11,800 | 11,800 | | 11,800 |
| 034 | ENROUTE MISSION COMMAND (EMC) | 8,609 | 8,609 | 8,609 | | 8,609 |
| | **COMM—C3 SYSTEM** | | | | | |
| 038 | COE TACTICAL SERVER INFRASTRUCTURE (TSI) | 77,533 | 77,533 | 77,533 | −20,000 | 57,533 |
| | Program reduction | | | | [−20,000] | |
| | **COMM—COMBAT COMMUNICATIONS** | | | | | |
| 039 | HANDHELD MANPACK SMALL FORM FIT (HMS) | 468,026 | 468,026 | 468,026 | 20,000 | 488,026 |
| | Program delay | | [−25,000] | | | |
| | SFAB technology refresh | | [25,000] | | [20,000] | |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | 23,778 | 23,778 | 23,778 | | 23,778 |
| 044 | SPIDER FAMILY OF NETWORKED MUNITIONS INCR | 10,930 | 10,930 | 10,930 | | 10,930 |
| 046 | UNIFIED COMMAND SUITE | 9,291 | 8,291 | 9,291 | | 9,291 |
| | Excess program management costs | | [−1,000] | | | |
| 047 | COTS COMMUNICATIONS EQUIPMENT | 55,630 | 55,630 | 55,630 | | 55,630 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | 16,590 | 16,590 | 16,590 | | 16,590 |
| 049 | ARMY COMMUNICATIONS & ELECTRONICS | 43,457 | 43,457 | 43,457 | | 43,457 |
| | **COMM—INTELLIGENCE COMM** | | | | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | 10,470 | 10,470 | 10,470 | | 10,470 |
| 052 | DEFENSE MILITARY DECEPTION INITIATIVE | 3,704 | 3,704 | 3,704 | | 3,704 |
| | **INFORMATION SECURITY** | | | | | |
| 053 | FAMILY OF BIOMETRICS | 1,000 | 1,000 | 1,000 | | 1,000 |
| 054 | INFORMATION SYSTEM SECURITY PROGRAM-ISSP | 3,600 | 3,600 | 3,600 | | 3,600 |
| 055 | COMMUNICATIONS SECURITY (COMSEC) | 160,899 | 141,899 | 160,899 | −13,802 | 147,097 |
| | Unit cost growth | | [−19,000] | | [−13,802] | |
| 056 | DEFENSIVE CYBER OPERATIONS | 61,962 | 61,962 | 61,962 | | 61,962 |
| 057 | INSIDER THREAT PROGRAM—UNIT ACTIVITY MONITO | 756 | 756 | 756 | | 756 |
| 058 | PERSISTENT CYBER TRAINING ENVIRONMENT | 3,000 | 3,000 | 3,000 | | 3,000 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | | | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 059 | BASE SUPPORT COMMUNICATIONS | | 31,770 | | 26,770 | | 31,770 | | | | 31,770 |
| | Insufficient budget justification | | | | [–5,000] | | | | | | |
| | **COMM—BASE COMMUNICATIONS** | | | | | | | | | | |
| 060 | INFORMATION SYSTEMS | | 159,009 | | 139,009 | | 159,009 | | | | 159,009 |
| | Unjustified growth | | | | [–15,000] | | | | | | |
| | Unjustified growth in SRM HW | | | | [–5,000] | | | | | | |
| 061 | EMERGENCY MANAGEMENT MODERNIZATION PROGRAM | | 4,854 | | 4,854 | | 4,854 | | | | 4,854 |
| 062 | HOME STATION MISSION COMMAND CENTERS (HSMCC) | | 47,174 | | 47,174 | | 47,174 | | | | 47,174 |
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | | 297,994 | | 234,590 | | 297,994 | | –32,500 | | 265,494 |
| | Insufficient budget justification | | | | [–50,000] | | | | [–32,500] | | |
| | Program decrease | | | | [–13,404] | | | | | | |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | | | | | | | | | |
| 066 | JTT/CIBS-M (MIP) | | 7,686 | | 7,686 | | 7,686 | | | | 7,686 |
| 068 | DCGS-A (MIP) | | 180,350 | | 180,350 | | 180,350 | | | | 180,350 |
| 070 | TROJAN (MIP) | | 17,368 | | 17,368 | | 17,368 | | | | 17,368 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | | 59,052 | | 59,052 | | 59,052 | | | | 59,052 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | | | | | | | | | |
| 077 | LIGHTWEIGHT COUNTER MORTAR RADAR | | 5,400 | | 5,400 | | 5,400 | | | | 5,400 |
| 078 | EW PLANNING & MANAGEMENT TOOLS (EWPMT) | | 7,568 | | 7,568 | | 7,568 | | | | 7,568 |
| 079 | AIR VIGILANCE (AV) (MIP) | | 8,953 | | 8,953 | | 8,953 | | | | 8,953 |
| 081 | MULTI-FUNCTION ELECTRONIC WARFARE (MFEW) SYST | | 6,420 | | 6,420 | | 6,420 | | –3,200 | | 3,220 |
| | Program reduction | | | | | | | | [–3,200] | | |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | | 501 | | 501 | | 501 | | | | 501 |
| 084 | CI MODERNIZATION (MIP) | | 121 | | 121 | | 121 | | | | 121 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | | | | | | | | | |
| 085 | SENTINEL MODS | | 115,210 | | 114,210 | | 115,210 | | –1,000 | | 114,210 |
| | Excess support costs | | | | [–1,000] | | | | [–1,000] | | |
| 086 | NIGHT VISION DEVICES | | 236,604 | | 160,604 | | 236,604 | | –76,225 | | 160,379 |
| | Insufficient justification (IVAS) | | | | [–76,000] | | | | [–76,225] | | |
| 088 | SMALL TACTICAL OPTICAL RIFLE MOUNTED MLRF | | 22,623 | | 22,623 | | 22,623 | | | | 22,623 |
| 090 | INDIRECT FIRE PROTECTION FAMILY OF SYSTEMS | | 29,127 | | 29,127 | | 29,127 | | | | 29,127 |
| 091 | FAMILY OF WEAPON SIGHTS (FWS) | | 120,883 | | 81,541 | | 120,883 | | –39,342 | | 81,541 |
| | Excess unit cost growth | | | | [–39,342] | | | | [–39,342] | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 265,667 | 240,167 | | 265,667 | –9,100 | 256,567 |
| | Program adjustment | | [–25,500] | | | [–9,100] | |
| 095 | JOINT EFFECTS TARGETING SYSTEM (JETS) | 69,720 | 44,720 | | 69,720 | –25,000 | 44,720 |
| | Program delay | | [–25,000] | | | [–25,000] | |
| 096 | MOD OF IN-SVC EQUIP (LLDR) | 6,044 | 6,044 | | 6,044 | | 6,044 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 3,268 | 3,268 | | 3,268 | | 3,268 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 13,199 | 13,199 | | 13,199 | | 13,199 |
| 099 | MORTAR FIRE CONTROL SYSTEMS MODIFICATIONS | 10,000 | 10,000 | | 10,000 | | 10,000 |
| 100 | COUNTERFIRE RADARS | 16,416 | 16,416 | 13 | 78,916 | | 16,416 |
| | UPL Retrofits systems with GaN tech for ER | | | [13] | [62,500] | | |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | | | | | |
| 102 | FIRE SUPPORT C2 FAMILY | 13,197 | 13,197 | | 13,197 | | 13,197 |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 24,730 | 24,730 | | 24,730 | | 24,730 |
| 104 | IAMD BATTLE COMMAND SYSTEM | 29,629 | 29,629 | | 29,629 | | 29,629 |
| 105 | LIFE CYCLE SOFTWARE SUPPORT (LCSS) | 6,774 | 6,774 | | 6,774 | | 6,774 |
| 106 | NETWORK MANAGEMENT INITIALIZATION AND SERVICE | 24,448 | 24,448 | | 24,448 | | 24,448 |
| 107 | MANEUVER CONTROL SYSTEM (MCS) | 260 | 260 | | 260 | | 260 |
| 108 | GLOBAL COMBAT SUPPORT SYSTEM-ARMY (GCSS-A) | 17,962 | 17,962 | | 17,962 | | 17,962 |
| 109 | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPP | 18,674 | 18,674 | | | –10,000 | 8,674 |
| | Poor business process reengineering | | | | [–18,674] | [–10,000] | |
| 110 | RECONNAISSANCE AND SURVEYING INSTRUMENT SET | 11,000 | 11,000 | | 11,000 | | 11,000 |
| 111 | MOD OF IN-SVC EQUIPMENT (ENFIRE) | 7,317 | 15,317 | | 7,317 | 8,000 | 15,317 |
| | Program increase—land surveying systems | | [8,000] | | | [8,000] | |
| | **ELECT EQUIP—AUTOMATION** | | | | | | |
| 112 | ARMY TRAINING MODERNIZATION | 14,578 | 14,578 | | 14,578 | | 14,578 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 139,342 | 129,342 | | 147,342 | –10,000 | 129,342 |
| | JIOCEUR at RAF Molesworth | | | | [8,000] | | |
| | Program decrease | | [–5,000] | | | [–5,000] | |
| | Unjustified growth | | [–5,000] | | | [–5,000] | |
| 114 | GENERAL FUND ENTERPRISE BUSINESS SYSTEMS FAM | 15,802 | 15,802 | | 15,802 | | 15,802 |
| 115 | HIGH PERF COMPUTING MOD PGM (HPCMP) | 67,610 | 67,610 | | 67,610 | | 67,610 |
| 116 | CONTRACT WRITING SYSTEM | 15,000 | 15,000 | | | –9,000 | 6,000 |
| | Program duplication | | | | [–15,000] | [–9,000] | |
| 117 | CSS COMMUNICATIONS | 24,700 | 24,700 | | 24,700 | | 24,700 |
| 118 | RESERVE COMPONENT AUTOMATION SYS (RCAS) | 27,879 | 27,879 | | 27,879 | | 27,879 |
| | **ELECT EQUIP—AUDIO VISUAL SYS (A/V)** | | | | | | |
| 120 | ITEMS LESS THAN $5M (SURVEYING EQUIPMENT) | 5,000 | 5,000 | | 5,000 | | 5,000 |
| | **ELECT EQUIP—SUPPORT** | | | | | | |
| 122 | BCT EMERGING TECHNOLOGIES | 22,302 | 22,302 | | 22,302 | –12,000 | 10,302 |
| | Program reduction | | | | | [–12,000] | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 122A | CLASSIFIED PROGRAMS | | 11,910 | | 11,910 | | 11,910 | | | | 11,910 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | | | | | | | | | |
| 126 | CBRN DEFENSE | | 25,828 | | 25,828 | | 25,828 | | | | 25,828 |
| 127 | SMOKE & OBSCURANT FAMILY: SOF (NON AAO ITEM) | | 5,050 | | 5,050 | | 5,050 | | | | 5,050 |
| | **BRIDGING EQUIPMENT** | | | | | | | | | | |
| 128 | TACTICAL BRIDGING | | 59,821 | | 57,821 | | 59,821 | | –2,000 | | 57,821 |
| | Contract delays | | | | [–2,000] | | | | [–2,000] | | |
| 129 | TACTICAL BRIDGE, FLOAT-RIBBON | | 57,661 | | 57,661 | | 57,661 | | | | 57,661 |
| 130 | BRIDGE SUPPLEMENTAL SET | | 17,966 | | 17,966 | | 17,966 | | | | 17,966 |
| 131 | COMMON BRIDGE TRANSPORTER (CBT) RECAP | | 43,155 | | 43,155 | | 43,155 | | | | 43,155 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | | | | | | | | | |
| 132 | HANDHELD STANDOFF MINEFIELD DETECTION SYS-HST | | 7,570 | | 7,570 | | 7,570 | | | | 7,570 |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | | 37,025 | | 37,025 | | 37,025 | | | | 37,025 |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | | 83,082 | | 54,082 | | 83,082 | | –35,183 | | 47,899 |
| | Unjustified unit cost growth | | | | [–29,000] | | | | [–35,183] | | |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | | 2,000 | | 2,000 | | 2,000 | | | | 2,000 |
| 137 | EOD ROBOTICS SYSTEMS RECAPITALIZATION | | 23,115 | | 23,115 | | 23,115 | | | | 23,115 |
| 138 | ROBOTICS AND APPLIQUE SYSTEMS | | 101,056 | | 101,056 | | 113,856 | | | | 101,056 |
| | Army requested realignment | | | | | | [12,800] | | | | |
| 140 | RENDER SAFE SETS KITS OUTFITS | | 18,684 | | 18,684 | | 18,684 | | | | 18,684 |
| 142 | FAMILY OF BOATS AND MOTORS | | 8,245 | | 6,245 | | 8,245 | | –2,000 | | 6,245 |
| | Unit cost growth | | | | [–2,000] | | | | [–2,000] | | |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | | | | | | | | | |
| 143 | HEATERS AND ECU'S | | 7,336 | | 7,336 | | 7,336 | | | | 7,336 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | | 4,281 | | 4,281 | | 4,281 | | | | 4,281 |
| 146 | GROUND SOLDIER SYSTEM | | 111,955 | | 111,955 | | 111,955 | | | | 111,955 |
| 147 | MOBILE SOLDIER POWER | | 31,364 | | 29,364 | | 31,364 | | –1,421 | | 29,943 |
| | Unit cost growth | | | | [–2,000] | | | | [–1,421] | | |
| 149 | FIELD FEEDING EQUIPMENT | | 1,673 | | 1,673 | | 1,673 | | | | 1,673 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | | 43,622 | | 43,622 | | 43,622 | | | | 43,622 |
| 151 | FAMILY OF ENGR COMBAT AND CONSTRUCTION SETS | | 11,451 | | 11,451 | | 11,451 | | | | 11,451 |
| 152 | ITEMS LESS THAN $5M (ENG SPT) | | 5,167 | | 5,167 | | 5,167 | | | | 5,167 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **PETROLEUM EQUIPMENT** | | | | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 74,867 | 74,867 | 74,867 | | 74,867 |
| | **MEDICAL EQUIPMENT** | | | | | |
| 155 | COMBAT SUPPORT MEDICAL | 68,225 | 68,225 | 68,225 | | 68,225 |
| | **MAINTENANCE EQUIPMENT** | | | | | |
| 156 | MOBILE MAINTENANCE EQUIPMENT SYSTEMS | 55,053 | 55,053 | 55,053 | | 55,053 |
| 157 | ITEMS LESS THAN $5.0M (MAINT EQ) | 5,608 | 5,608 | 5,608 | | 5,608 |
| | **CONSTRUCTION EQUIPMENT** | | | | | |
| 161 | HYDRAULIC EXCAVATOR | 500 | 500 | 500 | | 500 |
| 162 | TRACTOR, FULL TRACKED | 4,835 | 4,835 | 4,835 | | 4,835 |
| 163 | ALL TERRAIN CRANES | 23,936 | 23,936 | 23,936 | | 23,936 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) | 27,188 | 27,188 | 27,188 | | 27,188 |
| 166 | CONST EQUIP ESP | 34,790 | 34,790 | 34,790 | | 34,790 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) | 4,381 | 4,381 | 4,381 | | 4,381 |
| | **RAIL FLOAT CONTAINERIZATION EQUIPMENT** | | | | | |
| 168 | ARMY WATERCRAFT ESP | 35,194 | 35,194 | 35,194 | | 35,194 |
| 169 | MANEUVER SUPPORT VESSEL (MSV) | 14,185 | 14,185 | 14,185 | | 14,185 |
| 170 | ITEMS LESS THAN $5.0M (FLOAT/RAIL) | 6,920 | 6,920 | 6,920 | | 6,920 |
| | **GENERATORS** | | | | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP | 58,566 | 58,566 | 58,566 | | 58,566 |
| 172 | TACTICAL ELECTRIC POWER RECAPITALIZATION | 14,814 | 14,814 | 14,814 | | 14,814 |
| | **MATERIAL HANDLING EQUIPMENT** | | | | | |
| 173 | FAMILY OF FORKLIFTS | 14,864 | 14,864 | 14,864 | | 14,864 |
| | **TRAINING EQUIPMENT** | | | | | |
| 174 | COMBAT TRAINING CENTERS SUPPORT | 123,411 | 123,411 | 123,411 | | 123,411 |
| 175 | TRAINING DEVICES, NONSYSTEM | 220,707 | 220,707 | 220,707 | | 220,707 |
| 176 | SYNTHETIC TRAINING ENVIRONMENT (STE) | 20,749 | 15,749 | 20,749 | –5,000 | 15,749 |
| | Program adjustment | | [–5,000] | | [–5,000] | |
| 178 | AVIATION COMBINED ARMS TACTICAL TRAINER | 4,840 | 4,840 | 4,840 | | 4,840 |
| 179 | GAMING TECHNOLOGY IN SUPPORT OF ARMY TRAINING | 15,463 | 15,463 | 15,463 | | 15,463 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | | | | |
| 180 | CALIBRATION SETS EQUIPMENT | 3,030 | 3,030 | 3,030 | | 3,030 |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) | 76,980 | 76,980 | 76,980 | | 76,980 |
| 182 | TEST EQUIPMENT MODERNIZATION (TEMOD) | 16,415 | 13,415 | 16,415 | –3,000 | 13,415 |
| | Historical underexecution | | [–3,000] | | [–3,000] | |
| | **OTHER SUPPORT EQUIPMENT** | | | | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT | 9,877 | 9,877 | 9,877 | | 9,877 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) | 82,158 | 82,158 | 82,158 | | 82,158 |
| 186 | BASE LEVEL COMMON EQUIPMENT | 15,340 | 15,340 | 15,340 | | 15,340 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA–3) | 50,458 | 50,458 | 50,458 | | 50,458 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 189 | BUILDING, PRE-FAB, RELOCATABLE | | 14,400 | | 14,400 | | 14,400 | | | | 14,400 |
| 190 | SPECIAL EQUIPMENT FOR USER TESTING | | 9,821 | | 9,821 | | 9,821 | | | | 9,821 |
| | **OPA2** | | | | | | | | | | |
| 192 | INITIAL SPARES—C&E | | 9,757 | | 9,757 | | 9,757 | | | | 9,757 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | **2,530** | **7,451,301** | **2,530** | **7,279,395** | **2,543** | **7,461,427** | | **–166,329** | **2,530** | **7,284,972** |
| | | | | | | | | | | | |
| | **AIRCRAFT PROCUREMENT, NAVY** | | | | | | | | | | |
| | **COMBAT AIRCRAFT** | | | | | | | | | | |
| 001 | F/A–18E/F (FIGHTER) HORNET | 24 | 1,748,934 | 24 | 1,730,934 | 24 | 1,748,934 | | –18,574 | 24 | 1,730,360 |
| | ECO and ancillary equipment excess growth | | | | [–18,000] | | | | [–18,574] | | |
| 002 | F/A–18E/F (FIGHTER) HORNET | | 55,128 | | 51,128 | | 55,128 | | –3,948 | | 51,180 |
| | Excess engine cost growth | | | | [–4,000] | | | | [–3,948] | | |
| 003 | JOINT STRIKE FIGHTER CV | 20 | 2,272,301 | 20 | 2,162,301 | 22 | 2,487,301 | | –54,480 | 20 | 2,217,821 |
| | Target cost savings | | | | [–110,000] | | | | [–54,480] | | |
| | UPL USMC additional quantities | | | | | [2] | [215,000] | | | | |
| 004 | JOINT STRIKE FIGHTER CV | | 339,053 | | 339,053 | | 339,053 | | | | 339,053 |
| 005 | JSF STOVL | 10 | 1,342,035 | 10 | 1,256,035 | 12 | 1,591,135 | | –75,734 | 10 | 1,266,301 |
| | Target cost savings | | | | [–86,000] | | | | [–75,734] | | |
| | UPL USMC additional quantities | | | | | [2] | [249,100] | | | | |
| 006 | JSF STOVL | | 291,804 | | 291,804 | | 291,804 | | | | 291,804 |
| 007 | CH–53K (HEAVY LIFT) | 6 | 807,876 | 6 | 807,876 | 6 | 807,876 | | | 6 | 807,876 |
| 008 | CH–53K (HEAVY LIFT) | | 215,014 | | 215,014 | | 215,014 | | | | 215,014 |
| 009 | V–22 (MEDIUM LIFT) | 10 | 966,666 | 14 | 1,184,766 | 10 | 966,666 | 4 | 248,100 | 14 | 1,214,766 |
| | Program increase | | | [4] | [248,100] | | | [4] | [248,100] | | |
| | Support cost growth | | | | [–30,000] | | | | | | |
| 010 | V–22 (MEDIUM LIFT) | | 27,104 | | 27,104 | | 27,104 | | | | 27,104 |
| 011 | H–1 UPGRADES (UH–1Y/AH–1Z) | | 62,003 | | 62,003 | | 62,003 | | –9,000 | | 53,003 |
| | Production line shutdown excess to need | | | | | | | | [–9,000] | | |
| 013 | MH–60R (MYP) | | 894 | | 894 | | 894 | | | | 894 |
| 014 | P–8A POSEIDON | 6 | 1,206,701 | 9 | 1,636,601 | 6 | 1,206,701 | 3 | 473,900 | 9 | 1,680,601 |
| | Contract negotiations savings | | | | [–42,900] | | | | | | |
| | Line shutdown costs early to need | | | | [–68,400] | | | | [–67,300] | | |
| | Navy unfunded priority | | | [3] | [541,200] | | | [3] | [541,200] | | |

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 016 | E–2D ADV HAWKEYE | 4 | 744,484 | 5 | 896,784 | 4 | 744,484 | 1 | 155,800 | 5 | 900,284 |
| | GFE excess cost growth | | | | [–3,500] | | | | | | |
| | Navy unfunded priority | | | [1] | [173,000] | | | [1] | [173,000] | | |
| | NRE excess cost growth | | | | [–17,200] | | | | [–17,200] | | |
| 017 | E–2D ADV HAWKEYE | | 190,204 | | 190,204 | | 190,204 | | | | 190,204 |
| | **TRAINER AIRCRAFT** | | | | | | | | | | |
| 019 | ADVANCED HELICOPTER TRAINING SYSTEM | 32 | 261,160 | 32 | 261,160 | 32 | 261,160 | | | 32 | 261,160 |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 020 | KC–130J | 3 | 240,840 | 3 | 221,840 | 3 | 240,840 | | –18,936 | 3 | 221,904 |
| | Unit cost growth | | | | [–19,000] | | | | [–18,936] | | |
| 021 | KC–130J | | 66,061 | | 66,061 | | 66,061 | | | | 66,061 |
| 022 | F–5 | 22 | 39,676 | 22 | 39,676 | | | | | 22 | 39,676 |
| | Program cancellation | | | | | [–22] | [–39,676] | | | | |
| 023 | MQ–4 TRITON | 2 | 473,134 | 2 | 448,134 | 2 | 473,134 | | –25,000 | 2 | 448,134 |
| | PGSE excess cost growth | | | | [–25,000] | | | | [–25,000] | | |
| 024 | MQ–4 TRITON | | 20,139 | | 20,139 | | 20,139 | | | | 20,139 |
| 025 | MQ–8 UAV | | 44,957 | | 44,957 | | 44,957 | | | | 44,957 |
| 026 | STUASL0 UAV | | 43,819 | | 43,819 | | 43,819 | | | | 43,819 |
| 028 | VH–92A EXECUTIVE HELO | 6 | 658,067 | 6 | 658,067 | 6 | 658,067 | | –10,716 | 6 | 647,351 |
| | Program reduction | | | | | | | | [–10,716] | | |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 029 | AEA SYSTEMS | | 44,470 | | 44,470 | | 44,470 | | –5,300 | | 39,170 |
| | Program reduction | | | | | | | | [–5,300] | | |
| 030 | AV–8 SERIES | | 39,472 | | 39,472 | | 39,472 | | | | 39,472 |
| 031 | ADVERSARY | | 3,415 | | 3,415 | | 3,415 | | | | 3,415 |
| 032 | F–18 SERIES | | 1,207,089 | | 1,138,089 | | 1,207,089 | | –79,000 | | 1,128,089 |
| | Accelerate RWR modernization | | | | [10,000] | | | | | | |
| | Early to need | | | | [–79,000] | | | | [–79,000] | | |
| 033 | H–53 SERIES | | 68,385 | | 68,385 | | 68,385 | | | | 68,385 |
| 034 | MH–60 SERIES | | 149,797 | | 152,297 | | 149,797 | | –2,500 | | 147,297 |
| | Demonstrate alternative low frequency active sonars | | | | [2,500] | | | | | | |
| | NRE prior year carryover (OSIP 018–12) | | | | | | | | [–2,500] | | |
| 035 | H–1 SERIES | | 114,059 | | 114,059 | | 114,059 | | | | 114,059 |
| 036 | EP–3 SERIES | | 8,655 | | 8,655 | | 8,655 | | | | 8,655 |
| 038 | E–2 SERIES | | 117,059 | | 117,059 | | 117,059 | | | | 117,059 |
| 039 | TRAINER A/C SERIES | | 5,616 | | 5,616 | | 5,616 | | | | 5,616 |
| 040 | C–2A | | 15,747 | | 15,747 | | 15,747 | | | | 15,747 |
| 041 | C–130 SERIES | | 122,671 | | 122,671 | | 122,671 | | –5,885 | | 116,786 |
| | B kit cost growth (OSIP 019–14) | | | | | | | | [–3,009] | | |
| | GFE excess growth (OSIP 019–14) | | | | | | | | [–2,876] | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 042 | FEWSG | | 509 | | 509 | | 509 | | | | 509 |
| 043 | CARGO/TRANSPORT A/C SERIES | | 8,767 | | 8,767 | | 8,767 | | | | 8,767 |
| 044 | E–6 SERIES | | 169,827 | | 169,827 | | 169,827 | | –2,611 | | 167,216 |
| | Program reduction | | | | | | | | [–2,611] | | |
| 045 | EXECUTIVE HELICOPTERS SERIES | | 8,933 | | 8,933 | | 8,933 | | | | 8,933 |
| 047 | T–45 SERIES | | 186,022 | | 184,314 | | 186,022 | | –1,708 | | 184,314 |
| | NRE previously funded | | | | [–1,708] | | | | [–1,708] | | |
| 048 | POWER PLANT CHANGES | | 16,136 | | 16,136 | | 16,136 | | | | 16,136 |
| 049 | JPATS SERIES | | 21,824 | | 21,824 | | 21,824 | | | | 21,824 |
| 050 | AVIATION LIFE SUPPORT MODS | | 39,762 | | 39,762 | | 39,762 | | | | 39,762 |
| 051 | COMMON ECM EQUIPMENT | | 162,839 | | 159,565 | | 162,839 | | –10,000 | | 152,839 |
| | Program decrease | | | | [–3,274] | | | | [–10,000] | | |
| 052 | COMMON AVIONICS CHANGES | | 102,107 | | 75,107 | | 102,107 | | –27,000 | | 75,107 |
| | Computing and displays concurrency and equipment growth early to need. | | | | [–27,000] | | | | [–27,000] | | |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | | 2,100 | | 2,100 | | 2,100 | | | | 2,100 |
| 054 | ID SYSTEMS | | 41,437 | | 33,637 | | 41,437 | | | | 41,437 |
| | Unjustified unit cost growth | | | | [–7,800] | | | | | | |
| 055 | P–8 SERIES | | 107,539 | | 107,539 | | 107,539 | | –10,976 | | 96,563 |
| | Increment 3 ECP 6 early to need (OSIP 006–18) | | | | | | | | [–10,976] | | |
| 056 | MAGTF EW FOR AVIATION | | 26,536 | | 26,536 | | 26,536 | | | | 26,536 |
| 057 | MQ–8 SERIES | | 34,686 | | 34,686 | | 34,686 | | | | 34,686 |
| 058 | V–22 (TILT/ROTOR ACFT) OSPREY | | 325,367 | | 325,367 | | 325,367 | | | | 325,367 |
| 059 | NEXT GENERATION JAMMER (NGJ) | | 6,223 | | 6,223 | | 6,223 | | –3,112 | | 3,111 |
| | Program reduction | | | | | | | | [–3,112] | | |
| 060 | F–35 STOVL SERIES | | 65,585 | | 65,585 | | 65,585 | | | | 65,585 |
| 061 | F–35 CV SERIES | | 15,358 | | 15,358 | | 15,358 | | | | 15,358 |
| 062 | QRC | | 165,016 | | 146,558 | | 165,016 | | –18,458 | | 146,558 |
| | Program decrease | | | | [–18,458] | | | | [–18,458] | | |
| 063 | MQ–4 SERIES | | 27,994 | | 27,994 | | 27,994 | | | | 27,994 |
| 064 | RQ–21 SERIES | | 66,282 | | 66,282 | | 66,282 | | –5,250 | | 61,032 |
| | EO/IR turret upgrades unit cost growth (OSIP 004–20) | | | | | | | | [–5,250] | | |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | | | | | | | | | |

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 067 | SPARES AND REPAIR PARTS |  | 2,166,788 |  | 2,102,788 | 1 | 2,235,088 |  | –20,000 |  | 2,146,788 |
|  | F–35B spares |  |  |  |  |  | [14,900] |  |  |  |  |
|  | F–35C spares |  |  |  |  |  | [24,600] |  |  |  |  |
|  | MQ–4 Triton spares excess growth |  |  |  | [–64,000] |  |  |  | [–20,000] |  |  |
|  | UPL F–35B engine |  |  |  |  | [1] | [28,800] |  |  |  |  |
|  | **AIRCRAFT SUPPORT EQUIP & FACILITIES** |  |  |  |  |  |  |  |  |  |  |
| 068 | COMMON GROUND EQUIPMENT |  | 491,025 |  | 470,025 |  | 491,025 |  | –21,000 |  | 470,025 |
|  | Other flight training previously funded |  |  |  | [–21,000] |  |  |  | [–21,000] |  |  |
| 069 | AIRCRAFT INDUSTRIAL FACILITIES |  | 71,335 |  | 71,335 |  | 71,335 |  |  |  | 71,335 |
| 070 | WAR CONSUMABLES |  | 41,086 |  | 32,086 |  | 41,086 |  | –9,000 |  | 32,086 |
|  | BRU–61 previously funded |  |  |  | [–9,000] |  |  |  | [–9,000] |  |  |
| 072 | SPECIAL SUPPORT EQUIPMENT |  | 135,740 |  | 115,740 |  | 135,740 |  |  |  | 135,740 |
|  | Program decrease |  |  |  | [–20,000] |  |  |  |  |  |  |
| 073 | FIRST DESTINATION TRANSPORTATION |  | 892 |  | 892 |  | 892 |  |  |  | 892 |
|  | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | **145** | **18,522,204** | **153** | **18,821,764** | **128** | **19,014,928** | **8** | **439,612** | **153** | **18,961,816** |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  | **WEAPONS PROCUREMENT, NAVY** |  |  |  |  |  |  |  |  |  |  |
|  | **MODIFICATION OF MISSILES** |  |  |  |  |  |  |  |  |  |  |
| 001 | TRIDENT II MODS |  | 1,177,251 |  | 1,157,651 |  | 1,177,251 |  |  |  | 1,177,251 |
|  | W76–2 low-yield deployment |  |  |  | [–19,600] |  |  |  |  |  |  |
|  | **SUPPORT EQUIPMENT & FACILITIES** |  |  |  |  |  |  |  |  |  |  |
| 002 | MISSILE INDUSTRIAL FACILITIES |  | 7,142 |  | 7,142 |  | 7,142 |  |  |  | 7,142 |
|  | **STRATEGIC MISSILES** |  |  |  |  |  |  |  |  |  |  |
| 003 | TOMAHAWK | 90 | 386,730 | 90 | 386,730 | 90 | 330,430 |  | –42,082 | 90 | 344,648 |
|  | Unjustified tooling and facilitization costs |  |  |  |  |  | [–56,300] |  | [–42,082] |  |  |
|  | **TACTICAL MISSILES** |  |  |  |  |  |  |  |  |  |  |
| 004 | AMRAAM | 169 | 224,502 | 169 | 191,502 | 169 | 224,502 |  | –23,000 | 169 | 201,502 |
|  | Unit cost growth |  |  |  | [–33,000] |  |  |  | [–23,000] |  |  |
| 005 | SIDEWINDER | 292 | 119,456 | 292 | 119,456 | 292 | 119,456 |  | –2,052 | 292 | 117,404 |
|  | Program reduction |  |  |  |  |  |  |  | [–2,052] |  |  |
| 007 | STANDARD MISSILE | 125 | 404,523 | 125 | 379,523 | 125 | 404,523 |  |  | 125 | 404,523 |
|  | SM–6 multi-year procurement savings |  |  |  | [–25,000] |  |  |  |  |  |  |
| 008 | STANDARD MISSILE |  | 96,085 |  | 96,085 |  | 96,085 |  |  |  | 96,085 |
| 009 | SMALL DIAMETER BOMB II | 750 | 118,466 | 750 | 118,466 | 750 | 118,466 |  | –2,638 | 750 | 115,828 |
|  | Program reduction |  |  |  |  |  |  |  | [–2,638] |  |  |
| 010 | RAM | 120 | 106,765 | 120 | 106,765 | 120 | 106,765 |  |  | 120 | 106,765 |
| 012 | HELLFIRE | 29 | 1,525 | 29 | 1,525 | 29 | 1,525 |  |  | 29 | 1,525 |
| 015 | AERIAL TARGETS |  | 145,880 |  | 145,880 |  | 145,880 |  |  |  | 145,880 |
| 016 | DRONES AND DECOYS | 30 | 20,000 | 30 | 20,000 | 30 | 20,000 |  | –1,479 | 30 | 18,521 |
|  | Excess to need |  |  |  |  |  |  |  | [–1,479] |  |  |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 017 | OTHER MISSILE SUPPORT | | 3,388 | | 3,388 | | 3,388 | | | | 3,388 |
| 018 | LRASM | 48 | 143,200 | 48 | 168,200 | 48 | 143,200 | | | 48 | 143,200 |
| | Navy unfunded priority | | | | [25,000] | | | | | | |
| 019 | LCS OTH MISSILE | 18 | 38,137 | 18 | 38,137 | 8 | 18,137 | | | 18 | 38,137 |
| | Unjustified accelerated acquisition strategy | | | | | [–10] | [–20,000] | | | | |
| | **MODIFICATION OF MISSILES** | | | | | | | | | | |
| 020 | ESSM | 60 | 128,059 | 60 | 118,059 | 60 | 128,059 | | –18,000 | 60 | 110,059 |
| | Production support excess to need | | | | [–10,000] | | | | [–18,000] | | |
| 021 | HARPOON MODS | | 25,447 | | 25,447 | | 25,447 | | | | 25,447 |
| 022 | HARM MODS | | 183,740 | | 183,740 | | 183,740 | | | | 183,740 |
| 023 | STANDARD MISSILES MODS | | 22,500 | | 22,500 | | 22,500 | | –20,000 | | 2,500 |
| | Early to need | | | | | | | | [–20,000] | | |
| | **SUPPORT EQUIPMENT & FACILITIES** | | | | | | | | | | |
| 024 | WEAPONS INDUSTRIAL FACILITIES | | 1,958 | | 1,958 | | 1,958 | | | | 1,958 |
| 025 | FLEET SATELLITE COMM FOLLOW-ON | | 67,380 | | 67,380 | | 67,380 | | | | 67,380 |
| | **ORDNANCE SUPPORT EQUIPMENT** | | | | | | | | | | |
| 027 | ORDNANCE SUPPORT EQUIPMENT | | 109,427 | | 109,427 | | 109,427 | | –23,710 | | 85,717 |
| | Insufficient budget justifcation | | | | | | | | [–23,710] | | |
| | **TORPEDOES AND RELATED EQUIP** | | | | | | | | | | |
| 028 | SSTD | | 5,561 | | 5,561 | | 5,561 | | | | 5,561 |
| 029 | MK–48 TORPEDO | 58 | 114,000 | 71 | 130,000 | 71 | 130,000 | 13 | 16,000 | 71 | 130,000 |
| | Program increase | | | [13] | [16,000] | [13] | [16,000] | [13] | [16,000] | | |
| 030 | ASW TARGETS | | 15,095 | | 15,095 | | 15,095 | | | | 15,095 |
| | **MOD OF TORPEDOES AND RELATED EQUIP** | | | | | | | | | | |
| 031 | MK–54 TORPEDO MODS | | 119,453 | | 111,453 | | 119,453 | | –7,440 | | 112,013 |
| | HAAWC cost growth | | | | [–8,000] | | | | [–7,440] | | |
| 032 | MK–48 TORPEDO ADCAP MODS | | 39,508 | | 39,508 | | 39,508 | | | | 39,508 |
| 033 | QUICKSTRIKE MINE | | 5,183 | | 5,183 | | 5,183 | | | | 5,183 |
| | **SUPPORT EQUIPMENT** | | | | | | | | | | |
| 034 | TORPEDO SUPPORT EQUIPMENT | | 79,028 | | 79,028 | | 79,028 | | | | 79,028 |
| 035 | ASW RANGE SUPPORT | | 3,890 | | 3,890 | | 3,890 | | | | 3,890 |
| | **DESTINATION TRANSPORTATION** | | | | | | | | | | |
| 036 | FIRST DESTINATION TRANSPORTATION | | 3,803 | | 3,803 | | 3,803 | | | | 3,803 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **GUNS AND GUN MOUNTS** | | | | | | | | | | |
| 037 | SMALL ARMS AND WEAPONS | | 14,797 | | 14,797 | | 14,797 | | −1,190 | | 13,607 |
| | Program reduction | | | | | | | | [−1,190] | | |
| | **MODIFICATION OF GUNS AND GUN MOUNTS** | | | | | | | | | | |
| 038 | CIWS MODS | | 44,126 | | | | 44,126 | | | | 44,126 |
| | Unjustified OCO request | | | | [−44,126] | | | | | | |
| 039 | COAST GUARD WEAPONS | | 44,980 | | 44,980 | | 44,980 | | | | 44,980 |
| 040 | GUN MOUNT MODS | | 66,376 | | 66,376 | | 66,376 | | | | 66,376 |
| 041 | LCS MODULE WEAPONS | 120 | 14,585 | | | 120 | 14,585 | | | 120 | 14,585 |
| | Program decrease | | | [−120] | [−14,585] | | | | | | |
| 043 | AIRBORNE MINE NEUTRALIZATION SYSTEMS | | 7,160 | | 7,160 | | 7,160 | | | | 7,160 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| | **UNDISTRIBUTED** | | | | | | | | | | |
| 045 | SPARES AND REPAIR PARTS | | 126,138 | | 126,138 | | 126,138 | | −1,748 | | 124,390 |
| | Program reduction | | | | | | | | [−1,748] | | |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | **1,909** | **4,235,244** | **1,802** | **4,121,933** | **1,912** | **4,174,944** | **13** | **−127,339** | **1,922** | **4,107,905** |
| | | | | | | | | | | | |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | | | | | | | | | |
| | **NAVY AMMUNITION** | | | | | | | | | | |
| 001 | GENERAL PURPOSE BOMBS | | 36,028 | | 20,028 | | 36,028 | | −1,031 | | 34,997 |
| | Fuze contract delay and unit cost growth | | | | [−16,000] | | | | [−1,031] | | |
| 002 | JDAM | 2,844 | 70,413 | 2,844 | 62,913 | 2,844 | 70,413 | | | 2,844 | 70,413 |
| | JDAM tail kit unit cost growth | | | | [−7,500] | | | | | | |
| 003 | AIRBORNE ROCKETS, ALL TYPES | | 31,756 | | 22,256 | | 31,756 | | −4,049 | | 27,707 |
| | Unit cost growth | | | | [−9,500] | | | | [−4,049] | | |
| 004 | MACHINE GUN AMMUNITION | | 4,793 | | 4,793 | | 4,793 | | | | 4,793 |
| 005 | PRACTICE BOMBS | | 34,708 | | 27,208 | | 34,708 | | −7,500 | | 27,208 |
| | Q1300 LGTR unit cost growth | | | | [−7,500] | | | | [−7,500] | | |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | | 45,738 | | 38,738 | | 45,738 | | −7,000 | | 38,738 |
| | Contract and schedule delays | | | | [−7,000] | | | | [−7,000] | | |
| 007 | AIR EXPENDABLE COUNTERMEASURES | | 77,301 | | 67,801 | | 77,301 | | −9,447 | | 67,854 |
| | Unit cost growth | | | | [−9,500] | | | | [−9,447] | | |
| 008 | JATOS | | 7,262 | | 7,262 | | 7,262 | | | | 7,262 |
| 009 | 5 INCH/54 GUN AMMUNITION | | 22,594 | | 22,594 | | 22,594 | | −1,428 | | 21,166 |
| | MK187 mod 0 projectile unit cost growth | | | | | | | | [−1,428] | | |
| 010 | INTERMEDIATE CALIBER GUN AMMUNITION | | 37,193 | | 37,193 | | 37,193 | | | | 37,193 |
| 011 | OTHER SHIP GUN AMMUNITION | | 39,491 | | 29,491 | | 39,491 | | −200 | | 39,291 |
| | CART 20MM contract award delay | | | | [−10,000] | | | | [−200] | | |
| 012 | SMALL ARMS & LANDING PARTY AMMO | | 47,896 | | 47,896 | | 47,896 | | | | 47,896 |
| 013 | PYROTECHNIC AND DEMOLITION | | 10,621 | | 10,621 | | 10,621 | | | | 10,621 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 015 | AMMUNITION LESS THAN $5 MILLION | | 2,386 | | 2,386 | | 2,386 | | | | 2,386 |
| | **MARINE CORPS AMMUNITION** | | | | | | | | | | |
| 016 | MORTARS | | 55,543 | | 50,543 | | 55,543 | | –5,000 | | 50,543 |
| | Prior year underexecution | | | | [–5,000] | | | | [–5,000] | | |
| 017 | DIRECT SUPPORT MUNITIONS | | 131,765 | | 131,765 | | 131,765 | | | | 131,765 |
| 018 | INFANTRY WEAPONS AMMUNITION | | 78,056 | | 74,556 | | 78,056 | | –25,968 | | 52,088 |
| | Underexecution and schedule delays | | | | [–3,500] | | | | [–25,968] | | |
| 019 | COMBAT SUPPORT MUNITIONS | | 40,048 | | 34,048 | | 40,048 | | –6,000 | | 34,048 |
| | Unit cost growth | | | | [–6,000] | | | | [–6,000] | | |
| 020 | AMMO MODERNIZATION | | 14,325 | | 14,325 | | 14,325 | | | | 14,325 |
| 021 | ARTILLERY MUNITIONS | | 188,876 | | 167,476 | | 188,876 | | –21,400 | | 167,476 |
| | DA 54 contract delay | | | | [–21,400] | | | | [–21,400] | | |
| 022 | ITEMS LESS THAN $5 MILLION | | 4,521 | | 4,521 | | 4,521 | | | | 4,521 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** | **2,844** | **981,314** | **2,844** | **878,414** | **2,844** | **981,314** | | **–89,023** | **2,844** | **892,291** |
| | | | | | | | | | | | |
| | **SHIPBUILDING AND CONVERSION, NAVY** | | | | | | | | | | |
| | **FLEET BALLISTIC MISSILE SHIPS** | | | | | | | | | | |
| 001 | OHIO REPLACEMENT SUBMARINE | | 1,698,907 | | 1,823,907 | | 1,823,907 | | 123,000 | | 1,821,907 |
| | Submarine industrial base expansion | | | | | | [125,000] | | | | |
| | Submarine supplier development | | | | [125,000] | | | | [123,000] | | |
| | **OTHER WARSHIPS** | | | | | | | | | | |
| 002 | CARRIER REPLACEMENT PROGRAM | 1 | 2,347,000 | | 1,952,000 | 1 | 2,347,000 | –1 | –1,305,000 | | 1,042,000 |
| | Basic construction/conversion excess cost growth | | | | [–302,000] | | | | [–20,000] | | |
| | CVN–81 previously authorized | | | [–1] | | | | [–1] | | | |
| | Propulsion equipment excess cost growth | | | | [–93,000] | | | | | | |
| | Restoring acquisition accountability: Transfer CVN–81 only to line 2X. | | | | | | | | [–1,285,000] | | |
| 002A | CARRIER REPLACEMENT PROGRAM | | | | | | | | 1,285,000 | | 1,285,000 |
| | For CVN–81 only | | | | | | | | [1,285,000] | | |
| 003 | VIRGINIA CLASS SUBMARINE | 3 | 7,155,946 | 3 | 6,605,946 | 2 | 4,691,946 | –1 | –1,710,000 | 2 | 5,445,946 |
| | Block V MYP savings redirected to fund USS Boise, USS Hartford, and USS Columbus availabilities. | | | | [–550,000] | | | | | | |
| | Block V program increase | | | | | | | | [1,490,000] | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Restore VPM on SSN–804 | | | | | | [522,100] | | | | |
| | SSN–812 program decrease | | | | | [–1] | [–2,986,100] | [–1] | [–3,200,000] | | |
| 004 | VIRGINIA CLASS SUBMARINE ADVANCE PROCUREMENT | | 2,769,552 | | 2,769,552 | | 4,269,552 | | 200,000 | | 2,969,552 |
| | Advance Procurement in support of a 10th multi-year procurement contract ship only. | | | | | | [1,500,000] | | [200,000] | | |
| 005 | CVN REFUELING OVERHAULS | 1 | 647,926 | 1 | 453,926 | 1 | 597,926 | | –16,000 | 1 | 631,926 |
| | CVN–74 RCOH basic construction/conversion excess cost growth. | | | | [–165,000] | | | | | | |
| | CVN–74 RCOH ordnance excess cost growth | | | | [–46,000] | | | | | | |
| | CVN–74 RCOH unjustified cost growth | | | | | | [–50,000] | | [–16,000] | | |
| | CVN–75 RCOH restoration | | | | [17,000] | | | | | | |
| 006 | CVN REFUELING OVERHAULS ADVANCE PROCUREMENT | | | | | | 16,900 | | 16,900 | | 16,900 |
| | Restore CVN–75 RCOH | | | | | | [16,900] | | [16,900] | | |
| 007 | DDG 1000 | | 155,944 | | 155,944 | | 155,944 | | | | 155,944 |
| 008 | DDG–51 | 3 | 5,099,295 | 3 | 5,013,295 | 3 | 5,079,295 | | –66,000 | 3 | 5,033,295 |
| | Available prior year funds | | | | | | [–20,000] | | | | |
| | Basic Construction excess growth | | | | | | | | [–66,000] | | |
| | Basic ship construction excess cost growth | | | | [–86,000] | | | | | | |
| 009 | DDG–51 ADVANCE PROCUREMENT | | 224,028 | | 224,028 | | 484,028 | | 260,000 | | 484,028 |
| | Accelerate LLTM for FY21 Flight III destroyers | | | | | | [260,000] | | [260,000] | | |
| 011 | FFG-FRIGATE | 1 | 1,281,177 | 1 | 1,266,177 | 1 | 1,281,177 | | | 1 | 1,281,177 |
| | Change order early to need | | | | [–15,000] | | | | | | |
| | **AMPHIBIOUS SHIPS** | | | | | | | | | | |
| 012 | LPD FLIGHT II | | | 1 | 100,000 | 1 | 525,000 | 1 | 525,000 | 1 | 525,000 |
| | LPD–31 program increase | | | | | [1] | [277,900] | [1] | [277,900] | | |
| | Quantity increase | | | [1] | | | | | | | |
| | Transfer from line 13 | | | | [100,000] | | | | [247,100] | | |
| | Transfer from SCN line 13 | | | | | | [247,100] | | | | |
| 013 | LPD FLIGHT II ADVANCE PROCUREMENT | | 247,100 | | 147,100 | | | | –247,100 | | |
| | Transfer to line 12 | | | | [–100,000] | | | | [–247,100] | | |
| | Transfer to SCN line 12 | | | | | | [–247,100] | | | | |
| 015 | LHA REPLACEMENT | | | | | 1 | 650,000 | 1 | 650,000 | 1 | 650,000 |
| | LHA–9 program increase | | | | | [1] | [650,000] | [1] | [650,000] | | |
| 017 | EXPEDITIONARY FAST TRANSPORT (EPF) | | | | 49,000 | | | | | | |
| | Medical transport modification for EPF–14 Navy unfunded priority. | | | | [49,000] | | | | | | |
| | **AUXILIARIES, CRAFT AND PRIOR YR PROGRAM COST** | | | | | | | | | | |
| 018 | TAO FLEET OILER | 2 | 981,215 | 1 | 607,215 | 2 | 981,215 | | | 2 | 981,215 |
| | Full funding early to need | | | [–1] | [–447,000] | | | | | | |
| | Transfer from Line 19 | | | | [73,000] | | | | | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 019 | TAO FLEET OILER ADVANCE PROCUREMENT | | 73,000 | | | | 73,000 | | | | 73,000 |
| | Transfer to Line 18 | | | | [–73,000] | | | | | | |
| 020 | TOWING, SALVAGE, AND RESCUE SHIP (ATS) | 2 | 150,282 | 2 | 150,282 | 2 | 150,282 | | | 2 | 150,282 |
| 022 | LCU 1700 | 4 | 85,670 | 4 | 85,670 | 4 | 85,670 | | | 4 | 85,670 |
| 023 | OUTFITTING | | 754,679 | | 643,554 | | 704,679 | | –48,958 | | 705,721 |
| | Early to need and unjustified cost growth | | | | | | [–50,000] | | | | |
| | ESB–9 Outfitting early to need | | | | [–11,125] | | | | | | |
| | Excess cost growth | | | | [–100,000] | | | | [–40,000] | | |
| | Virginia class outfitting excess growth | | | | | | | | [–8,958] | | |
| 024 | SHIP TO SHORE CONNECTOR | | | 1 | 65,000 | | | 1 | 65,000 | 1 | 65,000 |
| | Program decrease | | | [–1] | [–65,000] | | | | | | |
| | Program increase | | | [2] | [130,000] | | | [1] | [65,000] | | |
| 024A | SHIP TO SHORE CONNECTOR AP | | | | | | 40,400 | | | | |
| | Program increase | | | | | | [40,400] | | | | |
| 025 | SERVICE CRAFT | | 56,289 | | 56,289 | | 81,789 | | 25,500 | | 81,789 |
| | Accelerate YP–703 Flight II | | | | | | [25,500] | | [25,500] | | |
| 028 | COMPLETION OF PY SHIPBUILDING PROGRAMS | | 55,700 | | 25,700 | | 104,700 | | 49,000 | | 104,700 |
| | ESB change order prior year carryover | | | | [–30,000] | | | | | | |
| | UPL EPF–14 conversion | | | | | | [49,000] | | [49,000] | | |
| | **TOTAL SHIPBUILDING AND CONVERSION, NAVY** | **17** | **23,783,710** | **17** | **22,194,585** | **18** | **24,144,410** | **1** | **–193,658** | **18** | **23,590,052** |
| | | | | | | | | | | | |
| | **OTHER PROCUREMENT, NAVY** | | | | | | | | | | |
| | **SHIP PROPULSION EQUIPMENT** | | | | | | | | | | |
| 001 | SURFACE POWER EQUIPMENT | | 14,490 | | 14,490 | | 14,490 | | | | 14,490 |
| | **GENERATORS** | | | | | | | | | | |
| 002 | SURFACE COMBATANT HM&E | | 31,583 | | 23,503 | | 50,583 | | –22 | | 31,561 |
| | Excess cost growth | | | | [–8,080] | | | | | | |
| | Twisted rudder installation early to need | | | | | | | | [–22] | | |
| | UPL DDG–51 class HM&E upgrades | | | | | | [19,000] | | | | |
| | **NAVIGATION EQUIPMENT** | | | | | | | | | | |
| 003 | OTHER NAVIGATION EQUIPMENT | | 77,404 | | 60,830 | | 77,404 | | | | 77,404 |
| | Excess cost growth | | | | [–16,574] | | | | | | |
| | **OTHER SHIPBOARD EQUIPMENT** | | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 004 | SUB PERISCOPE, IMAGING AND SUPT EQUIP PROG | 160,803 | 160,803 | 160,803 | | 160,803 |
| 005 | DDG MOD | 566,140 | 566,140 | 566,140 | –12,650 | 553,490 |
| | Aegis modernization testing excess to need | | | | [–5,000] | |
| | Combat system ship qualification trials excess to need | | | | [–7,650] | |
| 006 | FIREFIGHTING EQUIPMENT | 18,223 | 18,223 | 18,223 | | 18,223 |
| 007 | COMMAND AND CONTROL SWITCHBOARD | 2,086 | 2,086 | 2,086 | | 2,086 |
| 008 | LHA/LHD MIDLIFE | 95,651 | 64,651 | 95,651 | –16,088 | 79,563 |
| | Excess cost growth | | [–31,000] | | [–16,088] | |
| 009 | POLLUTION CONTROL EQUIPMENT | 23,910 | 23,910 | 23,910 | | 23,910 |
| 010 | SUBMARINE SUPPORT EQUIPMENT | 44,895 | 25,300 | 44,895 | | 44,895 |
| | Acoustic superiority early to need | | [–11,855] | | | |
| | Excess cost growth | | [–7,740] | | | |
| 011 | VIRGINIA CLASS SUPPORT EQUIPMENT | 28,465 | 28,465 | 28,465 | | 28,465 |
| 012 | LCS CLASS SUPPORT EQUIPMENT | 19,426 | 19,426 | 19,426 | | 19,426 |
| 013 | SUBMARINE BATTERIES | 26,290 | 26,290 | 26,290 | –993 | 25,297 |
| | Virginia class unit cost growth | | | | [–993] | |
| 014 | LPD CLASS SUPPORT EQUIPMENT | 46,945 | 46,945 | 46,945 | | 46,945 |
| 015 | DDG 1000 CLASS SUPPORT EQUIPMENT | 9,930 | 9,930 | 9,930 | | 9,930 |
| 016 | STRATEGIC PLATFORM SUPPORT EQUIP | 14,331 | 14,331 | 14,331 | | 14,331 |
| 017 | DSSP EQUIPMENT | 2,909 | 2,909 | 2,909 | | 2,909 |
| 018 | CG MODERNIZATION | 193,990 | 193,990 | 193,990 | | 193,990 |
| 019 | LCAC | 3,392 | 3,392 | 3,392 | | 3,392 |
| 020 | UNDERWATER EOD PROGRAMS | 71,240 | 71,240 | 82,240 | | 71,240 |
| | Program increase for four ExMCM companies | | | [11,000] | | |
| 021 | ITEMS LESS THAN $5 MILLION | 102,543 | 102,543 | 102,543 | | 102,543 |
| 022 | CHEMICAL WARFARE DETECTORS | 2,961 | 2,961 | 2,961 | | 2,961 |
| 023 | SUBMARINE LIFE SUPPORT SYSTEM | 6,635 | 6,635 | 6,635 | | 6,635 |
| | **REACTOR PLANT EQUIPMENT** | | | | | |
| 024 | REACTOR POWER UNITS | 5,340 | 5,340 | 5,340 | | 5,340 |
| 025 | REACTOR COMPONENTS | 465,726 | 465,726 | 465,726 | –2,977 | 462,749 |
| | Program decrease—unit cost growth | | | | [–2,977] | |
| | **OCEAN ENGINEERING** | | | | | |
| 026 | DIVING AND SALVAGE EQUIPMENT | 11,854 | 10,706 | 11,854 | | 11,854 |
| | Excess cost growth | | [–1,148] | | | |
| | **SMALL BOATS** | | | | | |
| 027 | STANDARD BOATS | 79,102 | 73,967 | 79,102 | | 79,102 |
| | Excess cost growth | | [–5,135] | | | |
| | **PRODUCTION FACILITIES EQUIPMENT** | | | | | |
| 028 | OPERATING FORCES IPE | 202,238 | 202,238 | 202,238 | | 202,238 |
| | **OTHER SHIP SUPPORT** | | | | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 029 | LCS COMMON MISSION MODULES EQUIPMENT | | 51,553 | | 33,237 | | 51,553 | | | | 51,553 |
| | Excess cost growth | | | | [–18,316] | | | | | | |
| 030 | LCS MCM MISSION MODULES | | 197,129 | | 77,129 | | 67,329 | | –62,972 | | 134,157 |
| | Excess cost growth | | | | [–120,000] | | | | [–62,972] | | |
| | Procurement ahead of satisfactory testing | | | | | | [–129,800] | | | | |
| 031 | LCS ASW MISSION MODULES | | 27,754 | | 25,254 | | 27,754 | | | | 27,754 |
| | Demonstrate alternate low frequency active sonar | | | | [2,500] | | | | | | |
| | Excess cost growth | | | | [–5,000] | | | | | | |
| 032 | LCS SUW MISSION MODULES | | 26,566 | | 14,566 | | 26,566 | | | | 26,566 |
| | Excess cost growth | | | | [–12,000] | | | | | | |
| 033 | LCS IN-SERVICE MODERNIZATION | | 84,972 | | 84,972 | | 84,972 | | –2,972 | | 82,000 |
| | Habitability mod (Freedom variant) unit cost growth | | | | | | | | [–2,972] | | |
| 034 | SMALL & MEDIUM UUV | | 40,547 | | 10,601 | | 10,647 | | –29,900 | | 10,647 |
| | Knifefish early to need | | | | [–29,946] | | | | [–29,900] | | |
| | Knifefish procurement ahead of satisfactory testing | | | | | | [–29,900] | | | | |
| | **LOGISTIC SUPPORT** | | | | | | | | | | |
| 035 | LSD MIDLIFE & MODERNIZATION | | 40,269 | | 40,269 | | 40,269 | | | | 40,269 |
| | **SHIP SONARS** | | | | | | | | | | |
| 036 | SPQ–9B RADAR | | 26,195 | | 26,195 | | 26,195 | | | | 26,195 |
| 037 | AN/SQQ–89 SURF ASW COMBAT SYSTEM | | 125,237 | | 125,237 | | 125,237 | | | | 125,237 |
| 038 | SSN ACOUSTIC EQUIPMENT | | 366,968 | | 354,968 | | 366,968 | | –10,015 | | 356,953 |
| | Low cost conformal array contract delay | | | | [–12,000] | | | | [–10,015] | | |
| 039 | UNDERSEA WARFARE SUPPORT EQUIPMENT | | 8,967 | | 8,967 | | 8,967 | | | | 8,967 |
| | **ASW ELECTRONIC EQUIPMENT** | | | | | | | | | | |
| 040 | SUBMARINE ACOUSTIC WARFARE SYSTEM | | 23,545 | | 23,545 | | 23,545 | | | | 23,545 |
| 041 | SSTD | | 12,439 | | 12,439 | | 12,439 | | | | 12,439 |
| 042 | FIXED SURVEILLANCE SYSTEM | | 128,441 | | 128,441 | | 128,441 | | | | 128,441 |
| 043 | SURTASS | | 21,923 | | 21,923 | | 21,923 | | | | 21,923 |
| | **ELECTRONIC WARFARE EQUIPMENT** | | | | | | | | | | |
| 044 | AN/SLQ–32 | | 420,154 | | 420,154 | | 358,154 | | –69,468 | | 350,686 |
| | Block 3 kit early to need | | | | | | | | [–65,758] | | |
| | Early to need | | | | | | [–62,000] | | | | |
| | FMP block 1B3 for SLQ–32(V) 6 previously funded | | | | | | | | [–2,300] | | |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | SEWIP block 1B2 for USCG ship forward fit contract delays. | | | | [–1,410] | |
| | **RECONNAISSANCE EQUIPMENT** | | | | | |
| 045 | SHIPBOARD IW EXPLOIT | 194,758 | 194,758 | 202,758 | –1,318 | 193,440 |
| | SSEE modifications kits unit cost growth | | | | [–1,318] | |
| | UPL SSEE expansion on Flight I DDGs | | | [8,000] | | |
| 046 | AUTOMATED IDENTIFICATION SYSTEM (AIS) | 5,368 | 5,368 | 5,368 | | 5,368 |
| | **OTHER SHIP ELECTRONIC EQUIPMENT** | | | | | |
| 047 | COOPERATIVE ENGAGEMENT CAPABILITY | 35,128 | 35,128 | 35,128 | | 35,128 |
| 048 | NAVAL TACTICAL COMMAND SUPPORT SYSTEM (NTCSS) | 15,154 | 15,154 | 15,154 | | 15,154 |
| 049 | ATDLS | 52,753 | 52,753 | 52,753 | | 52,753 |
| 050 | NAVY COMMAND AND CONTROL SYSTEM (NCCS) | 3,390 | 3,390 | 3,390 | | 3,390 |
| 051 | MINESWEEPING SYSTEM REPLACEMENT | 19,448 | 19,448 | 19,448 | | 19,448 |
| 052 | SHALLOW WATER MCM | 8,730 | 8,730 | 8,730 | | 8,730 |
| 053 | NAVSTAR GPS RECEIVERS (SPACE) | 32,674 | 32,674 | 32,674 | | 32,674 |
| 054 | AMERICAN FORCES RADIO AND TV SERVICE | 2,617 | 2,617 | 2,617 | | 2,617 |
| 055 | STRATEGIC PLATFORM SUPPORT EQUIP | 7,973 | 7,973 | 7,973 | | 7,973 |
| | **AVIATION ELECTRONIC EQUIPMENT** | | | | | |
| 056 | ASHORE ATC EQUIPMENT | 72,406 | 72,406 | 72,406 | | 72,406 |
| 057 | AFLOAT ATC EQUIPMENT | 67,410 | 67,410 | 67,410 | –1,631 | 65,779 |
| | ACLS mod kits installations cost growth | | | | [–1,631] | |
| 058 | ID SYSTEMS | 26,059 | 15,464 | 26,059 | | 26,059 |
| | OE–120/UPX antenna insufficient budget justification | | [–10,595] | | | |
| 059 | JOINT PRECISION APPROACH AND LANDING SYSTEM ( | 92,695 | 61,348 | 92,695 | –14,500 | 78,195 |
| | Early to need | | [–31,347] | | [–14,500] | |
| 060 | NAVAL MISSION PLANNING SYSTEMS | 15,296 | 15,296 | 15,296 | | 15,296 |
| | **OTHER SHORE ELECTRONIC EQUIPMENT** | | | | | |
| 061 | TACTICAL/MOBILE C4I SYSTEMS | 36,226 | 36,226 | 36,226 | | 36,226 |
| 062 | DCGS-N | 21,788 | 21,788 | 21,788 | –361 | 21,427 |
| | DCGS-N increment 2 kit unit cost discrepancy | | | | [–361] | |
| 063 | CANES | 426,654 | 396,654 | 426,654 | –31,500 | 395,154 |
| | Program decrease | | [–30,000] | | [–31,500] | |
| 064 | RADIAC | 6,450 | 6,450 | 6,450 | | 6,450 |
| 065 | CANES-INTELL | 52,713 | 52,713 | 52,713 | | 52,713 |
| 066 | GPETE | 13,028 | 13,028 | 13,028 | | 13,028 |
| 067 | MASF | 5,193 | 5,193 | 5,193 | | 5,193 |
| 068 | INTEG COMBAT SYSTEM TEST FACILITY | 6,028 | 6,028 | 6,028 | | 6,028 |
| 069 | EMI CONTROL INSTRUMENTATION | 4,209 | 4,209 | 4,209 | | 4,209 |
| 070 | ITEMS LESS THAN $5 MILLION | 168,436 | 151,593 | 144,636 | –23,800 | 144,636 |
| | Excess cost growth | | [–16,843] | | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | NGSSR early to need | | | | | | [–23,800] | | [–23,800] | | |
| | **SHIPBOARD COMMUNICATIONS** | | | | | | | | | | |
| 071 | SHIPBOARD TACTICAL COMMUNICATIONS | | 55,853 | | 55,853 | | 55,853 | | –5,800 | | 50,053 |
| | DMR IW and MUOS system procurement afloat previously funded. | | | | | | | | [–5,800] | | |
| 072 | SHIP COMMUNICATIONS AUTOMATION | | 137,861 | | 117,861 | | 137,861 | | –15,481 | | 122,380 |
| | STACC cost growth | | | | [–20,000] | | | | [–15,481] | | |
| 073 | COMMUNICATIONS ITEMS UNDER $5M | | 35,093 | | 35,093 | | 35,093 | | –3,600 | | 31,493 |
| | Improving funds management: prior year carryover | | | | | | | | [–3,600] | | |
| | **SUBMARINE COMMUNICATIONS** | | | | | | | | | | |
| 074 | SUBMARINE BROADCAST SUPPORT | | 50,833 | | 50,833 | | 50,833 | | | | 50,833 |
| 075 | SUBMARINE COMMUNICATION EQUIPMENT | | 69,643 | | 60,643 | | 69,643 | | –8,849 | | 60,794 |
| | Buoy shape improvement unjustified request | | | | [–9,000] | | | | [–8,849] | | |
| | **SATELLITE COMMUNICATIONS** | | | | | | | | | | |
| 076 | SATELLITE COMMUNICATIONS SYSTEMS | | 45,841 | | 45,841 | | 45,841 | | | | 45,841 |
| 077 | NAVY MULTIBAND TERMINAL (NMT) | | 88,021 | | 88,021 | | 88,021 | | –5,873 | | 82,148 |
| | Afloat ship kit cost growth | | | | | | | | [–4,055] | | |
| | Assured C2 modems installation cost excess growth | | | | | | | | [–1,818] | | |
| | **SHORE COMMUNICATIONS** | | | | | | | | | | |
| 078 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) | | 4,293 | | 4,293 | | 4,293 | | | | 4,293 |
| | **CRYPTOGRAPHIC EQUIPMENT** | | | | | | | | | | |
| 079 | INFO SYSTEMS SECURITY PROGRAM (ISSP) | | 166,540 | | 166,540 | | 166,540 | | | | 166,540 |
| 080 | MIO INTEL EXPLOITATION TEAM | | 968 | | 968 | | 968 | | | | 968 |
| | **CRYPTOLOGIC EQUIPMENT** | | | | | | | | | | |
| 081 | CRYPTOLOGIC COMMUNICATIONS EQUIP | | 13,090 | | 13,090 | | 13,090 | | | | 13,090 |
| | **OTHER ELECTRONIC SUPPORT** | | | | | | | | | | |
| 083 | COAST GUARD EQUIPMENT | | 61,370 | | 61,370 | | 61,370 | | | | 61,370 |
| | **SONOBUOYS** | | | | | | | | | | |
| 085 | SONOBUOYS—ALL TYPES | | 260,644 | | 296,344 | | 310,644 | | 50,000 | | 310,644 |
| | Navy unfunded priority | | | | [35,700] | | | | | | |
| | UPL sonobuoy increase | | | | | | [50,000] | | [50,000] | | |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | | | | | | | | | |
| 086 | MINOTAUR | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 087 | WEAPONS RANGE SUPPORT EQUIPMENT | 101,843 | 94,843 | 101,843 | | 101,843 |
| | Excess cost growth | | [–7,000] | | | |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | 145,601 | 112,181 | 145,601 | –10,390 | 135,211 |
| | Excess cost growth | | [–20,000] | | [–10,390] | |
| | Program decrease | | [–13,420] | | | |
| 089 | ADVANCED ARRESTING GEAR (AAG) | 4,725 | 4,725 | 4,725 | | 4,725 |
| 090 | METEOROLOGICAL EQUIPMENT | 14,687 | 14,687 | 14,687 | –2,280 | 12,407 |
| | ASOS upgrades unit cost growth | | | | [–2,280] | |
| 092 | LEGACY AIRBORNE MCM | 19,250 | 19,250 | 19,250 | –332 | 18,918 |
| | Modifications unjustified growth | | | | [–332] | |
| 093 | LAMPS EQUIPMENT | 792 | 792 | 792 | | 792 |
| 094 | AVIATION SUPPORT EQUIPMENT | 55,415 | 52,415 | 55,415 | –3,000 | 52,415 |
| | Contract delay | | [–3,000] | | [–3,000] | |
| 095 | UMCS-UNMAN CARRIER AVIATION(UCA)MISSION CNTRL | 32,668 | 32,668 | 32,668 | | 32,668 |
| | **SHIP GUN SYSTEM EQUIPMENT** | | | | | |
| 096 | SHIP GUN SYSTEMS EQUIPMENT | 5,451 | 5,451 | 5,451 | | 5,451 |
| | **SHIP MISSILE SYSTEMS EQUIPMENT** | | | | | |
| 097 | HARPOON SUPPORT EQUIPMENT | 1,100 | 1,100 | 1,100 | | 1,100 |
| 098 | SHIP MISSILE SUPPORT EQUIPMENT | 228,104 | 243,304 | 228,104 | 40,200 | 268,304 |
| | Excess cost growth | | [–25,000] | | | |
| | Program increase | | [40,200] | | [40,200] | |
| 099 | TOMAHAWK SUPPORT EQUIPMENT | 78,593 | 78,593 | 78,593 | | 78,593 |
| | **FBM SUPPORT EQUIPMENT** | | | | | |
| 100 | STRATEGIC MISSILE SYSTEMS EQUIP | 280,510 | 280,510 | 280,510 | | 280,510 |
| | **ASW SUPPORT EQUIPMENT** | | | | | |
| 101 | SSN COMBAT CONTROL SYSTEMS | 148,547 | 138,547 | 148,547 | –4,869 | 143,678 |
| | Excess cost growth | | [–10,000] | | [–4,869] | |
| 102 | ASW SUPPORT EQUIPMENT | 21,130 | 21,130 | 21,130 | | 21,130 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | | | | |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP | 15,244 | 15,244 | 15,244 | | 15,244 |
| 104 | ITEMS LESS THAN $5 MILLION | 5,071 | 5,071 | 5,071 | | 5,071 |
| | **OTHER EXPENDABLE ORDNANCE** | | | | | |
| 105 | ANTI-SHIP MISSILE DECOY SYSTEM | 41,962 | 41,962 | 41,962 | | 41,962 |
| 106 | SUBMARINE TRAINING DEVICE MODS | 75,057 | 75,057 | 75,057 | | 75,057 |
| 107 | SURFACE TRAINING EQUIPMENT | 233,175 | 189,253 | 233,175 | –10,528 | 222,647 |
| | BFFT ship sets excess to need | | | | [–1,515] | |
| | LCS trainer equipment early to need | | [–43,922] | | [–9,013] | |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | | | | |
| 108 | PASSENGER CARRYING VEHICLES | 4,562 | 4,562 | 4,562 | | 4,562 |
| 109 | GENERAL PURPOSE TRUCKS | 10,974 | 10,974 | 10,974 | | 10,974 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 110 | CONSTRUCTION & MAINTENANCE EQUIP | | 43,191 | | 43,191 | | 43,191 | | | | 43,191 |
| 111 | FIRE FIGHTING EQUIPMENT | | 21,142 | | 11,642 | | 21,142 | | –9,500 | | 11,642 |
| | Contract delays | | | | [–9,500] | | | | [–9,500] | | |
| 112 | TACTICAL VEHICLES | | 33,432 | | 32,032 | | 33,432 | | | | 33,432 |
| | JLTV contract delay | | | | [–1,400] | | | | | | |
| 114 | POLLUTION CONTROL EQUIPMENT | | 2,633 | | 2,633 | | 2,633 | | | | 2,633 |
| 115 | ITEMS UNDER $5 MILLION | | 53,467 | | 53,467 | | 53,467 | | | | 53,467 |
| 116 | PHYSICAL SECURITY VEHICLES | | 1,173 | | 1,173 | | 1,173 | | | | 1,173 |
| | **SUPPLY SUPPORT EQUIPMENT** | | | | | | | | | | |
| 117 | SUPPLY EQUIPMENT | | 16,730 | | 16,730 | | 16,730 | | | | 16,730 |
| 118 | FIRST DESTINATION TRANSPORTATION | | 5,389 | | 5,389 | | 5,389 | | | | 5,389 |
| 119 | SPECIAL PURPOSE SUPPLY SYSTEMS | | 654,674 | | 654,674 | | 654,674 | | –37,152 | | 617,522 |
| | Insufficient budget justification | | | | | | | | [–37,152] | | |
| | **TRAINING DEVICES** | | | | | | | | | | |
| 120 | TRAINING SUPPORT EQUIPMENT | | 3,633 | | 3,633 | | 3,633 | | | | 3,633 |
| 121 | TRAINING AND EDUCATION EQUIPMENT | | 97,636 | | 82,536 | | 97,636 | | –3,100 | | 94,536 |
| | Excess growth | | | | | | | | [–3,100] | | |
| | Reduction in one Training Support Vessel | | | | [–15,100] | | | | | | |
| | **COMMAND SUPPORT EQUIPMENT** | | | | | | | | | | |
| 122 | COMMAND SUPPORT EQUIPMENT | | 66,102 | | 50,102 | | 59,779 | | –15,668 | | 50,434 |
| | Prior year underexecution | | | | [–16,000] | | | | [–15,668] | | |
| | Program duplication | | | | | | [–6,323] | | | | |
| 123 | MEDICAL SUPPORT EQUIPMENT | | 3,633 | | 3,633 | | 3,633 | | | | 3,633 |
| 125 | NAVAL MIP SUPPORT EQUIPMENT | | 6,097 | | 6,097 | | 6,097 | | | | 6,097 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | | 16,905 | | 16,905 | | 16,905 | | | | 16,905 |
| 127 | C4ISR EQUIPMENT | | 30,146 | | 30,146 | | 30,146 | | | | 30,146 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | | 21,986 | | 21,986 | | 21,986 | | | | 21,986 |
| 129 | PHYSICAL SECURITY EQUIPMENT | | 160,046 | | 160,046 | | 160,046 | | | | 160,046 |
| 130 | ENTERPRISE INFORMATION TECHNOLOGY | | 56,899 | | 56,899 | | 56,899 | | | | 56,899 |
| | **OTHER** | | | | | | | | | | |
| 133 | NEXT GENERATION ENTERPRISE SERVICE | | 122,832 | | 122,832 | | 122,832 | | | | 122,832 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 133A | CLASSIFIED PROGRAMS | | 16,346 | | 16,346 | | 16,346 | | | | 16,346 |

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 134 | SPARES AND REPAIR PARTS | | 375,608 | | 352,140 | | 375,608 | | –23,468 | | 352,140 |
| | JPALS spares early to need | | | | [–8,137] | | | | [–8,137] | | |
| | LCS spares early to need | | | | [–15,331] | | | | [–15,331] | | |
| | **TOTAL OTHER PROCUREMENT, NAVY** | | **9,652,956** | | **9,146,967** | | **9,489,133** | | **–350,857** | | **9,302,099** |
| | | | | | | | | | | | |
| | **PROCUREMENT, MARINE CORPS** | | | | | | | | | | |
| | **TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 001 | AAV7A1 PIP | | 39,495 | | 39,495 | | 39,495 | | | | 39,495 |
| 002 | AMPHIBIOUS COMBAT VEHICLE 1.1 | 56 | 317,935 | 56 | 313,135 | 56 | 317,935 | | –4,804 | 56 | 313,131 |
| | Excess engineering change orders | | | | [–4,800] | | | | [–4,804] | | |
| 003 | LAV PIP | | 60,734 | | 60,734 | | 60,734 | | | | 60,734 |
| | **ARTILLERY AND OTHER WEAPONS** | | | | | | | | | | |
| 004 | 155MM LIGHTWEIGHT TOWED HOWITZER | | 25,065 | | 25,065 | | 25,065 | | | | 25,065 |
| 005 | ARTILLERY WEAPONS SYSTEM | | 100,002 | | 90,002 | | 100,002 | | –10,000 | | 90,002 |
| | Equipment previously funded and cost growth | | | | [–10,000] | | | | [–10,000] | | |
| 006 | WEAPONS AND COMBAT VEHICLES UNDER $5 MILLION | | 31,945 | | 31,945 | | 31,945 | | | | 31,945 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 007 | MODIFICATION KITS | | 22,760 | | 22,760 | | 22,760 | | | | 22,760 |
| | **GUIDED MISSILES** | | | | | | | | | | |
| 008 | GROUND BASED AIR DEFENSE | | 175,998 | | 175,998 | | 175,998 | | | | 175,998 |
| 009 | ANTI-ARMOR MISSILE-JAVELIN | 97 | 20,207 | 97 | 20,207 | 97 | 20,207 | | | 97 | 20,207 |
| 010 | FAMILY ANTI-ARMOR WEAPON SYSTEMS (FOAAWS) | | 21,913 | | 21,913 | | 21,913 | | | | 21,913 |
| 011 | ANTI-ARMOR MISSILE-TOW | | 60,501 | | 60,501 | | 60,501 | | | | 60,501 |
| 012 | GUIDED MLRS ROCKET (GMLRS) | 210 | 29,062 | 210 | 28,062 | 210 | 29,062 | | –1,000 | 210 | 28,062 |
| | Unit cost discrepancy | | | | [–1,000] | | | | [–1,000] | | |
| | **COMMAND AND CONTROL SYSTEMS** | | | | | | | | | | |
| 013 | COMMON AVIATION COMMAND AND CONTROL SYSTEM (C | | 37,203 | | 32,203 | | 37,203 | | –5,000 | | 32,203 |
| | AN/MRQ–13 communications subsystems upgrades unjustified growth. | | | | [–5,000] | | | | [–5,000] | | |
| | **REPAIR AND TEST EQUIPMENT** | | | | | | | | | | |
| 014 | REPAIR AND TEST EQUIPMENT | | 55,156 | | 55,156 | | 55,156 | | | | 55,156 |
| | **OTHER SUPPORT (TEL)** | | | | | | | | | | |
| 015 | MODIFICATION KITS | | 4,945 | | 4,945 | | 4,945 | | | | 4,945 |
| | **COMMAND AND CONTROL SYSTEM (NON-TEL)** | | | | | | | | | | |
| 016 | ITEMS UNDER $5 MILLION (COMM & ELEC) | | 112,124 | | 83,124 | | 112,124 | | –29,700 | | 82,424 |
| | Unit cost growth | | | | [–29,000] | | | | [–29,700] | | |
| 017 | AIR OPERATIONS C2 SYSTEMS | | 17,408 | | 17,408 | | 17,408 | | | | 17,408 |
| | **RADAR + EQUIPMENT (NON-TEL)** | | | | | | | | | | |
| 018 | RADAR SYSTEMS | | 329 | | 329 | | 329 | | | | 329 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 019 | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 8 | 273,022 | 8 | 273,022 | 8 | 273,022 | | | 8 | 273,022 |
| | **INTELL/COMM EQUIPMENT (NON-TEL)** | | | | | | | | | | |
| 021 | GCSS-MC | | 4,484 | | 4,484 | | 4,484 | | | | 4,484 |
| 022 | FIRE SUPPORT SYSTEM | | 35,488 | | 35,488 | | 35,488 | | | | 35,488 |
| 023 | INTELLIGENCE SUPPORT EQUIPMENT | | 56,896 | | 54,396 | | 56,896 | | –2,500 | | 54,396 |
| | Unjustified growth | | | | [–2,500] | | | | [–2,500] | | |
| 025 | UNMANNED AIR SYSTEMS (INTEL) | | 34,711 | | 34,711 | | 34,711 | | | | 34,711 |
| 026 | DCGS-MC | | 32,562 | | 32,562 | | 32,562 | | | | 32,562 |
| | **OTHER SUPPORT (NON-TEL)** | | | | | | | | | | |
| 030 | NEXT GENERATION ENTERPRISE NETWORK (NGEN) | | 114,901 | | 114,901 | | 114,901 | | | | 114,901 |
| 031 | COMMON COMPUTER RESOURCES | | 51,094 | | 51,094 | | 51,094 | | | | 51,094 |
| 032 | COMMAND POST SYSTEMS | | 108,897 | | 108,897 | | 108,897 | | | | 108,897 |
| 033 | RADIO SYSTEMS | | 227,320 | | 212,320 | | 227,320 | | –15,000 | | 212,320 |
| | Cost growth and early to need | | | | [–15,000] | | | | [–15,000] | | |
| 034 | COMM SWITCHING & CONTROL SYSTEMS | | 31,685 | | 23,685 | | 31,685 | | –7,904 | | 23,781 |
| | ECP small form factor previously funded | | | | [–8,000] | | | | [–7,904] | | |
| 035 | COMM & ELEC INFRASTRUCTURE SUPPORT | | 21,140 | | 21,140 | | 21,140 | | | | 21,140 |
| 036 | CYBERSPACE ACTIVITIES | | 27,632 | | 27,632 | | 27,632 | | | | 27,632 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 036A | CLASSIFIED PROGRAMS | | 5,535 | | 5,535 | | 5,535 | | | | 5,535 |
| | **ADMINISTRATIVE VEHICLES** | | | | | | | | | | |
| 037 | COMMERCIAL CARGO VEHICLES | | 28,913 | | 28,913 | | 28,913 | | | | 28,913 |
| | **TACTICAL VEHICLES** | | | | | | | | | | |
| 038 | MOTOR TRANSPORT MODIFICATIONS | | 19,234 | | 19,234 | | 19,234 | | | | 19,234 |
| 039 | JOINT LIGHT TACTICAL VEHICLE | 1,398 | 558,107 | 1,398 | 556,107 | 1,398 | 558,107 | | –2,000 | 1,398 | 556,107 |
| | ECP previously funded | | | | [–2,000] | | | | [–2,000] | | |
| 040 | FAMILY OF TACTICAL TRAILERS | | 2,693 | | 2,693 | | 2,693 | | | | 2,693 |
| | **ENGINEER AND OTHER EQUIPMENT** | | | | | | | | | | |
| 041 | ENVIRONMENTAL CONTROL EQUIP ASSORT | | 495 | | 495 | | 495 | | | | 495 |
| 042 | TACTICAL FUEL SYSTEMS | | 52 | | 52 | | 52 | | | | 52 |
| 043 | POWER EQUIPMENT ASSORTED | | 22,441 | | 22,441 | | 22,441 | | | | 22,441 |
| 044 | AMPHIBIOUS SUPPORT EQUIPMENT | | 7,101 | | 7,101 | | 7,101 | | | | 7,101 |
| 045 | EOD SYSTEMS | | 44,700 | | 44,700 | | 44,700 | | | | 44,700 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **MATERIALS HANDLING EQUIPMENT** | | | | | | | | | | |
| 046 | PHYSICAL SECURITY EQUIPMENT | | 15,404 | | 15,404 | | 15,404 | | | | 15,404 |
| | **GENERAL PROPERTY** | | | | | | | | | | |
| 047 | FIELD MEDICAL EQUIPMENT | | 2,898 | | 2,898 | | 2,898 | | | | 2,898 |
| 048 | TRAINING DEVICES | | 149,567 | | 126,567 | | 149,567 | | –23,000 | | 126,567 |
| | ODS unjustified request | | | | [–23,000] | | | | [–23,000] | | |
| 049 | FAMILY OF CONSTRUCTION EQUIPMENT | | 35,622 | | 35,622 | | 35,622 | | | | 35,622 |
| 050 | ULTRA-LIGHT TACTICAL VEHICLE (ULTV) | | 647 | | 647 | | 647 | | | | 647 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 051 | ITEMS LESS THAN $5 MILLION | | 10,956 | | 10,956 | | 10,956 | | | | 10,956 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 052 | SPARES AND REPAIR PARTS | | 33,470 | | 33,470 | | 33,470 | | | | 33,470 |
| | **TOTAL PROCUREMENT, MARINE CORPS** | **1,769** | **3,090,449** | **1,769** | **2,990,149** | **1,769** | **3,090,449** | | **–100,908** | **1,769** | **2,989,541** |
| | | | | | | | | | | | |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **TACTICAL FORCES** | | | | | | | | | | |
| 001 | F–35 | 48 | 4,274,359 | 60 | 5,126,409 | 60 | 5,364,359 | 12 | 1,292,050 | 60 | 5,566,409 |
| | Program increase | | | [12] | [1,042,800] | | | [12] | [1,042,800] | | |
| | Program increase: Turkish F–35A Reallocation Initiative | | | | | | | | [440,000] | | |
| | Target cost savings | | | | [–190,750] | | | | [–190,750] | | |
| | UPL additional quantities | | | | | [12] | [1,090,000] | | | | |
| 002 | F–35 | | 655,500 | | 655,500 | | 811,500 | | 156,000 | | 811,500 |
| | UPL Increase | | | | | | [156,000] | | [156,000] | | |
| 003 | F–15E | 8 | 1,050,000 | 8 | 941,000 | 8 | 888,000 | | –64,500 | 8 | 985,500 |
| | NRE cost on a non-developmental A/C | | | | | | [–162,000] | | | | |
| | Unjustified non-recurring engineering | | | | [–109,000] | | | | [–64,500] | | |
| | **TACTICAL AIRLIFT** | | | | | | | | | | |
| 005 | KC–46A MDAP | 12 | 2,234,529 | 12 | 2,199,705 | 15 | 2,705,529 | | –36,000 | 12 | 2,198,529 |
| | Excess to need | | | | [–34,824] | | | | [–36,000] | | |
| | UPL additional quantities | | | | | [3] | [471,000] | | | | |
| | **OTHER AIRLIFT** | | | | | | | | | | |
| 006 | C–130J | | 12,156 | 4 | 404,156 | | 12,156 | 4 | 392,000 | 4 | 404,156 |
| | Program increase | | | [4] | [392,000] | | | [4] | [392,000] | | |
| 008 | MC–130J | 8 | 871,207 | 8 | 871,207 | 8 | 871,207 | | –13,600 | 8 | 857,607 |
| | Excess to need | | | | | | | | [–13,600] | | |
| 009 | MC–130J | | 40,000 | | 40,000 | | 40,000 | | | | 40,000 |
| | **HELICOPTERS** | | | | | | | | | | |
| 010 | COMBAT RESCUE HELICOPTER | 12 | 884,235 | 12 | 876,235 | 12 | 884,235 | | –8,200 | 12 | 876,035 |
| | Excess to need | | | | [–8,000] | | | | [–8,200] | | |
| | **MISSION SUPPORT AIRCRAFT** | | | | | | | | | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 011 | C–37A | 2 | 161,000 | 2 | 161,000 | 2 | 161,000 | | –13,500 | 2 | 147,500 |
| | Unit cost growth | | | | | | | | [–13,500] | | |
| 012 | CIVIL AIR PATROL A/C | 4 | 2,767 | 4 | 2,767 | 4 | 2,767 | | | 4 | 2,767 |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 014 | TARGET DRONES | 37 | 130,837 | 37 | 130,837 | 37 | 130,837 | | | 37 | 130,837 |
| 015 | COMPASS CALL | 1 | 114,095 | 1 | 114,095 | 1 | 114,095 | | | 1 | 114,095 |
| 017 | MQ–9 | 3 | 189,205 | 15 | 313,005 | 3 | 189,205 | | –14,000 | 3 | 175,205 |
| | Program increase | | | [12] | [137,800] | | | | | | |
| | Unit cost growth | | | | [–14,000] | | | | [–14,000] | | |
| | **STRATEGIC AIRCRAFT** | | | | | | | | | | |
| 019 | B–2A | | 9,582 | | 9,582 | | 9,582 | | | | 9,582 |
| 020 | B–1B | | 22,111 | | 22,111 | | 22,111 | | –9,000 | | 13,111 |
| | ADS-B ahead of need | | | | | | | | [–9,000] | | |
| 021 | B–52 | | 69,648 | | 69,648 | | 69,648 | | | | 69,648 |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | | 43,758 | | 43,758 | | 43,758 | | | | 43,758 |
| | **TACTICAL AIRCRAFT** | | | | | | | | | | |
| 023 | A–10 | | 132,069 | | 132,069 | | 132,069 | | | | 132,069 |
| 024 | E–11 BACN/HAG | | 70,027 | 1 | 90,027 | | 70,027 | | | | 70,027 |
| | Aircraft increase | | | [1] | [20,000] | | | | | | |
| 025 | F–15 | | 481,073 | | 480,443 | | 328,073 | | –13,306 | | 467,767 |
| | ADCP unnecessary due to F–15X | | | | | | [–75,100] | | [–13,306] | | |
| | F–15C MUOS ahead of need | | | | [–630] | | | | | | |
| | IFF unnecessary due to F–15X | | | | | | [–29,600] | | | | |
| | Longerons unnecessary due to F–15X | | | | | | [–24,600] | | | | |
| | Radar unnecessary due to F–15X | | | | | | [–23,700] | | | | |
| 026 | F–16 | | 234,782 | | 234,782 | 30 | 309,782 | 30 | 75,000 | 30 | 309,782 |
| | Additional radars | | | | | [30] | [75,000] | [30] | [75,000] | | |
| 028 | F–22A | | 323,597 | | 323,597 | | 323,597 | | | | 323,597 |
| 030 | F–35 MODIFICATIONS | | 343,590 | | 343,590 | | 343,590 | | | | 343,590 |
| 031 | F–15 EPAW | | 149,047 | | 25,047 | | 81,847 | | –23,630 | | 125,417 |
| | Not required because of F–15X | | | | | | [–67,200] | | [–23,630] | | |
| | Prior-year carryover | | | | [–124,000] | | | | | | |
| 032 | INCREMENT 3.2B | | 20,213 | | 20,213 | | 20,213 | | | | 20,213 |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| 033 | KC–46A MDAP | 10,213 | 3,639 | 10,213 | –5,000 | 5,213 |
| | Excess to need | | [–6,574] | | | |
| | Funding ahead of need | | | | [–5,000] | |
| | **AIRLIFT AIRCRAFT** | | | | | |
| 034 | C–5 | 73,550 | 73,550 | 73,550 | | 73,550 |
| 036 | C–17A | 60,244 | 60,244 | 60,244 | | 60,244 |
| 037 | C–21 | 216 | 216 | 216 | | 216 |
| 038 | C–32A | 11,511 | 11,511 | 11,511 | | 11,511 |
| 039 | C–37A | 435 | 435 | 435 | | 435 |
| | **TRAINER AIRCRAFT** | | | | | |
| 040 | GLIDER MODS | 138 | 138 | 138 | | 138 |
| 041 | T–6 | 11,826 | 11,826 | 11,826 | | 11,826 |
| 042 | T–1 | 26,787 | 26,787 | 26,787 | | 26,787 |
| 043 | T–38 | 37,341 | 45,041 | 37,341 | | 37,341 |
| | T–38 A/B ejection seat safety | | [7,700] | | | |
| | **OTHER AIRCRAFT** | | | | | |
| 044 | U–2 MODS | 86,896 | 119,896 | 86,896 | 20,000 | 106,896 |
| | Increase for U–2 enhancements | | [33,000] | | [20,000] | |
| 045 | KC–10A (ATCA) | 2,108 | 2,108 | 2,108 | | 2,108 |
| 046 | C–12 | 3,021 | 3,021 | 3,021 | | 3,021 |
| 047 | VC–25A MOD | 48,624 | 48,624 | 48,624 | | 48,624 |
| 048 | C–40 | 256 | 256 | 256 | | 256 |
| 049 | C–130 | 52,066 | 186,066 | 52,066 | 134,000 | 186,066 |
| | 3.5 Engine Enhancement Package | | [79,000] | | [79,000] | |
| | NP–2000 prop blade upgrades | | [55,000] | | [55,000] | |
| 050 | C–130J MODS | 141,686 | 141,686 | 141,686 | | 141,686 |
| 051 | C–135 | 124,491 | 124,491 | 124,491 | –1,875 | 122,616 |
| | Low cost mods slow execution | | | | [–1,000] | |
| | RPI installs | | | | [–875] | |
| 053 | COMPASS CALL | 110,754 | 110,754 | 110,754 | | 110,754 |
| 054 | COMBAT FLIGHT INSPECTION—CFIN | 508 | 508 | 508 | | 508 |
| 055 | RC–135 | 227,673 | 398,673 | 227,673 | | 227,673 |
| | Program increase | | [171,000] | | | |
| 056 | E–3 | 216,299 | 216,299 | 216,299 | –87,307 | 128,992 |
| | NATO AWACS—Air Force requested transfer to line 88 | | | | [–87,307] | |
| 057 | E–4 | 58,477 | 58,477 | 58,477 | | 58,477 |
| 058 | E–8 | 28,778 | 56,778 | 58,778 | 20,000 | 48,778 |
| | Increase for re-engining | | [28,000] | | [20,000] | |
| | SATCOM radios | | | [30,000] | | |
| 059 | AIRBORNE WARNING AND CNTRL SYS (AWACS) 40/45 | 36,000 | 36,000 | 36,000 | | 36,000 |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 060 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | | 7,910 | | 7,910 | | 7,910 | | | | 7,910 |
| 061 | H–1 | | 3,817 | | 3,817 | | 3,817 | | | | 3,817 |
| 062 | H–60 | | 20,879 | | 20,879 | | 20,879 | | | | 20,879 |
| 063 | RQ–4 MODS | | 1,704 | | 1,704 | | 1,704 | | | | 1,704 |
| 064 | HC/MC–130 MODIFICATIONS | | 51,482 | | 51,482 | | 51,482 | | | | 51,482 |
| 065 | OTHER AIRCRAFT | | 50,098 | | 50,098 | | 50,098 | | | | 50,098 |
| 066 | MQ–9 MODS | | 383,594 | | 251,594 | | 383,594 | | –132,000 | | 251,594 |
| | Production rate adjustment of DAS–4 sensor | | | | [–132,000] | | | | [–132,000] | | |
| 068 | CV–22 MODS | | 65,348 | | 65,348 | | 65,348 | | | | 65,348 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 069 | INITIAL SPARES/REPAIR PARTS | | 708,230 | | 544,830 | | 970,230 | | 91,000 | | 799,230 |
| | F–35 spares | | | | | | [96,000] | | [96,000] | | |
| | KC–46 spares | | | | | | [141,000] | | | | |
| | Program decrease | | | | [–40,000] | | | | [–30,000] | | |
| | RQ–4 | | | | | | [25,000] | | [25,000] | | |
| | Unjustified F–15C requirements | | | | [–123,400] | | | | | | |
| | **COMMON SUPPORT EQUIPMENT** | | | | | | | | | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | | 84,938 | | 84,938 | | 84,938 | | | | 84,938 |
| | **POST PRODUCTION SUPPORT** | | | | | | | | | | |
| 073 | B–2A | | 1,403 | | 1,403 | | 1,403 | | | | 1,403 |
| 074 | B–2B | | 42,234 | | 42,234 | | 42,234 | | | | 42,234 |
| 075 | B–52 | | 4,641 | | 4,641 | | 4,641 | | | | 4,641 |
| 076 | C–17A | | 124,805 | | 124,805 | | 124,805 | | | | 124,805 |
| 079 | F–15 | | 2,589 | | 2,589 | | 2,589 | | | | 2,589 |
| 081 | F–16 | | 15,348 | | 14,748 | | 15,348 | | | | 15,348 |
| | Line shutdown early to need | | | | [–600] | | | | | | |
| 084 | RQ–4 POST PRODUCTION CHARGES | | 47,246 | | 47,246 | | 47,246 | | | | 47,246 |
| | **INDUSTRIAL PREPAREDNESS** | | | | | | | | | | |
| 086 | INDUSTRIAL RESPONSIVENESS | | 17,705 | | 17,705 | | 17,705 | | | | 17,705 |
| | **WAR CONSUMABLES** | | | | | | | | | | |
| 087 | WAR CONSUMABLES | | 32,102 | | 32,102 | | 32,102 | | | | 32,102 |
| | **OTHER PRODUCTION CHARGES** | | | | | | | | | | |
| 088 | OTHER PRODUCTION CHARGES | | 1,194,728 | | 1,073,728 | | 1,194,728 | | 27,307 | | 1,222,035 |

| Line | Item | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F–22 NGEN lab excess | | | | [–72,000] | | | | [–60,000] | | |
| | NATO AWACS—Air Force requested transfer from line 56 | | | | | | | | [87,307] | | |
| | Program decrease | | | | [–33,000] | | | | | | |
| | RQ–4 delayed obligations | | | | [–16,000] | | | | | | |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 090A | CLASSIFIED PROGRAMS | | 34,193 | | 34,193 | | 34,193 | | | | 34,193 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **135** | **16,784,279** | **164** | **17,845,801** | **180** | **18,486,079** | **46** | **1,785,439** | **181** | **18,569,718** |
| | | | | | | | | | | | |
| | **MISSILE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **MISSILE REPLACEMENT EQUIPMENT—BALLISTIC** | | | | | | | | | | |
| 001 | MISSILE REPLACEMENT EQ-BALLISTIC | | 55,888 | | 55,888 | | 55,888 | | | | 55,888 |
| | **TACTICAL** | | | | | | | | | | |
| 002 | REPLAC EQUIP & WAR CONSUMABLES | | 9,100 | | 9,100 | | 9,100 | | | | 9,100 |
| 003 | JOINT AIR-TO-GROUND MUNITION | 60 | 15,000 | 60 | | 60 | 15,000 | –30 | –7,500 | 30 | 7,500 |
| | Unjustified requirement (JAGM-F) | | | | [–15,000] | | | [–30] | [–7,500] | | |
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE | 411 | 482,525 | 411 | 482,525 | 411 | 482,525 | | | 411 | 482,525 |
| 006 | SIDEWINDER (AIM–9X) | 355 | 160,408 | 355 | 160,408 | 355 | 160,408 | | | 355 | 160,408 |
| 007 | AMRAAM | 220 | 332,250 | 220 | 332,250 | 220 | 332,250 | | | 220 | 332,250 |
| 008 | PREDATOR HELLFIRE MISSILE | 1,531 | 118,860 | 1,531 | 111,160 | 1,531 | 118,860 | | | 1,531 | 118,860 |
| | Unit cost savings | | | | [–7,700] | | | | | | |
| 009 | SMALL DIAMETER BOMB | 7,078 | 275,438 | 7,078 | 275,438 | 7,078 | 275,438 | | | 7,078 | 275,438 |
| 010 | SMALL DIAMETER BOMB II | 1,175 | 212,434 | 1,175 | 201,434 | 1,175 | 212,434 | | –11,750 | 1,175 | 200,684 |
| | Unit cost growth | | | | [–11,000] | | | | [–11,750] | | |
| | **INDUSTRIAL FACILITIES** | | | | | | | | | | |
| 011 | INDUSTR'L PREPAREDNS/POL PREVENTION | | 801 | | 801 | | 801 | | | | 801 |
| | **CLASS IV** | | | | | | | | | | |
| 012 | ICBM FUZE MOD | 6 | 5,000 | 6 | 5,000 | 6 | 5,000 | | | 6 | 5,000 |
| 013 | ICBM FUZE MOD | | 14,497 | | 14,497 | | 14,497 | | | | 14,497 |
| 014 | MM III MODIFICATIONS | | 50,831 | | 50,831 | | 59,731 | | 8,874 | | 59,705 |
| | Air Force requested transfer | | | | | | [8,900] | | [8,874] | | |
| 015 | AGM–65D MAVERICK | | 294 | | 294 | | 294 | | | | 294 |
| 016 | AIR LAUNCH CRUISE MISSILE (ALCM) | | 77,387 | | 77,387 | | 68,487 | | –8,874 | | 68,513 |
| | Air Force requested transfer | | | | | | [–8,900] | | [–8,874] | | |
| | **MISSILE SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 018 | MSL SPRS/REPAIR PARTS (INITIAL) | | 1,910 | | 1,910 | | 1,910 | | | | 1,910 |
| 019 | REPLEN SPARES/REPAIR PARTS | | 82,490 | | 82,490 | | 82,490 | | | | 82,490 |
| | **SPECIAL PROGRAMS** | | | | | | | | | | |
| 023 | SPECIAL UPDATE PROGRAMS | | 144,553 | | 144,553 | | 144,553 | | | | 144,553 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 023A | CLASSIFIED PROGRAMS | | 849,521 | | 849,521 | | 849,521 | | | | 849,521 |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** | **10,836** | **2,889,187** | **10,836** | **2,855,487** | **10,836** | **2,889,187** | **–30** | **–19,250** | **10,806** | **2,869,937** |
| | **SPACE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **SPACE PROGRAMS** | | | | | | | | | | |
| 001 | ADVANCED EHF | | 31,894 | | 31,894 | | 31,894 | | | | 31,894 |
| 002 | AF SATELLITE COMM SYSTEM | | 56,298 | | 56,298 | | 56,298 | | | | 56,298 |
| 004 | COUNTERSPACE SYSTEMS | | 5,700 | | 5,700 | | 5,700 | | | | 5,700 |
| 005 | FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS | | 34,020 | | 24,020 | | 34,020 | | –5,000 | | 29,020 |
| | Unjustified growth | | | | [–10,000] | | | | [–5,000] | | |
| 007 | GENERAL INFORMATION TECH—SPACE | | 3,244 | | 3,244 | | 3,244 | | | | 3,244 |
| 008 | GPSIII FOLLOW ON | 1 | 414,625 | 1 | 414,625 | 1 | 414,625 | | | 1 | 414,625 |
| 009 | GPS III SPACE SEGMENT | | 31,466 | | 31,466 | | 31,466 | | | | 31,466 |
| 012 | SPACEBORNE EQUIP (COMSEC) | | 32,031 | | 32,031 | | 32,031 | | | | 32,031 |
| 013 | MILSATCOM | | 11,096 | | 11,096 | | 11,096 | | | | 11,096 |
| 015 | EVOLVED EXPENDABLE LAUNCH VEH(SPACE) | 4 | 1,237,635 | 4 | 1,237,635 | 4 | 1,237,635 | | | 4 | 1,237,635 |
| 016 | SBIR HIGH (SPACE) | | 233,952 | | 218,012 | | 233,952 | | | | 233,952 |
| | Unjustified growth | | | | [–15,940] | | | | | | |
| 017 | NUDET DETECTION SYSTEM | | 7,432 | | 7,432 | | 7,432 | | | | 7,432 |
| 018 | ROCKET SYSTEMS LAUNCH PROGRAM | | 11,473 | | 11,473 | | 11,473 | | | | 11,473 |
| 019 | SPACE FENCE | | 71,784 | | 50,284 | | 71,784 | | | | 71,784 |
| | Unjustified growth | | | | [–21,500] | | | | | | |
| 020 | SPACE MODS | | 106,330 | | 86,330 | | 106,330 | | | | 106,330 |
| | Unjustified growth | | | | [–20,000] | | | | | | |
| 021 | SPACELIFT RANGE SYSTEM SPACE | | 118,140 | | 118,140 | | 118,140 | | | | 118,140 |
| | **SPACE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **SPARES** | | | | | | | | | | |
| 022 | SPARES AND REPAIR PARTS | | 7,263 | | 7,263 | | 7,263 | | | | 7,263 |
| | **TOTAL SPACE PROCUREMENT, AIR FORCE** | **5** | **2,414,383** | **5** | **2,346,943** | **5** | **2,414,383** | | **–5,000** | **5** | **2,409,383** |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | | | | | | | | | |
| | **ROCKETS** | | | | | | | | | | |
| 001 | ROCKETS | | 133,268 | | 115,268 | | 133,268 | | –18,200 | | 115,068 |
| | APKWS Mk 66 rocket motor price adjustment | | | | [–18,000] | | | | [–18,200] | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CARTRIDGES** | | | | | | | | | | |
| 002 | CARTRIDGES | | 140,449 | | 140,449 | | 140,449 | | | | 140,449 |
| | **BOMBS** | | | | | | | | | | |
| 003 | PRACTICE BOMBS | | 29,313 | | 29,313 | | 29,313 | | | | 29,313 |
| 004 | GENERAL PURPOSE BOMBS | | 85,885 | | 85,885 | | 85,885 | | | | 85,885 |
| 006 | JOINT DIRECT ATTACK MUNITION | 37,000 | 1,066,224 | 37,000 | 1,019,224 | 37,000 | 1,066,224 | | –32,000 | 37,000 | 1,034,224 |
| | LJDAM sensor cost adjustment | | | | [–10,000] | | | | | | |
| | Tailkit unit cost adjustment | | | | [–37,000] | | | | [–32,000] | | |
| 007 | B61 | 533 | 80,773 | 533 | 80,773 | 533 | 80,773 | | | 533 | 80,773 |
| | **OTHER ITEMS** | | | | | | | | | | |
| 009 | CAD/PAD | | 47,069 | | 47,069 | | 47,069 | | | | 47,069 |
| 010 | EXPLOSIVE ORDNANCE DISPOSAL (EOD) | | 6,133 | | 6,133 | | 6,133 | | | | 6,133 |
| 011 | SPARES AND REPAIR PARTS | | 533 | | 533 | | 533 | | | | 533 |
| 012 | MODIFICATIONS | | 1,291 | | 1,291 | | 1,291 | | | | 1,291 |
| 013 | ITEMS LESS THAN $5,000,000 | | 1,677 | | 1,677 | | 1,677 | | | | 1,677 |
| | **FLARES** | | | | | | | | | | |
| 015 | FLARES | | 36,116 | | 22,116 | | 36,116 | | | | 36,116 |
| | Program decrease | | | | [–14,000] | | | | | | |
| | **FUZES** | | | | | | | | | | |
| 016 | FUZES | | 1,734 | | 1,734 | | 1,734 | | | | 1,734 |
| | **SMALL ARMS** | | | | | | | | | | |
| 017 | SMALL ARMS | | 37,496 | | 32,496 | | 37,496 | | | | 37,496 |
| | Program decrease | | | | [–5,000] | | | | | | |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | **37,533** | **1,667,961** | **37,533** | **1,583,961** | **37,533** | **1,667,961** | | **–50,200** | **37,533** | **1,617,761** |
| | | | | | | | | | | | |
| | **OTHER PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **PASSENGER CARRYING VEHICLES** | | | | | | | | | | |
| 001 | PASSENGER CARRYING VEHICLES | | 15,238 | | 15,238 | | 15,238 | | | | 15,238 |
| | **CARGO AND UTILITY VEHICLES** | | | | | | | | | | |
| 002 | MEDIUM TACTICAL VEHICLE | | 34,616 | | 29,616 | | 34,616 | | | | 34,616 |
| | Unjustified unit cost increases | | | | [–5,000] | | | | | | |
| 003 | CAP VEHICLES | | 1,040 | | 3,567 | | 1,040 | | 2,527 | | 3,567 |
| | Program increase—communications | | | | [1,867] | | | | [1,867] | | |
| | Program increase—vehicles | | | | [660] | | | | [660] | | |
| 004 | CARGO AND UTILITY VEHICLES | | 23,133 | | 18,588 | | 23,133 | | | | 23,133 |
| | Program increase | | | | [455] | | | | | | |
| | Program reduction | | | | [–5,000] | | | | | | |
| | **SPECIAL PURPOSE VEHICLES** | | | | | | | | | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | | 32,027 | | 22,027 | | 32,027 | | | | 32,027 |
| | Program reduction | | | | [–10,000] | | | | | | |

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 006 | SECURITY AND TACTICAL VEHICLES | | 1,315 | | 1,315 | | 1,315 | | | | 1,315 |
| 007 | SPECIAL PURPOSE VEHICLES | | 14,593 | | 9,593 | | 14,593 | | | | 14,593 |
| | Program reduction—prior year carryover | | | | [–5,000] | | | | | | |
| | **FIRE FIGHTING EQUIPMENT** | | | | | | | | | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES | | 28,604 | | 28,604 | | 28,604 | | | | 28,604 |
| | **MATERIALS HANDLING EQUIPMENT** | | | | | | | | | | |
| 009 | MATERIALS HANDLING VEHICLES | | 21,848 | | 21,848 | | 21,848 | | | | 21,848 |
| | **BASE MAINTENANCE SUPPORT** | | | | | | | | | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU | | 2,925 | | 3,259 | | 2,925 | | | | 2,925 |
| | Program increase | | | | [334] | | | | | | |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | | 55,776 | | 52,876 | | 55,776 | | | | 55,776 |
| | Program increase | | | | [2,100] | | | | | | |
| | Program reduction | | | | [–5,000] | | | | | | |
| | **COMM SECURITY EQUIPMENT(COMSEC)** | | | | | | | | | | |
| 013 | COMSEC EQUIPMENT | | 91,461 | | 91,461 | | 91,461 | | | | 91,461 |
| | **INTELLIGENCE PROGRAMS** | | | | | | | | | | |
| 014 | INTERNATIONAL INTEL TECH & ARCHITECTURES | | 11,386 | | 11,386 | | 11,386 | | | | 11,386 |
| 015 | INTELLIGENCE TRAINING EQUIPMENT | | 7,619 | | 7,619 | | 7,619 | | | | 7,619 |
| 016 | INTELLIGENCE COMM EQUIPMENT | | 35,558 | | 32,058 | | 35,558 | | –3,500 | | 32,058 |
| | IMAD unjustified procurement | | | | [–3,500] | | | | [–3,500] | | |
| | **ELECTRONICS PROGRAMS** | | | | | | | | | | |
| 017 | AIR TRAFFIC CONTROL & LANDING SYS | | 17,939 | | 17,939 | | 17,939 | | | | 17,939 |
| 019 | BATTLE CONTROL SYSTEM—FIXED | | 3,063 | | 3,063 | | 3,063 | | | | 3,063 |
| 021 | WEATHER OBSERVATION FORECAST | | 31,447 | | 31,447 | | 31,447 | | | | 31,447 |
| 022 | STRATEGIC COMMAND AND CONTROL | | 5,090 | | 5,090 | | 5,090 | | | | 5,090 |
| 023 | CHEYENNE MOUNTAIN COMPLEX | | 10,145 | | 10,145 | | 10,145 | | | | 10,145 |
| 024 | MISSION PLANNING SYSTEMS | | 14,508 | | 14,508 | | 14,508 | | | | 14,508 |
| 026 | INTEGRATED STRAT PLAN & ANALY NETWORK (ISPAN) | | 9,901 | | 9,901 | | 9,901 | | | | 9,901 |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | | | | | | | | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | | 26,933 | | 26,933 | | 26,933 | | | | 26,933 |
| 028 | AF GLOBAL COMMAND & CONTROL SYS | | 2,756 | | 2,756 | | 2,756 | | | | 2,756 |
| 029 | BATTLEFIELD AIRBORNE CONTROL NODE (BACN) | | 48,478 | | 48,478 | | 48,478 | | | | 48,478 |
| 030 | MOBILITY COMMAND AND CONTROL | | 21,186 | | 21,186 | | 21,186 | | | | 21,186 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | | 178,361 | | 158,361 | | 178,361 | | | | 178,361 |
| | Program reduction | | | | [–20,000] | | | | | | |
| 032 | COMBAT TRAINING RANGES | | 233,993 | 2 | 247,593 | 4 | 261,993 | 4 | 28,000 | 4 | 261,993 |
| | Joint threat emitter increase | | | [2] | [13,600] | | | | | | |
| | Joint threat emitters | | | | | [4] | [28,000] | [4] | [28,000] | | |
| 033 | MINIMUM ESSENTIAL EMERGENCY COMM N | | 132,648 | | 132,648 | | 132,648 | | | | 132,648 |
| 034 | WIDE AREA SURVEILLANCE (WAS) | | 80,818 | | 47,929 | | 80,818 | | –38,700 | | 42,118 |
| | Program decrease | | | | [–12,889] | | | | [–38,700] | | |
| | Program decrease—realignment to RDAF–155 | | | | [–20,000] | | | | | | |
| 035 | C3 COUNTERMEASURES | | 25,036 | | 25,036 | | 25,036 | | | | 25,036 |
| 036 | INTEGRATED PERSONNEL AND PAY SYSTEM | | 20,900 | | 15,693 | | | | –20,900 | | |
| | Poor agile implementation | | | | | | [–20,900] | | [–20,900] | | |
| | Program decrease | | | | [–5,207] | | | | | | |
| 037 | GCSS-AF FOS | | 11,226 | | 11,226 | | 11,226 | | | | 11,226 |
| 038 | DEFENSE ENTERPRISE ACCOUNTING & MGT SYS | | 1,905 | | 1,905 | | 1,905 | | | | 1,905 |
| 039 | MAINTENANCE REPAIR & OVERHAUL INITIATIVE | | 1,912 | | 1,912 | | 1,912 | | | | 1,912 |
| 040 | THEATER BATTLE MGT C2 SYSTEM | | 6,337 | | 6,337 | | 6,337 | | | | 6,337 |
| 041 | AIR & SPACE OPERATIONS CENTER (AOC) | | 33,243 | | 33,243 | | 33,243 | | | | 33,243 |
| | **AIR FORCE COMMUNICATIONS** | | | | | | | | | | |
| 043 | BASE INFORMATION TRANSPT INFRAST (BITI) WIRED | | 69,530 | | 59,530 | | 69,530 | | –7,250 | | 62,280 |
| | Program decrease | | | | [–10,000] | | | | | | |
| | Restoring acquisition accountability | | | | | | | | [–7,250] | | |
| 044 | AFNET | | 147,063 | | 147,063 | | 147,063 | | | | 147,063 |
| 045 | JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE) | | 6,505 | | 6,505 | | 6,505 | | | | 6,505 |
| 046 | USCENTCOM | | 20,190 | | 20,190 | | 20,190 | | | | 20,190 |
| 047 | USSTRATCOM | | 11,244 | | 11,244 | | 11,244 | | | | 11,244 |
| | **ORGANIZATION AND BASE** | | | | | | | | | | |
| 048 | TACTICAL C-E EQUIPMENT | | 143,757 | | 143,757 | | 143,757 | | | | 143,757 |
| 050 | RADIO EQUIPMENT | | 15,402 | | 15,402 | | 15,402 | | | | 15,402 |
| 051 | CCTV/AUDIOVISUAL EQUIPMENT | | 3,211 | | 3,211 | | 3,211 | | | | 3,211 |
| 052 | BASE COMM INFRASTRUCTURE | | 43,123 | | 43,123 | | 43,123 | | | | 43,123 |
| | **MODIFICATIONS** | | | | | | | | | | |
| 053 | COMM ELECT MODS | | 14,500 | | 14,500 | | 14,500 | | | | 14,500 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | | | | | | | | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | | 50,634 | | 47,634 | | 50,634 | | | | 50,634 |
| | Unit cost increase and early to need | | | | [–3,000] | | | | | | |
| | **DEPOT PLANT+MTRLS HANDLING EQ** | | | | | | | | | | |
| 055 | POWER CONDITIONING EQUIPMENT | | 11,000 | | 11,000 | | 11,000 | | | | 11,000 |
| 056 | MECHANIZED MATERIAL HANDLING EQUIP | | 11,901 | | 11,901 | | 11,901 | | | | 11,901 |
| | **BASE SUPPORT EQUIPMENT** | | | | | | | | | | |

**SEC. 4101. PROCUREMENT**
**(In Thousands of Dollars)**

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 057 | BASE PROCURED EQUIPMENT | | 23,963 | | 23,963 | | 23,963 | | | | 23,963 |
| 058 | ENGINEERING AND EOD EQUIPMENT | | 34,124 | | 34,124 | | 34,124 | | | | 34,124 |
| 059 | MOBILITY EQUIPMENT | | 26,439 | | 26,439 | | 26,439 | | | | 26,439 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) | | 24,255 | | 24,255 | | 24,255 | | | | 24,255 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT | | 38,986 | | 38,986 | | 38,986 | | | | 38,986 |
| | **SPECIAL SUPPORT PROJECTS** | | | | | | | | | | |
| 063 | DARP RC135 | | 26,716 | | 55,716 | | 26,716 | | | | 26,716 |
| | Program increase | | | | [29,000] | | | | | | |
| 064 | DCGS-AF | | 116,055 | | 116,055 | | 116,055 | | | | 116,055 |
| 066 | SPECIAL UPDATE PROGRAM | | 835,148 | | 835,148 | | 835,148 | | | | 835,148 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 066A | CLASSIFIED PROGRAMS | | 18,292,807 | | 18,292,807 | | 18,292,807 | | | | 18,292,807 |
| | **SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 067 | SPARES AND REPAIR PARTS | | 81,340 | | 81,340 | | 81,340 | | | | 81,340 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | | **21,342,857** | **2** | **21,286,277** | **4** | **21,349,957** | **4** | **−39,823** | **4** | **21,303,034** |
| | | | | | | | | | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | | | | | | | | | |
| | **MAJOR EQUIPMENT, OSD** | | | | | | | | | | |
| 022 | MAJOR EQUIPMENT, DPAA | 32 | 1,504 | 32 | 1,504 | 32 | 1,504 | | | 32 | 1,504 |
| 045 | MAJOR EQUIPMENT, OSD | | 43,705 | | 43,705 | | 43,705 | | | | 43,705 |
| | **MAJOR EQUIPMENT, NSA** | | | | | | | | | | |
| 044 | INFORMATION SYSTEMS SECURITY PROGRAM (ISSP) | | 1,533 | | 133 | | 133 | | −1,400 | | 133 |
| | Realignment to DISA for Sharkseer | | | | [−1,400] | | | | [−1,400] | | |
| | Sharkseer transfer | | | | | | [−1,400] | | | | |
| | **MAJOR EQUIPMENT, WHS** | | | | | | | | | | |
| 049 | MAJOR EQUIPMENT, WHS | | 507 | | 507 | | 507 | | | | 507 |
| | **MAJOR EQUIPMENT, DISA** | | | | | | | | | | |
| 008 | INFORMATION SYSTEMS SECURITY | | 3,318 | | 4,718 | | 4,718 | | 1,400 | | 4,718 |
| | Realignment for Sharkseer | | | | [1,400] | | | | [1,400] | | |
| | Sharkseer transfer | | | | | | [1,400] | | | | |
| 009 | TELEPORT PROGRAM | | 25,103 | | 25,103 | | 25,103 | | | | 25,103 |
| 010 | ITEMS LESS THAN $5 MILLION | | 26,416 | | 26,416 | | 26,416 | | | | 26,416 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK | | 17,574 | | 17,574 | | 17,574 | | | | 17,574 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 014 | WHITE HOUSE COMMUNICATION AGENCY | | 45,079 | | 45,079 | | 45,079 | | | | 45,079 |
| 015 | SENIOR LEADERSHIP ENTERPRISE | | 78,669 | | 78,669 | | 78,669 | | | | 78,669 |
| 016 | JOINT REGIONAL SECURITY STACKS (JRSS) | | 88,000 | | 83,000 | | 88,000 | | | | 88,000 |
| | Program decrease | | | | [–5,000] | | | | | | |
| 017 | JOINT SERVICE PROVIDER | | 107,907 | | 107,907 | | 107,907 | | | | 107,907 |
| | **MAJOR EQUIPMENT, DLA** | | | | | | | | | | |
| 019 | MAJOR EQUIPMENT | | 8,122 | | 8,122 | | 8,122 | | | | 8,122 |
| | **MAJOR EQUIPMENT, DSS** | | | | | | | | | | |
| 023 | MAJOR EQUIPMENT | | 496 | | 496 | | 496 | | | | 496 |
| | **MAJOR EQUIPMENT, TJS** | | | | | | | | | | |
| 046 | MAJOR EQUIPMENT, TJS | | 6,905 | | 6,905 | | 6,905 | | | | 6,905 |
| 047 | MAJOR EQUIPMENT—TJS CYBER | | 1,458 | | 1,458 | | 1,458 | | | | 1,458 |
| | **MAJOR EQUIPMENT, MISSILE DEFENSE AGENCY** | | | | | | | | | | |
| 028 | THAAD | 37 | 425,863 | 37 | 425,863 | | | | –37,320 | 37 | 388,543 |
| | THAAD program transfer to Army | | | | | [–37] | [–425,863] | | | | |
| | Unit cost savings | | | | | | | | [–37,320] | | |
| 029 | GROUND BASED MIDCOURSE | | 9,471 | | 9,471 | | 9,471 | | | | 9,471 |
| 031 | AEGIS BMD | 37 | 600,773 | 37 | 600,773 | 37 | 600,773 | | –35,399 | 37 | 565,374 |
| | SM–3 Block IB multiyear unit cost savings | | | | | | | | [–35,399] | | |
| 032 | AEGIS BMD | | 96,995 | | 96,995 | | 96,995 | | | | 96,995 |
| 033 | BMDS AN/TPY–2 RADARS | | 10,046 | | 10,046 | | 10,046 | | | | 10,046 |
| 034 | ARROW 3 UPPER TIER SYSTEMS | 1 | 55,000 | 1 | 55,000 | 1 | 55,000 | | | 1 | 55,000 |
| 035 | SHORT RANGE BALLISTIC MISSILE DEFENSE (SRBMD) | 1 | 50,000 | 1 | 50,000 | 1 | 50,000 | | | 1 | 50,000 |
| 036 | AEGIS ASHORE PHASE III | 1 | 25,659 | 1 | 25,659 | 1 | 25,659 | | | 1 | 25,659 |
| 037 | IRON DOME | 1 | 95,000 | 1 | 95,000 | 1 | 95,000 | | | 1 | 95,000 |
| 038 | AEGIS BMD HARDWARE AND SOFTWARE | 36 | 124,986 | 36 | 124,986 | 36 | 124,986 | | | 36 | 124,986 |
| | **MAJOR EQUIPMENT, DHRA** | | | | | | | | | | |
| 003 | PERSONNEL ADMINISTRATION | | 5,030 | | 5,030 | | 5,030 | | | | 5,030 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | | | | | | | | | |
| 025 | VEHICLES | | 211 | | 211 | | 211 | | | | 211 |
| 026 | OTHER MAJOR EQUIPMENT | | 11,521 | | 11,521 | | 11,521 | | | | 11,521 |
| | **MAJOR EQUIPMENT, DODEA** | | | | | | | | | | |
| 021 | AUTOMATION/EDUCATIONAL SUPPORT & LOGISTICS | | 1,320 | | 1,320 | | 1,320 | | | | 1,320 |
| | **MAJOR EQUIPMENT, DCMA** | | | | | | | | | | |
| 002 | MAJOR EQUIPMENT | | 2,432 | | 2,432 | | 2,432 | | | | 2,432 |
| | **MAJOR EQUIPMENT, DMACT** | | | | | | | | | | |
| 020 | MAJOR EQUIPMENT | | 10,961 | | 10,961 | | 10,961 | | | | 10,961 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 049A | CLASSIFIED PROGRAMS | | 589,366 | | 589,366 | | 589,366 | | | | 589,366 |
| | **AVIATION PROGRAMS** | | | | | | | | | | |

WASHSTATEC009008

SEC. 4101. PROCUREMENT
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 053 | ROTARY WING UPGRADES AND SUSTAINMENT | | 172,020 | | 172,020 | | 172,020 | | | | 172,020 |
| 054 | UNMANNED ISR | | 15,208 | | 15,208 | | 15,208 | | | | 15,208 |
| 055 | NON-STANDARD AVIATION | | 32,310 | | 32,310 | | 32,310 | | | | 32,310 |
| 056 | U–28 | | 10,898 | | 10,898 | | 10,898 | | | | 10,898 |
| 057 | MH–47 CHINOOK | | 173,812 | | 170,312 | | 173,812 | | | | 173,812 |
| | Excess growth | | | | [–3,500] | | | | | | |
| 058 | CV–22 MODIFICATION | | 17,256 | | 17,256 | | 17,256 | | | | 17,256 |
| 059 | MQ–9 UNMANNED AERIAL VEHICLE | | 5,338 | | 5,338 | | 5,338 | | | | 5,338 |
| 060 | PRECISION STRIKE PACKAGE | | 232,930 | | 232,930 | | 232,930 | | | | 232,930 |
| 061 | AC/MC–130J | | 173,419 | | 153,119 | | 164,619 | | –8,400 | | 165,019 |
| | Realignment to Future Vertical Lift | | | | [–8,800] | | | | | | |
| | RFCM excess to need | | | | [–3,000] | | | | | | |
| | RFCM realignment to RDAF FVL | | | | [–8,500] | | | | [–8,400] | | |
| | RFCM schedule delay | | | | | | [–8,800] | | | | |
| 062 | C–130 MODIFICATIONS | | 15,582 | | 15,582 | | 15,582 | | | | 15,582 |
| | **SHIPBUILDING** | | | | | | | | | | |
| 063 | UNDERWATER SYSTEMS | | 58,991 | | 58,991 | | 58,991 | | | | 58,991 |
| | **AMMUNITION PROGRAMS** | | | | | | | | | | |
| 064 | ORDNANCE ITEMS <$5M | | 279,992 | | 279,992 | | 279,992 | | | | 279,992 |
| | **OTHER PROCUREMENT PROGRAMS** | | | | | | | | | | |
| 065 | INTELLIGENCE SYSTEMS | | 100,641 | | 100,641 | | 100,641 | | | | 100,641 |
| 066 | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | | 12,522 | | 12,522 | | 12,522 | | | | 12,522 |
| 067 | OTHER ITEMS <$5M | | 103,910 | | 103,910 | | 103,910 | | | | 103,910 |
| 068 | COMBATANT CRAFT SYSTEMS | | 33,088 | | 33,088 | | 33,088 | | | | 33,088 |
| 069 | SPECIAL PROGRAMS | | 63,467 | | 63,467 | | 63,467 | | | | 63,467 |
| 070 | TACTICAL VEHICLES | | 77,832 | | 77,832 | | 77,832 | | | | 77,832 |
| 071 | WARRIOR SYSTEMS <$5M | | 298,480 | | 298,480 | | 298,480 | | | | 298,480 |
| 072 | COMBAT MISSION REQUIREMENTS | | 19,702 | | 19,702 | | 19,702 | | | | 19,702 |
| 073 | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | | 4,787 | | 4,787 | | 4,787 | | | | 4,787 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | | 8,175 | | 8,175 | | 8,175 | | | | 8,175 |
| 075 | OPERATIONAL ENHANCEMENTS | | 282,532 | | 282,532 | | 282,532 | | | | 282,532 |
| | **CBDP** | | | | | | | | | | |
| 076 | CHEMICAL BIOLOGICAL SITUATIONAL AWARENESS | | 162,406 | | 162,406 | | 162,406 | | | | 162,406 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 077 | CB PROTECTION & HAZARD MITIGATION | | 188,188 | | 188,188 | | 188,188 | | –4,570 | | 183,618 |
| | Unjustified growth | | | | | | | | [–4,570] | | |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** | **146** | **5,114,416** | **146** | **5,085,616** | **109** | **4,679,753** | | **–85,689** | **146** | **5,028,727** |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | | | | | | | | | |
| | **JOINT URGENT OPERATIONAL NEEDS FUND** | | | | | | | | | | |
| 001 | JOINT URGENT OPERATIONAL NEEDS FUND | | 99,200 | | | | 99,200 | | –99,200 | | |
| | Program decrease | | | | [–99,200] | | | | [–99,200] | | |
| | **TOTAL JOINT URGENT OPERATIONAL NEEDS FUND** | | **99,200** | | | | **99,200** | | **–99,200** | | |
| | **TOTAL PROCUREMENT** | **73,342** | **132,343,701** | **73,275** | **130,640,508** | **73,394** | **135,071,365** | **41** | **756,564** | **73,383** | **133,100,265** |

WASHSTATEC009010

## SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **AIRCRAFT PROCUREMENT, ARMY** | | | | | | | | | | |
| | **FIXED WING** | | | | | | | | | | |
| 003 | MQ–1 UAV | 6 | 54,000 | 6 | 54,000 | 6 | 54,000 | | | 6 | 54,000 |
| | **ROTARY** | | | | | | | | | | |
| 015 | CH–47 HELICOPTER | | 25,000 | | 25,000 | | 25,000 | | | | 25,000 |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 021 | MULTI SENSOR ABN RECON (MIP) | | 80,260 | | 80,260 | | 80,260 | | | | 80,260 |
| 024 | GRCS SEMA MODS (MIP) | | 750 | | 750 | | 750 | | | | 750 |
| 026 | EMARSS SEMA MODS (MIP) | | 22,180 | | 22,180 | | 22,180 | | | | 22,180 |
| 027 | UTILITY/CARGO AIRPLANE MODS | | 8,362 | | 8,362 | | 8,362 | | | | 8,362 |
| 029 | NETWORK AND MISSION PLAN | | 10 | | 10 | | 10 | | | | 10 |
| 031 | DEGRADED VISUAL ENVIRONMENT | | 49,450 | | | | 49,450 | | | | 49,450 |
| | Early to need | | | | [–49,450] | | | | | | |
| | **GROUND SUPPORT AVIONICS** | | | | | | | | | | |
| 037 | CMWS | | 130,219 | | 130,219 | | 130,219 | | | | 130,219 |
| 038 | COMMON INFRARED COUNTERMEASURES (CIRCM) | | 9,310 | | 9,310 | | 9,310 | | | | 9,310 |
| | **OTHER SUPPORT** | | | | | | | | | | |
| 045 | LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2 | 12 | 2,000 | 12 | 2,000 | 12 | 2,000 | | | 12 | 2,000 |
| | **TOTAL AIRCRAFT PROCUREMENT, ARMY** | **18** | **381,541** | **18** | **332,091** | **18** | **381,541** | | | **18** | **381,541** |
| | | | | | | | | | | | |
| | **MISSILE PROCUREMENT, ARMY** | | | | | | | | | | |
| | **SURFACE-TO-AIR MISSILE SYSTEM** | | | | | | | | | | |
| 002 | M-SHORAD—PROCUREMENT | 27 | 158,300 | 27 | 158,300 | 27 | 158,300 | | | 27 | 158,300 |
| 003 | MSE MISSILE | 9 | 37,938 | 9 | 37,938 | 9 | 37,938 | | | 9 | 37,938 |
| | **AIR-TO-SURFACE MISSILE SYSTEM** | | | | | | | | | | |
| 006 | HELLFIRE SYS SUMMARY | 3,242 | 236,265 | 3,242 | 236,265 | 3,242 | 236,265 | | | 3,242 | 236,265 |
| | **ANTI-TANK/ASSAULT MISSILE SYS** | | | | | | | | | | |
| 008 | JAVELIN (AAWS-M) SYSTEM SUMMARY | 25 | 4,389 | 25 | 4,389 | 25 | 4,389 | | | 25 | 4,389 |
| 011 | GUIDED MLRS ROCKET (GMLRS) | 3,364 | 431,596 | 3,364 | 431,596 | 3,364 | 431,596 | | | 3,364 | 431,596 |
| 014 | ARMY TACTICAL MSL SYS (ATACMS)—SYS SUM | 94 | 130,770 | 94 | 130,770 | 94 | 130,770 | | | 94 | 130,770 |

| Line | Item | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount | Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 015 | LETHAL MINIATURE AERIAL MISSILE SYSTEM (LMAMS | 1,835 | 83,300 | 1,835 | 83,300 | 1,835 | 83,300 | | | 1,835 | 83,300 |
| | **MODIFICATIONS** | | | | | | | | | | |
| 019 | STINGER MODS | | 7,500 | | 7,500 | | 7,500 | | | | 7,500 |
| 022 | MLRS MODS | | 348,000 | | 325,000 | | 348,000 | | −11,500 | | 336,500 |
| | Excess to need | | | | [−23,000] | | | | [−11,500] | | |
| | **TOTAL MISSILE PROCUREMENT, ARMY** | **8,596** | **1,438,058** | **8,596** | **1,415,058** | **8,596** | **1,438,058** | | **−11,500** | **8,596** | **1,426,558** |
| | | | | | | | | | | | |
| | **PROCUREMENT OF W&TCV, ARMY** | | | | | | | | | | |
| | **TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 002 | ARMORED MULTI PURPOSE VEHICLE (AMPV) | 66 | 221,638 | 66 | 221,638 | 66 | 221,638 | | | 66 | 221,638 |
| | **MODIFICATION OF TRACKED COMBAT VEHICLES** | | | | | | | | | | |
| 003 | STRYKER (MOD) | | 4,100 | | 4,100 | | 4,100 | | | | 4,100 |
| 008 | IMPROVED RECOVERY VEHICLE (M88A2 HERCULES) | 16 | 80,146 | 16 | 80,146 | 16 | 80,146 | | | 16 | 80,146 |
| 013 | M1 ABRAMS TANK (MOD) | | 13,100 | | 13,100 | | 13,100 | | | | 13,100 |
| | **WEAPONS & OTHER COMBAT VEHICLES** | | | | | | | | | | |
| 015 | M240 MEDIUM MACHINE GUN (7.62MM) | | 900 | | 900 | | 900 | | | | 900 |
| 016 | MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS | | 2,400 | | 2,400 | | 2,400 | | | | 2,400 |
| 019 | MORTAR SYSTEMS | | 18,941 | | 18,941 | | 18,941 | | | | 18,941 |
| 020 | XM320 GRENADE LAUNCHER MODULE (GLM) | | 526 | | 526 | | 526 | | | | 526 |
| 023 | CARBINE | | 1,183 | | 1,183 | | 1,183 | | | | 1,183 |
| 025 | COMMON REMOTELY OPERATED WEAPONS STATION | | 4,182 | | 4,182 | | 4,182 | | | | 4,182 |
| 026 | HANDGUN | | 248 | | 248 | | 248 | | | | 248 |
| | **MOD OF WEAPONS AND OTHER COMBAT VEH** | | | | | | | | | | |
| 031 | M2 50 CAL MACHINE GUN MODS | | 6,090 | | 6,090 | | 6,090 | | | | 6,090 |
| | **TOTAL PROCUREMENT OF W&TCV, ARMY** | **82** | **353,454** | **82** | **353,454** | **82** | **353,454** | | | **82** | **353,454** |
| | | | | | | | | | | | |
| | **PROCUREMENT OF AMMUNITION, ARMY** | | | | | | | | | | |
| | **SMALL/MEDIUM CAL AMMUNITION** | | | | | | | | | | |
| 001 | CTG, 5.56MM, ALL TYPES | | 567 | | 567 | | 567 | | | | 567 |
| 002 | CTG, 7.62MM, ALL TYPES | | 40 | | 40 | | 40 | | | | 40 |
| 003 | CTG, HANDGUN, ALL TYPES | | 17 | | 17 | | 17 | | | | 17 |
| 004 | CTG, .50 CAL, ALL TYPES | | 189 | | 189 | | 189 | | | | 189 |
| 007 | CTG, 30MM, ALL TYPES | | 24,900 | | 24,900 | | 24,900 | | | | 24,900 |
| | **ARTILLERY AMMUNITION** | | | | | | | | | | |
| 015 | PROJ 155MM EXTENDED RANGE M982 | 304 | 36,052 | 304 | 36,052 | 304 | 36,052 | | | 304 | 36,052 |
| 016 | ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL | | 7,271 | | 7,271 | | 7,271 | | | | 7,271 |
| | **ROCKETS** | | | | | | | | | | |
| 018 | SHOULDER LAUNCHED MUNITIONS, ALL TYPES | | 176 | | 176 | | 176 | | | | 176 |
| 019 | ROCKET, HYDRA 70, ALL TYPES | | 79,459 | | 79,459 | | 79,459 | | | | 79,459 |
| | **MISCELLANEOUS** | | | | | | | | | | |



SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 027 | ITEMS LESS THAN $5 MILLION (AMMO) | | 11 | | 11 | | 11 | | | | 11 |
| | **TOTAL PROCUREMENT OF AMMUNITION, ARMY** | **304** | **148,682** | **304** | **148,682** | **304** | **148,682** | | | **304** | **148,682** |
| | **OTHER PROCUREMENT, ARMY** | | | | | | | | | | |
| | **TACTICAL VEHICLES** | | | | | | | | | | |
| 010 | FAMILY OF HEAVY TACTICAL VEHICLES (FHTV) | | 26,917 | | 26,917 | | 26,917 | | | | 26,917 |
| 011 | PLS ESP | | 16,941 | | 16,941 | | 16,941 | | | | 16,941 |
| 012 | HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV | | 62,734 | | 62,734 | | 62,734 | | | | 62,734 |
| 014 | TACTICAL WHEELED VEHICLE PROTECTION KITS | | 50,000 | | 50,000 | | 50,000 | | | | 50,000 |
| 015 | MODIFICATION OF IN SVC EQUIP | | 28,000 | | 28,000 | | 28,000 | | | | 28,000 |
| | **COMM—JOINT COMMUNICATIONS** | | | | | | | | | | |
| 022 | TACTICAL NETWORK TECHNOLOGY MOD IN SVC | | 40,000 | | 40,000 | | 40,000 | | | | 40,000 |
| | **COMM—SATELLITE COMMUNICATIONS** | | | | | | | | | | |
| 029 | TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS | | 6,930 | | 6,930 | | 6,930 | | | | 6,930 |
| 031 | ASSURED POSITIONING, NAVIGATION AND TIMING | | 11,778 | | 11,778 | | 11,778 | | | | 11,778 |
| 032 | SMART-T (SPACE) | | 825 | | 825 | | 825 | | | | 825 |
| | **COMM—COMBAT COMMUNICATIONS** | | | | | | | | | | |
| 040 | RADIO TERMINAL SET, MIDS LVT(2) | | 350 | | 350 | | 350 | | | | 350 |
| 047 | COTS COMMUNICATIONS EQUIPMENT | | 20,400 | | 20,400 | | 20,400 | | | | 20,400 |
| 048 | FAMILY OF MED COMM FOR COMBAT CASUALTY CARE | | 1,231 | | 1,231 | | 1,231 | | | | 1,231 |
| | **COMM—INTELLIGENCE COMM** | | | | | | | | | | |
| 051 | CI AUTOMATION ARCHITECTURE (MIP) | | 6,200 | | 6,200 | | 6,200 | | | | 6,200 |
| | **COMM—LONG HAUL COMMUNICATIONS** | | | | | | | | | | |
| 059 | BASE SUPPORT COMMUNICATIONS | | 20,482 | | 15,482 | | 20,482 | | | | 20,482 |
| | Insufficient budget justification | | | | [–5,000] | | | | | | |
| | **COMM—BASE COMMUNICATIONS** | | | | | | | | | | |
| 060 | INFORMATION SYSTEMS | | 55,800 | | 50,800 | | 55,800 | | | | 55,800 |
| | Unjustified growth | | | | [–5,000] | | | | | | |
| 063 | INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM | | 75,820 | | 75,820 | | 75,820 | | | | 75,820 |
| | **ELECT EQUIP—TACT INT REL ACT (TIARA)** | | | | | | | | | | |
| 068 | DCGS-A (MIP) | | 38,613 | | 38,613 | | 38,613 | | | | 38,613 |
| 070 | TROJAN (MIP) | | 1,337 | | 1,337 | | 1,337 | | | | 1,337 |
| 071 | MOD OF IN-SVC EQUIP (INTEL SPT) (MIP) | | 2,051 | | 2,051 | | 2,051 | | | | 2,051 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 075 | BIOMETRIC TACTICAL COLLECTION DEVICES (MIP) | 1,800 | 1,800 | 1,800 | | 1,800 |
| | **ELECT EQUIP—ELECTRONIC WARFARE (EW)** | | | | | |
| 082 | FAMILY OF PERSISTENT SURVEILLANCE CAP. (MIP) | 71,493 | 31,493 | 71,493 | –40,000 | 31,493 |
| | Unjustified growth | | [–40,000] | | [–40,000] | |
| 083 | COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES | 6,917 | 6,917 | 6,917 | | 6,917 |
| | **ELECT EQUIP—TACTICAL SURV. (TAC SURV)** | | | | | |
| 085 | SENTINEL MODS | 20,000 | 20,000 | 20,000 | | 20,000 |
| 086 | NIGHT VISION DEVICES | 3,676 | 3,676 | 3,676 | | 3,676 |
| 094 | JOINT BATTLE COMMAND—PLATFORM (JBC-P) | 25,568 | 25,568 | 25,568 | | 25,568 |
| 097 | COMPUTER BALLISTICS: LHMBC XM32 | 570 | 570 | 570 | | 570 |
| 098 | MORTAR FIRE CONTROL SYSTEM | 15,975 | 15,975 | 15,975 | | 15,975 |
| | **ELECT EQUIP—TACTICAL C2 SYSTEMS** | | | | | |
| 103 | AIR & MSL DEFENSE PLANNING & CONTROL SYS | 14,331 | 14,331 | 14,331 | | 14,331 |
| | **ELECT EQUIP—AUTOMATION** | | | | | |
| 112 | ARMY TRAINING MODERNIZATION | 6,014 | 6,014 | 6,014 | | 6,014 |
| 113 | AUTOMATED DATA PROCESSING EQUIP | 32,700 | 32,700 | 32,700 | | 32,700 |
| | **CHEMICAL DEFENSIVE EQUIPMENT** | | | | | |
| 124 | FAMILY OF NON-LETHAL EQUIPMENT (FNLE) | 25,480 | 25,480 | 25,480 | | 25,480 |
| 125 | BASE DEFENSE SYSTEMS (BDS) | 47,110 | 47,110 | 47,110 | –7,126 | 39,984 |
| | Unjustified growth | | | | [–7,126] | |
| 126 | CBRN DEFENSE | 18,711 | 18,711 | 18,711 | –1,250 | 17,461 |
| | Unit cost discrepancies | | | | [–1,250] | |
| | **BRIDGING EQUIPMENT** | | | | | |
| 128 | TACTICAL BRIDGING | 4,884 | 4,884 | 4,884 | | 4,884 |
| | **ENGINEER (NON-CONSTRUCTION) EQUIPMENT** | | | | | |
| 133 | GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS) | 4,500 | 4,500 | 4,500 | –845 | 3,655 |
| | Program reduction | | | | [–845] | |
| 135 | HUSKY MOUNTED DETECTION SYSTEM (HMDS) | 34,253 | 34,253 | 34,253 | –6,182 | 28,071 |
| | Program reduction | | | | [–6,182] | |
| 136 | ROBOTIC COMBAT SUPPORT SYSTEM (RCSS) | 3,300 | 3,300 | 3,300 | | 3,300 |
| 140 | RENDER SAFE SETS KITS OUTFITS | 84,000 | 84,000 | 84,000 | | 84,000 |
| | **COMBAT SERVICE SUPPORT EQUIPMENT** | | | | | |
| 143 | HEATERS AND ECU'S | 8 | 8 | 8 | | 8 |
| 145 | PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS) | 5,101 | 5,101 | 5,101 | | 5,101 |
| 146 | GROUND SOLDIER SYSTEM | 1,760 | 1,760 | 1,760 | | 1,760 |
| 148 | FORCE PROVIDER | 56,400 | 56,400 | 56,400 | | 56,400 |
| 150 | CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM | 2,040 | 2,040 | 2,040 | | 2,040 |
| | **PETROLEUM EQUIPMENT** | | | | | |
| 154 | DISTRIBUTION SYSTEMS, PETROLEUM & WATER | 13,986 | 13,986 | 13,986 | | 13,986 |
| | **MEDICAL EQUIPMENT** | | | | | |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 155 | COMBAT SUPPORT MEDICAL | | 2,735 | | 2,735 | | 2,735 | | | | 2,735 |
| | **CONSTRUCTION EQUIPMENT** | | | | | | | | | | |
| 159 | SCRAPERS, EARTHMOVING | | 4,669 | | 4,669 | | 4,669 | | | | 4,669 |
| 160 | LOADERS | | 380 | | 380 | | 380 | | | | 380 |
| 162 | TRACTOR, FULL TRACKED | | 8,225 | | 8,225 | | 8,225 | | | | 8,225 |
| 164 | HIGH MOBILITY ENGINEER EXCAVATOR (HMEE) | | 3,000 | | 3,000 | | 3,000 | | | | 3,000 |
| 166 | CONST EQUIP ESP | | 3,870 | | 3,870 | | 3,870 | | | | 3,870 |
| 167 | ITEMS LESS THAN $5.0M (CONST EQUIP) | | 350 | | 350 | | 350 | | | | 350 |
| | **GENERATORS** | | | | | | | | | | |
| 171 | GENERATORS AND ASSOCIATED EQUIP | | 2,436 | | 2,436 | | 2,436 | | | | 2,436 |
| | **MATERIAL HANDLING EQUIPMENT** | | | | | | | | | | |
| 173 | FAMILY OF FORKLIFTS | | 5,152 | | 5,152 | | 5,152 | | | | 5,152 |
| | **TRAINING EQUIPMENT** | | | | | | | | | | |
| 175 | TRAINING DEVICES, NONSYSTEM | | 2,106 | | 2,106 | | 2,106 | | | | 2,106 |
| | **TEST MEASURE AND DIG EQUIPMENT (TMD)** | | | | | | | | | | |
| 181 | INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE) | | 1,395 | | 1,395 | | 1,395 | | | | 1,395 |
| | **OTHER SUPPORT EQUIPMENT** | | | | | | | | | | |
| 184 | RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT | | 24,122 | | 24,122 | | 24,122 | | | | 24,122 |
| 185 | PHYSICAL SECURITY SYSTEMS (OPA3) | | 10,016 | | 10,016 | | 10,016 | | | | 10,016 |
| 187 | MODIFICATION OF IN-SVC EQUIPMENT (OPA–3) | | 33,354 | | 33,354 | | 33,354 | | | | 33,354 |
| 189 | BUILDING, PRE-FAB, RELOCATABLE | | 62,654 | | 62,654 | | 62,654 | | | | 62,654 |
| | **TOTAL OTHER PROCUREMENT, ARMY** | | **1,131,450** | | **1,081,450** | | **1,131,450** | | **–55,403** | | **1,076,047** |
| | | | | | | | | | | | |
| | **AIRCRAFT PROCUREMENT, NAVY** | | | | | | | | | | |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 026 | STUASL0 UAV | | 7,921 | | 7,921 | | 7,921 | | | | 7,921 |
| 027 | MQ–9A REAPER | 3 | 77,000 | | | 3 | 77,000 | | | 3 | 77,000 |
| | Unjustified OCO request | | | [–3] | [–77,000] | | | | | | |
| | **MODIFICATION OF AIRCRAFT** | | | | | | | | | | |
| 036 | EP–3 SERIES | | 5,488 | | 5,488 | | 5,488 | | | | 5,488 |
| 046 | SPECIAL PROJECT AIRCRAFT | | 3,498 | | 3,498 | | 3,498 | | | | 3,498 |
| 051 | COMMON ECM EQUIPMENT | | 3,406 | | 3,406 | | 3,406 | | | | 3,406 |
| 053 | COMMON DEFENSIVE WEAPON SYSTEM | | 3,274 | | 3,274 | | 3,274 | | | | 3,274 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 062 | QRC | | 18,458 | | 18,458 | | 18,458 | | 18,458 |
| | **TOTAL AIRCRAFT PROCUREMENT, NAVY** | **3** | **119,045** | | **42,045** | **3** | **119,045** | **3** | **119,045** |
| | | | | | | | | | |
| | **WEAPONS PROCUREMENT, NAVY** | | | | | | | | |
| | **TACTICAL MISSILES** | | | | | | | | |
| 011 | JOINT AIR GROUND MISSILE (JAGM) | 382 | 90,966 | 382 | 90,966 | 382 | 90,966 | 382 | 90,966 |
| 015 | AERIAL TARGETS | | 6,500 | | 6,500 | | 6,500 | | 6,500 |
| | **TOTAL WEAPONS PROCUREMENT, NAVY** | **382** | **97,466** | **382** | **97,466** | **382** | **97,466** | **382** | **97,466** |
| | | | | | | | | | |
| | **PROCUREMENT OF AMMO, NAVY & MC** | | | | | | | | |
| | **NAVY AMMUNITION** | | | | | | | | |
| 001 | GENERAL PURPOSE BOMBS | | 26,978 | | 26,978 | | 26,978 | | 26,978 |
| 002 | JDAM | 544 | 12,263 | 544 | 12,263 | 544 | 12,263 | 544 | 12,263 |
| 003 | AIRBORNE ROCKETS, ALL TYPES | | 45,020 | | 45,020 | | 45,020 | | 45,020 |
| 004 | MACHINE GUN AMMUNITION | | 33,577 | | 33,577 | | 33,577 | | 33,577 |
| 005 | PRACTICE BOMBS | | 11,903 | | 11,903 | | 11,903 | | 11,903 |
| 006 | CARTRIDGES & CART ACTUATED DEVICES | | 15,081 | | 15,081 | | 15,081 | | 15,081 |
| 007 | AIR EXPENDABLE COUNTERMEASURES | | 16,911 | | 16,911 | | 16,911 | | 16,911 |
| 011 | OTHER SHIP GUN AMMUNITION | | 3,262 | | 3,262 | | 3,262 | | 3,262 |
| 012 | SMALL ARMS & LANDING PARTY AMMO | | 1,010 | | 1,010 | | 1,010 | | 1,010 |
| 013 | PYROTECHNIC AND DEMOLITION | | 537 | | 537 | | 537 | | 537 |
| | **MARINE CORPS AMMUNITION** | | | | | | | | |
| 016 | MORTARS | | 1,930 | | 1,930 | | 1,930 | | 1,930 |
| 017 | DIRECT SUPPORT MUNITIONS | | 1,172 | | 1,172 | | 1,172 | | 1,172 |
| 018 | INFANTRY WEAPONS AMMUNITION | | 2,158 | | 2,158 | | 2,158 | | 2,158 |
| 019 | COMBAT SUPPORT MUNITIONS | | 965 | | 965 | | 965 | | 965 |
| 021 | ARTILLERY MUNITIONS | | 32,047 | | 32,047 | | 32,047 | | 32,047 |
| | **TOTAL PROCUREMENT OF AMMO, NAVY & MC** | **544** | **204,814** | **544** | **204,814** | **544** | **204,814** | **544** | **204,814** |
| | | | | | | | | | |
| | **OTHER PROCUREMENT, NAVY** | | | | | | | | |
| | **OTHER SHIPBOARD EQUIPMENT** | | | | | | | | |
| 020 | UNDERWATER EOD PROGRAMS | | 5,800 | | 5,800 | | 5,800 | | 5,800 |
| | **ASW ELECTRONIC EQUIPMENT** | | | | | | | | |
| 042 | FIXED SURVEILLANCE SYSTEM | | 310,503 | | 310,503 | | 310,503 | | 310,503 |
| | **SONOBUOYS** | | | | | | | | |
| 085 | SONOBUOYS—ALL TYPES | | 2,910 | | 2,910 | | 2,910 | | 2,910 |
| | **AIRCRAFT SUPPORT EQUIPMENT** | | | | | | | | |
| 088 | AIRCRAFT SUPPORT EQUIPMENT | | 13,420 | | 13,420 | | 13,420 | | 13,420 |
| 094 | AVIATION SUPPORT EQUIPMENT | | 500 | | 500 | | 500 | | 500 |
| | **OTHER ORDNANCE SUPPORT EQUIPMENT** | | | | | | | | |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| 103 | EXPLOSIVE ORDNANCE DISPOSAL EQUIP | | 15,307 | | 15,307 | | 15,307 | | | | 15,307 |
| | **CIVIL ENGINEERING SUPPORT EQUIPMENT** | | | | | | | | | | |
| 108 | PASSENGER CARRYING VEHICLES | | 173 | | 173 | | 173 | | | | 173 |
| 109 | GENERAL PURPOSE TRUCKS | | 408 | | 408 | | 408 | | | | 408 |
| 111 | FIRE FIGHTING EQUIPMENT | | 785 | | 785 | | 785 | | | | 785 |
| | **SUPPLY SUPPORT EQUIPMENT** | | | | | | | | | | |
| 117 | SUPPLY EQUIPMENT | | 100 | | 100 | | 100 | | | | 100 |
| 118 | FIRST DESTINATION TRANSPORTATION | | 510 | | 510 | | 510 | | | | 510 |
| | **COMMAND SUPPORT EQUIPMENT** | | | | | | | | | | |
| 122 | COMMAND SUPPORT EQUIPMENT | | 2,800 | | 2,800 | | 2,800 | | | | 2,800 |
| 123 | MEDICAL SUPPORT EQUIPMENT | | 1,794 | | 1,794 | | 1,794 | | | | 1,794 |
| 126 | OPERATING FORCES SUPPORT EQUIPMENT | | 1,090 | | 1,090 | | 1,090 | | | | 1,090 |
| 128 | ENVIRONMENTAL SUPPORT EQUIPMENT | | 200 | | 200 | | 200 | | | | 200 |
| 129 | PHYSICAL SECURITY EQUIPMENT | | 1,300 | | 1,300 | | 1,300 | | | | 1,300 |
| | **TOTAL OTHER PROCUREMENT, NAVY** | | **357,600** | | **357,600** | | **357,600** | | | | **357,600** |
| | | | | | | | | | | | |
| | **PROCUREMENT, MARINE CORPS** | | | | | | | | | | |
| | **GUIDED MISSILES** | | | | | | | | | | |
| 012 | GUIDED MLRS ROCKET (GMLRS) | 130 | 16,919 | 130 | 16,919 | 130 | 16,919 | | | 130 | 16,919 |
| | **ENGINEER AND OTHER EQUIPMENT** | | | | | | | | | | |
| 045 | EOD SYSTEMS | | 3,670 | | 3,670 | | 3,670 | | | | 3,670 |
| | **TOTAL PROCUREMENT, MARINE CORPS** | **130** | **20,589** | **130** | **20,589** | **130** | **20,589** | | | **130** | **20,589** |
| | | | | | | | | | | | |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 017 | MQ–9 | 9 | 172,240 | 9 | 172,240 | 9 | 172,240 | | | 9 | 172,240 |
| 018 | RQ–20B PUMA | 18 | 12,150 | 18 | 12,150 | 18 | 12,150 | | | 18 | 12,150 |
| | **STRATEGIC AIRCRAFT** | | | | | | | | | | |
| 022 | LARGE AIRCRAFT INFRARED COUNTERMEASURES | | 53,335 | | 53,335 | | 53,335 | | | | 53,335 |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 067 | MQ–9 UAS PAYLOADS | | 19,800 | | 19,800 | | 19,800 | | | | 19,800 |
| | **AIRCRAFT SPARES AND REPAIR PARTS** | | | | | | | | | | |
| 069 | INITIAL SPARES/REPAIR PARTS | | 44,560 | | 44,560 | | 44,560 | | | | 44,560 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **COMMON SUPPORT EQUIPMENT** | | | | | | | | | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | | 7,025 | | 7,025 | | 7,025 | | | | 7,025 |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | **27** | **309,110** | **27** | **309,110** | **27** | **309,110** | | | **27** | **309,110** |
| | **MISSILE PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **TACTICAL** | | | | | | | | | | |
| 004 | JOINT AIR-SURFACE STANDOFF MISSILE | 19 | 20,900 | 19 | 20,900 | 19 | 20,900 | | | 19 | 20,900 |
| 008 | PREDATOR HELLFIRE MISSILE | 2,328 | 180,771 | 2,328 | 180,771 | 2,328 | 180,771 | | | 2,328 | 180,771 |
| | **TOTAL MISSILE PROCUREMENT, AIR FORCE** | **2,347** | **201,671** | **2,347** | **201,671** | **2,347** | **201,671** | | | **2,347** | **201,671** |
| | **PROCUREMENT OF AMMUNITION, AIR FORCE** | | | | | | | | | | |
| | **ROCKETS** | | | | | | | | | | |
| 001 | ROCKETS | | 84,960 | | 84,960 | | 84,960 | | | | 84,960 |
| | **CARTRIDGES** | | | | | | | | | | |
| 002 | CARTRIDGES | | 52,642 | | 52,642 | | 52,642 | | | | 52,642 |
| | **BOMBS** | | | | | | | | | | |
| 004 | GENERAL PURPOSE BOMBS | | 545,309 | | 545,309 | | 545,309 | | | | 545,309 |
| | **FLARES** | | | | | | | | | | |
| 015 | FLARES | | 93,272 | | 93,272 | | 93,272 | | | | 93,272 |
| | **FUZES** | | | | | | | | | | |
| 016 | FUZES | | 157,155 | | 157,155 | | 157,155 | | | | 157,155 |
| | **SMALL ARMS** | | | | | | | | | | |
| 017 | SMALL ARMS | | 6,095 | | 6,095 | | 6,095 | | | | 6,095 |
| | **TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE** | | **939,433** | | **939,433** | | **939,433** | | | | **939,433** |
| | **OTHER PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **PASSENGER CARRYING VEHICLES** | | | | | | | | | | |
| 001 | PASSENGER CARRYING VEHICLES | | 1,276 | | 1,276 | | 1,276 | | | | 1,276 |
| | **CARGO AND UTILITY VEHICLES** | | | | | | | | | | |
| 004 | CARGO AND UTILITY VEHICLES | | 9,702 | | 9,702 | | 9,702 | | | | 9,702 |
| | **SPECIAL PURPOSE VEHICLES** | | | | | | | | | | |
| 005 | JOINT LIGHT TACTICAL VEHICLE | | 40,999 | | 40,999 | | 40,999 | | | | 40,999 |
| 007 | SPECIAL PURPOSE VEHICLES | | 52,502 | | 52,502 | | 52,502 | | | | 52,502 |
| | **FIRE FIGHTING EQUIPMENT** | | | | | | | | | | |
| 008 | FIRE FIGHTING/CRASH RESCUE VEHICLES | | 16,652 | | 16,652 | | 16,652 | | | | 16,652 |
| | **MATERIALS HANDLING EQUIPMENT** | | | | | | | | | | |
| 009 | MATERIALS HANDLING VEHICLES | | 2,944 | | 2,944 | | 2,944 | | | | 2,944 |
| | **BASE MAINTENANCE SUPPORT** | | | | | | | | | | |
| 010 | RUNWAY SNOW REMOV AND CLEANING EQU | | 3,753 | | 3,753 | | 3,753 | | | | 3,753 |
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | | 11,837 | | 11,837 | | 11,837 | | | | 11,837 |

SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **SPCL COMM-ELECTRONICS PROJECTS** | | | | | | | | | | |
| 027 | GENERAL INFORMATION TECHNOLOGY | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |
| 031 | AIR FORCE PHYSICAL SECURITY SYSTEM | | 106,919 | | 106,919 | | 106,919 | | | | 106,919 |
| | **ORGANIZATION AND BASE** | | | | | | | | | | |
| 048 | TACTICAL C-E EQUIPMENT | | 306 | | 306 | | 306 | | | | 306 |
| 052 | BASE COMM INFRASTRUCTURE | | 4,300 | | 4,300 | | 4,300 | | | | 4,300 |
| | **PERSONAL SAFETY & RESCUE EQUIP** | | | | | | | | | | |
| 054 | PERSONAL SAFETY AND RESCUE EQUIPMENT | | 22,200 | | 22,200 | | 22,200 | | | | 22,200 |
| | **BASE SUPPORT EQUIPMENT** | | | | | | | | | | |
| 059 | MOBILITY EQUIPMENT | | 26,535 | | 26,535 | | 26,535 | | | | 26,535 |
| 060 | FUELS SUPPORT EQUIPMENT (FSE) | | 4,040 | | 4,040 | | 4,040 | | | | 4,040 |
| 061 | BASE MAINTENANCE AND SUPPORT EQUIPMENT | | 20,067 | | 20,067 | | 20,067 | | | | 20,067 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 066A | CLASSIFIED PROGRAMS | | 3,209,066 | | 3,209,066 | | 3,209,066 | | | | 3,209,066 |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | | **3,538,098** | | **3,538,098** | | **3,538,098** | | | | **3,538,098** |
| | | | | | | | | | | | |
| | **PROCUREMENT, DEFENSE-WIDE** | | | | | | | | | | |
| | **MAJOR EQUIPMENT, DISA** | | | | | | | | | | |
| 009 | TELEPORT PROGRAM | | 3,800 | | 3,800 | | 3,800 | | | | 3,800 |
| 012 | DEFENSE INFORMATION SYSTEM NETWORK | | 12,000 | | 12,000 | | 12,000 | | | | 12,000 |
| | **MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY** | | | | | | | | | | |
| 027 | COUNTER IED & IMPROVISED THREAT TECHNOLOGIES | | 4,590 | | 4,590 | | 4,590 | | | | 4,590 |
| | **CLASSIFIED PROGRAMS** | | | | | | | | | | |
| 049A | CLASSIFIED PROGRAMS | | 51,380 | | 51,380 | | 51,380 | | –5,000 | | 46,380 |
| | Program decrease | | | | | | | | [–5,000] | | |
| | **AVIATION PROGRAMS** | | | | | | | | | | |
| 050 | MANNED ISR | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |
| 051 | MC–12 | | 5,000 | | 5,000 | | 5,000 | | | | 5,000 |
| 052 | MH–60 BLACKHAWK | | 28,100 | | 28,100 | | 28,100 | | | | 28,100 |
| 054 | UNMANNED ISR | | 8,207 | | 8,207 | | 8,207 | | | | 8,207 |
| 056 | U–28 | | 31,500 | | 31,500 | | 31,500 | | | | 31,500 |
| 057 | MH–47 CHINOOK | | 37,500 | | 34,500 | | 37,500 | | | | 37,500 |
| | Excess growth | | | | [–3,000] | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 059 | MQ–9 UNMANNED AERIAL VEHICLE | | 1,900 | | 1,900 | | 1,900 | | | | 1,900 |
| | **AMMUNITION PROGRAMS** | | | | | | | | | | |
| 064 | ORDNANCE ITEMS <$5M | | 138,252 | | 138,252 | | 138,252 | | | | 138,252 |
| | **OTHER PROCUREMENT PROGRAMS** | | | | | | | | | | |
| 065 | INTELLIGENCE SYSTEMS | | 16,500 | | 16,500 | | 16,500 | | | | 16,500 |
| 067 | OTHER ITEMS <$5M | | 28 | | 28 | | 28 | | | | 28 |
| 070 | TACTICAL VEHICLES | | 2,990 | | 2,990 | | 2,990 | | | | 2,990 |
| 071 | WARRIOR SYSTEMS <$5M | | 37,512 | | 37,512 | | 37,512 | | | | 37,512 |
| 072 | COMBAT MISSION REQUIREMENTS | | 10,000 | | 10,000 | | 10,000 | | | | 10,000 |
| 074 | OPERATIONAL ENHANCEMENTS INTELLIGENCE | | 7,594 | | 7,594 | | 7,594 | | | | 7,594 |
| 075 | OPERATIONAL ENHANCEMENTS | | 45,194 | | 45,194 | | 45,194 | | | | 45,194 |
| | **TOTAL PROCUREMENT, DEFENSE-WIDE** | | **447,047** | | **444,047** | | **447,047** | | **–5,000** | | **442,047** |
| | **NATIONAL GUARD AND RESERVE EQUIPMENT** | | | | | | | | | | |
| | **UNDISTRIBUTED** | | | | | | | | | | |
| 007 | UNDISTRIBUTED | | | | 415,000 | | | | 265,000 | | 265,000 |
| | Program increase | | | | [415,000] | | | | [265,000] | | |
| | **TOTAL NATIONAL GUARD AND RESERVE EQUIPMENT** | | | | **415,000** | | | | **265,000** | | **265,000** |
| | **TOTAL PROCUREMENT** | **12,433** | **9,688,058** | **12,430** | **9,900,608** | **12,433** | **9,688,058** | | **193,097** | **12,433** | **9,881,155** |

WASHSTATEC009020

## SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS.

SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | | House Authorized | | Senate Authorized | | Conference Change | | Conference Authorized | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost | Qty | Cost |
| | **OTHER PROCUREMENT, NAVY** | | | | | | | | | | |
| | **COMMAND SUPPORT EQUIPMENT** | | | | | | | | | | |
| 122 | COMMAND SUPPORT EQUIPMENT | | 0 | | | | | | 233,000 | | 233,000 |
| | Earthquake damage recovery | | | | | | | | [233,000] | | |
| | **TOTAL PROCUREMENT, NAVY** | | | | | | | | **233,000** | | **233,000** |
| | **AIRCRAFT PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **TACTICAL FORCES** | | | | | | | | | | |
| | **OTHER AIRCRAFT** | | | | | | | | | | |
| 055 | RC–135 | | 0 | | | | | | 204,448 | | 204,448 |
| | Equipment replacement | | | | | | | | [204,448] | | |
| | **COMMON SUPPORT EQUIPMENT** | | | | | | | | | | |
| 072 | AIRCRAFT REPLACEMENT SUPPORT EQUIP | | | | | | | | 46,000 | | 46,000 |
| | Equipment replacement | | | | | | | | [46,000] | | |
| | **TOTAL AIRCRAFT PROCUREMENT, AIR FORCE** | | **0** | | | | | | **250,448** | | **250,448** |
| | **OTHER PROCUREMENT, AIR FORCE** | | | | | | | | | | |
| | **PASSENGER CARRYING VEHICLES** | | | | | | | | | | |
| 001 | PASSENGER CARRYING VEHICLES | | 0 | | | | | | 994 | | 994 |
| | Equipment replacement | | | | | | | | [994] | | |
| | **CARGO AND UTILITY VEHICLES** | | | | | | | | | | |
| 004 | CARGO AND UTILITY VEHICLES | | 0 | | | | | | 126 | | 126 |
| | Equipment replacement | | | | | | | | [126] | | |
| | **SPECIAL PURPOSE VEHICLES** | | | | | | | | | | |
| 007 | SPECIAL PURPOSE VEHICLES | | 0 | | | | | | 306 | | 306 |
| | Equipment replacement | | | | | | | | [306] | | |
| | **FIRE FIGHTING EQUIPMENT** | | | | | | | | | | |
| 009 | MATERIALS HANDLING VEHICLES | | 0 | | | | | | 276 | | 276 |
| | Equipment replacement | | | | | | | | [994] | | |
| | **BASE MAINTENANCE SUPPORT** | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 011 | BASE MAINTENANCE SUPPORT VEHICLES | 0 | 2,400 | 2,400 |
| | Equipment replacement | | [994] | |
| | **BASE SUPPORT EQUIPMENT** | | | |
| 057 | BASE PROCURED EQUIPMENT | 0 | 49,434 | 49,434 |
| | Equipment replacement | | [49,434] | |
| | **SPECIAL SUPPORT PROJECTS** | | | |
| 063 | DARP RC135 | 0 | 29,438 | 29,438 |
| | Equipment replacement | | [29,438] | |
| | **TOTAL OTHER PROCUREMENT, AIR FORCE** | **0** | **82,974** | **82,974** |
| | **TOTAL PROCUREMENT** | **0** | **566,422** | **566,422** |

# TITLE XLII—RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

## SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION.

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | | | | |
| | | **BASIC RESEARCH** | | | | | |
| 002 | 0601102A | DEFENSE RESEARCH SCIENCES | 297,976 | 297,976 | 302,976 | 10,000 | 307,976 |
| | | Counter UAS University Research | | | [5,000] | [5,000] | |
| | | Cyber basic research | | | | [5,000] | |
| 003 | 0601103A | UNIVERSITY RESEARCH INITIATIVES | 65,858 | 80,858 | 65,858 | 10,000 | 75,858 |
| | | Base infrastructure longevity and resilience | | [5,000] | | | |
| | | Program increase | | [10,000] | | [10,000] | |
| 004 | 0601104A | UNIVERSITY AND INDUSTRY RESEARCH CENTERS | 86,164 | 103,164 | 88,164 | 9,000 | 95,164 |
| | | 3D printing | | | [2,000] | | |
| | | Program increase | | [12,000] | | | |
| | | Program increase—artificial intelligence | | | | [5,000] | |
| | | Program increase—military medical innovation | | [5,000] | | | |
| | | University and industry biotechnology research | | | | [4,000] | |
| 005 | 0601121A | CYBER COLLABORATIVE RESEARCH ALLIANCE | 4,982 | 4,982 | 9,982 | | 4,982 |
| | | Cyber basic research | | | [5,000] | | |
| | | **SUBTOTAL BASIC RESEARCH** | **454,980** | **486,980** | **466,980** | **29,000** | **483,980** |
| | | **APPLIED RESEARCH** | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 010 | 0602141A | LETHALITY TECHNOLOGY | 26,961 | 26,961 | 26,961 | 5,000 | 31,961 |
| | | Program increase—next generation air-breathing propulsion technology. | | | | [5,000] | |
| 011 | 0602142A | ARMY APPLIED RESEARCH | 25,319 | 25,319 | 25,319 | | 25,319 |
| 012 | 0602143A | SOLDIER LETHALITY TECHNOLOGY | 115,274 | 125,274 | 118,274 | 13,000 | 128,274 |
| | | Expeditionary mobile base camp technology | | [5,000] | | [5,000] | |
| | | HEROES program | | [5,000] | | [5,000] | |
| | | UPL MDTF for INDOPACOM | | | [3,000] | [3,000] | |
| 013 | 0602144A | GROUND TECHNOLOGY | 35,199 | 45,199 | 41,699 | 19,000 | 54,199 |
| | | Advanced materials manufacturing process | | | [2,000] | [2,000] | |
| | | Biopolymer structural materials | | | [2,000] | [2,000] | |
| | | Cellulose structural materials | | | [2,500] | [5,000] | |
| | | High performance polymers research | | [5,000] | | [5,000] | |
| | | Manufacturing research technology | | [5,000] | | [5,000] | |
| 014 | 0602145A | NEXT GENERATION COMBAT VEHICLE TECHNOLOGY | 219,047 | 225,047 | 234,047 | 6,000 | 225,047 |
| | | Structural thermoplastics | | [6,000] | | [6,000] | |
| | | Support operational energy development and testing | | | [15,000] | | |
| 015 | 0602146A | NETWORK C3I TECHNOLOGY | 114,516 | 120,016 | 114,516 | 2,500 | 117,016 |
| | | Assured PNT lab | | [3,000] | | | |
| | | Next generation SAR small sat | | [2,500] | | [2,500] | |
| 016 | 0602147A | LONG RANGE PRECISION FIRES TECHNOLOGY | 74,327 | 79,327 | 86,327 | 12,000 | 86,327 |
| | | Composite tube and propulsion technology | | | [10,000] | [10,000] | |
| | | NextGen propulsion cycle artillery range extension | | [5,000] | | | |
| | | Novel printed armament components | | | [2,000] | [2,000] | |
| 017 | 0602148A | FUTURE VERTICLE LIFT TECHNOLOGY | 93,601 | 96,601 | 93,601 | 3,000 | 96,601 |
| | | Program increase | | [3,000] | | [3,000] | |
| 018 | 0602150A | AIR AND MISSILE DEFENSE TECHNOLOGY | 50,771 | 50,771 | 50,771 | | 50,771 |
| 020 | 0602213A | C3I APPLIED CYBER | 18,947 | 18,947 | 23,947 | | 18,947 |
| | | Cyber research | | | [5,000] | | |
| 023 | 0602307A | ADVANCED WEAPONS TECHNOLOGY | | 5,000 | | | |
| | | Directed energy test range workloads | | [5,000] | | | |
| 037 | 0602784A | MILITARY ENGINEERING TECHNOLOGY | | 5,000 | | | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Cellulose nanocomposites research | | [5,000] | | | |
| 038 | 0602785A | MANPOWER/PERSONNEL/TRAINING TECHNOLOGY | 20,873 | 20,873 | 20,873 | | 20,873 |
| 040 | 0602787A | MEDICAL TECHNOLOGY | 99,155 | 106,955 | 102,155 | 9,800 | 108,955 |
| | | Female warfighter performance research | | | [3,000] | [2,000] | |
| | | Musculoskeletal injury prevention research | | [4,800] | | | |
| | | Musculoskeletal injury risk mitigation | | | | [4,800] | |
| | | Program increase | | [3,000] | | [3,000] | |
| | | **SUBTOTAL APPLIED RESEARCH** | **893,990** | **951,290** | **938,490** | **70,300** | **964,290** |
| | | | | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 041 | 0603001A | WARFIGHTER ADVANCED TECHNOLOGY | | 5,000 | | | |
| | | Expeditionary maneuver support technologies | | [5,000] | | | |
| 042 | 0603002A | MEDICAL ADVANCED TECHNOLOGY | 42,030 | 42,030 | 42,030 | | 42,030 |
| 047 | 0603007A | MANPOWER, PERSONNEL AND TRAINING ADVANCED TECHNOLOGY | 11,038 | 11,038 | 11,038 | | 11,038 |
| 050 | 0603117A | ARMY ADVANCED TECHNOLOGY DEVELOPMENT | 63,338 | 63,338 | 63,338 | | 63,338 |
| 051 | 0603118A | SOLDIER LETHALITY ADVANCED TECHNOLOGY | 118,468 | 128,468 | 118,468 | 10,000 | 128,468 |
| | | Improvement of combat helmet suspension systems | | [5,000] | | [5,000] | |
| | | Thermal mitigation technologies | | [5,000] | | [5,000] | |
| 052 | 0603119A | GROUND ADVANCED TECHNOLOGY | 12,593 | 17,593 | 32,593 | 23,000 | 35,593 |
| | | 100 hour battery | | | [10,000] | [10,000] | |
| | | Computational manufacturing engineering | | | [2,000] | | |
| | | Ground advanced technology for cold regions | | [5,000] | | [5,000] | |
| | | Lightweight protective and hardening materials | | | [3,000] | [3,000] | |
| | | Robotic construction research | | | [5,000] | [5,000] | |
| 059 | 0603457A | C3I CYBER ADVANCED DEVELOPMENT | 13,769 | 13,769 | 13,769 | | 13,769 |
| 060 | 0603461A | HIGH PERFORMANCE COMPUTING MODERNIZATION PROGRAM | 184,755 | 224,755 | 184,755 | 40,000 | 224,755 |
| | | Program increase | | [40,000] | | [40,000] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 061 | 0603462A | NEXT GENERATION COMBAT VEHICLE ADVANCED TECHNOLOGY | 160,035 | 170,035 | 185,035 | 14,000 | 174,035 |
| | | Ground vehicle sustainment research | | | [5,000] | [4,000] | |
| | | Hydrogen fuel cell propulsion & autonomous driving controls | | | [20,000] | | |
| | | Program increase—hydrogen fuel cells | | [10,000] | | [10,000] | |
| 062 | 0603463A | NETWORK C3I ADVANCED TECHNOLOGY | 106,899 | 103,899 | 106,899 | –3,000 | 103,899 |
| | | Underexecution | | [–3,000] | | [–3,000] | |
| 063 | 0603464A | LONG RANGE PRECISION FIRES ADVANCED TECHNOLOGY | 174,386 | 179,386 | 178,386 | 9,000 | 183,386 |
| | | Hypersonics research | | | [4,000] | [4,000] | |
| | | Program increase missile demonstrations | | [5,000] | | [5,000] | |
| 064 | 0603465A | FUTURE VERTICAL LIFT ADVANCED TECHNOLOGY | 151,640 | 146,640 | 151,640 | | 151,640 |
| | | Excess to need | | [–5,000] | | | |
| 065 | 0603466A | AIR AND MISSILE DEFENSE ADVANCED TECHNOLOGY | 60,613 | 60,613 | 60,613 | | 60,613 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** | **1,099,564** | **1,166,564** | **1,148,564** | **93,000** | **1,192,564** |
| | | | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 073 | 0603305A | ARMY MISSLE DEFENSE SYSTEMS INTEGRATION | 10,987 | 30,987 | 10,987 | 8,000 | 18,987 |
| | | Conventional mission capabilities | | [10,000] | | [8,000] | |
| | | System lab integration improvements | | [10,000] | | | |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING | 15,148 | 15,148 | 15,148 | | 15,148 |
| 075 | 0603619A | LANDMINE WARFARE AND BARRIER—ADV DEV | 92,915 | 92,915 | 92,915 | | 92,915 |
| 077 | 0603639A | TANK AND MEDIUM CALIBER AMMUNITION | 82,146 | 82,146 | 82,146 | | 82,146 |
| 078 | 0603645A | ARMORED SYSTEM MODERNIZATION—ADV DEV | 157,656 | 157,656 | 157,656 | | 157,656 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY | 6,514 | 6,514 | 6,514 | | 6,514 |
| 080 | 0603766A | TACTICAL ELECTRONIC SURVEILLANCE SYSTEM—ADV DEV | 34,890 | 37,890 | 34,890 | | 34,890 |
| | | Mobile ground terminal | | [3,000] | | | |
| 081 | 0603774A | NIGHT VISION SYSTEMS ADVANCED DEVELOPMENT | 251,011 | 206,011 | 251,011 | –28,220 | 222,791 |
| | | IVAS insufficient justification | | [–45,000] | | [–28,220] | |
| 082 | 0603779A | ENVIRONMENTAL QUALITY TECHNOLOGY—DEM/VAL | 15,132 | 15,132 | 15,132 | | 15,132 |
| 083 | 0603790A | NATO RESEARCH AND DEVELOPMENT | 5,406 | 5,406 | 5,406 | | 5,406 |
| 084 | 0603801A | AVIATION—ADV DEV | 459,290 | 443,340 | 534,890 | 75,600 | 534,890 |
| | | Early to need | | [–15,950] | | | |
| | | Program increase: Future long-range assault aircraft | | | | [75,600] | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | UPL FVL CS3 program increase | | | [75,600] | | |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV | 6,254 | 6,254 | 6,254 | | 6,254 |
| 086 | 0603807A | MEDICAL SYSTEMS—ADV DEV | 31,175 | 31,175 | 31,175 | | 31,175 |
| 087 | 0603827A | SOLDIER SYSTEMS—ADVANCED DEVELOPMENT | 22,113 | 22,113 | 22,113 | | 22,113 |
| 088 | 0604017A | ROBOTICS DEVELOPMENT | 115,222 | 115,222 | 115,222 | −27,000 | 88,222 |
| | | Early to need | | | | [−27,000] | |
| 090 | 0604021A | ELECTRONIC WARFARE TECHNOLOGY MATURATION (MIP) | 18,043 | 18,043 | 18,043 | | 18,043 |
| 091 | 0604100A | ANALYSIS OF ALTERNATIVES | 10,023 | 10,023 | 10,023 | | 10,023 |
| 092 | 0604113A | FUTURE TACTICAL UNMANNED AIRCRAFT SYSTEM (FTUAS) | 40,745 | 40,745 | 40,745 | −5,000 | 35,745 |
| | | Program adjustment | | | | [−5,000] | |
| 093 | 0604114A | LOWER TIER AIR MISSILE DEFENSE (LTAMD) SENSOR | 427,772 | 427,772 | 427,772 | −48,000 | 379,772 |
| | | Rapid prototyping excess funding | | | | [−48,000] | |
| 094 | 0604115A | TECHNOLOGY MATURATION INITIATIVES | 196,676 | 161,676 | 196,676 | −35,000 | 161,676 |
| | | Insufficient schedule detail | | [−35,000] | | [−35,000] | |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) | 33,100 | 29,100 | 33,100 | −3,700 | 29,400 |
| | | Excess testing cost | | [−4,000] | | [−3,700] | |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING | 115,116 | 105,116 | 115,116 | −11,785 | 103,331 |
| | | Early to need | | [−10,000] | | [−11,785] | |
| 099 | 0604121A | SYNTHETIC TRAINING ENVIRONMENT REFINEMENT & PROTOTYPING | 136,761 | 111,761 | 136,761 | −25,000 | 111,761 |
| | | Early to need (IVAS) | | [−25,000] | | [−25,000] | |
| 100 | 0604182A | HYPERSONICS | 228,000 | 259,000 | 358,610 | 161,610 | 389,610 |
| | | Transfer from RDTE Defense-Wide, line 124 | | [31,000] | | [31,000] | |
| | | UPL accelerate Hypersonic Weapons System | | | [130,610] | [130,610] | |
| 102 | 0604403A | FUTURE INTERCEPTOR | 8,000 | 8,000 | 8,000 | −8,000 | |
| | | Early to need | | | | [−8,000] | |
| 103 | 0604541A | UNIFIED NETWORK TRANSPORT | 39,600 | 30,600 | 39,600 | −9,900 | 29,700 |
| | | Early to need | | [−9,000] | | [−9,900] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104 | 0604644A | MOBILE MEDIUM RANGE MISSILE | 20,000 | | 20,000 | –10,000 | 10,000 |
| | | Program decrease | | [–20,000] | | [–10,000] | |
| 106 | 0305251A | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 52,102 | 52,102 | 52,102 | | 52,102 |
| 107 | 1206120A | ASSURED POSITIONING, NAVIGATION AND TIMING (PNT) | 192,562 | 150,062 | 192,562 | –42,500 | 150,062 |
| | | Project cancellation | | [–42,500] | | [–42,500] | |
| 108 | 1206308A | ARMY SPACE SYSTEMS INTEGRATION | 104,996 | 54,996 | 104,996 | | 104,996 |
| | | Program delay | | [–50,000] | | | |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | **2,929,355** | **2,726,905** | **3,135,565** | **–8,895** | **2,920,460** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 109 | 0604201A | AIRCRAFT AVIONICS | 29,164 | 29,164 | 29,164 | | 29,164 |
| 110 | 0604270A | ELECTRONIC WARFARE DEVELOPMENT | 70,539 | 70,539 | 70,539 | | 70,539 |
| 113 | 0604601A | INFANTRY SUPPORT WEAPONS | 106,121 | 125,321 | 126,021 | | 106,121 |
| | | Army unfunded priority—NGSW program increase | | [19,200] | | | |
| | | UPL Next Generation Squad Weapon—Automatic Rifle | | | [19,900] | | |
| 114 | 0604604A | MEDIUM TACTICAL VEHICLES | 2,152 | 2,152 | 2,152 | | 2,152 |
| 115 | 0604611A | JAVELIN | 17,897 | 16,397 | 17,897 | –1,842 | 16,055 |
| | | Qualification testing early to need | | [–1,500] | | [–1,842] | |
| 116 | 0604622A | FAMILY OF HEAVY TACTICAL VEHICLES | 16,745 | 16,745 | 16,745 | | 16,745 |
| 117 | 0604633A | AIR TRAFFIC CONTROL | 6,989 | 6,989 | 6,989 | | 6,989 |
| 118 | 0604642A | LIGHT TACTICAL WHEELED VEHICLES | 10,465 | 10,465 | 10,465 | –7,500 | 2,965 |
| | | Program reduction | | | | [–7,500] | |
| 119 | 0604645A | ARMORED SYSTEMS MODERNIZATION (ASM)—ENG DEV | 310,152 | 295,152 | 310,152 | –16,188 | 293,964 |
| | | Program delay | | [–15,000] | | [–16,188] | |
| 120 | 0604710A | NIGHT VISION SYSTEMS—ENG DEV | 181,732 | 166,732 | 181,732 | –15,000 | 166,732 |
| | | Insufficient justification (IVAS) | | [–15,000] | | [–15,000] | |
| 121 | 0604713A | COMBAT FEEDING, CLOTHING, AND EQUIPMENT | 2,393 | 2,393 | 2,393 | | 2,393 |
| 122 | 0604715A | NON-SYSTEM TRAINING DEVICES—ENG DEV | 27,412 | 27,412 | 27,412 | | 27,412 |
| 123 | 0604741A | AIR DEFENSE COMMAND, CONTROL AND INTELLIGENCE—ENG DEV | 43,502 | 38,502 | 43,502 | | 43,502 |
| | | Historical underexecution | | [–5,000] | | | |
| 124 | 0604742A | CONSTRUCTIVE SIMULATION SYSTEMS DEVELOPMENT | 11,636 | 11,636 | 11,636 | | 11,636 |
| 125 | 0604746A | AUTOMATIC TEST EQUIPMENT DEVELOPMENT | 10,915 | 10,915 | 10,915 | | 10,915 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 126 | 0604760A | DISTRIBUTIVE INTERACTIVE SIMULATIONS (DIS)—ENG DEV | 7,801 | 7,801 | 7,801 | | 7,801 |
| 127 | 0604768A | BRILLIANT ANTI-ARMOR SUBMUNITION (BAT) | 25,000 | 20,000 | 25,000 | –5,000 | 20,000 |
| | | PFAL excess | | [–5,000] | | [–5,000] | |
| 128 | 0604780A | COMBINED ARMS TACTICAL TRAINER (CATT) CORE | 9,241 | 9,241 | 9,241 | | 9,241 |
| 129 | 0604798A | BRIGADE ANALYSIS, INTEGRATION AND EVALUATION | 42,634 | 38,634 | 42,634 | –4,331 | 38,303 |
| | | RCO support excess | | [–4,000] | | [–4,331] | |
| 130 | 0604802A | WEAPONS AND MUNITIONS—ENG DEV | 181,023 | 181,023 | 181,023 | | 181,023 |
| 131 | 0604804A | LOGISTICS AND ENGINEER EQUIPMENT—ENG DEV | 103,226 | 103,226 | 103,226 | | 103,226 |
| 132 | 0604805A | COMMAND, CONTROL, COMMUNICATIONS SYSTEMS—ENG DEV | 12,595 | 12,595 | 12,595 | | 12,595 |
| 133 | 0604807A | MEDICAL MATERIEL/MEDICAL BIOLOGICAL DEFENSE EQUIPMENT—ENG DEV. | 48,264 | 48,264 | 48,264 | | 48,264 |
| 134 | 0604808A | LANDMINE WARFARE/BARRIER—ENG DEV | 39,208 | 39,208 | 39,208 | | 39,208 |
| 135 | 0604818A | ARMY TACTICAL COMMAND & CONTROL HARDWARE & SOFTWARE | 140,637 | 138,137 | 140,637 | –2,500 | 138,137 |
| | | CPI2 testing previously funded | | [–2,500] | | [–2,500] | |
| 136 | 0604820A | RADAR DEVELOPMENT | 105,243 | 105,243 | 105,243 | | 105,243 |
| 137 | 0604822A | GENERAL FUND ENTERPRISE BUSINESS SYSTEM (GFEBS) | 46,683 | 41,683 | 46,683 | | 46,683 |
| | | Program decrease | | [–5,000] | | | |
| 138 | 0604823A | FIREFINDER | 17,294 | 17,294 | 17,294 | | 17,294 |
| 139 | 0604827A | SOLDIER SYSTEMS—WARRIOR DEM/VAL | 5,803 | 4,803 | 5,803 | | 5,803 |
| | | Historical underexecution | | [–1,000] | | | |
| 140 | 0604852A | SUITE OF SURVIVABILITY ENHANCEMENT SYSTEMS—EMD | 98,698 | 128,698 | 98,698 | 20,000 | 118,698 |
| | | Program increase for vehicle active protection system evaluation | | [30,000] | | [30,000] | |
| | | Program reduction | | | | [–10,000] | |
| 141 | 0604854A | ARTILLERY SYSTEMS—EMD | 15,832 | 10,832 | 15,832 | | 15,832 |
| | | Mobile howitzer testing early to need | | [–5,000] | | | |
| 142 | 0605013A | INFORMATION TECHNOLOGY DEVELOPMENT | 126,537 | 126,537 | 126,537 | –55,000 | 71,537 |
| | | Historical underexecution | | | | [–10,000] | |

| Line | Program Element | Item | | | | | |
|---|---|---|---|---|---|---|---|
| | | Program decrease | | | | [–45,000] | |
| 143 | 0605018A | INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A) | 142,773 | 94,773 | | –50,700 | 92,073 |
| | | Poor business process reengineering | | | [–142,773] | [–50,700] | |
| | | Program decrease | | [–48,000] | | | |
| 144 | 0605028A | ARMORED MULTI-PURPOSE VEHICLE (AMPV) | 96,730 | 96,730 | 96,730 | –4,600 | 92,130 |
| | | Program reduction | | | | [–4,600] | |
| 145 | 0605029A | INTEGRATED GROUND SECURITY SURVEILLANCE RESPONSE CAPABILITY (IGSSR-C). | 6,699 | 6,699 | 6,699 | | 6,699 |
| 146 | 0605030A | JOINT TACTICAL NETWORK CENTER (JTNC) | 15,882 | 15,882 | 15,882 | | 15,882 |
| 147 | 0605031A | JOINT TACTICAL NETWORK (JTN) | 40,808 | 40,808 | 40,808 | | 40,808 |
| 149 | 0605033A | GROUND-BASED OPERATIONAL SURVEILLANCE SYSTEM—EXPEDITIONARY (GBOSS-E). | 3,847 | 3,847 | 3,847 | | 3,847 |
| 150 | 0605034A | TACTICAL SECURITY SYSTEM (TSS) | 6,928 | 6,928 | 6,928 | | 6,928 |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 34,488 | 34,488 | 34,488 | | 34,488 |
| 152 | 0605036A | COMBATING WEAPONS OF MASS DESTRUCTION (CWMD) | 10,000 | 10,000 | 10,000 | | 10,000 |
| 154 | 0605038A | NUCLEAR BIOLOGICAL CHEMICAL RECONNAISSANCE VEHICLE (NBCRV) SENSOR SUITE. | 6,054 | 6,054 | 6,054 | | 6,054 |
| 155 | 0605041A | DEFENSIVE CYBER TOOL DEVELOPMENT | 62,262 | 62,262 | 62,262 | –16,600 | 45,662 |
| | | Contract delays | | | | [–10,000] | |
| | | Excess growth | | | | [–6,600] | |
| 156 | 0605042A | TACTICAL NETWORK RADIO SYSTEMS (LOW-TIER) | 35,654 | 28,654 | 35,654 | –6,400 | 29,254 |
| | | Excess growth | | [–7,000] | | [–6,400] | |
| 157 | 0605047A | CONTRACT WRITING SYSTEM | 19,682 | 19,682 | | | 19,682 |
| | | Program duplication | | | [–19,682] | | |
| 158 | 0605049A | MISSILE WARNING SYSTEM MODERNIZATION (MWSM) | 1,539 | 1,539 | 1,539 | | 1,539 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 64,557 | 64,557 | 64,557 | | 64,557 |
| 160 | 0605052A | INDIRECT FIRE PROTECTION CAPABILITY INC 2—BLOCK 1 | 243,228 | 243,228 | 149,628 | –6,800 | 236,428 |
| | | EMAM development ahead of need | | | [–124,200] | [–6,800] | |
| | | Iron Dome testing and delivery | | | [20,600] | | |
| | | UPL Multi-Domain Artillery | | | [10,000] | | |
| 161 | 0605053A | GROUND ROBOTICS | 41,308 | 41,308 | 28,508 | –12,800 | 28,508 |
| | | Army requested realignment | | | [–12,800] | | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Excess to requirement | | | | [–12,800] | |
| 162 | 0605054A | EMERGING TECHNOLOGY INITIATIVES | 45,896 | 41,896 | 45,896 | –14,280 | 31,616 |
| | | Testing and evaluation excess growth | | [–4,000] | | [–4,280] | |
| | | Unjustified request | | | | [–10,000] | |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION | 164,883 | 164,883 | 164,883 | | 164,883 |
| 165 | 0605450A | JOINT AIR-TO-GROUND MISSILE (JAGM) | 9,500 | 9,500 | 9,500 | | 9,500 |
| 166 | 0605457A | ARMY INTEGRATED AIR AND MISSILE DEFENSE (AIAMD) | 208,938 | 203,938 | 208,938 | –15,000 | 193,938 |
| | | Testing and evaluation excess growth | | [–5,000] | | [–15,000] | |
| 167 | 0605625A | MANNED GROUND VEHICLE | 378,400 | 378,400 | 418,400 | –150,000 | 228,400 |
| | | Program decrease | | | | [–150,000] | |
| | | UPL NGCV 50mm gun | | | [40,000] | | |
| 168 | 0605766A | NATIONAL CAPABILITIES INTEGRATION (MIP) | 7,835 | 9,835 | 7,835 | | 7,835 |
| | | Mobile ground terminal | | [2,000] | | | |
| 169 | 0605812A | JOINT LIGHT TACTICAL VEHICLE (JLTV) ENGINEERING AND MANUFACTURING DEVELOPMENT PH. | 2,732 | 7,232 | 7,232 | 4,500 | 7,232 |
| | | Army requested realignment | | | [4,500] | | |
| | | Army requested realignment from OPA 7 | | [4,500] | | [4,500] | |
| 170 | 0605830A | AVIATION GROUND SUPPORT EQUIPMENT | 1,664 | 1,664 | 1,664 | | 1,664 |
| 172 | 0303032A | TROJAN—RH12 | 3,936 | 3,936 | 3,936 | | 3,936 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT | 19,675 | 19,675 | 19,675 | | 19,675 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** | **3,549,431** | **3,482,131** | **3,344,976** | **–360,041** | **3,189,390** |
| | | | | | | | |
| | | **RDT&E MANAGEMENT SUPPORT** | | | | | |
| 176 | 0604256A | THREAT SIMULATOR DEVELOPMENT | 14,117 | 14,117 | 16,117 | 2,000 | 16,117 |
| | | Cybersecurity threat simulation | | | [2,000] | [2,000] | |
| 177 | 0604258A | TARGET SYSTEMS DEVELOPMENT | 8,327 | 8,327 | 8,327 | | 8,327 |
| 178 | 0604759A | MAJOR T&E INVESTMENT | 136,565 | 136,565 | 136,565 | | 136,565 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 179 | 0605103A | RAND ARROYO CENTER | 13,113 | 13,113 | 13,113 | | 13,113 |
| 180 | 0605301A | ARMY KWAJALEIN ATOLL | 238,691 | 226,691 | 238,691 | | 238,691 |
| | | Program decrease | | [−12,000] | | | |
| 181 | 0605326A | CONCEPTS EXPERIMENTATION PROGRAM | 42,922 | 42,922 | 42,922 | −6,000 | 36,922 |
| | | Program reduction | | | | [−6,000] | |
| 183 | 0605601A | ARMY TEST RANGES AND FACILITIES | 334,468 | 334,468 | 349,468 | | 334,468 |
| | | Directed energy test capabilities | | | [15,000] | | |
| 184 | 0605602A | ARMY TECHNICAL TEST INSTRUMENTATION AND TARGETS | 46,974 | 51,974 | 46,974 | 5,000 | 51,974 |
| | | Program increase—space and missile cybersecurity | | [5,000] | | [5,000] | |
| 185 | 0605604A | SURVIVABILITY/LETHALITY ANALYSIS | 35,075 | 35,075 | 35,075 | | 35,075 |
| 186 | 0605606A | AIRCRAFT CERTIFICATION | 3,461 | 3,461 | 3,461 | | 3,461 |
| 187 | 0605702A | METEOROLOGICAL SUPPORT TO RDT&E ACTIVITIES | 6,233 | 6,233 | 6,233 | | 6,233 |
| 188 | 0605706A | MATERIEL SYSTEMS ANALYSIS | 21,342 | 21,342 | 21,342 | | 21,342 |
| 189 | 0605709A | EXPLOITATION OF FOREIGN ITEMS | 11,168 | 11,168 | 11,168 | | 11,168 |
| 190 | 0605712A | SUPPORT OF OPERATIONAL TESTING | 52,723 | 52,723 | 52,723 | | 52,723 |
| 191 | 0605716A | ARMY EVALUATION CENTER | 60,815 | 60,815 | 60,815 | | 60,815 |
| 192 | 0605718A | ARMY MODELING & SIM X-CMD COLLABORATION & INTEG | 2,527 | 2,527 | 2,527 | | 2,527 |
| 193 | 0605801A | PROGRAMWIDE ACTIVITIES | 58,175 | 61,175 | 58,175 | | 58,175 |
| | | Program increase for transition costs | | [3,000] | | | |
| 194 | 0605803A | TECHNICAL INFORMATION ACTIVITIES | 25,060 | 25,060 | 25,060 | | 25,060 |
| 195 | 0605805A | MUNITIONS STANDARDIZATION, EFFECTIVENESS AND SAFETY | 44,458 | 49,458 | 44,458 | | 44,458 |
| | | Advanced lightweight small arms and medium caliber ammunition. | | [5,000] | | | |
| 196 | 0605857A | ENVIRONMENTAL QUALITY TECHNOLOGY MGMT SUPPORT | 4,681 | 4,681 | 4,681 | | 4,681 |
| 197 | 0605898A | ARMY DIRECT REPORT HEADQUARTERS—R&D - MHA | 53,820 | 53,820 | 53,820 | | 53,820 |
| 198 | 0606001A | MILITARY GROUND-BASED CREW TECHNOLOGY | 4,291 | 4,291 | 4,291 | | 4,291 |
| 199 | 0606002A | RONALD REAGAN BALLISTIC MISSILE DEFENSE TEST SITE | 62,069 | 62,069 | 62,069 | | 62,069 |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,050 | 1,050 | 1,050 | | 1,050 |
| 201 | 0606942A | ASSESSMENTS AND EVALUATIONS CYBER VULNERABILITIES | 4,500 | 4,500 | 4,500 | | 4,500 |
| | | **SUBTOTAL RDT&E MANAGEMENT SUPPORT** | **1,286,625** | **1,287,625** | **1,303,625** | **1,000** | **1,287,625** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **UNDISTRIBUTED** | | | | | |
| 204 | 0603778A | MLRS PRODUCT IMPROVEMENT PROGRAM | 22,877 | 17,877 | 22,877 | –3,000 | 19,877 |
| | | HIMARS excess growth | | [–5,000] | | [–3,000] | |
| 206 | 0605024A | ANTI-TAMPER TECHNOLOGY SUPPORT | 8,491 | 8,491 | 8,491 | | 8,491 |
| 207 | 0607131A | WEAPONS AND MUNITIONS PRODUCT IMPROVEMENT PROGRAMS | 15,645 | 15,645 | 15,645 | | 15,645 |
| 209 | 0607134A | LONG RANGE PRECISION FIRES (LRPF) | 164,182 | 164,182 | 164,182 | | 164,182 |
| 211 | 0607136A | BLACKHAWK PRODUCT IMPROVEMENT PROGRAM | 13,039 | 13,039 | 13,039 | | 13,039 |
| 212 | 0607137A | CHINOOK PRODUCT IMPROVEMENT PROGRAM | 174,371 | 174,371 | 174,371 | –6,000 | 168,371 |
| | | Program reduction | | | | [–6,000] | |
| 213 | 0607138A | FIXED WING PRODUCT IMPROVEMENT PROGRAM | 4,545 | 4,545 | 4,545 | –4,545 | |
| | | Program reduction | | | | [–4,545] | |
| 214 | 0607139A | IMPROVED TURBINE ENGINE PROGRAM | 206,434 | 206,434 | 206,434 | | 206,434 |
| 216 | 0607142A | AVIATION ROCKET SYSTEM PRODUCT IMPROVEMENT AND DEVELOPMENT | 24,221 | 14,221 | 24,221 | –3,091 | 21,130 |
| | | Integrated munitions launcher early to need | | [–10,000] | | [–3,091] | |
| 217 | 0607143A | UNMANNED AIRCRAFT SYSTEM UNIVERSAL PRODUCTS | 32,016 | 32,016 | 32,016 | –6,500 | 25,516 |
| | | Program reduction | | | | [–6,500] | |
| 218 | 0607145A | APACHE FUTURE DEVELOPMENT | 5,448 | 448 | 5,448 | –5,000 | 448 |
| | | Unjustified request | | [–5,000] | | [–5,000] | |
| 219 | 0607312A | ARMY OPERATIONAL SYSTEMS DEVELOPMENT | 49,526 | 49,526 | 49,526 | | 49,526 |
| 220 | 0607665A | FAMILY OF BIOMETRICS | 1,702 | 1,702 | 1,702 | | 1,702 |
| 221 | 0607865A | PATRIOT PRODUCT IMPROVEMENT | 96,430 | 96,430 | 96,430 | –32,800 | 63,630 |
| | | Excess growth | | | | [–32,800] | |
| 222 | 0203728A | JOINT AUTOMATED DEEP OPERATION COORDINATION SYSTEM (JADOCS) | 47,398 | 47,398 | 47,398 | | 47,398 |
| 223 | 0203735A | COMBAT VEHICLE IMPROVEMENT PROGRAMS | 334,463 | 324,463 | 334,463 | –43,918 | 290,545 |
| | | Early to need | | [–10,000] | | [–41,918] | |
| | | Program support excess growth | | | | [–2,000] | |
| 225 | 0203743A | 155MM SELF-PROPELLED HOWITZER IMPROVEMENTS | 214,246 | 214,246 | 214,246 | –21,500 | 192,746 |

| Line | Program Element | Item | | | | | |
|---|---|---|---|---|---|---|---|
| | | Program reduction | | | | [–21,500] | |
| 226 | 0203744A | AIRCRAFT MODIFICATIONS/PRODUCT IMPROVEMENT PROGRAMS | 16,486 | 11,986 | 16,486 | –2,708 | 13,778 |
| | | Excess to need | | [–4,500] | | [–2,708] | |
| 227 | 0203752A | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM | 144 | 144 | 144 | | 144 |
| 228 | 0203758A | DIGITIZATION | 5,270 | 5,270 | 5,270 | | 5,270 |
| 229 | 0203801A | MISSILE/AIR DEFENSE PRODUCT IMPROVEMENT PROGRAM | 1,287 | 1,287 | 1,287 | | 1,287 |
| 230 | 0203802A | OTHER MISSILE PRODUCT IMPROVEMENT PROGRAMS | | | 24,100 | | |
| | | UPL CD ATACMS | | | [24,100] | | |
| 234 | 0205412A | ENVIRONMENTAL QUALITY TECHNOLOGY—OPERATIONAL SYSTEM DEV | 732 | 732 | 732 | | 732 |
| 235 | 0205456A | LOWER TIER AIR AND MISSILE DEFENSE (AMD) SYSTEM | 107,746 | 107,746 | 107,746 | –8,000 | 99,746 |
| | | Testing excess to need | | | | [–8,000] | |
| 236 | 0205778A | GUIDED MULTIPLE-LAUNCH ROCKET SYSTEM (GMLRS) | 138,594 | 128,594 | 138,594 | –10,000 | 128,594 |
| | | Testing excess to need | | [–10,000] | | [–10,000] | |
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 13,845 | 13,845 | 13,845 | | 13,845 |
| 239 | 0303140A | INFORMATION SYSTEMS SECURITY PROGRAM | 29,185 | 29,185 | 29,185 | | 29,185 |
| 240 | 0303141A | GLOBAL COMBAT SUPPORT SYSTEM | 68,976 | 58,976 | 68,976 | –20,600 | 48,376 |
| | | Program decrease | | [–10,000] | | [–20,600] | |
| 241 | 0303150A | WWMCCS/GLOBAL COMMAND AND CONTROL SYSTEM | 2,073 | 2,073 | 2,073 | | 2,073 |
| 245 | 0305179A | INTEGRATED BROADCAST SERVICE (IBS) | 459 | 459 | 459 | | 459 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 5,097 | 5,097 | 5,097 | | 5,097 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 11,177 | 11,177 | 11,177 | | 11,177 |
| 248 | 0305208A | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 38,121 | 38,121 | 38,121 | | 38,121 |
| 250 | 0305232A | RQ–11 UAV | 3,218 | 3,218 | 3,218 | | 3,218 |
| 251 | 0305233A | RQ–7 UAV | 7,817 | 7,817 | 7,817 | | 7,817 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,000 | 2,000 | 2,000 | | 2,000 |
| 253 | 0708045A | END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES | 59,848 | 64,848 | 62,848 | 8,000 | 67,848 |
| | | Nanoscale materials manufacturing | | | [3,000] | [3,000] | |
| | | Program increase—additive manufacturing technology insertion | | [5,000] | | [5,000] | |
| 254 | 1203142A | SATCOM GROUND ENVIRONMENT (SPACE) | 34,169 | 34,169 | 34,169 | | 34,169 |
| 255 | 1208053A | JOINT TACTICAL GROUND SYSTEM | 10,275 | 10,275 | 10,275 | | 10,275 |
| 255A | 9999999999 | CLASSIFIED PROGRAMS | 7,273 | 7,273 | 7,273 | | 7,273 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **1,978,826** | **1,929,326** | **2,005,926** | **–159,662** | **1,819,164** |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **SUBTOTAL UNDISTRIBUTED** | | **–49,500** | **27,100** | **–159,662** | **–159,662** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | **12,192,771** | **12,030,821** | **12,344,126** | **–335,298** | **11,857,473** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | | | |
| | | **BASIC RESEARCH** | | | | | |
| 001 | 0601103N | UNIVERSITY RESEARCH INITIATIVES | 116,850 | 136,850 | 131,850 | 30,000 | 146,850 |
| | | Advanced radar research | | [5,000] | | [5,000] | |
| | | Cyber basic research | | | [10,000] | [10,000] | |
| | | Defense University research initiatives | | [5,000] | | [5,000] | |
| | | Digital radar research | | | [5,000] | | |
| | | Program increase | | [10,000] | | [10,000] | |
| 002 | 0601152N | IN-HOUSE LABORATORY INDEPENDENT RESEARCH | 19,121 | 19,121 | 19,121 | | 19,121 |
| 003 | 0601153N | DEFENSE RESEARCH SCIENCES | 470,007 | 470,007 | 470,007 | | 470,007 |
| | | **SUBTOTAL BASIC RESEARCH** | **605,978** | **625,978** | **620,978** | **30,000** | **635,978** |
| | | **APPLIED RESEARCH** | | | | | |
| 004 | 0602114N | POWER PROJECTION APPLIED RESEARCH | 18,546 | 25,546 | 18,546 | 7,000 | 25,546 |
| | | Hypersonic testing facilities | | [7,000] | | [7,000] | |
| 005 | 0602123N | FORCE PROTECTION APPLIED RESEARCH | 119,517 | 162,517 | 136,017 | 46,500 | 166,017 |
| | | Autonomous vehicle collaboration across maritime domains | | [10,000] | | | |
| | | Carbon capture | | | [8,000] | [8,000] | |
| | | Cyber-physical research | | [8,000] | | | |
| | | Electric propulsion research | | | [2,500] | [2,500] | |
| | | Energy resilience | | [5,000] | | [5,000] | |
| | | Energy resilience research | | | [3,000] | [3,000] | |
| | | Hybrid composite struct. res. enhanced mobility | | [5,000] | | [5,000] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Navy power and energy systems technology | | [5,000] | | [5,000] | |
| | | Program increase | | [10,000] | | [10,000] | |
| | | Program reduction | | | [–5,000] | | |
| | | Test bed for autonomous ship systems | | | [8,000] | [8,000] | |
| 006 | 0602131M | MARINE CORPS LANDING FORCE TECHNOLOGY | 56,604 | 61,604 | 59,604 | 5,000 | 61,604 |
| | | Interdisciplinary cybersecurity | | | [3,000] | | |
| | | Interdisciplinary expeditionary cybersecurity research | | [5,000] | | [5,000] | |
| 007 | 0602235N | COMMON PICTURE APPLIED RESEARCH | 49,297 | 49,297 | 44,297 | –5,000 | 44,297 |
| | | Coordinate space activities | | | [–5,000] | [–5,000] | |
| 008 | 0602236N | WARFIGHTER SUSTAINMENT APPLIED RESEARCH | 63,825 | 68,825 | 65,825 | | 63,825 |
| | | Warfighter safety and performance | | [5,000] | | | |
| | | Warfighter safety and performance research | | | [2,000] | | |
| 009 | 0602271N | ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH | 83,497 | 83,497 | 78,497 | | 83,497 |
| | | Coordinate EW activities | | | [–5,000] | | |
| 010 | 0602435N | OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH | 63,894 | 63,894 | 63,894 | | 63,894 |
| 011 | 0602651M | JOINT NON-LETHAL WEAPONS APPLIED RESEARCH | 6,346 | 6,346 | 6,346 | | 6,346 |
| 012 | 0602747N | UNDERSEA WARFARE APPLIED RESEARCH | 57,075 | 77,075 | 64,575 | 17,000 | 74,075 |
| | | Academic partnerships for undersea vehicle research | | [10,000] | [7,500] | [10,000] | |
| | | Resident autonomous undersea robotics | | [10,000] | | [7,000] | |
| 013 | 0602750N | FUTURE NAVAL CAPABILITIES APPLIED RESEARCH | 154,755 | 154,755 | 154,755 | | 154,755 |
| 014 | 0602782N | MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH | 36,074 | 36,074 | 36,074 | | 36,074 |
| 015 | 0602792N | INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH | 153,062 | 153,062 | 153,062 | | 153,062 |
| 016 | 0602861N | SCIENCE AND TECHNOLOGY MANAGEMENT—ONR FIELD ACITIVITIES | 73,961 | 73,961 | 73,961 | | 73,961 |
| | | **SUBTOTAL APPLIED RESEARCH** | **936,453** | **1,016,453** | **955,453** | **70,500** | **1,006,953** |
| | | | | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 017 | 0603123N | FORCE PROTECTION ADVANCED TECHNOLOGY | 35,286 | 35,286 | 35,286 | | 35,286 |
| 018 | 0603271N | ELECTROMAGNETIC SYSTEMS ADVANCED TECHNOLOGY | 9,499 | 9,499 | 9,499 | | 9,499 |
| 019 | 0603640M | USMC ADVANCED TECHNOLOGY DEMONSTRATION (ATD) | 172,847 | 177,847 | 176,847 | 5,000 | 177,847 |
| | | Consolidate efforts in AI/ML with Joint Force | | | [–5,000] | | |
| | | Program increase—modular advanced armed robotic system | | [5,000] | | [5,000] | |
| | | UPL MUDLAN program increase | | | [9,000] | | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 020 | 0603651M | JOINT NON-LETHAL WEAPONS TECHNOLOGY DEVELOPMENT | 13,307 | 13,307 | 13,307 | | 13,307 |
| 021 | 0603673N | FUTURE NAVAL CAPABILITIES ADVANCED TECHNOLOGY DEVELOPMENT | 231,907 | 231,907 | 231,907 | | 231,907 |
| 022 | 0603680N | MANUFACTURING TECHNOLOGY PROGRAM | 60,138 | 80,138 | 60,138 | 5,000 | 65,138 |
| | | Program increase | | [20,000] | | [5,000] | |
| 023 | 0603729N | WARFIGHTER PROTECTION ADVANCED TECHNOLOGY | 4,849 | 4,849 | 4,849 | | 4,849 |
| 025 | 0603758N | NAVY WARFIGHTING EXPERIMENTS AND DEMONSTRATIONS | 67,739 | 67,739 | 67,739 | | 67,739 |
| 026 | 0603782N | MINE AND EXPEDITIONARY WARFARE ADVANCED TECHNOLOGY | 13,335 | 13,335 | 13,335 | | 13,335 |
| 027 | 0603801N | INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED TECHNOLOGY DEVELOPMENT. | 133,303 | 176,303 | 128,303 | 17,027 | 150,330 |
| | | Electromagnetic railgun | | [20,350] | | [10,000] | |
| | | Funds excess to requirements | | | | [–7,973] | |
| | | Program increase | | [22,650] | | [15,000] | |
| | | Reduce electronic maneuver | | | [–5,000] | | |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** | **742,210** | **810,210** | **741,210** | **27,027** | **769,237** |
| | | | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS | 32,643 | 32,643 | 38,643 | 6,000 | 38,643 |
| | | Program increase for 1 REMUS 600 vehicle | | | [6,000] | [6,000] | |
| 029 | 0603216N | AVIATION SURVIVABILITY | 11,919 | 11,919 | 11,919 | | 11,919 |
| 030 | 0603251N | AIRCRAFT SYSTEMS | 1,473 | 1,473 | 1,473 | | 1,473 |
| 031 | 0603254N | ASW SYSTEMS DEVELOPMENT | 7,172 | 7,172 | 7,172 | | 7,172 |
| 032 | 0603261N | TACTICAL AIRBORNE RECONNAISSANCE | 3,419 | 3,419 | 3,419 | | 3,419 |
| 033 | 0603382N | ADVANCED COMBAT SYSTEMS TECHNOLOGY | 64,694 | 64,694 | 64,694 | | 64,694 |
| 034 | 0603502N | SURFACE AND SHALLOW WATER MINE COUNTERMEASURES | 507,000 | 312,200 | 134,500 | –196,500 | 310,500 |
| | | Excess procurement ahead of satisfactory testing | | | [–372,500] | | |
| | | LUSV Design Contracts early to need | | [–29,100] | | | |
| | | LUSV GFE early to need | | [–79,200] | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | LUSV program decrease | | [–43,000] | | | |
| | | MUSV program increase | | [43,000] | | | |
| | | Reduce one LUSV | | [–86,500] | | [–86,500] | |
| | | VLS concept design and LLTM early to need | | | | [–110,000] | |
| 035 | 0603506N | SURFACE SHIP TORPEDO DEFENSE | 15,800 | 15,800 | 15,800 | –8,558 | 7,242 |
| | | Excess sundown costs | | | | [–8,558] | |
| 036 | 0603512N | CARRIER SYSTEMS DEVELOPMENT | 4,997 | 4,997 | 4,997 | | 4,997 |
| 037 | 0603525N | PILOT FISH | 291,148 | 291,148 | 291,148 | –104,820 | 186,328 |
| | | Program adjustment | | | | [–104,820] | |
| 038 | 0603527N | RETRACT LARCH | 11,980 | 11,980 | 11,980 | | 11,980 |
| 039 | 0603536N | RETRACT JUNIPER | 129,163 | 129,163 | 129,163 | | 129,163 |
| 040 | 0603542N | RADIOLOGICAL CONTROL | 689 | 689 | 689 | | 689 |
| 041 | 0603553N | SURFACE ASW | 1,137 | 1,137 | 1,137 | | 1,137 |
| 042 | 0603561N | ADVANCED SUBMARINE SYSTEM DEVELOPMENT | 148,756 | 148,756 | 153,756 | –28,710 | 120,046 |
| | | Program decrease | | | | [–19,000] | |
| | | Project 2033: Test site emergent repairs | | | [5,000] | | |
| | | Project 9710: Unjustified new start | | | | [–9,710] | |
| 043 | 0603562N | SUBMARINE TACTICAL WARFARE SYSTEMS | 11,192 | 11,192 | 11,192 | | 11,192 |
| 044 | 0603563N | SHIP CONCEPT ADVANCED DESIGN | 81,846 | 67,846 | 57,846 | –24,000 | 57,846 |
| | | Early to need | | | [–24,000] | | |
| | | Future surface combatant concept development | | [–24,000] | | [–24,000] | |
| | | Program increase | | [5,000] | | | |
| | | Program increase—moving target defense | | [5,000] | | | |
| 045 | 0603564N | SHIP PRELIMINARY DESIGN & FEASIBILITY STUDIES | 69,084 | 59,084 | 22,484 | –46,500 | 22,584 |
| | | Early to need | | | [–46,600] | [–46,500] | |
| | | Program decrease | | [–10,000] | | | |
| 046 | 0603570N | ADVANCED NUCLEAR POWER SYSTEMS | 181,652 | 181,652 | 181,652 | | 181,652 |
| 047 | 0603573N | ADVANCED SURFACE MACHINERY SYSTEMS | 25,408 | 30,408 | 150,408 | 130,000 | 155,408 |
| | | Program increase | | [5,000] | | [5,000] | |
| | | Surface combatant component-level prototyping | | | [125,000] | [125,000] | |
| 048 | 0603576N | CHALK EAGLE | 64,877 | 64,877 | 64,877 | | 64,877 |
| 049 | 0603581N | LITTORAL COMBAT SHIP (LCS) | 9,934 | 9,934 | 9,934 | | 9,934 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 050 | 0603582N | COMBAT SYSTEM INTEGRATION | 17,251 | 17,251 | 17,251 | | 17,251 |
| 051 | 0603595N | OHIO REPLACEMENT | 419,051 | 419,051 | 434,051 | 15,000 | 434,051 |
| | | Accelerate advanced propulsor development | | | [15,000] | [15,000] | |
| 052 | 0603596N | LCS MISSION MODULES | 108,505 | 108,505 | 103,505 | –2,910 | 105,595 |
| | | Available prior year funds due to SUW MP testing delay | | | [–5,000] | [–2,910] | |
| 053 | 0603597N | AUTOMATED TEST AND ANALYSIS | 7,653 | 7,653 | 7,653 | | 7,653 |
| 054 | 0603599N | FRIGATE DEVELOPMENT | 59,007 | 59,007 | 59,007 | | 59,007 |
| 055 | 0603609N | CONVENTIONAL MUNITIONS | 9,988 | 9,988 | 9,988 | | 9,988 |
| 056 | 0603635M | MARINE CORPS GROUND COMBAT/SUPPORT SYSTEM | 86,464 | 11,464 | 86,464 | –69,987 | 16,477 |
| | | Insufficient justification and contract delay | | [–75,000] | | [–69,987] | |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 33,478 | 33,478 | 33,478 | | 33,478 |
| 058 | 0603713N | OCEAN ENGINEERING TECHNOLOGY DEVELOPMENT | 5,619 | 5,619 | 5,619 | | 5,619 |
| 059 | 0603721N | ENVIRONMENTAL PROTECTION | 20,564 | 20,564 | 20,564 | | 20,564 |
| 060 | 0603724N | NAVY ENERGY PROGRAM | 26,514 | 49,514 | 26,514 | 23,000 | 49,514 |
| | | Battery development and safety enterprise | | [13,000] | | [13,000] | |
| | | Marine energy systems for sensors and microgrids | | [10,000] | | [10,000] | |
| 061 | 0603725N | FACILITIES IMPROVEMENT | 3,440 | 3,440 | 3,440 | | 3,440 |
| 062 | 0603734N | CHALK CORAL | 346,800 | 346,800 | 346,800 | –36,400 | 310,400 |
| | | Insufficient budget justification | | | | [–36,400] | |
| 063 | 0603739N | NAVY LOGISTIC PRODUCTIVITY | 3,857 | 3,857 | 3,857 | | 3,857 |
| 064 | 0603746N | RETRACT MAPLE | 258,519 | 258,519 | 258,519 | | 258,519 |
| 065 | 0603748N | LINK PLUMERIA | 403,909 | 403,909 | 403,909 | –7,400 | 396,509 |
| | | Insufficient budget justification | | | | [–7,400] | |
| 066 | 0603751N | RETRACT ELM | 63,434 | 63,434 | 63,434 | | 63,434 |
| 067 | 0603764N | LINK EVERGREEN | 184,110 | 184,110 | 184,110 | | 184,110 |
| 068 | 0603790N | NATO RESEARCH AND DEVELOPMENT | 7,697 | 7,697 | 7,697 | | 7,697 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 9,086 | 9,086 | 9,086 | | 9,086 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 070 | 0603851M | JOINT NON-LETHAL WEAPONS TESTING | 28,466 | 28,466 | 28,466 | | 28,466 |
| 071 | 0603860N | JOINT PRECISION APPROACH AND LANDING SYSTEMS—DEM/VAL | 51,341 | 51,341 | 51,341 | | 51,341 |
| 072 | 0603925N | DIRECTED ENERGY AND ELECTRIC WEAPON SYSTEMS | 118,169 | 118,169 | 118,169 | | 118,169 |
| 073 | 0604014N | F/A –18 INFRARED SEARCH AND TRACK (IRST) | 113,456 | 112,456 | 113,456 | –1,000 | 112,456 |
| | | Program delay | | [–1,000] | | [–1,000] | |
| 074 | 0604027N | DIGITAL WARFARE OFFICE | 50,120 | 50,120 | 50,120 | –25,000 | 25,120 |
| | | Artificial intelligence development operations unjustified growth | | | | [–10,000] | |
| | | Program decrease | | | | [–15,000] | |
| 075 | 0604028N | SMALL AND MEDIUM UNMANNED UNDERSEA VEHICLES | 32,527 | 32,527 | 32,527 | | 32,527 |
| 076 | 0604029N | UNMANNED UNDERSEA VEHICLE CORE TECHNOLOGIES | 54,376 | 54,376 | 54,376 | | 54,376 |
| 077 | 0604030N | RAPID PROTOTYPING, EXPERIMENTATION AND DEMONSTRATION. | 36,197 | 36,197 | 36,197 | | 36,197 |
| 078 | 0604031N | LARGE UNMANNED UNDERSEA VEHICLES | 68,310 | 59,810 | 68,310 | | 68,310 |
| | | Early to need | | [–8,500] | | | |
| 079 | 0604112N | GERALD R. FORD CLASS NUCLEAR AIRCRAFT CARRIER (CVN 78—80) | 121,310 | 121,310 | 121,310 | –9,000 | 112,310 |
| | | Integrated digital shipbuilding insufficient budget justification | | | | [–9,000] | |
| 080 | 0604126N | LITTORAL AIRBORNE MCM | 17,248 | 17,248 | 17,248 | | 17,248 |
| 081 | 0604127N | SURFACE MINE COUNTERMEASURES | 18,735 | 18,735 | 18,735 | | 18,735 |
| 082 | 0604272N | TACTICAL AIR DIRECTIONAL INFRARED COUNTERMEASURES (TADIRCM) | 68,346 | 58,346 | 68,346 | –9,897 | 58,449 |
| | | Excess to need | | [–10,000] | | [–9,897] | |
| 084 | 0604289M | NEXT GENERATION LOGISTICS | 4,420 | 4,420 | 13,420 | 9,000 | 13,420 |
| | | Additive manufacturing logistics software pilot | | | [9,000] | [9,000] | |
| 085 | 0604320M | RAPID TECHNOLOGY CAPABILITY PROTOTYPE | 4,558 | 4,558 | 4,558 | | 4,558 |
| 086 | 0604454N | LX (R) | 12,500 | 12,500 | 12,500 | | 12,500 |
| 087 | 0604536N | ADVANCED UNDERSEA PROTOTYPING | 181,967 | 174,437 | 181,967 | | 181,967 |
| | | ORCA XLUUV prior year carryover | | [–7,530] | | | |
| 088 | 0604636N | COUNTER UNMANNED AIRCRAFT SYSTEMS (C-UAS) | 5,500 | 5,500 | 5,500 | | 5,500 |
| 089 | 0604659N | PRECISION STRIKE WEAPONS DEVELOPMENT PROGRAM | 718,148 | 638,148 | 723,148 | –30,000 | 688,148 |
| | | Excess growth | | [–80,000] | | [–30,000] | |
| | | Increase for SLCM-N AOA | | | [5,000] | | |
| 090 | 0604707N | SPACE AND ELECTRONIC WARFARE (SEW) ARCHITECTURE/ENGINEERING SUPPORT. | 5,263 | 5,263 | 5,263 | | 5,263 |
| 091 | 0604786N | OFFENSIVE ANTI-SURFACE WARFARE WEAPON DEVELOPMENT | 65,419 | 65,419 | 65,419 | | 65,419 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 092 | 0303354N | ASW SYSTEMS DEVELOPMENT—MIP | 9,991 | 9,991 | 9,991 | | 9,991 |
| 093 | 0304240M | ADVANCED TACTICAL UNMANNED AIRCRAFT SYSTEM | 21,157 | 39,657 | 21,157 | 18,500 | 39,657 |
| | | KMAX Large Unmanned Logistics System USMC unfunded priority | | [18,500] | | [18,500] | |
| 095 | 0304270N | ELECTRONIC WARFARE DEVELOPMENT—MIP | 609 | 609 | 609 | | 609 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | **5,559,062** | **5,204,732** | **5,275,962** | **–399,182** | **5,159,880** |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 096 | 0603208N | TRAINING SYSTEM AIRCRAFT | 15,514 | 15,514 | 15,514 | | 15,514 |
| 097 | 0604212N | OTHER HELO DEVELOPMENT | 28,835 | 28,835 | 28,835 | | 28,835 |
| 098 | 0604214M | AV–8B AIRCRAFT—ENG DEV | 27,441 | 27,441 | 27,441 | | 27,441 |
| 100 | 0604215N | STANDARDS DEVELOPMENT | 3,642 | 3,642 | 3,642 | | 3,642 |
| 101 | 0604216N | MULTI-MISSION HELICOPTER UPGRADE DEVELOPMENT | 19,196 | 19,196 | 19,196 | | 19,196 |
| 104 | 0604230N | WARFARE SUPPORT SYSTEM | 8,601 | 8,601 | 8,601 | | 8,601 |
| 105 | 0604231N | TACTICAL COMMAND SYSTEM | 77,232 | 77,232 | 77,232 | | 77,232 |
| 106 | 0604234N | ADVANCED HAWKEYE | 232,752 | 232,752 | 232,752 | | 232,752 |
| 107 | 0604245M | H–1 UPGRADES | 65,359 | 64,859 | 65,359 | | 65,359 |
| | | Support cost growth | | [–500] | | | |
| 109 | 0604261N | ACOUSTIC SEARCH SENSORS | 47,013 | 47,013 | 47,013 | | 47,013 |
| 110 | 0604262N | V–22A | 185,105 | 172,105 | 190,605 | 5,000 | 190,105 |
| | | Excess to need | | [–13,000] | | | |
| | | Increase reliability and reduce vibrations of V–22 nacelles | | | [5,500] | [5,000] | |
| 111 | 0604264N | AIR CREW SYSTEMS DEVELOPMENT | 21,172 | 21,172 | 21,172 | | 21,172 |
| 112 | 0604269N | EA–18 | 143,585 | 123,585 | 143,585 | –10,000 | 133,585 |
| | | Unjustified cost growth | | [–20,000] | | [–10,000] | |
| 113 | 0604270N | ELECTRONIC WARFARE DEVELOPMENT | 116,811 | 109,651 | 116,811 | –7,160 | 109,651 |
| | | Unjustified request | | [–7,160] | | [–7,160] | |
| 114 | 0604273M | EXECUTIVE HELO DEVELOPMENT | 187,436 | 187,436 | 187,436 | | 187,436 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 116 | 0604274N | NEXT GENERATION JAMMER (NGJ) | 524,261 | 443,261 | 524,261 | –76,000 | 448,261 |
| | | Underexecution | | [–81,000] | | [–76,000] | |
| 117 | 0604280N | JOINT TACTICAL RADIO SYSTEM—NAVY (JTRS-NAVY) | 192,345 | 190,845 | 192,345 | –1,500 | 190,845 |
| | | Early to need | | [–1,500] | | [–1,500] | |
| 118 | 0604282N | NEXT GENERATION JAMMER (NGJ) INCREMENT II | 111,068 | 111,068 | 111,068 | –20,146 | 90,922 |
| | | Program reduction | | | | [–20,146] | |
| 119 | 0604307N | SURFACE COMBATANT COMBAT SYSTEM ENGINEERING | 415,625 | 415,625 | 415,625 | –1,941 | 413,684 |
| | | Aegis development support studies and analysis early to need | | | | [–1,941] | |
| 120 | 0604311N | LPD–17 CLASS SYSTEMS INTEGRATION | 640 | 640 | 640 | | 640 |
| 121 | 0604329N | SMALL DIAMETER BOMB (SDB) | 50,096 | 50,096 | 50,096 | | 50,096 |
| 122 | 0604366N | STANDARD MISSILE IMPROVEMENTS | 232,391 | 232,391 | 232,391 | | 232,391 |
| 123 | 0604373N | AIRBORNE MCM | 10,916 | 10,916 | 10,916 | | 10,916 |
| 124 | 0604378N | NAVAL INTEGRATED FIRE CONTROL—COUNTER AIR SYSTEMS ENGINEERING. | 33,379 | 33,379 | 33,379 | | 33,379 |
| 125 | 0604501N | ADVANCED ABOVE WATER SENSORS | 34,554 | 34,554 | 34,554 | | 34,554 |
| 126 | 0604503N | SSN–688 AND TRIDENT MODERNIZATION | 84,663 | 84,663 | 84,663 | | 84,663 |
| 127 | 0604504N | AIR CONTROL | 44,923 | 44,923 | 44,923 | | 44,923 |
| 128 | 0604512N | SHIPBOARD AVIATION SYSTEMS | 10,632 | 10,632 | 10,632 | | 10,632 |
| 129 | 0604518N | COMBAT INFORMATION CENTER CONVERSION | 16,094 | 16,094 | 16,094 | | 16,094 |
| 130 | 0604522N | AIR AND MISSILE DEFENSE RADAR (AMDR) SYSTEM | 55,349 | 55,349 | 55,349 | –3,000 | 52,349 |
| | | Engineering changes testing and evaluation early to need | | | | [–3,000] | |
| 131 | 0604530N | ADVANCED ARRESTING GEAR (AAG) | 123,490 | 123,490 | 123,490 | | 123,490 |
| 132 | 0604558N | NEW DESIGN SSN | 121,010 | 121,010 | 121,010 | 100,000 | 221,010 |
| | | Accelerate capability development | | | | [100,000] | |
| 133 | 0604562N | SUBMARINE TACTICAL WARFARE SYSTEM | 62,426 | 62,426 | 62,426 | | 62,426 |
| 134 | 0604567N | SHIP CONTRACT DESIGN/ LIVE FIRE T&E | 46,809 | 56,809 | 46,809 | | 46,809 |
| | | Program increase | | [10,000] | | | |
| 135 | 0604574N | NAVY TACTICAL COMPUTER RESOURCES | 3,692 | 3,692 | 3,692 | | 3,692 |
| 137 | 0604601N | MINE DEVELOPMENT | 28,964 | 28,964 | 100,264 | | 28,964 |
| | | UPL Quickstrike JDAM ER | | | [71,300] | | |
| 138 | 0604610N | LIGHTWEIGHT TORPEDO DEVELOPMENT | 148,349 | 127,349 | 148,349 | –32,808 | 115,541 |
| | | Excess to need | | [–21,000] | | [–32,808] | |

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

WASHSTATEC009042

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 139 | 0604654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 8,237 | 8,237 | 8,237 | | 8,237 |
| 140 | 0604657M | USMC GROUND COMBAT/SUPPORTING ARMS SYSTEMS—ENG DEV | 22,000 | 22,000 | 22,000 | | 22,000 |
| 141 | 0604703N | PERSONNEL, TRAINING, SIMULATION, AND HUMAN FACTORS | 5,500 | 5,500 | 5,500 | | 5,500 |
| 142 | 0604727N | JOINT STANDOFF WEAPON SYSTEMS | 18,725 | 16,225 | 18,725 | –2,500 | 16,225 |
| | | Excess to need | | [–2,500] | | [–2,500] | |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 192,603 | 192,603 | 192,603 | –12,518 | 180,085 |
| | | Project 2178 prior year carryover | | | | [–12,518] | |
| 144 | 0604756N | SHIP SELF DEFENSE (ENGAGE: HARD KILL) | 137,268 | 137,268 | 137,268 | –15,638 | 121,630 |
| | | Project 2070 excess test assets | | | | [–15,638] | |
| 145 | 0604757N | SHIP SELF DEFENSE (ENGAGE: SOFT KILL/EW) | 97,363 | 97,363 | 97,363 | | 97,363 |
| 146 | 0604761N | INTELLIGENCE ENGINEERING | 26,710 | 26,710 | 26,710 | | 26,710 |
| 147 | 0604771N | MEDICAL DEVELOPMENT | 8,181 | 13,181 | 8,181 | | 8,181 |
| | | Enterotoxigenic escherichia coli research | | [5,000] | | | |
| 148 | 0604777N | NAVIGATION/ID SYSTEM | 40,755 | 40,755 | 40,755 | | 40,755 |
| 149 | 0604800M | JOINT STRIKE FIGHTER (JSF)—EMD | 1,710 | 1,710 | 1,710 | | 1,710 |
| 150 | 0604800N | JOINT STRIKE FIGHTER (JSF)—EMD | 1,490 | 1,490 | 1,490 | | 1,490 |
| 153 | 0605013M | INFORMATION TECHNOLOGY DEVELOPMENT | 1,494 | 1,494 | 1,494 | | 1,494 |
| 154 | 0605013N | INFORMATION TECHNOLOGY DEVELOPMENT | 384,162 | 370,662 | 328,762 | –115,798 | 268,364 |
| | | eProcurement program duplication | | | [–55,400] | | |
| | | Program decrease | | | | [–36,000] | |
| | | Unjustified growth over FY19 projection | | [–13,500] | | [–79,798] | |
| 155 | 0605024N | ANTI-TAMPER TECHNOLOGY SUPPORT | 4,882 | 4,882 | 4,882 | | 4,882 |
| 156 | 0605212M | CH–53K RDTE | 516,955 | 496,955 | 506,955 | | 516,955 |
| | | Early to need | | | [–10,000] | | |
| | | Excess to need | | [–20,000] | | | |
| 158 | 0605215N | MISSION PLANNING | 75,886 | 75,886 | 75,886 | | 75,886 |
| 159 | 0605217N | COMMON AVIONICS | 43,187 | 43,187 | 43,187 | | 43,187 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 160 | 0605220N | SHIP TO SHORE CONNECTOR (SSC) | 4,909 | 4,909 | 19,909 | 15,000 | 19,909 |
| | | Expand development and use of composite materials | | | [15,000] | [15,000] | |
| 161 | 0605327N | T-AO 205 CLASS | 1,682 | 1,682 | 1,682 | | 1,682 |
| 162 | 0605414N | UNMANNED CARRIER AVIATION (UCA) | 671,258 | 671,258 | 671,258 | –14,160 | 657,098 |
| | | UMCS excess to need | | | | [–14,160] | |
| 163 | 0605450M | JOINT AIR-TO-GROUND MISSILE (JAGM) | 18,393 | 12,393 | 18,393 | | 18,393 |
| | | Schedule delays | | [–6,000] | | | |
| 165 | 0605500N | MULTI-MISSION MARITIME AIRCRAFT (MMA) | 21,472 | 21,472 | 21,472 | | 21,472 |
| 166 | 0605504N | MULTI-MISSION MARITIME (MMA) INCREMENT III | 177,234 | 177,234 | 177,234 | | 177,234 |
| 167 | 0605611M | MARINE CORPS ASSAULT VEHICLES SYSTEM DEVELOPMENT & DEMONSTRATION. | 77,322 | 69,121 | 77,322 | –8,201 | 69,121 |
| | | Early to need | | [–2,201] | | [–2,201] | |
| | | Excess growth | | [–6,000] | | [–6,000] | |
| 168 | 0605813M | JOINT LIGHT TACTICAL VEHICLE (JLTV) SYSTEM DEVELOPMENT & DEMONSTRATION. | 2,105 | 2,105 | 2,105 | | 2,105 |
| 169 | 0204202N | DDG–1000 | 111,435 | 111,435 | 111,435 | | 111,435 |
| 172 | 0304785N | TACTICAL CRYPTOLOGIC SYSTEMS | 101,339 | 101,339 | 101,339 | | 101,339 |
| 173 | 0306250M | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT | 26,406 | 26,406 | 26,406 | | 26,406 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** | **6,332,033** | **6,152,672** | **6,358,433** | **–201,370** | **6,130,663** |
| | | | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 174 | 0604256N | THREAT SIMULATOR DEVELOPMENT | 66,678 | 66,678 | 66,678 | | 66,678 |
| 175 | 0604258N | TARGET SYSTEMS DEVELOPMENT | 12,027 | 12,027 | 12,027 | | 12,027 |
| 176 | 0604759N | MAJOR T&E INVESTMENT | 85,348 | 85,348 | 85,348 | | 85,348 |
| 178 | 0605152N | STUDIES AND ANALYSIS SUPPORT—NAVY | 3,908 | 3,908 | 3,908 | | 3,908 |
| 179 | 0605154N | CENTER FOR NAVAL ANALYSES | 47,669 | 47,669 | 47,669 | | 47,669 |
| 180 | 0605285N | NEXT GENERATION FIGHTER | 20,698 | 20,698 | 20,698 | | 20,698 |
| 182 | 0605804N | TECHNICAL INFORMATION SERVICES | 988 | 988 | 988 | | 988 |
| 183 | 0605853N | MANAGEMENT, TECHNICAL & INTERNATIONAL SUPPORT | 102,401 | 102,401 | 102,401 | | 102,401 |
| 184 | 0605856N | STRATEGIC TECHNICAL SUPPORT | 3,742 | 3,742 | 3,742 | | 3,742 |
| 186 | 0605863N | RDT&E SHIP AND AIRCRAFT SUPPORT | 93,872 | 93,872 | 93,872 | | 93,872 |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT | 394,020 | 394,020 | 394,020 | | 394,020 |

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 188 | 0605865N | OPERATIONAL TEST AND EVALUATION CAPABILITY | 25,145 | 25,145 | 25,145 | | 25,145 |
| 189 | 0605866N | NAVY SPACE AND ELECTRONIC WARFARE (SEW) SUPPORT | 15,773 | 15,773 | 15,773 | | 15,773 |
| 190 | 0605867N | SEW SURVEILLANCE/RECONNAISSANCE SUPPORT | 8,402 | 8,402 | 8,402 | | 8,402 |
| 191 | 0605873M | MARINE CORPS PROGRAM WIDE SUPPORT | 37,265 | 29,265 | 37,265 | –8,000 | 29,265 |
| | | Unjustified growth | | [–8,000] | | [–8,000] | |
| 192 | 0605898N | MANAGEMENT HQ—R&D | 39,673 | 39,673 | 39,673 | | 39,673 |
| 193 | 0606355N | WARFARE INNOVATION MANAGEMENT | 28,750 | 28,750 | 28,750 | | 28,750 |
| 196 | 0305327N | INSIDER THREAT | 2,645 | 2,645 | 2,645 | | 2,645 |
| 197 | 0902498N | MANAGEMENT HEADQUARTERS (DEPARTMENTAL SUPPORT ACTIVITIES) | 1,460 | 1,460 | 1,460 | | 1,460 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **990,464** | **982,464** | **990,464** | **–8,000** | **982,464** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |
| 202 | 0604227N | HARPOON MODIFICATIONS | 2,302 | 2,302 | 2,302 | | 2,302 |
| 203 | 0604840M | F–35 C2D2 | 422,881 | 422,881 | 422,881 | | 422,881 |
| 204 | 0604840N | F–35 C2D2 | 383,741 | 383,741 | 383,741 | | 383,741 |
| 205 | 0607658N | COOPERATIVE ENGAGEMENT CAPABILITY (CEC) | 127,924 | 127,924 | 127,924 | | 127,924 |
| 207 | 0101221N | STRATEGIC SUB & WEAPONS SYSTEM SUPPORT | 157,676 | 157,676 | 157,676 | –44,184 | 113,492 |
| | | D5LE2 unjustified request | | | | [–44,184] | |
| 208 | 0101224N | SSBN SECURITY TECHNOLOGY PROGRAM | 43,354 | 43,354 | 43,354 | | 43,354 |
| 209 | 0101226N | SUBMARINE ACOUSTIC WARFARE DEVELOPMENT | 6,815 | 6,815 | 6,815 | | 6,815 |
| 210 | 0101402N | NAVY STRATEGIC COMMUNICATIONS | 31,174 | 31,174 | 31,174 | | 31,174 |
| 211 | 0204136N | F/A–18 SQUADRONS | 213,715 | 216,215 | 213,715 | –5,500 | 208,215 |
| | | Block III support prior year carryover | | [–7,500] | | [–7,500] | |
| | | Jet noise reduction research | | [10,000] | | [2,000] | |
| 213 | 0204228N | SURFACE SUPPORT | 36,389 | 45,389 | 36,389 | | 36,389 |
| | | WSN–12 Technology Insertion | | [9,000] | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 214 | 0204229N | TOMAHAWK AND TOMAHAWK MISSION PLANNING CENTER (TMPC) | 320,134 | 320,134 | 320,134 | –33,335 | 286,799 |
| | | JMEWS schedule delays | | | | [–12,098] | |
| | | Maritime strike schedule delays | | | | [–21,237] | |
| 215 | 0204311N | INTEGRATED SURVEILLANCE SYSTEM | 88,382 | 88,382 | 103,382 | 15,000 | 103,382 |
| | | Additional TRAPS units | | | [15,000] | [15,000] | |
| 216 | 0204313N | SHIP-TOWED ARRAY SURVEILLANCE SYSTEMS | 14,449 | 14,449 | 14,449 | | 14,449 |
| 217 | 0204413N | AMPHIBIOUS TACTICAL SUPPORT UNITS (DISPLACEMENT CRAFT) | 6,931 | 6,931 | 6,931 | | 6,931 |
| 218 | 0204460M | GROUND/AIR TASK ORIENTED RADAR (G/ATOR) | 23,891 | 23,891 | 23,891 | | 23,891 |
| 219 | 0204571N | CONSOLIDATED TRAINING SYSTEMS DEVELOPMENT | 129,873 | 129,873 | 129,873 | | 129,873 |
| 221 | 0204575N | ELECTRONIC WARFARE (EW) READINESS SUPPORT | 82,325 | 62,325 | 82,325 | –19,891 | 62,434 |
| | | Prior year carryover | | [–20,000] | | [–19,891] | |
| 222 | 0205601N | HARM IMPROVEMENT | 138,431 | 132,431 | 138,431 | –6,060 | 132,371 |
| | | AARGM ER test schedule discrepancy | | [–6,000] | | [–6,060] | |
| 224 | 0205620N | SURFACE ASW COMBAT SYSTEM INTEGRATION | 29,572 | 29,572 | 29,572 | | 29,572 |
| 225 | 0205632N | MK–48 ADCAP | 85,973 | 85,973 | 85,973 | | 85,973 |
| 226 | 0205633N | AVIATION IMPROVEMENTS | 125,461 | 125,461 | 125,461 | | 125,461 |
| 227 | 0205675N | OPERATIONAL NUCLEAR POWER SYSTEMS | 106,192 | 106,192 | 106,192 | | 106,192 |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 143,317 | 134,317 | 143,317 | –9,000 | 134,317 |
| | | Program delay | | [–9,000] | | [–9,000] | |
| 229 | 0206335M | COMMON AVIATION COMMAND AND CONTROL SYSTEM (CAC2S) | 4,489 | 4,489 | 4,489 | | 4,489 |
| 230 | 0206623M | MARINE CORPS GROUND COMBAT/SUPPORTING ARMS SYSTEMS | 51,788 | 51,788 | 51,788 | | 51,788 |
| 231 | 0206624M | MARINE CORPS COMBAT SERVICES SUPPORT | 37,761 | 37,761 | 42,761 | 5,000 | 42,761 |
| | | Airborne Power Generation Tech Development | | | [5,000] | [5,000] | |
| 232 | 0206625M | USMC INTELLIGENCE/ELECTRONIC WARFARE SYSTEMS (MIP) | 21,458 | 21,458 | 21,458 | | 21,458 |
| 233 | 0206629M | AMPHIBIOUS ASSAULT VEHICLE | 5,476 | 5,476 | 5,476 | | 5,476 |
| 234 | 0207161N | TACTICAL AIM MISSILES | 19,488 | 19,488 | 19,488 | | 19,488 |
| 235 | 0207163N | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM) | 39,029 | 34,529 | 39,029 | | 39,029 |
| | | Prior year carryover | | [–4,500] | | | |
| 239 | 0303109N | SATELLITE COMMUNICATIONS (SPACE) | 34,344 | 34,344 | 34,344 | | 34,344 |
| 240 | 0303138N | CONSOLIDATED AFLOAT NETWORK ENTERPRISE SERVICES (CANES) | 22,873 | 22,873 | 22,873 | | 22,873 |
| 241 | 0303140N | INFORMATION SYSTEMS SECURITY PROGRAM | 41,853 | 41,853 | 41,853 | | 41,853 |
| 243 | 0305192N | MILITARY INTELLIGENCE PROGRAM (MIP) ACTIVITIES | 8,913 | 8,913 | 8,913 | | 8,913 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 244 | 0305204N | TACTICAL UNMANNED AERIAL VEHICLES | 9,451 | 9,451 | 9,451 | | 9,451 |
| 245 | 0305205N | UAS INTEGRATION AND INTEROPERABILITY | 42,315 | 42,315 | 42,315 | | 42,315 |
| 246 | 0305208M | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 22,042 | 22,042 | 22,042 | | 22,042 |
| 248 | 0305220N | MQ–4C TRITON | 11,784 | 11,784 | 11,784 | | 11,784 |
| 249 | 0305231N | MQ–8 UAV | 29,618 | 29,618 | 29,618 | | 29,618 |
| 250 | 0305232M | RQ–11 UAV | 509 | 509 | 509 | | 509 |
| 251 | 0305234N | SMALL (LEVEL 0) TACTICAL UAS (STUASL0) | 11,545 | 11,545 | 11,545 | | 11,545 |
| 252 | 0305239M | RQ–21A | 10,914 | 10,914 | 10,914 | | 10,914 |
| 253 | 0305241N | MULTI-INTELLIGENCE SENSOR DEVELOPMENT | 70,612 | 70,612 | 70,612 | | 70,612 |
| 254 | 0305242M | UNMANNED AERIAL SYSTEMS (UAS) PAYLOADS (MIP) | 3,704 | 3,704 | 3,704 | | 3,704 |
| 255 | 0305421N | RQ–4 MODERNIZATION | 202,346 | 202,346 | 202,346 | –16,900 | 185,446 |
| | | IFC 5.0 concurrency | | | | [–16,900] | |
| 256 | 0308601N | MODELING AND SIMULATION SUPPORT | 7,119 | 7,119 | 7,119 | | 7,119 |
| 257 | 0702207N | DEPOT MAINTENANCE (NON-IF) | 38,182 | 38,182 | 38,182 | | 38,182 |
| 258 | 0708730N | MARITIME TECHNOLOGY (MARITECH) | 6,779 | 6,779 | 6,779 | | 6,779 |
| 259 | 1203109N | SATELLITE COMMUNICATIONS (SPACE) | 15,868 | 15,868 | 15,868 | | 15,868 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS | 1,613,137 | 1,613,137 | 1,613,137 | | 1,613,137 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **5,104,299** | **5,076,299** | **5,124,299** | **–114,870** | **4,989,429** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **–28,000** | **20,000** | **–114,870** | **–114,870** |
| | | | | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | **20,270,499** | **19,868,808** | **20,066,799** | **–595,895** | **19,674,604** |
| | | | | | | | |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | | | | |
| | | **BASIC RESEARCH** | | | | | |
| 001 | 0601102F | DEFENSE RESEARCH SCIENCES | 356,107 | 356,107 | 356,107 | | 356,107 |
| 002 | 0601103F | UNIVERSITY RESEARCH INITIATIVES | 158,859 | 163,859 | 158,859 | 5,000 | 163,859 |
| | | Program increase | | [5,000] | | [5,000] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 003 | 0601108F | HIGH ENERGY LASER RESEARCH INITIATIVES | 14,795 | 14,795 | 14,795 | | 14,795 |
| | | **SUBTOTAL BASIC RESEARCH** | **529,761** | **534,761** | **529,761** | **5,000** | **534,761** |
| | | **APPLIED RESEARCH** | | | | | |
| 004 | 0602102F | MATERIALS | 128,851 | 143,851 | 122,851 | 24,000 | 152,851 |
| | | Advanced materials high energy x-ray | | | [4,000] | [4,000] | |
| | | Advanced materials manufacturing flexible biosensors | | [5,000] | | [5,000] | |
| | | Advanced thermal protection systems | | [5,000] | | [5,000] | |
| | | Duplicative material research | | | [–10,000] | | |
| | | Program increase | | [5,000] | | [10,000] | |
| 005 | 0602201F | AEROSPACE VEHICLE TECHNOLOGIES | 147,724 | 147,724 | 137,724 | | 147,724 |
| | | Reduce program growth | | | [–10,000] | | |
| 006 | 0602202F | HUMAN EFFECTIVENESS APPLIED RESEARCH | 131,795 | 131,795 | 131,795 | | 131,795 |
| 007 | 0602203F | AEROSPACE PROPULSION | 198,775 | 213,775 | 198,775 | 10,000 | 208,775 |
| | | Educational partnership agreements for aerospace propulsion | | [10,000] | | | |
| | | Educational partnership agreements for next generation liquid propulsion. | | | | [5,000] | |
| | | Electrical power/thermal management systems | | [5,000] | | [5,000] | |
| 008 | 0602204F | AEROSPACE SENSORS | 202,912 | 202,912 | 202,912 | | 202,912 |
| 010 | 0602298F | SCIENCE AND TECHNOLOGY MANAGEMENT— MAJOR HEADQUARTERS ACTIVITIES. | 7,968 | 7,968 | 7,968 | | 7,968 |
| 012 | 0602602F | CONVENTIONAL MUNITIONS | 142,772 | 142,772 | 142,772 | | 142,772 |
| 013 | 0602605F | DIRECTED ENERGY TECHNOLOGY | 124,379 | 124,379 | 124,379 | | 124,379 |
| 014 | 0602788F | DOMINANT INFORMATION SCIENCES AND METHODS | 181,562 | 196,562 | 199,062 | 18,000 | 199,562 |
| | | Counter UAS cyber | | | [2,500] | | |
| | | Cyberspace dominance technology research | | | [10,000] | | |
| | | Detection and countering of adversarial UAS | | [5,000] | | [5,000] | |
| | | Quantum Information Science Innovation Center | | [10,000] | | [8,000] | |
| | | Quantum science | | | [5,000] | [5,000] | |
| 015 | 0602890F | HIGH ENERGY LASER RESEARCH | 44,221 | 44,221 | 49,221 | | 44,221 |
| | | High power microwave research | | | [5,000] | | |
| 016 | 1206601F | SPACE TECHNOLOGY | 124,667 | 124,667 | 124,667 | | 124,667 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **SUBTOTAL APPLIED RESEARCH** | **1,435,626** | **1,480,626** | **1,442,126** | **52,000** | **1,487,626** |
| | | | | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 017 | 0603112F | ADVANCED MATERIALS FOR WEAPON SYSTEMS | 36,586 | 41,586 | 38,586 | 5,000 | 41,586 |
| | | Metals affordability initiative | | [5,000] | [2,000] | [5,000] | |
| 018 | 0603199F | SUSTAINMENT SCIENCE AND TECHNOLOGY (S&T) | 16,249 | 16,249 | 16,249 | | 16,249 |
| 019 | 0603203F | ADVANCED AEROSPACE SENSORS | 38,292 | 38,292 | 38,292 | | 38,292 |
| 020 | 0603211F | AEROSPACE TECHNOLOGY DEV/DEMO | 102,949 | 122,949 | 307,949 | 100,000 | 202,949 |
| | | Accelerate air breathing hypersonic program | | | [75,000] | | |
| | | Active winglets development | | | [5,000] | | |
| | | Advanced Personnel Recovery | | | [25,000] | | |
| | | High speed vertical lift demonstration | | [5,000] | | | |
| | | LCAAT | | | [100,000] | | |
| | | Low cost attritable aircraft technology | | [15,000] | | [100,000] | |
| 021 | 0603216F | AEROSPACE PROPULSION AND POWER TECHNOLOGY | 113,973 | 118,973 | 123,973 | 15,000 | 128,973 |
| | | Advanced turbine engine gas generator | | | [10,000] | [10,000] | |
| | | Electrical power systems | | [5,000] | | [5,000] | |
| 022 | 0603270F | ELECTRONIC COMBAT TECHNOLOGY | 48,408 | 48,408 | 38,408 | | 48,408 |
| | | Duplicative EW & PNT research | | | [−10,000] | | |
| 023 | 0603401F | ADVANCED SPACECRAFT TECHNOLOGY | 70,525 | 70,525 | 73,525 | 3,000 | 73,525 |
| | | Strategic radiation hardened microelectronic processors | | | [3,000] | [3,000] | |
| 024 | 0603444F | MAUI SPACE SURVEILLANCE SYSTEM (MSSS) | 11,878 | 11,878 | 11,878 | | 11,878 |
| 025 | 0603456F | HUMAN EFFECTIVENESS ADVANCED TECHNOLOGY DEVELOPMENT | 37,542 | 37,542 | 37,542 | | 37,542 |
| 026 | 0603601F | CONVENTIONAL WEAPONS TECHNOLOGY | 225,817 | 225,817 | 225,817 | | 225,817 |
| 027 | 0603605F | ADVANCED WEAPONS TECHNOLOGY | 37,404 | 37,404 | 37,404 | | 37,404 |
| 028 | 0603680F | MANUFACTURING TECHNOLOGY PROGRAM | 43,116 | 59,116 | 50,116 | 23,000 | 66,116 |
| | | Advanced materials and materials manufacturing | | | [7,000] | [7,000] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Aerospace composites manufacturing | | [10,000] | | [10,000] | |
| | | Program increase | | [6,000] | | [6,000] | |
| 029 | 0603788F | BATTLESPACE KNOWLEDGE DEVELOPMENT AND DEMONSTRATION | 56,414 | 56,414 | 66,414 | | 56,414 |
| | | Cyber applied research | | | [10,000] | | |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** | **839,153** | **885,153** | **1,066,153** | **146,000** | **985,153** |
| | | | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 031 | 0603260F | INTELLIGENCE ADVANCED DEVELOPMENT | 5,672 | 5,672 | 5,672 | | 5,672 |
| 032 | 0603742F | COMBAT IDENTIFICATION TECHNOLOGY | 27,085 | 27,085 | 27,085 | | 27,085 |
| 033 | 0603790F | NATO RESEARCH AND DEVELOPMENT | 4,955 | 4,955 | 4,955 | | 4,955 |
| 034 | 0603851F | INTERCONTINENTAL BALLISTIC MISSILE—DEM/VAL | 44,109 | 44,109 | 44,109 | | 44,109 |
| 036 | 0604002F | AIR FORCE WEATHER SERVICES RESEARCH | 772 | 772 | 772 | | 772 |
| 037 | 0604004F | ADVANCED ENGINE DEVELOPMENT | 878,442 | 849,442 | 878,442 | | 878,442 |
| | | Unjustified budget growth | | [–29,000] | | | |
| 038 | 0604015F | LONG RANGE STRIKE—BOMBER | 3,003,899 | 3,003,899 | 3,003,899 | | 3,003,899 |
| 039 | 0604032F | DIRECTED ENERGY PROTOTYPING | 10,000 | 20,000 | 10,000 | 10,000 | 20,000 |
| | | High-value airborne asset protection | | [10,000] | | [10,000] | |
| 040 | 0604033F | HYPERSONICS PROTOTYPING | 576,000 | 536,000 | 576,000 | | 576,000 |
| | | Program concurrency | | [–40,000] | | | |
| 041 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS | 92,600 | 124,600 | 124,600 | 32,000 | 124,600 |
| | | Program increase | | [32,000] | | [32,000] | |
| | | UPL M-CODE acceleration | | | [32,000] | | |
| 042 | 0604257F | ADVANCED TECHNOLOGY AND SENSORS | 23,145 | 23,145 | 23,145 | | 23,145 |
| 043 | 0604288F | NATIONAL AIRBORNE OPS CENTER (NAOC) RECAP | 16,669 | 16,669 | 16,669 | | 16,669 |
| 044 | 0604317F | TECHNOLOGY TRANSFER | 23,614 | 23,614 | 23,614 | | 23,614 |
| 045 | 0604327F | HARD AND DEEPLY BURIED TARGET DEFEAT SYSTEM (HDBTDS) PROGRAM. | 113,121 | 113,121 | 113,121 | | 113,121 |
| 046 | 0604414F | CYBER RESILIENCY OF WEAPON SYSTEMS-ACS | 56,325 | 56,325 | 56,325 | | 56,325 |
| 047 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D | 28,034 | 28,034 | 28,034 | | 28,034 |
| 048 | 0604858F | TECH TRANSITION PROGRAM | 128,476 | 128,476 | 134,476 | 6,000 | 134,476 |
| | | Rapid repair | | | [6,000] | [6,000] | |
| 049 | 0605230F | GROUND BASED STRATEGIC DETERRENT | 570,373 | 489,395 | 592,373 | –17,978 | 552,395 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Program consolidation | | | [22,000] | | |
| | | Program reduction | | [–103,000] | | [–40,000] | |
| | | Technical adjustment for NC3 | | [22,022] | | [22,022] | |
| 050 | 0207100F | LIGHT ATTACK ARMED RECONNAISSANCE (LAAR) SQUADRONS | 35,000 | 35,000 | 85,000 | | 35,000 |
| | | Light attack experiment | | | [50,000] | | |
| 051 | 0207110F | NEXT GENERATION AIR DOMINANCE | 1,000,000 | 500,000 | 1,000,000 | –45,000 | 955,000 |
| | | Cost-risk associated with development profile | | [–500,000] | | [–45,000] | |
| 052 | 0207455F | THREE DIMENSIONAL LONG-RANGE RADAR (3DELRR) | 37,290 | 37,290 | 37,290 | | 37,290 |
| 053 | 0208099F | UNIFIED PLATFORM (UP) | 10,000 | 10,000 | 10,000 | | 10,000 |
| 054 | 0305236F | COMMON DATA LINK EXECUTIVE AGENT (CDL EA) | 36,910 | 36,910 | 36,910 | | 36,910 |
| 055 | 0305251F | CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT | 35,000 | 35,000 | 35,000 | | 35,000 |
| 056 | 0305601F | MISSION PARTNER ENVIRONMENTS | 8,550 | 8,550 | 8,550 | | 8,550 |
| 057 | 0306250F | CYBER OPERATIONS TECHNOLOGY DEVELOPMENT | 198,864 | 198,864 | 240,064 | 41,200 | 240,064 |
| | | Accelerate development of Cyber National Mission Force capabilities. | | | [13,600] | [13,600] | |
| | | ETERNALDARKNESS | | | [7,100] | [7,100] | |
| | | Joint Common Access Platform | | | [20,500] | [20,500] | |
| 058 | 0306415F | ENABLED CYBER ACTIVITIES | 16,632 | 16,632 | 16,632 | | 16,632 |
| 060 | 0901410F | CONTRACTING INFORMATION TECHNOLOGY SYSTEM | 20,830 | 20,830 | 20,830 | | 20,830 |
| 061 | 1203164F | NAVSTAR GLOBAL POSITIONING SYSTEM (USER EQUIPMENT) (SPACE) | 329,948 | 329,948 | 329,948 | | 329,948 |
| 062 | 1203710F | EO/IR WEATHER SYSTEMS | 101,222 | 101,222 | 101,222 | | 101,222 |
| 063 | 1206422F | WEATHER SYSTEM FOLLOW-ON | 225,660 | 205,660 | 225,660 | –20,000 | 205,660 |
| | | Unjustified growth | | [–20,000] | | [–20,000] | |
| 064 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS | 29,776 | 29,776 | 29,776 | | 29,776 |
| 065 | 1206427F | SPACE SYSTEMS PROTOTYPE TRANSITIONS (SSPT) | 142,045 | 162,045 | 142,045 | | 142,045 |
| | | Accelerate Blackjack prototype demonstration and tech maturation | | [20,000] | | | |
| 067 | 1206438F | SPACE CONTROL TECHNOLOGY | 64,231 | 58,231 | 64,231 | –5,000 | 59,231 |

November 23, 2019 (1:06 a.m.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Unjustified growth | | [−6,000] | | [−5,000] | |
| 068 | 1206730F | SPACE SECURITY AND DEFENSE PROGRAM | 56,385 | 56,385 | 56,385 | | 56,385 |
| 069 | 1206760F | PROTECTED TACTICAL ENTERPRISE SERVICE (PTES) | 105,003 | 105,003 | 95,003 | | 105,003 |
| | | Unjustified growth | | | [−10,000] | | |
| 070 | 1206761F | PROTECTED TACTICAL SERVICE (PTS) | 173,694 | 166,194 | 163,694 | −10,000 | 163,694 |
| | | Unjustified growth | | [−7,500] | [−10,000] | [−10,000] | |
| 071 | 1206855F | EVOLVED STRATEGIC SATCOM (ESS) | 172,206 | 172,206 | 172,206 | | 172,206 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE | 33,742 | 30,742 | 33,742 | −10,000 | 23,742 |
| | | Program decrease | | [−3,000] | | [−10,000] | |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | **8,436,279** | **7,811,801** | **8,567,479** | **−18,778** | **8,417,501** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 073 | 0604200F | FUTURE ADVANCED WEAPON ANALYSIS & PROGRAMS | 246,200 | 200 | 97,120 | −246,200 | |
| | | ERWn contract delay | | | [−149,080] | | |
| | | Excess to need | | | | [−246,200] | |
| | | Unjustified requirement | | [−246,000] | | | |
| 074 | 0604201F | PNT RESILIENCY, MODS, AND IMPROVEMENTS | 67,782 | 67,782 | 148,782 | 81,000 | 148,782 |
| | | UPL M-Code Acceleration | | | [81,000] | [81,000] | |
| 075 | 0604222F | NUCLEAR WEAPONS SUPPORT | 4,406 | 4,406 | 4,406 | | 4,406 |
| 076 | 0604270F | ELECTRONIC WARFARE DEVELOPMENT | 2,066 | 2,066 | 2,066 | | 2,066 |
| 077 | 0604281F | TACTICAL DATA NETWORKS ENTERPRISE | 229,631 | 210,331 | 229,631 | −19,300 | 210,331 |
| | | Prior-year carryover | | [−19,300] | | [−19,300] | |
| 078 | 0604287F | PHYSICAL SECURITY EQUIPMENT | 9,700 | 9,700 | 9,700 | | 9,700 |
| 079 | 0604329F | SMALL DIAMETER BOMB (SDB)—EMD | 31,241 | 41,241 | 31,241 | 10,000 | 41,241 |
| | | Program efficiency initiative | | [10,000] | | [10,000] | |
| 080 | 0604429F | AIRBORNE ELECTRONIC ATTACK | 2 | 2 | 2 | | 2 |
| 081 | 0604602F | ARMAMENT/ORDNANCE DEVELOPMENT | 28,043 | 22,543 | 28,043 | | 28,043 |
| | | Unjustified requirement (JAGM-F) | | [−5,500] | | | |
| 082 | 0604604F | SUBMUNITIONS | 3,045 | 3,045 | 3,045 | | 3,045 |
| 083 | 0604617F | AGILE COMBAT SUPPORT | 19,944 | 19,944 | 19,944 | | 19,944 |
| 084 | 0604706F | LIFE SUPPORT SYSTEMS | 8,624 | 16,624 | 8,624 | | 8,624 |
| | | Next-gen ejection seat qualification | | [8,000] | | | |

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 085 | 0604735F | COMBAT TRAINING RANGES | 37,365 | 37,365 | 37,365 | | 37,365 |
| 086 | 0604800F | F–35—EMD | 7,628 | 7,628 | 7,628 | | 7,628 |
| 087 | 0604932F | LONG RANGE STANDOFF WEAPON | 712,539 | 712,539 | 712,539 | | 712,539 |
| 088 | 0604933F | ICBM FUZE MODERNIZATION | 161,199 | 156,199 | 161,199 | | 161,199 |
| | | Program decrease | | [–5,000] | | | |
| 089 | 0605030F | JOINT TACTICAL NETWORK CENTER (JTNC) | 2,414 | 2,414 | 2,414 | | 2,414 |
| 091 | 0605056F | OPEN ARCHITECTURE MANAGEMENT | 30,000 | 30,000 | 30,000 | | 30,000 |
| 093 | 0605221F | KC–46 | 59,561 | 59,561 | 59,561 | | 59,561 |
| 094 | 0605223F | ADVANCED PILOT TRAINING | 348,473 | 348,473 | 348,473 | | 348,473 |
| 095 | 0605229F | COMBAT RESCUE HELICOPTER | 247,047 | 246,047 | 247,047 | | 247,047 |
| | | Support cost growth | | [–1,000] | | | |
| 098 | 0605931F | B–2 DEFENSIVE MANAGEMENT SYSTEM | 294,400 | 294,400 | 294,400 | | 294,400 |
| 099 | 0101125F | NUCLEAR WEAPONS MODERNIZATION | 27,564 | 27,564 | 27,564 | | 27,564 |
| 100 | 0101213F | MINUTEMAN SQUADRONS | 1 | 1 | 1 | | 1 |
| 101 | 0207171F | F–15 EPAWSS | 47,322 | 47,322 | 47,322 | | 47,322 |
| 102 | 0207328F | STAND IN ATTACK WEAPON | 162,840 | 127,840 | 162,840 | | 162,840 |
| | | Unjustified program growth | | [–35,000] | | | |
| 103 | 0207701F | FULL COMBAT MISSION TRAINING | 9,797 | 9,797 | 9,797 | | 9,797 |
| 106 | 0401310F | C–32 EXECUTIVE TRANSPORT RECAPITALIZATION | 9,930 | 9,930 | 9,930 | | 9,930 |
| 107 | 0401319F | VC–25B | 757,923 | 757,923 | 757,923 | | 757,923 |
| 108 | 0701212F | AUTOMATED TEST SYSTEMS | 2,787 | 2,787 | 2,787 | | 2,787 |
| 109 | 1203176F | COMBAT SURVIVOR EVADER LOCATOR | 2,000 | 2,000 | 2,000 | | 2,000 |
| 110 | 1203269F | GPS III FOLLOW-ON (GPS IIIF) | 462,875 | 452,875 | 462,875 | –10,000 | 452,875 |
| | | Unjustified growth | | [–10,000] | | [–10,000] | |
| 111 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 76,829 | 56,829 | 76,829 | –20,000 | 56,829 |
| | | GBOSS unjustified growth | | [–20,000] | | [–20,000] | |
| 112 | 1206421F | COUNTERSPACE SYSTEMS | 29,037 | 34,037 | 29,037 | | 29,037 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Counterspace communications systems pre-planned product improvement. | | [5,000] | | | |
| 113 | 1206422F | WEATHER SYSTEM FOLLOW-ON | 2,237 | 2,237 | 2,237 | | 2,237 |
| 114 | 1206425F | SPACE SITUATION AWARENESS SYSTEMS | 412,894 | 362,894 | 412,894 | | 412,894 |
| | | Unexecutable growth | | [–50,000] | | | |
| 115 | 1206426F | SPACE FENCE | | | 20,000 | | |
| | | Space Fence | | | [20,000] | | |
| 116 | 1206431F | ADVANCED EHF MILSATCOM (SPACE) | 117,290 | 117,290 | 117,290 | | 117,290 |
| 117 | 1206432F | POLAR MILSATCOM (SPACE) | 427,400 | 427,400 | 427,400 | –26,000 | 401,400 |
| | | Prior year carryover | | | | [–26,000] | |
| 118 | 1206433F | WIDEBAND GLOBAL SATCOM (SPACE) | 1,920 | 1,920 | 1,920 | | 1,920 |
| 119 | 1206441F | SPACE BASED INFRARED SYSTEM (SBIRS) HIGH EMD | 1 | 1 | 1 | | 1 |
| 120 | 1206442F | NEXT GENERATION OPIR | 1,395,278 | 1,018,878 | 1,395,278 | | 1,395,278 |
| | | Unexecutable funding profile | | [–293,100] | | | |
| | | Unexecutable funding profile (ground) | | [–83,300] | | | |
| 121 | 1206445F | COMMERCIAL SATCOM (COMSATCOM) INTEGRATION | | 10,000 | | 5,000 | 5,000 |
| | | Accelerate integration of COMSATCOM capabilities | | [10,000] | | [5,000] | |
| 122 | 1206853F | NATIONAL SECURITY SPACE LAUNCH PROGRAM (SPACE)—EMD | 432,009 | 432,009 | 432,009 | | 432,009 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** | **6,929,244** | **6,194,044** | **6,881,164** | **–225,500** | **6,703,744** |
| | | | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 123 | 0604256F | THREAT SIMULATOR DEVELOPMENT | 59,693 | 59,693 | 59,693 | | 59,693 |
| 124 | 0604759F | MAJOR T&E INVESTMENT | 181,663 | 183,663 | 232,663 | 38,000 | 219,663 |
| | | Telemetry extension SATCOM relay | | [2,000] | | [2,000] | |
| | | UPL M-Code Acceleration | | | [36,000] | [36,000] | |
| | | Utah training range instrumentation | | | [15,000] | | |
| 125 | 0605101F | RAND PROJECT AIR FORCE | 35,258 | 35,258 | 35,258 | | 35,258 |
| 127 | 0605712F | INITIAL OPERATIONAL TEST & EVALUATION | 13,793 | 13,793 | 13,793 | | 13,793 |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 717,895 | 743,395 | 771,895 | | 717,895 |
| | | Accelerate prototype program | | | [5,000] | | |
| | | Facilitates 5G test and evaluation | | | [49,000] | | |
| | | Overwater range telemetry improvements | | [9,500] | | | |

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Program increase | | [16,000] | | | |
| 129 | 0605826F | ACQ WORKFORCE- GLOBAL POWER | 258,667 | 258,667 | 258,667 | | 258,667 |
| 130 | 0605827F | ACQ WORKFORCE- GLOBAL VIG & COMBAT SYS | 251,992 | 226,992 | 251,992 | | 251,992 |
| | | Program decrease | | [–25,000] | | | |
| 131 | 0605828F | ACQ WORKFORCE- GLOBAL REACH | 149,191 | 149,191 | 149,191 | | 149,191 |
| 132 | 0605829F | ACQ WORKFORCE- CYBER, NETWORK, & BUS SYS | 235,360 | 235,360 | 235,360 | | 235,360 |
| 133 | 0605830F | ACQ WORKFORCE- GLOBAL BATTLE MGMT | 160,196 | 144,196 | 160,196 | | 160,196 |
| | | Program decrease | | [–16,000] | | | |
| 134 | 0605831F | ACQ WORKFORCE- CAPABILITY INTEGRATION | 220,255 | 198,255 | 220,255 | | 220,255 |
| | | Program decrease | | [–22,000] | | | |
| 135 | 0605832F | ACQ WORKFORCE- ADVANCED PRGM TECHNOLOGY | 42,392 | 42,392 | 42,392 | | 42,392 |
| 136 | 0605833F | ACQ WORKFORCE- NUCLEAR SYSTEMS | 133,231 | 133,231 | 133,231 | | 133,231 |
| 137 | 0605898F | MANAGEMENT HQ—R&D | 5,590 | 5,590 | 5,590 | | 5,590 |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 88,445 | 88,445 | 88,445 | | 88,445 |
| 139 | 0605978F | FACILITIES SUSTAINMENT—TEST AND EVALUATION SUPPORT | 29,424 | 29,424 | 29,424 | | 29,424 |
| 140 | 0606017F | REQUIREMENTS ANALYSIS AND MATURATION | 62,715 | 62,715 | 62,715 | | 62,715 |
| 141 | 0606398F | MANAGEMENT HQ—T&E | 5,013 | 5,013 | 5,013 | | 5,013 |
| 142 | 0308602F | ENTEPRISE INFORMATION SERVICES (EIS) | 17,128 | 17,128 | 17,128 | | 17,128 |
| 143 | 0702806F | ACQUISITION AND MANAGEMENT SUPPORT | 5,913 | 5,913 | 5,913 | | 5,913 |
| 144 | 0804731F | GENERAL SKILL TRAINING | 1,475 | 1,475 | 1,475 | | 1,475 |
| 146 | 1001004F | INTERNATIONAL ACTIVITIES | 4,071 | 4,071 | 4,071 | | 4,071 |
| 147 | 1206116F | SPACE TEST AND TRAINING RANGE DEVELOPMENT | 19,942 | 14,942 | 19,942 | | 19,942 |
| | | Unjustified growth | | [–5,000] | | | |
| 148 | 1206392F | SPACE AND MISSILE CENTER (SMC) CIVILIAN WORKFORCE | 167,810 | 167,810 | 167,810 | | 167,810 |
| 149 | 1206398F | SPACE & MISSILE SYSTEMS CENTER—MHA | 10,170 | 10,170 | 10,170 | | 10,170 |
| 150 | 1206860F | ROCKET SYSTEMS LAUNCH PROGRAM (SPACE) | 13,192 | 23,192 | 13,192 | | 13,192 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Small rockets launch services | | [10,000] | | | |
| 151 | 1206864F | SPACE TEST PROGRAM (STP) | 26,097 | 29,097 | 26,097 | | 26,097 |
| | | Small launch | | [3,000] | | | |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **2,916,571** | **2,889,071** | **3,021,571** | **38,000** | **2,954,571** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |
| 152 | 0604003F | ADVANCED BATTLE MANAGEMENT SYSTEM (ABMS) | 35,611 | 20,011 | 84,611 | –2,000 | 33,611 |
| | | Accelerates 5G military use | | | [49,000] | | |
| | | Program increase—sensor fusion and artificial intelligence technology. | | [10,000] | | [8,000] | |
| | | Unjustified request | | [–25,600] | | [–10,000] | |
| 154 | 0604233F | SPECIALIZED UNDERGRADUATE FLIGHT TRAINING | 2,584 | 2,584 | 2,584 | | 2,584 |
| 155 | 0604445F | WIDE AREA SURVEILLANCE | | 20,000 | | | |
| | | Program increase | | [20,000] | | | |
| 156 | 0604776F | DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D | 903 | 903 | 903 | | 903 |
| 157 | 0604840F | F–35 C2D2 | 694,455 | 694,455 | 694,455 | | 694,455 |
| 158 | 0605018F | AF INTEGRATED PERSONNEL AND PAY SYSTEM (AF-IPPS) | 40,567 | 30,567 | | | 40,567 |
| | | Poor agile development | | | [–40,567] | | |
| | | Program decrease | | [–10,000] | | | |
| 159 | 0605024F | ANTI-TAMPER TECHNOLOGY EXECUTIVE AGENCY | 47,193 | 47,193 | 47,193 | | 47,193 |
| 160 | 0605117F | FOREIGN MATERIEL ACQUISITION AND EXPLOITATION | 70,083 | 70,083 | 70,083 | | 70,083 |
| 161 | 0605278F | HC/MC–130 RECAP RDT&E | 17,218 | 17,218 | 4,818 | | 17,218 |
| | | Program delay | | | [–12,400] | | |
| 162 | 0606018F | NC3 INTEGRATION | 25,917 | 25,917 | 25,917 | | 25,917 |
| 164 | 0101113F | B–52 SQUADRONS | 325,974 | 325,974 | 325,974 | | 325,974 |
| 165 | 0101122F | AIR-LAUNCHED CRUISE MISSILE (ALCM) | 10,217 | 10,217 | 10,217 | | 10,217 |
| 166 | 0101126F | B–1B SQUADRONS | 1,000 | 1,000 | 1,000 | | 1,000 |
| 167 | 0101127F | B–2 SQUADRONS | 97,276 | 97,276 | 97,276 | | 97,276 |
| 168 | 0101213F | MINUTEMAN SQUADRONS | 128,961 | 106,939 | 106,961 | | 128,961 |
| | | Program consolidation | | | [–22,000] | | |
| | | Technical adjustment for NC3 | | [–22,022] | | | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 170 | 0101316F | WORLDWIDE JOINT STRATEGIC COMMUNICATIONS | 18,177 | 18,177 | 18,177 | | 18,177 |
| 171 | 0101324F | INTEGRATED STRATEGIC PLANNING & ANALYSIS NETWORK | 24,261 | 24,261 | 24,261 | | 24,261 |
| 172 | 0101328F | ICBM REENTRY VEHICLES | 75,571 | 75,571 | 75,571 | –34,300 | 41,271 |
| | | Program delay | | | | [–34,300] | |
| 174 | 0102110F | UH–1N REPLACEMENT PROGRAM | 170,975 | 170,975 | 170,975 | | 170,975 |
| 176 | 0205219F | MQ–9 UAV | 154,996 | 154,996 | 154,996 | –27,700 | 127,296 |
| | | Program reduction | | | | [–27,700] | |
| 178 | 0207131F | A–10 SQUADRONS | 36,816 | 36,816 | 36,816 | | 36,816 |
| 179 | 0207133F | F–16 SQUADRONS | 193,013 | 193,013 | 193,013 | | 193,013 |
| 180 | 0207134F | F–15E SQUADRONS | 336,079 | 317,779 | 336,079 | –16,250 | 319,829 |
| | | Unjustified F–15C requirements | | [–18,300] | | [–16,250] | |
| 181 | 0207136F | MANNED DESTRUCTIVE SUPPRESSION | 15,521 | 15,521 | 15,521 | | 15,521 |
| 182 | 0207138F | F–22A SQUADRONS | 496,298 | 442,498 | 496,298 | | 496,298 |
| | | Excess to requirements | | [–23,800] | | | |
| | | Prior-year carryover | | [–30,000] | | | |
| 183 | 0207142F | F–35 SQUADRONS | 99,943 | 99,943 | 99,943 | | 99,943 |
| 184 | 0207161F | TACTICAL AIM MISSILES | 10,314 | 10,314 | 10,314 | | 10,314 |
| 185 | 0207163F | ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM) | 55,384 | 55,384 | 55,384 | | 55,384 |
| 186 | 0207227F | COMBAT RESCUE—PARARESCUE | 281 | 281 | 281 | | 281 |
| 187 | 0207247F | AF TENCAP | 21,365 | 21,365 | 21,365 | | 21,365 |
| 188 | 0207249F | PRECISION ATTACK SYSTEMS PROCUREMENT | 10,696 | 10,696 | 10,696 | | 10,696 |
| 189 | 0207253F | COMPASS CALL | 15,888 | 15,888 | 15,888 | | 15,888 |
| 190 | 0207268F | AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM | 112,505 | 107,505 | 112,505 | | 112,505 |
| | | Prior-year carryover (F–35) | | [–5,000] | | | |
| 191 | 0207325F | JOINT AIR-TO-SURFACE STANDOFF MISSILE (JASSM) | 78,498 | 78,498 | 78,498 | | 78,498 |
| 192 | 0207410F | AIR & SPACE OPERATIONS CENTER (AOC) | 114,864 | 104,864 | 114,864 | | 114,864 |
| | | Unjustified request | | [–10,000] | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 193 | 0207412F | CONTROL AND REPORTING CENTER (CRC) | 8,109 | 8,109 | 8,109 | | 8,109 |
| 194 | 0207417F | AIRBORNE WARNING AND CONTROL SYSTEM (AWACS) | 67,996 | 61,209 | 67,996 | | 67,996 |
| | | Excess to need | | [–6,787] | | | |
| 195 | 0207418F | TACTICAL AIRBORNE CONTROL SYSTEMS | 2,462 | 2,462 | 2,462 | | 2,462 |
| 197 | 0207431F | COMBAT AIR INTELLIGENCE SYSTEM ACTIVITIES | 13,668 | 13,668 | 13,668 | | 13,668 |
| 198 | 0207444F | TACTICAL AIR CONTROL PARTY-MOD | 6,217 | 6,217 | 6,217 | | 6,217 |
| 200 | 0207452F | DCAPES | 19,910 | 19,910 | 19,910 | | 19,910 |
| 201 | 0207573F | NATIONAL TECHNICAL NUCLEAR FORENSICS | 1,788 | 1,788 | 1,788 | | 1,788 |
| 202 | 0207590F | SEEK EAGLE | 28,237 | 28,237 | 28,237 | | 28,237 |
| 203 | 0207601F | USAF MODELING AND SIMULATION | 15,725 | 15,725 | 15,725 | | 15,725 |
| 204 | 0207605F | WARGAMING AND SIMULATION CENTERS | 4,316 | 4,316 | 4,316 | | 4,316 |
| 205 | 0207610F | BATTLEFIELD ABN COMM NODE (BACN) | 26,946 | 26,946 | 26,946 | | 26,946 |
| 206 | 0207697F | DISTRIBUTED TRAINING AND EXERCISES | 4,303 | 4,303 | 4,303 | | 4,303 |
| 207 | 0208006F | MISSION PLANNING SYSTEMS | 71,465 | 71,465 | 71,465 | | 71,465 |
| 208 | 0208007F | TACTICAL DECEPTION | 7,446 | 7,446 | 7,446 | | 7,446 |
| 209 | 0208064F | OPERATIONAL HQ—CYBER | 7,602 | 7,602 | 7,602 | | 7,602 |
| 210 | 0208087F | DISTRIBUTED CYBER WARFARE OPERATIONS | 35,178 | 35,178 | 35,178 | | 35,178 |
| 211 | 0208088F | AF DEFENSIVE CYBERSPACE OPERATIONS | 16,609 | 16,609 | 16,609 | | 16,609 |
| 212 | 0208097F | JOINT CYBER COMMAND AND CONTROL (JCC2) | 11,603 | 11,603 | 11,603 | | 11,603 |
| 213 | 0208099F | UNIFIED PLATFORM (UP) | 84,702 | 84,702 | 84,702 | | 84,702 |
| 218A | 0301004F | ADVANCED DATA TRANSPORT FLIGHT TEST | | | 21,000 | | |
| | | Accelerate prototype test of 5G | | | [21,000] | | |
| 219 | 0301025F | GEOBASE | 2,723 | 2,723 | 2,723 | | 2,723 |
| 220 | 0301112F | NUCLEAR PLANNING AND EXECUTION SYSTEM (NPES) | 44,190 | 44,190 | 44,190 | | 44,190 |
| 226 | 0301401F | AIR FORCE SPACE AND CYBER NON-TRADITIONAL ISR FOR BATTLESPACE AWARENESS. | 3,575 | 3,575 | 3,575 | | 3,575 |
| 227 | 0302015F | E–4B NATIONAL AIRBORNE OPERATIONS CENTER (NAOC) | 70,173 | 70,173 | 70,173 | –27,550 | 42,623 |
| | | Unclear acquisition strategy | | | | [–27,550] | |
| 228 | 0303131F | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN) | 13,543 | 28,543 | 13,543 | | 13,543 |
| | | Advanced concept development—NC3 demonstration and evaluation. | | [15,000] | | | |
| 229 | 0303133F | HIGH FREQUENCY RADIO SYSTEMS | 15,881 | 1,881 | 15,881 | | 15,881 |

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Prior-year carryover | | [–14,000] | | | |
| 230 | 0303140F | INFORMATION SYSTEMS SECURITY PROGRAM | 27,726 | 27,726 | 27,726 | | 27,726 |
| 232 | 0303142F | GLOBAL FORCE MANAGEMENT—DATA INITIATIVE | 2,210 | 2,210 | 2,210 | | 2,210 |
| 234 | 0304115F | MULTI DOMAIN COMMAND AND CONTROL (MDC2) | 150,880 | 100,880 | 150,880 | | 150,880 |
| | | Unjustified growth | | [–50,000] | | | |
| 235 | 0304260F | AIRBORNE SIGINT ENTERPRISE | 102,667 | 94,167 | 102,667 | –17,500 | 85,167 |
| | | Common development ahead of need | | [–8,500] | | [–8,500] | |
| | | Program reduction | | | | [–9,000] | |
| 236 | 0304310F | COMMERCIAL ECONOMIC ANALYSIS | 3,431 | 3,431 | 3,431 | | 3,431 |
| 239 | 0305015F | C2 AIR OPERATIONS SUITE—C2 INFO SERVICES | 9,313 | 9,313 | 9,313 | | 9,313 |
| 240 | 0305020F | CCMD INTELLIGENCE INFORMATION TECHNOLOGY | 1,121 | 1,121 | 1,121 | | 1,121 |
| 241 | 0305022F | ISR MODERNIZATION & AUTOMATION DVMT (IMAD) | 19,000 | 3,000 | | –16,000 | 3,000 |
| | | Not mature plan | | | [–19,000] | | |
| | | Unjustified request | | [–16,000] | | [–16,000] | |
| 242 | 0305099F | GLOBAL AIR TRAFFIC MANAGEMENT (GATM) | 4,544 | 4,544 | 4,544 | | 4,544 |
| 243 | 0305111F | WEATHER SERVICE | 25,461 | 27,461 | 25,461 | 2,000 | 27,461 |
| | | Commercial weather data pilot | | [2,000] | | [2,000] | |
| 244 | 0305114F | AIR TRAFFIC CONTROL, APPROACH, AND LANDING SYSTEM (ATCALS) | 5,651 | 5,651 | 5,651 | | 5,651 |
| 245 | 0305116F | AERIAL TARGETS | 7,448 | 7,448 | 7,448 | | 7,448 |
| 248 | 0305128F | SECURITY AND INVESTIGATIVE ACTIVITIES | 425 | 425 | 425 | | 425 |
| 249 | 0305145F | ARMS CONTROL IMPLEMENTATION | 54,546 | 54,546 | 54,546 | | 54,546 |
| 250 | 0305146F | DEFENSE JOINT COUNTERINTELLIGENCE ACTIVITIES | 6,858 | 6,858 | 6,858 | | 6,858 |
| 252 | 0305179F | INTEGRATED BROADCAST SERVICE (IBS) | 8,728 | 8,728 | 8,728 | | 8,728 |
| 253 | 0305202F | DRAGON U–2 | 38,939 | 38,939 | 38,939 | | 38,939 |
| 255 | 0305206F | AIRBORNE RECONNAISSANCE SYSTEMS | 122,909 | 132,909 | 122,909 | 10,000 | 132,909 |
| | | Program increase for Gorgon Stare sensor enhancements | | [10,000] | | [10,000] | |
| 256 | 0305207F | MANNED RECONNAISSANCE SYSTEMS | 11,787 | 11,787 | 11,787 | | 11,787 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 257 | 0305208F | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 25,009 | 25,009 | 25,009 | | 25,009 |
| 258 | 0305220F | RQ–4 UAV | 191,733 | 173,883 | 191,733 | | 191,733 |
| | | Unjustified request | | [–17,850] | | | |
| 259 | 0305221F | NETWORK-CENTRIC COLLABORATIVE TARGETING | 10,757 | 10,757 | 10,757 | | 10,757 |
| 260 | 0305238F | NATO AGS | 32,567 | 32,567 | 32,567 | | 32,567 |
| 261 | 0305240F | SUPPORT TO DCGS ENTERPRISE | 37,774 | 37,774 | 37,774 | | 37,774 |
| 262 | 0305600F | INTERNATIONAL INTELLIGENCE TECHNOLOGY AND ARCHITECTURES | 13,515 | 13,515 | 13,515 | | 13,515 |
| 263 | 0305881F | RAPID CYBER ACQUISITION | 4,383 | 4,383 | 4,383 | | 4,383 |
| 264 | 0305984F | PERSONNEL RECOVERY COMMAND & CTRL (PRC2) | 2,133 | 2,133 | 2,133 | | 2,133 |
| 265 | 0307577F | INTELLIGENCE MISSION DATA (IMD) | 8,614 | 8,614 | 8,614 | | 8,614 |
| 266 | 0401115F | C–130 AIRLIFT SQUADRON | 140,425 | 140,425 | 140,425 | –39,000 | 101,425 |
| | | Contract award savings | | | | [–39,000] | |
| 267 | 0401119F | C–5 AIRLIFT SQUADRONS (IF) | 10,223 | 10,223 | 10,223 | | 10,223 |
| 268 | 0401130F | C–17 AIRCRAFT (IF) | 25,101 | 25,101 | 25,101 | | 25,101 |
| 269 | 0401132F | C–130J PROGRAM | 8,640 | 8,640 | 8,640 | | 8,640 |
| 270 | 0401134F | LARGE AIRCRAFT IR COUNTERMEASURES (LAIRCM) | 5,424 | 5,424 | 5,424 | | 5,424 |
| 272 | 0401219F | KC–10S | 20 | 20 | 20 | | 20 |
| 274 | 0401318F | CV–22 | 17,906 | 17,906 | 17,906 | | 17,906 |
| 276 | 0408011F | SPECIAL TACTICS / COMBAT CONTROL | 3,629 | 3,629 | 3,629 | | 3,629 |
| 277 | 0702207F | DEPOT MAINTENANCE (NON-IF) | 1,890 | 1,890 | 1,890 | | 1,890 |
| 278 | 0708055F | MAINTENANCE, REPAIR & OVERHAUL SYSTEM | 10,311 | 10,311 | 10,311 | | 10,311 |
| 279 | 0708610F | LOGISTICS INFORMATION TECHNOLOGY (LOGIT) | 16,065 | 16,065 | 16,065 | | 16,065 |
| 280 | 0708611F | SUPPORT SYSTEMS DEVELOPMENT | 539 | 539 | 539 | | 539 |
| 281 | 0804743F | OTHER FLIGHT TRAINING | 2,057 | 2,057 | 2,057 | | 2,057 |
| 282 | 0808716F | OTHER PERSONNEL ACTIVITIES | 10 | 10 | 10 | | 10 |
| 283 | 0901202F | JOINT PERSONNEL RECOVERY AGENCY | 2,060 | 2,060 | 2,060 | | 2,060 |
| 284 | 0901218F | CIVILIAN COMPENSATION PROGRAM | 3,809 | 3,809 | 3,809 | | 3,809 |
| 285 | 0901220F | PERSONNEL ADMINISTRATION | 6,476 | 6,476 | 6,476 | | 6,476 |
| 286 | 0901226F | AIR FORCE STUDIES AND ANALYSIS AGENCY | 1,443 | 1,443 | 1,443 | | 1,443 |
| 287 | 0901538F | FINANCIAL MANAGEMENT INFORMATION SYSTEMS DEVELOPMENT | 9,323 | 9,323 | 9,323 | | 9,323 |
| 288 | 0901554F | DEFENSE ENTERPRISE ACNTNG AND MGT SYS (DEAMS) | 46,789 | 46,789 | 46,789 | | 46,789 |
| 289 | 1201017F | GLOBAL SENSOR INTEGRATED ON NETWORK (GSIN) | 3,647 | 3,647 | 3,647 | | 3,647 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 290 | 1201921F | SERVICE SUPPORT TO STRATCOM—SPACE ACTIVITIES | 988 | 988 | 988 | | 988 |
| 291 | 1202140F | SERVICE SUPPORT TO SPACECOM ACTIVITIES | 11,863 | 11,863 | 11,863 | | 11,863 |
| 293 | 1203001F | FAMILY OF ADVANCED BLOS TERMINALS (FAB-T) | 197,388 | 192,388 | 197,388 | –20,000 | 177,388 |
| | | FET schedule slip | | | | [–15,000] | |
| | | Unjustified growth | | [–5,000] | | [–5,000] | |
| 294 | 1203110F | SATELLITE CONTROL NETWORK (SPACE) | 61,891 | 54,291 | 61,891 | | 61,891 |
| | | Underexecution of funds and unjustified growth | | [–7,600] | | | |
| 297 | 1203173F | SPACE AND MISSILE TEST AND EVALUATION CENTER | 4,566 | 4,566 | 4,566 | | 4,566 |
| 298 | 1203174F | SPACE INNOVATION, INTEGRATION AND RAPID TECHNOLOGY DEVELOPMENT. | 43,292 | 43,292 | 43,292 | | 43,292 |
| 300 | 1203182F | SPACELIFT RANGE SYSTEM (SPACE) | 10,837 | 10,837 | 10,837 | | 10,837 |
| 301 | 1203265F | GPS III SPACE SEGMENT | 42,440 | 42,440 | 42,440 | | 42,440 |
| 302 | 1203400F | SPACE SUPERIORITY INTELLIGENCE | 14,428 | 14,428 | 14,428 | | 14,428 |
| 303 | 1203614F | JSPOC MISSION SYSTEM | 72,762 | 51,262 | 72,762 | | 72,762 |
| | | Unjustified growth | | [–21,500] | | | |
| 304 | 1203620F | NATIONAL SPACE DEFENSE CENTER | 2,653 | 2,653 | 2,653 | | 2,653 |
| 306 | 1203873F | BALLISTIC MISSILE DEFENSE RADARS | 15,881 | 15,881 | 15,881 | | 15,881 |
| 308 | 1203913F | NUDET DETECTION SYSTEM (SPACE) | 49,300 | 49,300 | 49,300 | | 49,300 |
| 309 | 1203940F | SPACE SITUATION AWARENESS OPERATIONS | 17,834 | 17,834 | 17,834 | | 17,834 |
| 310 | 1206423F | GLOBAL POSITIONING SYSTEM III—OPERATIONAL CONTROL SEGMENT | 445,302 | 445,302 | 445,302 | | 445,302 |
| 311 | 1206770F | ENTERPRISE GROUND SERVICES | 138,870 | 128,670 | 138,870 | –39,800 | 99,070 |
| | | Contract award delay | | | | [–39,800] | |
| | | Unjustified growth | | [–10,200] | | | |
| 311A | 9999999999 | CLASSIFIED PROGRAMS | 18,351,506 | 17,998,506 | 18,351,506 | –122,000 | 18,229,506 |
| | | Classified reduction | | [–353,000] | | [–122,000] | |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **24,851,488** | **24,253,329** | **24,827,521** | **–350,100** | **24,501,388** |
| | | **SUBTOTAL UNDISTRIBUTED** | | **–598,159** | **–23,967** | **–350,100** | **–350,100** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | **45,938,122** | **44,048,785** | **46,335,775** | **–353,378** | **45,584,744** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | | | | |
| | | **BASIC RESEARCH** | | | | | |
| 001 | 0601000BR | DTRA BASIC RESEARCH | 26,000 | 26,000 | 26,000 | | 26,000 |
| 002 | 0601101E | DEFENSE RESEARCH SCIENCES | 432,284 | 432,284 | 432,284 | | 432,284 |
| 003 | 0601110D8Z | BASIC RESEARCH INITIATIVES | 48,874 | 58,874 | 58,874 | 20,000 | 68,874 |
| | | DEPSCOR | | | [10,000] | [10,000] | |
| | | Program increase | | [10,000] | | [10,000] | |
| 004 | 0601117E | BASIC OPERATIONAL MEDICAL RESEARCH SCIENCE | 54,122 | 59,122 | 54,122 | | 54,122 |
| | | Brain injury research university partnerships | | [5,000] | | | |
| 005 | 0601120D8Z | NATIONAL DEFENSE EDUCATION PROGRAM | 92,074 | 112,074 | 102,074 | 10,000 | 102,074 |
| | | Civics education grant program | | [20,000] | | [2,000] | |
| | | Submarine industrial base workforce training and education | | | [10,000] | [8,000] | |
| 006 | 0601228D8Z | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/MINORITY INSTITUTIONS. | 30,708 | 50,708 | 32,708 | 16,000 | 46,708 |
| | | Aerospace research and education | | | [2,000] | [2,000] | |
| | | Program decrease | | [–5,000] | | | |
| | | Program increase | | [25,000] | | [14,000] | |
| 007 | 0601384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 45,238 | 45,238 | 45,238 | | 45,238 |
| | | **SUBTOTAL BASIC RESEARCH** | **729,300** | **784,300** | **751,300** | **46,000** | **775,300** |
| | | **APPLIED RESEARCH** | | | | | |
| 008 | 0602000D8Z | JOINT MUNITIONS TECHNOLOGY | 19,306 | 19,306 | 19,306 | | 19,306 |
| 009 | 0602115E | BIOMEDICAL TECHNOLOGY | 97,771 | 97,771 | 97,771 | | 97,771 |
| 011 | 0602234D8Z | LINCOLN LABORATORY RESEARCH PROGRAM | 52,317 | 52,317 | 52,317 | | 52,317 |
| 012 | 0602251D8Z | APPLIED RESEARCH FOR THE ADVANCEMENT OF S&T PRIORITIES | 62,200 | 62,200 | 64,200 | –6,800 | 55,400 |
| | | Computer modeling of PFAS | | | [2,000] | [2,000] | |
| | | Excess growth | | | | [–8,800] | |
| 013 | 0602303E | INFORMATION & COMMUNICATIONS TECHNOLOGY | 442,556 | 442,556 | 442,556 | –5,000 | 437,556 |
| | | Unjustified growth | | | | [–5,000] | |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 014 | 0602383E | BIOLOGICAL WARFARE DEFENSE | 34,588 | 34,588 | 34,588 | | 34,588 |
| 015 | 0602384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 202,587 | 215,087 | 202,587 | 12,500 | 215,087 |
| | | Program increase | | [12,500] | | [12,500] | |
| 016 | 0602668D8Z | CYBER SECURITY RESEARCH | 15,118 | 15,118 | 25,118 | 10,000 | 25,118 |
| | | Academic cyber institutes | | | [10,000] | [10,000] | |
| 017 | 0602702E | TACTICAL TECHNOLOGY | 337,602 | 337,602 | 337,602 | | 337,602 |
| 018 | 0602715E | MATERIALS AND BIOLOGICAL TECHNOLOGY | 223,976 | 223,976 | 223,976 | | 223,976 |
| 019 | 0602716E | ELECTRONICS TECHNOLOGY | 332,192 | 332,192 | 332,192 | –6,000 | 326,192 |
| | | Unjustified growth | | | | [–6,000] | |
| 020 | 0602718BR | COUNTER WEAPONS OF MASS DESTRUCTION APPLIED RESEARCH | 179,096 | 179,096 | 179,096 | –5,000 | 174,096 |
| | | Unjustified growth | | | | [–5,000] | |
| 021 | 0602751D8Z | SOFTWARE ENGINEERING INSTITUTE (SEI) APPLIED RESEARCH | 9,580 | 9,580 | 9,580 | | 9,580 |
| 022 | 1160401BB | SOF TECHNOLOGY DEVELOPMENT | 40,569 | 45,569 | 40,569 | | 40,569 |
| | | Media forensics | | [5,000] | | | |
| | | **SUBTOTAL APPLIED RESEARCH** | **2,049,458** | **2,066,958** | **2,061,458** | **–300** | **2,049,158** |
| | | | | | | | |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | | |
| 023 | 0603000D8Z | JOINT MUNITIONS ADVANCED TECHNOLOGY | 25,779 | 25,779 | 25,779 | | 25,779 |
| 024 | 0603121D8Z | SO/LIC ADVANCED DEVELOPMENT | 5,000 | 5,000 | 5,000 | | 5,000 |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT | 70,517 | 79,517 | 70,517 | 5,000 | 75,517 |
| | | Counterterrorism detection technologies | | [3,000] | | | |
| | | Program increase | | | | [5,000] | |
| | | Terrorism studies | | [6,000] | | | |
| 026 | 0603133D8Z | FOREIGN COMPARATIVE TESTING | 24,970 | 24,970 | 24,970 | | 24,970 |
| 028 | 0603160BR | COUNTER WEAPONS OF MASS DESTRUCTION ADVANCED TECHNOLOGY DEVELOPMENT. | 340,065 | 340,065 | 340,065 | –1,490 | 338,575 |
| | | Excess growth | | | | [–1,490] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 029 | 0603176C | ADVANCED CONCEPTS AND PERFORMANCE ASSESSMENT | 14,208 | 14,208 | 14,208 | | 14,208 |
| 030 | 0603178C | WEAPONS TECHNOLOGY | 10,000 | 10,000 | 10,000 | –10,000 | |
| | | MD72 program termination | | | | [–10,000] | |
| 031 | 0603180C | ADVANCED RESEARCH | 20,674 | 27,674 | 20,674 | 7,000 | 27,674 |
| | | Advanced carbon-carbon composites manufacturing | | [7,000] | | [7,000] | |
| 032 | 0603225D8Z | JOINT DOD-DOE MUNITIONS TECHNOLOGY DEVELOPMENT | 18,773 | 18,773 | 18,773 | | 18,773 |
| 033 | 0603286E | ADVANCED AEROSPACE SYSTEMS | 279,741 | 279,741 | 279,741 | | 279,741 |
| 034 | 0603287E | SPACE PROGRAMS AND TECHNOLOGY | 202,606 | 202,606 | 202,606 | –30,000 | 172,606 |
| | | RSGS program delays | | | | [–30,000] | |
| 035 | 0603288D8Z | ANALYTIC ASSESSMENTS | 19,429 | 19,429 | 19,429 | | 19,429 |
| 036 | 0603289D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS | 37,645 | 37,645 | 37,645 | | 37,645 |
| 037 | 0603291D8Z | ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS—MHA | 14,668 | 14,668 | 14,668 | | 14,668 |
| 038 | 0603294C | COMMON KILL VEHICLE TECHNOLOGY | 13,600 | 13,600 | 13,600 | | 13,600 |
| 040 | 0603342D8Z | DEFENSE INNOVATION UNIT (DIU) | 29,398 | 29,398 | 36,898 | | 29,398 |
| | | Accelerate artificial intelligence solutions | | | [7,500] | | |
| 041 | 0603375D8Z | TECHNOLOGY INNOVATION | 60,000 | 44,000 | 60,000 | –30,000 | 30,000 |
| | | Insufficient justification | | | | [–30,000] | |
| | | Program decrease | | [–16,000] | | | |
| 042 | 0603384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—ADVANCED DEVELOPMENT. | 172,486 | 172,486 | 172,486 | | 172,486 |
| 043 | 0603527D8Z | RETRACT LARCH | 159,688 | 159,688 | 159,688 | | 159,688 |
| 044 | 0603618D8Z | JOINT ELECTRONIC ADVANCED TECHNOLOGY | 12,063 | 17,063 | 12,063 | | 12,063 |
| | | Joint electromagnetic spectrum operations | | [5,000] | | | |
| 045 | 0603648D8Z | JOINT CAPABILITY TECHNOLOGY DEMONSTRATIONS | 107,359 | 107,359 | 89,859 | –17,500 | 89,859 |
| | | Program reduction | | | [–17,500] | [–17,500] | |
| 046 | 0603662D8Z | NETWORKED COMMUNICATIONS CAPABILITIES | 2,858 | 2,858 | 2,858 | | 2,858 |
| 047 | 0603680D8Z | DEFENSE-WIDE MANUFACTURING SCIENCE AND TECHNOLOGY PROGRAM | 96,397 | 116,397 | 96,397 | 20,000 | 116,397 |
| | | Additive manufacturing | | [10,000] | | [10,000] | |
| | | Integrated silicon based lasers | | [5,000] | | [5,000] | |
| | | Program increase | | [5,000] | | [5,000] | |
| 048 | 0603680S | MANUFACTURING TECHNOLOGY PROGRAM | 42,834 | 42,834 | 42,834 | | 42,834 |
| 049 | 0603699D8Z | EMERGING CAPABILITIES TECHNOLOGY DEVELOPMENT | 80,911 | 80,911 | 70,911 | | 80,911 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Program reduction | | | [–10,000] | | |
| 050 | 0603712S | GENERIC LOGISTICS R&D TECHNOLOGY DEMONSTRATIONS | 10,817 | 10,817 | 10,817 | | 10,817 |
| 051 | 0603716D8Z | STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM | 66,157 | 66,157 | 76,157 | | 66,157 |
| | | SERDP | | | [10,000] | | |
| 052 | 0603720S | MICROELECTRONICS TECHNOLOGY DEVELOPMENT AND SUPPORT | 171,771 | 171,771 | 171,771 | | 171,771 |
| 053 | 0603727D8Z | JOINT WARFIGHTING PROGRAM | 4,846 | 4,846 | 4,846 | | 4,846 |
| 054 | 0603739E | ADVANCED ELECTRONICS TECHNOLOGIES | 128,616 | 128,616 | 128,616 | | 128,616 |
| 055 | 0603760E | COMMAND, CONTROL AND COMMUNICATIONS SYSTEMS | 232,134 | 232,134 | 232,134 | | 232,134 |
| 056 | 0603766E | NETWORK-CENTRIC WARFARE TECHNOLOGY | 512,424 | 512,424 | 512,424 | –5,000 | 507,424 |
| | | Unjustified increase | | | | [–5,000] | |
| 057 | 0603767E | SENSOR TECHNOLOGY | 163,903 | 163,903 | 163,903 | | 163,903 |
| 058 | 0603769D8Z | DISTRIBUTED LEARNING ADVANCED TECHNOLOGY DEVELOPMENT | 13,723 | 13,723 | 13,723 | | 13,723 |
| 059 | 0603781D8Z | SOFTWARE ENGINEERING INSTITUTE | 15,111 | 15,111 | 15,111 | | 15,111 |
| 060 | 0603826D8Z | QUICK REACTION SPECIAL PROJECTS | 47,147 | 47,147 | 47,147 | | 47,147 |
| 061 | 0603833D8Z | ENGINEERING SCIENCE & TECHNOLOGY | 19,376 | 19,376 | 19,376 | | 19,376 |
| 062 | 0603924D8Z | HIGH ENERGY LASER ADVANCED TECHNOLOGY PROGRAM | 85,223 | 85,223 | 85,223 | | 85,223 |
| 063 | 0603941D8Z | TEST & EVALUATION SCIENCE & TECHNOLOGY | 175,574 | 180,574 | 185,574 | 10,000 | 185,574 |
| | | Program increase to support NDS technologies | | | [10,000] | [10,000] | |
| | | UAV hypersonic test range | | [5,000] | | | |
| 064 | 0603950D8Z | NATIONAL SECURITY INNOVATION NETWORK | 25,000 | 30,000 | 25,000 | | 25,000 |
| | | Hacking for defense | | [5,000] | | | |
| 065 | 0604055D8Z | OPERATIONAL ENERGY CAPABILITY IMPROVEMENT | 70,536 | 70,536 | 70,536 | –16,636 | 53,900 |
| | | Excess growth | | | | [–16,636] | |
| 066 | 0303310D8Z | CWMD SYSTEMS | 28,907 | 28,907 | 28,907 | | 28,907 |
| 068 | 1160402BB | SOF ADVANCED TECHNOLOGY DEVELOPMENT | 89,154 | 89,154 | 89,154 | | 89,154 |
| 069 | 1206310SDA | SPACE SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT | 20,000 | 41,500 | 20,000 | | 20,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Program increase for commercial SSA; funds transferred from JSPOC Mission System. | | [21,500] | | | |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** | **3,742,088** | **3,798,588** | **3,742,088** | **−68,626** | **3,673,462** |
| | | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | | | | | |
| 070 | 0603161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E ADC&P. | 42,695 | 42,695 | 42,695 | | 42,695 |
| 071 | 0603600D8Z | WALKOFF | 92,791 | 92,791 | 92,791 | | 92,791 |
| 072 | 0603821D8Z | ACQUISITION ENTERPRISE DATA & INFORMATION SERVICES | 5,659 | 5,659 | 5,659 | | 5,659 |
| 073 | 0603851D8Z | ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM | 66,572 | 66,572 | 76,572 | 2,000 | 68,572 |
| | | ESTCP | | | [10,000] | [2,000] | |
| 074 | 0603881C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT | 302,761 | 302,761 | 302,761 | | 302,761 |
| 075 | 0603882C | BALLISTIC MISSILE DEFENSE MIDCOURSE DEFENSE SEGMENT | 1,156,506 | 960,506 | 1,156,506 | 81,100 | 1,237,606 |
| | | Common booster engineering early to need | | | | [−15,000] | |
| | | GBSD booster engineering | | [−15,000] | | | |
| | | Homeland Defense Radar-Hawaii delay | | | | [−30,400] | |
| | | RKV cancellation—on demand communications | | | | [−13,500] | |
| | | RKV Program Termination—Trasfer from RD,DW 109 for SLEP program. | | | | [140,000] | |
| | | Unjustified program growth | | [−181,000] | | | |
| 076 | 0603884BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—DEM/VAL | 83,662 | 83,662 | 83,662 | | 83,662 |
| 077 | 0603884C | BALLISTIC MISSILE DEFENSE SENSORS | 283,487 | 283,487 | 283,487 | | 283,487 |
| 078 | 0603890C | BMD ENABLING PROGRAMS | 571,507 | 570,476 | 571,507 | | 571,507 |
| | | Rescope FTM–44—Conduct IRBM test | | [−1,031] | | | |
| 079 | 0603891C | SPECIAL PROGRAMS—MDA | 377,098 | 504,098 | 502,098 | 135,000 | 512,098 |
| | | Classified | | | [125,000] | | |
| | | Classified reduction | | [−8,000] | | | |
| | | Classified unfunded priority | | [135,000] | | [135,000] | |
| 080 | 0603892C | AEGIS BMD | 727,479 | 702,479 | 727,479 | −28,000 | 699,479 |
| | | Unjustified cost growth | | [−25,000] | | | |
| | | Unjustified growth | | | | [−28,000] | |

SEC. 4201. RESEARCH, DEVELDPMENT, TEST, AND EVALUATIDN
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 081 | 0603896C | BALLISTIC MISSILE DEFENSE COMMAND AND CONTROL, BATTLE MANAGEMENT AND COMMUNICATI. | 564,206 | 561,706 | 564,206 | –1,500 | 562,706 |
| | | IBCS integration delays | | [–1,500] | | [–1,500] | |
| | | Rescope FTM–44—Conduct IRBM test | | [–1,000] | | | |
| 082 | 0603898C | BALLISTIC MISSILE DEFENSE JOINT WARFIGHTER SUPPORT | 51,532 | 51,532 | 51,532 | | 51,532 |
| 083 | 0603904C | MISSILE DEFENSE INTEGRATION & OPERATIONS CENTER (MDIOC) | 56,161 | 56,161 | 56,161 | | 56,161 |
| 084 | 0603906C | REGARDING TRENCH | 22,424 | 22,424 | 22,424 | | 22,424 |
| 085 | 0603907C | SEA BASED X-BAND RADAR (SBX) | 128,156 | 128,156 | 128,156 | | 128,156 |
| 086 | 0603913C | ISRAELI COOPERATIVE PROGRAMS | 300,000 | 300,000 | 300,000 | | 300,000 |
| 087 | 0603914C | BALLISTIC MISSILE DEFENSE TEST | 395,924 | 393,356 | 395,924 | | 395,924 |
| | | Rescope FTM–44—Conduct IRBM test | | [–2,568] | | | |
| 088 | 0603915C | BALLISTIC MISSILE DEFENSE TARGETS | 554,171 | 554,171 | 554,171 | | 554,171 |
| 089 | 0603920D8Z | HUMANITARIAN DEMINING | 10,820 | 15,820 | 10,820 | 3,880 | 14,700 |
| | | Program increase | | [5,000] | | [3,880] | |
| 090 | 0603923D8Z | COALITION WARFARE | 11,316 | 11,316 | 11,316 | | 11,316 |
| 091 | 0604016D8Z | DEPARTMENT OF DEFENSE CORROSION PROGRAM | 3,365 | 3,365 | 3,365 | | 3,365 |
| 092 | 0604115C | TECHNOLOGY MATURATION INITIATIVES | 303,458 | 301,122 | 269,458 | –34,000 | 269,458 |
| | | Cancel Neutral Particle Beam | | [–34,000] | | [–34,000] | |
| | | Increase to low power laser demonstrator | | [35,000] | | | |
| | | Neutral particle beam | | | [–34,000] | | |
| | | Rescope FTM–44—Conduct IRBM test | | [–3,336] | | | |
| 093 | 0604132D8Z | MISSILE DEFEAT PROJECT | 17,816 | 7,816 | 17,816 | –7,816 | 10,000 |
| | | Unjustified budget request—program transitioned to services | | [–10,000] | | [–7,816] | |
| 095 | 0604181C | HYPERSONIC DEFENSE | 157,425 | 157,425 | 157,425 | | 157,425 |
| 096 | 0604250D8Z | ADVANCED INNOVATIVE TECHNOLOGIES | 1,312,735 | 1,007,585 | 1,343,735 | | 1,312,735 |
| | | Hypervelocity Gun Weapon System | | | [81,000] | [80,000] | |
| | | Insufficient justification | | | | [–80,000] | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Program decrease | | [−155,150] | | | |
| | | Realign to 0604011D8Z, Next Generation Information Technology | | [−50,000] | | | |
| | | Undistributed | | [−100,000] | | | |
| | | Unjustified growth to SCO | | | [−50,000] | | |
| 097 | 0604294D8Z | TRUSTED & ASSURED MICROELECTRONICS | 542,421 | 542,421 | 547,421 | 5,000 | 547,421 |
| | | Trusted and assured microelectronics research | | | [5,000] | [5,000] | |
| 098 | 0604331D8Z | RAPID PROTOTYPING PROGRAM | 100,957 | 100,957 | 50,957 | −50,000 | 50,957 |
| | | Uncoordinated prototyping efforts | | | [−50,000] | [−50,000] | |
| 099 | 0604341D8Z | DEFENSE INNOVATION UNIT (DIU) PROTOTYPING | 92,000 | 92,000 | 92,000 | | 92,000 |
| | | Insufficient budget justification for national security innovation capital. | | [−75,000] | | | |
| | | Program increase—national security innovation capital | | [75,000] | | | |
| 100 | 0604400D8Z | DEPARTMENT OF DEFENSE (DOD) UNMANNED SYSTEM COMMON DEVELOPMENT. | 3,021 | 3,021 | 3,021 | | 3,021 |
| 102 | 0604672C | HOMELAND DEFENSE RADAR—HAWAII (HDR-H) | 274,714 | 274,714 | 274,714 | −101,116 | 173,598 |
| | | Funding acceleration early to need | | | | [−60,000] | |
| | | Radar foundation and thermal control system early to need | | | | [−41,116] | |
| 103 | 0604673C | PACIFIC DISCRIMINATING RADAR | 6,711 | 6,711 | 6,711 | | 6,711 |
| 104 | 0604682D8Z | WARGAMING AND SUPPORT FOR STRATEGIC ANALYSIS (SSA) | 3,751 | 3,751 | 3,751 | | 3,751 |
| 105 | 0604775BR | DEFENSE RAPID INNOVATION PROGRAM | 14,021 | 14,021 | 14,021 | | 14,021 |
| 107 | 0604826J | JOINT C5 CAPABILITY DEVELOPMENT, INTEGRATION AND INTEROPERABILITY ASSESSMENTS. | 20,062 | 20,062 | 20,062 | | 20,062 |
| 108 | 0604873C | LONG RANGE DISCRIMINATION RADAR (LRDR) | 136,423 | 136,423 | 136,423 | | 136,423 |
| 109 | 0604874C | IMPROVED HOMELAND DEFENSE INTERCEPTORS | 412,363 | 262,363 | 412,363 | −140,000 | 272,363 |
| | | Program delays | | [−150,000] | | | |
| | | RKV Termination – transfer to RD,DW 075 for SLEP program | | | | [−140,000] | |
| 110 | 0604876C | BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT TEST | 25,137 | 25,137 | 25,137 | | 25,137 |
| 111 | 0604878C | AEGIS BMD TEST | 169,822 | 148,740 | 169,822 | | 169,822 |
| | | Rescope FTM–44—Conduct IRBM test | | [−21,082] | | | |
| 112 | 0604879C | BALLISTIC MISSILE DEFENSE SENSOR TEST | 105,530 | 94,566 | 105,530 | | 105,530 |
| | | Rescope FTM–44—Conduct IRBM test | | [−10,964] | | | |
| 113 | 0604880C | LAND-BASED SM–3 (LBSM3) | 38,352 | 38,352 | 38,352 | | 38,352 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 115 | 0604887C | BALLISTIC MISSILE DEFENSE MIDCOURSE SEGMENT TEST | 98,139 | 96,446 | 98,139 | | 98,139 |
| | | Rescope FTM–44—Conduct IRBM test | | [–1,693] | | | |
| 117 | 0300206R | ENTERPRISE INFORMATION TECHNOLOGY SYSTEMS | 1,600 | 1,600 | 1,600 | | 1,600 |
| 118 | 0303191D8Z | JOINT ELECTROMAGNETIC TECHNOLOGY (JET) PROGRAM | 3,191 | 3,191 | 3,191 | | 3,191 |
| 119 | 0305103C | CYBER SECURITY INITIATIVE | 1,138 | 1,138 | 1,138 | | 1,138 |
| 120 | 1206410SDA | SPACE TECHNOLOGY DEVELOPMENT AND PROTOTYPING | 85,000 | 75,000 | 55,000 | –30,000 | 55,000 |
| | | Increase to SDA for multi-GNSS receiver capability development | | [20,000] | | | |
| | | Missile defense studies realignment | | | [–30,000] | [–30,000] | |
| | | Space-based discrimination study | | [–15,000] | | | |
| | | Space-based interceptor study | | [–15,000] | | | |
| 121 | 1206893C | SPACE TRACKING & SURVEILLANCE SYSTEM | 35,849 | 35,849 | 35,849 | | 35,849 |
| 122 | 1206895C | BALLISTIC MISSILE DEFENSE SYSTEM SPACE PROGRAMS | 27,565 | 135,565 | 135,565 | 108,000 | 135,565 |
| | | HBTSS unfunded requirement | | | [108,000] | | |
| | | Hypersonic and Ballistic Tracking Space Sensor | | [108,000] | | [108,000] | |
| 122A | 0604011D8Z | NEXT GENERATION INFORMATION COMMUNICATIONS TECHNOLOGY (5G) | | 175,000 | 25,000 | 275,000 | 275,000 |
| | | DOD Spectrum Sharing Program | | | [25,000] | | |
| | | NTTR and additional AF installation 5G network | | | | [100,000] | |
| | | Program increase | | [175,000] | | [175,000] | |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | **9,797,493** | **9,474,169** | **9,987,493** | **217,548** | **10,015,041** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT AND DEMONSTRATION** | | | | | |
| 123 | 0604161D8Z | NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E SDD. | 11,276 | 11,276 | 11,276 | | 11,276 |
| 124 | 0604165D8Z | PROMPT GLOBAL STRIKE CAPABILITY DEVELOPMENT | 107,000 | | 107,000 | –31,000 | 76,000 |
| | | Lack of justification—awaiting policy | | [–76,000] | | | |
| | | Transfer to RDTE, Army Line 100 | | [–31,000] | | [–31,000] | |
| 125 | 0604384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM—EMD | 384,047 | 384,047 | 384,047 | –10,000 | 374,047 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Excess growth | | | | [−10,000] | |
| 126 | 0604771D8Z | JOINT TACTICAL INFORMATION DISTRIBUTION SYSTEM (JTIDS) | 40,102 | 43,102 | 40,102 | | 40,102 |
| | | Cyber maturity model certification program | | [3,000] | | | |
| 127 | 0605000BR | COUNTER WEAPONS OF MASS DESTRUCTION SYSTEMS DEVELOPMENT | 13,100 | 13,100 | 13,100 | | 13,100 |
| 128 | 0605013BL | INFORMATION TECHNOLOGY DEVELOPMENT | 3,070 | 3,070 | 3,070 | | 3,070 |
| 129 | 0605021SE | HOMELAND PERSONNEL SECURITY INITIATIVE | 7,295 | 7,295 | 7,295 | | 7,295 |
| 130 | 0605022D8Z | DEFENSE EXPORTABILITY PROGRAM | 17,615 | 7,615 | 17,615 | | 17,615 |
| | | Unjustified growth | | [−10,000] | | | |
| 131 | 0605027D8Z | OUSD(C) IT DEVELOPMENT INITIATIVES | 15,653 | 15,653 | 15,653 | | 15,653 |
| 132 | 0605070S | DOD ENTERPRISE SYSTEMS DEVELOPMENT AND DEMONSTRATION | 2,378 | 2,378 | 2,378 | | 2,378 |
| 133 | 0605075D8Z | CMO POLICY AND INTEGRATION | 1,618 | 1,618 | 1,618 | | 1,618 |
| 134 | 0605080S | DEFENSE AGENCY INITIATIVES (DAI)—FINANCIAL SYSTEM | 27,944 | 27,944 | 27,944 | | 27,944 |
| 135 | 0605090S | DEFENSE RETIRED AND ANNUITANT PAY SYSTEM (DRAS) | 6,609 | 6,609 | 6,609 | | 6,609 |
| 136 | 0605210D8Z | DEFENSE-WIDE ELECTRONIC PROCUREMENT CAPABILITIES | 9,619 | 9,619 | 9,619 | | 9,619 |
| 137 | 0605294D8Z | TRUSTED & ASSURED MICROELECTRONICS | 175,032 | 175,032 | 175,032 | | 175,032 |
| 138 | 0303140BL | INFORMATION SYSTEMS SECURITY PROGRAM | 425 | 425 | 425 | | 425 |
| 139 | 0303141K | GLOBAL COMBAT SUPPORT SYSTEM | 1,578 | 1,578 | 1,578 | | 1,578 |
| 140 | 0305304D8Z | DOD ENTERPRISE ENERGY INFORMATION MANAGEMENT (EEIM) | 4,373 | 4,373 | 4,373 | | 4,373 |
| 141 | 0305310D8Z | CWMD SYSTEMS: SYSTEM DEVELOPMENT AND DEMONSTRATION | 12,854 | 12,854 | 12,854 | | 12,854 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT AND DEMONSTRATION** | **841,588** | **727,588** | **841,588** | **−41,000** | **800,588** |
| | | | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 142 | 0603829J | JOINT CAPABILITY EXPERIMENTATION | 13,000 | 13,000 | 13,000 | | 13,000 |
| 143 | 0604774D8Z | DEFENSE READINESS REPORTING SYSTEM (DRRS) | 9,724 | 9,724 | 9,724 | | 9,724 |
| 144 | 0604875D8Z | JOINT SYSTEMS ARCHITECTURE DEVELOPMENT | 9,593 | 9,593 | 9,593 | | 9,593 |
| 145 | 0604940D8Z | CENTRAL TEST AND EVALUATION INVESTMENT DEVELOPMENT (CTEIP) | 260,267 | 240,267 | 260,267 | | 260,267 |
| | | Undistributed | | [−20,000] | | | |
| 146 | 0604942D8Z | ASSESSMENTS AND EVALUATIONS | 30,834 | 30,834 | 30,834 | | 30,834 |
| 147 | 0605001E | MISSION SUPPORT | 68,498 | 68,498 | 68,498 | | 68,498 |
| 148 | 0605100D8Z | JOINT MISSION ENVIRONMENT TEST CAPABILITY (JMETC) | 83,091 | 83,091 | 89,091 | 6,000 | 89,091 |
| | | Cyber range development | | | [6,000] | [6,000] | |
| 149 | 0605104D8Z | TECHNICAL STUDIES, SUPPORT AND ANALYSIS | 18,079 | 18,079 | 13,079 | | 18,079 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Program reduction | | | [–5,000] | | |
| 150 | 0605126J | JOINT INTEGRATED AIR AND MISSILE DEFENSE ORGANIZATION (JIAMDO) | 70,038 | 70,038 | 70,038 | | 70,038 |
| 152 | 0605142D8Z | SYSTEMS ENGINEERING | 37,140 | 37,140 | 32,140 | | 37,140 |
| | | Program reduction | | | [–5,000] | | |
| 153 | 0605151D8Z | STUDIES AND ANALYSIS SUPPORT—OSD | 4,759 | 4,759 | 4,759 | | 4,759 |
| 154 | 0605161D8Z | NUCLEAR MATTERS-PHYSICAL SECURITY | 8,307 | 8,307 | 8,307 | | 8,307 |
| 155 | 0605170D8Z | SUPPORT TO NETWORKS AND INFORMATION INTEGRATION | 9,441 | 9,441 | 9,441 | | 9,441 |
| 156 | 0605200D8Z | GENERAL SUPPORT TO USD (INTELLIGENCE) | 1,700 | 1,700 | 1,700 | | 1,700 |
| 157 | 0605384BP | CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM | 110,363 | 110,363 | 110,363 | | 110,363 |
| 166 | 0605790D8Z | SMALL BUSINESS INNOVATION RESEARCH (SBIR)/ SMALL BUSINESS TECHNOLOGY TRANSFER. | 3,568 | 3,568 | 3,568 | | 3,568 |
| 167 | 0605797D8Z | MAINTAINING TECHNOLOGY ADVANTAGE | 19,936 | 19,936 | 19,936 | | 19,936 |
| 168 | 0605798D8Z | DEFENSE TECHNOLOGY ANALYSIS | 16,875 | 19,875 | 16,875 | 3,000 | 19,875 |
| | | National Science, Technology, and Security Roundtable with Academia. | | [3,000] | | [3,000] | |
| 169 | 0605801KA | DEFENSE TECHNICAL INFORMATION CENTER (DTIC) | 57,716 | 57,716 | 57,716 | | 57,716 |
| 170 | 0605803SE | R&D IN SUPPORT OF DOD ENLISTMENT, TESTING AND EVALUATION | 34,448 | 34,448 | 34,448 | | 34,448 |
| 171 | 0605804D8Z | DEVELOPMENT TEST AND EVALUATION | 22,203 | 22,203 | 22,203 | | 22,203 |
| 172 | 0605898E | MANAGEMENT HQ—R&D | 13,208 | 13,208 | 13,208 | | 13,208 |
| 173 | 0605998KA | MANAGEMENT HQ—DEFENSE TECHNICAL INFORMATION CENTER (DTIC) | 3,027 | 3,027 | 3,027 | | 3,027 |
| 174 | 0606100D8Z | BUDGET AND PROGRAM ASSESSMENTS | 8,017 | 8,017 | 8,017 | | 8,017 |
| 175 | 0606225D8Z | ODNA TECHNOLOGY AND RESOURCE ANALYSIS | 3,194 | 3,194 | 3,194 | | 3,194 |
| 176 | 0606589D8W | DEFENSE DIGITAL SERVICE (DDS) DEVELOPMENT SUPPORT | 1,000 | 1,000 | 6,000 | | 1,000 |
| | | Increase | | | [5,000] | | |
| 179 | 0203345D8Z | DEFENSE OPERATIONS SECURITY INITIATIVE (DOSI) | 3,037 | 3,037 | 3,037 | | 3,037 |
| 180 | 0204571J | JOINT STAFF ANALYTICAL SUPPORT | 9,216 | 9,216 | 9,216 | | 9,216 |
| 183 | 0303166J | SUPPORT TO INFORMATION OPERATIONS (IO) CAPABILITIES | 553 | 553 | 553 | | 553 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 184 | 0303260D8Z | DEFENSE MILITARY DECEPTION PROGRAM OFFICE (DMDPO) | 1,014 | 1,014 | 1,014 | | 1,014 |
| 185 | 0305172K | COMBINED ADVANCED APPLICATIONS | 58,667 | 58,667 | 58,667 | −10,000 | 48,667 |
| | | Unjustified growth | | | | [−10,000] | |
| 187 | 0305245D8Z | INTELLIGENCE CAPABILITIES AND INNOVATION INVESTMENTS | 21,081 | 21,081 | 21,081 | | 21,081 |
| 189 | 0307588D8Z | ALGORITHMIC WARFARE CROSS FUNCTIONAL TEAMS | 221,235 | 221,235 | 221,235 | | 221,235 |
| 191 | 0804768J | COCOM EXERCISE ENGAGEMENT AND TRAINING TRANSFORMATION (CE2T2)—NON-MHA. | 40,073 | 40,073 | 40,073 | | 40,073 |
| 192 | 0808709SE | DEFENSE EQUAL OPPORTUNITY MANAGEMENT INSTITUTE (DEOMI) | 100 | 100 | 100 | | 100 |
| 193 | 0901598C | MANAGEMENT HQ—MDA | 27,065 | 27,065 | 27,065 | | 27,065 |
| 194 | 0903235K | JOINT SERVICE PROVIDER (JSP) | 3,090 | 3,090 | 3,090 | | 3,090 |
| 194A | 9999999999 | CLASSIFIED PROGRAMS | 51,471 | 51,471 | 51,471 | | 51,471 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **1,354,628** | **1,337,628** | **1,355,628** | **−1,000** | **1,353,628** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |
| 195 | 0604130V | ENTERPRISE SECURITY SYSTEM (ESS) | 7,945 | 7,945 | 7,945 | | 7,945 |
| 196 | 0604532K | JOINT ARTIFICIAL INTELLIGENCE | 208,834 | 166,834 | 208,834 | | 208,834 |
| | | Early to need | | [−42,000] | | | |
| 197 | 0605127T | REGIONAL INTERNATIONAL OUTREACH (RIO) AND PARTNERSHIP FOR PEACE INFORMATION MANA. | 1,947 | 1,947 | 1,947 | | 1,947 |
| 198 | 0605147T | OVERSEAS HUMANITARIAN ASSISTANCE SHARED INFORMATION SYSTEM (OHASIS). | 310 | 310 | 310 | | 310 |
| 199 | 0607210D8Z | INDUSTRIAL BASE ANALYSIS AND SUSTAINMENT SUPPORT | 10,051 | 19,051 | 48,551 | 8,500 | 18,551 |
| | | Advanced systems manufacturing | | | [5,000] | [5,000] | |
| | | Composite manufacturing technologies | | | [15,000] | | |
| | | Composite manufacturing technology | | [5,000] | | | |
| | | Lithium ion batteries | | [4,000] | | | |
| | | Printed circuit boards | | | [15,000] | | |
| | | Rare earth element production | | | [3,500] | [3,500] | |
| 200 | 0607310D8Z | CWMD SYSTEMS: OPERATIONAL SYSTEMS DEVELOPMENT | 12,734 | 12,734 | 12,734 | | 12,734 |
| 201 | 0607327T | GLOBAL THEATER SECURITY COOPERATION MANAGEMENT INFORMATION SYSTEMS (G-TSCMIS). | 14,800 | 14,800 | 14,800 | −4,450 | 10,350 |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | Excess growth | | | | [–4,450] | |
| 202 | 0607384BP | CHEMICAL AND BIOLOGICAL DEFENSE (OPERATIONAL SYSTEMS DEVELOPMENT). | 54,023 | 54,023 | 54,023 | | 54,023 |
| 203 | 0208043J | PLANNING AND DECISION AID SYSTEM (PDAS) | 4,537 | 4,537 | 4,537 | | 4,537 |
| 204 | 0208045K | C4I INTEROPERABILITY | 64,122 | 64,122 | 64,122 | | 64,122 |
| 210 | 0302019K | DEFENSE INFO INFRASTRUCTURE ENGINEERING AND INTEGRATION | 15,798 | 15,798 | 15,798 | | 15,798 |
| 211 | 0303126K | LONG-HAUL COMMUNICATIONS—DCS | 11,166 | 11,166 | 11,166 | | 11,166 |
| 212 | 0303131K | MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN) | 17,383 | 17,383 | 17,383 | | 17,383 |
| 214 | 0303136G | KEY MANAGEMENT INFRASTRUCTURE (KMI) | 54,516 | 54,516 | 54,516 | | 54,516 |
| 215 | 0303140D8Z | INFORMATION SYSTEMS SECURITY PROGRAM | 67,631 | 89,631 | 92,631 | 25,000 | 92,631 |
| | | AI and Cyber Center of Excellence | | | [25,000] | [25,000] | |
| | | Cyber institutes for senior military colleges | | [12,000] | | | |
| | | Implementation of Cyber Excepted Service | | [10,000] | | | |
| 216 | 0303140G | INFORMATION SYSTEMS SECURITY PROGRAM | 289,080 | 287,198 | 287,198 | –1,882 | 287,198 |
| | | Realignment to DISA for Sharkseer | | [–1,882] | | [–1,882] | |
| | | Sharkseer transfer | | | [–1,882] | | |
| 217 | 0303140K | INFORMATION SYSTEMS SECURITY PROGRAM | 42,796 | 44,678 | 44,678 | 1,882 | 44,678 |
| | | Realignment for Sharkseer | | [1,882] | | [1,882] | |
| | | Sharkseer transfer | | | [1,882] | | |
| 218 | 0303150K | GLOBAL COMMAND AND CONTROL SYSTEM | 25,218 | 25,218 | 25,218 | | 25,218 |
| 219 | 0303153K | DEFENSE SPECTRUM ORGANIZATION | 21,698 | 21,698 | 21,698 | | 21,698 |
| 220 | 0303228K | JOINT REGIONAL SECURITY STACKS (JRSS) | 18,077 | 18,077 | 18,077 | | 18,077 |
| 222 | 0303430K | FEDERAL INVESTIGATIVE SERVICES INFORMATION TECHNOLOGY | 44,001 | 44,001 | 44,001 | | 44,001 |
| 228 | 0305128V | SECURITY AND INVESTIGATIVE ACTIVITIES | 2,400 | 2,400 | 17,400 | | 2,400 |
| | | Local criminal records access | | | [15,000] | | |
| 232 | 0305186D8Z | POLICY R&D PROGRAMS | 6,301 | 6,301 | 6,301 | | 6,301 |
| 233 | 0305199D8Z | NET CENTRICITY | 21,384 | 21,384 | 21,384 | | 21,384 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 235 | 0305208BB | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 6,359 | 6,359 | 6,359 | | 6,359 |
| 238 | 0305208K | DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS | 2,981 | 2,981 | 2,981 | | 2,981 |
| 241 | 0305327V | INSIDER THREAT | 1,964 | 1,964 | 1,964 | | 1,964 |
| 242 | 0305387D8Z | HOMELAND DEFENSE TECHNOLOGY TRANSFER PROGRAM | 2,221 | 2,221 | 2,221 | | 2,221 |
| 250 | 0708012K | LOGISTICS SUPPORT ACTIVITIES | 1,361 | 1,361 | 1,361 | | 1,361 |
| 251 | 0708012S | PACIFIC DISASTER CENTERS | 1,770 | 1,770 | 1,770 | | 1,770 |
| 252 | 0708047S | DEFENSE PROPERTY ACCOUNTABILITY SYSTEM | 3,679 | 3,679 | 3,679 | | 3,679 |
| 254 | 1105219BB | MQ–9 UAV | 20,697 | 20,697 | 20,697 | | 20,697 |
| 256 | 1160403BB | AVIATION SYSTEMS | 245,795 | 263,021 | 254,595 | 17,200 | 262,995 |
| | | Program increase—Future Vertical Lift | | [8,800] | | [8,800] | |
| | | Program increase—RFCM | | [8,426] | | | |
| | | UPL Future vertical lift | | | [8,800] | | |
| | | UPL FVL realignment from RFCM | | | | [8,400] | |
| 257 | 1160405BB | INTELLIGENCE SYSTEMS DEVELOPMENT | 15,484 | 15,484 | 15,484 | | 15,484 |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS | 166,922 | 166,922 | 166,922 | | 166,922 |
| 259 | 1160431BB | WARRIOR SYSTEMS | 62,332 | 62,332 | 62,332 | | 62,332 |
| 260 | 1160432BB | SPECIAL PROGRAMS | 21,805 | 21,805 | 21,805 | | 21,805 |
| 261 | 1160434BB | UNMANNED ISR | 37,377 | 37,377 | 37,377 | | 37,377 |
| 262 | 1160480BB | SOF TACTICAL VEHICLES | 11,150 | 11,150 | 11,150 | | 11,150 |
| 263 | 1160483BB | MARITIME SYSTEMS | 72,626 | 72,626 | 72,626 | | 72,626 |
| 264 | 1160489BB | GLOBAL VIDEO SURVEILLANCE ACTIVITIES | 5,363 | 5,363 | 5,363 | | 5,363 |
| 265 | 1160490BB | OPERATIONAL ENHANCEMENTS INTELLIGENCE | 12,962 | 12,962 | 12,962 | | 12,962 |
| 266 | 1203610K | TELEPORT PROGRAM | 6,158 | 6,158 | 6,158 | | 6,158 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 4,542,640 | 4,542,640 | 4,542,640 | | 4,542,640 |
| | | **SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT** | **6,258,398** | **6,383,624** | **6,345,698** | **46,250** | **6,304,648** |
| 267A | 9999999999 | UNDISTRIBUTED | | 119,000 | | | |
| | | Transfer to NRO for weather satellite procurement to mitigate weather capability gaps risk in 2022–2023. | | [119,000] | | | |
| | | **SUBTOTAL UNDISTRIBUTED** | | **125,226** | **87,300** | **46,250** | **46,250** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | **24,772,953** | **24,572,855** | **25,085,253** | **198,872** | **24,971,825** |

SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **OPERATIONAL TEST & EVAL, DEFENSE** | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 001 | 0605118OTE | OPERATIONAL TEST AND EVALUATION | 93,291 | 93,291 | 93,291 | | 93,291 |
| 002 | 0605131OTE | LIVE FIRE TEST AND EVALUATION | 69,172 | 69,172 | 69,172 | | 69,172 |
| 003 | 0605814OTE | OPERATIONAL TEST ACTIVITIES AND ANALYSES | 58,737 | 58,737 | 58,737 | | 58,737 |
| | | **SUBTOTAL MANAGEMENT SUPPORT** | **221,200** | **221,200** | **221,200** | | **221,200** |
| | | **TOTAL OPERATIONAL TEST & EVAL, DEFENSE** | **221,200** | **221,200** | **221,200** | | **221,200** |
| | | **TOTAL RDT&E** | **103,395,545** | **100,742,469** | **104,053,153** | **–1,085,699** | **102,309,846** |

## SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4202. RESEARCH, DEVELDPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 074 | 0603327A | AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING | 500 | 500 | 500 | | 500 |
| 079 | 0603747A | SOLDIER SUPPORT AND SURVIVABILITY | 3,000 | 3,000 | 3,000 | | 3,000 |
| 085 | 0603804A | LOGISTICS AND ENGINEER EQUIPMENT—ADV DEV | 1,085 | 1,085 | 1,085 | | 1,085 |
| 095 | 0604117A | MANEUVER—SHORT RANGE AIR DEFENSE (M-SHORAD) | 6,000 | | 6,000 | –6,000 | |
| | | Unjustified request | | [–6,000] | | [–6,000] | |
| 097 | 0604119A | ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING | 4,529 | 4,529 | 4,529 | | 4,529 |
| 105 | 0604785A | INTEGRATED BASE DEFENSE (BUDGET ACTIVITY 4) | 2,000 | | 2,000 | | 2,000 |
| | | Unjustified request | | [–2,000] | | | |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | **17,114** | **17,114** | **17,114** | | **17,114** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 151 | 0605035A | COMMON INFRARED COUNTERMEASURES (CIRCM) | 11,770 | 11,770 | 11,770 | | 11,770 |
| 159 | 0605051A | AIRCRAFT SURVIVABILITY DEVELOPMENT | 77,420 | 77,420 | 77,420 | | 77,420 |
| 163 | 0605203A | ARMY SYSTEM DEVELOPMENT & DEMONSTRATION | 19,527 | 19,527 | 19,527 | | 19,527 |
| 174 | 0304270A | ELECTRONIC WARFARE DEVELOPMENT | 3,200 | 3,200 | 3,200 | | 3,200 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** | **111,917** | **111,917** | **111,917** | | **111,917** |
| | | | | | | | |
| | | **RDT&E MANAGEMENT SUPPORT** | | | | | |
| 200 | 0606003A | COUNTERINTEL AND HUMAN INTEL MODERNIZATION | 1,875 | 1,875 | 1,875 | | 1,875 |
| | | **SUBTOTAL RDT&E MANAGEMENT SUPPORT** | **1,875** | **1,875** | **1,875** | | **1,875** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |

SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| 238 | 0303028A | SECURITY AND INTELLIGENCE ACTIVITIES | 22,904 | 22,904 | 22,904 | | 22,904 |
| 246 | 0305204A | TACTICAL UNMANNED AERIAL VEHICLES | 34,100 | 34,100 | 34,100 | | 34,100 |
| 247 | 0305206A | AIRBORNE RECONNAISSANCE SYSTEMS | 14,000 | 14,000 | 14,000 | | 14,000 |
| 252 | 0307665A | BIOMETRICS ENABLED INTELLIGENCE | 2,214 | 2,214 | 2,214 | | 2,214 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **73,218** | **73,218** | **73,218** | | **73,218** |
| | | | | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY** | **204,124** | **196,124** | **204,124** | **–6,000** | **198,124** |
| | | | | | | | |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | | |
| 028 | 0603207N | AIR/OCEAN TACTICAL APPLICATIONS | 2,400 | 2,400 | 2,400 | | 2,400 |
| 038 | 0603527N | RETRACT LARCH | 22,000 | 22,000 | 22,000 | | 22,000 |
| 057 | 0603654N | JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT | 14,178 | 14,178 | 14,178 | | 14,178 |
| 069 | 0603795N | LAND ATTACK TECHNOLOGY | 1,428 | 1,428 | 1,428 | | 1,428 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | **40,006** | **40,006** | **40,006** | | **40,006** |
| | | | | | | | |
| | | **SYSTEM DEVELOPMENT & DEMONSTRATION** | | | | | |
| 143 | 0604755N | SHIP SELF DEFENSE (DETECT & CONTROL) | 1,122 | 1,122 | 1,122 | | 1,122 |
| | | **SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION** | **1,122** | **1,122** | **1,122** | | **1,122** |
| | | | | | | | |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | | |
| | | **UNDISTRIBUTED** | | | | | |
| 228 | 0206313M | MARINE CORPS COMMUNICATIONS SYSTEMS | 15,000 | 15,000 | 15,000 | | 15,000 |
| 259A | 9999999999 | CLASSIFIED PROGRAMS | 108,282 | 108,282 | 108,282 | | 108,282 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **123,282** | **123,282** | **123,282** | | **123,282** |
| | | | | | | | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | **164,410** | **164,410** | **164,410** | | **164,410** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | | | |
| | | **ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | | | | |
| 048 | 0604858F | TECH TRANSITION PROGRAM | 26,450 | 26,450 | 26,450 | 26,450 |
| 072 | 1206857F | SPACE RAPID CAPABILITIES OFFICE | 17,885 | 17,885 | 17,885 | 17,885 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES** | **44,335** | **44,335** | **44,335** | **44,335** |
| | | **OPERATIONAL SYSTEMS DEVELOPMENT** | | | | |
| | | **UNDISTRIBUTED** | | | | |
| 177 | 0205671F | JOINT COUNTER RCIED ELECTRONIC WARFARE | 4,000 | 4,000 | 4,000 | 4,000 |
| 217 | 0208288F | INTEL DATA APPLICATIONS | 1,200 | 1,200 | 1,200 | 1,200 |
| 311A | 9999999999 | CLASSIFIED PROGRAMS | 78,713 | 78,713 | 78,713 | 78,713 |
| | | **SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT** | **83,913** | **83,913** | **83,913** | **83,913** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | **128,248** | **128,248** | **128,248** | **128,248** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | | | | |
| | | **APPLIED RESEARCH** | | | | |
| 010 | 0602134BR | COUNTER IMPROVISED-THREAT ADVANCED STUDIES | 1,677 | 1,677 | 1,677 | 1,677 |
| | | **SUBTOTAL APPLIED RESEARCH** | **1,677** | **1,677** | **1,677** | **1,677** |
| | | **ADVANCED TECHNOLOGY DEVELOPMENT** | | | | |
| 025 | 0603122D8Z | COMBATING TERRORISM TECHNOLOGY SUPPORT | 25,230 | 25,230 | 25,230 | 25,230 |
| 027 | 0603134BR | COUNTER IMPROVISED-THREAT SIMULATION | 49,528 | 49,528 | 49,528 | 49,528 |
| | | **SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT** | **74,758** | **74,758** | **74,758** | **74,758** |
| | | **ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | | | | |
| 094 | 0604134BR | COUNTER IMPROVISED-THREAT DEMONSTRATION, PROTOTYPE DEVELOPMENT, AND TESTING. | 113,590 | 113,590 | 113,590 | 113,590 |
| | | **SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES** | **113,590** | **113,590** | **113,590** | **113,590** |
| | | **OPERATIONAL SYSTEM DEVELOPMENT** | | | | |

SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **UNDISTRIBUTED** | | | | | |
| 258 | 1160408BB | OPERATIONAL ENHANCEMENTS | 726 | 726 | 726 | | 726 |
| 259 | 1160431BB | WARRIOR SYSTEMS | 6,000 | 6,000 | 6,000 | | 6,000 |
| 261 | 1160434BB | UNMANNED ISR | 5,000 | 5,000 | 5,000 | | 5,000 |
| 266A | 9999999999 | CLASSIFIED PROGRAMS | 200,199 | 200,199 | 200,199 | | 200,199 |
| | | **SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT** | **211,925** | **211,925** | **211,925** | | **211,925** |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW** | **401,950** | **401,950** | **401,950** | | **401,950** |
| | | **TOTAL RDT&E** | **898,732** | **890,732** | **898,732** | **–6,000** | **892,732** |

## SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS.

SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Program Element | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 187 | 0605864N | TEST AND EVALUATION SUPPORT | 0 | | | 129,000 | 129,000 |
| | | Earthquake damage recovery | | | | [129,000] | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY** | **0** | | | **129,000** | **129,000** |
| | | **RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | | | | | |
| | | **MANAGEMENT SUPPORT** | | | | | |
| 128 | 0605807F | TEST AND EVALUATION SUPPORT | 0 | | | 14,436 | 14,436 |
| | | Earthquake damage recovery | | | | [14,436] | |
| 138 | 0605976F | FACILITIES RESTORATION AND MODERNIZATION—TEST AND EVALUATION SUPPORT. | 0 | | | 1,060 | 1,060 |
| | | Earthquake damage recovery | | | | [1,060] | |
| | | **TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF** | **0** | | | **15,496** | **15,496** |
| | | **TOTAL RDT&E** | **0** | | | **144,496** | **144,496** |

# TITLE XLIII—OPERATION AND MAINTENANCE

## SEC. 4301. OPERATION AND MAINTENANCE.

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | OPERATION & MAINTENANCE, ARMY | | | | | |
| | OPERATING FORCES | | | | | |
| 010 | MANEUVER UNITS | 1,735,922 | 1,659,222 | 1,735,922 | –337,248 | 1,398,674 |
| | Realignment to OCO | | | | [–260,548] | |
| | Unjustified growth | | [–76,700] | | [–76,700] | |
| 020 | MODULAR SUPPORT BRIGADES | 127,815 | 126,515 | 127,815 | –3,150 | 124,665 |
| | Unjustified growth | | [–1,300] | | [–3,150] | |
| 030 | ECHELONS ABOVE BRIGADE | 716,356 | 709,356 | 716,356 | –7,000 | 709,356 |
| | Unjustified growth | | [–7,000] | | [–7,000] | |
| 040 | THEATER LEVEL ASSETS | 890,891 | 881,991 | 890,891 | –12,000 | 878,891 |
| | Unjustified growth | | [–8,900] | | [–12,000] | |
| 050 | LAND FORCES OPERATIONS SUPPORT | 1,232,477 | 1,215,477 | 1,232,477 | –9,500 | 1,222,977 |
| | Program decrease | | [–15,000] | | | |
| | Unjustified growth | | [–2,000] | | [–9,500] | |
| 060 | AVIATION ASSETS | 1,355,606 | 1,282,106 | 1,355,606 | –86,500 | 1,269,106 |
| | Excess to need | | [–73,500] | | [–86,500] | |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,882,315 | 2,644,315 | 3,882,315 | –1,218,000 | 2,664,315 |
| | Excess FTE request | | [–38,000] | | | |
| | Female personal protective equipment | | [2,000] | | [2,000] | |
| | Program decrease | | [–15,000] | | | |
| | Realignment to OCO | | [–1,100,000] | | [–1,100,000] | |
| | Unjustified growth | | [–12,000] | | [–120,000] | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Unjustified transfer | | [–75,000] | | | |
| 080 | LAND FORCES SYSTEMS READINESS | 417,069 | 417,069 | 446,269 | 29,200 | 446,269 |
| | UPL MDTF INDOPACOM | | | [29,200] | [29,200] | |
| 090 | LAND FORCES DEPOT MAINTENANCE | 1,633,327 | 1,633,327 | 1,633,327 | –25,000 | 1,608,327 |
| | Unjustified growth | | | | [–25,000] | |
| 100 | BASE OPERATIONS SUPPORT | 8,047,933 | 8,032,933 | 7,951,473 | –45,000 | 8,002,933 |
| | Army Community Services | | [30,000] | | | |
| | Historical underexecution | | | [–46,000] | | |
| | Revised MHPI cost share | | | [–50,460] | | |
| | Unjustified growth | | [–45,000] | | [–45,000] | |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,326,840 | 4,051,840 | 4,326,840 | | 4,326,840 |
| | Unexecutable growth | | [–275,000] | | | |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 405,612 | 405,612 | 405,612 | | 405,612 |
| 160 | US AFRICA COMMAND | 251,511 | 251,511 | 251,511 | –8,500 | 243,011 |
| | Unjustified growth | | | | [–8,500] | |
| 170 | US EUROPEAN COMMAND | 146,358 | 146,358 | 154,158 | | 146,358 |
| | | | | **[7,800]** | | |
| 180 | US SOUTHERN COMMAND | 191,840 | 218,340 | 191,840 | 18,000 | 209,840 |
| | Multi-Mission Support Vessel | | [18,000] | | [18,000] | |
| | Overland airborne ISR operations | | [8,500] | | | |
| 190 | US FORCES KOREA | 57,603 | 57,603 | 57,603 | | 57,603 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 423,156 | 423,156 | 423,156 | | 423,156 |
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 551,185 | 551,185 | 551,185 | | 551,185 |
| | **SUBTOTAL OPERATING FORCES** | **26,393,816** | **24,707,916** | **26,334,356** | **–1,704,698** | **24,689,118** |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 220 | STRATEGIC MOBILITY | 380,577 | 380,577 | 380,577 | | 380,577 |
| 230 | ARMY PREPOSITIONED STOCKS | 362,942 | 362,942 | 362,942 | | 362,942 |
| 240 | INDUSTRIAL PREPAREDNESS | 4,637 | 4,637 | 4,637 | 1,000 | 5,637 |
| | Advanced Manufacturing COE Tech Roadmapping | | | | [1,000] | |
| | **SUBTOTAL MOBILIZATION** | **748,156** | **748,156** | **748,156** | **1,000** | **749,156** |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **TRAINING AND RECRUITING** | | | | | |
| 250 | OFFICER ACQUISITION | 157,175 | 157,175 | 157,175 | | 157,175 |
| 260 | RECRUIT TRAINING | 55,739 | 55,739 | 55,739 | | 55,739 |
| 270 | ONE STATION UNIT TRAINING | 62,300 | 62,300 | 62,300 | | 62,300 |
| 280 | SENIOR RESERVE OFFICERS TRAINING CORPS | 538,357 | 538,357 | 538,357 | | 538,357 |
| 290 | SPECIALIZED SKILL TRAINING | 969,813 | 969,813 | 969,813 | | 969,813 |
| 300 | FLIGHT TRAINING | 1,234,049 | 1,209,049 | 1,234,049 | | 1,234,049 |
| | Changes to AH–64E Program | | [–25,000] | | | |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 218,338 | 218,338 | 218,338 | | 218,338 |
| 320 | TRAINING SUPPORT | 554,659 | 550,659 | 554,659 | –2,000 | 552,659 |
| | Excess travel request | | [–4,000] | | [–2,000] | |
| 330 | RECRUITING AND ADVERTISING | 716,056 | 716,056 | 636,056 | –10,000 | 706,056 |
| | Unjustified growth for advertising | | | [–70,000] | | |
| | Unjustified growth for recruiting | | | [–10,000] | [–10,000] | |
| 340 | EXAMINING | 185,034 | 185,034 | 185,034 | | 185,034 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 214,275 | 214,275 | 214,275 | | 214,275 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 147,647 | 147,647 | 147,647 | | 147,647 |
| 370 | JUNIOR RESERVE OFFICER TRAINING CORPS | 173,812 | 173,812 | 173,812 | | 173,812 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **5,227,254** | **5,198,254** | **5,147,254** | **–12,000** | **5,215,254** |
| | | | | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 390 | SERVICEWIDE TRANSPORTATION | 559,229 | 559,229 | 559,229 | | 559,229 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 929,944 | 927,944 | 929,944 | –1,000 | 928,944 |
| | Excess personnel | | [–2,000] | | [–1,000] | |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 629,981 | 629,981 | 629,981 | | 629,981 |
| 420 | AMMUNITION MANAGEMENT | 458,771 | 458,771 | 458,771 | –7,000 | 451,771 |
| | Unjustified growth | | | | [–7,000] | |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| 430 | ADMINISTRATION | 428,768 | 428,768 | 428,768 | –10,000 | 418,768 |
| | Unjustified growth | | | | [–10,000] | |
| 440 | SERVICEWIDE COMMUNICATIONS | 1,512,736 | 1,512,736 | 1,512,736 | –40,000 | 1,472,736 |
| | Program decrease unaccounted for | | | | [–40,000] | |
| 450 | MANPOWER MANAGEMENT | 272,738 | 272,738 | 272,738 | | 272,738 |
| 460 | OTHER PERSONNEL SUPPORT | 391,869 | 381,869 | 363,869 | –30,000 | 361,869 |
| | Historical underexecution | | | [–28,000] | | |
| | Unjustified growth | | [–10,000] | | [–30,000] | |
| 470 | OTHER SERVICE SUPPORT | 1,901,165 | 1,896,080 | 1,901,165 | –20,000 | 1,881,165 |
| | Unjustified headquarters growth | | [–5,085] | | [–20,000] | |
| 480 | ARMY CLAIMS ACTIVITIES | 198,765 | 198,765 | 183,765 | –7,500 | 191,265 |
| | Historical underexecution | | | [–15,000] | [–7,500] | |
| 490 | REAL ESTATE MANAGEMENT | 226,248 | 226,248 | 226,248 | | 226,248 |
| 500 | FINANCIAL MANAGEMENT AND AUDIT READINESS | 315,489 | 310,489 | 315,489 | –23,000 | 292,489 |
| | Program decrease unaccounted for | | | | [–23,000] | |
| | Unjustified growth to General Fund Enterprise Business System | | [–5,000] | | | |
| 510 | INTERNATIONAL MILITARY HEADQUARTERS | 427,254 | 427,254 | 427,254 | | 427,254 |
| 520 | MISC. SUPPORT OF OTHER NATIONS | 43,248 | 43,248 | 43,248 | | 43,248 |
| 565 | CLASSIFIED PROGRAMS | 1,347,053 | 1,347,053 | 1,347,053 | | 1,347,053 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **9,643,258** | **9,621,173** | **9,600,258** | **–138,500** | **9,504,758** |
| | | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 570 | UNDISTRIBUTED | | –110,000 | | | |
| | Overestimation of civilian FTE targets | | [–110,000] | | | |
| | **SUBTOTAL UNDISTRIBUTED** | | **–110,000** | | | |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** | **42,012,484** | **40,165,499** | **41,830,024** | **–1,854,198** | **40,158,286** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ARMY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MODULAR SUPPORT BRIGADES | 11,927 | 11,927 | 11,927 | | 11,927 |
| 020 | ECHELONS ABOVE BRIGADE | 533,015 | 533,015 | 533,015 | | 533,015 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 030 | THEATER LEVEL ASSETS | 119,517 | 118,101 | 119,517 | –1,416 | 118,101 |
| | Insufficient justification | | [–1,416] | | [–1,416] | |
| 040 | LAND FORCES OPERATIONS SUPPORT | 550,468 | 548,268 | 550,468 | –7,000 | 543,468 |
| | Insufficient justification | | [–2,200] | | [–7,000] | |
| 050 | AVIATION ASSETS | 86,670 | 85,170 | 86,670 | –1,500 | 85,170 |
| | Unjustified growth | | [–1,500] | | [–1,500] | |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 390,061 | 388,661 | 390,061 | –1,400 | 388,661 |
| | Excess civilian increase | | [–400] | | [–1,400] | |
| | Excess travel increase | | [–1,000] | | | |
| 070 | LAND FORCES SYSTEMS READINESS | 101,890 | 101,890 | 101,890 | | 101,890 |
| 080 | LAND FORCES DEPOT MAINTENANCE | 48,503 | 48,503 | 48,503 | | 48,503 |
| 090 | BASE OPERATIONS SUPPORT | 598,907 | 598,907 | 598,907 | –4,200 | 594,707 |
| | Insufficient justification | | | | [–4,200] | |
| 100 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 444,376 | 444,376 | 444,376 | | 444,376 |
| 110 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 22,095 | 22,095 | 22,095 | | 22,095 |
| 120 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 3,288 | 3,288 | 3,288 | | 3,288 |
| 130 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,655 | 7,655 | 7,655 | | 7,655 |
| | **SUBTOTAL OPERATING FORCES** | **2,918,372** | **2,911,856** | **2,918,372** | **–15,516** | **2,902,856** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 140 | SERVICEWIDE TRANSPORTATION | 14,533 | 14,533 | 14,533 | | 14,533 |
| 150 | ADMINISTRATION | 17,231 | 17,231 | 17,231 | | 17,231 |
| 160 | SERVICEWIDE COMMUNICATIONS | 14,304 | 14,304 | 14,304 | | 14,304 |
| 170 | MANPOWER MANAGEMENT | 6,129 | 6,129 | 6,129 | | 6,129 |
| 180 | RECRUITING AND ADVERTISING | 58,541 | 58,541 | 58,541 | | 58,541 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **110,738** | **110,738** | **110,738** | | **110,738** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | UNDISTRIBUTED | | | | –25,000 | –25,000 |
| | Overestimation of civilian FTE targets | | | | [–25,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | | | **–25,000** | **–25,000** |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** | **3,029,110** | **3,022,594** | **3,029,110** | **–40,516** | **2,988,594** |
| | **OPERATION & MAINTENANCE, ARNG** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 010 | MANEUVER UNITS | 805,671 | 797,671 | 805,671 | –30,000 | 775,671 |
| | Excess growth | | [–8,000] | | [–30,000] | |
| 020 | MODULAR SUPPORT BRIGADES | 195,334 | 193,334 | 195,334 | –2,000 | 193,334 |
| | Excess growth | | [–2,000] | | [–2,000] | |
| 030 | ECHELONS ABOVE BRIGADE | 771,048 | 770,548 | 771,048 | –500 | 770,548 |
| | Excess growth | | [–500] | | [–500] | |
| 040 | THEATER LEVEL ASSETS | 94,726 | 91,826 | 94,726 | –500 | 94,226 |
| | Excess growth | | [–2,900] | | [–500] | |
| 050 | LAND FORCES OPERATIONS SUPPORT | 33,696 | 33,696 | 33,696 | 1,489 | 35,185 |
| | Program increase—advanced trauma training program | | | | [1,489] | |
| 060 | AVIATION ASSETS | 981,819 | 973,819 | 981,819 | –8,000 | 973,819 |
| | Insufficient justification | | [–8,000] | | [–8,000] | |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 743,206 | 743,206 | 743,206 | | 743,206 |
| 080 | LAND FORCES SYSTEMS READINESS | 50,963 | 50,963 | 50,963 | | 50,963 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 258,278 | 249,778 | 258,278 | –4,250 | 254,028 |
| | Insufficient justification | | [–8,500] | | [–4,250] | |
| 100 | BASE OPERATIONS SUPPORT | 1,153,076 | 1,121,576 | 1,153,076 | –20,000 | 1,133,076 |
| | Insufficient justification | | [–31,500] | | [–20,000] | |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 1,113,475 | 1,033,475 | 1,120,675 | | 1,113,475 |
| | Damage assessment | | | [7,200] | | |
| | Insufficient justification | | [–80,000] | | | |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 1,001,042 | 987,042 | 1,001,042 | –14,000 | 987,042 |
| | Insufficient justification | | [–14,000] | | [–14,000] | |
| 130 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 8,448 | 8,448 | 8,448 | | 8,448 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 140 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 7,768 | 7,768 | 7,768 | | 7,768 |
| | **SUBTOTAL OPERATING FORCES** | **7,218,550** | **7,063,150** | **7,225,750** | **–77,761** | **7,140,789** |
| 210 | UNDISTRIBUTED | | | | –20,000 | –20,000 |
| | Overestimation of civilian FTE targets | | | | [–20,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | | | **–20,000** | **–20,000** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 150 | SERVICEWIDE TRANSPORTATION | 9,890 | 9,890 | 9,890 | | 9,890 |
| 160 | ADMINISTRATION | 71,070 | 71,070 | 71,070 | | 71,070 |
| 170 | SERVICEWIDE COMMUNICATIONS | 68,213 | 68,213 | 68,213 | –6,000 | 62,213 |
| | Program decrease unaccounted for | | | | [–6,000] | |
| 180 | MANPOWER MANAGEMENT | 8,628 | 8,628 | 8,628 | | 8,628 |
| 190 | OTHER PERSONNEL SUPPORT | 250,376 | 250,376 | 247,376 | | 250,376 |
| | Unjustified growth for marketing | | | [–1,500] | | |
| | Unjustified growth for recruiting | | | [–1,500] | | |
| 200 | REAL ESTATE MANAGEMENT | 2,676 | 2,676 | 2,676 | | 2,676 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **410,853** | **410,853** | **407,853** | **–6,000** | **404,853** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **7,629,403** | **7,474,003** | **7,633,603** | **–103,761** | **7,525,642** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, NAVY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 5,309,109 | 5,029,734 | 5,309,109 | –650,000 | 4,659,109 |
| | Excess growth | | [–15,000] | | | |
| | Projected underexecution | | [–50,000] | | [–50,000] | |
| | Realignment to OCO | | [–214,375] | | [–600,000] | |
| 020 | FLEET AIR TRAINING | 2,284,828 | 2,234,828 | 2,284,828 | –35,000 | 2,249,828 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Projected underexecution | | [–50,000] | | [–35,000] | |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 59,299 | 59,299 | 59,299 | | 59,299 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 155,896 | 155,896 | 155,896 | | 155,896 |
| 050 | AIR SYSTEMS SUPPORT | 719,107 | 719,107 | 719,107 | | 719,107 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 1,154,181 | 1,154,181 | 1,154,181 | | 1,154,181 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 60,402 | 59,202 | 60,402 | –1,200 | 59,202 |
| | Excess growth | | [–1,200] | | [–1,200] | |
| 080 | AVIATION LOGISTICS | 1,241,421 | 1,219,421 | 1,241,421 | –22,000 | 1,219,421 |
| | Projected underexecution | | [–22,000] | | [–22,000] | |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 4,097,262 | 3,596,262 | 4,097,262 | –550,000 | 3,547,262 |
| | Realignment to OCO | | [–450,000] | | [–450,000] | |
| | Unjustified growth | | [–51,000] | | [–100,000] | |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 1,031,792 | 1,029,792 | 1,031,792 | –2,000 | 1,029,792 |
| | Excess civilian growth | | [–2,000] | | [–2,000] | |
| 110 | SHIP DEPOT MAINTENANCE | 8,061,298 | 8,895,298 | 8,875,298 | 653,000 | 8,714,298 |
| | Program increase | | | | [653,000] | |
| | Surface ship maintenance | | [161,000] | | | |
| | UPL SSN and ship maintenance increase | | | [814,000] | | |
| | USS Boise | | [310,000] | | | |
| | USS Columbus | | [57,000] | | | |
| | USS Hartford | | [306,000] | | | |
| 120 | SHIP DEPOT OPERATIONS SUPPORT | 2,073,641 | 2,066,141 | 2,073,641 | –7,500 | 2,066,141 |
| | Insufficient justification | | [–7,500] | | [–7,500] | |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 1,378,856 | 1,378,856 | 1,378,856 | –14,000 | 1,364,856 |
| | Unjustified growth | | | | [–14,000] | |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 276,245 | 273,745 | 276,245 | –2,500 | 273,745 |
| | Unjustified growth | | [–2,500] | | [–2,500] | |
| 150 | WARFARE TACTICS | 675,209 | 675,209 | 675,209 | | 675,209 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 389,516 | 389,516 | 389,516 | | 389,516 |
| 170 | COMBAT SUPPORT FORCES | 1,536,310 | 1,526,310 | 1,536,310 | –410,000 | 1,126,310 |
| | Realignment to OCO | | | | [–400,000] | |
| | Unjustified growth | | [–10,000] | | [–10,000] | |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT | 161,579 | 161,579 | 161,579 | | 161,579 |
| 190 | COMBATANT COMMANDERS CORE OPERATIONS | 59,521 | 59,521 | 59,521 | | 59,521 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT | 93,978 | 93,978 | 98,978 | 5,000 | 98,978 |
| | Posture site assessments INDOPACOM | | | [5,000] | [5,000] | |
| 210 | MILITARY INFORMATION SUPPORT OPERATIONS | 8,641 | 8,641 | 8,641 | | 8,641 |
| 220 | CYBERSPACE ACTIVITIES | 496,385 | 496,385 | 496,385 | | 496,385 |
| 230 | FLEET BALLISTIC MISSILE | 1,423,339 | 1,423,339 | 1,423,339 | | 1,423,339 |
| 240 | WEAPONS MAINTENANCE | 924,069 | 895,032 | 924,069 | –29,037 | 895,032 |
| | Insufficient justification | | [–29,037] | | [–29,037] | |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 540,210 | 540,210 | 540,210 | | 540,210 |
| 260 | ENTERPRISE INFORMATION | 1,131,627 | 1,081,627 | 1,131,627 | –20,000 | 1,111,627 |
| | Unjustified growth | | [–50,000] | | [–20,000] | |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 3,029,634 | 2,929,634 | 3,029,634 | | 3,029,634 |
| | Unexecutable growth | | [–100,000] | | | |
| 280 | BASE OPERATING SUPPORT | 4,414,943 | 4,414,943 | 4,433,783 | | 4,414,943 |
| | Revised MHPI cost share | | | [18,840] | | |
| | **SUBTOTAL OPERATING FORCES** | **42,788,298** | **42,567,686** | **43,626,138** | **–1,085,237** | **41,703,061** |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 290 | SHIP PREPOSITIONING AND SURGE | 942,902 | 668,561 | 942,902 | | 942,902 |
| | Realignment to NDSF (DoD mobilization alterations) | | [–9,590] | | | |
| | Realignment to NDSF (LSMR maintenance) | | [–264,751] | | | |
| 300 | READY RESERVE FORCE | 352,044 | | 352,044 | | 352,044 |
| | Realignment to NDSF | | [–352,044] | | | |
| 310 | SHIP ACTIVATIONS/INACTIVATIONS | 427,555 | 427,555 | 427,555 | | 427,555 |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 137,597 | 40,730 | 137,597 | | 137,597 |
| | Realignment to NDSF (TAH maintenance) | | [–96,867] | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 330 | COAST GUARD SUPPORT | 24,604 | 24,604 | 24,604 | | 24,604 |
| | **SUBTOTAL MOBILIZATION** | **1,884,702** | **1,161,450** | **1,884,702** | | **1,884,702** |
| | **TRAINING AND RECRUITING** | | | | | |
| 340 | OFFICER ACQUISITION | 150,765 | 150,765 | 150,765 | | 150,765 |
| 350 | RECRUIT TRAINING | 11,584 | 11,584 | 11,584 | | 11,584 |
| 360 | RESERVE OFFICERS TRAINING CORPS | 159,133 | 159,133 | 159,133 | | 159,133 |
| 370 | SPECIALIZED SKILL TRAINING | 911,316 | 891,316 | 911,316 | –20,000 | 891,316 |
| | Insufficient justification | | [–20,000] | | [–20,000] | |
| 380 | PROFESSIONAL DEVELOPMENT EDUCATION | 185,211 | 186,261 | 185,211 | 1,050 | 186,261 |
| | Program increase: Sea Cadets | | [1,050] | | [1,050] | |
| 390 | TRAINING SUPPORT | 267,224 | 267,224 | 267,224 | | 267,224 |
| 400 | RECRUITING AND ADVERTISING | 209,252 | 209,252 | 189,252 | –5,000 | 204,252 |
| | Insufficient justification | | | | [–5,000] | |
| | Unjustified growth | | | [–20,000] | | |
| 410 | OFF-DUTY AND VOLUNTARY EDUCATION | 88,902 | 88,902 | 88,902 | | 88,902 |
| 420 | CIVILIAN EDUCATION AND TRAINING | 67,492 | 67,492 | 67,492 | | 67,492 |
| 430 | JUNIOR ROTC | 55,164 | 55,164 | 55,164 | | 55,164 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **2,106,043** | **2,087,093** | **2,086,043** | **–23,950** | **2,082,093** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 440 | ADMINISTRATION | 1,143,358 | 1,096,733 | 1,092,358 | –40,000 | 1,103,358 |
| | Excess civilian growth | | [–14,375] | | | |
| | Insufficient justification—MHA Transfer | | [–25,500] | | | |
| | Program decrease | | | [–1,000] | | |
| | Unjustified audit growth | | | [–50,000] | | |
| | Unjustified growth | | [–6,750] | | [–40,000] | |
| 450 | CIVILIAN MANPOWER AND PERSONNEL MANAGEMENT | 178,342 | 175,342 | 178,342 | –3,000 | 175,342 |
| | Excess civilian growth | | [–3,000] | | [–3,000] | |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 418,413 | 418,413 | 418,413 | | 418,413 |
| 490 | SERVICEWIDE TRANSPORTATION | 157,465 | 157,465 | 157,465 | | 157,465 |
| 510 | PLANNING, ENGINEERING, AND PROGRAM SUPPORT | 485,397 | 485,397 | 490,397 | 5,000 | 490,397 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | REPO | | | [5,000] | [5,000] | |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 654,137 | 654,137 | 654,137 | –7,000 | 647,137 |
| | Unjustified growth | | | | [–7,000] | |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 718,061 | 718,061 | 718,061 | | 718,061 |
| 645 | CLASSIFIED PROGRAMS | 591,535 | 591,535 | 591,535 | | 591,535 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **4,346,708** | **4,297,083** | **4,300,708** | **–45,000** | **4,301,708** |
| | | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 650 | UNDISTRIBUTED | | –30,000 | | –20,000 | –20,000 |
| | Overestimation of civilian FTE targets | | [–30,000] | | [–20,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | **–30,000** | | **–20,000** | **–20,000** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **51,125,751** | **50,083,312** | **51,897,591** | **–1,174,187** | **49,951,564** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | OPERATIONAL FORCES | 968,224 | 927,224 | 968,224 | –241,000 | 727,224 |
| | Excess civilian growth | | [–1,000] | | [–1,000] | |
| | Realignment to OCO | | | | [–200,000] | |
| | Unjustified growth | | [–40,000] | | [–40,000] | |
| 020 | FIELD LOGISTICS | 1,278,533 | 1,269,533 | 1,278,533 | –214,000 | 1,064,533 |
| | Excess civilian growth | | [–2,000] | | | |
| | Realignment to OCO | | | | [–200,000] | |
| | Unjustified growth | | [–7,000] | | [–14,000] | |
| 030 | DEPOT MAINTENANCE | 232,991 | 232,991 | 232,991 | | 232,991 |
| 040 | MARITIME PREPOSITIONING | 100,396 | 100,396 | 100,396 | | 100,396 |
| 050 | CYBERSPACE ACTIVITIES | 203,580 | 201,580 | 203,580 | | 203,580 |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | Excess civilian growth | | [–2,000] | | | |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | 1,559,034 | 1,559,034 | 1,559,034 | | 1,559,034 |
| 070 | BASE OPERATING SUPPORT | 2,253,776 | 2,213,776 | 2,253,776 | –30,000 | 2,223,776 |
| | Excess civilian growth | | [–6,000] | | | |
| | Unjustified growth | | [–34,000] | | [–30,000] | |
| | **SUBTOTAL OPERATING FORCES** | **6,596,534** | **6,504,534** | **6,596,534** | **–485,000** | **6,111,534** |
| | | | | | | |
| | **TRAINING AND RECRUITING** | | | | | |
| 080 | RECRUIT TRAINING | 21,240 | 21,240 | 21,240 | | 21,240 |
| 090 | OFFICER ACQUISITION | 1,168 | 1,168 | 1,168 | | 1,168 |
| 100 | SPECIALIZED SKILL TRAINING | 106,601 | 106,601 | 106,601 | | 106,601 |
| 110 | PROFESSIONAL DEVELOPMENT EDUCATION | 49,095 | 49,095 | 49,095 | | 49,095 |
| 120 | TRAINING SUPPORT | 407,315 | 403,715 | 407,315 | | 407,315 |
| | Excess civilian growth | | [–1,300] | | | |
| | Unjustified growth | | [–2,300] | | | |
| 130 | RECRUITING AND ADVERTISING | 210,475 | 210,475 | 210,475 | | 210,475 |
| 140 | OFF-DUTY AND VOLUNTARY EDUCATION | 42,810 | 42,810 | 42,810 | | 42,810 |
| 150 | JUNIOR ROTC | 25,183 | 25,183 | 25,183 | | 25,183 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **863,887** | **860,287** | **863,887** | | **863,887** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 160 | SERVICEWIDE TRANSPORTATION | 29,894 | 29,894 | 29,894 | | 29,894 |
| 170 | ADMINISTRATION | 384,352 | 383,002 | 384,352 | | 384,352 |
| | Excess civilian growth | | [–750] | | | |
| | Unjustified growth | | [–600] | | | |
| 225 | CLASSIFIED PROGRAMS | 52,057 | 52,057 | 52,057 | | 52,057 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **466,303** | **464,953** | **466,303** | | **466,303** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **7,926,724** | **7,829,774** | **7,926,724** | **–485,000** | **7,441,724** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, NAVY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 654,220 | 639,220 | 654,220 | –25,000 | 629,220 |
| | Unjustified growth | | [–15,000] | | [–25,000] | |
| 020 | INTERMEDIATE MAINTENANCE | 8,767 | 8,767 | 8,767 | | 8,767 |
| 030 | AIRCRAFT DEPOT MAINTENANCE | 108,236 | 108,236 | 108,236 | | 108,236 |
| 040 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 463 | 463 | 463 | | 463 |
| 050 | AVIATION LOGISTICS | 26,014 | 26,014 | 26,014 | | 26,014 |
| 060 | SHIP OPERATIONS SUPPORT & TRAINING | 583 | 583 | 583 | | 583 |
| 070 | COMBAT COMMUNICATIONS | 17,883 | 17,883 | 17,883 | | 17,883 |
| 080 | COMBAT SUPPORT FORCES | 128,079 | 128,079 | 128,079 | | 128,079 |
| 090 | CYBERSPACE ACTIVITIES | 356 | 356 | 356 | | 356 |
| 100 | ENTERPRISE INFORMATION | 26,133 | 26,133 | 26,133 | | 26,133 |
| 110 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 35,397 | 35,397 | 35,397 | | 35,397 |
| 120 | BASE OPERATING SUPPORT | 101,376 | 101,376 | 101,376 | | 101,376 |
| | **SUBTOTAL OPERATING FORCES** | **1,107,507** | **1,092,507** | **1,107,507** | **–25,000** | **1,082,507** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 130 | ADMINISTRATION | 1,888 | 1,888 | 1,888 | | 1,888 |
| 140 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 12,778 | 12,778 | 12,778 | | 12,778 |
| 150 | ACQUISITION AND PROGRAM MANAGEMENT | 2,943 | 2,943 | 2,943 | | 2,943 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **17,609** | **17,609** | **17,609** | | **17,609** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** | **1,125,116** | **1,110,116** | **1,125,116** | **–25,000** | **1,100,116** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, MC RESERVE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | OPERATING FORCES | 106,484 | 106,484 | 106,484 | | 106,484 |
| 020 | DEPOT MAINTENANCE | 18,429 | 18,429 | 18,429 | | 18,429 |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| 030 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 47,516 | 47,516 | 47,516 | | 47,516 |
| 040 | BASE OPERATING SUPPORT | 106,073 | 106,073 | 106,073 | | 106,073 |
| | **SUBTOTAL OPERATING FORCES** | **278,502** | **278,502** | **278,502** | | **278,502** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 050 | ADMINISTRATION | 13,574 | 13,574 | 13,574 | | 13,574 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **13,574** | **13,574** | **13,574** | | **13,574** |
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **292,076** | **292,076** | **292,076** | | **292,076** |
| | **OPERATION & MAINTENANCE, AIR FORCE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | PRIMARY COMBAT FORCES | 729,127 | 727,477 | 729,127 | | 729,127 |
| | Excess travel costs | | [–1,650] | | | |
| 020 | COMBAT ENHANCEMENT FORCES | 1,318,770 | 1,318,770 | 1,318,770 | –400,000 | 918,770 |
| | Realignment to OCO | | | | [–400,000] | |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 1,486,790 | 1,446,790 | 1,486,790 | –40,000 | 1,446,790 |
| | Unjustified growth | | [–40,000] | | [–40,000] | |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 3,334,792 | 3,534,792 | 3,334,792 | –35,000 | 3,299,792 |
| | Readiness restoration | | [200,000] | | | |
| | Unjustified growth | | | | [–35,000] | |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 4,142,435 | 4,142,435 | 4,142,435 | | 4,142,435 |
| 060 | CYBERSPACE SUSTAINMENT | 228,811 | 228,811 | 228,811 | | 228,811 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 8,329,364 | 8,438,364 | 8,329,364 | 18,000 | 8,347,364 |
| | Expansion of Conditions Based Maintenance Plus (CBM+) | | [18,000] | | [18,000] | |
| | Readiness restoration | | [91,000] | | | |
| 080 | FLYING HOUR PROGRAM | 4,048,773 | 3,498,773 | 4,048,773 | –630,000 | 3,418,773 |
| | Realignment to OCO | | [–550,000] | | [–550,000] | |
| | Unjustified growth | | | | [–80,000] | |
| 090 | BASE OPERATIONS SUPPORT | 7,223,982 | 7,073,982 | 7,223,982 | –290,000 | 6,933,982 |
| | Insufficient justification | | [–150,000] | | [–90,000] | |
| | Realignment to OCO | | | | [–200,000] | |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 100 | GLOBAL C3I AND EARLY WARNING | 964,553 | 964,553 | 964,553 | | 964,553 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 1,032,307 | 1,026,161 | 1,032,307 | –6,146 | 1,026,161 |
| | Unjustified growth | | [–6,146] | | [–6,146] | |
| 120 | CYBERSPACE ACTIVITIES | 670,076 | 670,076 | 670,076 | | 670,076 |
| 140 | LAUNCH FACILITIES | 179,980 | 179,980 | 179,980 | | 179,980 |
| 150 | SPACE CONTROL SYSTEMS | 467,990 | 464,490 | 467,990 | –3,600 | 464,390 |
| | Insufficient justification | | [–3,500] | | [–3,600] | |
| 160 | US NORTHCOM/NORAD | 184,655 | 184,655 | 184,655 | | 184,655 |
| 170 | US STRATCOM | 478,357 | 478,357 | 478,357 | | 478,357 |
| 180 | US CYBERCOM | 323,121 | 323,121 | 347,921 | 24,800 | 347,921 |
| | Accelerate development of Cyber National Mission Force capabilities | | | [1,500] | [1,500] | |
| | Cyber National Mission Force mobile & modular hunt forward kit | | | [5,300] | [5,300] | |
| | ETERNALDARKNESS | | | [18,000] | [18,000] | |
| 190 | US CENTCOM | 160,989 | 160,989 | 160,989 | | 160,989 |
| 200 | US SOCOM | 6,225 | 6,225 | 6,225 | | 6,225 |
| 210 | US TRANSCOM | 544 | 544 | 544 | | 544 |
| 220 | CENTCOM CYBERSPACE SUSTAINMENT | 2,073 | 2,073 | 2,073 | | 2,073 |
| 230 | USSPACECOM | 70,588 | 70,588 | 70,588 | | 70,588 |
| 235 | CLASSIFIED PROGRAMS | 1,322,944 | 1,322,944 | 1,322,944 | –6,250 | 1,316,694 |
| | Unjustified increase | | | | [–6,250] | |
| | **SUBTOTAL OPERATING FORCES** | **36,707,246** | **36,264,950** | **36,732,046** | **–1,368,196** | **35,339,050** |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 240 | AIRLIFT OPERATIONS | 1,158,142 | 1,151,342 | 1,158,142 | | 1,158,142 |
| | Unjustified growth | | [–6,800] | | | |
| 250 | MOBILIZATION PREPAREDNESS | 138,672 | 130,172 | 138,672 | –8,500 | 130,172 |
| | Unjustified growth | | [–8,500] | | [–8,500] | |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | **SUBTOTAL MOBILIZATION** | **1,296,814** | **1,281,514** | **1,296,814** | **−8,500** | **1,288,314** |
| | **TRAINING AND RECRUITING** | | | | | |
| 260 | OFFICER ACQUISITION | 130,835 | 130,835 | 130,835 | | 130,835 |
| 270 | RECRUIT TRAINING | 26,021 | 26,021 | 26,021 | | 26,021 |
| 280 | RESERVE OFFICERS TRAINING CORPS (ROTC) | 121,391 | 121,391 | 121,391 | | 121,391 |
| 290 | SPECIALIZED SKILL TRAINING | 454,539 | 449,539 | 454,539 | −40,000 | 414,539 |
| | Insufficient justification | | [−5,000] | | | |
| | Unjustified growth | | | | [−40,000] | |
| 300 | FLIGHT TRAINING | 600,565 | 600,565 | 600,565 | | 600,565 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 282,788 | 282,788 | 282,788 | | 282,788 |
| 320 | TRAINING SUPPORT | 123,988 | 119,988 | 123,988 | −10,000 | 113,988 |
| | Unjustified growth | | [−4,000] | | [−10,000] | |
| 330 | RECRUITING AND ADVERTISING | 167,731 | 167,731 | 161,731 | −5,000 | 162,731 |
| | Unjustified growth | | | [−6,000] | [−5,000] | |
| 340 | EXAMINING | 4,576 | 4,576 | 4,576 | | 4,576 |
| 350 | OFF-DUTY AND VOLUNTARY EDUCATION | 211,911 | 211,911 | 211,911 | | 211,911 |
| 360 | CIVILIAN EDUCATION AND TRAINING | 219,021 | 219,021 | 219,021 | | 219,021 |
| 370 | JUNIOR ROTC | 62,092 | 62,092 | 62,092 | | 62,092 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **2,405,458** | **2,396,458** | **2,399,458** | **−55,000** | **2,350,458** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 380 | LOGISTICS OPERATIONS | 664,926 | 664,926 | 664,926 | | 664,926 |
| 390 | TECHNICAL SUPPORT ACTIVITIES | 101,483 | 101,483 | 101,483 | | 101,483 |
| 400 | ADMINISTRATION | 892,480 | 892,480 | 892,480 | | 892,480 |
| 410 | SERVICEWIDE COMMUNICATIONS | 152,532 | 152,532 | 152,532 | −30,000 | 122,532 |
| | Insufficient justification | | | | [−30,000] | |
| 420 | OTHER SERVICEWIDE ACTIVITIES | 1,254,089 | 1,254,089 | 1,254,089 | −50,000 | 1,204,089 |
| | Program decrease unaccounted for | | | | [−20,000] | |
| | Remove one-time fiscal year 2019 increase | | | | [−30,000] | |
| 430 | CIVIL AIR PATROL | 30,070 | 37,200 | 30,070 | 7,130 | 37,200 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | Improved emergency crew readiness | | [7,130] | | [7,130] | |
| 460 | INTERNATIONAL SUPPORT | 136,110 | 136,110 | 136,110 | | 136,110 |
| 465 | CLASSIFIED PROGRAMS | 1,269,624 | 1,269,624 | 1,269,624 | | 1,269,624 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **4,501,314** | **4,508,444** | **4,501,314** | **–72,870** | **4,428,444** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** | **44,910,832** | **44,451,366** | **44,929,632** | **–1,504,566** | **43,406,266** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, SPACE FORCE** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 010 | BASE SUPPORT | 72,436 | 15,000 | 72,436 | | 72,436 |
| | Insufficient justification | | [–57,436] | | | |
| | **SUBTOTAL OPERATING FORCES** | **72,436** | **15,000** | **72,436** | | **72,436** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, SPACE FORCE** | **72,436** | **15,000** | **72,436** | | **72,436** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, AF RESERVE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | PRIMARY COMBAT FORCES | 1,781,413 | 1,739,288 | 1,781,413 | –25,000 | 1,756,413 |
| | Delay in KC–46 aircraft delivery | | [–31,492] | | [–25,000] | |
| | Excess growth | | [–10,633] | | | |
| 020 | MISSION SUPPORT OPERATIONS | 209,650 | 204,150 | 209,650 | –5,500 | 204,150 |
| | Insufficient justification | | [–5,500] | | | |
| | Unjustified growth | | | | [–5,500] | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 494,235 | 484,235 | 494,235 | –10,000 | 484,235 |
| | Excess growth | | [–10,000] | | [–10,000] | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 128,746 | 128,746 | 128,746 | | 128,746 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 256,512 | 256,512 | 256,512 | | 256,512 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 060 | BASE SUPPORT | 414,626 | 414,626 | 414,626 | | 414,626 |
| 070 | CYBERSPACE ACTIVITIES | 1,673 | 1,673 | 1,673 | | 1,673 |
| | **SUBTOTAL OPERATING FORCES** | **3,286,855** | **3,229,230** | **3,286,855** | **–40,500** | **3,246,355** |
| | **ADMINISTRATION AND SERVICEWIDE ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 080 | ADMINISTRATION | 69,436 | 69,436 | 69,436 | | 69,436 |
| 090 | RECRUITING AND ADVERTISING | 22,124 | 22,124 | 22,124 | | 22,124 |
| 100 | MILITARY MANPOWER AND PERS MGMT (ARPC) | 10,946 | 10,946 | 10,946 | | 10,946 |
| 110 | OTHER PERS SUPPORT (DISABILITY COMP) | 7,009 | 7,009 | 7,009 | | 7,009 |
| 120 | AUDIOVISUAL | 448 | 448 | 448 | | 448 |
| | **SUBTOTAL ADMINISTRATION AND SERVICEWIDE ACTIVITIES** | **109,963** | **109,963** | **109,963** | | **109,963** |
| | **TOTAL OPERATION & MAINTENANCE, AF RESERVE** | **3,396,818** | **3,339,193** | **3,396,818** | **–40,500** | **3,356,318** |
| | **OPERATION & MAINTENANCE, ANG** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | AIRCRAFT OPERATIONS | 2,497,967 | 2,414,000 | 2,497,967 | –25,000 | 2,472,967 |
| | Delay in KC–46 aircraft delivery | | [–5,267] | | [–25,000] | |
| | Insufficient justification | | [–78,700] | | | |
| 020 | MISSION SUPPORT OPERATIONS | 600,377 | 585,377 | 600,377 | –15,000 | 585,377 |
| | Insufficient justification | | [–15,000] | | [–15,000] | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 879,467 | 872,467 | 879,467 | | 879,467 |
| | Excess growth | | [–7,000] | | | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 400,734 | 395,134 | 400,734 | | 400,734 |
| | Insufficient justification | | [–5,600] | | | |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 1,299,089 | 1,290,089 | 1,299,089 | | 1,299,089 |
| | Excess growth | | [–9,000] | | | |
| 060 | BASE SUPPORT | 911,775 | 901,775 | 911,775 | | 911,775 |
| | Insufficient justification | | [–10,000] | | | |
| 070 | CYBERSPACE SUSTAINMENT | 24,742 | 24,742 | 24,742 | | 24,742 |
| 080 | CYBERSPACE ACTIVITIES | 25,507 | 25,507 | 25,507 | | 25,507 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **SUBTOTAL OPERATING FORCES** | **6,639,658** | **6,509,091** | **6,639,658** | **–40,000** | **6,599,658** |
| | **ADMINISTRATION AND SERVICE-WIDE ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 090 | ADMINISTRATION | 47,215 | 47,215 | 47,215 | | 47,215 |
| 100 | RECRUITING AND ADVERTISING | 40,356 | 40,356 | 40,356 | | 40,356 |
| | **SUBTOTAL ADMINISTRATION AND SERVICE-WIDE ACTIVITIES** | **87,571** | **87,571** | **87,571** | | **87,571** |
| 110 | UNDISTRIBUTED | | | | –30,000 | –30,000 |
| | Maintain program affordability: Overestimation of civilian FTE targets | | | | [–30,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | | | **–30,000** | **–30,000** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **6,727,229** | **6,596,662** | **6,727,229** | **–70,000** | **6,657,229** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | JOINT CHIEFS OF STAFF | 409,542 | 409,542 | 409,542 | –17,000 | 392,542 |
| | Program decrease unaccounted for | | | | [–12,000] | |
| | Remove one-time fiscal year 2019 costs | | | | [–5,000] | |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 | 579,179 | 579,179 | 579,179 | | 579,179 |
| 030 | JOINT CHIEFS OF STAFF—CYBER | 24,598 | 24,598 | 24,598 | | 24,598 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES | 1,075,762 | 1,075,762 | 1,075,762 | –5,500 | 1,070,262 |
| | Classified adjustment | | | | [–5,500] | |
| 050 | SPECIAL OPERATIONS COMMAND CYBERSPACE ACTIVITIES | 14,409 | 14,409 | 14,409 | | 14,409 |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE | 501,747 | 486,747 | 501,747 | –14,794 | 486,953 |
| | DCGS—SOF - excess to need | | | | [–5,794] | |
| | Program decrease—SOCRATES | | [–9,000] | | [–9,000] | |
| | Unjustified growth—DCGS | | [–6,000] | | | |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE | 559,300 | 544,300 | 559,300 | –15,000 | 544,300 |
| | Projected underexecution | | [–15,000] | | [–15,000] | |
| 080 | SPECIAL OPERATIONS COMMAND MANAGEMENT/OPERATIONAL HEADQUARTERS | 177,928 | 167,928 | 177,928 | | 177,928 |
| | Program decrease | | [–10,000] | | | |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT | 925,262 | 889,262 | 925,262 | –25,500 | 899,762 |
| | Base support underexecution | | [–6,000] | | [–5,900] | |
| | Operational support underexecution | | [–10,000] | | [–9,600] | |
| | Program decrease | | [–10,000] | | | |
| | Unjustified growth—C4IAS Saas | | [–10,000] | | [–10,000] | |
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES | 2,764,738 | 2,709,738 | 2,764,738 | –514,700 | 2,250,038 |
| | Program decrease | | [–70,000] | | [–14,700] | |
| | Program increase—suicide prevention | | [15,000] | | | |
| | Realignment to OCO | | | | [–500,000] | |
| | **SUBTOTAL OPERATING FORCES** | **7,032,465** | **6,901,465** | **7,032,465** | **–592,494** | **6,439,971** |
| | | | | | | |
| | **TRAINING AND RECRUITING** | | | | | |
| 120 | DEFENSE ACQUISITION UNIVERSITY | 180,250 | 180,250 | 180,250 | | 180,250 |
| 130 | JOINT CHIEFS OF STAFF | 100,610 | 100,610 | 100,610 | | 100,610 |
| 140 | PROFESSIONAL DEVELOPMENT EDUCATION | 33,967 | 33,967 | 33,967 | | 33,967 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **314,827** | **314,827** | **314,827** | | **314,827** |
| | | | | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 160 | CIVIL MILITARY PROGRAMS | 165,707 | 245,707 | 195,007 | 94,300 | 260,007 |
| | IRT Increase | | | [14,300] | [14,300] | |
| | National Guard Youth Challenge Program support | | [50,000] | | [50,000] | |
| | Program increase—STARBASE | | [30,000] | | [30,000] | |
| | Starbase | | | [15,000] | | |
| 180 | DEFENSE CONTRACT AUDIT AGENCY | 627,467 | 627,467 | 627,467 | | 627,467 |
| 190 | DEFENSE CONTRACT AUDIT AGENCY—CYBER | 3,362 | 3,362 | 3,362 | | 3,362 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY | 1,438,068 | 1,413,068 | 1,438,068 | –20,000 | 1,418,068 |
| | Program decrease | | [–25,000] | | [–20,000] | |
| 210 | DEFENSE CONTRACT MANAGEMENT AGENCY—CYBER | 24,391 | 24,391 | 24,391 | | 24,391 |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 220 | DEFENSE HUMAN RESOURCES ACTIVITY | 892,438 | 911,842 | 892,438 | –10,000 | 882,438 |
| | Chinese language and culture studies within the Defense Language and National Security Education Office | | [13,404] | | | |
| | Defense Manpower Data Center—Excess Growth | | | | [–5,000] | |
| | Enterprise Operations Center—Excess Growth | | | | [–5,000] | |
| | Program increase—national flagship language initiative | | [6,000] | | | |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY | 2,012,885 | 2,028,022 | 2,007,885 | –20,000 | 1,992,885 |
| | MilCloud | | | [–5,000] | | |
| | Realignment for Sharkseer | | [35,137] | | | |
| | Unjustified growth | | [–20,000] | | [–20,000] | |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER | 601,223 | 601,223 | 636,360 | 35,137 | 636,360 |
| | Sharkseer transfer | | | [35,137] | [35,137] | |
| 270 | DEFENSE LEGAL SERVICES AGENCY | 34,632 | 34,632 | 34,632 | | 34,632 |
| 280 | DEFENSE LOGISTICS AGENCY | 415,699 | 430,199 | 415,699 | 19,500 | 435,199 |
| | Excess growth | | [–5,000] | | | |
| | Program increase—PTAP | | [19,500] | | [19,500] | |
| 290 | DEFENSE MEDIA ACTIVITY | 202,792 | 196,792 | 202,792 | | 202,792 |
| | Program decrease | | [–6,000] | | | |
| 300 | DEFENSE PERSONNEL ACCOUNTING AGENCY | 144,881 | 144,881 | 144,881 | | 144,881 |
| 310 | DEFENSE SECURITY COOPERATION AGENCY | 696,884 | 667,884 | 696,884 | –30,000 | 666,884 |
| | Assessment, monitoring, and evaluation | | | [11,000] | [11,000] | |
| | Security cooperation account | | | [–11,000] | [–11,000] | |
| | Unjustified growth | | [–29,000] | | [–30,000] | |
| 320 | DEFENSE SECURITY SERVICE | 889,664 | 894,871 | 899,664 | | 889,664 |
| | Advanced cyber threat detection sensors, hunt and response mechanisms, and commercial cyber threat intelligence | | [5,207] | | | |
| | Consolidated Adjudication Facility | | | [10,000] | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 340 | DEFENSE SECURITY SERVICE—CYBER | 9,220 | 9,220 | 9,220 | | 9,220 |
| 360 | DEFENSE TECHNICAL INFORMATION CENTER | 3,000 | 3,000 | 3,000 | | 3,000 |
| 370 | DEFENSE TECHNOLOGY SECURITY ADMINISTRATION | 35,626 | 35,626 | 35,626 | | 35,626 |
| 380 | DEFENSE THREAT REDUCTION AGENCY | 568,133 | 568,133 | 568,133 | | 568,133 |
| 400 | DEFENSE THREAT REDUCTION AGENCY—CYBER | 13,339 | 13,339 | 13,339 | | 13,339 |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY | 2,932,226 | 2,992,226 | 2,982,226 | –20,000 | 2,912,226 |
| | Impact aid for children with severe disabilities | | | [10,000] | | |
| | Impact aid for schools with military dependent students | | | [40,000] | | |
| | Remove one-time fiscal year 2019 increase | | | | [–50,000] | |
| | Overestimation of civilian FTE targets | | | | [–20,000] | |
| | Program increase—impact aid for children with severe disabilites | | [10,000] | | [10,000] | |
| | Program increase—impact aid to schools with military dependents | | [40,000] | | [40,000] | |
| | Program increase—support to local educational agencies that serve military communities and families | | [10,000] | | | |
| 420 | MISSILE DEFENSE AGENCY | 522,529 | 522,529 | 422,729 | –12,670 | 509,859 |
| | THAAD prior year under-execution | | | | [–12,670] | |
| | THAAD Program Transfer to Army | | | [–99,800] | | |
| 450 | OFFICE OF ECONOMIC ADJUSTMENT | 59,513 | 114,913 | 59,513 | 75,000 | 134,513 |
| | Civilian growth | | [400] | | | |
| | Defense Community Infrastructure Program (DCIP) | | [50,000] | | [75,000] | |
| | Program increase—military aviation noise pilot program | | [5,000] | | | |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE | 1,604,738 | 1,491,476 | 1,678,738 | 21,000 | 1,625,738 |
| | Basic Needs Allowance for low-income regular members | | [15,000] | | | |
| | Bien Hoa dioxin cleanup | | | [15,000] | [15,000] | |
| | CDC study | | | [10,000] | [10,000] | |
| | Commission on Synthetic Opioid Trafficking | | [5,000] | | | |
| | Emerging contaminants | | | [1,000] | [1,000] | |
| | European Center of Excellence for Countering Hybrid Threats | | [2,000] | | | |
| | Excess growth | | [–58,839] | | [–37,000] | |
| | Increase to OUSD(A&S)—JASONs | | [7,000] | | | |
| | Industrial policy implementation of EO13806 | | | [15,000] | | |
| | Interstate compacts for licensure and credentialing | | | [4,000] | [4,000] | |

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | Military aviation safety commission | | [3,000] | [3,000] | [3,000] | |
| | National Commission on Military, National, and Public Service | | | [1,000] | | |
| | Pilot program to fund non-profit organizations supporting military families | | [1,000] | | | |
| | Program decrease | | [–104,000] | | | |
| | Program increase—Defense Suicide Prevention Office and National Guard suicide prevention pilot program | | [5,000] | | | |
| | Readiness and Environmental Protection Initiative increase | | [25,000] | [25,000] | [25,000] | |
| | Reduction to OUSD(R&E)—JASONs | | [–7,000] | | | |
| | Unjustified growth | | [–6,423] | | | |
| 470 | OFFICE OF THE SECRETARY OF DEFENSE—CYBER | 48,783 | 48,783 | 48,783 | | 48,783 |
| 480 | SPACE DEVELOPMENT AGENCY | 44,750 | 44,750 | 44,750 | –10,000 | 34,750 |
| | Insufficient justification | | | | [–10,000] | |
| 500 | WASHINGTON HEADQUARTERS SERVICES | 324,001 | 296,201 | 329,001 | –27,800 | 296,201 |
| | Defense Digital Service Hires | | | [5,000] | | |
| | Insufficient justification | | [–27,800] | | [–27,800] | |
| 505 | CLASSIFIED PROGRAMS | 15,816,598 | 15,755,461 | 15,816,598 | –59,141 | 15,757,457 |
| | Classified adjustment | | [–26,000] | | [–24,004] | |
| | Realignment to DISA for Sharkseer | | [–35,137] | | [–35,137] | |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **30,132,549** | **30,119,998** | **30,231,186** | **35,326** | **30,167,875** |
| | | | | | | |
| | **TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE** | **37,479,841** | **37,273,790** | **37,578,478** | **–557,168** | **36,922,673** |
| | **UNDISTRIBUTED** | | | | | |
| 510 | UNDISTRIBUTED | | –62,500 | | | |
| | Undistributed reduction | | [–62,500] | | | |
| | **SUBTOTAL UNDISTRIBUTED** | | **–62,500** | | | |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE** | | **–206,051** | **98,637** | **–557,168** | **–557,168** |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | **US COURT OF APPEALS FOR ARMED FORCES, DEF** | | | | | |
| | **ADMINISTRATION AND ASSOCIATED ACTIVITIES** | | | | | |
| 010 | US COURT OF APPEALS FOR THE ARMED FORCES, DEFENSE | 14,771 | 14,771 | 14,771 | | 14,771 |
| | **SUBTOTAL ADMINISTRATION AND ASSOCIATED ACTIVITIES** | **14,771** | **14,771** | **14,771** | | **14,771** |
| | **TOTAL US COURT OF APPEALS FOR ARMED FORCES, DEF** | **14,771** | **14,771** | **14,771** | | **14,771** |
| | **DOD ACQUISITION WORKFORCE DEVELOPMENT FUND** | | | | | |
| | **ACQUISITION WORKFORCE DEVELOPMENT** | | | | | |
| 010 | ACQ WORKFORCE DEV FD | 400,000 | 375,000 | 400,000 | | 400,000 |
| | Program decrease | | [–25,000] | | | |
| | **SUBTOTAL ACQUISITION WORKFORCE DEVELOPMENT** | **400,000** | **375,000** | **400,000** | | **400,000** |
| | **TOTAL DOD ACQUISITION WORKFORCE DEVELOPMENT FUND** | **400,000** | **375,000** | **400,000** | | **400,000** |
| | **OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID** | | | | | |
| | **HUMANITARIAN ASSISTANCE** | | | | | |
| 010 | OVERSEAS HUMANITARIAN, DISASTER AND CIVIC AID | 108,600 | 110,800 | 108,600 | 9,063 | 117,663 |
| | Increase for foreign disaster relief | | | | [6,822] | |
| | Increase for humanitarian mine action program | | [2,200] | | [2,241] | |
| | **SUBTOTAL HUMANITARIAN ASSISTANCE** | **108,600** | **110,800** | **108,600** | **9,063** | **117,663** |
| | **TOTAL OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID** | **108,600** | **110,800** | **108,600** | **9,063** | **117,663** |
| | **COOPERATIVE THREAT REDUCTION ACCOUNT** | | | | | |
| | **COOPERATIVE THREAT REDUCTION** | | | | | |
| 010 | COOPERATIVE THREAT REDUCTION | 338,700 | 358,700 | 338,700 | 20,000 | 358,700 |
| | Cooperative biological engagement | | [20,000] | | [20,000] | |
| | **SUBTOTAL COOPERATIVE THREAT REDUCTION** | **338,700** | **358,700** | **338,700** | **20,000** | **358,700** |
| | **TOTAL COOPERATIVE THREAT REDUCTION ACCOUNT** | **338,700** | **358,700** | **338,700** | **20,000** | **358,700** |

WASHSTATEC009104

SEC. 4301. OPERATION AND MAINTENANCE
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **ENVIRONMENTAL RESTORATION, ARMY** | | | | | |
| | **DEPARTMENT OF THE ARMY** | | | | | |
| 050 | ENVIRONMENTAL RESTORATION, ARMY | 207,518 | 235,809 | 207,518 | 5,000 | 212,518 |
| | Perfluorinated chemicals | | [28,291] | | [5,000] | |
| | **SUBTOTAL DEPARTMENT OF THE ARMY** | **207,518** | **235,809** | **207,518** | **5,000** | **212,518** |
| | **TOTAL ENVIRONMENTAL RESTORATION, ARMY** | **207,518** | **353,721** | **207,518** | **83,064** | **290,582** |
| | **ENVIRONMENTAL RESTORATION, NAVY** | | | | | |
| | **DEPARTMENT OF THE NAVY** | | | | | |
| 060 | ENVIRONMENTAL RESTORATION, NAVY | 335,932 | 375,883 | 335,932 | 15,000 | 350,932 |
| | Closed detonation chambers | | [10,000] | | | |
| | Perfluorinated chemicals | | [29,951] | | [5,000] | |
| | Unexploded ordnance remediation | | | | [10,000] | |
| | **SUBTOTAL DEPARTMENT OF THE NAVY** | **335,932** | **375,883** | **335,932** | **15,000** | **350,932** |
| | **TOTAL ENVIRONMENTAL RESTORATION, NAVY** | **335,932** | **482,135** | **335,932** | **83,064** | **418,996** |
| | **ENVIRONMENTAL RESTORATION, AIR FORCE** | | | | | |
| | **DEPARTMENT OF THE AIR FORCE** | | | | | |
| 070 | ENVIRONMENTAL RESTORATION, AIR FORCE | 302,744 | 365,808 | 302,744 | 63,064 | 365,808 |
| | Perfluorinated chemicals | | [63,064] | | [63,064] | |
| | **SUBTOTAL DEPARTMENT OF THE AIR FORCE** | **302,744** | **365,808** | **302,744** | **63,064** | **365,808** |
| | **TOTAL ENVIRONMENTAL RESTORATION, AIR FORCE** | **302,744** | **448,947** | **302,744** | **83,064** | **385,808** |
| | **ENVIRONMENTAL RESTORATION, DEFENSE-WIDE** | | | | | |
| 080 | ENVIRONMENTAL RESTORATION, DEFENSE-WIDE | 9,105 | 24,002 | 9,105 | | 9,105 |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | Detection of perfluorinated compounds | | [5,000] | | | |
| | Perfluorinated chemicals | | [9,897] | | | |
| | **SUBTOTAL DEFENSE-WIDE** | **9,105** | **24,002** | **9,105** | | **9,105** |
| | | | | | | |
| | **TOTAL ENVIRONMENTAL RESTORATION, DEFENSE-WIDE** | **9,105** | **155,308** | **9,105** | **83,064** | **92,169** |
| | | | | | | |
| | **ENVIRONMENTAL RESTORATION FORMERLY USED SITES** | | | | | |
| | **DEFENSE-WIDE** | | | | | |
| 090 | ENVIRONMENTAL RESTORATION FORMERLY USED SITES | 216,499 | 216,499 | 216,499 | | 216,499 |
| | **SUBTOTAL DEFENSE-WIDE** | **216,499** | **216,499** | **216,499** | | **216,499** |
| | | | | | | |
| | **TOTAL ENVIRONMENTAL RESTORATION FORMERLY USED SITES** | **216,499** | **216,499** | **216,499** | | **216,499** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE** | **207,661,689** | **203,963,215** | **208,471,343** | **−6,050,745** | **201,610,944** |

WASHSTATEC009106

**SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS.**

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **OPERATION & MAINTENANCE, ARMY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MANEUVER UNITS | 1,410,874 | 1,410,874 | 1,410,874 | 260,548 | 1,671,422 |
| | Realignment from base | | | | [260,548] | |
| 030 | ECHELONS ABOVE BRIGADE | 26,502 | 26,502 | 26,502 | | 26,502 |
| 040 | THEATER LEVEL ASSETS | 2,274,490 | 2,274,490 | 2,274,490 | –15,000 | 2,259,490 |
| | Unjustified growth | | | | [–15,000] | |
| 050 | LAND FORCES OPERATIONS SUPPORT | 136,288 | 136,288 | 136,288 | | 136,288 |
| 060 | AVIATION ASSETS | 300,240 | 300,240 | 300,240 | | 300,240 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 3,415,009 | 4,515,009 | 3,415,009 | 1,095,000 | 4,510,009 |
| | Insufficient justification | | | | [–5,000] | |
| | Realignment from base | | [1,100,000] | | [1,100,000] | |
| 080 | LAND FORCES SYSTEMS READINESS | 29,985 | 29,985 | 29,985 | | 29,985 |
| 090 | LAND FORCES DEPOT MAINTENANCE | 86,931 | 86,931 | 86,931 | | 86,931 |
| 100 | BASE OPERATIONS SUPPORT | 115,706 | 115,706 | 115,706 | | 115,706 |
| 110 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 72,657 | 72,657 | 72,657 | | 72,657 |
| 130 | ADDITIONAL ACTIVITIES | 6,397,586 | 6,397,586 | 6,397,586 | –12,000 | 6,385,586 |
| | Insufficient justification | | | | [–12,000] | |
| 140 | COMMANDER'S EMERGENCY RESPONSE PROGRAM | 5,000 | | 5,000 | –2,500 | 2,500 |
| | Insufficient justification | | | | [–2,500] | |
| | Realignment of redress and loss funding | | [–5,000] | | | |
| 150 | RESET | 1,048,896 | 1,048,896 | 1,048,896 | | 1,048,896 |
| 160 | US AFRICA COMMAND | 203,174 | 203,174 | 203,174 | | 203,174 |
| 170 | US EUROPEAN COMMAND | 173,676 | 173,676 | 173,676 | | 173,676 |
| 200 | CYBERSPACE ACTIVITIES—CYBERSPACE OPERATIONS | 188,529 | 188,529 | 188,529 | | 188,529 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 210 | CYBERSPACE ACTIVITIES—CYBERSECURITY | 5,682 | 5,682 | 5,682 | | 5,682 |
| | **SUBTOTAL OPERATING FORCES** | **15,891,225** | **16,986,225** | **15,891,225** | **1,326,048** | **17,217,273** |
| | | | | | | |
| | **MOBILIZATION** | | | | | |
| 230 | ARMY PREPOSITIONED STOCKS | 131,954 | 131,954 | 131,954 | | 131,954 |
| | **SUBTOTAL MOBILIZATION** | **131,954** | **131,954** | **131,954** | | **131,954** |
| | | | | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 390 | SERVICEWIDE TRANSPORTATION | 721,014 | 721,014 | 721,014 | | 721,014 |
| 400 | CENTRAL SUPPLY ACTIVITIES | 66,845 | 66,845 | 66,845 | | 66,845 |
| 410 | LOGISTIC SUPPORT ACTIVITIES | 9,309 | 9,309 | 9,309 | | 9,309 |
| 420 | AMMUNITION MANAGEMENT | 23,653 | 23,653 | 23,653 | | 23,653 |
| 460 | OTHER PERSONNEL SUPPORT | 109,019 | 109,019 | 109,019 | | 109,019 |
| 490 | REAL ESTATE MANAGEMENT | 251,355 | 251,355 | 251,355 | | 251,355 |
| 565 | CLASSIFIED PROGRAMS | 1,568,564 | 1,568,564 | 1,568,564 | | 1,568,564 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **2,749,759** | **2,749,759** | **2,749,759** | | **2,749,759** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY** | **18,772,938** | **19,867,938** | **18,772,938** | **1,326,048** | **20,098,986** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ARMY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 020 | ECHELONS ABOVE BRIGADE | 20,440 | 20,440 | 20,440 | | 20,440 |
| 060 | FORCE READINESS OPERATIONS SUPPORT | 689 | 689 | 689 | | 689 |
| 090 | BASE OPERATIONS SUPPORT | 16,463 | 16,463 | 16,463 | | 16,463 |
| | **SUBTOTAL OPERATING FORCES** | **37,592** | **37,592** | **37,592** | | **37,592** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARMY RES** | **37,592** | **37,592** | **37,592** | | **37,592** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ARNG** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 010 | MANEUVER UNITS | 45,896 | 45,896 | 45,896 | | 45,896 |
| 020 | MODULAR SUPPORT BRIGADES | 180 | 180 | 180 | | 180 |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 030 | ECHELONS ABOVE BRIGADE | 2,982 | 2,982 | 2,982 | | 2,982 |
| 040 | THEATER LEVEL ASSETS | 548 | 548 | 548 | | 548 |
| 060 | AVIATION ASSETS | 9,229 | 9,229 | 9,229 | | 9,229 |
| 070 | FORCE READINESS OPERATIONS SUPPORT | 1,584 | 1,584 | 1,584 | | 1,584 |
| 100 | BASE OPERATIONS SUPPORT | 22,063 | 22,063 | 22,063 | | 22,063 |
| 120 | MANAGEMENT AND OPERATIONAL HEADQUARTERS | 606 | 606 | 606 | | 606 |
| | **SUBTOTAL OPERATING FORCES** | **83,088** | **83,088** | **83,088** | | **83,088** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 170 | SERVICEWIDE COMMUNICATIONS | 203 | 203 | 203 | | 203 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **203** | **203** | **203** | | **203** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, ARNG** | **83,291** | **83,291** | **83,291** | | **83,291** |
| | | | | | | |
| | **AFGHANISTAN SECURITY FORCES FUND** | | | | | |
| | **AFGHAN NATIONAL ARMY** | | | | | |
| 090 | SUSTAINMENT | 1,313,047 | 1,313,047 | 1,313,047 | | 1,313,047 |
| 100 | INFRASTRUCTURE | 37,152 | 37,152 | 37,152 | | 37,152 |
| 110 | EQUIPMENT AND TRANSPORTATION | 120,868 | 120,868 | 120,868 | | 120,868 |
| 120 | TRAINING AND OPERATIONS | 118,591 | 118,591 | 118,591 | | 118,591 |
| | **SUBTOTAL AFGHAN NATIONAL ARMY** | **1,589,658** | **1,589,658** | **1,589,658** | | **1,589,658** |
| | | | | | | |
| | **AFGHAN NATIONAL POLICE** | | | | | |
| 130 | SUSTAINMENT | 422,806 | 422,806 | 422,806 | | 422,806 |
| 140 | INFRASTRUCTURE | 2,358 | 2,358 | 2,358 | | 2,358 |
| 150 | EQUIPMENT AND TRANSPORTATION | 127,081 | 127,081 | 127,081 | | 127,081 |
| 160 | TRAINING AND OPERATIONS | 108,112 | 108,112 | 108,112 | | 108,112 |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | **SUBTOTAL AFGHAN NATIONAL POLICE** | **660,357** | **660,357** | **660,357** | | **660,357** |
| | **AFGHAN AIR FORCE** | | | | | |
| 170 | SUSTAINMENT | 893,829 | 893,829 | 893,829 | | 893,829 |
| 180 | INFRASTRUCTURE | 8,611 | 8,611 | 8,611 | | 8,611 |
| 190 | EQUIPMENT AND TRANSPORTATION | 566,967 | 566,967 | 566,967 | | 566,967 |
| 200 | TRAINING AND OPERATIONS | 356,108 | 356,108 | 356,108 | | 356,108 |
| | **SUBTOTAL AFGHAN AIR FORCE** | **1,825,515** | **1,825,515** | **1,825,515** | | **1,825,515** |
| | **AFGHAN SPECIAL SECURITY FORCES** | | | | | |
| 210 | SUSTAINMENT | 437,909 | 437,909 | 437,909 | | 437,909 |
| 220 | INFRASTRUCTURE | 21,131 | 21,131 | 21,131 | | 21,131 |
| 230 | EQUIPMENT AND TRANSPORTATION | 153,806 | 153,806 | 153,806 | | 153,806 |
| 240 | TRAINING AND OPERATIONS | 115,602 | 115,602 | 115,602 | | 115,602 |
| | **SUBTOTAL AFGHAN SPECIAL SECURITY FORCES** | **728,448** | **728,448** | **728,448** | | **728,448** |
| | **UNDISTRIBUTED** | | | | | |
| 245 | UNDISTRIBUTED | | –300,000 | | –300,000 | –300,000 |
| | Unjustified request | | [–300,000] | | [–300,000] | |
| | **SUBTOTAL UNDISTRIBUTED** | | **–300,000** | | **–300,000** | **–300,000** |
| | **TOTAL AFGHANISTAN SECURITY FORCES FUND** | **4,803,978** | **4,503,978** | **4,803,978** | **–300,000** | **4,503,978** |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | | | | |
| | **COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | | | | | |
| 010 | IRAQ | 745,000 | 663,000 | 645,000 | –200,000 | 545,000 |
| | Program decrease | | | | [–100,000] | |
| | Transfer to DSCA Security Cooperation | | | [–100,000] | [–100,000] | |
| | Unjustified growth | | [–82,000] | | | |
| 020 | SYRIA | 300,000 | 300,000 | 300,000 | | 300,000 |
| 030 | BORDER SECURITY | | 250,000 | | | |
| | Realignment of CTEF border security funding | | [250,000] | | | |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **SUBTOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | **1,045,000** | **1,213,000** | **945,000** | **–200,000** | **845,000** |
| | **TOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)** | **1,045,000** | **1,213,000** | **945,000** | **–200,000** | **845,000** |
| | **OPERATION & MAINTENANCE, NAVY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | MISSION AND OTHER FLIGHT OPERATIONS | 373,047 | 587,422 | 373,047 | 600,000 | 973,047 |
| | Realignment from base | | [214,375] | | [600,000] | |
| 030 | AVIATION TECHNICAL DATA & ENGINEERING SERVICES | 816 | 816 | 816 | | 816 |
| 040 | AIR OPERATIONS AND SAFETY SUPPORT | 9,582 | 9,582 | 9,582 | | 9,582 |
| 050 | AIR SYSTEMS SUPPORT | 197,262 | 197,262 | 197,262 | | 197,262 |
| 060 | AIRCRAFT DEPOT MAINTENANCE | 168,246 | 168,246 | 168,246 | | 168,246 |
| 070 | AIRCRAFT DEPOT OPERATIONS SUPPORT | 3,594 | 3,594 | 3,594 | | 3,594 |
| 080 | AVIATION LOGISTICS | 10,618 | 10,618 | 10,618 | | 10,618 |
| 090 | MISSION AND OTHER SHIP OPERATIONS | 1,485,108 | 1,935,108 | 1,485,108 | 450,000 | 1,935,108 |
| | Realignment from base | | [450,000] | | [450,000] | |
| 100 | SHIP OPERATIONS SUPPORT & TRAINING | 20,334 | 20,334 | 20,334 | | 20,334 |
| 110 | SHIP DEPOT MAINTENANCE | 2,365,615 | 2,365,615 | 2,365,615 | | 2,365,615 |
| 130 | COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE | 58,092 | 58,092 | 58,092 | | 58,092 |
| 140 | SPACE SYSTEMS AND SURVEILLANCE | 18,000 | 18,000 | 18,000 | | 18,000 |
| 150 | WARFARE TACTICS | 16,984 | 16,984 | 16,984 | | 16,984 |
| 160 | OPERATIONAL METEOROLOGY AND OCEANOGRAPHY | 29,382 | 29,382 | 29,382 | | 29,382 |
| 170 | COMBAT SUPPORT FORCES | 608,870 | 608,870 | 608,870 | 400,000 | 1,008,870 |
| | Realignment from base | | | | [400,000] | |
| 180 | EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT | 7,799 | 7,799 | 7,799 | | 7,799 |
| 200 | COMBATANT COMMANDERS DIRECT MISSION SUPPORT | 24,800 | 24,800 | 24,800 | | 24,800 |
| 220 | CYBERSPACE ACTIVITIES | 363 | 363 | 363 | | 363 |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| 240 | WEAPONS MAINTENANCE | 486,188 | 486,188 | 486,188 | | 486,188 |
| 250 | OTHER WEAPON SYSTEMS SUPPORT | 12,189 | 12,189 | 12,189 | | 12,189 |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 68,667 | 68,667 | 68,667 | | 68,667 |
| 280 | BASE OPERATING SUPPORT | 219,099 | 219,099 | 219,099 | | 219,099 |
| | **SUBTOTAL OPERATING FORCES** | **6,184,655** | **6,849,030** | **6,184,655** | **1,450,000** | **7,634,655** |
| | **MOBILIZATION** | | | | | |
| 320 | EXPEDITIONARY HEALTH SERVICES SYSTEMS | 17,580 | 17,580 | 17,580 | | 17,580 |
| 330 | COAST GUARD SUPPORT | 190,000 | 190,000 | 190,000 | | 190,000 |
| | **SUBTOTAL MOBILIZATION** | **207,580** | **207,580** | **207,580** | | **207,580** |
| | **TRAINING AND RECRUITING** | | | | | |
| 370 | SPECIALIZED SKILL TRAINING | 52,161 | 52,161 | 52,161 | | 52,161 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **52,161** | **52,161** | **52,161** | | **52,161** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 440 | ADMINISTRATION | 8,475 | 8,475 | 8,475 | | 8,475 |
| 460 | MILITARY MANPOWER AND PERSONNEL MANAGEMENT | 7,653 | 7,653 | 7,653 | | 7,653 |
| 490 | SERVICEWIDE TRANSPORTATION | 70,683 | 70,683 | 70,683 | | 70,683 |
| 520 | ACQUISITION, LOGISTICS, AND OVERSIGHT | 11,130 | 11,130 | 11,130 | | 11,130 |
| 530 | INVESTIGATIVE AND SECURITY SERVICES | 1,559 | 1,559 | 1,559 | | 1,559 |
| 645 | CLASSIFIED PROGRAMS | 17,754 | 17,754 | 17,754 | | 17,754 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **117,254** | **117,254** | **117,254** | | **117,254** |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **6,561,650** | **7,226,025** | **6,561,650** | **1,450,000** | **8,011,650** |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | OPERATIONAL FORCES | 714,653 | 714,653 | 714,653 | 200,000 | 914,653 |
| | Realignment from base | | | | [200,000] | |
| 020 | FIELD LOGISTICS | 232,508 | 232,508 | 232,508 | 200,000 | 432,508 |
| | Realignment from base | | | | [200,000] | |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 030 | DEPOT MAINTENANCE | 54,101 | 54,101 | 54,101 | | 54,101 |
| 050 | CYBERSPACE ACTIVITIES | 2,000 | 2,000 | 2,000 | | 2,000 |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | | | 340,000 | | |
| | Disaster recovery increase | | | [340,000] | | |
| 070 | BASE OPERATING SUPPORT | 24,570 | 24,570 | 24,570 | | 24,570 |
| | **SUBTOTAL OPERATING FORCES** | **1,027,832** | **1,027,832** | **1,367,832** | **400,000** | **1,427,832** |
| | | | | | | |
| | **TRAINING AND RECRUITING** | | | | | |
| 120 | TRAINING SUPPORT | 30,459 | 30,459 | 30,459 | | 30,459 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **30,459** | **30,459** | **30,459** | | **30,459** |
| | | | | | | |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| 160 | SERVICEWIDE TRANSPORTATION | 61,400 | 61,400 | 61,400 | | 61,400 |
| 225 | CLASSIFIED PROGRAMS | 5,100 | 5,100 | 5,100 | | 5,100 |
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **66,500** | **66,500** | **66,500** | | **66,500** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **1,124,791** | **1,124,791** | **1,464,791** | **400,000** | **1,524,791** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, NAVY RES** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 020 | INTERMEDIATE MAINTENANCE | 510 | 510 | 510 | | 510 |
| 030 | AIRCRAFT DEPOT MAINTENANCE | 11,628 | 11,628 | 11,628 | | 11,628 |
| 080 | COMBAT SUPPORT FORCES | 10,898 | 10,898 | 10,898 | | 10,898 |
| | **SUBTOTAL OPERATING FORCES** | **23,036** | **23,036** | **23,036** | | **23,036** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY RES** | **23,036** | **23,036** | **23,036** | | **23,036** |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | **OPERATION & MAINTENANCE, MC RESERVE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | OPERATING FORCES | 7,627 | 7,627 | 7,627 | | 7,627 |
| 040 | BASE OPERATING SUPPORT | 1,080 | 1,080 | 1,080 | | 1,080 |
| | **SUBTOTAL OPERATING FORCES** | **8,707** | **8,707** | **8,707** | | **8,707** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE, MC RESERVE** | **8,707** | **8,707** | **8,707** | | **8,707** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, AIR FORCE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | PRIMARY COMBAT FORCES | 163,632 | 163,632 | 163,632 | | 163,632 |
| 020 | COMBAT ENHANCEMENT FORCES | 1,049,170 | 1,049,170 | 1,049,170 | 400,000 | 1,449,170 |
| | Realignment from base | | | | [400,000] | |
| 030 | AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS) | 111,808 | 111,808 | 111,808 | | 111,808 |
| 040 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 408,699 | 408,699 | 408,699 | | 408,699 |
| 050 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 147,264 | 147,264 | 487,264 | | 147,264 |
| | Disaster recovery increase | | | [340,000] | | |
| 060 | CYBERSPACE SUSTAINMENT | 10,061 | 10,061 | 10,061 | | 10,061 |
| 070 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 953,594 | 953,594 | 953,594 | | 953,594 |
| 080 | FLYING HOUR PROGRAM | 2,495,266 | 3,045,266 | 2,495,266 | 550,000 | 3,045,266 |
| | Realignment from base | | [550,000] | | [550,000] | |
| 090 | BASE OPERATIONS SUPPORT | 1,538,120 | 1,538,120 | 1,538,120 | 200,000 | 1,738,120 |
| | Realignment from base | | | | [200,000] | |
| 100 | GLOBAL C3I AND EARLY WARNING | 13,863 | 13,863 | 13,863 | | 13,863 |
| 110 | OTHER COMBAT OPS SPT PROGRAMS | 272,020 | 272,020 | 272,020 | | 272,020 |
| 120 | CYBERSPACE ACTIVITIES | 17,657 | 17,657 | 17,657 | | 17,657 |
| 130 | TACTICAL INTEL AND OTHER SPECIAL ACTIVITIES | 36,098 | 36,098 | 36,098 | | 36,098 |
| 140 | LAUNCH FACILITIES | 391 | 391 | 391 | | 391 |
| 150 | SPACE CONTROL SYSTEMS | 39,990 | 39,990 | 39,990 | | 39,990 |
| 160 | US NORTHCOM/NORAD | 725 | 725 | 725 | | 725 |
| 170 | US STRATCOM | 926 | 926 | 926 | | 926 |
| 180 | US CYBERCOM | 35,189 | 35,189 | 35,189 | | 35,189 |

SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 190 | US CENTCOM | 163,015 | 163,015 | 163,015 | | 163,015 |
| 200 | US SOCOM | 19,000 | 19,000 | 19,000 | | 19,000 |
| | **SUBTOTAL OPERATING FORCES** | **7,476,488** | **8,026,488** | **7,816,488** | **1,150,000** | **8,626,488** |
| | **MOBILIZATION** | | | | | |
| 240 | AIRLIFT OPERATIONS | 1,271,439 | 1,271,439 | 1,271,439 | | 1,271,439 |
| 250 | MOBILIZATION PREPAREDNESS | 109,682 | 109,682 | 109,682 | | 109,682 |
| | **SUBTOTAL MOBILIZATION** | **1,381,121** | **1,381,121** | **1,381,121** | | **1,381,121** |
| | **TRAINING AND RECRUITING** | | | | | |
| 260 | OFFICER ACQUISITION | 200 | 200 | 200 | | 200 |
| 270 | RECRUIT TRAINING | 352 | 352 | 352 | | 352 |
| 290 | SPECIALIZED SKILL TRAINING | 26,802 | 26,802 | 26,802 | | 26,802 |
| 300 | FLIGHT TRAINING | 844 | 844 | 844 | | 844 |
| 310 | PROFESSIONAL DEVELOPMENT EDUCATION | 1,199 | 1,199 | 1,199 | | 1,199 |
| 320 | TRAINING SUPPORT | 1,320 | 1,320 | 1,320 | | 1,320 |
| | **SUBTOTAL TRAINING AND RECRUITING** | **30,717** | **30,717** | **30,717** | | **30,717** |
| | **ADMIN & SRVWD ACTIVITIES** | | | | | |
| | **UNDISTRIBUTED** | | | | | |
| 380 | LOGISTICS OPERATIONS | 164,701 | 164,701 | 164,701 | | 164,701 |
| 390 | TECHNICAL SUPPORT ACTIVITIES | 11,608 | 11,608 | 11,608 | | 11,608 |
| 400 | ADMINISTRATION | 4,814 | 4,814 | 4,814 | | 4,814 |
| 410 | SERVICEWIDE COMMUNICATIONS | 145,204 | 145,204 | 145,204 | | 145,204 |
| 420 | OTHER SERVICEWIDE ACTIVITIES | 98,841 | 98,841 | 98,841 | | 98,841 |
| 460 | INTERNATIONAL SUPPORT | 29,890 | 29,890 | 29,890 | | 29,890 |
| 465 | CLASSIFIED PROGRAMS | 52,995 | 52,995 | 52,995 | | 52,995 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **SUBTOTAL ADMIN & SRVWD ACTIVITIES** | **508,053** | **508,053** | **508,053** | | **508,053** |
| | **TOTAL OPERATION & MAINTENANCE, AIR FORCE** | **9,396,379** | **9,946,379** | **9,736,379** | **1,150,000** | **10,546,379** |
| | **OPERATION & MAINTENANCE, AF RESERVE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 24,188 | 24,188 | 24,188 | | 24,188 |
| 060 | BASE SUPPORT | 5,570 | 5,570 | 5,570 | | 5,570 |
| | **SUBTOTAL OPERATING FORCES** | **29,758** | **29,758** | **29,758** | | **29,758** |
| | **TOTAL OPERATION & MAINTENANCE, AF RESERVE** | **29,758** | **29,758** | **29,758** | | **29,758** |
| | **OPERATION & MAINTENANCE, ANG** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 020 | MISSION SUPPORT OPERATIONS | 3,666 | 3,666 | 3,666 | | 3,666 |
| 030 | DEPOT PURCHASE EQUIPMENT MAINTENANCE | 66,944 | 66,944 | 66,944 | | 66,944 |
| 050 | CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT | 93,620 | 93,620 | 93,620 | | 93,620 |
| 060 | BASE SUPPORT | 12,679 | 12,679 | 12,679 | | 12,679 |
| | **SUBTOTAL OPERATING FORCES** | **176,909** | **176,909** | **176,909** | | **176,909** |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **176,909** | **176,909** | **176,909** | | **176,909** |
| | **OPERATION AND MAINTENANCE, DEFENSE-WIDE** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 010 | JOINT CHIEFS OF STAFF | 21,866 | 21,866 | 21,866 | | 21,866 |
| 020 | JOINT CHIEFS OF STAFF—CE2T2 | 6,634 | 6,634 | 6,634 | | 6,634 |
| 040 | SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES | 1,121,580 | 1,121,580 | 1,121,580 | –10,000 | 1,111,580 |
| | Classified adjustment | | | | [–10,000] | |
| 060 | SPECIAL OPERATIONS COMMAND INTELLIGENCE | 1,328,201 | 1,328,201 | 1,328,201 | | 1,328,201 |
| 070 | SPECIAL OPERATIONS COMMAND MAINTENANCE | 399,845 | 399,845 | 399,845 | | 399,845 |
| 090 | SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT | 138,458 | 102,958 | 138,458 | –35,000 | 103,458 |
| | Projected underexecution—communications | | [–35,500] | | [–35,000] | |

**SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS**
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| 100 | SPECIAL OPERATIONS COMMAND THEATER FORCES | 808,729 | 808,729 | 808,729 | 500,000 | 1,308,729 |
| | Realignment from base | | | | [500,000] | |
| | **SUBTOTAL OPERATING FORCES** | **3,825,313** | **3,789,813** | **3,825,313** | **455,000** | **4,280,313** |
| | | | | | | |
| | **ADMIN & SRVWIDE ACTIVITIES** | | | | | |
| 180 | DEFENSE CONTRACT AUDIT AGENCY | 1,810 | 1,810 | 1,810 | | 1,810 |
| 200 | DEFENSE CONTRACT MANAGEMENT AGENCY | 21,723 | 21,723 | 21,723 | | 21,723 |
| 230 | DEFENSE INFORMATION SYSTEMS AGENCY | 81,133 | 81,133 | 81,133 | | 81,133 |
| 240 | DEFENSE INFORMATION SYSTEMS AGENCY—CYBER | 3,455 | 3,455 | 3,455 | | 3,455 |
| 270 | DEFENSE LEGAL SERVICES AGENCY | 196,124 | 196,124 | 196,124 | | 196,124 |
| 290 | DEFENSE MEDIA ACTIVITY | 14,377 | 14,377 | 14,377 | | 14,377 |
| 310 | DEFENSE SECURITY COOPERATION AGENCY | 1,927,217 | 1,364,427 | 1,977,217 | –250,000 | 1,677,217 |
| | Realignment of CTEF border security funding | | [–250,000] | | | |
| | Security cooperation account, unjustified growth | | | [–100,000] | [–37,030] | |
| | Transfer from CTEF Iraq | | | [100,000] | [100,000] | |
| | Transfer of funds to Ukraine Security Assistance Initiative | | [–250,000] | | [–250,000] | |
| | Ukraine Security Assistance Initiative | | | [50,000] | | |
| | Unjustified growth | | [–62,790] | | [–62,970] | |
| 380 | DEFENSE THREAT REDUCTION AGENCY | 317,558 | 307,558 | 317,558 | | 317,558 |
| | Program decrease | | [–10,000] | | | |
| 410 | DEPARTMENT OF DEFENSE EDUCATION ACTIVITY | 31,620 | 31,620 | 31,620 | | 31,620 |
| 460 | OFFICE OF THE SECRETARY OF DEFENSE | 16,666 | 21,666 | 16,666 | | 16,666 |
| | Realignment of redress and loss funding | | [5,000] | | | |
| 500 | WASHINGTON HEADQUARTERS SERVICES | 6,331 | 6,331 | 6,331 | | 6,331 |
| 505 | CLASSIFIED PROGRAMS | 1,924,785 | 1,924,785 | 1,924,785 | | 1,924,785 |
| | **SUBTOTAL ADMIN & SRVWIDE ACTIVITIES** | **4,542,799** | **3,975,009** | **4,592,799** | **–250,000** | **4,292,799** |

| Line | Item | | | | | |
|---|---|---|---|---|---|---|
| | **TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE** | **8,368,112** | **7,764,822** | **8,418,112** | **205,000** | **8,573,112** |
| | **TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE** | | **−603,290** | **50,000** | **205,000** | **205,000** |
| | **UKRAINE SECURITY ASSISTANCE** | | | | | |
| | **UKRAINE SECURITY ASSISTANCE** | | | | | |
| 010 | UKRAINE SECURITY ASSISTANCE INITIATIVE | | 250,000 | | 300,000 | 300,000 |
| | Program increase | | | | [50,000] | |
| | Transfer of funds from Defense Security Cooperation Agency | | [250,000] | | [250,000] | |
| | **SUBTOTAL UKRAINE SECURITY ASSISTANCE** | | **250,000** | | **300,000** | **300,000** |
| | **TOTAL UKRAINE SECURITY ASSISTANCE** | | **250,000** | | **300,000** | **300,000** |
| | **TOTAL OPERATION & MAINTENANCE** | **50,432,141** | **51,652,936** | **51,112,141** | **4,536,048** | **54,968,189** |

**SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS.**

SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Line | Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|
| | **OPERATION & MAINTENANCE, NAVY** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 270 | SUSTAINMENT, RESTORATION AND MODERNIZATION | 0 | | | 462,000 | 462,000 |
| | Earthquake damage repair | | | | [370,000] | |
| | Navy Working Capital Fund earthquake recovery losses | | | | [92,000] | |
| 280 | BASE OPERATING SUPPORT | 0 | | | 9,000 | 9,000 |
| | Earthquake damage recovery | | | | [9,000] | |
| | **TOTAL OPERATION & MAINTENANCE, NAVY** | **0** | | | **471,000** | **471,000** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, MARINE CORPS** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 060 | SUSTAINMENT, RESTORATION & MODERNIZATION | 0 | | | 6,000 | 6,000 |
| | Earthquake damage repair | | | | [6,000] | |
| | **TOTAL OPERATION & MAINTENANCE, MARINE CORPS** | **0** | | | **6,000** | **6,000** |
| | | | | | | |
| | **OPERATION & MAINTENANCE, ANG** | | | | | |
| | **OPERATING FORCES** | | | | | |
| 040 | FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION | 0 | | | 58,900 | 58,900 |
| | Hurricane recovery | | | | [58,900] | |
| | **TOTAL OPERATION & MAINTENANCE, ANG** | **0** | | | **58,900** | **58,900** |
| | | | | | | |
| | **TOTAL OPERATION & MAINTENANCE** | **0** | | | **535,900** | **535,900** |

# TITLE XLIV—MILITARY PERSONNEL

## SEC. 4401. MILITARY PERSONNEL.

SEC. 4401. MILITARY PERSONNEL
(In Thousands of Dollars)

| Item | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Military Personnel Appropriations | 143,476,503 | 142,248,503 | 142,557,523 | –800,000 | 142,676,503 |
| Historical unobligated balances | | [–1,228,000] | | [–800,000] | |
| Historical underexecution | | | [–918,980] | | |
| Medicare-Eligible Retiree Health Fund Contributions | 7,816,815 | 7,816,815 | 7,816,815 | | 7,816,815 |

## SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Item | FY 2020 Request | Conference Change | Conference Authorized |
|---|---|---|---|
| Military Personnel Appropriations | 4,485,808 | 0 | 4,485,808 |
| **Total, Military Personnel Appropriations** | **4,485,808** | **0** | **4,485,808** |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

# TITLE XLV—OTHER AUTHORIZATIONS

## SEC. 4501. OTHER AUTHORIZATIONS.

SEC. 4501. OTHER AUTHORIZATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | | | | |
| INDUSTRIAL OPERATIONS | 57,467 | 57,467 | 57,467 | | 57,467 |
| SUPPLY MANAGEMENT—ARMY | 32,130 | 32,130 | 32,130 | | 32,130 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **89,597** | **89,597** | **89,597** | | **89,597** |
| **WORKING CAPITAL FUND, AIR FORCE** | | | | | |
| **TRANSPORTATION** | | | | | |
| SUPPLIES AND MATERIALS | 92,499 | 92,499 | 102,499 | | 92,499 |
| Energy optimization initiatives | | | [10,000] | | |
| **TOTAL WORKING CAPITAL FUND, AIR FORCE** | **92,499** | **92,499** | **102,499** | | **92,499** |
| **WORKING CAPITAL FUND, DEFENSE-WIDE** | | | | | |
| SUPPLY CHAIN MANAGEMENT—DEF | 49,085 | 49,085 | 49,085 | | 49,085 |
| **TOTAL WORKING CAPITAL FUND, DEFENSE-WIDE** | **49,085** | **49,085** | **49,085** | | **49,085** |
| **WORKING CAPITAL FUND, DECA** | | | | | |
| WORKING CAPITAL FUND, DECA | 995,030 | 995,030 | 995,030 | | 995,030 |
| **TOTAL WORKING CAPITAL FUND, DECA** | **995,030** | **995,030** | **995,030** | | **995,030** |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| LG MED SPD RO/RO MAINTENANCE | | 264,751 | | | |

**SEC. 4501. OTHER AUTHORIZATIONS**
**(In Thousands of Dollars)**

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Realignment from Operations and Maintenance, Navy | | [264,751] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **264,751** | | | |
| | | | | | |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| DOD MOBILIZATION ALTERATIONS | | 9,590 | | | |
| Realignment from Operations and Maintenance, Navy | | [9,590] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **9,590** | | | |
| | | | | | |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| TAH MAINTENANCE | | 96,867 | | | |
| Realignment from Operations and Maintenance, Navy | | [96,867] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **96,867** | | | |
| | | | | | |
| **NATIONAL DEFENSE SEALIFT FUND** | | | | | |
| READY RESERVE FORCE | | 352,044 | | | |
| Realignment from Operations and Maintenance, Navy | | [352,044] | | | |
| **TOTAL NATIONAL DEFENSE SEALIFT FUND** | | **352,044** | | | |
| | | | | | |
| **WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | | | | | |
| DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | 200,000 | 200,000 | 200,000 | | 200,000 |
| **TOTAL WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY** | **200,000** | **200,000** | **200,000** | | **200,000** |
| | | | | | |
| **CHEM AGENTS & MUNITIONS DESTRUCTION** | | | | | |
| OPERATION & MAINTENANCE | 107,351 | 107,351 | 107,351 | | 107,351 |
| RDT&E | 875,930 | 865,930 | 875,930 | | 875,930 |
| Unjustified growth | | [–10,000] | | | |
| PROCUREMENT | 2,218 | 2,218 | 2,218 | | 2,218 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHEM AGENTS & MUNITIONS DESTRUCTION** | **985,499** | **975,499** | **985,499** | | **985,499** |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | | | | |
| COUNTER-NARCOTICS SUPPORT | 581,739 | 542,171 | 581,739 | –48,921 | 532,818 |
| Counter synthetic opioid trafficking | | [25,000] | | | |
| Realignment of National Guard Bureau funding | | [–30,921] | | [–30,921] | |
| Unjustified growth | | [–33,647] | | [–18,000] | |
| DRUG DEMAND REDUCTION PROGRAM | 120,922 | 120,922 | 120,922 | | 120,922 |
| NATIONAL GUARD COUNTER-DRUG PROGRAM | 91,370 | 122,291 | 91,370 | 30,921 | 122,291 |
| Realignment of National Guard Bureau funding | | [30,921] | | [30,921] | |
| NATIONAL GUARD COUNTER-DRUG SCHOOLS | 5,371 | 5,371 | 5,371 | | 5,371 |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | **799,402** | **790,755** | **799,402** | **–18,000** | **781,402** |
| **OFFICE OF THE INSPECTOR GENERAL** | | | | | |
| OFFICE OF THE INSPECTOR GENERAL | 359,022 | 359,022 | 359,022 | | 359,022 |
| OFFICE OF THE INSPECTOR GENERAL—CYBER | 1,179 | 1,179 | 1,179 | | 1,179 |
| OFFICE OF THE INSPECTOR GENERAL | 2,965 | 2,965 | 2,965 | | 2,965 |
| OFFICE OF THE INSPECTOR GENERAL | 333 | 333 | 333 | | 333 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | **363,499** | **363,499** | **363,499** | | **363,499** |
| **DEFENSE HEALTH PROGRAM** | | | | | |
| IN-HOUSE CARE | 9,570,615 | 9,470,615 | 9,570,615 | –250,000 | 9,320,615 |
| Unjustified growth | | [–100,000] | | [–250,000] | |
| PRIVATE SECTOR CARE | 15,041,006 | 15,038,506 | 15,052,006 | –38,500 | 15,002,506 |
| Contraceptive cost-sharing | | | [11,000] | | |
| Historical underexecution | | | | [–38,500] | |
| Program decrease | | [–2,500] | | | |
| CONSOLIDATED HEALTH SUPPORT | 1,975,536 | 1,986,536 | 1,975,536 | 11,000 | 1,986,536 |
| Wounded Warrior Service Dog program | | [11,000] | | [11,000] | |
| INFORMATION MANAGEMENT | 2,004,588 | 2,004,588 | 2,004,588 | –5,650 | 1,998,938 |
| Historical underexecution | | | | [–5,650] | |
| MANAGEMENT ACTIVITIES | 333,246 | 333,246 | 333,246 | | 333,246 |

WASHSTATEC009124

**SEC. 4501. OTHER AUTHORIZATIONS**
**(In Thousands of Dollars)**

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| EDUCATION AND TRAINING | 793,810 | 796,310 | 793,810 | –500 | 793,310 |
| Other costs excess growth | | | | [–3,000] | |
| Pilot program on partnerships with civilian organizations for specialized surgical training | | [2,500] | | | |
| Program increase—specialized medical pilot program | | | | [2,500] | |
| BASE OPERATIONS/COMMUNICATIONS | 2,093,289 | 2,093,289 | 2,093,289 | | 2,093,289 |
| UNDISTRIBUTED | | 24,500 | | | |
| PFAS exposure blood testing for DoD firefighters | | [2,000] | | | |
| Post-traumatic stress disorder | | [2,500] | | | |
| TRICARE lead level screening and testing for children | | [10,000] | | | |
| Triple negative breast cancer research | | [10,000] | | | |
| R&D RESEARCH | 12,621 | 27,621 | 12,621 | | 12,621 |
| CDC ASTDR PFOS/PFOA health study increment | | [15,000] | | | |
| R&D EXPLORATRY DEVELOPMENT | 84,266 | 84,266 | 84,266 | | 84,266 |
| R&D ADVANCED DEVELOPMENT | 279,766 | 279,766 | 279,766 | | 279,766 |
| R&D DEMONSTRATION/VALIDATION | 128,055 | 128,055 | 128,055 | | 128,055 |
| R&D ENGINEERING DEVELOPMENT | 143,527 | 158,527 | 143,527 | | 143,527 |
| Deployment of mTBI/concussion multi-modal devices | | [10,000] | | | |
| Program increase—freeze dried platelets | | [5,000] | | | |
| R&D MANAGEMENT AND SUPPORT | 67,219 | 67,219 | 67,219 | | 67,219 |
| R&D CAPABILITIES ENHANCEMENT | 16,819 | 16,819 | 16,819 | | 16,819 |
| PROC INITIAL OUTFITTING | 26,135 | 26,135 | 26,135 | | 26,135 |
| PROC REPLACEMENT & MODERNIZATION | 225,774 | 225,774 | 225,774 | | 225,774 |
| PROC JOINT OPERATIONAL MEDICINE INFORMATION SYSTEM | 314 | 314 | 314 | | 314 |
| PROC MILITARY HEALTH SYSTEM—DESKTOP TO DATACENTER | 73,010 | 73,010 | 73,010 | | 73,010 |
| PROC DOD HEALTHCARE MANAGEMENT SYSTEM MODERNIZATION | 129,091 | 129,091 | 99,091 | | 129,091 |
| Prior year availability | | | [–30,000] | | |

November 23, 2019 (1:06 a.m.)

| | | | | | |
|---|---|---|---|---|---|
| TOTAL DEFENSE HEALTH PROGRAM | 32,998,687 | 32,964,187 | 32,979,687 | –283,650 | 32,715,037 |
| TOTAL OTHER AUTHORIZATIONS | 36,573,298 | 37,243,403 | 36,564,298 | –301,650 | 36,271,648 |

167

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

WASHSTATEC009126

## SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Program Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **WORKING CAPITAL FUND, ARMY** | | | | | |
| **INDUSTRIAL OPERATIONS** | | | | | |
| SUPPLY MANAGEMENT—ARMY | 20,100 | 20,100 | 20,100 | | 20,100 |
| **TOTAL WORKING CAPITAL FUND, ARMY** | **20,100** | **20,100** | **20,100** | | **20,100** |
| | | | | | |
| **DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | | | | | |
| COUNTER-NARCOTICS SUPPORT | 163,596 | 153,100 | 163,596 | | 163,596 |
| Unjustified growth | | [–10,496] | | | |
| **TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF** | **163,596** | **153,100** | **163,596** | | **163,596** |
| | | | | | |
| **OFFICE OF THE INSPECTOR GENERAL** | | | | | |
| OFFICE OF THE INSPECTOR GENERAL | 24,254 | 24,254 | 24,254 | | 24,254 |
| **TOTAL OFFICE OF THE INSPECTOR GENERAL** | **24,254** | **24,254** | **24,254** | | **24,254** |
| | | | | | |
| **DEFENSE HEALTH PROGRAM** | | | | | |
| IN-HOUSE CARE | 57,459 | 57,459 | 57,459 | | 57,459 |
| PRIVATE SECTOR CARE | 287,487 | 287,487 | 287,487 | | 287,487 |
| CONSOLIDATED HEALTH SUPPORT | 2,800 | 2,800 | 2,800 | | 2,800 |
| **TOTAL DEFENSE HEALTH PROGRAM** | **347,746** | **347,746** | **347,746** | | **347,746** |
| | | | | | |
| **TOTAL OTHER AUTHORIZATIONS** | **555,696** | **545,200** | **555,696** | | **555,696** |

November 23, 2019 (1:06 a.m.)

E:\BILLS\DOD_TABLES\MOST_RECENT\LOCATOR\L_COMBINED.LOC

# TITLE XLVI—MILITARY CONSTRUCTION

## SEC. 4601. MILITARY CONSTRUCTION.

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Army | ALABAMA | Redstone Arsenal | AIRCRAFT AND FLIGHT EQUIPMENT BUILDING | 38,000 | 38,000 | 38,000 | | 38,000 |
| Army | COLORADO | Fort Carson | COMPANY OPERATIONS FACILITY | 71,000 | 71,000 | 71,000 | | 71,000 |
| Army | GEORGIA | Fort Gordon | CYBER INSTRUCTIONAL FAC (ADMIN/COMMAND) | 107,000 | 70,000 | 67,000 | –40,000 | 67,000 |
| Army | GEORGIA | Hunter Army Airfield | AIRCRAFT MAINTENANCE HANGAR | 62,000 | 62,000 | 62,000 | | 62,000 |
| Army | HAWAII | Fort Shafter | COMMAND AND CONTROL FACILITY, INCR 5 | 60,000 | 60,000 | 60,000 | | 60,000 |
| Army | HONDURAS | Soto Cano Air Base | AIRCRAFT MAINTENANCE HANGAR | 34,000 | 34,000 | 34,000 | | 34,000 |
| Army | JAPAN | Kadena Air Base | VEHICLE MAINTENANCE SHOP | 0 | 0 | 15,000 | | 0 |
| Army | KENTUCKY | Fort Campbell | AUTOMATED INFANTRY PLATOON BATTLE COURSE | 7,100 | 7,100 | 7,100 | | 7,100 |
| Army | KENTUCKY | Fort Campbell | EASEMENTS | 3,200 | 3,200 | 3,200 | | 3,200 |
| Army | KENTUCKY | Fort Campbell | GENERAL PURPOSE MAINTENANCE SHOP | 51,000 | 51,000 | 51,000 | | 51,000 |
| Army | KWAJALEIN | Kwajalein Atoll | AIR TRAFFIC CONTROL TOWER AND TERMINAL | 0 | 40,000 | 0 | 40,000 | 40,000 |
| Army | MASSACHUSETTS | U.S. Army Natick Soldier Systems Center | HUMAN ENGINEERING LAB | 50,000 | 50,000 | 50,000 | | 50,000 |
| Army | MICHIGAN | Detroit Arsenal | SUBSTATION | 24,000 | 24,000 | 24,000 | | 24,000 |
| Army | NEW YORK | Fort Drum | RAILHEAD | 0 | 21,000 | 21,000 | 21,000 | 21,000 |
| Army | NEW YORK | Fort Drum | UNMANNED AERIAL VEHICLE HANGAR | 23,000 | 23,000 | 23,000 | | 23,000 |
| Army | NORTH CAROLINA | Fort Bragg | DINING FACILITY | 12,500 | 12,500 | 12,500 | | 12,500 |
| Army | OKLAHOMA | Fort Sill | ADV INDIVIDUAL TRAINING BARRACKS CPLX, PH2 | 73,000 | 73,000 | 73,000 | | 73,000 |
| Army | PENNSYLVANIA | Carlisle Barracks | GENERAL INSTRUCTION BUILDING | 98,000 | 60,000 | 98,000 | –38,000 | 60,000 |
| Army | SOUTH CAROLINA | Fort Jackson | RECEPTION COMPLEX, PH2 | 54,000 | 54,000 | 54,000 | | 54,000 |
| Army | TEXAS | Corpus Christi Army Depot | POWERTRAIN FACILITY (MACHINE SHOP) | 86,000 | 40,000 | 86,000 | | 86,000 |
| Army | TEXAS | Fort Hood | BARRACKS | 32,000 | 32,000 | 32,000 | | 32,000 |
| Army | TEXAS | Fort Hood | VEHICLE BRIDGE | 0 | 18,500 | 18,500 | 18,500 | 18,500 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Army | VIRGINIA | Fort Belvoir | SECURE OPERATIONS AND ADMIN FACILITY | 60,000 | 60,000 | 60,000 | | 60,000 |
| Army | VIRGINIA | Joint Base Langley-Eustis | ADV INDIVIDUAL TRAINING BARRACKS CPLX, PH4 | 55,000 | 55,000 | 55,000 | | 55,000 |
| Army | WASHINGTON | Joint Base Lewis-McChord | INFORMATION SYSTEMS FACILITY | 46,000 | 46,000 | 46,000 | | 46,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CHILD DEVELOPMENT CENTERS | 0 | 0 | 0 | 27,000 | 27,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOST NATION SUPPORT | 31,000 | 31,000 | 31,000 | | 31,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING AND DESIGN | 94,099 | 85,099 | 94,099 | | 94,099 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED MINOR CONSTRUCTION | 70,600 | 70,600 | 70,600 | | 70,600 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED WORLDWIDE CONSTRUCTION | 211,000 | 0 | 0 | −211,000 | 0 |
| | **Military Construction, Army Total** | | | **1,453,499** | **1,191,999** | **1,256,999** | **−182,500** | **1,270,999** |
| Navy | ARIZONA | Marine Corps Air Station Yuma | BACHELOR ENLISTED QUARTERS | 0 | 99,600 | 99,600 | 99,600 | 99,600 |
| Navy | ARIZONA | Marine Corps Air Station Yuma | HANGAR 95 RENOVATION & ADDITION | 90,160 | 90,160 | 90,160 | | 90,160 |
| Navy | AUSTRALIA | Darwin | AIRCRAFT PARKING APRON | 0 | 0 | 50,000 | 50,000 | 50,000 |
| Navy | BAHRAIN ISLAND | SW Asia | ELECTRICAL SYSTEM UPGRADE | 53,360 | 0 | 53,360 | −53,360 | 0 |
| Navy | CALIFORNIA | Camp Pendleton | 62 AREA MESS HALL AND CONSOLIDATED WARE-HOUSE | 71,700 | 71,700 | 71,700 | | 71,700 |
| Navy | CALIFORNIA | Camp Pendleton | I MEF CONSOLIDATED INFORMATION CENTER | 113,869 | 63,869 | 23,000 | −75,000 | 38,869 |
| Navy | CALIFORNIA | Marine Corps Air Station Miramar | CHILD DEVELOPMENT CENTER | 0 | 37,400 | 37,400 | 37,400 | 37,400 |
| Navy | CALIFORNIA | Naval Air Weapons Sta-tion China Lake | RUNWAY & TAXIWAY EXTENSION | 64,500 | 64,500 | 64,500 | | 64,500 |
| Navy | CALIFORNIA | Naval Air Weapons Sta-tion China Lake | UNSPECIFIED MILITARY CONSTRUCTION—EARTH-QUAKE DAMAGE RECOVERY | 0 | 100,000 | 0 | | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Navy | CALIFORNIA | Naval Base Coronado | AIRCRAFT PAINT COMPLEX | 0 | 79,000 | 79,000 | 79,000 | 79,000 |
| Navy | CALIFORNIA | Naval Base Coronado | NAVY V–22 HANGAR | 86,830 | 86,830 | 86,830 | | 86,830 |
| Navy | CALIFORNIA | Naval Base San Diego | PIER 8 REPLACEMENT (INC) | 59,353 | 59,353 | 59,353 | | 59,353 |
| Navy | CALIFORNIA | Naval Base San Diego | PMO FACILITY REPAIR | 0 | 9,900 | 9,900 | 9,900 | 9,900 |
| Navy | CALIFORNIA | Naval Weapons Station Seal Beach | AMMUNITION PIER | 95,310 | 60,310 | 95,310 | −35,000 | 60,310 |
| Navy | CALIFORNIA | Naval Weapons Station Seal Beach | MISSILE MAGAZINE | 0 | 28,000 | 28,000 | 28,000 | 28,000 |
| Navy | CALIFORNIA | Travis Air Force Base | ALERT FORCE COMPLEX | 64,000 | 64,000 | 64,000 | | 64,000 |
| Navy | CONNECTICUT | Naval Submarine Base New London | SSN BERTHING PIER 32 | 72,260 | 72,260 | 72,260 | | 72,260 |
| Navy | DISTRICT OF COLUMBIA | Naval Observatory | MASTER TIME CLOCKS & OPERATIONS FAC (INC) | 75,600 | 0 | 75,600 | −55,600 | 20,000 |
| Navy | FLORIDA | Blount Island | POLICE STATION AND EOC FACILITY | 0 | 18,700 | 18,700 | 18,700 | 18,700 |
| Navy | FLORIDA | Naval Air Station Jacksonville | TARGETING & SURVEILLANCE SYST PROD SUPP FAC | 32,420 | 32,420 | 32,420 | | 32,420 |
| Navy | GUAM | Joint Region Marianas | BACHELOR ENLISTED QUARTERS H | 164,100 | 64,100 | 20,000 | −130,000 | 34,100 |
| Navy | GUAM | Joint Region Marianas | EOD COMPOUND FACILITIES | 61,900 | 61,900 | 61,900 | | 61,900 |
| Navy | GUAM | Joint Region Marianas | MACHINE GUN RANGE (INC) | 91,287 | 91,287 | 91,287 | | 91,287 |
| Navy | HAWAII | Marine Corps Air Station Kaneohe Bay | BACHELOR ENLISTED QUARTERS | 134,050 | 134,050 | 39,000 | −68,560 | 65,490 |
| Navy | HAWAII | Naval Ammunition Depot West Loch | MAGAZINE CONSOLIDATION, PHASE 1 | 53,790 | 53,790 | 53,790 | | 53,790 |
| Navy | ITALY | Naval Air Station Sigonella | COMMUNICATIONS STATION | 77,400 | 0 | 77,400 | −77,400 | 0 |
| Navy | JAPAN | Fleet Activities Yokosuka | PIER 5 (BERTHS 2 AND 3) | 174,692 | 100,000 | 110,000 | −74,692 | 100,000 |
| Navy | JAPAN | Marine Corps Air Station Iwakuni | VTOL PAD—SOUTH | 15,870 | 15,870 | 15,870 | | 15,870 |
| Navy | MARYLAND | Saint Inigoes | AIR TRAFFIC CONTROL TOWER | 0 | 15,000 | 0 | 15,000 | 15,000 |
| Navy | NORTH CAROLINA | Camp Lejeune | 10TH MARINES HIMARS COMPLEX | 35,110 | 35,110 | 35,110 | | 35,110 |
| Navy | NORTH CAROLINA | Camp Lejeune | 2ND MARDIV/2ND MLG OPS CENTER REPLACEMENT | 60,130 | 60,130 | 60,130 | | 60,130 |
| Navy | NORTH CAROLINA | Camp Lejeune | 2ND RADIO BN COMPLEX, PHASE 2 (INC) | 25,650 | 25,650 | 25,650 | | 25,650 |
| Navy | NORTH CAROLINA | Camp Lejeune | ACV-AAV MAINTENANCE FACILITY UPGRADES | 11,570 | 0 | 11,570 | | 11,570 |
| Navy | NORTH CAROLINA | Camp Lejeune | II MEF OPERATIONS CENTER REPLACEMENT | 122,200 | 62,200 | 122,200 | −30,000 | 92,200 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | AIRCRAFT MAINTENANCE HANGAR (INC) | 73,970 | 73,970 | 73,970 | | 73,970 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | ATC TOWER & AIRFIELD OPERATIONS | 61,340 | 61,340 | 61,340 | | 61,340 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | F–35 TRAINING AND SIMULATOR FACILITY | 53,230 | 53,230 | 53,230 | | 53,230 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | FLIGHTLINE UTILITY MODERNIZATION (INC) | 51,860 | 51,860 | 51,860 | | 51,860 |
| Navy | NORTH CAROLINA | Marine Corps Air Station Cherry Point | SLOCUM ROAD PHYSICAL SECUITRY COMPLIANCE | 0 | 0 | 52,300 | | 0 |
| Navy | NORTH CAROLINA | Marine Corps Air Station New River | CH–53K CARGO LOADING TRAINER | 11,320 | 11,320 | 11,320 | | 11,320 |
| Navy | PENNSYLVANIA | Philadelphia | MACHINERY CONTROL DEVELOPMENT CENTER | 0 | 66,000 | 0 | 74,630 | 74,630 |
| Navy | SOUTH CAROLINA | Parris Island | RANGE IMPROVEMENTS & MODERNIZATION PHASE 3 | 0 | 37,200 | 37,200 | 37,200 | 37,200 |
| Navy | UTAH | Hill Air Force Base | D5 MISSILE MOTOR RECEIPT/STORAGE FAC (INC) | 50,520 | 50,520 | 50,520 | | 50,520 |
| Navy | VIRGINIA | Marine Corps Base Quantico | WARGAMING CENTER | 143,350 | 70,000 | 10,000 | −110,000 | 33,350 |
| Navy | VIRGINIA | Naval Station Norfolk | MARINER SKILLS TRAINING CENTER | 79,100 | 79,100 | 0 | | 79,100 |
| Navy | VIRGINIA | Naval Station Norfolk | MH–60 & CMV–22B CORRISON CONTROL AND PAINT FACILITY | 0 | 49,000 | 0 | 60,000 | 60,000 |
| Navy | VIRGINIA | Portsmouth Naval Shipyard | DRY DOCK FLOOD PROTECTION IMPROVEMENTS | 48,930 | 48,930 | 48,930 | | 48,930 |
| Navy | VIRGINIA | Yorktown Naval Weapons Station | NMC ORDNANCE FACILITIES RECAPITALIZATION PHASE 1 | 0 | 59,000 | 59,000 | 59,000 | 59,000 |
| Navy | WASHINGTON | Bremerton | DRY DOCK 4 & PIER 3 MODERNIZATION | 51,010 | 51,010 | 51,010 | | 51,010 |
| Navy | WASHINGTON | Keyport | UNDERSEA VEHICLE MAINTENANCE FACILITY | 25,050 | 25,050 | 25,050 | | 25,050 |
| Navy | WASHINGTON | Naval Base Kitsap | SEAWOLF SERVICE PIER COST-TO-COMPLETE | 0 | 48,000 | 48,000 | 48,000 | 48,000 |
| Navy | WORLDWIDE UNSPECIFIED | Unspecified | FAMILY HOUSING MITGATION AND OVERSIGHT | 0 | 0 | 81,000 | | 0 |
| Navy | WORLDWIDE UNSPECIFIED | Unspecified | PLANNING AND DESIGN | 0 | 0 | 20,400 | | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified | PLANNING AND DESIGN | 0 | 0 | 8,000 | | 0 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | CHILD DEVELOPMENT CENTERS | 0 | 0 | 0 | 62,400 | 62,400 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | EARTHQUAKE FACILITY DAMAGE | 0 | 100,000 | 0 | | 0 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 167,715 | 168,715 | 167,715 | | 167,715 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 81,237 | 81,237 | 81,237 | | 81,237 |
| | **Military Construction, Navy Total** | | | **2,805,743** | **2,942,571** | **2,827,082** | **−30,782** | **2,774,961** |
| AF | ALASKA | Eielson Air Force Base | F–35 AME STORAGE FACILITY | 8,600 | 8,600 | 8,600 | | 8,600 |
| AF | ARKANSAS | Little Rock Air Force Base | C–130H/J FUSELAGE TRAINER FACILITY | 47,000 | 47,000 | 47,000 | | 47,000 |
| AF | ARKANSAS | Little Rock Air Force Base | DORMITORY COST-TO-COMPLETE | 0 | 7,000 | 0 | 7,000 | 7,000 |
| AF | AUSTRALIA | Tindal | APR—RAAF TINDAL/EARTH COVERED MAGAZINE | 11,600 | 11,600 | 11,600 | | 11,600 |
| AF | AUSTRALIA | Tindal | APR-RAAF TINDAL/BULK STORAGE TANKS | 59,000 | 59,000 | 59,000 | | 59,000 |
| AF | CALIFORNIA | Travis Air Force Base | ADAL AERIAL PORT SQUADRON MATERIEL WAREHOUSE | 0 | 17,000 | 17,000 | 17,000 | 17,000 |
| AF | CALIFORNIA | Travis Air Force Base | KC–46A ALTER B181/B185/B187 SQUAD OPS/AMU | 6,600 | 6,600 | 6,600 | | 6,600 |
| AF | CALIFORNIA | Travis Air Force Base | KC–46A REGIONAL MAINTENANCE TRAINING FACILITY | 19,500 | 19,500 | 19,500 | | 19,500 |
| AF | COLORADO | Peterson Air Force Base | SOCNORTH THEATER OPERATIONAL SUPPORT FACILITY | 0 | 54,000 | 54,000 | 54,000 | 54,000 |
| AF | COLORADO | Schriever Air Force Base | CONSOLIDATED SPACE OPERATIONS FACILITY | 148,000 | 74,000 | 23,000 | −74,551 | 73,449 |
| AF | COLORADO | United States Air Force Academy | CONSOLIDATE CADET PREP SCHOOL DORMITORY | 0 | 49,000 | 0 | 49,000 | 49,000 |
| AF | CYPRUS | Royal Air Force Akrotiri | NEW DORMITORY FOR 1 ERS | 27,000 | 27,000 | 27,000 | | 27,000 |
| AF | GEORGIA | Moody Air Force Base | 41 RQS HH–60W APRON | 0 | 12,500 | 0 | 12,500 | 12,500 |
| AF | GUAM | Joint Region Marianas | MUNITIONS STORAGE IGLOOS III | 65,000 | 65,000 | 65,000 | | 65,000 |
| AF | ILLINOIS | Scott Air Force Base | JOINT OPERATIONS & MISSION PLANNING CENTER | 100,000 | 100,000 | 90,000 | | 100,000 |
| AF | JAPAN | Kadena Air Base | MUNITIONS STORAGE | 0 | 0 | 7,000 | | 0 |
| AF | JAPAN | Misawa AB | FUEL INFRASTRUCTURE RESILIENCY | 0 | 0 | 5,300 | | 0 |
| AF | JAPAN | Yokota Air Base | FUEL RECEIPT & DISTRIBUTION UPGRADE | 12,400 | 12,400 | 12,400 | | 12,400 |
| AF | JORDAN | Azraq | AIR TRAFFIC CONTROL TOWER | 24,000 | 0 | 24,000 | −24,000 | 0 |
| AF | JORDAN | Azraq | MUNITIONS STORAGE AREA | 42,000 | 0 | 42,000 | −42,000 | 0 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| AF | MARIANA ISLANDS | Tinian | AIRFIELD DEVELOPMENT PHASE 1 | 109,000 | 25,000 | 10,000 | −99,000 | 10,000 |
| AF | MARIANA ISLANDS | Tinian | FUEL TANKS W/ PIPELINE/HYDRANT SYSTEM | 109,000 | 25,000 | 10,000 | −99,000 | 10,000 |
| AF | MARIANA ISLANDS | Tinian | PARKING APRON | 98,000 | 25,000 | 98,000 | −73,000 | 25,000 |
| AF | MARYLAND | Joint Base Andrews | PRESIDENTIAL AIRCRAFT RECAP COMPLEX INC 3 | 86,000 | 86,000 | 86,000 | | 86,000 |
| AF | MASSACHUSETTS | Hanscom Air Force Base | MIT-LINCOLN LAB (WEST LAB CSL/MIF) INC 2 | 135,000 | 100,000 | 65,000 | −55,000 | 80,000 |
| AF | MISSOURI | Whiteman Air Force Base | CONSOLIDATED VEHICLE OPS AND MX FACILITY | 0 | 27,000 | 27,000 | 27,000 | 27,000 |
| AF | MONTANA | Malmstrom Air Force Base | WEAPONS STORAGE AND MAINTENANCE FACILITY | 235,000 | 117,500 | 16,000 | −176,000 | 59,000 |
| AF | NEVADA | Nellis Air Force Base | 365TH ISR GROUP FACILITY | 57,000 | 57,000 | 57,000 | | 57,000 |
| AF | NEVADA | Nellis Air Force Base | F–35 MUNITIONS MAINTENANCE FACILITIES COST-TO-COMPLETE | 0 | 3,100 | 0 | 3,100 | 3,100 |
| AF | NEVADA | Nellis Air Force Base | F–35A MUNITIONS ASSEMBLY CONVEYOR FACILITY | 8,200 | 8,200 | 8,200 | | 8,200 |
| AF | NEW MEXICO | Holloman Air Force Base | NC3 SUPPORT WRM STORAGE/SHIPPING FACILITY | 0 | 20,000 | 20,000 | 20,000 | 20,000 |
| AF | NEW MEXICO | Kirtland Air Force Base | COMBAT RESCUE HELICOPTER SIMULATOR (CRH) ADAL | 15,500 | 15,500 | 15,500 | | 15,500 |
| AF | NEW MEXICO | Kirtland Air Force Base | UH–1 REPLACEMENT FACILITY | 22,400 | 22,400 | 22,400 | | 22,400 |
| AF | NORTH DAKOTA | Minot Air Force Base | HELO/TRFOPS/AMU FACILITY | 5,500 | 5,500 | 5,500 | | 5,500 |
| AF | OHIO | Wright-Patterson Air Force Base | ADAL INTELLIGENCE PROD. COMPLEX (NASIC) INC 2 | 120,900 | 120,900 | 74,000 | | 120,900 |
| AF | TEXAS | Joint Base San Antonio | AFPC B-WING | 0 | 36,000 | 0 | 36,000 | 36,000 |
| AF | TEXAS | Joint Base San Antonio | AQUATICS TANK | 69,000 | 69,000 | 69,000 | | 69,000 |
| AF | TEXAS | Joint Base San Antonio | BMT RECRUIT DORMITORY 8 | 110,000 | 110,000 | 17,000 | | 110,000 |
| AF | TEXAS | Joint Base San Antonio | T–X ADAL GROUND BASED TRNG SYS (GBTS) SIM | 9,300 | 9,300 | 9,300 | | 9,300 |
| AF | TEXAS | Joint Base San Antonio | T–X MX TRNG SYS CENTRAILIZED TRNG FAC | 19,000 | 19,000 | 19,000 | | 19,000 |
| AF | UNITED KINGDOM | Royal Air Force Lakenheath | F–35A PGM FACILITY | 14,300 | 14,300 | 14,300 | | 14,300 |
| AF | UTAH | Hill Air Force Base | GBSD MISSION INTEGRATION FACILITY | 108,000 | 40,000 | 18,000 | −75,000 | 33,000 |
| AF | UTAH | Hill Air Force Base | JOINT ADVANCED TACTICAL MISSILE STORAGE FAC | 6,500 | 6,500 | 6,500 | | 6,500 |
| AF | WASHINGTON | Fairchild Air Force Base | CONSOLIDATED TFI BASE OPERATIONS | 31,000 | 31,000 | 31,000 | | 31,000 |
| AF | WASHINGTON | Fairchild Air Force Base | SERE PIPELINE DORMITORY COST-TO-COMPLETE | 0 | 4,800 | 0 | 4,800 | 4,800 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AF | WORLDWIDE UN-SPECIFIED | Unspecified CONUS | MILITARY FAMILY HOUSING CIVILIAN PERSONNEL | 0 | 0 | 65,000 | | 0 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide | PLANNING AND DESIGN | 0 | 0 | 40,000 | | 0 |
| AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | CHILD DEVELOPMENT CENTERS | 0 | 0 | 0 | 31,500 | 31,500 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | COST TO COMPLETE | 0 | 0 | 190,000 | | 0 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 142,148 | 133,148 | 142,148 | | 142,148 |
| AF | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 79,682 | 79,682 | 79,682 | | 79,682 |
| AF | WYOMING | F. E. Warren Air Force Base | CONSOLIDATED HELO/TRF OPS/AMU AND ALERT FAC | 18,100 | 18,100 | 18,100 | | 18,100 |
| **Military Construction, Air Force Total** | | | | **2,179,230** | **1,799,130** | **1,752,630** | **−455,651** | **1,723,579** |
| Def-Wide | CALIFORNIA | Beale Air Force Base | HYDRANT FUEL SYSTEM REPLACEMENT | 33,700 | 33,700 | 33,700 | | 33,700 |
| Def-Wide | CALIFORNIA | Camp Pendleton | AMBUL CARE CENTER/DENTAL CLINIC REPLACEMENT | 17,700 | 17,700 | 17,700 | | 17,700 |
| Def-Wide | CALIFORNIA | Mountain View—63 RSC | INSTALL MICROGRID CONTROLLER, 750 KW PV, AND 750 KWH BATTERY STORAGE | 0 | 0 | 9,700 | 9,700 | 9,700 |
| Def-Wide | CALIFORNIA | Naval Air Weapons Station China Lake | ENERGY STORAGE SYSTEM | 0 | 0 | 8,950 | 8,950 | 8,950 |
| Def-Wide | CALIFORNIA | NSA Monterey | COGENERATION PLANT AT B236 | 0 | 0 | 10,540 | 10,540 | 10,540 |
| Def-Wide | CONUS CLASSI-FIED | Classified Location | BATTALION COMPLEX, PH 3 | 82,200 | 82,200 | 82,200 | | 82,200 |
| Def-Wide | FLORIDA | Eglin Air Force Base | SOF COMBINED SQUADRON OPS FACILITY | 16,500 | 16,500 | 16,500 | | 16,500 |
| Def-Wide | FLORIDA | Hurlburt Field | SOF AMU & WEAPONS HANGAR | 72,923 | 72,923 | 72,923 | | 72,923 |
| Def-Wide | FLORIDA | Hurlburt Field | SOF COMBINED SQUADRON OPERATIONS FACILITY | 16,513 | 16,513 | 16,513 | | 16,513 |
| Def-Wide | FLORIDA | Hurlburt Field | SOF MAINTENANCE TRAINING FACILITY | 18,950 | 18,950 | 18,950 | | 18,950 |
| Def-Wide | FLORIDA | Naval Air Station Key West | SOF WATERCRAFT MAINTENANCE FACILITY | 16,000 | 16,000 | 16,000 | | 16,000 |
| Def-Wide | GERMANY | Geilenkirchen Air Base | AMBULATORY CARE CENTER/DENTAL CLINIC | 30,479 | 30,479 | 30,479 | | 30,479 |
| Def-Wide | GERMANY | Ramstein | LANDSTUHL ELEMENTARY SCHOOL | 0 | 0 | 66,800 | 66,800 | 66,800 |
| Def-Wide | GUAM | Joint Region Marianas | XRAY WHARF REFUELING FACILITY | 19,200 | 19,200 | 19,200 | | 19,200 |
| Def-Wide | GUAM | Naval Base Guam | NSA ANDERSON SMART GRID AND ICS INFRUSTRUCTURE | 0 | 0 | 16,970 | 16,970 | 16,970 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | HAWAII | Joint Base Pearl Harbor-Hickam | INSTALL 500KW COVERED PARKING PV SYSTEM & ELECTRIC VEHICLE CHARGING STATIONS B479 | 0 | 0 | 4,000 | 4,000 | 4,000 |
| Def-Wide | HAWAII | Joint Base Pearl Harbor-Hickam | SOF UNDERSEA OPERATIONAL TRAINING FACILITY | 67,700 | 67,700 | 67,700 | | 67,700 |
| Def-Wide | JAPAN | Yokosuka | KINNICK HIGH SCHOOL INC 2 | 130,386 | 0 | 10,000 | −130,386 | 0 |
| Def-Wide | JAPAN | Yokota Air Base | BULK STORAGE TANKS PH1 | 116,305 | 20,000 | 21,000 | −96,305 | 20,000 |
| Def-Wide | JAPAN | Yokota Air Base | PACIFIC EAST DISTRICT SUPERINTENDENT'S OFFICE | 20,106 | 20,106 | 20,106 | | 20,106 |
| Def-Wide | LOUISIANA | Joint Reserve Base Naval Air Station New Orleans | DISTRIBUTION SWITCHGEAR | 0 | 0 | 5,340 | | 0 |
| Def-Wide | MARYLAND | Bethesda Naval Hospital | MEDCEN ADDITION/ALTERTION INCR 3 | 96,900 | 33,000 | 96,900 | −63,900 | 33,000 |
| Def-Wide | MARYLAND | Fort Detrick | MEDICAL RESEARCH ACQUISITION BUILDING | 27,846 | 27,846 | 27,846 | | 27,846 |
| Def-Wide | MARYLAND | Fort Meade | NSAW RECAPITALIZE BUILDING #3 INC 2 | 426,000 | 426,000 | 426,000 | | 426,000 |
| Def-Wide | MARYLAND | NSA Bethesda | CHILLER 3–9 REPLACEMENT | 0 | 0 | 13,840 | 13,840 | 13,840 |
| Def-Wide | MARYLAND | South Potomac | IH WATER PROJECT—CBIRF/IHEODTD/HOUSING | 0 | 0 | 18,460 | 18,460 | 18,460 |
| Def-Wide | MISSISSIPPI | Columbus Air Force Base | FUEL FACILITIES REPLACEMENT | 16,800 | 16,800 | 16,800 | | 16,800 |
| Def-Wide | MISSOURI | Fort Leonard Wood | HOSPITAL REPLACEMENT INCR 2 | 50,000 | 50,000 | 50,000 | | 50,000 |
| Def-Wide | MISSOURI | St. Louis | NEXT NGA WEST (N2W) COMPLEX PHASE 2 INC. 2 | 218,800 | 118,800 | 153,000 | −100,000 | 118,800 |
| Def-Wide | NEW MEXICO | White Sands Missile Range | INSTALL MICROGRID, 700KW PV, 150 KW GENERATOR, AND BATTERIES | 0 | 0 | 5,800 | 5,800 | 5,800 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | SOF MARINE RAIDER REGIMENT HQ | 13,400 | 13,400 | 13,400 | | 13,400 |
| Def-Wide | NORTH CAROLINA | Fort Bragg | SOF ASSESSMENT AND SELECTION TRAINING COMPLEX | 12,103 | 12,103 | 12,103 | | 12,103 |
| Def-Wide | NORTH CAROLINA | Fort Bragg | SOF HUMAN PLATFORM-FORCE GENERATION FACILITY | 43,000 | 43,000 | 43,000 | | 43,000 |
| Def-Wide | NORTH CAROLINA | Fort Bragg | SOF OPERATIONS SUPPORT BLDG | 29,000 | 29,000 | 29,000 | | 29,000 |
| Def-Wide | OKLAHOMA | Tulsa IAP | FUELS STORAGE COMPLEX | 18,900 | 18,900 | 18,900 | | 18,900 |
| Def-Wide | RHODE ISLAND | Quonset State Airport | FUELS STORAGE COMPLEX REPLACEMENT | 11,600 | 11,600 | 11,600 | | 11,600 |
| Def-Wide | SOUTH CAROLINA | Joint Base Charleston | MEDICAL CONSOLIDATED STORAGE & DISTRIB CENTER | 33,300 | 33,300 | 33,300 | | 33,300 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | SOUTH DAKOTA | Ellsworth Air Force Base | HYDRANT FUEL SYSTEM REPLACEMENT | 24,800 | 24,800 | 24,800 | | 24,800 |
| Def-Wide | TEXAS | Camp Swift | INSTALL MICROGRID, 650KW PV, & 500 KW GENERATOR | 0 | 0 | 4,500 | 4,500 | 4,500 |
| Def-Wide | TEXAS | Fort Hood | INSTALL A CENTRAL ENERGY PLANT | 0 | 0 | 16,500 | 16,500 | 16,500 |
| Def-Wide | VIRGINIA | Defense Distribution Depot Richmond | OPERATIONS CENTER PHASE 2 | 98,800 | 33,000 | 98,800 | −65,800 | 33,000 |
| Def-Wide | VIRGINIA | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG–10 OPERATIONS SUPPORT FACILITY | 32,600 | 32,600 | 32,600 | | 32,600 |
| Def-Wide | VIRGINIA | Joint Expeditionary Base Little Creek—Fort Story | SOF NSWG2 JSOTF OPS TRAINING FACILITY | 13,004 | 13,004 | 13,004 | | 13,004 |
| Def-Wide | VIRGINIA | NRO Headquarters | INTERGRATION SYSTEM UPGRADES | 0 | 0 | 66 | 66 | 66 |
| Def-Wide | VIRGINIA | Pentagon | BACKUP GENERATOR | 8,670 | 8,670 | 8,670 | | 8,670 |
| Def-Wide | VIRGINIA | Pentagon | CONTROL TOWER & FIRE DAY STATION | 20,132 | 20,132 | 20,132 | | 20,132 |
| Def-Wide | VIRGINIA | Training Center Dam Neck | SOF DEMOLITION TRAINING COMPOUND EXPANSION | 12,770 | 12,770 | 12,770 | | 12,770 |
| Def-Wide | WASHINGTON | Joint Base Lewis-McChord | SOF 22 STS OPERATIONS FACILITY | 47,700 | 47,700 | 47,700 | | 47,700 |
| Def-Wide | WASHINGTON | Naval Base Kitsap | KEYPORT MAIN SUBSTATION REPLACEMENT | 0 | 0 | 23,670 | 23,670 | 23,670 |
| Def-Wide | WISCONSIN | Gen Mitchell IAP | POL FACILITIES REPLACEMENT | 25,900 | 25,900 | 25,900 | | 25,900 |
| Def-Wide | WORLDWIDE CLASSIFIED | Classified Location | MISSION SUPPORT COMPOUND | 52,000 | 0 | 52,000 | | 52,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide | DEFENSE COMMUNITY INFRUSTRUCTURE PROGRAM | 0 | 0 | 100,000 | | 0 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | CONTINGENCY CONSTRUCTION | 10,000 | 0 | 10,000 | −10,000 | 0 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | ENERGY RESILIENCE AND CONSERV. INVEST. PROG. | 150,000 | 190,000 | 150,000 | | 150,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | ERCIP DESIGN | 10,000 | 10,000 | 10,000 | | 10,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | EXERCISE RELATED MINOR CONSTRUCTION | 11,770 | 11,770 | 11,770 | | 11,770 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 15,000 | 15,000 | 15,000 | | 15,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 29,679 | 29,679 | 29,679 | | 29,679 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 35,472 | 35,472 | 35,472 | | 35,472 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 4,890 | 4,890 | 4,890 | | 4,890 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 14,400 | 14,400 | 14,400 | | 14,400 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 3,000 | 3,000 | 3,000 | | 3,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 31,464 | 31,464 | 31,464 | | 31,464 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 3,228 | 3,228 | 3,228 | | 3,228 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 10,000 | 10,000 | 10,000 | | 10,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 8,000 | 8,000 | 8,000 | | 8,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 4,950 | 4,950 | 4,950 | | 4,950 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 52,532 | 52,532 | 52,532 | | 52,532 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 63,382 | 63,382 | 63,382 | | 63,382 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 27,000 | 27,000 | 27,000 | | 27,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 0 | (40,000) | 0 | | 0 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN: MILITARY INSTALLATION RESILIENCY | 0 | 0 | 0 | 30,000 | 30,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 10,000 | 10,000 | 10,000 | | 10,000 |
| Def-Wide | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 16,736 | 16,736 | 16,736 | | 16,736 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Def-Wide | WORLDWIDE UN-SPECIFIED | Various Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 0 | (10,000) | 0 | | 0 |
| **Military Construction, Defense-Wide Total** | | | | **2,504,190** | **1,975,799** | **2,527,835** | **(236,595)** | **2,267,595** |
| NATO | WORLDWIDE UN-SPECIFIED | NATO Security Investment Program | NATO SECURITY INVESTMENT PROGRAM | 144,040 | 172,005 | 144,040 | | 144,040 |
| **NATD Security Investment Program Total** | | | | **144,040** | **172,005** | **144,040** | | **144,040** |
| Army NG | ALABAMA | Anniston Army Depot | ENLISTED TRANSIENT BARRACKS | 0 | 34,000 | 34,000 | 34,000 | 34,000 |
| Army NG | ALABAMA | Foley | NATIONAL GUARD READINESS CENTER | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | CALIFORNIA | Camp Roberts | AUTOMATED MULTIPURPOSE MACHINE GUN RANGE | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | IDAHO | Orchard Combat Training Center | RAILROAD TRACKS | 29,000 | 29,000 | 29,000 | | 29,000 |
| Army NG | MARYLAND | Havre de Grace | COMBINED SUPPORT MAINTENANCE SHOP | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | MASSACHUSETTS | Camp Edwards | AUTOMATED MULTIPURPOSE MACHINE GUN RANGE | 9,700 | 9,700 | 9,700 | | 9,700 |
| Army NG | MINNESOTA | New Ulm | NATIONAL GUARD VEHICLE MAINTENANCE SHOP | 11,200 | 11,200 | 11,200 | | 11,200 |
| Army NG | MISSISSIPPI | Camp Shelby | AUTOMATED MULTIPURPOSE MACHINE GUN RANGE | 8,100 | 8,100 | 8,100 | | 8,100 |
| Army NG | MISSOURI | Springfield | NATIONAL GUARD READINESS CENTER | 12,000 | 12,000 | 12,000 | | 12,000 |
| Army NG | NEBRASKA | Bellevue | NATIONAL GUARD READINESS CENTER | 29,000 | 29,000 | 29,000 | | 29,000 |
| Army NG | NEW HAMPSHIRE | Concord | NATIONAL GUARD READINESS CENTER | 5,950 | 5,950 | 5,950 | | 5,950 |
| Army NG | NEW YORK | Jamaica Armory | NATIONAL GUARD READINESS CENTER | 0 | 91,000 | 20,000 | 91,000 | 91,000 |
| Army NG | PENNSYLVANIA | Moon Township | COMBINED SUPPORT MAINTENANCE SHOP | 23,000 | 23,000 | 23,000 | | 23,000 |
| Army NG | VERMONT | Jericho | GENERAL INSTRUCTION BUILIDING | 0 | 30,000 | 30,000 | 30,000 | 30,000 |
| Army NG | WASHINGTON | Richland | NATIONAL GUARD READINESS CENTER | 11,400 | 11,400 | 11,400 | | 11,400 |
| Army NG | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 20,469 | 20,469 | 20,469 | | 20,469 |
| Army NG | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 15,000 | 15,000 | 15,000 | | 15,000 |
| **Military Construction, Army National Guard Total** | | | | **210,819** | **365,819** | **294,819** | **155,000** | **365,819** |
| Army Res | DELAWARE | Newark | ARMY RESERVE CENTER/BMA | 21,000 | 21,000 | 21,000 | | 21,000 |
| Army Res | WISCONSIN | Fort McCoy | TRANSIENT TRAINING BARRACKS | 25,000 | 25,000 | 25,000 | | 25,000 |
| Army Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 6,000 | 6,000 | 6,000 | | 6,000 |
| Army Res | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 8,928 | 8,928 | 8,928 | | 8,928 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| **Military Construction, Army Reserve Total** | | | | **60,928** | **60,928** | **60,928** | | **60,928** |
| N/MC Res | LOUISIANA | New Orleans | ENTRY CONTROL FACILITY UPGRADES | 25,260 | 25,260 | 25,260 | | 25,260 |
| N/MC Res | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 4,780 | 4,780 | 4,780 | | 4,780 |
| N/MC Res | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 24,915 | 24,915 | 24,915 | | 24,915 |
| **Military Construction, Naval Reserve Total** | | | | **54,955** | **54,955** | **54,955** | | **54,955** |
| Air NG | CALIFORNIA | Moffett Air National Guard Base | FUELS/CORROSION CONTROL HANGER AND SHOPS | 0 | 57,000 | 57,000 | 57,000 | 57,000 |
| Air NG | GEORGIA | Savannah/Hilton Head IAP | CONSOLIDATED JOINT AIR DOMINANCE HANGAR/ SHOPS | 24,000 | 24,000 | 24,000 | | 24,000 |
| Air NG | MISSOURI | Rosecrans Memorial Airport | C–130 FLIGHT SIMULATOR FACILITY | 9,500 | 9,500 | 9,500 | | 9,500 |
| Air NG | PUERTO RICO | Luis Munoz-Marin IAP | COMMUNICATIONS FACILITY | 12,500 | 0 | 12,500 | | 12,500 |
| Air NG | PUERTO RICO | Luis Munoz-Marin IAP | MAINTENANCE HANGAR | 37,500 | 0 | 37,500 | (1,500) | 36,000 |
| Air NG | WISCONSIN | Truax Field | F–35 SIMULATOR FACILITY | 14,000 | 14,000 | 14,000 | | 14,000 |
| Air NG | WISCONSIN | Truax Field | FIGHTER ALERT SHELTERS | 20,000 | 20,000 | 20,000 | | 20,000 |
| Air NG | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 31,471 | 31,471 | 31,471 | | 31,471 |
| Air NG | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | PLANNING AND DESIGN | 17,000 | 17,000 | 17,000 | | 17,000 |
| **Military Construction, Air National Guard Total** | | | | **165,971** | **172,971** | **222,971** | **55,500** | **221,471** |
| AF Res | GEORGIA | Robins Air Force Base | CONSOLIDATED MISSSION COMPLEX PHASE 3 | 43,000 | 43,000 | 43,000 | | 43,000 |
| AF Res | MARYLAND | Joint Base Andrews | AES TRAINING ADMIN FACILITY | 0 | 15,000 | 0 | 15,000 | 15,000 |
| AF Res | MINNESOTA | Minneapolis-St. Paul IAP | AERIAL PORT FACILITY | 0 | 9,800 | 9,800 | 9,800 | 9,800 |
| AF Res | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 4,604 | 4,604 | 4,604 | | 4,604 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AF Res | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UNSPECIFIED MINOR CONSTRUCTION | 12,146 | 12,146 | 12,146 | | 12,146 |
| **Military Construction, Air Force Reserve Total** | | | | **59,750** | **84,550** | **69,550** | **24,800** | **84,550** |
| FH Con Army | GERMANY | Baumholder | FAMILY HOUSING IMPROVEMENTS | 29,983 | 29,983 | 29,983 | | 29,983 |
| FH Con Army | KOREA | Camp Humphreys | FAMILY HOUSING NEW CONSTRUCTION INCR 4 | 83,167 | 83,167 | 83,167 | | 83,167 |
| FH Con Army | PENNSYLVANIA | Tobyhanna Army Depot | FAMILY HOUSING REPLACEMENT CONSTRUCTION | 19,000 | 19,000 | 19,000 | | 19,000 |
| FH Con Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | FAMILY HOUSING P & D | 9,222 | 9,222 | 9,222 | 5,000 | 14,222 |
| | | | Housing pilot | | | | [5,000] | |
| **Family Housing Construction, Army Total** | | | | **141,372** | **141,372** | **141,372** | **5,000** | **146,372** |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | FURNISHINGS | 24,027 | 24,027 | 24,027 | | 24,027 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | HOUSING PRIVITIZATION SUPPORT | 18,627 | 68,627 | 83,627 | 45,000 | 63,627 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | LEASING | 128,938 | 128,938 | 128,938 | | 128,938 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | MAINTENANCE | 81,065 | 81,065 | 81,065 | 54,733 | 135,798 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | MANAGEMENT | 38,898 | 38,898 | 38,898 | | 38,898 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | MISCELLANEOUS | 484 | 484 | 484 | | 484 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | SERVICES | 10,156 | 10,156 | 10,156 | | 10,156 |
| FH Ops Army | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | UTILITIES | 55,712 | 55,712 | 55,712 | | 55,712 |
| **Family Housing Operation And Maintenance, Army Total** | | | | **357,907** | **407,907** | **422,907** | **99,733** | **457,640** |
| FH Con Navy | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | CONSTRUCTION IMPROVEMENTS | 41,798 | 41,798 | 41,798 | | 41,798 |
| FH Con Navy | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING & DESIGN | 3,863 | 3,863 | 3,863 | | 3,863 |
| FH Con Navy | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | USMC DPRI/GUAM PLANNING AND DESIGN | 2,000 | 2,000 | 2,000 | | 2,000 |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| **Family Housing Construction, Navy And Marine Corps Total** | | | | **47,661** | **47,661** | **47,661** | | **47,661** |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 19,009 | 19,009 | 19,009 | | 19,009 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOUSING PRIVATIZATION SUPPORT | 21,975 | 81,575 | 81,575 | 59,600 | 81,575 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 64,126 | 64,126 | 64,126 | | 64,126 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 82,611 | 82,611 | 82,611 | 54,733 | 137,344 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MANAGEMENT | 50,122 | 50,122 | 50,122 | | 50,122 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MISCELLANEOUS | 151 | 151 | 151 | | 151 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | SERVICES | 16,647 | 16,647 | 16,647 | | 16,647 |
| FH Ops Navy | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 63,229 | 63,229 | 63,229 | | 63,229 |
| **Family Housing Operation And Maintenance, Navy And Marine Corps Total** | | | | **317,870** | **377,470** | **377,470** | **114,333** | **432,203** |
| FH Con AF | GERMANY | Spangdahlem Air Base | CONSTRUCT DEFICIT MILITARY FAMILY HOUSING | 53,584 | 53,584 | 53,584 | | 53,584 |
| FH Con AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | CONSTRUCTION IMPROVEMENTS | 46,638 | 46,638 | 46,638 | | 46,638 |
| FH Con AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | PLANNING & DESIGN | 3,409 | 3,409 | 3,409 | | 3,409 |
| **Family Housing Construction, Air Force Total** | | | | **103,631** | **103,631** | **103,631** | | **103,631** |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 30,283 | 30,283 | 30,283 | | 30,283 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | HOUSING PRIVATIZATION | 22,593 | 53,793 | 53,793 | 31,200 | 53,793 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 15,768 | 15,768 | 15,768 | | 15,768 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 117,704 | 117,704 | 117,704 | 54,733 | 172,437 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MANAGEMENT | 56,022 | 56,022 | 56,022 | | 56,022 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MISCELLANEOUS | 2,144 | 2,144 | 2,144 | | 2,144 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | SERVICES | 7,770 | 7,770 | 7,770 | | 7,770 |
| FH Ops AF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 42,732 | 42,732 | 42,732 | | 42,732 |
| **Family Housing Operation And Maintenance, Air Force Total** | | | | **295,016** | **326,216** | **326,216** | **85,933** | **380,949** |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 82 | 82 | 82 | | 82 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | FURNISHINGS | 645 | 645 | 645 | | 645 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 12,906 | 12,906 | 12,906 | | 12,906 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | LEASING | 39,222 | 39,222 | 39,222 | | 39,222 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | MAINTENANCE | 32 | 32 | 32 | | 32 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 13 | 13 | 13 | | 13 |
| FH Ops DW | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UTILITIES | 4,100 | 4,100 | 4,100 | | 4,100 |
| **Family Housing Operation And Maintenance, Defense-Wide Total** | | | | **57,000** | **57,000** | **57,000** | | **57,000** |
| FHIF | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | ADMINISTRATIVE EXPENSES—FHIF | 3,045 | 3,045 | 3,045 | | 3,045 |
| **DOD Family Housing Improvement Fund Total** | | | | **3,045** | **3,045** | **3,045** | | **3,045** |

SEC. 4601. MILITARY CONSTRUCTION
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| UHIF | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | ADMINISTRATIVE EXPENSES—UHIF | 500 | 500 | 500 | | 500 |
| **Unaccompanied Housing Improvement Fund Total** | | | | **500** | **500** | **500** | | **500** |
| BRAC | WORLDWIDE UNSPECIFIED | Worldwide Unspecified Locations | BASE REALIGNMENT AND CLOSURE | 66,111 | 96,111 | 66,111 | 28,000 | 94,111 |
| **Base Realignment and Closure—Army Total** | | | | **66,111** | **96,111** | **66,111** | **28,000** | **94,111** |
| BRAC | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | BASE REALIGNMENT & CLOSURE | 158,349 | 218,349 | 158,349 | 58,000 | 216,349 |
| **Base Realignment and Closure—Navy Total** | | | | **158,349** | **218,349** | **158,349** | **58,000** | **216,349** |
| BRAC | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | DOD BRAC ACTIVITIES—AIR FORCE | 54,066 | 84,066 | 54,066 | 28,000 | 82,066 |
| **Base Realignment and Closure—Air Force Total** | | | | **54,066** | **84,066** | **54,066** | **28,000** | **82,066** |
| PYS | PRIOR YEAR SAVINGS | Prior Year Savings | PRIOR YEAR SAVINGS | 0 | (45,055) | 0 | (64,685) | (64,685) |
| **Prior Year Savings Total** | | | | **0** | **(45,055)** | **0** | **(64,685)** | **(64,685)** |
| **Total, Military Construction** | | | | **11,241,653** | **10,639,000** | **10,970,137** | **(315,914)** | **10,925,739** |

## SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS.

SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Army | GUANTANAMO BAY, CUBA | Guantanamo Bay Naval Station | OCO: COMMUNICATIONS FACILITY | 22,000 | 22,000 | 22,000 | | 22,000 |
| Army | GUANTANAMO BAY, CUBA | Guantanamo Bay Naval Station | OCO: DETENTION LEGAL OFFICE AND COMMS CTR | 11,800 | 11,800 | 11,800 | | 11,800 |
| Army | GUANTANAMO BAY, CUBA | Guantanamo Bay Naval Station | OCO: HIGH VALUE DETENTION FACILITY | 88,500 | 0 | 0 | –88,500 | 0 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI/OCO PLANNING AND DESIGN | 19,498 | 19,498 | 19,498 | | 19,498 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI: BULK FUEL STORAGE | 36,000 | 36,000 | 36,000 | | 36,000 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI: INFORMATION SYSTEMS FACILITY | 6,200 | 6,200 | 6,200 | | 6,200 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | EDI: MINOR CONSTRUCTION | 5,220 | 5,220 | 5,220 | | 5,220 |
| Army | WORLDWIDE UN-SPECIFIED | Unspecified Worldwide Lo-cations | UNSPECIFIED WORLDWIDE CONSTRUCTION | 9,200,000 | 0 | 0 | –9,200,000 | 0 |
| Army | WORLDWIDE UN-SPECIFIED | Various Worldwide Loca-tions | EDI: VARIOUS WORLDWIDE LOCATIONS EUROPE | 0 | 56,142 | 0 | 36,212 | 36,212 |
| Military Construction, Army Total | | | | 9,389,218 | 156,860 | 100,718 | –9,252,288 | 136,930 |
| Navy | BAHRAIN | SW Asia | ELECTRICAL SYSTEM UPGRADE | 0 | 53,360 | 0 | 53,360 | 53,360 |
| Navy | ITALY | Sigonella | COMMUNICATIONS STATION | 0 | 77,400 | 0 | 77,400 | 77,400 |
| Navy | SPAIN | Rota | EDI: IN-TRANSIT MUNITIONS FACILITY | 9,960 | 9,960 | 9,960 | | 9,960 |
| Navy | SPAIN | Rota | EDI: JOINT MOBILITY CENTER | 46,840 | 46,840 | 46,840 | | 46,840 |
| Navy | SPAIN | Rota | EDI: SMALL CRAFT BERTHING FACILITY | 12,770 | 12,770 | 12,770 | | 12,770 |
| Navy | WORLDWIDE UN-SPECIFIED | Unspecified | PLANNING & DESIGN | 0 | 0 | 50,000 | | 0 |

**SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS**
**(In Thousands of Dollars)**

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Navy | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | PLANNING AND DESIGN | 25,000 | 25,000 | 25,000 | | 25,000 |
| Navy | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | EDI: VARIOUS WORLDWIDE LOCATIONS EUROPE | 0 | 56,246 | 0 | 36,211 | 36,211 |
| Military Construction, Navy Total | | | | 94,570 | 281,576 | 144,570 | 166,971 | 261,541 |
| AF | ICELAND | Keflavik | EDI-AIRFIELD UPGRADES—DANGEROUS CARGO PAD | 18,000 | 18,000 | 18,000 | | 18,000 |
| AF | ICELAND | Keflavik | EDI-BEDDOWN SITE PREP | 7,000 | 7,000 | 7,000 | | 7,000 |
| AF | ICELAND | Keflavik | EDI-EXPAND PARKING APRON | 32,000 | 32,000 | 32,000 | | 32,000 |
| AF | JORDAN | Azraq | AIR TRAFFIC CONTROL TOWER | 0 | 24,000 | 0 | 24,000 | 24,000 |
| AF | JORDAN | Azraq | MUNITIONS STORAGE AREA | 0 | 42,000 | 0 | 42,000 | 42,000 |
| AF | SPAIN | Moron | EDI-HOT CARGO PAD | 8,500 | 8,500 | 8,500 | | 8,500 |
| AF | WORLDWIDE UNSPECIFIED | Unspecified | PLANNING & DESIGN | 0 | 0 | 247,000 | 60,000 | 60,000 |
| AF | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | EDI-ECAOS DABS/FEV EMEDS STORAGE | 107,000 | 107,000 | 107,000 | | 107,000 |
| AF | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | EDI-HOT CARGO PAD | 29,000 | 29,000 | 29,000 | | 29,000 |
| AF | WORLDWIDE UNSPECIFIED | Unspecified Worldwide Locations | EDI-MUNITIONS STORAGE AREA | 39,000 | 39,000 | 39,000 | | 39,000 |
| AF | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | EDI: VARIOUS WORLDWIDE LOCATIONS EUROPE | 0 | 56,246 | 0 | 36,211 | 36,211 |
| AF | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | EDI-P&D | 61,438 | 61,438 | 61,438 | | 61,438 |
| AF | WORLDWIDE UNSPECIFIED | Various Worldwide Locations | EDI-UMMC | 12,800 | 12,800 | 12,800 | | 12,800 |
| Military Construction, Air Force Total | | | | 314,738 | 436,984 | 561,738 | 162,211 | 476,949 |
| Def-Wide | GERMANY | Gemersheim | EDI: LOGISTICS DISTRIBUTION CENTER ANNEX | 46,000 | 46,000 | 46,000 | | 46,000 |
| Military Construction,Defense-Wide Total | | | | 46,000 | 46,000 | 46,000 | | 46,000 |



| | | | | | |
|---|---|---|---|---|---|
| Total, Military Construction | 9,844,526 | 921,420 | 853,026 | −8,923,106 | 921,420 |

## SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS.

SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Planning and Design | 0 | 0 | 0 | 0 | 89,320 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Hanger 3 Replacement, Apron, Taxiway & Utilities for RDT&E | 0 | 0 | 0 | 514,600 | 514,600 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Aircraft Parking Apron in Support of Hanger 2 Replacement | 0 | 0 | 0 | 50,800 | 50,800 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Michelson Mission Systems Intergration Laboratory | 0 | 0 | 0 | 202,340 | 202,340 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Magazines & Inert Storage Facility | 0 | 0 | 0 | 138,930 | 138,930 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Air Operations Facility & Air Traffic Control Tower | 0 | 0 | 0 | 70,900 | 70,900 |
| Navy | CALIFORNIA | Naval Air Weapons Station China Lake | Community Support Facilities | 0 | 0 | 0 | 85,790 | 85,790 |
| Navy | NORTH CAROLINA | Camp Lejeune | Courthouse Bay Fire Station Replacement | 0 | 0 | 21,336 | 21,336 | 21,336 |
| Navy | NORTH CAROLINA | Camp Lejeune | Hadnot Point Fire Station Replacement | 0 | 0 | 21,931 | 21,931 | 21,931 |
| Navy | NORTH CAROLINA | Camp Lejeune | Hadnot Point Mess Hall Replacement | 0 | 0 | 66,023 | 66,023 | 66,023 |
| Navy | NORTH CAROLINA | Camp Lejeune | II MEF Simulation/Training Center Replacement | 0 | 0 | 74,487 | 74,487 | 74,487 |
| Navy | NORTH CAROLINA | Camp Lejeune | LOGCOM CSP Warehouse Replacement | 0 | 0 | 35,874 | 35,874 | 35,874 |
| Navy | NORTH CAROLINA | Camp Lejeune | LSSS Facility Replacement | 0 | 0 | 26,815 | 26,815 | 26,815 |
| Navy | NORTH CAROLINA | Camp Lejeune | MC Advisor Battalion HQs Replacement | 0 | 0 | 30,109 | 30,109 | 30,109 |
| Navy | NORTH CAROLINA | Camp Lejeune | MCCSSS Log Ops School | 0 | 0 | 179,617 | 179,617 | 179,617 |
| Navy | NORTH CAROLINA | Camp Lejeune | MCES Applied Instruction Facility Replacement | 0 | 0 | 0 | 95,599 | 95,599 |
| Navy | NORTH CAROLINA | Camp Lejeune | NCIS Facilities Replacement | 0 | 0 | 22,594 | 22,594 | 22,594 |
| Navy | NORTH CAROLINA | Camp Lejeune | PMO Facility Replacement | 0 | 0 | 0 | 34,718 | 34,718 |
| Navy | NORTH CAROLINA | Camp Lejeune | WTBN Headquarters Replacement | 0 | 0 | 18,644 | 18,644 | 18,644 |
| Navy | NORTH CAROLINA | MCAS Cherry Point | Physical Security Compliance | 0 | 0 | 0 | 52,300 | 52,300 |
| Navy | NORTH CAROLINA | MCAS Cherry Point | BT–11 Range Operations Center Replacement | 0 | 0 | 14,251 | 14,251 | 14,251 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Navy | NORTH CAROLINA | MCAS New River | C–12W Aircraft Maintenance Hangar Replacement | 0 | 0 | 36,295 | 36,295 | 36,295 |
| Navy | NORTH CAROLINA | MCAS New River | Bachelor Enlisted Quarters Replacement | 0 | 0 | 62,104 | 62,104 | 62,104 |
| Navy | NORTH CAROLINA | MCAS New River | CNATT Classroom Building Replacement | 0 | 0 | 0 | 114,706 | 114,706 |
| Navy | NORTH CAROLINA | MCAS New River | CH–53K Maintenance Hangar Replacement | 0 | 0 | 0 | 252,717 | 252,717 |
| Military Construction, Navy Total | | | | 0 | 0 | 610,080 | 2,223,480 | 2,312,800 |
| AF | FLORIDA | Tyndall Air Force Base | 325th Fighting Wing HQ Facility | 0 | 0 | 0 | 38,000 | 38,000 |
| AF | FLORIDA | Tyndall Air Force Base | Aerospace & Operational Physiology Facility | 0 | 0 | 10,400 | 12,000 | 12,000 |
| AF | FLORIDA | Tyndall Air Force Base | Aircraft MX Fuel Cell Hangar | 0 | 0 | 28,000 | 37,000 | 37,000 |
| AF | FLORIDA | Tyndall Air Force Base | Aircraft Wash Rack | 0 | 0 | 10,600 | 9,100 | 9,100 |
| AF | FLORIDA | Tyndall Air Force Base | Airfield Drainage | 0 | 0 | 0 | 144,000 | 144,000 |
| AF | FLORIDA | Tyndall Air Force Base | Auxiliary Ground Equipment Facility | 0 | 0 | 0 | 22,000 | 22,000 |
| AF | FLORIDA | Tyndall Air Force Base | Chapel | 0 | 0 | 0 | 26,000 | 26,000 |
| AF | FLORIDA | Tyndall Air Force Base | Community Commons Facility | 0 | 0 | 0 | 64,000 | 64,000 |
| AF | FLORIDA | Tyndall Air Force Base | Deployment Center/Flight Line Dining/AAFES | 0 | 0 | 31,000 | 43,000 | 43,000 |
| AF | FLORIDA | Tyndall Air Force Base | Dorm Complex Phase 1 | 0 | 0 | 0 | 145,000 | 145,000 |
| AF | FLORIDA | Tyndall Air Force Base | Dorm Complex Phase 2 | 0 | 0 | 0 | 131,000 | 131,000 |
| AF | FLORIDA | Tyndall Air Force Base | Emergency Management, EOC, Alt CP | 0 | 0 | 14,400 | 20,000 | 20,000 |
| AF | FLORIDA | Tyndall Air Force Base | Flightline—Muns Storage, 7000 Area | 0 | 0 | 0 | 36,000 | 36,000 |
| AF | FLORIDA | Tyndall Air Force Base | Lodging Facilities Phase 1 | 0 | 0 | 0 | 90,000 | 90,000 |
| AF | FLORIDA | Tyndall Air Force Base | Lodging Facilities Phase 2 | 0 | 0 | 0 | 89,000 | 89,000 |
| AF | FLORIDA | Tyndall Air Force Base | Operations Group/Maintenance Group HQ | 0 | 0 | 18,500 | 24,000 | 24,000 |
| AF | FLORIDA | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #2 | 0 | 0 | 0 | 74,000 | 74,000 |
| AF | FLORIDA | Tyndall Air Force Base | Ops/Aircraft Maintenance Unit/Hangar #3 | 0 | 0 | 0 | 75,000 | 75,000 |
| AF | FLORIDA | Tyndall Air Force Base | OSS/Radar Approach Control Facility | 0 | 0 | 51,000 | 37,000 | 37,000 |
| AF | FLORIDA | Tyndall Air Force Base | Planning and Design | 0 | 0 | 0 | 0 | 52,400 |
| AF | FLORIDA | Tyndall Air Force Base | Security Forces Mobility Storage Facility | 0 | 0 | 2,800 | 6,700 | 6,700 |
| AF | FLORIDA | Tyndall Air Force Base | Simulator Facility | 0 | 0 | 0 | 38,000 | 38,000 |
| AF | FLORIDA | Tyndall Air Force Base | Site Development, Utilities & Demo Phase 2 | 0 | 0 | 0 | 141,000 | 141,000 |
| AF | FLORIDA | Tyndall Air Force Base | Small Arms Range | 0 | 0 | 0 | 26,000 | 26,000 |
| AF | FLORIDA | Tyndall Air Force Base | Special Purpose Vehicle Maintenance | 0 | 0 | 14,000 | 20,000 | 20,000 |
| AF | FLORIDA | Tyndall Air Force Base | Tyndall AFB Gate Complexes | 0 | 0 | 38,000 | 75,000 | 75,000 |
| AF | FLORIDA | Tyndall Air Force Base | Weapons Load Training Hangar | 0 | 0 | 0 | 25,000 | 25,000 |
| AF | NEBRASKA | Offutt Air Force Base | Emergency Power Microgrid | 0 | 0 | 0 | 43,000 | 43,000 |
| AF | NEBRASKA | Offutt Air Force Base | Flightline Hangars Campus | 0 | 0 | 0 | 10,000 | 10,000 |
| AF | NEBRASKA | Offutt Air Force Base | Lake Campus | 0 | 0 | 0 | 6,000 | 6,000 |

**SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS**
(In Thousands of Dollars)

| Account | State/ Country | Installation | Project Title | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|---|---|---|
| AF | NEBRASKA | Offutt Air Force Base | Logistics Readiness Squadron Campus | 0 | 0 | 0 | 18,500 | 18,500 |
| AF | NEBRASKA | Offutt Air Force Base | Security Campus | 0 | 0 | 0 | 63,000 | 63,000 |
| AF | VIRGINIA | Joint Base Langley-Eustis | Dormitory | 0 | 0 | 0 | 31,000 | 31,000 |
| Military Construction, Air Force Total | | | | 0 | 0 | 218,700 | 1,619,300 | 1,671,700 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | Ambulatory Care Center (Camp Geiger) | 0 | 0 | 17,821 | 17,821 | 17,821 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | Ambulatory Care Center (Camp Johnson) | 0 | 0 | 27,492 | 27,492 | 27,492 |
| Def-Wide | NORTH CAROLINA | Camp Lejeune | MARSOC ITC Team Facility Replacement | 0 | 0 | 0 | 30,000 | 30,000 |
| Military Construction, Defense-Wide Total | | | | 0 | 0 | 45,313 | 75,313 | 75,313 |
| Army NG | LOUISIANA | Pineville | National Guard Readiness Center | 0 | 0 | 0 | 16,500 | 16,500 |
| Army NG | NEBRASKA | Ashland | Training Site, Various Facilities | 0 | 0 | 0 | 35,000 | 35,000 |
| Army NG | NEBRASKA | Ashland | Flood Control Levee/Floodwall | 0 | 0 | 0 | 8,500 | 8,500 |
| Military Construction, Army National Guard Total | | | | 0 | 0 | 0 | 60,000 | 60,000 |
| **Total, Military Construction** | | | | **0** | **0** | **874,093** | **3,978,093** | **4,119,813** |

# TITLE XLVII—DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS

## SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS.

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **Discretionary Summary By Appropriation** | | | | | |
| **Energy And Water Development, And Related Agencies** | | | | | |
| **Appropriation Summary:** | | | | | |
| **Energy Programs** | | | | | |
| Nuclear Energy | 137,808 | | | | 137,808 |
| | | | | | |
| **Atomic Energy Defense Activities** | | | | | |
| **National nuclear security administration:** | | | | | |
| Weapons activities | 12,408,603 | –611,529 | 69,800 | 36,177 | 12,444,780 |
| Defense nuclear nonproliferation | 1,993,302 | 41,785 | –29,100 | 27,512 | 2,020,814 |
| Naval reactors | 1,648,396 | –16,254 | 0 | –15,000 | 1,633,396 |
| Federal salaries and expenses | 434,699 | –44,699 | –11,700 | 0 | 434,699 |
| **Total, National nuclear security administration** | **16,485,000** | **–630,697** | **29,000** | **48,689** | **16,533,689** |
| | | | | | |
| **Environmental and other defense activities:** | | | | | |
| Defense environmental cleanup | 5,506,501 | 109,500 | | 21,231 | 5,527,732 |
| Other defense activities | 1,035,339 | | –3,000 | –149,500 | 885,839 |
| Defense nuclear waste disposal | 26,000 | –26,000 | –26,000 | –26,000 | 0 |
| **Total, Environmental & other defense activities** | **6,567,840** | **83,500** | **–29,000** | **–154,269** | **6,413,571** |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **Total, Atomic Energy Defense Activities** | **23,052,840** | **–547,197** | | **–105,580** | **22,947,260** |
| **Total, Discretionary Funding** | **23,190,648** | **–547,197** | | **–105,580** | **23,085,068** |
| | | | | | |
| **Nuclear Energy** | | | | | |
| Idaho sitewide safeguards and security | 137,808 | | | | 137,808 |
| **Total, Nuclear Energy** | **137,808** | | | | **137,808** |
| | | | | | |
| **Weapons Activities** | | | | | |
| **Directed stockpile work** | | | | | |
| **Life extension programs and major alterations** | | | | | |
| B61–12 Life extension program | 792,611 | | | | 792,611 |
| W76–2 Modification program | 10,000 | –10,000 | | | 10,000 |
| Terminate effort | | [–10,000] | | | |
| W88 Alt 370 | 304,186 | | | | 304,186 |
| W80–4 Life extension program | 898,551 | | | | 898,551 |
| W87–1 Modification Program (formerly IW1) | 112,011 | –59,011 | | | 112,011 |
| Unjustified growth | | [–59,011] | | | |
| **Total, Life extension programs and major alterations** | **2,117,359** | **–69,011** | | | **2,117,359** |
| | | | | | |
| **Stockpile systems** | | | | | |
| B61 Stockpile systems | 71,232 | | | | 71,232 |
| W76 Stockpile systems | 89,804 | | | | 89,804 |
| W78 Stockpile systems | 81,299 | | | | 81,299 |
| W80 Stockpile systems | 85,811 | –5,607 | | | 85,811 |
| Unjustified study requirement | | [–5,607] | | | |
| B83 Stockpile systems | 51,543 | –29,122 | | | 51,543 |
| Unjustified growth | | [–29,122] | | | |

| | | | | | |
|---|---|---|---|---|---|
| W87 Stockpile systems | 98,262 | | | | 98,262 |
| W88 Stockpile systems | 157,815 | | | | 157,815 |
| **Total, Stockpile systems** | **635,766** | **–34,729** | | | **635,766** |
| | | | | | |
| **Weapons dismantlement and disposition** | | | | | |
| Operations and maintenance | 47,500 | | | | 47,500 |
| **Program increase** | | | | | |
| | | | | | |
| **Stockpile services** | | | | | |
| Production support | 543,964 | –43,964 | | | 543,964 |
| Unjustified program growth | | [–33,964] | | | |
| Program decrease | | [–10,000] | | | |
| Research and development support | 39,339 | –3,189 | 1,000 | | 39,339 |
| Unjustified program growth | | [–3,189] | | | |
| UFR list—technology maturation | | | [1,000] | | |
| R&D certification and safety | 236,235 | –34,395 | 10,000 | | 236,235 |
| Unjustified program growth | | [–34,395] | | | |
| UFR list—technology maturation | | | [10,000] | | |
| Management, technology, and production | 305,000 | –5,000 | | | 305,000 |
| Program decrease | | [–5,000] | | | |
| **Total, Stockpile services** | **1,124,538** | **–86,548** | **11,000** | | **1,124,538** |
| | | | | | |
| **Strategic materials** | | | | | |
| Uranium sustainment | 94,146 | | | | 94,146 |
| Plutonium sustainment | 712,440 | –241,131 | | | 712,440 |
| Pit production beyond 30 pits per year | | [–241,131] | | | |
| Tritium sustainment | 269,000 | | | | 269,000 |
| Lithium sustainment | 28,800 | | | | 28,800 |
| Domestic uranium enrichment | 140,000 | | | | 140,000 |
| Strategic materials sustainment | 256,808 | | | | 256,808 |
| **Total, Strategic materials** | **1,501,194** | **–241,131** | | | **1,501,194** |
| **Total, Directed stockpile work** | **5,426,357** | **–431,419** | **11,000** | | **5,426,357** |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| **Research, development, test and evaluation (RDT&E)** | | | | | |
| **Science** | | | | | |
| Advanced certification | 57,710 | | | | 57,710 |
| Primary assessment technologies | 95,169 | | | | 95,169 |
| Dynamic materials properties | 133,800 | | | | 133,800 |
| Advanced radiography | 32,544 | | | | 32,544 |
| Secondary assessment technologies | 77,553 | | | | 77,553 |
| Academic alliances and partnerships | 44,625 | | | | 44,625 |
| Enhanced Capabilities for Subcritical Experiments | 145,160 | | | | 145,160 |
| **Total, Science** | **586,561** | | | | **586,561** |
| **Engineering** | | | | | |
| Enhanced surety | 46,500 | –6,783 | 8,000 | | 46,500 |
| Unjustified program growth | | [–6,783] | | | |
| UFR list—technology maturation | | | [8,000] | | |
| Delivery Environments (formerly Weapons Systems Engineering Assessment Technology) | 35,945 | –12,916 | | | 35,945 |
| Unjustified program growth | | [–12,916] | | | |
| Nuclear survivability | 53,932 | | | | 53,932 |
| Enhanced surveillance | 57,747 | | | | 57,747 |
| Stockpile Responsiveness | 39,830 | –34,830 | 40,800 | 40,800 | 80,630 |
| Unjustified request | | [–34,830] | | | |
| Program expansion | | | [40,800] | [40,800] | |
| **Total, Engineering** | **233,954** | **–54,529** | **48,800** | **40,800** | **274,754** |
| **Inertial confinement fusion ignition and high yield** | | | | | |
| Ignition and Other Stockpile Programs | 55,649 | | | | 55,649 |

| | | | | | |
|---|---|---|---|---|---|
| Diagnostics, cryogenics and experimental support | 66,128 | | | | 66,128 |
| Pulsed power inertial confinement fusion | 8,571 | | | | 8,571 |
| Joint program in high energy density laboratory plasmas | 12,000 | | | | 12,000 |
| Facility operations and target production | 338,247 | 5,000 | | 5,000 | 343,247 |
| Program increase | | [5,000] | | [5,000] | |
| **Total, Inertial confinement fusion and high yield** | **480,595** | **5,000** | | **5,000** | **485,595** |
| | | | | | |
| **Advanced simulation and computing** | | | | | |
| Advanced simulation and computing | 789,849 | | | | 789,849 |
| **Construction:** | | | | | |
| 18–D–620, Exascale Computing Facility Modernization Project, LLNL | 50,000 | | | | 50,000 |
| **Total, Construction** | **50,000** | | | | **50,000** |
| **Total, Advanced simulation and computing** | **839,849** | | | | **839,849** |
| | | | | | |
| **Advanced manufacturing** | | | | | |
| Additive manufacturing | 18,500 | | | | 18,500 |
| Component manufacturing development | 48,410 | | 10,000 | 3,590 | 52,000 |
| UFR list—technology maturation | | | [10,000] | [3,590] | |
| Process technology development | 69,998 | −39,084 | | | 69,998 |
| Unjustified program growth | | [−39,804] | | | |
| **Total, Advanced manufacturing** | **136,908** | **−39,084** | **10,000** | **3,590** | **140,498** |
| **Total, RDT&E** | **2,277,867** | **−88,613** | **58,800** | **49,390** | **2,327,257** |
| | | | | | |
| **Infrastructure and operations** | | | | | |
| Operations of facilities | 905,000 | −35,000 | | | 905,000 |
| Unjustified program growth | | [−35,000] | | | |
| Safety and environmental operations | 119,000 | −9,000 | | | 119,000 |
| Unjustified program growth | | [−9,000] | | | |
| Maintenance and repair of facilities | 456,000 | | | | 456,000 |
| **Recapitalization:** | | | | | |
| Infrastructure and safety | 447,657 | | | | 447,657 |
| Capability based investments | 135,341 | −26,284 | | | 135,341 |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Unjustified program growth | | [–26,284] | | | |
| **Total, Recapitalization** | **582,998** | **–26,284** | | | **582,998** |
| | | | | | |
| **Construction:** | | | | | |
| 19–D–670, 138kV Power Transmission System Replacement, NNSS | 6,000 | | | | 6,000 |
| 18–D–690, Lithium Processing Facility, Y–12 (formerly Lithium Production Capability, Y–12) | 32,000 | 7,000 | | | 32,000 |
| Program increase | | [7,000] | | | |
| 18–D–650, Tritium Finishing Facility, SRS | 27,000 | | | | 27,000 |
| 17–D–640, U1a Complex Enhancements Project, NNSS | 35,000 | | | | 35,000 |
| 15–D–612, Emergency Operations Center, LLNL | 5,000 | | | | 5,000 |
| 15–D–611, Emergency Operations Center, SNL | 4,000 | | | | 4,000 |
| 15–D–301, HE Science & Engineering Facility, PX | 123,000 | | | | 123,000 |
| 06–D–141 Uranium processing facility Y–12, Oak Ridge, TN | 745,000 | | | | 745,000 |
| 04–D–125, Chemistry and Metallurgy Research Replacement Project, LANL | 168,444 | | | | 168,444 |
| **Total, Construction** | **1,145,444** | **7,000** | | | **1,145,444** |
| **Total, Infrastructure and operations** | **3,208,442** | **–63,284** | | | **3,208,442** |
| | | | | | |
| **Secure transportation asset** | | | | | |
| Operations and equipment | 209,502 | | | | 209,502 |
| Program direction | 107,660 | | | | 107,660 |
| **Total, Secure transportation asset** | **317,162** | | | | **317,162** |
| | | | | | |
| **Defense nuclear security** | | | | | |
| Operations and maintenance | 778,213 | –28,213 | | –13,213 | 765,000 |
| Excess to need | | [–28,213] | | [–13,213] | |
| **Total, Defense nuclear security** | **778,213** | **–28,213** | | **–13,213** | **765,000** |

| | | | | | |
|---|---|---|---|---|---|
| Information technology and cybersecurity | 309,362 | | | | 309,362 |
| Legacy contractor pensions | 91,200 | | | | 91,200 |
| **Total, Weapons Activities** | **12,408,603** | **–611,529** | **69,800** | **36,177** | **12,444,780** |
| **Defense Nuclear Nonproliferation** | | | | | |
| **Defense Nuclear Nonproliferation Programs** | | | | | |
| **Global material security** | | | | | |
| International nuclear security | 48,839 | | | | 48,839 |
| Domestic radiological security | 90,513 | | | | 90,513 |
| International radiological security | 60,827 | 20,000 | | 18,080 | 78,907 |
| Secure additional radiologic materials | | [20,000] | | [18,080] | |
| Nuclear smuggling detection and deterrence | 142,171 | | | | 142,171 |
| **Total, Global material security** | **342,350** | **20,000** | | **18,080** | **360,430** |
| **Material management and minimization** | | | | | |
| HEU reactor conversion | 114,000 | | | –15,000 | 99,000 |
| Program decrease | | | | [–15,000] | |
| Nuclear material removal | 32,925 | | | | 32,925 |
| Material disposition | 186,608 | | | | 186,608 |
| **Total, Material management & minimization** | **333,533** | | | **–15,000** | **318,533** |
| Nonproliferation and arms control | 137,267 | | | | 137,267 |
| Defense nuclear nonproliferation R&D | 495,357 | 30,000 | –19,500 | 4,432 | 499,789 |
| Proliferation detection research | | [15,000] | | | |
| Nonproliferation Stewardship program strategic plan | | | [–19,500] | | |
| Additional verification and detection effort | | [15,000] | | [4,432] | |
| **Nonproliferation Construction:** | | | | | |
| 18–D–150 Surplus Plutonium Disposition Project | 79,000 | | | | 79,000 |
| 99–D–143 Mixed Oxide (MOX) Fuel Fabrication Facility, SRS | 220,000 | –6,500 | | | 220,000 |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Program decrease | | [–6,500] | | | |
| Low-enriched uranium research and development | 0 | 20,000 | | 20,000 | 20,000 |
| Program increase | | [20,000] | | [20,000] | |
| **Total, Nonproliferation construction** | **299,000** | **–6,500** | | **20,000** | **299,000** |
| **Total, Defense Nuclear Nonproliferation Programs** | **1,607,507** | **63,500** | **–19,500** | **27,512** | **1,635,019** |
| | | | | | |
| Legacy contractor pensions | 13,700 | | | | 13,700 |
| Nuclear counterterrorism and incident response program | 372,095 | –31,715 | –9,600 | | 372,095 |
| Unjustified cost growth | | [–31,715] | | | |
| Non-defense function realignment | | | [–9,600] | | |
| DPRK phased denuclearization long-term monitoring and verification | 0 | 10,000 | | | |
| Program increase | | [10,000] | | | |
| **Total, Defense Nuclear Nonproliferation** | **1,993,302** | **41,785** | **–29,100** | **27,512** | **2,020,814** |
| | | | | | |
| **Naval Reactors** | | | | | |
| Naval reactors development | 531,205 | –16,254 | | –15,000 | 516,205 |
| Unjustified growth | | [–16,254] | | [–15,000] | |
| Columbia-Class reactor systems development | 75,500 | | | | 75,500 |
| S8G Prototype refueling | 155,000 | | | | 155,000 |
| Naval reactors operations and infrastructure | 553,591 | | | | 553,591 |
| **Construction:** | | | | | |
| 20-D-931, KL Fuel Development Laboratory | 23,700 | | | | 23,700 |
| 19-D-930, KS Overhead Piping | 20,900 | | | | 20,900 |
| 14-D-901 Spent fuel handling recapitalization project, NRF | 238,000 | | | | 238,000 |
| **Total, Construction** | **282,600** | | | | **282,600** |
| Program direction | 50,500 | | | | 50,500 |

| | | | | | |
|---|---|---|---|---|---|
| **Total, Naval Reactors** | **1,648,396** | **–16,254** | | **–15,000** | **1,633,396** |
| | | | | | |
| **Federal Salaries And Expenses** | | | | | |
| Program direction | 434,699 | –44,699 | –11,700 | | 434,699 |
| Unjustified growth | | [–24,699] | | | |
| Program decrease | | [–20,000] | | | |
| Alignment with FTEs authorized | | | [–11,700] | | |
| **Total, Office Of The Administrator** | **434,699** | **–44,699** | **–11,700** | | **434,699** |
| | | | | | |
| **Defense Environmental Cleanup** | | | | | |
| **Closure sites:** | | | | | |
| Closure sites administration | 4,987 | | | | 4,987 |
| | | | | | |
| **Richland:** | | | | | |
| River corridor and other cleanup operations | 139,750 | | | | 139,750 |
| Central plateau remediation | 472,949 | 50,000 | | 50,000 | 522,949 |
| Program increase | | [50,000] | | [50,000] | |
| Richland community and regulatory support | 5,121 | | | | 5,121 |
| **Construction:** | | | | | |
| 18–D–404 WESF Modifications and Capsule Storage | 11,000 | | | | 11,000 |
| **Total, Construction** | **11,000** | | | | **11,000** |
| **Total, Hanford site** | **628,820** | **50,000** | | **50,000** | **678,820** |
| | | | | | |
| **Office of River Protection:** | | | | | |
| Waste Treatment Immobilization Plant Commissioning | 15,000 | | | | 15,000 |
| Rad liquid tank waste stabilization and disposition | 677,460 | 28,000 | | 28,000 | 705,460 |
| Program increase | | [28,000] | | [28,000] | |
| **Construction:** | | | | | |
| 18–D–16 Waste treatment and immobilization plant—LBL/Direct feed LAW | 640,000 | | | | 640,000 |
| 01–D–16 D, High-level waste facility | 30,000 | | | –5,000 | 25,000 |

SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS
(In Thousands of Dollars)

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| Program decrease | | | | [–5,000] | |
| 01–D–16 E—Pretreatment Facility | 20,000 | | | –5,000 | 15,000 |
| Program decrease | | | | [–5,000] | |
| **Total, Construction** | **690,000** | | | **–10,000** | **680,000** |
| ORP Low-level waste offsite disposal | 10,000 | | | | 10,000 |
| **Total, Office of River Protection** | **1,392,460** | **28,000** | | **18,000** | **1,410,460** |
| **Idaho National Laboratory:** | | | | | |
| Idaho cleanup and waste disposition | 331,354 | | | | 331,354 |
| Idaho community and regulatory support | 3,500 | | | | 3,500 |
| **Total, Idaho National Laboratory** | **334,854** | | | | **334,854** |
| **NNSA sites and Nevada off-sites** | | | | | |
| Lawrence Livermore National Laboratory | 1,727 | | | | 1,727 |
| LLNL Excess facilities D&D | 128,000 | | | –73,000 | 55,000 |
| Program decrease | | | | [–73,000] | |
| **Nuclear facility D & D** | | | | | |
| Separations Process Research Unit | 15,300 | | | | 15,300 |
| Nevada | 60,737 | | | | 60,737 |
| Sandia National Laboratories | 2,652 | | | | 2,652 |
| Los Alamos National Laboratory | 195,462 | | | | 195,462 |
| **Total, NNSA sites and Nevada off-sites** | **403,878** | | | **–73,000** | **330,878** |
| **Oak Ridge Reservation:** | | | | | |
| OR Nuclear facility D & D | 93,693 | | | | 93,693 |

| | | | | | |
|---|---|---|---|---|---|
| **Total, OR Nuclear facility D & D** | **93,693** | | | | **93,693** |
| U233 Disposition Program | 45,000 | | | | 45,000 |
| **OR cleanup and waste disposition** | | | | | |
| OR cleanup and disposition | 82,000 | | | | 82,000 |
| **Construction:** | | | | | |
| 17–D–401 On-site waste disposal facility | 15,269 | | | –5,269 | 10,000 |
| Program decrease | | | | [–5,269] | |
| 14–D–403 Outfall 200 Mercury Treatment Facility | 49,000 | | | | 49,000 |
| **Total, Construction** | **64,269** | | | **–5,269** | **59,000** |
| **Total, OR cleanup and waste disposition** | **146,269** | | | **–5,269** | **141,000** |
| OR community & regulatory support | 4,819 | | | | 4,819 |
| OR technology development and deployment | 3,000 | | | | 3,000 |
| **Total, Oak Ridge Reservation** | **292,781** | | | **–5,269** | **287,512** |
| **Savannah River Sites:** | | | | | |
| **Savannah River risk management operations** | | | | | |
| Savannah River risk management operations | 490,613 | 25,000 | | 25,000 | 515,613 |
| Program increase | | [25,000] | | | |
| **Construction:** | | | | | |
| 18–D–402, Emergency Operations Center | 6,792 | | | | 6,792 |
| **Total, risk management operations** | **497,405** | **25,000** | | **25,000** | **522,405** |
| SR community and regulatory support | 4,749 | 6,500 | | 6,500 | 11,249 |
| Program increase | | [6,500] | | | |
| Radioactive liquid tank waste stabilization and disposition | 797,706 | | | | 797,706 |
| **Construction:** | | | | | |
| 20-D–402 Advanced Manufacturing Collaborative Facility (AMC) | 50,000 | | | | 50,000 |
| 20-D–401 Saltstone Disposal Unit #10, 11, 12 | 500 | | | | 500 |
| 19–D–701 SR Security sytem replacement | 0 | | | | |

**SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS**
**(In Thousands of Dollars)**

| Program | FY 2020 Request | House Authorized | Senate Authorized | Conference Change | Conference Authorized |
|---|---|---|---|---|---|
| 18–D–402 Saltstone Disposal Unit #8/9 | 51,750 | | | | 51,750 |
| 17–D–402 Saltstone Disposal Unit #7 | 40,034 | | | | 40,034 |
| 05–D–405 Salt waste processing facility, Savannah River Site | 20,988 | | | | 20,988 |
| **Total, Construction** | **163,272** | | | | **163,272** |
| **Total, Savannah River site** | **1,463,132** | **31,500** | | **31,500** | **1,494,632** |
| | | | | | |
| **Waste Isolation Pilot Plant** | | | | | |
| Waste Isolation Pilot Plant | 299,088 | | | | 299,088 |
| **Construction:** | | | | | |
| 15–D–411 Safety significant confinement ventilation system, WIPP | 58,054 | | | | 58,054 |
| 15–D–412 Exhaust shaft, WIPP | 34,500 | | | | 34,500 |
| **Total, Construction** | **92,554** | | | | **92,554** |
| **Total, Waste Isolation Pilot Plant** | **391,642** | | | | **391,642** |
| | | | | | |
| Program direction | 278,908 | | | | 278,908 |
| Program support | 12,979 | | | | 12,979 |
| **Safeguards and Security** | | | | | |
| Safeguards and Security | 317,622 | | | | 317,622 |
| **Total, Safeguards and Security** | **317,622** | | | | **317,622** |
| | | | | | |
| Use of prior year balances | –15,562 | | | | –15,562 |
| **Total, Defense Environmental Cleanup** | **5,506,501** | **109,500** | | **21,231** | **5,527,732** |
| | | | | | |
| **Other Defense Activities** | | | | | |
| **Environment, health, safety and security** | | | | | |
| Environment, health, safety and security | 139,628 | | | | 139,628 |
| Program direction | 72,881 | | | | 72,881 |

| | | | | | |
|---|---|---|---|---|---|
| **Total, Environment, Health, Safety and Security** | **212,509** | | | | **212,509** |
| | | | | | |
| **Independent enterprise assessments** | | | | | |
| Independent enterprise assessments | 24,068 | | | | 24,068 |
| Program direction | 57,211 | | –3,000 | –2,500 | 54,711 |
| Non-defense function realignment | | | [–3,000] | [–2,500] | |
| **Total, Independent enterprise assessments** | **81,279** | | **–3,000** | **–2,500** | **78,779** |
| | | | | | |
| Specialized security activities | 254,578 | | | | 254,578 |
| **Office of Legacy Management** | | | | | |
| Legacy management | 283,767 | | | –141,000 | 142,767 |
| Program decrease | | | | [–141,000] | |
| Program direction | 19,262 | | | | 19,262 |
| **Total, Office of Legacy Management** | **303,029** | | | **–141,000** | **162,029** |
| | | | | | |
| **Defense related administrative support** | | | | | |
| Chief financial officer | 54,538 | | | | 54,538 |
| Chief information officer | 124,554 | | | –6,000 | 118,554 |
| Program decrease | | | | [–6,000] | |
| **Total, Defense related administrative support** | **179,092** | | | **–6,000** | **173,092** |
| | | | | | |
| Office of Hearings and Appeals | 4,852 | | | | 4,852 |
| **Subtotal, Other Defense Activities** | **1,035,339** | | **–3,000** | **–149,500** | **885,839** |
| **Total, Other Defense Activities** | **1,035,339** | | **–3,000** | **–149,500** | **885,839** |
| | | | | | |
| **Defense Nuclear Waste Disposal** | | | | | |
| Yucca Mountain and interim storage | 26,000 | –26,000 | –26,000 | –26,000 | 0 |
| Program cut | 0 | [–26,000] | [–26,000] | [–26,000] | |
| **Total, Defense Nuclear Waste Disposal** | **26,000** | **–26,000** | **–26,000** | **–26,000** | **0** |

# DIVISION E—INTELLIGENCE AUTHORIZATIONS FOR FISCAL YEARS 2018, 2019, AND 2020

*Intelligence authorizations for fiscal years 2018, 2019, and 2020 (secs. 5001-6747)*

The Senate bill contained Division F that included the Intelligence Authorization Act for Fiscal Year 2020 and Division G that included the Intelligence Authorization Act for fiscal years 2018 and 2019.

The House amendment contained no similar provisions.

The House recedes with an amendment that would make various modifications to such provisions.

# DIVISION F—OTHER MATTERS

## TITLE LXXI—SANCTIONS WITH RESPECT TO NORTH KOREA

*Sanctions with respect to North Korea and Financial Industry Guidance to Halt Trafficking Act (secs. 7101-7155)*

The Senate bill contained multiple provisions (sections 6901, 6911-6913, 6921-6925, 6931-6935, 6941-6946, 6951-6954, 6961-6966) that would strengthen United States sanctions on North Korea, impose oversight measures concerning sanctions on North Korea, and strengthen the Department of Treasury's role in combating human trafficking, among other measures.

The House amendment contained multiple similar provisions (sections 1099Z-1-1099Z-8).

The House recedes with an amendment that would provide for significant enhancement of economic sanctions on North Korea and foreign persons involved with North Korea, including new secondary banking sanctions and broadening primary trade-based sanctions provided for in the North Korea Sanctions and Policy Enhancement Act of 2016 (Public Law 114-122), hereafter referred to as NKSPEA. In addition, it would provide for increased congressional oversight in response to North Korea's aggressive nuclear and ballistic missile testing, sanctions evasion, and global compliance failures weakening enforcement of United Nations Security Council (UNSC) resolutions.  The amendment

would also provide for significant guidance to the financial industry on strengthening measures to combat human trafficking.

More specifically, the amendment would impose such "secondary banking sanctions" as asset blocking and restrictions on correspondent accounts, and any other penalty authorized by the International Emergency Economic Powers Act (Public Law 95-223), hereafter referred to as IEEPA, against foreign financial institutions that provide financial services to certain sanctioned persons. Furthermore, the amendment would prohibit transactions with the same types of certain sanctioned persons by persons owned or controlled by U.S. financial institutions, and provides for civil IEEPA penalty authority against both the person owned or controlled and as appropriate its parent U.S. financial institution.

The amendment would also expand on the list of designation requirements for mandatory sanctions provided in NKSPEA, by adding as mandatory: any person that engages in the import or export, including of related services or technology, of coal, textiles, seafood, iron, or iron ore; and in crude oil or refined petroleum products above UNSC-set limits. The amendment would also require the imposition of sanctions with respect to any person who engages in, or otherwise facilitates: a transfer of North Korean government funds or property, contributing to a material violation of a UNSC resolution; the exportation of workers from North Korea; the sale or transfer of vessels to North Korea, or their registration, chartering or insurance; bribery of a North Korean official; or the significant misappropriation of public funds.

The amendment would also provide for enhanced guidance to the financial industry to combat human trafficking by: elevating human trafficking as an enumerated function of the U.S. Treasury Office of Terrorism and Financial Intelligence and requiring increased coordination and reporting related to human trafficking; strengthening the role that anti-money laundering and other tools play in combating human trafficking by requiring the U.S. Inter-Agency Task Force to Monitor and Combat Trafficking to provide certain policy recommendations to federal regulators and to Congress; and underscoring the sense of Congress that adequate funding be provided for public outreach and critical federal efforts to combat human trafficking at home and abroad.

# TITLE LXXII—SANCTIONS WITH RESPECT TO FOREIGN TRAFFICKERS OF ILLICIT SYNTHETIC OPIOIDS

*Sanctions with respect to foreign traffickers of illicit synthetic opioids (secs. 7201-7235)*

The Senate bill contained a provision (sec. 6801-6837) that would strengthen United States sanctions against foreign synthetic opioid traffickers, financial institutions, and others that assist such entities. It would also establish a Commission on Combating Synthetic Opioid Trafficking to report on how to combat more effectively the flow of synthetic opioids from China, Mexico, and elsewhere, among other measures.

The House amendment contained a similar provision (sec. 1701-1736).

The House recedes with a clarifying amendment.

## TITLE LXXIII-PFAS

*Definition of Administrator (sec. 7302)*

The Senate bill contained a provision (sec. 6701) that would define the term "Administrator" for this title.

The House amendment contained no similar provision.

The House recedes.

*Drinking Water (secs. 7311-7312)*

The Senate bill contained a series of provisions (sec. 6721-6724) that would require the Administrator of the Environmental Protection agency to promulgate a national primary drinking water regulation for, require monitoring of, and establish drinking water state revolving funds for perfluoroalkyl and polyfluoroalkyl substances.

The House amendment contained no similar provision.

The House recedes with an amendment that would eliminate the requirement to establish a national primary drinking water standard and the accompanying enforcement provision and makes various other technical modifications.

*PFAS Release Disclosure (secs. 7321)*

The Senate bill contained a provision (sec. 6711) that would include Perfluorooctanoic acid, Perfluorooctane sulfonic acid and their associated salts in the toxics release inventory.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*USGS Performance Standard (secs. 7331-7335)*

The Senate bill contained provisions (sec. 6731-6736) that would direct the director of the United States Geological Survey to establish a performance standard for the detection of highly fluorinated compounds, to conduct nationwide sampling, and to use the data to inform and enhance assessments of exposure.

The House amendment contained a similar provision (sec. 330G)

The House recedes with multiple technical amendments.

*Emerging Contaminants (secs. 7341-7342)*

The Senate bill contained provisions (sec. 6741-6742) that would require the Administrator of the Environmental Protection Agency to review the Federal efforts of research, development, and response to emerging contaminants.

The House amendment contained no similar provision.

The House recedes with a technical amendment.

*Toxic Substances Control Act and Other Matters (secs. 7351-7362)*

The Senate bill contained provisions (sec. 6751-6754) that would direct the Administrator of the Environmental Protection Agency to take final action on the proposed rule entitled "Long-Chain Perfluoroalkyl Carboxylate and Perfluoroalkyl Sulfonate Chemical Substances; Significant New Use Rule," to publish interim disposal guidance, to conduct research and development efforts focused on perfluoroalkyl and polyfluoroalkyl substances.

The House amendment contained no similar provisions.

The House recedes with multiple technical amendments.

# TITLE LXXIV-CAESAR SYRIA CIVILIAN PROTECTION ACT OF 2019

*Caesar Syria Civilian Protection Act of 2019 (secs. 7401-7438)*

The conference agreement includes a provision known as the Caesar Syria Civilian Protection Act of 2019 that would sanction foreign persons who knowingly provide significant financial, material, or technological support to, or knowingly engage in a significant transaction with the Government of Syria, or military contractors, mercenaries, or paramilitary forces that

knowingly operate in a military capacity inside Syria for or on behalf of the Government of Syria, the Government of the Russian Federation, or the Government of Iran. The provision would also require the Secretary of the Treasury to determine whether reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern and, if so, impose relevant sanctions on the Central Bank of Syria. The provision would also authorize the Secretary of State to provide support to entities conducting criminal investigations, supporting prosecutions, or collecting evidence against those who have committed war crimes or crimes against humanity in Syria. Lastly, the provision would require the President to produce various strategies, assessments, and briefings related to the provision of humanitarian assistance and the protection of civilians.

## TITLE LXXV-PROTECTING EUROPE'S ENERGY SECURITY

*Protecting Europe's Energy Security (secs. 7501-7503)*

The conference agreement includes a provision that would express the sense of Congress concerning United States relations with the European Union and Germany and impose sanctions with respect to provision of certain vessels for the construction of the Nord Stream 2 and TurkStream pipeline projects.

## TITLE LXXVI—OTHER MATTERS

## SUBTITLE A-FEDERAL EMPLOYEE PAID LEAVE ACT

*Federal Employee Paid Leave Act (secs. 7601-7606)*

The House amendment contained several provisions(sec. 1121 through 1126) that would provide 12 weeks of paid leave to the Federal workforce for reasons covered by the Family and Medical Leave Act of 1993 (Public Law 115-232).

The Senate bill contained no similar provision.

The Senate recedes with an amendment that would provide 12 weeks of paid leave to Federal employees in connection with the birth or placement of a child to an eligible employee.

## SUBTITLE B-OTHER MATTERS

*Liberian refugee immigration fairness (sec. 7611)*

The Senate bill contained a provision (sec. 6013) that would require, not later than December 31, 2019, the Secretary of Defense, in consultation with the Secretary of State, to submit a report on the impact of Liberian nationals on the national security, foreign policy, and economic, and humanitarian interests of the United States, and a justification for adjustment of status of qualifying Liberians to that of lawful permanent residents.

The House amendment contained no similar provision.

The House recedes with an amendment that would provide for the adjustment of the status of certain nationals of Liberia to that of lawful permanent residents.

*Pensacola Dam and Reservoir, Grand River, Oklahoma (sec. 7612)*

The Senate bill contained a provision (sec. 6021) that would clarify the respective jurisdictions of the Army Corps of Engineers and the Federal Energy Regulatory Commission (FERC) at the Grand Lake O' the Cherokees, Oklahoma.

The House bill contained no similar provision.

The House recedes with technical amendments and an amendment that would require the Army Corps of Engineers to conduct a study of the resiliency of upstream infrastructure and lands.

*Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations (sec. 7613)*

The Senate bill contained a provision (sec. 6015) that would amend section 5323 of title 49, United States Code, to prevent the use of Federal transit dollars to procure rolling stock from certain manufacturers and an associated annual process for certifying compliance, with an exception for preexisting contracts for rail rolling stock. This provision also would require that any transit service operator of rail rolling stock develop and execute a cybersecurity risk reduction plan in accordance with certain standards and would include arrangements for third-party testing of certain components.

The House amendment contained a similar provision (sec. 896) that would apply overall, only to rail rolling stock.

The House recedes with amendments that would add exceptions to implementation including a grace period of two years from enactment, for certain rolling stock, and other technical amendments.

# LEGISLATIVE PROVISIONS NOT ADOPTED

*PFAS designation, effluent limitations, and pretreatment standards*

The House amendment contained a provision (sec. 330A) that would require the Administrator of the Environmental protection agency to include per- and polyfluoroalkyl substances to the toxic pollutant list in the Federal Water Pollution Control Act.
The Senate bill contained no similar provision.
The House recedes.

*Designation as hazardous substances*

The House amendment contained a provision (sec. 330O) that would require the Administrator of the Environmental Protection Agency to designate all per- and polyfluoroalkyl substances as hazardous substances under section 102(a) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9602(a)).
The Senate bill contained no similar provision.
The House recedes.

*Utilizing significant emissions with innovative technologies*

The Senate bill contained a provision (sec. 6001) that would require the Administrator of the Environmental Protection Agency to conduct direct air capture research.
The House amendment contained no similar provision.
The Senate recedes.

# S. 1790

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Armed Services, for consideration of the Senate bill and the House amendment, and modifications committed to conference: | |
| Mr. Smith of Washington | |
| Mrs. Davis of California | |
| Mr. Langevin | |
| Mr. Larsen of Washington | |
| Mr. Cooper (TN-5) | |
| Mr. Courtney CT-02 | |
| Mr. Garamendi | |

G:\CMTE\AS\20\C\S1790SS.HSE H.L.C.

Page 2 of 23

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| Ms. Speier | |
| Mr. Norcross | |
| Mr. Gallego | |
| Mr. Moulton | |
| Mr. Carbajal | |
| Mr. Brown of Maryland | |
| Mr. Khanna | |
| [redacted] | |

WASHSTATEC009171

G:\CMTE\AS\20\C\S1790SS.HSE H.L.C.

Page 3 of 23

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Mr. Vela | |
| Mr. Kim | |
| Ms. Kendra S. Horn of Oklahoma | |
| Mr. Cisneros | |
| | |
| | |
| | |
| | |

WASHSTATEC009172

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| Mr. Thornberry | |
| Mr. Wilson of South Carolina | |
| Mr. Turner | |
| Mr. Rogers of Alabama | |
| Mr. Conaway | |
| Mr. Lamborn | |
| Mr. Wittman | |
| [redacted] | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| Ms. Stefanik | |
| Mr. Kelly of Mississippi | |
| Mr. Bacon | |
| Mr. Banks | |
| Ms. Cheney | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Permanent Select Committee on Intelligence, for consideration of matters within the jurisdiction of that committee under clause 11 of rule X: | |
| Mr. Schiff | |
| Ms. Sewell of Alabama | |
| Mr. Nunes | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on the Budget, for consideration of secs. 4 and 10608 of the Senate bill, and secs. 1006 and 1112 of the House amendment, and modifications committed to conference: | |
| Mr. Yarmuth | |
| Mr. Peters | |
| Mr. Johnson of Ohio | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Education and Labor, for consideration of secs. 571, 572, and 5501 of the Senate bill, and secs. 211, 576, 580, 1099N, 1117, 3120, and 3503 of the House amendment, and modifications committed to conference: | |
| Mr. Scott of Virginia | |
| Mrs. Trahan | |
| [redacted] | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
| --- | --- |
| From the Committee on Energy and Commerce, for consideration of secs. 214, 315, 318, 703, 3112, 3113, 3201-03, 5318, 6001, 6006, 6021, 6701, 6711, 6721-24, 6741, 6742, 6751-54, 8101, 8202, 10421, 10422, and 10742 of the Senate bill, and secs. 315, 330F, 330H, 330O, 606, 737, 3111, 3112, 3127, 3128, 3201, and 3202 of the House amendment, and modifications committed to conference: | |
| | |
| | |
| Mr. Upton | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Financial Services, for consideration of secs. 6017, 6018, 6804, 6811, 6813-16, 6834, 6835, and title LXIX of the Senate bill, and secs. 550K, 560G, subtitle I of title X, secs. 1240B, 1292, 1704, 1711, 1713-16, 1733, and 2843 of the House amendment, and modifications committed to conference: | |
| [redacted] | |
| Mr. Sherman | |
| Mr. Barr | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Foreign Affairs, for consideration of secs. 834, 1011, 1043, 1202, 1203, 1205, 1206, 1211, 1212, 1215, 1221-24, 1231-36, 1238, 1252, 1281-84, title XIII, secs. 1671, 1681, 2822, 6203-06, 6210, 6213, 6215, 6231, 6236, title LXVIII, secs. 6921, 6922, 6931, 6941, 6943, 6954, part I of subtitle B of title LXXXV, secs. 8562, and 10701 of the Senate bill, and secs. 634, 1036, 1046, 1050, 1099X, 1201, 1202, 1204, 1207, 1210, 1213, 1215, 1218, 1221-25, 1229, 1231-34, 1240A, 1241, 1250D, 1251, 1255, 1258, 1260A, 1260B, 1265, 1266, 1269, 1270, 1270G, 1270H, 1270I, 1270N, 1270R, 1270S, 1270T, 1270W, subtitle I of title XII, subtitle J of title XII, title XIII, secs. 1521, 1669, and title XVII of the House amendment, and modifications committed to conference: | |
| | |
| | |
| Mr. McCaul | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Homeland Security, for consideration of secs. 6006, 6012, and 8543 of the Senate bill, and modifications committed to conference: | |
| Mr. Rose of New York | |
| Lauren Underwood<br>Ms. Underwood | |
| Mr. Walker | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on the Judiciary, for consideration of secs. 1025, 1031, 1044, 1682, 6004, 6206, 6804, 6811, 6813-16, 6835, 6921, and 6944 of the Senate bill, and secs. 530F, 530G, 550D, 550F, 550J, 570H, 729, 827, 1011, 1048, 1049, 1050C, 1093, 1099C, 1099K, 1099V, 1099Z-3, 1212, 1296A, 1704, 1711, 1713-16, and 1733 of the House amendment and modifications committed to conference: | |
| [redacted] | |
| Ms. Lofgren | |
| [redacted] | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
|---|---|
| From the Committee on Natural Resources, for consideration of secs. 314, 2812, 2814, 6001, 6020, subtitle C of title LXVII, sec. 8524, part I of subtitle B of title LXXXV, secs. 8554, and 8571 of the Senate bill, and secs. 330G, 1094, 1099D, 1099F, 1099U, 2851, subtitle F of title XXVIII, secs. 2876, and 2880 of the House amendment, and modifications committed to conference: | |
| | |
| Ms. Haaland | |
| Mr. Bishop of Utah | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Oversight and Reform, for consideration of secs. 218, 530, 559, 579, 1081, 1082, title XI, secs. 5802, 6012, subtitle B of title LXV, secs. 9304, 9307, 9311, 9313, 9314, 10303, 10432, 10434, 10601, 10603-05, 10612, 10741, and 10742 of the Senate bill, and secs. 212, 239, 5500, 629, 633, 804, 829, 842, 861, 872, 877, 883, 884, 891, 895, 899E, 899H, 899I, 1064, 1085, 1099B, title XI, secs. 1704, 1711, 1713-16, and 3127 of the House amendment, and modifications committed to conference: | |
| Mr. Lynch | |
| Mr. Connolly | |
| Mr. Green of Tennessee | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Science, Space, and Technology, for consideration of secs. 216, 219, 1612, 6001, 6006, 6008, 6009, 6742, 6754, 8524, and 10742 of the Senate bill, and secs. 214, 217, 882, and 1089 of the House amendment, and modifications committed to conference: | |
| Ms. Johnson of Texas | |
| Ms. Sherrill | |
| Mr. Baird | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Small Business, for consideration of sec. 841 of the Senate bill, and secs. 872-76, 878, 879, 881, 882, and 886-89 of the House amendment, and modifications committed to conference: | |
| Ms. Velázquez | |
| Mr. Golden | |
| Mr. Chabot | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| From the Committee on Transportation and Infrastructure, for consideration of secs. 353, 1612, 1682, 2805, title XXXV, secs. 6001, 6006, 6012, 6015, 6019, 6021, 6754, 8500, 8511, 8517, 8519, 8520, 8522, 8523, 8525, 8532, 8543, 8545, 8546, and 8571 of the Senate bill, and secs. 311, 313, 330A, 330O, 351, 354, 555, 569, 580C, 606, 896, 2808, 3501, and 3504 of the House amendment, and modifications committed to conference: | |
| [redacted] | |
| [redacted] | |
| Mr. Katko | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| From the Committee on Veterans' Affairs, for consideration of secs. 568, 721, 726, 727, 1083, 1431, 2812, 2813, 5702, and 6007 of the Senate bill, and secs. 530, 530A, 545, 546, 550E, 550G, 550H, 550I, 550J, 569, 570E, 570F, 574, 624, 705, 706, 713, 715, 1093, 1126, and 1411 of the House amendment, and modifications committed to conference: | |
| Mr. Takano | |
| Ms. Brownley of California | |
| Mr. Watkins | |
| | |
| | |
| | |
| | |

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| | Mr. Inhofe |
| | Mr. Wicker |
| | Mrs. Fischer |
| | Mr. Cotton |
| | Mr. Rounds |
| | Ms. Ernst |
| | Mr. Tillis |
| | Mr. Sullivan |

## S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| | Mr. Perdue |
| | Mr. Cramer |
| | Ms. McSally |
| | Mr. Scott of Florida |
| | Mrs. Blackburn |
| | Mr. Hawley |
| | Mr. Reed |
| | Mrs. Shaheen |

G:\CMTE\AS\20\C\S1790SS.HSE H.L.C.

Page 22 of 23

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
|---|---|
| | [redacted] |
| | Mr. Blumenthal |
| | Ms. Hirono |
| | Mr. Kaine |
| | Mr. King |
| | Mr. Heinrich |
| | [redacted] |
| | Mr. Peters |

WASHSTATEC009191

# S. 1790—Continued

| *Managers on the part of the* HOUSE | *Managers on the part of the* SENATE |
| --- | --- |
| | [redacted] |
| | Ms. Duckworth |
| | Mr. Jones |
| | |
| | |
| | |
| | |
| | |

<?xml version="1.0" encoding="UTF-8"?>

<?xml-stylesheet href="\billres.xsl" type="text/xsl"?>

<!DOCTYPE bill PUBLIC "-//US Congress//DTDs/bill v2.8 20020720//EN" "http://xml.house.gov/bill.dtd">

<bill bill-stage="Pre-Introduction" dms-id="A1" public-private="public" key="H" bill-type="olc">

<pre-form> <meta-house><holc-filename>G:\CMTE\AS\20\C\ASCR20.XML</holc-filename><holc-attorney>XXXXXX</holc-attorney><holc-last-author>XXXXXXXXXXXXX</holc-last-author><holc-last-saved>12/9/2019 13:03</holc-last-saved><holc-creator>XXXXXXXXXXXXX</holc-creator><holc-creation-date>11/26/2019 10:15</holc-creation-date><version><version-filename>XXXXXXXXXXXXXXXXXXXXXXXXXXXXX</version-filename><version-date>XXXXXXXXXXXXXXXXXXX</version-date><version-creator>XXXXXXXXXXXXX</version-creator></version> <holc-job-number/><holc-doc-number>751097|12</holc-doc-number> </meta-house>

<author-note display="no">X</author-note>

<running-header display="no">[Discussion Draft]</running-header>

<legis-counsel/> <reintroduction-code display="no"><?xm-replace_text {reintroduction-code}?></reintroduction-code>

<signature-line display="no">(Original Signature of Member)</signature-line>

<first-page-header display="no">[DISCUSSION DRAFT]</first-page-header>

<first-page-date><?xm-replace_text {first-page-date}?></first-page-date>

<first-page-desc display="no"><?xm-replace_text {first-page-desc}?></first-page-desc>

</pre-form>

<form display="no">

<distribution-code display="no">I</distribution-code>

<congress display="yes">116th CONGRESS</congress> <session display="yes">1st Session</session>

<legis-num>H. R. __</legis-num>

<current-chamber>IN THE HOUSE OF REPRESENTATIVES</current-chamber>

<action>

<action-date><?xm-replace_text {action-date}?></action-date>

<action-desc display="yes">M_. ______ introduced the following bill; which was referred to the Committee on ______________</action-desc>

</action>

<legis-type>A BILL</legis-type>

<official-title display="yes">To </official-title>

</form>

<legis-body id="HC0A0CE15147146F693C7AB86ED8BB94F" style="OLC" display-enacting-clause="no-display-enacting-clause">

<section commented="no" display-inline="no-display-inline" id="HB3EAC5DD968E41EE909349F323924F3D" section-type="section-one"><enum>1.</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="no-display-inline">This Act may be cited as the <quote><short-title>National Defense Authorization Act for Fiscal Year 2020</short-title></quote>.</text></section>

<section id="H2560CEFD0156488285832E9ECB1F6C79"><enum>2.</enum><header>Organization of Act into divisions; table of contents</header>

<subsection id="H129CCABB60FE4237972AEC829D8A4AAA"><enum>(a)</enum><header>Divisions</header><text> This Act is organized into four divisions as follows:</text>

<paragraph id="HF2D5822BC54E4E758CE99E7CFC23741F"><enum>(1)</enum><text>Division Aâ€"Department of Defense Authorizations.</text></paragraph>

<paragraph id="H7847FFDE1EDF4F829089BD3E861A8B6D"><enum>(2)</enum><text>Division Bâ€"Military Construction Authorizations.</text></paragraph>

<paragraph id="H9136153CA49A47D28300861B26E55931"><enum>(3)</enum><text>Division Câ€"Department of Energy National Security Authorizations and Other Authorizations.</text></paragraph>

<paragraph id="HED4F35B814D147148094485B850699D1"><enum>(4)</enum><text>Division Dâ€"Funding Tables.</text></paragraph>

<paragraph id="H510A929AD66C4127BFD3C5EB56532634"><enum>(5)</enum><text display-inline="yes-display-inline">Division Eâ€"Intelligence Authorizations for Fiscal Years 2018, 2019, and 2020.</text></paragraph>

<paragraph id="HA2C138AC16414BE2819A935E320BAA18"><enum>(6)</enum><text>Division Fâ€"Other Matters.</text></paragraph></subsection>

<subsection id="HC012CA174FD34390BCEAABB9E2FFF36F"><enum>(b)</enum><header>Table of contents</header><text display-inline="yes-display-inline">The table of contents for this Act is as follows:</text>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB3EAC5DD968E41EE909349F323924F3D" level="section">Sec.â€‚1.â€‚Short title.</toc-entry>

<toc-entry idref="H2560CEFD0156488285832E9ECB1F6C79" level="section">Sec.â€‚2.â€‚Organization of Act into divisions; table of contents.</toc-entry>

<toc-entry idref="H034F36A0430C4DAF92E43B6D82424630" level="section">Sec.â€‚3.â€‚Congressional defense committees.</toc-entry>

<toc-entry idref="HF529B0789C2B48FCBB6A3499F3D091A7" level="section">Sec.â€‚4.â€‚Budgetary effects of this Act.</toc-entry>

<toc-entry idref="H8D780B05F2624DA3AB5E1B6D6F57E823" level="division">Division Aâ€"DEPARTMENT OF DEFENSE AUTHORIZATIONS</toc-entry>

<toc-entry idref="HFCB84C2EC6FD4420B750716B4E9A7F64" level="title">Title Iâ€"PROCUREMENT</toc-entry>

<toc-entry idref="H2887F2770FB14E689C51D291987EC793" level="subtitle">Subtitle Aâ€"Authorization Of Appropriations</toc-entry>

<toc-entry idref="H3010DC0AF6E847EDA09D58C8A57B80D4" level="section">Sec.â€‚101.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="HCF0196C22FAC463A9715C69A449BCB9A" level="subtitle">Subtitle Bâ€"Army Programs</toc-entry>

<toc-entry idref="H88081ECE5EA141078E168CD4E5F8D9EF" level="section">Sec.â€‚111.â€‚Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1.</toc-entry>

<toc-entry idref="H3B76BF5B0A2045CC8E91D40593CF21F2" level="subtitle">Subtitle Câ€"Navy Programs</toc-entry>

<toc-entry idref="HDBC7E44293894C45BF2A2F41C5398979" level="section">Sec.â€‚121.â€‚Ford-class aircraft carrier cost limitation baselines.</toc-entry>

<toc-entry idref="HD73FA29E9FBA4E30917A913175F88CA6"

level="section">Sec.â€,122.â€,Modification of annual report on cost targets for certain aircraft carriers.</toc-entry>

<toc-entry idref="H37FA892DB25F4BFEA10B8312248E1DDC" level="section">Sec.â€,123.â€,Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.</toc-entry>

<toc-entry idref="H0F7DD2A4AD8A4E31917A21EE9A091611" level="section">Sec.â€,124.â€,Ford class aircraft carrier support for Fâ€"35C aircraft.</toc-entry>

<toc-entry idref="H447F7327637C4A65B4B523F5111BCD80" level="section">Sec.â€,125.â€,Prohibition on use of funds for reduction of aircraft carrier force structure.</toc-entry>

<toc-entry idref="H11B039D141AD448C9D4FA0460F31788D" level="section">Sec.â€,126.â€,Modification of prohibition on availability of funds for Navy waterborne security barriers.</toc-entry>

<toc-entry idref="H9E58037848D4492BAEFD99F379598C30" level="section">Sec.â€,127.â€,LHA Replacement Amphibious Assault Ship Program.</toc-entry>

<toc-entry idref="HD4AE11AB09A24A7180E4550B3BB295A3" level="section">Sec.â€,128.â€,Strategic sealift fleet vessel.</toc-entry>

<toc-entry idref="HA03A2CC0361B407AAB40D83A0897CF05" level="section">Sec.â€,129.â€,Design and construction of amphibious transport dock designated LPDâ€"31.</toc-entry>

<toc-entry idref="HE506909181694354936A54398028F9FD" level="section">Sec.â€,130.â€,Limitation on availability of funds for the Littoral Combat Ship.</toc-entry>

<toc-entry idref="HB9CCBA20C7384C84BFB6D6C458A614FA" level="section">Sec.â€,131.â€,Limitation on the next new class of Navy large surface combatants.</toc-entry>

<toc-entry idref="H4F68C7895C8D436A93318CE985B271B0" level="section">Sec.â€,132.â€,Limitation on availability of funds pending quarterly updates on the CHâ€"53K King Stallion helicopter program.</toc-entry>

<toc-entry idref="H73D08BE405E342FA82C9B5ADCE72BB0B" level="section">Sec.â€,133.â€,Limitation on availability of funds for VHâ€"92A helicopter.</toc-entry>

<toc-entry idref="HC59C16394A354B3EB4D4A1307E19AB2B" level="section">Sec.â€,134.â€,Report on carrier wing and aviation combat element composition.</toc-entry>

<toc-entry idref="H1FD903FD2F434DC58DCDB637FBB1C335" level="subtitle">Subtitle Dâ€"Air Force Programs</toc-entry>

<toc-entry idref="HF823E95AED2A46CC9F3F05C3F6311AE5" level="section">Sec.â€,141.â€,Modification of requirement to preserve certain Câ€"5 aircraft.</toc-entry>

<toc-entry idref="HD2BD0AF1E3384D8DA3B29C4D7A7836AF" level="section">Sec.â€,142.â€,OCâ€"135B aircraft recapitalization program.</toc-entry>

<toc-entry idref="HBA472600E96B469984290EEA9C3A41D9" level="section">Sec.â€,143.â€,Requirement to align Air Force aviation force structure with National Defense Strategy.</toc-entry>

<toc-entry idref="HE23F2FCD9F324464B6D4E0132C37AE50" level="section">Sec.â€,144.â€,Prohibition on availability of funds for reduction in KCâ€"10 primary mission aircraft inventory.</toc-entry>

<toc-entry idref="H8CA78E5E025F47B4A4B40B0A876362F9" level="section">Sec.â€,145.â€,Limitation on availability of funds for Fâ€"15EX aircraft.</toc-entry>

<toc-entry idref="H6873F4155E9743CFB2768D79AE926271" level="section">Sec.â€,146.â€,Limitation on availability of funds for VCâ€"25B

aircraft.</toc-entry>

<toc-entry idref="HA267E37F845A4F109D5CF9FE990C52E1" level="section">Sec.â€,147.â€,Limitation on availability of funds for RCâ€"26B aircraft.</toc-entry>

<toc-entry idref="H6B9B49E5B14540A9B19443FE13AA432C" level="section">Sec.â€,148.â€,Limitation on availability of funds for retirement of RCâ€"135 aircraft.</toc-entry>

<toc-entry idref="HD7F364AE0F074F7D91E4E51ED5F67B55" level="section">Sec.â€,149.â€,Air Force aggressor squadron modernization.</toc-entry>

<toc-entry idref="HBE2F38A7EAA447FC8FB6F81D1C03F2FD" level="section">Sec.â€,150.â€,Air Force plan for Combat Rescue Helicopter fielding.</toc-entry>

<toc-entry idref="H0A14F0E845B344088A068AA18AD8734D" level="section">Sec.â€,151.â€,Report on feasibility of multiyear contract for procurement of JASSMâ€"ER missiles.</toc-entry>

<toc-entry idref="H6AEDA6BDB6D14E78A34AEA630315BE83" level="section">Sec.â€,152.â€,Report on aircraft fleet of the Civil Air Patrol.</toc-entry>

<toc-entry idref="H9CD7FA62F37E41E093C65FCE5D433345" level="section">Sec.â€,153.â€,Sense of Congress on the light attack aircraft initiative of the Air Force.</toc-entry>

<toc-entry idref="H8EB2AA41C5264ABD9ADFF34F90BA4DAB" level="subtitle">Subtitle Eâ€"Defense-wide, Joint, and Multiservice Matters</toc-entry>

<toc-entry idref="H9CA6D38B7FAE472A9FC6900666FFFA75" level="section">Sec.â€,161.â€,Economic order quantity contracting and buy-to-budget acquisition for Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H79BD7A1161D24E668C9FCF6B5BF79FC3" level="section">Sec.â€,162.â€,Relief from contractors for failure to deliver ready-for-issue spare parts for the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H881BAB742C3441ACA01CF142268AB455" level="section">Sec.â€,163.â€,Limitation on availability of funds for reallocation of Turkish Fâ€"35A aircraft to the United States.</toc-entry>

<toc-entry idref="H4E584E9EA6864515A7BFA28BBD6D70D2" level="section">Sec.â€,164.â€,Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System.</toc-entry>

<toc-entry idref="H4E394937B3CF4E96AE70B33AA1522189" level="section">Sec.â€,165.â€,Fâ€"35 sustainment cost.</toc-entry>

<toc-entry idref="H74348180FA994AD584B0E8F9853838B2" level="section">Sec.â€,166.â€,Reports on the progress and performance of the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H8014A1C1DB404014800D056A3836EB46" level="section">Sec.â€,167.â€,Other reports on the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H7EA05DCB6F1743A5A745882DAA8D516A" level="section">Sec.â€,168.â€,Limitation on availability of funds for communications systems lacking certain resiliency features.</toc-entry>

<toc-entry idref="H641D386C09B245FFBDFCFEBF49A78161" level="section">Sec.â€,169.â€,Repeal of tactical unmanned vehicle common data link requirement.</toc-entry>

<toc-entry idref="H05DBE6A89504437F9F626D5BACD2028A" level="title">Title IIâ€"RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</toc-entry>

<toc-entry idref="HCBE184C93EDB477784CDDF1BCE72BE03" level="subtitle">Subtitle Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H245056B1054A45C49C78E437C0E35067"

level="section">Sec.â€,201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H61A03EF819C842BD9746EBD90F07B5BB" level="subtitle">Subtitle Bâ€"Program Requirements, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HB079EBEADEB64145BEB0CF360653FC7E" level="section">Sec.â€,211.â€,Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.</toc-entry>

<toc-entry idref="H76104D5BA7014A569F81B948C3AAF450" level="section">Sec.â€,212.â€,Updates to the Department of Defense personnel management authority to attract experts in science and engineering.</toc-entry>

<toc-entry idref="H3471ED08034748BEACC38EFC4D6B5B23" level="section">Sec.â€,213.â€,Establishment of joint reserve detachment of the Defense Innovation Unit.</toc-entry>

<toc-entry idref="H9529436F86FA4FE08F2BBB73710126F5" level="section">Sec.â€,214.â€,Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.</toc-entry>

<toc-entry idref="H93D6511F779A4CFCAEE82714282B52D0" level="section">Sec.â€,215.â€,Modification of authority for prizes for advanced technology achievements.</toc-entry>

<toc-entry idref="HCE98173D8075436086BC3E6277FD55E4" level="section">Sec.â€,216.â€,Joint hypersonics transition office.</toc-entry>

<toc-entry idref="H74354C5BA4F44852B6277FF0F562B26B" level="section">Sec.â€,217.â€,Modification of proof of concept commercialization program.</toc-entry>

<toc-entry idref="HF437406CE7B8432DA4039AE569963CFD" level="section">Sec.â€,218.â€,Modification of authority and addition of technology areas for expedited access to technical talent.</toc-entry>

<toc-entry idref="HB7CF4684AA5543F996A3A14ECCE0D888" level="section">Sec.â€,219.â€,Expansion of coordination in support of national security innovation and entrepreneurial education.</toc-entry>

<toc-entry idref="HB37D8D5436B640C493179E029E5E8131" level="section">Sec.â€,220.â€,Modification of defense quantum information science and technology research and development program.</toc-entry>

<toc-entry idref="H52C0D0F7AD4646A2AD70DDC5014E1AAC" level="section">Sec.â€,221.â€,Understanding of investments in artificial intelligence and development of capabilities by adversaries.</toc-entry>

<toc-entry idref="H172F5A2E9DD04D22B4CCF32BFFB30A3E" level="section">Sec.â€,222.â€,Advisory role of JASON scientific advisory group.</toc-entry>

<toc-entry idref="H5D0B366DA8D740EBA022C0756FF53724" level="section">Sec.â€,223.â€,Direct Air Capture and Blue Carbon Removal Technology Program.</toc-entry>

<toc-entry idref="H80B9CA93B19D42EB89F5D5776B7BC85C" level="section">Sec.â€,224.â€,Requiring defense microelectronics products and services meet trusted supply chain and operational security standards.</toc-entry>

<toc-entry idref="HAE7A287D76F340F5BBE467E6C20E9353" level="section">Sec.â€,225.â€,Development and acquisition strategy to procure secure, low probability of detection data link network capability.</toc-entry>

<toc-entry idref="HDD0F8238921C4436BA646994D0F62B8C" level="section">Sec.â€,226.â€,Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure.</toc-entry>

<toc-entry idref="H66B57952DD42453986427F6C794DFC01"

level="section">Sec.â€,227.â€,Administration of manufacturing innovation institutes funded by the Department of Defense.</toc-entry>

<toc-entry idref="HD1540E0C19DA4D349404BCECC68178D7"
level="section">Sec.â€,228.â€,Research program on foreign malign influence operations.</toc-entry>

<toc-entry idref="H3EF30AA94DA74A15AFC6B4655339A1C7"
level="section">Sec.â€,229.â€,Diversification of the research and engineering workforce of the Department of Defense.</toc-entry>

<toc-entry idref="H9CCB18A4CF834F6BB0C5CFCB98F61A49"
level="section">Sec.â€,230.â€,Policy on the talent management of digital expertise and software professionals.</toc-entry>

<toc-entry idref="H017CCEE93CAB493790523DE381ABA115"
level="section">Sec.â€,231.â€,Digital engineering capability to automate testing and evaluation.</toc-entry>

<toc-entry idref="H8AB3B34C71A849A1AB2A802C5E16B7C8"
level="section">Sec.â€,232.â€,Process to align policy formulation and emerging technology development.</toc-entry>

<toc-entry idref="HFFC1DD0C644A4AED9FF5056CC017903A"
level="section">Sec.â€,233.â€,Improvement of the Strategic Capabilities Office of the Department of Defense.</toc-entry>

<toc-entry idref="H7F4E1A1175C24EEFB3DA35FCDAC070F7"
level="section">Sec.â€,234.â€,Pilot program on enhanced civics education.</toc-entry>

<toc-entry idref="HBD07556620594D65901BA6C7DDD58F84"
level="section">Sec.â€,235.â€,Technology and national security fellowship.</toc-entry>

<toc-entry idref="H1F6AD0C79FB9437882A4215A266D030F"
level="section">Sec.â€,236.â€,Documentation relating to the Advanced Battle Management System.</toc-entry>

<toc-entry idref="H80E016F0D7C84234BF8C2C6EBA1D8548"
level="section">Sec.â€,237.â€,Sensor data integration for fifth generation aircraft.</toc-entry>

<toc-entry idref="H032D719852F44961A0997C25BBAB9D0F"
level="section">Sec.â€,238.â€,Sense of Congress on future vertical lift technologies.</toc-entry>

<toc-entry idref="HFA8D50E8551F4C8FBBFBB7312C85569D" level="section">Sec.â€,239.â€,Use of funds for Strategic Environmental Research Program, Environmental Security Technical Certification Program, and Operational Energy Capability Improvement.</toc-entry>

<toc-entry idref="H3F54E8EDCD5E49AC904A16D2A9BD59DD"
level="section">Sec.â€,240.â€,Limitation and report on Indirect Fire Protection Capability Increment 2 capability.</toc-entry>

<toc-entry idref="H6887121CE3924B47A1DAA772ED4B2535" level="subtitle">Subtitle Câ€"Plans, Reports, and Other Matters</toc-entry>

<toc-entry idref="HB4755718B60C45B4800F5A1915ED7577"
level="section">Sec.â€,251.â€,Master plan for implementation of authorities relating to science and technology reinvention laboratories.</toc-entry>

<toc-entry idref="H5F66106EFE2C427ABE0225EF12569C8F"
level="section">Sec.â€,252.â€,Infrastructure to support research, development, test, and evaluation missions.</toc-entry>

<toc-entry idref="HC410D94321C642A78C7DE5F547676346"
level="section">Sec.â€,253.â€,Energetics plan.</toc-entry>

<toc-entry idref="H4B32F3E6CDDC48A1B9FBA65AE82D371F"
level="section">Sec.â€,254.â€,Strategy and implementation plan for fifth generation information and communications technologies.</toc-entry>

<toc-entry idref="HA4B948858A4D47FFBC3F6FB5E50FE5C7"

level="section">Sec.â€,255.â€,Department-wide software science and technology strategy.</toc-entry>

<toc-entry idref="HBFBA254B0352438AB0442BD247096113" level="section">Sec.â€,256.â€,Artificial intelligence education strategy.</toc-entry>

<toc-entry idref="H522AE2F1461D44E387F9E944B8D74D36" level="section">Sec.â€,257.â€,Cyber science and technology activities roadmap and reports.</toc-entry>

<toc-entry idref="H271BFA2057DE419FB9E8AB8D7AAAE9E0" level="section">Sec.â€,258.â€,Report on Bâ€"52 commercial engine replacement program.</toc-entry>

<toc-entry idref="HFE62B09FEBFD4F099C2BD326D2AEA33D" level="section">Sec.â€,259.â€,Commercial edge computing technologies and best practices for Department of Defense warfighting systems.</toc-entry>

<toc-entry idref="H4A386039BB37411FA158DBC2545CA050" level="section">Sec.â€,260.â€,Biannual report on the Joint Artificial Intelligence Center.</toc-entry>

<toc-entry idref="H8430439DB0C24BF7ADE42D29A1DCA262" level="section">Sec.â€,261.â€,Quarterly updates on the Optionally Manned Fighting Vehicle program.</toc-entry>

<toc-entry idref="H43E0CF7CCE9E4C2D846F7C79E5F0CE49" level="section">Sec.â€,262.â€,National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions.</toc-entry>

<toc-entry idref="H8D6207A367A7464688518B1CC5DF5BD4" level="section">Sec.â€,263.â€,Study on national security emerging biotechnologies for the Department of Defense.</toc-entry>

<toc-entry idref="H86B91BE5F5DD4B6FA9DBAB54345B28AF" level="section">Sec.â€,264.â€,Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.</toc-entry>

<toc-entry idref="HE85321F01D704478A339F8E97208BCD8" level="section">Sec.â€,265.â€,Independent assessment of electronic warfare plans and programs.</toc-entry>

<toc-entry idref="H32A349B36F9C43B3AB88C6C2BC14F418" level="section">Sec.â€,266.â€,Technical correction to Global Research Watch Program.</toc-entry>

<toc-entry idref="HE2E1251CF19343E59B0906CD76A34F6C" level="title">Title IIIâ€"Operation and Maintenance</toc-entry>

<toc-entry idref="H05A02CD7A2EE40109D174ACD337B5D2F" level="subtitle">Subtitle Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="HD7D91DC4C7D04A75ADFC8E7B6CC1A0F7" level="section">Sec.â€,301.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA613675527DF457182A6DFDB9FCC3615" level="subtitle">Subtitle Bâ€"Energy and Environment</toc-entry>

<toc-entry idref="HC26F6C8DD5AB4E24B7D60A70DB29DBC0" level="section">Sec.â€,311.â€,Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness.</toc-entry>

<toc-entry idref="H655569A7E3A849E9806B43463276E8D6" level="section">Sec.â€,312.â€,Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.</toc-entry>

<toc-entry idref="HACF7CB35B1E94A99A8BDB07CFB0A578B" level="section">Sec.â€,313.â€,Use of proceeds from sale of recyclable materials.</toc-entry>

<toc-entry idref="H5F782346649B4B2396F265896C5F3765"

level="section">Sec.â€,314.â€,Disposal of recyclable materials.</toc-entry>

<toc-entry idref="HD4A8DA25C449485C92244766297D41BA" level="section">Sec.â€,315.â€,Department of Defense improvement of previously conveyed utility systems serving military installations.</toc-entry>

<toc-entry idref="H1310446E9264499395201B9B3DCE9E0D" level="section">Sec.â€,316.â€,Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard.</toc-entry>

<toc-entry idref="H5FD03F0388474239AFCAED9B80DE9D34" level="section">Sec.â€,317.â€,Use of operational energy cost savings of Department of Defense.</toc-entry>

<toc-entry idref="H3C961CAF28B64F7997FB6AC90362DB5C" level="section">Sec.â€,318.â€,Sale of electricity from alternate energy and cogeneration production facilities.</toc-entry>

<toc-entry idref="H7D6E849BC33E494CB418E3500D6FD61C" level="section">Sec.â€,319.â€,Energy resilience programs and activities.</toc-entry>

<toc-entry idref="H7FB0220BCC2543648D4A696AEC44AAD7" level="section">Sec.â€,320.â€,Technical and grammatical corrections and repeal of obsolete provisions relating to energy.</toc-entry>

<toc-entry idref="H9CF3FB5793FB47908248FC3FCB87360A" level="section">Sec.â€,321.â€,Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.</toc-entry>

<toc-entry idref="H4D43FF07C9B4417E8BDFC453B52212D5" level="section">Sec.â€,322.â€,Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.</toc-entry>

<toc-entry idref="HDD1B015672334292815O2FE09BB20AC7" level="section">Sec.â€,323.â€,Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.</toc-entry>

<toc-entry idref="H019312B9E5F64835BA18CC7880F7DE7F" level="section">Sec.â€,324.â€,Prohibition on use of fluorinated aqueous film forming foam for training exercises.</toc-entry>

<toc-entry idref="H5D05D8DE210F4C61B0D63ACB1AA5089E" level="section">Sec.â€,325.â€,Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.</toc-entry>

<toc-entry idref="H8F848264AC484B9D91E6A83FA05688D6" level="section">Sec.â€,326.â€,Development of extreme weather vulnerability and risk assessment tool.</toc-entry>

<toc-entry idref="HD461B5FBCF94498FA0DFF42C65A08193" level="section">Sec.â€,327.â€,Removal of barriers that discourage investments to increase military installation resilience.</toc-entry>

<toc-entry idref="H2805DB404B814B96B297A15E6D7FD3EA" level="section">Sec.â€,328.â€,Budgeting of Department of Defense relating to extreme weather.</toc-entry>

<toc-entry idref="H8A3CEA251AF74FB1B2E67F19BB604F8C" level="section">Sec.â€,329.â€,Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.</toc-entry>

<toc-entry idref="H2595B47D5A114025BA8F31E243E0E5C3" level="section">Sec.â€,330.â€,Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.</toc-entry>

<toc-entry idref="HC5DD454C4D0C436D9FCB2E76A03F8A22" level="section">Sec.â€,331.â€,Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.</toc-entry>

<toc-entry idref="H8487C1FF730E417F96859C3AFEFF5919"

level="section">Sec.â€‚332.â€‚Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="H1106BF4720CD40D58A607274BE7CA4E0" level="section">Sec.â€‚333.â€‚Plan to phase out use of burn pits.</toc-entry>

<toc-entry idref="H5D42EB4DC85B4D09A3C4D9F3D0E53CFD" level="section">Sec.â€‚334.â€‚Information relating to locations of burn pit use.</toc-entry>

<toc-entry idref="HCF79632CF0E9440BBAC51FEB8FAEA284" level="section">Sec.â€‚335.â€‚Data quality review of radium testing conducted at certain locations of the Department of the Navy.</toc-entry>

<toc-entry idref="H7A502C7BF13F46F99633EE5405C60E19" level="section">Sec.â€‚336.â€‚Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.</toc-entry>

<toc-entry idref="H8306AF43025C4CB8A34B174BBD7CBC94" level="section">Sec.â€‚337.â€‚Pilot program for availability of working-capital funds for increased combat capability through energy optimization.</toc-entry>

<toc-entry idref="H0048830F852349CFA1D1A1992539295A" level="section">Sec.â€‚338.â€‚Report on efforts to reduce high energy intensity at military installations.</toc-entry>

<toc-entry idref="H70146F010EA04AA897D5D060A45DABDB" level="subtitle">Subtitle Câ€"Treatment of Contaminated Water Near Military Installations</toc-entry>

<toc-entry idref="H5BA4D3D9FCA7486BAA3B5ABF0D85F7CD" level="section">Sec.â€‚341.â€‚Short title.</toc-entry>

<toc-entry idref="HFE00354E68074FD5A068201E500ECCF8" level="section">Sec.â€‚342.â€‚Definitions.</toc-entry>

<toc-entry idref="H8463650D8DCE4C898C41251FE3A9430A" level="section">Sec.â€‚343.â€‚Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.</toc-entry>

<toc-entry idref="H3B9D849C95EC4DECA02C8D0A6AF8468A" level="section">Sec.â€‚344.â€‚Acquisition of real property by Air Force.</toc-entry>

<toc-entry idref="H78A33297694C445F83134C8F097EA7EF" level="section">Sec.â€‚345.â€‚Remediation plan.</toc-entry>

<toc-entry idref="H4BBC505F4A0441BBBA6B56DBF7E148EC" level="subtitle">Subtitle Dâ€"Logistics and Sustainment</toc-entry>

<toc-entry idref="H268D530F4DDD44B0A69C7A5208B5356F" level="section">Sec.â€‚351.â€‚Materiel readiness metrics and objectives.</toc-entry>

<toc-entry idref="H8BFD398FA08B4388B469AA7C17D67420" level="section">Sec.â€‚352.â€‚Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities.</toc-entry>

<toc-entry idref="H565D9F3E1D544EDAA883EB73632912E9" level="section">Sec.â€‚353.â€‚Modification to limitation on length of overseas forward deployment of naval vessels.</toc-entry>

<toc-entry idref="H87EEE231591F4975B1FCC302BA7AA444" level="section">Sec.â€‚354.â€‚Extension of temporary installation reutilization authority for arsenals, depots, and plants.</toc-entry>

<toc-entry idref="H4A6D95FFE121422495BFCA77F4AD07CD" level="section">Sec.â€‚355.â€‚Fâ€"35 Joint Strike Fighter sustainment.</toc-entry>

<toc-entry idref="H76293D5404894419B87923D1F9CCADCC" level="section">Sec.â€‚356.â€‚Report on strategic policy for prepositioned materiel and equipment.</toc-entry>

<toc-entry idref="H5D2ABB79E47D4D9786711AB6BDAFD9E7"

level="section">Sec.â€,357.â€,Pilot program to train skilled technicians in critical shipbuilding skills.</toc-entry>

<toc-entry idref="H14D65977F79C47F0AEB6A432837D1713" level="section">Sec.â€,358.â€,Requirement for military department inter-service depot maintenance.</toc-entry>

<toc-entry idref="HD1935972E37343E9BD67BB1E38BFB7F2" level="section">Sec.â€,359.â€,Strategy to improve infrastructure of certain depots of the Department of Defense.</toc-entry>

<toc-entry idref="H3307DCCAFB5146B59359B1A615E659ED" level="subtitle">Subtitle Eâ€"Reports</toc-entry>

<toc-entry idref="H7EB10842648B48669F7A1A85F85BA33A" level="section">Sec.â€,361.â€,Readiness reporting.</toc-entry>

<toc-entry idref="HFAEE702823014B02969B0567EC7B4902" level="section">Sec.â€,362.â€,Technical correction to deadline for transition to Defense Readiness Reporting System Strategic.</toc-entry>

<toc-entry idref="HEB4EF347AA914BCB94BAE7669367A247" level="section">Sec.â€,363.â€,Report on Navy ship depot maintenance budget.</toc-entry>

<toc-entry idref="H64FBBA345FA04297AAE0CD880BE481CB" level="section">Sec.â€,364.â€,Report on Runit Dome.</toc-entry>

<toc-entry idref="H4A335F28FCA44A9491D7DC1378037442" level="section">Sec.â€,365.â€,Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units.</toc-entry>

<toc-entry idref="H33F3753E99D346AE8F7F09FA64EB9906" level="section">Sec.â€,366.â€,Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense.</toc-entry>

<toc-entry idref="HD748A1DFBBC24F5381DB18DA2E4A7E08" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HCDAEF26E548644D09F3E84AAD5F5DE0A" level="section">Sec.â€,371.â€,Prevention of encroachment on military training routes and military operations areas.</toc-entry>

<toc-entry idref="HA3926C5DD82D47B998A918D57CD6ACE3" level="section">Sec.â€,372.â€,Expansion and enhancement of authorities on transfer and adoption of military animals.</toc-entry>

<toc-entry idref="H4629760C93C9497EB4AFD057906349B0" level="section">Sec.â€,373.â€,Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities.</toc-entry>

<toc-entry idref="HB06442574BD049DF97959281B5F96601" level="section">Sec.â€,374.â€,Extension of authority of Secretary of Transportation to issue non-premium aviation insurance.</toc-entry>

<toc-entry idref="HD638DD8B6F084849905BA7ADC32035F1" level="section">Sec.â€,375.â€,Defense personal property program.</toc-entry>

<toc-entry idref="HB4AD1778FBF34112B8E917773CD0E26D" level="section">Sec.â€,376.â€,Public events about Red Hill Bulk Fuel Storage Facility.</toc-entry>

<toc-entry idref="HA619F78FD624458F966F316225385100" level="section">Sec.â€,377.â€,Sense of Congress regarding Innovative Readiness Training program.</toc-entry>

<toc-entry idref="H708F42274763459095C0E3EF5C4685D9" level="section">Sec.â€,378.â€,Detonation chambers for explosive ordnance disposal.</toc-entry>

<toc-entry idref="HC413933C93DD44F780DACCEE4A24F839" level="title">Title IVâ€"MILITARY PERSONNEL AUTHORIZATIONS</toc-entry>

<toc-entry idref="H8F5D7E999D9D42A58D1F40349CD7E6E9" level="subtitle">Subtitle Aâ€"Active Forces</toc-entry>

<toc-entry idref="H5D671D0BA85841A18579225B9D09E74C" level="section">Sec.â€,401.â€,End strengths for active forces.</toc-entry>

<toc-entry idref="H2C243D8BC16E4528B3EAD3C51D47AF73" level="section">Sec.â€,402.â€,Revisions in permanent active duty end strength minimum levels.</toc-entry>

<toc-entry idref="H8D2BBF8448FB4D6F983C62ABA7F75B0C" level="subtitle">Subtitle Bâ€"Reserve Forces</toc-entry>

<toc-entry idref="H597BA85783794D98A486F0175AF76EDF" level="section">Sec.â€,411.â€,End strengths for Selected Reserve.</toc-entry>

<toc-entry idref="HBE201549089749D99611998606E2C775" level="section">Sec.â€,412.â€,End strengths for Reserves on active duty in support of the reserves.</toc-entry>

<toc-entry idref="H187AD56036A94E4E82BCF480659E3F4E" level="section">Sec.â€,413.â€,End strengths for military technicians (dual status).</toc-entry>

<toc-entry idref="H73D614BD55A74D039A929123089A3824" level="section">Sec.â€,414.â€,Maximum number of reserve personnel authorized to be on active duty for operational support.</toc-entry>

<toc-entry idref="H3F22939AB0BF415088EA195555D674A1" level="section">Sec.â€,415.â€,Authorized strengths for Marine Corps Reserves on active duty.</toc-entry>

<toc-entry idref="H504046A09A5444DFB679588D323ABC72" level="section">Sec.â€,416.â€,Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.</toc-entry>

<toc-entry idref="HE0408E38AAAF4A4C858C0EA69B43822A" level="subtitle">Subtitle Câ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H4697418DFA4F4A1A815C11EA11C44A3C" level="section">Sec.â€,421.â€,Military personnel.</toc-entry>

<toc-entry idref="HD7D5EA06CB1D47BB8D9C2D58947296E2" level="title">Title Vâ€"MILITARY PERSONNEL POLICY</toc-entry>

<toc-entry idref="HF14570F8B4274E628344E8074522BF13" level="subtitle">Subtitle Aâ€"Officer Personnel Policy</toc-entry>

<toc-entry idref="HD6F6952BFB85496A8F94FFC7AC520069" level="section">Sec.â€,501.â€,Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.</toc-entry>

<toc-entry idref="H697497B98A1B41209CB30411CDF643C9" level="section">Sec.â€,502.â€,Furnishing of adverse information on officers to promotion selection boards.</toc-entry>

<toc-entry idref="HB577E172099344379BF1C98758A9B4F7" level="section">Sec.â€,503.â€,Limitation on number of officers recommendable for promotion by promotion selection boards.</toc-entry>

<toc-entry idref="H5E71D4CFB6834C08B36696382C8C8C54" level="section">Sec.â€,504.â€,Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.</toc-entry>

<toc-entry idref="HDC3A9A36533344AB99EA695BEA88BE1B" level="section">Sec.â€,505.â€,Management policies for joint qualified officers.</toc-entry>

<toc-entry idref="H24567B729B3D4C588B3BCB52520ADBA7" level="section">Sec.â€,506.â€,Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.</toc-entry>

<toc-entry idref="H6E04E371A6934ECB80332D97A198C999" level="section">Sec.â€‚507.â€‚Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.</toc-entry>

<toc-entry idref="HCCB642B3C9074507B5E253FA4B78E01A" level="section">Sec.â€‚508.â€‚Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.</toc-entry>

<toc-entry idref="HAE9BFA6AD3174991B8774BC3A245721D" level="section">Sec.â€‚509.â€‚Higher grade in retirement for officers following reopening of determination or certification of retired grade.</toc-entry>

<toc-entry idref="H77186C86AF9A48059C27B223FC5905C2" level="section">Sec.â€‚510.â€‚Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.</toc-entry>

<toc-entry idref="HE6722DDD649D4FCB81AB29B2DF13225A" level="section">Sec.â€‚510A.â€‚Availability on the internet of certain information about officers serving in general or flag officer grades.</toc-entry>

<toc-entry idref="HA7485CA9E4C84466A8D525BD3541FEDF" level="section">Sec.â€‚510B.â€‚Functional badge or insignia upon commission for chaplains.</toc-entry>

<toc-entry idref="H2EFF90EEA427473DAF96884F90AE605C" level="subtitle">Subtitle Bâ€"Reserve Component Management</toc-entry>

<toc-entry idref="HF03EA112ACA04A3AA743EAF49D0AED2B" level="section">Sec.â€‚511.â€‚Modification of grade level threshold for Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="HBA203E601FC94E4884C81432E3EABB87" level="section">Sec.â€‚512.â€‚Inclusion of STEM in courses of instruction for the Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="H4F21DDAD6D524197B8FC20115837F58C" level="section">Sec.â€‚513.â€‚Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H9ABA74967C3C40E0BE147CD679B24ED5" level="section">Sec.â€‚514.â€‚Clarification of eligibility to serve as Commander, Marine Forces Reserve.</toc-entry>

<toc-entry idref="H544A9AFAB8A74891B98BE55DB861E502" level="section">Sec.â€‚515.â€‚Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.</toc-entry>

<toc-entry idref="H984360B3543344519CADFA3216508FFF" level="section">Sec.â€‚516.â€‚Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.</toc-entry>

<toc-entry idref="H7AAEAD7A0BD040CFBDFD1B852B07D92B" level="section">Sec.â€‚517.â€‚Modernization of inspection authorities applicable to the National Guard.</toc-entry>

<toc-entry idref="H869CDA9CC459463F9E6472681800693A" level="section">Sec.â€‚518.â€‚Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.</toc-entry>

<toc-entry idref="HC1E08DA5F7F34735860B1E8BF696B92E" level="section">Sec.â€‚519.â€‚Coast Guard Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="H37A7979AF881491C869AA4780A8FEA30" level="section">Sec.â€‚520.â€‚Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.</toc-entry>

<toc-entry idref="HBC0C55E1EC6E4A9EB0A2E7924D46C0AA" level="section">Sec.â€‚520A.â€‚Report on methods to enhance domestic response to large

scale, complex and catastrophic disasters.</toc-entry>

<toc-entry idref="H4A373242C8D34AFFBDE035B3714C2219" level="section">Sec.â€‚520B.â€‚Report and briefing on the Senior Reserve Officers' Training Corps.</toc-entry>

<toc-entry idref="H41C9109731694547B24421AF49760FEF" level="section">Sec.â€‚520C.â€‚Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H081ECE65A035452A9058E4A72CE4D800" level="subtitle">Subtitle Câ€"General Service Authorities and Correction of Military Records</toc-entry>

<toc-entry idref="H968B8EBA8C7242D8984FBB16CC03B34A" level="section">Sec.â€‚521.â€‚Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims.</toc-entry>

<toc-entry idref="H3661DFA1F665406F8BDAEF6DDB2133D1" level="section">Sec.â€‚522.â€‚Reduction in required number of members of discharge review boards.</toc-entry>

<toc-entry idref="H0075F1AF00EB4132BAD8171E3BFFABCD" level="section">Sec.â€‚523.â€‚Establishment of process to review a request for upgrade of discharge or dismissal.</toc-entry>

<toc-entry idref="HA92E1D0105AE4A33A8BFB2F84FC058AB" level="section">Sec.â€‚524.â€‚Prohibition on reduction in the number of personnel assigned to duty with a service review agency.</toc-entry>

<toc-entry idref="HCD19F825CD024A8194A5C8FC407EA4E1" level="section">Sec.â€‚525.â€‚Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters.</toc-entry>

<toc-entry idref="H472747A1520148D28A5A86A2DD47BC8C" level="section">Sec.â€‚526.â€‚Time requirements for certification of honorable service.</toc-entry>

<toc-entry idref="HCD78A65305254E2CA3B00E485775E90A" level="section">Sec.â€‚527.â€‚Correction of certain discharge characterizations.</toc-entry>

<toc-entry idref="H93C2F89BF3D945839780D1108E5C0486" level="section">Sec.â€‚528.â€‚Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record.</toc-entry>

<toc-entry idref="H5921E6689EA3483EB73272C8B095A0E5" level="section">Sec.â€‚529.â€‚Strategic plan for diversity and inclusion.</toc-entry>

<toc-entry idref="HEF3BA064B814417CBB235CB223777C97" level="section">Sec.â€‚530.â€‚Study regarding screening individuals who seek to enlist in the Armed Forces.</toc-entry>

<toc-entry idref="H020A0FDB94BD49B190DFF5AE6B16E1E6" level="section">Sec.â€‚530A.â€‚Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens.</toc-entry>

<toc-entry idref="H6353313867E44EAB8490826FABCA693C" level="section">Sec.â€‚530B.â€‚Sense of Congress regarding accession physicals.</toc-entry>

<toc-entry idref="H722B8D6F41744F95B5F03639340865BE" level="subtitle">Subtitle Dâ€"Military Justice</toc-entry>

<toc-entry idref="H54EE3138FC1E412088C9CB730E4B0DFC" level="section">Sec.â€‚531.â€‚Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice.</toc-entry>

<toc-entry idref="H63D1B9A685A9447C969332E934C3636B"

level="section">Sec.â€,532.â€,Command influence.</toc-entry>

<toc-entry idref="HA108BEF74F6841838B98629248E20134" level="section">Sec.â€,533.â€,Statute of limitations for certain offenses.</toc-entry>

<toc-entry idref="H18D4C08B36B4482496C3110137F13448" level="section">Sec.â€,534.â€,Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.</toc-entry>

<toc-entry idref="H95E18E215FD34B1FA1C0AF87B5316FA3" level="section">Sec.â€,535.â€,Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.</toc-entry>

<toc-entry idref="HC20248B15A82430699D1718EE69EF6B3" level="section">Sec.â€,536.â€,Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.</toc-entry>

<toc-entry idref="H0D5F3FB3310C4EAFAAF6B402851153F6" level="section">Sec.â€,537.â€,Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H4C9620E9B0194B24868081F7E44774B7" level="section">Sec.â€,538.â€,Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.</toc-entry>

<toc-entry idref="H5C6DC13609B9495CA3B1D72D5FCA61C6" level="section">Sec.â€,539.â€,Increase in number of digital forensic examiners for certain military criminal investigative organizations.</toc-entry>

<toc-entry idref="H7ADD90D57FAB4FC888A0395785E1F0E0" level="section">Sec.â€,540.â€,Increase in investigative personnel and Victim Witness Assistance Program liaisons.</toc-entry>

<toc-entry idref="H97063B3E338C4DE182CD812C7832D949" level="section">Sec.â€,540A.â€,Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.</toc-entry>

<toc-entry idref="H00B9C359B7544CF0921855B55ADF1D5F" level="section">Sec.â€,540B.â€,Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.</toc-entry>

<toc-entry idref="HD3C2B019B1C145D3AC791821DDFA16F5" level="section">Sec.â€,540C.â€,Timely disposition of nonprosecutable sex-related offenses.</toc-entry>

<toc-entry idref="H0A9F25318B6B487B862FA6B7B4BBC435" level="section">Sec.â€,540D.â€,Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.</toc-entry>

<toc-entry idref="H9B8754619A434D22A6DDA0E8C26477CA" level="section">Sec.â€,540E.â€,Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.</toc-entry>

<toc-entry idref="H58D6BEAB95524C23AF149C2A20971FAB" level="section">Sec.â€,540F.â€,Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H36091769AB5E43C8B759610DDD70D00F" level="section">Sec.â€,540G.â€,Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.</toc-entry>

<toc-entry idref="H136C90EEBFD242418372F5077D07FA06" level="section">Sec.â€,540H.â€,Report on expansion of Air Force safe to report policy across the Armed Forces.</toc-entry>

<toc-entry idref="H29D6A7AADD4A4842A6F898D7A041C162" level="section">Sec.â€,540I.â€,Assessment of racial, ethnic, and gender disparities in

the military justice system.</toc-entry>

<toc-entry idref="H5EB28F3BC8D14B56A6ECD530CD9FD3C5" level="section">Sec.â€,540J.â€,Pilot programs on defense investigators in the military justice system.</toc-entry>

<toc-entry idref="H436974080FDE4CC4B7366AEF8453DB01" level="section">Sec.â€,540K.â€,Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications.</toc-entry>

<toc-entry idref="H0538C16072904B8BA0DC53E386284DB0" level="section">Sec.â€,540L.â€,Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation.</toc-entry>

<toc-entry idref="H492BDF2E2C7641C489323DDB972BB16D" level="section">Sec.â€,540M.â€,Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military.</toc-entry>

<toc-entry idref="H4BEC621ABEA04DDDB841E26D4CD70A1C" level="section">Sec.â€,540N.â€,Sense of Congress on the Port Chicago 50.</toc-entry>

<toc-entry idref="H6FC433CFC15F4F1B96D832D431AE8501" level="subtitle">Subtitle Eâ€"Other Legal Matters</toc-entry>

<toc-entry idref="H8E6C5FD9CF0440A8BF747EC4783D8BFA" level="section">Sec.â€,541.â€,Improvement of certain Special Victims' Counsel authorities.</toc-entry>

<toc-entry idref="H11AE2F43E08A4AA0A16DDF123C100071" level="section">Sec.â€,542.â€,Availability of Special Victims' Counsel at military installations.</toc-entry>

<toc-entry idref="HCDBB5730D64743BFA930C99EDB9A55C0" level="section">Sec.â€,543.â€,Notification of issuance of military protective order to civilian law enforcement.</toc-entry>

<toc-entry idref="H37AFA273A8B84BF2960010E06AFC48C8" level="section">Sec.â€,544.â€,Copyright protection for civilian faculty of certain accredited institutions.</toc-entry>

<toc-entry idref="HF31A61657FF749F18D28B89AA6E0DAD1" level="section">Sec.â€,545.â€,Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service.</toc-entry>

<toc-entry idref="HDA25310038BF42C180BBABA29768E9EE" level="section">Sec.â€,546.â€,Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H0A34BE1D434A4617B2A08822C3622374" level="section">Sec.â€,547.â€,Preservation of right to bring class action under Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H07887B97B1B54AC8B1D533176F05847C" level="section">Sec.â€,548.â€,Legal counsel for victims of alleged domestic violence offenses.</toc-entry>

<toc-entry idref="HD95609246F474DDF98C66243A075D4CB" level="section">Sec.â€,549.â€,Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial.</toc-entry>

<toc-entry idref="H1893530D94DA41C2AE512462D0E85432" level="section">Sec.â€,550.â€,Treatment of information in Catch a Serial Offender Program for certain purposes.</toc-entry>

<toc-entry idref="HB068F6953FEB4B9D84361AD701FC9AB4" level="section">Sec.â€,550A.â€,Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces

assigned to such installations and certain other individuals.</toc-entry>

<toc-entry idref="H31B6F03E8D974935A44DA96827D8E0BF" level="section">Sec.â€,550B.â€,Defense Advisory Committee for the Prevention of Sexual Misconduct.</toc-entry>

<toc-entry idref="H1E288A418F104DC19FBCAEF0964A8E1A" level="section">Sec.â€,550C.â€,Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned.</toc-entry>

<toc-entry idref="HDD32161FF18C49AABC18319B5725C91B" level="section">Sec.â€,550D.â€,Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.</toc-entry>

<toc-entry idref="H54A48E21EB214F32AB5879BBB8C08FCF" level="section">Sec.â€,550E.â€,Feasibility study on establishment of database of military protective orders.</toc-entry>

<toc-entry idref="HECB1960172D84E13A770A72A2E5F6965" level="section">Sec.â€,550F.â€,GAO review of USERRA and SCRA.</toc-entry>

<toc-entry idref="H1D3AA4E92EEC4149AEF045982D7A107A" level="subtitle">Subtitle Fâ€"Member Education</toc-entry>

<toc-entry idref="HCE801BACFAF54D73905D6A10E3B66FEF" level="section">Sec.â€,551.â€,Authority for detail of certain enlisted members of the Armed Forces as students at law schools.</toc-entry>

<toc-entry idref="H2F9DD54534EF409AA31320D8750F0D61" level="section">Sec.â€,552.â€,Inclusion of Coast Guard in Department of Defense STARBASE Program.</toc-entry>

<toc-entry idref="H9171BD9E9EBD47DBAB9FFBDA53AB5C04" level="section">Sec.â€,553.â€,Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions.</toc-entry>

<toc-entry idref="H205501C594D145329436C5B2F6E69A0D" level="section">Sec.â€,554.â€,Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation.</toc-entry>

<toc-entry idref="H95110FE279B24640815F2F609495EE57" level="section">Sec.â€,555.â€,Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense.</toc-entry>

<toc-entry idref="H1E695FF32DCA42EF8E84A8562984440B" level="section">Sec.â€,556.â€,Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute.</toc-entry>

<toc-entry idref="H4EEE86A7411948E0B779CFE4BE532979" level="section">Sec.â€,557.â€,Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force.</toc-entry>

<toc-entry idref="HC273FA927EF149C6B98F95554C96DC06" level="section">Sec.â€,558.â€,Speech disorders of cadets and midshipmen.</toc-entry>

<toc-entry idref="HD90E830015B34EAE899375E7DDEEE56E" level="section">Sec.â€,559.â€,Requirement to continue provision of tuition assistance for members of the Armed Forces.</toc-entry>

<toc-entry idref="HC3D2C8802DEB494DA597F7A9D8B9C957" level="section">Sec.â€,560.â€,Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program.</toc-entry>

<toc-entry idref="HF7ED5AAA8AFC41729B1B670D8ABC1ED6" level="section">Sec.â€,560A.â€,Inclusion of information on free credit monitoring in annual financial literacy briefing.</toc-entry>

<toc-entry idref="HCFD0519704AE46CA821AF6129133F4CF" level="section">Sec.â€‚560B.â€‚Programs to facilitate the award of private pilot's certificates.</toc-entry>

<toc-entry idref="H842E3C84A1B747168CFAEDD3EDCDB9B3" level="subtitle">Subtitle Gâ€"Member Training and Transition</toc-entry>

<toc-entry idref="HF153443E7D8E456D938F557DE29F3388" level="section">Sec.â€‚561.â€‚Requirement to provide information regarding benefits claims to members during TAP counseling.</toc-entry>

<toc-entry idref="H013B43DC914947AB8F6D172E8B206C5E" level="section">Sec.â€‚562.â€‚Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces.</toc-entry>

<toc-entry idref="H83AFF5C4ED7D4B19B345B4A42A81451B" level="section">Sec.â€‚563.â€‚First modification of elements of report on the improved Transition Assistance Program.</toc-entry>

<toc-entry idref="H7EF300DF59F34E749FB1373D7045FDFF" level="section">Sec.â€‚564.â€‚Second modification of elements of report on the improved Transition Assistance Program.</toc-entry>

<toc-entry idref="HE3D3CD33DAC344059633AC4800D62257" level="section">Sec.â€‚565.â€‚Prohibition on gender-segregated training at Marine Corps Recruit Depots.</toc-entry>

<toc-entry idref="HF5780DB72E214C378F1B689B141D965B" level="section">Sec.â€‚566.â€‚Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments.</toc-entry>

<toc-entry idref="HD02768B2FA4B440E84E0BADC13D8DDBD" level="section">Sec.â€‚567.â€‚Review of Department of Defense training programs regarding disinformation campaigns.</toc-entry>

<toc-entry idref="H57E90C1B5CE64C31ACD4B69FCFE9F0FF" level="section">Sec.â€‚568.â€‚Command matters in connection with transition assistance programs.</toc-entry>

<toc-entry idref="HA0F34C22A3AC48EF952C77F6CED0962A" level="section">Sec.â€‚569.â€‚Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214).</toc-entry>

<toc-entry idref="HB3C2EB794C8E48E08634C89A8D9DC698" level="section">Sec.â€‚570.â€‚Records of service for Reserves.</toc-entry>

<toc-entry idref="H5FFD1F9DFB194288B791260BD6214E34" level="section">Sec.â€‚570A.â€‚Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense.</toc-entry>

<toc-entry idref="HC3C77D036422443FACEF9B9875CCD48A" level="section">Sec.â€‚570B.â€‚Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations.</toc-entry>

<toc-entry idref="H81799B683C6F44D0BC97B5BF2053F848" level="section">Sec.â€‚570C.â€‚Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648).</toc-entry>

<toc-entry idref="HA7D73E874A8D4D878890763053EB030A" level="section">Sec.â€‚570D.â€‚Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States.</toc-entry>

<toc-entry idref="HBD9894ABF05340BB92D64C98FAC1B6A1" level="section">Sec.â€‚570E.â€‚Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service.</toc-entry>

<toc-entry idref="H0A463061300348F9A206EBB8AD70AB26"

level="section">Sec.â€,570F.â€,Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.</toc-entry>

<toc-entry idref="H59E144563C3E4F8C90B5E2E5976158FA" level="section">Sec.â€,570G.â€,Pilot program regarding online application for the Transition Assistance Program.</toc-entry>

<toc-entry idref="H58D6DA5BA65E4EBC9821F3B88AF7181D" level="subtitle">Subtitle Hâ€"Military Family Readiness and Dependentsâ€™ Education</toc-entry>

<toc-entry idref="H195B31F5831E448B81DA37D9531F8CD6" level="section">Sec.â€,571.â€,Authorizing members to take leave for a birth or adoption in more than one increment.</toc-entry>

<toc-entry idref="H021E77C23AC74E6A8957E7B0E4B00880" level="section">Sec.â€,572.â€,Deferred deployment for members who give birth.</toc-entry>

<toc-entry idref="HC5D344D5690D43F481027C2A7A934335" level="section">Sec.â€,573.â€,Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.</toc-entry>

<toc-entry idref="H3A5DB6CC8767408FA1654EE075212CBA" level="section">Sec.â€,574.â€,Military funeral honors matters.</toc-entry>

<toc-entry idref="HB40B1A12743C4B2CBFBA9E85BA8A8B56" level="section">Sec.â€,575.â€,Improvement of occupational license portability for relocated spouses of members of the uniformed services.</toc-entry>

<toc-entry idref="H2428EAADF6624BC3B0E588FEB65F3F43" level="section">Sec.â€,576.â€,Continued eligibility for education and training opportunities for spouses of promoted members.</toc-entry>

<toc-entry idref="H463FC65E299746A1B1AB093E25078142" level="section">Sec.â€,577.â€,Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.</toc-entry>

<toc-entry idref="H86547EA0CF7C4F04A9F78220DF1B772C" level="section">Sec.â€,578.â€,Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.</toc-entry>

<toc-entry idref="H0E406E8C9DE64F3BAE36D92CF2492F8F" level="section">Sec.â€,579.â€,Annual State report card.</toc-entry>

<toc-entry idref="HCFC66B52B91142B18989AD7E1E70CC90" level="section">Sec.â€,580.â€,Improvements to child care for members of the Armed Forces.</toc-entry>

<toc-entry idref="H68AD3189914A4DBD8A54C67243A9101E" level="section">Sec.â€,580A.â€,Transportation of remains of casualties; travel expenses for next of kin.</toc-entry>

<toc-entry idref="H52424B0687F04C7BBEF346682995E0CB" level="section">Sec.â€,580B.â€,Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.</toc-entry>

<toc-entry idref="HF1EF6436196A4B81AB69948A4929F7F8" level="section">Sec.â€,580C.â€,Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.</toc-entry>

<toc-entry idref="H7F2AB81B37B14274A86A6EB735125DEA" level="section">Sec.â€,580D.â€,Study on two-way military ballot barcode tracking.</toc-entry>

<toc-entry idref="H16160A2C3374422A8A349B0D4DCBCEC4" level="section">Sec.â€,580E.â€,Assistance to schools with military dependent students.</toc-entry>

<toc-entry idref="HFF0DA8E81268423D8B27F9ABAECB98E1"

level="section">Sec.â€,580F.â€,First expansion of the My Career Advancement Account program for military spouses.</toc-entry>

<toc-entry idref="H8B8EF1340E1D485CAE52526BFD5D03F1" level="section">Sec.â€,580G.â€,Second expansion of the My Career Advancement Account program for military spouses.</toc-entry>

<toc-entry idref="H71EC4661A7114F998797919ED04BF446" level="section">Sec.â€,580H.â€,Report on training and support available to military spouses.</toc-entry>

<toc-entry idref="HF678FCA4DE3D41ABBAFEAE9FAAD8F329" level="section">Sec.â€,580I.â€,Riâ€™katak Guest Student Program at United States Army Garrisonâ^'Kwajalein Atoll.</toc-entry>

<toc-entry idref="HBC30A4E29D214654BA941BAE578468D8" level="subtitle">Subtitle Iâ€"Decorations and Awards</toc-entry>

<toc-entry idref="H5F9BB246CE294A1CA0125A706E900A4F" level="section">Sec.â€,581.â€,Modification of authorities on eligibility for and replacement of gold star lapel buttons.</toc-entry>

<toc-entry idref="H043D3C16B446462DBE9154CF956F5BF0" level="section">Sec.â€,582.â€,Standardization of honorable service requirement for award of military decorations.</toc-entry>

<toc-entry idref="H4CD26FA1210F4D069E6CDE6EB7B5C67C" level="section">Sec.â€,583.â€,Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.</toc-entry>

<toc-entry idref="H32ED15908F9148F581D80476DB22BDC3" level="section">Sec.â€,584.â€,Review of World War I valor medals.</toc-entry>

<toc-entry idref="H038A97413575438F87B183FB13A57402" level="subtitle">Subtitle Jâ€"Miscellaneous Reports and Other Matters</toc-entry>

<toc-entry idref="H26E65DFF77A74170BD0A7172ACF831DD" level="section">Sec.â€,591.â€,Clarification of the term <quote>assault</quote> for purposes of Workplace and Gender Relations Surveys.</toc-entry>

<toc-entry idref="HA7D24AEE5C094032B44C0FEEAEB2D96B" level="section">Sec.â€,592.â€,Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.</toc-entry>

<toc-entry idref="H31D7C803E17048478C1776788151AB21" level="section">Sec.â€,593.â€,Questions in surveys regarding extremist activity in the workplace.</toc-entry>

<toc-entry idref="H6967AA7350014A9AA66F29EAAB9530F7" level="section">Sec.â€,594.â€,Study on best practices for providing financial literacy education for separating members of the Armed Forces.</toc-entry>

<toc-entry idref="H12A52A996E03418AAE77BF8D0E6B4D32" level="section">Sec.â€,595.â€,Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.</toc-entry>

<toc-entry idref="HD0F934FEE5F347ADB9A8B59C434991C1" level="section">Sec.â€,596.â€,Report on certain waivers.</toc-entry>

<toc-entry idref="HB50E871D22224F598F1136F54B78B89A" level="section">Sec.â€,597.â€,Notifications on manning of afloat naval forces.</toc-entry>

<toc-entry idref="HC395FE8C84494BEC90F39ED2CE21EEF1" level="section">Sec.â€,598.â€,Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.</toc-entry>

<toc-entry idref="HEBAA5BE40FF8435BA1095534EBBCF698" level="section">Sec.â€,599.â€,Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.</toc-entry>

<toc-entry idref="HC97A71EF79FA497FBF8508DE802D0E63" level="section">Sec.â€‚599A.â€‚Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.</toc-entry>

<toc-entry idref="H0597BC12216545A998299D73FE8C9778" level="section">Sec.â€‚599B.â€‚Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.</toc-entry>

<toc-entry idref="HC9C6BA4CA0AC4B728E5A8BE6CCDE1D2F" level="section">Sec.â€‚599C.â€‚Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.</toc-entry>

<toc-entry idref="H55F6DADE6C3249EFBCF5193FD9003281" level="title">Title VIâ€"MILITARY COMPENSATION</toc-entry>

<toc-entry idref="H8278619F3F984DDDA12B5DBDF258AEA0" level="subtitle">Subtitle Aâ€"Pay and Allowances</toc-entry>

<toc-entry idref="HA6F3714C9893421EB9545096F96D1C3F" level="section">Sec.â€‚601.â€‚Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action.</toc-entry>

<toc-entry idref="HA78001E36B3546DE94762D9ACD83F1F1" level="section">Sec.â€‚602.â€‚Continued entitlements while a member of the Armed Forces participates in a career intermission program.</toc-entry>

<toc-entry idref="HC2A37AA72E8442ACA9706F8DECA10F77" level="section">Sec.â€‚603.â€‚Exemption from repayment of voluntary separation pay.</toc-entry>

<toc-entry idref="H7DB1F7DD40114384996EA228014BD2A5" level="section">Sec.â€‚604.â€‚Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service.</toc-entry>

<toc-entry idref="HEF7C6B1A2CB64A069E666821216C6707" level="section">Sec.â€‚605.â€‚Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates.</toc-entry>

<toc-entry idref="HAB53FDC0E4B64357BA90B7585EBD77FF" level="section">Sec.â€‚606.â€‚Reinvestment of travel refunds by the Department of Defense.</toc-entry>

<toc-entry idref="H72268D788E0F42B595979AEE34A2F190" level="section">Sec.â€‚607.â€‚Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers.</toc-entry>

<toc-entry idref="H904F35FE8A724D699A3C02043507F094" level="section">Sec.â€‚608.â€‚Reductions on account of earnings from work performed while entitled to an annuity supplement.</toc-entry>

<toc-entry idref="H274B5893082F4164AA8359226A190411" level="section">Sec.â€‚609.â€‚Increase in basic pay.</toc-entry>

<toc-entry idref="H4B339E03448F411FA7C32684DE05039C" level="subtitle">Subtitle Bâ€"Bonuses and Special Incentive Pays</toc-entry>

<toc-entry idref="H07B9328EBC8A491BA5FE45A481AE49AE" level="section">Sec.â€‚611.â€‚One-year extension of certain expiring bonus and special pay authorities.</toc-entry>

<toc-entry idref="HB4E55BEDB5C242AD9BFB05049D474638" level="subtitle">Subtitle Câ€"Family and Survivor Benefits</toc-entry>

<toc-entry idref="H4365EC3922CD4571945C767EC8D80FE6" level="section">Sec.â€‚621.â€‚Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members.</toc-entry>

<toc-entry idref="H5BBBB5085C73471DAA8FDA4444989A3B" level="section">Sec.â€‚622.â€‚Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation.</toc-entry>

<toc-entry idref="H8AF7DD4F472E4DC1ACDE941219DF6200" level="section">Sec.â€‚623.â€‚Death gratuity for ROTC graduates.</toc-entry>

<toc-entry idref="H3675670827CD4235A9D0CC94775E634C" level="section">Sec.â€‚624.â€‚Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty.</toc-entry>

<toc-entry idref="H37256B23E18945F9A2168D6541EBDB7E" level="section">Sec.â€‚625.â€‚Casualty assistance for survivors of deceased ROTC graduates.</toc-entry>

<toc-entry idref="H4292AE65C2324651955F9FCBFB7A548B" level="subtitle">Subtitle Dâ€"Defense Resale Matters</toc-entry>

<toc-entry idref="H6B989889B77244A58519F9A58FA59232" level="section">Sec.â€‚631.â€‚Defense resale system matters.</toc-entry>

<toc-entry idref="H75A2C749BA8A48FF848ACC8E7AAE3153" level="section">Sec.â€‚632.â€‚Procurement by commissary stores of certain locally sourced products.</toc-entry>

<toc-entry idref="H547F92B6926E4D14BE64C790C2D27A4B" level="section">Sec.â€‚633.â€‚GAO review of defense resale optimization study.</toc-entry>

<toc-entry idref="H8CE0DBDFB6FC405A890F561F0E2BCEAF" level="subtitle">Subtitle Eâ€"Morale, Welfare, and Recreation Privileges</toc-entry>

<toc-entry idref="H0CAB88B67130453CBAAF01FE338CB875" level="section">Sec.â€‚641.â€‚Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave.</toc-entry>

<toc-entry idref="H0369CA0471DA427FB8D430FC37E89F0D" level="section">Sec.â€‚642.â€‚Extension of pilot program on a Government lodging program.</toc-entry>

<toc-entry idref="H9D968CD3432C49349463516737232300" level="subtitle">Subtitle Fâ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H521C869E9B444A76849F8ED75707C8A8" level="section">Sec.â€‚651.â€‚Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes.</toc-entry>

<toc-entry idref="H4DACD40601524EFD8C2082F3B832A385" level="section">Sec.â€‚652.â€‚Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories.</toc-entry>

<toc-entry idref="H1C323BA849CF497C8EEA7C6A236634AB" level="section">Sec.â€‚653.â€‚Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components.</toc-entry>

<toc-entry idref="HF9864EA045244CF5A94E91F18BF3E099" level="section">Sec.â€‚654.â€‚Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs.</toc-entry>

<toc-entry idref="H50C0DD5AA5E849209AB0EC3C7F8F80DF" level="section">Sec.â€‚655.â€‚Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis.</toc-entry>

<toc-entry idref="HBA344453582B40519AE3BCAD4852FDB3" level="section">Sec.â€‚656.â€‚Report on food insecurity among members of the Armed

Forces and their dependents.</toc-entry>

<toc-entry idref="H611C8757C36B472EB80AE532039C0A9A" level="title">Title VIIâ€"Health Care Provisions</toc-entry>

<toc-entry idref="HDB71DD9A729049089000D5EE6B4CF009" level="subtitle">Subtitle Aâ€"TRICARE and Other Health Care Benefits</toc-entry>

<toc-entry idref="H25C4CC73E65E4839B22583ED463E7C59" level="section">Sec.â€,701.â€,Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.</toc-entry>

<toc-entry idref="HAB2170A896ED4C148C67A4D8303BF3FE" level="section">Sec.â€,702.â€,TRICARE payment options for retirees and their dependents.</toc-entry>

<toc-entry idref="H9AD5CF276E5B40B68FC3539619AE86E6" level="section">Sec.â€,703.â€,Lead level screening and testing for children.</toc-entry>

<toc-entry idref="HFCDAAFCC3631498E8A4AB0C1FBF6EBEF" level="section">Sec.â€,704.â€,Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.</toc-entry>

<toc-entry idref="H6DE055731C6B46D8BDF5EFBF0684CEEB" level="section">Sec.â€,705.â€,Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.</toc-entry>

<toc-entry idref="H87AA88D707394BF78BBCBA6FEAB55962" level="section">Sec.â€,706.â€,Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.</toc-entry>

<toc-entry idref="H9DE9049F7A35415B91131B4E66EE8434" level="section">Sec.â€,707.â€,Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="HB35916EF28EE48809B608C28464CC84A" level="subtitle">Subtitle Bâ€"Health Care Administration</toc-entry>

<toc-entry idref="H040831C5486A4F64AFD7515F5A25C167" level="section">Sec.â€,711.â€,Modification of organization of military health system.</toc-entry>

<toc-entry idref="H8A29534D3A014E5FBE2D74D78813DECA" level="section">Sec.â€,712.â€,Support by military health system of medical requirements of combatant commands.</toc-entry>

<toc-entry idref="H507A4DF18329480295C83CF539FC9695" level="section">Sec.â€,713.â€,Requirements for certain prescription drug labels.</toc-entry>

<toc-entry idref="HF26E19826A494913924CB798E706FD07" level="section">Sec.â€,714.â€,Officers authorized to command Army dental units.</toc-entry>

<toc-entry idref="H6CE1BBA8D0A44FED8CDA8D976A04ABE8" level="section">Sec.â€,715.â€,Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.</toc-entry>

<toc-entry idref="HC5EF74E6289B423EA24938DBFBB26591" level="section">Sec.â€,716.â€,Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.</toc-entry>

<toc-entry idref="H56CE31EB3E864A25BACA5BB00CD7EAEC" level="section">Sec.â€,717.â€,Inclusion of blast exposure history in medical records of members of the Armed Forces.</toc-entry>

<toc-entry idref="H59EA4E771C3D43E08052C65EC24CD6E1" level="section">Sec.â€,718.â€,Comprehensive policy for provision of mental health care

to members of the Armed Forces.</toc-entry>

<toc-entry idref="HF818CA83CC1E4E6EB581897A0953A90F" level="section">Sec.â€,719.â€,Limitation on the realignment or reduction of military medical manning end strength.</toc-entry>

<toc-entry idref="HBA775F7F6BA64274863D47DE1CB706F8" level="section">Sec.â€,720.â€,Strategy to recruit and retain mental health providers.</toc-entry>

<toc-entry idref="HF5584F73F9024F29BDD10F16D3CEE178" level="section">Sec.â€,721.â€,Development of partnerships to improve combat casualty care for personnel of the Armed Forces.</toc-entry>

<toc-entry idref="H449500423F0E4A6DB3634FAC3DD93ADE" level="section">Sec.â€,722.â€,Modification to referrals for mental health services.</toc-entry>

<toc-entry idref="H9266D0DBC1B74AA9B04D8DA665C3D7DC" level="subtitle">Subtitle Câ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H770AABB98D5F4313A2C2C0096FD03C0C" level="section">Sec.â€,731.â€,Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice.</toc-entry>

<toc-entry idref="H71F1E62DFDE54DAEB1D0F49BD98E2DFA" level="section">Sec.â€,732.â€,Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund.</toc-entry>

<toc-entry idref="H332FC005F84441CABBD103C514E1D006" level="section">Sec.â€,733.â€,Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine.</toc-entry>

<toc-entry idref="HCF6714C859244D25AF7FC1DDDFC29201" level="section">Sec.â€,734.â€,Establishment of Academic Health System in National Capital Region.</toc-entry>

<toc-entry idref="HDE7AFD3B1C7E4DA2BC4AF0BB5CD35E21" level="section">Sec.â€,735.â€,Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies.</toc-entry>

<toc-entry idref="HD0ADA24EC0FD47E0B7200A2F0B60D69C" level="section">Sec.â€,736.â€,Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund.</toc-entry>

<toc-entry idref="HD8DDD52612B54A04AB74F18F6D99749A" level="section">Sec.â€,737.â€,Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence.</toc-entry>

<toc-entry idref="H84EF8726780544F5888F87037654DE31" level="section">Sec.â€,738.â€,Encouragement of participation in Womenâ€™s Health Transition Training pilot program.</toc-entry>

<toc-entry idref="H94E1A654CA28448EBCE1F17EBAC68149" level="section">Sec.â€,739.â€,National Guard suicide prevention pilot program.</toc-entry>

<toc-entry idref="HD709D5C18502467DA0F76464B55AA7E3" level="section">Sec.â€,740.â€,Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System.</toc-entry>

<toc-entry idref="H0F21DA45117946C49047C84069B4685B" level="section">Sec.â€,741.â€,Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense.</toc-entry>

<toc-entry idref="H488E82FD92EE4DE79EFA652D3BC07DDA" level="section">Sec.â€,742.â€,Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information.</toc-entry>

<toc-entry idref="H7D400FCF5D8D47E89237C12DC0E6C0E1" level="section">Sec.â€,743.â€,Study and plan on the use of military-civilian integrated health delivery systems.</toc-entry>

<toc-entry idref="H34DF2B3BC7B7405B8C6A4CD408CC911E" level="section">Sec.â€,744.â€,Study on case management in the military health system.</toc-entry>

<toc-entry idref="HC067599C2F934FA8B32B559B7F0D9E8E" level="section">Sec.â€,745.â€,Report on Global Health Security Strategy and the National Biodefense Security.</toc-entry>

<toc-entry idref="H38B5F9220D9C4F09AF93A54B0A2C830F" level="section">Sec.â€,746.â€,Study on establishment of wounded warrior service dog program.</toc-entry>

<toc-entry idref="H6BFA256E6A3D4926AAF14DDBEC0ABFE7" level="section">Sec.â€,747.â€,GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions.</toc-entry>

<toc-entry idref="HCFCD5C523F114D4086F3A7590D967FD4" level="section">Sec.â€,748.â€,Reports on Millennium Cohort Study relating to women members of the Armed Forces.</toc-entry>

<toc-entry idref="H70775172973C448ABC671CA3A1E6DA6D" level="section">Sec.â€,749.â€,Study on effects of sleep deprivation on readiness of members of the Armed Forces.</toc-entry>

<toc-entry idref="HCFF7B9F8E7684D2E9FEAD4C556E8DE35" level="section">Sec.â€,750.â€,Study and report on traumatic brain injury mitigation efforts.</toc-entry>

<toc-entry idref="HAAB3B158D6FD4A08A940353413212EBD" level="title">Title VIIIâ€"Acquisition Policy, Acquisition Management, and Related Matters</toc-entry>

<toc-entry idref="H1DA5A548AC1C4B71BE504E07A5CD919E" level="subtitle">Subtitle Aâ€"Acquisition Policy and Management</toc-entry>

<toc-entry idref="HD09FCED345294D8FB8036464D15232A5" level="section">Sec.â€,800.â€,Authority for continuous integration and delivery of software applications and upgrades to embedded systems.</toc-entry>

<toc-entry idref="H782CDB7413424F3D8F51FF40EBEDB318" level="section">Sec.â€,801.â€,Pilot program on intellectual property evaluation for acquisition programs.</toc-entry>

<toc-entry idref="H9F240E32B57D4376A74AA29FDF306DB2" level="section">Sec.â€,802.â€,Pilot program to use alpha contracting teams for complex requirements.</toc-entry>

<toc-entry idref="HB4397781C22B456FACF0834A90F998A1" level="section">Sec.â€,803.â€,Failure to provide other than certified cost or pricing data upon request.</toc-entry>

<toc-entry idref="H156D0BF1B223459BA584C74A5D9A5D15" level="section">Sec.â€,804.â€,Comptroller General report on price reasonableness.</toc-entry>

<toc-entry idref="H538776612392474ABBBD8D7475C3C707" level="section">Sec.â€,805.â€,Limitation on transfer of funds related to cost overruns and cost underruns.</toc-entry>

<toc-entry idref="H1E3C9ED739EA451EBD405367FA2DBD4F" level="section">Sec.â€,806.â€,Standardizing data collection and reporting on use of source selection procedures by Federal agencies.</toc-entry>

<toc-entry idref="H059115874A274C1E8BE54AFB20B1DF2F" level="section">Sec.â€,807.â€,Department of Defense use of fixed-price contracts.</toc-entry>

<toc-entry idref="H238693DADEA44EE79688A1C21B3A199C" level="section">Sec.â€,808.â€,Repeal of continuation of data rights during

challenges.</toc-entry>

<toc-entry idref="HB2995A06ABFD46D7B7628D0E20E882B9" level="section">Sec.â€'809.â€'Repeal of authority to waive acquisition laws to acquire vital national security capabilities.</toc-entry>

<toc-entry idref="HE5B178C16A9841CB94870AAE6FA25A98" level="section">Sec.â€'810.â€'Repeal of the Defense Cost Accounting Standards Board.</toc-entry>

<toc-entry idref="H11E0E801912E474F8F4B621291E00379" level="subtitle">Subtitle Bâ€"Amendments to General Contracting Authorities, Procedures, and Limitations</toc-entry>

<toc-entry idref="H50964CC19DCE438A8D72865DE2ACD7E6" level="section">Sec.â€'815.â€'Modification of Director of Operational Test and Evaluation report.</toc-entry>

<toc-entry idref="HC401863D1FAA4268AF36E9BECA858243" level="section">Sec.â€'816.â€'Modification of written approval requirement for task and delivery order single contract awards.</toc-entry>

<toc-entry idref="H25F1739DD7C649EDA6205EB2DAC0B464" level="section">Sec.â€'817.â€'Responsibility for data analysis and requirements validation for services contracts.</toc-entry>

<toc-entry idref="HA534F613CC2D434FA0C67A7C4D73AF85" level="section">Sec.â€'818.â€'Documentation of market research related to commercial item determinations.</toc-entry>

<toc-entry idref="HFF54869FF29F4558B14997C671211F24" level="section">Sec.â€'819.â€'Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.</toc-entry>

<toc-entry idref="H8EC78D4AD05F48F5867585DDC46951BC" level="section">Sec.â€'820.â€'Notification of Navy procurement production disruptions.</toc-entry>

<toc-entry idref="HE34F603F46614600892595D24CEC0810" level="section">Sec.â€'821.â€'Modification to acquisition authority of the Commander of the United States Cyber Command.</toc-entry>

<toc-entry idref="H93ED44D0FF4544949C6FC043BCE8F3CA" level="section">Sec.â€'822.â€'Extension of Never Contract With the Enemy.</toc-entry>

<toc-entry idref="HCA5590318F174BDD9711D74064B92D43" level="section">Sec.â€'823.â€'Modification of justification and approval requirement for certain Department of Defense contracts.</toc-entry>

<toc-entry idref="HF2696BBD68C14DF2B0352E6257F430B5" level="section">Sec.â€'824.â€'Extension of sunset relating to Federal Data Center Consolidation Initiative.</toc-entry>

<toc-entry idref="HAAC24AE9CE944B7D83EB2B877720664B" level="section">Sec.â€'825.â€'Pilot program to accelerate contracting and pricing processes.</toc-entry>

<toc-entry idref="H37FF1395693E4C339E29C0A12D69E440" level="section">Sec.â€'826.â€'Uniformity in application of micro-purchase threshold to certain task or delivery orders.</toc-entry>

<toc-entry idref="H524D85A6D0664AD7B07854E1DBA73543" level="section">Sec.â€'827.â€'Requirement for cost estimates on models of commercial e-commerce portal program.</toc-entry>

<toc-entry idref="H510EA55756964F349D994FD0E5F3E19A" level="subtitle">Subtitle Câ€"Provisions Relating to Major Defense Acquisition Programs</toc-entry>

<toc-entry idref="H94D473AFD5944E4385FCD83846ED742D" level="section">Sec.â€'830.â€'Modification of requirements for reporting to Congress on certain acquisition programs.</toc-entry>

<toc-entry idref="H78E6CEB2623E414D8D86D93A2EECC20B" level="section">Sec.â€‚831.â€‚Pilot program to streamline decision-making processes for weapon systems.</toc-entry>

<toc-entry idref="H5DB798867AC24E188194294F7052E7AE" level="section">Sec.â€‚832.â€‚Analysis of alternatives pursuant to materiel development decisions.</toc-entry>

<toc-entry idref="H0CCCE28C71B94534828F613B02ED536D" level="section">Sec.â€‚833.â€‚Naval vessel certification required before Milestone B approval.</toc-entry>

<toc-entry idref="H769AF9E9361D452AA946A58F4EE895F1" level="subtitle">Subtitle Dâ€"Provisions Relating to the Acquisition System</toc-entry>

<toc-entry idref="H685968A5B03A47F0A6E5F83FC63A9D84" level="section">Sec.â€‚835.â€‚Extramural acquisition innovation and research activities.</toc-entry>

<toc-entry idref="H4CD4FD00B6304D42A98D3A12F8FBFE9C" level="section">Sec.â€‚836.â€‚Report on realignment of the defense acquisition system to implement acquisition reforms.</toc-entry>

<toc-entry idref="H82D6BC0A12884F519CB8D8EDEDCF208A" level="section">Sec.â€‚837.â€‚Report and limitation on the availability of funds relating to the <quote>middle tier</quote> of acquisition programs.</toc-entry>

<toc-entry idref="H7156AA7322234E66B1FCCE0C9E15698F" level="section">Sec.â€‚838.â€‚Report on intellectual property policy and the cadre of intellectual property experts.</toc-entry>

<toc-entry idref="H13A76D7463F74F13B7C304A13B504CAB" level="section">Sec.â€‚839.â€‚Guidance and reports relating to covered defense business systems.</toc-entry>

<toc-entry idref="H8DEAEF0659BF4BF39AF0DBCBD71CAE53" level="section">Sec.â€‚840.â€‚Implementation guidance for use of a modular open system approach.</toc-entry>

<toc-entry idref="H90AA36E47CAC4C09A7A03B60DECF9B68" level="section">Sec.â€‚841.â€‚Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="HED9BF38DF86044949266345DF7AE1FD7" level="subtitle">Subtitle Eâ€"Industrial Base Matters</toc-entry>

<toc-entry idref="H874730014DCE4D489DA0F2D8FDAA19FB" level="section">Sec.â€‚845.â€‚Modernization of acquisition processes to ensure integrity of industrial base.</toc-entry>

<toc-entry idref="H7E51F057BA094389826B68FB952F1D66" level="section">Sec.â€‚846.â€‚Report requirements for the national technology and industrial base.</toc-entry>

<toc-entry idref="HBADAF18C20C54C6C8C0D930763E48799" level="section">Sec.â€‚847.â€‚Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors.</toc-entry>

<toc-entry idref="HD0190052397B463EA6387A322E2AA5E0" level="section">Sec.â€‚848.â€‚Prohibition on operation or procurement of foreign-made unmanned aircraft systems.</toc-entry>

<toc-entry idref="HCB2F32ADC3134ACB812F9FEEF3E170A3" level="section">Sec.â€‚849.â€‚Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations.</toc-entry>

<toc-entry idref="H2FA05D7C411A482E9C194B19BF1D6FAE" level="section">Sec.â€‚850.â€‚Acquisition and disposal of certain rare earth materials.</toc-entry>

<toc-entry idref="H6D22A0431F5B421C9A323ECC540CC3B7" level="section">Sec.â€‚851.â€‚Pilot program for development of technology-enhanced

capabilities with partnership intermediaries.</toc-entry>

<toc-entry idref="H0267376803044F80AD840B63E7F36155" level="section">Sec.â€,852.â€,Authorized official to carry out the procurement technical assistance cooperative agreement program.</toc-entry>

<toc-entry idref="HB0E23732F4674A6F8CFE11C55A4AEA9C" level="section">Sec.â€,853.â€,Requirement that certain ship components be manufactured in the national technology and industrial base.</toc-entry>

<toc-entry idref="H9154D7D5892944E394607B1D2C687886" level="section">Sec.â€,854.â€,Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment.</toc-entry>

<toc-entry idref="H567F557F941B425DB611CCC075A81D02" level="section">Sec.â€,855.â€,Application of miscellaneous technology base policies and programs to the Columbia-class submarine program.</toc-entry>

<toc-entry idref="H2CEFB402E28E41B4A370F94F7F69A877" level="section">Sec.â€,856.â€,Application of limitation on procurement of goods other than United States goods to the FFGâ€"Frigate Program.</toc-entry>

<toc-entry idref="H7EA216685B85410789C5A28FB897D2BC" level="section">Sec.â€,857.â€,Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate.</toc-entry>

<toc-entry idref="H443B2E0A144F403B89BDC2A28B59F0B8" level="subtitle">Subtitle Fâ€"Provisions Relating to Acquisition Workforce</toc-entry>

<toc-entry idref="HD6E2EC4D485A4DE0A58FBFC590062328" level="section">Sec.â€,860.â€,Establishment of Defense Civilian Training Corps.</toc-entry>

<toc-entry idref="HABB334ED94924DB1A346D78980571FE6" level="section">Sec.â€,861.â€,Defense acquisition workforce certification, education, and career fields.</toc-entry>

<toc-entry idref="HF492FD0FFD3941138001CDF29F3D1C2F" level="section">Sec.â€,862.â€,Software development and software acquisition training and management programs.</toc-entry>

<toc-entry idref="H18FA7DD7A50648B8B9C0B44B2EBFF17D" level="section">Sec.â€,863.â€,Modification of temporary assignments of Department of Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="H02B52F3B67A241DF8CA6C310AADEF97E" level="section">Sec.â€,864.â€,Incentives and consideration for qualified training programs.</toc-entry>

<toc-entry idref="HE51FB89B9C324B4DBA56F5989208AA6F" level="section">Sec.â€,865.â€,Use of qualified apprentices by military construction contractors.</toc-entry>

<toc-entry idref="HEF58E1CDF95D4E6092A7C6BFE312799C" level="subtitle">Subtitle Gâ€"Small Business Matters</toc-entry>

<toc-entry idref="H6380C49ADBBF46F6B778D3D507184C98" level="section">Sec.â€,870.â€,Requirements relating to credit for certain small business concern subcontractors.</toc-entry>

<toc-entry idref="HECB269CACE574A3A81DB9929AED616A9" level="section">Sec.â€,871.â€,Inclusion of best in class designations in annual report on small business goals.</toc-entry>

<toc-entry idref="HECCF10F339224837B6DBC0E8C752B2B1" level="section">Sec.â€,872.â€,Reauthorization and improvement of Department of Defense Mentor-Protege Program.</toc-entry>

<toc-entry idref="HE298DB1DE6AF4440B14CE40777EDA739" level="section">Sec.â€,873.â€,Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act.</toc-entry>

<toc-entry idref="HFD275103ABD64DCF9F7283354C087FD6"

level="section">Sec.â€,874.â€,Postaward explanations for unsuccessful offerors for certain contracts.</toc-entry>

<toc-entry idref="H9723B3D0D8C4465EBDD99ED98FF890A1" level="section">Sec.â€,875.â€,Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.</toc-entry>

<toc-entry idref="H5ADFDB36C9AC45CDB4077B79DCA917E4" level="section">Sec.â€,876.â€,Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.</toc-entry>

<toc-entry idref="H27C20A683F464EABA3BEA2ECF204A356" level="section">Sec.â€,877.â€,Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.</toc-entry>

<toc-entry idref="H58BB7F8F60424A62BAF3B2995A2CDDE0" level="section">Sec.â€,878.â€,Modification to the Defense Research and Development Rapid Innovation Program.</toc-entry>

<toc-entry idref="H8C16CD5364F442EB92FF3F2B4C5FC73F" level="section">Sec.â€,879.â€,Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.</toc-entry>

<toc-entry idref="HE4595235EFB74164B2E15018F5C16D78" level="section">Sec.â€,880.â€,Assistance for small business concerns participating in the SBIR and STTR programs.</toc-entry>

<toc-entry idref="HC746237CC4FE42E7982F2FF690FFEA76" level="section">Sec.â€,881.â€,Cybersecurity technical assistance for SBIR and STTR programs.</toc-entry>

<toc-entry idref="H33539C5A67634EF59BEE9D27EA9D542F" level="section">Sec.â€,882.â€,Funding for defense research activities of small business concerns.</toc-entry>

<toc-entry idref="HD70A2E5B79094F81ACA9617D8AD49860" level="section">Sec.â€,883.â€,Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.</toc-entry>

<toc-entry idref="H57A7FCD99E1E4088854ED45812A2A226" level="section">Sec.â€,884.â€,Pilot program for domestic investment under the SBIR program.</toc-entry>

<toc-entry idref="H4A41AA32AF8E43C5AC12146C0744A178" level="subtitle">Subtitle Hâ€"Other Matters</toc-entry>

<toc-entry idref="H575D085C7321423DA0CD18CDFE1DE850" level="section">Sec.â€,885.â€,Review of guidance to contractors on nondiscrimination on the basis of sex.</toc-entry>

<toc-entry idref="H8B0C75AFB4D840309A5413BE2CB83721" level="section">Sec.â€,886.â€,Comptroller General report on contractor violations of certain labor laws.</toc-entry>

<toc-entry idref="H6848EE671FFE4F2FAB2487AB6081BED9" level="section">Sec.â€,887.â€,Comptroller General report on contingency contracting.</toc-entry>

<toc-entry idref="H53937CEA271F4251887B12C6B49CF30E" level="section">Sec.â€,888.â€,Policies and procedures for contractors to report gross violations of internationally recognized human rights.</toc-entry>

<toc-entry idref="H89F6899EA3FE4FBB83B26D9CEAC5425E" level="section">Sec.â€,889.â€,Comptroller General report on oversight of contractors providing private security functions.</toc-entry>

<toc-entry idref="HCBE3527E82604995AF41F20B11B4D79B" level="section">Sec.â€,890.â€,Prohibition on contracting with persons that have

business operations with the Maduro regime.</toc-entry>

<toc-entry idref="H30E671A3285C41DE8C4ABC566CBC31B1"
level="section">Sec.â€,891.â€,Report on the Combating Trafficking in Persons
initiative.</toc-entry>

<toc-entry idref="H24F8517782EC4683B8C16C748ABA346F"
level="section">Sec.â€,892.â€,Improved management of information technology and
cyberspace investments.</toc-entry>

<toc-entry idref="H245AADD9276E416898B0B3CA60C0C867"
level="section">Sec.â€,893.â€,Modification to requirements for purchase of commercial
leasing services pursuant to multiple award contracts.</toc-entry>

<toc-entry idref="H0C173D82C5DB40D684FAB4EAC3F7EDF0" level="title">Title
IXâ€"Department of Defense Organization and Management</toc-entry>

<toc-entry idref="H5EDA6CDE9A434E4194F8005096DFD43D" level="subtitle">Subtitle
Aâ€"Office of the Secretary of Defense and Related Matters</toc-entry>

<toc-entry idref="HC65C8EFA31DE4F1BB8A11B176E3CB593"
level="section">Sec.â€,901.â€,Headquarters activities of the Department of Defense
matters.</toc-entry>

<toc-entry idref="H07BFC0C7AEC24EB99AAB963DB41FB254"
level="section">Sec.â€,902.â€,Clarifying the roles and responsibilities of the Under
Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense
for Research and Engineering.</toc-entry>

<toc-entry idref="H96ACE3DC3F6E445981435DA9028DEDF7"
level="section">Sec.â€,903.â€,Return to Chief Information Officer of the Department of
Defense of responsibility for business systems and related matters.</toc-entry>

<toc-entry idref="H36E23720C8F449E694B4F6B2E57913D9"
level="section">Sec.â€,904.â€,Assessments of responsibilities and authorities of the
Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="H6FAC85F2D41E4637856575D66E1F74F8"
level="section">Sec.â€,905.â€,Senior Military Advisor for Cyber Policy and Deputy
Principal Cyber Advisor.</toc-entry>

<toc-entry idref="H91F32538B5154B8E95AA113610D586F0"
level="section">Sec.â€,906.â€,Exclusion from limitations on personnel in the Office of
the Secretary of Defense and Department of Defense headquarters of fellows appointed
under the John S. McCain Defense Fellows Program.</toc-entry>

<toc-entry idref="H361EBA1CC1EB4368A9A6E8A5F8419512" level="subtitle">Subtitle
Bâ€"Organization and Management of Other Department of Defense Offices and
Elements</toc-entry>

<toc-entry idref="H63FA936D25C242ABA901D6D158FE863D"
level="section">Sec.â€,911.â€,Codification of Assistant Secretaries for Energy,
Installations, and Environment of the Army, Navy, and Air Force.</toc-entry>

<toc-entry idref="H25757C6D5E384848A60EA535E197CFAC" level="subtitle">Subtitle
Câ€"Other Department of Defense Organization and Management Matters</toc-entry>

<toc-entry idref="H873B1BFB1B8E4921BD3F10CBBECB2434"
level="section">Sec.â€,921.â€,Prohibition on ownership or trading of stocks in certain
companies by certain officials of the Department of Defense.</toc-entry>

<toc-entry idref="H8A18084B9E664C27B2C67F4B588C4262"
level="section">Sec.â€,922.â€,Limitation on consolidation of Defense Media
Activity.</toc-entry>

<toc-entry idref="H073811CF50924B4AA5C0FD3D8A9DDAB7"
level="section">Sec.â€,923.â€,Report on resources to implement the civilian casualty
policy of the Department of Defense.</toc-entry>

<toc-entry idref="H6E519C3D8D7C4DD7822C33EDAAF464B2" level="subtitle">Subtitle
Dâ€"United States Space Force</toc-entry>

<toc-entry idref="HB4ADF290634F4C86B5196A448520C1D5" level="section">Sec.â€,951.â€,Short title.</toc-entry>

<toc-entry idref="H3731E01220814A079AD41E01C32E0EE9" level="section">Sec.â€,952.â€,The Space Force.</toc-entry>

<toc-entry idref="H149B10A1428C47739932A538EADB420B" level="section">Sec.â€,953.â€,Chief of Space Operations.</toc-entry>

<toc-entry idref="H05FD6556747E46159BA1B3ED773200E7" level="section">Sec.â€,954.â€,Space Force Acquisition Council.</toc-entry>

<toc-entry idref="H8B7B2CA9754542D4B9CB7B018E666E5D" level="section">Sec.â€,955.â€,Assistant Secretary of Defense for Space Policy.</toc-entry>

<toc-entry idref="HBA895D1DE202422FB4718D5BB43E7BAC" level="section">Sec.â€,956.â€,Assistant Secretary of the Air Force for Space Acquisition and Integration.</toc-entry>

<toc-entry idref="HEF9A23482B2C48478D23E444E81990DB" level="section">Sec.â€,957.â€,Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.</toc-entry>

<toc-entry idref="H5F6A8DFC075C435AB9E8DFC2E731EC27" level="section">Sec.â€,958.â€,Conforming amendments and clarification of authorities.</toc-entry>

<toc-entry idref="H225834B7541A430B8025FAA13AE4449B" level="section">Sec.â€,959.â€,Effects on military installations.</toc-entry>

<toc-entry idref="HC418DB49411641F58EA0E0B574424336" level="section">Sec.â€,960.â€,Availability of funds.</toc-entry>

<toc-entry idref="HE4A20C743F4B41D19C075FA80619FF08" level="section">Sec.â€,961.â€,Implementation.</toc-entry>

<toc-entry idref="H7A8D93400CA04DB1BCAB4057A1696A57" level="title">Title Xâ€"General Provisions</toc-entry>

<toc-entry idref="H0B8831ECF53042BD9C8352EC83933DFD" level="subtitle">Subtitle Aâ€"Financial Matters</toc-entry>

<toc-entry idref="H287330D089F2492D8145AC391FFCF07C" level="section">Sec.â€,1001.â€,General transfer authority.</toc-entry>

<toc-entry idref="H7F9007CD767C45B28C7A3D71EB379890" level="section">Sec.â€,1002.â€,Defense Business Audit Remediation Plan.</toc-entry>

<toc-entry idref="H1A900FED4D7B4AC78BA5E4EEDF61A15D" level="section">Sec.â€,1003.â€,Financial improvement and audit remediation plan.</toc-entry>

<toc-entry idref="H2C212BD3098D4E548753157B69F5479E" level="section">Sec.â€,1004.â€,Reporting requirements relating to Department of Defense audits.</toc-entry>

<toc-entry idref="H9789CA17A4BD45388BAEEB91E3A0D500" level="section">Sec.â€,1005.â€,Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands.</toc-entry>

<toc-entry idref="H7782E93845114093B5B75AADFEA34A9D" level="section">Sec.â€,1006.â€,Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers.</toc-entry>

<toc-entry idref="H6B8DA43DF56244A2AE76DAD5946BA3A4" level="section">Sec.â€,1007.â€,Annual budget justification display for service-common and other support and enabling capabilities for special operations forces.</toc-entry>

<toc-entry idref="HE224C825932942E9A8D10707A61F7FD5" level="section">Sec.â€,1008.â€,Element in annual reports on the Financial Improvement

and Audit Remediation Plan on activities with respect to classified programs.</toc-entry>

<toc-entry idref="H4DF212E2C34C451690BEF82FE56BDECE" level="section">Sec.â€,1009.â€,Plan of the Department of Defense for financial management information.</toc-entry>

<toc-entry idref="HD6DF4BC402E44842970BFE5AF074D1E2" level="section">Sec.â€,1010.â€,Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund.</toc-entry>

<toc-entry idref="H463BACECBD5C46349DEA7AF39FCD0889" level="section">Sec.â€,1011.â€,Transparency of accounting firms used to support Department of Defense audit.</toc-entry>

<toc-entry idref="HC676AFF68E73491981C3EA88A386E33E" level="section">Sec.â€,1012.â€,Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense.</toc-entry>

<toc-entry idref="HA565EB2188F840C0A4D8025D427C0D42" level="subtitle">Subtitle Bâ€"Counterdrug Activities</toc-entry>

<toc-entry idref="HA146C80B66624CB99F244D285F038811" level="section">Sec.â€,1021.â€,Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia.</toc-entry>

<toc-entry idref="H3CA528C59BDF4AA9B724F16E53460E49" level="section">Sec.â€,1022.â€,Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities.</toc-entry>

<toc-entry idref="H04893C7A31B94E978FB373C293B41738" level="section">Sec.â€,1023.â€,Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin.</toc-entry>

<toc-entry idref="H4F828E16A19F40A291FC5C21D1EBDAC9" level="section">Sec.â€,1024.â€,Assessment of impact of any planned or proposed border wall on volume of illegal narcotics.</toc-entry>

<toc-entry idref="H4DCDC39DDBDA44B29925C18F8EA70382" level="subtitle">Subtitle Câ€"Naval Vessels</toc-entry>

<toc-entry idref="H833172BBC7F84659976DD5BF77E09CD3" level="section">Sec.â€,1031.â€,Modification of authority to purchase vessels using funds in National Defense Sealift Fund.</toc-entry>

<toc-entry idref="H81A4D9C4DC56402BB964BA683DCF8737" level="section">Sec.â€,1032.â€,Use of National Defense Sealift Fund for procurement of two used vessels.</toc-entry>

<toc-entry idref="HB664422A43E94290B59792405044DC6B" level="section">Sec.â€,1033.â€,Transportation by sea of supplies for the Armed Forces and Defense Agencies.</toc-entry>

<toc-entry idref="H10D3DA1258F54BA699183365AA54947E" level="section">Sec.â€,1034.â€,Senior Technical Authority for each naval vessel class.</toc-entry>

<toc-entry idref="H98E9574E6C454327A302F3D26CE6EDAA" level="section">Sec.â€,1035.â€,Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.</toc-entry>

<toc-entry idref="H45CBBEF730194823A5DC742D5B1B9B81" level="section">Sec.â€,1036.â€,Formal training for shipboard system programs of record.</toc-entry>

<toc-entry idref="H1E1CF97BFCC1434297A3E8CBC1DE28E2" level="section">Sec.â€,1037.â€,Report on shipbuilder training and the defense industrial base.</toc-entry>

<toc-entry idref="H62E7AC3138A248E3873BBC859B2148C6" level="section">Sec.â€,1038.â€,Use of competitive procedures for CVNâ€"80 and CVNâ€"81 dual aircraft carrier contract.</toc-entry>

<toc-entry idref="HBC2FD4BFD3794456927DB0B38327A580" level="section">Sec.â€,1039.â€,Report on expanding naval vessel maintenance.</toc-entry>

<toc-entry idref="H38FE8553513A4E06BDFB7C859EB2E5EE" level="subtitle">Subtitle Dâ€"Counterterrorism</toc-entry>

<toc-entry idref="HAE8C725AB38149CFB0665FEA183A045F" level="section">Sec.â€,1041.â€,Modification of support of special operations to combat terrorism.</toc-entry>

<toc-entry idref="HDFDF103E5B6245BD96A06A5F1A08B8C9" level="section">Sec.â€,1042.â€,Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.</toc-entry>

<toc-entry idref="H58C196AB47C142F8B8816E8BF4A7C08A" level="section">Sec.â€,1043.â€,Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.</toc-entry>

<toc-entry idref="H24282749BFF94C04AE465375CD0AC2B7" level="section">Sec.â€,1044.â€,Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="H5E8DBDD269604186AC6636325639E202" level="section">Sec.â€,1045.â€,Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HABE113402E4C4CB8AB6EEB7FC9FC30E3" level="section">Sec.â€,1046.â€,Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HBB9B602C1EE04D70946F717B4D19ADDD" level="section">Sec.â€,1047.â€,Independent assessment on gender and countering violent extremism.</toc-entry>

<toc-entry idref="H1DDCAEF7D27C49C09E6052BC779CED16" level="subtitle">Subtitle Eâ€"Miscellaneous Authorities and Limitations</toc-entry>

<toc-entry idref="H2DDCDB9B259146AE97427591DFDA1C15" level="section">Sec.â€,1051.â€,Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.</toc-entry>

<toc-entry idref="HBC62278E1F274794A62C8EC8EC7E11C2" level="section">Sec.â€,1052.â€,Explosive ordnance defense disposal program.</toc-entry>

<toc-entry idref="H3D21F3BD7E45498A87EED5B16E18D363" level="section">Sec.â€,1053.â€,Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense.</toc-entry>

<toc-entry idref="H131CF95DBA3B4478A1E5A0D87BD47C7F" level="section">Sec.â€,1054.â€,Notification on the provision of defense sensitive support.</toc-entry>

<toc-entry idref="H8DA62979C31643808C803F7E983C7B70" level="section">Sec.â€,1055.â€,Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas.</toc-entry>

<toc-entry idref="H33F42FB884B6492DB4CF25BD2660F1DE" level="section">Sec.â€,1056.â€,Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces.</toc-entry>

<toc-entry idref="HFBF5A0FBF0EE43E7ADCC89ADD6BDB245" level="section">Sec.â€,1057.â€,Expenditure of funds for Department of Defense intelligence and counterintelligence activities.</toc-entry>

<toc-entry idref="H1741B50BBFB44C1B9074DE1A3DE964E6" level="section">Sec.â€,1058.â€,Limitation on use of funds for the inactivation of Army

watercraft units.</toc-entry>

<toc-entry idref="HE3BB8BB0017C4F1687ECA43C073EEC07" level="title">Title XIâ€"Civilian Personnel Matters</toc-entry>

<toc-entry idref="H93375CD257FF4E419AA4900B2AC172F9" level="subtitle">Subtitle Aâ€"General Provisions</toc-entry>

<toc-entry idref="HE7F8BF8E8C2F451BBAB6F4A1D5B8B47E" level="section">Sec.â€,1101.â€,Defense Advanced Research Projects Agency personnel management authority.</toc-entry>

<toc-entry idref="H82FC57D7A0CF41699F9FCC25C83A416F" level="section">Sec.â€,1102.â€,Report on the probationary period for Department of Defense employees.</toc-entry>

<toc-entry idref="H88D544A4264D475185823C8560497150" level="section">Sec.â€,1103.â€,Civilian personnel management.</toc-entry>

<toc-entry idref="H628B0E6F886A4D7389C8109D47477EBB" level="section">Sec.â€,1104.â€,One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.</toc-entry>

<toc-entry idref="HAAD1BAA75D7E41AEB072C6B7944C40F7" level="section">Sec.â€,1105.â€,One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.</toc-entry>

<toc-entry idref="H3E480EC8D9C244FD843E454CB8302400" level="section">Sec.â€,1106.â€,Performance of civilian functions by military personnel.</toc-entry>

<toc-entry idref="HC7B004874DEB417F9B7897BDA289A378" level="section">Sec.â€,1107.â€,Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.</toc-entry>

<toc-entry idref="H71A203A690FA485885748E93D2954A2A" level="section">Sec.â€,1108.â€,Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.</toc-entry>

<toc-entry idref="HC147B532B13D4F189F19FDC66934DFBD" level="section">Sec.â€,1109.â€,Modification of direct hire authorities for the Department of Defense.</toc-entry>

<toc-entry idref="HF9AB2E986DF042A0989F62D20ED42125" level="section">Sec.â€,1110.â€,Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.</toc-entry>

<toc-entry idref="H4A110FC69AC4485FB6210522316A8731" level="section">Sec.â€,1111.â€,Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.</toc-entry>

<toc-entry idref="HE327F33CB78B46E8B001F56E3286C6E6" level="section">Sec.â€,1112.â€,Limitation on transfer of Office of Personnel Management.</toc-entry>

<toc-entry idref="HCC23136B279648668658C138AD06DB89" level="section">Sec.â€,1113.â€,Assessment of Accelerated Promotion Program suspension.</toc-entry>

<toc-entry idref="H4FEF56C391234B2E8907BE679A8A5D30" level="section">Sec.â€,1114.â€,Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.</toc-entry>

<toc-entry idref="HEBEA0635AF6A464B85574BBB2BEBFC2D" level="section">Sec.â€,1115.â€,Clarification of limitation on expedited hiring authority for post-secondary students.</toc-entry>

<toc-entry idref="H658354B1B195415B8A194B1095A3497C" level="section">Sec.â€,1116.â€,Modification of temporary assignments of Department of Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="HAECC488AC5F14FFCA147D91E712B43A4" level="section">Sec.â€,1117.â€,Extension of authority for part-time reemployment.</toc-entry>

<toc-entry idref="H91454CB7D2164312A8B5A405C60462C4" level="subtitle">Subtitle Bâ€"Fair Chance Act</toc-entry>

<toc-entry idref="H51228127EAE54E43B80252EBA077D0EA" level="section">Sec.â€,1121.â€,Short title.</toc-entry>

<toc-entry idref="HE97CB6A234FD4E3DB9E3D8C43CC49D03" level="section">Sec.â€,1122.â€,Prohibition on criminal history inquiries prior to conditional offer for Federal employment.</toc-entry>

<toc-entry idref="H54077C2823AE4B5383CEF8D4A9F42123" level="section">Sec.â€,1123.â€,Prohibition on criminal history inquiries by contractors prior to conditional offer.</toc-entry>

<toc-entry idref="H976D1B82602E4D5B94B3CE347009DC2F" level="section">Sec.â€,1124.â€,Report on employment of individuals formerly incarcerated in Federal prisons.</toc-entry>

<toc-entry idref="HBE986043727D4AF6B121C5B27D1CC9DC" level="subtitle">Subtitle Câ€"ATC Hiring Reform</toc-entry>

<toc-entry idref="HCD0EC9A8006A44A09E8BA30413AF18B8" level="section">Sec.â€,1131.â€,Short title; definition.</toc-entry>

<toc-entry idref="H22153FF345D14725A6DAEFC001F0D358" level="section">Sec.â€,1132.â€,Hiring of air traffic control specialists.</toc-entry>

<toc-entry idref="HA4055981CCEA45C88D44E6F30AC01ABF" level="section">Sec.â€,1133.â€,Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard.</toc-entry>

<toc-entry idref="H1C2E1B9C736E4798B44CDFB5A64E4FF2" level="section">Sec.â€,1134.â€,FAA reports on air traffic controller hiring and training.</toc-entry>

<toc-entry idref="H82E10E861EFF4F6DBFEA0DB57467B43A" level="section">Sec.â€,1135.â€,DOT Inspector General review and report.</toc-entry>

<toc-entry idref="HE764C3D769DC4A0ABE134A3F702FD74F" level="title">Title XIIâ€"Matters relating to foreign nations</toc-entry>

<toc-entry idref="H2DA02AC04CBD4406AA934541C71AD232" level="subtitle">Subtitle Aâ€"Assistance and training</toc-entry>

<toc-entry idref="HADBE199580D447A7B6B48E127FFA4C6F" level="section">Sec.â€,1201.â€,Modification of authority to build capacity of foreign security forces.</toc-entry>

<toc-entry idref="H980095EB4ECA4D7896ED3D011ABCF517" level="section">Sec.â€,1202.â€,Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations.</toc-entry>

<toc-entry idref="HB643CFA6E9ED49B18AF24ECEDC086127" level="section">Sec.â€,1203.â€,Modifications of authorities relating to acquisition and cross-servicing agreements.</toc-entry>

<toc-entry idref="HC986732F8A8A4B748180C4D979745FCC" level="section">Sec.â€,1204.â€,Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities.</toc-entry>

<toc-entry idref="H2C8D141CF0254242960277A31465008C" level="section">Sec.â€,1205.â€,Gender perspectives and participation by women in security cooperation activities.</toc-entry>

<toc-entry idref="H9B42E7AEFF4D404BB00DEB7309F11D91" level="section">Sec.â€,1206.â€,Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs

and activities.</toc-entry>

<toc-entry idref="HA97122D5480745E9951CD44AE85A1E36" level="section">Sec.â€‚1207.â€‚Extension of authority for support of special operations for irregular warfare.</toc-entry>

<toc-entry idref="HC9CFA9FBDB9D4CF2BB2FE8823E927056" level="section">Sec.â€‚1208.â€‚Extension and modification of Commandersâ€™ Emergency Response Program and elimination of certain payments to redress injury and loss.</toc-entry>

<toc-entry idref="H8D1AB063BCCC46A096E7F4335FF8E061" level="section">Sec.â€‚1209.â€‚Two-year extension of program authority for Global Security Contingency Fund.</toc-entry>

<toc-entry idref="H561CA5C885564800A117569D8EAC3314" level="section">Sec.â€‚1210.â€‚Legal institutional capacity building initiative for foreign defense institutions.</toc-entry>

<toc-entry idref="H6FBAA13E125645D49BAFD3F5C8C5BA7D" level="section">Sec.â€‚1210A.â€‚Department of Defense support for stabilization activities in national security interest of the United States.</toc-entry>

<toc-entry idref="H52E461C4AFC04DF79259C0AD7006AD7C" level="subtitle">Subtitle Bâ€"Matters relating to Afghanistan and Pakistan</toc-entry>

<toc-entry idref="H66FF7925427A44E4BE8B0B79E8A28191" level="section">Sec.â€‚1211.â€‚Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan.</toc-entry>

<toc-entry idref="H85CA5CE9882249C6A299DBBE3388EA2B" level="section">Sec.â€‚1212.â€‚Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.</toc-entry>

<toc-entry idref="H5AE31C7C8A3B43FEAC2D1D1D9A2DB7B5" level="section">Sec.â€‚1213.â€‚Authority for certain payments to redress injury and loss.</toc-entry>

<toc-entry idref="H122580C72CE14C4395A2462C00229550" level="section">Sec.â€‚1214.â€‚Extension and modification of semiannual report on enhancing security and stability in Afghanistan.</toc-entry>

<toc-entry idref="HAB71569C32E54D48BC7F6F0DEA648C35" level="section">Sec.â€‚1215.â€‚Special Immigrant Visa program reporting requirement.</toc-entry>

<toc-entry idref="H2E1271D2470D4D9CA24967AABC02A3E8" level="section">Sec.â€‚1216.â€‚Meaningful inclusion of Afghan women in peace negotiations.</toc-entry>

<toc-entry idref="H1E015071434544378AFCAF60F2F8DA47" level="section">Sec.â€‚1217.â€‚Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.</toc-entry>

<toc-entry idref="HFCBB3C38BD1942628A0CCF8DC81B4B24" level="section">Sec.â€‚1218.â€‚Support for reconciliation activities led by the Government of Afghanistan.</toc-entry>

<toc-entry idref="H79ADF8DA0A9046CC9E1FF45957751A32" level="section">Sec.â€‚1219.â€‚Modification and extension of the Afghan Special Immigrant Visa Program.</toc-entry>

<toc-entry idref="HFB0EFB8C21B54DDAB4EA25F70F8A086F" level="subtitle">Subtitle Câ€"Matters relating to Syria, Iraq, and Iran</toc-entry>

<toc-entry idref="H17FA4EAB78D7406DB289079521DE0E87" level="section">Sec.â€‚1221.â€‚Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H6603BE07FE0745C48CBE406D3A3F219F" level="section">Sec.â€,1222.â€,Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.</toc-entry>

<toc-entry idref="H5B1445943A3F4B49A11DB77C6FF6099B" level="section">Sec.â€,1223.â€,Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.</toc-entry>

<toc-entry idref="H92ACBBE6E2C8426A96E4233F543E7A18" level="section">Sec.â€,1224.â€,Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.</toc-entry>

<toc-entry idref="HD562852CB0B04DFC8FE2EB716A04457D" level="section">Sec.â€,1225.â€,Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H3EBFD526B881483383E36ACA007CE98E" level="section">Sec.â€,1226.â€,Expansion of availability of financial assets of Iran to victims of terrorism.</toc-entry>

<toc-entry idref="H7083EE278FA74C0DA0BD13E0ACBC1B21" level="section">Sec.â€,1227.â€,Report on the status of deconfliction channels with Iran.</toc-entry>

<toc-entry idref="H892EE30A450045DD974CC738F00B7CEF" level="section">Sec.â€,1228.â€,Prohibition on provision of weapons and other forms of support to certain organizations.</toc-entry>

<toc-entry idref="H41C62717C1CD4F9B8731F2C6395A4891" level="subtitle">Subtitle Dâ€"Matters relating to the Russian Federation </toc-entry>

<toc-entry idref="HA8522B667E6C4287A541CAFB1D687B57" level="section">Sec.â€,1231.â€,Extension of limitation on military cooperation between the United States and Russia.</toc-entry>

<toc-entry idref="H0BB53F88A1B44C0B8EAB2FA6036A4466" level="section">Sec.â€,1232.â€,Prohibition on availability of funds relating to sovereignty of Russia over Crimea.</toc-entry>

<toc-entry idref="H26E2C60DCC8C48399F6284250C61C363" level="section">Sec.â€,1233.â€,Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia.</toc-entry>

<toc-entry idref="HAD00F9D1C5714AA882475ECC9AC4F503" level="section">Sec.â€,1234.â€,United States participation in Open Skies Treaty.</toc-entry>

<toc-entry idref="H9C5B26015B4F46F1A286D0F1F0C81A32" level="section">Sec.â€,1235.â€,Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty.</toc-entry>

<toc-entry idref="H6FF089CA19D44939B512E78AD0D2E4A2" level="section">Sec.â€,1236.â€,Report on treaties relating to nuclear arms control.</toc-entry>

<toc-entry idref="H788A74454C5F4E068CE6A9CA9B29FBB0" level="section">Sec.â€,1237.â€,Reports relating to the New START Treaty.</toc-entry>

<toc-entry idref="HA66840ECC8644A8A989FB6C0B109152A" level="section">Sec.â€,1238.â€,Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region.</toc-entry>

<toc-entry idref="HE3C845E6C1414710A7225B63D72E0B7D" level="section">Sec.â€,1239.â€,Updated strategy to counter the threat of malign influence by the Russian Federation and other countries.</toc-entry>

<toc-entry idref="HE049EEFB2E7642DAB5A93DBCD8437661" level="subtitle">Subtitle Eâ€"Matters relating to Europe and NATO</toc-entry>

<toc-entry idref="HEB814D3AD0CE48A0ACA13FA1CF48F148" level="section">Sec.â€,1241.â€,Sense of Congress on support for the North Atlantic

Treaty Organization.</toc-entry>

<toc-entry idref="H32375E3DEB004F5C99574AAFCA9AFD58" level="section">Sec.â€‚1242.â€‚Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty.</toc-entry>

<toc-entry idref="H8CDCD00D06B54F59BE7068FDD91A021F" level="section">Sec.â€‚1243.â€‚Future years plans and planning transparency for the European Deterrence Initiative.</toc-entry>

<toc-entry idref="H7E960A2774E547ED999ADCCED9899A65" level="section">Sec.â€‚1244.â€‚Modification and extension of Ukraine Security Assistance Initiative.</toc-entry>

<toc-entry idref="H4071810A0F174E06807172C53DC17ED3" level="section">Sec.â€‚1245.â€‚Limitation on transfer of Fâ€"35 aircraft to Turkey.</toc-entry>

<toc-entry idref="H6699F56038FD478BAAA2A703557F039A" level="section">Sec.â€‚1246.â€‚Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression.</toc-entry>

<toc-entry idref="H46B7306EAC1C4418BB9CD9898E1F5C75" level="section">Sec.â€‚1247.â€‚Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises.</toc-entry>

<toc-entry idref="H3E60AEE433BF47669C5CD525BC7A02D6" level="section">Sec.â€‚1248.â€‚Extension and modification of NATO Special Operations Headquarters.</toc-entry>

<toc-entry idref="HEC803A4A757C420DB16A5E3C0E485D30" level="section">Sec.â€‚1249.â€‚North Atlantic Treaty Organization Joint Force Command.</toc-entry>

<toc-entry idref="H23CB7AACA29F43819102B925DF752772" level="section">Sec.â€‚1250.â€‚Report on North Atlantic Treaty Organization Readiness Initiative.</toc-entry>

<toc-entry idref="H0608731FE07B46B1973F88FAE0660CA0" level="section">Sec.â€‚1250A.â€‚Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus.</toc-entry>

<toc-entry idref="HE440785EDC364987BD300195F4F0F339" level="subtitle">Subtitle Fâ€"Matters relating to the Indo-Pacific region</toc-entry>

<toc-entry idref="H7C9A5FFAC45341EE9A9E1FD450118D6F" level="section">Sec.â€‚1251.â€‚Modification of Indo-Pacific Maritime Security Initiative.</toc-entry>

<toc-entry idref="HD183F0E405D74B5DAF9E4693560B014A" level="section">Sec.â€‚1252.â€‚Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds.</toc-entry>

<toc-entry idref="HE782C4141AC448DB8CCA6220C250FCA7" level="section">Sec.â€‚1253.â€‚Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies.</toc-entry>

<toc-entry idref="H7052E4961CD54CAC90D3C1591ED772C5" level="section">Sec.â€‚1254.â€‚Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea.</toc-entry>

<toc-entry idref="H538796901E3E40C3881A3ED9FC746CED" level="section">Sec.â€‚1255.â€‚Report on direct, indirect, and burden-sharing contributions of Japan and South Korea.</toc-entry>

<toc-entry idref="H37C6C55660D242F3ABAABFF64D5ECCF5" level="section">Sec.â€‚1256.â€‚Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea.</toc-entry>

<toc-entry idref="H84869A418DA549C3990DEA5A35A18707" level="section">Sec.â€,1257.â€,Sense of Congress on North Korea.</toc-entry>

<toc-entry idref="H8270DDC12DEB4FC8ACB49D0576C6F16F" level="section">Sec.â€,1258.â€,Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines.</toc-entry>

<toc-entry idref="H6600CC7A9AE04AE1B2DC3EB0E3E141B5" level="section">Sec.â€,1259.â€,Report on security cooperation with the Philippine National Police.</toc-entry>

<toc-entry idref="HE70EA46D9E324567B7407811BEF35D7E" level="section">Sec.â€,1260.â€,Modification of annual report on military and security developments involving the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="H9D1FA77F71BF4942BF2CCBCEA66992D0" level="section">Sec.â€,1260A.â€,Report on foreign military activities in Pacific Island countries.</toc-entry>

<toc-entry idref="H24AEEDE724AC45CFB3593A96BBB3C1C9" level="section">Sec.â€,1260B.â€,Report on cybersecurity activities with Taiwan.</toc-entry>

<toc-entry idref="H42E1FA6CDFBB4E86AD8E30DD72F9A2D7" level="section">Sec.â€,1260C.â€,Review and report related to the Taiwan Relations Act.</toc-entry>

<toc-entry idref="HED4332F7DD0F45319E6CB0D70726C691" level="section">Sec.â€,1260D.â€,Sense of Congress on enhancement of the United States-Taiwan defense relationship.</toc-entry>

<toc-entry idref="H38BD1D57D08F4BE99C8CF306F069D2EE" level="section">Sec.â€,1260E.â€,Chinese foreign direct investment in countries of the Arctic region.</toc-entry>

<toc-entry idref="H8D4EAC69332E4B28A5E60B66F46CB3CE" level="section">Sec.â€,1260F.â€,Sense of Congress on policy toward Hong Kong.</toc-entry>

<toc-entry idref="H3328EECFB0DE4FC7BBA245C328AC5EE3" level="section">Sec.â€,1260G.â€,Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore.</toc-entry>

<toc-entry idref="HADA00BAFFD064BF5A7239C8767252206" level="section">Sec.â€,1260H.â€,Authority to transfer funds for Bien Hoa dioxin cleanup.</toc-entry>

<toc-entry idref="H3EE69AFADD4944D6BADAFDBF0F1BD428" level="section">Sec.â€,1260I.â€,Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security.</toc-entry>

<toc-entry idref="H0BA4CE78D51549F8BC391CA058752326" level="section">Sec.â€,1260J.â€,Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order.</toc-entry>

<toc-entry idref="HD24DC36CBC0046BD9E5487B7D391D095" level="section">Sec.â€,1260K.â€,Report on the lay-down of United States Marines in the Indo-Pacific Region.</toc-entry>

<toc-entry idref="H7C083C570A7A4E81B9C12952D5222CB7" level="subtitle">Subtitle Gâ€"Other matters</toc-entry>

<toc-entry idref="HEC10CB22C99E456CAA6786B97E319A5C" level="section">Sec.â€,1261.â€,Modification to report on legal and policy frameworks for the use of military force.</toc-entry>

<toc-entry idref="HA8666BE0504E4DA6AB92C819978A3633" level="section">Sec.â€,1262.â€,Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command.</toc-entry>

<toc-entry idref="H39003DD7780647698093D2046CE9F5F6"

level="section">Sec.â€,1263.â€,United States Central Command posture assessment and review.</toc-entry>

<toc-entry idref="H4D984F651DD1487CBC9FC5B35AC51B36" level="section">Sec.â€,1264.â€,Limitation on production of nuclear proliferation assessment statements.</toc-entry>

<toc-entry idref="H7F2EE260D78D4E0B816FD4EA12D12FB4" level="section">Sec.â€,1265.â€,Western Hemisphere resource assessment.</toc-entry>

<toc-entry idref="H8BF4B25F91974742A6757E94A0E0909E" level="section">Sec.â€,1266.â€,Human rights in Brazil.</toc-entry>

<toc-entry idref="H8620E0CBD56F4416A946ED1BE52258BE" level="section">Sec.â€,1267.â€,Certification relating to assistance for Guatemala.</toc-entry>

<toc-entry idref="H1D522F39FEE143E29ECAEA2A794BE520" level="section">Sec.â€,1268.â€,Independent analysis of human rights situation in Honduras.</toc-entry>

<toc-entry idref="H56EAF70832064A58A1170144C14914E1" level="section">Sec.â€,1269.â€,Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm.</toc-entry>

<toc-entry idref="H73FD05C700354734A09BA9D5FA269567" level="section">Sec.â€,1270.â€,Report on implications of Chinese military presence in Djibouti.</toc-entry>

<toc-entry idref="HA546141A53604BE2A155C544476F2F57" level="section">Sec.â€,1271.â€,Rule of construction on the permanent stationing of United States Armed Forces in Somalia.</toc-entry>

<toc-entry idref="HD79E3869B5A84E1BAE3C11A6D8654940" level="section">Sec.â€,1272.â€,Defense and diplomatic strategy for Libya.</toc-entry>

<toc-entry idref="HE7EB8FD62D2D44469BB2034D31DE8CC7" level="section">Sec.â€,1273.â€,Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen.</toc-entry>

<toc-entry idref="H12B92082D8F34D1FB6A5C85269710C1F" level="section">Sec.â€,1274.â€,Report on Saudi-led coalition strikes in Yemen.</toc-entry>

<toc-entry idref="HB224628DA1D14DA9A25BC6B6F492C150" level="section">Sec.â€,1275.â€,Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen.</toc-entry>

<toc-entry idref="HB2750A91B2214584B96F5C8CB206C041" level="section">Sec.â€,1276.â€,Report on Saudi Arabiaâ€™s human rights record.</toc-entry>

<toc-entry idref="H34CE4CA5AFA9485799A4C030EF349211" level="section">Sec.â€,1277.â€,Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi.</toc-entry>

<toc-entry idref="H8F897E793E844B768B32257E836F06AF" level="section">Sec.â€,1278.â€,United States-Israel cooperation to counter unmanned aerial systems.</toc-entry>

<toc-entry idref="H3505638B70754F8493EC464866BAF5DE" level="section">Sec.â€,1279.â€,Extension and modification of authority for United States-Israel anti-tunnel cooperation activities.</toc-entry>

<toc-entry idref="H4DFBE899BAE74BB89E43F780CC7BAC9E" level="section">Sec.â€,1280.â€,Report on cost imposition strategy.</toc-entry>

<toc-entry idref="HF8391CCA568449C8A22D633422DA735D" level="section">Sec.â€,1281.â€,Modification of initiative to support protection of national security academic researchers from undue influence and other security threats.</toc-entry>

<toc-entry idref="H30C9B4A1FF2941B797266AE62CC3C309" level="section">Sec.â€,1282.â€,Modification of responsibility for policy on civilian casualty matters.</toc-entry>

<toc-entry idref="H6EC4DF4CBA7A404EB5E2D1B9FFF48987" level="section">Sec.â€,1283.â€,Report on export of certain satellites to entities with certain beneficial ownership structures.</toc-entry>

<toc-entry idref="H6E7FE93599A847A7AF58BFEE5014A4D7" level="section">Sec.â€,1284.â€,Rule of construction relating to the use of military force.</toc-entry>

<toc-entry idref="HBAB417F8FA134D30A845C4C37DE54888" level="section">Sec.â€,1285.â€,Reports and briefings on use of military force and support of partner forces.</toc-entry>

<toc-entry idref="HDE5DBE477D964C9D9DB9A87D81022BC6" level="title">Title XIIIâ€"Cooperative Threat Reduction</toc-entry>

<toc-entry idref="HCA166B9CBE2F449CA529A29D6B1228FB" level="section">Sec.â€,1301.â€,Funding allocations; specification of cooperative threat reduction funds.</toc-entry>

<toc-entry idref="H9869F1DF992D4F039D480E535C21DDAF" level="title">Title XIVâ€"Other Authorizations</toc-entry>

<toc-entry idref="H56DF4611060949179779BD9CCD510DDF" level="subtitle">Subtitle Aâ€"Military programs</toc-entry>

<toc-entry idref="H0ADB8052140D44B4ADD98B191412CA15" level="section">Sec.â€,1401.â€,Working capital funds.</toc-entry>

<toc-entry idref="H106F8CC5DD744F62B495807C4BF720E3" level="section">Sec.â€,1402.â€,Chemical agents and munitions destruction, defense.</toc-entry>

<toc-entry idref="H3FD51E9E60AD4C15896BCC9874A45B9A" level="section">Sec.â€,1403.â€,Drug interdiction and counter-drug activities, defense-wide.</toc-entry>

<toc-entry idref="H6387368C4A854CC58E5F1F400D33BFA8" level="section">Sec.â€,1404.â€,Defense inspector general.</toc-entry>

<toc-entry idref="HE4C7E16770C34E5B83D4BC0A4EFF9642" level="section">Sec.â€,1405.â€,Defense health program.</toc-entry>

<toc-entry idref="H6375265F8F3841EFB7E1531AB5D964B5" level="subtitle">Subtitle Bâ€"Other matters</toc-entry>

<toc-entry idref="HAC1EE2A59A5045299C7A6218CE960BEF" level="section">Sec.â€,1411.â€,Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.</toc-entry>

<toc-entry idref="H516952D194254373A2CA049371CDFDF4" level="section">Sec.â€,1412.â€,Authorization of appropriations for Armed Forces Retirement Home.</toc-entry>

<toc-entry idref="H548F016267984BCB8D0C0893846091A0" level="title">Title XVâ€"Authorization of additional appropriations for overseas contingency operations</toc-entry>

<toc-entry idref="HB74F324FBADF4C59A3191368FA24896E" level="section">Sec.â€,1501.â€,Purpose.</toc-entry>

<toc-entry idref="HC70D6EB51F89440BA0CA35D31BBC91FA" level="section">Sec.â€,1502.â€,Treatment as additional authorizations.</toc-entry>

<toc-entry idref="HA71AAC7129CF4BE38152B85B77A9779C" level="subtitle">Subtitle Aâ€"Authorization of appropriations for overseas contingency operations</toc-entry>

<toc-entry idref="H6A3914AA4AC74AF0B826D00594BE8E1A" level="section">Sec.â€,1511.â€,Overseas contingency operations.</toc-entry>

<toc-entry idref="H3875B8F4AD5C449B94A63D30729B07EF" level="section">Sec.â€,1512.â€,Procurement.</toc-entry>

<toc-entry idref="H9F5F06DA268D49978E1BF6397D8A5CA6" level="section">Sec.â€,1513.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="HB490909711FD4A1D8575CE4B23D27155" level="section">Sec.â€,1514.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="HD02A94BC890D495EA17103A83B12314E" level="section">Sec.â€,1515.â€,Military personnel.</toc-entry>

<toc-entry idref="HE17A0CC23ED04EDCA39C271E8ABE974B" level="section">Sec.â€,1516.â€,Working capital funds.</toc-entry>

<toc-entry idref="H0532ED0D529D41689DB1D1319D20AD4F" level="section">Sec.â€,1517.â€,Drug interdiction and counter-drug activities, defense-wide.</toc-entry>

<toc-entry idref="H3F413F2092E54F7EBEC415188DCE374E" level="section">Sec.â€,1518.â€,Defense inspector general.</toc-entry>

<toc-entry idref="H54ED504F410A4F1F82B61620ED40353D" level="section">Sec.â€,1519.â€,Defense health program.</toc-entry>

<toc-entry idref="H518E36A6B00540FBB776606039B0BCAF" level="section">Sec.â€,1520.â€,Afghanistan security forces fund.</toc-entry>

<toc-entry idref="H90CFE0A829D344D09A7DE460983DCB9A" level="section">Sec.â€,1520A.â€,Special transfer authority.</toc-entry>

<toc-entry idref="H96703BF979CD4424BD887B26E2F85FF1" level="subtitle">Subtitle Bâ€"Authorization of appropriations for emergency funds for recovery and restoration</toc-entry>

<toc-entry idref="H2BA3C7D1BB9245229F55E9D9D406373D" level="section">Sec.â€,1521.â€,Procurement.</toc-entry>

<toc-entry idref="HF2D0357A38E542BD8E15EE5526C6F16C" level="section">Sec.â€,1522.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H99F4ADD12C644E499CC115D3864D879D" level="section">Sec.â€,1523.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="HBD07D7B0D19B483883E62531C4216A34" level="section">Sec.â€,1524.â€,Restriction on transfer of funds authorized by this subtitle.</toc-entry>

<toc-entry idref="HFE4D0C87697D44E6922D3B3BC05B27DA" level="title">Title XVIâ€"Strategic Programs, Cyber, and Intelligence Matters</toc-entry>

<toc-entry idref="HFD33B62E966F4EA595EF7602000C4425" level="subtitle">Subtitle Aâ€"Space Activities</toc-entry>

<toc-entry idref="H6072F892A7F742C0A1591A5B9661275D" level="section">Sec.â€,1601.â€,Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command.</toc-entry>

<toc-entry idref="H88C88E3C2ECA4B4982CEB940BDF1B85F" level="section">Sec.â€,1602.â€,Coordination of modernization efforts relating to military-code capable GPS receiver cards.</toc-entry>

<toc-entry idref="H883348FE733447C49F586DB058D4982D" level="section">Sec.â€,1603.â€,Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System.</toc-entry>

<toc-entry idref="HB8D62B54D3474552A0204038CF6F5AF2" level="section">Sec.â€,1604.â€,Annual determination on plan on full integration and exploitation of overhead persistent infrared capability.</toc-entry>

<toc-entry idref="HD32F3EBD1A0C4A4FAD18A196B12B4767" level="section">Sec.â€,1605.â€,Space-based environmental monitoring mission

requirements.</toc-entry>

<toc-entry idref="H1516B3A3E3114656AE62A0E821D42359" level="section">Sec.â€,1606.â€,Resilient enterprise ground architecture.</toc-entry>

<toc-entry idref="H09F95D549AE74944B607F3C71B0E0E32" level="section">Sec.â€,1607.â€,Prototype program for multi-global navigation satellite system receiver development.</toc-entry>

<toc-entry idref="H0854E70788C6410096EC97233B64E903" level="section">Sec.â€,1608.â€,Commercial space situational awareness capabilities.</toc-entry>

<toc-entry idref="HE719D699BEAF4E778FE94D7FA02C4324" level="section">Sec.â€,1609.â€,Program to enhance and improve launch support and infrastructure.</toc-entry>

<toc-entry idref="H2B9940190AA345E692111116A07694B6" level="section">Sec.â€,1610.â€,Preparation to implement plan for use of allied launch vehicles.</toc-entry>

<toc-entry idref="H68F146F6FABB4FD49C5759B66753C4CA" level="section">Sec.â€,1611.â€,Independent study on plan for deterrence in space.</toc-entry>

<toc-entry idref="H06836B9DDFFB451C9FF7F1F85C61E32E" level="section">Sec.â€,1612.â€,Study on leveraging diverse commercial satellite remote sensing capabilities.</toc-entry>

<toc-entry idref="H334F23E4847D4BD5BEF4460CF52642D8" level="section">Sec.â€,1613.â€,Annual report on Space Command and Control program.</toc-entry>

<toc-entry idref="H7806D9C4A8EA46D9B99708446E1DEA0D" level="section">Sec.â€,1614.â€,Report on space debris.</toc-entry>

<toc-entry idref="HCC60BDB0151F4932AFC323F20A75D9E7" level="subtitle">Subtitle Bâ€"Defense Intelligence and Intelligence-Related Activities</toc-entry>

<toc-entry idref="H0EF5C5EA66E94300A25446F2BCDE563E" level="section">Sec.â€,1621.â€,Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security.</toc-entry>

<toc-entry idref="HC179170BFE334FB0896D963FC510167D" level="section">Sec.â€,1622.â€,Modifications to ISR Integration Council and annual briefing requirements.</toc-entry>

<toc-entry idref="H8AE729A97B3541EAAB42408EC9DCEDA4" level="section">Sec.â€,1623.â€,Modification of annual authorization of appropriations for National Flagship Language Initiative.</toc-entry>

<toc-entry idref="HF4453BC30B084DDF9BAB4F0720E8C664" level="section">Sec.â€,1624.â€,Improving the onboarding methodology for intelligence personnel.</toc-entry>

<toc-entry idref="H0E12C3D5ACCC4E5EA2240A0224974142" level="section">Sec.â€,1625.â€,Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data.</toc-entry>

<toc-entry idref="H8A7B855F816949C3BA4167DEC180B6CD" level="section">Sec.â€,1626.â€,Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements.</toc-entry>

<toc-entry idref="HB156B74333D04CB79AE133F5775EC4EC" level="section">Sec.â€,1627.â€,Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H409707DC68A34F9BB63B0B79E8B6D430" level="section">Sec.â€,1628.â€,Report on the expanded purview of the Defense Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H1AD864C142794FF29F4ABFA8B5335FD8" level="section">Sec.â€,1629.â€,Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities.</toc-entry>

<toc-entry idref="HDFD1D38F5B5544B0AA0E7CF40E5F4077" level="subtitle">Subtitle Câ€"Cyberspace-Related Matters</toc-entry>

<toc-entry idref="HDC33CABAB33449BF993B922F1D64E37D" level="section">Sec.â€,1631.â€,Matters relating to military operations in the information environment.</toc-entry>

<toc-entry idref="H74D96D8F146546F49C6899C0B02D6C03" level="section">Sec.â€,1632.â€,Notification requirements for sensitive military cyber operations.</toc-entry>

<toc-entry idref="HAFEE3B18172343C2B276E2205070AB83" level="section">Sec.â€,1633.â€,Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense.</toc-entry>

<toc-entry idref="HE74D9DEEE20E4F2381BFA4AB4E4C351B" level="section">Sec.â€,1634.â€,Quarterly assessments of the readiness of Cyber Mission Forces.</toc-entry>

<toc-entry idref="HE0A9EB25A05248B3ADC757DB986FBC15" level="section">Sec.â€,1635.â€,Cyber posture review.</toc-entry>

<toc-entry idref="HB20E14973FCF48FABF52B1D6A44E9C6A" level="section">Sec.â€,1636.â€,Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command.</toc-entry>

<toc-entry idref="HDE8B1064BE554670B138FEDB0B58D79B" level="section">Sec.â€,1637.â€,Modification of cyber scholarship program.</toc-entry>

<toc-entry idref="H32DB56F9F9474A99A9FF92770B7F146D" level="section">Sec.â€,1638.â€,Tier 1 exercise of support to civil authorities for a cyber incident.</toc-entry>

<toc-entry idref="HD490109F3B1449BA8323F390D656D81C" level="section">Sec.â€,1639.â€,Extension of the Cyberspace Solarium Commission.</toc-entry>

<toc-entry idref="H10DAF99AB2D142C2A1401ACD286ABE41" level="section">Sec.â€,1640.â€,Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects.</toc-entry>

<toc-entry idref="H6C26538D57384836BAC5B44D3E73CBB8" level="section">Sec.â€,1641.â€,Role of Chief Information Officer in improving enterprise-wide cybersecurity.</toc-entry>

<toc-entry idref="HADF19202A04C4857BD86F90D7B6AD6EE" level="section">Sec.â€,1642.â€,Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace.</toc-entry>

<toc-entry idref="H661E163742CC405C9FB69BCD1F397D91" level="section">Sec.â€,1643.â€,Limitation of funding for Consolidated Afloat Networks and Enterprise Services.</toc-entry>

<toc-entry idref="H0C727E3010524EEBAD9D7AC92E90B3EE" level="section">Sec.â€,1644.â€,Annual military cyberspace operations report.</toc-entry>

<toc-entry idref="HE63F3E4DC6F9484AA324C9DA60040B87" level="section">Sec.â€,1645.â€,Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities.</toc-entry>

<toc-entry idref="HF510AB1A8A7B46AC8E7D782E4E243F66" level="section">Sec.â€,1646.â€,Control and analysis of Department of Defense data stolen through cyberspace.</toc-entry>

<toc-entry idref="HC0485C3BC67D48BDA39B02724A54C9EC" level="section">Sec.â€,1647.â€,Use

of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.</toc-entry>

<toc-entry idref="H687CC66681AA4A8DB6AFC9C25B715821" level="section">Sec.â€‚1648.â€‚Framework to enhance cybersecurity of the United States defense industrial base.</toc-entry>

<toc-entry idref="H709EAB3F27354D2D925E55BD5F4D0AE9" level="section">Sec.â€‚1649.â€‚Report on cybersecurity training programs.</toc-entry>

<toc-entry idref="H89307DC272FF4C409ECB07DCF1A889A2" level="section">Sec.â€‚1650.â€‚National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.</toc-entry>

<toc-entry idref="H937858E186F3476D976AB151B629ADA4" level="section">Sec.â€‚1651.â€‚Reorientation of Big Data Platform program.</toc-entry>

<toc-entry idref="HBF7CFF5240474CB5B9A4B22CEBA74C04" level="section">Sec.â€‚1652.â€‚Zero-based review of Department of Defense cyber and information technology personnel.</toc-entry>

<toc-entry idref="H0EA0AFF0CF8644298FCEB87826D56AD6" level="section">Sec.â€‚1653.â€‚Study on improving cyber career paths in the Navy.</toc-entry>

<toc-entry idref="HA4ABE9726B23459291F575024A5E2D04" level="section">Sec.â€‚1654.â€‚Accreditation standards and processes for cybersecurity and information technology products and services.</toc-entry>

<toc-entry idref="H1490D1EC6823455E816F2B210C5C30DB" level="section">Sec.â€‚1655.â€‚Study on future cyber warfighting capabilities of Department of Defense.</toc-entry>

<toc-entry idref="H4258FD56FD664C9585CB78A948E95DFD" level="section">Sec.â€‚1656.â€‚Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquartersâ€"Cyber Organizations, Joint Mission Operations Centers, and Cyber Operationsâ€"Integrated Planning Elements.</toc-entry>

<toc-entry idref="HCF92C06ADB1C4973B5E28B73FB1C00A7" level="section">Sec.â€‚1657.â€‚Cyber governance structures and Principal Cyber Advisors on military cyber force matters.</toc-entry>

<toc-entry idref="H31A5EE280A63405A9127038845886CE8" level="section">Sec.â€‚1658.â€‚Designation of test networks for testing and accreditation of cybersecurity products and services.</toc-entry>

<toc-entry idref="HCACED52A9DF642B285C6FF7E60512375" level="section">Sec.â€‚1659.â€‚Consortia of universities to advise Secretary of Defense on cybersecurity matters.</toc-entry>

<toc-entry idref="HFFA0DF923AC74E779F3C736FB37D67CB" level="section">Sec.â€‚1660.â€‚Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.</toc-entry>

<toc-entry idref="H239143AE08204A3A95DBAB020EC00D16" level="subtitle">Subtitle Dâ€"Nuclear Forces</toc-entry>

<toc-entry idref="HA2CF26DDE66F48758209070E9B90BF57" level="section">Sec.â€‚1661.â€‚Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.</toc-entry>

<toc-entry idref="H848FECAD97294F9492FE1C4B6BD14FF4" level="section">Sec.â€‚1662.â€‚Modification of authorities relating to nuclear command, control, and communications system.</toc-entry>

<toc-entry idref="HC8C42EAA6186447783B39AAC12AD46E2" level="section">Sec.â€‚1663.â€‚Briefings on meetings held by Nuclear Weapons Council.</toc-entry>

<toc-entry idref="HA0829A386AFA4AC8826C4FEA3CD72134" level="section">Sec.â€‚1664.â€‚Consideration of budget matters at meetings of Nuclear

Weapons Council.</toc-entry>

<toc-entry idref="H9BE6215C172A4E3C9A62634FE839F30E" level="section">Sec.â€‚1665.â€‚Improvement to annual report on the modernization of the nuclear weapons enterprise.</toc-entry>

<toc-entry idref="H7C94C247D6BE44998C0B946D0FEBCBB6" level="section">Sec.â€‚1666.â€‚Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.</toc-entry>

<toc-entry idref="HCED5CA9522424B0ABDD0FEBCBC2A6B2D" level="section">Sec.â€‚1667.â€‚Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.</toc-entry>

<toc-entry idref="HC1D8711D5C3C44CCBEA0B4E363836C63" level="section">Sec.â€‚1668.â€‚Elimination of conventional requirement for long-range standoff weapon.</toc-entry>

<toc-entry idref="H123ADBE2985E4B12B38A10547C54EB9F" level="section">Sec.â€‚1669.â€‚Briefing on long-range standoff weapon and sea-launched cruise missile.</toc-entry>

<toc-entry idref="HFB814AA08CF84A66B066917DA0842D76" level="section">Sec.â€‚1670.â€‚Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.</toc-entry>

<toc-entry idref="HDA60329D330246839671A7789CBF8828" level="section">Sec.â€‚1671.â€‚Reports on development of ground-based strategic deterrent weapon.</toc-entry>

<toc-entry idref="H62CBD127C8FD451399667BC97E0FA974" level="section">Sec.â€‚1672.â€‚Prohibition on reduction of the intercontinental ballistic missiles of the United States.</toc-entry>

<toc-entry idref="HE8383647BB6C4611B341DD1FE6341F15" level="section">Sec.â€‚1673.â€‚Independent study on policy of no-first-use of nuclear weapons.</toc-entry>

<toc-entry idref="H0E2AB082BC2C45B9A81A6AA7852DBC79" level="section">Sec.â€‚1674.â€‚Independent study on risks of nuclear terrorism and nuclear war.</toc-entry>

<toc-entry idref="H5D0D234566AA4AFB8BA3DE017EE821EC" level="section">Sec.â€‚1675.â€‚Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.</toc-entry>

<toc-entry idref="H38CB2215CD134EE6B123FD235D6CE934" level="section">Sec.â€‚1676.â€‚Report on nuclear forces of the United States and near-peer countries.</toc-entry>

<toc-entry idref="H41198EDDF6DB43C9ADBB3F4BEACCBCFB" level="section">Sec.â€‚1677.â€‚Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="HC71395D851A4451AA1207351585A9693" level="section">Sec.â€‚1678.â€‚Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="H8B274A49AE5C459EB8E5B94F6092301E" level="section">Sec.â€‚1679.â€‚Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.</toc-entry>

<toc-entry idref="HD5DD874BDAFD42D8A013990B577C23C2" level="section">Sec.â€‚1680.â€‚Sense of Congress on nuclear deterrence commitments of the United States.</toc-entry>

<toc-entry idref="HA920B3E43D57449394723F0A5A3B48B0" level="subtitle">Subtitle Eâ€"Missile Defense Programs</toc-entry>

<toc-entry idref="H183BE8CACF4B43F48C2B90556258F0D3"

level="section">Sec.â€,1681.â€,National missile defense policy.</toc-entry>

<toc-entry idref="H3EBE848E7E244B35A9BF47DC03D99420" level="section">Sec.â€,1682.â€,Development of space-based ballistic missile intercept layer.</toc-entry>

<toc-entry idref="HD24574A9139A4CB5BDDC4CF721F067AE" level="section">Sec.â€,1683.â€,Development of hypersonic and ballistic missile tracking space sensor payload.</toc-entry>

<toc-entry idref="H00BF8CCFF4D5474DBDD30A9CE2596A4F" level="section">Sec.â€,1684.â€,Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.</toc-entry>

<toc-entry idref="H8AB819232116469EB9F2B08A527F0371" level="section">Sec.â€,1685.â€,Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.</toc-entry>

<toc-entry idref="H3564EB50DDC341FE84B3CE04BD7252E6" level="section">Sec.â€,1686.â€,Limitation on availability of funds for lower tier air and missile defense sensor.</toc-entry>

<toc-entry idref="H7ED2C446B862466FA9F7F8ED66CF2018" level="section">Sec.â€,1687.â€,Plan for the redesigned kill vehicle replacement.</toc-entry>

<toc-entry idref="HF30E839F224A44FDBAF1C86BCFCC90BC" level="section">Sec.â€,1688.â€,Organization, authorities, and billets of the Missile Defense Agency.</toc-entry>

<toc-entry idref="H7CC0D58F9A2647CF899D614E8FDA9A02" level="section">Sec.â€,1689.â€,Annual assessment of ballistic missile defense system.</toc-entry>

<toc-entry idref="HC216E7FD4A1B4D9D8F2C48E0E7E4EB18" level="section">Sec.â€,1690.â€,Command and control, battle management, and communications program.</toc-entry>

<toc-entry idref="H1C70AC6F73C843B0BBFA088744478AFB" level="section">Sec.â€,1691.â€,Missile defense interceptor site in contiguous United States.</toc-entry>

<toc-entry idref="H79B821B0909D4690AE8DBFF80D1BAAA7" level="section">Sec.â€,1692.â€,Independent study on impacts of missile defense development and deployment.</toc-entry>

<toc-entry idref="HFE960C7F5DFA4408AABD3E43A2E407A0" level="section">Sec.â€,1693.â€,Report and briefing on multi-volume kill capability.</toc-entry>

<toc-entry idref="HBEB305F4E4774A54B20C1F38E60FC9A7" level="subtitle">Subtitle Fâ€"Other matters</toc-entry>

<toc-entry idref="H47BCCAA988F7458E9C8E7B03B2EC6968" level="section">Sec.â€,1694.â€,Extension of authorization for protection of certain facilities and assets from unmanned aircraft.</toc-entry>

<toc-entry idref="HF584E991D8CA4A8E9EEE071C57552673" level="section">Sec.â€,1695.â€,Repeal of requirement for commission on electromagnetic pulse attacks and similar events.</toc-entry>

<toc-entry idref="H4379E28D48E14CDD952C35486AEE51EC" level="section">Sec.â€,1696.â€,Repeal of review requirement for ammonium perchlorate report.</toc-entry>

<toc-entry idref="H32F9CC189E30498EBFDAE612D5744B93" level="section">Sec.â€,1697.â€,Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms.</toc-entry>

<toc-entry idref="HF93A55DAF5254CC78B13C2E6267C1B40" level="section">Sec.â€,1698.â€,Prohibition on availability of funds for certain

offensive ground-launched ballistic or cruise missile systems.</toc-entry>

<toc-entry idref="H7C55A604D05448B5AE259E9792890952" level="section">Sec.â€,1699.â€,Hard and deeply buried targets.</toc-entry>

<toc-entry idref="H0170ABBD8745452AA6EBBA1EC12479B4" level="title">Title XVIIâ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H73B0E78C0EB947DDBDD5D73F9D2B4B54" level="subtitle">Subtitle Aâ€"Studies and Reports</toc-entry>

<toc-entry idref="HC67D1D6A47B94C2D9DD75907A16A3540" level="section">Sec.â€,1701.â€,Modification of annual reporting requirements on defense manpower.</toc-entry>

<toc-entry idref="H0EA5A380A2CE4863A0B0244F37364F22" level="section">Sec.â€,1702.â€,Termination of requirement for submittal to Congress of certain recurring reports.</toc-entry>

<toc-entry idref="H82BA7F5128D646CABB2ABE03B4B3DFD8" level="section">Sec.â€,1703.â€,Modification of annual report on civilian casualties in connection with United States military operations.</toc-entry>

<toc-entry idref="H57DA6D5D421D45D0899B478D34BC980A" level="section">Sec.â€,1704.â€,Extension of requirement for briefings on the national biodefense strategy.</toc-entry>

<toc-entry idref="H176594B16A1142D38B65D4F77B451724" level="section">Sec.â€,1705.â€,Authorization of appropriations for title III of the Defense Production Act of 1950.</toc-entry>

<toc-entry idref="HCB5D47294C824F6BB43E3A66BF536A4C" level="section">Sec.â€,1706.â€,Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic.</toc-entry>

<toc-entry idref="H060659262584475A8CB1720046100A38" level="section">Sec.â€,1707.â€,Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense.</toc-entry>

<toc-entry idref="HB32FFC0440B24A78B39E4EF54680A379" level="section">Sec.â€,1708.â€,Report and briefing on implementation of national defense strategy.</toc-entry>

<toc-entry idref="H179DB4BA5D88499286B557F33D0AAAD0" level="section">Sec.â€,1709.â€,Actions to increase analytic support.</toc-entry>

<toc-entry idref="HBBF92E7D64FE4906AE2A9C135DFF4F2B" level="section">Sec.â€,1710.â€,Inclusion of certain individuals investigated by Inspectors General in the semiannual report.</toc-entry>

<toc-entry idref="HBD1DBF74F93248179B3A738A47124244" level="section">Sec.â€,1711.â€,Annual report on Joint Military Information Support Operations Web Operations Center.</toc-entry>

<toc-entry idref="HB79D1451CB9E40FCBDE9D2FD69D82041" level="section">Sec.â€,1712.â€,Mobility capability requirements study.</toc-entry>

<toc-entry idref="H8C4CE78DC8C2473DAC9A6D9C2DF4AFAE" level="section">Sec.â€,1713.â€,Assessment of special operations force structure.</toc-entry>

<toc-entry idref="HD3410F3A655D4862AFDDEE7CB49D6D95" level="section">Sec.â€,1714.â€,Army aviation strategic plan and modernization roadmap.</toc-entry>

<toc-entry idref="H76D5485E00AB4180AA0DA073FBF5FFC5" level="section">Sec.â€,1715.â€,Report on ground-based long-range artillery to counter land and maritime threats.</toc-entry>

<toc-entry idref="H585B9E4749524E5BA8B8C11D553B3A0E" level="section">Sec.â€,1716.â€,Independent review of transportation working-capital

fund.</toc-entry>

<toc-entry idref="H601A9819FA75416495FD40DA77F0C3AB" level="section">Sec.â€,1717.â€,Geographic command risk assessment of proposed use of certain aircraft capabilities.</toc-entry>

<toc-entry idref="HA539C32C015C41979FC5C728DF29398F" level="section">Sec.â€,1718.â€,Report on backlog of personnel security clearance adjudications.</toc-entry>

<toc-entry idref="HFB3DD7B73C3D4C2184FA90E4F40CA5D5" level="section">Sec.â€,1719.â€,Report regarding outstanding Government Accountability Office recommendations.</toc-entry>

<toc-entry idref="HC6992270D7EE4FEB8408A0AABB6F8962" level="section">Sec.â€,1720.â€,Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents.</toc-entry>

<toc-entry idref="H7CA202BDD6FF46748E729B6CA374435A" level="section">Sec.â€,1721.â€,Assessment of standards, processes, procedures, and policy relating to civilian casualties.</toc-entry>

<toc-entry idref="H34AC2A804C0E46EB8C3B07C0C2831E7F" level="section">Sec.â€,1722.â€,Report on transfers of equipment to prohibited entities.</toc-entry>

<toc-entry idref="H139C902AF2324119BEA84BCDDAA4C528" level="section">Sec.â€,1723.â€,Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities.</toc-entry>

<toc-entry idref="H8B8FE0461EE8424999EFEDD5ED6C0BA8" level="section">Sec.â€,1724.â€,Review and assessment of mitigation of military helicopter noise.</toc-entry>

<toc-entry idref="H626D138F6D3E49D68982E0E85FF37059" level="subtitle">Subtitle Bâ€"Other Matters</toc-entry>

<toc-entry idref="H4D46DEDAE41842ACA340E722A45D8CFE" level="section">Sec.â€,1731.â€,Technical, conforming, and clerical amendments.</toc-entry>

<toc-entry idref="H29DEA602C1384F138DD7A804783E36F5" level="section">Sec.â€,1732.â€,Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification.</toc-entry>

<toc-entry idref="HB3D698431F124DE3956CE0DFAA5B586E" level="section">Sec.â€,1733.â€,Clarification of authority of Inspectors General for overseas contingency operations.</toc-entry>

<toc-entry idref="H9CF571D1F3CE483BAF73FAFA6233FFA6" level="section">Sec.â€,1734.â€,Employment status of annuitants for Inspectors General for overseas contingency operations.</toc-entry>

<toc-entry idref="HA140D9E232694C7885508DBCA9CAA10A" level="section">Sec.â€,1735.â€,Extension of National Security Commission on Artificial Intelligence.</toc-entry>

<toc-entry idref="H0E6CC2399F93404480EE30B66A3D351D" level="section">Sec.â€,1736.â€,Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense.</toc-entry>

<toc-entry idref="H14542ECCD8464684BF65EF9190249EC6" level="section">Sec.â€,1737.â€,Extension of postage stamp for breast cancer research.</toc-entry>

<toc-entry idref="H59922328CA514D4AB81D932BF7AD6719" level="section">Sec.â€,1738.â€,National Commission on Military Aviation Safety.</toc-entry>

<toc-entry idref="HF292DEF62DAB4E2CA6163D21E4A1F39B" level="section">Sec.â€,1739.â€,Guarantee of residency for spouses of members of the

uniformed services.</toc-entry>

<toc-entry idref="HE27F3C3AEB764D3AAD7F057349D55AEF" level="section">Sec.â€,1740.â€,Electromagnetic pulses and geomagnetic disturbances.</toc-entry>

<toc-entry idref="HF9AD0CDECEC3405BB9CEE1A72F0CC896" level="section">Sec.â€,1741.â€,Improvements to Manufacturing USA Program.</toc-entry>

<toc-entry idref="H6005D86825EB40839FEFE9A9A559F91C" level="section">Sec.â€,1742.â€,Regional innovation program.</toc-entry>

<toc-entry idref="H55E6D00212AC41A4881CDC7469454888" level="section">Sec.â€,1743.â€,Aviation workforce development.</toc-entry>

<toc-entry idref="H12BC1D0D6A5D46A382F22805CBE05CED" level="section">Sec.â€,1744.â€,Oversight of Department of Defense execute orders.</toc-entry>

<toc-entry idref="H8E826EAB83204C3AA3414922F66CBD9B" level="section">Sec.â€,1745.â€,Processes and procedures for notifications regarding special operations forces.</toc-entry>

<toc-entry idref="HD7560725EFB84E95940184AD60C11AD8" level="section">Sec.â€,1746.â€,Securing American science and technology.</toc-entry>

<toc-entry idref="H6B04B659FEB0425BB41810C35EAA9578" level="section">Sec.â€,1747.â€,Standardized policy guidance for calculating aircraft operation and sustainment costs.</toc-entry>

<toc-entry idref="H313139E3F20D431C8ECBBD6C43E16357" level="section">Sec.â€,1748.â€,Special Federal Aviation Regulation Working Group.</toc-entry>

<toc-entry idref="HA8830453BE3B4A02B2677F9DA28B77AB" level="section">Sec.â€,1749.â€,Prohibition on names related to the Confederacy.</toc-entry>

<toc-entry idref="HB5B1298F8E7C4DDA88F1FBB7AC09081C" level="section">Sec.â€,1750.â€,Support for National Maritime Heritage Grants program.</toc-entry>

<toc-entry idref="HE3CA36EABD88478194A5B4E5020CA176" level="section">Sec.â€,1751.â€,Support for world language advancement and readiness.</toc-entry>

<toc-entry idref="HC14874B3D7414E5CBDCDA8458502C860" level="section">Sec.â€,1752.â€,Designation of Department of Defense strategic Arctic ports.</toc-entry>

<toc-entry idref="H1835A970A2DB44C093F1F59560ED761A" level="section">Sec.â€,1753.â€,Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure .</toc-entry>

<toc-entry idref="H69BFF851114846218F5E246C3917CCDC" level="section">Sec.â€,1754.â€,Comprehensive Department of Defense policy on collective self-defense.</toc-entry>

<toc-entry idref="H2615933416BD4EF9A341BCC34A4D9E26" level="section">Sec.â€,1755.â€,Policy regarding the transition of data and applications to the cloud.</toc-entry>

<toc-entry idref="H75581AE3D1854399A8040B18EBA97AC3" level="section">Sec.â€,1756.â€,Integrated public alert and warning system.</toc-entry>

<toc-entry idref="H700EFA00E29E4301A440B4F7B0E2389D" level="section">Sec.â€,1757.â€,Improving quality of information in background investigation request packages.</toc-entry>

<toc-entry idref="H6E5216103E7445C083825542417055CF" level="section">Sec.â€,1758.â€,Parole in place for members of the Armed Forces and certain military dependents.</toc-entry>

<toc-entry idref="H0C902C2C143C4C46B19275F28EC046A9" level="section">Sec.â€‚1759.â€‚Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense.</toc-entry>

<toc-entry idref="HB9F50E6F1FF94527A873239F54D62F05" level="section">Sec.â€‚1760.â€‚Military type certification for light attack experimentation aircraft.</toc-entry>

<toc-entry idref="HC79E1945972E4458B6FE78C322A591BD" level="division">Division Bâ€"Military Construction Authorizations</toc-entry>

<toc-entry idref="HB86691D63C854B5D80F4319F9F2798E4" level="section">Sec.â€‚2001.â€‚Short title.</toc-entry>

<toc-entry idref="HB86BA16E7536431C8E09CE013808C67D" level="section">Sec.â€‚2002.â€‚Expiration of authorizations and amounts required to be specified by law.</toc-entry>

<toc-entry idref="HAFE5BB21E8B546E6B3288F3172A42535" level="section">Sec.â€‚2003.â€‚Effective date.</toc-entry>

<toc-entry idref="H4EE24E5DBEAC40B0B945D1EBA581196A" level="title">Title XXIâ€"Army Military Construction</toc-entry>

<toc-entry idref="HF439B610C8E34AFF8D228E0E3745615F" level="section">Sec.â€‚2101.â€‚Authorized Army construction and land acquisition projects.</toc-entry>

<toc-entry idref="HF11421B6ECFA4A42A2CEB946F9444D46" level="section">Sec.â€‚2102.â€‚Family housing.</toc-entry>

<toc-entry idref="H15EE29EA473A456092E4160200972F7B" level="section">Sec.â€‚2103.â€‚Authorization of appropriations, Army.</toc-entry>

<toc-entry idref="H991893F21B124747BA6D0A6984E5A8E4" level="section">Sec.â€‚2104.â€‚Modification of authority to carry out certain fiscal year 2019 projects.</toc-entry>

<toc-entry idref="H99896A966E864FCABFED6A1EE6C3E495" level="title">Title XXIIâ€"Navy Military Construction</toc-entry>

<toc-entry idref="HC846BDD7E6AF4735B3CD40994833F9F5" level="section">Sec.â€‚2201.â€‚Authorized Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="H13063363552E4777AB21AB5F48D38BA9" level="section">Sec.â€‚2202.â€‚Family housing.</toc-entry>

<toc-entry idref="H35FFC76E03AD45A3995B05A18D326FBF" level="section">Sec.â€‚2203.â€‚Improvements to military family housing units.</toc-entry>

<toc-entry idref="H10C099289D9A45E2BDE45586E2ADFA1F" level="section">Sec.â€‚2204.â€‚Authorization of appropriations, Navy.</toc-entry>

<toc-entry idref="HDAA0B6A7D011430B8C42C09DDFC54DD3" level="section">Sec.â€‚2205.â€‚Modification of authority to carry out certain fiscal year 2017 project.</toc-entry>

<toc-entry idref="H7FA5387732674675AF996BA8883853CF" level="title">Title XXIIIâ€"Air Force Military Construction</toc-entry>

<toc-entry idref="HFB11C9FF63014BA6A616739E2371DC84" level="section">Sec.â€‚2301.â€‚Authorized Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H9680199BFD9141A0A9DC00BFD2723CE4" level="section">Sec.â€‚2302.â€‚Family housing.</toc-entry>

<toc-entry idref="H133A0487D26B45CAB8FF7EF6E665418D" level="section">Sec.â€‚2303.â€‚Improvements to military family housing units.</toc-entry>

<toc-entry idref="HC493A7E8C5634AFEAEE5930272CF1051" level="section">Sec.â€,2304.â€,Authorization of appropriations, Air Force.</toc-entry>

<toc-entry idref="H9247FC6474C049C29425DCBB9CB3341E" level="section">Sec.â€,2305.â€,Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation.</toc-entry>

<toc-entry idref="HE1923237672140659D9D759F9E04F9CB" level="section">Sec.â€,2306.â€,Modification of authority to carry out certain fiscal year 2016 project.</toc-entry>

<toc-entry idref="H7FBF335484F84772BEA1D9A4EB9A6041" level="section">Sec.â€,2307.â€,Modification of authority to carry out certain fiscal year 2017 project.</toc-entry>

<toc-entry idref="H59DEF307D442431DB791663973E11FE0" level="section">Sec.â€,2308.â€,Modification of authority to carry out certain fiscal year 2018 projects.</toc-entry>

<toc-entry idref="HD83ABF65B08B40CA868E9F3AB520256C" level="section">Sec.â€,2309.â€,Modification of authority to carry out certain fiscal year 2019 projects.</toc-entry>

<toc-entry idref="HAAA7B9CFC69241809C3FCA9D60598218" level="title">Title XXIVâ€"Defense Agencies Military Construction</toc-entry>

<toc-entry idref="H923E58F951134AC9A08D6032C86B3329" level="section">Sec.â€,2401.â€,Authorized Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="H3B4F0F58B0F04DA5967278AC842DF88C" level="section">Sec.â€,2402.â€,Authorized Energy Resilience and Conservation Investment Program projects.</toc-entry>

<toc-entry idref="H1CDC6D4B3D0C41488772FAC0740BD742" level="section">Sec.â€,2403.â€,Authorization of appropriations, Defense Agencies.</toc-entry>

<toc-entry idref="H2597F00714344B309DF62EAA4E23511C" level="title">Title XXVâ€"International programs</toc-entry>

<toc-entry idref="H56FA8C20625E4687A1175954A83D34F4" level="subtitle">Subtitle Aâ€"North Atlantic Treaty Organization Security Investment Program</toc-entry>

<toc-entry idref="H417074FCB5C146A28523EB2B930AFBEC" level="section">Sec.â€,2501.â€,Authorized NATO construction and land acquisition projects.</toc-entry>

<toc-entry idref="H16BA40EE9E0D41E0ABF4543823436D96" level="section">Sec.â€,2502.â€,Authorization of appropriations, NATO.</toc-entry>

<toc-entry idref="H908CF28F03C249AA9177B55B1177570C" level="subtitle">Subtitle Bâ€"Host country in-kind contributions</toc-entry>

<toc-entry idref="H541AB1DD1828402CA6E040F2C8739BE6" level="section">Sec.â€,2511.â€,Republic of Korea funded construction projects.</toc-entry>

<toc-entry idref="H28A83FDF87C74882A2274BFB52007A30" level="title">Title XXVIâ€"Guard and Reserve Forces Facilities</toc-entry>

<toc-entry idref="H3CEDE615FBEB4026B02BB3907A12D5E7" level="section">Sec.â€,2601.â€,Authorized Army National Guard construction and land acquisition projects.</toc-entry>

<toc-entry idref="H22368A0148DC4691B0ABEFD957D90064" level="section">Sec.â€,2602.â€,Authorized Army Reserve construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE410A83FE9C94F148D5E64E91D1CB496" level="section">Sec.â€,2603.â€,Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE0CC84A95E53410F96F3DB05F1697C96" level="section">Sec.â€,2604.â€,Authorized Air National Guard construction and land acquisition projects.</toc-entry>

<toc-entry idref="HF0630AFA975D422991EA78399CF472A6" level="section">Sec.â€,2605.â€,Authorized Air Force Reserve construction and land acquisition projects.</toc-entry>

<toc-entry idref="H2F4EB3EAB44B4A6DA65C6D48907206E2" level="section">Sec.â€,2606.â€,Authorization of appropriations, National Guard and Reserve.</toc-entry>

<toc-entry idref="H03AE3F1DD70046FCB60E51B50B066D75" level="title">Title XXVIIâ€"Base realignment and closure activities</toc-entry>

<toc-entry idref="H3D4FE36153A34C1A98F500CE2D4707FF" level="section">Sec.â€,2701.â€,Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account.</toc-entry>

<toc-entry idref="HBDB28E0BD1174BAC840F1A9FF52DCF98" level="section">Sec.â€,2702.â€,Prohibition on conducting additional base realignment and closure (BRAC) round.</toc-entry>

<toc-entry idref="H86919BA4E52A4A9D8ADBE58EFEEF9485" level="title">Title XXVIIIâ€"Military Construction General Provisions</toc-entry>

<toc-entry idref="H6F8ECB3E9F394A97AC18BBE0BE8F112A" level="subtitle">Subtitle Aâ€"Military Construction Program</toc-entry>

<toc-entry idref="H2A157916E194430EA1A253F84CC96C1F" level="section">Sec.â€,2801.â€,Military installation resilience plans and projects.</toc-entry>

<toc-entry idref="HF132FCF9C65B4B78AC35DE1694906D2C" level="section">Sec.â€,2802.â€,Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.</toc-entry>

<toc-entry idref="H91DE8FE7ADC743968E9A1477DF79691E" level="section">Sec.â€,2803.â€,Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.</toc-entry>

<toc-entry idref="HE5F8CAE67749454C8D96F8DB2D3B90C4" level="section">Sec.â€,2804.â€,Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</toc-entry>

<toc-entry idref="H872CD16C37E346B4A0728D28782C8912" level="section">Sec.â€,2805.â€,Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.</toc-entry>

<toc-entry idref="H24F35AFB5B8B41C88CA5F75A86D85212" level="section">Sec.â€,2806.â€,Improved flood risk disclosure for military construction.</toc-entry>

<toc-entry idref="H1385A03C55CF44958D7C3AB7677C8100" level="section">Sec.â€,2807.â€,Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.</toc-entry>

<toc-entry idref="H3E07B8A8D4084AC38677072CB9A49433" level="section">Sec.â€,2808.â€,Technical corrections and improvements to defense access road resilience.</toc-entry>

<toc-entry idref="HB99E622C8E75471C8E2038A62275002F" level="section">Sec.â€,2809.â€,Military construction projects for child development centers at military installations.</toc-entry>

<toc-entry idref="HC8478DABCD9246F08ECBD8E3C387DDFA" level="section">Sec.â€,2810.â€,Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.</toc-entry>

<toc-entry idref="HE5A30C34FAAC485798C1689439410480" level="section">Sec.â€,2811.â€,Prohibition on use of funds to close or return certain bases to the host nation.</toc-entry>

<toc-entry idref="H132B6E55D7FE41689A80956E4AD2F9D6" level="subtitle">Subtitle Bâ€"Real Property and Facilities Administration</toc-entry>

<toc-entry idref="H7FB37AC7403440D58D3B6219F509AEDC" level="section">Sec.â€,2821.â€,Improved energy security for main operating bases in Europe.</toc-entry>

<toc-entry idref="H0E15171F4F3E46C1BFC025DE66D6F01C" level="section">Sec.â€,2822.â€,Access to Department of Defense installations for credentialed transportation workers.</toc-entry>

<toc-entry idref="H8CA32CCD914E481D83B0920FDEEA33AF" level="section">Sec.â€,2823.â€,Improved recording and maintaining of Department of Defense real property data.</toc-entry>

<toc-entry idref="HBA4EA220CF564653A92F8597D60CAC78" level="subtitle">Subtitle Câ€"Land Conveyances</toc-entry>

<toc-entry idref="HC70B3D876BAF44ABB9595FBACB406432" level="section">Sec.â€,2831.â€,Land conveyance, Hill Air Force Base, Ogden, Utah.</toc-entry>

<toc-entry idref="HE6653A216E164DB797C0489F9C595F85" level="section">Sec.â€,2832.â€,Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.</toc-entry>

<toc-entry idref="H92FD3C612E7F46DA90B0AF13F2429AC0" level="section">Sec.â€,2833.â€,Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.</toc-entry>

<toc-entry idref="H62E00DD2D8CE4165A2E77EF9BF36ABF7" level="section">Sec.â€,2834.â€,Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.</toc-entry>

<toc-entry idref="HBC7DDE52EE324F66B8B1892E091B9D2A" level="subtitle">Subtitle Dâ€"Military Land Withdrawals</toc-entry>

<toc-entry idref="H7B3BE6684C0F4300B6DA485F3043D525" level="section">Sec.â€,2841.â€,Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.</toc-entry>

<toc-entry idref="H974C1C05AA9D4551B28D66BE81692DE8" level="subtitle">Subtitle Eâ€"White Sands National Park and White Sands Missile Range</toc-entry>

<toc-entry idref="HC741A475793A441590275AE59B6183A9" level="section">Sec.â€,2851.â€,White Sands Missile Range Land Enhancements.</toc-entry>

<toc-entry idref="H5EEA16D978B8414EB4C65962CEB23F52" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HFDE07F1384954DC291DC060431AB230A" level="section">Sec.â€,2861.â€,Installation and maintenance of fire extinguishers in Department of Defense facilities.</toc-entry>

<toc-entry idref="H7A8E512093D54F4599C43D1483573BC8" level="section">Sec.â€,2862.â€,Definition of community infrastructure for purposes of military base reuse studies and community planning assistance.</toc-entry>

<toc-entry idref="H538718FCF73045918DD55BA11F6D6BFC" level="section">Sec.â€,2863.â€,Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea.</toc-entry>

<toc-entry idref="H00AE00D1429A431583F8A0A10DAEFE9D" level="section">Sec.â€,2864.â€,Black start exercises at military installations.</toc-entry>

<toc-entry idref="H1455187C84F34178B93280F77136F6F6" level="section">Sec.â€,2865.â€,Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense.</toc-entry>

<toc-entry idref="H5832B5F3FEFC4E88BA6CB4D0CE8F15A7" level="section">Sec.â€,2866.â€,Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California.</toc-entry>

<toc-entry idref="H08403C7CC9F24725A9F7CB188C701919" level="section">Sec.â€,2867.â€,Designation of Sumpter Smith Joint National Guard Base.</toc-entry>

<toc-entry idref="HBCD0F155DBFA41FA8BD83150766105F4" level="section">Sec.â€,2868.â€,Santa Ynez Band of Chumash Indians land affirmation.</toc-entry>

<toc-entry idref="HC19C52EA87AD4F09B045E4C99ACD9423" level="section">Sec.â€,2869.â€,Lands to be taken into trust as part of the reservation of the Lytton Rancheria.</toc-entry>

<toc-entry idref="HDEE60898797B466CAE1A0243BE91E7EB" level="section">Sec.â€,2870.â€,Little Shell Tribe of Chippewa Indians of Montana.</toc-entry>

<toc-entry idref="H6BACAE2DC7494F9EA327BB9D1EB4CAC3" level="section">Sec.â€,2871.â€,Sense of Congress on restoration of Tyndall Air Force Base.</toc-entry>

<toc-entry idref="HD2E20CE1976D48AD8C0AF10ED1C0FEDE" level="title">Title XXIXâ€"Authorization of Overseas Contingency Operations Military Construction and Emergency Military Construction</toc-entry>

<toc-entry idref="HB3B5C629DF524326AE389C5335357E72" level="subtitle">Subtitle Aâ€"Overseas Contingency Operations Military Construction</toc-entry>

<toc-entry idref="HEE9722CEAFC344DFB44EFD002A5872AE" level="section">Sec.â€,2901.â€,Authorized Army construction and land acquisition projects.</toc-entry>

<toc-entry idref="HAA84A6B9A26F4E6FA419AC2AADB5EEE4" level="section">Sec.â€,2902.â€,Authorized Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="HC849FC4923A34E4C95DD497D9E805CA1" level="section">Sec.â€,2903.â€,Authorized Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H8086E9A3A94F443DACE306AC852E4A96" level="section">Sec.â€,2904.â€,Authorized Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="H14D0680F94BA4E63843B8914366608BE" level="section">Sec.â€,2905.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA1823467D2394A69B3E60CACCC2ED768" level="subtitle">Subtitle Bâ€"Emergency Military Construction</toc-entry>

<toc-entry idref="H2EDF7BF2A13B44D4BB8607738C2F8060" level="section">Sec.â€,2911.â€,Authorization of emergency Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="HB82A5448F0D14601851BA87120D651B7" level="section">Sec.â€,2912.â€,Authorization of emergency Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H8A22F62C002E4504A444510E307D10C3" level="section">Sec.â€,2913.â€,Authorization of emergency Army National Guard construction and land acquisition projects.</toc-entry>

<toc-entry idref="H93141A781DB24B7E921F9BB301D63C59" level="section">Sec.â€,2914.â€,Authorization of emergency Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE73348A9CF7B4C8CAD25DC4B8BBA1E1E" level="section">Sec.â€,2915.â€,Authorization of emergency supplemental appropriations for military construction projects.</toc-entry>

<toc-entry idref="H3B0475F819F443EF9CE866205E6DDB69" level="title">Title XXXâ€"Military Housing Privatization Reform</toc-entry>

<toc-entry idref="HBE108208404C4942BC463C9A3C299F01" level="section">Sec.â€,3001.â€,Definitions.</toc-entry>

<toc-entry idref="HE9120F3ED27941CBA0CD131C2B24A9C7" level="subtitle">Subtitle Aâ€"Addition of New Reform Subchapter</toc-entry>

<toc-entry idref="H16CE44487447402FA6371AC59750B528" level="section">Sec.â€,3011.â€,Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing.</toc-entry>

<toc-entry idref="H4341D8F5E6BA4C199B613906E7990C14" level="section">Sec.â€,3012.â€,Designation of Chief Housing Officer for privatized military housing.</toc-entry>

<toc-entry idref="H0E114CAC5DBF4673A1F763D575C55F3F" level="section">Sec.â€,3013.â€,Additional requirements relating to contracts for privatized military housing.</toc-entry>

<toc-entry idref="HEAF017B1125448839C57A4AC8D0AA032" level="section">Sec.â€,3014.â€,Additional requirements relating to management of privatized military housing.</toc-entry>

<toc-entry idref="H0A55DAE39962469BA21C525B1E200C02" level="section">Sec.â€,3015.â€,Consideration of contractor history in contracts for privatized military housing.</toc-entry>

<toc-entry idref="HBAE2EC526E0C4AC681506CDC7D54EE65" level="section">Sec.â€,3016.â€,Additional improvements for management of privatized military housing.</toc-entry>

<toc-entry idref="H780065F84BAD45F59EF9993B9A1F13B6" level="section">Sec.â€,3017.â€,Maintenance work order system for privatized military housing.</toc-entry>

<toc-entry idref="H0900724CF3AB46E688A0FA1202C8B2B5" level="section">Sec.â€,3018.â€,Access by tenants of privatized military housing to maintenance work order system.</toc-entry>

<toc-entry idref="H7E3F14B5717E498DA537CBE3C8C5B82B" level="section">Sec.â€,3019.â€,Access by tenants to historical maintenance information for privatized military housing.</toc-entry>

<toc-entry idref="HF5AC99D8ED744BCE8F8950D653AD65F1" level="section">Sec.â€,3020.â€,Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing.</toc-entry>

<toc-entry idref="H1F785DDAD89B47568F793E1568035171" level="section">Sec.â€,3021.â€,Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard.</toc-entry>

<toc-entry idref="H110AF8C1ACE6456191725252A5854270" level="section">Sec.â€,3022.â€,Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process.</toc-entry>

<toc-entry idref="H28869CF8CA2F4024B400531871A48E4A" level="section">Sec.â€,3023.â€,Investigation of reports of reprisals relating to privatized military housing and congressional notification.</toc-entry>

<toc-entry idref="HF4E5E0799EDF4E15BB5B4E3A57EC914E" level="section">Sec.â€,3024.â€,Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing.</toc-entry>

<toc-entry idref="H0ABA60F1111F4F4B9203BE8E5EF04B33" level="subtitle">Subtitle Bâ€"Other Amendatory Provisions</toc-entry>

<toc-entry idref="H29964AC174344404A344B89C04201400" level="section">Sec.â€,3031.â€,Installation of carbon monoxide detectors in military family housing.</toc-entry>

<toc-entry idref="H676E1D819FC94210B6AEE88A138E4846" level="section">Sec.â€,3032.â€,Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HD214ECA7AC5D4AEAB0925401110BC2D8" level="section">Sec.â€,3033.â€,Treatment of breach of contract for privatized military housing.</toc-entry>

<toc-entry idref="HF0E89EEBD0F44FB5B63E4D85504EFF86" level="section">Sec.â€,3034.â€,Modification to requirements for window fall prevention devices in military family housing units.</toc-entry>

<toc-entry idref="H0412A1A768964FB4B553B3B80A659755" level="section">Sec.â€,3035.â€,Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.</toc-entry>

<toc-entry idref="HC31124447D3F43C79918C15CF2155485" level="section">Sec.â€,3036.â€,Modification of authority to make payments to lessors of privatized military housing.</toc-entry>

<toc-entry idref="HB4641358449A42F8B6A8CCF935A33E91" level="section">Sec.â€,3037.â€,Technical correction to definition used to make payments to lessors of privatized military housing.</toc-entry>

<toc-entry idref="H4B6BD8F8958D4D2C9A6B06191E62157A" level="subtitle">Subtitle Câ€"One-Time Reporting Requirements</toc-entry>

<toc-entry idref="HBC92FEB414274F30865802B65D1B03F6" level="section">Sec.â€,3041.â€,Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HC2738AB6C6E549858FCB95FD22608BE3" level="section">Sec.â€,3042.â€,Plans for creation of councils on privatized military housing.</toc-entry>

<toc-entry idref="HA7A5A766D35149F1AC1EA8B929005B9B" level="section">Sec.â€,3043.â€,Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.</toc-entry>

<toc-entry idref="HE643FEBED8F841748FBC865E01699694" level="section">Sec.â€,3044.â€,Inspector General review of Department of Defense oversight of privatized military housing.</toc-entry>

<toc-entry idref="H6EAC4124C2D94D7A87176CF2448CE23A" level="section">Sec.â€,3045.â€,Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.</toc-entry>

<toc-entry idref="HC8DB389A029840E9BD431A2B11336053" level="subtitle">Subtitle Dâ€"Development of Housing Reform Standards and Processes</toc-entry>

<toc-entry idref="HB31E7365932B43F9B547A67425671ED3" level="section">Sec.â€,3051.â€,Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.</toc-entry>

<toc-entry idref="H7FD09A269542401FB14AD52D76D1C46F" level="section">Sec.â€,3052.â€,Tool for assessment of hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="HF9184FE860D24A149841598CF5FDB22E" level="section">Sec.â€,3053.â€,Process to identify and address environmental health hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="H5311EF251347415ABF191AA96A16E713" level="section">Sec.â€,3054.â€,Department of Defense policy on lead-based paint testing on military installations.</toc-entry>

<toc-entry idref="H892DDFA392694D6DBA26AC02A23AD367" level="section">Sec.â€,3055.â€,Standard for minimum credentials for health and environmental inspectors of privatized military housing.</toc-entry>

<toc-entry idref="HFC0E0090C56D4F1382DDBE4040994E95" level="section">Sec.â€,3056.â€,Requirements relating to move-in, move-out, and maintenance of privatized military housing.</toc-entry>

<toc-entry idref="H971667DD394E475D970404579A21F157" level="section">Sec.â€,3057.â€,Standardized documentation, templates, and forms for privatized military housing.</toc-entry>

<toc-entry idref="H5FBC08B030D94E00A1B55C485BA9E0E3" level="section">Sec.â€,3058.â€,Satisfaction survey for tenants of military housing.</toc-entry>

<toc-entry idref="H8E321BB80D8640E6B7D29D4CBAF6404F" level="subtitle">Subtitle Eâ€"Other Housing Reform Matters</toc-entry>

<toc-entry idref="H70D6A3159DC64D54892BFE7EAF224611" level="section">Sec.â€,3061.â€,Radon testing of privatized military housing.</toc-entry>

<toc-entry idref="HE63320FE1A2C4EE89F4804C389D59DF4" level="section">Sec.â€,3062.â€,Mitigation of risks posed by certain items in military family housing units.</toc-entry>

<toc-entry idref="HF76EA68C37EA4A48ABF068A67054E9C0" level="section">Sec.â€,3063.â€,Suspension of Resident Energy Conservation Program and related programs for privatized military housing.</toc-entry>

<toc-entry idref="HEF5B36C6655B4E77B211A34644507684" level="section">Sec.â€,3064.â€,Department of the Army pilot program to build and monitor use of single family homes.</toc-entry>

<toc-entry idref="HFCE49017ED5D43AE807746067C2E92B1" level="division">Division Câ€"DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS</toc-entry>

<toc-entry idref="H8A497E084AA149CEBEE669BD1DEC63CB" level="title">Title XXXIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="H485F58B847A74E569F015B5D5F0DA2E1" level="subtitle">Subtitle Aâ€"National Security Programs and Authorizations</toc-entry>

<toc-entry idref="H5A9BE351E24542F89396B66E37294F20" level="section">Sec.â€,3101.â€,National Nuclear Security Administration.</toc-entry>

<toc-entry idref="H1A7F642E0AF2419B9C3D69AB13344B5A" level="section">Sec.â€,3102.â€,Defense environmental cleanup.</toc-entry>

<toc-entry idref="H76C5707B72634F74A59B7305033BCF1A" level="section">Sec.â€,3103.â€,Other defense activities.</toc-entry>

<toc-entry idref="HBDE35998A6984404834AA92130D89E32" level="section">Sec.â€,3104.â€,Nuclear energy.</toc-entry>

<toc-entry idref="H8AF3EF6B5A5544A69DB4544DDA5C81B9" level="subtitle">Subtitle Bâ€"Program Authorizations, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HCBD5737CC5534095825CAEBA6270CD2A" level="section">Sec.â€,3111.â€,Personnel matters at National Nuclear Security Administration.</toc-entry>

<toc-entry idref="H18FE5D80577246D89BA7F4208C9AEE55" level="section">Sec.â€,3112.â€,Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.</toc-entry>

<toc-entry idref="H4AC0E801BC834B47B57047BC638A9380"

level="section">Sec.â€,3113.â€,Office of Cost Estimating and Program Evaluation.</toc-entry>

<toc-entry idref="H4FEE9DAEDAD741B4BC95B603E0ED1DD6" level="section">Sec.â€,3114.â€,Clarification of certain Stockpile Responsiveness Program objectives.</toc-entry>

<toc-entry idref="H2A128C82AE664753B92A9ED84D1A63F2" level="section">Sec.â€,3115.â€,Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities.</toc-entry>

<toc-entry idref="HB6DB28A1159D407DABB18021F8C03F95" level="section">Sec.â€,3116.â€,Modification to certain requirements relating to plutonium pit production capacity.</toc-entry>

<toc-entry idref="H7EDA71AF79D14D2EAE0C62AE6C6043A3" level="section">Sec.â€,3117.â€,Annual certification of shipments to Waste Isolation Pilot Plant.</toc-entry>

<toc-entry idref="H8E39A69442AF493F9CDFA5046FE2D0A8" level="section">Sec.â€,3118.â€,Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development.</toc-entry>

<toc-entry idref="H04087C75D5A34CF083C9F93870F7CB72" level="section">Sec.â€,3119.â€,Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement.</toc-entry>

<toc-entry idref="HF195D21C72C14F26AF8B9C46FC2F0B65" level="section">Sec.â€,3120.â€,Implementation of common financial reporting system for nuclear security enterprise.</toc-entry>

<toc-entry idref="HC842175B8604469B99C0A3D737EA78C8" level="section">Sec.â€,3121.â€,Limitation relating to reclassification of high-level waste.</toc-entry>

<toc-entry idref="H6B83622C4AB54E36B8481FCC85457753" level="section">Sec.â€,3122.â€,National Laboratory Jobs ACCESS Program.</toc-entry>

<toc-entry idref="HB9AC4AE4127749D2AB77ED44A065A8AC" level="subtitle">Subtitle Câ€"Reports and other matters</toc-entry>

<toc-entry idref="HEB53E50EED364BC9AE587A683EBD464F" level="section">Sec.â€,3131.â€,Civil penalties for violations of certain whistleblower protections.</toc-entry>

<toc-entry idref="HB51E27C45E094DF791939A7CB66F0163" level="section">Sec.â€,3132.â€,Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile.</toc-entry>

<toc-entry idref="H5B20F55B296F412AB1AA771A84ECC1AE" level="section">Sec.â€,3133.â€,Repeal of requirement for review relating to enhanced procurement authority.</toc-entry>

<toc-entry idref="H2BFE4989EC2443B2B7659BAC729EA73D" level="section">Sec.â€,3134.â€,Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000.</toc-entry>

<toc-entry idref="HCF9BC291C28E418AAF678AC335819A41" level="section">Sec.â€,3135.â€,Replacement of W78 warhead.</toc-entry>

<toc-entry idref="HA0C1459DB0C2489581011C84EA1F494E" level="section">Sec.â€,3136.â€,Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.</toc-entry>

<toc-entry idref="H8DBA93A6B23349599E6113CFFEEDB376" level="section">Sec.â€,3137.â€,Assessment of high energy density physics.</toc-entry>

<toc-entry idref="HCE510BFD538A417498B0EE455EC457FE" level="section">Sec.â€,3138.â€,Determination of effect of treaty obligations with respect to producing tritium.</toc-entry>

<toc-entry idref="HAC6283D50B6F4EBCAB912212D41138EF" level="section">Sec.â€,3139.â€,Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.</toc-entry>

<toc-entry idref="H82B632AE0DDB454E81A43DC37F9A24C3" level="title">Title XXXIIâ€"Defense Nuclear Facilities Safety Board</toc-entry>

<toc-entry idref="H004D31AA73A24BB9BFE2B36CBEAF04E7" level="section">Sec.â€,3201.â€,Authorization.</toc-entry>

<toc-entry idref="H514F4D5E9E554EC58E9438E0AB823BA5" level="section">Sec.â€,3202.â€,Improvements to Defense Nuclear Facilities Safety Board.</toc-entry>

<toc-entry idref="HD4693032182D4F0C8B47E051258C36F8" level="section">Sec.â€,3203.â€,Membership of Defense Nuclear Facilities Safety Board.</toc-entry>

<toc-entry idref="HF98B6800B2A54C52B4DB9A17C6D96992" level="title">Title XXXIVâ€"Naval Petroleum Reserves</toc-entry>

<toc-entry idref="H7972847503C04E5EA998F3FCC0CC3533" level="section">Sec.â€,3401.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H7648F8EB2FDC433CADA61A175FD3C8C2" level="title">Title XXXVâ€"Maritime Matters</toc-entry>

<toc-entry idref="H0A6222929FDD4D329A5BEE77121437CA" level="subtitle">Subtitle Aâ€"Maritime Administration</toc-entry>

<toc-entry idref="H2830D7D69B2A4DC280F249D5D3ED371A" level="section">Sec.â€,3501.â€,Authorization of the Maritime Administration.</toc-entry>

<toc-entry idref="H3F48D62F54DE439EB2084DB623FDCB65" level="section">Sec.â€,3502.â€,Reauthorization of Maritime Security Program.</toc-entry>

<toc-entry idref="H4F4E0E9BB9174A708C6D65368E354100" level="section">Sec.â€,3503.â€,Maritime technical assistance program.</toc-entry>

<toc-entry idref="HDA0356450D884EAA9E2B211E8E322260" level="section">Sec.â€,3504.â€,Appointment of candidates attending sponsored preparatory school.</toc-entry>

<toc-entry idref="H27084D7DE67F490BB5782136118B1964" level="section">Sec.â€,3505.â€,General support program.</toc-entry>

<toc-entry idref="H247A93FED1734DF0A67203B7BF12C853" level="section">Sec.â€,3506.â€,Improvements to the maritime guaranteed loan program.</toc-entry>

<toc-entry idref="H4A070DC293514099B88C789BB709EF29" level="section">Sec.â€,3507.â€,Requirement for small shipyard grantees.</toc-entry>

<toc-entry idref="H80B2DCE1FCF04C2DB20027BE29DDFEC2" level="section">Sec.â€,3508.â€,Salvage recoveries of cargoes.</toc-entry>

<toc-entry idref="H20E19EF20F2846E880E7514B287605DA" level="section">Sec.â€,3509.â€,Salvage recoveries for subrogated ownership of vessels and cargoes.</toc-entry>

<toc-entry idref="H38AC9093817F4937B959A85698754FDE" level="section">Sec.â€,3510.â€,Maritime Occupational Safety and Health Advisory Committee.</toc-entry>

<toc-entry idref="H9A9D15E3D0724D03AB6398BB01492350" level="section">Sec.â€,3511.â€,Military to mariner.</toc-entry>

<toc-entry idref="H57C6C33150CB4D5A831DBC5BB70BCB53" level="section">Sec.â€,3512.â€,Department of Transportation Inspector General Report.</toc-entry>

<toc-entry idref="HFE7FBDE1E4834DC79F5FE8CA48E83ECE" level="section">Sec.â€‚3513.â€‚Independent study on the United States Merchant Marine Academy.</toc-entry>

<toc-entry idref="HE28CC16F983348AC9AC254B26734359E" level="section">Sec.â€‚3514.â€‚Port operations, research, and technology.</toc-entry>

<toc-entry idref="H1ACE2AE2CDF54A13A33095C8D21901C7" level="section">Sec.â€‚3515.â€‚Assessment and report on strategic seaports.</toc-entry>

<toc-entry idref="H446907B097894CCB860D40BBEADFEB23" level="section">Sec.â€‚3516.â€‚Technical corrections.</toc-entry>

<toc-entry idref="HE9722F70E19F482AB06CAF6944BC7A2E" level="section">Sec.â€‚3517.â€‚United States Merchant Marine Academy sexual assault prevention and response program.</toc-entry>

<toc-entry idref="H6E0DDB4475A740B7998DB7889FB46157" level="section">Sec.â€‚3518.â€‚Report on vessels for emerging offshore energy infrastructure.</toc-entry>

<toc-entry idref="H55E93483D21E42AC85D4CA94F3C2094E" level="section">Sec.â€‚3519.â€‚Report on United States flagged fuel tanker vessel capacity.</toc-entry>

<toc-entry idref="H4F2851F674114657B832A7499116B473" level="subtitle">Subtitle Bâ€"Cable Security Fleet</toc-entry>

<toc-entry idref="H15F03F1584AA4C7893AC3E848D214A42" level="section">Sec.â€‚3521.â€‚Establishment of Cable Security Fleet.</toc-entry>

<toc-entry idref="H9D419F38677D4A0FB7E08AD8070AB85A" level="subtitle">Subtitle Câ€"Maritime SAFE Act</toc-entry>

<toc-entry idref="H1C6D30885DFB498AB8F991FE6F35F621" level="section">Sec.â€‚3531.â€‚Short titles.</toc-entry>

<toc-entry idref="H8F13C7101FA547F88E1BF84DC8B9376F" level="section">Sec.â€‚3532.â€‚Definitions.</toc-entry>

<toc-entry idref="H57F48048E9964F27AD4F56F822D0CCB0" level="section">Sec.â€‚3533.â€‚Purposes.</toc-entry>

<toc-entry idref="H8B33BE091AE442469F798240642340F0" level="section">Sec.â€‚3534.â€‚Statement of policy.</toc-entry>

<toc-entry idref="HD94C1803F2534D3A840BE53F8C708EA8" level="part">Part Iâ€"Programs to combat IUU fishing and increase maritime security</toc-entry>

<toc-entry idref="HBD869EC839D24E68B07B4FC15D9DEA96" level="section">Sec.â€‚3541.â€‚Coordination with international organizations.</toc-entry>

<toc-entry idref="HBCBB8F3974DE4A14B3A18065BFD34780" level="section">Sec.â€‚3542.â€‚Engagement of diplomatic missions of the United States.</toc-entry>

<toc-entry idref="H97DA4A3679884E32A57C37D9C6A971E7" level="section">Sec.â€‚3543.â€‚Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.</toc-entry>

<toc-entry idref="H7048BF4F447D4697860DE537AEB7852C" level="section">Sec.â€‚3544.â€‚Expansion of existing mechanisms to combat IUU fishing.</toc-entry>

<toc-entry idref="H6E0B43E7474D4BA29A9DB0ED8D773F84" level="section">Sec.â€‚3545.â€‚Improvement of transparency and traceability programs.</toc-entry>

<toc-entry idref="H85B77DC772FA4C0F877A774CF1A7942D" level="section">Sec.â€‚3546.â€‚Technology programs.</toc-entry>

<toc-entry idref="H79B1394500B74E70AA1D64D3DEB71817"

level="section">Sec.â€,3547.â€,Savings clause.</toc-entry>

<toc-entry idref="H59E9E0BD9AC44846AB2952BC151F87FD" level="part">Part IIâ€"Establishment of interagency working group on IUU fishing</toc-entry>

<toc-entry idref="HC3728AABF2E649A7B8E2FE3110038405" level="section">Sec.â€,3551.â€,Interagency Working Group on IUU Fishing.</toc-entry>

<toc-entry idref="H4B65800BF09E4705994E1F563CCE7D5A" level="section">Sec.â€,3552.â€,Strategic plan.</toc-entry>

<toc-entry idref="H355E1B3697094500B4D23A3C64F14793" level="section">Sec.â€,3553.â€,Reports.</toc-entry>

<toc-entry idref="HD72E3FB1544943D893957861A2ECD78F" level="section">Sec.â€,3554.â€,Gulf of Mexico IUU Fishing Subworking Group.</toc-entry>

<toc-entry idref="HFB4D8BF19A054F8DBF3D80CF4AD9FE25" level="part">Part IIIâ€"Combating human trafficking in connection with the catching and processing of seafood products</toc-entry>

<toc-entry idref="H05B14ED6A589410B9D85FDF0D97E76A0" level="section">Sec.â€,3561.â€,Finding.</toc-entry>

<toc-entry idref="HA540984A09E9452AA2C74DA3401D3162" level="section">Sec.â€,3562.â€,Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.</toc-entry>

<toc-entry idref="H9F09DE835161493D9A08EB855E707FB6" level="section">Sec.â€,3563.â€,Human trafficking in the seafood supply chain report.</toc-entry>

<toc-entry idref="H3A80A771DE4E4CECBF61676E87195D57" level="part">Part IVâ€"Authorization of appropriations</toc-entry>

<toc-entry idref="H2F6BEFCD30D1479485D3742C050F343D" level="section">Sec.â€,3571.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H2856C782E94A416CB225847AC91A0CCB" level="section">Sec.â€,3572.â€,Accounting of funds.</toc-entry>

<toc-entry idref="H53423323806142F8A9771E9B8AB0FA93" level="division">Division Dâ€"Funding Tables</toc-entry>

<toc-entry idref="H5C7626138AAB418BA794B9C136728EBA" level="section">Sec.â€,4001.â€,Authorization of amounts in funding tables.</toc-entry>

<toc-entry idref="H3F34024D4E274241BBC2866C9F3F3ECE" level="title">Title XLIâ€"PROCUREMENT</toc-entry>

<toc-entry idref="HE2D0C790530B49D1A9FD3D6C0F57E632" level="section">Sec.â€,4101.â€,Procurement.</toc-entry>

<toc-entry idref="H58AE92D47F624F6C89DC7FA667412053" level="section">Sec.â€,4102.â€,Procurement for overseas contingency operations.</toc-entry>

<toc-entry idref="H9FE2E96A606D416DAE7F2482DBA0BD12" level="section">Sec.â€,4103.â€,Procurement for emergency requirements.</toc-entry>

<toc-entry idref="H59D796276A55425DAD85A8B7A15C4AF4" level="title">Title XLIIâ€"RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</toc-entry>

<toc-entry idref="H3A6FDD1331E841BC8BA6E44813C7309A" level="section">Sec.â€,4201.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H3C76793B607D4E76938BDAB33D1BA4F4" level="section">Sec.â€,4202.â€,Research, development, test, and evaluation for overseas contingency operations.</toc-entry>

<toc-entry idref="HAB5E367C08A44394843B975360A6043F" level="section">Sec.â€,4203.â€,Research, development, test, and evaluation for emergency requirements.</toc-entry>

<toc-entry idref="HFBE65473274543AAB0E95857410DA525" level="title">Title XLIIIâ€"OPERATION AND MAINTENANCE</toc-entry>

<toc-entry idref="H3EA3FD49B70349FB90E1DC84FC8B5D8D" level="section">Sec.â€,4301.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="H07A0507C2A464FA2B2339E6F7E2C0CAA" level="section">Sec.â€,4302.â€,Operation and maintenance for overseas contingency operations.</toc-entry>

<toc-entry idref="HE0737CA1375D4EE79161FC02969B1425" level="section">Sec.â€,4303.â€,Operation and maintenance for emergency requirements.</toc-entry>

<toc-entry idref="H78EFE90C43EA451586C920AFEC833DCC" level="title">Title XLIVâ€"MILITARY PERSONNEL</toc-entry>

<toc-entry idref="H615C2C871A2D4454AA30F79239777C6A" level="section">Sec.â€,4401.â€,Military personnel.</toc-entry>

<toc-entry idref="H8407E68101904344913017FFC2CE761C" level="section">Sec.â€,4402.â€,Military personnel for overseas contingency operations.</toc-entry>

<toc-entry idref="H3D4047D1ADA9471BB74183D189F4B6AC" level="title">Title XLVâ€"OTHER AUTHORIZATIONS</toc-entry>

<toc-entry idref="HD3115B22CF9E4DAEA64255215CD2ED60" level="section">Sec.â€,4501.â€,Other authorizations.</toc-entry>

<toc-entry idref="HB64BF282681944648EBE900D5AB6CBE6" level="section">Sec.â€,4502.â€,Other authorizations for overseas contingency operations.</toc-entry>

<toc-entry idref="H089CF242592B419DB4B26518825B5A7B" level="title">Title XLVIâ€"MILITARY CONSTRUCTION</toc-entry>

<toc-entry idref="H18EB71C0FBA145DE99254084B59C6865" level="section">Sec.â€,4601.â€,Military construction.</toc-entry>

<toc-entry idref="H2C37CDE9828C4FFEB15D3E42D82899BA" level="section">Sec.â€,4602.â€,Military construction for overseas contingency operations.</toc-entry>

<toc-entry idref="H3AE3D0782A59443FAB5198AE36B514F2" level="section">Sec.â€,4603.â€,Military construction for emergency requirements.</toc-entry>

<toc-entry idref="H673D6CFED7F04A8BBF04B586E26A7BD8" level="title">Title XLVIIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="HB4F0A731D3214A369C1E2ABFE783608B" level="section">Sec.â€,4701.â€,Department of Energy national security programs.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="division">Division Eâ€"Intelligence authorizations for fiscal years 2018, 2019, and 2020</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5001.â€,Short title.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5002.â€,Subdivisions and table of contents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5003.â€,Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subdivision">Subdivision 1â€"Intelligence authorizations for fiscal year 2020</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5100.â€,Table of contents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIâ€"Intelligence activities</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5102.â€,Classified schedule of authorizations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5103.â€,Intelligence community management account.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIIâ€"Central intelligence agency retirement and disability system</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIIIâ€"Intelligence community matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Aâ€"General intelligence community matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5301.â€,Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5302.â€,Increase in employee compensation and benefits authorized by law.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5303.â€,Expansion of scope of protections for identities of covert agents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5304.â€,Required counterintelligence assessments, briefings, notifications, and reports.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5305.â€,Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5306.â€,Intelligence community public-private talent exchange.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5307.â€,Assessment of contracting practices to identify certain security and counterintelligence concerns.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5321.â€,Establishment of Climate Security Advisory Council.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5322.â€,Foreign Malign Influence Response Center.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5323.â€,Encouragement of cooperative actions to detect and counter foreign influence operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5324.â€,Transfer of National Intelligence University to the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Câ€"Inspector General of the Intelligence Community</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5331.â€‚Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5332.â€‚Inspector General external review panel.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5333.â€‚Harmonization of whistleblower processes and procedures.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5334.â€‚Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5335.â€‚Report on cleared whistleblower attorneys.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Dâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5341.â€‚Clarification of certain authority of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LIVâ€"Security clearances</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5401.â€‚Improving visibility into the security clearance process.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5402.â€‚Making certain policies and execution plans relating to personnel clearances available to industry partners.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LVâ€"Matters relating to foreign countries</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Aâ€"Matters relating to Russia</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5501.â€‚Annual reports on influence operations and campaigns in the United States by the Russian Federation.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5502.â€‚Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5503.â€‚Assessments of intentions of political leadership of the Russian Federation.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Matters relating to China</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5511.â€‚Annual reports on influence operations and campaigns in the United States by the Communist Party of China.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5512.â€‚Report on repression of ethnic Muslim minorities in the Xinjiang region of the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5513.â€‚Report on efforts by Peopleâ€™s Republic of China to influence election in Taiwan.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Câ€"Matters relating to other countries</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€‚5521.â€‚Sense of Congress and report on Iranian efforts in Syria

and Lebanon.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5522.â€,Assessments regarding the Northern Triangle and Mexico.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LVIâ€"Federal Efforts Against Domestic Terrorism</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5601.â€,Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5602.â€,Strategic intelligence assessment of and reports on domestic terrorism.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Aâ€"Reports and briefings</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5701. â€,Modification of requirements for submission to Congress of certain reports.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5702.â€,Increased transparency regarding counterterrorism budget of the United States.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5703.â€,Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5704.â€,Collection, analysis, and dissemination of workforce data.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5705.â€,Plan for strengthening the supply chain intelligence function.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5706.â€,Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5707.â€,Report by Director of National Intelligence on fifth-generation wireless network technology.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5708.â€,Report on use by intelligence community of facial recognition technology.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5709.â€,Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5710.â€,Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5711.â€,Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5712.â€,Report on best practices to protect privacy and civil liberties of Chinese Americans.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"

level="section">Sec.â€,5713.â€,Oversight of foreign influence in academia.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5714.â€,Report on death of Jamal Khashoggi.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5715.â€,Report on terrorist screening database.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5716.â€,Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5717.â€,Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5718.â€,Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5721.â€,Whistleblower disclosures to Congress and committees of Congress.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5722.â€,Task force on illicit financing of espionage and foreign influence operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5723.â€,Establishment of fifth-generation technology prize competition.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5724.â€,Establishment of deepfakes prize competition.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5725.â€,Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,5726.â€,Securing energy infrastructure.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subdivision">Subdivision 2â€"Intelligence authorizations for fiscal years 2018 and 2019</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6100.â€,Table of contents.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXIâ€"Intelligence activities</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6102.â€,Intelligence Community Management Account.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXIIâ€"Central Intelligence Agency Retirement and Disability System</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6202.â€,Computation of annuities for employees of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title

LXIIIâ€"General intelligence community matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6301.â€,Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6302.â€,Increase in employee compensation and benefits
authorized by law.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6303.â€,Modification of special pay authority for science,
technology, engineering, or mathematics positions and addition of special pay authority
for cyber positions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6304.â€,Modification of appointment of Chief Information Officer
of the Intelligence Community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6305.â€,Director of National Intelligence review of placement of
positions within the intelligence community on the Executive Schedule.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6306.â€,Supply Chain and Counterintelligence Risk Management
Task Force.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6307.â€,Consideration of adversarial telecommunications and
cybersecurity infrastructure when sharing intelligence with foreign governments and
entities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6308.â€,Cyber protection support for the personnel of the
intelligence community in positions highly vulnerable to cyber attack.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6309.â€,Elimination of sunset of authority relating to
management of supply-chain risk.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6310.â€,Limitations on determinations regarding certain security
classifications.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6311.â€,Joint Intelligence Community Council.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6312.â€,Intelligence community information technology
environment.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6313.â€,Report on development of secure mobile voice solution
for intelligence community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6314.â€,Policy on minimum insider threat standards.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6315.â€,Submission of intelligence community policies.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"
level="section">Sec.â€,6316.â€,Expansion of intelligence community recruitment
efforts.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXIVâ€"Matters
relating to elements of the intelligence community</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle
Aâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6401.â€,Authority for protection of current and former employees of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6402.â€,Designation of the program manager-information-sharing environment.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6403.â€,Technical modification to the executive schedule.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6404.â€,Chief Financial Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6405.â€,Chief Information Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6411.â€,Central Intelligence Agency subsistence for personnel assigned to austere locations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6412.â€,Special rules for certain monthly workersâ€™ compensation payments and other payments for Central Intelligence Agency personnel.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6413.â€,Expansion of security protective service jurisdiction of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6414.â€,Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Câ€"Office of Intelligence and Counterintelligence of Department of Energy</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6421.â€,Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6422.â€,Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Dâ€"Other elements</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6431.â€,Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6432.â€,Notice not required for private entities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6433.â€,Establishment of advisory board for National Reconnaissance Office.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6434.â€,Collocation of certain Department of Homeland Security personnel at field locations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXVâ€"Election matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6501.â€,Report on cyber attacks by foreign governments against United States election infrastructure.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6502.â€,Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6503.â€,Assessment of foreign intelligence threats to Federal elections.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6504.â€,Strategy for countering Russian cyber threats to United States elections.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6505.â€,Assessment of significant Russian influence campaigns directed at foreign elections and referenda.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6506.â€,Information sharing with State election officials.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6507.â€,Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6508.â€,Designation of counterintelligence officer to lead election security matters.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXVIâ€"Security clearances</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6601.â€,Definitions.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6602.â€,Reports and plans relating to security clearances and background investigations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6603.â€,Improving the process for security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6604.â€,Goals for promptness of determinations regarding security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6605.â€,Security Executive Agent.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6606.â€,Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6607.â€,Report on clearance in person concept.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6608.â€,Reports on reciprocity for security clearances inside of departments and agencies.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6609.â€,Intelligence community reports on security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6610.â€,Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6611.â€,Information-sharing program for positions of trust and security clearances.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6612.â€,Report on protections for confidentiality of whistleblower-related communications.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6613.â€,Reports on costs of security clearance background investigations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="title">Title LXVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Aâ€"Matters relating to Russia and other foreign powers</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6701.â€,Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6702.â€,Assessment of threat finance relating to Russia.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6703.â€,Notification of an active measures campaign.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6704.â€,Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6705.â€,Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6706.â€,Expansion of scope of committee to counter active measures.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Bâ€"Reports</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6711.â€,Technical correction to Inspector General study.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6712.â€,Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6713.â€,Review of intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6714.â€,Report on role of Director of National Intelligence with respect to certain foreign investments.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6715.â€,Report on surveillance by foreign governments against United States telecommunications networks.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6716.â€,Biennial report on foreign investment risks.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6717.â€,Modification of certain reporting requirement on travel of foreign diplomats.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F"

level="section">Sec.â€,6718.â€,Semiannual reports on investigations of unauthorized disclosures of classified information.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6719.â€,Congressional notification of designation of covered intelligence officer as persona non grata.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6720.â€,Reports on intelligence community participation in vulnerabilities equities process of Federal Government.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6721.â€,Inspectors General reports on classification.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6722.â€,Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6723.â€,Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6724.â€,Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6725.â€,Reports on intelligence community loan repayment and related programs.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6726.â€,Repeal of certain reporting requirements.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6727.â€,Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6728.â€,Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6729.â€,Intelligence assessment of North Korea revenue sources.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6730.â€,Report on possible exploitation of virtual currencies by terrorist actors.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="subtitle">Subtitle Câ€"Other matters</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6741.â€,Public Interest Declassification Board.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6742.â€,Technical and clerical amendments to the National Security Act of 1947.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6743.â€,Bug bounty programs.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6744.â€,Technical amendments related to the Department of Energy.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6745.â€,Sense of Congress on notification of certain disclosures of classified information.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6746.â€,Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">Sec.â€,6747.â€,Sense of Congress on WikiLeaks.</toc-entry></toc>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HD98AC52D30A941DBA1DBB556A1D9F069" level="division">Division Fâ€"Other Matters</toc-entry>

<toc-entry idref="H0C093F2F974D4201A98DA0F58620B615" level="title">Title LXXIâ€"Sanctions with respect to North Korea</toc-entry>

<toc-entry idref="H44DF69B4E5CC4147A97C6D1B5EDE69B7" level="section">Sec.â€,7101.â€,Short title.</toc-entry>

<toc-entry idref="H7C85CE1BDEC548209D36A4BA2ADF35CA" level="subtitle">Subtitle Aâ€"Sanctions with respect to North Korea</toc-entry>

<toc-entry idref="HDF7C98DF75C7445F90C2E7EAA16F24AB" level="section">Sec.â€,7111.â€,Sense of Congress.</toc-entry>

<toc-entry idref="HF6397D2C8B91475DA5C9087179D56BDB" level="section">Sec.â€,7112.â€,Definitions.</toc-entry>

<toc-entry idref="H83CEA2EC2ADE4AA58E94E873BCA9C096" level="part">Part Iâ€"Expansion of sanctions and related matters</toc-entry>

<toc-entry idref="HF6B36A5123A9403C88FF91E2B3B3FECE" level="section">Sec.â€,7121.â€,Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.</toc-entry>

<toc-entry idref="H60C3FA292BB045A4A3358A4BD3E52EB8" level="section">Sec.â€,7122.â€,Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.</toc-entry>

<toc-entry idref="H15619872EE274AD580B828059120E856" level="section">Sec.â€,7123.â€,Extension of applicability period of proliferation prevention sanctions.</toc-entry>

<toc-entry idref="H78AB4F6D67FD4D4CB887C4BBF9F618ED" level="section">Sec.â€,7124.â€,Opposition to assistance by the international financial institutions.</toc-entry>

<toc-entry idref="H4307523D94784BDB81AA4AF128DFCB71" level="section">Sec.â€,7125.â€,Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.</toc-entry>

<toc-entry idref="HC095A4BF28B448A1B4B4508EAF3D57AF" level="section">Sec.â€,7126.â€,Report and briefings on compliance, penalties, and technical assistance.</toc-entry>

<toc-entry idref="HC893B04EDE2F4A33A51E2D9BE387D1CA" level="section">Sec.â€,7127.â€,Sense of Congress on identification and blocking of property of North Korean officials.</toc-entry>

<toc-entry idref="H78B4E39009824D1E8FF5BB7B667CA2BB" level="section">Sec.â€,7128.â€,Modification of report on implementation of United Nations Security Council resolutions by other governments.</toc-entry>

<toc-entry idref="H53FFC418052A46998464A71261AA4198" level="section">Sec.â€,7129.â€,Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system.</toc-entry>

<toc-entry idref="H6435ACB9F0554E5187060DAED6342059" level="part">Part IIâ€"Congressional review and oversight</toc-entry>

<toc-entry idref="H8E625325C1964EA291A4C70249D3BB69"

level="section">Sec.â€,7131.â€,Notification of termination or suspension of sanctions.</toc-entry>

<toc-entry idref="H3AFFEAAB7D02498AB2BD71812D984443" level="section">Sec.â€,7132.â€,Reports on certain licensing actions.</toc-entry>

<toc-entry idref="H89CDF0080452407D8145B39208462695" level="section">Sec.â€,7133.â€,Report and briefings on financial networks and financial methods of the Government of North Korea.</toc-entry>

<toc-entry idref="H5A0781D842F8409F907CDE0D4E602CAB" level="section">Sec.â€,7134.â€,Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea.</toc-entry>

<toc-entry idref="HFD2E671879704FFCA2E295384EF3562A" level="part">Part IIIâ€"General matters</toc-entry>

<toc-entry idref="H3B64087F9F64418386D454D2AA7874E1" level="section">Sec.â€,7141.â€,Rulemaking.</toc-entry>

<toc-entry idref="HB89452CFA7104F7CBAA20E65EDC3485F" level="section">Sec.â€,7142.â€,Authority to consolidate reports.</toc-entry>

<toc-entry idref="H0AE198741DBA460A81982E9911B79EB9" level="section">Sec.â€,7143.â€,Waivers, exemptions, and termination.</toc-entry>

<toc-entry idref="H4A3326A5F6D94B94A9D9D687C189A2DC" level="section">Sec.â€,7144.â€,Procedures for review of classified and certain other information.</toc-entry>

<toc-entry idref="HD38BEB76CC4C4E43B0E7934710BDD923" level="section">Sec.â€,7145.â€,Briefing on resourcing of sanctions programs.</toc-entry>

<toc-entry idref="HABB1AF76D2BF46509794CDCD0C015565" level="section">Sec.â€,7146.â€,Briefing on proliferation financing.</toc-entry>

<toc-entry idref="HD3C7774FD46B4A9FB7F9EDDA872B07CD" level="section">Sec.â€,7147.â€,Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H43045D7D917243C79794A63A0B77A2C5" level="subtitle">Subtitle Bâ€"Financial industry guidance to halt trafficking</toc-entry>

<toc-entry idref="HE45E375426414637B294E47F5A4A0C77" level="section">Sec.â€,7151.â€,Short title.</toc-entry>

<toc-entry idref="HC20EA4DDD18947C082A8928BE0F4901A" level="section">Sec.â€,7152.â€,Sense of Congress.</toc-entry>

<toc-entry idref="H330B5197AA46432F97DE7AFB323D7097" level="section">Sec.â€,7153.â€,Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.</toc-entry>

<toc-entry idref="H4B4BCE3E4E944B169A2554C1D3A79AE8" level="section">Sec.â€,7154.â€,Strengthening the role of anti-money laundering and other financial tools in combating human trafficking.</toc-entry>

<toc-entry idref="HA98756C4C812455583C06E42B76B5FE7" level="section">Sec.â€,7155.â€,Sense of Congress on resources to combat human trafficking.</toc-entry>

<toc-entry idref="H0FFAEF5E070D42A4B6B251B68929F6AF" level="title">Title LXXIIâ€"Sanctions with respect to foreign traffickers of illicit synthetic opioids</toc-entry>

<toc-entry idref="H4DF2AE9CCBBD46C58485C67BDCD1F53C" level="section">Sec.â€,7201.â€,Short title.</toc-entry>

<toc-entry idref="HB0DC354833774EDA94B5E0ED5C608AE4" level="section">Sec.â€,7202.â€,Sense of Congress.</toc-entry>

<toc-entry idref="HCD4D31BDB5064BA8AFBD65AE23CC8343" level="section">Sec.â€,7203.â€,Definitions.</toc-entry>

<toc-entry idref="H83F6621E01C4471EA80E85BD20C62BD9" level="subtitle">Subtitle Aâ€"Sanctions with Respect to Foreign Opioid Traffickers</toc-entry>

<toc-entry idref="H319373E8BDCE468F82B9074EBFF951FC" level="section">Sec.â€,7211.â€,Identification of foreign opioid traffickers.</toc-entry>

<toc-entry idref="HAC5A6A2B419F4F4585BFF9CCA0DC7C34" level="section">Sec.â€,7212.â€,Imposition of sanctions.</toc-entry>

<toc-entry idref="HD78AED92A22749A1BE79C509097B34CD" level="section">Sec.â€,7213.â€,Description of sanctions.</toc-entry>

<toc-entry idref="H0A7EE67AC9C34BF3A94D850BE16A5A52" level="section">Sec.â€,7214.â€,Waivers.</toc-entry>

<toc-entry idref="HFDAC67476ED0430DBC0224F39CB6C1EA" level="section">Sec.â€,7215.â€,Procedures for judicial review of classified information.</toc-entry>

<toc-entry idref="H14AF2349B226440DA764701C63A6F487" level="section">Sec.â€,7216.â€,Briefings on implementation.</toc-entry>

<toc-entry idref="H0D5E089DCADE4C0ABD12D0079402D4CE" level="section">Sec.â€,7217.â€,Inclusion of additional material in International Narcotics Control Strategy Report.</toc-entry>

<toc-entry idref="H4296E375781D44929BFCB10331E42A6D" level="subtitle">Subtitle Bâ€"Commission on Combating Synthetic Opioid Trafficking</toc-entry>

<toc-entry idref="H46D8F2057A184686A3AF61D9E1FFD63C" level="section">Sec.â€,7221.â€,Commission on combating synthetic opioid trafficking.</toc-entry>

<toc-entry idref="HF8093314EC1747B786CF3DB7144DF2F3" level="subtitle">Subtitle Câ€"Other Matters</toc-entry>

<toc-entry idref="H514B399333DC4027B6A18DB0472BCFA8" level="section">Sec.â€,7231.â€,Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers.</toc-entry>

<toc-entry idref="H453E0301D2EA46DAB2E96871DB3EE2FB" level="section">Sec.â€,7232.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H90A3C830C63F4655B25F378C5846E22F" level="section">Sec.â€,7233.â€,Regulatory authority.</toc-entry>

<toc-entry idref="H26E3627690474A0FB0F902CF1BD8FAE4" level="section">Sec.â€,7234.â€,Termination.</toc-entry>

<toc-entry idref="H728C15087AE546479099AD8EC659FDFB" level="section">Sec.â€,7235.â€,Exception relating to importation of goods.</toc-entry>

<toc-entry idref="HDBB58B69FDE94B1DA903A84D0A760FE8" level="title">Title LXXIIIâ€"PFAS</toc-entry>

<toc-entry idref="HED397240AFF54DF4885AE6B958018563" level="section">Sec.â€,7301.â€,Short title.</toc-entry>

<toc-entry idref="H11D8372011F24B898CC8A350D0081F90" level="section">Sec.â€,7302.â€,Definition of Administrator.</toc-entry>

<toc-entry idref="H23DCB2DC92C74C3A89436A15B9327892" level="subtitle">Subtitle Aâ€"Drinking Water</toc-entry>

<toc-entry idref="H1EC9A198CDA64445B41C6D4BF9766784" level="section">Sec.â€,7311.â€,Monitoring and detection.</toc-entry>

<toc-entry idref="HBF8188FDDE20462E819E57F03A466332" level="section">Sec.â€,7312.â€,Drinking water state revolving funds.</toc-entry>

<toc-entry idref="H3180014AA4B54227AA787A80FFB424C4" level="subtitle">Subtitle Bâ€"PFAS Release Disclosure</toc-entry>

<toc-entry idref="H9CEBA7D796834310B290592473915EE8" level="section">Sec.â€,7321.â€,Additions to toxics release inventory.</toc-entry>

<toc-entry idref="H25F76D5A3E124FB08C879826CA7EB741" level="subtitle">Subtitle Câ€"USGS Performance Standard</toc-entry>

<toc-entry idref="H7BED045F594B4EA0BC2410D6603EBB60" level="section">Sec.â€,7331.â€,Definitions.</toc-entry>

<toc-entry idref="H7067C8CB4F90412FB00227CA4489C95B" level="section">Sec.â€,7332.â€,Performance standard for the detection of highly fluorinated compounds.</toc-entry>

<toc-entry idref="H1F0CC1E0897146AA89CBBEAF8519BB9D" level="section">Sec.â€,7333.â€,Nationwide sampling.</toc-entry>

<toc-entry idref="HA975B0963CCC49D9A09FB5B5F986402B" level="section">Sec.â€,7334.â€,Data usage.</toc-entry>

<toc-entry idref="H3A850A2A455543CF8DD5376535F85BFA" level="section">Sec.â€,7335.â€,Collaboration.</toc-entry>

<toc-entry idref="HF8B60576203842E2BBD1B0151431A5F2" level="subtitle">Subtitle Dâ€"Emerging Contaminants</toc-entry>

<toc-entry idref="HCAB87C64E9294BAF9E0DA2BC9EFB8E8D" level="section">Sec.â€,7341.â€,Definitions.</toc-entry>

<toc-entry idref="H5CC88D1BF3E34192BAFD1BAA3CFBDACE" level="section">Sec.â€,7342.â€,Research and coordination plan for enhanced response on emerging contaminants.</toc-entry>

<toc-entry idref="H664A33B4BB5C418F9265084FB3B3068C" level="subtitle">Subtitle Eâ€"Toxic Substances Control Act</toc-entry>

<toc-entry idref="H8D5383DCF6CF49FA8AF0802952C04FD3" level="section">Sec.â€,7351.â€,PFAS data call.</toc-entry>

<toc-entry idref="HC7F4C0C99C0349D284FE3808F43CC367" level="section">Sec.â€,7352.â€,Significant new use rule for long-chain PFAS.</toc-entry>

<toc-entry idref="H98BEB48371AD4486A76808F004F67BC7" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HAFADD4CC7CD74732896B7255E5B2B0A6" level="section">Sec.â€,7361.â€,PFAS destruction and disposal guidance.</toc-entry>

<toc-entry idref="H3F16FE52F8F24708B34A62613D445620" level="section">Sec.â€,7362.â€,PFAS research and development.</toc-entry>

<toc-entry idref="H33AF29B4ED9641448ED12EA47377ABDF" level="title">Title LXXIVâ€"Caesar Syria Civilian Protection Act of 2019</toc-entry>

<toc-entry idref="H04E4833126C04369A848EDB8348EE208" level="section">Sec.â€,7401.â€,Short title.</toc-entry>

<toc-entry idref="HE62577A94BBA4722AC5A30A1B230EB90" level="section">Sec.â€,7402.â€,Statement of policy.</toc-entry>

<toc-entry idref="H366930B2C6794A4785E7ABE9E1E870F3" level="subtitle">Subtitle Aâ€"Additional actions in connection with the national emergency with respect to Syria</toc-entry>

<toc-entry idref="H9FB2DBAAE44F4C11A2DA073E7003DC98" level="section">Sec.â€,7411.â€,Measures with respect to Central Bank of Syria.</toc-entry>

<toc-entry idref="H7A06FC45F6F2470BB987E0F21F72790A" level="section">Sec.â€,7412.â€,Sanctions with respect to foreign persons that engage in certain transactions.</toc-entry>

<toc-entry idref="HB222306A99F34122B5817046E608B098"

level="section">Sec.â€‚7413.â€‚Strategy relating to areas of Syria in which civilians are subject to forced displacement.</toc-entry>

<toc-entry idref="HAE7AFBC9AAD445B0AAFE925792B3EA4F" level="subtitle">Subtitle Bâ€"Assistance for the people of Syria</toc-entry>

<toc-entry idref="HA550C301D29F4A55A0AA01AF09782BC2" level="section">Sec.â€‚7421.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H292997C509F0400A9FEEDDEC189BE8AB" level="section">Sec.â€‚7422.â€‚Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.</toc-entry>

<toc-entry idref="H784CA7FAC2564E9CBF5A6F33E07F2A0D" level="section">Sec.â€‚7423.â€‚Assessment of potential methods to enhance the protection of civilians.</toc-entry>

<toc-entry idref="H02A01FD0E7EF446AA286EA474346DB4A" level="section">Sec.â€‚7424.â€‚Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.</toc-entry>

<toc-entry idref="HE071EE92EA184D7B802B4A7A09D77B38" level="section">Sec.â€‚7425.â€‚Codification of certain services in support of nongovernmental organizationsâ€™ activities authorized.</toc-entry>

<toc-entry idref="H9655FB7E93A74F81A7E02F975A8A86EF" level="section">Sec.â€‚7426.â€‚Briefing on strategy to facilitate humanitarian assistance.</toc-entry>

<toc-entry idref="HBDF5F1F23FE6486AACC203057652864F" level="subtitle">Subtitle Câ€"General provisions</toc-entry>

<toc-entry idref="HD0C56B8713BD46F7B2A53BE3F3BB6BC2" level="section">Sec.â€‚7431.â€‚Suspension of sanctions.</toc-entry>

<toc-entry idref="H87CE7EF00D154A64BD9B18557B7B17D4" level="section">Sec.â€‚7432.â€‚Waivers and exemptions.</toc-entry>

<toc-entry idref="H4BA2C98AAC9E4B87B68A3388E40F25E4" level="section">Sec.â€‚7433.â€‚Implementation and regulatory authorities.</toc-entry>

<toc-entry idref="HD8FA90056D76462CA7BB669445DB0D09" level="section">Sec.â€‚7434.â€‚Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H46CC4FE0DED043EAA0432C7BE9DCD210" level="section">Sec.â€‚7435.â€‚Cost limitation.</toc-entry>

<toc-entry idref="H950F17FA39654B34A7DAFC10D2AC003B" level="section">Sec.â€‚7436.â€‚Rule of construction.</toc-entry>

<toc-entry idref="HCEDBEA8BCC004C5E983F2016166E7975" level="section">Sec.â€‚7437.â€‚Prohibition on construction of provisions of this title as an authorization for use of military force.</toc-entry>

<toc-entry idref="H96A668989F0E4F29BA3B62637AC38014" level="section">Sec.â€‚7438.â€‚Sunset.</toc-entry>

<toc-entry idref="HE29165D9E3F541E5B5B1C00C84264A3E" level="title">Title LXXVâ€"Protecting Europeâ€™s Energy Security</toc-entry>

<toc-entry idref="H4580A34FDB79470F80332FCAB98F25B6" level="section">Sec.â€‚7501.â€‚Short title.</toc-entry>

<toc-entry idref="H5FA3BC4D2B8749E8856F1689CCF82BFE" level="section">Sec.â€‚7502.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H6211551AF17349CE815A4431F7EB3FE9" level="section">Sec.â€‚7503.â€‚Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.</toc-entry>

<toc-entry idref="HCB1E4312ABAF42F79AEC117AF8223712" level="title">Title LXXVIâ€"Other

Matters</toc-entry>

<toc-entry idref="HF200D18BE4B84C23ACC251869F937F19" level="subtitle">Subtitle Aâ€"Federal Employee Paid Leave Act</toc-entry>

<toc-entry idref="HCE7A8A48EFA6431984CC9829625C23F1" level="section">Sec.â€,7601.â€,Short title.</toc-entry>

<toc-entry idref="H6BC0701817C94FE18D4940D3AB090DA0" level="section">Sec.â€,7602.â€,Paid parental leave under title 5.</toc-entry>

<toc-entry idref="H0A143818862D422C88290E669E6DB8B4" level="section">Sec.â€,7603.â€,Paid parental leave for congressional employees.</toc-entry>

<toc-entry idref="H0BDCD6945C5443B2AAB2C7571AE0176D" level="section">Sec.â€,7604.â€,Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees.</toc-entry>

<toc-entry idref="HD005AEB71DAA4BC99959DB4139967747" level="section">Sec.â€,7605.â€,Clarification for members of the National Guard and Reserves.</toc-entry>

<toc-entry idref="H0503F7FCD00C471BB2CA492E680C3E55" level="section">Sec.â€,7606.â€,Conforming amendment for certain TSA employees.</toc-entry>

<toc-entry idref="H878C207066D24993A1CA00579EA37905" level="subtitle">Subtitle Bâ€"Other Matters</toc-entry>

<toc-entry idref="HA890DFDA878A4E018CCB38D6195853E1" level="section">Sec.â€,7611.â€,Liberian refugee immigration fairness.</toc-entry>

<toc-entry idref="H2803B3DE0F694AD8A9DDA186395F530C" level="section">Sec.â€,7612.â€,Pensacola Dam and Reservoir, Grand River, Oklahoma.</toc-entry>

<toc-entry idref="HA44A3077374B4EA592F3667C6DDF2E9D" level="section">Sec.â€,7613.â€,Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations.</toc-entry> </toc> </subsection></section>

<section display-inline="no-display-inline" id="H034F36A0430C4DAF92E43B6D82424630" section-type="subsequent-section"><enum>3.</enum><header>Congressional defense committees</header><text display-inline="no-display-inline">In this Act, the term <quote>congressional defense committees</quote> has the meaning given that term in section 101(a)(16) of title 10, United States Code.</text></section>

<section commented="no" display-inline="no-display-inline" id="HF529B0789C2B48FCBB6A3499F3D091A7" section-type="subsequent-section"><enum>4.</enum><header display-inline="yes-display-inline">Budgetary effects of this Act</header><text display-inline="no-display-inline">The budgetary effects of this Act, for the purposes of complying with the Statutory Pay-As-You-Go Act of 2010, shall be determined by reference to the latest statement titled <quote>Budgetary Effects of PAYGO Legislation</quote> for this Act, jointly submitted for printing in the Congressional Record by the Chairmen of the House and Senate Budget Committees, provided that such statement has been submitted prior to the vote on passage in the House acting first on the conference report or amendment between the Houses.</text></section>

<division id="H8D780B05F2624DA3AB5E1B6D6F57E823"><enum>A</enum><header>DEPARTMENT OF DEFENSE AUTHORIZATIONS</header>

<title id="HFCB84C2EC6FD4420B750716B4E9A7F64"><enum>I</enum><header>PROCUREMENT</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HFCB84C2EC6FD4420B750716B4E9A7F64" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H2887F2770FB14E689C51D291987EC793" level="subtitle">Subtitle Aâ€"Authorization Of Appropriations</toc-entry>

<toc-entry idref="H3010DC0AF6E847EDA09D58C8A57B80D4" level="section">Sec.â€,101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HCF0196C22FAC463A9715C69A449BCB9A" level="subtitle">Subtitle Bâ€"Army Programs</toc-entry>

<toc-entry idref="H88081ECE5EA141078E168CD4E5F8D9EF" level="section">Sec.â€,111.â€,Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1.</toc-entry>

<toc-entry idref="H3B76BF5B0A2045CC8E91D40593CF21F2" level="subtitle">Subtitle Câ€"Navy Programs</toc-entry>

<toc-entry idref="HDBC7E44293894C45BF2A2F41C5398979" level="section">Sec.â€,121.â€,Ford-class aircraft carrier cost limitation baselines.</toc-entry>

<toc-entry idref="HD73FA29E9FBA4E30917A913175F88CA6" level="section">Sec.â€,122.â€,Modification of annual report on cost targets for certain aircraft carriers.</toc-entry>

<toc-entry idref="H37FA892DB25F4BFEA10B8312248E1DDC" level="section">Sec.â€,123.â€,Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman.</toc-entry>

<toc-entry idref="H0F7DD2A4AD8A4E31917A21EE9A091611" level="section">Sec.â€,124.â€,Ford class aircraft carrier support for Fâ€"35C aircraft.</toc-entry>

<toc-entry idref="H447F7327637C4A65B4B523F5111BCD80" level="section">Sec.â€,125.â€,Prohibition on use of funds for reduction of aircraft carrier force structure.</toc-entry>

<toc-entry idref="H11B039D141AD448C9D4FA0460F31788D" level="section">Sec.â€,126.â€,Modification of prohibition on availability of funds for Navy waterborne security barriers.</toc-entry>

<toc-entry idref="H9E58037848D4492BAEFD99F379598C30" level="section">Sec.â€,127.â€,LHA Replacement Amphibious Assault Ship Program.</toc-entry>

<toc-entry idref="HD4AE11AB09A24A7180E4550B3BB295A3" level="section">Sec.â€,128.â€,Strategic sealift fleet vessel.</toc-entry>

<toc-entry idref="HA03A2CC0361B407AAB40D83A0897CF05" level="section">Sec.â€,129.â€,Design and construction of amphibious transport dock designated LPDâ€"31.</toc-entry>

<toc-entry idref="HE5069091816943549 36A54398028F9FD" level="section">Sec.â€,130.â€,Limitation on availability of funds for the Littoral Combat Ship.</toc-entry>

<toc-entry idref="HB9CCBA20C7384C84BFB6D6C458A614FA" level="section">Sec.â€,131.â€,Limitation on the next new class of Navy large surface combatants.</toc-entry>

<toc-entry idref="H4F68C7895C8D436A93318CE985B271B0" level="section">Sec.â€,132.â€,Limitation on availability of funds pending quarterly updates on the CHâ€"53K King Stallion helicopter program.</toc-entry>

<toc-entry idref="H73D08BE405E342FA82C9B5ADCE72BB0B" level="section">Sec.â€,133.â€,Limitation on availability of funds for VHâ€"92A helicopter.</toc-entry>

<toc-entry idref="HC59C16394A354B3EB4D4A1307E19AB2B" level="section">Sec.â€,134.â€,Report on carrier wing and aviation combat element composition.</toc-entry>

<toc-entry idref="H1FD903FD2F434DC58DCDB637FBB1C335" level="subtitle">Subtitle Dâ€"Air Force Programs</toc-entry>

<toc-entry idref="HF823E95AED2A46CC9F3F05C3F6311AE5" level="section">Sec.â€,141.â€,Modification of requirement to preserve certain Câ€"5

aircraft.</toc-entry>

<toc-entry idref="HD2BD0AF1E3384D8DA3B29C4D7A7836AF" level="section">Sec.â€‚142.â€‚OCâ€"135B aircraft recapitalization program.</toc-entry>

<toc-entry idref="HBA472600E96B469984290EEA9C3A41D9" level="section">Sec.â€‚143.â€‚Requirement to align Air Force aviation force structure with National Defense Strategy.</toc-entry>

<toc-entry idref="HE23F2FCD9F324464B6D4E0132C37AE50" level="section">Sec.â€‚144.â€‚Prohibition on availability of funds for reduction in KCâ€"10 primary mission aircraft inventory.</toc-entry>

<toc-entry idref="H8CA78E5E025F47B4A4B40B0A876362F9" level="section">Sec.â€‚145.â€‚Limitation on availability of funds for Fâ€"15EX aircraft.</toc-entry>

<toc-entry idref="H6873F4155E9743CFB2768D79AE926271" level="section">Sec.â€‚146.â€‚Limitation on availability of funds for VCâ€"25B aircraft.</toc-entry>

<toc-entry idref="HA267E37F845A4F109D5CF9FE990C52E1" level="section">Sec.â€‚147.â€‚Limitation on availability of funds for RCâ€"26B aircraft.</toc-entry>

<toc-entry idref="H6B9B49E5B14540A9B19443FE13AA432C" level="section">Sec.â€‚148.â€‚Limitation on availability of funds for retirement of RCâ€"135 aircraft.</toc-entry>

<toc-entry idref="HD7F364AE0F074F7D91E4E51ED5F67B55" level="section">Sec.â€‚149.â€‚Air Force aggressor squadron modernization.</toc-entry>

<toc-entry idref="HBE2F38A7EAA447FC8FB6F81D1C03F2FD" level="section">Sec.â€‚150.â€‚Air Force plan for Combat Rescue Helicopter fielding.</toc-entry>

<toc-entry idref="H0A14F0E845B344088A068AA18AD8734D" level="section">Sec.â€‚151.â€‚Report on feasibility of multiyear contract for procurement of JASSMâ€"ER missiles.</toc-entry>

<toc-entry idref="H6AEDA6BDB6D14E78A34AEA630315BE83" level="section">Sec.â€‚152.â€‚Report on aircraft fleet of the Civil Air Patrol.</toc-entry>

<toc-entry idref="H9CD7FA62F37E41E093C65FCE5D433345" level="section">Sec.â€‚153.â€‚Sense of Congress on the light attack aircraft initiative of the Air Force.</toc-entry>

<toc-entry idref="H8EB2AA41C5264ABD9ADFF34F90BA4DAB" level="subtitle">Subtitle Eâ€"Defense-wide, Joint, and Multiservice Matters</toc-entry>

<toc-entry idref="H9CA6D38B7FAE472A9FC6900666FFFA75" level="section">Sec.â€‚161.â€‚Economic order quantity contracting and buy-to-budget acquisition for Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H79BD7A1161D24E668C9FCF6B5BF79FC3" level="section">Sec.â€‚162.â€‚Relief from contractors for failure to deliver ready-for-issue spare parts for the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H881BAB742C3441ACA01CF142268AB455" level="section">Sec.â€‚163.â€‚Limitation on availability of funds for reallocation of Turkish Fâ€"35A aircraft to the United States.</toc-entry>

<toc-entry idref="H4E584E9EA6864515A7BFA28BBD6D70D2" level="section">Sec.â€‚164.â€‚Requirement to establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System.</toc-entry>

<toc-entry idref="H4E394937B3CF4E96AE70B33AA1522189" level="section">Sec.â€‚165.â€‚Fâ€"35 sustainment cost.</toc-entry>

<toc-entry idref="H74348180FA994AD584B0E8F9853838B2" level="section">Sec.â€‚166.â€‚Reports on the progress and performance of the Fâ€"35

aircraft program.</toc-entry>

<toc-entry idref="H8014A1C1DB404014800D056A3836EB46" level="section">Sec.â€,167.â€,Other reports on the Fâ€"35 aircraft program.</toc-entry>

<toc-entry idref="H7EA05DCB6F1743A5A745882DAA8D516A" level="section">Sec.â€,168.â€,Limitation on availability of funds for communications systems lacking certain resiliency features.</toc-entry>

<toc-entry idref="H641D386C09B245FFBDFCFEBF49A78161" level="section">Sec.â€,169.â€,Repeal of tactical unmanned vehicle common data link requirement.</toc-entry></toc>

<subtitle id="H2887F2770FB14E689C51D291987EC793"><enum>A</enum><header>Authorization Of Appropriations</header>

<section id="H3010DC0AF6E847EDA09D58C8A57B80D4" section-type="subsequent-section"><enum>101.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4101.</text></section></subtitle>

<subtitle id="HCF0196C22FAC463A9715C69A449BCB9A"><enum>B</enum><header>Army Programs</header>

<section id="H88081ECE5EA141078E168CD4E5F8D9EF"><enum>111.</enum><header>Authority of the Secretary of the Army to waive certain limitations related to the Distributed Common Ground System-Army Increment 1</header><text display-inline="no-display-inline">Section 113(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2028) is amended by striking <quote>Secretary of Defense</quote> both places it appears and inserting <quote>Secretary of the Army</quote>.</text></section></subtitle>

<subtitle id="H3B76BF5B0A2045CC8E91D40593CF21F2"><enum>C</enum><header>Navy Programs</header>

<section id="HDBC7E44293894C45BF2A2F41C5398979"><enum>121.</enum><header>Ford-class aircraft carrier cost limitation baselines</header>

<subsection id="H85D4473239D64351AF1E6E36C8F6B9F8"><enum>(a)</enum><header>In general</header><text>Chapter 863 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H1E79B2A52F4545689229CC8D6D7DFF52" style="USC">

<section id="H9FA01F966AD344439F9B15741CC148E7"><enum>8692.</enum><header>Ford-class aircraft carriers: cost limitation baselines</header>

<subsection id="H25290DF5FCD84D0F813C441F1FCD5FF5"><enum>(a)</enum><header>Limitation</header><text>The total amounts obligated or expended from funds authorized to be appropriated or otherwise made available for Shipbuilding and Conversion, Navy, or for any other procurement account, may not exceed the following amounts for the following aircraft carriers:</text>

<paragraph id="HA09E61B4CEBA4570934F0EFEA8FEDB35"><enum>(1)</enum><text>$13,224,000,000 for the construction of the aircraft carrier designated CVNâ€"78.</text></paragraph>

<paragraph id="H7CE8B8A2977843BFBB6CA1AFB2722CCD"><enum>(2)</enum><text>$11,398,000,000 for the construction of the aircraft carrier designated CVNâ€"79.</text></paragraph>

<paragraph id="H3A83068B80F44360887718A43C95C226"><enum>(3)</enum><text>$12,202,000,000 for the construction of the aircraft carrier designated CVNâ€"80.</text></paragraph>

<paragraph id="HF20E155524554DD08D7102E5C3FBC91A"><enum>(4)</enum><text>$12,451,000,000 for the construction of the aircraft carrier designated CVNâ€"81.</text></paragraph></subsection>

<subsection id="H66D4536F1D854C60AA94FB7B88AC0BA4"><enum>(b)</enum><header>Exclusion of battle and interim spares from cost limitation</header><text>The Secretary of the Navy

shall exclude from the determination of the amounts set forth in subsection (a) the costs of the following items:</text>

<paragraph id="H33635450BC3041C6ABE4FFF4056D94B5"><enum>(1)</enum><text>CVNâ€"78 class battle spares.</text></paragraph>

<paragraph id="H521D96DA1CF041468B303955DDB5F105"><enum>(2)</enum><text>Interim spares.</text></paragraph>

<paragraph id="H0A69BB09F5D44A0A82D4F08A954F4A7A"><enum>(3)</enum><text>Increases attributable to economic inflation after December 1, 2018, not otherwise included in the amounts listed in subsection (a).</text></paragraph></subsection>

<subsection id="HFC5264A6DF2D4BA39DDADA9FCCCACF91"><enum>(c)</enum><header>Written notice and briefing on change in amount</header><text>The Secretary of the Navy may adjust an amount listed in subsection (a) not fewer than 15 days after submitting written notice and providing a briefing to the congressional defense committees, each of which shall include the amount and rationale of any change and the resulting amount after such change.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8CB360DD0215408E828A5DBF7C8AA962"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 863 of such title is amended by inserting after the item relating to section 8691 the following new item:</text>

<quoted-block id="HCCECFF6E48B04795826AB00BBF7A7F6F" style="USC">

<toc>

<toc-entry idref="H9FA01F966AD344439F9B15741CC148E7" level="section">8692. Ford-class aircraft carriers: cost limitation baselines.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE59096CB5A6E428E9D0B808F53002F1F"><enum>(c)</enum><header>Repeal of superseded provision</header><text>Section 122 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2104) is repealed.</text></subsection></section>

<section id="HD73FA29E9FBA4E30917A913175F88CA6" section-type="subsequent-section"><enum>122.</enum><header>Modification of annual report on cost targets for certain aircraft carriers</header><text display-inline="no-display-inline">Section 126(c) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2035) is amendedâ€"</text>

<paragraph id="H4CF6B02E3F3A4E769110501866B187F7"><enum>(1)</enum><text>in the subsection heading, by striking <quote><header-in-text level="subsection" style="OLC">and CVNâ€"80</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">, CVNâ€"80, and CVNâ€"81</header-in-text></quote>;</text></paragraph>

<paragraph id="HC621CB96E81C4AC6A4EDEC1E880212C8"><enum>(2)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="H357BB6141F4C4029B0C4F8A0FEC93F9F"><enum>(A)</enum><text>by striking <quote>2021</quote> and inserting <quote>2032</quote>; and</text></subparagraph>

<subparagraph id="H59D9EA35F0A845EA80A610742159907F"><enum>(B)</enum><text>by striking <quote>costs described in subsection (b) for the CVNâ€"79 and CVNâ€"80</quote> and inserting <quote>cost targets for the CVNâ€"79, the CVNâ€"80, and the CVNâ€"81</quote>; and</text></subparagraph></paragraph>

<paragraph id="HCA379066943843B9B62DA311E9EF87F3"><enum>(3)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="HD84455BDC5784F61BA43A70C6B6958EE"><enum>(A)</enum><text>in the matter preceding subparagraph (A), by striking <quote> and the CVNâ€"80</quote> and inserting <quote>, the CVNâ€"80, and the CVNâ€"81</quote></text></subparagraph>

<subparagraph id="H133D5260F789410F946C6A2F060F77CE"><enum>(B)</enum><text>in subparagraph (A), by striking <quote>costs described in subsection (b)</quote> and inserting <quote>cost targets</quote>;</text></subparagraph>

<subparagraph id="HD63645FCB2814B7280CC9C4B758DB2EC"><enum>(C)</enum><text>in subparagraph (F), by striking <quote>costs specified in subsection (b)</quote> and inserting <quote>cost targets</quote>; and</text></subparagraph>

<subparagraph id="HA2FF32475FE849078614187228DD3A15"><enum>(D)</enum><text>in subparagraph (G), by striking <quote>costs specified in subsection (b)</quote> and inserting <quote>cost targets</quote>. </text></subparagraph></paragraph></section>

<section id="H37FA892DB25F4BFEA10B8312248E1DDC"><enum>123.</enum><header>Refueling and complex overhauls of the U.S.S. John C. Stennis and U.S.S. Harry S. Truman</header>

<subsection commented="no" display-inline="no-display-inline" id="HE9470887E0F94A9C8BA88B9B5B48A458"><enum>(a)</enum><header display-inline="yes-display-inline">Refueling and complex overhaul</header><text display-inline="yes-display-inline">The Secretary of the Navy shall carry out the nuclear refueling and complex overhaul of the U.S.S. John C. Stennis (CVNâ€"74) and U.S.S. Harry S. Truman (CVNâ€"75).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HED88263F339A4227B041F4D7063BEADC"><enum>(b)</enum><header display-inline="yes-display-inline">Use of incremental funding</header><text display-inline="yes-display-inline">With respect to any contract entered into under subsection (a) for the nuclear refueling and complex overhauls of the U.S.S. John C. Stennis (CVNâ€"74) and U.S.S. Harry S. Truman (CVNâ€"75), the Secretary may use incremental funding for a period not to exceed six years after advance procurement funds for such nuclear refueling and complex overhaul effort are first obligated.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE0DD42FA406F4867AA68CDC81D8B812F"><enum>(c)</enum><header display-inline="yes-display-inline">Condition for out-year contract payments</header><text display-inline="yes-display-inline">Any contract entered into under subsection (a) shall provide that any obligation of the United States to make a payment under the contract for a fiscal year after fiscal year 2020 is subject to the availability of appropriations for that purpose for that later fiscal year.</text></subsection></section>

<section id="H0F7DD2A4AD8A4E31917A21EE9A091611" section-type="subsequent-section"><enum>124.</enum><header>Ford class aircraft carrier support for Fâ€"35C aircraft</header><text display-inline="no-display-inline">Before completing the post-shakedown availability of the Ford class aircraft carrier designated CVNâ€"79, the Secretary of the Navy shall ensure that the aircraft carrier is capable of operating and deploying with the Fâ€"35C aircraft.</text></section>

<section id="H447F7327637C4A65B4B523F5111BCD80" section-type="subsequent-section"><enum>125.</enum><header>Prohibition on use of funds for reduction of aircraft carrier force structure</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended to reduce the number of operational aircraft carriers of the Navy below the number specified in section 8062(b) of title 10, United States Code.</text></section>

<section id="H11B039D141AD448C9D4FA0460F31788D"><enum>126.</enum><header>Modification of prohibition on availability of funds for Navy waterborne security barriers</header><text display-inline="no-display-inline">Section 130 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H30E7B3674AE0479AAA6A4B8E7D8ACE14"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a) by striking <quote>for fiscal year 2019 may be obligated or expended to procure legacy waterborne security barriers for Navy ports</quote> and inserting <quote>for fiscal year 2019 or fiscal year 2020 may be obligated or expended to procure legacy waterborne security barriers for Navy ports, including as replacements for legacy barriers</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H874EC216D2F14378BEDE81D530DFD9A7"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (c)(1), by inserting <quote>of not more than 30 percent</quote> after <quote>replacement</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1433834A598049C0B06DDE9590019CDA"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HE81D393E547B4BB7B5CFE2E061BF662F" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HEE48B4462B79477C96FF9E67BE1ACAA2"><enum>(d)</enum><header display-inline="yes-display-inline">Notification</header><text display-inline="yes-display-inline">Not later than 15 days after an exception is made pursuant to subsection (c)(2), the Secretary of the Navy shall submit a written notification to the congressional defense committees that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFB1A42BBC5C74E6C8A5878CA93FFCAE9"><enum>(1)</enum><text display-inline="yes-display-inline">the name and position of the government official who determined exigent circumstances exist;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51AE855F267A47D9A1EAB6A30395B68E"><enum>(2)</enum><text display-inline="yes-display-inline">a description of the exigent circumstances; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H89B2B1C578B74E138F77E6288D8FA8E4"><enum>(3)</enum><text display-inline="yes-display-inline">a description of how waterborne security will be maintained until new waterborne security barriers are procured and installed.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H9E58037848D4492BAEFD99F379598C30"><enum>127.</enum><header>LHA Replacement Amphibious Assault Ship Program</header>

<subsection commented="no" display-inline="no-display-inline" id="HBEE7367CEDDF481A9798B8250F70992E"><enum>(a)</enum><header display-inline="yes-display-inline">Authority to use incremental funding</header><text display-inline="yes-display-inline">The Secretary of the Navy may enter into and incrementally fund a contract for detail design and construction of the LHA replacement ship designated LHA 9 and, subject to subsection (b), funds for payments under the contract may be provided from amounts authorized to be appropriated for the Department of Defense for Shipbuilding and Conversion, Navy, for fiscal years 2019 through 2025.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7BE814C5541E4477AC534779EC1F5F54"><enum>(b)</enum><header display-inline="yes-display-inline">Condition for out-year contract payments</header><text display-inline="yes-display-inline">A contract entered into under subsection (a) shall provide that any obligation of the United States to make a payment under the contract for any subsequent fiscal year is subject to the availability of appropriations for that purpose for such subsequent fiscal year.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB5145665131844DC8D1AB65A1E5E4D5B"><enum>(c)</enum><header display-inline="yes-display-inline">Repeal of obsolete authority</header><text display-inline="yes-display-inline">Section 125 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2106) is repealed.</text></subsection></section>

<section id="HD4AE11AB09A24A7180E4550B3BB295A3"><enum>128.</enum><header>Strategic sealift fleet vessel</header>

<subsection id="H037BC17680D644B1A7DD120C6FA33CB5"><enum>(a)</enum><header>In general</header><text>Subject to the availability of appropriations, the Secretary of the Navy shall seek to enter into a contract for the construction of one sealift vessel.</text></subsection>

<subsection id="H973552A334C34F8FA3BA64CBF71AA404"><enum>(b)</enum><header>Delivery date</header><text display-inline="yes-display-inline">The contract entered into under subsection (a) shall specify a delivery date for the sealift vessel of not later than September 30, 2026.</text></subsection>

<subsection id="H2380CC2CBB974600BD4DAA800141DCEC"><enum>(c)</enum><header>Design and construction requirements</header>

<paragraph id="H00D36AEF604E49F79617242E7AF95064"><enum>(1)</enum><header>Use of existing design</header><text>The design of the sealift vessel shall be based on a domestic or foreign design that exists as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="HE0A9766D96384B7992BEF126E50D7796"><enum>(2)</enum><header>Commercial standards and practices</header><text display-inline="yes-display-inline">Subject to paragraph (1), the sealift vessel may be constructed using commercial design standards and commercial construction practices that are consistent with the best interests of the Federal Government.</text></paragraph>

<paragraph id="H9E112EE4B613435CAA43F13E500292C7"><enum>(3)</enum><header>Domestic shipyard</header><text>The sealift vessel shall be constructed in a shipyard that is located in the United States.</text></paragraph></subsection>

<subsection id="HB8555A36B2184DBCB1210B2A822A4CEB"><enum>(d)</enum><header>Certificate and endorsement</header><text>The sealift vessel shall meet the requirements necessary to receive a certificate of documentation and a coastwise endorsement under chapter 121 of tile 46, United States Code, and the Secretary of the Navy shall ensure that the completed vessel receives such a certificate and endorsement. </text></subsection>

<subsection id="HD0B75C325D534DFABA0AD4712914E6FE"><enum>(e)</enum><header>Executive agent</header>

<paragraph id="H2714B410BFF3432595E42EA864D86054"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Navy may seek to enter into a contract or other agreement with a private-sector entity under which the entity may act as executive agent for the Secretary for purposes of the contract under subsection (a).</text></paragraph>

<paragraph id="H477A27DB0B0A4FC28A5B7EDB9FA1E200"><enum>(2)</enum><header>Responsibilities</header><text>The executive agent described in paragraph (1) may be responsible forâ€"</text>

<subparagraph id="H36D741033AF642DCB354849DC35B3A04"><enum>(A)</enum><text>selecting a shipyard for the construction of the sealift vessel;</text></subparagraph>

<subparagraph id="HC9CC2E74F4D844D0BF3DF90508B9F332"><enum>(B)</enum><text>managing and overseeing the construction of the sealift vessel; and</text></subparagraph>

<subparagraph id="HC2CF317C1AD849B98DC5BA35AEC390B8"><enum>(C)</enum><text>such other matters as the Secretary of the Navy determines to be appropriate</text></subparagraph></paragraph></subsection>

<subsection id="H62E75E175D75427683FB29A41103F571"><enum>(f)</enum><header>Use of incremental funding</header><text>With respect to the contract entered into under subsection (a), the Secretary of the Navy may use incremental funding to make payments under the contract.</text></subsection>

<subsection id="H867147A0FA58458FBE9144091FD5C0F4"><enum>(g)</enum><header>Sealift vessel defined</header><text display-inline="yes-display-inline">In this section, the term <quote>sealift vessel</quote> means the sealift vessel constructed pursuant to the contract entered into under subsection (a).</text></subsection></section>

<section id="HA03A2CC0361B407AAB40D83A0897CF05" section-type="subsequent-section"><enum>129.</enum><header>Design and construction of amphibious transport dock designated LPDâ€"31</header>

<subsection id="H78B0779F8C8445868DE890C1AF8196D0"><enum>(a)</enum><header>In general</header><text>Using funds authorized to be appropriated for the Department of Defense for Shipbuilding and Conversion, Navy, the Secretary of the Navy may enter into a contract, beginning with the fiscal year 2020 program year, for the design and construction of the amphibious transport dock designated LPDâ€"31.</text></subsection>

<subsection id="H45F76A1F22DA4574A1818A4A51131B09"><enum>(b)</enum><header>Use of incremental funding</header><text>With respect to the contract entered into under subsection (a), the Secretary may use incremental funding to make payments under the contract.</text></subsection>

<subsection id="H52695CEF86D247E1B998B6F33F9B666A"><enum>(c)</enum><header>Condition for out-year contract payments</header><text>The contract entered into under subsection (a) shall provide that any obligation of the United States to make a payment under such contract for any fiscal year after fiscal year 2020 is subject to the availability of appropriations for that purpose for such later fiscal year.</text></subsection></section>

<section id="HE506909181694354936A54398028F9FD"><enum>130.</enum><header>Limitation on availability of funds for the Littoral Combat Ship</header>

<subsection commented="no" display-inline="no-display-inline" id="H743AB48C4D144AAD84031A4448519967"><enum>(a)</enum><header display-inline="yes-display-inline">Limitations</header><text>None of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be used to exceed, and the Department may not otherwise exceed, the total procurement quantity of thirty-five Littoral Combat Ships, unless the Under Secretary of Defense for Acquisition and Sustainment submits to the congressional defense committees the certification described in subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF7C8FC8D9DFF458980B3CED7264E81C1"><enum>(b)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">The certification described in this subsection is a certification by the Under Secretary that awarding a contract for the procurement of a Littoral Combat Ship that exceeds the total procurement quantity listed in revision five of the Littoral Combat Ship acquisition strategyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H51A391A142A944BCA6EDB8456021BE75"><enum>(1)</enum><text display-inline="yes-display-inline">is in the national security interests of the United States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB7A5C16D613B4C1D99D748A0193CEED2"><enum>(2)</enum><text display-inline="yes-display-inline">will not result in exceeding the low-rate initial production quantity approved in the Littoral Combat Ship acquisition strategy in effect as of the date of the certification; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H416990F312D64D11A88D9876B132DE5D"><enum>(3)</enum><text display-inline="yes-display-inline">is necessary to maintain a full and open competition for the Guided Missile Frigate (FFG(X)) with a single source award in fiscal year 2020.</text></paragraph></subsection></section>

<section id="HB9CCBA20C7384C84BFB6D6C458A614FA"><enum>131.</enum><header>Limitation on the next new class of Navy large surface combatants</header>

<subsection commented="no" display-inline="no-display-inline" id="H28FE09DD3E7A4D1E9089B46AA7AE49CE"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Milestone B approval may not be granted for the next new class of Navy large surface combatants unless the class of Navy large surface combatants incorporates prior to such approvalâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H13A11998B3AB469382ADCD00263DD574"><enum>(1)</enum><text display-inline="yes-display-inline">design changes identified during the full duration of the combat system ship qualification trials and operational test periods of the first Arleigh Burke-class destroyer in the Flight III configuration to complete such events; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H580769FBDEB9404B9E56959617F35F2E"><enum>(2)</enum><text display-inline="yes-display-inline">final results of test programs of engineering development models or prototypes for critical systems specified by the Senior Technical Authority pursuant to section 8669b of title 10, United States Code, as added by section 1034 of this Act, in their final form, fit, and function and in a realistic environment, which shall include a land-based engineering site for the propulsion system.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H685507D0768E4C258899AA38310F71EA"><enum>(b)</enum><header display-inline="yes-display-inline">Limitation</header><text display-inline="yes-display-inline">The Secretary of the Navy may not release a detail design or construction request for proposals or obligate funds from the Shipbuilding and Conversion, Navy account for the next new class of Navy large surface combatants until the class of Navy large surface combatants receives Milestone B approval and the milestone decision authority notifies the congressional defense committees, in writing, of the actions taken to comply with the requirements under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0719290212B94ABAADFFA6913404E1E4"><enum>(c)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H68E59487A0944128A980FC4CC4D882B9"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>Milestone B approval</term> has the meaning given the term in section 2366(e)(7) of title 10, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0D893EA070C541F6B133D90F928B8EEB"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>milestone decision authority</term> means the official within the Department of Defense designated with the overall responsibility and authority for acquisition decisions for the program, including authority to approve entry of the program into the next phase of the acquisition process.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2F14A39F75554C65B48C310E2A312CB5"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>large surface combatants</term> means Navy surface ships that are designed primarily to engage in attacks against airborne, surface, subsurface, and shore targets, excluding frigates and littoral combat ships.</text></paragraph></subsection></section>

<section id="H4F68C7895C8D436A93318CE985B271B0" section-type="subsequent-section"><enum>132.</enum><header>Limitation on availability of funds pending quarterly updates on the CHâ€"53K King Stallion helicopter program</header>

<subsection id="H11C3A55B84C741B6BEA1295E927903A1"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for aircraft procurement, Navy, for the CHâ€"53K King Stallion helicopter program, not more than 50 percent may be obligated or expended until a period of 30 days has elapsed following the date on which the Secretary of the Navy provides the first briefing required under subsection (b).</text></subsection>

<subsection id="HCCBD0093ABF947D5BF0AFE3DBE48D5F7"><enum>(b)</enum><header>Quarterly briefings required</header>

<paragraph id="HDD294EA31F244FF4BFEFD90A2D25A45D"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Beginning not later than 30 days after the date of the enactment of this Act, and on a quarterly basis thereafter through the end of fiscal year 2022, the Secretary of the Navy shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the progress of the CHâ€"53K King Stallion helicopter program.</text></paragraph>

<paragraph id="HCB059AA53C764C64B8BF298564B5578B"><enum>(2)</enum><header>Elements</header><text>Each briefing under paragraph (1) shall include, with respect to the CHâ€"53K King Stallion helicopter program, the following:</text>

<subparagraph id="H4E3143CFDCF64A7F9AE336E1EF67AB66"><enum>(A)</enum><text>An overview of the program schedule.</text></subparagraph>

<subparagraph id="HAF32DB24FA7248E4A51C4D5F4E07BB98"><enum>(B)</enum><text>A statement of the total cost of the program as of the date of the briefing, including the costs of development, testing, and production.</text></subparagraph>

<subparagraph id="H60D70EA216B34E0BAC333B4677F65456"><enum>(C)</enum><text>A comparison

of the total cost of the program relative to the approved acquisition program baseline.</text></subparagraph>

<subparagraph id="HCE900A436F034F4FB305188056C04E98"><enum>(D)</enum><text>An assessment of flight testing under the program, including identification of the number of test events that have been conducted on-time in accordance with the joint integrated program schedule.</text></subparagraph>

<subparagraph id="HB3338268782A4FC5847509BB885F2C25"><enum>(E)</enum><text>An update on the correction of technical deficiencies under the program, includingâ€"</text>

<clause id="H8CFBC924D9D244E1A7836D8A1548F13F"><enum>(i)</enum><text>identification of the technical deficiencies that have been corrected as of the date of the briefing;</text></clause>

<clause id="H13ECBAC02309485AA69AC81573A76C4E"><enum>(ii)</enum><text>identification of the technical deficiencies that have been discovered, but not corrected, as of such date;</text></clause>

<clause id="HE349DEA279CD4FBBB6A44BCB091A79F7"><enum>(iii)</enum><text>an estimate of the total cost of correcting technical deficiencies under the program; and</text></clause>

<clause id="HAB2CDB4D5AB24D229ED86B18683C9A9E"><enum>(iv)</enum><text>an explanation of any significant deviations from the testing and program schedule that are anticipated due to the discovery and correction of technical deficiencies.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H73D08BE405E342FA82C9B5ADCE72BB0B"><enum>133.</enum><header>Limitation on availability of funds for VHâ€"92A helicopter</header>

<subsection id="H78E76C5DAFC04DDCA28AA4A76C906297"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for procurement for the VHâ€"92A helicopter, not more than 80 percent may be obligated or expended until the date on which the Secretary of Navy submits to the Committees on Armed Services of the Senate and the House of Representatives the report required under subsection (b).</text></subsection>

<subsection id="H4FC4407586DF40D39D69B9533760409E"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">The Secretary of the Navy shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report assessing the status of the VHâ€"92A helicopter program industrial base and the potential impact of proposed manufacturing base changes on the acquisition program. The report shall include a description ofâ€"</text>

<paragraph id="HFAEC49D6F677499380502D5900A8153B"><enum>(1)</enum><text display-inline="yes-display-inline">estimated effects on the manufacturing readiness level of the VHâ€"92 program due to potential changes to the program manufacturing base;</text></paragraph>

<paragraph id="H2F97F1CE34E247B38AC90B14AC064EF9"><enum>(2)</enum><text>the estimated costs and assessment of cost risk to the program due to potential changes to the program manufacturing base;</text></paragraph>

<paragraph id="HB1A2CD56941F4536B04971F32E43692A"><enum>(3)</enum><text display-inline="yes-display-inline">any estimated schedule impacts, including impacts on delivery dates for the remaining low-rate initial production lots and full rate production, resulting from any changes to the manufacturing base;</text></paragraph>

<paragraph id="H07044101992D44449345D94F713D6853"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of the effect of changes to the manufacturing base on VHâ€"92A sustainment; and</text></paragraph>

<paragraph id="H1BE1B1AE33FB4A0EA87CFF7212FAF847"><enum>(5)</enum><text>the impact of such changes on production and sustainment capacity for the MHâ€"60 and CHâ€"53K helicopters of the Navy.</text></paragraph></subsection></section>

<section id="HC59C16394A354B3EB4D4A1307E19AB2B"><enum>134.</enum><header>Report on carrier wing and aviation combat element composition</header>

<subsection commented="no" display-inline="no-display-inline" id="HE23AD3E5F9254E73A0301993B5E7B9DC"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than May 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the optimal composition of the carrier air wing (CVW) on aircraft carriers and aviation combat element (ACE) embarked on amphibious ships in 2030 and 2040, including alternative force design concepts.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H802282785BA743B597B1C870E9D35DFE"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under subsection (a) shall include the following elements for the CVW and ACE:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC9C027CD52D845C0932A33FB450ABFAF"><enum>(1)</enum><text display-inline="yes-display-inline">Analysis and justification for the Department of the Navy's stated goal of a 50/50 mix of 4th and 5th generation aircraft for 2030.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA5F1897AE29040709950F44EC07BE471"><enum>(2)</enum><text display-inline="yes-display-inline">Analysis and justification for an optimal mix of aircraft for 2040.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H41905E898BE14216BB28172E1CBCCFDB"><enum>(3)</enum><text display-inline="yes-display-inline">A plan for incorporating unmanned aerial vehicles and associated communication capabilities to effectively implement the future force design.</text></paragraph>

<paragraph id="H53CF95563B1443F999EA00BE2E0339A0"><enum>(4)</enum><text>Analysis of the support equipment requirement for each aircraft type and the space needed to accommodate such equipment.</text></paragraph>

<paragraph id="HF6C97D00B32648CD9EFC7ABF96BDE637"><enum>(5)</enum><text>A description of existing and potential ship designs or design changes that would enable greater commonality and interoperability of embarked naval aircraft, including aircraft arresting gear and launch catapults.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H225C2E30A554493D90A2290E4CAD690D"><enum>(c)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of the Navy shall provide the congressional defense committees a briefing on the report required under subsection (a).</text></subsection></section></subtitle>

<subtitle id="H1FD903FD2F434DC58DCDB637FBB1C335"><enum>D</enum><header>Air Force Programs</header>

<section id="HF823E95AED2A46CC9F3F05C3F6311AE5" section-type="subsequent-section"><enum>141.</enum><header>Modification of requirement to preserve certain Câ€"5 aircraft</header><text display-inline="no-display-inline">Section 141(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1661) is amendedâ€"</text>

<paragraph id="H90DB848DFB86437E89DC879DE45F3228"><enum>(1)</enum><text>in paragraph (1), by striking <quote>until the date that is 30 days after the date on which the briefing under section 144(b) of the National Defense Authorization Act for Fiscal Year 2018 is provided to the congressional defense committees</quote> and inserting <quote>until the date that is 30 days after the date on which the final report and briefing required under section 1712(c)(2) of the National Defense Authorization Act for Fiscal Year 2020 have each been provided to the congressional defense committees</quote>; and</text></paragraph>

<paragraph id="H59E0EABA21AE4EE38CFE25FA94A59A27"><enum>(2)</enum><text>in paragraph (2)(A), by striking <quote>can be returned to service</quote> and inserting <quote>is inducted into or maintained in type 1000 recallable storage</quote>.</text></paragraph></section>

<section id="HD2BD0AF1E3384D8DA3B29C4D7A7836AF"><enum>142.</enum><header>OCâ€"135B

aircraft recapitalization program</header><text display-inline="no-display-inline">The Secretary of the Air Force shall ensure that any request for proposals for the procurement of an OCâ€"135B aircraft under a recapitalization program for such aircraft meets the requirements for full and open competition as set forth in section 2304 of title 10, United States Code, and includes, as part of such request for proposals, consideration of proposals for the provision of new production aircraft and recently manufactured aircraft. </text></section>

<section id="HBA472600E96B469984290EEA9C3A41D9"><enum>143.</enum><header>Requirement to align Air Force aviation force structure with National Defense Strategy</header>

<subsection commented="no" display-inline="no-display-inline" id="H1E5C63BDF5DA485D9C116574F16349AD"><enum>(a)</enum><header display-inline="yes-display-inline">Required submission of strategy</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of the Air Force shall submit to the congressional defense committees an aviation force structure acquisition strategy that aligns with the stated capability and capacity requirements of the Department of the Air Force to meet the National Defense Strategy.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H17422279551D49B99B177C36B7DD0564"><enum>(b)</enum><header display-inline="yes-display-inline">Alignment with strategy</header><text display-inline="yes-display-inline">The Secretary of the Air Force may not deviate from the strategy submitted under subsection (a) untilâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC0F7041FFB9C477E8204A239DEA6D682"><enum>(1)</enum><text display-inline="yes-display-inline">the Secretary receives a waiver from the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H622D457D1D54435487A59185D830BE51"><enum>(2)</enum><text display-inline="yes-display-inline">the Secretary of Defense provides the congressional defense committees with the waiver approval documentation.</text></paragraph></subsection></section>

<section id="HE23F2FCD9F324464B6D4E0132C37AE50" section-type="subsequent-section"><enum>144.</enum><header>Prohibition on availability of funds for reduction in KCâ€"10 primary mission aircraft inventory</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to reduce the number of KCâ€"10 aircraft in the primary mission aircraft inventory of the Air Force.</text></section>

<section id="H8CA78E5E025F47B4A4B40B0A876362F9" section-type="subsequent-section"><enum>145.</enum><header>Limitation on availability of funds for Fâ€"15EX aircraft</header>

<subsection id="HDD256D750FE74F90845F7BE92F5494F8"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to procure any Fâ€"15EX aircraft, other than the first two prototypes of such aircraft, until a period of 15 days has elapsed following the date on which the Secretary of the Air Force submits to the congressional defense committees a report on the following topics relating to the Fâ€"15EX program:</text>

<paragraph id="H788AE454B4D644649200DA2928D28C2A"><enum>(1)</enum><text>Acquisition strategy.</text></paragraph>

<paragraph id="H006EED47276D4F7A93A8FD522A671375"><enum>(2)</enum><text>Cost and schedule estimates.</text></paragraph>

<paragraph id="H2C4FFE472E884C719335D0D911E151E1"><enum>(3)</enum><text>Test and evaluation strategy.</text></paragraph>

<paragraph id="H4310898E09A64E9D95ECB8E44D67CCDA"><enum>(4)</enum><text>Logistics strategy.</text></paragraph>

<paragraph id="H34D0AF32C8994C9AAD4A83BFB833D572"><enum>(5)</enum><text>Post-production fielding strategy.</text></paragraph></subsection>

<subsection id="HC0BE5302CD1A478BAFB7BDE133B29C54"><enum>(b)</enum><header>Exception for long-lead items</header>

<paragraph id="HF80C32135AD741658255F95FB0FCAB52"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Notwithstanding subsection (a), the Secretary of the Air Force may use the funds described in paragraph (2) to procure long-lead items for up to six additional Fâ€"15EX aircraft beyond the first two prototypes of such aircraft.</text></paragraph>

<paragraph id="HFCABD3E66BC543C89B7A2858470D6C5F"><enum>(2)</enum><header>Funds described</header><text>The funds described in this paragraph are funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force for any of the following:</text>

<subparagraph id="HA87423EAD49D4CC7B174F3134CA2ADD4"><enum>(A)</enum><text>Research and development, nonrecurring engineering.</text></subparagraph>

<subparagraph id="HFFD929FDC931434CA8872675C354259B"><enum>(B)</enum><text>Aircraft procurement.</text></subparagraph></paragraph></subsection>

<subsection id="HC192A9A87A224D538D20B17AA5A22C42"><enum>(c)</enum><header>Fâ€"15EX program defined</header><text>In this section, the term <quote>Fâ€"15EX program</quote> means the Fâ€"15EX aircraft program of the Air Force as described in the materials submitted to Congress by the Secretary of Defense in support of the budget of the President for fiscal year 2020 (as submitted to Congress under section 1105(a) of title 21, United States Code).</text></subsection></section>

<section id="H6873F4155E9743CFB2768D79AE926271" section-type="subsequent-section"><enum>146.</enum><header>Limitation on availability of funds for VCâ€"25B aircraft</header>

<subsection id="H20F15F514BE441889DD736D24C3986E4"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 or any subsequent fiscal year for the Air Force may be obligated or expended to carry out over and above work on the VCâ€"25B aircraft until a period of 30 days has elapsed following the date on which the Secretary of the Air Force notifies the congressional defense committees of the intent of the Secretary to authorize such work.</text></subsection>

<subsection id="HEBBEC51768A64CB1B8F08DB498D3E9DB"><enum>(b)</enum><header>Exception</header><text display-inline="yes-display-inline">The limitation under subsection (a) shall not apply to over and above work carried outâ€"</text>

<paragraph id="HB3C618365AD94C7C80F2ABD1F4A8D84F"><enum>(1)</enum><text display-inline="yes-display-inline">to repair or replace items damaged during the testing of the VCâ€"25B aircraft; or</text></paragraph>

<paragraph id="H55A6DFEEBF75473A93D6CB8840FEC4D8"><enum>(2)</enum><text>to make changes necessary to meet operational requirements.</text></paragraph></subsection>

<subsection id="H592C093FAEAF464BA6F15D02B307FFCC"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HE25504FB123E4A7F80443C02CCDD1BF8"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>operational requirements</quote> means any of the operational requirements for the VCâ€"25B aircraft described in the capability development document or the system requirements document for the Presidential Aircraft Recapitalization Program.</text></paragraph>

<paragraph id="H6FD37BA79F164F90940811ED7FB0137C"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>over and above work</quote> means work performed pursuant to line 0012 (CLIN 0012) of the contract for Presidential Aircraft Recapitalization entered into between the Department of the Air Force and the Boeing Company (contract number FA8625â€"16â€"Câ€"6599).</text></paragraph></subsection></section>

<section id="HA267E37F845A4F109D5CF9FE990C52E1" section-type="subsequent-

section"><enum>147.</enum><header>Limitation on availability of funds for RCâ€"26B aircraft</header>

<subsection id="HDDDA4A5959554D368FFE7D4063FEDA02"><enum>(a)</enum><header>Limitation</header><text>Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to retire, divest, realign, or place in storage or on backup aircraft inventory status, or prepare to retire, divest, realign, or place in storage or backup inventory status, any RCâ€"26B aircraft until the date on which the Secretary of the Air Force submits to the congressional defense committeesâ€"</text>

<paragraph id="HD9966EA2F1034A44BA059CE46F7DF30F"><enum>(1)</enum><text>the report required under subsection (c); and</text></paragraph>

<paragraph id="HA5E81111B3C6415CAE1EFDA52BB2CB4F"><enum>(2)</enum><text>the certification required under subsection (d).</text></paragraph></subsection>

<subsection id="HDA7EF26EB28A471A8EF5915F9723DD01"><enum>(b)</enum><header>Exception</header><text> The limitation in subsection (a) shall not apply to individual RCâ€"26B aircraft that the Secretary of the Air Force determines, on a case-by-case basis, to be no longer mission capable because of mishaps or other damage.</text></subsection>

<subsection id="H6AD048EFAF7448DD8F60C316BC69CB36"><enum>(c)</enum><header>Report required</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report that includes the following:</text>

<paragraph id="H9B70A06661FD431083E9F91F65A4E499"><enum>(1)</enum><text display-inline="yes-display-inline">A survey of any requirements for the Air Force to provide intelligence, surveillance, and reconnaissance support to other military forces and civil authorities that the Air Force and the Air National Guard meet using the RCâ€"26B aircraft.</text></paragraph>

<paragraph id="H92A0788EC4424C13A226AFD8F08F7F86"><enum>(2)</enum><text>An assessment of the extent to which such requirements are appropriate for the Air Force to fulfill.</text></paragraph>

<paragraph id="H22CD789050B9435F9EF23B3F261D9A7D"><enum>(3)</enum><text>The manner in which the Secretary would meet such requirements if the RCâ€"26B aircraft were to be retired.</text></paragraph>

<paragraph id="H1E186D887B1045908045BFB3634ED5F4"><enum>(4)</enum><text display-inline="yes-display-inline">A comparison of costs and effectiveness of alternative means of providing intelligence, surveillance, and reconnaissance support to other military forces and civil authorities.</text></paragraph>

<paragraph id="HAF458F0A607B4B35B3FD3E0292BCFD7B"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of the utility of entering into one or more memoranda of agreement with other military forces and civil authorities to govern the process for providing intelligence, surveillance, and reconnaissance support to those forces and authorities.</text></paragraph></subsection>

<subsection id="H287218B21A7942409AE719B3E50EA5BE"><enum>(d)</enum><header>Certification required</header><text>Not later than 60 days after the date on which the Secretary of the Air Force submits the report required under subsection (c), the Secretary shall certify to the congressional defense committeesâ€"</text>

<paragraph id="H691C31F5248048C290E0415E1CDCCCEB"><enum>(1)</enum><text>whether there are requirements for the Air Force to provide intelligence, surveillance, and reconnaissance support to other military forces and civil authorities that the Air Force meets using the RCâ€"26B aircraft; and</text></paragraph>

<paragraph id="H09AA78D4BD344C7DA76380C7F6A72A76"><enum>(2)</enum><text>whether the Secretary has identified methods of meeting such requirements that are more effective and more efficient than meeting such requirements through the use of the RCâ€"26B aircraft.</text></paragraph></subsection></section>

<section id="H6B9B49E5B14540A9B19443FE13AA432C" section-type="subsequent-

section"><enum>148.</enum><header>Limitation on availability of funds for retirement of RCâ€"135 aircraft</header>

<subsection id="H4B3711F6EC8749C78D23DCA2008F1667"><enum>(a)</enum><header>Limitation</header><text>Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to retire, or prepare to retire, any RCâ€"135 aircraft until a period of 60 days has elapsed following the date on which the Secretary of Defense certifies to the congressional defense committees thatâ€"</text>

<paragraph id="H6E7A04CA53B748B0A35CFC17558F7F73"><enum>(1)</enum><text display-inline="yes-display-inline">technologies other than the RCâ€"135 aircraft provide capacity and capabilities equivalent to the capacity and capabilities of the RCâ€"135 aircraft; and</text></paragraph>

<paragraph id="H81AB4672DFF24A70A3132B51D1594E12"><enum>(2)</enum><text>the capacity and capabilities of such other technologies meet the requirements of combatant commanders with respect to indications and warning, intelligence preparation of the operational environment, and direct support for kinetic and nonkinetic operations.</text></paragraph></subsection>

<subsection id="H634712B1E1DA4132B33DAEF34F7184D1"><enum>(b)</enum><header>Exception</header><text display-inline="yes-display-inline">The limitation in subsection (a) shall not apply to individual RCâ€"135 aircraft that the Secretary of the Air Force determines, on a case-by-case basis, to be no longer mission capable because of mishaps, other damage, or being uneconomical to repair.</text></subsection></section>

<section id="HD7F364AE0F074F7D91E4E51ED5F67B55"><enum>149.</enum><header>Air Force aggressor squadron modernization</header>

<subsection commented="no" display-inline="no-display-inline" id="HC3B05032E3184B27B5F6D7BAB4381037"><enum>(a)</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9A589247043D425A9BAEB4D0D7E989A1"><enum>(1)</enum><text display-inline="yes-display-inline">it is critical that the Air Force has the capability to train against an advanced air adversary in order to be prepared for conflicts against a modern enemy force, and that in order to have this capability, the Air Force must have access to an advanced adversary force prior to United States adversaries fielding a 5th-generation operational capability; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA2DFA86FCB3D49CFAF50A438277DE035"><enum>(2)</enum><text display-inline="yes-display-inline">the Air Forceâ€™s plan to use low-rate initial production Fâ€"35As as aggressor aircraft reflects a recognition of the need to field a modernized aggressor fleet.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD6829D54DF71425B8DD59A85AC2BF64F"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2AA7F377BE004082A75CB8C28CA05E49"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of the Air Force may not transfer any low-rate initial production Fâ€"35 aircraft for use as aggressor aircraft until the Chief of Staff of the Air Force submits to the congressional defense committees a comprehensive plan and report on the strategy for modernizing its organic aggressor fleet.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB07EBA32C1A2452E95B090FA9AE8BD68"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE75EB45E754B4C8F8F6488AF7BF59909"><enum>(A)</enum><text display-inline="yes-

display-inline">Potential locations for Fâ€"35A aggressor aircraft, including an analysis of installations thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H18132A68E67F4579B500446F836D4BC7"><enum>(i)</enum><text display-inline="yes-display-inline">have the size and availability of airspace necessary to meet flying operations requirements;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC41CC58FF452449C9D20E4F54B3F5585"><enum>(ii)</enum><text display-inline="yes-display-inline">have sufficient capacity and availability of range space;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB074537FD86D4CA4BC22F3A3CF717DF2"><enum>(iii)</enum><text display-inline="yes-display-inline">are capable of hosting advanced-threat training exercises; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H600E3805623346099B1E7D5FB4792BA1"><enum>(iv)</enum><text display-inline="yes-display-inline">meet or require minimal addition to the environmental requirements associated with the basing action.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H408AF1DF82A941F7AF498E0177A22FF4"><enum>(B)</enum><text display-inline="yes-display-inline">An analysis of the potential cost and benefits of expanding aggressor squadrons currently operating 18 Primary Assigned Aircraft (PAA) to a level of 24 PAA each.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF5A969FAD917447DBFD2E31A61CE341B"><enum>(C)</enum><text display-inline="yes-display-inline">An analysis of the cost and timelines associated with modernizing the current Air Force aggressor squadrons to include upgrading aircraft radar, infrared search-and-track systems, radar warning receiver, tactical datalink, threat-representative jamming pods, and other upgrades necessary to provide a realistic advanced adversary threat.</text></subparagraph></paragraph></subsection></section>

<section id="HBE2F38A7EAA447FC8FB6F81D1C03F2FD"><enum>150.</enum><header>Air Force plan for Combat Rescue Helicopter fielding</header>

<subsection commented="no" display-inline="no-display-inline" id="H4D8F524935014EE19C99D14AB5F6479A"><enum>(a)</enum><header display-inline="yes-display-inline">Sense of congress</header><text display-inline="yes-display-inline">It is the sense of Congress that, given delays to Operational Loss Replacement (OLR) program fielding and the on-time fielding of Combat Rescue Helicopter (CRH), the Air National Guard should retain additional HHâ€"60G helicopters at Air National Guard locations to meet their recommended primary aircraft authorized (PAA) per the Air Forceâ€™s June 2018 report on Air National Guard HHâ€"60 requirements.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF3EB6299DA12449D8BDF9D318F656564"><enum>(b)</enum><header display-inline="yes-display-inline">Report on fielding plan</header>

<paragraph commented="no" display-inline="no-display-inline" id="H6373FFFFCC4542FE8A5A7A8F26312F17"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 45 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report on its fielding plan for the CRH program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF4254486F0E34003BBBD1D49C5C78371"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE931B2F64711470F974BDEB4FDA8ABCE"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the differences in capabilities between the HHâ€"60G, OLR, and CRH helicopters.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB119589223784D6D99FAE2E417E47D42"><enum>(B)</enum><text display-inline="yes-display-inline">A description of the costs and risks associated with changing the CRH fielding plan to reduce or eliminate inventory shortfalls.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H407A0AF69FD14439979148A651438956"><enum>(C)</enum><text display-inline="yes-display-inline">A description of the measures for accelerating the program available within the current contract.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0A97E2CF1CFF477BAF140AF524C6628B"><enum>(D)</enum><text display-inline="yes-display-inline">A description of the operational risks and benefits associated with fielding the CRH to the active component first, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HC397094208D14D0D9215A8D1546CCDFC"><enum>(i)</enum><text display-inline="yes-display-inline">how the differing fielding plan may affect deployment schedules;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H948C7061710A4CD68D4135843A26DB6E"><enum>(ii)</enum><text display-inline="yes-display-inline">what capabilities active-component units deploying with the CRH will have that reserve component units deploying with OLR will not; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5C22F86921D84A4F95B62A520095EC02"><enum>(iii)</enum><text display-inline="yes-display-inline">an analysis of the potential costs and benefits that could result from accelerating CRH fielding to all units through additional funding in the future years defense program.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8DB099AF4D0B4298BAA0ECAFC86B7C95"><enum>(c)</enum><header display-inline="yes-display-inline">Report on training plan</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2A1D811A2C294FE189DDEA280C51E262"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 45 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report on the plan to sustain training for initial-entry reserve component HHâ€"60G pilots once the active component of the Air Force has received all of its CRH helicopters.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3E960E1CDA4349C98CAD711C595C40B3"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HBD192A629B6647A5891C9F9B3A33A41C"><enum>(A)</enum><text display-inline="yes-display-inline">Projected reserve component aircrew initial HHâ€"60G/OLR qualification training requirements, by year.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA9AB76EDF1F44FA8A5BD3E9F36CECAAE"><enum>(B)</enum><text display-inline="yes-display-inline">The number of legacy HHâ€"60G/OLR helicopters required to continue providing initial HHâ€"60G qualification training through the 150th Special Operations Wing at Kirtland Air Force Base.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H91DE0895AE16474CB28B8061158162BC"><enum>(C)</enum><text display-inline="yes-display-inline">The number of personnel required to continue providing initial HHâ€"60G/OLR qualification training through the 150th Special Operations Wing at Kirtland Air Force Base.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H802106D325E845B39C2BE405043FB045"><enum>(D)</enum><text display-inline="yes-display-inline">The number of flying hours required per pilot to perform <quote>differences training</quote> at home station for initial entry HHâ€"60 pilots receiving CRH training at Kirtland Air Force Base to become qualified in the

HHâ€"60G/OLR at their home station.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H82002D5DA0C34197B5C2B5E3CD062C47"><enum>(E)</enum><text display-inline="yes-display-inline">The projected effect of using local flying training hours at reserve component units on overall unit training readiness and ability to meet Ready Aircrew Program requirements.</text></subparagraph></paragraph></subsection></section>

<section id="H0A14F0E845B344088A068AA18AD8734D"><enum>151.</enum><header>Report on feasibility of multiyear contract for procurement of JASSMâ€"ER missiles</header>

<subsection commented="no" display-inline="no-display-inline" id="HA3F0B17180E74128A41C9F6D214BC898"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than March 31, 2020, the Secretary of the Air Force shall submit a report to the congressional defense committees assessing the feasibility of entering into a multiyear contract for procurement of JASSMâ€"ER missiles starting in fiscal year 2022.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEF9B163565764E53A94ED2D2B16B6916"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under subsection (a) shall include the following elements:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H666C7041A44B49DE9A3A39633D5318B9"><enum>(1)</enum><text display-inline="yes-display-inline">An initial assessment of cost savings to the Air Force from a multiyear contract.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC309164363EF4364991F384B8C5A2141"><enum>(2)</enum><text display-inline="yes-display-inline">An analysis of at least two different multiyear contract options that vary in either duration or quantity, at least one of which assumes a maximum procurement of 550 missiles per year for 5 years.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB94C514A00E14BB39CFC85BF85212C1B"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of how a multiyear contract will impact the industrial base.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H26D1DC5887B845948EE8D263C1D2B5F1"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of how a multiyear contract will impact the Long Range Anti-Ship Missile.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD31D187E1BA74C6B8E0F1023AB045BA3"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of how a multiyear contract will impact the ability of the Air Force to develop additional capabilities for the JASSMâ€"ER missile.</text></paragraph></subsection></section>

<section id="H6AEDA6BDB6D14E78A34AEA630315BE83" section-type="subsequent-section"><enum>152.</enum><header>Report on aircraft fleet of the Civil Air Patrol</header>

<subsection id="H478CBA3D0273468EA52DDEB09EE7AF94"><enum>(a)</enum><header>Report</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report on the aircraft fleet of the Civil Air Patrol.</text></subsection>

<subsection id="H2C8F4AB898624D79844250CF1D35204B"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include an assessment of each of the following:</text>

<paragraph id="H920FD876F11C48169AC198FBD9B2BA07"><enum>(1)</enum><text display-inline="yes-display-inline">Whether the number of aircraft, types of aircraft, and operating locations that comprise the Civil Air Patrol fleet are suitable for the missions and responsibilities assigned to the Civil Air Patrol, includingâ€"</text>

<subparagraph id="HC70A2034E4764A78921012E12CDC08AE"><enum>(A)</enum><text>flight proficiency and training;</text></subparagraph>

<subparagraph id="HCE48C5EC485B41DCB04AE49AE52B4256"><enum>(B)</enum><text>operational mission training; and</text></subparagraph>

<subparagraph id="HCBB34705D3E64C179870C36372F54AB4"><enum>(C)</enum><text>support for cadet orientation and cadet flight training programs in the Civil Air Patrol wing of each State.</text></subparagraph></paragraph>

<paragraph id="H5A2A053389A144FF9BEC94AC2AD7ABB1"><enum>(2)</enum><text>The ideal overall size of the Civil Air Patrol aircraft fleet, including a description of the factors used to determine that ideal size.</text></paragraph>

<paragraph id="HDDA04D29E63A4438A9152B73FD22E461"><enum>(3)</enum><text>The process used by the Civil Air Patrol and the Air Force to determine the number and location of aircraft operating locations and whether State Civil Air Patrol wing commanders are appropriately involved in that process.</text></paragraph>

<paragraph id="H807081D84D5A4C10933A917EBE753977"><enum>(4)</enum><text>The process used by the Civil Air Patrol, the Air Force, and other relevant entities to determine the type and number of aircraft that are needed to support the emergency, operational, and training missions of the Civil Air Patrol.</text></paragraph></subsection></section>

<section id="H9CD7FA62F37E41E093C65FCE5D433345" section-type="subsequent-section"><enum>153.</enum><header>Sense of Congress on the light attack aircraft initiative of the Air Force</header><text display-inline="no-display-inline"> It is the sense of the Congress thatâ€"</text>

<paragraph id="HE83D6ACACD174C8381D403982DDBD4EC"><enum>(1)</enum><text>The United States Special Operations Command has a mission requirement to support foreign internal defense training and a light attack aircraft platform could potentially facilitate meeting that requirement. </text></paragraph>

<paragraph id="H7B18435E494F4360A5610D24A16FBB71"><enum>(2)</enum><text>The Secretary of the Air Force should coordinate with the Commander of the United States Special Operations Command to assess how general purpose forces and special operations forces can leverage the light attack aircraft phase three experimentation activities of the Air Force. </text></paragraph>

<paragraph id="HE53014288BBF409E9F398C8E6998DBB9"><enum>(3)</enum><text>The Secretary of the Air Force, in coordination with the Commander of the United States Special Operations Command, should explore options for coordinating light attack aircraft experiment activities between general purpose forces and special operations forces to maximize efficiency and effectiveness and to further the mission requirements of both forces, including options to transfer a portion of funds authorized for Air Force light attack aircraft experiments to procure aircraft for supporting the combat air advisor mission of the Special Operations Command.</text></paragraph></section></subtitle>

<subtitle id="H8EB2AA41C5264ABD9ADFF34F90BA4DAB"><enum>E</enum><header>Defense-wide, Joint, and Multiservice Matters</header>

<section id="H9CA6D38B7FAE472A9FC6900666FFFA75" section-type="subsequent-section"><enum>161.</enum><header>Economic order quantity contracting and buy-to-budget acquisition for Fâ€"35 aircraft program</header>

<subsection id="H5E0140C4DC344E7CA253720F52C868D2"><enum>(a)</enum><header>Economic order quantity contract authority</header>

<paragraph id="H8580EA62C84E4D4FA6F3F95478752E35"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to paragraphs (2) through (4), from amounts made available for obligation under the Fâ€"35 aircraft program, the Secretary of Defense may enter into one or more contracts, beginning with the fiscal year 2020 program year, for the procurement of economic order quantities of material and equipment that has completed formal hardware qualification testing for the Fâ€"35 aircraft program for use in procurement contracts to be awarded for such program during fiscal years 2021, 2022, and 2023.</text></paragraph>

<paragraph id="HE387340E12464AAC97BAC03E5A1DD256"><enum>(2)</enum><header>Limitation</header><text

>The total amount obligated under all contracts entered into under paragraph (1) shall not exceed $574,000,000.</text></paragraph>

<paragraph id="H8732B963966F43FBB740262B45190375"><enum>(3)</enum><header>Preliminary findings</header><text>Before entering into a contract under paragraph (1), the Secretary of Defense shall make each of the following findings with respect to such contract:</text>

<subparagraph id="H108BA4264CCA4EF7BBA564AC8ECE8396"><enum>(A)</enum><text>The use of such a contract will result in significant savings of the total anticipated costs of carrying out the program through annual contracts.</text></subparagraph>

<subparagraph id="HB4DBCBAABBD741909D13CA0727B5D8EF"><enum>(B)</enum><text>The minimum need for the property to be procured is expected to remain substantially unchanged during the contemplated contract period in terms of production rate, procurement rate, and total quantities.</text></subparagraph>

<subparagraph id="HD3B311B0ED3344E3A1F23EC2AC3A9983"><enum>(C)</enum><text>There is a reasonable expectation that, throughout the contemplated contract period, the Secretary will request funding for the contract at the level required to avoid contract cancellation.</text></subparagraph>

<subparagraph id="HA71C51D582A14BFB8E9200DF09BC1A74"><enum>(D)</enum><text>That there is a stable, certified, and qualified design for the property to be procured and that the technical risks and redesign risks associated with such property are low.</text></subparagraph>

<subparagraph id="H7A83A7E85449464DAF937F7C3A1A74C9"><enum>(E)</enum><text>The estimates of both the cost of the contract and the anticipated cost avoidance through the use of an economic order quantity contract are realistic.</text></subparagraph>

<subparagraph id="H4DF337CD207A4C35AAE29DE4B22993E4"><enum>(F)</enum><text>Entering into the contract will promote the national security interests of the United States.</text></subparagraph></paragraph>

<paragraph id="HE9F75088EEED42AF8478F9DAA057F510"><enum>(4)</enum><header>Certification requirement</header><text>The Secretary of Defense may not enter into a contract under paragraph (1) until a period of 30 days has elapsed following the date on which the Secretary certifies to the congressional defense committees, in writing, that each of the following conditions is satisfied:</text>

<subparagraph id="H8A57F1A80ADA440AB13FD9D7256DDD1D"><enum>(A)</enum><text>A sufficient number of end items of the system being acquired under such contract have been delivered at or within the most recently available estimates of the program acquisition unit cost or procurement unit cost for such system to determine that the estimates of the unit costs are realistic.</text></subparagraph>

<subparagraph id="H8E43952613E64D3DB757A18DF3AD962D"><enum>(B)</enum><text>During the fiscal year in which such contract is to be awarded, sufficient funds will be available to perform the contract in such fiscal year, and the future-years defense program submitted to Congress under section 221 of title 10, United States Code, for that fiscal year will include the funding required to execute the program without cancellation.</text></subparagraph>

<subparagraph id="HA5B1D04C00CE4A0EA92B7CE98C3F4788"><enum>(C)</enum><text>The contract is a fixed-price type contract.</text></subparagraph>

<subparagraph id="H572A6C4647C04466A108A9C4E962A363"><enum>(D)</enum><text>The proposed contract provides for production at not less than minimum economic rates given the existing tooling and facilities.</text></subparagraph>

<subparagraph id="H89AF00D27B1247229BABCEEA277592D8"><enum>(E)</enum><text>The Secretary has determined that each of the conditions described in subparagraphs (A) through (F) of paragraph (3) will be met by such contract and has provided the basis for such determination to the congressional defense committees.</text></subparagraph></paragraph></subsection>

<subsection id="H3DB4E0750EF14CA18232D60B5E5D7542"><enum>(b)</enum><header>Buy-to-budget acquisition</header><text display-inline="yes-display-inline">Subject to section 2308 of title 10, United States Code, the Secretary of Defense may procure a quantity of Fâ€"35 aircraft in excess of the quantity authorized by this

Act.</text></subsection></section>

<section id="H79BD7A1161D24E668C9FCF6B5BF79FC3" section-type="subsequent-section"><enum>162.</enum><header>Relief from contractors for failure to deliver ready-for-issue spare parts for the Fâ€"35 aircraft program</header>

<subsection id="HF0D990BA8E5A4257A61DEFB8A68BD9A7"><enum>(a)</enum><header>Requirement to seek relief</header><text>Consistent with the findings and recommendations of the Inspector General of the Department of Defense in the report titled <quote>Audit of Fâ€"35 Ready-For-Issue Spare Parts and Sustainment Performance Incentive Fees</quote> (DODIGâ€"2019â€"094) and dated June 13, 2019, the Secretary of Defense shall seek relief, as described in subsection (b), from prime contractors that delivered noncompliant ready-for-issue spare parts pursuant a contract under the Fâ€"35 aircraft program.</text></subsection>

<subsection id="HE127B7C715B04361855153A9A6138C83"><enum>(b)</enum><header>Relief described</header><text display-inline="yes-display-inline">The relief sought by the Secretary of Defense under subsection (a) may include the following:<italic/></text>

<paragraph id="H9AA92E3616F74BFCB9EC3205030277C1"><enum>(1)</enum><text display-inline="yes-display-inline">Specific performance.</text></paragraph>

<paragraph id="H0703D35DC68B41A9B97CB1474C590B99"><enum>(2)</enum><text display-inline="yes-display-inline">Compensation for costs incurred by the Department of Defense as a result of the contractorâ€™s failure to deliver compliant ready-for-issue spare parts under the contract.</text></paragraph>

<paragraph id="HF91CB8CDAF034ABD8D284ED0B0FB23D5"><enum>(3)</enum><text display-inline="yes-display-inline">Any other form of remediation or compensation the Secretary determines to be appropriate.</text></paragraph></subsection>

<subsection id="HF618235C82F74B0AB07193C446313008"><enum>(c)</enum><header>Rule of construction</header><text>Nothing in this section shall be construedâ€"</text>

<paragraph id="H82362A8B45F2466F89FB6CDD8EE11E7B"><enum>(1)</enum><text>to alter the terms of a contract under the Fâ€"35 aircraft program; or</text></paragraph>

<paragraph id="HEB9B4423780D4D1EA439824C37DEC88C"><enum>(2)</enum><text>to authorize the Secretary of Defense to seek forms of relief beyond those otherwise available under law.</text></paragraph></subsection></section>

<section id="H881BAB742C3441ACA01CF142268AB455" section-type="subsequent-section"><enum>163.</enum><header>Limitation on availability of funds for reallocation of Turkish Fâ€"35A aircraft to the United States</header>

<subsection id="HCB2F72588EE3468FBEE17321BDCD96AA"><enum>(a)</enum><header>Limitation</header><text>None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force may be obligated or expended to procure a covered Fâ€"35A aircraft for the United States Air Force until a period of 15 days has elapsed following the date on which the Secretary of Defense certifies to the congressional defense committees thatâ€"</text>

<paragraph id="H560B717FCCF24D3D857F80AF031A124A"><enum>(1)</enum><text display-inline="yes-display-inline">ancillary mission equipment, initial spare parts and materials, technical data, and publications will be procured for each covered Fâ€"35A aircraft delivered to the Air Force; and</text></paragraph>

<paragraph id="H7AFDABE8C7074800AC1FADA53CD2188A"><enum>(2)</enum><text>each such aircraft will be delivered to the Air Force in a common configuration that may be operated and integrated within the fleet of Fâ€"35A aircraft of the Air Force.</text></paragraph></subsection>

<subsection id="H5051F019BFB74283A6C6E461493E65B1" commented="no"><enum>(b)</enum><header>Covered Fâ€"35A aircraft defined</header><text display-inline="yes-display-inline">In this section, the term <quote>covered Fâ€"35A aircraft</quote> means an Fâ€"35A aircraft previously procured by or on behalf of the Government of the Republic of Turkey in Fâ€"35 production lot 12, 13, or 14.</text></subsection></section>

<section id="H4E584E9EA6864515A7BFA28BBD6D70D2"><enum>164.</enum><header>Requirement to

establish the use of an Agile DevOps software development solution as an alternative for Joint Strike Fighter Autonomic Logistics Information System</header>

<subsection commented="no" display-inline="no-display-inline" id="H1FD445912C98421E8278CD62C3E163A9"><enum>(a)</enum><header display-inline="yes-display-inline">Competitive analysis</header><text display-inline="yes-display-inline">The Secretary of Defense shall conduct a competitive analysis of the performance and design architecture enhancement efforts between the currently fielded Autonomic logistics Information System, Autonomic Logistics Information Systemâ€"Next, and the Department of the Air Force Agile Development Operations Madhatter initiative efforts, including system technology transition opportunities and timelines.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H88A47730FD08460A99B4009CFFD13FD8"><enum>(c)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than September 30, 2020, the Secretary of Defense shall provide the congressional defense committees a briefing on the findings of the competitive analysis carried out under subsection (a).</text></subsection></section>

<section id="H4E394937B3CF4E96AE70B33AA1522189"><enum>165.</enum><header>Fâ€"35 sustainment cost</header>

<subsection commented="no" display-inline="no-display-inline" id="H3337BFF9EAD74A0497DB399EB5615492"><enum>(a)</enum><header display-inline="yes-display-inline">Quarterly update</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall include in the quarterly report required under section 155 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232)â€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA6CB0B3DD46D41E7A0516F0BBBAB924A"><enum>(1)</enum><text display-inline="yes-display-inline">sustainment cost data related to the Fâ€"35 program, including a comparison in itemized format of the cost of legacy aircraft and the cost of the Fâ€"35 program, based on a standardized set of criteria; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB5A739F0D83A4AF0933DFFB74FA2E63D"><enum>(2)</enum><text display-inline="yes-display-inline">an evaluation and metrics on the extent to which the goals developed pursuant to subsection (b) are being achieved.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDFAE9354162A4737A4A265B72F0F7150"><enum>(b)</enum><header display-inline="yes-display-inline">Cost reduction plan</header>

<paragraph commented="no" display-inline="no-display-inline" id="H26CD21D69CA44A37B319B18576016D4B"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall develop and implement a plan for achieving significant reductions in the costs to operate, maintain, and sustain the Fâ€"35 system.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB464B817EBD94A708B64982E0B6ECDF3"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The plan required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H106D8DC0F61B4C1683B29EA67F716300"><enum>(A)</enum><text display-inline="yes-display-inline">Specific changes in the management and execution of operation and support (O&S) cost elements to engender continuous and measurable process improvements.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB187D785FE9545DDB691C4AB7B0E714F"><enum>(B)</enum><text display-inline="yes-display-inline">Specific actions the Department will implement in the near, mid, and long terms to reduce O&S costs.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9DBD0335E6734E3485163238E55D65BB"><enum>(C)</enum><text display-inline="yes-

display-inline">Firm and achievable timelines for implementing the specific actions and process changes.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C94664E6BD74911AA8BC6326C0BF9B1"><enum>(3)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary shall submit to the congressional defense committees a report on the baseline plan developed pursuant to paragraph (1).</text></paragraph></subsection></section>

<section id="H74348180FA994AD584B0E8F9853838B2"><enum>166.</enum><header>Reports on the progress and performance of the Fâ€"35 aircraft program</header>

<subsection id="H79B6521D9C504065B0B144986A61ED07"><enum>(a)</enum><header>F-35 Block 4 and Continuous Capability Development and Delivery Program</header><text display-inline="yes-display-inline">The Secretary of Defense shall include with the annual report required by section 224(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2059) an integrated master schedule and past performance assessment for each planned phase of the Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program.</text></subsection>

<subsection id="H67B725147F7E4B9584F1EE362B850315"><enum>(b)</enum><header>Comptroller general reports</header>

<paragraph id="HF49458B4CE494A11829D7B4E17B1E040"><enum>(1)</enum><header>Annual report required</header><text>Not later than 30 days after the date on which the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for each of fiscal years 2021 through 2025, the Comptroller General of the United States shall submit to the congressional defense committees a report on the Fâ€"35 aircraft program.</text></paragraph>

<paragraph id="HE7CFB578A3ED49AC81FF99B25A21C0BE"><enum>(2)</enum><header>Elements</header><text>Each report under paragraph (1) shall include, with respect to the Fâ€"35 aircraft program, the following:</text>

<subparagraph id="HB3084DD8CAB6474B9FAC4B946D6E3978"><enum>(A)</enum><text>An assessment of the progress of manufacturing processes improvement under the program.</text></subparagraph>

<subparagraph id="HA0A0F1E9ED3A495687D43E42518122D8"><enum>(B)</enum><text display-inline="yes-display-inline">The progress and results of the Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program and other follow-on modernization development and testing efforts.</text></subparagraph>

<subparagraph id="HE2082E8EAE154EAF91FC68BDF5FF099D"><enum>(C)</enum><text>An assessment of the Departmentâ€™s schedule for delivering software upgrades in six-month, scheduled increments.</text></subparagraph>

<subparagraph id="HC792A17F67344738AF7E342FD8AFE853"><enum>(D)</enum><text display-inline="yes-display-inline">The progress and results of any other significant hardware development and fielding efforts necessary for the Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program.</text></subparagraph>

<subparagraph id="HC0C4F1FB5ACD477A8DB6A8356605C5BB"><enum>(E)</enum><text>Any other issues the Comptroller General determines to be appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="H15BB80AF289F47BF9E0987182E39E490"><enum>(c)</enum><header>Fâ€"35 block 4 defined</header><text>In this section, the term <quote>Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program</quote> means Block 4 capability upgrades for the Fâ€"35 aircraft program as described in the Selected Acquisition Report for the program submitted to Congress in March 2019, pursuant to section 2432 of title 10, United States Code.</text></subsection></section>

<section id="H8014A1C1DB404014800D056A3836EB46"><enum>167.</enum><header>Other reports on the Fâ€"35 aircraft program</header>

<subsection id="H889BEB58BDB94064A24E3E27929D6FE2"><enum>(a)</enum><header>Report on Fâ€"35 reliability and maintainability metrics</header><text>The Secretary of Defense shall submit to the congressional defense committees a report on the reliability and

maintainability metrics for the Fâ€"35 aircraft. The report shall include the following:</text>

<paragraph id="H6333043124754A3EB60F7337FB798972"><enum>(1)</enum><text>The results of a review and assessment, conducted by the program office for the Fâ€"35 aircraft program, of the reliability and maintainability metrics for the aircraft as set forth in the most recent operational requirements document for the program.</text></paragraph>

<paragraph id="HA49B1E24AEE54DD49AC860E1FB496427"><enum>(2)</enum><text>A determination of whether the reliability and maintainability metrics for the aircraft, as set forth in the most recent operational requirements document for the program, are feasible and attainable, and what changes, if any, will be made to update the metrics.</text></paragraph>

<paragraph id="H9E07E5060C7D483B9BB8B42EEB33A469"><enum>(3)</enum><text>A certification that the program office for the Fâ€"35 aircraft program has revised the reliability and maintainability improvement plan for the aircraftâ€"</text>

<subparagraph id="H4C009D1DDC514C498D69BABB6789D5C9"><enum>(A)</enum><text>to identify specific and measurable reliability and maintainability objectives in the improvement plan guidance; and</text></subparagraph>

<subparagraph id="H6C82FF9EF6D94912BD61FDD7EA6B3A80"><enum>(B)</enum><text>to identify and document which projects included in the improvement plan will achieve the objectives identified under subparagraph (A).</text></subparagraph></paragraph></subsection>

<subsection id="H6DA510CBE8074E5997CDCF7BA15C36F6"><enum>(b)</enum><header>Report on Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program</header>

<paragraph id="HD1D16B96B51E4D4EA8A43FB425CD7DAF"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the congressional defense committees a report on the Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program. The report shall include the following:</text>

<subparagraph id="H8DC7170EC445471D9A5BAE9BC4398765"><enum>(A)</enum><text>The results of the independent cost estimate for the Program conducted by the Director of Cost Assessment and Program Evaluation.</text></subparagraph>

<subparagraph id="HEB5F5FA77AFA48ABB0794381FEFF5115"><enum>(B)</enum><text>An approved test and evaluation master plan that addresses the adequacy of testing resources, testing aircraft shortfalls, and testing funding.</text></subparagraph>

<subparagraph id="HA419DABB211B4F3FBD7BD88CCCE1BCB7" commented="no"><enum>(C)</enum><text>A review of the feasibility and schedule of the continuous capability development and delivery strategy for fielding technologies under the Program as conducted by the Under Secretary of Defense for Research and Engineering.</text></subparagraph></paragraph>

<paragraph id="H91142135D1A94631827BF84FEA31A5A0"><enum>(2)</enum><header>Fâ€"35 Block 4 defined</header><text display-inline="yes-display-inline">In this subsection, the term <quote>Fâ€"35 Block 4 Upgrade and Continuous Capability Development and Delivery Program</quote> has the meaning given that term in section 166.</text></paragraph></subsection>

<subsection id="H2612BF407AC8425F9E64107E91BA3575"><enum>(c)</enum><header>Report on Fâ€"35 autonomic logistics information system</header><text>The Secretary of Defense shall submit to the congressional defense committees a report on the autonomic logistics information system of the Fâ€"35 aircraft. The report shall include a description of each of the following:</text>

<paragraph id="HC7B9EDD13EB4478E89FD4EEAEEEED07C"><enum>(1)</enum><text>All shortfalls, capability gaps, and deficiencies in the system that have been identified as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="H9814BE047D89466CA3DA8FBBD9788944"><enum>(2)</enum><text>The strategy and performance requirements that will be implemented to improve the system.</text></paragraph>

<paragraph id="H93BD7E82672841FE94171E6EE3C7219E"><enum>(3)</enum><text>The strategy, implementation plan, schedule, and estimated costs of developing and fieldingâ€"</text>

<subparagraph id="HD0ABFFE7EABF40E9B2919AB1E3C084FC"><enum>(A)</enum><text>the next generation of the system; or</text></subparagraph>

<subparagraph id="H6D1F07B778634198812CC5D98CA0E95D"><enum>(B)</enum><text>future increments of the system.</text></subparagraph></paragraph></subsection>

<subsection id="H8F9C5A8686F14F839DBF991FC6154FD0"><enum>(d)</enum><header>F-35 life-cycle cost estimates</header>

<paragraph id="HD9C200726043449C9CB130562EDC2EAA"><enum>(1)</enum><header>Joint cost estimate</header><text>The Secretary of the Air Force and the Secretary of the Navy shall jointly develop a joint service cost estimate for the life-cycle costs of the Fâ€"35 aircraft program.</text></paragraph>

<paragraph id="HEE73CF381B39474C9D8E3E0DC8306A42"><enum>(2)</enum><header>Independent cost estimate</header><text>The Director of Cost Assessment and Program Evaluation shall develop an independent cost estimate for the life-cycle costs of the Fâ€"35 aircraft program.</text></paragraph></subsection>

<subsection id="H2B9446F4C24B4536BD43EA015798412B"><enum>(e)</enum><header>Deadline for submittal</header><text>The reports required under subsections (a) through (d) shall be submitted to the congressional defense committees not later than 180 days after the date of the enactment of this Act.</text></subsection></section>

<section id="H7EA05DCB6F1743A5A745882DAA8D516A"><enum>168.</enum><header>Limitation on availability of funds for communications systems lacking certain resiliency features</header>

<subsection id="HDBD2C820C89B4B1EBEBC8B6823C6D1D2"><enum>(a)</enum><header>In general</header><text>Except as provided under subsection (b), none of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended for the procurement of a current or future Department of Defense communications program of record, and the Department may not otherwise procure a current or future communications program of record, unless the communications equipmentâ€"</text>

<paragraph id="H112D7B85C94E414AADC90F55D0D702B1"><enum>(1)</enum><text>mitigates geolocation of a transmission that would allow a like echelon enemy force to target the user;</text></paragraph>

<paragraph id="H60C96C06B9704E07B56EE6DEE341F52D"><enum>(2)</enum><text>securely communicates classified information in a contested communications environment that includes operationally representative jamming;</text></paragraph>

<paragraph id="H27CC4FEF816D4BBF93F0BF6554D800F3"><enum>(3)</enum><text>reduces, within two years of continued development and upgrades, electronic signature and susceptibility to geolocation by using low probability of intercept/detect (LPI/LPD) waveforms, or other capability that would provide the same resiliency on the battlefield; and</text></paragraph>

<paragraph id="HDAADA32F2D7C4D6F869883F23A4AEC2D"><enum>(4)</enum><text>utilizes a waveform that is either made available through the Department of Defense Waveform Information Repository, or is a commercial off the shelf (COTS) waveform available for government licensing with waveform analysis through the Joint Tactical Networking Center (JTNC) Tactical Communications Marketplace.</text></paragraph></subsection>

<subsection id="H4C5D1A8C5A9B4F3DA238B9B387C70284"><enum>(b)</enum><header>Waiver</header><text>The Secretary of a military department may waive the requirement under subsection (a) with respect to a communications system upon certifying to the congressional defense committees that the system's intended use is not for contested environments or will meet the requirement when operated as a component of an integrated network.</text></subsection></section>

<section id="H641D386C09B245FFBDFCFEBF49A78161"><enum>169.</enum><header>Repeal of tactical unmanned vehicle common data link requirement</header>

<subsection id="H843715BBE00143AD8B75AFF829F4E460"><enum>(a)</enum><header>Report

required</header>

<paragraph id="HDB5904BF65584051A35A73E2A4D02F29"><enum>(1)</enum><header>In general</header><text>Not later than February 1, 2020, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report on the status of the Common Data Link program and plans to meet new and emerging manned and unmanned intelligence, surveillance, and reconnaissance (ISR) vehicle secure and interoperable communication requirements.</text></paragraph>

<paragraph id="HEAB2C0F3F1AA43A18103E767DA0E2F5C"><enum>(2)</enum><header>Elements</header><text>The report required under paragraph (1) shall include the following elements:</text>

<subparagraph id="HAE453C14BF2D449B88BA0B153E8A7D95"><enum>(A)</enum><text>A description of each Common Data Link (CDL) waveform in use and which platforms or systems utilize each CDL waveform.</text></subparagraph>

<subparagraph id="HC652BCA914F1401582E8BD6683276230"><enum>(B)</enum><text>A list of manned and unmanned ISR platforms or systems in development requiring networked, secure, low latency communications, and an assessment of the suitability of CDL to meet the requirements of each planned program.</text></subparagraph>

<subparagraph id="HAAC95CE9FD7047BB8A9A4467E5D6E4E6"><enum>(C)</enum><text>A description of in-progress or planned technology development efforts to address networking requirements for manned and unmanned ISR systems operating in contested and denied environments.</text></subparagraph></paragraph></subsection>

<subsection id="HCEAD1E0928DA414F84D42B16EC64049F"><enum>(b)</enum><header>Repeal</header><text>Section 157 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1667) is hereby repealed.</text></subsection></section></subtitle></title>

<title id="H05DBE6A89504437F9F626D5BACD2028A"><enum>II</enum><header>RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H05DBE6A89504437F9F626D5BACD2028A" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HCBE184C93EDB477784CDDF1BCE72BE03" level="subtitle">Subtitle Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H245056B1054A45C49C78E437C0E35067" level="section">Sec.â€,201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H61A03EF819C842BD9746EBD90F07B5BB" level="subtitle">Subtitle Bâ€"Program Requirements, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HB079EBEADEB64145BEB0CF360653FC7E" level="section">Sec.â€,211.â€,Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics.</toc-entry>

<toc-entry idref="H76104D5BA7014A569F81B948C3AAF450" level="section">Sec.â€,212.â€,Updates to the Department of Defense personnel management authority to attract experts in science and engineering.</toc-entry>

<toc-entry idref="H3471ED08034748BEACC38EFC4D6B5B23" level="section">Sec.â€,213.â€,Establishment of joint reserve detachment of the Defense Innovation Unit.</toc-entry>

<toc-entry idref="H9529436F86FA4FE08F2BBB73710126F5" level="section">Sec.â€,214.â€,Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education.</toc-entry>

<toc-entry idref="H93D6511F779A4CFCAEE82714282B52D0" level="section">Sec.â€,215.â€,Modification of authority for prizes for advanced technology achievements.</toc-entry>

<toc-entry idref="HCE98173D8075436086BC3E6277FD55E4"

level="section">Sec.â€,216.â€,Joint hypersonics transition office.</toc-entry>

<toc-entry idref="H74354C5BA4F44852B6277FF0F562B26B" level="section">Sec.â€,217.â€,Modification of proof of concept commercialization program.</toc-entry>

<toc-entry idref="HF437406CE7B8432DA4039AE569963CFD" level="section">Sec.â€,218.â€,Modification of authority and addition of technology areas for expedited access to technical talent.</toc-entry>

<toc-entry idref="HB7CF4684AA5543F996A3A14ECCE0D888" level="section">Sec.â€,219.â€,Expansion of coordination in support of national security innovation and entrepreneurial education.</toc-entry>

<toc-entry idref="HB37D8D5436B640C493179E029E5E8131" level="section">Sec.â€,220.â€,Modification of defense quantum information science and technology research and development program.</toc-entry>

<toc-entry idref="H52C0D0F7AD4646A2AD70DDC5014E1AAC" level="section">Sec.â€,221.â€,Understanding of investments in artificial intelligence and development of capabilities by adversaries.</toc-entry>

<toc-entry idref="H172F5A2E9DD04D22B4CCF32BFFB30A3E" level="section">Sec.â€,222.â€,Advisory role of JASON scientific advisory group.</toc-entry>

<toc-entry idref="H5D0B366DA8D740EBA022C0756FF53724" level="section">Sec.â€,223.â€,Direct Air Capture and Blue Carbon Removal Technology Program.</toc-entry>

<toc-entry idref="H80B9CA93B19D42EB89F5D5776B7BC85C" level="section">Sec.â€,224.â€,Requiring defense microelectronics products and services meet trusted supply chain and operational security standards.</toc-entry>

<toc-entry idref="HAE7A287D76F340F5BBE467E6C20E9353" level="section">Sec.â€,225.â€,Development and acquisition strategy to procure secure, low probability of detection data link network capability.</toc-entry>

<toc-entry idref="HDD0F8238921C4436BA646994D0F62B8C" level="section">Sec.â€,226.â€,Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure.</toc-entry>

<toc-entry idref="H66B57952DD42453986427F6C794DFC01" level="section">Sec.â€,227.â€,Administration of manufacturing innovation institutes funded by the Department of Defense.</toc-entry>

<toc-entry idref="HD1540E0C19DA4D349404BCECC68178D7" level="section">Sec.â€,228.â€,Research program on foreign malign influence operations.</toc-entry>

<toc-entry idref="H3EF30AA94DA74A15AFC6B4655339A1C7" level="section">Sec.â€,229.â€,Diversification of the research and engineering workforce of the Department of Defense.</toc-entry>

<toc-entry idref="H9CCB18A4CF834F6BB0C5CFCB98F61A49" level="section">Sec.â€,230.â€,Policy on the talent management of digital expertise and software professionals.</toc-entry>

<toc-entry idref="H017CCEE93CAB493790523DE381ABA115" level="section">Sec.â€,231.â€,Digital engineering capability to automate testing and evaluation.</toc-entry>

<toc-entry idref="H8AB3B34C71A849A1AB2A802C5E16B7C8" level="section">Sec.â€,232.â€,Process to align policy formulation and emerging technology development.</toc-entry>

<toc-entry idref="HFFC1DD0C644A4AED9FF5056CC017903A" level="section">Sec.â€,233.â€,Improvement of the Strategic Capabilities Office of the Department of Defense.</toc-entry>

<toc-entry idref="H7F4E1A1175C24EEFB3DA35FCDAC070F7"

level="section">Sec.â€,234.â€,Pilot program on enhanced civics education.</toc-entry>

<toc-entry idref="HBD07556620594D65901BA6C7DDD58F84"
level="section">Sec.â€,235.â€,Technology and national security fellowship.</toc-entry>

<toc-entry idref="H1F6AD0C79FB9437882A4215A266D030F"
level="section">Sec.â€,236.â€,Documentation relating to the Advanced Battle Management
System.</toc-entry>

<toc-entry idref="H80E016F0D7C84234BF8C2C6EBA1D8548"
level="section">Sec.â€,237.â€,Sensor data integration for fifth generation
aircraft.</toc-entry>

<toc-entry idref="H032D719852F44961A0997C25BBAB9D0F"
level="section">Sec.â€,238.â€,Sense of Congress on future vertical lift
technologies.</toc-entry>

<toc-entry idref="HFA8D50E8551F4C8FBBFBB7312C85569D" level="section">Sec.â€,239.â€,Use
of funds for Strategic Environmental Research Program, Environmental Security Technical
Certification Program, and Operational Energy Capability Improvement.</toc-entry>

<toc-entry idref="H3F54E8EDCD5E49AC904A16D2A9BD59DD"
level="section">Sec.â€,240.â€,Limitation and report on Indirect Fire Protection
Capability Increment 2 capability.</toc-entry>

<toc-entry idref="H6887121CE3924B47A1DAA772ED4B2535" level="subtitle">Subtitle
Câ€"Plans, Reports, and Other Matters</toc-entry>

<toc-entry idref="HB4755718B60C45B4800F5A1915ED7577"
level="section">Sec.â€,251.â€,Master plan for implementation of authorities relating to
science and technology reinvention laboratories.</toc-entry>

<toc-entry idref="H5F66106EFE2C427ABE0225EF12569C8F"
level="section">Sec.â€,252.â€,Infrastructure to support research, development, test,
and evaluation missions.</toc-entry>

<toc-entry idref="HC410D94321C642A78C7DE5F547676346"
level="section">Sec.â€,253.â€,Energetics plan.</toc-entry>

<toc-entry idref="H4B32F3E6CDDC48A1B9FBA65AE82D371F"
level="section">Sec.â€,254.â€,Strategy and implementation plan for fifth generation
information and communications technologies.</toc-entry>

<toc-entry idref="HA4B948858A4D47FFBC3F6FB5E50FE5C7"
level="section">Sec.â€,255.â€,Department-wide software science and technology
strategy.</toc-entry>

<toc-entry idref="HBFBA254B0352438AB0442BD247096113"
level="section">Sec.â€,256.â€,Artificial intelligence education strategy.</toc-entry>

<toc-entry idref="H522AE2F1461D44E387F9E944B8D74D36"
level="section">Sec.â€,257.â€,Cyber science and technology activities roadmap and
reports.</toc-entry>

<toc-entry idref="H271BFA2057DE419FB9E8AB8D7AAAE9E0"
level="section">Sec.â€,258.â€,Report on Bâ€"52 commercial engine replacement
program.</toc-entry>

<toc-entry idref="HFE62B09FEBFD4F099C2BD326D2AEA33D"
level="section">Sec.â€,259.â€,Commercial edge computing technologies and best practices
for Department of Defense warfighting systems.</toc-entry>

<toc-entry idref="H4A386039BB37411FA158DBC2545CA050"
level="section">Sec.â€,260.â€,Biannual report on the Joint Artificial Intelligence
Center.</toc-entry>

<toc-entry idref="H8430439DB0C24BF7ADE42D29A1DCA262"
level="section">Sec.â€,261.â€,Quarterly updates on the Optionally Manned Fighting
Vehicle program.</toc-entry>

<toc-entry idref="H43E0CF7CCE9E4C2D846F7C79E5F0CE49"
level="section">Sec.â€,262.â€,National Study on Defense Research At Historically Black

Colleges and Universities and Other Minority Institutions.</toc-entry>

<toc-entry idref="H8D6207A367A7464688518B1CC5DF5BD4" level="section">Sec.â€,263.â€,Study on national security emerging biotechnologies for the Department of Defense.</toc-entry>

<toc-entry idref="H86B91BE5F5DD4B6FA9DBAB54345B28AF" level="section">Sec.â€,264.â€,Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office.</toc-entry>

<toc-entry idref="HE85321F01D704478A339F8E97208BCD8" level="section">Sec.â€,265.â€,Independent assessment of electronic warfare plans and programs.</toc-entry>

<toc-entry idref="H32A349B36F9C43B3AB88C6C2BC14F418" level="section">Sec.â€,266.â€,Technical correction to Global Research Watch Program.</toc-entry> </toc>

<subtitle id="HCBE184C93EDB477784CDDF1BCE72BE03"><enum>A</enum><header>Authorization of Appropriations</header>

<section commented="no" display-inline="no-display-inline" id="H245056B1054A45C49C78E437C0E35067" section-type="subsequent-section"><enum>201.</enum><header display-inline="yes-display-inline">Authorization of appropriations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4201.</text></section></subtitle>

<subtitle id="H61A03EF819C842BD9746EBD90F07B5BB"><enum>B</enum><header>Program Requirements, Restrictions, and Limitations</header>

<section id="HB079EBEADEB64145BEB0CF360653FC7E"><enum>211.</enum><header>Program on enhancement of preparation of dependents of members of Armed Forces for careers in science, technology, engineering, and mathematics</header>

<subsection id="HA8C0207FD7E34DB59785235F158C4C45"><enum>(a)</enum><header>Program required</header><text display-inline="yes-display-inline">Chapter 111 of title 10, United States Code, is amended by inserting after section 2192a the following new section:</text>

<quoted-block style="USC" id="H93C56F153BE64FFCA8B36AECD391FC76" display-inline="no-display-inline">

<section id="H269E86CD36FE47B0899E25A066AD0CB2"><enum>2192b.</enum><header>Program on enhancement of preparation of dependents of members of armed forces for careers in science, technology, engineering, and mathematics</header>

<subsection id="HE063F7CF9B8F4136975B22B4CA5316DF"><enum>(a)</enum><header>Program required</header><text>The Secretary of Defense shall carry out a program toâ€"</text>

<paragraph id="HAB4F9A4EF4124207B4FC9EBBAC93E132"><enum>(1)</enum><text>enhance the preparation of students at covered schools for careers in science, technology, engineering, and mathematics; and</text></paragraph>

<paragraph id="H5AC7C9C4064640048CC6A559DD00B1CE"><enum>(2)</enum><text>provide assistance to teachers at covered schools to enhance preparation described in paragraph (1).</text></paragraph></subsection>

<subsection id="H7D6ADF866D754C168C1D1864B8D01705"><enum>(b)</enum><header>Coordination</header><text>In carrying out the program, the Secretary shall coordinate with the following:</text>

<paragraph id="H389CB088EA9E498ABCA90AC021A7EA14"><enum>(1)</enum><text>The Secretaries of the military departments.</text></paragraph>

<paragraph id="HC57E08DE181C416BA2B173FBD3AA5BB7"><enum>(2)</enum><text>The Secretary of Education.</text></paragraph>

<paragraph id="H5A30A6E42CE545479BC12D5645951E1A"><enum>(3)</enum><text>The National Science Foundation.</text></paragraph>

<paragraph id="H8AD93DF77204493EA58B6ADA56C1B5DA"><enum>(4)</enum><text>Other organizations as the Secretary of Defense considers appropriate.</text></paragraph></subsection>

<subsection id="H478424EE4B0C4BF3818C5C6C1789983B"><enum>(c)</enum><header>Activities</header><text>Activities under the program may include the following:</text>

<paragraph id="H34DA2FE7CB344559AD2350B402854AA4"><enum>(1)</enum><text>Establishment of targeted internships and cooperative research opportunities at defense laboratories and other technical centers for students and teachers at covered schools.</text></paragraph>

<paragraph id="H84D59224F08A4A56BDC0F2B21DF1BF1B"><enum>(2)</enum><text>Establishment of scholarships and fellowships for students at covered schools.</text></paragraph>

<paragraph id="HA1DC2E4339AC4D099D25C20EB1D41404"><enum>(3)</enum><text>Efforts and activities that improve the quality of science, technology, engineering, and mathematics educational and training opportunities for students and teachers at covered schools, including with respect to improving the development of curricula at covered schools.</text></paragraph>

<paragraph id="H112F32C6A73541BBBE9D64A4AC45DF35"><enum>(4)</enum><text>Development of travel opportunities, demonstrations, mentoring programs, and informal science education for students and teachers at covered schools.</text></paragraph></subsection>

<subsection id="H567C0D0C3C0940D7BDDBC1A03C4B3808"><enum>(d)</enum><header>Metrics</header><text>The Secretary shall establish outcome-based metrics and internal and external assessments to evaluate the merits and benefits of activities conducted under the program with respect to the needs of the Department of Defense.</text></subsection>

<subsection id="H7B22C8ABEFDC4E75A9CCC6AAD4419974"><enum>(e)</enum><header>Covered schools defined</header><text display-inline="yes-display-inline">In this section, the term <quote>covered schools</quote> means elementary or secondary schools at which the Secretary determines a significant number of dependents of members of the armed forces are enrolled.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H5B2CA928DA0347D1936DC254163FAE18"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2192a the following new item:</text>

<quoted-block style="USC" id="H85E6A570063744B884C765B1CA9C2AAC" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2192b. Program on enhancement of preparation of dependents of members of armed forces for careers in science, technology, engineering, and mathematics.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H4F6D83F5BB4B4BB58C4F44E0E33F6239"><enum>(c)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 233 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 10 U.S.C. 2193a note) is repealed.</text></subsection></section>

<section id="H76104D5BA7014A569F81B948C3AAF450"><enum>212.</enum><header>Updates to the Department of Defense personnel management authority to attract experts in science and engineering</header>

<subsection id="H69EDB2624A8D4BD0A4008E4F4ADA7E24"><enum>(a)</enum><header>In general</header><text>Subsection (a) of section 1599h of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block id="H0E2D60CFF1684052982807B196BD1481" style="USC">

<paragraph id="H72C1AC06E2544AD2BEA3B420EB61CCD3"><enum>(6)</enum><header>Joint Artificial Intelligence Center</header><text display-inline="yes-display-inline">The

Director of the Joint Artificial Intelligence Center may carry out a program of personnel management authority provided in subsection (b) in order to facilitate recruitment of eminent experts in science or engineering for the Center. The authority to carry out the program under this paragraph shall terminate on December 31, 2024.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC157F9BC0C664194A73A13B54BF32AF4"><enum>(b)</enum><header>Scope of appointment authority</header><text>Subsection (b)(1) of such section is amendedâ€"</text>

<paragraph id="HEFB8641F1BA84C1EA4DAEC8AF165FE36"><enum>(1)</enum><text>in subparagraph (D), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="H845977937D3F499D8D7792543032C728"><enum>(2)</enum><text>in subparagraph (E), by adding <quote>and</quote> at the end; and </text></paragraph>

<paragraph id="H33D0C9B9BD8E4D2ABC78D733C840EE26"><enum>(3)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block id="H8042E89B6FD64148ACB9508B74DB2263" style="USC">

<subparagraph id="HF864E01D8CDD41A4BC3AB958490AFC08"><enum>(F)</enum><text>in the case of the Joint Artificial Intelligence Center, appoint scientists and engineers to a total of not more than 5 scientific and engineering positions in the Center;</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA1A994DFBB964C5397E19A7BFA965C55"><enum>(c)</enum><header>Extension of terms of appointment</header><text>Subsection (c)(2) of such section is amended by striking <quote>or the Defense Innovation Unit Experimental</quote> and inserting <quote>the Defense Innovation Unit, or the Joint Artificial Intelligence Center</quote>.</text></subsection>

<subsection id="HCDD120E3AB6E443BA1E58AE77AF2BDC8"><enum>(d)</enum><header>Update to organizational name</header><text>Such section is further amendedâ€"</text>

<paragraph id="H3739407251544660BD4141CE78820584"><enum>(1)</enum><text>in subsection (a)(5)â€"</text>

<subparagraph id="H47938E1152CC46639EFCD2BD358DE561"><enum>(A)</enum><text>in the subsection heading by striking <quote><header-in-text level="subsection" style="USC">DIUX</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="USC">DIU</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="H7948BC61A22A4D49AA378EB5EECB9062"><enum>(B)</enum><text>by striking <quote>Experimental</quote>; and</text></subparagraph></paragraph>

<paragraph id="HA2285393D5F14066A3B6E82AB7069011"><enum>(2)</enum><text>in subsection (b)(1)(E), by striking <quote>Experimental</quote>.</text></paragraph></subsection></section>

<section id="H3471ED08034748BEACC38EFC4D6B5B23"><enum>213.</enum><header>Establishment of joint reserve detachment of the Defense Innovation Unit</header>

<subsection id="HE719429EE34D4416A78FCBD98C6B1C0F"><enum>(a)</enum><header>In general</header>

<paragraph id="HB121655EEE2A4CB1B323687D7BA0D4A8"><enum>(1)</enum><header>Establishment of joint reserve detachment of the Defense Innovation Unit</header><text display-inline="yes-display-inline">Chapter 139 of title 10, United States Code, is amended by inserting after section 2358a the following new section:</text>

<quoted-block style="USC" id="HDF3C3CC478444FA8A39395F6F3285C49" display-inline="no-display-inline">

<section id="H183E0445155A46B1A390DA9DD2CE5CAC"><enum>2358b.</enum><header>Joint reserve detachment of the Defense Innovation Unit</header>

<subsection id="HA4E2BBDE8F6D446BA2A9BEB029C2F2FD"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with

the Secretaries of the military departments, may establish a joint reserve detachment (referred to in this section as the <quote>Detachment</quote>) composed of members of the reserve components described in subsection (b) to be assigned to each office of the Defense Innovation Unit toâ€"</text>

<paragraph id="HDFC649FEAF114055B55261490716DE33"><enum>(1)</enum><text display-inline="yes-display-inline">support engagement and collaboration with private-sector industry and the community surrounding the location of such office; and</text></paragraph>

<paragraph id="H2870E71B55694653B0583A814EE1848A"><enum>(2)</enum><text>to accelerate the use and adoption of commercially-developed technologies for national security purposes.</text></paragraph></subsection>

<subsection id="H5660A4B8D0B64DD8BD1A0A53FB1287A9"><enum>(b)</enum><header>Members</header><text>Each Secretary of a military department shall select for the Detachment, and make efforts to retain, members of the reserve components who possess relevant private-sector experience in the fields of business, acquisition, intelligence, engineering, technology transfer, science, mathematics, program management, logistics, cybersecurity, or such other fields as determined by the Under Secretary of Defense for Research and Engineering.</text></subsection>

<subsection id="HBE07BF034D7E46159BE97E58A7765083"><enum>(c)</enum><header>Duties</header><text>The Detachment shall have the following duties:</text>

<paragraph id="HE70FC446EF5A40218444E02A2C27F68C"><enum>(1)</enum><text>Providing the Department of Defense withâ€"</text>

<subparagraph id="H0C109E8979B146A58461B7186123B307"><enum>(A)</enum><text>expertise on and analysis of commercially-developed technologies;</text></subparagraph>

<subparagraph id="HE653DED6B7394678AC1E6C776C9439C6"><enum>(B)</enum><text>commercially-developed technologies to be used as alternatives for technologies in use by the Department; and</text></subparagraph>

<subparagraph id="HD7441E56438E40DFA5A6DD36AE4328E0"><enum>(C)</enum><text>opportunities for greater engagement and collaboration between the Department and private-sector industry on innovative technologies.</text></subparagraph></paragraph>

<paragraph id="H62CB3328899A48ACB453AD4C6F2AE003"><enum>(2)</enum><text>On an ongoing basisâ€"</text>

<subparagraph id="H4B6F6C13705742258E04B67DE81A9069"><enum>(A)</enum><text>partnering with the military departments, the combatant commands, and other Department of Defense organizations toâ€"</text>

<clause id="H80502B2D74F248F09D96FDBE3D56AB05"><enum>(i)</enum><text>identify and rapidly prototype commercially-developed technologies; and</text></clause>

<clause id="H9631EED440B6457683473971E528DDE3"><enum>(ii)</enum><text>use alternative contracting mechanisms to procure such technologies;</text></clause></subparagraph>

<subparagraph id="H6DA6DD4FFFB5459A859A6363A3C0484C"><enum>(B)</enum><text>increasing awareness ofâ€"</text>

<clause id="HB2136024229746DDB96255743E022410"><enum>(i)</enum><text>the work of the Defense Innovation Unit; and</text></clause>

<clause id="HE6BE2B1674E04712B7EEDB81C37D3A7A"><enum>(ii)</enum><text>the technology requirements of the Department of Defense as identified in the National Defense Science and Technology Strategy developed under section 218 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1679); and</text></clause></subparagraph>

<subparagraph id="H02BE9D6E32384DB588F96EB731C369F5"><enum>(C)</enum><text>using the investment in research and development made by private-sector industry in assessing and developing dual-use technologies.</text></subparagraph></paragraph>

<paragraph id="H6B5DFD4E20A9419D99B6A63B59110F15"><enum>(3)</enum><text>Carrying out other activities as directed by the Under Secretary of Defense for Research and Engineering.</text></paragraph></subsection>

<subsection id="HF82B6F42C8BB4E459BE556BB42719C8D"><enum>(d)</enum><header>Joint duty</header><text>Assignment to a Detachment shall not qualify as a joint duty assignment, as defined in section 668(b)(1) of title 10, United States Code, unless approved by the Secretary of Defense.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1C682E1B733346CF8BAFB625DAC2B65E"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2358a the following new item:</text>

<quoted-block style="USC" id="H03081BEA1DA84FD788BAF6256C16BF8C" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2358b. Joint reserve detachment of the Defense Innovation Unit.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H7D8B7ECAB27F486886C843F69FB94EDC"><enum>(b)</enum><header>Implementation report</header><text>Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Research and Engineering, in consultation with the Director of the Defense Innovation Unit and the Secretaries of the military departments, shall submit to the congressional defense committees a report that includesâ€"</text>

<paragraph id="H3AB4B748753444CBB2FB997CC731B777"><enum>(1)</enum><text display-inline="yes-display-inline">an organizational plan and the estimated costs for establishing the joint reserve detachment required under section 2358b of title 10, United States Code (as added by subsection (a)); and</text></paragraph>

<paragraph id="HB9D132F8B8D9488991FA9B44A16BEB1D"><enum>(2)</enum><text>a timeline specifying when such detachment will attain initial operational capability and full operational capability, respectively.</text></paragraph></subsection></section>

<section id="H9529436F86FA4FE08F2BBB73710126F5" section-type="subsequent-section"><enum>214.</enum><header>Research and educational programs and activities for Historically Black Colleges and Universities and Minority-Serving Institutions of Higher Education</header><text display-inline="no-display-inline">Section 2362 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H1EE393D75D9B48F790181F5885783BA0"><enum>(1)</enum><text>by redesignating subsections (d) and (e) as subsections (e) and (f), respectively; and</text></paragraph>

<paragraph id="H9EC39B8CD511432FBE6DEA11E0121B9B"><enum>(2)</enum><text>by inserting after subsection (c) the following new subsection:</text>

<quoted-block style="USC" id="H09DA07FDB9154CD499F6DE13B028ADD8" display-inline="no-display-inline">

<subsection id="HEEDADC112D084A7BAC4F1D4CA210F350"><enum>(d)</enum><header>Incentives</header><text display-inline="yes-display-inline">The Secretary of Defense may develop incentives to encourage research and educational collaborations between covered educational institutions and other institutions of higher education.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H93D6511F779A4CFCAEE82714282B52D0" section-type="subsequent-section"><enum>215.</enum><header display-inline="yes-display-inline">Modification of authority for prizes for advanced technology achievements</header><text display-inline="no-display-inline">Section 2374a(a) of title 10, United States Code, is amended by striking <quote>Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering, the Under

Secretary of Defense for Acquisition and Sustainment,</quote>.</text></section>

<section id="HCE98173D8075436086BC3E6277FD55E4"><enum>216.</enum><header>Joint hypersonics transition office</header><text display-inline="no-display-inline">Section 218 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 2358 note) is amendedâ€"</text>

<paragraph id="H46D115E1DD9142A89606686A33E4AC8A"><enum>(1)</enum><text>in subsection (a), by striking <quote>the program required under subsection (b), and shall</quote> and inserting <quote>the program and activities described in subsections (b) through (f), and shall</quote>;</text></paragraph>

<paragraph id="H9CE427255E8B4215B514B2764E642E8E"><enum>(2)</enum><text>by redesignating subsections (c) through (e) as subsections (d) through (f), respectively;</text></paragraph>

<paragraph id="HF0D8BE8E30C64486B0E6FB8ABE3BF874"><enum>(3)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block id="H219C7840C94A4593B45451D59E1EB2CD" style="OLC">

<subsection id="HE606F36B114241EFB58189854209F864"><enum>(c)</enum><header>University expertise</header>

<paragraph id="HC0306340D3F74E2C91366CF47419637E"><enum>(1)</enum><header>Arrangement with institutions of higher education</header><text display-inline="yes-display-inline">Using the authority specified in section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2358 note) or another similar authority, the Office shall seek to enter into an arrangement with one or more institutions of higher education (as defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)) under which such institutions may provide the Office withâ€"</text>

<subparagraph id="H55A427F263D5449DAB6F2E86E33277B5"><enum>(A)</enum><text display-inline="yes-display-inline">access to research, technology development, and workforce development expertise to support the mission of the Office; and</text></subparagraph>

<subparagraph id="HE3A2499E43C34A4B88CE06FECC726930"><enum>(B)</enum><text>foundational and applied hypersonic research, development, and workforce support in areas that the Office determines to be relevant for the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="HDCB881E4BF8A49BBA6899B87C187B8DD"><enum>(2)</enum><header>Availability of information</header><text>The Office shall ensure that the results of any research and reports produced pursuant to an arrangement under paragraph (1) are made available to the Federal Government, the private sector, academia, and international partners consistent with appropriate security classification guidance.</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H275ACFB024624D60B8E785EEA17B8C78"><enum>(4)</enum><text display-inline="yes-display-inline">in subsection (d), as so redesignatedâ€"</text>

<subparagraph id="H36218EA5CC824660A0BBAECEA63C377B"><enum>(A)</enum><text>in paragraph (4), by striking the comma before the period; and</text></subparagraph>

<subparagraph id="HF016CAA6F8814BC1B823C2CD0045230F"><enum>(B)</enum><text>in paragraph (5), by striking <quote>certified under subsection (e) as being consistent with the roadmap under subsection (d)</quote> and inserting <quote>certified under subsection (f) as being consistent with the roadmap under subsection (e)</quote>;</text></subparagraph></paragraph>

<paragraph id="H39DE284BD002472BAA522939A0BCD488"><enum>(5)</enum><text>in subsection (e), as so redesignated, by adding at the end the following new paragraph:</text>

<quoted-block id="HF44A1E74ADEB4D889A41341479CA3B97" style="OLC">

<paragraph id="HF1E339649CE34ABEBFCE5FE5E7AA86EF"><enum>(4)</enum><header>Submittal to congress</header>

<subparagraph id="H7FD0713BD67C4101A3B82BAC55F3B521"><enum>(A)</enum><header>Initial submission</header><text>Not later than 180 days after the date of the enactment of

this paragraph, the Secretary of Defense shall submit to the congressional defense committees the most recent roadmap developed under paragraph (1).</text></subparagraph>

<subparagraph id="HB81C63A7AC504B3585B4FA37A1FEC6AF"><enum>(B)</enum><header>Subsequent submissions</header><text>The Secretary of Defense shall submit to the congressional defense committees each roadmap revised under paragraph (1) together with the budget submitted to Congress under section 1105 of title 31, United States Code, for the fiscal year concerned.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD528ED3BD93641B19E8CF9740B47D4D8"><enum>(6)</enum><text>in subsection (f), as so redesignatedâ€"</text>

<subparagraph id="H91D36B6F7E324AF7BFD04811D3602EAA"><enum>(A)</enum><text>by striking <quote>subsection (d)</quote> each place it appears and inserting <quote>subsection (e)</quote>; and </text></subparagraph>

<subparagraph id="H5291D707ED4049F389767755A4BADBEF"><enum>(B)</enum><text>in paragraph (3), by striking <quote>2016</quote> and inserting <quote>2026</quote>.</text></subparagraph></paragraph></section>

<section id="H74354C5BA4F44852B6277FF0F562B26B"><enum>217.</enum><header>Modification of proof of concept commercialization program</header>

<subsection id="HD8D0FDE467134835B647D50B8885366C"><enum>(a)</enum><header>Extension of program</header><text display-inline="yes-display-inline">Section 1603(g) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 10 U.S.C. 2359 note) is amended by striking <quote>2019</quote> and inserting <quote>2024</quote>. </text></subsection>

<subsection id="H42CC9497EE514681A7B178EE3BE049FE"><enum>(b)</enum><header>Additional improvements</header><text>Section 1603 of such Act, as amended by subsection (a), is further amendedâ€"</text>

<paragraph id="HF8797E5519B049D0B9D40DEC997E1A89"><enum>(1)</enum><text>in the section heading, by inserting <quote><header-in-text level="section" style="OLC">of dual-use technology</header-in-text></quote> after <quote><header-in-text level="section" style="OLC">commercialization</header-in-text></quote>;</text></paragraph>

<paragraph id="H40FBD03248E84A2BA038EB09888F611F"><enum>(2)</enum><text>in subsection (a)â€"</text>

<subparagraph id="HA40E66541AB14CB7A31E31A639AD9D65"><enum>(A)</enum><text>by inserting <quote>of Dual-Use Technology</quote> after <quote>Commercialization</quote>; and</text></subparagraph>

<subparagraph id="H3C154B5D012D42FEB2EC8B0C3C6FB65A"><enum>(B)</enum><text>by inserting <quote>with a focus on priority defense technology areas that attract public and private sector funding, as well as private sector investment capital, including from venture capital firms in the United States,</quote> before <quote>in accordance</quote>;</text></subparagraph></paragraph>

<paragraph id="H92CE4BD19F23471D96C7D5A7535E22C6"><enum>(3)</enum><text>in subsection (c)(4)(A)(iv), by inserting <quote>, which may include access to venture capital</quote> after <quote>award</quote>;</text></paragraph>

<paragraph id="H64CD1F12CCA34A2A85E85B69E472C0A0"><enum>(4)</enum><text>by striking subsection (d);</text></paragraph>

<paragraph id="H0F66D33B5A5E4D76B08D75ECC22482A6"><enum>(5)</enum><text>by redesignating subsection (e) as subsection (d);</text></paragraph>

<paragraph id="H285D428E29094A0F91B5790916A6207A"><enum>(6)</enum><text>by inserting after subsection (d), as so redesignated, the following new subsection (e):</text>

<quoted-block display-inline="no-display-inline" id="H4E74D0D9196B48D2AFAFBC6E9BFB1496" style="OLC">

<subsection id="H9313A354234045679B672314F444B77A"><enum>(e)</enum><header>Authorities</header><text>In carrying out this section, the Secretary may use the following authorities:</text>

<paragraph id="H2359354A05DA450FBE14CDCD261B6F9D"><enum>(1)</enum><text>Section 1599g of title 10 of the United States Code, relating to public-private talent exchanges.</text></paragraph>

<paragraph id="H3DB6BC4C74A54098B7F3A6392FADB879"><enum>(2)</enum><text>Section 2368 of such title, relating to Centers for Science, Technology, and Engineering Partnerships.</text></paragraph>

<paragraph id="H278834D7C7304B838467203C9460E27F"><enum>(3)</enum><text>Section 2374a of such title, relating to prizes for advanced technology achievements.</text></paragraph>

<paragraph id="HF734E5C31087472DBF2602A92F2C5F34"><enum>(4)</enum><text>Section 2474 of such title, relating to Centers of Industrial and Technical Excellence.</text></paragraph>

<paragraph id="HBE9DA346946A480083A542242933FCC2"><enum>(5)</enum><text>Section 2521 of such title, relating to the Manufacturing Technology Program.</text></paragraph>

<paragraph id="HEBDC8068B2CF485BAD1FB397DA224E4F"><enum>(6)</enum><text>Section 225 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2359 note).</text></paragraph>

<paragraph id="H2B09E4890C244423A3540B8F5D302AD8"><enum>(7)</enum><text>Section 1711 of such Act (Public Law 115â€"91; 10 U.S.C. 2505 note), relating to a pilot program on strengthening manufacturing in the defense industrial base.</text></paragraph>

<paragraph id="H3403F4A292604E47ACAB1CC38669FD93"><enum>(8)</enum><text>Section 12 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3710a) and section 6305 of title 31, United States Code, relating to cooperative research and development agreements.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6F07425E5A1841A09C098AAEC8FB4AC3"><enum>(7)</enum><text>by striking subsection (f); and</text></paragraph>

<paragraph id="HD6CF7DE56FF64E6894585672D1FD805F"><enum>(8)</enum><text>by redesignating subsection (g) as subsection (f).</text></paragraph></subsection></section>

<section id="HF437406CE7B8432DA4039AE569963CFD"><enum>218.</enum><header>Modification of authority and addition of technology areas for expedited access to technical talent</header>

<subsection commented="no" display-inline="no-display-inline" id="HB4C5D30928204499A39A39707B01AB0D"><enum>(a)</enum><header>Modification of authority</header><text>Subsection (a)(1) of section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2358 note) is amended by striking <quote>The Secretary of Defense shall, acting through the secretaries of the military departments, establish</quote> and inserting <quote>Not later than 180 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall direct the secretaries of the military departments to establish</quote>.</text></subsection>

<subsection id="H400D546911064ADB89E888B75F063763"><enum>(b)</enum><header>Additional technology areas</header><text display-inline="yes-display-inline">Subsection (e) of such section is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H4F3F35F8B64A47C18DDF9A379A7F49D5"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating paragraph (27) as paragraph (30); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBD477F94077E4D50B1B83A596C0371E2"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting after paragraph (26) the following new paragraph (27):</text>

<quoted-block display-inline="no-display-inline" id="H6AD45F1438EA47E386BB77C9FAFCADCC" style="OLC">

<paragraph commented="no" display-inline="no-display-inline"

id="HFAFCFA1402B54F41968CE8E99CA9B962"><enum>(27)</enum><text display-inline="yes-display-inline">Rapid prototyping.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE4B780EF23F44452818A8FBBD6B042C6"><enum>(28)</enum><text display-inline="yes-display-inline">Infrastructure resilience.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6CF64D855729449B8514231471EB8DE8"><enum>(29)</enum><text display-inline="yes-display-inline">Hypersonics.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HB7CF4684AA5543F996A3A14ECCE0D888" section-type="subsequent-section"><enum>219.</enum><header>Expansion of coordination in support of national security innovation and entrepreneurial education</header><text display-inline="no-display-inline">Section 225(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2359 note) is amended by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="H683EF2F8258943218F4D0AC5AC6C6B80" display-inline="no-display-inline">

<paragraph id="H0B3F2F6904794B56BA8211D520E6E4AD"><enum>(18)</enum><text display-inline="yes-display-inline">The Lab-Embedded Entrepreneurship Programs of the Department of Energy.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HB37D8D5436B640C493179E029E5E8131" section-type="subsequent-section"><enum>220.</enum><header>Modification of defense quantum information science and technology research and development program</header><text display-inline="no-display-inline">Section 234 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2358 note) is amendedâ€"</text>

<paragraph id="HBA7D4EE678EA4E60BCDA06430051982C"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H2F7762B3427748C6B0D5A62F5FC95689"><enum>(A)</enum><text>in paragraph (2), by striking <quote>private sector entities</quote> and inserting <quote>private sector and international entities</quote>; and</text></subparagraph>

<subparagraph id="HB3FE0C0D914B4778BFC6A3500B7EF7E2"><enum>(B)</enum><text>in paragraph (6), by striking <quote>facilities and infrastructure</quote> and inserting <quote>facilities, workforce, and infrastructure</quote>;</text></subparagraph></paragraph>

<paragraph id="HC50B9CBE9B494AF79C838A521E486809"><enum>(2)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H404F9719C9FF4F8ABDA87066C0C006B3"><enum>(A)</enum><text>in paragraph (2), by striking <quote>quantum sciences;</quote> and inserting </text>

<quoted-block style="OLC" id="HF53264333B9E43358E957776CCB791C0" display-inline="yes-display-inline"><text display-inline="yes-display-inline">quantum information sciences, including through consultation withâ€"</text>

<subparagraph id="H1DA88AEED72F40F0B86B732DADAFEEB5"><enum>(A)</enum><text>the National Quantum Coordination Office;</text></subparagraph>

<subparagraph id="H1D30A8F0738F4589BAC8E917E54FDB11"><enum>(B)</enum><text display-inline="yes-display-inline">the subcommittee on Quantum Information Science of the National Science and Technology Council;</text></subparagraph>

<subparagraph id="H43566E03BA3644B3A987777D238D2EFE"><enum>(C)</enum><text>other organizations and elements of the Department of Defense;</text></subparagraph>

<subparagraph id="H548EA01825A3436FB962D5040B05F62C"><enum>(D)</enum><text>other Federal agencies; and</text></subparagraph>

<subparagraph id="H487BCED6131448419ADA997684B57F1A"><enum>(E)</enum><text>appropriate private sector organizations;</text></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H2B848B89A82B47E4A2CC9EF22F764230"><enum>(B)</enum><text>by redesignating paragraphs (3) and (4) as paragraphs (6) and (7), respectively;</text></subparagraph>

<subparagraph id="HE8DCF9A9611F453A950E7FEBE58FC733"><enum>(C)</enum><text>by inserting after paragraph (2), the following new paragraphs:</text>

<quoted-block style="OLC" id="HADE3ED8D02844645A33CAD93210A02AA" display-inline="no-display-inline">

<paragraph id="HC3792FBE0C9F4746B4CB9041F6AE6CEC"><enum>(3)</enum><text display-inline="yes-display-inline">in consultation with the entities listed in paragraph (2), develop plans forâ€"</text>

<subparagraph id="H73E52A62860548D383EDF21C54BC857A"><enum>(A)</enum><text>the development of the quantum information science and technology workforce;</text></subparagraph>

<subparagraph id="HC519067E499248169F18E8099EFA0F5B"><enum>(B)</enum><text>enhancing awareness of quantum information science and technology;</text></subparagraph>

<subparagraph id="H21CE08A41EC5471EBABD3561C7E69B9B"><enum>(C)</enum><text>reducing the risk of cybersecurity threats posed by quantum information science technology; and</text></subparagraph>

<subparagraph id="H20F92DF906F44BBEB5BAC5DB2C38C753"><enum>(D)</enum><text>development of ethical guidelines for the use of quantum information science technology;</text></subparagraph></paragraph>

<paragraph id="HB6E683B136A4426082B4D6C54AF6D177"><enum>(4)</enum><text display-inline="yes-display-inline">in consultation with the National Institute of Standards and Technology and other appropriate Federal entities, develop a quantum information science taxonomy and standards and requirements for quantum information technology;</text></paragraph>

<paragraph id="H50317CF601B049F89E769913CFFD0BBF"><enum>(5)</enum><text display-inline="yes-display-inline">support efforts to increase the technology readiness level of quantum information science technologies under development in the United States;</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HE1353CF315224FB78CDD352A65378596"><enum>(D)</enum><text>in paragraph (6), as so redesignated, by striking <quote>quantum science</quote> and inserting <quote>quantum information science</quote>; and</text></subparagraph>

<subparagraph id="HD51848067D644DBCA2EB3BDC8E2F154B"><enum>(E)</enum><text>in paragraph (7), as so redesignated, by striking <quote>for meeting the long-term challenges and achieving the specific technical goals</quote> and inserting <quote>for carrying out the program under subsection (a)</quote>;</text></subparagraph></paragraph>

<paragraph id="H7F2A51D12BAB4ABCA048668DBE230895"><enum>(3)</enum><text>by redesignating subsection (d) as subsection (e);</text></paragraph>

<paragraph id="HA50524B75135459381985FFFB1060109"><enum>(4)</enum><text>by inserting afer subsection (c) the following new subsection (d):</text>

<quoted-block style="OLC" id="HCE26FCA387AB4D42ADF6E96F9F418ED7" display-inline="no-display-inline">

<subsection id="H0A006289B782410FB7F0E2B6AEA9338E"><enum>(d)</enum><header>Quantum information science research centers</header><text display-inline="yes-display-inline">The Secretary of each military department may establish or designate a defense laboratory or establish activities to engage with appropriate public and private sector organizations, including academic organizations, to enhance and accelerate the research, development, and deployment of quantum information sciences and quantum information science-enabled technologies and systems. The Secretary of Defense shall ensure that not less than one such laboratory or center is established or designated.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H58AB2B60BC784A2F8FCBA2E6CE74C60D"><enum>(5)</enum><text>in paragraph (2) of subsection (e), as so redesignatedâ€"</text>

<subparagraph id="H5030AC1ABBB04129B8FC1D4294A2ACC4"><enum>(A)</enum><text display-inline="yes-display-inline">in subparagraph (A), by inserting <quote>information</quote> before <quote>sciences</quote>; </text></subparagraph>

<subparagraph id="HBE66273302E34426892A11A81A7C650A"><enum>(B)</enum><text>in subparagraph (B),</text>

<clause id="H98034116001D45E5B7D398C04AED1AD2"><enum>(i)</enum><text>by inserting <quote>information</quote> before <quote>sciences</quote>; and</text></clause>

<clause id="HF2B2A07E637648DC85493FE91007C205"><enum>(ii)</enum><text>by inserting <quote>, including a discussion of likely impacts of quantum information science and technology on military capabilities</quote> before the period at the end;</text></clause></subparagraph>

<subparagraph id="HF3F83A9FC0AE439EB1CB6E0F08EBC3C2"><enum>(C)</enum><text>in subparagraph (C), by inserting <quote>information</quote> before <quote>sciences</quote>; </text></subparagraph>

<subparagraph id="H31FDFDFC624E4F83B13CD5930686A336"><enum>(D)</enum><text>by redesignating subparagraph (E) as subparagraph (F); and</text></subparagraph>

<subparagraph id="HD0B6A90B29554531AB019C10A4F9B89B"><enum>(E)</enum><text display-inline="yes-display-inline">by striking subparagraph (D) and inserting the following new subparagraphs:</text>

<quoted-block style="OLC" id="HA976F8312B6F40E39133204CC503C64B" display-inline="no-display-inline">

<subparagraph id="HE1EADC390E384B1892E9F7E885EE137B"><enum>(D)</enum><text display-inline="yes-display-inline">A description of the activities carried out in accordance with this section, including, for each such activityâ€"</text>

<clause id="H7CE0D9C55C36418EA77BD722C1EE96DB"><enum>(i)</enum><text>a roadmap for the activity;</text></clause>

<clause id="H1A88A5F9589A449C8176D8B2DBF4A909"><enum>(ii)</enum><text>a summary of the funding provided for the activity; and</text></clause>

<clause id="HDFF50F8CAD2B4A17BB1DF3025BEBFECF"><enum>(iii)</enum><text>an estimated timeline for the development and military deployment of quantum technologies supported through the activity.</text></clause></subparagraph>

<subparagraph id="H838FFE5A1CF9433FAF73AB601F2370AD"><enum>(E)</enum><text>A description of the efforts of the Department of Defense to update classification and cybersecurity practices relating to quantum technology, includingâ€"</text>

<clause id="H1A1A82E9F7454442A2228605C72DB38F"><enum>(i)</enum><text>security processes and requirements for engagement with allied countries; and</text></clause>

<clause id="H9BDAD8034D4F411C86B12F5CF6ECEDBE"><enum>(ii)</enum><text>a plan for security-cleared government and contractor workforce development.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section id="H52C0D0F7AD4646A2AD70DDC5014E1AAC"><enum>221.</enum><header>Understanding of investments in artificial intelligence and development of capabilities by adversaries</header><text display-inline="no-display-inline">Section 238(c)(2)(I) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF91AA27613A242F2BCD86A6A53D3FD53"><enum>(1)</enum><text display-inline="yes-display-inline">in clause (i), by striking <quote>; and</quote> and inserting a semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC23A5902B70D4E0081A8E07404B4F2E4"><enum>(2)</enum><text display-inline="yes-display-inline">in clause (ii), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="HFD730F290EE445F0AEF3919268E8BE6B"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="H2D113FA1C52049D3BB683BE91C2D62EB" style="OLC">

<clause commented="no" display-inline="no-display-inline" id="HA49CFF86B8A643FD80CAE9D98D6AE76D"><enum>(iii)</enum><text display-inline="yes-display-inline">that appropriate entities in the Department are reviewing all open source publications from both the United States and outside the United States that contribute to, affect, or advanceâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HB5A981FC93264A5CA7B54C90B2FBA174"><enum>(I)</enum><text display-inline="yes-display-inline">artificial intelligence research and development; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H00EF7181D2624A469285451CFC7048DD"><enum>(II)</enum><text>the understanding of the Secretary concerning the investments by adversaries of the United States in artificial intelligence and the development by such adversaries of capabilities relating to artificial intelligence.</text></subclause></clause><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H172F5A2E9DD04D22B4CCF32BFFB30A3E" section-type="subsequent-section"><enum>222.</enum><header>Advisory role of JASON scientific advisory group</header>

<subsection id="H1159393E491A4C45B33164F2BAA07500"><enum>(a)</enum><header>Ongoing engagement of certain scientific advisory personnel</header>

<paragraph id="HA6B7D45D7E8D4AC495181A990C98EDBC" display-inline="no-display-inline"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall seek to engage the members of the independent, private scientific advisory group known as <quote>JASON</quote> as advisory personnel to provide advice, on an ongoing basis, on matters involving science, technology, and national security, including methods to defeat existential and technologically-amplified threats to national security. </text></paragraph>

<paragraph id="HB86C9922378247969CF6B3CC97B5C4A8"><enum>(2)</enum><header>Availability to other Federal agencies</header><text>At the request of a Federal agency outside the Department of Defense, the Secretary of Defense shall seek to make personnel engaged under paragraph (1) available to such agency for the purpose of providing advice to the agency on the matters described in such subsection.</text></paragraph></subsection>

<subsection id="HCBB74132CC7C47209071C3FA87F0AE7D"><enum>(b)</enum><header>Arrangement for conduct of national security studies and analysis</header>

<paragraph id="H096F298434344E5B8FBBFEAEF0F48E67"><enum>(1)</enum><header>In general</header><text>Pursuant to subsection (a), the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall seek to enter into an arrangement under which JASON may provide national security research studies and other analyses to the Department of Defense and other Federal agencies to meet mission requirements and agency needs.</text></paragraph>

<paragraph id="H41AEFDAD215C4A46A8AEDE39DE9E6D94"><enum>(2)</enum><header>Form of arrangement</header><text>The arrangement entered into under paragraph (1) shall be in a form the Under Secretary of Defense for Acquisition and Sustainment determines to be appropriate for the Department of Defense, which may include a contract, a grant, a cooperative agreement, the use of other transaction authority under section 2371 of title 10, United States Code, or another such arrangement.</text></paragraph>

<paragraph id="HAC82B2B2ECCB4822BF68FDF0A67ECFB4"><enum>(3)</enum><header>Timing of arrangement</header><text>The Secretary of Defense shall seek to enter into the arrangement under paragraph (1) not later than 120 days after the date of the enactment of this Act.</text></paragraph>

<paragraph id="HCC570A9AE55A4E2EB9AE9B2B8F173F54"><enum>(4)</enum><header>Terms of arrangement</header><text display-inline="yes-display-inline">The arrangement entered into under paragraph (1) shallâ€"</text>

<subparagraph id="H0D5A5DE1F3674EF79CFA219E891D6980"><enum>(A)</enum><text display-

inline="yes-display-inline">if specifically negotiated as part of the arrangement, provide for the Department of Defense to reimburse the entity supporting JASON for all or a portion of the overhead costs incurred in support of the arrangement;</text></subparagraph>

<subparagraph id="H72EC00C5304C4E43822D278A0BFC8AE4"><enum>(B)</enum><text display-inline="yes-display-inline">allow Federal Government entities outside the Department of Defense with responsibilities relating to national security to seek to engage JASON to perform individual studies relating to national security matters as part of the arrangement; and</text></subparagraph>

<subparagraph id="H11C12C00368246FC98AA7AC8BA306B75"><enum>(C)</enum><text display-inline="yes-display-inline">require that a Federal agency that engages JASON to perform a study under the arrangement will fully fund such study, including a proportional percentage to the total overhead costs incurred under the arrangement.</text></subparagraph></paragraph>

<paragraph id="H3AC0A18CED0D46E9A6DFC729300D82DC" display-inline="no-display-inline"><enum>(5)</enum><header>Limitation on termination</header>

<subparagraph id="H6808A966BACE41A38FD58A5652685B89"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense may not terminate the arrangement under paragraph (1) until a period of 180 days has elapsed following the date on which the Secretaryâ€"</text>

<clause id="H8CF08AD160D54F0584E7FFAC4C92E418"><enum>(i)</enum><text> notifies the congressional defense committees of the intent of the Secretary to terminate the arrangement; and</text></clause>

<clause id="H13B7AA7A9FC040BD84432F450286EE30"><enum>(ii)</enum><text>submits the report required under subparagraph (B).</text></clause></subparagraph>

<subparagraph id="HB40994FDE53344C8959F138DDFE4101A" display-inline="no-display-inline"><enum>(B)</enum><header>Report required</header>

<clause id="HC534F6EB205E4EC68D21A68DC1AAB91B"><enum>(i)</enum><header>In general</header><text>If the Secretary of Defense determines that the arrangement under paragraph (1) should be terminated, the Secretary shall submit to the congressional defense committees a report on the proposed termination of the arrangement.</text></clause>

<clause id="H978687945C1A420488B0AF841D9513CF"><enum>(ii)</enum><header>Elements</header><text> The report required under clause (i) shall include the following:</text>

<subclause id="HCAEAC389AF694C4FAC30CF5CC1755F52"><enum>(I)</enum><text>A summary of the execution of research projects conducted by JASON over the four fiscal years preceding the date of the report, including the projects requested by the Department of Defense and the projects requested by other Federal agencies.</text></subclause>

<subclause id="H07FB517E8A1B408EA3160CEEFDE04672"><enum>(II)</enum><text>An analysis of the costs to the Department of Defense of maintaining the arrangement under which JASON provided national security research studies, including any overhead costs incurred by the Department or shared among Federal agencies over the four fiscal years preceding the date of the report.</text></subclause>

<subclause id="H32BAA4B46E4B49C883A26BCAEDD815A3"><enum>(III)</enum><text>A timeline for the potential transition or termination of the activities, functions, and expertise provided by JASON under the arrangement.</text></subclause>

<subclause id="H222919A803B349048A82AD7F8A20AD80"><enum>(IV)</enum><text>An assessment of the impact that the termination of the arrangement with JASON will have on defense research studies and analytical capabilities, including a mitigation plan that identifies where alternative and comparable scientific advice and expertise is available and a comparison of the costs associated with each alternative.</text></subclause></clause>

<clause id="H1CC074400D15476CB32DCEDE22D5CB59"><enum>(iii)</enum><header>Form of report</header><text>The report required under clause (i) may be submitted in unclassified or classified form.</text></clause></subparagraph></paragraph>

<paragraph id="HD24A725C994E41B0B922139014844D51"><enum>(6)</enum><header>Annual summary report</header><text>Not later than March 1 of each year beginning after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report that includesâ€"</text>

<subparagraph id="H9DC022C15BB147EE8E7A7663C7373226"><enum>(A)</enum><text>a summary of expenditures made under the arrangement with JASON under paragraph (1); and</text></subparagraph>

<subparagraph id="HCF2A9580C9E9452EB9B94CEB0EC6E88B"><enum>(B)</enum><text>a summary of the studies and other activities carried out by JASON pursuant to such arrangement in the preceding calendar year.</text></subparagraph></paragraph></subsection></section>

<section id="H5D0B366DA8D740EBA022C0756FF53724"><enum>223.</enum><header>Direct Air Capture and Blue Carbon Removal Technology Program</header>

<subsection commented="no" display-inline="no-display-inline" id="H5B60EE0CAFA649ABBFB831042351CBC4"><enum>(a)</enum><header display-inline="yes-display-inline">Program required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H27E32D7DC8A246D28A9D5C694BF9B31C"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Secretary of Homeland Security, the Secretary of Energy, and the heads of such other Federal agencies as the Secretary of Defense considers appropriate, shall carry out a program on research, development, testing, evaluation, study, and demonstration of technologies related to blue carbon capture and direct air capture.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H71FC11401A72438192CD7AFB5A779354"><enum>(2)</enum><header display-inline="yes-display-inline">Program goals</header><text display-inline="yes-display-inline">The goals of the program established under paragraph (1) are as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF58EFD79C3A246FB9F7C8E2C1954A1DC"><enum>(A)</enum><text display-inline="yes-display-inline">To develop technologies that capture carbon dioxide from seawater and the air to turn such carbon dioxide into clean fuels to enhance fuel and energy security.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA867C254F164189BA929EE13F859E1D"><enum>(B)</enum><text display-inline="yes-display-inline">To develop and demonstrate technologies that capture carbon dioxide from seawater and the air to reuse such carbon dioxide to create products for military uses.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H39CDD4012AA2439A8DB3D524DA8B90DE"><enum>(C)</enum><text display-inline="yes-display-inline">To develop direct air capture technologies for useâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H94A47B57F194400C9C8F50363D0C6F1D"><enum>(i)</enum><text display-inline="yes-display-inline">at military installations or facilities of the Department of Defense; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF9FF3ABC25CA4E75B9889B0756B8C037"><enum>(ii)</enum><text display-inline="yes-display-inline">in modes of transportation by the Navy or the Coast Guard.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0C0B09415DF348AC97701A9419E06E96"><enum>(3)</enum><header display-inline="yes-display-inline">Phases</header><text display-inline="yes-display-inline">The program established under paragraph (1) shall be carried out in two phases as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF5F74C7AB42E49728CBB6427DF031C87"><enum>(A)</enum><text display-inline="yes-display-inline">The first phase shall consist of research and development and shall be carried out as described in subsection (b).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="HC91ED559CA4A4E4C83C38B97FBC2461B"><enum>(B)</enum><text display-inline="yes-
display-inline">The second phase shall consist of testing and evaluation and shall be
carried out as described in subsection (c), if the Secretary determines that the
results of the research and development phase justify implementing the testing and
evaluation phase.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H8703D14F013940109FD8DE4114F8A49A"><enum>(4)</enum><header display-inline="yes-
display-inline">Designation</header><text display-inline="yes-display-inline">The
program established under paragraph (1) shall be known as the <quote>Direct Air Capture
and Blue Carbon Removal Technology Program</quote> (in this section referred to as the
<quote>Program</quote>).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="HFA5F820AA0304AF2959275A48C6270F8"><enum>(b)</enum><header display-inline="yes-
display-inline">Research and development phase</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H3C009EB028B4447395B5A3F03546F6B5"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">During the
research and development phase of the Program, the Secretary of Defense shall conduct
research and development in pursuit of the goals set forth in subsection
(a)(2).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H9C942D46C2084EC7B4693AD417D1ECC8"><enum>(2)</enum><header display-inline="yes-
display-inline">Direct air capture</header><text display-inline="yes-display-
inline">The research and development phase of the Program may include, with respect to
direct air capture, a front end engineering and design study that includes an
evaluation of direct air capture designs to produce fuel for useâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC082BC703AEB4F80B34EAE3404C5D901"><enum>(A)</enum><text display-inline="yes-
display-inline">at military installations or facilities of the Department of Defense;
or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"
id="HC4123CDAB2D445558E5B1490B4415E82"><enum>(B)</enum><text display-inline="yes-
display-inline">in modes of transportation by the Navy or the Coast
Guard.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H2AD8C107501C4AA3A0482D50AC173795"><enum>(3)</enum><header display-inline="yes-
display-inline">Commencement</header><text display-inline="yes-display-inline">The
Secretary shall commence carrying out the research and development phase of the Program
not later than 90 days after the date of the enactment of this Act.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HAEEE726F00B947D4B9D92C60FF120812"><enum>(4)</enum><header display-inline="yes-
display-inline">Grants authorized</header><text display-inline="yes-display-inline">The
Secretary may carry out the research and development phase of the Program through the
award of grants to private persons and eligible laboratories.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H02982C1588854354AF3AD3F39B18B51E"><enum>(5)</enum><header display-inline="yes-
display-inline">Report required</header><text display-inline="yes-display-inline">Not
later than 180 days after the date of the completion of the research and development
phase of the Program, the Secretary shall submit to Congress a report on the research
and development carried out under the Program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H6EC2BEC5A3974D2496FF2D21714419AC"><enum>(c)</enum><header display-inline="yes-
display-inline">Testing and evaluation phase</header>

<paragraph commented="no" display-inline="no-display-inline"
id="H19AE1D89CAFF423F96583157F0B1A123"><enum>(1)</enum><header display-inline="yes-
display-inline">In general</header><text display-inline="yes-display-inline">During the
testing and evaluation phase of the Program, the Secretary shall, in pursuit of the
goals set forth in subsection (a)(2), conduct tests and evaluations of the technologies
researched and developed during the research and development phase of the

Program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE9B1F77EC2E14B3FA3818D5339CE6675"><enum>(2)</enum><header display-inline="yes-display-inline">Direct air capture</header><text display-inline="yes-display-inline">The testing and evaluation phase of the Program may include demonstration projects for direct air capture to produce fuels for useâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H02EC9D26ADCD44CB93ED6DC809E9DC70"><enum>(A)</enum><text display-inline="yes-display-inline">at military installations or facilities of the Department of Defense; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC07E357D8B794281A0E53FA74E752C78"><enum>(B)</enum><text display-inline="yes-display-inline">in modes of transportation by the Navy or the Coast Guard.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H028F6EC8CA5A45BE9575853AD50D6ACA"><enum>(3)</enum><header display-inline="yes-display-inline">Commencement</header><text display-inline="yes-display-inline">Subject to subsection (a)(3)(B), the Secretary shall commence carrying out the testing and evaluation phase of the Program on the date of the completion of the research and development phase described in subsection (b), except that the testing and evaluation phase of the Program with respect to direct air capture may commence at such time after a front end engineering and design study demonstrates to the Secretary that commencement of such phase is appropriate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE29571C5B3C74E0CA850B3E456DAC59F"><enum>(4)</enum><header display-inline="yes-display-inline">Grants authorized</header><text display-inline="yes-display-inline">The Secretary may carry out the testing and evaluation phase of the Program through the award of grants to private persons and eligible laboratories.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAD66412C5FFF424B9C1723D7D25708E8"><enum>(5)</enum><header display-inline="yes-display-inline">Locations</header><text display-inline="yes-display-inline">The Secretary shall carry out the testing and evaluation phase of the Program at military installations or facilities of the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA7D1D3B48C9642E992914061485C83B1"><enum>(6)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than September 30, 2026, the Secretary shall submit to Congress a report on the findings of the Secretary with respect to the effectiveness of the technologies tested and evaluated under the Program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD6771171FA124A86AE742A0FEAFDACA3"><enum>(d)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H49B19FEE1824454CA0AAFFDFB8215185"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>blue carbon capture</term> means the removal of dissolved carbon dioxide from seawater through engineered or inorganic processes, including filters, membranes, or phase change systems.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC82641362A8C4099A10C3678D155ED37"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HDE0387FBEEFD444F837EE2A37E40AD03"><enum>(A)</enum><text display-inline="yes-display-inline">The term <term>direct air capture</term>, with respect to a facility, technology, or system, means that the facility, technology, or system uses carbon capture equipment to capture carbon dioxide directly from the air.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H415DDD086225462FA99111D8273FAD2A" indent="up1"><enum>(B)</enum><text display-

inline="yes-display-inline">The term <term>direct air capture</term> does not include any facility, technology, or system that captures carbon dioxideâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H7F96EBE48E604E4FB513C0019CCEBB1F"><enum>(i)</enum><text display-inline="yes-display-inline">that is deliberately released from a naturally occurring subsurface spring; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H42A45158E3BD4848B3F9BA5240D5CF08"><enum>(ii)</enum><text display-inline="yes-display-inline">using natural photosynthesis.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2690F7EB32A042D58692EE1D66CE0B56"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>eligible laboratory</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H3BE205B92B314ADFB65163F49A970644"><enum>(A)</enum><text display-inline="yes-display-inline">a National Laboratory (as defined in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801));</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2DE1191F9E02471594062296CAEB85D3"><enum>(B)</enum><text>a science and technology reinvention laboratory designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 10 U.S.C. 2358 note);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4DC28525DE454CFEBB94D4BACB324406"><enum>(C)</enum><text>the Major Range and Test Facility Base (as defined in section 2358a(f) of title 10, United States Code); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H128FFED6FDA74DB9B31E2CF1517B8519"><enum>(D)</enum><text>any other facility that supports the research, development, test, and evaluation activities of the Department of Defense or the Department of Energy.</text></subparagraph></paragraph></subsection></section>

<section id="H80B9CA93B19D42EB89F5D5776B7BC85C"><enum>224.</enum><header>Requiring defense microelectronics products and services meet trusted supply chain and operational security standards</header>

<subsection commented="no" display-inline="no-display-inline" id="H8EACF0265BA841808CF7DE8BE09C18BB"><enum>(a)</enum><header display-inline="yes-display-inline">Purchases</header><text>To protect the United States from intellectual property theft and to ensure national security and public safety in the application of new generations of wireless network technology and microelectronics, beginning no later than January 1, 2023, the Secretary of Defense shall ensure that each microelectronics product or service that the Department of Defense purchases on or after such date meets the applicable trusted supply chain and operational security standards established pursuant to subsection (b), except in a case in which the Department seeks to purchase a microelectronics product or service butâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H21EC98BE897E4FADB7F3774BCD69E42B"><enum>(1)</enum><text display-inline="yes-display-inline">no such product or service is available for purchase that meets such standards; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB2593B0B71E34DD99DD183C59FC689C0"><enum>(2)</enum><text display-inline="yes-display-inline">no such product or service is available for purchase thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDF7744A229E347A19FFAA39E10CE3694"><enum>(A)</enum><text display-inline="yes-display-inline">meets such standards; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H82D40A3738654B3CB5073BE4FDCA56C9"><enum>(B)</enum><text display-inline="yes-display-inline">is available at a price that the Secretary does not consider prohibitively expensive.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H572FB50E297A4011A3746DFC2E51386A"><enum>(b)</enum><header display-inline="yes-display-inline">Trusted supply chain and operational security standards</header>

<paragraph commented="no" display-inline="no-display-inline" id="H637A47F4D8F14958B7EE7D4E8E970B3D"><enum>(1)</enum><header display-inline="yes-display-inline">Standards required</header>

<subparagraph commented="no" display-inline="yes-display-inline" id="HAFA950FF03C74624A985A7B87AE7FBEB"><enum>(A)</enum><text display-inline="yes-display-inline">Not later than January 1, 2021, the Secretary shall establish trusted supply chain and operational security standards for the purchase of microelectronics products and services by the Department.</text></subparagraph>

<subparagraph id="H1AE254655F8B446BADADB9EA0C308A28" indent="up1"><enum>(B)</enum><text>For purposes of this section, a trusted supply chain and operational security standardâ€"</text>

<clause id="H9322C04B8A164868B3D8E4A63FEEC469"><enum>(i)</enum><text>is a standard that systematizes best practices relevant toâ€"</text>

<subclause id="H9CCCED95AC8C46D1B71A6EB2F5AA6967"><enum>(I)</enum><text>manufacturing location;</text></subclause>

<subclause id="HEE3131818D5244979205E1A7A9E80DC7"><enum>(II)</enum><text>company ownership;</text></subclause>

<subclause id="H3107AF1D335F4A4090EC6A002E20492A"><enum>(III)</enum><text>workforce composition;</text></subclause>

<subclause id="HD25617306E70499CA75057DB2CD511CB"><enum>(IV)</enum><text>access during manufacturing, suppliersâ€™ design, sourcing, manufacturing, packaging, and distribution processes;</text></subclause>

<subclause id="HE3C1B0E9AC904BCD994DD5F1232F7E77"><enum>(V)</enum><text>reliability of the supply chain; and</text></subclause>

<subclause id="H05BC45F866F5441FAB817A8BC63926AA"><enum>(VI)</enum><text>other matters germane to supply chain and operational security; and</text></subclause></clause>

<clause id="HA45BB54BB65C46C4A769A7D89003EFD8"><enum>(ii)</enum><text>is not a military standard (also known as <quote>MIL-STD</quote>) or a military specification (also known as <quote>MIL-SPEC</quote>) for microelectronics thatâ€"</text>

<subclause id="H1B3AD040D8A44AED8AB11622A9CD2C5F"><enum>(I)</enum><text>specifies individual features for Department of Defense microelectronics; or</text></subclause>

<subclause id="HAAF641122E5F418D9C48838D5C1B47DE"><enum>(II)</enum><text>otherwise inhibits the acquisition by the Department of securely manufactured, commercially-available products.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0CDF94BF79694E9FA2C8CF0C3C8BA729"><enum>(2)</enum><header display-inline="yes-display-inline">Consultation required</header><text display-inline="yes-display-inline">In developing standards under paragraph (1), the Secretary shall consult with the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HD13A0DD59C7C4A1282BCD04C5C78CAB1"><enum>(A)</enum><text display-inline="yes-display-inline">The Secretary of Homeland Security, the Secretary of State, the Secretary of Commerce, and the Director of the National Institute of Standards and Technology.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H367905915DEA4305B3D194805613F3EB"><enum>(B)</enum><text display-inline="yes-display-inline">Suppliers of microelectronics products and services from the United States and allies and partners of the United States.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB51C6AEBAC38479A9756F504015C1A01"><enum>(C)</enum><text display-inline="yes-display-inline">Representatives of major United States industry sectors that rely on a trusted supply chain and the operational security of microelectronics products and

services.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF7258E52C14048D7AAD3F97F8E60CB0C"><enum>(D)</enum><text display-inline="yes-display-inline">Representatives of the United States insurance industry.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H412A38B53ADC47C581BD53D3C92F57F5"><enum>(3)</enum><header display-inline="yes-display-inline">Tiers of trust and levels of security authorized</header><text display-inline="yes-display-inline">In carrying out paragraph (1), the Secretary may establish tiers and levels of trust and security within the supply chain and operational security standards for microelectronics products and services.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9161F543FBD7405384CA6FB0AC47F51B"><enum>(4)</enum><header display-inline="yes-display-inline">General applicability</header><text display-inline="yes-display-inline">The standards established pursuant to paragraph (1) shall be, to the greatest extent practicable, generally applicable to the trusted supply chain and operational security needs and use cases of the United States Government and commercial industry, such that the standards could be widely adopted by government agencies, commercial industry, and allies and partners of the United States as the basis for procuring microelectronics products and services.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H87493E9F7A414267921327D85ABC1148"><enum>(5)</enum><header display-inline="yes-display-inline">Annual review</header><text display-inline="yes-display-inline">Not later than October 1 of each year, the Secretary shall, in consultation with persons and entities set forth under paragraph (2), review the standards established pursuant to paragraph (1) and issue updates or modifications as the Secretary considers necessary or appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7C588C3D29CC401A9FFAD2C000941E03"><enum>(c)</enum><header display-inline="yes-display-inline">Ensuring ability to sell commercially</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD3F50E8EB63040979A334A5C8A22D636"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary shall, to the greatest extent practicable, ensure that suppliers of microelectronics products and services for the Department of Defense subject to subsection (a) are able and incentivized to sell products commercially and to governments of allies and partners of the United States that are produced on the same production lines as the microelectronics products supplied to the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB19663EF203247A3B98B2AEF974F9A0B"><enum>(2)</enum><header display-inline="yes-display-inline">Effect of requirements and acquisitions</header><text display-inline="yes-display-inline">The Secretary shall, to the greatest extent practicable, ensure that the requirements of the Department and the acquisition by the Department of microelectronics enable the success of a dual-use microelectronics industry.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDD3D7CC53A314F219A9C726DCAEA0D46"><enum>(d)</enum><header display-inline="yes-display-inline">Maintaining competition and innovation</header><text display-inline="yes-display-inline">The Secretary shall take such actions as the Secretary considers necessary and appropriate, within the Secretaryâ€™s authorized activities to maintain the health of the defense industrial base, to ensure thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H3770C90C9251447EB70B6B95AC82EB08"><enum>(1)</enum><text display-inline="yes-display-inline">providers of microelectronics products and services that meet the standards established under subsection (b) are exposed to competitive market pressures to achieve competitive pricing and sustained innovation; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF13C068C1A624CE4960934DF6C0FC633"><enum>(2)</enum><text display-inline="yes-display-inline">the industrial base of microelectronics products and services that meet

the standards established under subsection (b) includes providers manufacturing in the United States or in countries that are allies or partners of the United States.</text></paragraph></subsection></section>

<section id="HAE7A287D76F340F5BBE467E6C20E9353"><enum>225.</enum><header>Development and acquisition strategy to procure secure, low probability of detection data link network capability</header>

<subsection commented="no" display-inline="no-display-inline" id="HA6FCA0809A134DF79A87663DBEFF0E8B"><enum>(a)</enum><header display-inline="yes-display-inline">Strategy required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Chief of Staff of the Air Force, the Chief of Naval Operations, and the Chief of Staff of the Army shall jointly submit to the congressional defense committees a joint development and acquisition strategy to procure a secure, low probability of detection data link network capability, with the ability to effectively operate in hostile jamming environments while preserving the low observability characteristics of the relevant platforms, including both existing and planned platforms.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAECECB400C0C4F2F86ED17621B592233"><enum>(b)</enum><header display-inline="yes-display-inline">Network characteristics</header><text display-inline="yes-display-inline">The data link network capability to be procured pursuant to the development and acquisition strategy submitted under subsection (a) shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF926A019F7FF4949BE1AEA30DAEBFB83"><enum>(1)</enum><text display-inline="yes-display-inline">ensure that any network made with such capability will be low risk and affordable, with minimal impact or change to existing host platforms and minimal overall integration costs;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8BE3B4955F0B405E892F1427146DB4EA"><enum>(2)</enum><text display-inline="yes-display-inline">use a non-proprietary and open systems approach compatible with the Rapid Capabilities Office Open Mission Systems initiative of the Air Force, the Future Airborne Capability Environment initiative of the Navy, and the Modular Open Systems Architecture initiative of the Army; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A817453359042F689CDF30B0D8CDE09"><enum>(3)</enum><text display-inline="yes-display-inline">provide for an architecture to connect, with operationally relevant throughput and latencyâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HB0E631B77D6E4436BCA838A3E849A48E"><enum>(A)</enum><text display-inline="yes-display-inline">fifth-generation combat aircraft;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBF8403F698C34D3098E757BC7D1CFC21"><enum>(B)</enum><text display-inline="yes-display-inline">fifth-generation and fourth-generation combat aircraft;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H68A99F5CB43944BEB1D7A02DB26BB523"><enum>(C)</enum><text display-inline="yes-display-inline">fifth-generation and fourth-generation combat aircraft and appropriate support aircraft and other network nodes for command, control, communications, intelligence, surveillance, and reconnaissance purposes; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H716FFDC047A14B64B14DFD2560E0F0F9"><enum>(D)</enum><text display-inline="yes-display-inline">fifth-generation and fourth-generation combat aircraft and their associated network-enabled precision weapons.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6DDA836E423F4A69A1138D69C7F42E95"><enum>(c)</enum><header display-inline="yes-display-inline">Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for operation and maintenance for the Office of the Secretary of the Air Force, for operation and maintenance for the Office of the Secretary of the Navy, and for operations and

maintenance for the Office of the Secretary of the Army, not more than 50 percent may be obligated or expended until the date that is 15 days after the date on which the Chief of Staff of the Air Force, the Chief of Naval Operations, and the Chief of Staff of the Army, respectively, submit the development and acquisition strategy required by subsection (a).</text></subsection></section>

<section id="HDD0F8238921C4436BA646994D0F62B8C"><enum>226.</enum><header>Establishment of secure next-generation wireless network (5G) infrastructure for the Nevada Test and Training Range and base infrastructure</header>

<subsection commented="no" display-inline="no-display-inline" id="H3824B06D3FA14CBD8B6905A20F4E7B68"><enum>(a)</enum><header display-inline="yes-display-inline">Establishment required</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall establish secure fifth-generation wireless network components and capabilities at no fewer than two Department of Defense installations in accordance with this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFD14A223CE4F4D1695D168D1FECA5167"><enum>(b)</enum><header display-inline="yes-display-inline">Installations</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5B485D4DE2CC49C79FC9715FFDC21F8C"><enum>(1)</enum><header display-inline="yes-display-inline">Locations</header><text display-inline="yes-display-inline">The Secretary shall establish components and capabilities under subsection (a) at the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H54467D9A7F514B0B92FCA0C6664C7C5E"><enum>(A)</enum><text display-inline="yes-display-inline">The Nevada Test and Training Range, which shall serve as a Major Range and Test Facility Base (MRTFB) for fifth-generation wireless networking.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7D024B127A9D49EC9AA2D6A1732ACFF8"><enum>(B)</enum><text>Such Department installations or other installations as the Secretary considers appropriate for the purpose set forth in paragraph (2).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA044CE4E24234624999849B672BD3AB8"><enum>(2)</enum><header display-inline="yes-display-inline">Purpose</header><text display-inline="yes-display-inline">The purpose of the establishment of components and capabilities under subsection (a) at the locations described in paragraph (1) of this subsection is to demonstrate the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1D8A6CB8811441E69AE4B92C350CA57D"><enum>(A)</enum><text display-inline="yes-display-inline">The potential military utility of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1F1FE477AA374329B56E58E313FF4B65"><enum>(B)</enum><text display-inline="yes-display-inline">Advanced security technology that is applicable to fifth-generation networks as well as legacy Department command and control networks.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H457C08F3BA2446DCBA0A595562B7C1D6"><enum>(C)</enum><text display-inline="yes-display-inline">Secure interoperability with fixed and wireless systems (legacy and future systems).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8A9ED8AF3BDD4EDEBE1676AA53207C18"><enum>(D)</enum><text display-inline="yes-display-inline">Enhancements such as spectrum and waveform diversity, frequency hopping and spreading, and beam forming for military requirements.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4DBA436462D34F15ACF963A951670433"><enum>(E)</enum><text display-inline="yes-display-inline">Technology for dynamic network slicing for specific use cases and

applications requiring varying levels of latency, scale, and throughput.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3D5C2955BC0641A891DCB7DEB2936EEC"><enum>(F)</enum><text display-inline="yes-display-inline">Technology for dynamic spectrum sharing and network isolation.</text></subparagraph>

<subparagraph id="H367E70D8D064462EA6024987F034F07E"><enum>(G)</enum><text>Base infrastructure installation of high bandwidth, scalable, and low latency fifth-generation wireless networking technology.</text></subparagraph>

<subparagraph id="H153D76CFF81142E59B9953C3B941A342"><enum>(H)</enum><text>Applications for secure fifth-generation wireless network capabilities for the Department, such as the following:</text>

<clause id="H69CC8573D97548F48B004A5D54E2A282"><enum>(i)</enum><text>Interactive augmented reality or synthetic training environments.</text></clause>

<clause id="H24C237EB8E4740349ED54AC5521352DC"><enum>(ii)</enum><text>Internet of things devices.</text></clause>

<clause id="HC1DC9594336A423384795F27DA45E023"><enum>(iii)</enum><text>Autonomous systems.</text></clause>

<clause id="H30131B572CFD4CC88B8CF6E879C15EA6"><enum>(iv)</enum><text>Advanced manufacturing through the following:</text>

<subclause id="H2BD21A1B53AC4408BB037954BC0D08CA"><enum>(I)</enum><text>Department-sponsored centers for manufacturing innovation (as defined in section 34(c) of the National Institute of Standards and Technology Act (15 U.S.C. 278s(c))).</text></subclause>

<subclause id="H542C81BC2A454E69960E4E95A6F50543"><enum>(II)</enum><text>Department research and development organizations.</text></subclause>

<subclause id="H2442312D5E0744EEADB4E6D140C136F4"><enum>(III)</enum><text>Manufacturers in the defense industrial base of the United States.</text></subclause></clause></subparagraph></paragraph></subsection></section>

<section id="H66B57952DD42453986427F6C794DFC01"><enum>227.</enum><header>Administration of manufacturing innovation institutes funded by the Department of Defense</header>

<subsection commented="no" display-inline="no-display-inline" id="H838E1442C8A34A0CA247B4A4299F4DF6"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall make such changes to the administration of covered institutes so asâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HAB2B96A5677A4D828F5139202A3D3E52"><enum>(1)</enum><text display-inline="yes-display-inline">to encourage covered institutes to leverage existing workforce development programs across the Federal Government and State governments in order to build successful workforce development programs;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H84E87755D10349C79F9D388FA05F52BF"><enum>(2)</enum><text display-inline="yes-display-inline">to develop metrics to evaluate the workforce development performed by the covered institutes, including metrics on job quality, career pathways, wages and benefits, and efforts to support veterans, and progress in aligning workforce skillsets with the current and long-term needs of the Department of Defense and the defense industrial base;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6F6E917BA4C947B2966B6F637992BCE5"><enum>(3)</enum><text display-inline="yes-display-inline">to allow metrics to vary between covered institutes and be updated and evaluated continuously in order to more accurately evaluate covered institutes with different goals and missions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H298FD682A97A45349A1C37569AD5A290"><enum>(4)</enum><text display-inline="yes-display-inline">to encourage covered institutes to consider developing technologies

that were previously funded by Federal Government investment for early-stage research and development and expand cross-government coordination and collaboration to achieve this goal;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA37E95878F194B7C95239FF56BFEF71A"><enum>(5)</enum><text display-inline="yes-display-inline">to provide an opportunity for increased Department of Defense input and oversight from senior-level military and civilian personnel on future technology roadmaps produced by covered institutes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEEA0E482C1764F9393A93906183E2AAB"><enum>(6)</enum><text display-inline="yes-display-inline">to reduce the barriers to collaboration between and among multiple covered institutes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE62671DF96954F1E808354782CE1B064"><enum>(7)</enum><text display-inline="yes-display-inline">to use contracting vehicles that can increase flexibility, reduce barriers for contracting with subject-matter experts and small and medium enterprises, enhance partnerships between covered institutes, and reduce the time to award contracts at covered institutes; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H658CB6BEEECD44B490CD4EE0EC2038D5"><enum>(8)</enum><text display-inline="yes-display-inline">to overcome barriers to the adoption of manufacturing processes and technologies developed by the covered institutes by the defense and commercial industrial base, particularly small and medium enterprises, by engaging with public and private sector partnerships and appropriate government programs and activities, including the Hollings Manufacturing Extension Partnership.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBC177B52CDE94332821D0FA75C70E664"><enum>(b)</enum><header display-inline="yes-display-inline">Coordination with other activities</header><text display-inline="yes-display-inline">The Secretary shall carry out this section in coordination with activities undertaken underâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H428579647E6A49DF93EC2D0C2A77350B"><enum>(1)</enum><text display-inline="yes-display-inline">the Manufacturing Technology Program established under section 2521 of title 10, United States Code;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H81255FE5C6994B1B8E23FE6CF56C4F47"><enum>(2)</enum><text display-inline="yes-display-inline">the Manufacturing Engineering Education Program established under section 2196 of such title;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1BD49FFCA5B1433F91F000940B887576"><enum>(3)</enum><text display-inline="yes-display-inline">the Defense Manufacturing Community Support Program established under section 846 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1AAED507BDCC49AA8A50C434977145E3"><enum>(4)</enum><text display-inline="yes-display-inline">manufacturing initiatives of the Secretary of Commerce, the head of the National Office of the Manufacturing USA Network, the Secretary of Energy, and such other government and private sector organizations as the Secretary of Defense considers appropriate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC3683E0A61224E79A3564C7E0D06FCFA"><enum>(5)</enum><text display-inline="yes-display-inline">such other activities as the Secretary considers appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3B95A9C19D084A3AA2898AAED2495D3A"><enum>(c)</enum><header display-inline="yes-display-inline">Definition of covered institute</header><text display-inline="yes-display-inline">In this section, the term <term>covered institute</term> means a manufacturing innovation institute that is funded by the Department of

Defense.</text></subsection></section>

<section id="HD1540E0C19DA4D349404BCECC68178D7"><enum>228.</enum><header>Research program on foreign malign influence operations</header>

<subsection id="HC486734B0AD04444A2106AA97FF2418F"><enum>(a)</enum><header>Program authorized</header><text>The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, may carry out a research program on foreign malign influence operations as part of the university research programs of the Department of Defense.</text></subsection>

<subsection id="HB083B7889D44469FB068C9CE172FCAD1"><enum>(b)</enum><header>Program objectives</header><text>The objectives of a research program carried out under subsection (a) should include the following:</text>

<paragraph id="H5F17155B2BB140B7BB15F5E024D20ADF"><enum>(1)</enum><text>Enhance the understanding of foreign malign influence operations, including activities conducted on social media platforms.</text></paragraph>

<paragraph id="HBF6E31DAFB074D4B89A8026590595FF6"><enum>(2)</enum><text>Facilitate the analysis of publicly available or voluntarily provided indicators of foreign malign influence operations.</text></paragraph>

<paragraph id="H244961F90C4D466E9BD23F65BC5C59F9"><enum>(3)</enum><text>Promote collaborative research and information exchange with relevant entities within the Department of Defense and with other agencies or nongovernmental organizations relating to foreign malign influence operations, as appropriate.</text></paragraph></subsection>

<subsection id="H3540269B12C3401396F27425F8CC1060"><enum>(c)</enum><header>Notice to Congress</header><text>Not later than 30 days before initiating a research program under subsection (a), the Secretary of Defense shall submit to the congressional defense committees notice of the intent of the Secretary to initiate such a program, which shall includeâ€"</text>

<paragraph id="H58140C094B16419BB6F0DC4BD231A440"><enum>(1)</enum><text>a detailed description of the program and any related research activities;</text></paragraph>

<paragraph id="H79D81A38D06D45A489BCF7CF32CC02BA"><enum>(2)</enum><text>the estimated cost and duration of the program; and</text></paragraph>

<paragraph id="H8A0CB7CE8A9844C2868C42DC7B59A3A5"><enum>(3)</enum><text>any other matters the Secretary determines to be relevant.</text></paragraph></subsection></section>

<section id="H3EF30AA94DA74A15AFC6B4655339A1C7" section-type="subsequent-section"><enum>229.</enum><header>Diversification of the research and engineering workforce of the Department of Defense</header>

<subsection id="HBA00E3E7B6CF4F419B7FF25A36E0BCBF"><enum>(a)</enum><header>Assessment required</header>

<paragraph id="H6AB08C3F3AA64F028EF8CF4991FA9C9B"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Under Secretary of Defense for Personnel and Readiness, shall conduct an assessment of critical skillsets required across, and the diversity of, the research and engineering workforce of the Department of Defense, including the science and technology reinvention laboratories, to support emerging and future warfighter technologies.</text></paragraph>

<paragraph id="HE11D15550766457CAFA054F7C34F1470"><enum>(2)</enum><header>Elements</header><text>The assessment required by paragraph (1) shall include analysis of the following:</text>

<subparagraph id="HDDD9C052032747579AE3A2393CD10DF0"><enum>(A)</enum><text>The percentage of women and minorities employed in the research and engineering workforce of the Department of Defense as of the date of the assessment.</text></subparagraph>

<subparagraph id="H9FEC9BD0FE944FE9B7229793AA1CAA33"><enum>(B)</enum><text>Of the individuals hired into the research and engineering workforce of the Department in the five years preceding the date of the assessment, the percentage of such individuals who are women and minorities.</text></subparagraph>

<subparagraph id="H89E4D6E2BF4D4B03AAA50C92A23BD7C9"><enum>(C)</enum><text>The effectiveness of existing hiring, recruitment, and retention incentives for women and minorities in the research and engineering workforce of the Department.</text></subparagraph>

<subparagraph id="HD77AFC803A7D4AF8BF439A0DCC9CC2A3"><enum>(D)</enum><text>The effectiveness of the Department in recruiting women and minorities into the laboratory workforce after such individuals complete work on Department-funded research, projects, grant projects, fellowships, and STEM programs.</text></subparagraph>

<subparagraph id="H886BF528F8034E8C98569881836173BC"><enum>(E)</enum><text>The geographical diversity of the workforce across various geographic regions.</text></subparagraph></paragraph></subsection>

<subsection id="H56E36354FB484EB0AD5BCEB7771D3936"><enum>(b)</enum><header>Plan required</header>

<paragraph id="HD3BA2B4F48E649CABA7FDF9DC73C99E1"><enum>(1)</enum><header>In general</header><text>Based on the results of the assessment conducted under subsection (a), the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Secretaries of the military departments, shall develop and implement a plan to diversify and strengthen the research and engineering workforce of the Department of Defense.</text></paragraph>

<paragraph id="HC647E1A80B7E41A8BD115D57E3E67116"><enum>(2)</enum><header>Elements</header><text>The plan required by paragraph (1) shallâ€"</text>

<subparagraph id="H00FD4E1F227445CFB8BE001E7FB1CA0F"><enum>(A)</enum><text>align with science and technology strategy priorities of the Department of Defense, including the emerging and future warfighter technology requirements identified by the Department;</text></subparagraph>

<subparagraph id="HBEACCD4CFCA0404B9FB960FA30463EA7"><enum>(B)</enum><text>except as provided in subsection (c)(2), set forth steps for the implementation of each recommendation included in the 2013 report of the RAND corporation titled <quote>First Steps Toward Improving DoD STEM Workforce Diversity</quote>;</text></subparagraph>

<subparagraph id="H26F33FEE6FFC46BF8885574A02A4043B"><enum>(C)</enum><text>harness the full range of the Departmentâ€™s STEM programs and other Department sponsored programs to develop and attract top talent;</text></subparagraph>

<subparagraph id="HBF9DBE6D3EC649B4BDABD56B806203FD"><enum>(D)</enum><text>use existing authorities to attract and retain students, academics, and other talent;</text></subparagraph>

<subparagraph id="H490EA53DEFEA4382B13AC4B79E18A1BB"><enum>(E)</enum><text>establish and use contracts, agreements, or other arrangements with institutions of higher education (as defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)), including historically black colleges and universities and other minority-serving institutions (as described in section 371(a) of such Act (20 U.S.C. 1067q(a)) to enable easy and efficient access to research and researchers for Government sponsored basic and applied research and studies at each institution, including contracts, agreements, and other authorized arrangements such as those authorized underâ€"</text>

<clause id="H670DB74992654A409EFB9130A37F9658"><enum>(i)</enum><text>section 217 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2358 note); and</text></clause>

<clause id="H57D0B01B26E94748AFE842E03CF63DB3"><enum>(ii)</enum><text>such other authorities as the Secretary determines to be appropriate; and</text></clause></subparagraph>

<subparagraph id="H19F31D6AAE7243ED992BC5E061A41DD5"><enum>(F)</enum><text>include recommendations for changes in authorities, regulations, policies, or any other relevant areas that would support the achievement of the goals set forth in the plan.</text></subparagraph></paragraph>

<paragraph id="H939DF6262945449ABF4DB19850F128C2"><enum>(3)</enum><header>Submittal to congress</header><text>Not later than one year after the date of the enactment of this

Act, the Secretary of Defense shall submit to the congressional defense committees a report that includesâ€"</text>

<subparagraph id="H927708911E2444BEAE12E6A9D4AAE149"><enum>(A)</enum><text>the plan developed under paragraph (1); and</text></subparagraph>

<subparagraph id="HD80F7A0A61B848889D353B439137F716"><enum>(B)</enum><text>with respect to each recommendation described in paragraph (2)(B) that the Secretary has implemented or expects to implementâ€"</text>

<clause id="H300A5BE4DF0B46BABE20577D19EFE7F3"><enum>(i)</enum><text>a summary of actions that have been taken to implement the recommendation; and</text></clause>

<clause id="H9D7EE210224E4700B7C42CCB3EFD9CE6"><enum>(ii)</enum><text>a schedule, with specific milestones, for completing the implementation of the recommendation.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H3DE91A68BD1547F0BB93AF763B36B8F5"><enum>(c)</enum><header>Deadline for implementation</header>

<paragraph id="H5D772997B8F54769A5EDB0760CC50F50"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (2), not later than 18 months after the date of the enactment of this Act the Secretary of Defense shall carry out activities to implement the plan developed under subsection (b).</text></paragraph>

<paragraph id="HDF972832C92F44088A22E0509D416DEC"><enum>(2)</enum><header>Exception for implementation of certain recommendations</header>

<subparagraph id="H32BFF009EECE48A5AFDBA34A6B8FD3BE"><enum>(A)</enum><header>Delayed implementation</header><text>The Secretary of Defense may commence implementation of a recommendation described in subsection (b)(2)(B) after the date specified in paragraph (1) if the Secretary provides the congressional defense committees with a specific justification for the delay in implementation of such recommendation on or before such date.</text></subparagraph>

<subparagraph id="HB7B109D377D544B0B91E8C1C5927C8D8"><enum>(B)</enum><header>Nonimplementation</header><text>The Secretary of Defense may opt not to implement a recommendation described in subsection (b)(2)(B) if the Secretary provides to the congressional defense committees, on or before the date specified in paragraph (1)â€"</text>

<clause id="HC13CD3A0267A4C758E08BBAF47E19897"><enum>(i)</enum><text>a specific justification for the decision not to implement the recommendation; and</text></clause>

<clause id="H124FAC9C19EB4A78A823AD7099163A44"><enum>(ii)</enum><text>a summary of the alternative actions the Secretary plans to take to address the issues underlying the recommendation.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H1FD7F99417724D17BBFBE86A548C3466"><enum>(d)</enum><header>STEM defined</header><text>In this section, the term <quote>STEM</quote> means science, technology, engineering, and mathematics.</text></subsection></section>

<section id="H9CCB18A4CF834F6BB0C5CFCB98F61A49"><enum>230.</enum><header>Policy on the talent management of digital expertise and software professionals</header>

<subsection id="HF66A262177464994A8161B7FBB515294"><enum>(a)</enum><header>Policy</header>

<paragraph id="H13F4DEE8449C4FEFAA184725B25D14D3"><enum>(1)</enum><header>In general</header><text>It shall be a policy of the Department of Defense to promote and maintain digital expertise and software development as core competencies of civilian and military workforces of the Department, and as a capability to support the National Defense Strategy, which policy shall be achieved byâ€"</text>

<subparagraph id="H867BB857C5B740BEBA92A4409C091617"><enum>(A)</enum><text>the recruitment, development, and incentivization of retention in and to the civilian and military workforce of the Department of individuals with aptitude, experience, proficient expertise, or a combination thereof in digital expertise and software development;</text></subparagraph>

<subparagraph id="H4CD3A9099EC842309CD03CA9C46D88CB"><enum>(B)</enum><text>at the discretion of the Secretaries of the military departments, the development and

maintenance of civilian and military career tracks related to digital expertise, and related digital competencies for members of the Armed Forces, including the development and maintenance of training, education, talent management, incentives, and promotion policies in support of members at all levels of such career tracks; and</text></subparagraph>

<subparagraph id="HCD984A6AC1BF49C68DD32AE824158147"><enum>(C)</enum><text>the development and application of appropriate readiness standards and metrics to measure and report on the overall capability, capacity, utilization, and readiness of digital engineering professionals to develop and deliver operational capabilities and employ modern business practices.</text></subparagraph></paragraph>

<paragraph id="H2448D42793254158B08D031E4D4FFD52"><enum>(2)</enum><header>Digital engineering defined</header><text>For purposes of this section, the term <quote>digital engineering</quote> means the discipline and set of skills involved in the creation, processing, transmission, integration, and storage of digital data, including data science, machine learning, software engineering, software product management, and artificial intelligence product management.</text></paragraph></subsection>

<subsection id="HBC228F0302BA432CB69C36C3280E34CF"><enum>(b)</enum><header>Implementation plan</header><text>Not later than May 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a plan that describes how the Department of Defense will execute the policy described in subsection (a).</text></subsection>

<subsection id="HC0AC1C971A4B46F8B131C1C75B9CCF36"><enum>(c)</enum><header>Responsibility</header>

<paragraph id="HD2AB62DD49DC424887E65265FB53B764"><enum>(1)</enum><header>Appointment of officer</header><text>Not later than 270 days after the date of enactment of this Act, the Secretary of Defense may appoint a civilian official responsible for the development and implementation of the policy and implementation plan set forth in subsections (a) and (b), respectively. The official shall be known as the <quote>Chief Digital Engineering Recruitment and Management Officer of the Department of Defense</quote>.</text></paragraph>

<paragraph id="H0F265ECAF186470485C3560BEB7C4391"><enum>(2)</enum><header>Expiration of appointment</header><text>The appointment of the Officer under paragraph (1) shall expire on September 30, 2024.</text></paragraph></subsection></section>

<section id="H017CCEE93CAB493790523DE381ABA115" section-type="subsequent-section"><enum>231.</enum><header>Digital engineering capability to automate testing and evaluation</header>

<subsection id="H18890C1B8538428F93BC4D4013A0F6C8"><enum>(a)</enum><header>Digital engineering capability</header>

<paragraph id="H0338F5BAE21B46EEA518ADCDA3E4CEF2"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish a digital engineering capability to be usedâ€"</text>

<subparagraph id="HF63F3A56B2B84AFE90FCDA21FAB9FBB0"><enum>(A)</enum><text>for the development and deployment of digital engineering models for use in the defense acquisition process; and</text></subparagraph>

<subparagraph id="HCEA658263E6B4F3C927ED42997C05E39"><enum>(B)</enum><text>to provide testing infrastructure and software to support automated approaches for testing, evaluation, and deployment throughout the defense acquisition process.</text></subparagraph></paragraph>

<paragraph id="HD9E4C7DE299A421D8D893D88DC909BEA"><enum>(2)</enum><header>Requirements</header><text>The capability developed under subsection (a) shall meet the following requirements:</text>

<subparagraph id="HED06F699CA8244E1BC3DE6F0B5272A2C"><enum>(A)</enum><text>The capability will be accessible to, and useable by, individuals throughout the Department of Defense who have responsibilities relating to capability design, development, testing, evaluation, and operation.</text></subparagraph>

<subparagraph id="H59EB9C96234F453F89A04B3FE0DD307C"><enum>(B)</enum><text>The capability will provide for the development, validation, use, curation, and maintenance of technically accurate digital systems, models of systems, subsystems, and their components, at the appropriate level of fidelity to ensure that test activities adequately simulate the environment in which a system will be deployed.</text></subparagraph>

<subparagraph id="H230917C5432A46B1B26CFD42A065413E"><enum>(C)</enum><text>The capability will include software to automate testing throughout the program life cycle, including to satisfy developmental test requirements and operational test requirements. Such software may be developed in accordance with the authorities provided under section 800, and shall supportâ€"</text>

<clause id="H0836ED983B3E45B3AA9773944E86D978"><enum>(i)</enum><text>security testing that includes vulnerability scanning and penetration testing performed by individuals, including threat-based red team exploitations and assessments with zero-trust assumptions; and</text></clause>

<clause id="H857D9D7CC9D34DF49E2EF543F86CABED"><enum>(ii)</enum><text>high-confidence distribution of software to the field on a time-bound, repeatable, frequent, and iterative basis.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H10FE8628B22A4E7F8355D9032AF43B60"><enum>(b)</enum><header>Demonstration activities</header>

<paragraph id="H6C7D168F61F94CA8A8AC0E13CA41068E"><enum>(1)</enum><header>In general</header><text>In developing the capability required under subsection (a), the Secretary of Defense shall carry out activities to demonstrate digital engineering approaches to automated testing thatâ€"</text>

<subparagraph id="HB3E8D71AA62C4CF4917A03B7AE2CAE1E"><enum>(A)</enum><text>enable continuous software development and delivery;</text></subparagraph>

<subparagraph id="H2664008915EF4810A849A773C64A9291"><enum>(B)</enum><text>satisfy developmental test requirements for the software-intensive programs of the Department of Defense; and</text></subparagraph>

<subparagraph id="H6E4C26CA06AC46BC931D153BDCB38273"><enum>(C)</enum><text>satisfy operational test and evaluation requirements for such programs.</text></subparagraph></paragraph>

<paragraph id="HAEF54FC63DE14E3682FF5E8E92FCE9D3"><enum>(2)</enum><header>Program selection</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall assess and select not fewer than four and not more than ten programs of the Department of Defense to participate in the demonstration activities under paragraph (1), includingâ€"</text>

<subparagraph id="HBE634D2734294B0481B6190B5FF5CA48"><enum>(A)</enum><text display-inline="yes-display-inline">at least one program participating in the pilot program authorized under section 873 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2223a note);</text></subparagraph>

<subparagraph id="HD8E129B780A5441C9A7AABF36C071AEB"><enum>(B)</enum><text display-inline="yes-display-inline">at least one program participating in the pilot program authorized under section 874 of such Act (Public Law 115â€"91; 10 U.S.C. 2302 note);</text></subparagraph>

<subparagraph id="H711B2894A7234064A56A05F31226E2FB"><enum>(C)</enum><text display-inline="yes-display-inline">at least one major defense acquisition program (as defined in section 2430 of title 10, United States Code);</text></subparagraph>

<subparagraph id="HEB2D85F031924B4DB2B3EE389D0B9C22"><enum>(D)</enum><text>at least one command and control program;</text></subparagraph>

<subparagraph id="HF9BE5D9A28194E27AF8CFC8F30698928"><enum>(E)</enum><text>at least one defense business system (as defined in section 2222(i) of title 10, United States Code); and</text></subparagraph>

<subparagraph id="H287FEAD3538F4DA581F188BD4AD4C997"><enum>(F)</enum><text>at least one program from each military service.</text></subparagraph></paragraph>

<paragraph id="H3F04424AC89D47BE8DBF10D6A909F285"><enum>(3)</enum><header>Additional requirements</header><text display-inline="yes-display-inline">As part of the demonstration activities under paragraph (1), the Secretary shallâ€"</text>

<subparagraph id="H204B17EA270145BEB39C5AC60E5B182E"><enum>(A)</enum><text>conduct a comparative analysis that assesses the risks and benefits of the digital engineering supported automated testing approaches of the programs participating in the demonstration activities relative to traditional testing approaches that are not supported by digital engineering;</text></subparagraph>

<subparagraph id="HE4A5DF757A5144879F25F521E5EDF4A2"><enum>(B)</enum><text>ensure that the intellectual property strategy for each of the programs participating in the demonstration activities is best aligned to meet the goals of the program; and</text></subparagraph>

<subparagraph id="HA4584D6837894E4AA2364864152AA0E2"><enum>(C)</enum><text>develop a workforce and infrastructure plan to support any new policies and guidance implemented in connection with the demonstration activities, including any policies and guidance implemented after the completion of such activities.</text></subparagraph></paragraph></subsection>

<subsection id="H2D0C97EE4BC74E99A6ADF39C1A23CB47"><enum>(c)</enum><header>Policies and guidance required</header><text>Not later than one year after the date of the enactment of this Act, based on the results of the demonstration activities carried out under subsection (b), the Secretary of Defense shall issue or modify policies and guidance toâ€"</text>

<paragraph id="HDCAB835297224FE2AA8CA79141D30606"><enum>(1)</enum><text>promote the use of digital engineering capabilities for development and for automated testing; and</text></paragraph>

<paragraph id="HA97101A4F3F646B991FD6FAB63BFBF21"><enum>(2)</enum><text>address roles, responsibilities, and procedures relating to such capabilities.</text></paragraph></subsection>

<subsection id="HC83B5CFEDE4046D5959BF3C650827AB9"><enum>(d)</enum><header>Steering committee</header>

<paragraph id="H7EFB45F488EA4CD6BA5B07F4A1CC8A13"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish a steering committee to assist the Secretary in carrying out subsections (a) through (c).</text></paragraph>

<paragraph id="H9FC204DADD204F468111248A8464548C"><enum>(2)</enum><header>Membership</header><text >The steering committee shall be composed of the following members or their designees:</text>

<subparagraph id="H1A5C7743569F4E30A4066993E9B29233"><enum>(A)</enum><text>The Under Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="H87027EAB5C024BC7B395E64A454758B9"><enum>(B)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment.</text></subparagraph>

<subparagraph id="HC56F1701BE4F4727B68DB29A7EE9B9A7"><enum>(C)</enum><text>The Chief Information Officer.</text></subparagraph>

<subparagraph id="H91FD50EB01A84AD99A4FFCCFBF028B1D"><enum>(D)</enum><text>The Director of Operational Test and Evaluation.</text></subparagraph>

<subparagraph id="H568540E0B65042609D8DD6CD057F58CA"><enum>(E)</enum><text>The Director of Cost Assessment and Program Evaluation.</text></subparagraph>

<subparagraph id="H360CDF09C74748A5A8F18F41ED32DA03"><enum>(F)</enum><text>The Service Acquisition Executives.</text></subparagraph>

<subparagraph id="H46357F06BF6E4C5FB14E643E201DBE3B"><enum>(G)</enum><text>The Service testing commands.</text></subparagraph>

<subparagraph id="H3AD989B7D655431683051FA1E1D0D942"><enum>(H)</enum><text>The Director of the Defense Digital Service.</text></subparagraph></paragraph></subsection>

<subsection id="H91600B6074684391A708774F39A4FAB4"><enum>(e)</enum><header>Reports

required</header>

<paragraph id="H520D5C61B36949C39DF5516E186B9F63"><enum>(1)</enum><header>Implementation</header><text>Not later than March 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the progress of the Secretary in implementing subsections (a) through (c). The report shall include an explanation of how the results of the demonstration activities carried out under subsection (b) will be incorporated into the policy and guidance required under subsection (c), particularly the policy and guidance of the members of the steering committee established under subsection (d).</text></paragraph>

<paragraph id="HC6FD9600506E4C148CBFF51F3F72A20A"><enum>(2)</enum><header>Legislative recommendations</header><text>Not later than October 15, 2020, the Secretary of Defense shall provide to the congressional defense committees a briefing that identifies any changes to existing law that may be necessary to facilitate the implementation of subsections (a) through (c).</text></paragraph></subsection>

<subsection id="HC439C28637974F94930F859CF35F0A23"><enum>(f)</enum><header>Independent assessment</header>

<paragraph id="H6F4CAE98508344C684C9FB9578CEE390"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than March 15, 2021, the Defense Innovation Board and the Defense Science Board shall jointly complete an independent assessment of the progress of the Secretary in implementing subsections (a) through (c). The Secretary of Defense shall ensure that the Defense Innovation Board and the Defense Science Board have access to the resources, data, and information necessary to complete the assessment.</text></paragraph>

<paragraph id="HEE03BCD92C7D4C8EBA02B09C0582021A"><enum>(2)</enum><header>Information to Congress</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the assessment under paragraph (1) is completed, the Defense Innovation Board and the Defense Science Board shall jointly provide to the congressional defense committeesâ€"</text>

<subparagraph id="HACA14B27F3B54F4F9B35B47096F281B2"><enum>(A)</enum><text>a report summarizing the assessment; and</text></subparagraph>

<subparagraph id="HB86B4B85B1D44B8E9E10E96422A340CA"><enum>(B)</enum><text>a briefing on the findings of the assessment.</text></subparagraph></paragraph></subsection></section>

<section id="H8AB3B34C71A849A1AB2A802C5E16B7C8" section-type="subsequent-section"><enum>232.</enum><header>Process to align policy formulation and emerging technology development</header>

<subsection id="H7444B007C7314971A84DB5E663B1F168"><enum>(a)</enum><header>Alignment of policy and technological development</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish a process to ensure that the policies of the Department of Defense relating to emerging technology are formulated and updated continuously as such technology is developed by the Department.</text></subsection>

<subsection id="H4AF81130F1D74E778831D349C10557B2"><enum>(b)</enum><header>Elements</header><text>As part of the process established under subsection (a), the Secretary shallâ€"</text>

<paragraph id="H70BE927C29F6432B9F4D357B02F8D1EE"><enum>(1)</enum><text>specify the role of each covered official in ensuring that the formulation of policies relating to emerging technology is carried out concurrently with the development of such technology; and</text></paragraph>

<paragraph id="H2A88185309CA4BF6803D244DFDA26415"><enum>(2)</enum><text>incorporate procedures for the continuous legal review ofâ€"</text>

<subparagraph id="HFCCC1596539A493C8EA8B6B82BB33904"><enum>(A)</enum><text>weapons and other defense systems that incorporate or use emerging technology; and</text></subparagraph>

<subparagraph id="H65261C83A6684658AEA0DB3D54A63120"><enum>(B)</enum><text>treaties that may be affected by such technology.</text></subparagraph></paragraph></subsection>

<subsection id="H3DFC6640EC0C4FB7A9978F8D73C234DF"><enum>(c)</enum><header>Briefing required</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the Secretary of Defense establishes the process required under subsection (a), the Secretary shall provide to the congressional defense committees a briefing on such process.</text></subsection>

<subsection id="H1A5F5F9AC7E0454F97C15A498CB03A52"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HBD809AFB8C5644E790F85A260A9AFA1B"><enum>(1)</enum><text>The term <quote>covered official</quote> means the following:</text>

<subparagraph id="HDCE4B0A482834872A8F332544B7E9C14"><enum>(A)</enum><text>The Chairman of the Joint Chiefs of Staff.</text></subparagraph>

<subparagraph id="H8871AB15CA404565A26586F49808D4FC"><enum>(B)</enum><text>The Under Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="H8A24E289F000453089777B1996208FE7"><enum>(C)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment.</text></subparagraph>

<subparagraph id="H9F9D47DF24284A04BA8B302E20D5B5E0"><enum>(D)</enum><text>The Under Secretary of Defense for Policy.</text></subparagraph>

<subparagraph id="H0146CD14FA7749CEBEF935C9EE3EA2F8"><enum>(E)</enum><text>The commanders of combatant commands with responsibilities involving the use of weapons or other defense systems that incorporate or use emerging technology, as determined by the Secretary of Defense.</text></subparagraph>

<subparagraph id="H2EFB7DF03E1C44A19ADB6CE6BDC95C41"><enum>(F)</enum><text>The Secretaries of the military departments.</text></subparagraph></paragraph>

<paragraph id="H82D1215315D448AFA39A69842714ACC0"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>emerging technology</quote> means technology determined to be in an emerging phase of development by the Secretary of Defense, including quantum computing, technology for the analysis of large and diverse sets of data (commonly known as <quote>big data analytics</quote>), artificial intelligence, autonomous technology, robotics, directed energy, hypersonics, biotechnology, and such other technology as may be identified by the Secretary.</text></paragraph></subsection></section>

<section id="HFFC1DD0C644A4AED9FF5056CC017903A"><enum>233.</enum><header>Improvement of the Strategic Capabilities Office of the Department of Defense</header>

<subsection id="HF8B739A9F12C432185EEAFC5FF74A523"><enum>(a)</enum><header>Organization</header>

<paragraph id="H4E8F81A111714C0880990CFB528D1C7E"><enum>(1)</enum><header>Authority of Deputy Secretary of Defense</header><text>The Deputy Secretary of Defense shall exercise authority and direction over the Strategic Capabilities Office of the Department of Defense (referred to in this section as the <quote>Office</quote>).</text></paragraph>

<paragraph id="HF34E6B427EFE4423ACB832987B6CF9B9"><enum>(2)</enum><header>Authority of Director</header><text>The Director of the Office shall report directly to the Deputy Secretary of Defense.</text></paragraph>

<paragraph id="HE0694496D30446169F6D92B89E147C34"><enum>(3)</enum><header>Delegation</header><text>In exercising authority and direction over the Office under subsection (a), the Deputy Secretary of Defense may delegate administrative, management, and other duties to the Director of the Defense Advanced Research Projects Agency, as needed, to effectively and efficiently execute the mission of the Office.</text></paragraph></subsection>

<subsection id="H2550985A8D674072AF4FE9C2042A266D"><enum>(b)</enum><header>Cross-functional teams</header>

<paragraph id="H3A1AEC2507494E998A1F4D667D68364D"><enum>(1)</enum><header>Establishment</header><text>Not later than 180 days after the date of enactment of this Act, the Deputy Secretary of Defense shall establish the following cross-functional teams to improve

the effectiveness of the Office:</text>

<subparagraph id="H2D5A704668C94D978F640237AE494A5D"><enum>(A)</enum><text>A transition cross-functional team to improve the efficiency and effectiveness with which the programs of the Office may be transitioned intoâ€"</text>

<clause id="H257A5E5B0355444B8BF06D788D623054"><enum>(i)</enum><text display-inline="yes-display-inline">research and development programs of the military services and other agencies of the Department of Defense; and </text></clause>

<clause id="H1930A06218A54B359091B02F82F75CC4"><enum>(ii)</enum><text display-inline="yes-display-inline">programs of such services and agencies in operational use.</text></clause></subparagraph>

<subparagraph id="HFBC56396FABB40DB9AEEB6AA12BAEC54"><enum>(B)</enum><text>A technical cross functional team to improve the continuous technical assessment and review of the programs of the Office during program selection and execution.</text></subparagraph></paragraph>

<paragraph id="HD184BF089B9946C697D302A22D81F56D"><enum>(2)</enum><header>Membership</header><text >The Deputy Secretary of Defense shall select individuals to serve on the cross-functional teams described in paragraph (1) from among individuals in the defense research and engineering enterprise, acquisition community, Joint Staff, combatant commands, and other organizations, as determined to be appropriate by the Deputy Secretary.</text></paragraph></subsection></section>

<section id="H7F4E1A1175C24EEFB3DA35FCDAC070F7"><enum>234.</enum><header>Pilot program on enhanced civics education</header>

<subsection id="H46CBF7CC6886469DB0D850B323CE52BB"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense, in consultation with the Secretary of Education, shall carry out a pilot program under which the Secretary provides enhanced educational support and funding to eligible entities to improve civics education programs taught by such entities.</text></subsection>

<subsection id="H5BE39FCDEA2045658CEB51AC8EB18863"><enum>(b)</enum><header>Purpose</header><text>The purpose of the pilot program is to provide enhanced civics education on the following topics:</text>

<paragraph id="HD54742A301DC49B79C81628A0FA1EB9F"><enum>(1)</enum><text>Critical thinking and media literacy.</text></paragraph>

<paragraph id="H08D4D08DAD6B43C4846A75FF87A24520"><enum>(2)</enum><text>Voting and other forms of political and civic engagement.</text></paragraph>

<paragraph id="HEF1E66DEFA9D473EB848C1FC8802214D"><enum>(3)</enum><text>Interest in employment, and careers, in public service.</text></paragraph>

<paragraph id="HB0EFE52E4E884B77A0F8934F7F53CEE0"><enum>(4)</enum><text>Understanding of United States law, history, and Government.</text></paragraph>

<paragraph id="HE3D680E585744A95834B30A8D7D20D7B"><enum>(5)</enum><text>The ability of participants to collaborate and compromise with others to solve problems.</text></paragraph></subsection>

<subsection id="H32B5754FBF2C41AD8887A952ED55E095"><enum>(c)</enum><header>Considerations</header><text display-inline="yes-display-inline">In carrying out the pilot program, the Secretary of Defense shall consider innovative approaches for improving civics education.</text></subsection>

<subsection id="H87662BBF4E0B4A7BBB7E929054850302"><enum>(d)</enum><header>Metrics and evaluations</header><text>The Secretary of Defense shall establish metrics and undertake evaluations to determine the effectiveness of the pilot program, including each of the activities carried out under subsection (e).</text></subsection>

<subsection id="H1EA770E8426D42EFAC6951CD1D40CAE1"><enum>(e)</enum><header>Types of support authorized</header><text>Under the pilot program the Secretary of Defenseâ€"</text>

<paragraph id="H8A83E9A7604749D899D9FEE7B9B4B936"><enum>(1)</enum><text>shall provide support to eligible entities to address, at a minimumâ€"</text>

<subparagraph id="H31A843BDCB79450F99CFB85DEA0B8FC0"><enum>(A)</enum><text>the development or modification of curricula relating to civics education;</text></subparagraph>

<subparagraph id="H58F1769DAB604B9E9DB537F068BE123C"><enum>(B)</enum><text>classroom activities, thesis projects, individual or team projects, internships, or community service activities relating to civics;</text></subparagraph>

<subparagraph id="H9392C7DE2B89451C8F796590E2B2C0A2"><enum>(C)</enum><text>collaboration with government entities, nonprofit organizations, or consortia of such entities and organizations to provide participants with civics-related experiences;</text></subparagraph>

<subparagraph id="H42732A84D0FA4FA39B69D8628EB75995"><enum>(D)</enum><text>civics-related faculty development programs;</text></subparagraph>

<subparagraph id="H6597BE2B494B450B8E51148267E11E0D"><enum>(E)</enum><text>recruitment of educators who are highly qualified in civics education to teach civics or to assist with the development of curricula for civics education;</text></subparagraph>

<subparagraph id="H59B7CADFD172455B98410633B84BD201"><enum>(F)</enum><text>presentation of seminars, workshops, and training for the development of skills associated with civic engagement;</text></subparagraph>

<subparagraph id="H9C70AA7412A2472FA1368247F70EE92A"><enum>(G)</enum><text>activities that enable participants to interact with government officials and entities;</text></subparagraph>

<subparagraph id="H978346866B48439AA41F5DD301A18589"><enum>(H)</enum><text>expansion of civics education programs and outreach for members of the Armed Forces, dependents and children of such members, and employees of the Department of Defense; and</text></subparagraph>

<subparagraph id="HF5AF9B22A4D24C5E950958F71B945D3E"><enum>(I)</enum><text>opportunities for participants to obtain work experience in fields relating to civics; and</text></subparagraph></paragraph>

<paragraph id="H6BBD32E194264EFC8042EA0CA196C807"><enum>(2)</enum><text>may provide any other form of support the Secretary determines to be appropriate to enhance the civics education taught by eligible entities.</text></paragraph></subsection>

<subsection id="HECADAF7F7F62479D9629DEDBBF3A21F5"><enum>(f)</enum><header>Report</header><text>Not later than 180 days after the conclusion of the first full academic year during which the pilot program is carried out, the Secretary of Defense shall submit to the congressional defense committees a report that includesâ€"</text>

<paragraph id="HBF3752F3B2F3443CBAE7193EE6A9224B"><enum>(1)</enum><text>a description of the pilot program, including the a description of the specific activities carried out under subsection (e); and</text></paragraph>

<paragraph id="HF1A9DF4930644CA38DAB92C0A1CD42E3"><enum>(2)</enum><text>the metrics and evaluations used to assess the effectiveness of the program as required under subsection (d).</text></paragraph></subsection>

<subsection id="H2838F99312D643FE8876B54CC8D5D45C"><enum>(g)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H9F66522CFE204775ABB43AED431B4BE4"><enum>(1)</enum><text>The term <quote>civics education program</quote> means an educational program that provides participants withâ€"</text>

<subparagraph id="HF186A9CF11C8415E8807C84A85192A1F"><enum>(A)</enum><text>knowledge of law, government, and the rights of citizens; and</text></subparagraph>

<subparagraph id="H18E0380081C7464EBF9DCDEAB465CD64"><enum>(B)</enum><text>skills that

enable participants to responsibly participate in democracy.</text></subparagraph></paragraph>

<paragraph id="H575F392CD3CD4753BD21A938B85AD40F"><enum>(2)</enum><text>The term <quote>eligible entity</quote> means any of following:</text>

<subparagraph id="H3A27ECA224DB4E66B17E9270DBFF0B95"><enum>(A)</enum><text>A local education agency that hosts a unit of the Junior Reserve Officersâ€™ Training Corps.</text></subparagraph>

<subparagraph id="HE884DB05361D4449A1D32DDAD3399CC7"><enum>(B)</enum><text>A school operated by the Department of Defense Education Activity.</text></subparagraph></paragraph></subsection></section>

<section id="HBD07556620594D65901BA6C7DDD58F84" section-type="subsequent-section"><enum>235.</enum><header>Technology and national security fellowship</header>

<subsection commented="no" display-inline="no-display-inline" id="H1C113F36F08340E29D3E1366A5A58D23"><enum>(a)</enum><header display-inline="yes-display-inline">Fellowship program</header>

<paragraph commented="no" display-inline="no-display-inline" id="HA1E5B2F5DFDE4A9D924EAEF4D98ED1B9"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, may establish a civilian fellowship program designed to place eligible individuals within the Department of Defense and Congress to increase the number of national security professionals with science, technology, engineering, and mathematics credentials employed by the Department.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB6A5A75A88F24F11951446F21551BEEF"><enum>(2)</enum><header display-inline="yes-display-inline">Designation</header><text display-inline="yes-display-inline">The fellowship program established under paragraph (1) shall be known as the <quote>Technology and National Security Fellowship</quote> (in this section referred to as the <quote>fellows program</quote>).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7E39FE93768244DA9FED286329983931"><enum>(3)</enum><header display-inline="yes-display-inline">Assignments</header><text display-inline="yes-display-inline">Each individual selected for participation in the fellows program shall be assigned to a one year position withinâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HAF7E66B0C6274777AB9C36913DFBAA64"><enum>(A)</enum><text display-inline="yes-display-inline">the Department of Defense; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5BE5255EF53A40DABAA4711241841F32"><enum>(B)</enum><text display-inline="yes-display-inline">a congressional office with emphasis on defense and national security matters.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H09EE1160D1114A6F8C156610B20B9873"><enum>(4)</enum><header display-inline="yes-display-inline">Pay and benefits</header><text display-inline="yes-display-inline">To the extent practicable, each individual assigned to a position under paragraph (3)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H8909D4CA451F48EA98B1262565AB0998"><enum>(A)</enum><text display-inline="yes-display-inline">shall be compensated at a rate of basic pay that is equivalent to the rate of basic pay payable for a position at level 10 of the General Schedule; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H29DD5BDF8CF54EFAAE5419933022E1D8"><enum>(B)</enum><text display-inline="yes-display-inline">shall be treated as an employee of the United States during the assignment.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0E493492A3DA446B8E643EB3ECE53166"><enum>(b)</enum><header display-inline="yes-

display-inline">Eligible individuals</header><text display-inline="yes-display-inline"/>

<paragraph id="H5E9B77EDFEDE44F0AEDCC77B9F583208"><enum>(1)</enum><header>Eligibility for DOD assignment</header><text>Subject to subsection (e), an individual eligible for an assignment in the Department of Defense under subsection (a)(3)(A) is an individual whoâ€"</text>

<subparagraph id="HD40DDE05C84C45C79C5A048FB6D3A046" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">is a citizen of the United States; and</text></subparagraph>

<subparagraph id="H3338D3738EF0440C8D3F4C25BD586949" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">eitherâ€"</text>

<clause id="H322876213D8C41C981720D25BAD9FDB0" commented="no" display-inline="no-display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">expects to be awarded a bachelor's degree, associate's degree, or graduate degree that, as determined by the Secretary, focuses on science, technology, engineering, or mathematics course work not later than 180 days after the date on which the individual submits an application for participation in the fellows program;</text></clause>

<clause id="H18638F9238E042DDA7FEF685AAA3A119" commented="no" display-inline="no-display-inline"><enum>(ii)</enum><text display-inline="yes-display-inline">possesses a bachelor's degree, associate's degree, or graduate degree that, as determined by the Secretary, focuses on science, technology, engineering, or mathematics course work; or</text></clause>

<clause id="H84A96C5F84B04A8D9CC321D1773A00F8"><enum>(iii)</enum><text display-inline="yes-display-inline">is an employee of the Department of Defense and possesses a bachelor's degree, associate's degree, or graduate degree that, as determined by the Secretary, focuses on science, technology, engineering, or mathematics course work.</text></clause></subparagraph></paragraph>

<paragraph id="HA9756EAA5C234AC9800AAB1E60FC9C03"><enum>(2)</enum><header>Eligibility for congressional assignment</header><text display-inline="yes-display-inline">Subject to subsection (e), an individual eligible for an assignment in a congressional office under subsection (a)(3)(B) is an individual whoâ€"</text>

<subparagraph id="H15ADC540C9CB47CD951E943D38AA29F2"><enum>(A)</enum><text>meets the requirements specified in paragraph (1); and</text></subparagraph>

<subparagraph id="HF8A07D45A5964EB48EACA80835486AAB"><enum>(B)</enum><text>has not less than 3 years of relevant work experience in the field of science, technology, engineering, or mathematics.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H63AC9AA3BE9F4BBB83398018099F477A"><enum>(c)</enum><header display-inline="yes-display-inline">Application</header><text display-inline="yes-display-inline">Each individual seeking to participate in the fellows program shall submit to the Secretary an application therefor at such time and in such manner as the Secretary shall specify.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1E02D3AF10A84EA983BCF56C1FB094AD"><enum>(d)</enum><header display-inline="yes-display-inline">Coordination</header><text display-inline="yes-display-inline">In carrying out this section, the Secretary may consider working through the following entities:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE4344B0FB7FF41CBBF6BA2235063AD31"><enum>(1)</enum><text display-inline="yes-display-inline">The National Security Innovation Network.</text></paragraph>

<paragraph id="HD84E22DE621F48F78C46B03EE1B06650"><enum>(2)</enum><text>Universities.</text></paragraph>

<paragraph id="H7369D7F00E9E4541806CE73D403E6185"><enum>(3)</enum><text display-inline="yes-display-inline">Science and technology reinvention laboratories and test and evaluation centers of the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9114818080334448B5F99B1911729DDC"><enum>(4)</enum><text display-inline="yes-display-inline">Other organizations of the Department of Defense or public and private sector organizations, as determined appropriate by the Secretary.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8BF0CDCC0645411ABE6A1128BA59C3CC"><enum>(e)</enum><header display-inline="yes-display-inline">Modifications to fellows program</header><text display-inline="yes-display-inline">The Secretary may modify the terms and procedures of the fellows program in order to better achieve the goals of the program and to support workforce needs of the Department of Defense.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4731E80F50E349F8A74EC6C1E2453517"><enum>(f)</enum><header display-inline="yes-display-inline">Consultation</header><text display-inline="yes-display-inline">The Secretary may consult with the heads of the agencies, components, and other elements of the Department of Defense, Members and committees of Congress, and such institutions of higher education and private entities engaged in work on national security and emerging technologies as the Secretary considers appropriate for purposes of the fellows program, including with respect to assignments in the fellows program.</text></subsection></section>

<section id="H1F6AD0C79FB9437882A4215A266D030F" section-type="subsequent-section"><enum>236.</enum><header>Documentation relating to the Advanced Battle Management System</header>

<subsection id="H0EB4763328994848A4F44059800784E2"><enum>(a)</enum><header>Documentation required</header><text>Not later than the date specified in subsection (b), the Secretary of the Air Force shall submit to the congressional defense committees the following documentation relating to the Advanced Battle Management System:</text>

<paragraph id="HCBDB52D7373C49A6B0ED12AEB83D7ACB"><enum>(1)</enum><text>A list that identifies each program, project, and activity that contributes to the architecture of the Advanced Battle Management System.</text></paragraph>

<paragraph id="HCDBD51C4FFC0424FBB2D638E5C356848"><enum>(2)</enum><text>The final analysis of alternatives for the Advanced Battle Management System.</text></paragraph>

<paragraph id="H86B7F398184345A8878CECF53D5C44BA"><enum>(3)</enum><text>The requirements for the networked data architecture necessary for the Advanced Battle Management System to provide multidomain command and control and battle management capabilities and a development schedule for such architecture.</text></paragraph></subsection>

<subsection id="H63C01C9506A1460481769944F167DB4F"><enum>(b)</enum><header>Date specified</header><text>The date specified in this subsection is the earlier ofâ€"</text>

<paragraph id="H3C9EA56697F54BBEB0A6D9B17E2ABA75"><enum>(1)</enum><text>the date that is 180 days after the date on which the final analysis of alternatives for the Advanced Battle Management System is completed; or</text></paragraph>

<paragraph id="H97CAC79B73184C88BB6D1DD5D14A169D"><enum>(2)</enum><text>June 1, 2020.</text></paragraph></subsection>

<subsection id="HBA5FE7A1B4784C00BE57B268490D3D66"><enum>(c)</enum><header>Advanced Battle Management System defined</header><text>In this section, the term <quote>Advanced Battle Management System</quote> means the Advanced Battle Management System of Systems capability of the Air Force, including each program, project, and activity that contributes to such capability.</text></subsection></section>

<section id="H80E016F0D7C84234BF8C2C6EBA1D8548" section-type="subsequent-section"><enum>237.</enum><header>Sensor data integration for fifth generation aircraft</header>

<subsection id="H487E54AAA4B24F3C90AE8A0727E5CB76"><enum>(a)</enum><header>Fâ€"35 sensor data</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure thatâ€"</text>

<paragraph id="H7DD4BE18BDD2415DA969A0BEF877B73A"><enum>(1)</enum><text display-inline="yes-display-inline">information collected by the passive and active on-board sensors of the Fâ€"35 Joint Strike Fighter aircraft is capable of being shared, in real time, with joint service users in cases in which the Joint Force Commander determines that sharing such information would be operationally advantageous; and</text></paragraph>

<paragraph id="H21158626AA2E4987AE1C118C79E9A2A7"><enum>(2)</enum><text display-inline="yes-display-inline">the Secretary has developed achievable, effective, and suitable concepts and supporting technical architectures to collect, store, manage, and disseminate information collected by such sensors.</text></paragraph></subsection>

<subsection id="HC005F8AFCFEC45418FF07C5804984FCA"><enum>(b)</enum><header>GAO study and report</header>

<paragraph id="H6BD8A2E9DA504D3690D66EC0A7017D69"><enum>(1)</enum><header>Study</header><text display-inline="yes-display-inline">The Comptroller General of the United States shall conduct a study of the sensor data collection and dissemination capability of fifth generation aircraft of the Department of Defense.</text></paragraph>

<paragraph id="HEF75269D7AE44C88A5AD0551DF0A4B2D"><enum>(2)</enum><header>Elements</header><text display-inline="yes-display-inline">The study required by paragraph (1) shall include an assessment of the followingâ€"</text>

<subparagraph id="H29C03EC3392F4722ACCC3D290A98C7DA"><enum>(A)</enum><text display-inline="yes-display-inline">the extent to which the Department has established doctrinal, organizational, or technological methods of managing the large amount of sensor data that is currently collected and which may be collected by existing and planned advanced fifth generation aircraft;</text></subparagraph>

<subparagraph id="H7E795467F052498F93236AC469FF878C"><enum>(B)</enum><text display-inline="yes-display-inline">the status of the existing sensor data collection, storage, dissemination, and management capability and capacity of fifth generation aircraft, including the Fâ€"35, the Fâ€"22, and the Bâ€"21; and</text></subparagraph>

<subparagraph id="H0AA21C47BD0C4EA3AED03CBED734B672"><enum>(C)</enum><text>the ability of the Fâ€"35 aircraft and other fifth generation aircraft to share information collected by the aircraft in real-time with other joint service users as described in subsection (a)(1).</text></subparagraph></paragraph>

<paragraph id="HDF2C9C88A3294CE3BBECE8CE277710A7"><enum>(3)</enum><header>Study results</header>

<subparagraph id="HB8AB458399A647FFA270D278FF8B5854"><enum>(A)</enum><header>Interim briefing</header><text>Not later than 180 days after the date of the enactment of this Act, the Comptroller General shall provide to the congressional defense committees a briefing on the preliminary findings of the study conducted under this subsection.</text></subparagraph>

<subparagraph id="HF542C7424CC949F78733BCE13F554327"><enum>(B)</enum><header>Final results</header><text display-inline="yes-display-inline">The Comptroller General shall provide the final results of the study conducted under this subsection to the congressional defense committees at such time and in such format as is mutually agreed upon by the committees and the Comptroller General at the time of the briefing under subparagraph (A).</text></subparagraph></paragraph></subsection></section>

<section id="H032D719852F44961A0997C25BBAB9D0F" section-type="subsequent-section"><enum>238.</enum><header>Sense of Congress on future vertical lift technologies</header><text display-inline="no-display-inline">It is the sense of Congress that the Army should continue to invest in research, development, test, and evaluation programs to mature future vertical lift technologies, including programs to improve pilot situational awareness, increase flight operations safety, and reduce operation and maintenance costs.</text></section>

<section commented="no" display-inline="no-display-inline" id="HFA8D50E8551F4C8FBBFBB7312C85569D" section-type="subsequent-section"><enum>239.</enum><header display-inline="yes-display-inline">Use of funds for Strategic Environmental Research Program, Environmental Security Technical

Certification Program, and Operational Energy Capability Improvement</header><text display-inline="no-display-inline">Of the funds authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4201 for the Strategic Environmental Research Program, Operational Energy Capability Improvement, and the Environmental Security Technical Certification Program, the Secretary of Defense shall, acting through the Under Secretary of Defense for Acquisition and Sustainment, expend amounts as follows:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB05BF01A44E44474BBE7CE0A819DDF29"><enum>(1)</enum><text display-inline="yes-display-inline">Not less than $10,000,000 on the development and demonstration of long duration on-site energy battery storage for distributed energy assets.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H98BD9682818D48EB9AED25042DF34BB3"><enum>(2)</enum><text display-inline="yes-display-inline">Not less than $10,000,000 on the development, demonstration, and validation of non-fluorine based firefighting foams.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H25FF2053079646AC9E9D164BD86CE952"><enum>(3)</enum><text display-inline="yes-display-inline">Not less than $10,000,000 on the development, demonstration, and validation of secure microgrids for both installations and forward operating bases.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF8FD62FA314E4BFFA71E39F763BC5FE6"><enum>(4)</enum><text display-inline="yes-display-inline">Not less than $1,000,000 on the development, demonstration, and validation of technologies that can harvest potable water from air.</text></paragraph></section>

<section id="H3F54E8EDCD5E49AC904A16D2A9BD59DD"><enum>240.</enum><header>Limitation and report on Indirect Fire Protection Capability Increment 2 capability</header>

<subsection commented="no" display-inline="no-display-inline" id="H9EEFA2AE71C6449EB44E4E76BC4B41A6"><enum>(a)</enum><header display-inline="yes-display-inline">Limitation and report on Indirect Fire Protection Capability Increment 2</header><text display-inline="yes-display-inline">Not more than 50 percent of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Army may be obligated or expended for research, development, test, and evaluation for the Indirect Fire Protection Capability Increment 2 capability until the Secretary of the Army submits to the congressional defense committees a report on the Indirect Fire Protection Capability Increment 2 program that contains the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA0B55A23A9ED4BE0A8B9987A4FB8D5B7"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of whether the requirements previously established for the enduring program meet the anticipated threat at the time of planned initial operating capability and fully operating capability.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1085C8977D2240388D2CC54ED0348019"><enum>(2)</enum><text display-inline="yes-display-inline">A list of candidate systems considered to meet the Indirect Fire Protection Capability Increment 2 enduring requirement, including those fielded or in development by the Army and other elements of the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H84DDF7C388CB4488926E273514F85E32"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of each candidate systemâ€™s capability against representative threats.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H68F0747D342248A0886CE039F182D182"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of other relevant specifications of each candidate system, including cost of development, cost per round if applicable, technological maturity, and logistics and sustainment.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H71534FD8B5E34157B1FBBE618C7DB6A9"><enum>(5)</enum><text display-inline="yes-display-inline">A plan for how the Army will integrate the chosen system or systems into the Integrated Air and Missile Defense Battle Command System.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C60F581910C4948BD3CF67C035A84F1"><enum>(6)</enum><text>An assessment of the results of the performance, test, evaluation, integration, and interoperability of batteries one and two of the interim solution.</text></paragraph></subsection>

<subsection id="H3F8F55991DC942F3B901DB25D4B46DD6"><enum>(b)</enum><header>Notification required</header><text display-inline="yes-display-inline">Not later than 10 days after the date on which the President submits the annual budget request of the President for fiscal year 2021 pursuant to section 1105 of title 31, United States Code, the Secretary of the Defense shall, without delegation, submit to the congressional defense committees a notification identifying the military services or agencies that will be responsible for the conduct of air and missile defense in support of joint campaigns as it applies to defense against current and emerging missile threats. The notification shall identify the applicable programs of record to address such threats, including each class of cruise missile threat.</text></subsection></section></subtitle>

<subtitle id="H6887121CE3924B47A1DAA772ED4B2535"><enum>C</enum><header>Plans, Reports, and Other Matters</header>

<section id="HB4755718B60C45B4800F5A1915ED7577" section-type="subsequent-section"><enum>251.</enum><header>Master plan for implementation of authorities relating to science and technology reinvention laboratories</header>

<subsection id="H2228C72A5C574441B4294B569A0EF588"><enum>(a)</enum><header>Plan required</header><text display-inline="yes-display-inline">The Secretary of Defense, jointly with the Secretaries of the military departments and in consultation with the Under Secretary of Defense for Research and Engineering, shall develop a master plan for using existing authorities to strengthen and modernize the workforce and capabilities of the science and technology reinvention laboratories of the Department of Defense (referred to in this section as the <quote>laboratories</quote>) to enhance the ability of the laboratories to execute missions in the most efficient and effective manner.</text></subsection>

<subsection id="H6807EDA749B44A07BB4321D765DE5061"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The master plan required under subsection (a) shall include, with respect to the laboratories, the following:</text>

<paragraph id="H0D0EC36BEFCE45B786BAB3CB68D2A8F5"><enum>(1)</enum><text>A summary of hiring and staffing deficiencies at laboratories, by location, and the effect of such deficiencies on the ability of the laboratoriesâ€"</text>

<subparagraph id="H52BCE32A04024EA9BBB9076367DDE91F"><enum>(A)</enum><text>to meet existing and future requirements of the Department of Defense; and</text></subparagraph>

<subparagraph id="H4BD3C2164E1D4A2E916E51AEE4F476A0"><enum>(B)</enum><text>to recruit and retain qualified personnel.</text></subparagraph></paragraph>

<paragraph id="HA4C866D50E1B4DB0A2D8DA4559A525EB"><enum>(2)</enum><text display-inline="yes-display-inline">A summary of existing and emerging military research, development, test, and evaluation mission areas requiring the use of the laboratories.</text></paragraph>

<paragraph id="H6032265FC5314C1086EF9C9749BDFC1A"><enum>(3)</enum><text>An explanation of the laboratory staffing capabilities required for each mission area identified under paragraph (2).</text></paragraph>

<paragraph id="HCB51BED614AC49BA8F7597273C20CF13"><enum>(4)</enum><text>Identification of specific projects, including hiring efforts and management reforms, that will be carried outâ€"</text>

<subparagraph id="H595FBD7F53734E9BBD3971E847A6DD65"><enum>(A)</enum><text>to address the deficiencies identified in paragraph (1); and</text></subparagraph>

<subparagraph id="H940939EDF35244C69134DCB32C5B19E5"><enum>(B)</enum><text>to support

the existing and emerging mission areas identified in paragraph (2).</text></subparagraph></paragraph>

<paragraph id="H1A312331705B4638B0C5EF52AF8F5A38"><enum>(5)</enum><text display-inline="yes-display-inline">For each project identified under paragraph (4)â€"</text>

<subparagraph id="H4D21C64AC80844FDB9D28BE126658742"><enum>(A)</enum><text>a summary of the plan for the project;</text></subparagraph>

<subparagraph id="H371FA54102404306B09625769E490D2C"><enum>(B)</enum><text>a description of the resources that will be applied to the project; and</text></subparagraph>

<subparagraph id="H40DB1042D31844819BB039407F117AA4"><enum>(C)</enum><text>a schedule of required investments that will be made as part of the project.</text></subparagraph></paragraph>

<paragraph id="H4A5C6EFBADD14EAA8E01BC2A6B76C1A1"><enum>(6)</enum><text display-inline="yes-display-inline">A description of how the Department, including each military department concerned, will carry out the projects identified in paragraph (4) using existing authorities.</text></paragraph>

<paragraph id="HFE88865877844B4794EC10830A79ECDC"><enum>(7)</enum><text display-inline="yes-display-inline">Identification of any statutory, regulatory, or management-related barriers to implementing the master plan and a description of policy and legislative options that may be applied to address such barriers.</text></paragraph></subsection>

<subsection id="HA99C70ECDD0B40DE9BF88F8FC8A2F0AF"><enum>(c)</enum><header>Consultation</header><text display-inline="yes-display-inline">In developing the master plan required under subsection (a), the Secretary of Defense, the Secretaries of the military departments, and the Under Secretary of Defense for Research and Engineering shall consult withâ€"</text>

<paragraph id="H75325B69DA4D4D47BCB4CAABB3A70386"><enum>(1)</enum><text>the Service Acquisition Executives with responsibilities relevant to the laboratories;</text></paragraph>

<paragraph id="H20CE98144FD442C689F993F53685C05D"><enum>(2)</enum><text display-inline="yes-display-inline">the commander of each military command with responsibilities relating to research and engineering that is affected by the master plan; and</text></paragraph>

<paragraph id="H6BEAF6CC3AE14A0D98496683FC6E401A"><enum>(3)</enum><text display-inline="yes-display-inline">any other officials determined to be relevant by the Secretary of Defense, the Secretaries of the military departments, and the Under Secretary of Defense for Research and Engineering.</text></paragraph></subsection>

<subsection id="H76EE9A2E333C4254B0427DFF84FF545D"><enum>(d)</enum><header>Final report</header><text display-inline="yes-display-inline">Not later than October 30, 2020, the Secretary of Defense, jointly with the Secretaries of the military departments and in consultation with the Under Secretary of Defense for Research and Engineering, shall submit to the congressional defense committeesâ€"</text>

<paragraph id="H6D7C221EEA364F26856054138BF0E056"><enum>(1)</enum><text>the master plan developed under subsection (a);</text></paragraph>

<paragraph id="H06B3F0E951D445C6B3549938B4AFE03E"><enum>(2)</enum><text>a report on the activities carried out under this section; and</text></paragraph>

<paragraph id="H7AA356B4CA5543589F88D6DB11CC1BB1"><enum>(3)</enum><text display-inline="yes-display-inline">a report that identifies any barriers that prevent the full use and implementation of existing authorities, including any barriers presented by the policies, authorities, and activities ofâ€"</text>

<subparagraph id="H42594F02FC634CF0A2936786755543CA"><enum>(A)</enum><text>organizations and elements of the Department of Defense; and</text></subparagraph>

<subparagraph id="HF49E96F4C93A4BB89BED5ADE59C8F631"><enum>(B)</enum><text>organizations outside the

Department.</text></subparagraph></paragraph></subsection></section>

<section id="H5F66106EFE2C427ABE0225EF12569C8F"><enum>252.</enum><header>Infrastructure to support research, development, test, and evaluation missions</header>

<subsection id="H3BA76926053C40C4838D10E7629200AD"><enum>(a)</enum><header>Master plan required</header><text>The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in coordination with the Secretaries of the military departments, shall develop and implement a master plan that addresses the research, development, test, and evaluation infrastructure and modernization requirements of the Department of Defense, including the science and technology reinvention laboratories and the facilities of the Major Range and Test Facility Base.</text></subsection>

<subsection id="H9F4215804DAC467CBD3BDCB72902C1D7"><enum>(b)</enum><header>Elements</header><text>The master plan required under subsection (a) shall include, with respect to the research, development, test, and evaluation infrastructure of the Department of Defense, the following:</text>

<paragraph id="HF913076F9A094368AE788884F1913C7D"><enum>(1)</enum><text>A summary of deficiencies in the infrastructure, by location, and the effect of the deficiencies on the ability of the Departmentâ€"</text>

<subparagraph id="H6CC0ABBEC561461E9440799E03B16B8B"><enum>(A)</enum><text>to meet current and future military requirements identified in the National Defense Strategy;</text></subparagraph>

<subparagraph id="HA8219F2C8E904FDB8780D994D4E03D9E"><enum>(B)</enum><text>to support science and technology development and acquisition programs; and</text></subparagraph>

<subparagraph id="HD04B0C56570C4BDA9758D19D8C03809C"><enum>(C)</enum><text>to recruit and train qualified personnel.</text></subparagraph></paragraph>

<paragraph id="H779D8A03744F4B3CB119E87B8A567CD8"><enum>(2)</enum><text>A summary of existing and emerging military research, development, test, and evaluation mission areas, by location, that require modernization investments in the infrastructureâ€"</text>

<subparagraph id="HBB5CC3EBE70141CA9C114304575E64DB"><enum>(A)</enum><text>to improve operations in a manner that may benefit all users;</text></subparagraph>

<subparagraph id="H223092A6AAC8453EBB1BE2855FA7FE39"><enum>(B)</enum><text>to enhance the overall capabilities of the research, development, test, and evaluation infrastructure, including facilities and resources;</text></subparagraph>

<subparagraph id="H44987B1909AD4376B3E39C2140208786"><enum>(C)</enum><text>to improve safety for personnel and facilities; and</text></subparagraph>

<subparagraph id="H08F9DB3C735249FA9A99AD54A3FE78C3"><enum>(D)</enum><text>to reduce the long-term cost of operation and maintenance.</text></subparagraph></paragraph>

<paragraph id="HA0D7D98C9E6E42E18BED7076DA822CC9"><enum>(3)</enum><text>Identification of specific infrastructure projects that are required to address the infrastructure deficiencies identified under paragraph (1) or to support the existing and emerging mission areas identified under paragraph (2).</text></paragraph>

<paragraph id="HF90D23EC848749928AB4ABB34E52FE57"><enum>(4)</enum><text>For each project identified under paragraph (3)â€"</text>

<subparagraph id="H9B3915B01A5E455BACC03DB59305C009"><enum>(A)</enum><text>a description of the scope of work;</text></subparagraph>

<subparagraph id="HF3F57D3250734C80BD0505D671E5623F"><enum>(B)</enum><text>a cost estimate;</text></subparagraph>

<subparagraph id="HEDBD781CDEBB452E85572DF713E995D1"><enum>(C)</enum><text>a summary of the plan for the project;</text></subparagraph>

<subparagraph id="H20AF507BEE2940CEB4BC38665533EF3A"><enum>(D)</enum><text>an explanation of the level of priority that will be given to the project; and</text></subparagraph>

<subparagraph id="H1A39E21AC087416E8CB2B5C2A1B206EB"><enum>(E)</enum><text>a schedule of required infrastructure investments.</text></subparagraph></paragraph>

<paragraph id="HD2674DBC7E674CD28F1F4ADE51E3A831"><enum>(5)</enum><text>A description of how the Department, including each military department concerned, will carry out the infrastructure projects identified in paragraph (3) using the range of authorities and methods available to the Department, includingâ€"</text>

<subparagraph id="HA8CF75293CD2415EBF77D004470046CB"><enum>(A)</enum><text>military construction authority under section 2802 of title 10, United States Code;</text></subparagraph>

<subparagraph id="H2F1808F3468D42DDBC683B7D6A37353A"><enum>(B)</enum><text>unspecified minor military construction authority under section 2805(a) of such title;</text></subparagraph>

<subparagraph id="H78AADFEFEF954F2C9ABE4AA0B0066A16"><enum>(C)</enum><text>laboratory revitalization authority under section 2805(d) of such title;</text></subparagraph>

<subparagraph id="HDE4FDC76C99B454A8E1C9778D0527744"><enum>(D)</enum><text>the authority to carry out facility repair projects, including the conversion of existing facilities, under section 2811 of such title;</text></subparagraph>

<subparagraph id="HBF489649945848B3811F0E1171728DF9"><enum>(E)</enum><text>the authority provided under the Defense Laboratory Modernization Pilot Program under section 2803 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2358 note);</text></subparagraph>

<subparagraph id="H65167443BC884CE5AAC6EC074DA3448D"><enum>(F)</enum><text>methods that leverage funding from entities outside the Department, including public-private partnerships, enhanced use leases and real property exchanges;</text></subparagraph>

<subparagraph id="H90A8593062E04CE58C360B197C5C7B5E"><enum>(G)</enum><text>the authority to conduct commercial test and evaluation activities at a Major Range and Test Facility Installation, under section 2681 of title 10, United States Code; and</text></subparagraph>

<subparagraph id="H4A8D119CEBDD4A2E9937B5E51B441971"><enum>(H)</enum><text>any other authorities and methods determined to be appropriate by the Secretary of Defense.</text></subparagraph></paragraph>

<paragraph id="H2D4A4A824293455EA94CDCFE1EF834CC"><enum>(6)</enum><text>Identification of any regulatory or policy barriers to the effective and efficient implementation of the master plan.</text></paragraph></subsection>

<subsection id="HC1984CDE01354FA082D001E0BC4F2B63"><enum>(c)</enum><header>Consultation and coordination</header><text>In developing and implementing the plan required under subsection (a), the Secretary of Defense shallâ€"</text>

<paragraph id="HBFB74C66E50246B1A183F68D966EADF8"><enum>(1)</enum><text>consult with existing and anticipated customers and users of the capabilities of the Major Range and Test Facility Base and science and technology reinvention laboratories;</text></paragraph>

<paragraph id="H78C39021FECB448A8215FBB278C62F3C"><enum>(2)</enum><text>ensure consistency with the science and technology roadmaps and strategies of the Department of Defense and the Armed Forces; and</text></paragraph>

<paragraph id="H8ABBB77BDEEB4162A9E0C33EEE68FF49"><enum>(3)</enum><text>ensure consistency with the strategic plan for test and evaluation resources required by section 196(d) of title 10, United States Code.</text></paragraph></subsection>

<subsection id="HE352B8F1AE1343B6B16FE691695E0FDF"><enum>(d)</enum><header>Submittal to Congress</header><text>Not later than January 1, 2021, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall submit to the congressional defense committees the master plan developed under subsection (a).</text></subsection>

<subsection id="HFE6F485E985343129DE6745EDBB728BD"><enum>(e)</enum><header>Research, development, test, and evaluation infrastructure defined</header><text>In this section, the term <quote>research, development, test, and evaluation infrastructure</quote> means the infrastructure ofâ€"</text>

<paragraph id="H9673F06D73574686936E408798A8D31E"><enum>(1)</enum><text>the science and technology reinvention laboratories (as designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 10 U.S.C. 2358 note));</text></paragraph>

<paragraph id="HA27AF12993074BBE90DECB7111EEC00F"><enum>(2)</enum><text>the Major Range and Test Facility Base (as defined in section 2358a(f)(3) of title 10, United States Code); and</text></paragraph>

<paragraph id="HCDF4D0EB16AE47CD8D90B90F99535BF2"><enum>(3)</enum><text>other facilities that support the research development, test, and evaluation activities of the Department.</text></paragraph></subsection> </section>

<section id="HC410D94321C642A78C7DE5F547676346"><enum>253.</enum><header>Energetics plan</header>

<subsection commented="no" display-inline="no-display-inline" id="HCC679F0AB57D48199DBB36EE49C40016"><enum>(a)</enum><header display-inline="yes-display-inline">Plan required</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Research and Engineering shall, in coordination with the technical directors at defense laboratories and such other officials as the Under Secretary considers appropriate, develop an energetics research and development plan to ensure a long-term multi-domain research, development, prototyping, and experimentation effort thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC9F220EF8D8448F0836A81A5764BC8BF"><enum>(1)</enum><text display-inline="yes-display-inline">maintains United States technological superiority in energetics technology critical to national security;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE9F9D0488C9A4C2089711C158F03BD11"><enum>(2)</enum><text display-inline="yes-display-inline">efficiently develops new energetics technologies and transitions them into operational use, as appropriate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9797939EC65C4726A0F92FD6F414DB4D"><enum>(3)</enum><text display-inline="yes-display-inline">maintains a robust industrial base and workforce to support Department of Defense requirements for energetic materials.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE829A59DA3974BB5834380F7BD6F684F"><enum>(b)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Under Secretary shall brief the congressional defense committees on the plan developed under subsection (a).</text></subsection></section>

<section id="H4B32F3E6CDDC48A1B9FBA65AE82D371F"><enum>254.</enum><header>Strategy and implementation plan for fifth generation information and communications technologies</header>

<subsection id="H55DA54B4A7A64FE6AE52AD6173367253"><enum>(a)</enum><header>In general</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall developâ€"</text>

<paragraph id="H0DA006D425D34F09A9C96AE4A70A9669"><enum>(1)</enum><text>a strategy for harnessing fifth generation (commonly known as <quote>5G</quote>) information and communications technologies to enhance military capabilities, maintain a technological advantage on the battlefield, and accelerate the deployment of new commercial products and services enabled by 5G networks throughout the Department of Defense; and</text></paragraph>

<paragraph id="H0FC4E3450C254E1AB87DA45469895E1B"><enum>(2)</enum><text>a plan for implementing the strategy developed under paragraph (1).</text></paragraph></subsection>

<subsection id="H1DDEF5490A214175B4A834398391F6A5"><enum>(b)</enum><header>Elements</header><text>The strategy required under subsection (a) shall include the following elements:</text>

<paragraph id="HA61BDD1E0D354108BBD5573D065B3633"><enum>(1)</enum><text>Adoption and

use of secure fourth generation (commonly known as <quote>4G</quote>) communications technologies and the transition to advanced and secure 5G communications technologies for military applications and for military infrastructure.</text></paragraph>

<paragraph id="H8C3D89E7A7F94DBB824D95AF6572744B"><enum>(2)</enum><text>Science, technology, research, and development efforts to facilitate the advancement and adoption of 5G technology and new uses of 5G systems, subsystems, and components, includingâ€"</text>

<subparagraph id="HD16CAEA6730740B0807F8818C773637E"><enum>(A)</enum><text>5G testbeds for developing military and dual-use applications; and</text></subparagraph>

<subparagraph id="HE60EC4CCE3D24FD794BAB67ED3D02DAA"><enum>(B)</enum><text>spectrum-sharing technologies and frameworks.</text></subparagraph></paragraph>

<paragraph id="HED0FEBA470BE47289E2FBFD444D3D26F"><enum>(3)</enum><text>Strengthening engagement and outreach with industry, academia, international partners, and other departments and agencies of the Federal Government on issues relating to 5G technology and the deployment of such technology, including development of a common industrial base for secure microelectronics.</text></paragraph>

<paragraph id="HBDCA2853EABF400E812C41C367374ACF"><enum>(4)</enum><text>Defense industrial base supply chain risk, management, and opportunities.</text></paragraph>

<paragraph id="HF95BE03E5E834C1BA97B726484A88177"><enum>(5)</enum><text>Preserving the ability of the Joint Force to achieve objectives in a contested and congested spectrum environment.</text></paragraph>

<paragraph id="H889F9B25DF6D4B88AFD929B05CBCF2CF"><enum>(6)</enum><text>Strengthening the ability of the Joint Force to conduct full spectrum operations that enhance the military advantages of the United States.</text></paragraph>

<paragraph id="H5B9B8ADB145D4E159D19F47377E1DA8D"><enum>(7)</enum><text>Securing the information technology and weapon systems of the Department against malicious activity.</text></paragraph>

<paragraph id="HD49E24F55C2C423690EE88754D131894"><enum>(8)</enum><text>Advancing the deployment of secure 5G networks nationwide.</text></paragraph>

<paragraph id="HD7CA0AF6D3D044A3AF5072E303F2322F"><enum>(9)</enum><text>Such other matters as the Secretary of Defense determines to be relevant.</text></paragraph></subsection>

<subsection id="H8ADBECFFF8A14DC7B29091B2BD1BFF46"><enum>(c)</enum><header>Consultation</header><text>In developing the strategy and implementation plan required under subsection (a), the Secretary of Defense shall consult with the following:</text>

<paragraph id="H322FAB50456F4DCA81A7E0AF1A327A71"><enum>(1)</enum><text>The Chief Information Officer of the Department of Defense.</text></paragraph>

<paragraph id="H21F735754F42499BAC7EA1BFB51DD947"><enum>(2)</enum><text>The Under Secretary of Defense for Research and Engineering.</text></paragraph>

<paragraph id="H0764CD31B83F4751A8349A6EEF4A6151"><enum>(3)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment.</text></paragraph>

<paragraph id="HC223A706507B4020814B52453886AFAF"><enum>(4)</enum><text>The Under Secretary of Defense for Intelligence.</text></paragraph>

<paragraph id="HAF2327B486A94F3E95F88063D6CB8F30"><enum>(5)</enum><text>Service Acquisition Executives of each military service.</text></paragraph></subsection>

<subsection id="H45B39BF858D244BE9CD1C615D03396CC"><enum>(d)</enum><header>Periodic briefings</header>

<paragraph id="H13024734D1D047C7B9CD6A9FB5D67CA9"><enum>(1)</enum><header>In general</header><text>Not later than March 15, 2020, and not less frequently than once every three months thereafter through March 15, 2022, the Secretary of Defense shall provide to the congressional defense committees a briefing on the development and implementation of the strategy required under subsection (a), including an explanation of how the Department of Defenseâ€"</text>

<subparagraph id="H511ABEB97B5D4D1D978DEE307ECAFEA0"><enum>(A)</enum><text>is using secure 5G wireless network technology;</text></subparagraph>

<subparagraph id="HF55243DF735E46B4A789E58F9A76F4CC"><enum>(B)</enum><text>is reshaping the Departmentâ€™s policy for producing and procuring secure microelectronics; and</text></subparagraph>

<subparagraph id="H51B42CD2FDE14906A7406AAE42E7F9AE"><enum>(C)</enum><text>is working in the interagency and internationally to develop common policies and approaches.</text></subparagraph></paragraph>

<paragraph id="H25FC327B09D8413AB10B620A7B2C6F35"><enum>(2)</enum><header>Elements</header><text>Each briefing under paragraph (1) shall include information onâ€"</text>

<subparagraph id="H75C7C31952494B80B6DCC3ACBA15BFDC"><enum>(A)</enum><text>efforts to ensure a secure supply chain for 5G wireless network equipment and microelectronics;</text></subparagraph>

<subparagraph id="H842C3EDDCED1425EBF74AED6085B961D"><enum>(B)</enum><text>the continued availability of electromagnetic spectrum for warfighting needs;</text></subparagraph>

<subparagraph id="H017F721D78494669831DD65A3B73C78D"><enum>(C)</enum><text>planned implementation of 5G wireless network infrastructure in warfighting networks, base infrastructure, defense-related manufacturing, and logistics;</text></subparagraph>

<subparagraph id="HC9F8ADEE55D14184B7A6FA4B4E4690C4"><enum>(D)</enum><text>steps taken to work with allied and partner countries to protect critical networks and supply chains; and</text></subparagraph>

<subparagraph id="HAA432A1040854C42BF4D3BF40A9781D7"><enum>(E)</enum><text>such other topics as the Secretary of Defense considers relevant.</text></subparagraph></paragraph></subsection></section>

<section id="HA4B948858A4D47FFBC3F6FB5E50FE5C7"><enum>255.</enum><header>Department-wide software science and technology strategy</header>

<subsection id="HFA179858F4B2427192B5255690250052"><enum>(a)</enum><header>Designation of senior official</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering and in consultation with the Under Secretary of Defense for Acquisition and Sustainment and appropriate public and private sector organizations, shall designate a single official or existing entity within the Department of Defense as the official or entity (as the case may be) with principal responsibility for guiding the development of science and technology activities related to next generation software and software reliant systems for the Department, includingâ€"</text>

<paragraph id="H5B42D304C8044E35AB80849DE14ED0B5"><enum>(1)</enum><text>research and development activities on new technologies for the creation of highly secure, scalable, reliable, time-sensitive, and mission-critical software;</text></paragraph>

<paragraph id="H88A11FD0836B4053AAFBC82D0F98C5EB"><enum>(2)</enum><text>research and development activities on new approaches and tools to software development and deployment, testing, integration, and next generation software management tools to support the rapid insertion of such software into defense systems;</text></paragraph>

<paragraph id="H2811D9A9FADC480496D66409C2F78F6D"><enum>(3)</enum><text>foundational scientific research activities to support advances in software;</text></paragraph>

<paragraph id="H974CA7F8ACB7447482DCA63139A25C09"><enum>(4)</enum><text>technical workforce and infrastructure to support defense science and technology and software needs and mission requirements;</text></paragraph>

<paragraph id="H3380D5EAE3BC4AEBAFCB8426CFC3EFD5"><enum>(5)</enum><text>providing capabilities, including technologies, systems, and technical expertise to support improved acquisition of software reliant business and warfighting systems; and</text></paragraph>

<paragraph id="HFC58952EDABC4705939C93D6376AC88A"><enum>(6)</enum><text>providing capabilities, including technologies, systems, and technical expertise to support

defense operational missions which are reliant on software.</text></paragraph></subsection>

<subsection id="H8301EBB63DB549C68A27086BD79D500A"><enum>(b)</enum><header>Development of strategy</header><text>The official or entity designated under subsection (a) shall develop a Department-wide strategy for the research and development of next generation software and software reliant systems for the Department of Defense, including strategies forâ€"</text>

<paragraph id="H93F9E97E2C2A47C28E5A41B2D7F42F22"><enum>(1)</enum><text>types of software-related activities within the science and technology portfolio of the Department;</text></paragraph>

<paragraph id="H48CC93BF7B1D4077BC1F9DD3B6C0DE1A"><enum>(2)</enum><text>investment in new approaches to software development and deployment, and next generation management tools;</text></paragraph>

<paragraph id="H03C97E33CB5347C59ABE4C0EF9FC3AA6"><enum>(3)</enum><text>ongoing research and other support of academic, commercial, and development community efforts to innovate the software development, engineering, and testing process, automated testing, assurance and certification for safety and mission critical systems, large scale deployment, and sustainment;</text></paragraph>

<paragraph id="HDBA8B997BB17423794373D5F7AF173F5"><enum>(4)</enum><text>to the extent practicable, implementing or continuing the implementation of the recommendations set forth inâ€"</text>

<subparagraph id="H7D4BB8A5CE354310A22E0A3EFF6EDFC5"><enum>(A)</enum><text>the final report of the Defense Innovation Board submitted to the congressional defense committees under section 872 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1497); </text></subparagraph>

<subparagraph id="HD6A9E8353724470F828E1D4CD7637614"><enum>(B)</enum><text>the final report of the Defense Science Board Task Force on the Design and Acquisition of Software for Defense Systems described in section 868 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2223 note); and</text></subparagraph>

<subparagraph id="H2270E37D4F2C4E5187C2EA5902EF7CF2"><enum>(C)</enum><text>other relevant studies on software research, development, and acquisition activities of the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="HFA9589DB54F24C82966349FC2D2D966C"><enum>(5)</enum><text>supporting the acquisition, technology development, testing, assurance, and certification and operational needs of the Department through the development of capabilities, including personnel and research and production infrastructure, and programs inâ€"</text>

<subparagraph id="H2063318BE1F142B8B45A7D8D6DE9D6F5"><enum>(A)</enum><text>the science and technology reinvention laboratories (as designated under section 1105 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 10 U.S.C. 2358 note));</text></subparagraph>

<subparagraph id="H98A08718D47D4046BA5AED05CE1D7A79"><enum>(B)</enum><text>the facilities of the Major Range and Test Facility Base (as defined in section 2358a(f)(3) of title 10, United States Code);</text></subparagraph>

<subparagraph id="H14F30B4FEEE947B39A1F128E303476AF"><enum>(C)</enum><text>the Defense Advanced Research Projects Agency; and</text></subparagraph>

<subparagraph id="H8C9710F0B61744A7BB1D3B23737866E9"><enum>(D)</enum><text>universities, federally funded research and development centers, and service organizations with activities in software engineering; and</text></subparagraph></paragraph>

<paragraph id="H7CD1F7ACE7A74C11A0BBC5E55955D40B"><enum>(6)</enum><text>the transition of relevant capabilities and technologies to relevant programs of the Department, including software-reliant cyber-physical systems, tactical systems, enterprise systems, and business systems.</text></paragraph></subsection>

<subsection id="HE145DD5D0FB244C98008E2565796F99D"><enum>(c)</enum><header>Submittal to congress</header><text>Not later than one year after the date of the enactment of this

Act, the official or entity designated under subsection (a) shall submit to the congressional defense committees the strategy developed under subsection (b).</text></subsection></section>

<section id="HBFBA254B0352438AB0442BD247096113"><enum>256.</enum><header>Artificial intelligence education strategy</header>

<subsection id="H90F8605A7BB344BDB9DE5164C7201FFE"><enum>(a)</enum><header>Strategy required</header>

<paragraph id="H2E6529176B0244248DD2EBDE565B2477"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall develop a strategy for educating servicemembers in relevant occupational fields on matters relating to artificial intelligence.</text></paragraph>

<paragraph id="H48DE8A9E87FC49DD8E51BE3903203B69"><enum>(2)</enum><header>Elements</header><text>The strategy developed under subsection (a) shall include a curriculum designed to give servicemembers a basic knowledge of artificial intelligence. The curriculum shall include instruction inâ€"</text>

<subparagraph id="H263A10A2013F41EABCCEBE9CB8535F62"><enum>(A)</enum><text>artificial intelligence design;</text></subparagraph>

<subparagraph id="H1B9C88DEF2AD40A7BE554627A3F3C800"><enum>(B)</enum><text>software coding;</text></subparagraph>

<subparagraph id="H2CDE445ED9B04BA79589E7142CA37EFA"><enum>(C)</enum><text>potential military applications for artificial intelligence;</text></subparagraph>

<subparagraph id="H90D56C13AA484BE7984F155F1EAF82A0"><enum>(D)</enum><text>the impact of artificial intelligence on military strategy and doctrine;</text></subparagraph>

<subparagraph id="HB1FCA2DE4D564ADF9D3434FFA7D8124D"><enum>(E)</enum><text>artificial intelligence decisionmaking via machine learning and neural networks;</text></subparagraph>

<subparagraph id="H6CAA18B6BC0F467A8ACC16FB5BBC3C9A"><enum>(F)</enum><text>ethical issues relating to artificial intelligence;</text></subparagraph>

<subparagraph id="HDB9DBD64BFEF4E9BBC4BF876A355AB7E"><enum>(G)</enum><text>the potential biases of artificial intelligence;</text></subparagraph>

<subparagraph id="HEDF523BCBCFF470CA924AB4CA503693E"><enum>(H)</enum><text>potential weakness in artificial intelligence technology;</text></subparagraph>

<subparagraph id="H32A73FC915F3406C9CC9435E34DA542C"><enum>(I)</enum><text>opportunities and risks; and</text></subparagraph>

<subparagraph id="H8897295811294A3B93FEC1719684BDC4"><enum>(J)</enum><text>any other matters the Secretary of Defense determines to be relevant.</text></subparagraph></paragraph></subsection>

<subsection id="H5B91C3D89A2245F09E46593A56029E8F"><enum>(b)</enum><header>Implementation plan</header><text>The Secretary of Defense shall develop a plan for implementing the strategy developed under subsection (a).</text></subsection>

<subsection id="HDCD78AA1AEFA49D899756F216F5B1B5E"><enum>(c)</enum><header>Submittal to congress</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committeesâ€"</text>

<paragraph id="HB8CBF78D9A004A02B296D839E56666EE"><enum>(1)</enum><text>the strategy developed under subsection (a); and</text></paragraph>

<paragraph id="H69AB29227ADD4B4FAD7C83E1554986F0"><enum>(2)</enum><text>the implementation plan developed under subsection (b).</text></paragraph></subsection></section>

<section id="H522AE2F1461D44E387F9E944B8D74D36"><enum>257.</enum><header>Cyber science

and technology activities roadmap and reports</header>

<subsection commented="no" display-inline="no-display-inline" id="H3757155B6F2D422FB79B35C393DAAD75"><enum>(a)</enum><header display-inline="yes-display-inline">Roadmap for science and technology activities to support development of cyber capabilities</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9CED641BF4584877B123AFE6BFDF6F0B"><enum>(1)</enum><header display-inline="yes-display-inline">Roadmap required</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Research and Engineering, shall develop a roadmap for science and technology activities of the Department of Defense to support development of cyber capabilities to meet Department needs and missions.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H28E527CEE00849288D5B91C06BFCEB5A"><enum>(2)</enum><header display-inline="yes-display-inline">Goal of consistency</header><text display-inline="yes-display-inline">The Secretary shall develop the roadmap required by paragraph (1) to ensure consistency with appropriate Federal interagency, industry, and academic activities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDB0486601F4347E0AEF7BFA01D9AD753"><enum>(3)</enum><header display-inline="yes-display-inline">Scope</header><text display-inline="yes-display-inline">The roadmap required by paragraph (1) shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H14832988CD294B48A4CE51CC3B11864F"><enum>(A)</enum><text display-inline="yes-display-inline">cover the development of capabilities that will likely see operational use within the next 25 years or earlier; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3CC0C509BBE143C8B73F9D9499350155"><enum>(B)</enum><text display-inline="yes-display-inline">address cyber operations and cybersecurity.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4846232361C14B49B50E02E23C7B3276"><enum>(4)</enum><header display-inline="yes-display-inline">Consultation</header><text display-inline="yes-display-inline">The Secretary shall develop the roadmap required by paragraph (1) in consultation with the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H3F94FFC8B40140C3A6CD275A3DA604E6"><enum>(A)</enum><text display-inline="yes-display-inline">The Chief Information Officer of the Department.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAAA48B11E7F449908EFD15F07933B650"><enum>(B)</enum><text display-inline="yes-display-inline">The secretaries and chiefs of the military departments.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4EB86269086E4311B4ACEEE68365C23F"><enum>(C)</enum><text display-inline="yes-display-inline">The Director of Operational Test and Evaluation.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA00923D209EE4E699691B0212A781420"><enum>(D)</enum><text display-inline="yes-display-inline">The Commander of the United States Cyber Command.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FEC8C8FBB1F4ED79D7497C095923538"><enum>(E)</enum><text display-inline="yes-display-inline">The Director of the National Security Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7432BE4F5B134ECA944BEB09CB0DD161"><enum>(F)</enum><text display-inline="yes-display-inline">The Director of the Defense Information Systems Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H486D6ECA5B6744AD90E2DE42512E1A06"><enum>(G)</enum><text display-inline="yes-

display-inline">The Director of the Defense Advanced Research Projects Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H57829AF8B30D436D8F59ECC4658F1DF0"><enum>(H)</enum><text display-inline="yes-display-inline">The Director of the Defense Digital Service.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2223F2CFEAB5485499E66C928563174F"><enum>(I)</enum><text>Such interagency partners as the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2A8DC347A51F423786C7E5ABDC40C566"><enum>(5)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The Secretary shall develop the roadmap required by paragraph (1) in unclassified form, but may include a classified annex.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0675377567FB49B29268346AABD3327F"><enum>(6)</enum><header display-inline="yes-display-inline">Publication</header><text display-inline="yes-display-inline">The Secretary shall make available to the public the unclassified form of the roadmap developed pursuant to paragraph (1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H53F3EBB5098140D793A291B0BED65533"><enum>(b)</enum><header display-inline="yes-display-inline">Annual report on cyber science and technology activities</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2CC672401EC84BA9BEA321F7220652D5"><enum>(1)</enum><header display-inline="yes-display-inline">Annual reports required</header><text display-inline="yes-display-inline">In fiscal years 2021, 2022, and 2023, the Under Secretary of Defense for Research and Engineering shall submit to the congressional defense committees a report on the science and technology activities within the Department of Defense relating to cyber matters during the previous fiscal year, the current fiscal year, and the following fiscal year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC1B3CB4A52694F63B59BDD619CCB8347"><enum>(2)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">Each report submitted pursuant to paragraph (1) shall include, for the period covered by the report, a description and listing of the science and technology activities of the Department relating to cyber matters, including the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4CAC027C3A9A486DBC19F0FE3757D97D"><enum>(A)</enum><text display-inline="yes-display-inline">Extramural science and technology activities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC1C6EC07EB484B79B43B60DD8ED73491"><enum>(B)</enum><text display-inline="yes-display-inline">Intramural science and technology activities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H07A34E240AD34DB78AFF814E47B4F763"><enum>(C)</enum><text display-inline="yes-display-inline">Major and minor military construction activities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9F6FD9E9DB604AA2897DBDA0EC8CE088"><enum>(D)</enum><text display-inline="yes-display-inline">Major prototyping and demonstration programs.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5F9F9C37CB444933B8C41DD99D3327D4"><enum>(E)</enum><text display-inline="yes-display-inline">A list of agreements and activities to transition capabilities to acquisition activities, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFAFA7805AE8E425D8CC1B84B3DABEC93"><enum>(i)</enum><text display-inline="yes-display-inline">national security systems;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9D6C8323E4AD4FF19065B5EFC2979B57"><enum>(ii)</enum><text display-inline="yes-display-inline">business systems; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB72EE1B8E8724C319173B884C5236067"><enum>(iii)</enum><text display-inline="yes-display-inline">enterprise and network systems.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAA05BEBAEECB4D839A4E78F6703D8EC3"><enum>(F)</enum><text display-inline="yes-display-inline">Efforts to enhance the national technical cybersecurity workforce, including specific programs to support education, training, internships, and hiring.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCF65620A09AF4EA49193298A5B28D9E4"><enum>(G)</enum><text display-inline="yes-display-inline">Efforts to perform cooperative activities with international partners.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6DF8D9FD1BC1468EAC72D77BEBD55411"><enum>(H)</enum><text display-inline="yes-display-inline">Efforts under the Small Business Innovation Research and the Small Business Technology Transfer Program, including estimated amounts to be expected in the following fiscal year.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H099FCE468DC84089865B9D1B7E3B3CBD"><enum>(I)</enum><text display-inline="yes-display-inline">Efforts to encourage partnerships between the Department of Defense and universities participating in the National Centers of Academic Excellence in Cyber Operations and Cyber Defense.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6CEBE3FEF72540BE8A84CD72ACE9DABE"><enum>(3)</enum><header display-inline="yes-display-inline">Timing</header><text display-inline="yes-display-inline">Each report submitted pursuant to paragraph (1) shall be submitted concurrently with the annual budget request of the President submitted pursuant to section 1105 of title 31, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5A8F92495EDF4544AAC36A11787B9C52"><enum>(4)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report submitted under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection></section>

<section id="H271BFA2057DE419FB9E8AB8D7AAAE9E0"><enum>258.</enum><header>Report on Bâ€"52 commercial engine replacement program</header>

<subsection id="H6C5365B247EF46ABA85DEA37FF442F64"><enum>(a)</enum><header>Documentation required</header><text>The Secretary of the Air Force shall submit to the congressional defense committees a report on the Bâ€"52 commercial engine replacement program of the Air Force.</text></subsection>

<subsection id="H4DFF3A0077D64E2594F4E50FCB710D81"><enum>(b)</enum><header>Contents</header><text>The report submitted under subsection (a) shall include the following:</text>

<paragraph id="H6464F6C3C54245B39B0FBE5EAE8C90A8"><enum>(1)</enum><text>The acquisition strategy of the Secretary for the program.</text></paragraph>

<paragraph id="HFAEEBA0D5B014D27B24F14E08EEA861A"><enum>(2)</enum><text>The cost and schedule estimates of the Secretary for the program.</text></paragraph>

<paragraph id="H6AF83AD32E134B8097860FA3EB44602B"><enum>(3)</enum><text>The key performance parameters or equivalent requirements document for the program.</text></paragraph>

<paragraph id="H9C40C33581E04A55B6910BBEE1483C84"><enum>(4)</enum><text>The test and evaluation strategy of the Secretary for the program.</text></paragraph>

<paragraph id="H228A7782F98A4F4C973ECE2A42A4ABF0"><enum>(5)</enum><text>The logistics strategy of the Secretary for the program.</text></paragraph>

<paragraph id="H0B45A4D280A94497A68A4D5A6687F9C6"><enum>(6)</enum><text>The post-production fielding strategy of the Secretary for the program.</text></paragraph>

<paragraph id="HF37412ADB5CC403D91F9E65F457D5C1E"><enum>(7)</enum><text>An assessment of the potential for the commercial engine replacement to achieve nuclear system certification.</text></paragraph></subsection>

<subsection id="HDA0C2E7E36524FDE9060D9C77D1A58B7"><enum>(c)</enum><header>Limitation</header><text>Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Air Force, not more than 75 percent may be obligated or expended until the date on which the Secretary of the Air Force submits to the congressional defense committees the report required by subsection (a).</text></subsection></section>

<section id="HFE62B09FEBFD4F099C2BD326D2AEA33D"><enum>259.</enum><header>Commercial edge computing technologies and best practices for Department of Defense warfighting systems</header>

<subsection commented="no" display-inline="no-display-inline" id="HB0E9DC42918841A885F353CAEF1D0E38"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report on commercial edge computing technologies and best practices for Department of Defense warfighting systems.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCF602BE075894DA6BB6B599959EA10EA"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report submitted under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H56BD7D0DEB484E65960760146098C587"><enum>(1)</enum><text display-inline="yes-display-inline">Identification of initial warfighting system programs of record that will benefit most from accelerated insertion of commercial edge computing technologies and best practices, resulting in significant near-term improvement in system performance and mission capability.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB0AD2A84DFDC414B9395E970108071A9"><enum>(2)</enum><text display-inline="yes-display-inline">The plan of the Department of Defense to provide additional funding for the systems identified in paragraph (1) to achieve fielding of accelerated commercial edge computing technologies before or during fiscal year 2021.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3BDBA6E8065C4F9D8532428D82DB4F00"><enum>(3)</enum><text display-inline="yes-display-inline">The plan of the Department to identify, manage, and provide additional funding for commercial edge computing technologies more broadly over the next four fiscal years where appropriate forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6A57889E56144CD2ADE03301A3133660"><enum>(A)</enum><text display-inline="yes-display-inline">command, control, communications, and intelligence systems;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD27595B549BF4D9D82AC176F062F2D5D"><enum>(B)</enum><text display-inline="yes-display-inline">logistics systems; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD3F0B63FCC4547D7BC1649F0165FE703"><enum>(C)</enum><text display-inline="yes-display-inline">other mission-critical systems.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5CA90A88071242479l289953CFBCBA81"><enum>(4)</enum><text display-inline="yes-display-inline">A detailed description of the policies, procedures, budgets, and accelerated acquisition and contracting mechanisms of the Department for near-term insertion of commercial edge computing technologies and best practices into military mission-critical systems.</text></paragraph></subsection></section>

<section id="H4A386039BB37411FA158DBC2545CA050"><enum>260.</enum><header>Biannual report on the Joint Artificial Intelligence Center</header>

<subsection id="HC9A04B4BCE0E44E39D91C4E698F75283"><enum>(a)</enum><header>Reports required</header><text>Not later than 180 days after the date of the enactment of this Act and biannually thereafter through the end of 2023, the Secretary of Defense shall submit to the congressional defense committees a report on the Joint Artificial Intelligence Center (referred to in this section as the <quote>Center</quote>).</text></subsection>

<subsection id="H9E40326B475A4A329D6BBEC0104BE664"><enum>(b)</enum><header>Elements</header><text>E
ach report under subsection (a) shall include the following:</text>

<paragraph id="H1C68162158E94D1798C74C83C8778027"><enum>(1)</enum><text>Information relating to the mission and objectives of the Center.</text></paragraph>

<paragraph id="H85A6DB300A3A470986B58758721FC080"><enum>(2)</enum><text>A description of the National Mission Initiatives, Component Mission Initiatives, and any other initiatives of the Center, including a description ofâ€"</text>

<subparagraph id="H59D881CC7030436A9D49EE1D3B8CCBC4"><enum>(A)</enum><text>the activities carried out under the initiatives;</text></subparagraph>

<subparagraph id="H569C62F235114D0582598BD6CADC8D89"><enum>(B)</enum><text>any investments made or contracts entered into under the initiatives; and</text></subparagraph>

<subparagraph id="H8A3A9693487D44DFB4BF54263B33C8A0"><enum>(C)</enum><text>the progress of the initiatives.</text></subparagraph></paragraph>

<paragraph id="HFE947A7DD6734A54949C1FFE17ACCDF2"><enum>(3)</enum><text>A description of how the Center has sought to leverage lessons learned, share best practices, avoid duplication of efforts, and transition artificial intelligence research efforts into operational capabilities byâ€"</text>

<subparagraph id="HC6D209386418415F8D4ECCA3DF33806B"><enum>(A)</enum><text>collaborating with other organizations and elements of the Department of Defense, including the Defense Agencies and the military departments; and</text></subparagraph>

<subparagraph id="HB3B1B95C95714F31B1E0D8C13352520D"><enum>(B)</enum><text>deconflicting the activities of the Center with the activities of other organizations and elements of the Department.</text></subparagraph></paragraph>

<paragraph id="H8FD71ADDBF22406E8354B40BE5C88BBD"><enum>(4)</enum><text>A description of any collaboration betweenâ€"</text>

<subparagraph id="H01EA5FC79E76428E8CEC6E19264DE1B0"><enum>(A)</enum><text>the Center and the private sector, national laboratories, and academia; and</text></subparagraph>

<subparagraph id="HE3CB0BC20ED9444184110ADBE815CD09"><enum>(B)</enum><text>the Center and international allies and partners.</text></subparagraph></paragraph>

<paragraph id="H1BC56C5F6F1A45CC89B8A69CEF8F43AE"><enum>(5)</enum><text>The total number of military, contractor, and civilian personnel who are employed by the Center, assigned to the Center, and performing functions in support of the Center.</text></paragraph>

<paragraph id="HA73B63449E3042D1B3767403C8CB753E"><enum>(6)</enum><text>A description of the organizational structure and staffing of the Center.</text></paragraph>

<paragraph id="H38EFC3DF694C4CE494A68369788BB5AD"><enum>(7)</enum><text>A detailed description of the frameworks, metrics, and capabilities established to measure the effectiveness of the Center and the Centerâ€™s investments in the National Mission Initiatives and Component Mission Initiatives.</text></paragraph>

<paragraph id="HE5B981E9A62946D2BF976474D387DED1"><enum>(8)</enum><text>A description of any new policies, standards, or guidance relating to artificial intelligence that have been issued by the Chief Information Officer of the Department.</text></paragraph>

<paragraph id="H7D9B6A7791FF4E7D9EAC905C9B4E0105"><enum>(9)</enum><text>Identification of any ethical guidelines applicable to the use of artificial intelligence by the Department.</text></paragraph>

<paragraph id="H153E083300304D5B85F3E7935708E2C9"><enum>(10)</enum><text>A description of any steps taken by the Center to protect systems that use artificial intelligence from any attempts to misrepresent or alter information used or provided by artificial intelligence.</text></paragraph></subsection>

<subsection id="H1BB0E807AD4748D5AAD45DA9DD41DAF3"><enum>(c)</enum><header>Joint Artificial Intelligence Center defined</header><text>In this section, the term <quote>Joint Artificial Intelligence Center</quote> means the Joint Artificial Intelligence Center of the Department of Defense established pursuant to section 238 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2358 note).</text></subsection></section>

<section id="H8430439DB0C24BF7ADE42D29A1DCA262" section-type="subsequent-section"><enum>261.</enum><header>Quarterly updates on the Optionally Manned Fighting Vehicle program</header>

<subsection id="H2897F71743EC45958B72FBD15197682C"><enum>(a)</enum><header>In general</header><text>Beginning not later than December 1, 2019, and on a quarterly basis thereafter through October 1, 2022, the Assistant Secretary shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the progress of the Optionally Manned Fighting Vehicle program of the Army.</text></subsection>

<subsection id="H4485AFF0F06C466E9289D12E26D828B5"><enum>(b)</enum><header>Elements</header><text>Each briefing under subsection (a) shall include, with respect to the Optionally Manned Fighting Vehicle program, the following elements:</text>

<paragraph id="H5FE9BD14E3A24A178F2BA1C277FB8F5D"><enum>(1)</enum><text>An overview of funding for the program, including identification ofâ€"</text>

<subparagraph id="H1365B29BA2CD477F991CC3F3D2894681"><enum>(A)</enum><text>any obligations and expenditures that have been made under the program; and</text></subparagraph>

<subparagraph id="HF5462755552F4ADBA3A8CC8B72957D5E"><enum>(B)</enum><text>any obligations and expenditures that are planned for the program.</text></subparagraph></paragraph>

<paragraph id="H799825D1AA0C451B869DE37BC526B7CB"><enum>(2)</enum><text>An overview of the program schedule.</text></paragraph>

<paragraph id="H39379226F02E4AB5A936A30EFBC3CF36"><enum>(3)</enum><text>An assessment of the status of the program with respect toâ€"</text>

<subparagraph id="H70284C3B27444D9689CB06A9DADA4DC1"><enum>(A)</enum><text>the development and approval of technical requirements;</text></subparagraph>

<subparagraph id="H5709822225924B549FA8C218FB8E341C"><enum>(B)</enum><text>technological maturity;</text></subparagraph>

<subparagraph id="H0ADD3B509A614B799F22434EF90A8D75"><enum>(C)</enum><text>testing;</text></subparagraph>

<subparagraph id="HBA2264A6EA134B58805671F4CDD95F78"><enum>(D)</enum><text>delivery; and</text></subparagraph>

<subparagraph id="HF6491F233CE54DB9AAA86BE25B36724D"><enum>(E)</enum><text>program management.</text></subparagraph></paragraph>

<paragraph id="H7D99C693770A40959FE653311FC821C7"><enum>(4)</enum><text>Any other matters that the Assistant Secretary considers relevant to a full understanding of the status and plans of the program.</text></paragraph></subsection>

<subsection id="H7A848D4F1A744037AE835735E9073297"><enum>(c)</enum><header>Assistant Secretary defined</header><text display-inline="yes-display-inline">In this section, the term <quote>Assistant Secretary</quote> means the Assistant Secretary of the Army for Acquisition, Logistics, and Technology (or the designee of the Assistant Secretary), in consultation with the Commander of the Army Futures Command (or the designee of the Commander).</text></subsection></section>

<section id="H43E0CF7CCE9E4C2D846F7C79E5F0CE49" section-type="subsequent-section"><enum>262.</enum><header>National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions</header>

<subsection id="H9AE861CEDB954CB293F256E9FFEF4ECE"><enum>(a)</enum><header>Study required</header><text display-inline="yes-display-inline">The Secretary of Defense shall seek to enter into an agreement with the National Academies of Sciences, Engineering, and Medicine (referred to in this section as the <quote>National Academies</quote>) under which the National Academies will conduct a study on the status of defense research at covered institutions and the methods and means necessary to advance research capacity at covered institutions to comprehensively address the national security and defense needs of the United States.</text></subsection>

<subsection id="HE3D7E869B48245A48652158154205D86"><enum>(b)</enum><header>Designation</header><text>The study conducted under subsection (a) shall be known as the <quote>National Study on Defense Research At Historically Black Colleges and Universities and Other Minority Institutions</quote>.</text></subsection>

<subsection id="HBFA6F04FD575406792D7011CDC9473C6"><enum>(c)</enum><header>Elements</header><text>The study conducted under subsection (a) shall include an examination of each of the following:</text>

<paragraph id="HF58247A526F243B58250581B6E9DE24B"><enum>(1)</enum><text>The degree to which covered institutions are successful in competing for and executing Department of Defense contracts and grants for defense research.</text></paragraph>

<paragraph id="HE53FA5DB4D054795B19F18AC9CAA8E7E"><enum>(2)</enum><text>Best practices for advancing the capacity of covered institutions to compete for and conduct research programs related to national security and defense.</text></paragraph>

<paragraph id="H0674632B51B74DE68290A74FBFA52149"><enum>(3)</enum><text>The advancements and investments necessary to elevate covered institutions to R2 status or R1 status on the Carnegie Classification of Institutions of Higher Education, consistent with the criteria of the classification system.</text></paragraph>

<paragraph id="H2F6EF800D76246DC9CEB42FA01A9859E"><enum>(4)</enum><text>The facilities and infrastructure for defense-related research at covered institutions as compared to the facilities and infrastructure at institutions classified as R1 status on the Carnegie Classification of Institutions of Higher Education.</text></paragraph>

<paragraph id="H6AB61FF9C5B141D69B57EFBDF40EA58D"><enum>(5)</enum><text>Incentives to attract, recruit, and retain leading research faculty to covered institutions.</text></paragraph>

<paragraph id="HB6055AD920454264A895DE9220E0DB02"><enum>(6)</enum><text display-inline="yes-display-inline">Best practices of institutions classified as R1 status on the Carnegie Classification of Institutions of Higher Education, including best practices with respect toâ€"</text>

<subparagraph id="HB07C84F94D99404AA340C270860FE432"><enum>(A)</enum><text>the establishment of a distinct legal entity toâ€"</text>

<clause id="HE4FBF76FC737492E9CA3CD7DC80EB377"><enum>(i)</enum><text>enter into contracts or receive grants from the Department;</text></clause>

<clause id="H5125771ED9814AF795665CB77550BBCA"><enum>(ii)</enum><text>lay the groundwork for future research opportunities;</text></clause>

<clause id="H3FBEBD75BA5D47BF80C48FDBFFBE5282"><enum>(iii)</enum><text>develop research proposals;</text></clause>

<clause id="HD366F999D8B8446F84662841608430A4"><enum>(iv)</enum><text>engage with defense research funding organizations; and</text></clause>

<clause id="H9D0BC89E00E94E358C24EB303A108317"><enum>(v)</enum><text>execute the administration of grants; and</text></clause></subparagraph>

<subparagraph id="HA5E12FC47C504F10869C1070BA431384"><enum>(B)</enum><text>determining the type of legal entity, if any, to establish for the purposes described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H0CF2B08E8095483D94C9E6394BABF717"><enum>(7)</enum><text>The ability of covered institutions to develop, protect, and commercialize intellectual property created through defense-related research.</text></paragraph>

<paragraph id="HCCFECACF629C4909BAF3C5683177E865"><enum>(8)</enum><text>The total amount of defense research funding awarded to all institutions of higher education, including covered institutions, through contracts and grants for each of fiscal years 2010 through 2019 and, with respect to each such institutionâ€"</text>

<subparagraph id="HD5BF9F25E47F4197B1A9FAC3170060CD"><enum>(A)</enum><text>whether the institution established a distinct legal entity to enter into contracts or receive grants from the Department and, if so, the type of legal entity that was established;</text></subparagraph>

<subparagraph id="H04391C6591DA416F8E94FBBF9982EE36"><enum>(B)</enum><text>the total value of contracts and grants awarded to the institution of higher education for each of fiscal years 2010 through 2019;</text></subparagraph>

<subparagraph id="HBD613B8B9A964DEFA7A99FB904E44433"><enum>(C)</enum><text>the overhead rate of the institution of higher education for fiscal year 2019;</text></subparagraph>

<subparagraph id="H1212B9519F1F4FEE8E6ED1B68EE94E16"><enum>(D)</enum><text>the institutionâ€™s classification on the Carnegie Classification of Institutions of Higher Education; and</text></subparagraph>

<subparagraph id="HE9F0CC50DF9A41C29D48EEA33C04BF31"><enum>(E)</enum><text>whether the institution qualifies as a covered institution.</text></subparagraph></paragraph>

<paragraph id="HB8D8491EEFE742038B42AE12AB857151"><enum>(9)</enum><text>Recommendations for strengthening and enhancing the programs executed under section 2362 of title 10, United States Code.</text></paragraph>

<paragraph id="H7C31EB58F7854AF7A30A1C05AB0C636B"><enum>(10)</enum><text display-inline="yes-display-inline">Recommendations to enhance the capacity of covered institutions to transition research products into defense acquisition programs or commercialization. </text></paragraph>

<paragraph id="H330B9428975D479F9B0EB673E573AF7C"><enum>(11)</enum><text>Previous executive or legislative actions by the Federal Government to address imbalances in Federal research funding, including such programs as the Defense Established Program to Stimulate Competitive Research (commonly known as <quote>DEPSCoR</quote>).</text></paragraph>

<paragraph id="H2B403B53CA024D6C94EA1D02F7303AD7"><enum>(12)</enum><text>The effectiveness of the Department in attracting and retaining students specializing in science, technology, engineering, and mathematics fields from covered institutions for the Departmentâ€™s programs on emerging capabilities and technologies.</text></paragraph>

<paragraph id="H803D109BF5E0421D8EEC17C8D57F5952"><enum>(13)</enum><text display-inline="yes-display-inline">Recommendations for the development of incentives to encourage research and educational collaborations between covered institutions and other institutions of higher education.</text></paragraph>

<paragraph id="H849AE98CA4314758B97B5D1719336E6F"><enum>(14)</enum><text>Any other matters the Secretary of Defense determines to be relevant to advancing the defense research capacity of covered institutions.</text></paragraph></subsection>

<subsection id="HC02EE3F6957249639019663 24E83010F"><enum>(d)</enum><header>Reports</header>

<paragraph id="H80D0F4BC74E94E75B5D933B7F2C1598F"><enum>(1)</enum><header>Initial report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the President and the appropriate congressional committees an initial report that includesâ€"</text>

<subparagraph id="HFB3D3910394849D988AD3633BEECB6CD"><enum>(A)</enum><text>the findings of the study conducted under subsection (a); and</text></subparagraph>

<subparagraph id="H860F452B6AC94D88B92E696AFEBAAE20"><enum>(B)</enum><text>any recommendations that the National Academies may have for action by the executive branch

and Congress to improve the participation of covered institutions in Department of Defense research and any actions that may be carried out to expand the research capacity of such institutions.</text></subparagraph></paragraph>

<paragraph id="H7111325E241141CA8D469474249546EF"><enum>(2)</enum><header>Final report</header><text display-inline="yes-display-inline">Not later than December 31, 2021, the Secretary of Defense shall submit to the President and the appropriate congressional committees a comprehensive report on the results of the study required under subsection (a).</text></paragraph>

<paragraph id="H0FB61EC1DC2649D1B8C8127C433456BD"><enum>(3)</enum><header>Form of reports</header><text>Each report submitted under this subsection shall be made publicly available.</text></paragraph></subsection>

<subsection id="HAF86772FDE4B4B59BF7ADCD728510438"><enum>(e)</enum><header>Implementation required</header>

<paragraph id="H37BFC28042244977ABD4F14C620CDC94"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Except as provided in paragraph (2), not later than March 1, 2022, the Secretary of Defense shall commence implementation of each recommendation included in the final report submitted under subsection (d)(2).</text></paragraph>

<paragraph id="H5342D640902443A1AE67FCC2C424DFB3"><enum>(2)</enum><header>Exceptions</header>

<subparagraph id="H18548E4958B6486991745BFD175F9CA2"><enum>(A)</enum><header>Delayed implementation</header><text>The Secretary of Defense may commence implementation of a recommendation described paragraph (1) later than March 1, 2022, ifâ€"</text>

<clause id="H7466E02F711A485E83627C7237028191"><enum>(i)</enum><text>the Secretary submits to the congressional defense committees written notice of the intent of the Secretary to delay implementation of the recommendation; and</text></clause>

<clause id="H02D0CF90BA174E36807AE455D8FF42A6"><enum>(ii)</enum><text>includes, as part of such notice, a specific justification for the delay in implementing the recommendation.</text></clause></subparagraph>

<subparagraph id="H2CA5604BD3C84417AA70157AC11FC81C"><enum>(B)</enum><header>Nonimplementation</header><text>The Secretary of Defense may elect not to implement a recommendation described in paragraph (1), ifâ€"</text>

<clause id="H8363B142E35D45F786236AA06A4338A2"><enum>(i)</enum><text>the Secretary submits to the congressional defense committees written notice of the intent of the Secretary not to implement the recommendation; and</text></clause>

<clause id="H010CFD0CDF004A948D1E04FAD4CDE72D"><enum>(ii)</enum><text>includes, as part of such noticeâ€"</text>

<subclause id="H97A2E55D406142A4A6716BA2D36F229C"><enum>(I)</enum><text>the reasons for the Secretaryâ€™s decision not to implement the recommendation; and</text></subclause>

<subclause id="HADF7AFF0CCF54015B57831C58CDE6BA5"><enum>(II)</enum><text>a summary of alternative actions the Secretary will carry out to address the purposes underlying the recommendation.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="HBACD04F9307C45E18D45574EE3C48F47" commented="no"><enum>(3)</enum><header>Implementation plan</header><text>For each recommendation that the Secretary implements under this subsection, the Secretary shall submit to the congressional defense committees an implementation plan that includesâ€"</text>

<subparagraph id="H5C39D49EE7724DD0BDB1DB6766D33227" commented="no"><enum>(A)</enum><text>a summary of actions that have been, or will be, carried out to implement the recommendation; and</text></subparagraph>

<subparagraph id="H598DA4E39A764FFB9090C56517606B4A" commented="no"><enum>(B)</enum><text>a schedule, with specific milestones, for completing the implementation of the recommendation.</text></subparagraph></paragraph></subsection>

<subsection id="H86B6F521B98C422E99E02AB10F40E6F2"><enum>(f)</enum><header>List of covered institutions</header><text>The Secretary of Defense, in consultation with the Secretary of Education and the Presidents of the National Academies, shall make available a list identifying each covered institution examined as part of the study under subsection (a). The list shall be made available on a publicly accessible website and shall be updated not less frequently than once annually until the date on which the final report is submitted under subsection (d)(2).</text></subsection>

<subsection id="HD10C72C77D2D43B5A2401476F25C31F7"><enum>(g)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H866204ED291847C287201334F0963A56"><enum>(1)</enum><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="HE214313E09A44779B7DEFE1394EF13C7"><enum>(A)</enum><text>the congressional defense committees;</text></subparagraph>

<subparagraph id="H925956ADC1734036A086C2FABE78B448"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Health, Education, Labor, and Pensions of the Senate; and</text></subparagraph>

<subparagraph id="HDE4FC24C45D849F082BD19A0896D3D82"><enum>(C)</enum><text>the Committee on Education and Labor of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H93262846BC774F8E84E382ECF78E1222"><enum>(2)</enum><text>The term <quote>covered institution</quote> meansâ€"</text>

<subparagraph id="HA813FBD4190B4FDBB074B7A168AD3110"><enum>(A)</enum><text>a part B institution (as that term is defined in section 322(2) of the Higher Education Act of 1965 (20 U.S.C. 1061(2)); or</text></subparagraph>

<subparagraph id="H6F09280F4D654CF59621A3A9C0E5024B"><enum>(B)</enum><text>any other institution of higher education (as that term is defined in section 101 of such Act (20 U.S.C. 1001)) at which not less than 50 percent of the total student enrollment consists of students from ethnic groups that are underrepresented in the fields of science and engineering.</text></subparagraph></paragraph></subsection></section>

<section id="H8D6207A367A7464688518B1CC5DF5BD4"><enum>263.</enum><header>Study on national security emerging biotechnologies for the Department of Defense</header>

<subsection id="HE77792E8C8C048D597532FC684EA6815"><enum>(a)</enum><header>Study required</header>

<paragraph id="HC44CB864E534433385EB44677C8D695A"><enum>(1)</enum><header>In general</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall direct the Defense Science Board to carry out a study on emerging biotechnologies pertinent to national security.</text></paragraph>

<paragraph id="H67069DCD5C544B97AA7BD7113EE7D5CA"><enum>(2)</enum><header>Participation</header><text>Participants in the study shall include the following:</text>

<subparagraph id="H55A863CF02844FF3B14D23AD5357F1EE"><enum>(A)</enum><text>Such members of the Board as the Chairman of the Board considers appropriate for the study.</text></subparagraph>

<subparagraph id="H429343E38EBD4692BE595A399301C569"><enum>(B)</enum><text>Such additional temporary members or contracted support as the Secretaryâ€"</text>

<clause id="H219ACCB605C745999B046FD259B07945"><enum>(i)</enum><text>selects from those recommended by the Chairman for purposes of the study; and</text></clause>

<clause id="H68D80007E6B8478EBA17DE1E390B90C0"><enum>(ii)</enum><text>considers to have significant technical, policy, or military expertise.</text></clause></subparagraph></paragraph>

<paragraph id="HB6F1BF57763D4C6AB85F199B9101B68B"><enum>(3)</enum><header>Elements</header><text>The study conducted pursuant to paragraph (1) shall include the following:</text>

<subparagraph id="H7F4223D5FEC04907BC714C187D775479"><enum>(A)</enum><text>A review of the military understanding and relevancy of applications of emerging biotechnologies to national security requirements of the Department of Defense, includingâ€"</text>

<clause id="H3DDD40E4656D4927A7FBEF211579B699"><enum>(i)</enum><text>a review of all research and development relating to emerging biotechnologies within the Department of Defense, including areas that demand further priority and investment;</text></clause>

<clause id="H287A692497F84D409E764EC4055A927C"><enum>(ii)</enum><text>a review of interagency cooperation and collaboration on research and development relating to emerging biotechnologies betweenâ€"</text>

<subclause id="HA048A3636CF147F6B6B0D3DD7A5CF838"><enum>(I)</enum><text>the Department;</text></subclause>

<subclause id="H88F4F03012DC49B2903675045B107AE8"><enum>(II)</enum><text>other departments and agencies in the Federal Government; and</text></subclause>

<subclause id="HBF90A8A029E24F0A970A7110370F0095"><enum>(III)</enum><text>appropriate private sector entities that are involved in research and development relating to emerging biotechnologies;</text></subclause></clause>

<clause id="H6290A19B9F2A47FFBCB0D1EB5C5F9FB5"><enum>(iii)</enum><text>an assessment of current biotechnology research in the commercial sector, institutions of higher education, the intelligence community, and civilian agencies of the Federal Government relevant to critical Department of Defense applications of this research;</text></clause>

<clause id="H6BBE80982C424970AEFDBBE9F1185D32"><enum>(iv)</enum><text>an assessment of the potential national security risks of emerging biotechnologies, including risks relating to foreign powers advancing their use of emerging biotechnologies for military applications and other purposes faster than the Department; and</text></clause>

<clause id="HDB0008A053BE4E7998264610995D733F"><enum>(v)</enum><text>an assessment of the knowledge base of the Department with respect to emerging biotechnologies, including scientific expertise and infrastructure in the Department and the capacity of the Department to integrate emerging biotechnologies into its operational concepts, capabilities, and forces.</text></clause></subparagraph>

<subparagraph id="H59BE8BACC41E400B9E77658449DF9BF3"><enum>(B)</enum><text>An assessment of the technical basis within the Department used to inform the intelligence community of the Departmentâ€™s collection and analysis needs relating to emerging biotechnologies.</text></subparagraph>

<subparagraph id="H998F09BC6B3B4D69962C1D35B02C07CD"><enum>(C)</enum><text>Development of a recommendation on a definition of emerging biotechnologies, as appropriate for the Department.</text></subparagraph>

<subparagraph id="H7A9A474BD0AD48F2AE1F954000FA1E92"><enum>(D)</enum><text>Development of such recommendations as the Board may have for legislative or administrative action relating to national security emerging biotechnologies for the Department.</text></subparagraph></paragraph>

<paragraph id="HAE8E5BAEA00041B7B4EFCB25B08A8388"><enum>(4)</enum><header>Access to information</header><text>The Secretary shall provide the Board with timely access to appropriate information, data, resources, and analysis so that the Board may conduct a thorough and independent analysis as required under this section.</text></paragraph>

<paragraph id="HA6D6384EF32E41B490FB6EDCE0ABD6BB"><enum>(5)</enum><header>Report</header>

<subparagraph commented="no" display-inline="yes-display-inline" id="H0A956D2C0B3341938A24FD68859CF225"><enum>(A)</enum><text>Not later than one year after the date on which the Secretary directs the Board to conduct the study pursuant to paragraph (1), the Board shall transmit to the Secretary a final report on the study.</text></subparagraph>

<subparagraph id="H176493671754434 88D6503078A889753" indent="up1"><enum>(B)</enum><text>Not later than 30 days after the date on which the Secretary receives the final report under subparagraph (A), the Secretary shall submit to the congressional defense committees such report and such comments as the Secretary

considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="HA12C2692C347486A8A4A65692B4651BF"><enum>(b)</enum><header>Briefing required</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall provide the congressional defense committees a briefing on potential national security risks of emerging biotechnologies, including risks relating to foreign powers advancing their use of emerging biotechnologies for military applications and other purposes faster than the Department.</text></subsection></section>

<section id="H86B91BE5F5DD4B6FA9DBAB54345B28AF"><enum>264.</enum><header>Independent study on optimizing resources allocated to Combating Terrorism Technical Support Office</header>

<subsection id="H28543E68D3A7451298EF8D8B55A8504C"><enum>(a)</enum><header>Independent study</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center under which the center will conduct a study on the optimal use of resources allocated to the Combating Terrorism Technical Support Office.</text></subsection>

<subsection id="H61E5202CCC244080A7C4722A104F1DDA"><enum>(b)</enum><header>Elements of study</header><text>In carrying out the study referred to in subsection (a), the federally funded research and development center with which the Secretary enters into a contract under such subsection shallâ€"</text>

<paragraph id="HE95D94AE1CF543C1BFD482D12A2A6F4A"><enum>(1)</enum><text>evaluate the current mission and organization of the Combating Terrorism Technical Support Office and its relation to the objectives outlined in the National Defense Strategy;</text></paragraph>

<paragraph id="H777476090E4B45BB856A588518039080"><enum>(2)</enum><text>assess the extent to which the activities of the Combating Terrorism Technical Support Office are complementary to and coordinated with other relevant activities by other Department of Defense entities, including activities of the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment, United States Special Operations Command, and the military departments; and</text></paragraph>

<paragraph id="H3B4CD67AF8F849988B12A71EE4B4FED6"><enum>(3)</enum><text>identify opportunities to improve the efficiency and effectiveness of the Combating Terrorism Technical Support Office, including through increased coordination, realignment, or consolidation with other entities of the Department of Defense, if appropriate.</text></paragraph></subsection>

<subsection id="HEA3385A2E21844628E7B088F82F65CA3"><enum>(c)</enum><header>Submission to Department of Defense</header><text>Not later than 180 days after the date of the enactment of this Act, the federally funded research and development center that conducts the study under subsection (a) shall submit to the Secretary of Defense a report on the results of the study in both classified and unclassified form.</text></subsection>

<subsection id="HC87F27D26CCF478CA302C09C4E3DCDD9"><enum>(d)</enum><header>Submission to Congress</header><text>Not later than 30 days after the date on which the Secretary of Defense receives the report under subsection (c), the Secretary shall submit to the congressional defense committees an unaltered copy of the report in both classified and unclassified form, and such comments as the Secretary may have with respect to the report.</text></subsection></section>

<section id="HE85321F01D704478A339F8E97208BCD8"><enum>265.</enum><header>Independent assessment of electronic warfare plans and programs</header>

<subsection id="H15FCD92F3DFD401A9ECB3E35B7520460"><enum>(a)</enum><header>Assessment</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act and pursuant to the arrangement entered into under section 222, the Secretary of Defense shall seek to engage the private scientific advisory group known as <quote>JASON</quote> to carry out an independent assessment of electronic warfare plans and programs.</text></subsection>

<subsection

id="HD7974D1267D44B7883B35099A841AC9E"><enum>(b)</enum><header>Elements</header><text>In carrying out the assessment under subsection (a), JASON shallâ€"</text>

<paragraph id="H14AC62AF431D4C0BA2F6E6503B20A883"><enum>(1)</enum><text display-inline="yes-display-inline">assess the strategies, programs, order of battle, and doctrine of the Department of Defense related to the electronic warfare mission area and electromagnetic spectrum operations;</text></paragraph>

<paragraph id="HA151CBF2A95B432F988AEEF9B1B1EE47"><enum>(2)</enum><text display-inline="yes-display-inline">assess the strategies, programs, order of battle, and doctrine of potential adversaries, such as China, Iran, and the Russian Federation, related to the such mission area and operations;</text></paragraph>

<paragraph id="HBCEDEF6BBD354719AC8658A15EE485B7"><enum>(3)</enum><text display-inline="yes-display-inline">develop recommendations for improvements to the strategies, programs, and doctrine of the Department of Defense in order to enable the United States to achieve and maintain superiority in the electromagnetic spectrum in future conflicts; and</text></paragraph>

<paragraph id="HFF72CD5C5E564176815BA61EC29C06A0"><enum>(4)</enum><text>develop recommendations for the Secretary of Defense, Congress, and such other Federal entities as JASON considers appropriate, including recommendations forâ€"</text>

<subparagraph id="H0BBD53C56DFB438C843E000E6832C419"><enum>(A)</enum><text display-inline="yes-display-inline">closing technical, policy, or resource gaps;</text></subparagraph>

<subparagraph id="HF55ED8568A9E4A3F89A365F6F4673FBB"><enum>(B)</enum><text display-inline="yes-display-inline">improving cooperation and appropriate integration within the Department of Defense entities;</text></subparagraph>

<subparagraph id="H0BE74AC8111349B487F9E3837A8A8C77"><enum>(C)</enum><text display-inline="yes-display-inline">improving cooperation between the United States and other countries and international organizations as appropriate; and</text></subparagraph>

<subparagraph id="HCA0262CCE0E3465981F14C958F5C6CE2"><enum>(D)</enum><text display-inline="yes-display-inline">such other important matters identified by JASON that are directly relevant to the strategies of the Department of Defense described in paragraph (3).</text></subparagraph></paragraph></subsection>

<subsection id="H6B40F4EF62C94BB581F56C4943509F2A"><enum>(c)</enum><header>Liaisons</header><text>The Secretary of Defense shall appoint appropriate liaisons to JASON to support the timely conduct of the services covered by this section.</text></subsection>

<subsection id="H66A7C4FAD2DA4993833E7624A82B8F30"><enum>(d)</enum><header>Materials</header><text>The Secretary of Defense shall provide access to JASON to materials relevant to the services covered by this section, consistent with the protection of sources and methods and other critically sensitive information.</text></subsection>

<subsection id="H9A4D096053F94120BC815470ABFCE679"><enum>(e)</enum><header>Clearances</header><text>The Secretary of Defense shall ensure that appropriate members and staff of JASON have the necessary clearances, obtained in an expedited manner, to conduct the services covered by this section.</text></subsection>

<subsection id="HD66046DB32824F00B2B2B1D731B4FA83"><enum>(f)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the results of the assessment carried out under subsection (a), includingâ€"</text>

<paragraph id="H2B60C4BC3BA8480F9F86D69A2D255D24"><enum>(1)</enum><text>the results of the assessment with respect to each element described in subsection (b);</text></paragraph>

<paragraph id="H03B69733AF7F4ECAAC3272A12FF1B903"><enum>(2)</enum><text>the recommendations developed by JASON pursuant to such subsection.</text></paragraph></subsection>

<subsection id="HA90E0CEB2CF74F40A138B98BAC9BECDC"><enum>(g)</enum><header>Relationship to other law</header><text display-inline="yes-display-inline">The assessment required under subsection (a) is separate and independent from the assessment described in section 255 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1705) and shall be carried out without regard to any agreement entered into under that section or the results of any assessment conducted pursuant to such agreement.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H32A349B36F9C43B3AB88C6C2BC14F418" section-type="subsequent-section"><enum>266.</enum><header display-inline="yes-display-inline">Technical correction to Global Research Watch Program</header><text display-inline="no-display-inline">Section 2365 of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HDCC4290F79204BBE99865A299B408C92"><enum>(1)</enum><text display-inline="yes-display-inline">in subsections (a) and (d)(2), by striking <quote>Assistant Secretary of Defense for Research and Engineering</quote> both places it appears and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4A764AB7F244ED6B86D154823D5390D"><enum>(2)</enum><text display-inline="yes-display-inline">in subsections (d)(3) and (e), by striking <quote>Assistant Secretary</quote> both places it appears and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H94FFE1895EC041F7B5E988E14B5B7479"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (d), by striking <quote>Assistant Secretary</quote> both places it appears and inserting <quote>Under Secretary</quote>.</text></paragraph></section></subtitle></title>

<title id="HE2E1251CF19343E59B0906CD76A34F6C"><enum>III</enum><header>Operation and Maintenance</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HE2E1251CF19343E59B0906CD76A34F6C" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H05A02CD7A2EE40109D174ACD337B5D2F" level="subtitle">Subtitle Aâ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="HD7D91DC4C7D04A75ADFC8E7B6CC1A0F7" level="section">Sec.â€,301.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA613675527DF457182A6DFDB9FCC3615" level="subtitle">Subtitle Bâ€"Energy and Environment</toc-entry>

<toc-entry idref="HC26F6C8DD5AB4E24B7D60A70DB29DBC0" level="section">Sec.â€,311.â€,Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness.</toc-entry>

<toc-entry idref="H655569A7E3A849E9806B43463276E8D6" level="section">Sec.â€,312.â€,Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness.</toc-entry>

<toc-entry idref="HACF7CB35B1E94A99A8BDB07CFB0A578B" level="section">Sec.â€,313.â€,Use of proceeds from sale of recyclable materials.</toc-entry>

<toc-entry idref="H5F782346649B4B2396F265896C5F3765" level="section">Sec.â€,314.â€,Disposal of recyclable materials.</toc-entry>

<toc-entry idref="HD4A8DA25C449485C92244766297D41BA" level="section">Sec.â€,315.â€,Department of Defense improvement of previously conveyed utility systems serving military installations.</toc-entry>

<toc-entry idref="H1310446E9264499395201B9B3DCE9E0D" level="section">Sec.â€,316.â€,Modification of Department of Defense environmental

restoration authorities to include Federal Government facilities used by National Guard.</toc-entry>

<toc-entry idref="H5FD03F0388474239AFCAED9B80DE9D34" level="section">Sec.â€,317.â€,Use of operational energy cost savings of Department of Defense.</toc-entry>

<toc-entry idref="H3C961CAF28B64F7997FB6AC90362DB5C" level="section">Sec.â€,318.â€,Sale of electricity from alternate energy and cogeneration production facilities.</toc-entry>

<toc-entry idref="H7D6E849BC33E494CB418E3500D6FD61C" level="section">Sec.â€,319.â€,Energy resilience programs and activities.</toc-entry>

<toc-entry idref="H7FB0220BCC2543648D4A696AEC44AAD7" level="section">Sec.â€,320.â€,Technical and grammatical corrections and repeal of obsolete provisions relating to energy.</toc-entry>

<toc-entry idref="H9CF3FB5793FB47908248FC3FCB87360A" level="section">Sec.â€,321.â€,Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry.</toc-entry>

<toc-entry idref="H4D43FF07C9B4417E8BDFC453B52212D5" level="section">Sec.â€,322.â€,Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent.</toc-entry>

<toc-entry idref="HDD1B01567233429281502FE09BB20AC7" level="section">Sec.â€,323.â€,Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations.</toc-entry>

<toc-entry idref="H019312B9E5F64835BA18CC7880F7DE7F" level="section">Sec.â€,324.â€,Prohibition on use of fluorinated aqueous film forming foam for training exercises.</toc-entry>

<toc-entry idref="H5D05D8DE210F4C61B0D63ACB1AA5089E" level="section">Sec.â€,325.â€,Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate.</toc-entry>

<toc-entry idref="H8F848264AC484B9D91E6A83FA05688D6" level="section">Sec.â€,326.â€,Development of extreme weather vulnerability and risk assessment tool.</toc-entry>

<toc-entry idref="HD461B5FBCF94498FA0DFF42C65A08193" level="section">Sec.â€,327.â€,Removal of barriers that discourage investments to increase military installation resilience.</toc-entry>

<toc-entry idref="H2805DB404B814B96B297A15E6D7FD3EA" level="section">Sec.â€,328.â€,Budgeting of Department of Defense relating to extreme weather.</toc-entry>

<toc-entry idref="H8A3CEA251AF74FB1B2E67F19BB604F8C" level="section">Sec.â€,329.â€,Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging.</toc-entry>

<toc-entry idref="H2595B47D5A114025BA8F31E243E0E5C3" level="section">Sec.â€,330.â€,Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming foam.</toc-entry>

<toc-entry idref="HC5DD454C4D0C436D9FCB2E76A03F8A22" level="section">Sec.â€,331.â€,Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern.</toc-entry>

<toc-entry idref="H8487C1FF730E417F96859C3AFEFF5919" level="section">Sec.â€,332.â€,Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="H1106BF4720CD40D58A607274BE7CA4E0" level="section">Sec.â€,333.â€,Plan to phase out use of burn pits.</toc-entry>

<toc-entry idref="H5D42EB4DC85B4D09A3C4D9F3D0E53CFD" level="section">Sec.â€,334.â€,Information relating to locations of burn pit use.</toc-

entry>

<toc-entry idref="HCF79632CF0E9440BBAC51FEB8FAEA284" level="section">Sec.â€,335.â€,Data quality review of radium testing conducted at certain locations of the Department of the Navy.</toc-entry>

<toc-entry idref="H7A502C7BF13F46F99633EE5405C60E19" level="section">Sec.â€,336.â€,Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota.</toc-entry>

<toc-entry idref="H8306AF43025C4CB8A34B174BBD7CBC94" level="section">Sec.â€,337.â€,Pilot program for availability of working-capital funds for increased combat capability through energy optimization.</toc-entry>

<toc-entry idref="H0048830F852349CFA1D1A1992539295A" level="section">Sec.â€,338.â€,Report on efforts to reduce high energy intensity at military installations.</toc-entry>

<toc-entry idref="H70146F010EA04AA897D5D060A45DABDB" level="subtitle">Subtitle Câ€"Treatment of Contaminated Water Near Military Installations</toc-entry>

<toc-entry idref="H5BA4D3D9FCA7486BAA3B5ABF0D85F7CD" level="section">Sec.â€,341.â€,Short title.</toc-entry>

<toc-entry idref="HFE00354E68074FD5A068201E500ECCF8" level="section">Sec.â€,342.â€,Definitions.</toc-entry>

<toc-entry idref="H8463650D8DCE4C898C41251FE3A9430A" level="section">Sec.â€,343.â€,Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes.</toc-entry>

<toc-entry idref="H3B9D849C95EC4DECA02C8D0A6AF8468A" level="section">Sec.â€,344.â€,Acquisition of real property by Air Force.</toc-entry>

<toc-entry idref="H78A33297694C445F83134C8F097EA7EF" level="section">Sec.â€,345.â€,Remediation plan.</toc-entry>

<toc-entry idref="H4BBC505F4A0441BBBA6B56DBF7E148EC" level="subtitle">Subtitle Dâ€"Logistics and Sustainment</toc-entry>

<toc-entry idref="H268D530F4DDD44B0A69C7A5208B5356F" level="section">Sec.â€,351.â€,Materiel readiness metrics and objectives.</toc-entry>

<toc-entry idref="H8BFD398FA08B4388B469AA7C17D67420" level="section">Sec.â€,352.â€,Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities.</toc-entry>

<toc-entry idref="H565D9F3E1D544EDAA883EB73632912E9" level="section">Sec.â€,353.â€,Modification to limitation on length of overseas forward deployment of naval vessels.</toc-entry>

<toc-entry idref="H87EEE231591F4975B1FCC302BA7AA444" level="section">Sec.â€,354.â€,Extension of temporary installation reutilization authority for arsenals, depots, and plants.</toc-entry>

<toc-entry idref="H4A6D95FFE121422495BFCA77F4AD07CD" level="section">Sec.â€,355.â€,Fâ€"35 Joint Strike Fighter sustainment.</toc-entry>

<toc-entry idref="H76293D5404894419B87923D1F9CCADCC" level="section">Sec.â€,356.â€,Report on strategic policy for prepositioned materiel and equipment.</toc-entry>

<toc-entry idref="H5D2ABB79E47D4D9786711AB6BDAFD9E7" level="section">Sec.â€,357.â€,Pilot program to train skilled technicians in critical shipbuilding skills.</toc-entry>

<toc-entry idref="H14D65977F79C47F0AEB6A432837D1713" level="section">Sec.â€,358.â€,Requirement for military department inter-service depot maintenance.</toc-entry>

<toc-entry idref="HD1935972E37343E9BD67BB1E38BFB7F2"

level="section">Sec.â€‚359.â€‚Strategy to improve infrastructure of certain depots of the Department of Defense.</toc-entry>

<toc-entry idref="H3307DCCAFB5146B59359B1A615E659ED" level="subtitle">Subtitle Eâ€"Reports</toc-entry>

<toc-entry idref="H7EB10842648B48669F7A1A85F85BA33A" level="section">Sec.â€‚361.â€‚Readiness reporting.</toc-entry>

<toc-entry idref="HFAEE702823014B02969B0567EC7B4902" level="section">Sec.â€‚362.â€‚Technical correction to deadline for transition to Defense Readiness Reporting System Strategic.</toc-entry>

<toc-entry idref="HEB4EF347AA914BCB94BAE7669367A247" level="section">Sec.â€‚363.â€‚Report on Navy ship depot maintenance budget.</toc-entry>

<toc-entry idref="H64FBBA345FA04297AAE0CD880BE481CB" level="section">Sec.â€‚364.â€‚Report on Runit Dome.</toc-entry>

<toc-entry idref="H4A335F28FCA44A9491D7DC1378037442" level="section">Sec.â€‚365.â€‚Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units.</toc-entry>

<toc-entry idref="H33F3753E99D346AE8F7F09FA64EB9906" level="section">Sec.â€‚366.â€‚Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense.</toc-entry>

<toc-entry idref="HD748A1DFBBC24F5381DB18DA2E4A7E08" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HCDAEF26E548644D09F3E84AAD5F5DE0A" level="section">Sec.â€‚371.â€‚Prevention of encroachment on military training routes and military operations areas.</toc-entry>

<toc-entry idref="HA3926C5DD82D47B998A918D57CD6ACE3" level="section">Sec.â€‚372.â€‚Expansion and enhancement of authorities on transfer and adoption of military animals.</toc-entry>

<toc-entry idref="H4629760C93C9497EB4AFD057906349B0" level="section">Sec.â€‚373.â€‚Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities.</toc-entry>

<toc-entry idref="HB06442574BD049DF97959281B5F96601" level="section">Sec.â€‚374.â€‚Extension of authority of Secretary of Transportation to issue non-premium aviation insurance.</toc-entry>

<toc-entry idref="HD638DD8B6F084849905BA7ADC32035F1" level="section">Sec.â€‚375.â€‚Defense personal property program.</toc-entry>

<toc-entry idref="HB4AD1778FBF34112B8E917773CD0E26D" level="section">Sec.â€‚376.â€‚Public events about Red Hill Bulk Fuel Storage Facility.</toc-entry>

<toc-entry idref="HA619F78FD624458F966F316225385100" level="section">Sec.â€‚377.â€‚Sense of Congress regarding Innovative Readiness Training program.</toc-entry>

<toc-entry idref="H708F42274763459095C0E3EF5C4685D9" level="section">Sec.â€‚378.â€‚Detonation chambers for explosive ordnance disposal.</toc-entry></toc>

<subtitle id="H05A02CD7A2EE40109D174ACD337B5D2F"><enum>A</enum><header>Authorization of Appropriations</header>

<section id="HD7D91DC4C7D04A75ADFC8E7B6CC1A0F7" section-type="subsequent-section"><enum>301.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4301.</text></section></subtitle>

<subtitle id="HA613675527DF457182A6DFDB9FCC3615"><enum>B</enum><header>Energy and Environment</header>

<section id="HC26F6C8DD5AB4E24B7D60A70DB29DBC0"><enum>311.</enum><header>Timeline for Clearinghouse review of applications for energy projects that may have an adverse impact on military operations and readiness</header><text display-inline="no-display-inline">Section 183a(c)(1) of title 10, United States Code, is amended by striking <quote>60 days</quote> and inserting <quote>75 days</quote>. </text></section>

<section id="H655569A7E3A849E9806B43463276E8D6"><enum>312.</enum><header>Authority to accept contributions of funds from applicants for energy projects for mitigation of impacts on military operations and readiness</header><text display-inline="no-display-inline">Section 183a(f) of title 10, United States Code, is amended by striking <quote>for a project filed with the Secretary of Transportation pursuant to section 44718 of title 49</quote> and inserting <quote>for an energy project</quote>. </text></section>

<section id="HACF7CB35B1E94A99A8BDB07CFB0A578B"><enum>313.</enum><header>Use of proceeds from sale of recyclable materials</header><text display-inline="no-display-inline">Section 2577(c) of title 10, United States Code, is amended by striking <quote>$2,000,000</quote> and inserting <quote>$10,000,000</quote>. </text></section>

<section id="H5F782346649B4B2396F265896C5F3765"><enum>314.</enum><header>Disposal of recyclable materials</header><text display-inline="no-display-inline">Section 2577(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H363E361CE4524862BD78399F208EE922" display-inline="no-display-inline">

<paragraph id="HA5C0B21BABEC4D7BAA200504BCC997B4" display-inline="no-display-inline" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">In this section, the term <quote>recyclable materials</quote> may include any quality recyclable material provided to the Department by a State or local government entity, if such material is authorized by the Office of the Secretary of Defense and identified in the regulations prescribed under paragraph (1).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HD4A8DA25C449485C92244766297D41BA"><enum>315.</enum><header>Department of Defense improvement of previously conveyed utility systems serving military installations</header><text display-inline="no-display-inline">Section 2688 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H6109ACA82F32492D909AB160779C9453"><enum>(1)</enum><text>by redesignating subsection (k) as subsection (l); and</text></paragraph>

<paragraph id="H5CB6BB3D4E5D4F6A9B9BD06CB1C3CBF3"><enum>(2)</enum><text>by inserting after subsection (j) the following new subsection (k):</text>

<quoted-block style="USC" id="HD97E7F21649345A184F9018F7906DAD2" display-inline="no-display-inline">

<subsection id="HA0471CE4F6CB460792B92BAA8C7B29F6"><enum>(k)</enum><header>Improvement of conveyed utility systems</header><text display-inline="yes-display-inline">In the case of a utility system that is conveyed under this section and that only provides utility services to a military installation, the Secretary concerned may use amounts authorized to be appropriated for military construction to improve the reliability, resilience, efficiency, physical security, or cybersecurity of the utility system.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H1310446E9264499395201B9B3DCE9E0D" section-type="subsequent-section"><enum>316.</enum><header>Modification of Department of Defense environmental restoration authorities to include Federal Government facilities used by National Guard</header>

<subsection id="H72229DE3E21A497A8174D46D1AC12D36"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2707 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H771081B269BF4A4E830156550E727EF6" display-inline="no-display-inline">

<subsection id="H8279CE7E855D4D71B579BC8E09F4B989"><enum>(e)</enum><header>Authority for National Guard projects</header><text display-inline="yes-display-inline">Notwithstanding subsection (a) of this section and section 2701(c)(1) of this title, the Secretary concerned may use funds described in subsection (c) to carry out an environmental restoration project at a facility in response to perfluorooctanoic acid or perfluorooctane sulfonate contamination under this chapter or CERCLA.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5F9DDF92437743AD9A593A38830A7BED"><enum>(b)</enum><header display-inline="yes-display-inline">Definition of facility</header><text display-inline="yes-display-inline">Section 2700(2) of such title is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE595C190883849B4A452C25F82083FC6"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>The terms</quote> and inserting <quote>(A) The terms</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H194BDF69939E4B53A4C1DDBCC82BD8CA"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HCCEC4E2992A1494F91909F0E79065A8E" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H270395A4A22443068CCA1180A4B0990C" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The term <term>facility</term> includes real property that is owned by, leased to, or otherwise possessed by the United States at locations at which military activities are conducted under this title or title 32 (including real property owned or leased by the Federal Government that is licensed to and operated by a State for training for the National Guard).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2136286A43924C0FB181D12547186840"><enum>(c)</enum><header display-inline="yes-display-inline">Inclusion of pollutants and contaminants in environmental response actions</header><text display-inline="yes-display-inline">Section 2701(c) of such title is amended by inserting <quote>or pollutants or contaminants</quote> after <quote>hazardous substances</quote> each place it appears.</text></subsection>

<subsection id="HC9D38FD729244E6692486E780891813B"><enum>(d)</enum><header>Savings clause</header><text display-inline="yes-display-inline">Nothing in this section, or the amendments made by this section, shall affect any requirement or authority under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H5FD03F0388474239AFCAED9B80DE9D34" section-type="subsequent-section"><enum>317.</enum><header display-inline="yes-display-inline">Use of operational energy cost savings of Department of Defense</header><text display-inline="no-display-inline">Section 2912 of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB77756D0B4014C28A921ADD830B169C3"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a), by striking <quote>subsection (b)</quote> and inserting <quote>subsection (b) or (c), as the case may be,</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC9B91A0EF5C34DCCBED8100FFDB23444"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b), in the matter preceding paragraph (1), by striking <quote>The Secretary of Defense</quote> and inserting <quote>Except as provided in subsection (c) with respect to operational energy cost savings, the Secretary of Defense</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1FC74B95F6D94706A3AE5FF7575146D8"><enum>(3)</enum><text display-inline="yes-display-inline">by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3CA60AAB50BF4AC39515DB181B411BE9"><enum>(4)</enum><text display-inline="yes-display-inline">by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block display-inline="no-display-inline" id="HA2C50001DE4E40148FD83B43C6B1FA19" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HFA2B33F7D3BD4A11810E4314FDC83C3C"><enum>(c)</enum><header display-inline="yes-display-inline">Use of operational energy cost savings</header><text display-inline="yes-display-inline">The amount that remains available for obligation under subsection (a) that relates to operational energy cost savings realized by the Department shall be used for the implementation of additional operational energy resilience, efficiencies, mission assurance, energy conservation, or energy security within the department, agency, or instrumentality that realized that savings.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H3C961CAF28B64F7997FB6AC90362DB5C"><enum>318.</enum><header>Sale of electricity from alternate energy and cogeneration production facilities</header><text display-inline="no-display-inline">Section 2916(b)(3)(B) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HC66FB24CC5804930AB0A26CB1252220E"><enum>(1)</enum><text>by striking <quote>shall be available</quote> and all that follows and inserting <quote>shall be provided directly to the commander of the military installation in which the geothermal energy resource is located to be used forâ€"</quote>; and</text></paragraph>

<paragraph id="H3224B6E2D6804B0AB28916474F21B5E8"><enum>(2)</enum><text>by adding at the end the following new clauses:</text>

<quoted-block style="USC" id="H7F04A0CC48E0472B91D80DBC4180B412" display-inline="no-display-inline">

<clause id="H69FCB18CBF624A5D9E02D640BA463333" indent="up1"><enum>(i)</enum><text display-inline="yes-display-inline">military construction projects described in paragraph (2) that benefit the military installation where the geothermal energy resource is located; or</text></clause>

<clause id="HF78651EA822C42E19A93A7CA4B95E651" indent="up1"><enum>(ii)</enum><text>energy or water security projects thatâ€"</text>

<subclause id="HE448392EC7D24B3F9AE3B71358741AF3"><enum>(I)</enum><text>benefit the military installation where the geothermal energy resource is located;</text></subclause>

<subclause id="H40522BB4AD48465290587E100AD252CC"><enum>(II)</enum><text>the commander of the military installation determines are necessary; and</text></subclause>

<subclause id="HCB8F15E7823B4442B1AFD4B539B685BD"><enum>(III)</enum><text>are directly coordinated with local area energy or groundwater governing authorities.</text></subclause></clause><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H7D6E849BC33E494CB418E3500D6FD61C" section-type="subsequent-section"><enum>319.</enum><header display-inline="yes-display-inline">Energy resilience programs and activities</header>

<subsection commented="no" display-inline="no-display-inline" id="HA730E797908C49E580E6D7BC0DAE2CCE"><enum>(a)</enum><header display-inline="yes-display-inline">Modification of annual energy management and resilience report</header><text display-inline="yes-display-inline">Section 2925(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H27B6FF26014A49BC9E241228FC0BD2A6"><enum>(1)</enum><text display-inline="yes-display-inline">in the subsection heading, by inserting <quote><header-in-text level="subsection" style="USC">and readiness</header-in-text></quote> after <quote><header-in-text level="subsection" style="USC">mission assurance</header-in-text></quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4DB77167B734829929627AD305CF72B"><enum>(2)</enum><text display-inline="yes-display-inline">in the matter preceding paragraph (1), by inserting <quote>The Secretary shall ensure that mission operators of critical facilities provide to personnel of military installations any information necessary for the completion of such report.</quote> after <quote>by the Secretary.</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFE6738935E7A4D2BA1685E6A3A492EBD"><enum>(3)</enum><text display-inline="yes-display-inline">in paragraph (4), in the matter preceding subparagraph (A), by striking <quote>megawatts</quote> and inserting <quote>electric and thermal loads</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0BE7C6567FD549B5B94E4CADCC56F6E2"><enum>(4)</enum><text display-inline="yes-display-inline">in paragraph (5), by striking <quote>megawatts</quote> and inserting <quote>electric and thermal loads</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H27D882F2FF344E03BFF0ED0883DF9C6E"><enum>(b)</enum><header display-inline="yes-display-inline">Funding for energy program offices</header>

<paragraph commented="no" display-inline="no-display-inline" id="HA55E846C5F544561B24EB54C696550A7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretaries of the military departments shall submit to the congressional defense committees a report stating whether the program offices specified in paragraph (2) are fundedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H68F02211CFEF407E9F709DE011D483C2"><enum>(A)</enum><text display-inline="yes-display-inline">at proper levels to ensure that the energy resilience requirements of the Department of Defense are met; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H97100B139AC445B5B65983D5F835FDC4"><enum>(B)</enum><text display-inline="yes-display-inline">at levels that are not less than in any previous fiscal year.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H148E09F9E63648CE9763200CC9AE897F"><enum>(2)</enum><header display-inline="yes-display-inline">Program offices specified</header><text display-inline="yes-display-inline">The program offices specified in this paragraph are the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC79DFC5D84BB42DFA1A05E721BAFB210"><enum>(A)</enum><text display-inline="yes-display-inline">The Power Reliability Enhancement Program of the Army.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D45C8BF5C0F43489C7B98F0350AD86A"><enum>(B)</enum><text display-inline="yes-display-inline">The Office of Energy Initiatives of the Army.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H749A445B33A6475A90B30F80756CF7DF"><enum>(C)</enum><text display-inline="yes-display-inline">The Office of Energy Assurance of the Air Force.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3DFE23F11C4B4C31B4129257E97013AE"><enum>(D)</enum><text display-inline="yes-display-inline">The Resilient Energy Program Office of the Navy.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H55A677E533F1484F9D19AD70138AEC0A"><enum>(3)</enum><header display-inline="yes-

display-inline">Funding plan</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H483FCF16927B4CCFADD67A1D61904CE1"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretaries of the military departments shall include in the report submitted under paragraph (1) a funding plan for the next five fiscal years beginning after the date of the enactment of this Act to ensure that funding levels are, at a minimum, maintained during that period.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC9B70597AE2B462BAA91CB49C440B4B1"><enum>(B)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The funding plan under subparagraph (A) shall include, for each fiscal year covered by the plan, an identification of the amounts to be used for the accomplishment of energy resilience goals and objectives.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBAFB2888A2A8469B84E220B7C307849C"><enum>(c)</enum><header display-inline="yes-display-inline">Establishment of targets for water use</header><text display-inline="yes-display-inline">The Secretary of Defense shall, where life-cycle cost-effective, improve water use efficiency and management by the Department of Defense, including storm water management, byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H68B7A9DD366B4A2FB5F8227CDBF7D8AC"><enum>(1)</enum><text display-inline="yes-display-inline">installing water meters and collecting and using water balance data of buildings and facilities to improve water conservation and management;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6FCA6D04F0A34FE5B7A89753065CEE87"><enum>(2)</enum><text display-inline="yes-display-inline">reducing industrial, landscaping, and agricultural water consumption in gallons by two percent annually through fiscal year 2030 relative to a baseline of such consumption by the Department in fiscal year 2010; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H14F3AF7FC75C411D86358621304661C3"><enum>(3)</enum><text display-inline="yes-display-inline">installing appropriate sustainable infrastructure features on installations of the Department to help with storm water and wastewater management.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H7FB0220BCC2543648D4A696AEC44AAD7" section-type="subsequent-section"><enum>320.</enum><header display-inline="yes-display-inline">Technical and grammatical corrections and repeal of obsolete provisions relating to energy</header>

<subsection commented="no" display-inline="no-display-inline" id="H2C92E5CF211847099DF08CA5C117606C"><enum>(a)</enum><header display-inline="yes-display-inline">Technical and grammatical corrections</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0FE04CBCBFDC494AB26C8A1A883F70F6"><enum>(1)</enum><header display-inline="yes-display-inline">Technical corrections</header><text display-inline="yes-display-inline">Title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4E7D7564C6AA40FAA71045BD0C3F53DD"><enum>(A)</enum><text display-inline="yes-display-inline">in section 2913(c), by striking <quote>government</quote> and inserting <quote>government or</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF676A7FA8CAB4BBAA15DEB91DF7CD4A0"><enum>(B)</enum><text display-inline="yes-display-inline">in section 2926(d)(1), in the second sentence, by striking <quote>Defense Agencies</quote> and inserting <quote>the Defense Agencies</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE953E7D128D14FB28273A42BCA527FD5"><enum>(2)</enum><header display-inline="yes-display-inline">Grammatical corrections</header><text display-inline="yes-display-

inline">Such title is further amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1CFCB298929B44DE9036E78B7BA5C8AB"><enum>(A)</enum><text display-inline="yes-display-inline">in section 2922a(d), by striking <quote>resilience are prioritized and included</quote> and inserting <quote>energy resilience are included as critical factors</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBD422A30CB54489388CD5D3C910DF74F"><enum>(B)</enum><text display-inline="yes-display-inline">in section 2925(a)(3), by striking <quote>impacting energy</quote> and all that follows through the period at the end and inserting <quote>degrading energy resilience at military installations (excluding planned outages for maintenance reasons), whether caused by on- or off-installation disruptions, including the total number of outages and their locations, the duration of each outage, the financial effect of each outage, whether or not the mission was affected, the downtimes (in minutes or hours) the mission can afford based on mission requirements and risk tolerances, the responsible authority managing the utility, and measures taken to mitigate the outage by the responsible authority.</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H40DD5644FF6E45A286C4C1D8C3B048AE"><enum>(b)</enum><header display-inline="yes-display-inline">Clarification of applicability of conflicting amendments made by 2018 Defense Authorization Act</header><text display-inline="yes-display-inline">Section 2911(e) of such title is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H64E4FAB7B289457DA519CC0AC9FBABB4"><enum>(1)</enum><text display-inline="yes-display-inline">by striking paragraphs (1) and (2) and inserting the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H770F961D3B2B400E815F0A61350587B2" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H6898255D4DB1497BA4C8323C31EEB955"><enum>(1)</enum><text display-inline="yes-display-inline">Opportunities to reduce the current rate of consumption of energy, the future demand for energy, and the requirement for the use of energy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0B882B20F19F49CCA4B401AA424D7DC1"><enum>(2)</enum><text display-inline="yes-display-inline">Opportunities to enhance energy resilience to ensure the Department of Defense has the ability to prepare for and recover from energy disruptions that affect mission assurance on military installations.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H084B8E7BCFDF48CC8ECAC9327DD75F23"><enum>(2)</enum><text display-inline="yes-display-inline">by striking the second paragraph (13).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBF7EC6276EB9459A86B0012868A55FDF"><enum>(c)</enum><header display-inline="yes-display-inline">Conforming and clerical amendments</header>

<paragraph commented="no" display-inline="no-display-inline" id="H47EBEF0FA21A425AA837EB935C0E343B"><enum>(1)</enum><header display-inline="yes-display-inline">Heading amendment</header><text display-inline="yes-display-inline">The heading of section 2926 of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HCAE1EEE5718740E6A067BEAEF9D2E897" style="USC">

<section commented="no" display-inline="no-display-inline" id="H1C3BE1607DF048228B0E4FF09838511D" section-type="subsequent-section"><enum>2926.</enum><header display-inline="yes-display-inline">Operational energy</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDE2617CC5E3D498EAB3E05FCDCBDC0D9"><enum>(2)</enum><header display-inline="yes-

display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 173 of such title is amended by striking the item relating to section 2926 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H62F9CEDFB1294A68909C63800D6EF855" style="OLC">

<toc>

<toc-entry bold="off" level="section">2926. Operational energy.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H9CF3FB5793FB47908248FC3FCB87360A"><enum>321.</enum><header>Transfer authority for funding of study and assessment on health implications of per- and polyfluoroalkyl substances contamination in drinking water by Agency for Toxic Substances and Disease Registry</header><text display-inline="no-display-inline">Section 316(a)(2)(B)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1350), as amended by section 315(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amended by striking <quote>2019 and 2020</quote> and inserting <quote>2019, 2020, and 2021</quote>.</text></section>

<section id="H4D43FF07C9B4417E8BDFC453B52212D5" section-type="subsequent-section"><enum>322.</enum><header>Replacement of fluorinated aqueous film-forming foam with fluorine-free fire-fighting agent</header>

<subsection id="HF902413B06E14739824F57C5EA0E0D5F"><enum>(a)</enum><header>Use of fluorine-free foam at military installations</header>

<paragraph id="H8E4AE436283C415A9F43ADB69E2C77D4"><enum>(1)</enum><header>Military specification</header><text>Not later than January 31, 2023, the Secretary of the Navy shall publish a military specification for a fluorine-free fire-fighting agent for use at all military installations and ensure that such agent is available for use by not later than October 1, 2023.</text></paragraph>

<paragraph id="H1908C18AEEC945FDAE49E3E5D00572C9"><enum>(2)</enum><header>Report to Congress</header><text>Concurrent with publication of the military specification under paragraph (1), the Secretary of Defense shall submit to the congressional defense committees a report containing a detailed plan for implementing the transition to a fluorine-free fire-fighting agent by not later than October 1, 2023. The report shall includeâ€"</text>

<subparagraph id="H8A9772E24D8F4AC58ADD4546DF07E313"><enum>(A)</enum><text>a detailed description of the progress of the Department of Defense to identify a fluorine-free fire-fighting agent for use as a replacement fire-fighting agent at military installations;</text></subparagraph>

<subparagraph id="HE88BB5F2F1034F34ABC1BB927FA91727"><enum>(B)</enum><text>a description of any technology and equipment required to implement the replacement fire-fighting agent;</text></subparagraph>

<subparagraph id="H0C40DC7611954E40A191726B39B9FBCA"><enum>(C)</enum><text>funding requirements, by fiscal year, to implement the replacement fire-fighting agent, including funding for the procurement of a replacement fire-fighting agent, required equipment, and infrastructure improvements;</text></subparagraph>

<subparagraph id="HFE35A715815648FBB595AF40183B5229"><enum>(D)</enum><text>a detailed timeline of remaining required actions to implement such replacement.</text></subparagraph></paragraph></subsection>

<subsection id="H46AC10AD82294B7FA8C8391D155E60ED"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">No amount authorized to be appropriated or otherwise made available for the Department of Defense may be obligated or expended after October 1, 2023, to procure fire-fighting foam that contains in excess of one part per billion of perfluoroalkyl substances and polyfluoroalkyl substances.</text></subsection>

<subsection id="HC6222C93CEC94B63A7867CF79FE56D30"><enum>(c)</enum><header>Prohibition

on use</header><text display-inline="yes-display-inline">Fluorinated aqueous film-forming foam may not be used at any military installation on or after the earlier of the following dates:</text>

<paragraph id="H776A8BFFA0EC420D913DE141D9BAF60B"><enum>(1)</enum><text>October 1, 2024.</text></paragraph>

<paragraph id="H4139F5D416F24A6A90D2A9EF26FEC0EE"><enum>(2)</enum><text>The date on which the Secretary determines that compliance with the prohibition under this subsection is possible.</text></paragraph></subsection>

<subsection id="H482B5DEA8B5A46E89BFFCF5AD587AAFB"><enum>(d)</enum><header>Exemption for shipboard use</header><text display-inline="yes-display-inline">Subsections (b) and (c) shall not apply to firefighting foam for use solely onboard ocean-going vessels.</text></subsection>

<subsection id="HCB7878783F504A51BF54162CE3B9E7AA"><enum>(e)</enum><header>Waiver</header>

<paragraph id="H38A23251B9234AEA96EF6AAE4F0A1F20"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to the limitations under paragraph (2), the Secretary of Defense may waive the prohibition under subsection (c) with respect to the use of fluorinated aqueous film-forming foam, if, by not later than 60 days prior to issuing the waiver, the Secretaryâ€"</text>

<subparagraph id="HE78AADCBFCF541369B02D25C3CF24D0C"><enum>(A)</enum><text display-inline="yes-display-inline">provides to the congressional defense committees a briefing on the basis for the waiver and the progress to develop and field a fluorine-free fire-fighting agent that meets the military specifications issued pursuant to subsection (a), which includesâ€"</text>

<clause id="HB50105B6D41F4A75BD331B5D68F1BF53"><enum>(i)</enum><text display-inline="yes-display-inline">detailed data on the progress made to identify a replacement fluorine-free fire-fighting agent;</text></clause>

<clause id="H20A0D58B0F5240A4B4268A7774629385"><enum>(ii)</enum><text>a description of the range of technology and equipment-based solutions analyzed to implement replacement;</text></clause>

<clause id="H8F9A98599B9743BFA152BEF561EDF835"><enum>(iii)</enum><text>a description of the funding, by fiscal year, applied towards research, development, test, and evaluation of replacement firefighting agents and equipment-based solutions;</text></clause>

<clause id="HEFC7EBEA68C547738B2AEE0DE9DE7554"><enum>(iv)</enum><text>a description of any completed and projected infrastructure changes;</text></clause>

<clause id="HDB465A1AC50E4FE9B050786AC05F50F7"><enum>(v)</enum><text display-inline="yes-display-inline">a description of acquisition actions made in support of developing and fielding the fluorine-free fire-fighting agent; </text></clause>

<clause id="HF2CC3E56B555439AB7381AA32092D841"><enum>(vi)</enum><text display-inline="yes-display-inline">an updated timeline for the completion of the transition to use of the fluorine-free fire-fighting agent; and</text></clause>

<clause id="H5B231FA35B04487CAD9AD4366931020E"><enum>(vii)</enum><text>a list of the categories of installation infrastructure or specific mobile firefighting equipment sets that require the waiver along with the justification;</text></clause></subparagraph>

<subparagraph id="HEBFF29EBC1E844B1A4A91FFCF18CDD19"><enum>(B)</enum><text>submits to the congressional defense committees certification in writing, thatâ€"</text>

<clause id="H387C474BFAC84F79AD63AEC567BDD2A6"><enum>(i)</enum><text>the waiver is necessary for either installation infrastructure, mobile firefighting equipment, or both;</text></clause>

<clause id="H4E575A1EDA1A4C82B0E6688994DD6C16"><enum>(ii)</enum><text>the waiver is necessary for the protection of life and safety;</text></clause>

<clause id="H2EA49FE2EA34418CBBB2EF8C5A4C7368"><enum>(iii)</enum><text>no agent or equipment solutions are available that meet the military specific issued pursuant to

subsection (a); </text></clause>

<clause id="HF0FF22758C374E36A5A6012E74B46264"><enum>(iv)</enum><text>the military specification issued pursuant to subsection (a) is still valid and does not require revision; and</text></clause>

<clause id="HD811733188294E858E3E7E3551EAADE5"><enum>(v)</enum><text>includes details of the measures in place to minimize the release of and exposure to fluorinated compounds in fluorinated aqueous film-forming foam; and</text></clause></subparagraph>

<subparagraph id="H3FC00A109A6D4BD794FE1300F4E78550"><enum>(C)</enum><text>provides for public notice of the waiver.</text></subparagraph></paragraph>

<paragraph id="H13FF639B3CAE488B8217E4CF18980C54"><enum>(2)</enum><header>Limitation</header><text>The following limitations apply to a waiver issued under this subsection:</text>

<subparagraph id="H00099477781B41AEB68DB8518A1683FA"><enum>(A)</enum><text>Such a waiver shall apply for a period that does not exceed one year.</text></subparagraph>

<subparagraph id="H02DFAC3E729E48FEA178E1B2F752EE64"><enum>(B)</enum><text>The Secretary may extend such a waiver once for an additional period that does not exceed one year, if the requirements under paragraph (1) are met as of the date of the extension of the waiver.</text></subparagraph>

<subparagraph id="HAFB52C62741543049F10D7EDB3F0E8FB"><enum>(C)</enum><text>The authority to grant a waiver under this subsection may not be delegated below the level of the Secretary of Defense.</text></subparagraph></paragraph></subsection>

<subsection id="H02FF7D8D4AF545CB82512427B7E8EF98"><enum>(f)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H5B47B1FCF4384896A2556B6F742AC1E3"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>perfluoroalkyl substances</quote> means aliphatic substances for which all of the H atoms attached to C atoms in the nonfluorinated substance from which they are notionally derived have been replaced by F atoms, except those H atoms whose substitution would modify the nature of any functional groups present.</text></paragraph>

<paragraph id="H25BD58BA98E74018AC590BABEF15C85D"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>polyfluoroalkyl substances</quote> means aliphatic substances for which all H atoms attached to at least one (but not all) C atoms have been replaced by F atoms, in such a manner that they contain the perfluoroalkyl moiety CnF2n+1_ (for example, C8F17CH2CH2OH).</text></paragraph></subsection></section>

<section id="HDD1B01567233429281502FE09BB20AC7" section-type="subsequent-section"><enum>323.</enum><header>Prohibition of uncontrolled release of fluorinated aqueous film-forming foam at military installations</header>

<subsection id="H1ED874F3F7FA408C8C1743800FC00EB4"><enum>(a)</enum><header>Prohibition</header><text display-inline="yes-display-inline">Except as provided by subsection (b), the Secretary of Defense shall prohibit the uncontrolled release of fluorinated aqueous film-forming foam (hereinafter in this section referred to as <quote>AFFF</quote>) at military installations. </text></subsection>

<subsection id="HBC67D49A43D5426BB968A693F86B1AB2"><enum>(b)</enum><header>Exceptions</header><text display-inline="yes-display-inline">Notwithstanding subsection (a), fluorinated AFFF may be released at military installations as follows:</text>

<paragraph id="H5271A9A8ADB2483FB141BDFB29A82A24"><enum>(1)</enum><text>AFFF may be released for purposes of an emergency response.</text></paragraph>

<paragraph id="H1ECE1BBA6E7444698AA6440E931A5E5F"><enum>(2)</enum><text>A non-emergency release of AFFF may be made for the purposes of testing of equipment or training of personnel, if complete containment, capture, and proper disposal mechanisms are in place to ensure no AFFF is released into the environment.</text></paragraph></subsection></section>

<section id="H019312B9E5F64835BA18CC7880F7DE7F"><enum>324.</enum><header>Prohibition on use of fluorinated aqueous film forming foam for training exercises</header><text display-inline="no-display-inline">The Secretary of Defense shall prohibit the use of fluorinated aqueous film forming foam for training exercises at military installations.</text></section>

<section id="H5D05D8DE210F4C61B0D63ACB1AA5089E" section-type="subsequent-section"><enum>325.</enum><header>Real-time sound-monitoring at Navy installations where tactical fighter aircraft operate</header>

<subsection id="HB868A3D934B24B76A18049EA2C190985"><enum>(a)</enum><header>Monitoring</header><text display-inline="yes-display-inline">The Secretary of the Navy shall conduct real-time sound-monitoring at no fewer than two Navy installations and their associated outlying landing fields on the west coast of the United States where Navy combat coded F/Aâ€"18, E/Aâ€"18G, or Fâ€"35 aircraft are based and operate and noise contours have been developed through noise modeling. Sound monitoring under such study shall be conductedâ€"</text>

<paragraph id="H7753CBB4FA0B4100BEE049E76F859AFB"><enum>(1)</enum><text>during times of high, medium, and low activity over the course of a 12-month period; and</text></paragraph>

<paragraph id="H6395EF1A1B584259A099A33D0581715E"><enum>(2)</enum><text display-inline="yes-display-inline">along and in the vicinity of flight paths used to approach and depart the selected installations and their outlying landing fields.</text></paragraph></subsection>

<subsection id="H6415369EFEC84754A816E8B7BE5B5A1E"><enum>(b)</enum><header>Plan for additional monitoring</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a plan for real-time sound monitoring described in subsection (a) in the vicinity of training areas predominantly overflown by tactical fighter aircraft from the selected installations and outlying landing fields, including training areas that consist of real property administered by the Federal Government (including Department of Defense, Department of Interior, and Department of Agriculture), State and local governments, and privately owned land with the permission of the owner.</text></subsection>

<subsection id="H791DA4B850024D27802162C19C3F4A14"><enum>(c)</enum><header>Report required</header><text>Not later than December 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the monitoring required under subsection (a). Such report shall includeâ€"</text>

<paragraph id="H1CDBE975DA9D451FB2705E8C95AC7702"><enum>(1)</enum><text display-inline="yes-display-inline">the results of such monitoring;</text></paragraph>

<paragraph id="HB06106AEDAFE4411A9FCB67CEC3A65FE"><enum>(2)</enum><text>a comparison of such monitoring and the noise contours previously developed with the analysis and modeling methods previously used;</text></paragraph>

<paragraph id="H8F9F11AAA2894E91ACED86F7C11A28BD"><enum>(3)</enum><text>an overview of any changes to the analysis and modeling process that have been made or are being considered as a result of the findings of such monitoring; and</text></paragraph>

<paragraph id="H5846D1217A9E49F395D7584294C80636"><enum>(4)</enum><text>any other matters that the Secretary determines appropriate.</text></paragraph></subsection>

<subsection id="H10E22CAFF2534B3081AF80D167241902"><enum>(d)</enum><header>Public availability of monitoring results</header><text>The Secretary shall make the results of the monitoring required under subsection (a) publicly available on a website of the Department of Defense.</text></subsection></section>

<section id="H8F848264AC484B9D91E6A83FA05688D6"><enum>326.</enum><header>Development of extreme weather vulnerability and risk assessment tool</header>

<subsection id="H2C100DB250B6472B8EE662BBA8D4A1CE"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall consult with the entities described in subsection (b) to determine whether an existing climate vulnerability and risk assessment tool is available or can be adapted to be used to quantify the risks associated with extreme weather events and the impact of such events on networks,

systems, installations, facilities, and other assets to inform mitigation planning and infrastructure development.</text></subsection>

<subsection id="H88A992E6C56B480D8D7AD0E5A1E8C362"><enum>(b)</enum><header>Consultation</header><text>In determining the availability of an appropriate tool to use or adapt for use under subsection (a), the Secretary shall consult with the Administrator of the Environmental Protection Agency, the Secretary of Energy, the Secretary of the Interior, the Administrator of the National Oceanic and Atmospheric Administration, the Administrator of the Federal Emergency Management Agency, the Commander of the Army Corps of Engineers, the Administrator of the National Aeronautics and Space Administration, a federally funded research and development center, and the heads of such other relevant Federal agencies as the Secretary of Defense determines appropriate.</text></subsection>

<subsection id="H092EBE639EAB4775A3D608C8F4BA99AF"><enum>(c)</enum><header>Best available science</header><text>Before choosing a tool for use or adaptation for use under subsection (a), the Secretary shall obtain from a federally funded research and development center with which the Secretary has consulted under subsection (b) a certification in writing that the tool relies on the best publicly available science for the prediction of extreme weather risk and effective mitigation of that risk.</text></subsection>

<subsection id="H0D86B67719B948B0A2ADD410D9DDFA56"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees a report on the implementation of this section. Such report shall includeâ€"</text>

<paragraph id="H260CEB6E0D77481EB36276F874F2317A"><enum>(1)</enum><text>in the case that a tool has been chosen under subsection (a) before the date of the submittal of the report, a description of the tool and how such tool will be used by the Department; or</text></paragraph>

<paragraph id="H55A7C5CF385C41ABBE78D7C049977126"><enum>(2)</enum><text>in the case that the Secretary determines that no available tool meets the requirements of the Department as described in subsection (a) or is readily adaptable for use, a plan for the development of such a tool, including the estimated cost and timeframe for development of such a tool.</text></paragraph></subsection></section>

<section id="HD461B5FBCF94498FA0DFF42C65A08193" section-type="subsequent-section"><enum>327.</enum><header>Removal of barriers that discourage investments to increase military installation resilience</header>

<subsection id="HEA3B18A8220048F48029D88B65CBCEB9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shallâ€"</text>

<paragraph id="H792F04D00A17473DA585AAF67CB7E8CF"><enum>(1)</enum><text display-inline="yes-display-inline">identify and seek to remove barriers that discourage investments to increase military installation resilience;</text></paragraph>

<paragraph id="HF32D1CE51AD549CF8EBCBB1DB0F5E902"><enum>(2)</enum><text>reform policies and programs that unintentionally increased the vulnerability of systems to related extreme weather events; and</text></paragraph>

<paragraph id="H3D5BFB47CF9C4B62A99FAA28363E30DE"><enum>(3)</enum><text>develop, and update at least once every four years, an adaptation plan to assess how climate impacts affected the ability of the Department of Defense to accomplish its mission, and the short-and long- term actions the Department can take to ensure military installation resilience.</text></paragraph></subsection>

<subsection id="HFE42C381C8E1465689935F31475DA64E"><enum>(b)</enum><header>Military installation resilience</header><text display-inline="yes-display-inline">In this section, the term <quote>military installation resilience</quote> has the meaning given such term in section 101(e)(8) of title 10, United States Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"

id="H2805DB404B814B96B297A15E6D7FD3EA" section-type="subsequent-section"><enum>328.</enum><header display-inline="yes-display-inline">Budgeting of Department of Defense relating to extreme weather</header>

<subsection commented="no" display-inline="no-display-inline" id="H25C666A30E7D4137A80BCDBFF55D4D99"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall include in the annual budget submission of the President under section 1105(a) of title 31, United States Codeâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HBE5B3FB0031A472ABF90E6E2A47381B2"><enum>(1)</enum><text display-inline="yes-display-inline">a dedicated budget line item for adaptation to, and mitigation of, effects of extreme weather on military networks, systems, installations, facilities, and other assets and capabilities of the Department of Defense; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFED406B1568F4C1E89A7C52B063EEEC3"><enum>(2)</enum><text display-inline="yes-display-inline">an estimate of the anticipated adverse impacts to the readiness of the Department and the financial costs to the Department during the year covered by the budget of the loss of, or damage to, military networks, systems, installations, facilities, and other assets and capabilities of the Department, including loss of or obstructed access to training ranges, as a result extreme weather events.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7FA0DAB6D0CD4382A803D3172CEC4E45"><enum>(b)</enum><header display-inline="yes-display-inline">Disaggregation of impacts and costs</header><text display-inline="yes-display-inline">The estimate under subsection (a)(2) shall set forth the adverse readiness impacts and financial costs under that subsection by military department, Defense Agency, and other component or element of the Department.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBC0E5CA748D34553B43033335A6A527D"><enum>(c)</enum><header display-inline="yes-display-inline">Extreme weather defined</header><text display-inline="yes-display-inline">In this section, the term <term>extreme weather</term> means recurrent flooding, drought, desertification, wildfires, and thawing permafrost.</text></subsection></section>

<section id="H8A3CEA251AF74FB1B2E67F19BB604F8C"><enum>329.</enum><header>Prohibition on Perfluoroalkyl Substances and Polyfluoroalkyl Substances in Meals Ready-to-Eat Food Packaging</header>

<subsection id="HC5F45DADCEF54643A8D8B6D49696A5A1"><enum>(a)</enum><header>Prohibition</header><text display-inline="yes-display-inline">Not later than October 1, 2021, the Director of the Defense Logistics Agency shall ensure that any food contact substances that are used to assemble and package meals ready-to-eat (MREs) procured by the Defense Logistics Agency do not contain any perfluoroalkyl substances or polyfluoroalkyl substances.</text></subsection>

<subsection id="H155ED8A0456F43C19A38671FC29CA62D"><enum>(b)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H04E7ACC9D9594EE5B1244D5A783BEDB8"><enum>(1)</enum><header>Perfluoroalkyl substance</header><text>The term <quote>perfluoroalkyl substance</quote> means a man-made chemical of which all of the carbon atoms are fully fluorinated carbon atoms.</text></paragraph>

<paragraph id="HCEBDB7A1AC9A4B8789EE7DE80DF611FC"><enum>(2)</enum><header>Polyfluoroalkyl substance</header><text>The term <quote>polyfluoroalkyl substance</quote> means a man-made chemical containing a mix of fully fluorinated carbon atoms, partially fluorinated carbon atoms, and nonfluorinated carbon atoms.</text></paragraph></subsection></section>

<section id="H2595B47D5A114025BA8F31E243E0E5C3"><enum>330.</enum><header>Disposal of materials containing per- and polyfluoroalkyl substances or aqueous film-forming

foam</header>

<subsection id="H666955AAF7D14E8AB1DD179429743F2F"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall ensure that when materials containing per- and polyfluoroalkyl substances (referred to in this section as <quote>PFAS</quote>) or aqueous film forming foam (referred to in this section as <quote>AFFF</quote>) are disposedâ€"</text>

<paragraph id="HDA3A96651441426D9FBE5F4E9D22B77C"><enum>(1)</enum><text>all incineration is conducted at a temperature range adequate to break down PFAS chemicals while also ensuring the maximum degree of reduction in emission of PFAS, including elimination of such emissions where achievable;</text></paragraph>

<paragraph id="H8B85859E770B42C18946E03577450352"><enum>(2)</enum><text>all incineration is conducted in accordance with the requirements of the Clean Air Act (42 USC 7401 et seq.), including controlling hydrogen fluoride;</text></paragraph>

<paragraph id="H4CFF9BDD7D094948B31C6CBD7C6116B9"><enum>(3)</enum><text>any materials containing PFAS that are designated for disposal are stored in accordance with the requirement under part 264 of title 40, Code of Federal Regulations; and</text></paragraph>

<paragraph id="HF4B533CC5BED45C8ACBF7BFAB412E7C0"><enum>(4)</enum><text>all incineration is conducted at a facility that has been permitted to receive waste regulated under subtitle C of the Solid Waste Disposal Act (42 USC 6921 et seq.).</text></paragraph></subsection>

<subsection id="H2AEB767D3A564290976E15B79E22A1DC"><enum>(b)</enum><header>Scope of application</header><text>The requirements in subsection (a) only apply to all legacy AFFF formulations containing PFAS, materials contaminated by AFFF release, and spent filters or other PFAS contaminated materials resulting from site remediation or water filtration thatâ€"</text>

<paragraph id="H8E7E365D3A6C41EA8C0B5F16E64360F9"><enum>(1)</enum><text>have been used by the Department of Defense or a military department; or</text></paragraph>

<paragraph id="HC26ACC3254844B46A780FAC870BF1134"><enum>(2)</enum><text>are being discarded for disposal by means of incineration by the Department of Defense or a military department; or</text></paragraph>

<paragraph id="HD328049932E1414A8FFB69E912F57DB0"><enum>(3)</enum><text>are being removed from sites or facilities owned or operated by the Department of Defense.</text></paragraph></subsection></section>

<section id="HC5DD454C4D0C436D9FCB2E76A03F8A22"><enum>331.</enum><header>Agreements to share monitoring data relating to perfluoroalkyl and polyfluoroalkyl substances and other contaminants of concern</header>

<subsection id="H71AE55895C444EA285662973451FE611"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into agreements with municipalities or municipal drinking water utilities located adjacent to military installations under which both the Secretary and the municipalities and utilities would share monitoring data relating to perfluoroalkyl substances, polyfluoroalkyl substances, and other emerging contaminants of concern collected at the military installation.</text></subsection>

<subsection id="H4A45BB2A5A284B0A93496EFFB3CACA40"><enum>(b)</enum><header>Publicly available website</header><text display-inline="yes-display-inline">The Secretary of Defense shall maintain a publicly available website that provides a clearinghouse for information about the exposure of members of the Armed Forces, their families, and their communities to per- and polyfluoroalkyl substances. The information provided on the website shall include information on testing, clean-up, and recommended available treatment methodologies.</text></subsection>

<subsection id="H5084C6CBCDD74CF59F84800219DBF505"><enum>(c)</enum><header>Public communication</header><text display-inline="yes-display-inline">An agreement under subsection (a) does not negate the responsibility of the Secretary to communicate with the public about drinking water contamination from perfluoroalkyl substances, polyfluoroalkyl substances, and other contaminants.</text></subsection>

<subsection id="HB4F29C7F2C5B4AC8A1A6E089201006C6"><enum>(d)</enum><header>Military

installation defined</header><text>In this section, the term <quote>military installation</quote> has the meaning given that term in section 2801(c) of title 10, United States Code.</text></subsection></section>

<section id="H8487C1FF730E417F96859C3AFEFF5919"><enum>332.</enum><header>Cooperative agreements with States to address contamination by perfluoroalkyl and polyfluoroalkyl substances</header>

<subsection id="HA3AF351C17A94378BD6397907721CF78"><enum>(a)</enum><header>Cooperative agreements</header>

<paragraph id="H84F7FEE79659442E8A008FD5DC314C3C"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Upon request from the Governor or chief executive of a State, the Secretary of Defense shall work expeditiously, pursuant to section 2701(d) of title 10, United States Code, to finalize a cooperative agreement, or amend an existing cooperative agreement to address testing, monitoring, removal, and remedial actions relating to the contamination or suspected contamination of drinking, surface, or ground water from PFAS originating from activities of the Department of Defense by providing the mechanism and funding for the expedited review and approval of documents of the Department related to PFAS investigations and remedial actions from an active or decommissioned military installation, including a facility of the National Guard.</text></paragraph>

<paragraph id="HEE507D8DDB394C15AB133F48FEB824FA"><enum>(2)</enum><header>Minimum standards</header><text display-inline="yes-display-inline">A cooperative agreement finalized or amended under paragraph (1) shall meet or exceed the most stringent of the following standards for PFAS in any environmental media:</text>

<subparagraph id="HCB8E1BF451D94846A000D660BDB84DDC"><enum>(A)</enum><text display-inline="yes-display-inline">An enforceable State standard, in effect in that State, for drinking, surface, or ground water, as described in section 121(d)(2)(A)(ii) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9621(d)(2)(A)(ii)).</text></subparagraph>

<subparagraph id="HC33BBE46BE1348BA8D070FA30A60E963"><enum>(B)</enum><text display-inline="yes-display-inline">An enforceable Federal standard for drinking, surface, or ground water, as described in section 121(d)(2)(A)(i) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9621(d)(2)(A)(i)).</text></subparagraph>

<subparagraph id="HB483976980474C5C8B3F9C3DD827CA01"><enum>(C)</enum><text display-inline="yes-display-inline">A health advisory under section 1412(b)(1)(F) of the Safe Drinking Water Act (42 U.S.C. 300gâ€"1(b)(1)(F)).</text></subparagraph></paragraph>

<paragraph id="H2B0F2D0B4E7F4E71A70F72A3B2746DD2"><enum>(3)</enum><header>Other authority</header><text display-inline="yes-display-inline">In addition to the requirements for a cooperative agreement under paragraph (1), when otherwise authorized to expend funds for the purpose of addressing ground or surface water contaminated by a perfluorinated compound, the Secretary of Defense may, to expend those funds, enter into a grant agreement, cooperative agreement, or contract withâ€"</text>

<subparagraph id="HC22E5C060A1F44DC948AB37883E3C39C"><enum>(A)</enum><text>the local water authority with jurisdiction over the contamination site, includingâ€"</text>

<clause id="H8FE8F5637B544D19A276A31DD6C74BE5"><enum>(i)</enum><text>a public water system (as defined in section 1401 of the Safe Drinking Water Act (42 U.S.C. 300f)); and</text></clause>

<clause id="HC69CC13439474A549815AA837DE39B7D"><enum>(ii)</enum><text>a publicly owned treatment works (as defined in section 212 of the Federal Water Pollution Control Act (33 U.S.C. 1292)); or</text></clause></subparagraph>

<subparagraph id="H7BC34C563A41492B9E3AC3C7B9CC122E"><enum>(B)</enum><text>a State, local, or Tribal government.</text></subparagraph></paragraph></subsection>

<subsection id="H96D03481D3DB42ED9232A925F3262BC3"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Beginning on February 1, 2020, if a cooperative agreement is not finalized or amended under subsection (a) within one year after the request from the Governor or chief executive under that subsection, and annually thereafter, the Secretary of Defense shall submit to the appropriate committees and

Members of Congress a reportâ€"</text>

<paragraph id="H17985638F34E418EAC23EF193B3F4C21"><enum>(1)</enum><text display-inline="yes-display-inline">explaining why the agreement has not been finalized or amended, as the case may be; and</text></paragraph>

<paragraph id="HC1CA2D73674941C4B9F0B056E65D62F4"><enum>(2)</enum><text display-inline="yes-display-inline">setting forth a projected timeline for finalizing or amending the agreement.</text></paragraph></subsection>

<subsection id="H7781DBEEAD9F4C0DAE5E861D074E1641"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H92361C3C323F4CC28A5325351AABB712"><enum>(1)</enum><header>Appropriate committees and Members of Congress</header><text>The term <quote>appropriate committees and Members of Congress</quote> meansâ€"</text>

<subparagraph id="H4876FBF452714B8A9AAF27C863609952"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional defense committees;</text></subparagraph>

<subparagraph id="H9D101E0C39904F338A8398F785A873AD"><enum>(B)</enum><text display-inline="yes-display-inline">the Senators who represent a State impacted by PFAS contamination described in subsection (a)(1); and</text></subparagraph>

<subparagraph id="H9BCA4619A4B44AE79B134BAF0E387C71"><enum>(C)</enum><text display-inline="yes-display-inline">the Members of the House of Representatives who represent a district impacted by such contamination.</text></subparagraph></paragraph>

<paragraph id="HEC264591A8CD4617BC7F155F70309C74"><enum>(2)</enum><header>Fully fluorinated carbon atom</header><text display-inline="yes-display-inline">The term <quote>fully fluorinated carbon atom</quote> means a carbon atom on which all the hydrogen substituents have been replaced by fluorine.</text></paragraph>

<paragraph id="HEB39224F7CD94E6C8C64FECFB3B9FD70"><enum>(3)</enum><header>PFAS</header><text display-inline="yes-display-inline">The term <quote>PFAS</quote> means perfluoroalkyl and polyfluoroalkyl substances that are man-made chemicals with at least one fully fluorinated carbon atom.</text></paragraph>

<paragraph id="H88CB01E7B6144F619137993C7ED013E6"><enum>(4)</enum><header>State</header><text display-inline="yes-display-inline">The term <quote>State</quote> has the meaning given the term in section 101 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601).</text></paragraph></subsection></section>

<section id="H1106BF4720CD40D58A607274BE7CA4E0"><enum>333.</enum><header>Plan to phase out use of burn pits</header><text display-inline="no-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan to phase out the use of the burn pits identified in the Department of Defense Open Burn Pit Report to Congress dated April 2019.</text></section>

<section id="H5D42EB4DC85B4D09A3C4D9F3D0E53CFD"><enum>334.</enum><header>Information relating to locations of burn pit use</header><text display-inline="no-display-inline">The Secretary of Defense shall provide to the Secretary of Veterans Affairs and to Congress a list of all locations where open-air burn pits have been used by the Secretary of Defense, for the purposes of augmenting the research, healthcare delivery, disability compensation, and other activities of the Secretary of Veterans Affairs.</text></section>

<section id="HCF79632CF0E9440BBAC51FEB8FAEA284"><enum>335.</enum><header>Data quality review of radium testing conducted at certain locations of the Department of the Navy</header>

<subsection id="H08E8E024292145CA9305665B336CEC45"><enum>(a)</enum><header>Review of radium testing</header><text display-inline="yes-display-inline">Except as provided in subsection (b), the Secretary of the Navy shall provide for an independent third-party data quality review of all radium testing completed by contractors of the Department of the Navy at a covered location.</text></subsection>

<subsection id="HF50A9D3F13C248BD8621FAD6DCCF46B0"><enum>(b)</enum><header>Exception</header><text> In the case of a covered location for which an independent third-party data quality review of all radium testing completed by contractors of the Department has been conducted prior to the date of the enactment of this Act, the requirement under subsection (a) shall not apply if the Secretary of the Navy submits to the congressional defense committees a report containingâ€"</text>

<paragraph id="H5057CB515C9843CF811FE1B12B3C78F2"><enum>(1)</enum><text>a certification that such review has been conducted for such covered location; and</text></paragraph>

<paragraph id="H19AC7B8EF88945B9A8C37C1DB4DEC637"><enum>(2)</enum><text>a description of the results of such review.</text></paragraph></subsection>

<subsection id="H7E5A9BCC2570470B9F98E1EBA3B7A23B"><enum>(c)</enum><header>Covered location defined</header><text>In this section, the term <term>covered location</term> means any of the following:</text>

<paragraph id="H1D0D6C67CAF74D93B51E051BCA4F989F"><enum>(1)</enum><text display-inline="yes-display-inline">Naval Weapons Industrial Reserve Plant, Bethpage, New York.</text></paragraph>

<paragraph id="H04805CDD253041F09B056F72B1869E64"><enum>(2)</enum><text>Hunterâ€™s Point Naval Shipyard, San Francisco, California.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H7A502C7BF13F46F99633EE5405C60E19" section-type="subsequent-section"><enum>336.</enum><header display-inline="yes-display-inline">Reimbursement of Environmental Protection Agency for certain costs in connection with the Twin Cities Army Ammunition Plant, Minnesota</header>

<subsection commented="no" display-inline="no-display-inline" id="HDF382C6EB76A48E4A295B4DAA1E86D8A"><enum>(a)</enum><header display-inline="yes-display-inline">Transfer amount</header><text display-inline="yes-display-inline">Notwithstanding section 2215 of title 10, United States Code, the Secretary of Defense may transfer to the Administrator of the Environmental Protection Agencyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9B0A2ADA49EE4DF193069203DA3D14A6"><enum>(1)</enum><text display-inline="yes-display-inline">in fiscal year 2020, not more than $890,790; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H212500FF60E64604B6F859F8C658E57E"><enum>(2)</enum><text display-inline="yes-display-inline">in each of fiscal years 2021 through 2026, not more than $150,000.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4DE78A98ECB64E35908E4D5410C15EE9"><enum>(b)</enum><header display-inline="yes-display-inline">Purpose of reimbursement</header><text display-inline="yes-display-inline">The amount authorized to be transferred under subsection (a) is to reimburse the Environmental Protection Agency for costs the Agency has incurred and will incur relating to the response actions performed at the Twin Cities Army Ammunition Plant, Minnesota, through September 30, 2025.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H77541EE635754E9DB273D38DAC32D3AE"><enum>(c)</enum><header display-inline="yes-display-inline">Interagency agreement</header><text display-inline="yes-display-inline">The reimbursement described in subsection (b) is intended to satisfy certain terms of the interagency agreement entered into by the Department of the Army and the Environmental Protection Agency for the Twin Cities Army Ammunition Plant that took effect in December 1987 and that provided for the recovery of expenses by the Agency from the Department of the Army.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H8306AF43025C4CB8A34B174BBD7CBC94" section-type="subsequent-section"><enum>337.</enum><header display-inline="yes-display-inline">Pilot program for availability of working-capital funds for increased combat capability through energy optimization</header>

<subsection commented="no" display-inline="no-display-inline" id="H7C8C2EAE435D46EFBD77CB306FB158E2"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Notwithstanding section 2208 of title 10, United States Code, the Secretary of Defense and the military departments may use a working capital fund established pursuant to that section for expenses directly related to conducting a pilot program for energy optimization initiatives described in subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDC00CAFED9C04010B72A1F159AE93B05"><enum>(b)</enum><header display-inline="yes-display-inline">Energy optimization initiatives</header><text display-inline="yes-display-inline">Energy optimization initiatives covered by the pilot program include the research, development, procurement, installation, and sustainment of technologies or weapons system platforms, and the manpower required to do so, that would improve the efficiency and maintainability, extend the useful life, lower maintenance costs, or provide performance enhancement of the weapon system platform or major end item.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC675BFBA92C846C596FF5C19CCFE23A6"><enum>(c)</enum><header display-inline="yes-display-inline">Limitation on certain projects</header><text display-inline="yes-display-inline">Funds may not be used pursuant to subsection (a) forâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H99B52C526F2E47E591F5904FC0B6DE94"><enum>(1)</enum><text display-inline="yes-display-inline">any product improvement that significantly changes the performance envelope of an end item; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5453AA977ECA460BA14181D287B9F4E2"><enum>(2)</enum><text display-inline="yes-display-inline">any single component with an estimated total cost in excess of $10,000,000.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8DE08C95945A46C7AE3E13B5A7A2275E"><enum>(d)</enum><header display-inline="yes-display-inline">Limitation in fiscal year pending timely report</header><text display-inline="yes-display-inline">If during any fiscal year the report required by paragraph (1) of subsection (e) is not submitted by the date specified in paragraph (2) of that subsection, funds may not be used pursuant to subsection (a) during the periodâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H131CC4C48C8F400288A6E5302BFF9479"><enum>(1)</enum><text display-inline="yes-display-inline">beginning on the date specified in such paragraph (2); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9D9731C644A74FA1A5B014CAE638F4AE"><enum>(2)</enum><text display-inline="yes-display-inline">ending on the date of the submittal of the report.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD4E95A4ED6A74CDBAC3FB4BE1EFB018A"><enum>(e)</enum><header display-inline="yes-display-inline">Annual report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7CEDEF786C8D495AA93101A53273B568"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit an annual report to the congressional defense committees on the use of the authority under subsection (a) during the preceding fiscal year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H26DF36D37A854C189C2895B9B8C04BFD"><enum>(2)</enum><header display-inline="yes-display-inline">Deadline for submittal</header><text display-inline="yes-display-inline">The report required by paragraph (1) in a fiscal year shall be submitted not later than 60 days after the date of the submittal to Congress of the budget of the President for the succeeding fiscal year pursuant to section 1105 of title 31, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H923AE694568A4C4F8CC20A53051081AA"><enum>(3)</enum><header display-inline="yes-display-inline">Recommendation</header><text display-inline="yes-display-inline">In the case of the report required to be submitted under paragraph (1) during fiscal year 2020, the report shall include the recommendation of the Secretary of Defense and the military departments regarding whether the authority under subsection (a) should be made permanent.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7C81872899B448CEB764F8C811C113E8"><enum>(f)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The authority under subsection (a) shall expire on October 1, 2024.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0048830F852349CFA1D1A1992539295A" section-type="subsequent-section"><enum>338.</enum><header display-inline="yes-display-inline">Report on efforts to reduce high energy intensity at military installations</header>

<subsection commented="no" display-inline="no-display-inline" id="H9B9CDD6EBA7F4B348CF860214FFBB70F"><enum>(a)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="HEF18978CC2384B37B7792EB1E16B9388"><enum>(1)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than September 1, 2020, the Under Secretary of Defense for Acquisition and Sustainment, in conjunction with the assistant secretaries responsible for installations and environment for the military departments and the Defense Logistics Agency, shall submit to the congressional defense committees a report detailing the efforts to achieve cost savings at military installations with high energy intensity.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB59A2A42F1F24C8D98CA19937FC9976F"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H30019132D5F04EE0B212AC784291E619"><enum>(A)</enum><text display-inline="yes-display-inline">A comprehensive, installation-specific assessment of feasible and mission-appropriate energy initiatives supporting energy production and consumption at military installations with high energy intensity.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H42F7525F93CC4DB78DAC0E47DC57F6C6"><enum>(B)</enum><text display-inline="yes-display-inline">An assessment of current sources of energy in areas with high energy intensity and potential future sources that are technologically feasible, cost-effective, and mission-appropriate for military installations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCE7B77F87BE9457B924B8D2835753E5C"><enum>(C)</enum><text display-inline="yes-display-inline">A comprehensive implementation strategy to include required investment for feasible energy efficiency options determined to be the most beneficial and cost-effective, where appropriate, and consistent with priorities of the Department of Defense.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H384E4A04E8AD418D93EF2B2A6C033821"><enum>(D)</enum><text display-inline="yes-display-inline">An explanation on how the military departments are working collaboratively in order to leverage lessons learned on potential energy efficiency solutions.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE274A97CC59341F38411EB19CE7A22D8"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of the extent to which activities administered under the Federal Energy Management Program of the Department of Energy could be used to assist with the implementation strategy under subparagraph (C).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE228230D37EB43EE8A88E465F79A5A61"><enum>(F)</enum><text display-inline="yes-

display-inline">An assessment of State and local partnership opportunities that could achieve efficiency and cost savings, and any legislative authorities required to carry out such partnerships or agreements.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H45D9FC46A05B41659890024ED47C8C58"><enum>(3)</enum><header display-inline="yes-display-inline">Coordination with State, local, and other entities</header><text display-inline="yes-display-inline">In preparing the report required under paragraph (1), the Under Secretary of Defense for Acquisition and Sustainment may work in conjunction and coordinate with the States containing areas of high energy intensity, local communities, and other Federal agencies.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFA53CB98405A4148A11E55C45F6F7544"><enum>(b)</enum><header display-inline="yes-display-inline">Definition</header><text display-inline="yes-display-inline">In this section, the term <term>high energy intensity</term> means costs for the provision of energy by kilowatt of electricity or British Thermal Unit of heat or steam for a military installation in the United States that is in the highest 20 percent of all military installations for a military department.</text></subsection></section></subtitle>

<subtitle commented="no" id="H70146F010EA04AA897D5D060A45DABDB" level-type="subsequent" style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Treatment of Contaminated Water Near Military Installations</header>

<section commented="no" display-inline="no-display-inline" id="H5BA4D3D9FCA7486BAA3B5ABF0D85F7CD" section-type="subsequent-section"><enum>341.</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote><short-title>Prompt and Fast Action to Stop Damages Act of 2019</short-title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HFE00354E68074FD5A068201E500ECCF8" section-type="subsequent-section"><enum>342.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFC06880F2AA849CCB4082973FB97CE63"><enum>(1)</enum><header display-inline="yes-display-inline">PFOA</header><text display-inline="yes-display-inline">The term <term>PFOA</term> means perfluorooctanoic acid.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE5B342F3FDD2430C9A775BDF0097073E"><enum>(2)</enum><header display-inline="yes-display-inline">PFOS</header><text display-inline="yes-display-inline">The term <term>PFOS</term> means perfluorooctane sulfonate.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H8463650D8DCE4C898C41251FE3A9430A" section-type="subsequent-section"><enum>343.</enum><header display-inline="yes-display-inline">Provision of water uncontaminated with perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) for agricultural purposes</header>

<subsection commented="no" display-inline="no-display-inline" id="H69ED24F9365E4D13A226D3CDB6F15AEB"><enum>(a)</enum><header display-inline="yes-display-inline">Authority</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7C64158257FE49D892BF4F2AD8E92D85"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Using amounts authorized to be appropriated or otherwise made available for operation and maintenance for the military department concerned, or for operation and maintenance Defense-wide in the case of the Secretary of Defense, the Secretary concerned may provide water sources uncontaminated with perfluoroalkyl and polyfluoroalkyl substances, including PFOA and PFOS, or treatment of contaminated waters, for agricultural purposes used to produce products destined for human consumption in an area in which a water source has been determined pursuant to paragraph (2) to be contaminated with such compounds by reason of activities on a military installation under the jurisdiction of the Secretary concerned.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H004B4A27B2174F33B4FCC2DEA125E7DB"><enum>(2)</enum><header display-inline="yes-display-inline">Applicable standard</header><text display-inline="yes-display-inline">For purposes of paragraph (1), an area is determined to be contaminated with PFOA or PFOS ifâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HFC709BE808D74D75B75BA32D2AA28F9F"><enum>(A)</enum><text display-inline="yes-display-inline">the level of contamination is above the Lifetime Health Advisory for contamination with such compounds issued by the Environmental Protection Agency and printed in the Federal Register on May 25, 2016; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H11B588B5610644B987B473850FA0A4BF"><enum>(B)</enum><text display-inline="yes-display-inline">on or after the date the Food and Drug Administration sets a standard for PFOA and PFOS in raw agricultural commodities and milk, the level of contamination is above such standard.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H38A1C51BF2EA4551A80A99D14A7F78E6"><enum>(b)</enum><header display-inline="yes-display-inline">Secretary concerned defined</header><text display-inline="yes-display-inline">In this section, the term <term>Secretary concerned</term> means the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEAC3B973A72A47C99C7E9B093776F3CC"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of the Army, with respect to the Army.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H67A3B9A163AC4CA68D7DE35B387B36A0"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary of the Navy, with respect to the Navy, the Marine Corps, and the Coast Guard (when it is operating as a service in the Navy).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7FE4D6FA832C4609A8E73CD9E0E90F3E"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of the Air Force, with respect to the Air Force.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB24FD9E173BD4D30BEC1AB3DD6BA6C67"><enum>(4)</enum><text display-inline="yes-display-inline">The Secretary of Defense, with respect to the Defense Agencies.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H3B9D849C95EC4DECA02C8D0A6AF8468A" section-type="subsequent-section"><enum>344.</enum><header display-inline="yes-display-inline">Acquisition of real property by Air Force</header>

<subsection commented="no" display-inline="no-display-inline" id="HA778E54E5A9B4DBEA3710069F60CC6A6"><enum>(a)</enum><header display-inline="yes-display-inline">Authority</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE9C9A3DD34B341B79D422183C3FC2BB3"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of the Air Force may acquire one or more parcels of real property within the vicinity of an Air Force base that has shown signs of contamination from PFOA and PFOS due to activities on the base and which would extend the contiguous geographic footprint of the base and increase the force protection standoff near critical infrastructure and runways.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H38AD40A7E7444E46B7A5B58BBFC35179"><enum>(2)</enum><header display-inline="yes-display-inline">Improvements and personal property</header><text display-inline="yes-display-inline">The authority under paragraph (1) to acquire real property described in that paragraph shall include the authority to purchase improvements and personal property located on that real property.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H40F898CEEAAF4595826367C84736A23E"><enum>(3)</enum><header display-inline="yes-

display-inline">Relocation expenses</header><text display-inline="yes-display-inline">The authority under paragraph (1) to acquire real property described in that paragraph shall include the authority to provide Federal financial assistance for moving costs, relocation benefits, and other expenses incurred in accordance with the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (42 U.S.C. 4601 et seq.).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H14E55E8E84FC4078A641D152C557EF4F"><enum>(b)</enum><header display-inline="yes-display-inline">Environmental activities</header><text display-inline="yes-display-inline">The Air Force shall conduct such activities at a parcel or parcels of real property acquired under subsection (a) as are necessary to remediate contamination from PFOA and PFOS related to activities at the Air Force base.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H808FC1D724BE4509AB1ABE2F52B71EE7"><enum>(c)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">Funds for the land acquisitions authorized under subsection (a) shall be derived from amounts authorized to be appropriated for fiscal year 2020 for military construction or the unobligated balances of appropriations for military construction that are enacted after the date of the enactment of this Act.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8EFB4CD3C50948BBB8FE128827DB790B"><enum>(d)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">The authority under this section constitutes authority to carry out land acquisitions for purposes of section 2802 of title 10, United States Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H78A33297694C445F83134C8F097EA7EF" section-type="subsequent-section"><enum>345.</enum><header display-inline="yes-display-inline">Remediation plan</header>

<subsection commented="no" display-inline="no-display-inline" id="H69D25A0CDB594258A7BC11B9AD734DD4"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to Congress a remediation plan for cleanup of all water at or adjacent to a military installation that is contaminated with PFOA or PFOS.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H05465D4909FC4CAD93DDBFC04261AEDE"><enum>(b)</enum><header display-inline="yes-display-inline">Study</header><text display-inline="yes-display-inline">In preparing the remediation plan under subsection (a), the Secretary shall conduct a study on the contamination of water at military installations with PFOA or PFOS.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H834810AFEF944A7C86AC32EA6AC73D61"><enum>(c)</enum><header display-inline="yes-display-inline">Budget amount</header><text display-inline="yes-display-inline">The Secretary shall ensure that each budget of the President submitted to Congress under section 1105(a) of title 31, United States Code, requests funding in amounts necessary to address remediation efforts under the remediation plan submitted under subsection (a).</text></subsection></section></subtitle>

<subtitle id="H4BBC505F4A0441BBBA6B56DBF7E148EC"><enum>D</enum><header>Logistics and Sustainment</header>

<section id="H268D530F4DDD44B0A69C7A5208B5356F" section-type="subsequent-section" display-inline="no-display-inline"><enum>351.</enum><header>Materiel readiness metrics and objectives</header>

<subsection id="H332641920220461DA349569C48C25B50"><enum>(a)</enum><header>Annual report on major weapons systems sustainment</header>

<paragraph id="H42567B8560E44AD3AF21275855961660"><enum>(1)</enum><header>In general</header><text>Chapter 2 of title 10, United States Code, is amended by inserting after section 117 the following new section:</text>

<quoted-block style="USC" id="HF1C8A32528934C3B91D95085EE4D81F9" display-inline="no-

display-inline">

<section id="H353CA9D534D443DC990DE79B8CD48C27"><enum>118.</enum><header>Annual report on major weapons systems sustainment</header><text display-inline="no-display-inline">Not later than five days after the date on which the Secretary of Defense submits to Congress the materials in support of the budget of the President for a fiscal year, the Secretary of Defense shall submit to the congressional defense committees an annual report on major weapons systems sustainment for the period covered by the future years defense program specified by section 221 of this title. Such report shall includeâ€"</text>

<paragraph id="HA496B6B49D37446A82C8B6CC0F57E8A7"><enum>(1)</enum><text>an assessment of the materiel availability, materiel reliability, and mean down time metrics for each major weapons system;</text></paragraph>

<paragraph id="H031528E3545E4C46B4124C3C630E912B"><enum>(2)</enum><text>a detailed explanation of any factors that could preclude the Department of Defense or any of the military departments from meeting applicable readiness goals or objectives; and</text></paragraph>

<paragraph id="H31E2761A29CD4D18A1F190BB699D9AA1"><enum>(3)</enum><text display-inline="yes-display-inline">an assessment of the validity and effectiveness of the definitions used to determine defense readiness, including the terms <quote>major weapons system</quote>, <quote>covered asset</quote>, <quote>total and required inventory</quote>, <quote>materiel and operational availability</quote>, <quote>materiel and operational capability</quote>, <quote>materiel and operational reliability</quote>.</text></paragraph></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HF8DD2F04B2C54C26B63FA89193752803"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 117 the following new item:</text>

<quoted-block style="USC" id="H8A81572C81514918886105670A0AD4C8" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">118. Annual report on major weapons systems sustainment.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4FA86DA99E4A401EAF3B028D459E8B65"><enum>(b)</enum><header>Assessment of materiel readiness and weapons system sustainment</header>

<paragraph id="H1C3C5372C24D42CAA3C2094728DB653B"><enum>(1)</enum><header>Assessment required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall complete a comprehensive assessment of the materiel readiness and weapons systems sustainment of the Department of Defense across the Department organic industrial base and industry partners.</text></paragraph>

<paragraph id="H5E9CAE60624D4EBDBA641D75D94A9CCB" display-inline="no-display-inline"><enum>(2)</enum><header>Contents</header><text>The assessment required by paragraph (1) shall includeâ€"</text>

<subparagraph id="H52D2591B8F364E4D8BC45D949DF1B3E8"><enum>(A)</enum><text>an assessment of the overall readiness strategy of the Department of Defense and the capability of such strategy to measure, track, and assess the readiness of major weapons systems;</text></subparagraph>

<subparagraph id="H8941693F6A514EE09C561BAB09BB102F"><enum>(B)</enum><text>an assessment of the use of objectives and metrics;</text></subparagraph>

<subparagraph id="H9A6A13D422854799A4DF2A1B30FD2FE8"><enum>(C)</enum><text>a description of applicable reporting requirements; and</text></subparagraph>

<subparagraph id="H51ECDA81E6044760829B7ED84C921D47"><enum>(D)</enum><text>applicable definitions and common usage of relevant terms, including the terms <quote>major weapons system</quote>, <quote>covered asset</quote>, <quote>total and required inventory</quote>, <quote>materiel and operational availability</quote>,

<quote>materiel and operational capability</quote>, <quote>materiel and operational reliability</quote>, and <quote>maintenance costs</quote>.</text></subparagraph></paragraph>

<paragraph id="HC1C204E5F7C14E588016CD3D30DDD9CB" display-inline="no-display-inline"><enum>(3)</enum><header>Submission to Congress</header><text display-inline="yes-display-inline">The Secretary shall provide to the congressional defense committeesâ€"</text>

<subparagraph id="HA7F78787D8A549E8B43A3A259D0E8F80"><enum>(A)</enum><text>a briefing on the assessment required by paragraph (1) by not later than March 1, 2020; and</text></subparagraph>

<subparagraph id="HCF8E705017F94B8B9AEF0EE87DBEED9E"><enum>(B)</enum><text>a final report on such assessment by not later than April 1, 2020.</text></subparagraph></paragraph></subsection></section>

<section id="H8BFD398FA08B4388B469AA7C17D67420"><enum>352.</enum><header>Clarification of authority regarding use of working-capital funds for unspecified minor military construction projects related to revitalization and recapitalization of defense industrial base facilities</header><text display-inline="no-display-inline">Section 2208(u) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H7A2CFAEFD1E649B79895964F94B9D9FB"><enum>(1)</enum><text>in paragraph (1), by striking <quote>carry out</quote> and inserting <quote>fund</quote>; </text></paragraph>

<paragraph id="HF1D8806EAFD24ADFBAD4B82F708E0F0F"><enum>(2)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="H0D9F097DCF1E4935A9FA9CACC753318A"><enum>(A)</enum><text>by striking <quote>Section 2805</quote> and inserting <quote>(A) Except as provided in subparagraph (B), section 2805</quote>;</text></subparagraph>

<subparagraph id="H22AA5753931544E6A9AEAD90701D6D58"><enum>(B)</enum><text>by striking <quote>carried out with</quote> and inserting <quote>funded using</quote>; and</text></subparagraph>

<subparagraph id="HA4FF66A72F024DE7B427EC78B6DA60F3"><enum>(C)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="OLC" id="HB99662FE9218461BAF8CA5CB3E2F6A1C" display-inline="no-display-inline">

<subparagraph id="HEE437B867E0A4EC3BA78481BA5E09352" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">For purposes of applying subparagraph (A), the dollar limitation specified in subsection (a)(2) of section 2805 of this title, subject to adjustment as provided in subsection (f) of such section, shall apply rather than the dollar limitation specified in subsection (c) of such section.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H8EB1BFD83365413DBF0A6E3743F2A774"><enum>(3)</enum><text display-inline="yes-display-inline">in paragraph (4), by striking <quote>carry out</quote> and inserting <quote>fund</quote>.</text></paragraph></section>

<section id="H565D9F3E1D544EDAA883EB73632912E9"><enum>353.</enum><header>Modification to limitation on length of overseas forward deployment of naval vessels</header><text display-inline="no-display-inline">Section 323 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph id="H0CECDB44279B4A7D9BD9EE2A547B1C86"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H64863F8CBEFC48CDA8AA4E0A73008A0A"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block display-inline="no-display-inline" id="H4C097AD9AE0140A08E4ACEB89C39680F" style="OLC">

<subsection id="HC7BA006BEC3643139B9CB9A5460211AD"><enum>(c)</enum><header>Extension of

limitation on length of overseas forward deployment for U.S.S. Shiloh (CGâ€"<enum-in-header>67</enum-in-header>)</header><text>Notwithstanding subsection (b), the Secretary of the Navy shall ensure that the U.S.S. Shiloh (CGâ€"67) is assigned a homeport in the United States by not later than September 30, 2023.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H87EEE231591F4975B1FCC302BA7AA444" section-type="subsequent-section"><enum>354.</enum><header display-inline="yes-display-inline">Extension of temporary installation reutilization authority for arsenals, depots, and plants</header><text display-inline="no-display-inline">Section 345(d) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2667 note) is amended by striking <quote>September 30, 2020</quote> and inserting <quote>September 30, 2025</quote>.</text></section>

<section id="H4A6D95FFE121422495BFCA77F4AD07CD" section-type="subsequent-section"><enum>355.</enum><header>Fâ€"35 Joint Strike Fighter sustainment</header>

<subsection id="H1267957826C74A7F95DF60A01644994D"><enum>(a)</enum><header>Limitation on use of funds</header><text display-inline="yes-display-inline">Of the amounts authorized to be appropriated or otherwise made available in this Act for the Office of the Under Secretary of Defense for Acquisition and Sustainment for fiscal year 2020, not more than 75 percent may be obligated or expended until the date on which the Under Secretary submits the report required by subsection (b).</text></subsection>

<subsection id="H56E3C2EF82C04D7E835B21B6F8910A5A"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on steps being taken to improve the availability and accountability of Fâ€"35 parts within the supply chain. At a minimum, the report shall include a detailed plan for each of the following elements:</text>

<paragraph id="H41DBB1FD5F8C412384C0C1B4EB6FA886"><enum>(1)</enum><text display-inline="yes-display-inline">How the accountable property system of record will be updated with information from the prime contractors supplying such parts on required cost and related data with respect to the parts and how the Fâ€"35 Program Office will ensure such contractors are adhering to contractual requirements for the management, reporting, visibility, and accountability of all such parts supplied by the prime contractors.</text></paragraph>

<paragraph id="H04C1697A81364370904993D326D49C8A"><enum>(2)</enum><text>How the accountability property system of record will have interfaces that allow the Fâ€"35 Program Office and other authorized entities to have proper accountability of assets in accordance with applicable Department of Defense Instructions, Department of Defense Manuals, and other applicable regulations.</text></paragraph>

<paragraph id="H503F2B1150BA45ECAE3F2F6B32C17570"><enum>(3)</enum><text>How the Fâ€"35 Program Office, in coordination with the military departments, will ensure business rules for the prioritization of Fâ€"35 parts across all program participants are sufficient, effective, and responsive.</text></paragraph>

<paragraph id="H14F1D8406E124DEBB0F318E7EF8766BD"><enum>(4)</enum><text>Steps being taken to ensure parts within the base, afloat, and deployment spares packages are compatible for deploying Fâ€"35 aircraft and account for updated parts demand.</text></paragraph></subsection></section>

<section id="H76293D5404894419B87923D1F9CCADCC" section-type="subsequent-section"><enum>356.</enum><header>Report on strategic policy for prepositioned materiel and equipment</header><text display-inline="no-display-inline">Not later than March 1, 2020, the Assistant Secretary of Defense for Sustainment, in coordination with the Joint Staff, shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the implementation plan for prepositioned materiel and equipment required by section 321(b) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 127 Stat. 730; 10 U.S.C. 2229 note). Such report shall include each of the following:</text>

<paragraph id="H34A5883CB2E24BE68CDD98D12E4EEBAC"><enum>(1)</enum><text display-inline="yes-display-inline">A comprehensive list of the prepositioned materiel and equipment programs of the Department of Defense.</text></paragraph>

<paragraph id="HED1D3FFC314844AABD1DFE439067042C"><enum>(2)</enum><text>A detailed description of how the plan will be implemented.</text></paragraph>

<paragraph id="H51CE43C829ED47C6BA0F5C41EB2B699B"><enum>(3)</enum><text>A description of the resources required to implement the plan, including the amount of funds and personnel.</text></paragraph>

<paragraph id="H71BE33BEDFBA4D6A93C2C559F5C35644"><enum>(4)</enum><text>A description of how the plan will be reviewed and assessed to monitor progress.</text></paragraph>

<paragraph id="H8D8B10D3BFDF4296A9B38BA021CDAF11"><enum>(5)</enum><text>Guidance on applying a consistent definition of prepositioning across the Department, including the military departments, the combatant commands, and the Defense Agencies.</text></paragraph>

<paragraph id="H5CC07AE5F2E44ECCB10A8CB1B114208A"><enum>(6)</enum><text>A detailed description of how the Secretary will implement a joint oversight approach of the prepositioning programs of the military departments.</text></paragraph></section>

<section id="H5D2ABB79E47D4D9786711AB6BDAFD9E7" commented="no"><enum>357.</enum><header>Pilot program to train skilled technicians in critical shipbuilding skills</header>

<subsection id="H29782A348D334858A53A824B6C92AC75" commented="no"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of the Navy may carry out a pilot program to train individuals to become skilled technicians in critical shipbuilding skills such as welding, metrology, quality assurance, machining, and additive manufacturing.</text></subsection>

<subsection id="H92B4FECA97614EDCAE860F65E362278C" commented="no"><enum>(b)</enum><header>Partnerships</header><text display-inline="yes-display-inline">In carrying out the pilot program under this section, the Secretary may partner with existing Federal or State projects relating to investment and infrastructure in training and education or workforce development, such as the National Network for Manufacturing Innovation, the Industrial Base Analysis and Sustainment program of the Department of Defense, and the National Maritime Educational Council.</text></subsection>

<subsection id="H1CB5F319A978447BA40D9C7E9E387FB9" commented="no"><enum>(c)</enum><header>Termination</header><text display-inline="yes-display-inline">The authority to carry out a pilot program under this section shall terminate on September 30, 2025.</text></subsection>

<subsection id="HD647DFFF938F492E897D76C2B08949E0" commented="no"><enum>(d)</enum><header>Briefings</header><text display-inline="yes-display-inline">If the Secretary carries out a pilot program under this section, the Secretary shall provide briefings to the Committees on Armed Services of the Senate and the House of Representatives as follows:</text>

<paragraph id="H8C570387EA4841C6AB0402527C92D1C6" commented="no"><enum>(1)</enum><text>Not later than 30 days before beginning to implement the pilot program, the Secretary shall provide a briefing on the plan, cost estimate, and schedule for the pilot program.</text></paragraph>

<paragraph id="H2A890F8A0564491B95C69F615745F1D2" commented="no"><enum>(2)</enum><text>Not less frequently than annually during the period when the pilot program is carried out, the Secretary shall provide briefings on the progress of the Secretary in carrying out the pilot program.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H14D65977F79C47F0AEB6A432837D1713" section-type="subsequent-section"><enum>358.</enum><header display-inline="yes-display-inline">Requirement for military department inter-service depot maintenance</header>

<subsection id="H236278F49F5F4F17BD94B72B1D29CE63"><enum>(a)</enum><header>Joint process for technical compliance and quality control</header><text display-inline="yes-display-inline">If the Secretary of a military department transfers any maintenance action on a platform to a depot under the jurisdiction of the Secretary of another military department, the two Secretaries shall develop and implement a process to

ensure the technical compliance and quality control for the work performed.</text></subsection>

<subsection id="HA77845C31E4D4029982031441ADDE1A9"><enum>(b)</enum><header>Requirements</header><text>A process developed under subsection (a) shall include the following requirementsâ€"</text>

<paragraph id="HB9F1E39C8C0942C6828D2B641B738BF1"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of the military department with jurisdiction over the depot to which the maintenance action is transferred shallâ€"</text>

<subparagraph id="HD251A4B266144066B8FD22E566C2D78B"><enum>(A)</enum><text>ensure that the technical specifications, requirements, and standards for work to be performed are provided to such action or depot; and</text></subparagraph>

<subparagraph id="H3548ACD5C8B64AD6A907C574EDEF501A"><enum>(B)</enum><text>implement procedures to ensure that completed work complies with such specifications, requirements and standards.</text></subparagraph></paragraph>

<paragraph id="HAD4A0DFBFC5D4879B79DA0460C12E5FC"><enum>(2)</enum><text>The Secretary who transfers the maintenance activity or depot shall ensure thatâ€"</text>

<subparagraph id="H2A6479ACC2FE4849B0B69A5B3E5DC352"><enum>(A)</enum><text>the technical specifications and requirements are clearly understood; and</text></subparagraph>

<subparagraph id="HD0D29D8BC0444176AC4007517A266C0E"><enum>(B)</enum><text>the work performed is completed to the technical specifications, requirements, and standards prescribed under paragraph (1), and that the Secretary of the military department with jurisdiction over the depot is informed of any shortcoming or discrepancy.</text></subparagraph></paragraph></subsection>

<subsection id="HFFD448A6E0C54A32B3EE7F157E5B538E"><enum>(c)</enum><header>Reports</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report containing a certification that sufficient policy and procedures are in place to ensure quality control when the depot or maintenance activities of one military department support another. The report shall include a description of known shortfalls in existing policies and procedures and actions the Department of Defense is taking to address such shortfalls.</text></subsection></section>

<section id="HD1935972E37343E9BD67BB1E38BFB7F2"><enum>359.</enum><header>Strategy to improve infrastructure of certain depots of the Department of Defense</header>

<subsection id="H8695F908BB6C41928FCA970B91EEE2B6"><enum>(a)</enum><header>Strategy required</header><text>Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a comprehensive strategy for improving the depot infrastructure of the military departments with the objective of ensuring that all covered depots have the capacity and capability to support the readiness and material availability goals of current and future weapon systems of the Department of Defense.</text></subsection>

<subsection id="H412A77AD1FBF40F685B42B750C648CD2"><enum>(b)</enum><header>Elements</header><text>The strategy under subsection (a) shall include the following:</text>

<paragraph id="H34537C2542604CFAA1508CC29ED9CE8A"><enum>(1)</enum><text>A comprehensive review of the conditions and performance at each covered depot, including the following:</text>

<subparagraph id="HAC831E81729E4986A000D50FA633DFBA"><enum>(A)</enum><text>An assessment of the current status of the following elements:</text>

<clause id="H3F4C653B5AE543A693E1D3DDA780AB5F"><enum>(i)</enum><text>Cost and schedule performance of the depot.</text></clause>

<clause id="H8B5CE9F58C934E01B60E894DB3FBA33E"><enum>(ii)</enum><text>Material availability of weapon systems supported at the depot and the impact of the performance

of the depot on that availability.</text></clause>

<clause id="H5B41C8D9623B469D804A3ABEFFA4CC64"><enum>(iii)</enum><text>Work in progress and non-operational items awaiting depot maintenance.</text></clause>

<clause id="H904A456E04B1429AAC433C4EE0084ED7"><enum>(iv)</enum><text>The condition of the depot.</text></clause>

<clause id="H631FCDCF52BE4F528EE44DD57DAD2F0F"><enum>(v)</enum><text>The backlog of restoration and modernization projects at the depot.</text></clause>

<clause id="HE5E2CF39CBBD4B8087ACA177C582D870"><enum>(vi)</enum><text>The condition of equipment at the depot.</text></clause>

<clause id="HA1A79928DC914F9FBD2C0AC18DF3E622"><enum>(vii)</enum><text>the vulnerability of the depot to adverse environmental conditions and, if necessary, the investment required to withstand those conditions.</text></clause></subparagraph>

<subparagraph id="HAF3A0925AF49476F944AB2EB163015FA"><enum>(B)</enum><text>An identification of analytically based goals relating to the elements identified in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H58A37F0958C3409FA504CAD2072A940A"><enum>(2)</enum><text>A business-case analysis that assesses investment alternatives comparing cost, performance, risk, and readiness outcomes and recommends an optimal investment approach across the Department of Defense to ensure covered depots efficiently and effectively meet the readiness goals of the Department, including an assessment of the following alternatives:</text>

<subparagraph id="H2D9EA180B7AE439486AF9AE34D5CE22B"><enum>(A)</enum><text>The minimum investment necessary to meet investment requirements under section 2476 of title 10, United States Code.</text></subparagraph>

<subparagraph id="HAE313A64145546DBA793D6DB64E7864B"><enum>(B)</enum><text>The investment necessary to ensure the current inventory of facilities at covered depots can meet the mission-capable, readiness, and contingency goals of the Secretary of Defense.</text></subparagraph>

<subparagraph id="H1A4C2801960A4D1E8EFED27FD461C844"><enum>(C)</enum><text>The investment necessary to execute the depot infrastructure optimization plans of each military department.</text></subparagraph>

<subparagraph id="HD75339F952134FD286B22DFDF68A4010"><enum>(D)</enum><text>Any other strategies for investment in covered depots, as identified by the Secretary.</text></subparagraph></paragraph>

<paragraph id="H98CE504C37AC447B865563A8B9F123A0"><enum>(3)</enum><text>A plan to improve conditions and performance of covered depots that identifies the following:</text>

<subparagraph id="H64AAE1503DD0455CAAA02937B3100CBD"><enum>(A)</enum><text>The approach of the Secretary of Defense for achieving the goals outlined in paragraph (1)(B).</text></subparagraph>

<subparagraph id="H3F10DFDC2D5F4322A8C94D61C8C8146E"><enum>(B)</enum><text>The resources and investments required to implement the plan.</text></subparagraph>

<subparagraph id="H9A46E7DE4A21468DAC841B47F20616F7"><enum>(C)</enum><text>The activities and milestones required to implement the plan.</text></subparagraph>

<subparagraph id="H38B06E498DE84469A9F0225E78B92121"><enum>(D)</enum><text>A results-oriented approach to assessâ€"</text>

<clause id="HECE6E250011547098B01D79D55554B71"><enum>(i)</enum><text>the progress of each military department in achieving such goals; and</text></clause>

<clause id="HC75BF471A4114FB49FCEFE552960024B"><enum>(ii)</enum><text>the progress of the Department in implementing the plan.</text></clause></subparagraph>

<subparagraph id="H104FDAFF16534B42A871E1A9C175C094"><enum>(E)</enum><text>Organizational roles and responsibilities for implementing the plan.</text></subparagraph>

<subparagraph id="H47205AAFD2AC4AC99DB1E4AA66A178B7"><enum>(F)</enum><text>A process

for conducting regular management review and coordination of the progress of each military department in implementing the plan and achieving such goals.</text></subparagraph>

<subparagraph id="H8C789D488C9947AA80A966E4CEB5C286"><enum>(G)</enum><text>The extent to which the Secretary has addressed recommendations made by the Comptroller General of the United States relating to depot operations during the five-year period preceding the date of submittal of the strategy under this section.</text></subparagraph>

<subparagraph id="H70FDDF75EC2245A29FD0DBAF17668909"><enum>(H)</enum><text>Risks to implementing the plan and mitigation strategies to address those risks.</text></subparagraph></paragraph></subsection>

<subsection id="HAA62AAAF23C84D1F990E5C346E3401DD"><enum>(c)</enum><header>Annual report on progress</header><text>As part of the annual budget submission of the President under section 1105(a) of title 31, United States Code, the Secretary of Defense shall submit to the congressional defense committees a report describing the progress made inâ€"</text>

<paragraph id="H9266823B3278482EA8B12894E5439CB1"><enum>(1)</enum><text>implementing the strategy under subsection (a); and</text></paragraph>

<paragraph id="H3AE8D38581204A409296099B1E8E38AE"><enum>(2)</enum><text>achieving the goals outlined in subsection (b)(1)(B).</text></paragraph></subsection>

<subsection id="H965298927E1C47B5BCD68B2B70E364C3"><enum>(d)</enum><header>Comptroller General reports</header>

<paragraph id="H51C608D9E8314A199B5A02DD77F64163"><enum>(1)</enum><header>Assessment of strategy</header><text>Not later than January 1, 2021, the Comptroller General of the United States shall submit to the congressional defense committees a report assessing the extent to which the strategy under subsection (a) meets the requirements of this section.</text></paragraph>

<paragraph id="H0B14542774B3451980F8739F19DDF76D"><enum>(2)</enum><header>Assessment of implementation</header><text>Not later than April 1, 2022, the Comptroller General shall submit to the congressional defense committees a report setting forth an assessment of the extent to which the strategy under subsection (a) has been effectively implemented by each military department and the Secretary of Defense.</text></paragraph></subsection>

<subsection id="HB1522BDD7F0E430383BCCCC4C4813CB6"><enum>(e)</enum><header>Covered depot defined</header><text>In this section, the term <term>covered depot</term> has the meaning given that term in section 2476(e) of title 10, United States Code.</text></subsection></section></subtitle>

<subtitle id="H3307DCCAFB5146B59359B1A615E659ED"><enum>E</enum><header>Reports</header>

<section id="H7EB10842648B48669F7A1A85F85BA33A" section-type="subsequent-section"><enum>361.</enum><header>Readiness reporting</header>

<subsection id="H956BD3EAC4B14AD3BEEBB715A57756F7"><enum>(a)</enum><header>Readiness reporting system</header><text display-inline="yes-display-inline">Section 117 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H5CDDA0F0906A41A78DE210B89E74A355"><enum>(1)</enum><text>by striking subsections (d) through (g); and</text></paragraph>

<paragraph id="H21A02217EAD24BA6ACDF57FFAF93CC16"><enum>(2)</enum><text>by redesignating subsection (h) as subsection (d).</text></paragraph></subsection>

<subsection id="H1C1B4BA1871846B2830A82D32F0C562C"><enum>(b)</enum><header>Quarterly reports</header><text>Section 482 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H2C320217FF704B6293207A8DA40A2EE8"><enum>(1)</enum><text>in the section heading, by striking <quote><header-in-text level="section" style="USC">Quarterly reports: personnel and unit readiness</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">Readiness reports</header-in-text></quote>;</text></paragraph>

<paragraph id="H6602113F85A246999E7B4D6B6B7A6E23"><enum>(2)</enum><text>in subsection (a)â€"</text>

<subparagraph id="HDB30A689219545C6B526241125488010"><enum>(A)</enum><text>In the subsection heading, by striking <quote><header-in-text level="subsection" style="USC">Quarterly Reports Required</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="USC">Reports and briefings</header-in-text></quote>;</text></subparagraph>

<subparagraph id="H672C70BCF10E436C8351A2CA0A2F624E"><enum>(B)</enum><text>In the first sentenceâ€"</text>

<clause id="H18DF3A5E8AD945B0BF86C11A9CD8882C"><enum>(i)</enum><text>by striking <quote>Not later</quote> and inserting <quote>(1) Not later</quote>; and</text></clause>

<clause id="H55ECBC8A1A914DD4B70C19AD224B6B54"><enum>(ii)</enum><text>by striking <quote>each calendar-year quarter</quote> and inserting <quote>the second and fourth quarter of each calendar year</quote>; </text></clause></subparagraph>

<subparagraph id="H88B9FEF9A26B4C26A87015AC6654ABED"><enum>(C)</enum><text>by striking the second and third sentences and inserting <quote>The Secretary of Defense shall submit each such report in writing and shall also submit a copy of each such report to the Chairman of the Joint Chiefs of Staff.</quote>; and</text></subparagraph>

<subparagraph id="H8693EDF4E363476C8D7F3C46C845C282"><enum>(D)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block style="USC" id="HEB07186D7E7E4BAD893E8C0069B2303D" display-inline="no-display-inline">

<paragraph id="H77A3B59F0F9D44F984DB5CFCCB1D5D50" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Not later than 30 days after the end of the first and third quarter of each calendar year, the Secretary of Defense shall provide to Congress a briefing regarding the military readiness of the active and reserve components. </text></paragraph>

<paragraph id="HE8293F9D478F47D2A8843779C92F94DA" commented="no" display-inline="no-display-inline" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Each report under this subsection shall contain the elements required by subsection (b) for the quarter covered by the report, and each briefing shall address any changes to the elements described in subsection (b) since the submittal of the most recently submitted report.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HC9021FFBC3D74D58B7C75D6395EED74F"><enum>(3)</enum><text>by striking subsection (b) and inserting the following:</text>

<quoted-block style="USC" id="H02330800C8D34CF6A17A8E9FFA383136" display-inline="no-display-inline">

<subsection id="H3647F55E0CF443299F60070AF309EDCC"><enum>(b)</enum><header>Required elements</header><text display-inline="yes-display-inline">The elements described in this subsection are each of the following:</text>

<paragraph id="HFE7593CDD928499E9E7CD4962EFEDFCB"><enum>(1)</enum><text>A description of each readiness problem or deficiency that affects the ground, sea, air, space, cyber, or special operations forces, and any other area determined appropriate by the Secretary of Defense.</text></paragraph>

<paragraph id="HD81419BDBF994ECEA390718BC58AE62D"><enum>(2)</enum><text display-inline="yes-display-inline">The key contributing factors, indicators, and other relevant information related to each identified problem or deficiency.</text></paragraph>

<paragraph id="HA13A1B2889FE43D6A9A09A01C3F201FC"><enum>(3)</enum><text>The short-term mitigation strategy the Department will employ to address each readiness problem or deficiency until a resolution is in place, as well as the timeline, cost, and any legislative remedies required to support the resolution.</text></paragraph>

<paragraph id="H51F2E255096F4852B21AAF64A701C258"><enum>(4)</enum><text>A summary of combat readiness ratings for the key force elements assessed, including specific information on personnel, supply, equipment, and training problems or deficiencies that affect the combat readiness ratings for each force element.</text></paragraph>

<paragraph id="HBE0F8DACF67A4E97BB9534C8936469EC"><enum>(5)</enum><text>A summary of each upgrade or downgrade of the combat readiness of a unit that was issued by the commander of the unit, together with the rationale of the commander for the issuance of such upgrade or downgrade.</text></paragraph>

<paragraph id="H7B93D803467E40D2A139D4571CBC3985"><enum>(6)</enum><text>A summary of the readiness of supporting capabilities, including infrastructure, prepositioned equipment and supplies, and mobility assets, and other supporting logistics capabilities.</text></paragraph>

<paragraph id="H7A277C9328A5473EBB2B4BAFC0182965"><enum>(7)</enum><text>A summary of the readiness of the combat support and related agencies, any readiness problem or deficiency affecting any mission essential tasks of any such agency, and actions recommended to address any such problem or deficiency.</text></paragraph>

<paragraph id="HBB91B88CD1784EFD971616C6A2A74304"><enum>(8)</enum><text display-inline="yes-display-inline">A list of all Class A, Class B, and Class C mishaps that occurred in operations related to combat support and training events involving aviation, ground, or naval platforms, weapons, space, or Government vehicles, as defined by Department of Defense Instruction 6055.07, or a successor instruction.</text></paragraph>

<paragraph id="HC921BCB2005B473393E8EBEA7D9B6232"><enum>(9)</enum><text display-inline="yes-display-inline">Information on the extent to which units of the armed forces have removed serviceable parts, supplies, or equipment from one vehicle, vessel, or aircraft in order to render a different vehicle, vessel, or aircraft operational.</text></paragraph>

<paragraph id="H62E648F2486146818554173CDEF0131A"><enum>(10)</enum><text>Such other information as determined necessary or appropriate by the Secretary of Defense.</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H578DACC935F147F58F890DF52097D5C3"><enum>(4)</enum><text display-inline="yes-display-inline">by striking subsections (d) through (h) and subsection (j);</text></paragraph>

<paragraph id="H65C2DCF4804F491092D854574DDC374D"><enum>(5)</enum><text>by redesignating subsection (i) as subsection (e); and</text></paragraph>

<paragraph id="HB659EA4E276F43CF9A712DFCABE7C196"><enum>(6)</enum><text>by inserting after subsection (c) the following new subsections (d):</text>

<quoted-block style="USC" id="HE9C86C077A9749FB9C4EDB5ADEB262D4" display-inline="no-display-inline">

<subsection id="H0560DA68507F4530A0F88060F238C46C"><enum>(d)</enum><header>Semi-Annual joint force readiness review</header>

<paragraph id="H10F1852971E548D68B64A1919B6B6742" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 30 days after the last day of the first and third quarter of each calendar year, the Chairman of the Joint Chiefs of Staff shall submit to Congress a written report on the capability of the armed forces, the combat support and related agencies, operational contract support, and the geographic and functional combatant commands to execute their wartime missions based upon their posture and readiness as of the time the review is conducted.</text></paragraph>

<paragraph id="H5CA3DB12C99643DA898F6F950C04F887" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Chairman shall produce the report required under this subsection using information derived from the quarterly reports required by subsection (a).</text></paragraph>

<paragraph id="HB6BE1254DB8B404499E144DD1D273444" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Each report required by this subsection shall include an assessment by each commander of a geographic or functional combatant command of the readiness of the command to conduct operations in a multidomain battle that integrates ground, sea, air, space, cyber, and special operations forces.</text></paragraph>

<paragraph id="H87CAB8E934754F4082733DF7A9E26A2A"

indent="up1"><enum>(4)</enum><text>The Chairman shall submit to the Secretary of Defense a copy of each report under this subsection.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H55A2757C720348929C5F1198500CE7A3"><enum>(c)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 23 of such title is amended by striking the item relating to section 482 and inserting the following new item:</text>

<quoted-block style="USC" id="H423A84A6EC9F41E4A29821D9092BE129" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">482. Readiness reports.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HFAEE702823014B02969B0567EC7B4902"><enum>362.</enum><header>Technical correction to deadline for transition to Defense Readiness Reporting System Strategic</header><text display-inline="no-display-inline">Section 358(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>October 1, 2019</quote> and inserting <quote>October 1, 2020</quote>.</text></section>

<section id="HEB4EF347AA914BCB94BAE7669367A247"><enum>363.</enum><header>Report on Navy ship depot maintenance budget</header>

<subsection id="HF073C11B46E84C3CB35A3997E7FF1134"><enum>(a)</enum><header>In general</header><text>Not later than March 1 of each of 2020, 2021, and 2022, the Secretary of the Navy shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the Operation and Maintenance, Ship Depot Maintenance budget sub-activity group.</text></subsection>

<subsection id="H39DF8594AAB04FCA85DE606D7493EE70"><enum>(b)</enum><header>Elements</header><text>The report required under subsection (a) shall include each of the following elements:</text>

<paragraph id="H0CC307B24F8544DC9FC1EA4351D3CB01"><enum>(1)</enum><text>A breakdown of funding, categorized by class of ship, requested for ship and submarine maintenance.</text></paragraph>

<paragraph id="H7044EACB54E84389899000E9B109DE8D"><enum>(2)</enum><text>A description of how the requested funding, categorized by class of ship, compares to the identified ship maintenance requirement.</text></paragraph>

<paragraph id="HDFD4CCA537264EB0B247426EF64E7BAF"><enum>(3)</enum><text>The amount of funds appropriated for each class of ship for the preceding fiscal year.</text></paragraph>

<paragraph id="HD372436E08FF4B498A884E31CCC30000"><enum>(4)</enum><text>The amount of funds obligated and expended for each class of ship for each of the three preceding fiscal years.</text></paragraph>

<paragraph id="H6A5360C29E6A460792FA05AB09657EE4"><enum>(5)</enum><text>The cost, categorized by class of ship, of unplanned growth work for each of the three preceding fiscal years.</text></paragraph></subsection></section>

<section id="H64FBBA345FA04297AAE0CD880BE481CB"><enum>364.</enum><header>Report on Runit Dome</header>

<subsection id="HC096EC75608F40339B794D724A658B2B"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Energy shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the status of the Runit Dome in the Marshal Islands.</text></subsection>

<subsection id="H1F5D864B266F4509BF355E64F76BAF27"><enum>(b)</enum><header>Matters for inclusion</header><text>The report required by subsection (a) shall include each of the following:</text>

<paragraph id="HE342CE0B545E408B836B28D641939858"><enum>(1)</enum><text>A detailed plan to repair the dome to ensure that it does not have any harmful effects to the local population, environment, or wildlife, including the projected costs of implementing such plan.</text></paragraph>

<paragraph id="H9FA4A2E4D4A0404188283341DD4FA6BD"><enum>(2)</enum><text>The effects on the environment that the dome has currently and is projected to have in 5 years, 10 years, and 20 years.</text></paragraph>

<paragraph id="HE0E856B9B99D4900966E2271820EAB8C"><enum>(3)</enum><text>An assessment of the current condition of the outer constructs of the dome.</text></paragraph>

<paragraph id="H2B6D0CDD7A1C47FBB36BBF5812C7AC01"><enum>(4)</enum><text>An assessment of the current and long-term safety to local humans posed by the site.</text></paragraph>

<paragraph id="H649D0EBCBB844582A2B62FB5D576B97C"><enum>(5)</enum><text>An assessment of how rising sea levels might affect the dome.</text></paragraph>

<paragraph id="H3F7B891426C24B749D179C3888729B35"><enum>(6)</enum><text>A summary of interactions between the Government of the United States and the government of the Marshall Islands about the dome.</text></paragraph></subsection>

<subsection id="H2A051009DA3943D385964C7D1E392DD5"><enum>(c)</enum><header>Form of report</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in unclassified form and made publicly available.</text></subsection></section>

<section id="H4A335F28FCA44A9491D7DC1378037442"><enum>365.</enum><header>Prohibition on subjective upgrades by commanders of unit ratings in monthly readiness reporting on military units</header>

<subsection id="H50890A9EB85D45DC95109B287EE461AF"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Chairman of the Joint Chiefs of Staff shall modify Chairman of the Joint Chiefs of Staff Instruction (CJCSI) 3401.02B, on Force Readiness Reporting, to prohibit the commander of a military unit who is responsible for monthly reporting of the readiness of the unit under the instruction from making any upgrade of the overall rating of the unit (commonly referred to as the <quote>C-rating</quote>) for such reporting purposes based in whole or in part on subjective factors.</text></subsection>

<subsection id="H73B2010A325A4CED80CD60BD3A36E56D"><enum>(b)</enum><header>Waiver</header>

<paragraph id="HABFA34958A8D4BD0BFFFAC4DC1BF56CA"><enum>(1)</enum><header>In general</header><text>The modification required by subsection (a) shall authorize an officer in a general or flag officer grade in the chain of command of a commander described in that subsection to waive the prohibition described in that subsection in connection with readiness reporting on the unit concerned if the officer considers the waiver appropriate in the circumstances.</text></paragraph>

<paragraph id="HA39B9B8A556248238670FFCB8A3AC0DF"><enum>(2)</enum><header>Reporting on waivers</header><text>Each report on personnel and unit readiness submitted to Congress for a calendar year quarter pursuant to section 482 of title 10, United States Code, shall include information on each waiver, if any, issued pursuant to paragraph (1) during such calendar year quarter.</text></paragraph></subsection></section>

<section id="H33F3753E99D346AE8F7F09FA64EB9906"><enum>366.</enum><header>Requirement to include foreign language proficiency in readiness reporting systems of Department of Defense</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of each military department shall include in the Global Readiness and Force Management Enterprise, for the appropriate billets with relevant foreign language requirements, measures of foreign language proficiency as a mandatory element of unit readiness reporting, to include the Defense Readiness Reporting Systems-Strategic (DRRS-S) and all other subordinate systems that report readiness data.</text></section></subtitle>

<subtitle id="HD748A1DFBBC24F5381DB18DA2E4A7E08"><enum>F</enum><header>Other Matters</header>

<section id="HCDAEF26E548644D09F3E84AAD5F5DE0A"><enum>371.</enum><header>Prevention of

encroachment on military training routes and military operations areas</header><text display-inline="no-display-inline">Section 183a of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H19A5567FF95A432DA8D04E0E0A994C11"><enum>(1)</enum><text>in subsection (c)(6), in the second sentenceâ€"</text>

<subparagraph id="H956B1D8C846E41F2B1C23251E3691BD6"><enum>(A)</enum><text>by striking <quote>radar or airport surveillance radar operated</quote> and inserting <quote>radar, airport surveillance radar, or wide area surveillance over-the-horizon radar operated</quote>; and</text></subparagraph>

<subparagraph id="H9C922338CC3C4FBFAF423E1E46991881"><enum>(B)</enum><text>by inserting <quote>Any setback for a project pursuant to the previous sentence shall not be more than what is determined to be necessary by a technical analysis conducted by the Lincoln Laboratory at the Massachusetts Institute of Technology or any successor entity.</quote> after <quote>mitigation options.</quote>;</text></subparagraph></paragraph>

<paragraph id="H6F477D037A3E4E52B3D77C5B501A5C74"><enum>(2)</enum><text>in subsection (d)â€"</text>

<subparagraph id="H47758687070846E1AEC1C8B0799450F2"><enum>(A)</enum><text>in paragraph (2)(E), by striking <quote>to a Deputy Secretary of Defense, an Under Secretary of Defense, or a Principal Deputy Under Secretary of Defense</quote> and inserting <quote>to the Deputy Secretary of Defense, an Under Secretary of Defense, or a Deputy Under Secretary of Defense</quote>;</text></subparagraph>

<subparagraph commented="no" id="H9AF60C72BC294F5E86452DA41CF57827"><enum>(B)</enum><text>by redesignating paragraph (3) as paragraph (4); and</text></subparagraph>

<subparagraph commented="no" id="H263DC3965D1146F3AD271B0833B2CA36"><enum>(C)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H88C3DCCB7A9245BC875AB15A058660A7" style="OLC">

<paragraph id="HAD93830EA1514BA5B18967ED3D39E461" indent="up1"><enum>(3)</enum><text>The governor of a State may recommend to the Secretary of Defense additional geographical areas of concern within that State. Any such recommendation shall be submitted for notice and comment pursuant to paragraph (2)(C).</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB199E16D42CB4C4E81C5436F22C7065F"><enum>(3)</enum><text>in subsection (e)(3), by striking <quote>an under secretary of defense, or a deputy under secretary of defense</quote> and inserting <quote>an Under Secretary of Defense, or a Deputy Under Secretary of Defense</quote>;</text></paragraph>

<paragraph id="HAEE6D1872B2244359CC20D0C3B6CA4BB"><enum>(4)</enum><text>in subsection (f), in the first sentence, by striking <quote>from an applicant for a project filed with the Secretary of Transportation pursuant to section 44718 of title 49</quote> and inserting <quote>from an entity requesting a review by the Clearinghouse under this section</quote>; and</text></paragraph>

<paragraph id="HC9045BB67F6A48A8A3179118B55F77E9"><enum>(5)</enum><text>in subsection (h)â€"</text>

<subparagraph id="H0D098E0421854152A7BF72DDA70DB4BF"><enum>(A)</enum><text>by redesignating paragraphs (3), (4), (5), (6), and (7) as paragraphs (4), (5), (6), (7), and (9), respectively;</text></subparagraph>

<subparagraph id="HF385B9E380D44ED69778380BCBADE8DF"><enum>(B)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H57B5001783BD489A874DB918A763CC52" style="OLC">

<paragraph id="H1CB751C027DB4801B7B8FD0CA5E51FC4"><enum>(3)</enum><text>The term <term>governor</term>, with respect to a State, means the chief executive officer of

the State.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HDCF6696B15F046318BD4631DF51B95E9"><enum>(C)</enum><text>in paragraph (7), as redesignated by subparagraph (A), by striking <quote>by the Federal Aviation Administration</quote> and inserting <quote>by the Administrator of the Federal Aviation Administration</quote>; and</text></subparagraph>

<subparagraph id="H9ADD3B2C05494698BAF2A5C948258C65"><enum>(D)</enum><text>by inserting after paragraph (7), as redesignated by subparagraph (A), the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H65837D072FCE4FFDBFA022650ACB7979" style="OLC">

<paragraph id="H4FB1F9FC954A4C79BB587940EA86B616"><enum>(8)</enum><text>The term <term>State</term> means the several States, the District of Columbia, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, Guam, the United States Virgin Islands, and American Samoa.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section id="HA3926C5DD82D47B998A918D57CD6ACE3"><enum>372.</enum><header>Expansion and enhancement of authorities on transfer and adoption of military animals</header>

<subsection id="H24E9593D29E349BFB73AE583071BCA1B"><enum>(a)</enum><header>Transfer and adoption generally</header><text>Section 2583 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HCFED7C0058AC4163A9969D0D9225573F"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H3D38575DD68942CC85DDE95D09B7085A"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">transfer or</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">adoption</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HCEB530CFE6BF4CF1B0ECDCFC32DA8B8D"><enum>(B)</enum><text>by striking <quote>adoption</quote> each place it appears and inserting <quote>transfer or adoption</quote>;</text></subparagraph></paragraph>

<paragraph id="H54489875D1A441BFBEFF7F297AE40A7C"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HC9D357A9D238405CBCA2EB46C39F7B94"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">transfer or</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">adoption</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HB201188BFA7E44089D30DF9069F0C103"><enum>(B)</enum><text>in the first sentence, by striking <quote>adoption</quote> and inserting <quote>transfer or adoption</quote>; and</text></subparagraph>

<subparagraph id="HF3C7C5B70B344B81838F0828F1B27CC6"><enum>(C)</enum><text>in the second sentence, striking <quote>adoptability</quote> and inserting <quote>transferability or adoptability</quote>;</text></subparagraph></paragraph>

<paragraph id="H279D2DA2699140A7B522B16E83EE4BC1"><enum>(3)</enum><text>in subsection (c)(1)â€"</text>

<subparagraph id="H50AC41EF0B4248FCBC71F62D080E2508"><enum>(A)</enum><text>in the matter preceding subparagraph (A)â€"</text>

<clause id="HCF82204FF281447F84CA660CD755AA89"><enum>(i)</enum><text>by inserting <quote>transfer or</quote> before <quote>adoption</quote>; and</text></clause>

<clause id="H721473FD86B445FB8E5666A47CBB0854"><enum>(ii)</enum><text>by inserting <quote>, by</quote> after <quote>recommended priority</quote>;</text></clause></subparagraph>

<subparagraph id="H4C1CE24394D1420F9242428B9B86805C"><enum>(B)</enum><text>in

subparagraphs (A) and (B), by inserting <quote>adoption</quote> before <quote>by</quote>;</text></subparagraph>

<subparagraph id="H17A2C80C1170437E9577884A2C2BEE6D"><enum>(C)</enum><text>in subparagraph (B), by inserting <quote>or organizations</quote> after <quote>persons</quote>; and</text></subparagraph>

<subparagraph id="H790802A76E3B4244B7B24EB5D2BCEC5F"><enum>(D)</enum><text>in subparagraph (C), by striking <quote>by</quote> and inserting <quote>transfer to</quote>; and</text></subparagraph></paragraph>

<paragraph id="H6CC6F06AE2924F93A7D785EAECB7429E"><enum>(4)</enum><text>in subsection (e)â€"</text>

<subparagraph id="H99DFA4125D1C4404B2B0AA1AEB36C730"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">or adopted</header-in-text></quote>after <quote><header-in-text level="subsection" style="OLC">transferred</header-in-text></quote>;</text></subparagraph>

<subparagraph id="HFEDDFF71F775496798773CAE1C71EF6B"><enum>(B)</enum><text>in paragraphs (1) and (2), by striking <quote>transferred</quote> each place it appears and inserting <quote>transferred or adopted</quote>; and</text></subparagraph>

<subparagraph id="HC5DECE04C075413BB655687E77CD1323"><enum>(C)</enum><text>in paragraph (2), by striking <quote>transfer</quote> each place it appears and inserting <quote>transfer or adoption</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H3772D8509D8B4907A94D5E6002529179"><enum>(b)</enum><header>Veterinary screening and care for military working dogs to be retired</header><text>Such section is further amendedâ€"</text>

<paragraph id="H41C71BB6B06C42CC86529D9A9C167962"><enum>(1)</enum><text>by redesignating subsections (f), (g), and (h) as subsections (g), (h), and (i), respectively; and</text></paragraph>

<paragraph id="H1F932E72B0C54F2285D06A21F0CADBDD"><enum>(2)</enum><text>by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="HB1537A7BC56C40D09073BAE60E989943" style="OLC">

<subsection id="HB5F4C839D69A4EF7A3BF8AA46BC34ECD"><enum>(f)</enum><header>Veterinary screening and care for military working dogs To be retired</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H726FDD39F77B486FB267E79C2B4B04E2"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H2F0F5D830B7042CEBD08DEE572FA47BB"><enum>(A)</enum><text>If the Secretary of the military department concerned determines that a military working dog should be retired, such Secretary shall transport the dog to the Veterinary Treatment Facility at Lackland Air Force Base, Texas.</text></subparagraph>

<subparagraph id="H56D01313DCB9424A9BF262735E33F53A" indent="up2"><enum>(B)</enum><text>In the case of a contract working dog to be retired, transportation required by subparagraph (A) is satisfied by the transfer of the dog to the 341st Training Squadron at the end of the dog's service life as required by section 2410r of this title and assignment of the dog to the Veterinary Treatment Facility referred to in that subparagraph.</text></subparagraph></paragraph>

<paragraph id="HB9E597DF7DEB4C85858796E6001D2CB7" indent="up1"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HC60BED1F70AE45E6815220136DA91940"><enum>(A)</enum><text>The Secretary of Defense shall ensure that each dog transported as described in paragraph (1) to the Veterinary Treatment Facility referred to in that paragraph is provided with a full veterinary screening, and necessary veterinary care (including surgery for any mental, dental, or stress-related illness), before transportation of the dog in accordance with subsection (g).</text></subparagraph>

<subparagraph id="H73FBCBFA695741BAB01D9F23ABC2A6D0"

indent="up1"><enum>(B)</enum><text>For purposes of this paragraph, stress-related illness includes illness in connection with post-traumatic stress, anxiety that manifests in a physical ailment, obsessive compulsive behavior, and any other stress-related ailment.</text></subparagraph></paragraph>

<paragraph id="H3A375BE0556842F0BA45D164712C8CBC" indent="up1"><enum>(3)</enum><text>Transportation is not required under paragraph (1), and screening and care is not required under paragraph (2), for a military working dog located outside the United States if the Secretary of the military department concerned determines that transportation of the dog to the United States would not be in the best interests of the dog for medical reasons.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HBD6741C5BC4E4F839C183688E03AD354"><enum>(c)</enum><header>Coordination of screening and care requirements with transportation requirements</header><text>Subsection (g) of such section, as redesignated by subsection (b)(1) of this section, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HEDAB973259DB426FB45AA376BE54F6A4" style="OLC">

<subsection id="HC944954E44F94FC08A0A399CC596CED4"><enum>(g)</enum><header>Transportation of retiring military working dogs</header><text>Upon completion of veterinary screening and care for a military working dog to be retired pursuant to subsection (f), the Secretary of the military department concerned shallâ€"</text>

<paragraph id="H755FAA9C834145FE8803EA66E447AA27"><enum>(1)</enum><text>if the dog was at a location outside the United States immediately prior to transportation for such screening and care and a United States citizen or member of the armed forces living abroad agrees to adopt the dog, transport the dog to such location for adoption; or</text></paragraph>

<paragraph id="H1C13B2A33D1846488BB7D79FB76417CB"><enum>(2)</enum><text>for any other dog, transport the dogâ€"</text>

<subparagraph id="H9174FC6293104BA49E8CE4A9A114C73A"><enum>(A)</enum><text>to the 341st Training Squadron;</text></subparagraph>

<subparagraph id="H1BF52BA3D12D40B1A0E864535668CCB6"><enum>(B)</enum><text>to another location within the United States for transfer or adoption under this section.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H646A085781184E9DB8F5E847BEA2055A"><enum>(d)</enum><header>Preservation of policy on transfer of military working dogs to law enforcement agencies</header><text>Subsection (h) of such section, as so redesignated, is amended in paragraph (3) by striking <quote>adoption of military working dogs</quote> and all that follows through the period at the end and inserting <quote>transfer of military working dogs to law enforcement agencies before the end of the dogsâ€™ useful working lives.</quote>.</text></subsection>

<subsection id="H96CCB7E6B35943F2837C1693B99D4AEA"><enum>(e)</enum><header>Clarification of horses treatable as military animals</header><text>Subsection (i) of such section, as so redesignated, is amended by striking paragraph (2) and inserting the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HB0ECAD323CCA49718C895DDA1166E6E0" style="OLC">

<paragraph id="H63BBE72D96B3415D87AD931BD5E7596E"><enum>(2)</enum><text>An equid (horse, mule, or donkey) owned by the Department of Defense.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8F432C2AA3194AA6982674CEC9036616"><enum>(f)</enum><header>Contract term for contract working dogs</header><text>Section 2410r(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H37440E5D4E374571ABD157399A08FEE5"><enum>(1)</enum><text>by inserting <quote>, and shall contain a contract term,</quote> after <quote>shall

require</quote>;</text></paragraph>

<paragraph id="HCBA06A315E7A406DA52444849684F94C"><enum>(2)</enum><text>by inserting <quote>and assigned for veterinary screening and care in accordance with section 2583 of this title</quote> after <quote>341st Training Squadron</quote>; and</text></paragraph>

<paragraph id="H0013FDDEF69542AAA91C2D25ED8CA49B"><enum>(3)</enum><text>by striking <quote>section 2583 of this title</quote> and inserting <quote>such section</quote>.</text></paragraph></subsection></section>

<section id="H4629760C93C9497EB4AFD057906349B0"><enum>373.</enum><header>Extension of authority for Secretary of Defense to use Department of Defense reimbursement rate for transportation services provided to certain non-Department of Defense entities</header><text display-inline="no-display-inline">Section 2642(b) of title 10, United States Code, is amended by striking <quote>October 1, 2019</quote> and inserting <quote>October 1, 2024</quote>.</text></section>

<section id="HB06442574BD049DF97959281B5F96601" section-type="subsequent-section"><enum>374.</enum><header>Extension of authority of Secretary of Transportation to issue non-premium aviation insurance</header><text display-inline="no-display-inline">Section 44310(b) of title 49, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>September 30, 2023</quote>.</text></section>

<section id="HD638DD8B6F084849905BA7ADC32035F1" section-type="subsequent-section"><enum>375.</enum><header>Defense personal property program</header>

<subsection id="H36C40DBE5E024DE8AB3197EAACF7D31B"><enum>(a)</enum><header>Report on Personal Property Program Improvement Action Plan</header>

<paragraph id="H5DA7A4BD32EB4400842F763ADE437B7D"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Personnel and Readiness shall jointly submit to the congressional defense committees a report on implementation of the Personal Property Program Improvement Action Plan that was developed by the Personnel Relocation/Household Goods Movement Cross-Functional Team.</text></paragraph>

<paragraph id="HC3842D4A406D4EB9B5E7F0262C0F35BC"><enum>(2)</enum><header>Contents of report</header><text>The report required under paragraph (1) shall include updated information on the efforts of the Department of Defense toâ€"</text>

<subparagraph id="H2AA2379DF0E54D1886CC31D9120A6506"><enum>(A)</enum><text>integrate permanent-change-of-station orders with transportation systems;</text></subparagraph>

<subparagraph id="H84B3D4FAB03D4C2285031AC64628CDE7"><enum>(B)</enum><text>reduce the number of report dates during peak moving season;</text></subparagraph>

<subparagraph id="HE28CEC6826834393B46652E828CB8C6A"><enum>(C)</enum><text>synchronize the communication of information about orders to all parties involved, including industry;</text></subparagraph>

<subparagraph id="H0516BCAB03D44B0B97B76D0BD6397409"><enum>(D)</enum><text>improve lead time for permanent-change-of-station orders;</text></subparagraph>

<subparagraph id="H333D2B82C6384E969B65BFDB907F928C"><enum>(E)</enum><text>meet quality assurance inspection standards;</text></subparagraph>

<subparagraph id="HA762C5283BF94B3CB58A9F0B3F95B898"><enum>(F)</enum><text>improve the claims review process; and</text></subparagraph>

<subparagraph id="HD692A00E6E4C4DD3AA2C6D956A7C5B38"><enum>(G)</enum><text>incorporate predictive analytics to anticipate potentially problematic shipments.</text></subparagraph></paragraph>

<paragraph id="H3B09F3BF6BC540A999B46020EEFBE112"><enum>(3)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment and the Assistant Secretary of Defense for Personnel and Readiness shall jointly provide to the congressional defense committees a briefing on the report required under

this subsection.</text></paragraph></subsection>

<subsection id="H3B0DA22B468D41D3ADF6EA5FB77CC263"><enum>(b)</enum><header>Business case analysis</header><text>Not later than 30 days after the date of the enactment of this Act, the Commander of United States Transportation Command shall submit to the congressional defense committees a business case analysis for the proposed award of a global household goods contract for the defense personal property program.
</text></subsection>

<subsection id="HADC9123244C243E2813225F7C8E3C010"><enum>(c)</enum><header>GAO report</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the Commander of United States Transportation Command submits the business case analysis required by subsection (b), the Comptroller General of the United States shall submit to the congressional defense committees a report on a comprehensive study conducted by the Comptroller General that includesâ€"</text>

<paragraph id="H6A6A00155E7740BB8164C64FBA3C1DD2"><enum>(1)</enum><text>an analysis of the effects that the outsourcing of the management and oversight of the movement of household goods to a private entity or entities would have on members of the Armed Forces and their families;</text></paragraph>

<paragraph id="H1FB24774D1AB4675A2630F14DC797960"><enum>(2)</enum><text>a comprehensive cost-benefit analysis; and</text></paragraph>

<paragraph id="HA7C679628337453CB70B385D8CD4F3A0"><enum>(3)</enum><text>recommendations for changes to the strategy of the Department of Defense for the defense personal property program.</text></paragraph></subsection>

<subsection id="H998DD2E9B5DC450DB5EC19729302FB37"><enum>(d)</enum><header>Limitation</header><text display-inline="yes-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 may be used to enter into a global household goods contract until April 1, 2020.
</text></subsection>

<subsection id="H9A45487BBE7D485D8AABFA892DBC53D5"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H3F8AB6752F7E40518FCA25765DA3F22A"><enum>(1)</enum><text>The term <quote>global household goods contract</quote> means the solicitation managed by United States Transportation Command to engage a private entity to manage the defense personal property program.</text></paragraph>

<paragraph id="H8C9A9D92EE124D8AB292B1B7478F3843"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>defense personal property program</quote> means the Department of Defense program used to manage the shipment of the baggage and household effects of members of the Armed Forces under section 476 of title 37, United States Code.</text></paragraph></subsection></section>

<section id="HB4AD1778FBF34112B8E917773CD0E26D" section-type="subsequent-section"><enum>376.</enum><header>Public events about Red Hill Bulk Fuel Storage Facility</header>

<subsection id="H5E55B96D63654BDDB79DA26121D434CD"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">At least once every calendar quarter, the Secretary of the Navy, or the designee of the Secretary, shall hold an event that is open to the public at which the Secretary shall provide up-to-date information about the Red Hill Bulk Fuel Storage Facility.</text></subsection>

<subsection id="HB1AEF61D5D3B4CC995705C8F4D948895"><enum>(b)</enum><header>Termination</header><text display-inline="yes-display-inline">The requirement to hold events under subsection (a) shall terminate on the earlier of the following dates:</text>

<paragraph id="H1A2291E8840F400F9B8B8590C87EADE8"><enum>(1)</enum><text>September 30, 2025.</text></paragraph>

<paragraph id="H94B7A58F44204A24A0E71FFB969258FA"><enum>(2)</enum><text>The date on which the Red Hill Bulk Fuel Storage Facility ceases

operation.</text></paragraph></subsection></section>

<section id="HA619F78FD624458F966F316225385100"><enum>377.</enum><header>Sense of Congress regarding Innovative Readiness Training program</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H6CADFD855AC94C3E9A362CFF2A6BF880"><enum>(1)</enum><text>the Innovative Readiness Training program is an effective training program for members of the Armed Forces and is highly beneficial to civilian-military relationships with local American communities;</text></paragraph>

<paragraph id="H7EDB37E426BF42368B37A5BA3B4B556D"><enum>(2)</enum><text>due to the geographic complexities and realities of non-contiguous States and territories, Innovative Readiness Training has lent greater benefit to such States and territories while providing unique and realistic training opportunities and deployment readiness for members of the Armed Forces;</text></paragraph>

<paragraph id="HD42A75B8ABB9414FBA2084A893483FDE"><enum>(3)</enum><text>the Department of Defense should pursue continued Innovative Readiness Training opportunities, and, where applicable, strongly encourage the use of Innovative Readiness Training in non-contiguous States and territories; and</text></paragraph>

<paragraph id="HCAD744EA3E7340BDB1E5A9E815D11DAF"><enum>(4)</enum><text>in considering whether to recommend a project, the Secretary should consider the benefits of the project to the economy of a region damaged by natural disasters.</text></paragraph></section>

<section id="H708F422747634590095C0E3EF5C4685D9" section-type="subsequent-section"><enum>378.</enum><header>Detonation chambers for explosive ordnance disposal</header>

<subsection id="HBC7AFF6C2A064816952FD610A9AB4033"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Navy shall purchase and operate a portable closed detonation chamber and water jet cutting system to be deployed at a former naval bombardment area located outside the continental United States that is part of an active remediation program using amounts made available for environmental restoration, Navy. Upon a determination by the Secretary of the Navy that the chamber has completed the mission of destroying appropriately sized munitions at such former naval bombardment area, the Secretary may deploy the chamber to another location.</text></subsection>

<subsection id="H6D5687B201254A10B7EF3CA3B8EB0901"><enum>(b)</enum><header>Authorization of appropriations</header><text display-inline="yes-display-inline">There is authorized to be appropriated for fiscal year 2020 $10,000,000 to carry out subsection (a).</text></subsection></section></subtitle></title>

<title id="HC413933C93DD44F780DACCEE4A24F839"><enum>IV</enum><header>MILITARY PERSONNEL AUTHORIZATIONS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HC413933C93DD44F780DACCEE4A24F839" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H8F5D7E999D9D42A58D1F40349CD7E6E9" level="subtitle">Subtitle Aâ€"Active Forces</toc-entry>

<toc-entry idref="H5D671D0BA85841A18579225B9D09E74C" level="section">Sec.â€,401.â€,End strengths for active forces.</toc-entry>

<toc-entry idref="H2C243D8BC16E4528B3EAD3C51D47AF73" level="section">Sec.â€,402.â€,Revisions in permanent active duty end strength minimum levels.</toc-entry>

<toc-entry idref="H8D2BBF8448FB4D6F983C62ABA7F75B0C" level="subtitle">Subtitle Bâ€"Reserve Forces</toc-entry>

<toc-entry idref="H597BA85783794D98A486F0175AF76EDF" level="section">Sec.â€,411.â€,End strengths for Selected Reserve.</toc-entry>

<toc-entry idref="HBE201549089749D99611998606E2C775" level="section">Sec.â€,412.â€,End strengths for Reserves on active duty in support of the reserves.</toc-entry>

<toc-entry idref="H187AD56036A94E4E82BCF480659E3F4E" level="section">Sec.â€,413.â€,End strengths for military technicians (dual status).</toc-entry>

<toc-entry idref="H73D614BD55A74D039A929123089A3824" level="section">Sec.â€,414.â€,Maximum number of reserve personnel authorized to be on active duty for operational support.</toc-entry>

<toc-entry idref="H3F22939AB0BF415088EA195555D674A1" level="section">Sec.â€,415.â€,Authorized strengths for Marine Corps Reserves on active duty.</toc-entry>

<toc-entry idref="H504046A09A5444DFB679588D323ABC72" level="section">Sec.â€,416.â€,Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard.</toc-entry>

<toc-entry idref="HE0408E38AAAF4A4C858C0EA69B43822A" level="subtitle">Subtitle Câ€"Authorization of Appropriations</toc-entry>

<toc-entry idref="H4697418DFA4F4A1A815C11EA11C44A3C" level="section">Sec.â€,421.â€,Military personnel.</toc-entry></toc>

<subtitle id="H8F5D7E999D9D42A58D1F40349CD7E6E9"><enum>A</enum><header>Active Forces</header>

<section id="H5D671D0BA85841A18579225B9D09E74C"><enum>401.</enum><header>End strengths for active forces</header><text display-inline="no-display-inline">The Armed Forces are authorized strengths for active duty personnel as of September 30, 2020, as follows:</text>

<paragraph id="H48BF6D36AF71451886BA427BCDECB9FD"><enum>(1)</enum><text>The Army, 480,000.</text></paragraph>

<paragraph id="HAAA55E30B10B422C9439821F4F587853"><enum>(2)</enum><text>The Navy, 340,500.</text></paragraph>

<paragraph id="HFDE5CBC9589B462581C1D9DE81804571"><enum>(3)</enum><text>The Marine Corps, 186,200.</text></paragraph>

<paragraph id="H376C7AD7A9954DAAAB95406647F0623A"><enum>(4)</enum><text>The Air Force, 332,800.</text></paragraph></section>

<section id="H2C243D8BC16E4528B3EAD3C51D47AF73"><enum>402.</enum><header>Revisions in permanent active duty end strength minimum levels</header><text display-inline="no-display-inline">Section 691(b) of title 10, United States Code, is amended by striking paragraphs (1) through (4) and inserting the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HC57E5E5B446A4E31A969F1314F7A73FC" style="OLC">

<paragraph id="H0EE402DCA83A4720A4B084A64D87630C"><enum>(1)</enum><text>For the Army, 480,000.</text></paragraph>

<paragraph id="H4A7F1FBC2AEB43229F552F86F4A2A81A"><enum>(2)</enum><text>For the Navy, 340,500.</text></paragraph>

<paragraph id="H38A68D459CDC4167A7DFDF398E5215AD"><enum>(3)</enum><text>For the Marine Corps, 186,200.</text></paragraph>

<paragraph id="HF9ED1E7AD5F74C1DA65FA174C54A20EA"><enum>(4)</enum><text>For the Air Force, 332,800.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H8D2BBF8448FB4D6F983C62ABA7F75B0C"><enum>B</enum><header>Reserve Forces</header>

<section id="H597BA85783794D98A486F0175AF76EDF"><enum>411.</enum><header>End strengths for Selected Reserve</header>

<subsection id="H04E6FE2C656C43E386539BBAEDC6E8B6"><enum>(a)</enum><header>In general</header><text>The Armed Forces are authorized strengths for Selected Reserve personnel of the reserve components as of September 30, 2020, as follows:</text>

<paragraph id="H099188C4B3D9493CB2E7F4CAC2730223"><enum>(1)</enum><text>The Army National Guard of the United States, 336,000.</text></paragraph>

<paragraph id="H9F20781252484A14875B899766E0A326"><enum>(2)</enum><text>The Army Reserve, 189,500.</text></paragraph>

<paragraph id="HAF1B8A356BA445EF8670AA6C1F3BB460"><enum>(3)</enum><text>The Navy Reserve, 59,000.</text></paragraph>

<paragraph id="HA93086DBAAC1479E94C5267E993BC4C7"><enum>(4)</enum><text>The Marine Corps Reserve, 38,500.</text></paragraph>

<paragraph id="HE13367091E15484E8558E6C211510013"><enum>(5)</enum><text>The Air National Guard of the United States, 107,700.</text></paragraph>

<paragraph id="H645F083F58DA4E7F91D3D9E22D81D608"><enum>(6)</enum><text>The Air Force Reserve, 70,100.</text></paragraph>

<paragraph id="H9CDDFC51FA0A4ED59B924604CAE92C4B"><enum>(7)</enum><text>The Coast Guard Reserve, 7,000.</text></paragraph></subsection>

<subsection id="HE4F7D4F220BB47AAA0705C7E92698808"><enum>(b)</enum><header>End strength reductions</header><text>The end strengths prescribed by subsection (a) for the Selected Reserve of any reserve component shall be proportionately reduced byâ€"</text>

<paragraph id="H01B29C11898A4EAC95DE7248E0C762BC"><enum>(1)</enum><text>the total authorized strength of units organized to serve as units of the Selected Reserve of such component which are on active duty (other than for training) at the end of the fiscal year; and</text></paragraph>

<paragraph id="H119B69C7B37D48479961B92EBAEC5A6D"><enum>(2)</enum><text>the total number of individual members not in units organized to serve as units of the Selected Reserve of such component who are on active duty (other than for training or for unsatisfactory participation in training) without their consent at the end of the fiscal year.</text></paragraph></subsection>

<subsection id="H52E8AD5C50B343EBB2DF44A8392476C2"><enum>(c)</enum><header>End strength increases</header><text>Whenever units or individual members of the Selected Reserve of any reserve component are released from active duty during any fiscal year, the end strength prescribed for such fiscal year for the Selected Reserve of such reserve component shall be increased proportionately by the total authorized strengths of such units and by the total number of such individual members.</text></subsection></section>

<section id="HBE201549089749D99611998606E2C775"><enum>412.</enum><header>End strengths for Reserves on active duty in support of the reserves</header><text display-inline="no-display-inline">Within the end strengths prescribed in section 411(a), the reserve components of the Armed Forces are authorized, as of September 30, 2020, the following number of Reserves to be serving on full-time active duty or full-time duty, in the case of members of the National Guard, for the purpose of organizing, administering, recruiting, instructing, or training the reserve components:</text>

<paragraph id="H633350BCED194B45A3C210A46B28DD4A"><enum>(1)</enum><text>The Army National Guard of the United States, 30,595.</text></paragraph>

<paragraph id="H857E5E0726314361BEDE5FB1724FECFC"><enum>(2)</enum><text>The Army Reserve, 16,511.</text></paragraph>

<paragraph id="H7E830A5A70964F04A347D27536C3343B"><enum>(3)</enum><text>The Navy Reserve, 10,155.</text></paragraph>

<paragraph id="H261B71D7ED8E40338BE1A6273FEE5BAC"><enum>(4)</enum><text>The Marine Corps Reserve, 2,386.</text></paragraph>

<paragraph id="H2618DF45393A4740AC26ECC9CCC3861A"><enum>(5)</enum><text>The Air National Guard of the United States, 22,637.</text></paragraph>

<paragraph id="H363703EFA6E14A0DABBFAC07C42A7153"><enum>(6)</enum><text>The Air Force Reserve, 4,431.</text></paragraph></section>

<section id="H187AD56036A94E4E82BCF480659E3F4E"><enum>413.</enum><header>End strengths for military technicians (dual status)</header>

<subsection id="HBC6D8DBD223C44EFBA72F76C20DB52AC"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The minimum number of military technicians (dual status) as of the last day of fiscal year 2020 for the reserve components of the Army and the Air Force (notwithstanding section 129 of title 10, United States Code) shall be the following:</text>

<paragraph id="H7D51C1399F3C472BB5A1BC50DE68CF58"><enum>(1)</enum><text>For the Army National Guard of the United States, 22,294.</text></paragraph>

<paragraph id="H73B5980C2AF04F5381739F266AB71B40"><enum>(2)</enum><text>For the Army Reserve, 6,492.</text></paragraph>

<paragraph id="H89596E59DA604E928F9F643DC1414827"><enum>(3)</enum><text>For the Air National Guard of the United States, 13,569.</text></paragraph>

<paragraph id="H0B0E766360194DEDB7B75B7A9AD404D2"><enum>(4)</enum><text>For the Air Force Reserve, 8,938.</text></paragraph></subsection>

<subsection id="H3B3207C861204CEA94EC0813FF6A4388"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">Under no circumstances may a military technician (dual status) employed under the authority of this section be coerced by a State into accepting an offer of realignment or conversion to any other military status, including as a member of the Active, Guard, and Reserve program of a reserve component. If a military technician (dual status) declines to participate in such realignment or conversion, no further action will be taken against the individual or the individualâ€™s position.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H90F44D6CBD6A4ED29C476FB621135539"><enum>(c)</enum><header display-inline="yes-display-inline">Adjustment of authorized strength</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9FDB5C83091043299FA9250B18B6655F"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">If, at the end of fiscal year 2019, the Air National Guard of the United States does not meet its full-time support realignment goals for such fiscal year (as presented in the justification materials of the Department of Defense in support of the budget of the President for such fiscal year under section 1105 of title 31, United States Code), the authorized number of military technicians (dual status) of the Air National Guard of the United States under subsection (a)(3) shall be increased by the number equal to the difference betweenâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HA9FF512C3CCF408EB234281B3B199AB6"><enum>(A)</enum><text display-inline="yes-display-inline">3,190, which is the number of military technicians (dual status) positions in the Air National Guard of the United States sought to be converted to the Active, Guard, and Reserve program of the Air National Guard during fiscal year 2019; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H581E9C4ADA7A46F39F113F767F2ED514"><enum>(B)</enum><text display-inline="yes-display-inline">the number of realigned positions achieved in the Air National Guard by the end of fiscal year 2019.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H01A7A3177DE544D986CF9DB2EB120B57"><enum>(2)</enum><header display-inline="yes-display-inline">Limitation</header><text display-inline="yes-display-inline">The increase under paragraph (1) in the authorized number of military technician (dual status) positions described in that paragraph may not exceed 2,292.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H95750E17A75843668817301B7EDA3B80"><enum>(3)</enum><header display-inline="yes-display-inline">Decrease in authorized number of ANGUS Reserves on active duty in support of the reserves</header><text display-inline="yes-display-inline">In the event of an adjustment to the authorized number military technicians (dual status) of the Air National Guard of the United States under this subsection, the number of members of the Air National Guard of the United States authorized by section 412(5) to be on active duty as of September 30, 2020, shall be decreased by the number equal to the number of such adjustment.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDD12AB16601C46F9AD8B098823D46442"><enum>(d)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">Not later than January 1, 2020, the Chief of the National Guard Bureau shall certify to the Committees on Armed Services of the Senate and House of Representatives the number of positions realigned from a military technician (dual status) position to a position in the Active, Guard, and Reserve program of a reserve component in fiscal year 2019.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H96ECFF21D8004C92BA44BF4879DF29E0"><enum>(e)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In subsections (b), (c), and (d):</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF86F6000F7EF40B3A6FCDCD4A7FD2B55"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>realigned position</term> means any military technician (dual status) position which has been converted or realigned to a position in an Active, Guard, and Reserve program of a reserve component under the full time support rebalancing plan of the Armed Force concerned, regardless of whether such position is encumbered.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE65CB58EF6D64080B7CFFB754B6F8420"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>Active, Guard, and Reserve program</term>, in the case of a reserve component, means the program of the reserve component under which Reserves serve on full-time active duty or full-time duty, in the case of members of the National Guard, for the purpose of organizing, administering, recruiting, instructing, or training such reserve component.</text></paragraph></subsection></section>

<section id="H73D614BD55A74D039A929123089A3824"><enum>414.</enum><header>Maximum number of reserve personnel authorized to be on active duty for operational support</header><text display-inline="no-display-inline">During fiscal year 2020, the maximum number of members of the reserve components of the Armed Forces who may be serving at any time on full-time operational support duty under section 115(b) of title 10, United States Code, is the following:</text>

<paragraph id="HFBE144CB862F4B3D866466C573F79DC4"><enum>(1)</enum><text>The Army National Guard of the United States, 17,000.</text></paragraph>

<paragraph id="H0379D43DC846438E8526A2BB60F12398"><enum>(2)</enum><text>The Army Reserve, 13,000.</text></paragraph>

<paragraph id="H136F965040894ADEBA825E3BE5687E8E"><enum>(3)</enum><text>The Navy Reserve, 6,200.</text></paragraph>

<paragraph id="HEB8EC19532CA4D1584135BB7CA48ECA9"><enum>(4)</enum><text>The Marine Corps Reserve, 3,000.</text></paragraph>

<paragraph id="H2416D556FB304A609078B1ED26C89B0C"><enum>(5)</enum><text>The Air National Guard of the United States, 16,000.</text></paragraph>

<paragraph id="HCE6A5E5FE89E40C3AA6ABB63A3FFD413"><enum>(6)</enum><text>The Air Force Reserve, 14,000.</text></paragraph></section>

<section id="H3F22939AB0BF415088EA195555D674A1" display-inline="no-display-inline" section-type="subsequent-section"><enum>415.</enum><header>Authorized strengths for Marine Corps Reserves on active duty</header>

<subsection id="H58602A38E9CF410A8716514A4931B71D"><enum>(a)</enum><header>Officers</header><text>Section 12011(a)(1) of title 10, United States Code, is amended by striking those parts of the table pertaining to the Marine Corps Reserve and inserting the following:</text></subsection>

<subsection id="H9C52501C64F5457882AF873E4CA03384"><enum/><text>â€œMarine Corps Reserve:</text>

<table align-to-level="section" blank-lines-before="1" colsep="0" frame="none" line-rules="no-gen" rowsep="0" rule-weights="0.0.0.0.0.0" table-template-name="Generic: 1 text, 3 num" table-type="">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="10.10.12"><colspec coldef="txt" colname="column1" colwidth="135pts" min-data-value="115"/><colspec align="center" coldef="fig" colname="column2" colwidth="56pts" min-data-value="10"/><colspec align="center" coldef="fig" colname="column3" colwidth="56pts" min-data-value="10"/><colspec align="center" coldef="fig" colname="column4" colwidth="56pts" min-data-value="10"/>

<tbody>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,000</entry><entry align="right" colname="column2">99</entry><entry colname="column3">63</entry><entry align="right" colname="column4">20</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,200</entry><entry align="right" colname="column2">103</entry><entry colname="column3">67</entry><entry align="right" colname="column4">21</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,300</entry><entry align="right" colname="column2">107</entry><entry colname="column3">70</entry><entry align="right" colname="column4">22</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,400</entry><entry align="right" colname="column2">111</entry><entry colname="column3">73</entry><entry align="right" colname="column4">23</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,500</entry><entry align="right" colname="column2">114</entry><entry colname="column3">76</entry><entry align="right" colname="column4">24</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,600</entry><entry align="right" colname="column2">117</entry><entry colname="column3">79</entry><entry align="right" colname="column4">25</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,700</entry><entry align="right" colname="column2">120</entry><entry colname="column3">82</entry><entry align="right" colname="column4">26</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,800</entry><entry align="right" colname="column2">123</entry><entry colname="column3">85</entry><entry align="right" colname="column4">27</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,900</entry><entry align="right" colname="column2">126</entry><entry colname="column3">88</entry><entry align="right" colname="column4">28</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,000</entry><entry align="right" colname="column2">129</entry><entry colname="column3">91</entry><entry align="right" colname="column4">29</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,100</entry><entry align="right" colname="column2">132</entry><entry colname="column3">94</entry><entry align="right" colname="column4">30</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,200</entry><entry align="right" colname="column2">134</entry><entry colname="column3">97</entry><entry align="right" colname="column4">31</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,300</entry><entry align="right" colname="column2">136</entry><entry colname="column3">100</entry><entry align="right" colname="column4">32</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,400</entry><entry align="right" colname="column2">143</entry><entry colname="column3">105</entry><entry align="right" colname="column4">34</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,500</entry><entry align="right" colname="column2">149</entry><entry align="right" colname="column3">109</entry><entry align="right" colname="column4">35</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,600</entry><entry align="right" colname="column2">155</entry><entry

align="right" colname="column3">113</entry><entry align="right" colname="column4">36</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,700</entry><entry align="right" colname="column2">161</entry><entry align="right" colname="column3">118</entry><entry align="right" colname="column4">37</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,800</entry><entry align="right" colname="column2">167</entry><entry align="right" colname="column3">122</entry><entry align="right" colname="column4">39</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,900</entry><entry align="right" colname="column2">173</entry><entry align="right" colname="column3">126</entry><entry align="right" colname="column4">41</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">3,000</entry><entry align="right" colname="column2">179</entry><entry align="right" colname="column3">130</entry><entry align="right" colname="column4">42â€.</entry></row></tbody></tgroup></table></subsection>

<subsection id="H5B0D0BB0717F48D5BABD03C116B0EE30"><enum>(c)</enum><header>Senior enlisted members</header><text>Section 12012(a) of title 10, United States Code, is amended by striking those parts of the table pertaining to the Marine Corps Reserve and inserting the following:</text></subsection>

<subsection id="H2ADED6DCAEF145729B8297E25B5B27C2"><enum/><text>â€œMarine Corps Reserve:</text>

<table align-to-level="section" blank-lines-before="1" colsep="0" frame="none" line-rules="no-gen" rowsep="0" rule-weights="0.0.0.0.0.0" table-template-name="Generic: 1 text, 2 num" table-type="">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="10.10.12"><colspec coldef="txt" colname="column1" colwidth="202pts" min-data-value="180"/><colspec align="center" coldef="fig" colname="column2" colwidth="56pts" min-data-value="10"/><colspec align="center" coldef="fig" colname="column3" colwidth="56pts" min-data-value="10"/>

<tbody>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,100</entry><entry align="right" colname="column2">50</entry><entry align="right" colname="column3">11</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,200</entry><entry align="right" colname="column2">55</entry><entry align="right" colname="column3">12</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,300</entry><entry align="right" colname="column2">60</entry><entry align="right" colname="column3">13</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,400</entry><entry align="right" colname="column2">65</entry><entry align="right" colname="column3">14</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,500</entry><entry align="right" colname="column2">70</entry><entry align="right" colname="column3">15</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,600</entry><entry align="right" colname="column2">75</entry><entry align="right" colname="column3">16</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,700</entry><entry align="right" colname="column2">80</entry><entry align="right" colname="column3">17</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-

hierarchy="1">1,800</entry><entry align="right" colname="column2">85</entry><entry align="right" colname="column3">18</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">1,900</entry><entry align="right" colname="column2">89</entry><entry align="right" colname="column3">19</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,000</entry><entry align="right" colname="column2">93</entry><entry align="right" colname="column3">20</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,100</entry><entry align="right" colname="column2">96</entry><entry align="right" colname="column3">21</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,200</entry><entry align="right" colname="column2">99</entry><entry align="right" colname="column3">22</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,300</entry><entry align="right" colname="column2">101</entry><entry align="right" colname="column3">23</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,400</entry><entry align="right" colname="column2">106</entry><entry align="right" colname="column3">24</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,500</entry><entry align="right" colname="column2">112</entry><entry align="right" colname="column3">25</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,600</entry><entry align="right" colname="column2">116</entry><entry align="right" colname="column3">26</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,700</entry><entry align="right" colname="column2">121</entry><entry align="right" colname="column3">27</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,800</entry><entry align="right" colname="column2">125</entry><entry align="right" colname="column3">28</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">2,900</entry><entry align="right" colname="column2">130</entry><entry align="right" colname="column3">29</entry></row>

<row><entry align="left" colname="column1" stub-definition="txt-ldr" stub-hierarchy="1">3,000</entry><entry align="right" colname="column2">134</entry><entry align="right" colname="column3">30â€.</entry></row></tbody></tgroup></table></subsection><continuation-text continuation-text-level="section"/></section>

<section id="H504046A09A5444DFB679588D323ABC72"><enum>416.</enum><header>Modification of authorized strength of Air Force Reserve serving on full-time reserve component duty for administration of the reserves or the National Guard</header>

<subsection id="H1DECEA277D2B4589A4AE3A1986E3B0EF"><enum>(a)</enum><header>In general</header><text>The table in section 12011(a)(1) of title 10, United States Code, is amended by striking the matter relating to the Air Force Reserve and inserting the following new matter:</text>

<quoted-block display-inline="no-display-inline" id="HB1711E51467C42DB9D21025A7BA3BC57" style="OLC">

<table align-to-level="section" blank-lines-before="1" colsep="0" frame="none" line-rules="no-gen" rowsep="0" rule-weights="0.0.0.0.0.0" table-template-name="Generic: 1 text, 3 num" table-type="">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="10.10.12"><colspec coldef="txt" colname="column1" colwidth="135pts" min-data-value="115"/><colspec coldef="fig" colname="column2" colwidth="56pts" min-data-

value="10"/><colspec coldef="fig" colname="column3" colwidth="56pts" min-data-value="10"/><colspec coldef="fig" colname="column4" colwidth="56pts" min-data-value="10"/><thead>

<row><entry align="left" colname="column1" morerows="0" namest="column1">Air Force Reserve</entry><entry align="center" colname="column2" morerows="0" namest="column2"/><entry align="center" colname="column3" morerows="0" namest="column3"/><entry align="center" colname="column4" morerows="0" namest="column4"/></row></thead>

<tbody>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">1,000</entry><entry align="right" colname="column2">166</entry><entry colname="column3">170</entry><entry align="right" colname="column4">100</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">1,500</entry><entry align="right" colname="column2">245</entry><entry align="right" colname="column3">251</entry><entry align="right" colname="column4">143</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">2,000</entry><entry align="right" colname="column2">322</entry><entry align="right" colname="column3">330</entry><entry align="right" colname="column4">182</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">2,500</entry><entry align="right" colname="column2">396</entry><entry align="right" colname="column3">406</entry><entry align="right" colname="column4">216</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">3,000</entry><entry align="right" colname="column2">467</entry><entry align="right" colname="column3">479</entry><entry align="right" colname="column4">246</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">3,500</entry><entry align="right" colname="column2">536</entry><entry align="right" colname="column3">550</entry><entry align="right" colname="column4">271</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">4,000</entry><entry align="right" colname="column2">602</entry><entry align="right" colname="column3">618</entry><entry align="right" colname="column4">292</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">4,500</entry><entry align="right" colname="column2">665</entry><entry align="right" colname="column3">683</entry><entry align="right" colname="column4">308</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">5,000</entry><entry align="right" colname="column2">726</entry><entry align="right" colname="column3">746</entry><entry align="right" colname="column4">320</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">5,500</entry><entry align="right" colname="column2">784</entry><entry align="right" colname="column3">806</entry><entry align="right" colname="column4">325</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">6,000</entry><entry align="right" colname="column2">840</entry><entry align="right" colname="column3">864</entry><entry align="right" colname="column4">327</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">7,000</entry><entry align="right" colname="column2">962</entry><entry align="right" colname="column3">990</entry><entry align="right" colname="column4">347</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">8,000</entry><entry align="right" colname="column2">1,087</entry><entry align="right" colname="column3">1,110</entry><entry align="right" colname="column4">356</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">10,000</entry><entry align="right" colname="column2">1,322</entry><entry align="right" colname="column3">1,362</entry><entry align="right" colname="column4">395</entry></row></tbody></tgroup></table><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HFDBA1B352A5E42A29A5A0C30EA21A8E8"><enum>(b)</enum><header>Effective date</header><text>The amendment made by subsection (a) shall take effect on October 1, 2019, and shall apply with respect to fiscal years beginning on or after that date.</text></subsection></section></subtitle>

<subtitle id="HE0408E38AAAF4A4C858C0EA69B43822A"><enum>C</enum><header>Authorization of Appropriations</header>

<section id="H4697418DFA4F4A1A815C11EA11C44A3C"><enum>421.</enum><header>Military personnel</header>

<subsection id="H4A1DD090AA214593B8E1925C40530F27"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for military personnel, as specified in the funding table in section 4401.</text></subsection>

<subsection id="HF6F723FFAC3A4283BA2FDC225508F104"><enum>(b)</enum><header>Construction of authorization</header><text>The authorization of appropriations in subsection (a) supersedes any other authorization of appropriations (definite or indefinite) for such purpose for fiscal year 2020.</text></subsection></section></subtitle></title>

<title id="HD7D5EA06CB1D47BB8D9C2D58947296E2"><enum>V</enum><header>MILITARY PERSONNEL POLICY</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HD7D5EA06CB1D47BB8D9C2D58947296E2" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HF14570F8B4274E628344E8074522BF13" level="subtitle">Subtitle Aâ€"Officer Personnel Policy</toc-entry>

<toc-entry idref="HD6F6952BFB85496A8F94FFC7AC520069" level="section">Sec.â€‚501.â€‚Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component.</toc-entry>

<toc-entry idref="H697497B98A1B41209CB30411CDF643C9" level="section">Sec.â€‚502.â€‚Furnishing of adverse information on officers to promotion selection boards.</toc-entry>

<toc-entry idref="HB577E172099344379BF1C98758A9B4F7" level="section">Sec.â€‚503.â€‚Limitation on number of officers recommendable for promotion by promotion selection boards.</toc-entry>

<toc-entry idref="H5E71D4CFB6834C08B36696382C8C8C54" level="section">Sec.â€‚504.â€‚Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks.</toc-entry>

<toc-entry idref="HDC3A9A36533344AB99EA695BEA88BE1B" level="section">Sec.â€‚505.â€‚Management policies for joint qualified officers.</toc-entry>

<toc-entry idref="H24567B729B3D4C588B3BCB52520ADBA7" level="section">Sec.â€‚506.â€‚Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters.</toc-entry>

<toc-entry idref="H6E04E371A6934ECB80332D97A198C999"

level="section">Sec.â€‚507.â€‚Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations.</toc-entry>

<toc-entry idref="HCCB642B3C9074507B5E253FA4B78E01A" level="section">Sec.â€‚508.â€‚Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades.</toc-entry>

<toc-entry idref="HAE9BFA6AD3174991B8774BC3A245721D" level="section">Sec.â€‚509.â€‚Higher grade in retirement for officers following reopening of determination or certification of retired grade.</toc-entry>

<toc-entry idref="H77186C86AF9A48059C27B223FC5905C2" level="section">Sec.â€‚510.â€‚Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list.</toc-entry>

<toc-entry idref="HE6722DDD649D4FCB81AB29B2DF13225A" level="section">Sec.â€‚510A.â€‚Availability on the internet of certain information about officers serving in general or flag officer grades.</toc-entry>

<toc-entry idref="HA7485CA9E4C84466A8D525BD3541FEDF" level="section">Sec.â€‚510B.â€‚Functional badge or insignia upon commission for chaplains.</toc-entry>

<toc-entry idref="H2EFF90EEA427473DAF96884F90AE605C" level="subtitle">Subtitle Bâ€"Reserve Component Management</toc-entry>

<toc-entry idref="HF03EA112ACA04A3AA743EAF49D0AED2B" level="section">Sec.â€‚511.â€‚Modification of grade level threshold for Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="HBA203E601FC94E4884C81432E3EABB87" level="section">Sec.â€‚512.â€‚Inclusion of STEM in courses of instruction for the Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="H4F21DDAD6D524197B8FC20115837F58C" level="section">Sec.â€‚513.â€‚Inclusion of homeschooled students in Junior Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H9ABA74967C3C40E0BE147CD679B24ED5" level="section">Sec.â€‚514.â€‚Clarification of eligibility to serve as Commander, Marine Forces Reserve.</toc-entry>

<toc-entry idref="H544A9AFAB8A74891B98BE55DB861E502" level="section">Sec.â€‚515.â€‚Extension and periodic evaluation of suicide prevention and resilience program for the reserve components.</toc-entry>

<toc-entry idref="H984360B3543344519CADFA3216508FFF" level="section">Sec.â€‚516.â€‚Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components.</toc-entry>

<toc-entry idref="H7AAEAD7A0BD040CFBDFD1B852B07D92B" level="section">Sec.â€‚517.â€‚Modernization of inspection authorities applicable to the National Guard.</toc-entry>

<toc-entry idref="H869CDA9CC459463F9E6472681800693A" level="section">Sec.â€‚518.â€‚Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers.</toc-entry>

<toc-entry idref="HC1E08DA5F7F34735860B1E8BF696B92E" level="section">Sec.â€‚519.â€‚Coast Guard Junior Reserve Officersâ€™ Training Corps.</toc-entry>

<toc-entry idref="H37A7979AF881491C869AA4780A8FEA30" level="section">Sec.â€‚520.â€‚Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units.</toc-entry>

<toc-entry idref="HBC0C55E1EC6E4A9EB0A2E7924D46C0AA" level="section">Sec.â€‚520A.â€‚Report on methods to enhance domestic response to large scale, complex and catastrophic disasters.</toc-entry>

<toc-entry idref="H4A373242C8D34AFFBDE035B3714C2219" level="section">Sec.â€,520B.â€,Report and briefing on the Senior Reserve Officers' Training Corps.</toc-entry>

<toc-entry idref="H41C9109731694547B24421AF49760FEF" level="section">Sec.â€,520C.â€,Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units.</toc-entry>

<toc-entry idref="H081ECE65A035452A9058E4A72CE4D800" level="subtitle">Subtitle Câ€"General Service Authorities and Correction of Military Records</toc-entry>

<toc-entry idref="H968B8EBA8C7242D8984FBB16CC03B34A" level="section">Sec.â€,521.â€,Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims.</toc-entry>

<toc-entry idref="H3661DFA1F665406F8BDAEF6DDB2133D1" level="section">Sec.â€,522.â€,Reduction in required number of members of discharge review boards.</toc-entry>

<toc-entry idref="H0075F1AF00EB4132BAD8171E3BFFABCD" level="section">Sec.â€,523.â€,Establishment of process to review a request for upgrade of discharge or dismissal.</toc-entry>

<toc-entry idref="HA92E1D0105AE4A33A8BFB2F84FC058AB" level="section">Sec.â€,524.â€,Prohibition on reduction in the number of personnel assigned to duty with a service review agency.</toc-entry>

<toc-entry idref="HCD19F825CD024A8194A5C8FC407EA4E1" level="section">Sec.â€,525.â€,Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters.</toc-entry>

<toc-entry idref="H472747A1520148D28A5A86A2DD47BC8C" level="section">Sec.â€,526.â€,Time requirements for certification of honorable service.</toc-entry>

<toc-entry idref="HCD78A65305254E2CA3B00E485775E90A" level="section">Sec.â€,527.â€,Correction of certain discharge characterizations.</toc-entry>

<toc-entry idref="H93C2F89BF3D945839780D1108E5C0486" level="section">Sec.â€,528.â€,Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record.</toc-entry>

<toc-entry idref="H5921E6689EA3483EB73272C8B095A0E5" level="section">Sec.â€,529.â€,Strategic plan for diversity and inclusion.</toc-entry>

<toc-entry idref="HEF3BA064B814417CBB235CB223777C97" level="section">Sec.â€,530.â€,Study regarding screening individuals who seek to enlist in the Armed Forces.</toc-entry>

<toc-entry idref="H020A0FDB94BD49B190DFF5AE6B16E1E6" level="section">Sec.â€,530A.â€,Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens.</toc-entry>

<toc-entry idref="H6353313867E44EAB8490826FABCA693C" level="section">Sec.â€,530B.â€,Sense of Congress regarding accession physicals.</toc-entry>

<toc-entry idref="H722B8D6F41744F95B5F03639340865BE" level="subtitle">Subtitle Dâ€"Military Justice</toc-entry>

<toc-entry idref="H54EE3138FC1E412088C9CB730E4B0DFC" level="section">Sec.â€,531.â€,Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice.</toc-entry>

<toc-entry idref="H63D1B9A685A9447C969332E934C3636B" level="section">Sec.â€,532.â€,Command influence.</toc-entry>

<toc-entry idref="HA108BEF74F6841838B98629248E20134" level="section">Sec.â€,533.â€,Statute of limitations for certain offenses.</toc-entry>

<toc-entry idref="H18D4C08B36B4482496C3110137F13448" level="section">Sec.â€,534.â€,Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system.</toc-entry>

<toc-entry idref="H95E18E215FD34B1FA1C0AF87B5316FA3" level="section">Sec.â€,535.â€,Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces.</toc-entry>

<toc-entry idref="HC20248B15A82430699D1718EE69EF6B3" level="section">Sec.â€,536.â€,Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings.</toc-entry>

<toc-entry idref="H0D5F3FB3310C4EAFAAF6B402851153F6" level="section">Sec.â€,537.â€,Guidelines on sentences for offenses committed under the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H4C9620E9B0194B24868081F7E44774B7" level="section">Sec.â€,538.â€,Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault.</toc-entry>

<toc-entry idref="H5C6DC13609B9495CA3B1D72D5FCA61C6" level="section">Sec.â€,539.â€,Increase in number of digital forensic examiners for certain military criminal investigative organizations.</toc-entry>

<toc-entry idref="H7ADD90D57FAB4FC888A0395785E1F0E0" level="section">Sec.â€,540.â€,Increase in investigative personnel and Victim Witness Assistance Program liaisons.</toc-entry>

<toc-entry idref="H97063B3E338C4DE182CD812C7832D949" level="section">Sec.â€,540A.â€,Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses.</toc-entry>

<toc-entry idref="H00B9C359B7544CF0921855B55ADF1D5F" level="section">Sec.â€,540B.â€,Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault.</toc-entry>

<toc-entry idref="HD3C2B019B1C145D3AC791821DDFA16F5" level="section">Sec.â€,540C.â€,Timely disposition of nonprosecutable sex-related offenses.</toc-entry>

<toc-entry idref="H0A9F25318B6B487B862FA6B7B4BBC435" level="section">Sec.â€,540D.â€,Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces.</toc-entry>

<toc-entry idref="H9B8754619A434D22A6DDA0E8C26477CA" level="section">Sec.â€,540E.â€,Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment.</toc-entry>

<toc-entry idref="H58D6BEAB95524C23AF149C2A20971FAB" level="section">Sec.â€,540F.â€,Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice.</toc-entry>

<toc-entry idref="H36091769AB5E43C8B759610DDD70D00F" level="section">Sec.â€,540G.â€,Report on standardization among the military departments in collection and presentation of information on matters within the military justice system.</toc-entry>

<toc-entry idref="H136C90EEBFD242418372F5077D07FA06" level="section">Sec.â€,540H.â€,Report on expansion of Air Force safe to report policy across the Armed Forces.</toc-entry>

<toc-entry idref="H29D6A7AADD4A4842A6F898D7A041C162" level="section">Sec.â€,540I.â€,Assessment of racial, ethnic, and gender disparities in the military justice system.</toc-entry>

<toc-entry idref="H5EB28F3BC8D14B56A6ECD530CD9FD3C5" level="section">Sec.â€,540J.â€,Pilot programs on defense investigators in the military justice system.</toc-entry>

<toc-entry idref="H436974080FDE4CC4B7366AEF8453DB01" level="section">Sec.â€,540K.â€,Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications.</toc-entry>

<toc-entry idref="H0538C16072904B8BA0DC53E386284DB0" level="section">Sec.â€,540L.â€,Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation.</toc-entry>

<toc-entry idref="H492BDF2E2C7641C489323DDB972BB16D" level="section">Sec.â€,540M.â€,Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military.</toc-entry>

<toc-entry idref="H4BEC621ABEA04DDDB841E26D4CD70A1C" level="section">Sec.â€,540N.â€,Sense of Congress on the Port Chicago 50.</toc-entry>

<toc-entry idref="H6FC433CFC15F4F1B96D832D431AE8501" level="subtitle">Subtitle Eâ€"Other Legal Matters</toc-entry>

<toc-entry idref="H8E6C5FD9CF0440A8BF747EC4783D8BFA" level="section">Sec.â€,541.â€,Improvement of certain Special Victims' Counsel authorities.</toc-entry>

<toc-entry idref="H11AE2F43E08A4AA0A16DDF123C100071" level="section">Sec.â€,542.â€,Availability of Special Victims' Counsel at military installations.</toc-entry>

<toc-entry idref="HCDBB5730D64743BFA930C99EDB9A55C0" level="section">Sec.â€,543.â€,Notification of issuance of military protective order to civilian law enforcement.</toc-entry>

<toc-entry idref="H37AFA273A8B84BF2960010E06AFC48C8" level="section">Sec.â€,544.â€,Copyright protection for civilian faculty of certain accredited institutions.</toc-entry>

<toc-entry idref="HF31A61657FF749F18D28B89AA6E0DAD1" level="section">Sec.â€,545.â€,Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service.</toc-entry>

<toc-entry idref="HDA25310038BF42C180BBABA29768E9EE" level="section">Sec.â€,546.â€,Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H0A34BE1D434A4617B2A08822C3622374" level="section">Sec.â€,547.â€,Preservation of right to bring class action under Servicemembers Civil Relief Act.</toc-entry>

<toc-entry idref="H07887B97B1B54AC8B1D533176F05847C" level="section">Sec.â€,548.â€,Legal counsel for victims of alleged domestic violence offenses.</toc-entry>

<toc-entry idref="HD95609246F474DDF98C66243A075D4CB" level="section">Sec.â€,549.â€,Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial.</toc-entry>

<toc-entry idref="H1893530D94DA41C2AE512462D0E85432" level="section">Sec.â€,550.â€,Treatment of information in Catch a Serial Offender Program for certain purposes.</toc-entry>

<toc-entry idref="HB068F6953FEB4B9D84361AD701FC9AB4" level="section">Sec.â€,550A.â€,Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals.</toc-entry>

<toc-entry idref="H31B6F03E8D974935A44DA96827D8E0BF" level="section">Sec.â€,550B.â€,Defense Advisory Committee for the Prevention of Sexual Misconduct.</toc-entry>

<toc-entry idref="H1E288A418F104DC19FBCAEF0964A8E1A" level="section">Sec.â€,550C.â€,Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned.</toc-entry>

<toc-entry idref="HDD32161FF18C49AABC18319B5725C91B" level="section">Sec.â€,550D.â€,Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.</toc-entry>

<toc-entry idref="H54A48E21EB214F32AB5879BBB8C08FCF" level="section">Sec.â€,550E.â€,Feasibility study on establishment of database of military protective orders.</toc-entry>

<toc-entry idref="HECB1960172D84E13A770A72A2E5F6965" level="section">Sec.â€,550F.â€,GAO review of USERRA and SCRA.</toc-entry>

<toc-entry idref="H1D3AA4E92EEC4149AEF045982D7A107A" level="subtitle">Subtitle Fâ€"Member Education</toc-entry>

<toc-entry idref="HCE801BACFAF54D73905D6A10E3B66FEF" level="section">Sec.â€,551.â€,Authority for detail of certain enlisted members of the Armed Forces as students at law schools.</toc-entry>

<toc-entry idref="H2F9DD54534EF409AA31320D8750F0D61" level="section">Sec.â€,552.â€,Inclusion of Coast Guard in Department of Defense STARBASE Program.</toc-entry>

<toc-entry idref="H9171BD9E9EBD47DBAB9FFBDA53AB5C04" level="section">Sec.â€,553.â€,Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions.</toc-entry>

<toc-entry idref="H205501C594D145329436C5B2F6E69A0D" level="section">Sec.â€,554.â€,Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation.</toc-entry>

<toc-entry idref="H95110FE279B24640815F2F609495EE57" level="section">Sec.â€,555.â€,Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense.</toc-entry>

<toc-entry idref="H1E695FF32DCA42EF8E84A8562984440B" level="section">Sec.â€,556.â€,Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute.</toc-entry>

<toc-entry idref="H4EEE86A7411948E0B779CFE4BE532979" level="section">Sec.â€,557.â€,Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force.</toc-entry>

<toc-entry idref="HC273FA927EF149C6B98F95554C96DC06" level="section">Sec.â€,558.â€,Speech disorders of cadets and midshipmen.</toc-entry>

<toc-entry idref="HD90E830015B34EAE899375E7DDEEE56E" level="section">Sec.â€,559.â€,Requirement to continue provision of tuition assistance for members of the Armed Forces.</toc-entry>

<toc-entry idref="HC3D2C8802DEB494DA597F7A9D8B9C957" level="section">Sec.â€,560.â€,Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program.</toc-entry>

<toc-entry idref="HF7ED5AAA8AFC41729B1B670D8ABC1ED6" level="section">Sec.â€,560A.â€,Inclusion of information on free credit monitoring in annual financial literacy briefing.</toc-entry>

<toc-entry idref="HCFD0519704AE46CA821AF6129133F4CF" level="section">Sec.â€,560B.â€,Programs to facilitate the award of private pilot's

certificates.</toc-entry>

<toc-entry idref="H842E3C84A1B747168CFAEDD3EDCDB9B3" level="subtitle">Subtitle Gâ€"Member Training and Transition</toc-entry>

<toc-entry idref="HF153443E7D8E456D938F557DE29F3388" level="section">Sec.â€,561.â€,Requirement to provide information regarding benefits claims to members during TAP counseling.</toc-entry>

<toc-entry idref="H013B43DC914947AB8F6D172E8B206C5E" level="section">Sec.â€,562.â€,Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces.</toc-entry>

<toc-entry idref="H83AFF5C4ED7D4B19B345B4A42A81451B" level="section">Sec.â€,563.â€,First modification of elements of report on the improved Transition Assistance Program.</toc-entry>

<toc-entry idref="H7EF300DF59F34E749FB1373D7045FDFF" level="section">Sec.â€,564.â€,Second modification of elements of report on the improved Transition Assistance Program.</toc-entry>

<toc-entry idref="HE3D3CD33DAC344059633AC4800D62257" level="section">Sec.â€,565.â€,Prohibition on gender-segregated training at Marine Corps Recruit Depots.</toc-entry>

<toc-entry idref="HF5780DB72E214C378F1B689B141D965B" level="section">Sec.â€,566.â€,Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments.</toc-entry>

<toc-entry idref="HD02768B2FA4B440E84E0BADC13D8DDBD" level="section">Sec.â€,567.â€,Review of Department of Defense training programs regarding disinformation campaigns.</toc-entry>

<toc-entry idref="H57E90C1B5CE64C31ACD4B69FCFE9F0FF" level="section">Sec.â€,568.â€,Command matters in connection with transition assistance programs.</toc-entry>

<toc-entry idref="HA0F34C22A3AC48EF952C77F6CED0962A" level="section">Sec.â€,569.â€,Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214).</toc-entry>

<toc-entry idref="HB3C2EB794C8E48E08634C89A8D9DC698" level="section">Sec.â€,570.â€,Records of service for Reserves.</toc-entry>

<toc-entry idref="H5FFD1F9DFB194288B791260BD6214E34" level="section">Sec.â€,570A.â€,Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense.</toc-entry>

<toc-entry idref="HC3C77D036422443FACEF9B9875CCD48A" level="section">Sec.â€,570B.â€,Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations.</toc-entry>

<toc-entry idref="H81799B683C6F44D0BC97B5BF2053F848" level="section">Sec.â€,570C.â€,Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648).</toc-entry>

<toc-entry idref="HA7D73E874A8D4D878890763053EB030A" level="section">Sec.â€,570D.â€,Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States.</toc-entry>

<toc-entry idref="HBD9894ABF05340BB92D64C98FAC1B6A1" level="section">Sec.â€,570E.â€,Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service.</toc-entry>

<toc-entry idref="H0A463061300348F9A206EBB8AD70AB26" level="section">Sec.â€,570F.â€,Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities.</toc-entry>

<toc-entry idref="H59E144563C3E4F8C90B5E2E5976158FA" level="section">Sec.â€,570G.â€,Pilot program regarding online application for the Transition Assistance Program.</toc-entry>

<toc-entry idref="H58D6DA5BA65E4EBC9821F3B88AF7181D" level="subtitle">Subtitle Hâ€"Military Family Readiness and Dependentsâ€™ Education</toc-entry>

<toc-entry idref="H195B31F5831E448B81DA37D9531F8CD6" level="section">Sec.â€,571.â€,Authorizing members to take leave for a birth or adoption in more than one increment.</toc-entry>

<toc-entry idref="H021E77C23AC74E6A8957E7B0E4B00880" level="section">Sec.â€,572.â€,Deferred deployment for members who give birth.</toc-entry>

<toc-entry idref="HC5D344D5690D43F481027C2A7A934335" level="section">Sec.â€,573.â€,Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains.</toc-entry>

<toc-entry idref="H3A5DB6CC8767408FA1654EE075212CBA" level="section">Sec.â€,574.â€,Military funeral honors matters.</toc-entry>

<toc-entry idref="HB40B1A12743C4B2CBFBA9E85BA8A8B56" level="section">Sec.â€,575.â€,Improvement of occupational license portability for relocated spouses of members of the uniformed services.</toc-entry>

<toc-entry idref="H2428EAADF6624BC3B0E588FEB65F3F43" level="section">Sec.â€,576.â€,Continued eligibility for education and training opportunities for spouses of promoted members.</toc-entry>

<toc-entry idref="H463FC65E299746A1B1AB093E25078142" level="section">Sec.â€,577.â€,Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation.</toc-entry>

<toc-entry idref="H86547EA0CF7C4F04A9F78220DF1B772C" level="section">Sec.â€,578.â€,Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program.</toc-entry>

<toc-entry idref="H0E406E8C9DE64F3BAE36D92CF2492F8F" level="section">Sec.â€,579.â€,Annual State report card.</toc-entry>

<toc-entry idref="HCFC66B52B91142B18989AD7E1E70CC90" level="section">Sec.â€,580.â€,Improvements to child care for members of the Armed Forces.</toc-entry>

<toc-entry idref="H68AD3189914A4DBD8A54C67243A9101E" level="section">Sec.â€,580A.â€,Transportation of remains of casualties; travel expenses for next of kin.</toc-entry>

<toc-entry idref="H52424B0687F04C7BBEF346682995E0CB" level="section">Sec.â€,580B.â€,Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces.</toc-entry>

<toc-entry idref="HF1EF6436196A4B81AB69948A4929F7F8" level="section">Sec.â€,580C.â€,Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas.</toc-entry>

<toc-entry idref="H7F2AB81B37B14274A86A6EB735125DEA" level="section">Sec.â€,580D.â€,Study on two-way military ballot barcode tracking.</toc-entry>

<toc-entry idref="H16160A2C3374422A8A349B0D4DCBCEC4" level="section">Sec.â€,580E.â€,Assistance to schools with military dependent students.</toc-entry>

<toc-entry idref="HFF0DA8E81268423D8B27F9ABAECB98E1" level="section">Sec.â€,580F.â€,First expansion of the My Career Advancement Account program for military spouses.</toc-entry>

<toc-entry idref="H8B8EF1340E1D485CAE52526BFD5D03F1" level="section">Sec.â€‚580G.â€‚Second expansion of the My Career Advancement Account program for military spouses.</toc-entry>

<toc-entry idref="H71EC4661A7114F998797919ED04BF446" level="section">Sec.â€‚580H.â€‚Report on training and support available to military spouses.</toc-entry>

<toc-entry idref="HF678FCA4DE3D41ABBAFEAE9FAAD8F329" level="section">Sec.â€‚580I.â€‚Riâ€™katak Guest Student Program at United States Army Garrisonâ^'Kwajalein Atoll.</toc-entry>

<toc-entry idref="HBC30A4E29D214654BA941BAE578468D8" level="subtitle">Subtitle Iâ€"Decorations and Awards</toc-entry>

<toc-entry idref="H5F9BB246CE294A1CA0125A706E900A4F" level="section">Sec.â€‚581.â€‚Modification of authorities on eligibility for and replacement of gold star lapel buttons.</toc-entry>

<toc-entry idref="H043D3C16B446462DBE9154CF956F5BF0" level="section">Sec.â€‚582.â€‚Standardization of honorable service requirement for award of military decorations.</toc-entry>

<toc-entry idref="H4CD26FA1210F4D069E6CDE6EB7B5C67C" level="section">Sec.â€‚583.â€‚Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam.</toc-entry>

<toc-entry idref="H32ED15908F9148F581D80476DB22BDC3" level="section">Sec.â€‚584.â€‚Review of World War I valor medals.</toc-entry>

<toc-entry idref="H038A97413575438F87B183FB13A57402" level="subtitle">Subtitle Jâ€"Miscellaneous Reports and Other Matters</toc-entry>

<toc-entry idref="H26E65DFF77A74170BD0A7172ACF831DD" level="section">Sec.â€‚591.â€‚Clarification of the term <quote>assault</quote> for purposes of Workplace and Gender Relations Surveys.</toc-entry>

<toc-entry idref="HA7D24AEE5C094032B44C0FEEAEB2D96B" level="section">Sec.â€‚592.â€‚Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs.</toc-entry>

<toc-entry idref="H31D7C803E17048478C1776788151AB21" level="section">Sec.â€‚593.â€‚Questions in surveys regarding extremist activity in the workplace.</toc-entry>

<toc-entry idref="H6967AA7350014A9AA66F29EAAB9530F7" level="section">Sec.â€‚594.â€‚Study on best practices for providing financial literacy education for separating members of the Armed Forces.</toc-entry>

<toc-entry idref="H12A52A996E03418AAE77BF8D0E6B4D32" level="section">Sec.â€‚595.â€‚Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces.</toc-entry>

<toc-entry idref="HD0F934FEE5F347ADB9A8B59C434991C1" level="section">Sec.â€‚596.â€‚Report on certain waivers.</toc-entry>

<toc-entry idref="HB50E871D22224F598F1136F54B78B89A" level="section">Sec.â€‚597.â€‚Notifications on manning of afloat naval forces.</toc-entry>

<toc-entry idref="HC395FE8C84494BEC90F39ED2CE21EEF1" level="section">Sec.â€‚598.â€‚Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government.</toc-entry>

<toc-entry idref="HEBAA5BE40FF8435BA1095534EBBCF698" level="section">Sec.â€‚599.â€‚Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma.</toc-entry>

<toc-entry idref="HC97A71EF79FA497FBF8508DE802D0E63" level="section">Sec.â€‚599A.â€‚Authority to issue an honorary promotion to Colonel

Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general.</toc-entry>

<toc-entry idref="H0597BC12216545A998299D73FE8C9778" level="section">Sec.â€,599B.â€,Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel.</toc-entry>

<toc-entry idref="HC9C6BA4CA0AC4B728E5A8BE6CCDE1D2F" level="section">Sec.â€,599C.â€,Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States.</toc-entry> </toc>

<subtitle id="HF14570F8B4274E628344E8074522BF13"><enum>A</enum><header>Officer Personnel Policy</header>

<section id="HD6F6952BFB85496A8F94FFC7AC520069"><enum>501.</enum><header>Maker of original appointments in a regular or reserve component of commissioned officers previously subject to original appointment in other type of component</header>

<subsection id="H06D7BD905BF346B8B124892EBDF199A0"><enum>(a)</enum><header>Maker of regular appointments in transfer from reserve active-status list to active-duty list</header><text>Section 531(c) of title 10, United States Code, is amended by striking <quote>the Secretary concerned</quote> and inserting <quote>the Secretary of Defense</quote>.</text></subsection>

<subsection id="HC7FDEC1818C443619F1C7038C96205A2"><enum>(b)</enum><header>Maker of reserve appointments in transfer from active-duty list to reserve active-status list</header><text>Section 12203(b) of such title is amended by striking <quote>the Secretary concerned</quote> and inserting <quote>the Secretary of Defense</quote>.</text></subsection>

<subsection id="HD77EB170A8F241DFBDC53666CB9B44C9"><enum>(c)</enum><header>Report</header><text>Not later than April 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:</text>

<paragraph id="H0554278245E5476CACC02179A4EBB75C"><enum>(1)</enum><text>The average number per fiscal year, during fiscal years 2010 through 2019, of transfers of appointment from regular officer to reserve officer in the Armed Forces, set forth by each of transfers requiring and transfers not requiring appointment by and with the advice and consent of the Senate.</text></paragraph>

<paragraph id="H84CE0B2B29594E5E8EBD597F31C25A6E"><enum>(2)</enum><text>The average amount of time required per fiscal year, during such fiscal years, for completion of a transfer of appointment from regular officer to reserve officer in situations not requiring appointment by and with the advice and consent of the Senate.</text></paragraph>

<paragraph id="H6EEA11DBB875423DBAEA085ADD591B29"><enum>(3)</enum><text>An assessment of the number of officers who experience a break-in-service due to delays in transfer of appointment from regular officer to reserve officer as a result of the requirement for appointment by and with the advice and consent of the Senate.</text></paragraph>

<paragraph id="HAC0D4040E5194F7CB9B70728C31A688D"><enum>(4)</enum><text>An assessment of the feasibility and advisability of each of the following:</text>

<subparagraph id="H83A8997A5937410DB2AB8E7A14E09558"><enum>(A)</enum><text>Appointment of regular officers as both a regular officer and a reserve officer immediately upon commissioning.</text></subparagraph>

<subparagraph id="HC44C743AE84E4930995D6FBBCB49046F"><enum>(B)</enum><text>Consolidation of the provisions of title 10, United States Code, relating to appointment as a regular or reserve officer in a manner designed to facilitate and improve officer retention.</text></subparagraph></paragraph>

<paragraph id="H9B14AB956E8940368B758ADE8AD05AEC"><enum>(5)</enum><text>Such other recommendations for legislative or administrative action as the Secretary considers appropriate to improve the rapid transfer of appointment of an officer from regular

status to reserve status.</text></paragraph></subsection></section>

<section id="H697497B98A1B41209CB30411CDF643C9"><enum>502.</enum><header>Furnishing of adverse information on officers to promotion selection boards</header>

<subsection id="H3EC8925414E14854818E99D14CD93FE4"><enum>(a)</enum><header>Expansion of grades of officers for which information is furnished</header><text>Section 615(a)(3) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H9291DF646D9649C08B13675BFBD89B28"><enum>(1)</enum><text>by inserting <quote>(A)</quote> after <quote>(3)</quote>;</text></paragraph>

<paragraph id="H9BF264AFC7FF41D4889F148CF1F2BB0C"><enum>(2)</enum><text>in subparagraph (A), as designated by paragraph (1), by striking <quote>a grade above colonel or, in the case of the Navy, captain</quote> and inserting <quote>a grade specified in subparagraph (B)</quote>; and</text></paragraph>

<paragraph id="H84935F8F92B14CE49D417D6C486A8A70"><enum>(3)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HDA2632F5FEB7490D8E7F7A073B0BE235" style="OLC">

<subparagraph id="HA63ED5B944B6416A9CE4B8593AC73931" indent="up2"><enum>(B)</enum><text>A grade specified in this subparagraph is as follows:</text>

<clause id="H0DFE2F8795EE46B788A690B08DF7464E"><enum>(i)</enum><text>In the case of a regular officer, a grade above captain or, in the case of the Navy, lieutenant.</text></clause>

<clause id="HC9BF59E69DFC42CD9769F7A526903A68"><enum>(ii)</enum><text>In the case of a reserve officer, a grade above lieutenant colonel or, in the case of the Navy, commander.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H55990ABA95ED4ED3A0D924E643F1B72A"><enum>(b)</enum><header>Furnishing at every phase of consideration</header><text>Such section is further amended by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H4B7CB48125034578A31725EB963BD726" style="OLC">

<subparagraph id="HCB5D02DF4E9646B48EB982890E3A8579" indent="up2"><enum>(C)</enum><text>The standards and procedures referred to in subparagraph (A) shall require the furnishing to the selection board, and to each individual member of the board, the information described in that subparagraph with regard to an officer in a grade specified in subparagraph (B) at each stage or phase of the selection board, concurrent with the screening, rating, assessment, evaluation, discussion, or other consideration by the board or member of the official military personnel file of the officer, or of the officer.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H08AC2045E49F41D0A854C9B50E9DEA97"><enum>(c)</enum><header>Effective date</header><text>The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply with respect to the proceedings of promotion selection boards convened under section 611(a) of title 10, United States Code, after that date.</text></subsection></section>

<section id="HB577E172099344379BF1C98758A9B4F7"><enum>503.</enum><header>Limitation on number of officers recommendable for promotion by promotion selection boards</header>

<subsection id="HC829FE5173A74B6188A139CFE98A0775"><enum>(a)</enum><header>In general</header><text>Section 616 of title 10, United States Code is amendedâ€"</text>

<paragraph id="H7AF5ED9218EF4294A879EEF67EE54DFB"><enum>(1)</enum><text>by redesignating subsections (d), (e), (f), and (g) as subsections (e), (f), (g), and (h), respectively; and</text></paragraph>

<paragraph id="H2353A390E52D4C2C8C24240C32CB1F70"><enum>(2)</enum><text>by inserting after subsection (c) the following new subsection (d):</text>

<quoted-block display-inline="no-display-inline" id="HFD3854A7A92B43E4B84CE47F369FD481" style="OLC">

<subsection id="HCD214939D3FD48CB8D6819080BF5A021"><enum>(d)</enum><text>The number of officers recommended for promotion by a selection board convened under section 611(a) of this title may not exceed the number equal to 95 percent of the number of officers included in the promotion zone established under section 623 of this title for consideration by the board.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H00ABDC8677194E298E3951FB6048233A"><enum>(b)</enum><header>Effective date</header><text>The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply with respect to consideration by promotion selection boards convened under section 611(a) of title 10, United States Code, of promotion zones that are established under section 623 of that title on or after that date.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H5E71D4CFB6834C08B36696382C8C8C54" section-type="subsequent-section"><enum>504.</enum><header display-inline="yes-display-inline">Expansion of authority for continuation on active duty of officers in certain military specialties and career tracks</header><text display-inline="no-display-inline">Section 637a(a) of title 10, United States Code, is amended by inserting <quote>separation or</quote> after <quote>provided for the</quote>.</text></section>

<section id="HDC3A9A36533344AB99EA695BEA88BE1B"><enum>505.</enum><header>Management policies for joint qualified officers</header><text display-inline="no-display-inline">Section 661(d)(3)(B) of title 10, United States Code, is amended in the third sentence by inserting â€œor a designee of the Chairman who is an officer of the armed forces in grade Oâ€"9 or higherâ€ before the period.</text></section>

<section id="H24567B729B3D4C588B3BCB52520ADBA7"><enum>506.</enum><header>Modification of authorities on management of deployments of members of the Armed Forces and related unit operating and personnel tempo matters</header>

<subsection id="H552EC5FC22C14FEAB29C302BF4DB42F6"><enum>(a)</enum><header>Limitation on scope of delegations of approval of exceptions to deployment thresholds</header><text>Paragraph (3) of section 991(a) of title 10, United States Code, is amended by striking <quote>be delegated toâ€"</quote> and all that follows and inserting <quote>be delegated to a civilian officer of the Department of Defense appointed by the President, by and with the advice and consent of the Senate.</quote>.</text></subsection>

<subsection id="H4E0192531E984360BFEB071A23200A83"><enum>(b)</enum><header>Separate policies on dwell time for regular and reserve members</header><text>Paragraph (4) of such section is amendedâ€"</text>

<paragraph id="HB30A586E3C4649D89DEBCE97B3B38AF3"><enum>(1)</enum><text>by striking <quote>addresses the amount</quote> and inserting â€œaddresses each of the following:</text>

<quoted-block display-inline="no-display-inline" id="HAE6784F40832424084B6863EE9D6A020" style="OLC">

<subparagraph id="HEA1565BA25564231B318DE8ED6D72367" indent="up1"><enum>(A)</enum><text>The amount.</text></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H312AEC11927C4D90BF81F2BF46847FC1"><enum>(2)</enum><text>in subparagraph (A), as designated by paragraph (1), by inserting <quote>regular</quote> before <quote>member</quote>; and</text></paragraph>

<paragraph id="HBEB8F00F22AE46348A47E91BFD0D76AE"><enum>(3)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H67B6D07F1B0347BBBD4C9DB28A2AA578" style="OLC">

<subparagraph id="HEAE359A437E4407BBB00B01411C0319B" indent="up1"><enum>(B)</enum><text>The amount of dwell time a reserve member of the armed forces remains at the memberâ€™s permanent duty station after completing a

deployment of 30 days or more in length.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6E04E371A6934ECB80332D97A198C999" section-type="subsequent-section"><enum>507.</enum><header display-inline="yes-display-inline">Personnel tempo of the Armed Forces and the United States Special Operations Command during periods of inapplicability of high-deployment limitations</header>

<subsection commented="no" display-inline="no-display-inline" id="H3462DBB182884F538486D82071CFCE0B"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Section 991(d) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H7DFC230E72C94558834FC9ED58CF070A"><enum>(1)</enum><text display-inline="yes-display-inline">by inserting <quote>(1)</quote> before <quote>The Secretary</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H68EDE3E47C784E4AB6BD9A6B348648FC"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HCF97A72C68394B07B3FAA3AEE93731AE" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H030A01CD283D461CB8D7E8E05E6111FE" indent="up1"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H2AE7CE486AAD4745AD4B973DF4BBE83B"><enum>(A)</enum><text display-inline="yes-display-inline">Whenever a waiver is in effect under paragraph (1), the member or group of members covered by the waiver shall be subject to specific and measurable deployment thresholds established and maintained for purposes of this subsection.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7CFD3F3308504FA7917FDB99CA08E422" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Thresholds under this paragraph may be applicableâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HC2D9383B50BA474A9727DE9F9AD79CBB"><enum>(i)</enum><text display-inline="yes-display-inline">uniformly, Department of Defense-wide; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8D7661E0068049A19C8D348B71FB9320"><enum>(ii)</enum><text display-inline="yes-display-inline">separately, with respect to each armed force or the United States Special Operations Command.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA59CFF78347D4733A8BD16AB96D4CEFB" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">If thresholds under this paragraph are applicable Department-wide, such thresholds shall be established and maintained by the Under Secretary of Defense for Personnel and Readiness. If such thresholds are applicable only to one armed force or the Under States Special Operations Command, such thresholds shall be established and maintained respectively by the Secretary of the Army, the Secretary of the Navy (other than with respect to the Marine Corps), the Secretary of the Air Force, the Commandant of the Marine Corps (with respect to the Marine Corps), and the Commander of the United States Special Operations Command, as applicable.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF374CD85739D45BCB253FEC92FAB4C56" indent="up1"><enum>(D)</enum><text display-inline="yes-display-inline">In undertaking recordkeeping for purposes of subsection (c), the Under Secretary shall, in conjunction with the officials and officers referred to in subparagraph (C), collect complete and reliable personnel tempo data of members described in subparagraph (A) in order to ensure that the Department, the armed forces, and the United States Special Operations Command fully and completely monitor personnel tempo under any waiver authorized under paragraph (1) and the effect of such waiver on the armed forces.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-

block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA6176B45731041F0BC69849EC9CCAF02"><enum>(b)</enum><header display-inline="yes-display-inline">Deadline for implementation</header><text display-inline="yes-display-inline">Paragraph (2) of section 991(d) of title 10, United States Code, as added by subsection (a), shall be fully implemented by not later than March 1, 2020.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HCCB642B3C9074507B5E253FA4B78E01A" section-type="subsequent-section"><enum>508.</enum><header display-inline="yes-display-inline">Permanent authority to defer past age 64 the retirement of chaplains in general and flag officer grades</header><text display-inline="no-display-inline">Section 1253(c) of title 10, United States Code, is amended by striking paragraph (3).</text></section>

<section id="HAE9BFA6AD3174991B8774BC3A245721D"><enum>509.</enum><header>Higher grade in retirement for officers following reopening of determination or certification of retired grade</header>

<subsection id="HD18A7EF10EE643E19E2D183DE420B7D2"><enum>(a)</enum><header>Advice and consent of Senate required for higher grade</header><text>Section 1370(f) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HF43C59EC746247969E8CD598F9FE2FB7"><enum>(1)</enum><text>by redesignating paragraph (5) as paragraph (6); and</text></paragraph>

<paragraph id="H47EC98BB79A045B4846EC0493A17C029"><enum>(2)</enum><text>by inserting after paragraph (4) the following new paragraph (5):</text>

<quoted-block display-inline="no-display-inline" id="H829B245C56304629BE587681ADABBDDA" style="OLC">

<paragraph id="HA3EF34AF6D51446FA1214ED16CCA8F2F" indent="up1"><enum>(5)</enum><text>If the retired grade of an officer is proposed to be increased through the reopening of the determination or certification of officer's retired grade, the increase in the retired grade shall be made by the Secretary of Defense, by and with the advice and consent of the Senate.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HF4456DFCA3B34499948B41744782F0EF"><enum>(b)</enum><header>Recalculation of retired pay</header><text>Paragraph (6) of such section, as redesignated by subsection (a)(1), is amendedâ€"</text>

<paragraph id="H0DFCF5D06508447497A6B4C5585D9FE1"><enum>(1)</enum><text>by inserting <quote>or increased</quote> after <quote>reduced</quote>;</text></paragraph>

<paragraph id="H45DD8506AD19484C89F0CE10639228D8"><enum>(2)</enum><text>by inserting <quote>as a result of the reduction or increase</quote> after <quote>any modification of the retired pay of the officer</quote>;</text></paragraph>

<paragraph id="H9969058D28004432A34DD70D2810189C"><enum>(3)</enum><text>by inserting <quote>or increase</quote> after <quote>the reduction</quote>; and</text></paragraph>

<paragraph id="H5FC48EC9A3DF410EB9874640C0DF78FB"><enum>(4)</enum><text>by adding at the end the following new sentence: <quote>An officer whose retired grade is increased as described in the preceding sentence shall not be entitled to an increase in retired pay for any period before the effective date of the increase.</quote>.</text></paragraph></subsection>

<subsection id="H25E6AAA7A29841A49CA08C5630EDC71A"><enum>(c)</enum><header>Effective date</header><text>The amendments made by this section shall take effect on the date of the enactment of this Act, and shall apply to an increase in the retired grade of an officer that occurs through a reopening of the determination or certification of the officer's retired grade on or after that date, regardless of when the officer retired.</text></subsection></section>

<section id="H77186C86AF9A48059C27B223FC5905C2"><enum>510.</enum><header>Authority of promotion boards to recommend that officers of particular merit be placed higher on promotion list</header>

<subsection id="H7969CC571A9744AD9B100305897AC1CE"><enum>(a)</enum><header>In general</header><text>Section 14108 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H9F1817EBE38749CC85E9B9D2747324D5" style="OLC">

<subsection id="H62952738CCCD4C9096CA4A17C3467C6D"><enum>(f)</enum><header>Higher placement of officers of particular merit on promotion list</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HE2BD602733EF46B29D6A89488FCB0C37"><enum>(1)</enum><text>In selecting officers to be recommended for promotion, a promotion board may, when authorized by the Secretary concerned, recommend that officers of particular merit, from among those officers selected for promotion, be placed higher on the promotion list established by the Secretary under section 14308(a) of this title.</text></paragraph>

<paragraph id="HD0E6739064294E5C9DC8A06A23D3F911" indent="up1"><enum>(2)</enum><text>A promotion board may make a recommendation under paragraph (1) only if an officer receives the recommendation ofâ€"</text>

<subparagraph id="H27DA32E222EF47EF8A42BFB4E7E37864"><enum>(A)</enum><text>a majority of the members of the promotion board; or</text></subparagraph>

<subparagraph id="H2E743FC86020493DA2E3BAB7BB5A190D"><enum>(B)</enum><text>an alternative requirement established by the Secretary concerned and furnished to the promotion board as part of the guidelines under section 14107 of this title.</text></subparagraph></paragraph>

<paragraph id="H3CC0AFA426DE45C58E3BAA216752B6F3" indent="up1"><enum>(3)</enum><text>For officers who receive recommendations under paragraph (1), the board shall recommend the order in which those officers should be placed on the promotion list.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC5BD882421E648D7801F8F5A4B2F50AF"><enum>(b)</enum><header>Reports regarding recommendations that officers of particular merit be placed higher on promotion list</header><text>Section 14109 of such title is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HE8F9805F9DEF466EBDB42E0A21223AE9" style="OLC">

<subsection id="HC965BCFA1EB948EFBE896364ABA9613C"><enum>(d)</enum><header>Report of officers recommended for higher placement on promotion list</header><text>A promotion board convened under section 14101(a) of this title shall, when authorized under section 14108(f) of this title, include in its report to the Secretary concernedâ€"</text>

<paragraph id="H2CABA24F14F9425E812C5DC76EA8D8C8"><enum>(1)</enum><text>the names of those officers the promotion board recommends be placed higher on the promotion list; and</text></paragraph>

<paragraph id="H53B1D2AFDA9C494394FA9909028C215D"><enum>(2)</enum><text>the order in which the promotion board recommends those officers should be placed on the promotion list.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H572D12BB7BC644DF81E8CA25BB667978"><enum>(c)</enum><header>Officers of particular merit appearing higher on promotion list</header><text>Section 14308(a) of such title is amended in the first sentence by inserting â€œor based on particular merit, as determined by the promotion boardâ€ before the period.</text></subsection></section>

<section id="HE6722DDD649D4FCB81AB29B2DF13225A"><enum>510A.</enum><header>Availability on the internet of certain information about officers serving in general or flag officer grades</header>

<subsection id="H7A9A474148604ABFB3C8B4C96CF5514D"><enum>(a)</enum><header>Availability required</header>

<paragraph id="H6EB6E03B1933491482A51D80089F9A31"><enum>(1)</enum><header>In

general</header><text>The Secretary of each military department shall make available on an internet website of such department available to the public information specified in paragraph (2) on each officer in a general or flag officer grade under the jurisdiction of such Secretary, including any such officer on the reserve active-status list.</text></paragraph>

<paragraph id="HB504CFFE622442FCB645C01DF1AFF21A"><enum>(2)</enum><header>Information</header><text>The information on an officer specified by this paragraph to be made available pursuant to paragraph (1) is the information as follows:</text>

<subparagraph id="H319B5DD46EDE4924AAD1EC5A1BB967BA"><enum>(A)</enum><text>The officer's name.</text></subparagraph>

<subparagraph id="HBED326411C684AFEA261D7A5B8B79078"><enum>(B)</enum><text>The officerâ€™s current grade, duty position, command or organization, and location of assignment.</text></subparagraph>

<subparagraph id="HFC91ECF5FD1648A9AEF48BA99361DC7C"><enum>(C)</enum><text>A summary list of the officerâ€™s past duty assignments while serving in a general or flag officer grade.</text></subparagraph></paragraph></subsection>

<subsection id="H99F10A0E615D401BA9BD9DA76351A4C9"><enum>(b)</enum><header>Additional public notice on certain officers</header><text>Whenever an officer in a grade of Oâ€"7 or above is assigned to a new billet or reassigned from a current billet, the Secretary of the military department having jurisdiction of such officer shall make available on an internet website of such department available to the public a notice of such assignment or reassignment.</text></subsection>

<subsection id="H6E6E8BCDCA884EBC8EFCF9E0AB0683CD"><enum>(c)</enum><header>Limitation on withholding of certain information or notice</header>

<paragraph id="HAF4D6BB73DC2452EA5CAF331A9CE96E1"><enum>(1)</enum><header>Limitation</header><text>The Secretary of a military department may not withhold the information or notice specified in subsections (a) and (b) from public availability pursuant to subsection (a), unless and until the Secretary notifies the Committees on Armed Services of the Senate and House of Representatives in writing of the information or notice that will be so withheld, together with justification for withholding the information or notice from public availability.</text></paragraph>

<paragraph id="HA1EADCBAE87E4DCC9DB0DA234F535707"><enum>(2)</enum><header>Limited duration of withholding</header><text>The Secretary concerned may withhold from the public under paragraph (1) information or notice on an officer only on the basis of individual risk or national security, and may continue to withhold such information or notice only for so long as the basis for withholding remains in force.</text></paragraph></subsection></section>

<section id="HA7485CA9E4C84466A8D525BD3541FEDF"><enum>510B.</enum><header>Functional badge or insignia upon commission for chaplains</header><text display-inline="no-display-inline">A military chaplain shall receive a functional badge or insignia upon commission.</text></section></subtitle>

<subtitle id="H2EFF90EEA427473DAF96884F90AE605C"><enum>B</enum><header>Reserve Component Management</header>

<section id="HF03EA112ACA04A3AA743EAF49D0AED2B"><enum>511.</enum><header>Modification of grade level threshold for Junior Reserve Officersâ€™ Training Corps</header><text display-inline="no-display-inline">Section 2031(b)(1) of title 10, United States Code, is amended by striking <quote>above the 8th grade</quote> each place it appears and inserting <quote>above the 7th grade and physically co-located with the 9th grade participating unit</quote>.</text></section>

<section id="HBA203E601FC94E4884C81432E3EABB87" section-type="subsequent-section"><enum>512.</enum><header>Inclusion of STEM in courses of instruction for the Junior Reserve Officersâ€™ Training Corps</header>

<subsection id="HF478D24580A34F4080E362D864CBA62F"><enum>(a)</enum><header>In general</header><text>Section 2031(b)(3) of title 10, United States Code, is amended by inserting <quote>and which may include instruction or activities in the fields of science, technology, engineering, and mathematics</quote> after

<quote>duration</quote>.</text></subsection>

<subsection id="H13490C0823294C7DA57968DA39AE171A"><enum>(b)</enum><header>Effective
date</header><text display-inline="yes-display-inline">The amendment made by subsection
(a) shall take effect 180 days after the date of the enactment of this Act.
</text></subsection></section>

<section id="H4F21DDAD6D524197B8FC20115837F58C"><enum>513.</enum><header>Inclusion of
homeschooled students in Junior Reserve Officers' Training Corps units</header><text
display-inline="no-display-inline">Section 2031 of title 10, United States Code, is
amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H7E5A0910E5084B8EA3D21C1F4521FB86"
style="OLC">

<subsection id="H5B9EE54B5F984D068FA5611BBEF605B5"><enum>(g)</enum>

<paragraph commented="no" display-inline="yes-display-inline"
id="HA705F449C70B4D178EC94580658D6BD2"><enum>(1)</enum><text>Each public secondary
educational institution that maintains a unit under this section shall permit
membership in the unit to homeschooled students residing in the area served by the
institution who are qualified for membership in the unit (but for lack of enrollment in
the institution).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HBE6BE7375BB04E8E8DFB5DA61CA77E08" indent="up1"><enum>(2)</enum><text>A student who
is a member of a unit pursuant to this subsection shall count toward the satisfaction
by the institution concerned of the requirement in subsection (b)(1) relating to the
minimum number of student members in the unit necessary for the continuing maintenance
of the unit.</text></paragraph></subsection><after-quoted-block>.</after-quoted-
block></quoted-block></section>

<section id="H9ABA74967C3C40E0BE147CD679B24ED5" section-type="subsequent-
section"><enum>514.</enum><header>Clarification of eligibility to serve as Commander,
Marine Forces Reserve</header>

<subsection id="H961CB60BD4FD4385AFFFDC219D29483E" display-inline="no-display-
inline"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-
inline">Section 8084(b)(1) of title 10, United States Code, is amended by striking
<quote>general officers of the Marine Corps (as defined in section 8001(2))</quote> and
inserting <quote>general officers of the Marine Corps
Reserve</quote>.</text></subsection>

<subsection id="H9C33BBEFA34E4FD38BFAEB670F8F5A99"><enum>(b)</enum><header>Effective
date</header><text>The amendment made by subsection (a) shall take effect on the date
that is one year after the date of the enactment of this Act and shall apply to
appointments made after such date.</text></subsection></section>

<section id="H544A9AFAB8A74891B98BE55DB861E502"><enum>515.</enum><header>Extension and
periodic evaluation of suicide prevention and resilience program for the reserve
components</header><text display-inline="no-display-inline">Section 10219 of title 10,
United States Code, is amendedâ€"</text>

<paragraph id="H6AA675BB15624B5A94137DC700DCDEBD"><enum>(1)</enum><text>by
redesignating subsection (g) as subsection (h);</text></paragraph>

<paragraph id="H2AF63E5DBCC148A2B5EDFE289C96A483"><enum>(2)</enum><text display-
inline="yes-display-inline">in subsection (h), as redesignated by paragraph (1), by
striking <quote>2020</quote> and inserting <quote>2025</quote>; and</text></paragraph>

<paragraph id="H0665D3671F5B4D7EB2C1DFFE1309E048"><enum>(3)</enum><text>by inserting
after subsection (f) the following new subsection (g):</text>

<quoted-block style="USC" id="HEC519D4D0F464F1583054701BE865487" display-inline="no-
display-inline">

<subsection id="H4CA060E3E93D436E8DBDBD3BBFFC3740"><enum>(g)</enum><header>Triennial
evaluation</header><text display-inline="yes-display-inline">The Secretary shall
evaluate the program every third year beginning in 2022 until the program terminates to
determine whether the program effectivelyâ€"</text>

<paragraph id="H0ABA72873E7A4CFF9055FC61D1442AF4"><enum>(1)</enum><text>provides

training and assistance under subsections (b), (c), and (d); and</text></paragraph>

<paragraph id="H39357CF684114A7F89804B391F30F84C"><enum>(2)</enum><text>implements subsection (e).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H984360B3543344519CADFA3216508FFF" section-type="subsequent-section"><enum>516.</enum><header>Authority to defer mandatory separation at age 68 of officers in medical specialties in the reserve components</header><text display-inline="no-display-inline">Section 14703(b) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H6CADFCCD061D4AC09A71CC7093987696"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>An</quote> and inserting <quote><header-in-text level="paragraph" style="USC"><enum-in-header>(1) </enum-in-header></header-in-text>Subject to paragraph (2), an</quote>; and</text></paragraph>

<paragraph id="H9EFBAF3D84F04516AD1568F67CBC12EF"><enum>(2)</enum><text>by adding at the end the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HCEBB0FC308964D908B3E83736AC8AC72" style="USC">

<paragraph id="HDF39C52533A44EAE842F2A8B2BCAEE87" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary concerned may, with the consent of the officer, retain in an active status an officer in a medical specialty described in subsection (a) beyond the date described in paragraph (1) of this subsection if the Secretary concerned determines that such retention is necessary to the military department concerned. Each such retention shall be made on a case-by-case basis and for such period as the Secretary concerned determines appropriate.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H7AAEAD7A0BD040CFBDFD1B852B07D92B" commented="no"><enum>517.</enum><header>Modernization of inspection authorities applicable to the National Guard</header>

<subsection id="H0B2D47C09EC44BA8B6CF68241D04C299" commented="no"><enum>(a)</enum><header>Modernization of inspection authorities of Secretaries of the Army and Air Force</header><text>Subsection (a) of section 105 of title 32, United States Code, is amendedâ€"</text>

<paragraph id="H7153D427203A49A98C1A53BEA1182663" commented="no"><enum>(1)</enum><text>in the matter preceding paragraph (1)â€"</text>

<subparagraph id="HEEA8A26B3A8C4E17BD2CCE821C8C61CE" commented="no"><enum>(A)</enum><text>by striking <quote>by him, the Secretary of the Army shall have</quote> and inserting <quote>by such Secretary, the Secretary of the Army and the Secretary of the Air Force shall each have</quote>;</text></subparagraph>

<subparagraph id="H31D9D0FBF94649A580D9F9082FA00EB5" commented="no"><enum>(B)</enum><text>by striking <quote>, if necessary,</quote>; and</text></subparagraph>

<subparagraph id="H9170233D1B0F46ED98CA263D6445789F" commented="no"><enum>(C)</enum><text>by striking <quote>the Regular Army</quote> and inserting <quote>the Regular Army or the Regular Air Force</quote>;</text></subparagraph></paragraph>

<paragraph id="H419F10E18E734F47B0C0697862CDFBE9" commented="no"><enum>(2)</enum><text>by striking <quote>Army National Guard</quote> each place it appears and inserting <quote>Army National Guard or Air National Guard</quote>; and</text></paragraph>

<paragraph id="H9AC2D73A045049B794AFB7421EA692B7" commented="no"><enum>(3)</enum><text>by striking the flush matter following paragraph (7).</text></paragraph></subsection>

<subsection id="H19B522E3CFF74F39A4032D3CF0D886E3" commented="no"><enum>(b)</enum><header>Inspection authority of Chief of the National Guard Bureau on behalf of Secretaries</header><text>Such section is further amended by

adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HBDF6F21562C94EC7A83879356E8858BB" style="OLC">

<subsection id="H0205DA0C9BEE40A4B78AD4C38B74A816" commented="no"><enum>(c)</enum><text>The Chief of the National Guard Bureau may have an inspection described in subsection (a) made by inspectors general, or by commissioned officers of the Army National Guard of the United States or the Air National Guard of the United States detailed for that purpose, on behalf of the Secretary of the Army or the Secretary of the Air Force. Any such inspection may be made only with the approval of the Secretary of the Army or the Secretary of the Air Force, as applicable.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H869CDA9CC459463F9E6472681800693A"><enum>518.</enum><header>Consultation with Chief of the National Guard Bureau in the appointment or designation of National Guard property and fiscal officers</header><text display-inline="no-display-inline">Section 708(a) of title 32, United States Code, is amended in the first sentence by inserting <quote>, in consultation with the Chief of the National Guard Bureau,</quote> after <quote>shall</quote>.</text></section>

<section id="HC1E08DA5F7F34735860B1E8BF696B92E" section-type="subsequent-section" display-inline="no-display-inline"><enum>519.</enum><header>Coast Guard Junior Reserve Officersâ€™ Training Corps</header>

<subsection id="H4F787BCA4A4D488AA4F3C35A4AF7F70D"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 3 of title 14, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="HF7D9FE2FDE484A32A928D6B949361E10" display-inline="no-display-inline">

<section id="H811E739CCD2A4A73AE40663176532C7E"><enum>320.</enum><header>Coast Guard Junior Reserve Officersâ€™ Training Corps</header>

<subsection id="H9096EBBA4BA24F0B9CCA9E9747F37E24"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of the department in which the Coast Guard is operating may establish and maintain a Junior Reserve Officers' Training Corps, organized into units, at public and private secondary educational institutions.</text></subsection>

<subsection id="H2703A71AB74948DAA084F43330A3FE9F"><enum>(b)</enum><header>Applicability</header><text display-inline="yes-display-inline">Except as provided in subsection (c), the provisions of chapter 102 of title 10 shall apply to a Junior Reserve Officersâ€™ Training Corps established and maintained under this section in the same manner that such provisions apply to the Junior Reserve Officersâ€™ Training Corps of each military department. For purposes of the application of such provisions to this sectionâ€"</text>

<paragraph id="H2D0E10A147C04265867F3D73C87BB16A"><enum>(1)</enum><text display-inline="yes-display-inline">any reference in such provisions to a <quote>military department</quote> shall be treated as a reference to the department in which the Coast Guard is operating; and</text></paragraph>

<paragraph id="H998A3234B9154A65BDF59C0B4B16B794"><enum>(2)</enum><text>any reference in such provisions to a <quote>Secretary of a military department</quote>, a <quote>Secretary concerned</quote>, or the <quote>Secretary of Defense</quote> shall be treated as a reference to the Secretary of the department in which the Coast Guard is operating.</text></paragraph></subsection>

<subsection id="H35F1387D72BA4B2687D058ECD6DD85BE"><enum>(c)</enum><header>Exception</header><text display-inline="yes-display-inline">The requirements of chapter 102 of title 10 shall not apply to a unit of the Junior Reserve Officersâ€™ Training Corps established by the Secretary of the department in which the Coast Guard is operating before the date of the enactment of this section unless the Secretary determines it is appropriate to apply such requirements to such unit.</text></subsection></section><after-quoted-

block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H19E8E91004394DC9ACE336699C76B67D"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H16263E9105E24417A8F55B332AC9880F" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">320. Coast Guard Junior Reserve Officersâ€™ Training Corps.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H37A7979AF881491C869AA4780A8FEA30" section-type="subsequent-section"><enum>520.</enum><header display-inline="yes-display-inline">Repeal of requirement for review of certain Army Reserve officer unit vacancy promotions by commanders of associated active duty units</header><text display-inline="no-display-inline">Section 1113 of the Army National Guard Combat Readiness Reform Act of 1992 (Public Law 102â€"484; 10 U.S.C. 10105 note) is repealed.</text></section>

<section id="HBC0C55E1EC6E4A9EB0A2E7924D46C0AA"><enum>520A.</enum><header>Report on methods to enhance domestic response to large scale, complex and catastrophic disasters</header>

<subsection id="H0EBB5940227B4CDE93170877FDC11B8C"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation and coordination with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, shall submit to the congressional defense committees, the Committee on Homeland Security of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate a report on the plan of the Department to establish policy and processes to implement the authority under section 502 of title 32, United States Code. The report shall include a detailed examination of the policy framework consistent with existing authorities, identify major statutory or policy impediments to implementation, and make recommendations for legislation as appropriate.</text></subsection>

<subsection id="H163C13A12AA4409999C04732CBFE2729"><enum>(b)</enum><header>Contents</header><text>The report submitted under subsection (a) shall include a description ofâ€"</text>

<paragraph id="H43EB3D26FBFB49A39CFC86D790C2ED30"><enum>(1)</enum><text>the current policy and processes whereby governors can request activation of the National Guard under title 32, United States Code, as part of the response to large scale, complex, catastrophic disasters that are supported by the Federal Government and, if no formal process exists in policy, the Secretary of Defense shall provide a timeline and plan to establish such a policy, including consultation with the Council of Governors and the National Governors Association;</text></paragraph>

<paragraph id="H5F927DA2A43B43C8B2CC87FD97DD5174"><enum>(2)</enum><text>the Secretary of Defenseâ€™s assessment, informed by consultation with the Federal Emergency Management Agency, the National Security Council, the Council of Governors, and the National Governors Association, regarding the sufficiency of current authorities for the reimbursement of National Guard and Reserve manpower during large scale, complex, catastrophic disasters under title 10 and title 32, United States Code, and specifically whether reimbursement authorities are sufficient to ensure that military training and readiness are not degraded to fund disaster response, or whether invoking such reimbursement authorities degrades the effectiveness of the Disaster Relief Fund;</text></paragraph>

<paragraph id="H4036F22F6BB44B199D5B17AE88C291C4"><enum>(3)</enum><text>the Department of Defenseâ€™s plan to ensure there is parallel and consistent policy in the application of the authorities granted under section 12304a of title 10, United States Code, and section 502(f) of title 32, United States Code, includingâ€"</text>

<subparagraph id="H87401913E19441D9A84D5424385E5A10"><enum>(A)</enum><text>a description of the disparities between benefits and protections under Federal law

versus State active duty;</text></subparagraph>

<subparagraph id="H7023AEE166FC4BB2BEF90F15633C3B4C"><enum>(B)</enum><text>recommended solutions to achieve parity at the Federal level; and</text></subparagraph>

<subparagraph id="H843F72F88C25449B8AA9D46B393DC225"><enum>(C)</enum><text>recommended changes at the State level, if appropriate; and</text></subparagraph></paragraph>

<paragraph id="H018D68244F9242868DF378D431A73F53"><enum>(4)</enum><text>the Department of Defenseâ€™s plan to ensure there is parity of benefits and protections for military members employed as part of the response to large scale, complex, catastrophic disasters under title 32 or title 10, United States Code, and recommendations for addressing any shortfalls.</text></paragraph></subsection></section>

<section id="H4A373242C8D34AFFBDE035B3714C2219"><enum>520B.</enum><header>Report and briefing on the Senior Reserve Officers' Training Corps</header>

<subsection id="HB92E75677564495994E709BECA51543F"><enum>(a)</enum><header>Report on various expansions of the Corps</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:</text>

<paragraph id="H3AE6622E06D9471B987B016A763FE492"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the feasibility and advisability of distance learning programs for the Senior Reserve Officers' Training Corps for students at educational institutions who reside outside the viable range for a cross-town program.</text></paragraph>

<paragraph id="H5C384BB1DA644C1598D1841E5288DDD6"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the feasibility and advisability of expanding the eligibility of institutions authorized to maintain a unit of the Senior Reserve Officers' Training Corps to include community colleges.</text></paragraph></subsection>

<subsection id="HF19AFBCD500B4DC4A66A0CF70A95CB38"><enum>(b)</enum><header>Briefing on long-term effects on the Corps of the operation of certain recent prohibitions</header>

<paragraph id="H0682594C5F34471C80258DFE4D10F97F"><enum>(1)</enum><header>Briefing required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall brief the congressional defense committees on the effects of the prohibitions in section 8032 of the Department of Defense Appropriations Act, 2019 (division A of Public Law 115â€"245) on the long-term viability of the Senior Reserve Officers' Training Corps.</text></paragraph>

<paragraph id="H5752602D3F8340F3958EAF646923E4B7"><enum>(2)</enum><header>Elements</header><text>The matters addressed by the briefing under paragraph (1) shall include an assessment of the effects of the prohibitions described in paragraph (1) on the following:</text>

<subparagraph id="H32149E1236C44DCFB45B0AD0D6265828"><enum>(A)</enum><text>Readiness.</text></subparagraph>

<subparagraph id="H3664146E190B491CA4C51CCD53A61D57"><enum>(B)</enum><text>The efficient manning and administration of Senior Reserve Officers' Training Corps units.</text></subparagraph>

<subparagraph id="H07F3989FC36A41538B6D707EBE6185D7"><enum>(C)</enum><text>The ability of the Armed Forces to commission on a yearly basis the number and quality of new officers they need and that are representative of the nation as a whole.</text></subparagraph>

<subparagraph id="H6727E09707D44F4D80B28692CF4BE40F"><enum>(D)</enum><text>The availability of Senior Reserve Officers' Training Corps scholarships in rural areas.</text></subparagraph>

<subparagraph id="H016004CB1CE34E08AF57E9BCAB9A3AFF"><enum>(E)</enum><text>Whether the Senior Reserve Officers' Training Corps program produces officers representative of the demographic and geographic diversity of the United States, especially with respect to

urban areas, and whether restrictions on establishing or disestablishing units of the Corps affects the diversity of the officer corps of the Armed Forces.</text></subparagraph></paragraph></subsection></section>

<section id="H41C9109731694547B24421AF49760FEF" section-type="subsequent-section"><enum>520C.</enum><header>Sense of Congress on increase in number of Junior Reserve Officers' Training Corps units</header><text display-inline="no-display-inline">It is the sense of Congress that the Junior Reserve Officers' Training Corps was supported in the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) and should be increased in fiscal year 2020 to include not fewer than 3,700 units nationwide.</text></section></subtitle>

<subtitle id="H081ECE65A035452A9058E4A72CE4D800"><enum>C</enum><header>General Service Authorities and Correction of Military Records</header>

<section id="H968B8EBA8C7242D8984FBB16CC03B34A"><enum>521.</enum><header>Advice and counsel of trauma experts in review by boards for correction of military records and discharge review boards of certain claims</header>

<subsection id="H915818C2A2A34D88AFF66BA051B5479C"><enum>(a)</enum><header>Boards for correction of military records</header><text>Section 1552(g) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HAC65F756EA1A42AB95AFB34655A40AF2"><enum>(1)</enum><text>by inserting <quote>(1)</quote> after <quote>(g)</quote>; and</text></paragraph>

<paragraph id="HB84BD2B873624D82A79EDA9D2F7A838D"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HA1FA2DBAF4C24362B329EC1C89179F9C" style="OLC">

<paragraph id="H69379E0668B04ACFB18B27FFA866D366" indent="up1"><enum>(2)</enum><text>If a board established under subsection (a)(1) is reviewing a claim described in subsection (h), the board shall seek advice and counsel in the review from a psychiatrist, psychologist, or social worker with training on mental health issues associated with post-traumatic stress disorder or traumatic brain injury or other trauma as specified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.</text></paragraph>

<paragraph id="HDB25386A51BA45B0AC51727055228DC0" indent="up1"><enum>(3)</enum><text>If a board established under subsection (a)(1) is reviewing a claim in which sexual trauma, intimate partner violence, or spousal abuse is claimed, the board shall seek advice and counsel in the review from an expert in trauma specific to sexual assault, intimate partner violence, or spousal abuse, as applicable.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H676D358E297D4D569D9D55249769CBA8"><enum>(b)</enum><header>Discharge review boards</header><text>Section 1553(d)(1) of such title is amendedâ€"</text>

<paragraph id="HB061117F089E4D5D8C2CEBBA95D9B7EF"><enum>(1)</enum><text>by inserting <quote>(A)</quote> after <quote>(1)</quote>; and</text></paragraph>

<paragraph id="H36C38E65BD5D4761AEB23119F12D6F11"><enum>(2)</enum><text>by adding at the end the following new subparagraph;</text>

<quoted-block display-inline="no-display-inline" id="HA35C6B21C56C483AB2B6A1C01EFA14E7" style="OLC">

<subparagraph id="H735EEB03F76E49408EDCEB6B478A5EFA" indent="up2"><enum>(B)</enum><text>In the case of a former member described in paragraph (3)(B) who claims that the former member's post-traumatic stress disorder or traumatic brain injury as described in that paragraph in based in whole or in part on sexual trauma, intimate partner violence, or spousal abuse, a board established under this section to review the former member's discharge or dismissal shall seek advice and counsel in the review from a psychiatrist, psychologist, or social worker with training on mental health issues associated with post-traumatic stress disorder or traumatic brain injury or other trauma as specified in the current edition of the Diagnostic and Statistical Manual of Mental Disorders published by the American Psychiatric Association.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H3661DFA1F665406F8BDAEF6DDB2133D1" section-type="subsequent-section"><enum>522.</enum><header display-inline="yes-display-inline">Reduction in required number of members of discharge review boards</header><text display-inline="no-display-inline">Section 1553(a) of title 10, United States Code, is amended by striking <quote>five</quote> and inserting <quote>not fewer than three</quote>.</text></section>

<section id="H0075F1AF00EB4132BAD8171E3BFFABCD" section-type="section-one"><enum>523.</enum><header>Establishment of process to review a request for upgrade of discharge or dismissal</header>

<subsection id="H37A6AE0A086B4BA79C27753B1B6CCACA"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">Chapter 79 of title 10, United States Code, is amended by inserting after section 1553 the following new section 1553a: </text>

<quoted-block style="USC" id="H39DC2D56B1EC49F1A9D921B0D3AC14A3" display-inline="no-display-inline">

<section id="HEEAEAC67B3324B01BF55CF801B20AFC7"><enum>1553a.</enum><header>Review of a request for upgrade of discharge or dismissal</header>

<subsection id="H1CCABF682BF7465B965AE775EC0A919A"><enum>(a)</enum><header>Establishment</header><text>The Secretary of Defense shall establish a process by which to conduct a final review of a request for an upgrade in the characterization of a discharge or dismissal.</text></subsection>

<subsection id="H2FEB164546A64CFE8DA8B7853E52EDE1"><enum>(b)</enum><header>Consideration; recommendation</header>

<paragraph id="H9A336FFA35064B608B3EF6CB367E5DE4" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Upon the request of a petitioner, the Secretary of Defense shall review the findings and decisions of the boards established under sections 1552 and 1553 of this title regarding the final review of a request for an upgrade in the characterization of a discharge or dismissal.</text></paragraph>

<paragraph id="H780580CB09CE458AA1891CA996A17F29" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary of Defense may recommend that the Secretary of the military department concerned upgrade the characterization of the discharge or dismissal of the petitioner if the Secretary of Defense determines that such recommendation is appropriate after review under paragraph (1).</text></paragraph></subsection>

<subsection id="H20266DE64CF64E9BA4409D12F6E21547"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H2F9380EA1991458CAFCE07A3AFCA8228"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>final review of a request for an upgrade in the characterization of a discharge or dismissal</quote> means a request by a petitioner for an upgrade to the characterization of a discharge or dismissalâ€"</text>

<subparagraph id="HD7EBD55C280A42318A0CB940EB91DBBD"><enum>(A)</enum><text>that was not granted under sections 1552 and 1553 of this title; and</text></subparagraph>

<subparagraph id="H852AAA0EEE3C47AD86F662187D901BB8"><enum>(B)</enum><text display-inline="yes-display-inline">regarding which the Secretary of Defense determines the petitioner has exhausted all remedies available to the petitioner under sections 1552 and 1553 of this title.</text></subparagraph></paragraph>

<paragraph id="H06D1D1018CB14757975B271C87DB3DAE"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>petitioner</quote> means a member or former member of the armed forces (or if the member or former member is dead, the surviving spouse, next of kin, or legal representative of the member or former member) whose request for an upgrade to the characterization of a discharge or dismissal was not granted under sections 1552 and 1553 of this title.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H0BAC97A3E1214B0EB4B85417F4A765F5"><enum>(b)</enum><header>Technical and conforming amendments</header>

<paragraph id="H5C02ECEDBDA44057BCD1E615FB15DA35"><enum>(1)</enum><header>Table of sections</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 1553 the following new item:</text>

<quoted-block style="USC" id="HE61FA5751EF24871A45E22F930172D2D" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">1553a. Review of a request for upgrade of discharge or dismissal.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H0C125C42CADF44F9819005ECD7A9269D"><enum>(2)</enum><header>Conforming amendments</header>

<subparagraph id="H2BEDE46D2D864B9C91165DFE6A033168"><enum>(A)</enum><text>Section 1552(a)(4) of such title is amended to read as follows:</text>

<quoted-block style="USC" id="H62D961679789445E8E287E5E93C8A510" display-inline="no-display-inline">

<paragraph id="HD91E518978CC465CB1D8E7E1D96F4AFA" indent="up1"><enum>(4)</enum>

<subparagraph id="H898D97DA500B41919A137B724C50D7F2" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">Subject to subparagraph (B), a correction under this section is final and conclusive on all officers of the United States except when procured by fraud.</text></subparagraph>

<subparagraph id="HA707E73116FD4CE19F84FD7AC9BDA3E9" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">If a board established under this section does not grant a request for an upgrade to the characterization of a discharge or dismissal, that declination may be considered under section 1553a of this title.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HF4D4D0CF7BBA4EEE8D662B700B752D46"><enum>(B)</enum><text>Section 1553(b) of such title is amendedâ€"</text>

<clause id="H4D71F29EA3E74AC8998F5C1D508C0FA5"><enum>(i)</enum><text>by inserting <quote><header-in-text level="paragraph" style="USC"><enum-in-header>(1)</enum-in-header></header-in-text></quote> before <quote>A board</quote>; and</text></clause>

<clause id="H77A8C65CD5F04B7EA990C20478F82F95"><enum>(ii)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H0BE3736F51744FE8ADCC0F3DA3123CE1" display-inline="no-display-inline">

<paragraph id="HB7838CFDC5E64A08A1F0ADF2550B7CF3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">If a board established under this section does not grant a request for an upgrade to the characterization of a discharge or dismissal, that declination may be considered under section 1552 or section 1553a of this title, as applicable.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph></subsection>

<subsection id="H049A7609413D4EE7B91125F6518A4BFD"><enum>(c)</enum><header>Deadline</header><text display-inline="yes-display-inline">The Secretary of Defense shall implement section 1553a of such title, as added by subsection (a), not later than January 1, 2021.</text></subsection>

<subsection id="H45825BAEDF71436EAB202AEEFCC52130" display-inline="no-display-inline"><enum>(d)</enum><header>Resources</header><text display-inline="yes-display-inline">In establishing and implementing the process under such section 1553a, the Secretary of Defense shall, to the maximum extent practicable, use existing organizations, boards, processes, and personnel of the Department of Defense.</text></subsection>

```
<subsection
id="HE43335C2AB8D4A7AA189EEF680E0CEDB"><enum>(e)</enum><header>Reporting</header>

<paragraph
id="H754F95F30E6E41578E0A5BB5A550AF57"><enum>(1)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than January 1, 2022, the Secretary of
Defense shall submit to the Committees on Armed Services of the Senate and the House of
Representatives a report regarding the process established under such section 1553a.
The report shall include, with respect to considerations under such process since
implementation, the following:</text>

<subparagraph id="HE6DE9528F97C450FA2333E37F640910A"><enum>(A)</enum><text display-
inline="yes-display-inline">The number of requests considered.</text></subparagraph>

<subparagraph id="HC99A1AF3ABFB40D5B2BFD1943B2A91D0"><enum>(B)</enum><text display-
inline="yes-display-inline">The number of upgrades to the characterization of a
discharge or dismissal granted pursuant to such process, including the most common
reasons for such upgrades.</text></subparagraph>

<subparagraph id="HFC4AFE6748D74A2FA1400C494BE2E2E6"><enum>(C)</enum><text display-
inline="yes-display-inline">The number of upgrades to the characterization of a
discharge or dismissal declined pursuant to such process, including the most common
reasons for such declinations.</text></subparagraph></paragraph>

<paragraph id="HF311510B5B754E3DA6C1400C490BD82B"><enum>(2)</enum><header>Online
publication</header><text>On October 1, 2022, and annually thereafter, the Secretary
shall publish the information described in paragraph (1) with regards to the
immediately preceding fiscal year on a website of the Department of Defense that is
accessible by the public.</text></paragraph></subsection></section>

<section id="HA92E1D0105AE4A33A8BFB2F84FC058AB" section-type="subsequent-
section"><enum>524.</enum><header>Prohibition on reduction in the number of personnel
assigned to duty with a service review agency</header>

<subsection
id="H752860C7D56B4599A549C1BD562337E6"><enum>(a)</enum><header>Prohibition</header><tex
t display-inline="yes-display-inline">Section 1559(a) of title 10, United States Code,
is amendedâ€"</text>

<paragraph id="HC81AEDE4B0DA4671A27CC9C04179A3C1"><enum>(1)</enum><text>by striking
<quote>December 31, 2019</quote> and inserting <quote>December 31,
2025</quote>;</text></paragraph>

<paragraph id="HD6F06CF048AB4ACFBEEA01266D5569D4"><enum>(2)</enum><text>by striking
<quote>that agency untilâ€"</quote> and inserting <quote>that agency.</quote>; and
</text></paragraph>

<paragraph id="HDB1DB24F2CBB41BEA44F9A54C78F4A7A"><enum>(3)</enum><text display-
inline="yes-display-inline">by striking subsections (1) and
(2).</text></paragraph></subsection>

<subsection
id="H9613239A24564510923560B325A72196"><enum>(b)</enum><header>Report</header>

<paragraph id="HC04FCEBED98E4273BFB4AB780FDF8DA5"><enum>(1)</enum><header>Report
required</header><text display-inline="yes-display-inline">Not later than 180 days
after the enactment of this Act, the Secretary of each military department shall submit
a report to the Committees on Armed Services of the Senate and House of Representatives
that details a plan toâ€"</text>

<subparagraph id="HC1494C4C0EDB4926AC32497F0D504CEA"><enum>(A)</enum><text>reduce the
backlog of applications before the service review agency of the military department
concerned; and</text></subparagraph>

<subparagraph id="H74BC15419C784AAAA12096C6F9CF1C49"><enum>(B)</enum><text display-
inline="yes-display-inline">maintain the resources required to meet the timeliness
standards for disposition of applications before the Corrections Boards under section
1557 of title 10, United States Code, not later than October 1,
2021.</text></subparagraph></paragraph>

<paragraph
```

id="HF5A194740C7F40088C2858D314AA4339"><enum>(2)</enum><header>Elements</header><text>Each report under this subsection shall include the following:</text>

<subparagraph id="H8F8EC1B9895F4B1BA9BAACF206847CE3"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the current backlog of applications before the service review agency of the military department concerned.</text></subparagraph>

<subparagraph id="H03F134BE62F646B495733C2FBFC1CF40"><enum>(B)</enum><text display-inline="yes-display-inline">The number of personnel required to meet the deadline described in paragraph (1)(B).</text></subparagraph>

<subparagraph id="HD715D04ADC144A3BAF3024243CF8D411"><enum>(C)</enum><text display-inline="yes-display-inline">The plan of the Secretary concerned to modernize the application and review system of the service review agency of the military department concerned.</text></subparagraph></paragraph></subsection></section>

<section id="HCD19F825CD024A8194A5C8FC407EA4E1"><enum>525.</enum><header>Training of members of boards for correction of military records and discharge review boards on sexual trauma, intimate partner violence, spousal abuse, and related matters</header>

<subsection id="H91C3BCE569394588BC55E116F53928C9"><enum>(a)</enum><header>Boards for correction of military records</header><text>The curriculum of training for members of boards for the correction of military records under section 534(c) of the National Defense Authorization Act for Fiscal Year 2017 (10 U.S.C. 1552 note) shall include training on each of the following:</text>

<paragraph id="H912E7653B26849B7A72294C383E395AE"><enum>(1)</enum><text>Sexual trauma.</text></paragraph>

<paragraph id="HA517CA7B4E6B4AB48AC21DDA115F9E92"><enum>(2)</enum><text>Intimate partner violence.</text></paragraph>

<paragraph id="H5A388FB2C9674C099D07AFFF6F57AB7C"><enum>(3)</enum><text>Spousal abuse.</text></paragraph>

<paragraph id="HB6328B86AAFF4833A2EC469E57BFDF2F"><enum>(4)</enum><text>The various responses of individuals to trauma.</text></paragraph></subsection>

<subsection id="HE541838BCF2C4B4A955BACE07C51BBF8"><enum>(b)</enum><header>Discharge review boards</header>

<paragraph id="H51DB2F501C2247EB8633E705DB682DBA"><enum>(1)</enum><header>In general</header><text>Each Secretary concerned shall develop and provide training for members of discharge review boards under section 1553 of title 10, United States Code, that are under the jurisdiction of such Secretary on each of the following:</text>

<subparagraph id="H5A71D93634224FCC8A321D0CB5E086FF"><enum>(A)</enum><text>Sexual trauma.</text></subparagraph>

<subparagraph id="HBA73BA86C0144B04BFF91BE51A37DF5F"><enum>(B)</enum><text>Intimate partner violence.</text></subparagraph>

<subparagraph id="HB660B9824FCD4B86B7CA6A2F0698A210"><enum>(C)</enum><text>Spousal abuse.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6BC783212DC84D6A935022251B3258C9"><enum>(D)</enum><text>The various responses of individuals to trauma.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB402BDABB0B4494297B58CE77C010B82"><enum>(2)</enum><header>Uniformity of training</header><text>The Secretary of Defense and the Secretary of Homeland Security shall jointly ensure that the training developed and provided pursuant to this subsection is, to the extent practicable, uniform.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H05F6BFA16DFC46A7BC2E83F564135DFD"><enum>(3)</enum><header>Secretary concerned defined</header><text>In this subsection, the term <term>Secretary concerned</term> has the meaning given that term in section 101(a)(9) of title 10, United States Code.</text></paragraph></subsection></section>

<section id="H472747A1520148D28A5A86A2DD47BC8C" section-type="subsequent-

section"><enum>526.</enum><header>Time requirements for certification of honorable service</header><text display-inline="no-display-inline">The Secretary of Defense shall publish regulations for submission and processing of a completed United States Citizenship and Immigration Services Form Nâ€"426, by a member of the Armed Forces. Such regulations shall designate the appropriate level for the certifying officer as well as establish time requirements for the form to be returned to the member of the Armed Forces.</text></section>

<section id="HCD78A65305254E2CA3B00E485775E90A"><enum>527.</enum><header>Correction of certain discharge characterizations</header>

<subsection id="HA492A6E668FB45FA828B2AB11DB796A4"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">In accordance with this section, and in a manner that is consistent across the military departments to the greatest extent practicable, the appropriate board shall, at the request of a covered member or the authorized representative of a covered memberâ€"</text>

<paragraph id="H2381EE75093D4E2E95AC2CD9054F856C"><enum>(1)</enum><text>review the discharge characterization of that covered member; and</text></paragraph>

<paragraph id="HB6CBC6A3FA884F5DB63041DDBABF81B7"><enum>(2)</enum><text display-inline="yes-display-inline">change the discharge characterization of that covered member to honorable if the appropriate board determines such change to be appropriate after review under paragraph (1).</text></paragraph></subsection>

<subsection id="H78C90F3367EB4F12BB9F9B290A42C824"><enum>(b)</enum><header>Appeal</header><text display-inline="yes-display-inline">A covered member or the authorized representative of that covered member may seek review of a decision by the appropriate board not to change the discharge characterization of that covered member. Such review may be made pursuant to section 1552 of title 10, United States Code, section 1553 of such title, or any other process established by the Secretary of Defense for such purpose.</text></subsection>

<subsection id="H73C3D6CD9E5543EFB4714EE6FDECD75A"><enum>(c)</enum><header>Change of records</header><text display-inline="yes-display-inline">For each covered member whose discharge characterization is changed under subsection (a) or (b), the Secretary of the military department concerned shall issue to the covered member or the authorized representative of the covered member a corrected Certificate of Release or Discharge from Active Duty (DD Form 214), or other like form regularly used by an Armed Force thatâ€"</text>

<paragraph id="H12C4DCA36182468E9B94C3736AAAF93D"><enum>(1)</enum><text>reflects the upgraded discharge characterization of the covered member; and</text></paragraph>

<paragraph id="H4CD71D85488740AC91B091544EB955DC"><enum>(2)</enum><text>does not reflect the sexual orientation of the covered member or the original stated reason for the discharge or dismissal of that covered member.</text></paragraph></subsection>

<subsection id="HADD8D5CDD3954723A52732F0403AC551"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H097FB99BBB884E71B1ADDECE1771C4C5"><enum>(1)</enum><text>The term <quote>appropriate board</quote> means a board for the correction of military or naval records under section 1552 of title 10, United States Code, or a discharge review board under section 1553 of such title, as the case may be.</text></paragraph>

<paragraph id="H3BE4024F6A704F63A7837BE943B1A14E"><enum>(2)</enum><text>The term <quote>authorized representative</quote> means an heir or legal representative of a covered member.</text></paragraph>

<paragraph id="HBBCA1A71877D4F2F8F233DA34E83756F"><enum>(3)</enum><text>The term <quote>covered member</quote> means any former member of the Armed Forces who was discharged from the Armed Forces because of the sexual orientation of that member.</text></paragraph>

<paragraph id="H4FE372FA98C24823958422219B808B2F"><enum>(4)</enum><text>The term <quote>discharge characterization</quote> means the characterization assigned to the service of a covered member on the discharge or dismissal of that covered member from service in the Armed Forces.</text></paragraph></subsection></section>

<section id="H93C2F89BF3D945839780D1108E5C0486"><enum>528.</enum><header>Development of guidelines for use of unofficial sources of information to determine eligibility of members and former members of the Armed Forces for decorations when the service records are incomplete because of damage to the official record</header>

<subsection id="H7BF24F0F8DFB45C5B1EF97B81C7BB4CF"><enum>(a)</enum><header>Guidelines required</header><text display-inline="yes-display-inline">The Secretary of Defense shall develop guidelines regarding the use by the Secretaries of the military departments of unofficial sources of information, including eyewitness statements, to determine the eligibility of a member or former member of the Armed Forces for decorations when the service records of the member are incomplete because of damage to the records as a result of the 1973 fire at the National Personnel Records Center in St. Louis, Missouri, or any subsequent incident while the records were in the possession of the Department of Defense.</text></subsection>

<subsection id="HD5317103F14C4A1EA05C848F9C573BCA"><enum>(b)</enum><header>Time for completion</header><text>The Secretary of Defense shall complete development of the guidelines not later than one year after the date of the enactment of this Act.</text></subsection></section>

<section id="H5921E6689EA3483EB73272C8B095A0E5" section-type="subsequent-section"><enum>529.</enum><header>Strategic plan for diversity and inclusion</header>

<subsection id="HB6A7445D8DE541749F53E74B310937E1"><enum>(a)</enum><header>Plan required</header><text display-inline="yes-display-inline">The Secretary of Defense shall design and implement a five-year strategic plan for diversity and inclusion in the Department of Defense.</text></subsection>

<subsection id="H735F336B9F854104A18EAED87CACFC4A"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The strategic plan under this sectionâ€"</text>

<paragraph id="H5B9517AFA76F42068A582311BDE5FFBA"><enum>(1)</enum><text display-inline="yes-display-inline">shall incorporate existing efforts to promote diversity and inclusion within the Department; and</text></paragraph>

<paragraph id="H713011D312C44F2CBCDD18FAA86CEBCB"><enum>(2)</enum><text display-inline="yes-display-inline">may not conflict with the objectives of the 2018 National Military Strategy.</text></paragraph></subsection>

<subsection id="HECC050CE30834F1E8CBB251E3E33F4A3"><enum>(c)</enum><header>Deadline</header><text>The Secretary shall implement the strategic plan under this section not later than one year after the date of the enactment of this Act.</text></subsection></section>

<section id="HEF3BA064B814417CBB235CB223777C97"><enum>530.</enum><header>Study regarding screening individuals who seek to enlist in the Armed Forces</header>

<subsection id="HA86CB1C3923A4228A6973236701C1D8C"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense shall study the feasibility of, in background investigations and security and suitability screenings of individuals who seek to enlist in the Armed Forcesâ€"</text>

<paragraph id="HA7F464BA52C244C2921CA304AD7B0D5F"><enum>(1)</enum><text>screening for extremist and gang-related activity; and</text></paragraph>

<paragraph id="H8D8CAF58805C4803B801E34824268F60"><enum>(2)</enum><text>using the following resources of the Federal Bureau of Investigation:</text>

<subparagraph id="H4CCFD8123EC44364862630BC112DA16F"><enum>(A)</enum><text display-inline="yes-display-inline">The Tattoo and Graffiti Identification Program.</text></subparagraph>

<subparagraph id="H2793D3E821EA4FC6BFA0F3867DC30459"><enum>(B)</enum><text display-inline="yes-display-inline">The National Gang Intelligence Center.</text></subparagraph></paragraph></subsection>

<subsection id="H1F9C5C341DF84103919C971787CE8C08"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary shall submit an unclassified

report in writing to the Committees on Armed Services of the Senate and House of Representatives containing conclusions of the Secretary regarding the study under subsection (a).</text></subsection></section>

<section id="H020A0FDB94BD49B190DFF5AE6B16E1E6"><enum>530A.</enum><header>Feasibility study regarding notification to Secretary of Homeland Security of honorable discharges of non-citizens</header>

<subsection id="H2A1902AEDD0F4151B3652594E52E9CDD"><enum>(a)</enum><header>Study required</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretary of Homeland Security, shall study the feasibility of providing the Secretary of Homeland Security with a copy of the Certificate of Release or Discharge from Active Duty (DD Form 214) or National Guard Report of Separation and Record of Service (NGB-22) for each individual who is not a citizen of the United States who is honorably discharged from the Armed Forces so the Secretary of Homeland Security may note such discharge in an Iâ€"213 Record of Deportable/Inadmissible Alien for that individual.</text></subsection>

<subsection id="HEB0ED406DBE240C99BEA9DD599997213"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the committees on Armed Services of the Senate and House of Representatives a report regarding the results of the study under this section.</text></subsection></section>

<section id="H6353313867E44EAB8490826FABCA693C" section-type="subsequent-section"><enum>530B.</enum><header>Sense of Congress regarding accession physicals</header><text display-inline="no-display-inline">It is the sense of Congress that the Secretary of Defense should explore alternatives to centralized accession physicals at Military Entrance Processing Stations, including conducting physicals through community health care providers, in order to reduce transportation costs, increase efficiency in processing times, and free recruiters to focus on the core of the recruiting mission.</text></section></subtitle>

<subtitle id="H722B8D6F41744F95B5F03639340865BE"><enum>D</enum><header>Military Justice</header>

<section id="H54EE3138FC1E412088C9CB730E4B0DFC"><enum>531.</enum><header>Expansion of pre-referral matters reviewable by military judges and military magistrates in the interest of efficiency in military justice</header>

<subsection id="H6204450DE45243A7A1AB866C75C91913"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subsection (a) of section 830a of title 10, United States Code (article 30a of the Uniform Code of Military Justice), is amended by striking paragraphs (1) and (2) and inserting the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HF4DA6FC958814730A0FDCE78CD7B791C" style="OLC">

<paragraph id="H543860D5BA5F46EAA537CC20C649F6DC" indent="up1"><enum>(1)</enum><text>The President shall prescribe regulations for matters relating to proceedings conducted before referral of charges and specifications to court-martial for trial, including the following:</text>

<subparagraph id="H2417E248852F417A9C1636F86CBD73E6"><enum>(A)</enum><text>Pre-referral investigative subpoenas.</text></subparagraph>

<subparagraph id="H65033F4FB5094BD18CEDC2364784C847"><enum>(B)</enum><text>Pre-referral warrants or orders for electronic communications.</text></subparagraph>

<subparagraph id="H7558398A49D14DB6A9DF102F873EA26C"><enum>(C)</enum><text>Pre-referral matters referred by an appellate court.</text></subparagraph>

<subparagraph id="H1B43DD10592042F8892FC32DF1BD5CD2"><enum>(D)</enum><text>Pre-referral matters under subsection (c) or (e) of section 806b of this title (article 6b).</text></subparagraph>

<subparagraph id="H09D69BAA69FE41B1951CDE9E9F1A8AEF"><enum>(E)</enum><text>Pre-referral matters relating to the following:</text>

<clause id="H2625EE86C9D445D7814C15F4D64B89B7"><enum>(i)</enum><text>Pre-trial confinement of an accused.</text></clause>

<clause id="HE57453C427D043AE95EA2D018C4BCC55"><enum>(ii)</enum><text>The mental capacity or mental responsibility of an accused.</text></clause>

<clause id="H92592528CB94444EBEB924F82ED1D192"><enum>(iii)</enum><text>A request for an individual military counsel.</text></clause></subparagraph></paragraph>

<paragraph id="H62A775EE29314DED8BAB21C2310E982C" indent="up1"><enum>(2)</enum><text>In addition to the matters specified in paragraph (1), the regulations prescribed under that paragraph shallâ€"</text>

<subparagraph id="H4F115346D21541E7A64E83FDB2564733"><enum>(A)</enum><text>set forth the matters that a military judge may rule upon in such proceedings;</text></subparagraph>

<subparagraph id="H6F0CEA6D587E4E38A1E73720069AC618"><enum>(B)</enum><text>include procedures for the review of such rulings;</text></subparagraph>

<subparagraph id="HDCC6EC7EB5C44A34B6A24F265427F90D"><enum>(C)</enum><text>include appropriate limitations to ensure that proceedings under this section extend only to matters that would be subject to consideration by a military judge in a general or special court-martial; and</text></subparagraph>

<subparagraph id="HD6D968220B914215BCE64EE8388F7A03"><enum>(D)</enum><text>provide such limitations on the relief that may be ordered under this section as the President considers appropriate.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H6061A85BB57A4C229F85DA9602C9861E"><enum>(b)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HE24E9021F18A4466AC5352CCB424AE1D"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H3D32CF991759495E82B86F4014BD2C47" style="USC">

<section id="H19745E04DB784CF58CBB047FFEA3274A"><enum>830a. Art 30a.</enum><header>Proceedings conducted before referral</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HECA1C99F8AAE461F9ECC8DF375F35373"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of subchapter VI of chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), is amended by striking the item relating to section 830a (article 30a) and inserting the following new item:</text>

<quoted-block id="HD44D1E77EF2D4499B17CC7C3E640045E" style="USC">

<toc>

<toc-entry idref="H19745E04DB784CF58CBB047FFEA3274A" level="section">830a. 30a. Proceedings conducted before referral.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H63D1B9A685A9447C969332E934C3636B" section-type="subsequent-section"><enum>532.</enum><header>Command influence</header>

<subsection id="H9A62549CC5D04A27B57AB0DA25124A4E"><enum>(a)</enum><header>In general</header><text>Section 837 of title 10, United States Code (article 37 of the Uniform Code of Military Justice), is amendedâ€"</text>

<paragraph id="HC7A4DADDEE334AE8BC72593BD2CA1EA8"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote><header-in-text level="section" style="USC">Unlawfully influencing action of court</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">Command influence</header-in-text></quote>;</text></paragraph>

<paragraph id="H64097ACBB54441BC8073253B521D44B1"><enum>(2)</enum><text>by amending

subsection (a) to read as follows:</text>

<quoted-block style="USC" id="H80F530F0D7A34E5EBCC3EC4D0DAE24DF" display-inline="no-display-inline">

<subsection id="H83244B4D1FEF429BA2F53B7A8CE0FA85"><enum>(a)</enum>

<paragraph id="H42754E5452764D9BB28E6D8DF82F2928" display-inline="yes-display-inline"><enum>(1)</enum><text>No court-martial convening authority, nor any other commanding officer, may censure, reprimand, or admonish the court or any member, military judge, or counsel thereof, with respect to the findings or sentence adjudged by the court, or with respect to any other exercise of its or his functions in the conduct of the proceeding.</text></paragraph>

<paragraph id="HF363B3FCA69947D498B0780F49DF2CD9" indent="up1"><enum>(2)</enum><text>No court-martial convening authority, nor any other commanding officer, may deter or attempt to deter a potential witness from participating in the investigatory process or testifying at a court-martial. The denial of a request to travel at government expense or refusal to make a witness available shall not by itself constitute unlawful command influence.</text></paragraph>

<paragraph id="H01BDB8EF1BF149C381D127DBB0F14342" indent="up1"><enum>(3)</enum><text>No person subject to this chapter may attempt to coerce or, by any unauthorized means, attempt to influence the action of a court-martial or any other military tribunal or any member thereof, in reaching the findings or sentence in any case, or the action of any convening, approving, or reviewing authority or preliminary hearing officer with respect to such acts taken pursuant to this chapter as prescribed by the President.</text></paragraph>

<paragraph id="H4B091C3BE3D648A38D1F14C9F3DFCC64" display-inline="no-display-inline" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">Conduct that does not constitute a violation of paragraphs (1) through (3) may include, for exampleâ€"</text>

<subparagraph id="H035E99848BB74F98A87B0D1BB4886AF9" display-inline="no-display-inline"><enum>(A)</enum><text>general instructional or informational courses in military justice if such courses are designed solely for the purpose of instructing persons on the substantive and procedural aspects of courts-martial;</text></subparagraph>

<subparagraph id="H351FFDDA329F43A795E2488073BC036B"><enum>(B)</enum><text>statements regarding criminal activity or a particular criminal offense that do not advocate a particular disposition, or a particular court-martial finding or sentence, or do not relate to a particular accused; or</text></subparagraph>

<subparagraph id="H540BB72C034F4AC4B4461CF9D70D601E"><enum>(C)</enum><text display-inline="yes-display-inline">statements and instructions given in open court by the military judge or counsel.</text></subparagraph></paragraph>

<paragraph id="H3D3F1AFEC9954B7793016B7C052BB802" indent="up1"><enum>(5)</enum>

<subparagraph id="H1A1668F5876D4F7497F0875267B7B90B" display-inline="yes-display-inline"><enum>(A)</enum><text>Notwithstanding paragraphs (1) through (3), but subject to subparagraph (B)â€"</text>

<clause id="HE21D74A6970A4CD3A511EAA83648B51A" indent="up1"><enum>(i)</enum><text>a superior convening authority or officer may generally discuss matters to consider regarding the disposition of alleged violations of this chapter with a subordinate convening authority or officer; and</text></clause>

<clause id="HB36BBBC34AC946CEA7E285BADB89902D" indent="up1"><enum>(ii)</enum><text>a subordinate convening authority or officer may seek advice from a superior convening authority or officer regarding the disposition of an alleged offense under this chapter.</text></clause></subparagraph>

<subparagraph id="H5991DFD3FA7D4B9787728FA48E585B92" indent="up1"><enum>(B)</enum><text>No superior convening authority or officer may direct a subordinate convening authority or officer to make a particular disposition in a specific case or otherwise substitute the discretion of such authority or such officer for that of the subordinate convening authority or officer.</text></subparagraph></paragraph></subsection><after-quoted-block>;</after-

```
quoted-block></quoted-block></paragraph>

<paragraph id="H484DED3D300F4D8F9AF02AB6EF65F733"><enum>(3)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H31CE12A754FC46529A02BF96BE6F9F86"><enum>(A)</enum><text>by striking <quote>advanced, in grade</quote> and inserting <quote>advanced in grade</quote>; and</text></subparagraph>

<subparagraph id="H98008A8821C84620AA35F1050BA704CD"><enum>(B)</enum><text>by striking <quote>accused before a court-martial</quote> and inserting <quote>person in a court-martial proceeding</quote>; and</text></subparagraph></paragraph>

<paragraph id="HF08F001389324D4F93DBE273B46EE7F3"><enum>(4)</enum><text>by adding at the end the following new subsections:</text>

<quoted-block style="USC" id="H4A195DAC48314411B7FA7682F74A9DBB" display-inline="no-display-inline">

<subsection id="HA2A061FF61074406BDE70391785E8B85"><enum>(c)</enum><text>No finding or sentence of a court-martial may be held incorrect on the ground of a violation of this section unless the violation materially prejudices the substantial rights of the accused.</text></subsection>

<subsection id="HE3818A72B8684D3BB9EA2C2CEB02B423"><enum>(d)</enum>

<paragraph id="H5B96F8577E054694A03A372D36EDDD65" display-inline="yes-display-inline"><enum>(1)</enum><text>A superior convening authority or commanding officer may withhold the authority of a subordinate convening authority or officer to dispose of offenses in individual cases, types of cases, or generally.</text></paragraph>

<paragraph id="H2409CC2D9B754E2CAC0B5F3FA05D83CB" indent="up1"><enum>(2)</enum><text>Except as provided in paragraph (1) or as otherwise authorized by this chapter, a superior convening authority or commanding officer may not limit the discretion of a subordinate convening authority or officer to act with respect to a case for which the subordinate convening authority or officer has authority to dispose of the offenses.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H9EA47ED66F9A450EAF3AA0392BCBA1F3"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning subchapter VII of chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), is amended by striking the item relating to section 837 (article 37) and inserting the following new item:</text>

<quoted-block style="USC" id="HF8847D64E96E40E08D56480113AA36FE" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">837. Art. 37. Command influence.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HCCFC1DB9F4134BA6BD56C45FEC30678A"><enum>(c)</enum><header>Effective date</header><text>The amendments made by subsections (a) and (b) shall take effect on the date of the enactment of this Act and shall apply with respect to violations of section 837 of title 10, United States Code (article 37 of the Uniform Code of Military Justice), committed on or after such date.</text></subsection></section>

<section id="HA108BEF74F6841838B98629248E20134" section-type="subsequent-section"><enum>533.</enum><header>Statute of limitations for certain offenses</header>

<subsection id="H3B30C042F5954487A23F86C90AEB6B5B"><enum>(a)</enum><header>In general</header><text>Section 843 of title 10, United States Code (article 43 of the Uniform Code of Military Justice), is amendedâ€"</text>

<paragraph id="H5769E3BB463240218A3E076B4DB5C7AA"><enum>(1)</enum><text>in subsection (a), by inserting <quote>maiming of a child, kidnapping of a child,</quote> after <quote>sexual assault of a child,</quote>; and</text></paragraph>

<paragraph id="H3D36836B31E84FA0B7A1A8322CD320B2"><enum>(2)</enum><text>in subsection (b)(2)(B)â€"</text>
```

<subparagraph id="HD987EE01C0764DA3A8A5B16AA8CFE5F1"><enum>(A)</enum><text>by striking clauses (ii) and (iv); and</text></subparagraph>

<subparagraph id="H0BA7CDC468AE4E9F963F063FCBA9A033"><enum>(B)</enum><text>by redesignating clause (iii) as clause (ii).</text></subparagraph></paragraph></subsection>

<subsection id="HCB3B367CB6BA4E228C34C91A85AEBBEE"><enum>(b)</enum><header>Effective date</header><text>The amendments made by subsection (a) shall take effect on the date of the enactment of this Act and shall apply with respect to the prosecution of offenses committed before, on, or after the date of the enactment of this Act if the applicable limitation period has not yet expired.</text></subsection></section>

<section id="H18D4C08B36B4482496C3110137F13448"><enum>534.</enum><header>Public access to dockets, filings, and court records of courts-martial or other records of trial of the military justice system</header>

<subsection id="H05A95B55C8C54C0EBFD119D3A309AB8B"><enum>(a)</enum><header>In general</header><text>Section 940a of title 10, United States Code (article 140a of the Uniform Code of Military Justice), is amendedâ€"</text>

<paragraph id="HD5ABD8360903414AAF6FEA46E026DFF6"><enum>(1)</enum><text>by striking <quote>The Secretary of Defense</quote> and inserting <quote>(a) <header-in-text level="subsection" style="OLC">In general</header-in-text>.â€"The Secretary of Defense, in consultation with the Secretary of Homeland Security,</quote>;</text></paragraph>

<paragraph id="HA5FC47F41CAD4950850328C4B1A66047"><enum>(2)</enum><text>in subsection (a), as designated by paragraph (1)â€"</text>

<subparagraph id="H3622189F3D514292BAC4F5AA4DB9CA0C"><enum>(A)</enum><text>in the matter preceding paragraph (1), by inserting <quote>(including with respect to the Coast Guard)</quote> after <quote>military justice system</quote>; and</text></subparagraph>

<subparagraph id="H4CD4663B0BC24775AE021ACB250F7DE6"><enum>(B)</enum><text>in paragraph (4), by inserting <quote>public</quote> before <quote>access to docket information</quote>; and</text></subparagraph></paragraph>

<paragraph id="HF0A4FC231773475194BEF1B9C0AF3EB3"><enum>(3)</enum><text>by adding at the end the following new subsections:</text>

<quoted-block display-inline="no-display-inline" id="H5DE350CB8FB847B896B1F9A8EB5F7C44" style="OLC">

<subsection id="HC7360A8853864137A0F71FF5B5F7A211"><enum>(b)</enum><header>Protection of certain personally identifiable information</header><text>Records of trial, docket information, filings, and other records made publicly accessible in accordance with the uniform standards and criteria for conduct established by the Secretary under subsection (a) shall restrict access to personally identifiable information of minors and victims of crime (including victims of sexual assault and domestic violence), as practicable to the extent such information is restricted in electronic filing systems of Federal and State courts.</text></subsection>

<subsection id="H58B90036C564422C8F6A53A8B3196FC8"><enum>(c)</enum><header>Inapplicability to certain dockets and records</header><text>Nothing in this section shall be construed to provide public access to docket information, filings, or records that are classified, subject to a judicial protective order, or ordered sealed.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H75F5ABD6E6BC4D299B713EE1429943F5"><enum>(b)</enum><header>Existing standards and criteria</header><text>The Secretary of Homeland Security shall apply to the Coast Guard the standards and criteria for conduct established by the Secretary of Defense under section 940a of title 10, United States Code (article 140a of the Uniform Code of Military Justice), as in effect on the day before the date of the enactment of this Act, until such time as the Secretary of Defense, in consultation with the Secretary of Homeland Security, prescribes revised standards and criteria for conduct under such section that implement the amendments made by subsection (a) of this section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"

id="H95E18E215FD34B1FA1C0AF87B5316FA3" section-type="subsequent-section"><enum>535.</enum><header display-inline="yes-display-inline">Extension of Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces</header><text display-inline="no-display-inline">Section 546(f)(1) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 1561 note) is amended by striking <quote>five</quote> and inserting <quote>10</quote>.</text></section>

<section id="HC20248B15A82430699D1718EE69EF6B3"><enum>536.</enum><header>Authority for return of personal property to victims of sexual assault who file a Restricted Report before conclusion of related proceedings</header><text display-inline="no-display-inline">Section 586 of the National Defense Authorization Act for Fiscal Year 2012 (10 U.S.C. 1561 note) is amendedâ€"</text>

<paragraph id="H48753EF7769F4C2A8316582CCBA11BBE"><enum>(1)</enum><text>by redesignating subsection (f) as subsection (e);</text></paragraph>

<paragraph id="HF10924A3A5B543FB99F9E060D64D43A0"><enum>(2)</enum><text>in subsection (e), as so redesignated, in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">in unrestricted reporting cases</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">proceedings</header-in-text></quote>; and</text></paragraph>

<paragraph id="H457C45834F6545BDBBCA51CE5D570BB3"><enum>(3)</enum><text>by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H59F733143D1B47CAA783094D607BD701" style="OLC">

<subsection id="H0D57ED8E5B2F468E9BD2D913C1737127"><enum>(f)</enum><header>Return of personal property in restricted reporting cases</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H634123B45082478E9117188CA887063B"><enum>(1)</enum><text>The Secretary of Defense shall prescribe procedures under which a victim who files a restricted report on an incident of sexual assault may request, at any time, the return of any personal property of the victim obtained as part of the sexual assault forensic examination.</text></paragraph>

<paragraph id="H334AFFB072344EC5A39562C7AE94A87E" indent="up1"><enum>(2)</enum><text>The procedures shall ensure thatâ€"</text>

<subparagraph id="H43AE621C6E444FB794FFF9580E0A8DC7"><enum>(A)</enum><text>a request of a victim under paragraph (1) may be made on a confidential basis and without affecting the restricted nature of the restricted report; and</text></subparagraph>

<subparagraph id="H515E5E34177B4BD8958F5F60543DC3FF"><enum>(B)</enum><text>at the time of the filing of the restricted report, a Sexual Assault Response Coordinator or Sexual Assault Prevention and Response Victim Advocateâ€"</text>

<clause id="HB07C839F88BB4FA7A83C116E1EB24B76"><enum>(i)</enum><text>informs the victim that the victim may request the return of personal property as described in paragraph (1); and</text></clause>

<clause id="HF4AC59C0F46349A3ACA276328281FE63"><enum>(ii)</enum><text>advises the victim that such a request for the return of personal property may negatively impact a subsequent case adjudication, if the victim later decides to convert the restricted report to an unrestricted report.</text></clause></subparagraph></paragraph>

<paragraph id="HD1258302407A4B4B9359863C7242204D" indent="up1"><enum>(3)</enum><text>Except with respect to personal property returned to a victim under this subsection, nothing in this subsection shall affect the requirement to retain a sexual assault forensic examination (SAFE) kit for the period specified in subsection (c)(4)(A).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H0D5F3FB3310C4EAFAAF6B402851153F6" section-type="subsequent-section"><enum>537.</enum><header>Guidelines on sentences for offenses committed under the Uniform Code of Military Justice</header>

<subsection id="HACE30DA86F1444AE9B894B14D632FCD6"><enum>(a)</enum><header>Development

of guidelines</header><text display-inline="yes-display-inline">Not later than the date specified in subsection (d), the Secretary of Defense shall develop nonbinding guidelines on sentences for offenses under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice). The guidelines shall provide the sentencing authority with a suggested range of punishments, including suggested ranges of confinement, that will generally be appropriate for a violation of each offense under such chapter.</text></subsection>

<subsection id="H6508DECEA1974E57826F55EDC183D25C"><enum>(b)</enum><header>Sentencing data</header><text display-inline="yes-display-inline">In developing the guidelines for sentences under subsection (a), the Secretary of Defense shall take into account the sentencing data collected by the Military Justice Review Panel pursuant to section 946(f)(2) of title 10, United States Code (article 146(f)(2) of the Uniform Code of Military Justice).</text></subsection>

<subsection id="H90CA74A6686946B38B9DEEE56AE77EEB"><enum>(c)</enum><header>Submittal to Congress</header><text display-inline="yes-display-inline">Not later than the date specified in subsection (d), the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representativesâ€"</text>

<paragraph id="H2A616CC03AB94838BE74440FA9DC06D5"><enum>(1)</enum><text>the guidelines for sentences developed under subsection (a); and</text></paragraph>

<paragraph id="HCBFCAB547BF347B8B60E3C26D225C22F"><enum>(2)</enum><text>an assessment of the feasibility and advisability of implementing such guidelines in panel sentencing cases.</text></paragraph></subsection>

<subsection id="HA6B8BB6118B1405FA8F53061E7824AD6"><enum>(d)</enum><header>Date specified</header><text display-inline="yes-display-inline">The date specified in this subsection is the date that is not later than one year after the date on the which the first report of the Military Justice Review Panel is submitted to the Committees on Armed Services of the Senate and the House of Representatives pursuant to section 946(f)(5) of title 10, United States Code (article 146(f)(5) of the Uniform Code of Military Justice).</text></subsection></section>

<section id="H4C9620E9B0194B24868081F7E44774B7"><enum>538.</enum><header>Notification of significant events and documentation of preference for prosecution jurisdiction for victims of sexual assault</header>

<subsection id="H8E1C7673471E46B6B73EA601B2F21EBD"><enum>(a)</enum><header>Notification to victims of events in military justice process</header>

<paragraph id="HC35A3BBF86D84831BF7D306A49D3A4C6"><enum>(1)</enum><header>Notification required</header><text>A member of the Armed Forces who is the victim of an alleged sexual assault by another member of the Armed Forces shall receive notification of each significant event in the military justice process that relates to the investigation, prosecution, and confinement of such other member for such assault.</text></paragraph>

<paragraph id="H83ACD2CCA6AE4AD7B9C6F240275538AD"><enum>(2)</enum><header>Documentation</header><text>Appropriate documentation of each notification made pursuant to paragraph (1) shall be created and maintained in an appropriate system of records of the military department concerned.</text></paragraph></subsection>

<subsection id="HC5834E36C1EF45C393C85F33EFFD0C96"><enum>(b)</enum><header>Documentation of victimâ€™s preference for prosecution jurisdiction</header><text display-inline="yes-display-inline">In the case of a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces who is subject to prosecution for such offense both by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), and by a civilian court under Federal or State law, appropriate documentation of the preference, if any, of such victim for prosecution of such offense by court-martial or by a civilian court as provided for by Rule for Courts-Martial 306(e) (as set forth in the Manual for Courts-Martial, 2019 edition, or any successor rule), shall be created and maintained in an appropriate system of records of the military department concerned.</text></subsection>

<subsection id="H67A6817798434F109A37D68E6A2BF6A2"><enum>(c)</enum><header>Regulations</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of

Defense shall prescribe regulations implementing this section.</text></subsection></section>

<section id="H5C6DC13609B9495CA3B1D72D5FCA61C6"><enum>539.</enum><header>Increase in number of digital forensic examiners for certain military criminal investigative organizations</header>

<subsection id="H73FFE9CD86A34DBAA5F9A2B1BBB152E4"><enum>(a)</enum><header>In general</header><text>Each Secretary of a military department shall take appropriate actions to increase the number of digital forensic examiners in each military criminal investigative organization specified in subsection (b) under the jurisdiction of such Secretary by not fewer than 10 from the authorized number of such examiners for such organization as of September 30, 2019.</text></subsection>

<subsection id="HF9227F69853B40FB838DC5050A2A0921"><enum>(b)</enum><header>Military criminal investigative organizations</header><text>The military criminal investigative organizations specified in this subsection are the following:</text>

<paragraph id="HD5A8C8010AEA4D33BAAB46394863FB9B"><enum>(1)</enum><text>The Army Criminal Investigation Command.</text></paragraph>

<paragraph id="H0ADD1BBC2199433C8E439B1FCC9943D9"><enum>(2)</enum><text>The Naval Criminal Investigative Service.</text></paragraph>

<paragraph id="HD250874549CB442F8C1F13BCE5D44F0D"><enum>(3)</enum><text>The Air Force Office of Special Investigations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCD6F96FDE57B469AB106189C1E6273C8"><enum>(c)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">Funds for additional digital forensic examiners as required by subsection (a) for fiscal year 2020, including for compensation, initial training, and equipment, shall be derived from amounts authorized to be appropriated for that fiscal year for the Armed Force concerned for operation and maintenance.</text></subsection></section>

<section id="H7ADD90D57FAB4FC888A0395785E1F0E0" section-type="subsequent-section"><enum>540.</enum><header>Increase in investigative personnel and Victim Witness Assistance Program liaisons</header>

<subsection id="H0A0C019CF1EF4F498EE1A8084ECBBB55"><enum>(a)</enum><header>Military criminal investigative services</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of each military department shall increase the number of personnel assigned to the military criminal investigative services of the department with the goal of ensuring, to the extent practicable, that the investigation of any sex-related offense is completed not later than six months after the date on which the investigation is initiated. An investigation shall be considered completed for purposes of the preceding sentence when the active phase of the investigation is sufficiently complete to enable the appropriate authority to reach a decision with respect to the disposition of charges for the sex-related offense.</text></subsection>

<subsection id="HA55173D6067B488189322A469C438CFC"><enum>(b)</enum><header> Victim Witness Assistance Program liaisons</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of each military department shall increase the number of personnel serving as Victim Witness Assistance Program liaisons to address personnel shortages in the Victim Witness Assistance Program.</text></subsection>

<subsection id="HA14B49588CC54B3FBBA8AB4F897315C2"><enum>(c)</enum><header>Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section shall be construed to create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.</text></subsection></section>

<section id="H97063B3E338C4DE182CD812C7832D949" section-type="subsequent-section"><enum>540A.</enum><header>Training for sexual assault initial disposition authorities on exercise of disposition authority for sexual assault and collateral offenses</header>

<subsection id="H46ABDB5983014280B237E4BA6F9E6E62"><enum>(a)</enum><header>In

general</header><text display-inline="yes-display-inline">The training for sexual assault initial disposition authorities on the exercise of disposition authority under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), shall include comprehensive training on the exercise of disposition authority with respect to cases for which disposition authority is withheld to such authorities pursuant to the memorandum described in subsection (b) for the purpose of promoting confidence and trust in the military justice process with respect to such cases.</text></subsection>

<subsection id="H0130CDD00BAC4B4FA8E321B51D4F6946"><enum>(b)</enum><header>Memorandum described</header><text>The memorandum described in this subsection is the memorandum of the Secretary of Defense titled <quote>Withholding Initial Disposition Authority Under the Uniform Code of Military Justice in Certain Sexual Assault Cases</quote> and dated April 20, 2012, or any successor memorandum.</text></subsection></section>

<section id="H00B9C359B7544CF0921855B55ADF1D5F"><enum>540B.</enum><header>Training for commanders in the Armed Forces on their role in all stages of military justice in connection with sexual assault</header>

<subsection id="H0AAB75DDD1CB4CC38797936BAE444544"><enum>(a)</enum><header>In general</header><text>The training provided commanders in the Armed Forces shall include comprehensive training on the role of commanders in all stages of military justice in connection with sexual assaults by members of the Armed Forces.</text></subsection>

<subsection id="HDF84014281074CA7BB00F4603BAC505F"><enum>(b)</enum><header>Elements To be covered</header><text>The training provided pursuant to subsection (a) shall include training on the following:</text>

<paragraph id="H9BCA5C79C86749CCB869FAA699F81F3C"><enum>(1)</enum><text>The role of commanders in each stage of the military justice process in connection with sexual assault committed by a member of the Armed Forces, including investigation and prosecution.</text></paragraph>

<paragraph id="H28550B1AB1C1450CA3178FE23A4481A2"><enum>(2)</enum><text>The role of commanders in assuring that victims of sexual assault described in paragraph (1) are informed of, and have the opportunity to obtain, assistance available for victims of sexual assault by law.</text></paragraph>

<paragraph id="H9060F576630049DD88FBD91A6317CE43"><enum>(3)</enum><text>The role of commanders in assuring that victims of sexual assault described in paragraph (1) are afforded the rights and protections available to victims by law.</text></paragraph>

<paragraph id="H24A56DE57CA242A38B709895017E70A5"><enum>(4)</enum><text>The role of commanders in preventing retaliation against victims, their family members, witnesses, first responders, and bystanders for their their complaints, statements, testimony, and status in connection with sexual assault described in paragraph (1), including the role of commanders in ensuring that subordinates in the command are aware of their responsibilities in preventing such retaliation.</text></paragraph>

<paragraph id="H40F48A98E6E846E693A031F8094A6598"><enum>(5)</enum><text>The role of commanders in establishing and maintaining a healthy command climate in connection with reporting on sexual assault described in paragraph (1), and in the response of the commander, subordinates in the command, and other personnel in the command to such sexual assault, such reporting, and the military justice process in connection with such sexual assault.</text></paragraph>

<paragraph id="H9DE9787B013D482096F8BDBE0725029C"><enum>(6)</enum><text>Any other matters on the role of commanders in connection with sexual assault described in paragraph (1) that the Secretary of Defense considers appropriate for purposes of this section.</text></paragraph></subsection>

<subsection id="H565D17ACDE4447DAB4C9D816743D6FE0"><enum>(c)</enum><header>Incorporation of best practices</header>

<paragraph id="H00EC282599B34581AA79150AD6D3D2F0"><enum>(1)</enum><header>In general</header><text>The training provided pursuant to subsection (a) shall incorporate best practices on all matters covered by the training.</text></paragraph>

<paragraph

id="HF6CA65044B0F4FDCBCF6EB50BD4CC809"><enum>(2)</enum><header>Identification of best practices</header><text>The Secretaries of the military departments shall, acting through the training and doctrine commands of the Armed Forces, undertake from time to time surveys and other reviews of the matters covered by the training provided pursuant to subsection (a) in order to identify and incorporate into such training the most current practicable best practices on such matters.</text></paragraph></subsection>

<subsection id="HB388D9EC7ECD47EEAD088D3C399A0BDB"><enum>(d)</enum><header>Uniformity</header><text >The Secretary of Defense shall ensure that the training provided pursuant to subsection (a) is, to the extent practicable, uniform across the Armed Forces.</text></subsection></section>

<section id="HD3C2B019B1C145D3AC791821DDFA16F5"><enum>540C.</enum><header>Timely disposition of nonprosecutable sex-related offenses</header>

<subsection id="H319DD76E660F4098BFDBE05C94B03E23"><enum>(a)</enum><header>Policy required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop and implement a policy to ensure the timely disposition of nonprosecutable sex-related offenses.</text></subsection>

<subsection id="HCD406601DABD41EA828B4B8F1B5C1C4C"><enum>(b)</enum><header>Nonprosecutable sex-related offense defined</header><text display-inline="yes-display-inline">In this section, the term <term>nonprosecutable sex-related offense</term> means an alleged sex-related offense (as that term is defined in section 1044e(g) of title 10, United States Code) that a court-martial convening authority has declined to refer for trial by a general or special court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), due to a determination that there is insufficient evidence to support prosecution of the sex-related offense.</text></subsection></section>

<section id="H0A9F25318B6B487B862FA6B7B4BBC435"><enum>540D.</enum><header>Department of Defense-wide policy and military department-specific programs on reinvigoration of the prevention of sexual assault involving members of the Armed Forces</header>

<subsection id="H1A64ED0889D04F41BD104F09990A3B9B"><enum>(a)</enum><header>Policy required</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop and issue a comprehensive policy for the Department of Defense to reinvigorate the prevention of sexual assault involving members of the Armed Forces.</text></subsection>

<subsection id="HCD3EAA8D9C76464C8C6E681D59C9DF7B"><enum>(b)</enum><header>Policy elements</header>

<paragraph id="H50C867BF2BD34F7BA393169255BE15DC"><enum>(1)</enum><header>In general</header><text>The policy required by subsection (a) shall include the following:</text>

<subparagraph id="H81864BF711D048DCB5C23744A64370D7"><enum>(A)</enum><text>Education and training for members of the Armed Forces on the prevention of sexual assault.</text></subparagraph>

<subparagraph id="H79686C60931C4B63B24247BF4C311932"><enum>(B)</enum><text>Elements for programs designed to encourage and promote healthy relationships among members of the Armed Forces.</text></subparagraph>

<subparagraph id="H7757A6F407F2480C881F2918A0EA0F27"><enum>(C)</enum><text>Elements for programs designed to empower and enhance the role of non-commissioned officers in the prevention of sexual assault.</text></subparagraph>

<subparagraph id="H4245594E799844A38B8F0D2073A7D8A5"><enum>(D)</enum><text>Elements for programs to foster social courage among members of the Armed Forces to encourage and promote intervention in situations in order to prevent sexual assault.</text></subparagraph>

<subparagraph id="HEF32FA4C566A4600973A7D71C8FAF9C9"><enum>(E)</enum><text>Processes and mechanisms designed to address behaviors among members of the Armed Forces that are included in the continuum of harm that frequently results in sexual assault.</text></subparagraph>

<subparagraph id="H8A31177CEE4941538BE20AE87B4BFBE4"><enum>(F)</enum><text>Elements for programs designed to address alcohol abuse, including binge drinking, among members of the Armed Forces.</text></subparagraph>

<subparagraph id="H64F0188A9CCC40D59F95D96838174A1F"><enum>(G)</enum><text>Such other elements, processes, mechanisms, and other matters as the Secretary of Defense considers appropriate.</text></subparagraph></paragraph>

<paragraph id="H25CEBE93F8CD415486BB25E936B37AB6"><enum>(2)</enum><header>Continuum of harm resulting in sexual assault</header><text>For purposes of paragraph (1)(E), the continuum of harm that frequently results in sexual assault includes hazing, sexual harassment, and related behaviors (including language choices, off-hand statements, jokes, and unconscious attitudes or biases) that create a permissive climate for sexual assault.</text></paragraph></subsection>

<subsection id="H81E4247AF2134D3BB4374667F152094C"><enum>(c)</enum><header>Programs required</header><text>Not later than 180 days after the issuance of the policy required by subsection (a), each Secretary of a military department shall develop and implement for each Armed Force under the jurisdiction of such Secretary a program to reinvigorate the prevention of sexual assaults involving members of the Armed Forces. Each program shall include the elements, processes, mechanisms, and other matters developed by the Secretary of Defense pursuant to subsection (a) tailored to the requirements and circumstances of the Armed Force or Armed Forces concerned.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H9B8754619A434D22A6DDA0E8C26477CA" section-type="subsequent-section"><enum>540E.</enum><header display-inline="yes-display-inline">Recommendations on separate punitive article in the Uniform Code of Military Justice on sexual harassment</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing such recommendations as the Secretary considers appropriate with respect to the establishment of a separate punitive article in chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), on sexual harassment.</text></section>

<section id="H58D6BEAB95524C23AF149C2A20971FAB"><enum>540F.</enum><header>Report on military justice system involving alternative authority for determining whether to prefer or refer changes for felony offenses under the Uniform Code of Military Justice</header>

<subsection id="HE79B5A44E57F4886824D9CD57AAA4324"><enum>(a)</enum><header>Report required</header>

<paragraph id="H2BE03CFBF038487DAFC872FF2D51A384"><enum>(1)</enum><header>In general</header><text>Not later than 300 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the results of a study, conducted for purposes of the report, on the feasibility and advisability of an alternative military justice system in which determinations as to whether to prefer or refer charges for trial by court-martial for any offense specified in paragraph (2) is made by a judge advocate in grade Oâ€"6 or higher who has significant experience in criminal litigation and is outside of the chain of command of the member subject to the charges rather than by a commanding officer of the member who is in the chain of command of the member.</text></paragraph>

<paragraph id="HBEF18508EE0948FA90D4FD94C80C64E5"><enum>(2)</enum><header>Specified offense</header><text>An offense specified in this paragraph is any offense under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), for which the maximum punishment authorized includes confinement for more than one year.</text></paragraph></subsection>

<subsection id="HFCBE3516A6F14422BDC96F823B8F1A2F"><enum>(b)</enum><header>Elements</header><text>The study required for purposes of the report under subsection (a) shall address the following:</text>

<paragraph id="H9593186E11084649884B4A444C43D89A"><enum>(1)</enum><text>Relevant procedural, legal, and policy implications and considerations of the alternative

military justice system described in subsection (a).</text></paragraph>

<paragraph id="H12270709F0834BD8B5DD8D32BDA2AD5F"><enum>(2)</enum><text>An analysis of the following in connection with the implementation and maintenance of the alternative military justice system:</text>

<subparagraph id="H4C826DE102AF41E2B687C771FBF23AC3"><enum>(A)</enum><text>Legal personnel requirements.</text></subparagraph>

<subparagraph id="HF992BC1B13734147966DBD1CD23F2C52"><enum>(B)</enum><text>Changes in force structure.</text></subparagraph>

<subparagraph id="H002F33BAD25B4571BED1BEFC9549EA07"><enum>(C)</enum><text>Amendments to law.</text></subparagraph>

<subparagraph id="HECE3B7B1B5DB4F258C538026D7342825"><enum>(D)</enum><text>Impacts on the timeliness and efficiency of legal processes and court-martial adjudications.</text></subparagraph>

<subparagraph id="H8D61E7DF98F34064B2E0AB1D884E0F49"><enum>(E)</enum><text>Potential legal challenges to the system.</text></subparagraph>

<subparagraph id="H7D589A999347457AA43FAEC8D0FF0508"><enum>(F)</enum><text>Potential changes in prosecution and conviction rates.</text></subparagraph>

<subparagraph id="H214B7D9C6C5C4B80BB7323FE9B56A9AB"><enum>(G)</enum><text>Potential impacts on the preservation of good order and discipline, including the ability of a commander to carry out nonjudicial punishment and other administrative actions.</text></subparagraph>

<subparagraph id="H4D375DB1066547BA9A3EA5D72D5A6332"><enum>(H)</enum><text>Such other considerations as the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph id="HBEEAAC08F3444670B315AB3FEF5C1B3A"><enum>(3)</enum><text>A comparative analysis of the military justice systems of relevant foreign allies with the current military justice system of the United States and the alternative military justice system, including whether or not approaches of the military justice systems of such allies to determinations described in subsection (a) are appropriate for the military justice system of the United States.</text></paragraph>

<paragraph id="H7238BC608E6047E69ED577CD060904F1"><enum>(4)</enum><text>An assessment of the feasibility and advisability of conducting a pilot program to assess the feasibility and advisability of the alternative military justice system, and, if the pilot program is determined to be feasible and advisableâ€"</text>

<subparagraph id="H565F10D35D104220AC5F36CC637DEC31"><enum>(A)</enum><text>an analysis of potential legal issues in connection with the pilot program, including potential issues for appeals; and</text></subparagraph>

<subparagraph id="H52009EAC578C466481FF624C8A141D51"><enum>(B)</enum><text>recommendations on the following:</text>

<clause id="H7FF79BE6DD5A40D4AE88C651DF8F658F"><enum>(i)</enum><text>The populations to be subject to the pilot program.</text></clause>

<clause id="HA6CB3BB75C5440018BC428536E969438"><enum>(ii)</enum><text>The duration of the pilot program.</text></clause>

<clause id="HEBEF6EEC0B79424A8C566DB03947C240"><enum>(iii)</enum><text>Metrics to measure the effectiveness of the pilot program.</text></clause>

<clause id="HC1EE1EA35C13412F883602546884C1B8"><enum>(iv)</enum><text>The resources to be used to conduct the pilot program.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H36091769AB5E43C8B759610DDD70D00F"><enum>540G.</enum><header>Report on standardization among the military departments in collection and presentation of information on matters within the military justice system</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the

military departments, submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the following:</text>

<paragraph id="H2188620E71BC40FCACD3B1197EA0B5FE"><enum>(1)</enum><text display-inline="yes-display-inline">A plan for actions to provide for standardization, to the extent practicable, among the military departments in the collection and presentation of information on matters within their military justice systems, including information collected and maintained for purposes of section 940a of title 10, United States Code (article 140a of the Uniform Code of Military Justice), and such other information as the Secretary considers appropriate.</text></paragraph>

<paragraph id="HA2C62A8B352D416ABD54766C37698019"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the feasibility and advisability of establishing and maintaining a single, Department of Defense-wide data management system for the standardized collection and presentation of information described in paragraph (1).</text></paragraph></section>

<section id="H136C90EEBFD242418372F5077D07FA06"><enum>540H.</enum><header>Report on expansion of Air Force safe to report policy across the Armed Forces</header>

<subsection id="H8220EE9534A14C21BF3492DB6CAC112A"><enum>(a)</enum><header>Report</header><text>Not late than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth an assessment of the feasibility and advisability of expanding the applicability of the safe to report policy described in subsection (b) so that the policy applies across the Armed Forces.</text></subsection>

<subsection id="H28BB154B4AFE48D1A573C1099C14990F"><enum>(b)</enum><header>Safe to report policy</header><text>The safe to report policy described in this subsection is the policy, currently applicable in the Air Force alone, under which a member of the Armed Forces who is the victim of an alleged sexual assault committed by another member of the Armed Forces, but who may have committed minor collateral misconduct at or about the time of such alleged sexual assault, or whose minor collateral misconduct at or about such time is discovered only as a result of the investigation into such alleged sexual assault, may report such alleged sexual assault to proper authorities without fear or receipt of discipline in connection with such minor collateral misconduct.</text></subsection></section>

<section id="H29D6A7AADD4A4842A6F898D7A041C162"><enum>540I.</enum><header>Assessment of racial, ethnic, and gender disparities in the military justice system</header>

<subsection id="H6D4C6CA0109746C49ED3C77140078AE3"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide for the carrying out of the activities described in subsections (b) and (c) in order to improve the ability of the Department of Defense to detect and address racial, ethnic, and gender disparities in the military justice system.</text></subsection>

<subsection id="H4E49BB649DE6434EB59AC8CC0A7D1A53"><enum>(b)</enum><header>Secretary of Defense and related activities</header><text>The activities described in this subsection are the following, to be commenced or carried out (as applicable) by not later than 180 days after the date of the enactment of this Act:</text>

<paragraph id="H48726CF5D19A4664833CC054A7683516"><enum>(1)</enum><text display-inline="yes-display-inline">For each court-martial conducted by an Armed Force after the date of the enactment of this Act, the Secretary of Defense shall require the head of the Armed Force concernedâ€"</text>

<subparagraph id="H30D40218962144BC9444136124EFE9BF"><enum>(A)</enum><text>to record the race, ethnicity, and gender of the victim and the accused, and such other demographic information about the victim and the accused as the Secretary considers appropriate;</text></subparagraph>

<subparagraph id="H0516C5B06C0D45379E28E20E0D68C58C"><enum>(B)</enum><text>to include data based on the information described in subparagraph (A) in the annual military justice reports of the Armed Force.</text></subparagraph></paragraph>

<paragraph id="HA352904804FE4516808614A545CC6295"><enum>(2)</enum><text>The Secretary of Defense, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, shall issue guidance thatâ€"</text>

<subparagraph id="HBD3F23E515B04FECBF9F52EA801FFCCA"><enum>(A)</enum><text>establishes criteria to determine when data indicating possible racial, ethnic, or gender disparities in the military justice process should be further reviewed; and</text></subparagraph>

<subparagraph id="H90C4905286BF41A1B756B384FBADD1D6"><enum>(B)</enum><text>describes how such a review should be conducted.</text></subparagraph></paragraph>

<paragraph id="HF23B2724CAF54D1B9E1944BD8DA84DCF"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretaries of the military departments and the Secretary of Homeland Security, shallâ€"</text>

<subparagraph id="HEF011E6C4AEA492FB3670360438A484F"><enum>(A)</enum><text>conduct an evaluation to identify the causes of any racial, ethnic, or gender disparities identified in the military justice system;</text></subparagraph>

<subparagraph id="H26B3CBF6C7104087B0FCD376D701266B"><enum>(B)</enum><text>take steps to address the causes of any such disparities, as appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="HFAB8BD35E28F48B689A426A2B34D3621"><enum>(c)</enum><header>DACâ€"IPAD activities</header>

<paragraph id="HA48B3F8D1E8E46DFB2738DA3FA4065D8"><enum>(1)</enum><header>In general</header><text>The activities described in this subsection are the following, to be conducted by the independent committee DACâ€"IPAD:</text>

<subparagraph id="H9AB83CAC439F4A24966B41C1CA99B76A"><enum>(A)</enum><text>A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces accused of a penetrative sexual assault offense or contact sexual assault offense in an unrestricted report made pursuant to Department of Defense Instruction 6495.02, including an unrestricted report involving a spouse or intimate partner, in all cases completed in each fiscal year assessed.</text></subparagraph>

<subparagraph id="HFD36C29515834CBF908815CCA07F6B00"><enum>(B)</enum><text>A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces against whom charges were preferred pursuant to Rule for Courts-Martial 307 for a penetrative sexual assault offense or contact sexual assault offense in all cases completed in each fiscal year assessed.</text></subparagraph>

<subparagraph id="H3B15B3F87F2348D88D9CFADCDD28F8F6"><enum>(C)</enum><text>A review and assessment, by fiscal year, of the race and ethnicity of members of the Armed Forces who were convicted of a penetrative sexual assault offense or contact sexual assault offense in all cases completed in each fiscal year assessed.</text></subparagraph></paragraph>

<paragraph id="H2B834C7A294F4ABB80E250416A000153"><enum>(2)</enum><header>Information from Federal agencies</header>

<subparagraph id="H0CD086BBA9BF4C4F9F4535209847CFC2"><enum>(A)</enum><header>In general</header><text>Upon request by the chair of the committee, a department or agency of the Federal Government shall provide information that the committee considers necessary to conduct reviews and assessments required by paragraph (1), including military criminal investigation files, charge sheets, records of trial, and personnel records.</text></subparagraph>

<subparagraph id="H1A290D46F9BF4C7AA156FF0FB9B2722C"><enum>(B)</enum><header>Handling, storage, and return</header><text>The committee shall handle and store all records received and reviewed under this subsection in accordance with applicable privacy laws and Department of Defense policy, and shall return all records so received in a timely manner.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC3052A1FC80B4127BC4621CC6A955895"><enum>(3)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the committee shall submit to the

Secretary of Defense, and to the Committees on Armed Services of the Senate and the House of Representatives, a report setting forth the results of the reviews and assessments required by paragraph (1). The report shall include such recommendations for legislative or administrative action as the committee considers appropriate in light of such results.</text></paragraph>

<paragraph id="H84F2D5846002429AA8AC3F213666CFA0"><enum>(4)</enum><header>Definitions</header><text>In this subsection:</text>

<subparagraph id="HE2055B229AAF4649AF0BF3FD3D11DEEF"><enum>(A)</enum><text>The term <term>independent committee DACâ€"IPAD</term> means the independent committee established by the Secretary of Defense under section 546 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3374), commonly known as the <quote>DAC-IPAD</quote>.</text></subparagraph>

<subparagraph id="H17F605F765B64F15A628ED9F14E7BF73"><enum>(B)</enum><text>The term <term>case</term> means an unrestricted report of any penetrative sexual assault offense or contact sexual assault offense made against a member of the Armed Forces pursuant to Department of Defense Instruction 6495.02, including any unrestricted report involving a spouses or intimate partner for which an investigation has been opened by a criminal investigative organization.</text></subparagraph>

<subparagraph id="H411092CE14A54EA292477C309C4AAF8E"><enum>(C)</enum><text>The term <term>completed</term>, with respect to a case, means that the case was tried to verdict, dismissed without further action, or dismissed and then resolved by non-judicial or administrative proceedings.</text></subparagraph>

<subparagraph id="H1E6C2A1E516F4900A22F30F016583200"><enum>(D)</enum><text>The term <term>contact sexual assault offense</term> means aggravated sexual contact, abusive sexual contact, wrongful sexual contact, and attempts to commit such offenses under the Uniform Code of Military Justice.</text></subparagraph>

<subparagraph id="HEAC5F70278824515A80415D41566182D"><enum>(E)</enum><text>The term <term>penetrative sexual assault offense</term> means rape, aggravated sexual assault, sexual assault, forcible sodomy, and attempts to commit such offenses under the Uniform Code of Military Justice.</text></subparagraph></paragraph></subsection></section>

<section id="H5EB28F3BC8D14B56A6ECD530CD9FD3C5" section-type="subsequent-section"><enum>540J.</enum><header>Pilot programs on defense investigators in the military justice system</header>

<subsection id="H1DC831698CC64ECC9726FA8CEC98E4F3"><enum>(a)</enum><header>In general</header><text>Each Secretary of a military department shall carry out a pilot program on defense investigators within the military justice system under the jurisdiction of such Secretary in order to do the following:</text>

<paragraph id="H70D964B758AD4EF9A018FB78FA9D176D"><enum>(1)</enum><text>Determine whether the presence of defense investigators within such military justice system willâ€"</text>

<subparagraph id="H62037D5422CA4193A015616D4ADD58A8"><enum>(A)</enum><text>make such military justice system more effective in providing an effective defense for the accused; and</text></subparagraph>

<subparagraph id="HB5F2DD61735D4893955787E8D87B2F6F"><enum>(B)</enum><text>make such military justice system more fair and efficient.</text></subparagraph></paragraph>

<paragraph id="HCF2B00F4EF174E71BCDC236D99E0BE45"><enum>(2)</enum><text>Otherwise assess the feasibility and advisability of defense investigators as an element of such military justice system.</text></paragraph></subsection>

<subsection id="HB4374FC419374D64AE4F9A99D5CF8C0D"><enum>(b)</enum><header>Elements</header>

<paragraph id="HFFCF891275D8441583906DAC14540262"><enum>(1)</enum><header>Interview of victim</header><text>A defense investigator may question a victim under a pilot program only upon a request made through the Special Victimsâ€™ Counsel or other counsel if the victim does not have such counsel.</text></paragraph>

<paragraph id="H4CBA30AA5117473DA09B69DF07A1C391"><enum>(2)</enum><header>Uniformity across military justice systems</header><text>The Secretary of Defense shall ensure that the personnel and activities of defense investigators under the pilot programs are, to the extent practicable, uniform across the military justice systems of the military departments.</text></paragraph></subsection>

<subsection
id="H885378799B4D40BAA4CC796235957A97"><enum>(c)</enum><header>Report</header>

<paragraph id="H2BD8809975384ACCB879D5FC3F213EE7"><enum>(1)</enum><header>In general</header><text>Not later than three years after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot programs under subsection (a).</text></paragraph>

<paragraph
id="HCA7F426AEA024BABB4069AE0C561AF71"><enum>(2)</enum><header>Elements</header><text>T
he report required by paragraph (1) shall include the following:</text>

<subparagraph id="HB01DF00E419A47BE99782120BE4D1DD4"><enum>(A)</enum><text>A description of each pilot program, including the personnel and activities of defense investigators under such pilot program.</text></subparagraph>

<subparagraph id="H2AC1B695DEFC4904B56193F2680B124A"><enum>(B)</enum><text>An assessment of the feasibility and advisability of establishing and maintaining defense investigators as an element of the military justice systems of the military departments.</text></subparagraph>

<subparagraph id="H33980C1618EA469C974288A45C98D2B3"><enum>(C)</enum><text>If the assessment under subparagraph (B) is that the establishment and maintenance of defense investigators as an element of the military justice systems of the military departments is feasible and advisable, such recommendations for legislative and administrative action as the Secretary of Defense considers appropriate to establish and maintain defense investigators as an element of the military justice systems.</text></subparagraph>

<subparagraph id="H7F3531A927B54CA7BB8B4D47FF3D025C"><enum>(D)</enum><text>Any other matters the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H436974080FDE4CC4B7366AEF8453DB01"><enum>540K.</enum><header>Report on preservation of recourse to restricted report on sexual assault for victims of sexual assault following certain victim or third-party communications</header>

<subsection id="HDA47F4AFC3864D9E925F5600FB0FBAAD"><enum>(a)</enum><header>Report required</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report making findings and recommendations on the feasibility and advisability of a policy for the Department of Defense that would permit a victim of a sexual assault, that is or may be investigated as a result of a communication described in subsection (b), which victim is a member of the Armed Forces or an adult dependent of a member of the Armed Forces, to have the reporting on the sexual assault be treated as a restricted report without regard to the party initiating or receiving such communication.</text></subsection>

<subsection
id="H4324FB43040F412FAF17E91F93F75571"><enum>(b)</enum><header>Communications</header><
text>A communication described in this subsection is a communication reporting a sexual assault as follows:</text>

<paragraph id="HB0F5380DE1C7456080416A55B4A68C66"><enum>(1)</enum><text>By the victim to a member of the Armed Forces, whether a commissioned officer or a noncommissioned officer, in the chain of command of the victim or the victim's military sponsor.</text></paragraph>

<paragraph id="HCE16C80C3EF14683B29627AE19D21B46"><enum>(2)</enum><text>By the victim to military law enforcement personnel or personnel of a military criminal investigative organization (MCIO).</text></paragraph>

<paragraph id="H6034CEE1E7AF42049C9B8993BB13948D"><enum>(3)</enum><text>By any

individual other than victim.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD014430E2455442490BB3FF0A076A086"><enum>(c)</enum><header display-inline="yes-display-inline">Scope of findings and recommendations</header><text display-inline="yes-display-inline">The report required by subsection (a) may include recommendations for new provisions of statute or regulations, or modification of current statute or regulations, that may be required to put into effect the findings and recommendations described in subsection (a).</text></subsection>

<subsection id="HD8BDAD9F508F4A8687DFB65833624DBF"><enum>(d)</enum><header>Consultation</header><text>In preparing the report required by subsection (a), the Secretary shall consult with the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (DACâ€"IPAD) under section 546 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 1561 note).</text></subsection></section>

<section id="H0538C16072904B8BA0DC53E386284DB0"><enum>540L.</enum><header>Report on establishment of guardian ad litem program for certain military dependents who are a victim or witness of an offense under the Uniform Code of Military Justice involving abuse or exploitation</header>

<subsection commented="no" display-inline="no-display-inline" id="HEF274BC33EF24B9CA95533F073F66D6C"><enum>(a)</enum><header>Report required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H76A4F3EC05E94E4ABEDC7FF9D9E66106"><enum>(1)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth an assessment of the feasibility and advisability of establishing a guardian ad litem program for military dependents described in paragraph (2) who are a victim or witness of an offense under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), that involves an element of abuse or exploitation in order to protect the best interests of such dependents in a court-martial of such offense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H39689246FAE94382960A591CA5A3581E"><enum>(2)</enum><header>Covered dependents</header><text>The military dependents described in this paragraph are as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2C0EF48C1DCE4829AB2D10DB0FBF877E"><enum>(A)</enum><text>Military dependents under 12 years of age.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H68606D66C71340D18B55228749E99484"><enum>(B)</enum><text>Military dependents who lack mental or other capacity.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE1FC7A6F4F0D4FC4B18C93CC297CCFD7"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1FD337CED6D244718871D96F3045B857"><enum>(1)</enum><text>An assessment of the feasibility and advisability of establishing a guardian ad litem program as described in subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE10A4BAEB2ED41B3A6FF68BE2B9CBAC7"><enum>(2)</enum><text>If establishment of the guardian ad litem program is considered feasible and advisable, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H89E14F9D56D34A68B0F3C421713CA252"><enum>(A)</enum><text>A description of administrative requirements in connection with the program, including the following:</text>

<clause commented="no" display-inline="no-display-inline" id="H3BAB0DCE7AC54137AB4B39FC71A79D48"><enum>(i)</enum><text>Any memoranda of understanding between the Department of Defense and State and local authorities

required for purposes of the program.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5D2AD9021B3E4E1A909C2042C253F372"><enum>(ii)</enum><text>The personnel, funding, and other resources required for purposes of the program.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8772658EEAAA43438ECE4744A077CBDB"><enum>(B)</enum><text>Best practices for the program (as determined in consultation with appropriate civilian experts on child advocacy).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H57D455D775C7437A8700583D65301FFE"><enum>(C)</enum><text>Such recommendations for legislative and administration action to implement the program as the Secretary considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H492BDF2E2C7641C489323DDB972BB16D"><enum>540M.</enum><header>Comptroller General of the United States report on implementation by the Armed Forces of recent statutory requirements on sexual assault prevention and response in the military</header>

<subsection id="HF933FD66F3574CEBB308D699613C4D87"><enum>(a)</enum><header>Report required</header><text>The Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report, in writing, on a study, conducted by the Comptroller General for purposes of the report, on the implementation by the Armed Forces of statutory requirements on sexual assault prevention and response in the military in the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108â€"136) and each succeeding national defense authorization Act through the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232).</text></subsection>

<subsection id="H1017729BC01E48D3B64A77E4241075A7"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="HC2EDB343238C4810813AC0BDF8A76409"><enum>(1)</enum><text>A list and citation of each statutory requirement (whether codified or uncodified) on sexual assault prevention and response in the military in each national defense authorization Act specified in paragraph (1), includingâ€"</text>

<subparagraph id="H95C864EA64C949C38351976A5FB46155"><enum>(A)</enum><text>whether such statutory requirement is still in force; and</text></subparagraph>

<subparagraph id="HC3C87E0AF49043B98ED87D0F534C53A4"><enum>(B)</enum><text>if such statutory requirement is no longer in force, the date of the repeal or expiration of such requirement.</text></subparagraph></paragraph>

<paragraph id="H19F8462898D84AB49A3DDDD333A52ADF"><enum>(2)</enum><text>For each statutory requirement listed pursuant to paragraph (1), the following:</text>

<subparagraph id="HD571A7DDAFA84A5DB99C95F9AB2E4D86"><enum>(A)</enum><text>An assessment of the extent to which such requirement was implemented, or is currently being implemented, as applicable, by each Armed Force to which such requirement applied or applies.</text></subparagraph>

<subparagraph id="H29137E6B205A4BE6A78C3389D3229CF3"><enum>(B)</enum><text>A description and assessment of the actions taken by each of the Department of Defense, the military department concerned, and the Armed Force concerned to assess and determine the effectiveness of actions taken pursuant to such requirement in meeting its intended objective.</text></subparagraph></paragraph>

<paragraph id="H3EFE21BBF21C4A148B14B109263804D5"><enum>(3)</enum><text>Any other matters in connection with the statutory requirements specified in subsection (a), and the implementation of such requirements by the Armed Forces, that the Comptroller General considers appropriate.</text></paragraph></subsection>

<subsection id="H93517776869E4CB8B3177FA73E2872F7"><enum>(c)</enum><header>Briefings</header><text> Not later than May 1, 2020, the Comptroller General shall provide to the committees referred to in subsection (a) one or more briefings on the status of the study required

by subsection (a), including any preliminary findings and recommendations of the Comptroller General as a result of the study as of the date of such briefing.</text></subsection></section>

<section id="H4BEC621ABEA04DDDB841E26D4CD70A1C"><enum>540N.</enum><header>Sense of Congress on the Port Chicago 50</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H6E79E78F68D9465285856112D4707255"><enum>(1)</enum><text>the American people should recognize the role of racial bias during the era in which the prosecution and convictions of the Port Chicago 50 took place for mutiny following the deadliest home-front disaster in World War II, in which 320 were killed on July 17, 1944, during a munitions explosion; and</text></paragraph>

<paragraph id="HDD1FEC75FD3E4F3196708B277C5A1DFF"><enum>(2)</enum><text>in light of the well-documented challenges associated with uniformed service by African Americans during this era, the Secretary of the Navy should, as appropriate, recommend executive action in favor of the 49 remaining Sailors with general court-martial convictions and the 207 remaining Sailors with summary court-martial convictions.</text>
</paragraph></section></subtitle>

<subtitle id="H6FC433CFC15F4F1B96D832D431AE8501"><enum>E</enum><header>Other Legal Matters</header>

<section id="H8E6C5FD9CF0440A8BF747EC4783D8BFA"><enum>541.</enum><header>Improvement of certain Special Victims' Counsel authorities</header>

<subsection id="H18B1BBA74C244507B6221CD91B5F67F7"><enum>(a)</enum><header>Enhancement of legal consultation and assistance in connection with potential victim benefits</header><text>Paragraph (8)(D) of subsection (b) of section 1044e of title 10, United States Code, is amended by striking <quote>and other</quote> and inserting <quote>, section 1408(h) of this title, and other</quote>.</text></subsection>

<subsection id="HD535F425547C4298B448F9E4C5A40700"><enum>(b)</enum><header>Expansion of legal assistance authorized to Include consultation and assistance for retaliation</header><text>Subsection (b) of such section is amended furtherâ€"</text>

<paragraph id="H99B391ED50F941A9A3EC7FCA72D30145"><enum>(1)</enum><text>by redesignating paragraph (10) as paragraph (11); and</text></paragraph>

<paragraph id="HD849BF9D5BB143B48C7FE42AD6C48EDE"><enum>(2)</enum><text>by inserting after paragraph (9) the following new paragraph (10):</text>

<quoted-block display-inline="no-display-inline" id="H45D4A7FA9F47465D864F094508F4B24B" style="OLC">

<paragraph id="HB4B8CC088E9F43AB8545B81BB2ADB11D"><enum>(10)</enum><text>Legal consultation and assistance in connection with an incident of retaliation, whether such incident occurs before, during, or after the conclusion of any criminal proceedings, includingâ€"</text>

<subparagraph id="H8B8B33205A1343F39729CC83AE10B43E"><enum>(A)</enum><text>in understanding the rights and protections afforded to victims of retaliation;</text></subparagraph>

<subparagraph id="HAF848B7E6EAE4F1EB81E1DE48E380E38"><enum>(B)</enum><text>in the filing of complaints; and</text></subparagraph>

<subparagraph id="H949E7F7F412540A69EBA33D012B9F5D6"><enum>(C)</enum><text>in any resulting military justice proceedings.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HD58AF002C4AB4E37BF72810A39E4C29D"><enum>(c)</enum><header>Staffing caseload levels</header><text>Such section is further amendedâ€"</text>

<paragraph id="H82D8E5F234F54C9792B6E57669D4F517"><enum>(1)</enum><text>by redesignating subsections (g) and (h) as subsections (h) and (i), respectively; and</text></paragraph>

<paragraph id="H2566211BDAB54373923E7BAA75203B70"><enum>(2)</enum><text>by inserting after subsection (f) the following new subsection (g):</text>

<quoted-block display-inline="no-display-inline" id="H19A1FBFF03D149CBAA4ACF0FB65E0A69" style="OLC">

<subsection id="H333A1B7211C1482AB85F6BE6ADD0A420"><enum>(g)</enum><header>Staffing caseload levels</header><text>Commencing not later than four years after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary concerned shall ensure that the number of Special Victimsâ€™ Counsel serving in each military department (and with respect to the Coast Guard) is sufficient to ensure that the average caseload of a Special Victimsâ€™ Counsel does not exceed, to the extent practicable, 25 cases any given time.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H11AE2F43E08A4AA0A16DDF123C100071"><enum>542.</enum><header>Availability of Special Victims' Counsel at military installations</header>

<subsection id="H83DEDCD246E842C9B2F98F65B3CBE187"><enum>(a)</enum><header>Deadline for availability</header><text>Section 1044e(f) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H4BB3DB45A5EB4ADA8480F63FA1D18BEB" style="OLC">

<paragraph id="H596D813D1D684A7988EF8DB397F2B5CC" indent="up1"><enum>(4)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H08327F49A363443B9E7744EDF5892039"><enum>(A)</enum><text>Subject to subparagraph (B), if a Special Victims' Counsel is not available at a military installation for access by a member of the armed forces who requests access to a Special Victims' Counsel, a Special Victims' Counsel shall be made available at such installation for access by such member by not later than 72 hours after such request.</text></subparagraph>

<subparagraph id="HE5B0191F94BF4A5594221A87656A130F" indent="up1"><enum>(B)</enum><text>If the Secretary concerned determines that, due to exigent circumstances related to military activities, a Special Victimsâ€™ Counsel cannot be made available to a member of the armed forces within the time period required by subparagraph (A), the Secretary concerned shall ensure that a Special Victims' Counsel is made available to such member as soon as is practical under such circumstances.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H056704893BB44CD3BD584BD681E4775F"><enum>(b)</enum><header>Report on civilian support of SVCs</header><text>Not later than 180 days after the date of the enactment of this Act, each Secretary of a military department shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth the assessment of such Secretary of the feasibility and advisability of establishing and maintaining for each Special Victims' Counsel under the jurisdiction of such Secretary one or more civilian positions for the purpose ofâ€"</text>

<paragraph id="H06620AF333814B4E9E38CE1EF416D1DC"><enum>(1)</enum><text>providing support to such Special Victims' Counsel; and</text></paragraph>

<paragraph id="H766A3BCB02014D89B1982BF2B50A6055"><enum>(2)</enum><text>ensuring continuity and the preservation of institutional knowledge in transitions between the service of individuals as such Special Victims' Counsel.</text></paragraph></subsection></section>

<section id="HCDBB5730D64743BFA930C99EDB9A55C0" section-type="subsequent-section"><enum>543.</enum><header>Notification of issuance of military protective order to civilian law enforcement</header>

<subsection id="HFC98950A707441BF94CF54D0B057B3C4"><enum>(a)</enum><header>Notification of issuance</header><text display-inline="yes-display-inline">Section 1567a of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HCF299B4EFF8C44459EE0F93DA0BB78EC"><enum>(1)</enum><text>in subsection (a), by striking <quote>and any individual involved in the order does not reside on a military installation at any time during the duration of the military protective order, the commander of the military installation shall notify</quote> and inserting <quote>, the commander of the unit to which the member is assigned shall, not later than seven days after the date of the issuance of the order, notify</quote>;</text></paragraph>

<paragraph id="HDB9E4F9BEF804E8487FE5BB63A1598C0"><enum>(2)</enum><text>by redesignating subsection (b) as subsection (c);</text></paragraph>

<paragraph id="HC2FC2D047898425B933975D56391826B"><enum>(3)</enum><text>by inserting after subsection (a) the following new subsection (b);</text>

<quoted-block style="USC" id="HB87C0013D1D245EFB0D6FFF36BC5AAFC" display-inline="no-display-inline">

<subsection id="HE103503C90344BE48B4B41D6501E192C"><enum>(b)</enum><header>Notification in event of transfer</header><text display-inline="yes-display-inline">In the event that a member of the armed forces against whom a military protective order is issued is transferred to another unitâ€"</text>

<paragraph id="HECBF1EFE958548C68B1D6E5D112669BB"><enum>(1)</enum><text display-inline="yes-display-inline">not later than the date of the transfer, the commander of the unit from which the member is transferred shall notify the commander of the unit to which the member is transferred ofâ€"</text>

<subparagraph id="H32F7BDC9B8BF4F24BA3446C600151620"><enum>(A)</enum><text>the issuance of the protective order; and</text></subparagraph>

<subparagraph id="H30D81C2D7208496992109EC91240C476"><enum>(B)</enum><text>the individuals involved in the order; and</text></subparagraph></paragraph>

<paragraph id="HF42B7A33EE5C44E494A9447BFBA0CBE7"><enum>(2)</enum><text display-inline="yes-display-inline">not later than seven days after receiving the notice under paragraph (1), the commander of the unit to which the member is transferred shall provide notice of the order to the appropriate civilian authorities in accordance with subsection (a).</text></paragraph></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H64D5972A93544DDBB5C6A58876D694E3"><enum>(4)</enum><text>in subsection (c), as so redesignated, by striking <quote>commander of the military installation</quote> and inserting <quote>commander of the unit to which the member is assigned</quote>.</text></paragraph></subsection>

<subsection id="H77E888B4D57D41D19EDF821CCF611CE2"><enum>(b)</enum><header>Annual report required</header><text display-inline="yes-display-inline">Not later than March 1, 2021, and each year thereafter through 2025, the Secretary of Defense shall submit to the congressional defense committees a report that identifiesâ€"</text>

<paragraph id="H684036C071DC4928B6F2EBF8095E7025"><enum>(1)</enum><text display-inline="yes-display-inline">the number of military protective orders issued in the calendar year preceding the year in which the report is submitted; and</text></paragraph>

<paragraph id="HB2F5813AB20B47E58E6D2D7D8D70A396"><enum>(2)</enum><text display-inline="yes-display-inline">the number of such orders that were reported to appropriate civilian authorities in accordance with section 1567a(a) of title 10, United States Code, in such preceding year.</text></paragraph></subsection></section>

<section id="H37AFA273A8B84BF2960010E06AFC48C8" section-type="subsequent-section"><enum>544.</enum><header>Copyright protection for civilian faculty of certain accredited institutions</header><text display-inline="no-display-inline">Section 105 of title 17, United States Code, is amendedâ€"</text>

<paragraph id="H50CA56D9F6E549598060638A1D695696"><enum>(1)</enum><text>by inserting <quote><header-in-text level="subsection" style="USC"><enum-in-header>(a) In general.â€"</enum-in-header></header-in-text></quote> before <quote>Copyright</quote>; and</text></paragraph>

<paragraph id="HAAD92F3E54D94C10A8B2B0F56876A711"><enum>(2)</enum><text>by adding at the end the following:</text>

<quoted-block id="HD9AE60837A7B4455AD884061920F366E" style="USC">

<subsection id="HF8982D487E434DF585793B05D4AF09A9"><enum>(b)</enum><header>Copyright protection of certain of works</header><text display-inline="yes-display-inline">Subject to subsection (c), the covered author of a covered work owns the copyright to that covered work.</text></subsection>

<subsection id="H2F4DFD7DFDFC4AF094EA7EA95B8B520F"><enum>(c)</enum><header>Use by Federal Government</header><text>The Secretary of Defense may direct the covered author of a covered work to provide the Federal Government with an irrevocable, royalty-free, world-wide, nonexclusive license to reproduce, distribute, perform, or display such covered work for purposes of the United States Government.</text></subsection>

<subsection id="HA68414D5931F43769B7AC233974576FA"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H9A5ADA596EDB4EE38AB4096326B9B485"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>covered author</quote> means a civilian member of the faculty of a covered institution.</text></paragraph>

<paragraph id="H83DB49E8AB0B45DC8FBA936AC16A2281"><enum>(2)</enum><text>The term <quote>covered institution</quote> means the following:</text>

<subparagraph id="H2F70006817F741F8A670B13F178E1E17"><enum>(A)</enum><text>National Defense University.</text></subparagraph>

<subparagraph id="H02F8E2961B7B47A3B443A61D4D966390"><enum>(B)</enum><text>United States Military Academy.</text></subparagraph>

<subparagraph id="H152D7D62C0BB41419A34B7AE2FE74CEA"><enum>(C)</enum><text>Army War College.</text></subparagraph>

<subparagraph id="HCDB413503B084120856AF39518EA7DFA"><enum>(D)</enum><text>United States Army Command and General Staff College.</text></subparagraph>

<subparagraph id="HE5BD42C96DAB4C479F8021ED4F955CC2"><enum>(E)</enum><text>United States Naval Academy.</text></subparagraph>

<subparagraph id="H56CB523AF59843EF9CE8660B2224155C"><enum>(F)</enum><text>Naval War College.</text></subparagraph>

<subparagraph id="HB98F1A5F712E4A77B4359CBCC0D930F8"><enum>(G)</enum><text display-inline="yes-display-inline">Naval Post Graduate School.</text></subparagraph>

<subparagraph id="H53312BBDC442456C8A42592920E557D2"><enum>(H)</enum><text>Marine Corps University.</text></subparagraph>

<subparagraph id="H2CBBA7F02F8147A5B725343A3648D2E0"><enum>(I)</enum><text>United States Air Force Academy.</text></subparagraph>

<subparagraph id="H459622284F9A45588FB5D5E0AAEC03AC"><enum>(J)</enum><text>Air University.</text></subparagraph>

<subparagraph id="HF80EA950B43B4CEC8D3A3BEE7A3742AB"><enum>(K)</enum><text display-inline="yes-display-inline">Defense Language Institute.</text></subparagraph>

<subparagraph id="H2026E0717201446AA55E13C9AEA06BBD"><enum>(L)</enum><text>United States Coast Guard Academy.</text></subparagraph></paragraph>

<paragraph id="HB356B3129E3D460DAE33C207C4126A12"><enum>(3)</enum><text display-inline="yes-display-inline">The term <quote>covered work</quote> means a literary work produced by a covered author in the course of employment at a covered institution for publication by a scholarly press or journal.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HF31A61657FF749F18D28B89AA6E0DAD1" section-type="subsequent-section"><enum>545.</enum><header>Termination of leases of premises and motor vehicles of servicemembers who incur catastrophic injury or illness or die while in military service</header>

<subsection id="H394EF98FE94249528B7417F5A1A7FA05"><enum>(a)</enum><header>Catastrophic injuries and illnesses</header><text display-inline="yes-display-inline">Subsection (a) of section 305 of the Servicemembers Civil Relief Act (50 U.S.C. 3955), as amended by section 301 of the Veterans Benefits and Transition Act of 2018 (Public Law 115â€"407), is further amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HA1CB3A7A541C4EE38BA7323547EE871F" style="OLC">

<paragraph id="H3957DAFDDECD407C8B18FDBDEA584FA8"><enum>(4)</enum><header>Catastrophic injury or illness of lessee</header><text>The spouse of the lessee on a lease described in subsection (b) may terminate the lease during the one-year period beginning on the date on which the lessee incurs a catastrophic injury or illness (as that term is defined in section 439(g) of title 37, United States Code), if the lessee incurs the catastrophic injury or illness during a period of military service or while performing full-time National Guard duty, active Guard and Reserve duty, or inactive-duty training (as such terms are defined in section 101(d) of title 10, United States Code).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE049C496C89B42F09919027FB2672398"><enum>(b)</enum><header>Deaths</header><text>Paragraph (3) of such subsection is amended by striking <quote>in subsection (b)(1)</quote> and inserting <quote>in subsection (b)</quote>.</text></subsection></section>

<section id="HDA25310038BF42C180BBABA29768E9EE" section-type="subsequent-section"><enum>546.</enum><header>Military orders required for termination of leases pursuant to the Servicemembers Civil Relief Act</header><text display-inline="no-display-inline">Section 305(i) of the Servicemembers Civil Relief Act (50 U.S.C. 3955) is amendedâ€"</text>

<paragraph id="H5BF11C5B9D3B471098A90C184A4DCE3E"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by inserting <quote>(including orders for separation or retirement)</quote> after <quote>official military orders</quote>; and</text></paragraph>

<paragraph id="H6D766E3E13B84044B4873CF438A8B392"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="H24EAA763D03248D2A8282C25C3FD41C0" display-inline="no-display-inline">

<paragraph id="H8E9EA39793DB435E966C6F7DB1BC1A65"><enum>(3)</enum><header>Permanent change of station</header><text display-inline="yes-display-inline">The term <quote>permanent change of station</quote> includes separation or retirement from military service.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H0A34BE1D434A4617B2A08822C3622374"><enum>547.</enum><header>Preservation of right to bring class action under Servicemembers Civil Relief Act</header>

<subsection id="H8E26E049C79440C296F0D817BAFEC4FB"><enum>(a)</enum><header>In general</header><text>Section 802(a) of the Servicemembers Civil Relief Act (50 U.S.C. 4042(a)) is amendedâ€"</text>

<paragraph id="H396CBC3281094728B57769BA9B9DA3E7"><enum>(1)</enum><text>in paragraph (1), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HEEE44710F34F4A5996D9D4D2BB136824"><enum>(2)</enum><text>in paragraph (2), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="H794FA17C79BB4ECA8BB0833FD5AB7F19"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HD8FB0A682ED64485A989522E5FDDF243" style="OLC">

<paragraph id="HF59C522AE5504F5E9B0643EC4F0C63B4"><enum>(3)</enum><text>be a representative party on behalf of members of a class or be a member of a class, in accordance with the Federal Rules of Civil Procedure, notwithstanding any previous agreement to the contrary.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HD65E53FE1EAA47DB8588EABDA235EC88"><enum>(b)</enum><header>Construction</header><text>The amendments made by subsection (a) shall not be construed to imply that a person aggrieved by a violation of such Act did not have a right to bring a civil action as a representative party on behalf of members of a class or be a member of a class in a civil action before the date of the enactment of this

Act.</text></subsection></section>

<section id="H07887B97B1B54AC8B1D533176F05847C" section-type="subsequent-section"><enum>548.</enum><header>Legal counsel for victims of alleged domestic violence offenses</header>

<subsection id="HEC5AC13DB7884C92921121D31B2976D9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than December 1, 2020, the Secretary of Defense shall carry out a program to provide legal counsel (referred to in this section as <quote>Counsel</quote>) to victims of alleged domestic violence offenses who are otherwise eligible for military legal assistance under section 1044 of title 10, United States Code. </text></subsection>

<subsection id="HBD4BD322109442FF8C4CBB4545974117"><enum>(b)</enum><header>Form of implementation</header><text>The program required under subsection (a) may be carried out as part of another program of the Department of Defense or through the establishment of a separate program.</text></subsection>

<subsection id="H9EFAC7126C82468BB2C2CDB815988E2A"><enum>(c)</enum><header>Training and terms</header><text>The Secretary of Defense shall ensure that Counselâ€"</text>

<paragraph id="H24AF90A83F0D4C8DA24D71AEFE7B02F0"><enum>(1)</enum><text>receive specialized training in legal issues commonly associated with alleged domestic violence offenses; and</text></paragraph>

<paragraph id="HCB73AD332EE240F49BCCEC1B0C591406"><enum>(2)</enum><text>to the extent practicable, serve as Counsel for a period of not less than 2 years.</text></paragraph></subsection>

<subsection id="H1ED9AB5A58D644DDAAFBDA02AE85DE07"><enum>(d)</enum><header>Attorney-client relationship</header><text>The relationship between a Counsel and a victim in the provision of legal advice and assistance shall be the relationship between an attorney and client.</text></subsection>

<subsection id="H9C873735196649949F24A1DC29C553FA"><enum>(e)</enum><header>Paralegal support</header><text>The Secretary of Defense shall ensure that sufficient trained paralegal support is provided to Counsel under the program.</text></subsection>

<subsection id="H9BF1F43E5ABB4FDBB20BFD83DD442096"><enum>(f)</enum><header>Report required</header>

<paragraph id="HAA991FE51FDA4AD8B44B4970EC7193E0"><enum>(1)</enum><header>In general</header><text>Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the implementation of the program under subsection (a).</text></paragraph>

<paragraph id="HCE8F2129B1934F14B72E0BA15C03C78E"><enum>(2)</enum><header>Elements</header><text>The report required under paragraph (1) shall include the following:</text>

<subparagraph id="H16B433C69AF8406DBA3822C1B14DB16B"><enum>(A)</enum><text>A description and assessment of the manner in which the Department of Defense will implement the program required under subsection (a).</text></subparagraph>

<subparagraph id="HA19CB23689E94F5097801A61D673A76F"><enum>(B)</enum><text display-inline="yes-display-inline">An explanation of whether the program will be carried out as part of another program of the Department or through the establishment of a separate program.</text></subparagraph>

<subparagraph id="H42291F179C8E4C82A1F7619BE2441122"><enum>(C)</enum><text display-inline="yes-display-inline">A comprehensive description of the additional personnel, resources, and training that will be required to implement the program, including identification of the specific number of additional billets that will be needed to staff the program.</text></subparagraph>

<subparagraph id="HA6B5B386FFD447FC9577F3DF9D68D789"><enum>(D)</enum><text>Recommendations for any modifications to law that may be necessary to effectively and efficiently implement the program.</text></subparagraph></paragraph></subsection>

<subsection id="H72C81A4B9D704983BF3E202C7F8E8708"><enum>(g)</enum><header>Alleged

domestic violence offense defined</header><text>In this section, the term <quote>alleged domestic violence offense</quote> means any allegation ofâ€"</text>

<paragraph id="H1231DC3079BC4D7092823DF73CA41C8E"><enum>(1)</enum><text>a violation of section 928(b), 928b(1), 928b(5), or 930 of title 10, United States Code (article 128(b), 128b(1), 128b(5), or 130 of the Uniform Code of Military Justice), when committed against a spouse, intimate partner, or immediate family member;</text></paragraph>

<paragraph id="HCACEFFD23BE94DBF89553881A6DC35EB"><enum>(2)</enum><text>a violation of any other provision of subchapter X of chapter 47 of such title (the Uniform Code of Military Justice), when committed against a spouse, intimate partner, or immediate family member; or</text></paragraph>

<paragraph id="HE569DE3014D840DB9780903411DDFA5C"><enum>(3)</enum><text>an attempt to commit an offense specified in paragraph (1) or (2) as punishable under section 880 of such title (article 80 of the Uniform Code of Military Justice).</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD95609246F474DDF98C66243A075D4CB" section-type="subsequent-section"><enum>549.</enum><header display-inline="yes-display-inline">Notice to victims of alleged sexual assault of pendency of further administrative action following a determination not to refer to trial by court-martial</header><text display-inline="no-display-inline">Under regulations prescribed by the Secretary of Defense, upon a determination not to refer a case of alleged sexual assault for trial by court-martial under chapter 47 of title 10, United States Code (the Uniform Code of Military Justice), the commander making such determination shall periodically notify the victim of the status of a final determination on further action on such case, whether non-judicial punishment under section 815 of such title (article 15 of the Uniform Code of Military Justice), other administrative action, or no further action. Such notifications shall continue not less frequently than monthly until such final determination.</text></section>

<section id="H1893530D94DA41C2AE512462D0E85432"><enum>550.</enum><header>Treatment of information in Catch a Serial Offender Program for certain purposes</header>

<subsection id="H6D88C1803CAB43EEB1E36EA0F0F81E4D"><enum>(a)</enum><header>Treatment under FOIA</header><text>Victim disclosures under the Catch a Serial Offender Program shall be withheld from public disclosure under paragraph (b)(3) of section 552 of title 5, United States Code (commonly referred to as the <quote>Freedom of Information Act</quote>).</text></subsection>

<subsection id="HEBD697C092A5417F81385047251C2985"><enum>(b)</enum><header>Preservation of Restricted Report</header><text>The transmittal or receipt in connection with the Catch a Serial Offender Program of a report on a sexual assault that is treated as a restricted report shall not operate to terminate its treatment or status as a restricted report.</text></subsection></section>

<section id="HB068F6953FEB4B9D84361AD701FC9AB4"><enum>550A.</enum><header>Policies and procedures on registration at military installations of civilian protective orders applicable to members of the Armed Forces assigned to such installations and certain other individuals</header>

<subsection id="H9B3CE4370D2B480AB50C2EE38F881491"><enum>(a)</enum><header>Policies and procedures required</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, establish policies and procedures for the registration at military installations of any civilian protective orders described in subsection (b), including the duties and responsibilities of commanders of installations in the registration process.</text></subsection>

<subsection id="HE48213AE2EC04B3A81CBE89C661A4C9C"><enum>(b)</enum><header>Civilian protective orders</header><text>A civilian protective order described in this subsection is any civilian protective order as follows:</text>

<paragraph id="H0DC29731139E47CE96BC1D3FB97743B7"><enum>(1)</enum><text>A civilian protective order against a member of the Armed Forces assigned to the installation concerned.</text></paragraph>

<paragraph id="H73F84E43F8CA405CA6A07D1334804F4C"><enum>(2)</enum><text>A civilian protective order against a civilian employee employed at the installation concerned.</text></paragraph>

<paragraph id="H587C980A82704D628A752A0A28A9B2CC"><enum>(3)</enum><text>A civilian protective order against the civilian spouse or intimate partner of a member of the Armed Forces on active duty and assigned to the installation concerned, or of a civilian employee described in paragraph (2), which order provides for the protection of such member or employee.</text></paragraph></subsection>

<subsection id="HF6173F344CB147DCBDBB72488BF83169"><enum>(c)</enum><header>Particular elements</header><text>The policies and procedures required by subsection (a) shall include the following:</text>

<paragraph id="H2ED6AA51F1984BFEB3694F2C9A2B64DC"><enum>(1)</enum><text>A requirement for notice between and among the commander, military law enforcement elements, and military criminal investigative elements of an installation when a member of the Armed Forces assigned to such installation, a civilian employee employed at such installation, a civilian spouse or intimate partner of a member assigned to such installation, or a civilian spouse or intimate partner of a civilian employee employed at such installation becomes subject to a civilian protective order.</text></paragraph>

<paragraph id="H118C3E86A2584322A2C407AC126E18A1"><enum>(2)</enum><text>A statement of policy that failure to register a civilian protective order may not be a justification for the lack of enforcement of such order by military law enforcement and other applicable personnel who have knowledge of such order.</text></paragraph></subsection>

<subsection id="H0A83A859CEBF4E7ABD0D68898ADEAF63"><enum>(d)</enum><header>Letter</header><text>As soon as practicable after establishing the policies and procedures required by subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a letter that includes the following:</text>

<paragraph id="H3A6C0A1B5257459C8E19036EB82B919E"><enum>(1)</enum><text>A detailed description of the policies and procedures.</text></paragraph>

<paragraph id="H419EB005E56C45619AD328E038D4E76F"><enum>(2)</enum><text>A certification by the Secretary that the policies and procedures have been implemented on each military installation.</text></paragraph></subsection></section>

<section id="H31B6F03E8D974935A44DA96827D8E0BF" display-inline="no-display-inline" section-type="subsequent-section"><enum>550B.</enum><header>Defense Advisory Committee for the Prevention of Sexual Misconduct</header>

<subsection id="HC118EB71C35A41229E4E120BEC5C72E7"><enum>(a)</enum><header>Establishment required</header>

<paragraph id="H0414273868E7430C914F327DD31B4F38"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish and maintain within the Department of Defense an advisory committee to be known as the <quote>Defense Advisory Committee for the Prevention of Sexual Misconduct</quote> (in this section referred to as the <quote>Advisory Committee</quote>).</text></paragraph>

<paragraph id="H2654B62C76A3403EB41F6BD11223B499"><enum>(2)</enum><header>Deadline for establishment</header><text>The Secretary shall establish the Advisory Committee not later than one year after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection id="H0C585861DE05473B9BB8E44715531FE6"><enum>(b)</enum><header>Membership</header>

<paragraph id="H6AE9AD68B1FF4E0EA6F07B51841C546D"><enum>(1)</enum><header>In general</header><text>The Advisory Committee shall consist of not more than 20 members, appointed by the Secretary from among individuals who have an expertise appropriate for the work of the Advisory Committee, including at least one individual with each expertise as follows:</text>

<subparagraph id="H3CF34A584AA74D6C82EBA76D4D172A4B"><enum>(A)</enum><text>Expertise in the prevention of sexual assault and behaviors on the sexual assault continuum of harm.</text></subparagraph>

<subparagraph id="H461C294F79A044E9B05330C830AB163A"><enum>(B)</enum><text display-inline="yes-display-inline">Expertise in adverse behaviors, including the prevention of suicide and the prevention of substance abuse.</text></subparagraph>

<subparagraph id="H6236D52733D4478A9FC297F33A4D1E6E"><enum>(C)</enum><text>Expertise in the change of culture of large organizations.</text></subparagraph>

<subparagraph id="H8E99928A21DC4D0CB48C712F9BBD8621"><enum>(D)</enum><text>Expertise in implementation science.</text></subparagraph></paragraph>

<paragraph id="H7D130CC3453E409286CCE16C8F5D381E"><enum>(2)</enum><header>Background of individuals</header><text>Individuals appointed to the Advisory Committee may include individuals with expertise in sexual assault prevention efforts of institutions of higher education, public health officials, and such other individuals as the Secretary considers appropriate.</text></paragraph>

<paragraph id="H3987225C145C4396A90499907D977828"><enum>(3)</enum><header>Prohibition on membership of members of Armed Forces on active duty</header><text>A member of the Armed Forces serving on active duty may not serve as a member of the Advisory Committee.</text></paragraph></subsection>

<subsection id="H214913FD137D4EA8B6B7E552808CF07D"><enum>(c)</enum><header>Duties</header>

<paragraph id="HE9F2E7FC6AD2492381BF30EF3743FA63"><enum>(1)</enum><header>In general</header><text>The Advisory Committee shall advise the Secretary on the following:</text>

<subparagraph id="H07A6B7690C174A0C9EFB17BFA74C6384"><enum>(A)</enum><text>The prevention of sexual assault (including rape, forcible sodomy, other sexual assault, and other sexual misconduct (including behaviors on the sexual assault continuum of harm)) involving members of the Armed Forces.</text></subparagraph>

<subparagraph id="HEA6A126BA8484AAD946DC5C288FE8F1E"><enum>(B)</enum><text>The policies, programs, and practices of each military department, each Armed Force, and each military service academy for the prevention of sexual assault as described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H29547376521F4C2AB7172B14A5F0CAA6"><enum>(2)</enum><header>Basis for provision of advice</header><text>For purposes of providing advice to the Secretary pursuant to this subsection, the Advisory Committee shall review, on an ongoing basis, the following:</text>

<subparagraph id="HFDBBD75C64F34AEFAE3F00B71184E661"><enum>(A)</enum><text>Closed cases involving allegations of sexual assault described in paragraph (1).</text></subparagraph>

<subparagraph id="H470AF3DC3CE8406684D087EF5A4CAD64"><enum>(B)</enum><text>Efforts of institutions of higher education to prevent sexual assault among students.</text></subparagraph>

<subparagraph id="HEA5F87FFCAB64E62ADB006F4CCD01E10"><enum>(C)</enum><text>Any other information or matters that the Advisory Committee or the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph id="H85025E4EEE5347498EAA10352B99BF75"><enum>(3)</enum><header>Coordination of efforts</header><text>In addition to the reviews required by paragraph (2), for purposes of providing advice to the Secretary the Advisory Committee shall also consult and coordinate with the Defense Advisory Committee on Investigation, Prosecution, and Defense of Sexual Assault in the Armed Forces (DAC-IPAD) on matters of joint interest to the two Advisory Committees.</text></paragraph></subsection>

<subsection id="H8721D72FB0F6426C989C6964BD8F275A"><enum>(d)</enum><header>Annual report</header><text>Not later than March 30 each year, the Advisory Committee shall submit to the Secretary and the Committees on Armed Services of the Senate and the House of Representatives a report on the activities of the Advisory Committee pursuant to this section during the preceding year.</text></subsection>

<subsection id="H3E52E07E2B23493AA0CBC60E4C107D5E"><enum>(e)</enum><header>Sexual assault continuum of harm</header><text>In this section, the term <term>sexual assault continuum of harm</term> includesâ€"</text>

<paragraph id="H62263C000E784230B2E8269290AE6EE4"><enum>(1)</enum><text>inappropriate actions (such as sexist jokes), sexual harassment, gender discrimination, hazing, cyber bullying, or other behavior that contributes to a culture that is tolerant of, or increases risk for, sexual assault; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6EB054A480ED4B2885FA3D66AF929DCD"><enum>(2)</enum><text>maltreatment or ostracism of a victim for a report of sexual misconduct.</text></paragraph></subsection>

<subsection id="H355DE91FDF1B4460927CA06A7F689DD6"><enum>(f)</enum><header>Termination</header>

<paragraph id="H69EB860D51E84029B45F9133414DD125"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (2), the Advisory Committee shall terminate on the date that is five years after the date of the establishment of the Advisory Committee pursuant to subsection (a).</text></paragraph>

<paragraph id="H3D4045E565374397B9DB4FC61F11F6C0"><enum>(2)</enum><header>Continuation</header><text display-inline="yes-display-inline">The Secretary of Defense may continue the Advisory Committee after the termination date applicable under paragraph (1) if the Secretary determines that continuation of the Advisory Committee after that date is advisable and appropriate. If the Secretary determines to continue the Advisory Committee after that date, the Secretary shall notify the Committees on the Armed Services of the Senate and House of Representatives.</text></paragraph></subsection></section>

<section id="H1E288A418F104DC19FBCAEF0964A8E1A"><enum>550C.</enum><header>Training for Special Victims' Counsel on civilian criminal justice matters in the States of the military installations to which assigned</header>

<subsection id="H8A3884FC0DDD41328F5EF9AE3AA8A90E"><enum>(a)</enum><header>Training</header>

<paragraph id="HEF9531D311FA4440978ED0A9A93E52CD"><enum>(1)</enum><header>In general</header><text>Except as provided in subsection (c), upon the assignment of a Special Victims' Counsel (including a Victim Legal Counsel of the Navy) to a military installation in the United States, such Counsel shall be provided appropriate training on the law and policies of the State or States in which such military installation is located with respect to the criminal justice matters specified in paragraph (2). The purpose of the training is to assist such Counsel in providing victims of alleged sex-related offenses with information necessary to make an informed decision regarding preference as to the jurisdiction (whether court-martial or State court) in which such offenses will be prosecuted.</text></paragraph>

<paragraph id="H56C433E38FDB425EBD35B2ADA4B04307"><enum>(2)</enum><header>Criminal justice matters</header><text>The criminal justice matters specified in this paragraph, with respect to a State, are the following:</text>

<subparagraph id="H3DD2B9D247F649EC8C4469D4F213AD41"><enum>(A)</enum><text>Victim rights.</text></subparagraph>

<subparagraph id="HD3682DEF04194769BDE2123987B151D6"><enum>(B)</enum><text>Prosecution of criminal offenses.</text></subparagraph>

<subparagraph id="H99ED2F04916B4497A7D11782B6574320"><enum>(C)</enum><text>Sentencing for conviction of criminal offenses.</text></subparagraph>

<subparagraph id="HA89E8B4613024B60A98CF53A60AA1E37"><enum>(D)</enum><text>Protective orders.</text></subparagraph></paragraph></subsection>

<subsection id="H4DC4687B705840C0B5A693ED7C70E0F9"><enum>(b)</enum><header>Alleged sex-related offense defined</header><text>In this section, the term <term>alleged sex-related offense</term> means any allegation ofâ€"</text>

<paragraph id="HF3DA4B6604454014B000E1256212EB19"><enum>(1)</enum><text>a violation of section 920, 920b, 920c, or 930 of title 10, United States Code (article 120, 120b, 120c, or 130 of the Uniform Code of Military Justice); or</text></paragraph>

<paragraph id="HA5B466628A0444A1BC07F2D5F824C07C"><enum>(2)</enum><text>an attempt to commit an offense specified in a paragraph (1) as punishable under section 880 of title

10, United States Code (article 80 of the Uniform Code of Military Justice).</text></paragraph></subsection>

<subsection id="H4F3745698DD54A979415BCFDBC41369E"><enum>(c)</enum><header>Exception</header><text> The requirements of this section do not apply to a Special Victimsâ€™ Counsel of the Coast Guard.</text></subsection></section>

<section id="HDD32161FF18C49AABC18319B5725C91B"><enum>550D.</enum><header>Enhancing the capability of military criminal investigative organizations to prevent and combat child sexual exploitation</header>

<subsection id="H3D431E0A588E4BCAB54C8031CB3CB92E"><enum>(a)</enum><header>In general</header><text>Beginning not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish and carry out an initiative to enhance the capability of military criminal investigative organizations to prevent and combat child sexual exploitation.</text></subsection>

<subsection id="HDA15BC17BE3F42209E0756B334D436B0"><enum>(b)</enum><header>Activities</header><text >In establishing and carrying out the initiative under subsection (a), the Secretary of Defense mayâ€"</text>

<paragraph id="HBB5964A885624E89ADFE9515E67E1EEE"><enum>(1)</enum><text>work with internal and external functional experts to train the personnel of military criminal investigative organizations across the Department regardingâ€"</text>

<subparagraph id="H92D7FFC017074D0C9F08302A0F2EF99B"><enum>(A)</enum><text>technologies, tools, and techniques, including digital forensics, to enhance the investigation of child sexual exploitation; and</text></subparagraph>

<subparagraph id="H01AA7BDC0A3440A59DF99C33EC4F4C41"><enum>(B)</enum><text>evidence-based forensic interviewing of child victims, and the referral of child victims for trauma-informed mental and medical health care, and other treatment and support services;</text></subparagraph></paragraph>

<paragraph id="HEC3FF218E87546C88AD360FA32300627"><enum>(2)</enum><text>to the extent authorized by law, collaborate with Federal, State, local, and other civilian law enforcement agencies on issues relating to child sexual exploitation, including byâ€"</text>

<subparagraph id="HCB52546AA7AE4DAC897F8125C50C1A55"><enum>(A)</enum><text>participating in task forces established by such agencies for the purpose of preventing and combating child sexual exploitation; </text></subparagraph>

<subparagraph id="H16FB42CC0BDD44429AA3E3A94B32626F"><enum>(B)</enum><text>establishing cooperative agreements to facilitate co-training and collaboration with such agencies; and</text></subparagraph>

<subparagraph id="HF2E4C3B8E236451294C3C95D7A961987"><enum>(C)</enum><text>ensuring that streamlined processes for the referral of child sexual exploitation cases to other agencies and jurisdictions, as appropriate, are fully operational;</text></subparagraph></paragraph>

<paragraph id="H4AB17C02C64145C0A6648208FCD38709"><enum>(3)</enum><text>as appropriate, assist in educating the military community on the prevention and response to child sexual exploitation; and</text></paragraph>

<paragraph id="H59C81E7148F4433195E5F61EE0375308"><enum>(4)</enum><text display-inline="yes-display-inline">carry out such other activities as the Secretary determines to be relevant.</text></paragraph></subsection></section>

<section id="H54A48E21EB214F32AB5879BBB8C08FCF"><enum>550E.</enum><header>Feasibility study on establishment of database of military protective orders</header>

<subsection id="HD10B5AB2386348838A43417139A02516"><enum>(a)</enum><header>Study</header><text>The Secretary of Defense shall conduct a study on the feasibility of establishing a database of military protective orders issued by military commanders against

individuals suspected of having committed an offense of domestic violence under section 928b of title 10, United States Code (article 128b of the Uniform Code of Military Justice). The study shall include an examination of each of the following:</text>

<paragraph id="H0360ECC7017E44CF8B5AE58B0A1831FE"><enum>(1)</enum><text display-inline="yes-display-inline">The feasibility of creating a database to record, track, and report such military protective orders to the National Instant Criminal Background Check System.</text></paragraph>

<paragraph id="HE5A445D4EAE24687B5BF691477DE9133"><enum>(2)</enum><text display-inline="yes-display-inline">The feasibility of establishing a process by which a military judge or magistrate may issue a protective order against an individual suspected of having committed such an offense.</text></paragraph>

<paragraph id="H6E173B323D6F48CBB058DD8A66BC81B6" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">How the database and process described in paragraphs (1) and (2), respectively, may differ from analogous civilian databases and processes, including with regard to due process and other procedural protections.</text></paragraph></subsection>

<subsection id="H9730FBE5427043D68F28FC1F2DA3AD52"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the results of the study conducted under subsection (a).</text></subsection></section>

<section id="HECB1960172D84E13A770A72A2E5F6965" section-type="subsequent-section"><enum>550F.</enum><header>GAO review of USERRA and SCRA</header>

<subsection id="H963D59A6144D4D6795581CFEA039A5D0"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than January 31, 2021, the Comptroller General of the United States shall conduct a review and submit a report to the Committees on Armed Services of the Senate and House of Representatives regarding what the Comptroller General determines are the effects of the common commercial and governmental practices of including a mandatory arbitration clause in employment and consumer agreements, on the ability of servicemembers to assert claims under and secure redress for violations ofâ€"</text>

<paragraph id="H5BEAD6D5E5FE4D4594C7AE4F1AD3E8D4"><enum>(1)</enum><text>chapter 43 of title 38, United States Code (commonly referred to as the <quote>Uniformed Services Employment and Reemployments Rights Act of 1994</quote> and referred to in this section as <quote>USERRA</quote>); and</text></paragraph>

<paragraph id="H009F47E19E534800991C87B6F8258926"><enum>(2)</enum><text>the Servicemembers Civil Relief Act (50 U.S.C. 3901 et seq. (referred to in this section as <quote>SCRA</quote>)).</text></paragraph></subsection>

<subsection id="H047AFEAE1ADB4AC7A3C022C5F9F88E44"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The report under this section shall include the following:</text>

<paragraph id="HDC7B127D8C0F43FDBC8FC80804FBD8B0"><enum>(1)</enum><text>Each process by which a servicemember may assert a claim under USERRA or SCRA, includingâ€"</text>

<subparagraph id="H3CDC0DA743444C7FA3AFA345B53F7283"><enum>(A)</enum><text>administrative assistance;</text></subparagraph>

<subparagraph id="H9E967B057A054E76B74FEC6D066D305D"><enum>(B)</enum><text>support, and dispute resolution processes provided by Federal and State agencies;</text></subparagraph>

<subparagraph id="H2B94215976CD45DE9D01F17D885A62CB"><enum>(C)</enum><text>arbitration; and</text></subparagraph>

<subparagraph id="H04EDAAF687D343908475FECE0484A583"><enum>(D)</enum><text>litigation.</text></subparagraph></paragraph>

<paragraph id="HA83591BAAA894E6F9F9B55E3CC1C98B7"><enum>(2)</enum><text display-

inline="yes-display-inline">With regards to each process identified under paragraph (1), an evaluation ofâ€"</text>

<subparagraph id="HE28BBA4EB75D4D9CA911CBB9FC9D2528"><enum>(A)</enum><text>the flexibility the process affords to the servicemember and other parties to the process;</text></subparagraph>

<subparagraph id="H4C19D1E0057648FAB018789823D6B086"><enum>(B)</enum><text>the burden on the servicemember and other parties to the process;</text></subparagraph>

<subparagraph id="HDC824EF02B5D42ABAB68A59F31043256"><enum>(C)</enum><text>the financial cost of the process to the servicemember and the other parties;</text></subparagraph>

<subparagraph id="HFB76850342FA4837A6F07D5E32A25400"><enum>(D)</enum><text>the speed of each process, including the rate at which each claim pursued under such process is resolved; </text></subparagraph>

<subparagraph id="H06DC3B61BFE7453EBA7008ED1B98D548"><enum>(E)</enum><text>the confidentiality of each process; and</text></subparagraph>

<subparagraph id="HF702FD135A314579B4BB3B0512060E83"><enum>(F)</enum><text>the effects of the process.</text></subparagraph></paragraph>

<paragraph id="HEE018DD4838C45C0B38ECE05015F674C"><enum>(3)</enum><text display-inline="yes-display-inline">Based on data regarding the results of past actions to enforce servicemember rights and benefits under USERRA and SCRA, including data of the Departments of Defense and Labor regarding dispute resolution under USERRA and data of the Department of Justice regarding litigation under SCRAâ€"</text>

<subparagraph id="HB0EBBC487FDC4782B64BD870D957A36D"><enum>(A)</enum><text>an analysis of the extent to which each of the processes identified in paragraph (1) has been employed to address claims under USERRA or SCRA and</text></subparagraph>

<subparagraph id="H47AD4CC134FC460AAE699B5FA52A3EB2"><enum>(B)</enum><text>the extent to which each such process achieved a final disposition favorable to the servicemember.</text></subparagraph></paragraph>

<paragraph id="H3C9B50F53838432BACBF290C31446109"><enum>(4)</enum><text>An assessment of general societal trends in the use of mandatory arbitration clauses in employment and consumer agreements, including any trend in a specific industry or employment sector that relies on mandatory arbitration in such contracts and agreements.</text></paragraph>

<paragraph id="H799C1B33759A49D697C3AE55AEB18479"><enum>(5)</enum><text>An assessment and explanation of any effectâ€"</text>

<subparagraph id="H50A231BBBFEA47EA953823663B02780B"><enum>(A)</enum><text>of the use of mandatory arbitration clauses in employment or consumer agreements on military readiness and deployability.</text></subparagraph>

<subparagraph id="HD16BC2AD9761488AAAE06BB2C83666EE"><enum>(B)</enum><text>of USERRA or SCRA on the willingness of employers to employ, and consumer service businesses to provide services to servicemembers and their families.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H1D3AA4E92EEC4149AEF045982D7A107A"><enum>F</enum><header>Member Education</header>

<section commented="no" display-inline="no-display-inline" id="HCE801BACFAF54D73905D6A10E3B66FEF"><enum>551.</enum><header>Authority for detail of certain enlisted members of the Armed Forces as students at law schools</header>

<subsection id="H4E9AB977CF774889AA237837E061EF0E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2004 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H04381A84958041F1A9D04548CCF9CC8B"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph id="H4200CB03B39C468DA37731262F30FCC0"><enum>(A)</enum><text display-inline="yes-display-inline">by inserting <quote>and enlisted members</quote> after

<quote>commissioned officers</quote>;</text></subparagraph>

<subparagraph id="H7BE2AA3CD85E473A9D7E8C02A87F0551"><enum>(B)</enum><text>by striking <quote>bachelor of laws or</quote>; and</text></subparagraph>

<subparagraph id="HA06061896C0944E7B664FEEDD94107C1"><enum>(C)</enum><text>by inserting <quote>and enlisted members</quote> after <quote>twenty-five officers</quote>;</text></subparagraph></paragraph>

<paragraph id="H4A7DB1EA9BD94BF4930EE24481D3413B"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HEFA2518A164C445C88AECA61A5C75D7E"><enum>(A)</enum><text>in the matter preceding paragraph (1), by inserting <quote>or enlisted member</quote> after <quote>officer</quote>;</text></subparagraph>

<subparagraph id="HF3C90FC108474BD49836154D7420DAED"><enum>(B)</enum><text>by striking paragraph (1) and inserting the following new paragraph (1):</text>

<quoted-block display-inline="no-display-inline" id="H7F491593A39D42EF9688DBA437FBD4F4" style="OLC">

<paragraph id="H58DECC7FA3DB4795ACBEF2ADCAF281F2"><enum>(1)</enum><text>eitherâ€"</text>

<subparagraph id="H4B2A9317C4234EF1A09C14AA7A17A3CF"><enum>(A)</enum><text>have served on active duty for a period of not less than two years nor more than six years and be an officer in the pay grade Oâ€"3 or below as of the time the training is to begin; or</text></subparagraph>

<subparagraph id="H157CE5FA2781494ABAA9EDEF7A21F917"><enum>(B)</enum><text>have served on active duty for a period of not less than four years nor more than eight years and be an enlisted member in the pay grade Eâ€"5, Eâ€"6, or Eâ€"7 as of the time the training is to begin;</text></subparagraph></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HCB578F1CD80146F6BCA03B0B37C07D35"><enum>(C)</enum><text>by redesignating paragraph (2) as paragraph (3);</text></subparagraph>

<subparagraph id="HB681FBD6CD0E4BD6B8B5CF4A82D1A806"><enum>(D)</enum><text>by inserting after paragraph (1), as amended by subparagraph (B), the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HDA3443B86A5C4AE682AC57E7F8B28F94" style="OLC">

<paragraph id="H8D050A802E6D41FAA2D2F3F14FAEAABC"><enum>(2)</enum><text>in the case of an enlisted member, meet all requirements for acceptance of a commission as a commissioned officer in the armed forces; and</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HB80163641164424AA4BCA22C419C364A"><enum>(E)</enum><text>in subparagraph (B) of paragraph (3), as redesignated by subparagraph (C) of this paragraph, by striking <quote>or law specialist</quote>;</text></subparagraph></paragraph>

<paragraph id="HF029964A7EB448CE8A0E285C4CBD128E"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H014B508C6E204E6594CD0698CFEBE712"><enum>(A)</enum><text>in the first sentence, by inserting <quote>and enlisted members</quote> after <quote>Officers</quote>; and</text></subparagraph>

<subparagraph id="H105EC6CFC7A04BA6943361F97F15F5F2"><enum>(B)</enum><text>in the second sentence, by inserting <quote>or enlisted member</quote> after <quote>officer</quote> each place it appears;</text></subparagraph></paragraph>

<paragraph id="HC2922E5840594E8E844DF021FD80532F"><enum>(4)</enum><text>in subsection (d), by inserting <quote>and enlistment members</quote> after <quote>officers</quote>;</text></paragraph>

<paragraph id="H51507846652E445F9C19BD63B14F5979"><enum>(5)</enum><text>in subsection

(e), by inserting <quote>or enlistment member</quote> after <quote>officer</quote>; and</text></paragraph>

<paragraph id="HD64088F8E5244602A5B7F6538677EA65"><enum>(6)</enum><text>in subsection (f), by inserting <quote>or enlisted member</quote> after <quote>officer</quote>.</text></paragraph></subsection>

<subsection id="HF2F88503F85644E89DAADEABC047180D"><enum>(b)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HDAD04E56E64A436F959A4C92F31DDB9C"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H85780C04F12844259EFABC51F7603526" style="USC">

<section id="H43F1906FE740422B9457BFF5AD728417"><enum>2004.</enum><header>Detail as students at law schools; commissioned officers; certain enlisted members</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H4D7FFB466ACD450D86108AB44952B782"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 101 of such title is amended by striking the item relating to section 2004 and inserting the following new item:</text>

<quoted-block id="H9874C9258F4E43EBA28E77C82D76B664" style="USC">

<toc>

<toc-entry idref="H43F1906FE740422B9457BFF5AD728417" level="section">2004. Detail as students at law schools; commissioned officers; certain enlisted members.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H2F9DD54534EF409AA31320D8750F0D61"><enum>552.</enum><header>Inclusion of Coast Guard in Department of Defense STARBASE Program</header><text display-inline="no-display-inline">Section 2193b of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HB15B913C771D4F0EA72623053AA3CC73"><enum>(1)</enum><text>in subsection (a), by inserting <quote>and the Secretary of the Department in which the Coast Guard is operating</quote> after <quote>military departments</quote>; and</text></paragraph>

<paragraph id="H9EC08E868E3A48E998CF6E6CD4DD4B88"><enum>(2)</enum><text>in subsection (f), by striking <quote>and the Secretaries of the military departments</quote> and inserting <quote>, the Secretaries of the military departments, and the Secretary of the Department in which the Coast Guard is operating</quote>.</text></paragraph></section>

<section id="H9171BD9E9EBD47DBAB9FFBDA53AB5C04" section-type="subsequent-section"><enum>553.</enum><header>Degree granting authority for United States Army Armament Graduate School; limitation on establishment of certain educational institutions</header>

<subsection id="HABC6AF4083F244F1BDA4CFDAF54AA96D"><enum>(a)</enum><header>Degree granting authority for United States Army Armament Graduate School</header>

<paragraph id="H7E17BF4BA77542689F46AD2BEB0054DF"><enum>(1)</enum><header>In general</header><text>Chapter 751 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H3730DEF3BE1C48BFAE8FD66791274D53" display-inline="no-display-inline">

<section id="HDCBF0FF93162448B9A0FC7E16F3A8C75"><enum>7422.</enum><header>Degree granting authority for United States Army Armament Graduate School</header>

<subsection id="HAEE5D13BBE924BDABFC18C2656F0A4F1"><enum>(a)</enum><header>Authority</header><text display-inline="yes-display-inline">Under regulations prescribed by the Secretary of the Army, the Chancellor of the United States Army Armament Graduate School may, upon

the recommendation of the faculty and provost of the school, confer appropriate degrees upon graduates who meet the degree requirements.</text></subsection>

<subsection id="HE05D02A5242A4BEDBD29044BC7CC6B2B"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">A degree may not be conferred under this section unlessâ€"</text>

<paragraph id="H3C46E32362AE4F7D8201A6890FA7C8C3"><enum>(1)</enum><text display-inline="yes-display-inline">the Secretary of Education has recommended approval of the degree in accordance with the Federal Policy Governing Granting of Academic Degrees by Federal Agencies; and</text></paragraph>

<paragraph id="H64CCA01803214EC0BEFF6508DB0A5A58"><enum>(2)</enum><text display-inline="yes-display-inline">the United States Army Armament Graduate School is accredited by the appropriate civilian academic accrediting agency or organization to award the degree, as determined by the Secretary of Education.</text></paragraph></subsection>

<subsection id="HF1C9464C76144AC2BC63BB598D8AEF07"><enum>(c)</enum><header>Congressional notification requirements</header>

<paragraph id="H0E49D148E4844D7C99C2FE7C6476F8A5" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">When seeking to establish degree granting authority under this section, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representativesâ€"</text>

<subparagraph id="H6BF5B62B7ABB46F59188EDD72870593F" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">a copy of the self-assessment questionnaire required by the Federal Policy Governing Granting of Academic Degrees by Federal Agencies, at the time the assessment is submitted to the Department of Educationâ€™s National Advisory Committee on Institutional Quality and Integrity; and</text></subparagraph>

<subparagraph id="HE91371B499D646CFAF2F34ABE63DC045" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">the subsequent recommendations and rationale of the Secretary of Education regarding the establishment of the degree granting authority.</text></subparagraph></paragraph>

<paragraph id="H8162A413DF624418BD4D7D01BC22FCF5" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Upon any modification or redesignation of existing degree granting authority, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report containing the rationale for the proposed modification or redesignation and any subsequent recommendation of the Secretary of Education on the proposed modification or redesignation.</text></paragraph>

<paragraph id="HC1CBB80A7EAF4720AF0207E8DED3D248" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report containing an explanation of any action by the appropriate academic accrediting agency or organization not to accredit the United States Army Armament Graduate School to award any new or existing degree.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HA540E7FE45254110ADF70BE8F0E47516"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H817847DA0EFF49C69E196224854EC3EB" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">7422. Degree granting authority for United States Army Armament Graduate School.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H6BC8C9AB648E4ADF908EF19F0C2DFC97"><enum>(b)</enum><header>Limitation</header>

<paragraph id="H269BCA4627554904A3EA69ECF2CB2342"><enum>(1)</enum><header>In general</header><text>Chapter 101 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H32A6D309C66A4F9784CF4B837813D183" display-inline="no-display-inline">

<section id="H433E950E74204F23AE9AE9FE91E63185"><enum>2017.</enum><header>Limitation on establishment of postsecondary educational institutions pending notice to Congress</header>

<subsection id="HAF02BC2BF13C448F8F56C74F47E80AB3"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">The Secretary of Defense may not establish a postsecondary educational institution within the Department of Defense until a period of one year has elapsed following the date on which the Secretary notifies the congressional defense committees of the intent of the Secretary to establish the institution.</text></subsection>

<subsection id="H816AD10A925D48B19E74312BAB04FD83"><enum>(b)</enum><header>Postsecondary educational institution defined</header><text>In this section, the term <quote>postsecondary educational institution</quote> means a school or other educational institution that is intended to provide students with a course of instruction that is comparable, in length and academic rigor, to a course of instruction for which an associateâ€™s, bachelorâ€™s, or graduate degree may be awarded.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6148A00395584E1F9099FAA01ADB8398" display-inline="no-display-inline"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H8C51C061829F49DF855273779B5A94D9" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2017. Limitation on establishment of postsecondary educational institutions pending notice to Congress.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H416AD742FC97450E9CF3AAFBF1CFF8ED"><enum>(3)</enum><header>Applicability</header><text display-inline="yes-display-inline">Section 2017 of title 10, United States Code, as added by paragraph (1), shall apply with respect to postsecondary educational institutions intended to be established by the Secretary of Defense on or after the date of the enactment of this Act.</text></paragraph></subsection></section>

<section id="H205501C594D145329436C5B2F6E69A0D"><enum>554.</enum><header>Prohibition on off-duty employment for cadets and midshipmen completing obligated service after graduation</header>

<subsection id="H09348C3C6426494EABE53156E1DA2E7E"><enum>(a)</enum><header>Military Academy</header><text display-inline="yes-display-inline">Section 7448(a)(5)(A) of title 10, United States Code, is amended by inserting <quote>or seek or accept approval for off-duty employment while completing the cadetâ€™s commissioned service obligation</quote> before <quote>to obtain employment</quote>.</text></subsection>

<subsection id="H7760C102D56647AAA1403F9D58741A13"><enum>(b)</enum><header>Naval Academy</header><text display-inline="yes-display-inline">Section 8459(a)(5)(A) of title 10, United States Code, is amended by inserting <quote>or seek or accept approval for off-duty employment while completing the midshipmanâ€™s commissioned service obligation</quote> before <quote>to obtain employment</quote>.</text></subsection>

<subsection id="HD09FF03D835A464A86540B8281D52FB9"><enum>(c)</enum><header>Air Force Academy</header><text display-inline="yes-display-inline">Section 9448(a)(5)(A) of

title 10, United States Code, is amended by inserting <quote>or seek or accept approval for off-duty employment while completing the cadetâ€™s commissioned service obligation</quote> before <quote>to obtain employment</quote>.</text></subsection></section>

<section id="H95110FE279B24640815F2F609495EE57"><enum>555.</enum><header>Consideration of request for transfer of a cadet or midshipman at a military service academy who is the victim of a sexual assault or related offense</header>

<subsection id="H01DDE567F23742F3B6F67947D3EA322C"><enum>(a)</enum><header>United States Military Academy</header><text>Section 7461 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block id="H2B874A40C0CA4041891CF49391E6CDB9" style="USC">

<subsection id="H0D9EBA38AA4948BDB54361EFE5961B25"><enum>(e)</enum><header>Consideration of request for transfer of a cadet who is the victim of a sexual assault or related offense</header>

<paragraph id="HF01A9D63EA60466FAD65ADA5D34BCD5A" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of the Army shall provide for timely consideration of and action on a request submitted by a cadet appointed to the United States Military Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a Senior Reserve Officersâ€™ Training Corps program affiliated with another institution of higher education.</text></paragraph>

<paragraph id="H9E969413E8F349498E174BCF04E2DEDD" indent="up1"><enum>(2)</enum><text>The Secretary of the Army shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense thatâ€"</text>

<subparagraph id="H4307B37C216C4149904D69D865148503"><enum>(A)</enum><text display-inline="yes-display-inline">provide that the Superintendent of the United States Military Academy shall ensure that any cadet who has been appointed to the United States Military Academy and who is a victim of an alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any formal request submitted by a cadet is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;</text></subparagraph>

<subparagraph id="HACC63FF97214425BA8E38413B8B6281B"><enum>(B)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Military Academy, in coordination with the Superintendent of the military service academy to which the cadet requests to transferâ€"</text>

<clause id="H72BF0F0EFD20432DBC54EF04FE7D0357"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;</text></clause>

<clause id="H1FBF0FC5835E4EDAAC23D23B10398242"><enum>(ii)</enum><text>to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and</text></clause>

<clause id="H4F09CC0636F64E6F8760D526D107057F"><enum>(iii)</enum><text>upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the cadet to the military service academy concerned as expeditiously as possible; and</text></clause></subparagraph>

<subparagraph id="H6FD5095E640D4E31A1C317F3120592C3"><enum>(C)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Military Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officersâ€™ Training Corps program at the institution of higher education to which the cadet requests to transferâ€"</text>

<clause id="HFB5DF3555B2A43E391BC1C3BA67DBA69"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;</text></clause>

<clause id="H5FD6A1BF4D1A4C0B825330FF66D78EA5"><enum>(ii)</enum><text>subject to the cadetâ€™s acceptance for admission to the institution of higher education to which the cadet wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and</text></clause>

<clause id="HEC3BF27899EF44AA8653B2266CFA9EA6" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">to take all necessary and appropriate action to effectuate the cadetâ€™s enrollment in the institution of higher education to which the cadet wishes to transfer and to process the cadet for participation in the relevant Senior Reserve Officersâ€™ Training Corps program as expeditiously as possible.</text></clause></subparagraph></paragraph>

<paragraph id="H607026E657DF46DA8BADAF480BF383CB" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">If the Superintendent of the United States Military Academy denies a request for transfer under this subsection, the cadet may request review of the denial by the Secretary of the Army, who shall take action on such request not later than 72 hours after receipt of the formal request for review.</text></paragraph>

<paragraph id="H7A6B5B78705E4FE786250AD631084E6C" indent="up1"><enum>(4)</enum><text>The Secretary concerned shall ensure that all records of any request, determination, transfer, or other action under this subsection remain confidential, consistent with applicable law and regulation.</text></paragraph>

<paragraph id="H4809D3A5CC2243CA9CE0241DD24ACC00" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">A cadet who transfers under this subsection may retain the cadetâ€™s appointment to the United States Military Academy or may be appointed to the military service academy to which the cadet transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA7D12FDEF1FE40FABFBFEE0BB1A79480"><enum>(b)</enum><header>United States Naval Academy</header><text display-inline="yes-display-inline">Section 8480 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block id="HFBB9F0DE9A614C72BCD5697ABB80508F" style="USC">

<subsection id="H628F45936B2D4BC3BE02BEA127719BF7"><enum>(e)</enum><header>Consideration of request for transfer of a midshipman who is the victim of a sexual assault or related offense</header>

<paragraph id="H870894EFEED44DDD9E0E31C7A9B8EA8C" display-inline="yes-display-inline"><enum>(1)</enum><text>The Secretary of the Navy shall provide for timely consideration of and action on a request submitted by a midshipman appointed to the United States Naval Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a Senior Reserve Officersâ€™ Training Corps program affiliated with another institution of higher education.</text></paragraph>

<paragraph id="H404167EF0E9346E3AD0AB83ED34E335F" indent="up1"><enum>(2)</enum><text>The Secretary of the Navy shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense thatâ€"</text>

<subparagraph id="H15953B8AD8294EADB41BB1EDE019F941"><enum>(A)</enum><text display-inline="yes-display-inline">provide that the Superintendent of the United States Naval Academy shall ensure that any midshipman who has been appointed to the United States Naval Academy and who is a victim of an alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any formal request submitted by a midshipman is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;</text></subparagraph>

<subparagraph id="H957821E2FE80471C9AF49393083EDD2C"><enum>(B)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Naval Academy, in coordination with the Superintendent of the military service academy to

which the midshipman requests to transferâ€"</text>

<clause id="H7D160A8472A04010B3D48058BFB26233"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the midshipman;</text></clause>

<clause id="HCF724AD43E454A4786806EA4A0AD2F36"><enum>(ii)</enum><text>to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and</text></clause>

<clause id="H644784EE863E40789D9844B9A213E150"><enum>(iii)</enum><text>upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the midshipman to the military service academy concerned as expeditiously as possible; and</text></clause></subparagraph>

<subparagraph id="HA0ECED182E77422AB6795BB45E70A54D"><enum>(C)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Naval Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officersâ€™ Training Corps program at the institution of higher education to which the midshipman requests to transferâ€"</text>

<clause id="H6B62EA5CFF5E468A93FB34E4223F0240"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the midshipman;</text></clause>

<clause id="HAD69F0D982EE4BC5A7F2B544D75301D8"><enum>(ii)</enum><text>subject to the midshipmanâ€™s acceptance for admission to the institution of higher education to which the midshipman wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and</text></clause>

<clause id="H767E5E1D86024EDBA6B407B28710CAA3" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">to take all necessary and appropriate action to effectuate the midshipmanâ€™s enrollment in the institution of higher education to which the midshipman wishes to transfer and to process the midshipman for participation in the relevant Senior Reserve Officersâ€™ Training Corps program as expeditiously as possible.</text></clause></subparagraph></paragraph>

<paragraph id="H62DA0AE9B5CF4D7CB89A6C2CEF855709" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">If the Superintendent of the United States Naval Academy denies a request for transfer under this subsection, the midshipman may request review of the denial by the Secretary of the Navy, who shall take action on such request not later than 72 hours after receipt of the formal request for review.</text></paragraph>

<paragraph id="H632F2871091B47B58FAA215B36D9B17E" indent="up1"><enum>(4)</enum><text>The Secretary concerned shall ensure that all records of any request, determination, transfer, or other action under this subsection remain confidential, consistent with applicable law and regulation.</text></paragraph>

<paragraph id="H246094013C7C4938887E3682C41B2930" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">A midshipman who transfers under this subsection may retain the midshipmanâ€™s appointment to the United States Naval Academy or may be appointed to the military service academy to which the midshipman transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HBB64A032B61A46658CDC27F4B24A7430"><enum>(c)</enum><header>United States Air Force Academy</header><text display-inline="yes-display-inline">Section 9461 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block id="H983DBEA26B0B486CAA179FB260683B94" style="USC">

<subsection id="H410393C7A45B43A9BE664BEB9401BF09"><enum>(e)</enum><header>Consideration of request for transfer of a cadet who is the victim of a sexual assault or related offense</header>

<paragraph id="HB7A3769E0CFA453B9CC987F79EE94883" display-inline="yes-display-

inline"><enum>(1)</enum><text>The Secretary of the Air Force shall provide for timely consideration of and action on a request submitted by a cadet appointed to the United States Air Force Academy who is the victim of an alleged sexual assault or other offense covered by section 920, 920c, or 930 of this title (article 120, 120c, or 130 of the Uniform Code of Military Justice) for transfer to another military service academy or to enroll in a Senior Reserve Officersâ€™ Training Corps program affiliated with another institution of higher education.</text></paragraph>

<paragraph id="HA77738FC9AF44AEB91F206D33BDD12C0" indent="up1"><enum>(2)</enum><text>The Secretary of the Air Force shall prescribe regulations to carry out this subsection, within guidelines provided by the Secretary of Defense thatâ€"</text>

<subparagraph id="HB6A13668F0F6407291E1D275F8B07DBD"><enum>(A)</enum><text display-inline="yes-display-inline">provide that the Superintendent of the United States Air Force Academy shall ensure that any cadet who has been appointed to the United States Air Force Academy and who is a victim of an alleged sexual assault or other offense referred to in paragraph (1), is informed of the right to request a transfer pursuant to this section, and that any formal request submitted by a cadet is processed as expeditiously as practicable through the chain of command for review and action by the Superintendent;</text></subparagraph>

<subparagraph id="HB646395A49B2439580A1EC807D47752C"><enum>(B)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Air Force Academy, in coordination with the Superintendent of the military service academy to which the cadet requests to transferâ€"</text>

<clause id="HBB7EA9EF008D493DAFFAE1A44695B186"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;</text></clause>

<clause id="H3973843DAD82461BBBB2B65B344C8A5E"><enum>(ii)</enum><text>to approve such request for transfer unless there are exceptional circumstances that require denial of the request; and</text></clause>

<clause id="HF39EBE0116834BD9A1C566ACFFC411C5"><enum>(iii)</enum><text>upon approval of such request, to take all necessary and appropriate action to effectuate the transfer of the cadet to the military service academy concerned as expeditiously as possible; and</text></clause></subparagraph>

<subparagraph id="HE457AE87DDBC44ABBAD2810E8EC0512C"><enum>(C)</enum><text display-inline="yes-display-inline">direct the Superintendent of the United States Air Force Academy, in coordination with the Secretary of the military department that sponsors the Senior Reserve Officersâ€™ Training Corps program at the institution of higher education to which the cadet requests to transferâ€"</text>

<clause id="H2194A909E23A4785A8492ECCB409D6E7"><enum>(i)</enum><text>to take action on a request for transfer under this subsection not later than 72 hours after receiving the formal request from the cadet;</text></clause>

<clause id="H837DC468580142A3AB0D370B9F888085"><enum>(ii)</enum><text>subject to the cadetâ€™s acceptance for admission to the institution of higher education to which the cadet wishes to transfer, to approve such request for transfer unless there are exceptional circumstances that require denial of the application; and</text></clause>

<clause id="HE1C3E3642EE34BF389EBB500D3A8A651" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">to take all necessary and appropriate action to effectuate the cadetâ€™s enrollment in the institution of higher education to which the cadet wishes to transfer and to process the cadet for participation in the relevant Senior Reserve Officersâ€™ Training Corps program as expeditiously as possible.</text></clause></subparagraph></paragraph>

<paragraph id="HD2D08886707547389246C505B76533B8" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">If the Superintendent of the United States Air Force Academy denies a request for transfer under this subsection, the cadet may request review of the denial by the Secretary of the Air Force, who shall take action on such request not later than 72 hours after receipt of the formal request for review.</text></paragraph>

<paragraph id="HC77157A3A3394713B185A69CB877F949"

indent="up1"><enum>(4)</enum><text>The Secretary concerned shall ensure that all records of any request, determination, transfer, or other action under this subsection remain confidential, consistent with applicable law and regulation.</text></paragraph>

<paragraph id="HF5FBCFC1B9C548BCB54B647B93072D26" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">A cadet who transfers under this subsection may retain the cadetâ€™s appointment to the United States Air Force Academy or may be appointed to the military service academy to which the cadet transfers without regard to the limitations and requirements set forth in sections 7442, 8454, and 9442 of this title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H1E695FF32DCA42EF8E84A8562984440B" section-type="subsequent-section"><enum>556.</enum><header>Redesignation of the Commandant of the United States Air Force Institute of Technology as the Director and Chancellor of such Institute</header>

<subsection id="HDF4250B6E3844569BA3764F43709D885"><enum>(a)</enum><header>Redesignation</header><text display-inline="yes-display-inline">Section 9414b(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H06E852C13ECB4F80B51F5B5B9002094C"><enum>(1)</enum><text>in the subsection heading, by striking <quote><header-in-text level="subsection" style="USC">Commandant</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">Director and Chancellor</header-in-text></quote>;</text></paragraph>

<paragraph id="H750A63CC5E2B4F678F5CA87FFDCBE144"><enum>(2)</enum><text display-inline="yes-display-inline">by striking <quote>Commandant</quote> each place it appears and inserting <quote>Director and Chancellor</quote>; and</text></paragraph>

<paragraph id="HC2E45B08A6674630AA166844AFFF42E8"><enum>(3)</enum><text display-inline="yes-display-inline">in the heading of paragraph (3), by striking <quote><header-in-text level="paragraph" style="OLC">Commandant</header-in-text></quote> and inserting <quote><header-in-text level="appropriations-intermediate" style="OLC">Director and Chancellor</header-in-text></quote>.</text></paragraph></subsection>

<subsection id="HF288AA51C7884433ADE2C402D20D1C4E"><enum>(b)</enum><header>Conforming amendments</header><text display-inline="yes-display-inline">Section 9414(f) of such title is amended by striking <quote>Commandant</quote> both places it appears and inserting <quote>Director and Chancellor</quote>.</text></subsection>

<subsection id="HD69A61C89EBF4A3CBBCE51CE3141D10C"><enum>(c)</enum><header>References</header><text display-inline="yes-display-inline">Any reference in any law, regulation, map, document, paper, or other record of the United States to the Commandant of the United States Air Force Institute of Technology shall be deemed to be a reference to the Director and Chancellor of the United States Air Force Institute of Technology.</text></subsection></section>

<section id="H4EEE86A7411948E0B779CFE4BE532979" section-type="subsequent-section"><enum>557.</enum><header>Eligibility of additional enlisted members for associate degree programs of the Community College of the Air Force</header><text display-inline="no-display-inline">Section 9415(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H99C7EFDD22684312B92613FA3870569F" style="USC">

<paragraph id="H0D6B3FAE10AD40E5955FF0DEA2ACA002"><enum>(3)</enum><text display-inline="yes-display-inline">Enlisted members of the armed forces other than the Air Force who are participating in Community College of the Air Force affiliated joint-service training and education courses.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HC273FA927EF149C6B98F95554C96DC06"><enum>558.</enum><header>Speech disorders of cadets and midshipmen</header>

<subsection

id="HCA76C71206F74EB18079CACEA91614DA"><enum>(a)</enum><header>Testing</header><text display-inline="yes-display-inline">The Superintendent of a military service academy shall provide testing for speech disorders to incoming cadets or midshipmen under the jurisdiction of that Superintendent.</text></subsection>

<subsection id="HC00AA3B2202C43C1A8CA1AEA36718372"><enum>(b)</enum><header>No effect on admission</header><text display-inline="yes-display-inline">The testing under subsection (a) may not have any effect on admission to a military service academy.</text></subsection>

<subsection id="HC5683CD0CECF4866A38DB6C1E43ED87F"><enum>(c)</enum><header>Results</header><text display-inline="yes-display-inline">The Superintendent shall provide each cadet or midshipman under the jurisdiction of that Superintendent the result of the testing under subsection (a) and a list of warfare unrestricted line officer positions and occupation specialities that require successful performance on the speech test.</text></subsection>

<subsection id="H1DDA8E6B85534E818BEB201F29E33866"><enum>(d)</enum><header>Therapy</header><text display-inline="yes-display-inline">The Superintendent shall furnish speech therapy to a cadet or midshipman under the jurisdiction of that Superintendent at the election of the cadet or midshipman.</text></subsection>

<subsection id="HBE7EDC74D4784C669CCA7900B13841A8"><enum>(e)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretaries of the military departments shall submit to the Committees on Armed Services of the Senate and the House of Representatives a joint report that includes the following:</text>

<paragraph id="H1B403894E3444D49AA0E8CC6AFE914E7" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">The number of cadets or midshipmen with an identified speech disorder in each military service academy.</text></paragraph>

<paragraph id="HDD864838FE1046FEAD37E1F29C856626" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">A list of the health care and administrative resources related to speech disorders available to cadets and midshipmen described in paragraph (1).</text></paragraph>

<paragraph id="H2D677FEF4E4346C6BCECAB46FDD776F7" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">A list of positions and specialties described in subsection (c) pursued by the cadets and midshipmen described in paragraph (1) at the time of graduation.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD90E830015B34EAE899375E7DDEEE56E" section-type="subsequent-section"><enum>559.</enum><header display-inline="yes-display-inline">Requirement to continue provision of tuition assistance for members of the Armed Forces</header><text display-inline="no-display-inline">The Secretary of each military department shall carry out tuition assistance programs for members of an Armed Force under the jurisdiction of that Secretary during fiscal year 2020 using an amount not less than the sum of any amounts appropriated for tuition assistance for members of that Armed Force for fiscal year 2020.</text></section>

<section id="HC3D2C8802DEB494DA597F7A9D8B9C957"><enum>560.</enum><header>Information on institutions of higher education participating in the Department of Defense Tuition Assistance Program</header>

<subsection id="HB13E741349374BE3870AC5BEA5B8CC16"><enum>(a)</enum><header>List of participating institutions</header><text>The Secretary of Defense shall make available, on a publicly accessible website of the Department of Defense, a list that identifiesâ€"</text>

<paragraph id="H938B50372BC344528506CC7F2FD6FD29"><enum>(1)</enum><text>each institution of higher education that receives funds under the Department of Defense Tuition Assistance Program; and</text></paragraph>

<paragraph id="H7E60D3D5FF6B409885711BD1548F9115"><enum>(2)</enum><text>the amount of such funds received by the institution.</text></paragraph></subsection>

<subsection id="HD2FE089DAE4C4612ADFD40EF16340FC6"><enum>(b)</enum><header>Annual updates</header><text>The Secretary of Defense shall update the list described in subsection (a) not less frequently than once annually. </text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HF7ED5AAA8AFC41729B1B670D8ABC1ED6" section-type="subsequent-section"><enum>560A.</enum><header display-inline="yes-display-inline">Inclusion of information on free credit monitoring in annual financial literacy briefing</header><text display-inline="no-display-inline">The Secretary of each military department shall ensure that the annual financial literacy education briefing provided to members of the Armed Forces includes information on the availability of free credit monitoring services pursuant to section 605A(k) of the Fair Credit Reporting Act (15 U.S.C. 1681câ€"1(k)).</text></section>

<section id="HCFD0519704AE46CA821AF6129133F4CF" section-type="subsequent-section"><enum>560B.</enum><header>Programs to facilitate the award of private pilot's certificates</header>

<subsection id="HDC4BAC6BD2D946328EC4D32E689635B2"><enum>(a)</enum><header>Programs authorized</header><text display-inline="yes-display-inline">Each Secretary of a military department may carry out a program under which qualified participants may obtain a private pilot's certificate through an institution of higher education with an accredited aviation program that is approved by such Secretary pursuant to subsection (c).</text></subsection>

<subsection id="H3BD09DA5AEB240468F5DCEF53D953DDA"><enum>(b)</enum><header>Participant qualifications and types of assistance</header>

<paragraph id="H498DC3E9073C4A44A29ECC4B8F63994B"><enum>(1)</enum><header>In general</header><text>In carrying out a program under subsection (a), the Secretary of a military department shall prescribeâ€"</text>

<subparagraph id="H31306CF7C2094C8191C55EDD8E70680B"><enum>(A)</enum><text>the standards to be met for participation in the program; and</text></subparagraph>

<subparagraph id="H6E3AA6CB7D9D4056B716C5B684D2503D"><enum>(B)</enum><text>the types of assistance, if any, to be provided to individuals who participate in the program.</text></subparagraph></paragraph>

<paragraph id="HCE3E4399169C46E58536FA36DB8FC1EA"><enum>(2)</enum><header>Uniformity across military departments</header><text>To the extent practicable, the standards and types of assistance prescribed under paragraph (1) shall be uniform across the military departments.</text></paragraph></subsection>

<subsection id="H7B2A2488E93248AE8AFE4239B2216A2D"><enum>(c)</enum><header>Approved institutions of higher education</header>

<paragraph id="H6C4D9083CD6046B4920AA566E8F8E475"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">In carrying out a program under subsection (a), the Secretary of a military department shall maintain a list of institutions of higher education (as that term is defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)) through which an individual participating in the program may obtain a private pilot's certificate.</text></paragraph>

<paragraph id="HC7DF253C512D4EDFB478D89E5CDCB564"><enum>(2)</enum><header>Qualifications and standards</header><text display-inline="yes-display-inline">Any institution of higher education included on a list under paragraph (1), and any course of instruction toward obtaining a private pilot's certificate offered by such institution, shall meet such qualifications and standards as the Secretary shall prescribe for purposes of the program. Such qualifications and standards shall include a requirement that any institution included on the list award, to individual participating in the program, academic credit at such institution for any portion of course work completed on the ground school course of instruction of such institution in connection with obtaining a private pilot's certificate, regardless of whether the participant fully completed the ground school course of instruction.</text></paragraph></subsection>

<subsection id="H7C49EFDB51D0407BBFC0981DBA8CA0E4"><enum>(d)</enum><header>Annual reports on programs</header>

<paragraph id="H00D0639068A247239318DC55E34518A6"><enum>(1)</enum><header>In

general</header><text>Not later than February 28, 2021, and each year thereafter, each Secretary of a military department shall submit to Congress a report on the program, if any, carried out by such Secretary under subsection (a) during the preceding calendar year.</text></paragraph>

<paragraph id="H7F44E70EA1C34561BCECB5ACB457A8DF"><enum>(2)</enum><header>Elements</header><text>Each report under paragraph (1) shall include, for the program and year covered by such report, the following:</text>

<subparagraph id="HDD0C5F6C2BE44B1BA25861F350B123AC"><enum>(A)</enum><text>The total number of participants in the program.</text></subparagraph>

<subparagraph id="H0671045795554300BE1AAC78D2D16873"><enum>(B)</enum><text display-inline="yes-display-inline">The number of private pilot's certificates awarded to participants in the program.</text></subparagraph>

<subparagraph id="H71ED748938F04240B6813F231250D016"><enum>(C)</enum><text>The number of participants in the program who fully completed a ground school course of instruction in connection with obtaining a private pilot's certificate.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H842E3C84A1B747168CFAEDD3EDCDB9B3"><enum>G</enum><header>Member Training and Transition</header>

<section id="HF153443E7D8E456D938F557DE29F3388"><enum>561.</enum><header>Requirement to provide information regarding benefits claims to members during TAP counseling</header><text display-inline="no-display-inline">Section 1142(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HD11A8230C4CC4153A06CF865B18BFA6E" style="USC">

<paragraph id="H8A87D59F2C5E4248B9B201D708BE3A72"><enum>(19)</enum><text display-inline="yes-display-inline">Information regarding how to file claims for benefits available to the member under laws administered by the Secretaries of Defense and Veterans Affairs.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H013B43DC914947AB8F6D172E8B206C5E"><enum>562.</enum><header>Participation of other Federal agencies in the SkillBridge apprenticeship and internship program for members of the Armed Forces</header><text display-inline="no-display-inline">Section 1143(e) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H955F5D7877534407A202D823D1C4FCA9"><enum>(1)</enum><text>by redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph id="H32CAA04DF9644C1795849DB291B07AAD"><enum>(2)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H15EE2AC22EE342DAA6AE1062D36B2427" style="OLC">

<paragraph id="H386D53D051744CD49D4D43697C4CDA5A" indent="up1"><enum>(3)</enum><text>Any program under this subsection may be carried out at, through, or in consultation with such other departments or agencies of the Federal Government as the Secretary of the military department concerned considers appropriate.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H83AFF5C4ED7D4B19B345B4A42A81451B"><enum>563.</enum><header>First modification of elements of report on the improved Transition Assistance Program</header><text display-inline="no-display-inline">Section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by adding at the end the following:</text>

<quoted-block style="OLC" id="H4E17EDDA9CF64385AC023252D23CB371" display-inline="no-display-inline">

<subparagraph id="HEE26A94208B047E48D046A87C1960551"><enum>(E)</enum><text display-inline="yes-display-inline">The evaluation of the Secretary regarding the effectiveness

of the Transition Assistance Program for all members of the Armed Forces.</text></subparagraph>

<subparagraph id="HA817BBC0B80B4A298582ACAECBEF9B11"><enum>(F)</enum><text display-inline="yes-display-inline">The evaluation of the Secretary regarding the effectiveness of the Transition Assistance Program specifically for female members of the Armed Forces.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H7EF300DF59F34E749FB1373D7045FDFF"><enum>564.</enum><header>Second modification of elements of report on the improved Transition Assistance Program</header><text display-inline="no-display-inline">Section 552(b)(4) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), as amended by section 563 of this Act, is further amendedâ€"</text>

<paragraph id="H69C985CD446C4716A8DF80F8005B8569"><enum>(1)</enum><text>by redesignating subparagraphs (A) through (F) as subparagraphs (B) through (G), respectively;</text></paragraph>

<paragraph id="H156A6FD2938445F595B03BA2DFD37163"><enum>(2)</enum><text>by inserting before subparagraph (B), as redesignated by paragraph (1), the following new subparagraph (A):</text>

<quoted-block display-inline="no-display-inline" id="H24D0FA0980A144BB85EC4F4617453F89" style="OLC">

<subparagraph id="H14D03EA26531472AA906CDBFF71E1E28"><enum>(A)</enum><text>The total number of members eligible to attend Transition Assistance Program counseling.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H26AAF4378FC44236A940C89EEFB2E39E"><enum>(3)</enum><text>by adding at the end the following new subparagraphs:</text>

<quoted-block display-inline="no-display-inline" id="HFB306622E00D44FCABD2C5902C1CE53A" style="OLC">

<subparagraph id="HA82EED367B3B402C8C6C74D32072C82D"><enum>(H)</enum><text>The number of members who participated in programs under section 1143(e) of title 10, United States Code (commonly referred to as <quote>Job Training, Employment Skills, Apprenticeships and Internships (JTEST-AI)</quote> or <quote>Skill Bridge</quote>).</text></subparagraph>

<subparagraph id="HA565C8F9072E4492939245C05C6E61EF"><enum>(I)</enum><text>Such other information as is required to provide Congress with a comprehensive description of the participation of the members in the Transition Assistance Program and programs described in subparagraph (H).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HE3D3CD33DAC344059633AC4800D62257" section-type="subsequent-section"><enum>565.</enum><header>Prohibition on gender-segregated training at Marine Corps Recruit Depots</header>

<subsection id="H2C4B5CAB9CA24965A7F6BC08607B45DF"><enum>(a)</enum><header>Parris Island</header>

<paragraph id="H36347CBE21E348E5B59B86F645B3D541"><enum>(1)</enum><header>Prohibition</header><text display-inline="yes-display-inline">Subject to paragraph (2), training at the Marine Corps Recruit Depot, Parris Island, South Carolina, may not be segregated based on gender.</text></paragraph>

<paragraph id="H3364BF5988DF42BE9DB0B444FB9F20DA"><enum>(2)</enum><header>Deadline</header><text>The Commandant of the Marine Corps shall carry out this subsection not later than five years after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection id="H06FA381966774A2C8B9699FB1D104296"><enum>(b)</enum><header>San Diego</header>

<paragraph id="H7E851E58966A407786250191C7204DAF"><enum>(1)</enum><header>Prohibition</header><tex

t display-inline="yes-display-inline">Subject to paragraph (2), training at the Marine Corps Recruit Depot, San Diego, California, may not be segregated based on gender.</text></paragraph>

<paragraph id="H3233EE6AAA564ED1BEB4849DBED4951C"><enum>(2)</enum><header>Deadline</header><text>The Commandant of the Marine Corps shall carry out this subsection not later than eight years after the date of the enactment of this Act.</text></paragraph></subsection></section>

<section id="HF5780DB72E214C378F1B689B141D965B"><enum>566.</enum><header>Assessment of deaths of recruits under the jurisdiction of the Secretaries of the military departments</header>

<subsection id="H6F781DB03122485BA52C72BF3F4B0787"><enum>(a)</enum><header>Assessment</header><text>The Inspector General of the Department of Defense shall conduct an assessment of the deaths of recruits at facilities under the jurisdiction of the Secretaries of the military departments, and the effectiveness of the current medical protocols on the training bases.</text></subsection>

<subsection id="H23B6450665B644528206A3A55BD9434C"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than September 30, 2020, the Inspector General shall submit to the Committees on Armed Services of the Senate and the House of Representative a report containing the results of the assessment conducted under subsection (a). The report shall include the following:</text>

<paragraph id="HF862F87551664F58B100CBFEF3053F7E"><enum>(1)</enum><text>The number of recruits who died during basic training in the five years preceding the date of the report.</text></paragraph>

<paragraph id="H5D4E789E98FC4B87B45A546562EF1D15"><enum>(2)</enum><text>The causes of deaths described in paragraph (1).</text></paragraph>

<paragraph id="H04111AF25C88450FBCA5B98E349444EE"><enum>(3)</enum><text display-inline="yes-display-inline">The types of medical treatment that was provided to recruits described in paragraph (1).</text></paragraph>

<paragraph id="HE5173C75AF424C9B9106BF6B3A906622"><enum>(4)</enum><text display-inline="yes-display-inline">Whether any of the deaths identified under paragraph (1) were found to be a result of medical negligence.</text></paragraph>

<paragraph id="H96A4CFD5D12B468E83C2D783BEF8E417"><enum>(5)</enum><text display-inline="yes-display-inline">A description of medical capabilities and personnel available to the recruits at each facility.</text></paragraph>

<paragraph id="H65AD423E2B024E02A4486BF2D2FA1456"><enum>(6)</enum><text>A description of medical resources accessible to the recruits at the company level at each facility.</text></paragraph>

<paragraph id="H923B27507BD746C09EA8DFCC11611B95"><enum>(7)</enum><text display-inline="yes-display-inline">A description of 24-hour medical resources available to recruits at each facility.</text></paragraph>

<paragraph id="H95F2BD38D93D479597AFEEA8D3643F8C"><enum>(8)</enum><text>An evaluation of the guidelines and resources in place to monitor sick recruits.</text></paragraph>

<paragraph id="H0E5BEA75E49646809876D15F0E34C1BA"><enum>(9)</enum><text>An evaluation of how supervisors evaluate and determine whether a sick recruit should continue training or further seek medical assistance.</text></paragraph>

<paragraph id="HA028F0B3BAE14F99A0C60C55162494F3"><enum>(10)</enum><text display-inline="yes-display-inline">An evaluation of how the Secretaries of the military departments can increase visibility of the comprehensive medical status of a sick recruit to instructors and supervisors in order to provide better situational awareness of the such medical status.</text></paragraph>

<paragraph id="H16B49A9004344AE29D2EEDB37709C3D2"><enum>(11)</enum><text>An evaluation of how to improve medical care for recruits.</text></paragraph></subsection></section>

<section id="HD02768B2FA4B440E84E0BADC13D8DDBD"><enum>567.</enum><header>Review of

Department of Defense training programs regarding disinformation campaigns</header>

<subsection id="H6E32EC10A1C44A6E95EEB53C49506C6C"><enum>(a)</enum><header>Review</header><text display-inline="yes-display-inline">Not later than 120 days after the enactment of this Act, the Secretary of Defense shall conduct a review of existing programs, tools, and resources of the Department of Defense for training members of the Armed Forces and employees of the Department regarding the threat of disinformation campaigns specifically targeted at such individuals and the families of such individuals.</text></subsection>

<subsection id="HD793B4819AB34AB59BA77EA59A4D0445"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 270 days after the enactment of this Act, the Secretary of Defense shall submit a report to the congressional defense committees regarding the programs, tools, and resources identified under subsection (a).</text></subsection></section>

<section id="H57E90C1B5CE64C31ACD4B69FCFE9F0FF"><enum>568.</enum><header>Command matters in connection with transition assistance programs</header><text display-inline="no-display-inline">The training provided a commander of a military installation in connection with the commencement of assignment to the installation shall include a module on the covered transition assistance programs available for members of the Armed Forces assigned to the installation.</text></section>

<section id="HA0F34C22A3AC48EF952C77F6CED0962A"><enum>569.</enum><header>Machine readability and electronic transferability of Certificate of Release or Discharge from Active Duty (DD Form 214)</header>

<subsection id="H5C607490EB094AFE913B02C4882BC788"><enum>(a)</enum><header>Modification required</header><text display-inline="yes-display-inline">The Secretary of Defense shall modify the Certificate of Release or Discharge from Active Duty (DD Form 214) toâ€"</text>

<paragraph id="H0E7D8A3A9057446495416976 9A6CF2C3"><enum>(1)</enum><text>be machine readable and electronically transferable; and</text></paragraph>

<paragraph id="HC8C71EAFC02D424E8621DF5BAD4BFAD6"><enum>(2)</enum><text display-inline="yes-display-inline">include a specific block explicitly identified as the location in which a member of the Armed Forces may provide one or more email addresses by which the member may be contacted after discharge or release from active duty.</text></paragraph></subsection>

<subsection id="HD2C6EC4118B3487C9621E71CD8381C9A"><enum>(b)</enum><header>Deadline for modification</header><text display-inline="yes-display-inline">The Secretary of Defense shall release a revised Certificate of Release or Discharge from Active Duty (DD Form 214), modified pursuant to subsection (a), not later than four years after the date of the enactment of this Act.</text></subsection>

<subsection id="HFA8F070C1A334B30A9AF7F30FF6599A5"><enum>(c)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit a report to Congress regarding the following:</text>

<paragraph id="HD1F926BF777745C08EC0036DF9603A9F"><enum>(1)</enum><text display-inline="yes-display-inline">What systems of the Department of Defense require an individual to manually enter information from DD Form 214.</text></paragraph>

<paragraph id="HBDC2E14A231C41FDB270214FFF85BD89"><enum>(2)</enum><text display-inline="yes-display-inline">What activities of the Department of Defense require a veteran or former member of the Armed Forces to provide a physical copy of DD Form 214.</text></paragraph>

<paragraph id="H35F80DE2A52F447F85997A380B56EC4F"><enum>(3)</enum><text>The order of priority for modernizing items identified under paragraphs (1) and (2) as determined by the Secretary.</text></paragraph>

<paragraph id="H1C0089C2398C46DD8071D25F0B31EABC"><enum>(4)</enum><text display-inline="yes-display-inline">The estimated cost, as determined by the Secretary, to automate items identified under paragraphs (1) and (2).</text></paragraph></subsection></section>

<section id="HB3C2EB794C8E48E08634C89A8D9DC698" section-type="subsequent-section"><enum>570.</enum><header>Records of service for Reserves</header>

<subsection id="H7DC1B8D478A8469C9CE91C99B51A7D0D"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">Not later than September 30, 2020, the Secretary of Defense shall establish and implement a standard record of service for members of the reserve components of the Armed Forces, similar to DD Form 214, that summarizes the record of service of each such member, including dates of active duty service.</text></subsection>

<subsection id="HA9954681B3034F10926B3663015C8B44"><enum>(b)</enum><header>Coordination</header><text display-inline="yes-display-inline">In carrying out this section, the Secretary of Defense shall coordinate with the Secretary of Veterans Affairs to ensure that the record established under this section is acceptable as proof of service for former members of the reserve components of the Armed Forces who are eligible for benefits under laws administered by the Secretary of Veterans Affairs to receive such benefits.</text></subsection></section>

<section id="H5FFD1F9DFB194288B791260BD6214E34"><enum>570A.</enum><header>Limitations and requirements in connection with separations for members of the Armed Forces who suffer from mental health conditions in connection with a sex-related, intimate partner violence-related, or spousal-abuse offense</header>

<subsection id="H30F7C3B3A5F7458BA92651883FE3B3D8"><enum>(a)</enum><header>Confirmation of diagnosis of condition required before separation</header><text>Before a member of the Armed Forces who was the victim of a sex-related offense, an intimate partner violence-related offense, or a spousal-abuse offense during service in the Armed Forces (whether or not such offense was committed by another member of the Armed Forces), and who has a mental health condition not amounting to a physical disability, is separated, discharged, or released from the Armed Forces based solely on such condition, the diagnosis of such condition must beâ€"</text>

<paragraph id="HC95AD8DD793B4C14B02297326C00EEDB"><enum>(1)</enum><text>corroborated by a competent mental health care professional at the peer level or a higher level of the health care professional making the diagnosis; and</text></paragraph>

<paragraph id="HB8E0D3B54D6B4F8DB9C36B2D4A5B30C6"><enum>(2)</enum><text>endorsed by the Surgeon General of the military department concerned.</text></paragraph></subsection>

<subsection id="H7A02BB07CB1C42FFB9C05FB8F8647E2F"><enum>(b)</enum><header>Narrative reason for separation if mental health condition present</header><text>If the narrative reason for separation, discharge, or release from the Armed Forces of a member of the Armed Forces is a mental health condition that is not a disability, the appropriate narrative reason for the separation, discharge, or release shall be a condition, not a disability, or Secretarial authority.</text></subsection>

<subsection id="H3749AD39CCD3475D8746B20A22F398CF"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H0CDD361192174AA184F064B2592B26BA"><enum>(1)</enum><text>The term <term>intimate partner violence-related offense</term> means the following:</text>

<subparagraph id="HA5DD0B2D708240FF873776D8E5EF4980"><enum>(A)</enum><text>An offense under section 928 or 930 of title 10, United States Code (article 128 or 130 of the Uniform Code of Military Justice).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7862EBECF6954399853750 74A03C08C7"><enum>(B)</enum><text display-inline="yes-display-inline">An offense under State law for conduct identical or substantially similar to an offense described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="HE9BA287D70A349A9B6A1FEF3CE1F1103"><enum>(2)</enum><text>The term <term>sex-related offense</term> means the following:</text>

<subparagraph id="H6A9A6008D06B4409AB8618860A6C04A7"><enum>(A)</enum><text>An offense under section 920 or 920b of title 10, United States Code (article 120 or 120b of the Uniform Code of Military Justice).</text></subparagraph>

<subparagraph id="H9BAF6F5330B546B59601C15647C2E586"><enum>(B)</enum><text>An offense under State law for conduct identical or substantially similar to an offense described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="HE63BD59A7E504E918C01D8B4DC9DE60B"><enum>(3)</enum><text>The term <term>spousal-abuse offense</term> means the following:</text>

<subparagraph id="HA61BA029F5E04114A1ECA196CA9B4BED"><enum>(A)</enum><text>An offense under section 928 of title 10, United States Code (article 128 of the Uniform Code of Military Justice).</text></subparagraph>

<subparagraph id="H8F03C0C3A7E444A391E777B21BDC9B62"><enum>(B)</enum><text>An offense under State law for conduct identical or substantially similar to an offense described in subparagraph (A).</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD08ECC93F9394A67ABD8DDD4F8B2F8CF"><enum>(d)</enum><header>Effective date</header><text>This section shall take effect 180 days after the date of the enactment of this Act, and shall apply with respect to separations, discharges, and releases from the Armed Forces that occur on or after that effective date.</text></subsection></section>

<section id="HC3C77D036422443FACEF9B9875CCD48A"><enum>570B.</enum><header>Prohibition on involuntary separation of certain members of the Armed Forces; consideration of military service in removal determinations</header>

<subsection id="HA5607B6A849A46E2B56A65452BC59236"><enum>(a)</enum><header>Prohibition on involuntary separation</header>

<paragraph id="H9044D0D4AE6D4C8EBA44E0F21C08B508"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">No member of the Armed Forces may be involuntarily separated from the Armed Forces solely because that member is a covered member.</text></paragraph>

<paragraph id="H960862F906B5499081083660D23E1905"><enum>(2)</enum><header>Covered member defined</header><text display-inline="yes-display-inline">In this subsection, the term <quote>covered member</quote> means a member of the Armed Forces whoâ€"</text>

<subparagraph id="HED7F9A84C11741E3AFF1F70E0A7B1034"><enum>(A)</enum><text display-inline="yes-display-inline">possesses a current and valid employment authorization document that was issued pursuant to the memorandum of the Secretary of Homeland Security dated June 15, 2012, and entitled <quote>Exercising Prosecutorial Discretion with Respect to Individuals who Came to the United States as Children</quote>; or</text></subparagraph>

<subparagraph id="H677A1D5D07634C95A0EF9BABB91ABC96"><enum>(B)</enum><text display-inline="yes-display-inline">is currently in a temporary protected status under section 244 of the Immigration and Nationality Act (8 U.S.C. 1254a).</text></subparagraph></paragraph></subsection>

<subsection id="H730811DF922A4CD483FF62B43521517A"><enum>(b)</enum><header>Consideration of military service in removal determinations</header>

<paragraph id="HB0CCA8B6564A4E0BAAB1D5F95F210DBC"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">With regards to an individual, an immigration officer shall take into consideration evidence of military service by that individual in determining whetherâ€"</text>

<subparagraph id="HC6D7F2F733BB45D3B2AA1389AEB26C54"><enum>(A)</enum><text>to issue to that individual a notice to appear in removal proceedings, an administrative order of removal, or a reinstatement of a final removal order; and</text></subparagraph>

<subparagraph id="HAD6A8D8C847F42968F17D9BF62276B3A"><enum>(B)</enum><text>to execute a final order of removal regarding that individual.</text></subparagraph></paragraph>

<paragraph id="H024ACE0256E344C9A5D55D24FF7FF39B"><enum>(2)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this subsection:</text>

<subparagraph id="H241FC4C206F04D149623E66FD750466C"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>evidence of service</quote> means evidence

that an individual served as a member of the Armed Forces, and the characterization of each period of service of that individual in the Armed Forces.</text></subparagraph>

<subparagraph id="H2DC853081D2A4EF5962FFFEF12ECBC28"><enum>(B)</enum><text>The term <quote>immigration officer</quote> has the meaning given that term in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H81799B683C6F44D0BC97B5BF2053F848" section-type="subsequent-section"><enum>570C.</enum><header display-inline="yes-display-inline">Inclusion of question regarding immigration status on preseparation counseling checklist (DD Form 2648)</header><text display-inline="no-display-inline">Not later than September 30, 2020, the Secretary of Defense shall modify the preseparation counseling checklist for active component, active guard reserve, active reserve, full time support, and reserve program administrator service members (DD Form 2648) to include a specific block wherein a member of the Armed Forces may indicate that the member would like to receive information regarding the immigration status of that member and expedited naturalization.</text></section>

<section id="HA7D73E874A8D4D878890763053EB030A"><enum>570D.</enum><header>Counseling for members of the Armed Forces who are not citizens of the United States on naturalization in the United States</header>

<subsection id="H609A6DE18EAB456CA0AFA6A885B8A7E5"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary concerned shall furnish to covered individuals under the jurisdiction of that Secretary counseling regarding how to apply for naturalization in the United States.</text></subsection>

<subsection id="HA5355E0C7F954C1BB0745DD7FA1CB9F1"><enum>(b)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H683A58B7DE3A401A9C6B9C2D1C914347"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>covered individual</quote> means a member of the Armed Forces who is not a citizen of the United States.</text></paragraph>

<paragraph id="H5907C9D53F8049958442FBD560318246"><enum>(2)</enum><text>The term <term>Secretary concerned</term> has the meaning given that term in section 101(a)(9) of title 10, United States Code.</text></paragraph></subsection></section>

<section id="HBD9894ABF05340BB92D64C98FAC1B6A1"><enum>570E.</enum><header>Pilot program on information sharing between Department of Defense and designated relatives and friends of members of the Armed Forces regarding the experiences and challenges of military service</header>

<subsection id="HDBBC39B5F8394CBB843CFF6A9D3E0922"><enum>(a)</enum><header>Pilot program required</header>

<paragraph commented="no" id="H6174BE1073D74F809C81C55409012D33"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with the American Red Cross to carry out a pilot program under which the American Red Crossâ€"</text>

<subparagraph id="H92D86A6FA02E4BC4A21F9361586B91FA"><enum>(A)</enum><text>encourages a member of the Armed Forces, upon the enlistment or appointment of such member, to designate up to 10 persons to whom information regarding the military service of such member shall be disseminated using contact information obtained under paragraph (6); and</text></subparagraph>

<subparagraph commented="no" id="H032120F668BF405D9E7A3A857E3950B0"><enum>(B)</enum><text>provides such persons, within 30 days after the date on which such persons are designated under subparagraph (A), the option to elect to receive such information regarding military service.</text></subparagraph></paragraph>

<paragraph commented="no" id="HCE5F565B75C34B689F94B9C3B317CD7F"><enum>(2)</enum><header>Dissemination</header><text>The Secretary shall disseminate information described in paragraph (1)(A) under the

pilot program on a regular basis.</text></paragraph>

<paragraph id="H572FD1118CD843B38ECD49B5ABF38590"><enum>(3)</enum><header>Types of information</header><text display-inline="yes-display-inline">The types of information to be disseminated under the pilot program to persons who elect to receive such information shall include information regardingâ€"</text>

<subparagraph id="HB5CE53796A22425EA17F9C2C68B5EF7C"><enum>(A)</enum><text display-inline="yes-display-inline">aspects of daily life and routine experienced by members of the Armed Forces;</text></subparagraph>

<subparagraph id="H9B683518113242EBA485045F03B6A506"><enum>(B)</enum><text>the challenges and stresses of military service, particularly during and after deployment as part of a contingency operation;</text></subparagraph>

<subparagraph id="HE2BA782BC5BB44DCB6FF6308B0CCDB88"><enum>(C)</enum><text>the services available to members of the Armed Forces and the dependents of such members to cope with the experiences and challenges of military service;</text></subparagraph>

<subparagraph id="H4EF10216D8A34B44B492518889B68685"><enum>(D)</enum><text>benefits administered by the Department of Defense for members of the Armed Forces and the dependents of such members;</text></subparagraph>

<subparagraph id="H1DFEB7E5463B44A2A351219685B3767B"><enum>(E)</enum><text>a toll-free telephone number through which such persons who elect to receive information under the pilot program may request information regarding the program; and</text></subparagraph>

<subparagraph id="HC5556870F7D9473AB8742D30A60D504E"><enum>(F)</enum><text>such other information as the Secretary determines to be appropriate.</text></subparagraph></paragraph>

<paragraph id="H24541E431448491BADDD48B2FADEF2EA"><enum>(4)</enum><header>Privacy of information</header><text display-inline="yes-display-inline">In carrying out the pilot program, the Secretary may not disseminate information under paragraph (3) in violation of laws and regulations pertaining to the privacy of members of the Armed Forces, including requirements pursuant toâ€"</text>

<subparagraph id="H5756300D8CA7498B9A54AF93ADC4BB85"><enum>(A)</enum><text>section 552a of title 5, United States Code; and</text></subparagraph>

<subparagraph id="H7ED3AD7A44F14DBA8A6BD85D2F9AB7FA"><enum>(B)</enum><text>the Health Insurance Portability and Accountability Act of 1996 (Public Law 104â€"191).</text></subparagraph></paragraph>

<paragraph id="HCA76B2EBB55C4E899A8910A331E26877"><enum>(5)</enum><header>Notice and Modifications</header><text display-inline="yes-display-inline">In carrying out the pilot program, the Secretary shall, with respect to a member of the Armed Forcesâ€"</text>

<subparagraph id="HABEE6527088248D2BAA33198D9AFDDE8"><enum>(A)</enum><text>ensure that such member is notified of the ability to modify designations made by such member under paragraph (1)(A); and</text></subparagraph>

<subparagraph id="H046BDCABC68C40B5968ED3EEED4B9295"><enum>(B)</enum><text>upon the request of a member, authorize such member to modify such designations at any time.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCF629B50E20045E19DDBF33B4C2B48DB"><enum>(6)</enum><header display-inline="yes-display-inline">Contact information</header><text display-inline="yes-display-inline">In making a designation under the pilot program, a member of the Armed Forces shall provide necessary contact information, specifically including an email address, to facilitate the dissemination of information regarding the military service of the member.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H10E67D09436249498BF22E580C2DBB68"><enum>(7)</enum><header>Opt-in and opt-out of program</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H9CC7C68EE739443C825F7C826B368F7B"><enum>(A)</enum><header>Opt-in by members</header><text>A member may participate in the pilot program only if the member

voluntarily elects to participate in the program. A member seeking to make such an election shall make such election in a manner, and by including such information, as the Secretary and the Red Cross shall jointly specify for purposes of the pilot program.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1FCE45FF0F56408692DCFC08EBADB76C"><enum>(B)</enum><header>Opt-in by designated recipients</header><text>A person designated pursuant to paragraph (1)(A) may receive information under the pilot program only if the person makes the election described in paragraph (1)(B).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H30C3994CC4644188B6A7542F9DDF4757"><enum>(C)</enum><header>Opt-out</header><text>In carrying out the pilot program, the Secretary shall, with respect to a person who has elected to receive information under such pilot program, cease disseminating such information to that person upon request of such person.</text></subparagraph></paragraph></subsection>

<subsection id="H2D029BE00D7A4BF6AA57AD831F3086B7"><enum>(b)</enum><header>Survey and report on pilot program</header>

<paragraph id="H5291841F999442B59CA6F247B22C8AED"><enum>(1)</enum><header>Survey</header><text display-inline="yes-display-inline">Not later than two years after the date on which the pilot program commences, the Secretary, in consultation with the American Red Cross, shall administer a survey to persons who elected to receive information under the pilot program for the purpose of receiving feedback regarding the quality of information disseminated under this section, including whether such information appropriately reflects the military career progression of members of the Armed Forces.</text></paragraph>

<paragraph id="H4B72529F0148451F90FF91D5E5F39C66"><enum>(2)</enum><header>Report</header><text>Not later than three years after the date on which the pilot program commences, the Secretary shall submit to the congressional defense committees a final report on the pilot program which includesâ€"</text>

<subparagraph id="HDBE8EE1154D3464A89C2FBC126FB10F5"><enum>(A)</enum><text>the results of the survey administered under paragraph (1);</text></subparagraph>

<subparagraph id="HDD2D9D7D7E20405ABAE4ECE056FA9CB0"><enum>(B)</enum><text>a determination as to whether the pilot program should be made permanent; and</text></subparagraph>

<subparagraph id="HF2E1E29213B448F5836FBCE3A50D85F4"><enum>(C)</enum><text>recommendations as to modifications necessary to improve the program if made permanent.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H36C762CF04E74B1AB20E2E8511A9B25B"><enum>(c)</enum><header>Termination of pilot program</header><text>The pilot program shall terminate upon submission of the report required by subsection (b)(2).</text></subsection></section>

<section id="H0A463061300348F9A206EBB8AD70AB26"><enum>570F.</enum><header>Connections of members retiring or separating from the Armed Forces with community-based organizations and related entities</header>

<subsection id="H8C23F7138B844455AF24A10C256DA6A0"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense and the Secretary of Veterans Affairs shall jointly seek to enter into memoranda of understanding or other agreements with State veterans agencies under which information from Department of Defense Form DDâ€"2648 on individuals undergoing retirement, discharge, or release from the Armed Forces is transmitted to one or more State veterans agencies, as elected by such individuals, to provide or connect veterans to benefits or services as follows:</text>

<paragraph id="H3637C20E85774B37AE47A8E57A3A4535"><enum>(1)</enum><text>Assistance in preparation of resumes.</text></paragraph>

<paragraph id="H1B610454F2E945AFB4B6BB32599676CA"><enum>(2)</enum><text>Training for employment interviews.</text></paragraph>

<paragraph id="H23F01BA0028D4D808AC49392B3DB348C"><enum>(3)</enum><text>Employment recruitment training.</text></paragraph>

<paragraph id="H7C8812BFEA154D46AB43D0D7503F2B61"><enum>(4)</enum><text>Other services leading directly to a successful transition from military life to civilian life.</text></paragraph>

<paragraph id="HB5D4762A40F74278A2A7CF8BBDD18825"><enum>(5)</enum><text>Healthcare, including care for mental health.</text></paragraph>

<paragraph id="H14A4A8DC157447AFB03947BA811958E7"><enum>(6)</enum><text>Transportation or transportation-related services.</text></paragraph>

<paragraph id="H1EC4CDDCF7BB406C82969E5DF6885A3E"><enum>(7)</enum><text>Housing.</text></paragraph>

<paragraph id="H98A931928E424D9A9C35D07214F6A7AD"><enum>(8)</enum><text>Such other benefits or services as the Secretaries jointly consider appropriate for purposes of this section.</text></paragraph></subsection>

<subsection id="H10AD12213C3D4FC4AB64CEDCB7BFBC74"><enum>(b)</enum><header>Information transmitted</header><text>The information transmitted on individuals as described in subsection (a) shall be such information on Form DDâ€"2648 as the Secretaries jointly consider appropriate to facilitate community-based organizations and related entities in providing or connecting such individuals to benefits and services as described in subsection (a).</text></subsection>

<subsection id="H448A805CC84446F18FF5A23F034711CD"><enum>(c)</enum><header>Modification of Form DDâ€"2648</header><text>The Secretary of Defense shall make such modifications to Form DDâ€"2648 as the Secretary considers appropriate to allow an individual filling out the form to indicate an email address at which the individual may be contacted to receive or be connected to benefits or services described in subsection (a).</text></subsection>

<subsection id="H93EE88B60B03472BB37C958B0694F883"><enum>(d)</enum><header>Voluntary participation</header><text>Information on an individual may be transmitted to and through a State veterans agency as described in subsection (a) only with the consent of the individual. In giving such consent, an individual shall specify the following:</text>

<paragraph id="H3F5500E69DFC4CC1AC96E4E98B782C20"><enum>(1)</enum><text>The State veterans agency or agencies elected by the individual to transmit such information as described in subsection (a).</text></paragraph>

<paragraph id="HFEC826BFD2314C569F3F111191331038"><enum>(2)</enum><text>The benefits and services for which contact information shall be so transmitted.</text></paragraph>

<paragraph id="H53571382CA83404C8DD590C1297395D7"><enum>(3)</enum><text>Such other information on the individual as the individual considers appropriate in connection with the transmittal.</text></paragraph></subsection></section>

<section id="H59E144563C3E4F8C90B5E2E5976158FA"><enum>570G.</enum><header>Pilot program regarding online application for the Transition Assistance Program</header>

<subsection id="HDFBAAFDFF0FE4701A2572CBF852E592A"><enum>(a)</enum><header>Establishment</header><text>The Secretary of Defense, the Secretary of Veterans Affairs, and the Secretary of Labor may jointly carry out a pilot program that creates a one-stop source for online applications for the purposes of assisting members of the Armed Forces and Veterans participating in the Transition Assistance Program (in this section referred to as <quote>TAP</quote>).</text></subsection>

<subsection id="HEE4CD2F3E5D641F992EEF12C0725C8CD"><enum>(b)</enum><header>Data sources</header><text>If the Secretaries carry out the pilot program, any online application developed under such program shall, in part, aggregate existing data from government resources and the private sector under one uniform resource locator for the purpose of assisting members of the Armed Forces and veterans participating in TAP.</text></subsection>

<subsection

id="HB63EB8AB82EF4BCEBAAFE6DAEC473C0C"><enum>(c)</enum><header>Availability;
accessibility</header><text display-inline="yes-display-inline">Any online application
developed under a pilot program shall, to the extent feasible beâ€"</text>

<paragraph id="H06C270D5ECA049678F7DE5A297A08C14"><enum>(1)</enum><text>widely
available as a mobile application; and</text></paragraph>

<paragraph id="H4B7A52F601124BEF8073A977A991C33E"><enum>(2)</enum><text>easily
accessible by veterans, members of the Armed Forces, and
employers.</text></paragraph></subsection>

<subsection
id="HEED88C9DB3AF4D55B9E9AF8492ADFD02"><enum>(d)</enum><header>Assessments</header>

<paragraph id="HFBB5B7A965864F4CBBD52BA979950164"><enum>(1)</enum><header>Interim
assessments</header><text>Not later than the dates that are one and two years after the
date of the commencement of any pilot program under this section, the Secretaries shall
jointly assess the pilot program.</text></paragraph>

<paragraph id="HC4999E4C0183412A8303B4C6D88E32EA"><enum>(2)</enum><header>Final
assessment</header><text>Not later than the date that is three years after the date of
the commencement of any pilot program under this section, the Secretaries shall jointly
carry out a final assessment of the pilot program.</text></paragraph>

<paragraph
id="H469E534DBA1C438C832F093F8096DE50"><enum>(3)</enum><header>Purpose</header><text>Th
e general objective of each assessment under this subsection shall be to determine if
the online application under the pilot program helps participants in TAP to accomplish
the goals of TAP, accounting for the individual profiles of participants, including
military experience and geographic location.</text></paragraph></subsection>

<subsection
id="H08D5D7115B174BBCACFBC5CB09800DE9"><enum>(e)</enum><header>Briefing</header><text
display-inline="yes-display-inline">If the Secretaries carry out the pilot program, the
Secretary of Defense shall provide to the Committees on Armed Services of the Senate
and House of Representatives a briefing on findings regarding the pilot program,
including any recommendations for legislation.</text></subsection>

<subsection
id="HB0EF25683B3940789CD619974166491E"><enum>(f)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="HC089345E843940DCB57992512F46831B"><enum>(1)</enum><text display-
inline="yes-display-inline">The term <quote>mobile application</quote> means a software
program that runs on the operating system of a mobile device.</text></paragraph>

<paragraph id="H8A41B6F8C46B41EAB0CEEB240CEC4E3C"><enum>(2)</enum><text display-
inline="yes-display-inline">The term <quote>mobile device</quote> means a smartphone,
tablet computer, or similar portable computing device that transmits data over a
wireless connection.</text></paragraph></subsection></section></subtitle>

<subtitle id="H58D6DA5BA65E4EBC9821F3B88AF7181D"><enum>H</enum><header>Military Family
Readiness and Dependentsâ€™ Education</header>

<section id="H195B31F5831E448B81DA37D9531F8CD6"><enum>571.</enum><header>Authorizing
members to take leave for a birth or adoption in more than one increment</header><text
display-inline="no-display-inline">Paragraph (5) of section 701(i) of title 10, United
States Code, is amendedâ€"</text>

<paragraph id="HDC728FFBE7884C94A6B88D48E672DDB6"><enum>(1)</enum><text>by striking
<quote>only in one increment</quote> and inserting <quote>in more than one
increment</quote>; and</text></paragraph>

<paragraph id="HB94D505D79904872842CD9BC3D47A75A"><enum>(2)</enum><text>by inserting
<quote>in accordance with regulations prescribed by the Secretary concerned</quote>
before the period.</text></paragraph></section>

<section id="H021E77C23AC74E6A8957E7B0E4B00880"><enum>572.</enum><header>Deferred
deployment for members who give birth</header><text display-inline="no-display-
inline">Section 701 of title 10, United States Code, is amended by adding at the end
the following new subsection:</text>

<quoted-block style="OLC" id="H58CB820692C4435ABEC17E84D4D1A091" display-inline="no-display-inline">

<subsection id="H3D9457FE5F9348D78A44449622CB403C"><enum>(1)</enum><text display-inline="yes-display-inline">A member of the armed forces who gives birth while on active duty may be deployed during the period of 12 months beginning on the date of such birth only with the approval of a health care provider employed at a military medical treatment facility andâ€"</text>

<paragraph id="H6369A4F1DA28448881CB78CCF528CAC8"><enum>(1)</enum><text>at the election of such member; or </text></paragraph>

<paragraph id="HF446FC86E7594878B8855B7DE03BBA6C"><enum>(2)</enum><text display-inline="yes-display-inline">in the interest of national security, as determined by the Secretary of Defense.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HC5D344D5690D43F481027C2A7A934335"><enum>573.</enum><header>Authority of the Secretary concerned to transport remains of a covered decedent to no more than two places selected by the person designated to direct disposition of the remains</header>

<subsection id="H2C1951A2F9F14C0F851C3696B3A54E7E"><enum>(a)</enum><header>Authority</header><text display-inline="yes-display-inline">Section 1482(a)(8) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" display-inline="no-display-inline" id="HF7576284D5DF4C2794B11AA42EC8700D">

<paragraph id="HDD363FAB541F498193552DD3D283FF58"><enum>(8)</enum>

<subparagraph id="HBCF3E019D68749DA9B3A91E9D99B1D71" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">Transportation of the remains, and travel and transportation allowances as specified in regulations prescribed under section 464 of title 37 for an escort of one person, to the place, subject to subparagraph (B), selected by the person designated to direct disposition of the remains or, if such a selection is not made, to a national or other cemetery which is selected by the Secretary and in which burial of the decedent is authorized.</text></subparagraph>

<subparagraph id="H63DC7525E00148C08E6BAD49D611E875" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The person designated to direct disposition of the remains may select two places under subparagraph (A) if the second place is a national cemetery. If that person selects two places, the Secretary concerned may pay for transportation to the second place only by means of reimbursement under subsection (b).</text></subparagraph>

<subparagraph id="H79FEF43C62304B71AB0307F2610EEEC2" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">When transportation of the remains includes transportation by aircraft under section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 1482 note), the Secretary concerned shall provide, to the maximum extent practicable, for delivery of the remains by air to the commercial, general aviation, or military airport nearest to the place selected by the designee.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H65786F7FBAFC4311B3617935452B6C58"><enum>(b)</enum><header>Military escort and honor guard only to first location</header><text display-inline="yes-display-inline">Section 562(b) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 1482 note) is amended by adding at the end the following: <quote>If the person designated to direct disposition of the remains selects two places under such section, the term means only the first of those two places.</quote>.</text></subsection></section>

<section id="H3A5DB6CC8767408FA1654EE075212CBA"><enum>574.</enum><header>Military funeral honors matters</header>

<subsection id="HBA4F77ACB2DE41109FE0EB7948328B12"><enum>(a)</enum><header>Full military honors ceremony for certain veterans</header><text display-inline="yes-display-inline">Section 1491(b) of title 10, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HCC4902628CBD417BA07068FB2A07623E" style="USC">

<paragraph id="H9854354B02AD42B5AFD45A1B1EDB6DE0" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary concerned shall provide full military honors (as determined by the Secretary concerned) for the funeral of a veteran whoâ€"</text>

<subparagraph id="H747993AE211B46FEBA3ADC2A47E23D6F"><enum>(A)</enum><text>is first interred or first inurned in Arlington National Cemetery on or after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020;</text></subparagraph>

<subparagraph id="H968F2BC29F9F4CD8895F3F84B69019EA"><enum>(B)</enum><text>was awarded the medal of honor or the prisoner-of-war medal; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA47DF0CCFFCC419D8922E3BDDF56E825"><enum>(C)</enum><text>is not entitled to full military honors by the grade of that veteran.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H4EE76225F66E47B1A35E0C14D5718937"><enum>(b)</enum><header>Full military funeral honors for veterans at military installations</header>

<paragraph id="H59C3E0AEF41F4BD1844132F4407C9934"><enum>(1)</enum><header>Installation plans for honors required</header><text>The commander of each military installation at or through which a funeral honors detail for a veteran is provided pursuant to section 1491 of title 10, United States Code (as amended by subsection (a)), shall maintain and carry out a plan for the provision, upon request, of full military funeral honors at funerals of veterans for whom a funeral honors detail is authorized in that section.</text></paragraph>

<paragraph id="H932F3021A650484A8658A3F675F26E64"><enum>(2)</enum><header>Elements</header><text>Each plan of an installation under paragraph (1) shall include the following:</text>

<subparagraph id="H0EDFB22A4F7F405FBEA60ED10306273B"><enum>(A)</enum><text>Mechanisms to ensure compliance with the requirements applicable to the composition of funeral honors details in section 1491(b) of title 10, United States Code (as so amended).</text></subparagraph>

<subparagraph id="H8E2D8C69410D4A2D9087CFC5B8190334"><enum>(B)</enum><text>Mechanisms to ensure compliance with the requirements for ceremonies for funerals in section 1491(c) of such title.</text></subparagraph>

<subparagraph id="HAEA3E246A995497B91B52DF7A3B70D84"><enum>(C)</enum><text>In addition to the ceremonies required pursuant to subparagraph (B), the provision of a gun salute, if otherwise authorized, for each funeral by appropriate personnel, including personnel of the installation, members of the reserve components of the Armed Forces residing in the vicinity of the installation who are ordered to funeral honors duty, or members of veterans organizations or other organizations referred to in section 1491(b)(2) of such title.</text></subparagraph>

<subparagraph id="H01B726CED9CF4B97AA632AB229E65F05"><enum>(D)</enum><text>Mechanisms for the provision of support authorized by section 1491(d) of such title.</text></subparagraph>

<subparagraph id="H0ABAAB11E8A5449F93CD03D804B23FE8"><enum>(E)</enum><text>Such other mechanisms and activities as the Secretary concerned considers appropriate in order to assure that full military funeral honors are provided upon request at funerals of veterans.</text></subparagraph></paragraph>

<paragraph id="H7AE6DA65D8C0448C842F8367091FB208"><enum>(3)</enum><header>Definitions</header><text>In this subsection:</text>

<subparagraph id="H353042C01ABE4F21952AD280457A0585"><enum>(A)</enum><text>The term <term>Secretary concerned</term> has the meaning given that term in section 101(a)(9) of title 10, United States Code.</text></subparagraph>

<subparagraph id="H9126EC97AD92457FB95B46A25785C748"><enum>(B)</enum><text>The term

<term>veteran</term> has the meaning given that term in section 1491(h) of title 10, United States Code.</text></subparagraph></paragraph></subsection></section>

<section id="HB40B1A12743C4B2CBFBA9E85BA8A8B56"><enum>575.</enum><header>Improvement of occupational license portability for relocated spouses of members of the uniformed services</header><text display-inline="no-display-inline">Section 1784 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H905560296361408588362D9A07FE065B" style="OLC">

<subsection id="HD1FC4AA4FE624BEB9245EAB328823080"><enum>(h)</enum><header>Improvement of occupational license portability through interstate compacts</header>

<paragraph id="H01AAFCDA14C94A48B0621565E8803C21"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into a cooperative agreement with the Council of State Governments to assist with funding of the development of interstate compacts on licensed occupations in order to alleviate the burden associated with relicensing in such an occupation by spouse of a members of the armed forces in connection with a permanent change of duty station of members to another State.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAD4F2EF075B9419497E884CF72A83FB8"><enum>(2)</enum><header display-inline="yes-display-inline">Limitation on assistance per compact</header><text display-inline="yes-display-inline">The amount provided under paragraph (1) as assistance for the development of any particular interstate compact may not exceed $1,000,000.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9F817CFA8C014CFC82E86E9D8BED0E55"><enum>(3)</enum><header display-inline="yes-display-inline">Limitation on total amount of assistance</header><text display-inline="yes-display-inline">The total amount of assistance provided under paragraph (1) in any fiscal year may not exceed $4,000,000.</text></paragraph>

<paragraph id="HADEB70B37FA64EE2ACBFD97873592763"><enum>(4)</enum><header>Annual report</header><text>Not later than February 28 each year, the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on interstate compacts described in paragraph (1) developed through assistance provided under that paragraph. Each report shall set forth the following:</text>

<subparagraph id="H0A374F4349BD42B1B3224A969D047DD1"><enum>(A)</enum><text>Any interstate compact developed during the preceding calendar year, including the occupational licenses covered by such compact and the States agreeing to enter into such compact.</text></subparagraph>

<subparagraph id="HF1402AEAF71C4D4DB0C6ABE0B364F8A9"><enum>(B)</enum><text>Any interstate compact developed during a prior calendar year into which one or more additional States agreed to enter during the preceding calendar year.</text></subparagraph></paragraph>

<paragraph id="HECB3880336A84A3FB6282CB7F82A1E9A"><enum>(5)</enum><header>Expiration</header><text>The authority to enter into a cooperative agreement under paragraph (1), and to provide assistance described in that paragraph pursuant to such cooperative agreement, expire on September 30, 2024.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H2428EAADF6624BC3B0E588FEB65F3F43"><enum>576.</enum><header>Continued eligibility for education and training opportunities for spouses of promoted members</header><text display-inline="no-display-inline">Section 1784a(b) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HFF8DA7366E5F4E5C9932DC8E811F3A25"><enum>(1)</enum><text>by inserting <quote>(1)</quote> before <quote>Assistance</quote>; and</text></paragraph>

<paragraph id="HA8ED785DA7E043C895213B600E306F1B"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H6EDFBD826AA64C60A8ED06FF36BA78EB"

style="OLC">

<paragraph id="HF4BA645447EF4128BE8351699C4C4ACE" indent="up1"><enum>(2)</enum><text>A spouse who is eligible for a program under this section and begins a course of education or training for a degree, license, or credential described in subsection (a) may not become ineligible to complete such course of education or training solely because the member to whom the spouse is married is promoted to a higher grade.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H463FC65E299746A1B1AB093E25078142" section-type="subsequent-section"><enum>577.</enum><header>Modification to authority to reimburse for State licensure and certification costs of a spouse of a servicemember arising from relocation</header><text display-inline="no-display-inline">Section 476(p) of title 37, United States Code, is amendedâ€"</text>

<paragraph id="H074C3A94BE74499485C9BDD4880B9856"><enum>(1)</enum><text>in paragraph (1), by striking <quote>armed forces</quote> and inserting <quote>uniformed services</quote>;</text></paragraph>

<paragraph id="H3E9DEB0D8C9B4D46B470946DD5FC579E"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>$500</quote> and inserting <quote>$1,000</quote>; </text></paragraph>

<paragraph id="HCA21A840840D481A9BE9A60E9D72DD4B"><enum>(3)</enum><text>in paragraph (3)â€"</text>

<subparagraph id="HE9E82605140B449FB6120E1A0CBCF335"><enum>(A)</enum><text display-inline="yes-display-inline">in subparagraph (A), by striking <quote>and</quote>;</text></subparagraph>

<subparagraph id="HAA271CD9C12E416A9D7F9D298724E651"><enum>(B)</enum><text display-inline="yes-display-inline">in subparagraph (B), by striking the period and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="H600D54B406224D7080B21CD3DF272831"><enum>(C)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="USC" id="H7EFA8F98932F486EB27D1DBCC38387CF" display-inline="no-display-inline">

<subparagraph id="HFE603ACD23F443B5B3F2ED2E5C8EB542" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">an analysis of whether the maximum reimbursement amount under paragraph (2) is sufficient to cover the average costs of relicensing described in paragraph (1).</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H206CEC34674F410BB4D00A61DA4013EE"><enum>(4)</enum><text>in paragraph (4), by striking <quote>December 31, 2022</quote> and inserting <quote>December 31, 2024</quote>.</text></paragraph></section>

<section id="H86547EA0CF7C4F04A9F78220DF1B772C" section-type="subsequent-section"><enum>578.</enum><header>Clarification regarding eligibility to transfer entitlement under Post-9/11 Educational Assistance Program</header><text display-inline="no-display-inline">Section 3319(j) of title 38, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HAF0B00DC59A347F092686EC5B44B4456" style="USC">

<paragraph display-inline="no-display-inline" id="H9E230314B680471A837D5773DB1B5D3C" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of Defense may not prescribe any regulation that would provide for a limitation on eligibility to transfer unused education benefits to family members based on a maximum number of years of service in the Armed Forces.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H0E406E8C9DE64F3BAE36D92CF2492F8F" section-type="subsequent-section"><enum>579.</enum><header display-inline="yes-display-inline">Annual State report card</header><text display-inline="no-display-inline">Section 1111(h)(1)(C)(ii)

of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 6311(h)(1)(C)(ii)) is amended by striking <quote>on active duty (as defined in section 101(d)(5) of such title)</quote>.</text></section>

<section id="HCFC66B52B91142B18989AD7E1E70CC90" section-type="subsequent-section" commented="no"><enum>580.</enum><header>Improvements to child care for members of the Armed Forces</header>

<subsection id="H214DBF5B41F54FC493C0C3E5FF0ADC01" commented="no"><enum>(a)</enum><header>Clarifying technical amendment to direct hire authority of the Department of Defense for child care services providers for department child development centers</header><text display-inline="yes-display-inline">Section 559(e) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 1792 note) is amended by inserting <quote>(including family childcare coordinator services and school age childcare coordinator services)</quote> after <quote>childcare services</quote>.</text></subsection>

<subsection id="H88466BF9BA854BAEA9420DE9A4C644EF" commented="no"><enum>(b)</enum><header>Assessment of financial assistance provided to civilian child care providers</header>

<paragraph id="H6E7493EE01424CD7B2EF9789C007C104" commented="no"><enum>(1)</enum><header>Assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall assess the maximum amount of financial assistance provided to eligible civilian providers of child care services or youth program services that furnish such service for members of the armed forces and employees of the United States under section 1798 of title 10, United States Code. Such assessment shall include the following:</text>

<subparagraph id="H7617FE218A5C4F3F968ACF487A0D5CDA" commented="no"><enum>(A)</enum><text>The determination of the Secretary whether the maximum allowable financial assistance should be standardized across the Armed Forces.</text></subparagraph>

<subparagraph id="HF1E385929639481AAE2145EE73ECC333" commented="no"><enum>(B)</enum><text>Whether the maximum allowable amount adequately accounts for high-cost duty stations.</text></subparagraph></paragraph>

<paragraph id="H8330410F01E9442C98FD3072BE36645A" commented="no"><enum>(2)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than June 1, 2020, the Secretary of Defense shall submit a report to the Committees on Armed Services of the Senate and the House of Representatives regarding the results of the assessment under paragraph (1) and any actions taken by the Secretary to remedy identified shortfalls in assistance described in that paragraph.</text></paragraph></subsection>

<subsection id="H8FDE97BA4B894C5884852CA2FB696B49" commented="no"><enum>(c)</enum><header>Reduction in wait lists for child care at military installations</header>

<paragraph id="HCAA4EC0694564C0BA3237FAC9DD0DD92" commented="no"><enum>(1)</enum><header>Remedial action</header><text display-inline="yes-display-inline">The Secretary of Defense shall take steps the Secretary determines necessary to reduce the waiting lists for child care at military installations to ensure that members of the Armed Forces have meaningful access to child care during tours of duty.</text></paragraph>

<paragraph id="H75EC8A4C29F94640ADB3D3565BB94AFB" commented="no"><enum>(2)</enum><header>Report</header><text>Not later than June 1, 2020, the Secretary of Defense shall provide a report to the Committees on Armed Forces of the Senate and the House of Representative regardingâ€"</text>

<subparagraph id="H8E7B5B990C2F491990B494935546E332" commented="no"><enum>(A)</enum><text>action taken under paragraph (1); and</text></subparagraph>

<subparagraph id="H448A6C6A38BA4777AD57022945C3A4BA" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">any additional resources (including additional funding for and child care facilities and workers) the Secretary determines necessary to increase access described in paragraph

(1).</text></subparagraph></paragraph></subsection>

<subsection id="H67D8C3E2B5F54646BA15CA6BDD1F32A6"><enum>(d)</enum><header>GAO review</header><text display-inline="yes-display-inline">The Comptroller General of the United States shall conduct a review of the assessments, actions, and determinations of the Secretary under subsections (b)(1) and (c). Not later than December 1, 2020, the Comptroller General shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report regarding the review performed under this subsection.</text></subsection>

<subsection id="H51C1C0010FDD4E64809F02B8F9F7C972" commented="no"><enum>(e)</enum><header>Assessment of accessibility of websites of the Department of Defense related to child care and spousal employment</header>

<paragraph id="H637717CCDEA54A2DAC0D908F2F018766" commented="no"><enum>(1)</enum><header>Assessment</header><text>The Secretary of Defense shall review the functions and accessibility of websites of the Department of Defense designed for members of the Armed Forces and the families of such members to access information and services offered by the Department regarding child care, spousal employment, and other family matters.</text></paragraph>

<paragraph id="H16F74E8AAF0B4BEBBD71493E7107AE57" commented="no"><enum>(2)</enum><header>Report</header><text>Not later than March 1, 2020, the Secretary of Defense shall provide a briefing to the Committees on Armed Services of the Senate and the House of Representatives regarding the results of the assessment under paragraph (1) and actions taken to enhance accessibility of the websites.</text></paragraph></subsection>

<subsection id="H7546619256574C2D8CEA8038EA3524B5" commented="no"><enum>(f)</enum><header>Portability of background investigations for child care providers</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall ensure that the background investigation and training certification for a child care provider employed by the Department of Defense in a facility of the Department may be transferred to another facility of the Department, without regard to which Secretary of a military department has jurisdiction over either such facility.</text></subsection></section>

<section id="H68AD3189914A4DBD8A54C67243A9101E" section-type="subsequent-section"><enum>580A.</enum><header>Transportation of remains of casualties; travel expenses for next of kin</header>

<subsection id="HCD6A0B6E7BEC4D65AAD8C1B776E94655"><enum>(a)</enum><header>Transportation for remains of a member who dies not in a theater of combat operations</header><text>Section 562 of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 10 U.S.C. 1482 note), as amended by section 573 of this Act, is further amendedâ€"</text>

<paragraph id="H2A81DB62E1D144CBA0D017FFF331F426"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="section" style="OLC">dying in a theater of combat operations</header-in-text></quote>; and</text></paragraph>

<paragraph id="HC650487A2D094A3D9078C832A138165B"><enum>(2)</enum><text>in subsection (a), by striking <quote>in a combat theater of operations</quote> and inserting <quote>outside of the United States</quote>.</text></paragraph></subsection>

<subsection id="H957658BCAF8E4F5C983A3306F65778C0"><enum>(b)</enum><header>Transportation for family</header><text>The Secretary of Defense shall extend travel privileges via Invitational Travel Authorization to family members of members of the Armed Forces who die outside of the United States and whose remains are returned to the United States through the mortuary facility at Dover Air Force Base, Delaware.</text></subsection></section>

<section id="H52424B0687F04C7BBEF346682995E0CB" section-type="subsequent-section"><enum>580B.</enum><header>Meetings of officials of the Department of Defense with representative groups of survivors of deceased members of the Armed Forces</header>

<subsection id="H1866BF64CE1B4FEDB4CD97AB6EC4B09F"><enum>(a)</enum><header>Chiefs of the Armed Forces</header><text display-inline="yes-display-inline">The Secretary of Defense shall direct the chiefs of the Armed Forces to meet periodically with representative groups of survivors of deceased members of the Armed Forces to receive feedback from those survivors regarding issues affecting such survivors. The Chief of the National Guard Bureau shall meet with representative groups of survivors of deceased members of the Air National Guard and the Army National Guard.</text></subsection>

<subsection id="H376B2EA6CFDB49F6AA82532177ECD21F"><enum>(b)</enum><header>Under Secretary of Defense for Personnel and Readiness</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Personnel and Readiness shall meet periodically with representative groups of survivors of deceased members of the Armed Forces to discuss policies of the Department of Defense regarding military casualties and Gold Star families.</text></subsection>

<subsection id="H42F2160030364F4B91CB62B4A8C6D2C5"><enum>(c)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than April 1, 2020, the Under Secretary of Defense for Personnel and Readiness shall brief the Committee on Armed Services of the House of Representatives regarding policies established and the results of the meetings under subsection (b).</text></subsection></section>

<section id="HF1EF6436196A4B81AB69948A4929F7F8"><enum>580C.</enum><header>Information and opportunities for registration for voting and absentee ballot requests for members of the Armed Forces undergoing deployment overseas</header>

<subsection id="H988595E3590742F3A9C41637F0B632A3"><enum>(a)</enum><header>In general</header><text>Not later than 45 days prior to a general election for Federal office, a member of the Armed Forces shall, upon request, be provided with the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H8E874ADDCC234C3286310F020DE18985"><enum>(1)</enum><text display-inline="yes-display-inline">A Federal write-in absentee ballot prescribed pursuant to section 103 of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20303), together with instructions on the appropriate use of the ballot with respect to the State in which the member is registered to vote.</text></paragraph>

<paragraph id="H24362E4307AB4AFAAE15F54C4BC09851"><enum>(2)</enum><text>In the case of a member intending to vote in a State that does not accept the Federal write-in absentee ballot as a simultaneous application and acceptable ballot for Federal elections, instructions on, and an opportunity to fill out, the official post card form for absentee voter registration application and absentee ballot application prescribed under section 101(b)(2) of the Uniformed and Overseas Citizens Absentee Voting Act (52 U.S.C. 20301(b)(2)).</text></paragraph></subsection>

<subsection id="HD8907F3BA88D4F629DDA4FD2EFDD1342"><enum>(b)</enum><header>Personnel responsible of discharge</header><text>Ballots and instructions pursuant to paragraph (1) of subsection (a), and briefings and forms pursuant to paragraph (2) of such subsection, shall be provided by Voting Assistance Officers or such other personnel as the Secretary of the military department concerned shall designate.</text></subsection></section>

<section id="H7F2AB81B37B14274A86A6EB735125DEA"><enum>580D.</enum><header>Study on two-way military ballot barcode tracking</header>

<subsection id="H30AF4A62AD8242D789E19192ED11B027"><enum>(a)</enum><header>Study</header><text>The Director of the Federal Voting Assistance Program of the Department of Defense shall conduct a study on the feasibility of a pilot program providing full ballot tracking of overseas military absentee ballots through the mail stream in a manner that is similar to the 2016 Military Ballot Tracking Pilot Program conducted by the Federal Voting Assistance Program.</text></subsection>

<subsection id="H5B97127E849E437F9287DA5462956041"><enum>(b)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Director shall submit to Congress a report on the results of the study conducted under subsection (a). The report shall includeâ€"</text>

WASHSTATEC009496

<paragraph id="H9B44D8468BE145738F25ADC60CABDBFD"><enum>(1)</enum><text>an estimate of the costs and requirements needed to conduct the pilot program described in subsection (a);</text></paragraph>

<paragraph id="H03E78C5A42D542CC95EC4C57BF995265"><enum>(2)</enum><text>a description of the organizations that would provide substantial support for the pilot program;</text></paragraph>

<paragraph id="H034B24DC76234433A43489C050444E91"><enum>(3)</enum><text>a time line for the phased implementation of the pilot program to all military personnel actively serving overseas;</text></paragraph>

<paragraph id="H19952ED1981E4138B93F993569658508"><enum>(4)</enum><text>a method to determine under the pilot program if a ballot was counted, and a way to provide such information to the member of the Armed Forces casting the vote; and</text></paragraph>

<paragraph id="H528B912917C64330B840B7CB1B594589"><enum>(5)</enum><text>a description of the efforts being undertaken to ensure a reliable and secure military ballot tracking system.</text></paragraph></subsection></section>

<section id="H16160A2C3374422A8A349B0D4DCBCEC4" section-type="subsequent-section"><enum>580E.</enum><header>Assistance to schools with military dependent students</header>

<subsection id="H3FCA8D21F4CB47BBA2CFC3385FAB7E9F"><enum>(a)</enum><header>Impact aid for children with severe disabilities</header>

<paragraph id="H6309AA0145324BF3A4A8C57E3E11BC84"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Of the amount authorized to be appropriated for fiscal year 2020 by section 301 and available for operation and maintenance for Defense-wide activities as specified in the funding table in section 4301, $10,000,000 shall be available for payments under section 363 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (Public Law 106â€"398; 20 U.S.C. 7703a).</text></paragraph>

<paragraph id="H9D4000926D2E4A49B87D2948955E46A3"><enum>(2)</enum><header>Use of certain amount</header><text display-inline="yes-display-inline">Of the amount available under paragraph (1) for payments as described in that paragraph, $5,000,000 shall be available for such payments to local educational agencies determined by the Secretary of Defense, in the discretion of the Secretary, to have higher concentrations of military children with severe disabilities. </text></paragraph></subsection>

<subsection id="H3D104A1A396B49958AEF7A47DACC82FD"><enum>(b)</enum><header>Assistance to schools with significant numbers of military dependent students</header><text display-inline="yes-display-inline">Of the amount authorized to be appropriated for fiscal year 2020 by section 301 and available for operation and maintenance for Defense-wide activities as specified in the funding table in section 4301, $40,000,000 shall be available only for the purpose of providing assistance to local educational agencies under subsection (a) of section 572 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109â€"163; 20 U.S.C. 7703b).</text></subsection>

<subsection id="H7ED48C89216E4E9B9CA4EF996A7F3793"><enum>(c)</enum><header>Local educational agency defined</header><text display-inline="yes-display-inline">In this section, the term <quote>local educational agency</quote> has the meaning given that term in section 7013(9) of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7713(9)).</text></subsection></section>

<section id="HFF0DA8E81268423D8B27F9ABAECB98E1"><enum>580F.</enum><header>First expansion of the My Career Advancement Account program for military spouses</header><text display-inline="no-display-inline">The Secretary of Defense shall modify the My Career Advancement Account program of the Department of Defense to ensure that military spouses participating in the program may receive financial assistance for the pursuit of a license, certification, or Associateâ€™s degree in any career field or occupation.</text></section>

<section id="H8B8EF1340E1D485CAE52526BFD5D03F1"><enum>580G.</enum><header>Second expansion of the My Career Advancement Account program for military spouses</header><text display-inline="no-display-inline">The spouse of a member of the Coast Guard may participate in the My Career Advancement Account program of the Department of Defense if the Coast Guard reimburses the Department of

Defense.</text></section>

<section id="H71EC4661A7114F998797919ED04BF446"><enum>580H.</enum><header>Report on training and support available to military spouses</header>

<subsection id="H72BA79189B214DA6B61E683AFBFFBF4B"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Personnel and Readiness shall submit to the committees on Armed Services of the Senate and the House of Representatives a report that includes a description of the following:</text>

<paragraph id="H7D74C69B29F646D5BA16C51C2FEFBDE1"><enum>(1)</enum><text display-inline="yes-display-inline">Financial literacy programs currently designed specifically for military spouses.</text></paragraph>

<paragraph id="HA4363F74750F4990B394901BC157E4A7"><enum>(2)</enum><text>Efforts to evaluate the effectiveness of financial literacy programs.</text></paragraph></subsection>

<subsection id="H01F9B64FE095482F9B7DF98A7971E49F"><enum>(b)</enum><header>Public availability</header><text>The report submitted under subsection (a) shall be made available on a publicly accessible website of the Department of Defense.</text></subsection></section>

<section id="HF678FCA4DE3D41ABBAFEAE9FAAD8F329"><enum>580I.</enum><header>Riâ€™katak Guest Student Program at United States Army Garrisonâˆ'Kwajalein Atoll</header>

<subsection id="HC91E04ADE3A04F438B035787553206A2"><enum>(a)</enum><header>Program authorized</header><text>The Secretary of the Army may conduct an assistance program to educate up to five local national students per grade, per academic year, on a space-available basis at the contractor-operated schools on United States Army Garrisonâ"€Kwajalein Atoll. The program shall be known as the <quote>Riâ€™katak Guest Student Program</quote>.</text></subsection>

<subsection id="HF28735E206434437B38B406479291BCA"><enum>(b)</enum><header>Student assistance</header><text>Assistance that may be provided to students participating in the program carried out pursuant to subsection (a) includes the following:</text>

<paragraph id="H771214C6A07642688B6B1F695FE43F26"><enum>(1)</enum><text>Classroom instruction.</text></paragraph>

<paragraph id="HD37D3B2A1C934B9FB84229929AC48069"><enum>(2)</enum><text>Extracurricular activities.</text></paragraph>

<paragraph id="H4EC1CB4B7F8849C7B4D1E7326DE0C0F8"><enum>(3)</enum><text>Student meals.</text></paragraph>

<paragraph id="H3A3A642BE83347929E686D07BFBBC82C"><enum>(4)</enum><text>Transportation.</text></paragraph></subsection></section></subtitle>

<subtitle id="HBC30A4E29D214654BA941BAE578468D8"><enum>I</enum><header>Decorations and Awards</header>

<section id="H5F9BB246CE294A1CA0125A706E900A4F"><enum>581.</enum><header>Modification of authorities on eligibility for and replacement of gold star lapel buttons</header>

<subsection id="H23D95F8244934AF39A37AC63801B2C66"><enum>(a)</enum><header>Expansion of authority To determine next of kin for issuance</header><text>Section 1126 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H08291B3396434544B27C1FA0DEA95FCD"><enum>(1)</enum><text>in subsection (a), by striking <quote>widows, parents, and</quote> in the matter preceding paragraph (1);</text></paragraph>

<paragraph id="H4749082F5BFA4CB3A0347D5F4CBC013B"><enum>(2)</enum><text>in subsection (b), by striking <quote>the widow and to each parent and</quote> and inserting <quote>each</quote>; and</text></paragraph>

<paragraph id="H81B982909CA14491AF9DDDE0CD14672E"><enum>(3)</enum><text>in subsection (d)â€"</text>

<subparagraph id="HF387A7B3340743D4B5FD828FC45BBB05"><enum>(A)</enum><text>by striking paragraphs (1), (2), (3), and (4) and inserting the following new paragraph (1):</text>

<quoted-block display-inline="no-display-inline" id="HD3EF62CD3FDE400DB299BF2D838EEAAE" style="OLC">

<paragraph id="H766B78A8139440AAB58C4F4A0F98C8D0"><enum>(1)</enum><text>The term <term>next of kin</term> means individuals standing in such relationship to members of the armed forces described in subsection (a) as the Secretaries concerned shall jointly specify in regulations for purposes of this section.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HFB15A9B7E01A4EF7B020C9EE97F2837C"><enum>(B)</enum><text>by redesignating paragraphs (5), (6), (7), and (8) as paragraphs (2), (3), (4), and (5), respectively.</text></subparagraph></paragraph></subsection>

<subsection id="H103AA5E683D449F3A41B16ADBCEF8182"><enum>(b)</enum><header>Replacement</header><text>Subsection (c) of such section is amended by striking <quote>and payment</quote> and all that follows and inserting <quote>and without cost.</quote>.</text></subsection></section>

<section id="H043D3C16B446462DBE9154CF956F5BF0"><enum>582.</enum><header>Standardization of honorable service requirement for award of military decorations</header>

<subsection id="HAF0A52632C7749DE9CB7020A2ECEC6F2"><enum>(a)</enum><header>Honorable service requirement</header>

<paragraph id="H91FF3FA4AF034123AA37843E81CFBB22"><enum>(1)</enum><header>In general</header><text>Chapter 57 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H6B8E06B8DAC940D79522B7529DD0E963" style="USC">

<section id="H7003FE76664E431EBF67B6E3B98DD476"><enum>1136.</enum><header>Honorable service requirement for award of military decorations</header><text display-inline="no-display-inline">No military decoration, including a medal, cross, or bar, or an associated emblem or insignia, may be awarded or presented to any person, or to a representative of the person, if the service of the person after the person distinguished himself or herself has not been honorable.</text></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6890001BA6C84CFAAC47C426B26938D5"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 57 of such title is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HB80EA80DC77B4C4EB6EE17720E80CB1C" style="OLC">

<toc>

<toc-entry bold="off" level="section">1136. Honorable service requirement for award of military decorations.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H019DAC4581CF43299DD5595E3B6A4136"><enum>(b)</enum><header>Conforming amendments</header><text>Title 10, United States Code, is further amended as follows:</text>

<paragraph id="H06A648EFE5944349B367497CF95E289A"><enum>(1)</enum><text>In section 7274â€"</text>

<subparagraph id="H4D53BCCC336F4BCD9AAF1FCAB273A06C"><enum>(A)</enum><text>in subsection (b), in the matter preceding paragraph (1), by striking <quote>subsection (d)</quote> and inserting <quote>subsection (c)</quote>;</text></subparagraph>

<subparagraph id="HF55F3A8181B34942B23B66EB74E138B2"><enum>(B)</enum><text>by striking subsection (c); and</text></subparagraph>

<subparagraph id="HE61A2852D4594EBBAC97182E18A616D8"><enum>(C)</enum><text>by

redesignating subsection (d) as subsection (c).</text></subparagraph></paragraph>

<paragraph id="H4B8D4550ABB8490B8497B3F5C533BDA9"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HBD47991C0D264D22A838DACEC60E2789"><enum>(A)</enum><text>Section 8299 is repealed.</text></subparagraph>

<subparagraph id="H05DDF48C20694FC0A81C25880BA7AD7C" indent="up1"><enum>(B)</enum><text>The table of sections at the beginning of chapter 837 is amended by striking the item relating to section 8299.</text></subparagraph></paragraph>

<paragraph id="H7A7324614B7645F18DA8848BEB7223B3"><enum>(3)</enum><text>In section 9274â€"</text>

<subparagraph id="H5C8BB8C1839B4404851A03B987884888"><enum>(A)</enum><text>in subsection (b), in the matter preceding paragraph (1), by striking <quote>subsection (d)</quote> and inserting <quote>subsection (c)</quote>;</text></subparagraph>

<subparagraph id="HEC1B30365CBF47B6937976FB34156D56"><enum>(B)</enum><text>by striking subsection (c); and</text></subparagraph>

<subparagraph id="HCB32F2BB936B4FD0AC18B4888A3F9173"><enum>(C)</enum><text>by redesignating subsection (d) as subsection (c).</text></subparagraph></paragraph>

<paragraph id="H69F8D0F44040453B83AC9F44B529B02D"><enum>(4)</enum><text>In section 9279, by striking subsection (c).</text></paragraph></subsection></section>

<section id="H4CD26FA1210F4D069E6CDE6EB7B5C67C"><enum>583.</enum><header>Authorization for award of the Medal of Honor to John J. Duffy for acts of valor in Vietnam</header>

<subsection id="HC082ABA804034750B370C7EF4C19BE0F"><enum>(a)</enum><header>Waiver of time limitations</header><text>Notwithstanding the time limitations specified in section 7274 of title 10, United States Code, or any other time limitation with respect to the awarding of certain medals to persons who served in the Armed Forces, the President may award the Medal of Honor under section 7271 of such title to John J. Duffy for the acts of valor in Vietnam described in subsection (b).</text></subsection>

<subsection id="H403B218D1B454060AC090CFBEE1BB894"><enum>(b)</enum><header>Acts of valor described</header><text>The acts of valor referred to in subsection (a) are the actions of John J. Duffy on April 14 and 15, 1972, in Vietnam for which he was previously awarded the Distinguished-Service Cross.</text></subsection></section>

<section id="H32ED15908F9148F581D80476DB22BDC3" section-type="subsequent-section"><enum>584.</enum><header>Review of World War I valor medals</header>

<subsection id="H4F79D458A6C0462C894AD444786BDAE3"><enum>(a)</enum><header>Review required</header><text>Each Secretary concerned shall review the service records of World War I veterans described in subsection (b) under the jurisdiction of such Secretary in order to determine whether any such veteran should be awarded the Medal of Honor for valor during World War I.</text></subsection>

<subsection id="H0DCFB85827E947AD80B0823F6B84DA5B"><enum>(b)</enum><header>Covered World War I veterans</header><text>The World War I veterans whose service records may be reviewed under subsection (a) are the following:</text>

<paragraph id="HD289D5C2265648CCA4441C62A16EB0F9"><enum>(1)</enum><text>African American war veterans, Asian American war veterans, Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were awarded the Distinguished Service Cross or the Navy Cross for an action that occurred between April 6, 1917, and November 11, 1918.</text></paragraph>

<paragraph id="HCEA408D01DE74708B357BC4AB9878A78"><enum>(2)</enum><text display-inline="yes-display-inline">African American war veterans, Asian American war veterans, Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were awarded the Croix de Guerre with Palm (that is, awarded at the Army level or above) by the Government of France for an action that occurred between April 6, 1917, and November 11, 1918.</text></paragraph>

<paragraph id="H3803E363BA4A4D51972781A2FCCED3C3"><enum>(3)</enum><text display-inline="yes-display-inline">African American war veterans, Asian American war veterans,

Hispanic American war veterans, Jewish American war veterans, and Native American war veterans who were recommended for a Medal of Honor for actions that occurred from April 6, 1917, to November 11, 1918, if the Department of Defense possesses or receives records relating to such recommendation.</text></paragraph></subsection>

<subsection id="H2A89F995237A409FB565544D86801520"><enum>(c)</enum><header>Recommendation based on review</header><text>If a Secretary concerned determines, based upon the review under subsection (a), that the award of the Medal of Honor to a covered World War I veteran is warranted, such Secretary shall submit to the President a recommendation that the President award the Medal of Honor to that veteran.</text></subsection>

<subsection id="H3A80135EF6624CA7B31C1F8F64A103CD"><enum>(d)</enum><header>Authority To award Medal of Honor</header><text>The Medal of Honor may be awarded to a World War I veteran in accordance with a recommendation of a Secretary concerned under subsection (c).</text></subsection>

<subsection id="H898C29938D2B44859C5CC18C57866B8F"><enum>(e)</enum><header>Waiver of time limitations</header><text>An award of the Medal of Honor may be made under subsection (d) without regard toâ€"</text>

<paragraph id="H337092E43215490196CA87A327F2ED89"><enum>(1)</enum><text>section 7274 or 8298 of title 10, United States Code, as applicable; and</text></paragraph>

<paragraph id="H08F72B7CC6EE472B88EB5FC4171A642F"><enum>(2)</enum><text>any regulation or other administrative restriction onâ€"</text>

<subparagraph id="H625C160023204A0F9EEB1752D3E8DD34"><enum>(A)</enum><text>the time for awarding the Medal of Honor; or</text></subparagraph>

<subparagraph id="H5A942C97CA0D4CEF91DB6D2954B4040A"><enum>(B)</enum><text>the awarding of the Medal of Honor for service for which a Distinguished Service Cross or Navy Cross has been awarded.</text></subparagraph></paragraph></subsection>

<subsection id="HB3309FD893004B1186C7CBB7E8F1C804"><enum>(f)</enum><header>Deadline</header><text>The review under subsection (a) shall terminate not later than five years after the date of the enactment of this Act.</text></subsection>

<subsection id="HDABDD5CB698C4D93BC9DC016CDABF898"><enum>(g)</enum><header>Definitions</header>

<paragraph id="H97D8E9A23A16425B9A20E59825A52419"><enum>(1)</enum><header>In general</header><text>In this section:</text>

<subparagraph id="H016801C973134106B5790D92F3D71885"><enum>(A)</enum><header>African American war veteran</header><text>The term <quote>African American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as of African descent on his military personnel records.</text></subparagraph>

<subparagraph id="H41AEDA09F99F4C899DB4386108F5A239"><enum>(B)</enum><header>Asian American war veteran</header><text>The term <quote>Asian American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself racially, nationally, or ethnically as originating from a country in Asia on his military personnel records.</text></subparagraph>

<subparagraph id="H2B21D2055EAC4BC697012806584967B1"><enum>(C)</enum><header>Hispanic American war veteran</header><text>The term <quote>Hispanic American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself racially, nationally, or ethnically as originating from a country where Spanish is an official language on his military personnel records.</text></subparagraph>

<subparagraph id="H67D034A0139C45A78AEDA6E42E9707D4"><enum>(D)</enum><header>Jewish American war veteran</header><text>The term <quote>Jewish American war veteran</quote> mean any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as Jewish on his military personnel records.</text></subparagraph>

<subparagraph id="H0DDA4C45F8E84CF299A3AA7C4166270C"><enum>(E)</enum><header>Native American war veteran</header><text>The term <quote>Native American war veteran</quote> means any person who served in the United States Armed Forces between April 6, 1917, and November 11, 1918, and who identified himself as a member of a federally recognized tribe within the modern territory of the United States on his military personnel records.</text></subparagraph>

<subparagraph id="H0378677C89FD42669F0AE37CC3ACDAA9"><enum>(F)</enum><header>Secretary concerned</header><text>The term <quote>Secretary concerned</quote> meansâ€"</text>

<clause id="H18A4557109414D21BA7DD7230CD8ADB0"><enum>(i)</enum><text>the Secretary of the Army, in the case of members of the Armed Forces who served in the Army between April 6, 1917, and November 11, 1918; and</text></clause>

<clause id="H28EB5F4C9C534E9ABD61E328AB53EBF7"><enum>(ii)</enum><text>the Secretary of the Navy, in the case of members of the Armed Forces who served in the Navy or the Marine Corps between April 6, 1917, and November 11, 1918.</text></clause></subparagraph></paragraph>

<paragraph id="HAFA6FE363A764F40873FCCE41A952A42"><enum>(2)</enum><header>Application of definitions of origin</header><text>If the military personnel records of a person do not reflect the personâ€™s membership in one of the groups identified in subparagraphs (B) through (F) of paragraph (1) but historical evidence exists that demonstrates the personâ€™s Jewish faith held at the time of service, or that the person identified himself as of African, Asian, Hispanic, or Native American descent, the person may be treated as being a member of the applicable group by the Secretary concerned for purposes of this section.</text></paragraph></subsection></section></subtitle>

<subtitle id="H038A97413575438F87B183FB13A57402"><enum>J</enum><header>Miscellaneous Reports and Other Matters</header>

<section id="H26E65DFF77A74170BD0A7172ACF831DD" section-type="subsequent-section"><enum>591.</enum><header>Clarification of the term <quote>assault</quote> for purposes of Workplace and Gender Relations Surveys</header>

<subsection id="HAE5FAF86F3B4431D9020D8B3B1565955"><enum>(a)</enum><header>Surveys of members of the Armed Forces</header><text display-inline="yes-display-inline">Section 481 of title 10, United States Code, is amended by inserting <quote>(including unwanted sexual contact)</quote> after <quote>assault</quote> each place it appears.</text></subsection>

<subsection id="H24EA8CD7E30B44C2AF5C25B605B732D9"><enum>(b)</enum><header>Surveys of civilian employees of the Department of Defense</header><text display-inline="yes-display-inline">Section 481a of title 10, United States Code, is amended by inserting <quote>(including unwanted sexual contact)</quote> after <quote>assault</quote> each place it appears.</text></subsection>

<subsection id="HE19899E3CCC449F6B7CF23FDC1865C30"><enum>(c)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by subsections (a) and (b) shall take effect on the date of the enactment of this Act and shall apply with respect to surveys under sections 481 and 481a of title 10, United States Code, that are initiated after such date.</text></subsection></section>

<section id="HA7D24AEE5C094032B44C0FEEAEB2D96B"><enum>592.</enum><header>Inclusion of certain veterans on temporary disability or permanent disabled retirement lists in military adaptive sports programs</header>

<subsection id="H2FAAA38302FE4587BB35293AC4A7E633"><enum>(a)</enum><header>Inclusion of certain veterans</header><text>Subsection (a)(1) of section 2564a of title 10, United States Code, is amended by striking <quote>for members of the armed forces who</quote> and all that follows through the period at the end and inserting the following: â€œforâ€"</text>

<quoted-block display-inline="no-display-inline" id="H6216FA4AECC74467A6D2A5E2665572B9" style="OLC">

<subparagraph id="HE056704EDF38443B81512E4401DE1C79"><enum>(A)</enum><text>any member of the armed forces who is eligible to participate in adaptive sports because of an injury, illness, or wound incurred in the line of duty in the armed forces; and</text></subparagraph>

<subparagraph id="HC651A269877742D0BE9D28DA389C7776"><enum>(B)</enum><text>any veteran (as defined in section 101 of title 38), during the one-year period following the veteranâ€™s date of separation, whoâ€"</text>

<clause id="H5A2C6F2A8F42489080F42EDDBA37FDF0"><enum>(i)</enum><text>is on the Temporary Disability Retirement List or Permanently Disabled Retirement List;</text></clause>

<clause id="H6CC5CCBD7DD749F0B43F8F5DB554A957"><enum>(ii)</enum><text>is eligible to participate in adaptive sports because of an injury, illness, or wound incurred in the line of duty in the armed forces; and</text></clause>

<clause id="HFAC9E4ABDE8243638C7038F38F21EBE2"><enum>(iii)</enum><text>was enrolled in the program authorized under this section prior to the veteranâ€™s date of separation.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H0ACFC3331CDF42E4BF043C50F515C54F"><enum>(b)</enum><header>Conforming amendment</header><text>Subsection (b) of such section is amended by inserting <quote>and veterans</quote> after <quote>members</quote>.</text></subsection>

<subsection id="HAB60515B892A4E89A05EF77FA73F7F68"><enum>(c)</enum><header>Clerical amendments</header>

<paragraph id="H1EF06AA7D5F54EC1AB3F621AC1F765B7"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HB1B5FD4B3FB240D88A6D2547CAE8A0A4" style="USC">

<section id="H4B6AC6AC65FF4AD5B82632612D59806F"><enum>2564a.</enum><header>Provision of assistance for adaptive sports programs: members of the armed forces; certain veterans</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H47FA4441EC6E49C49EE2F72AE4D7F9FE"><enum>(2)</enum><header>Table of section</header><text>The table of sections at the beginning of chapter 152 of such title is amended by striking the item relating to section 2564a and inserting the following new item:</text>

<quoted-block id="H6F7F8A2A16CF4299A449E35C4B962954" style="USC">

<toc>

<toc-entry idref="H4B6AC6AC65FF4AD5B82632612D59806F" level="section">2564a. Provision of assistance for adaptive sports programs: members of the armed forces; certain veterans.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H31D7C803E17048478C1776788151AB21"><enum>593.</enum><header>Questions in surveys regarding extremist activity in the workplace</header><text display-inline="no-display-inline">The Secretary of Defense shall include in appropriate surveys administered by the Department of Defense questions regarding whether respondents have everâ€"</text>

<paragraph id="HA73BDA4ED736445186B682510A32CAD2"><enum>(1)</enum><text>experienced or witnessed extremist activity in the workplace; or</text></paragraph>

<paragraph id="HBD94251171A54E74A3D5CEC9A98A9FF9"><enum>(2)</enum><text>reported such activity.</text></paragraph></section>

<section id="H6967AA7350014A9AA66F29EAAB9530F7"><enum>594.</enum><header>Study on best practices for providing financial literacy education for separating members of the Armed Forces</header>

<subsection id="H97E2CC466E734632B283A3AECCCA8373"><enum>(a)</enum><header>Study required</header><text display-inline="yes-display-inline">The Secretary of Defense, and with respect to members of the Coast Guard, in coordination with the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Navy, shall conduct a study on the best practices to provide financial literacy education for separating members of the Armed Forces. </text></subsection>

<subsection id="H7EF23A3FC0444BAEBDAAA2F91DE60E5B"><enum>(b)</enum><header>Elements</header><text>The study required by subsection (a) shall includeâ€"</text>

<paragraph id="HE512B04AFB904E93B92955AE07AA9E31"><enum>(1)</enum><text>an examination, recommendations, and reporting on best practices for providing financial literacy education to separating members of the Armed Forces; and</text></paragraph>

<paragraph id="H8615E5B168EE48A5A44FA6070EACA3D3"><enum>(2)</enum><text>detailed current financial literacy programs for separating members of the Armed Forces.</text></paragraph></subsection>

<subsection id="HA85518F6ED3F4400B24659690C9155BD"><enum>(c)</enum><header>Consultation</header><text>In conducting the study required by subsection (a), the Secretaries shall consult with the Financial Literacy and Education Commission of the Department of the Treasury.</text></subsection>

<subsection id="H5D71D4387CE8405384E527620D2F787E"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the committees on Armed Services of the Senate and the House of Representatives a report on the study under subsection (a).</text></subsection>

<subsection id="HA90D13E0836A448891F95FC5C023B21C"><enum>(e)</enum><header>Financial literacy defined</header><text>In this section, the term <quote>financial literacy</quote> means education regarding personal finance including the insurance, credit, loan, banking, career training and education benefits available to veterans.</text></subsection></section>

<section id="H12A52A996E03418AAE77BF8D0E6B4D32"><enum>595.</enum><header>Report on oversight of authorized strengths of certain grades of commissioned regular and reserve officers of the Armed Forces</header>

<subsection id="H496EA822019743289039337E9C6040F4"><enum>(a)</enum><header>Report required</header><text>Not later than April 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on oversight of the authorized strengths of commissioned regular officers of the Armed Forces and commissioned reserve officers of the Armed Forces in the grades as follows:</text>

<paragraph id="H899E8C6A88674749B292F1908AD3BC14"><enum>(1)</enum><text>The grades of major, lieutenant colonel, and colonel in the Army, the Air Force, and the Marine Corps.</text></paragraph>

<paragraph id="HD2A730D6A1C64158BD846755B9D780FF"><enum>(2)</enum><text>The grades of lieutenant commander, commander, and captain in the Navy.</text></paragraph></subsection>

<subsection id="HFF95F436F0DE4CD9AC2333B3372332BB"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H5CEE0A3177F1417AB92B960A8D07946C"><enum>(1)</enum><text>Such recommendations as the Secretary considers appropriate on mechanisms to improve Department of Defense oversight, and oversight by Congress, of the authorized strengths of commissioned officers in the grades specified in subsection (a), including the following:</text>

<subparagraph id="H79D39A6340FB40CBA47EF4AA4185CC61"><enum>(A)</enum><text>An analysis of the history of each military department in complying with the authorized strengths and strengths in grade specified in sections 523 and 12005 of title 10, United States Code, including a description ofâ€"</text>

<clause id="H98D0CA7F6CF248ED996E13526F697CAB"><enum>(i)</enum><text>the number of officers in each grade and Armed Force concerned as of the end of each fiscal year between fiscal year 2010 and fiscal year 2019; and</text></clause>

<clause id="H426124F4195D487A92A0D4C2224A1310"><enum>(ii)</enum><text>the number of officers authorized for such grade and Armed Force as of the end of such fiscal year

under the applicable section.</text></clause></subparagraph>

<subparagraph id="H4A0BFB1DB35A4E4883C0C3819FB37119"><enum>(B)</enum><text>An assessment of the feasibility and advisability of submitting to Congress each year a request for an authorization for officers serving in the grades currently covered by the tables in section 523 of title 10, United States Code.</text></subparagraph>

<subparagraph id="H1132C15D0F3849D1ADCCB6E067B62FEF"><enum>(C)</enum><text>An assessment of the feasibility and advisability of submitting to Congress each year a proposal for legislation to update the tables in such section.</text></subparagraph>

<subparagraph id="HD3B6F19CF59A4462923F273172C7091E"><enum>(D)</enum><text>An assessment of the advisability of converting the authorization for end strengths for regular officers in the grades specified in subsection (a) to a percentage-based approach like that currently utilized for reserve officers in section 12005 of title 10, United States Code.</text></subparagraph></paragraph>

<paragraph id="HAEE4234FAFE34986BD43BD90B705E7F8"><enum>(2)</enum><text>Such other recommendations as the Secretary considers appropriate to improve the effectiveness of the oversight by Congress of the number of commissioned regular and reserve officers of the Armed Forces in the grades specified in subsection (a).</text></paragraph></subsection></section>

<section id="HD0F934FEE5F347ADB9A8B59C434991C1"><enum>596.</enum><header>Report on certain waivers</header>

<subsection id="HBE32A2159D1645C3997D4494E6379A1B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, and annually thereafter during the two subsequent calendar years, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report identifying, with respect to the reporting period for such report, and disaggregated by Armed Force, the following:</text>

<paragraph id="H0E254F74E7684239A221DE8F89FE9057"><enum>(1)</enum><header>Accession and commission</header>

<subparagraph id="H419DF4410ED34679B964E12E52871C09"><enum>(A)</enum><text display-inline="yes-display-inline">The number of individuals who were processed by a Secretary of a military department for a medical accession or commissioning qualification determination on or after April 12, 2019.</text></subparagraph>

<subparagraph id="H1D7B21530D7545B28F4A82B4C564C920"><enum>(B)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (A), the number of such individuals who were found medically disqualified pursuant to the standards established in DTMâ€"19â€"004 regarding enlistment in or commission as an officer of an Armed Force under the jurisdiction of the Secretary of a military department.</text></subparagraph>

<subparagraph id="H5E1CE9CC375E4F1E9C55B697A55D6723"><enum>(C)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (A), the number of such individualsâ€"</text>

<clause id="HA99ACAE1DB124759A5987191A0BD06CA"><enum>(i)</enum><text display-inline="yes-display-inline">described in section I.b.(1), 1.b(2), 1.b(3), or II.b.(1) of attachment 3 to DTMâ€"19â€"004; and</text></clause>

<clause id="HE5BD02D89B7A4DF5BC69A2EB977E4F08"><enum>(ii)</enum><text display-inline="yes-display-inline">who did not require a waiver or exception to standards described in subparagraph (B).</text></clause></subparagraph>

<subparagraph id="HA26A98A9D9F74855A581D7677AF56818"><enum>(D)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (C), the number of such individuals who enlisted or were commissioned.</text></subparagraph>

<subparagraph id="H75D1B62BC3624AADB9BC740CEB8DF7F2"><enum>(E)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (B), the number of such individuals who were considered for a waiver or exception to standards described in subparagraph (B).</text></subparagraph>

<subparagraph id="H6EFDE4E9F1604B868B14D6486BB978F6" display-inline="no-display-

inline"><enum>(F)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (E), the number of such individuals who were denied such a waiver or exception.</text></subparagraph>

<subparagraph id="H59DF5A5A3D274F7580C407DEBF706B6A"><enum>(G)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (E), the number of such individuals who received such a waiver or exception.</text></subparagraph>

<subparagraph id="H7FF4E37293144DC096618FC99F1BA25D" display-inline="no-display-inline"><enum>(H)</enum><text display-inline="yes-display-inline">Of the individuals described in subparagraph (G), the number of such individuals who enlisted or were commissioned.</text></subparagraph></paragraph>

<paragraph id="H74D1B0459C554557B0233D47BECE20FF"><enum>(2)</enum><header>Retention</header>

<subparagraph id="H7DBCB4CCEBF848BE860522978E231947"><enum>(A)</enum><text display-inline="yes-display-inline">The number of members of each Armed Force under the jurisdiction of the Secretary of a military department who received a diagnosis of gender dysphoria on or after April 12, 2019.</text></subparagraph>

<subparagraph id="H74718690EEF24288BB3C0ECC7345EFD9"><enum>(B)</enum><text display-inline="yes-display-inline">Of the members described in subparagraph (A), the number of members who wereâ€"</text>

<clause id="H32C96768F2474CCFADA126EBF8514AA9"><enum>(i)</enum><text>referred to the Disability Evaluation System; or</text></clause>

<clause id="H03A769F44638404486B2F00F8B0C447E"><enum>(ii)</enum><text>subject to processing for administrative separation based on conditions and circumstances not constituting a physical disability that interfered with assignment to or performance of duty.</text></clause></subparagraph>

<subparagraph id="H8FB250C736B44C7FB1C41ACA97EB3998"><enum>(C)</enum><text display-inline="yes-display-inline">Of the members described in subparagraph (A), the number of members who were subsequently considered for a waiver or exception to standards established in DTMâ€"19â€"004 to permit those members to serve in other than the biological sex of each such member.</text></subparagraph>

<subparagraph id="H7FB932A2B4DB40D1B1376713D93386A3"><enum>(D)</enum><text display-inline="yes-display-inline">Of the members described in subparagraph (C), the number of members who were granted such a waiver or exception.</text></subparagraph>

<subparagraph id="H198F4729EAFE45D696E035AA6C130419"><enum>(E)</enum><text>Of the members described in subparagraph (C), the number of members who were denied such a waiver or exception.</text></subparagraph>

<subparagraph id="H4FAD8A76C8CC413EAAE2D57EE13DFA5A"><enum>(F)</enum><text display-inline="yes-display-inline">Of the members described in subparagraph (E), the number of members who were discharged because of such denial, aggregated by characterization of discharge.</text></subparagraph></paragraph></subsection>

<subsection id="H0AE5C6152617441F89CD0A7D7C72A120"><enum>(b)</enum><header>Protection of certain information</header><text>No report submitted under this section may contain any personally identifiable information or protected health information of any individual.</text></subsection>

<subsection id="H0EA987E7232F40A48AA704BCF870DB34" display-inline="no-display-inline"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H0B49387754D44D7CB39195DC36FF9CF7"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>DTMâ€"19â€"004</quote> means the memorandumâ€"</text>

<subparagraph id="HF6068195AAD94CD1853A69207ACD6BC4"><enum>(A)</enum><text>issued by the Office of the Deputy Secretary of Defense;</text></subparagraph>

<subparagraph id="H9C4328EA04F944C998F68C88FDB534A6"><enum>(B)</enum><text>dated March 12, 2019; and</text></subparagraph>

<subparagraph id="H2F19ABEB640A4983BB1653CCA0884820"><enum>(C)</enum><text>with the subject heading <quote>Directive-type Memorandum (DTM)â€"19â€"004â€"Military Service by Transgender Persons and Persons with Gender Dysphoria</quote>.</text></subparagraph></paragraph>

<paragraph id="H86238992ABDB42699C7618FA836B0A19"><enum>(2)</enum><text display-inline="yes-display-inline">The terms <quote>exempt individuals</quote> and <quote>nonexempt individuals</quote> have the meanings given those terms in attachment 3 to DTMâ€"19â€"004.</text></paragraph>

<paragraph id="H647A5DE25B544D13AB96FE07AEFC7C44"><enum>(3)</enum><text>The term <quote>reporting period</quote> means, with respect to a report submitted under subsection (a), the calendar year most recently completed before the date on which such report is to be submitted.</text></paragraph></subsection></section>

<section id="HB50E871D22224F598F1136F54B78B89A"><enum>597.</enum><header>Notifications on manning of afloat naval forces</header>

<subsection id="H02D24139A3B546BBBB494A92E498F304"><enum>(a)</enum><header>In general</header><text>The Secretary of the Navy shall notify the congressional defense committees, in writing, not later than 30 days after the end of each fiscal year quarter, of each covered ship (if any) that met either condition as follows:</text>

<paragraph id="H6D9EB94B016F4C548B1216F306C7903C"><enum>(1)</enum><text>The manning fit for such ship was less than 87 percent for more than 14 days during such fiscal year quarter.</text></paragraph>

<paragraph id="H5A331D7728894C2498AFE92D959E450D"><enum>(2)</enum><text>The manning fill for such ship was less than 90 percent for more than 14 days during such fiscal year quarter.</text></paragraph></subsection>

<subsection id="HA730BA0ABFCC40A1AFE07A84638D141E"><enum>(b)</enum><header>Elements</header><text>The notification required by subsection (a) shall include, with respect to a covered ship, the following:</text>

<paragraph id="H91B6285A40944DEDA5952970A731E1E9"><enum>(1)</enum><text>The name and hull number of the ship.</text></paragraph>

<paragraph id="HBA96359EE637433282F17CBF91EE84A4"><enum>(2)</enum><text>The homeport location of the ship.</text></paragraph>

<paragraph id="H79181D8B7D1D42A8AA245AC082AFD992"><enum>(3)</enum><text>The current manning fit and fill of the ship.</text></paragraph>

<paragraph id="H2AE1D6DB8265481C926B1AF74F80D7AF"><enum>(4)<italic/></enum><text>If the lowest level of manning fit or manning fill for the ship occurred during the fiscal year quarter concerned, the level concerned and the date on which such level occurred.</text></paragraph>

<paragraph id="HF7E673E4C97944829D6B2EDFAD9439B5"><enum>(5)</enum><text>If the lowest level of manning fit or manning fill for the ship is projected to occur after the fiscal year quarter concerned, the projected level and the date on which such level is projected to occur.</text></paragraph>

<paragraph id="H0037C12D9A7D452DB39C90F04F12F4E4"><enum>(6)</enum><text>If not achieved as of the date of the notification the projected date on which the Navy will achieve a manning fit and fill at least 87 percent and 90 percent, respectively, for the ship.</text></paragraph>

<paragraph id="HD92962402C524D93A5E67F3EC673AD51"><enum>(7)</enum><text>If not achieved as of the date of the notification, the projected date on which the Navy will achieve a manning fit and fill of at least 92 percent and 95 percent, respectively, for the ship.</text></paragraph>

<paragraph id="H6EA0A675BCC94DF3B9CAAB2A6CBF59A6"><enum>(8)</enum><text>A description of the reasons the Navy has not achieved, or will not achieve, as applicable, manning fit and fill of at least 87 percent and 90 percent, respectively, for the ship, including a detailed description of the specific ratings or skillset areas that must be manned to achieve those percentages.</text></paragraph>

<paragraph id="HBDC607C389FC4D1696C1981A02FF77A8"><enum>(9)</enum><text>A description

of corrective actions the Navy is taking to improve manning fit or manning fill on the ship.</text></paragraph></subsection>

<subsection id="H534E842A2400437DBBB1FA45EAEB6E50"><enum>(c)</enum><header>Special rule</header><text>For purposes of determining whether a percentage of manning fit or manning fill has been achieved, a sailor in a more senior paygrade may count as filling the billet of a more junior paygrade, but a sailor in a more junior paygrade may not count as filling the billet of a more senior paygrade.</text></subsection>

<subsection id="H7C4FE0C4FB7A40009DF9A84F3BFF504B"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HA48E293AB7F8437A92AA82596D44D1AD"><enum>(1)</enum><header>Manning fit</header><text>The term <term>manning fit</term>, in the case of a ship, means the skills (rating), specialty skills (Navy Enlisted Classifications), and experience (paygrade) for the ship when compared with the ship manpower document requirement and billets authorized for such skills and experience.</text></paragraph>

<paragraph id="HCF2BBB0B1FCB490E8B0510DC26BA3594"><enum>(2)</enum><header>Manning fill</header><text>The term <term>manning fill</term>, in the case of a ship, means the total number of military personnel assigned to the ship by rating when compared with the ship manpower document requirement and billets authorized for the ship by rating.</text></paragraph>

<paragraph id="H23A96F50F79F4D728871129457F8078D"><enum>(3)</enum><header>Covered ship</header><text>The term <term>covered ship</term> means a commissioned battle force ship that is included in the battle force count of the Naval Vessel Register.</text></paragraph></subsection>

<subsection id="H8D8BECA60BDA4A4AA1D7C6E15C42AFD4"><enum>(e)</enum><header>Sunset</header><text>The requirement to submit notifications under subsection (a) with respect to fiscal year quarters shall cease beginning with fiscal year quarters in fiscal year 2025.</text></subsection>

<subsection id="H5A86015049DB40C2AEB5841FA50079F9"><enum>(f)</enum><header>Repeal of superseded requirements</header><text>Section 525 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1757; 10 U.S.C. 8013 note) is repealed.</text></subsection></section>

<section id="HC395FE8C84494BEC90F39ED2CE21EEF1" section-type="subsequent-section"><enum>598.</enum><header>Report regarding use of aerial systems of the Department of Defense to support agencies of States, Territories, and the Federal Government</header>

<subsection id="H3460830505E64C05883ED7304D2ACA6A"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Chief of the National Guard Bureau, shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report regarding the requirements, policies, and procedures governing the use of manned and unmanned aerial systems of the Department of Defense to support State and Federal agencies.</text></subsection>

<subsection id="H662D121EEAAA458D90C9C76400A67DBE"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall include the following:</text>

<paragraph id="HF311AFDCB30247A888702A2EABBA4897"><enum>(1)</enum><text display-inline="yes-display-inline">A description of requirements for providing support to State and Federal agencies that the Secretary considers appropriate for planning, programming and budgeting resources.</text></paragraph>

<paragraph id="H787C38077DA8489EA2E995CEA9804EEB"><enum>(2)</enum><text display-inline="yes-display-inline">A description of manned and unmanned aerial systems that the Secretary regularly provides to support State and Federal agencies, including examples of support provided, and length of time to approve requests.</text></paragraph>

<paragraph id="H0FC31CC3134A49EDA1B058BF78D0E976"><enum>(3)</enum><text display-

inline="yes-display-inline">A list of requests for such aerial systems from State and Federal agencies during fiscal year 2019 that the Secretary denied and the reason each such request was disapproved.</text></paragraph>

<paragraph id="H32C2AEBC6C5544CEA753D62C8CA34D9F"><enum>(4)</enum><text display-inline="yes-display-inline">An overview of current policies and procedures governing the use of such aerial systems by States and Federal agencies, includingâ€"</text>

<subparagraph id="HF3456EA9DD7F41A09C7EB36A14E35EAE"><enum>(A)</enum><text display-inline="yes-display-inline">procedures a State or Federal agency must follow to obtain use of such aerial systems for natural disasters and search and rescue operations;</text></subparagraph>

<subparagraph id="HA6ADD6F7FB9C46EFBE43FC7760E259BD"><enum>(B)</enum><text>the typical amount of time needed to process such requests, and whether such procedures can be streamlined; and</text></subparagraph>

<subparagraph id="H65F2F7EFB4774B75A7A6BE3AA7B095D1"><enum>(C)</enum><text>to what extent different policies and procedures apply to unmanned aerial systems versus manned aerial systems.</text></subparagraph></paragraph>

<paragraph id="H911429BED37748CA80D0264478D8274E"><enum>(5)</enum><text display-inline="yes-display-inline">A description of the different categories of unmanned aerial systems of the Department of Defense, how such categories are managed, and whether the criteria for such categories affect the ability of the Secretary to use unmanned aerial systems to support State or Federal agencies.</text></paragraph>

<paragraph id="H00C0F12F755D45D1B9B0E8480FAE1B30"><enum>(6)</enum><text display-inline="yes-display-inline">An explanation of any restrictions on the use of such unmanned aerial systems underâ€"</text>

<subparagraph id="H169E1FA047DA4579BE8E1CE56168E06D"><enum>(A)</enum><text>the <quote>Guidance for the Domestic Use of Unmanned Aircraft Systems in U.S. National Airspace</quote>, dated August 18, 2018; </text></subparagraph>

<subparagraph id="H51438974910242F6936EF62133A9B05F"><enum>(B)</enum><text>Department of Defense Instruction 3025.18 <quote>Defense Support to Civil Authorities</quote>; and</text></subparagraph>

<subparagraph id="H819D0F30204D4FF68E79BC69E7696CAD"><enum>(C)</enum><text display-inline="yes-display-inline">other relevant guidance of the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="H604E56A7F929468C8E0ABD41561B3547"><enum>(7)</enum><text>Whether restrictions described in paragraph (6) apply differently to regular members of the Armed Forces serving on active duty and to members of the National Guard.</text></paragraph>

<paragraph id="H6119E031B3E24469A0F4B599437D1108"><enum>(8)</enum><text display-inline="yes-display-inline">Whether members of the National Guard may operate the different categories of such unmanned aerial systems when operating under section 502(f) of title 32, United States Code.</text></paragraph>

<paragraph id="HD5A238D134C24420BF2D48373D30F601"><enum>(9)</enum><text display-inline="yes-display-inline">An analysis of how the Secretary may improve access to and knowledge of States and Federal agencies regarding the availability of such unmanned aerial systems and related request procedures.</text></paragraph>

<paragraph id="HF0FA7B63F181416986D31B34F14C7CAF"><enum>(10)</enum><text display-inline="yes-display-inline">Whetherâ€"</text>

<subparagraph id="HB1F30E129A7540BF922A23DD6E05AAB1"><enum>(A)</enum><text display-inline="yes-display-inline">the Secretary has been unable to provide an unmanned aerial system to support to a State agency at the request of such State agency; and</text></subparagraph>

<subparagraph id="H60F848A769184F738094AF63AF1B9E64"><enum>(B)</enum><text display-inline="yes-display-inline">the Secretary has plans to make more unmanned aerial systems available to fulfil such requests.</text></subparagraph></paragraph>

<paragraph id="H23567B8FB76D41C199508B7F46B904D2"><enum>(11)</enum><text>Any other matters the Secretary determines appropriate.</text></paragraph></subsection>

<subsection id="H2C5E494DD0F045B78686D37D5D54558A"><enum>(c)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="HBBED6D62B882422FB9A7CF5DAD360955"><enum>(d)</enum><header>State defined</header><text>In this section, the term <quote>State</quote> has the meaning given that term in section 901 of title 32, United States Code.</text></subsection></section>

<section id="HEBAA5BE40FF8435BA1095534EBBCF698"><enum>599.</enum><header>Information for members of the Armed Forces on availability of services of the Department of Veterans Affairs relating to sexual trauma</header>

<subsection id="H4040D5A20C68450F84C9CE812E6BA40E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall inform members of the Armed Forces, using mechanisms available to the Secretary, of the eligibility of such members for services of the Department of Veterans Affairs relating to sexual trauma.</text></subsection>

<subsection id="HFD3792C287C943D7B10D5F7B0784EA23"><enum>(b)</enum><header>Information from sexual assault response coordinators</header><text>The Secretary of Defense shall ensureâ€"</text>

<paragraph id="HDDDEEB1DB5A94CD5AF1A055CF7135401"><enum>(1)</enum><text>that Sexual Assault Response Coordinators and uniformed victims advocates of the Department of Defense advise members of the Armed Forces who report instances of sexual trauma regarding the eligibility of such members for services at the Department of Veterans Affairs; and</text></paragraph>

<paragraph id="H841805F56BD442819CAC59528685D860"><enum>(2)</enum><text>that such information is included in mandatory training materials.</text></paragraph></subsection>

<subsection id="H6A6D6B18CA1B4ED28A502ACB4E8ED92E"><enum>(c)</enum><header>Sexual trauma defined</header><text>In this section, the term <quote>sexual trauma</quote> means psychological trauma described in section 1720D(a)(1) of title 38, United States Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HC97A71EF79FA497FBF8508DE802D0E63" section-type="subsequent-section"><enum>599A.</enum><header display-inline="yes-display-inline">Authority to issue an honorary promotion to Colonel Charles E. McGee, United States Air Force (ret.), to the grade of brigadier general</header>

<subsection id="H07A6863C5E9648CF9BB22C8AABC896BC"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Pursuant to section 1563 of title 10, United States Code, the President may issue to Colonel Charles E. McGee, United States Air Force (retired), a distinguished Tuskegee Airman, an honorary promotion to the grade of brigadier general.</text></subsection>

<subsection id="H183F130D88E245608E85BB97B6D41E90"><enum>(b)</enum><header>Additional benefits not to accrue</header><text display-inline="yes-display-inline">The advancement of Charles E. McGee on the retired list of the Air Force under subsection (a) shall not affect the retired pay or other benefits from the United States to which Charles E. McGee is entitled based upon his military service, or affect any benefits to which any other person is or may become entitled based on such military service. </text></subsection></section>

<section id="H0597BC12216545A998299D73FE8C9778"><enum>599B.</enum><header>Authority to issue an honorary and posthumous promotion to Lieutenant Colonel Richard Cole, United States Air Force (ret.), to the grade of colonel</header>

<subsection id="H7E97DA4957034D9CB489F6DAC13A69E7"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Pursuant to section 1563 of title 10, United States Code, the President may issue to Lieutenant Colonel Richard E. Cole, United States Air Force (retired), an honorary and posthumous promotion to the grade of colonel.</text></subsection>

<subsection id="H205FB99728C7443993013DA922B4BD86"><enum>(b)</enum><header>Additional benefits not to accrue</header><text display-inline="yes-display-inline">The

advancement of Richard E. Cole on the retired list of the Air Force under subsection (a) shall not affect the retired pay or other benefits from the United States to which Richard E. Cole would have been entitled based upon his military service, or affect any benefits to which any other person is or may become entitled based on such military service.</text></subsection></section>

<section id="HC9C6BA4CA0AC4B728E5A8BE6CCDE1D2F"><enum>599C.</enum><header>Sense of Congress on the honorable and distinguished service of General Joseph F. Dunford, United States Marine Corps, to the United States</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H812B126DC9C347FC8D1B056F125CDB1F"><enum>(1)</enum><text>the United States deeply appreciates the decades of honorable service of General Joseph F. Dunford, United States Marine Corps; and</text></paragraph>

<paragraph id="H49FB2F19EC30480CB55B4CF810DFDAD7"><enum>(2)</enum><text>the indispensable leadership of General Dunford and his dedication to the men and women of the Armed Forces demonstrates the finest example of service to the United States.</text></paragraph></section> </subtitle></title>

<title id="H55F6DADE6C3249EFBCF5193FD9003281"><enum>VI</enum><header>MILITARY COMPENSATION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H55F6DADE6C3249EFBCF5193FD9003281" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H8278619F3F984DDDA12B5DBDF258AEA0" level="subtitle">Subtitle Aâ€"Pay and Allowances</toc-entry>

<toc-entry idref="HA6F3714C9893421EB9545096F96D1C3F" level="section">Sec.â€,601.â€,Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action.</toc-entry>

<toc-entry idref="HA78001E36B3546DE94762D9ACD83F1F1" level="section">Sec.â€,602.â€,Continued entitlements while a member of the Armed Forces participates in a career intermission program.</toc-entry>

<toc-entry idref="HC2A37AA72E8442ACA9706F8DECA10F77" level="section">Sec.â€,603.â€,Exemption from repayment of voluntary separation pay.</toc-entry>

<toc-entry idref="H7DB1F7DD40114384996EA228014BD2A5" level="section">Sec.â€,604.â€,Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service.</toc-entry>

<toc-entry idref="HEF7C6B1A2CB64A069E666821216C6707" level="section">Sec.â€,605.â€,Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates.</toc-entry>

<toc-entry idref="HAB53FDC0E4B64357BA90B7585EBD77FF" level="section">Sec.â€,606.â€,Reinvestment of travel refunds by the Department of Defense.</toc-entry>

<toc-entry idref="H72268D788E0F42B595979AEE34A2F190" level="section">Sec.â€,607.â€,Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers.</toc-entry>

<toc-entry idref="H904F35FE8A724D699A3C02043507F094" level="section">Sec.â€,608.â€,Reductions on account of earnings from work performed while entitled to an annuity supplement.</toc-entry>

<toc-entry idref="H274B5893082F4164AA8359226A190411" level="section">Sec.â€,609.â€,Increase in basic pay.</toc-entry>

<toc-entry idref="H4B339E03448F411FA7C32684DE05039C" level="subtitle">Subtitle Bâ€"Bonuses and Special Incentive Pays</toc-entry>

<toc-entry idref="H07B9328EBC8A491BA5FE45A481AE49AE" level="section">Sec.â€,611.â€,One-

year extension of certain expiring bonus and special pay authorities.</toc-entry>

<toc-entry idref="HB4E55BEDB5C242AD9BFB05049D474638" level="subtitle">Subtitle Câ€"Family and Survivor Benefits</toc-entry>

<toc-entry idref="H4365EC3922CD4571945C767EC8D80FE6" level="section">Sec.â€,621.â€,Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members.</toc-entry>

<toc-entry idref="H5BBBB5085C73471DAA8FDA4444989A3B" level="section">Sec.â€,622.â€,Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation.</toc-entry>

<toc-entry idref="H8AF7DD4F472E4DC1ACDE941219DF6200" level="section">Sec.â€,623.â€,Death gratuity for ROTC graduates.</toc-entry>

<toc-entry idref="H3675670827CD4235A9D0CC94775E634C" level="section">Sec.â€,624.â€,Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty.</toc-entry>

<toc-entry idref="H37256B23E18945F9A2168D6541EBDB7E" level="section">Sec.â€,625.â€,Casualty assistance for survivors of deceased ROTC graduates.</toc-entry>

<toc-entry idref="H4292AE65C2324651955F9FCBFB7A548B" level="subtitle">Subtitle Dâ€"Defense Resale Matters</toc-entry>

<toc-entry idref="H6B989889B77244A58519F9A58FA59232" level="section">Sec.â€,631.â€,Defense resale system matters.</toc-entry>

<toc-entry idref="H75A2C749BA8A48FF848ACC8E7AAE3153" level="section">Sec.â€,632.â€,Procurement by commissary stores of certain locally sourced products.</toc-entry>

<toc-entry idref="H547F92B6926E4D14BE64C790C2D27A4B" level="section">Sec.â€,633.â€,GAO review of defense resale optimization study.</toc-entry>

<toc-entry idref="H8CE0DBDFB6FC405A890F561F0E2BCEAF" level="subtitle">Subtitle Eâ€"Morale, Welfare, and Recreation Privileges</toc-entry>

<toc-entry idref="H0CAB88B67130453CBAAF01FE338CB875" level="section">Sec.â€,641.â€,Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave.</toc-entry>

<toc-entry idref="H0369CA0471DA427FB8D430FC37E89F0D" level="section">Sec.â€,642.â€,Extension of pilot program on a Government lodging program.</toc-entry>

<toc-entry idref="H9D968CD3432C49349463516737232300" level="subtitle">Subtitle Fâ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H521C869E9B444A76849F8ED75707C8A8" level="section">Sec.â€,651.â€,Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes.</toc-entry>

<toc-entry idref="H4DACD40601524EFD8C2082F3B832A385" level="section">Sec.â€,652.â€,Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories.</toc-entry>

<toc-entry idref="H1C323BA849CF497C8EEA7C6A236634AB" level="section">Sec.â€,653.â€,Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components.</toc-entry>

<toc-entry idref="HF9864EA045244CF5A94E91F18BF3E099" level="section">Sec.â€,654.â€,Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered

by the Secretary of Veterans Affairs.</toc-entry>

<toc-entry idref="H50C0DD5AA5E849209AB0EC3C7F8F80DF" level="section">Sec.â€,655.â€,Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis.</toc-entry>

<toc-entry idref="HBA344453582B40519AE3BCAD4852FDB3" level="section">Sec.â€,656.â€,Report on food insecurity among members of the Armed Forces and their dependents.</toc-entry></toc>

<subtitle id="H8278619F3F984DDDA12B5DBDF258AEA0"><enum>A</enum><header>Pay and Allowances</header>

<section id="HA6F3714C9893421EB9545096F96D1C3F"><enum>601.</enum><header>Clarification of continuation of pays during hospitalization and rehabilitation resulting from wounds, injury, or illness incurred while on duty in a hostile fire area or exposed to an event of hostile fire or other hostile action</header><text display-inline="no-display-inline">Section 372(b)(1) of title 37, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H22993F5CDFAE4F97AB77EDE417752DC2" display-inline="no-display-inline">

<paragraph id="H3AB60CFFD6FC43E7AC13AA72D7E14A22"><enum>(1)</enum><text display-inline="yes-display-inline">The date on which the member is returned for assignment to other than a medical or patient unit for duty; however, in the case of a member under the jurisdiction of a Secretary of a military department, the date on which the member is determined fit for duty.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HA78001E36B3546DE94762D9ACD83F1F1"><enum>602.</enum><header>Continued entitlements while a member of the Armed Forces participates in a career intermission program</header><text display-inline="no-display-inline">Section 710(h) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H05A1CA50812C498E95B62C665669B119"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking â€œ; andâ€ and inserting a semicolon;</text></paragraph>

<paragraph id="HB72A233F427B4A2E8D26A6BE5CC76FB9"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking the period and inserting a semicolon; and</text></paragraph>

<paragraph id="H9C67FFB2587544DDB429237006F016F3"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraphs:</text>

<quoted-block style="USC" id="HDEDD0BFA03F74D559F44DB82E50041BC" display-inline="no-display-inline">

<paragraph id="H1C42D9C0C2F641F5B65384B592C62B87"><enum>(3)</enum><text display-inline="yes-display-inline">the entitlement of the member and of the survivors of the member to all death benefits under the provisions of chapter 75 of this title;</text></paragraph>

<paragraph id="H9F0E70CDB506496A953392DFEE0DF2ED"><enum>(4)</enum><text display-inline="yes-display-inline">the provision of all travel and transportation allowances for the survivors of deceased members to attend burial ceremonies under section 481f of title 37; and</text></paragraph>

<paragraph id="H937F8CE6FB894B9E876673CAC2842547"><enum>(5)</enum><text display-inline="yes-display-inline">the eligibility of the member for general benefits as provided in part II of title 38.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HC2A37AA72E8442ACA9706F8DECA10F77" section-type="subsequent-section"><enum>603.</enum><header>Exemption from repayment of voluntary separation pay</header><text display-inline="no-display-inline">Section 1175a(j) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H25D357E9F9A84B3BADF90E372C5D4DC1"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>paragraphs (2) and

(3)</quote> and inserting <quote>paragraphs (2), (3), and (4)</quote>;</text></paragraph>

<paragraph id="H4F5BC1FB69DC4572BDADD09E151F9B82"><enum>(2)</enum><text>by redesignating paragraph (4) as paragraph (5); and</text></paragraph>

<paragraph id="H02180B9AB08B4ECF952F31A6D803FBA3"><enum>(3)</enum><text>by inserting after paragraph (3) the following new paragraph:</text>

<quoted-block style="OLC" id="HECA31990ACF441B486DF5226E470D0DA" display-inline="no-display-inline">

<paragraph id="H642B4518A12843789034CD3070FD3A00" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">This subsection shall not apply to a member whoâ€"</text>

<subparagraph id="H61E9B4C1D3FB473083911A829A2C7DC7"><enum>(A)</enum><text display-inline="yes-display-inline">is involuntarily recalled to active duty or full-time National Guard duty; and</text></subparagraph>

<subparagraph id="H8210CF5AC9604BB7973CD1002554A3F1"><enum>(B)</enum><text display-inline="yes-display-inline">in the course of such duty, incurs a service-connected disability rated as total under section 1155 of title 38.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H7DB1F7DD40114384996EA228014BD2A5" section-type="subsequent-section"><enum>604.</enum><header>Consideration of service on active duty to reduce age of eligibility for retired pay for non-regular service</header><text display-inline="no-display-inline">Section 12731(f)(2)(B)(i) of title 10, United States Code, is amended by striking <quote>under a provision of law referred to in section 101(a)(13)(B) or under section 12301(d)</quote> and inserting <quote>under section 12301(d) or 12304b of this title, or under a provision of law referred to in section 101(a)(13)(B)</quote>.</text></section>

<section id="HEF7C6B1A2CB64A069E666821216C6707" section-type="subsequent-section"><enum>605.</enum><header>Temporary adjustment of rates of basic allowance for housing following determination that local civilian housing costs significantly differ from such rates</header><text display-inline="no-display-inline">Section 403(b) of title 37, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H53A7A645A623442185BA4C4770DA8945" display-inline="no-display-inline">

<paragraph id="HBE96357135D34724A7CA7D9563E2D264" indent="up1"><enum>(8)</enum>

<subparagraph id="H63C8750909F648738AA91166528580C6" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The Secretary of Defense may prescribe a temporary adjustment in the current rates of basic allowance for housing for a military housing area or a portion thereof (in this paragraph, <quote>BAH rates</quote>) if the Secretary determines that the actual costs of adequate housing for civilians in that military housing area or portion thereof differs from the current BAH rates by more than 20 percent.</text></subparagraph>

<subparagraph id="HC4FEE62C357F4C31BCC1B12DBB49D14D" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Any temporary adjustment in BAH rates under this paragraph shall remain in effect only until the effective date of the first adjustment of BAH rates for the affected military housing area that occurs after the date of the adjustment under this paragraph.</text></subparagraph>

<subparagraph id="H1C76959D1C614BF588947AB99E84F965" indent="up1"><enum>(C)</enum><text>This paragraph shall cease to be effective on September 30, 2022.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HAB53FDC0E4B64357BA90B7585EBD77FF"><enum>606.</enum><header>Reinvestment of travel refunds by the Department of Defense</header>

<subsection id="HC1A117669C614B898FE1FB3A4100A434"><enum>(a)</enum><header>Refunds for official travel</header><text>Subchapter I of chapter 8 of title 37, United States

Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HEE1A6E8492664330B23F38F32E444EA0" style="USC">

<section id="HD87C95B847884575988520649863D63E"><enum>456.</enum><header>Managed travel program refunds</header>

<subsection id="HF9B19FD4BB114E35994C53F3D6F75F59"><enum>(a)</enum><header>Credit of refunds</header><text>The Secretary of Defense may credit refunds attributable to Department of Defense managed travel programs as a direct result of official travel to such operation and maintenance or research, development, test, and evaluation accounts of the Department as designated by the Secretary that are available for obligation for the fiscal year in which the refund or amount is collected.</text></subsection>

<subsection id="H4F4CDFEF93084D00AA0080282DDE6C40"><enum>(b)</enum><header>Use of refunds</header><text>Refunds credited under subsection (a) may only be used for official travel or operations and efficiency improvements for improved financial management of official travel.</text></subsection>

<subsection id="H28F6C2D9780548249B52E0217F543BB5"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H15B54C6C56A74CDDA601CB50884A3A9E"><enum>(1)</enum><header>Managed travel program</header><text>The term <term>managed travel program</term> includes air, rental car, train, bus, dining, lodging, and travel management, but does not include rebates or refunds attributable to the use of the Government travel card, the Government Purchase Card, or Government travel arranged by Government Contracted Travel Management Centers.</text></paragraph>

<paragraph id="H13F514D7BBFE48EEB44B56DCC2116ED7"><enum>(2)</enum><header>Refund</header><text>The term <term>refund</term> includes miscellaneous receipts credited to the Department identified as a refund, rebate, repayment, or other similar amounts collected.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE58374F573964202A2887C4702A1A3AB"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 8 of such title is amended by inserting after the item relating to section 455 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HE526DF07E95045F5A5176C14C17F7D14" style="OLC">

<toc>

<toc-entry bold="off" level="section">456. Managed travel program refunds.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H09936BEDD2D645ED83E32116391D426B"><enum>(c)</enum><header>Clarification on retention of travel promotional items</header><text>Section 1116(a) of the National Defense Authorization Act for Fiscal Year 2002 (Public Law 107â€"107; 5 U.S.C. 5702 note) is amendedâ€"</text>

<paragraph id="HB73A97374E16434BB01DF9735FA3AD4A"><enum>(1)</enum><text>by striking <quote><header-in-text level="subsection" style="OLC">Definition</header-in-text>.â€"In this section, the term</quote> and inserting the following: <header-in-text level="subsection" style="OLC">â€œDefinitions</header-in-text>.â€"In this section:</text>

<quoted-block display-inline="no-display-inline" id="HAFB3B1C370F248E9AB4B7AB4149529AA" style="OLC">

<paragraph id="HBBD85ED7CC694EFBAC6E15CD0D2B9354"><enum>(1)</enum><text>The term</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HB61DD7EA52C446409A499D48A960FE5A"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HED4957B9C21A4FF78096FA791685D58E" style="OLC">

<paragraph id="HD048CAA308A94070BBAD4A184B1978D2"><enum>(2)</enum><text>The term <term>general public</term> includes the Federal Government or an agency.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H72268D788E0F42B595979AEE34A2F190"><enum>607.</enum><header>Addition of partial dislocation allowance to allowable travel and transportation expenses for servicemembers</header>

<subsection id="H81D85432BE38487CB8AA608E1CF6F034"><enum>(a)</enum><header>Current authority</header><text display-inline="yes-display-inline">Section 477(f)(1) of title 37, United States Code, is amended by striking <quote>family</quote>.</text></subsection>

<subsection id="HC464DFCA3CA04B799435561D24411166"><enum>(b)</enum><header>Future authority</header><text display-inline="yes-display-inline">Section 452(c) of title 37, United States Code, is amendedâ€"</text>

<paragraph id="HED45E769B330437690AC15AD205E05F8"><enum>(1)</enum><text>by redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph id="H14E9A5E6F10D4D83AE7C6CA550DF02D5"><enum>(2)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block style="USC" id="H9127BC73739E4008A6023D26EDDB75D2" display-inline="no-display-inline">

<paragraph id="H0B6596809E664650BA705DFC6DB6172E" display-inline="no-display-inline"><enum>(3)</enum><text>A partial dislocation allowance paid to a member ordered to occupy or vacate housing provided by the United States.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H904F35FE8A724D699A3C02043507F094"><enum>608.</enum><header>Reductions on account of earnings from work performed while entitled to an annuity supplement</header><text display-inline="no-display-inline">Section 8421a(c) of title 5, United States Code, is amendedâ€"</text>

<paragraph id="HE78E79EB991A41A88BE33AF1EB6F8759"><enum>(1)</enum><text>by striking <quote>full-time as an air traffic control instructor</quote> and inserting <quote>as an air traffic control instructor, or supervisor thereof,</quote>; and</text></paragraph>

<paragraph id="H44C31373B3F944318EE882728D2AAE8F"><enum>(2)</enum><text>by inserting <quote>or supervisor</quote> after <quote>an instructor</quote>.</text></paragraph></section>

<section id="H274B5893082F4164AA8359226A190411" display-inline="no-display-inline" section-type="subsequent-section"><enum>609.</enum><header>Increase in basic pay</header><text display-inline="no-display-inline">Effective on January 1, 2020, the rates of monthly basic pay for members of the uniformed services are increased by 3.1 percent.</text></section></subtitle>

<subtitle id="H4B339E03448F411FA7C32684DE05039C"><enum>B</enum><header>Bonuses and Special Incentive Pays</header>

<section id="H07B9328EBC8A491BA5FE45A481AE49AE"><enum>611.</enum><header>One-year extension of certain expiring bonus and special pay authorities</header>

<subsection commented="no" display-inline="no-display-inline" id="H6A446D1F5BC74CF69B2D18136896E600"><enum>(a)</enum><header display-inline="yes-display-inline">Authorities relating To reserve forces</header><text display-inline="yes-display-inline">Section 910(g) of title 37, United States Code, relating to income replacement payments for reserve component members experiencing extended and frequent mobilization for active duty service, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></subsection>

<subsection id="H1A19E7E195AE434DAAD53CF9E1C04D95"><enum>(b)</enum><header>Title 10 authorities relating to health care professionals</header><text>The following sections of title 10, United States Code, are amended by striking <quote>December 31,

2019</quote> and inserting <quote>December 31, 2020</quote>:</text>

<paragraph id="HD66E3CCFDAA0424687DD922380EF77FA"><enum>(1)</enum><text>Section 2130a(a)(1), relating to nurse officer candidate accession program.</text></paragraph>

<paragraph id="H940A8C8E8E8E4BDD82AA4446EC5BFE18"><enum>(2)</enum><text>Section 16302(d), relating to repayment of education loans for certain health professionals who serve in the Selected Reserve.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H97E4047FAB014BEB848826D79DC3BF1E"><enum>(c)</enum><header display-inline="yes-display-inline">Authorities relating to nuclear officers</header><text display-inline="yes-display-inline">Section 333(i) of title 37, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></subsection>

<subsection id="H90507CBB8AA2449194465746F5C1CBD9"><enum>(d)</enum><header>Authorities relating to title 37 consolidated special pay, incentive pay, and bonus authorities</header><text>The following sections of title 37, United States Code, are amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>:</text>

<paragraph id="HB92B6E5EF7294724ACF439DE4B47E50F"><enum>(1)</enum><text>Section 331(h), relating to general bonus authority for enlisted members.</text></paragraph>

<paragraph id="H6109A0CA5823416AB70976368DE5DC6C"><enum>(2)</enum><text>Section 332(g), relating to general bonus authority for officers.</text></paragraph>

<paragraph id="HDE0240532F5149CB8D46EC49B08CC32B"><enum>(3)</enum><text>Section 334(i), relating to special aviation incentive pay and bonus authorities for officers.</text></paragraph>

<paragraph id="HEB4172F72BFC4FF182204F1D3D7D86D5"><enum>(4)</enum><text>Section 335(k), relating to special bonus and incentive pay authorities for officers in health professions.</text></paragraph>

<paragraph id="H66D138B901744A629B226087B473E245"><enum>(5)</enum><text>Section 336(g), relating to contracting bonus for cadets and midshipmen enrolled in the Senior Reserve Officersâ€™ Training Corps.</text></paragraph>

<paragraph id="H30AC0980EB714EB09B0C8D1695064A37"><enum>(6)</enum><text>Section 351(h), relating to hazardous duty pay.</text></paragraph>

<paragraph id="H07182C7D19CB4FD9A745CE6F631D643A"><enum>(7)</enum><text>Section 352(g), relating to assignment pay or special duty pay.</text></paragraph>

<paragraph id="H34CFBEB8944544428CB50353ED588D66"><enum>(8)</enum><text>Section 353(i), relating to skill incentive pay or proficiency bonus.</text></paragraph>

<paragraph id="H782299B0D9E0486FA634EE9FD1914CF0"><enum>(9)</enum><text>Section 355(h), relating to retention incentives for members qualified in critical military skills or assigned to high priority units.</text></paragraph></subsection>

<subsection id="HB4CED068CB3E4FDBA13EF99699E4624B"><enum>(e)</enum><header>Authority to provide temporary increase in rates of basic allowance for housing</header><text>Section 403(b)(7)(E) of title 37, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></subsection></section></subtitle>

<subtitle id="HB4E55BEDB5C242AD9BFB05049D474638"><enum>C</enum><header>Family and Survivor Benefits</header>

<section id="H4365EC3922CD4571945C767EC8D80FE6"><enum>621.</enum><header>Expansion of eligibility for exceptional transitional compensation for dependents to dependents of current members</header><text display-inline="no-display-inline">Section 1059(m) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H9659E9BF96CB4E0091DCA52BB4B4466D"><enum>(1)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">members or</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">dependents of</header-in-text></quote>;</text></paragraph>

<paragraph id="H7957FDC26C894936B81D21ACCA74C4EF"><enum>(2)</enum><text>by inserting <quote>member or</quote> before <quote>former member</quote> each place it appears;</text></paragraph>

<paragraph id="H5ACE0D50FE564CE5BA2A469A7548AD01"><enum>(3)</enum><text>by redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph id="HD8C4E767C67740CEAAA810BAF7A41F4B"><enum>(4)</enum><text>by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H981620D886EA48E89EB29BE20E901778" style="OLC">

<paragraph id="H573DF5D72302497BB13DC447E12E6E9B" indent="up1"><enum>(3)</enum><text>For purposes of the provision of benefits under this section pursuant to this subsection, a member shall be considered separated from active duty upon the earliest ofâ€"</text>

<subparagraph id="H17A19E1CF24D4975972758A0FB498A9B"><enum>(A)</enum><text>the date an administrative separation is initiated by a commander of the member;</text></subparagraph>

<subparagraph id="H0D4B9833B1DA43B49A799B47F080CEF3"><enum>(B)</enum><text>the date the court-martial sentence is adjudged if the sentence, as adjudged, includes a dismissal, dishonorable discharge, bad conduct discharge, or forfeiture of all pay and allowances; or</text></subparagraph>

<subparagraph id="H900B4AFEFBAD443BA589819C35BD0705"><enum>(C)</enum><text>the date the memberâ€™s term of service expires.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section display-inline="no-display-inline" id="H5BBBB5085C73471DAA8FDA4444989A3B"><enum>622.</enum><header>Phase-out of reduction of Survivor Benefit Plan survivor annuities by amount of dependency and indemnity compensation</header>

<subsection id="HCE45429BA5704EF58F6A4F5DDAD52AEA"><enum>(a)</enum><header>Phase-out</header><text display-inline="yes-display-inline">Subchapter II of chapter 73 of title 10, United States Code, is amended as follows:</text>

<paragraph id="H9727B8D5BE8F42538737100574169A47"><enum>(1)</enum><header>In general</header><text>In section 1450(c)(1)â€"</text>

<subparagraph id="H700996AA33984BF8A678F29B7ADA3126"><enum>(A)</enum><text>by striking <quote>that the annuity otherwise payable under this section would exceed that compensation.</quote> and inserting <quote>calculated as follows:</quote>; and</text></subparagraph>

<subparagraph id="H5E62953E5B434547AFBC8F618FFA6B98"><enum>(B)</enum><text>by adding at the end the following:</text>

<quoted-block style="USC" id="H03E398C464DB4C00B4676426A31F2ED6" display-inline="no-display-inline">

<subparagraph id="HBE13A9FCE0A54701B11EC139B25BECCB"><enum>(A)</enum><text display-inline="yes-display-inline">During the period beginning on January 1, 2020, and ending on December 31, 2020, the amount that the annuity otherwise payable under this section would exceed such dependency and indemnity compensation.</text></subparagraph>

<subparagraph id="H08EB4372B8254710B820A470DFF6B321"><enum>(B)</enum><text display-inline="yes-display-inline">During the period beginning on January 1, 2021, and ending on December 31, 2021, the amount that the annuity otherwise payable under this section would exceed two-thirds of such dependency and indemnity compensation.</text></subparagraph>

<subparagraph id="HBC1747F1298746BA8BA7610BE8A449DD"><enum>(C)</enum><text>During the period beginning on January 1, 2022, and ending on December 31, 2022, the amount that the annuity otherwise payable under this section would exceed one-third of such dependency and indemnity compensation.</text></subparagraph>

<subparagraph id="H29ABB16B48AC4BE68E10F54165A214EB"><enum>(D)</enum><text>On and after January 1, 2023, the full amount of the annuity under this

section.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H0A9BBA656F2143FFBCA8F063C3225714"><enum>(2)</enum><header>Conforming amendment</header><text>In section 1451(c)(2), by inserting <quote>a portion (calculated under section 1450(c) of this title) of</quote> before <quote>the amount</quote>.</text></paragraph></subsection>

<subsection id="H6B4D32A90A07495280CCB408DFD90D54"><enum>(b)</enum><header>Prohibition on retroactive benefits</header><text>No benefits may be paid to any person for any period before the effective date provided under subsection (f) by reason of the amendments made by subsection (a).</text></subsection>

<subsection id="H624E1AD2FC5145A0BCEE3114DF823366"><enum>(c)</enum><header>Prohibition on recoupment of certain amounts previously refunded to SBP recipients</header><text>A surviving spouse who is or has been in receipt of an annuity under the Survivor Benefit Plan under subchapter II of chapter 73 of title 10, United States Code, that is in effect before the effective date provided under subsection (f) and that is adjusted by reason of the amendments made by subsection (a) and who has received a refund of retired pay under section 1450(e) of title 10, United States Code, shall not be required to repay such refund to the United States.</text></subsection>

<subsection id="H0DF4512FD46240A0A8332BFC85F50718"><enum>(d)</enum><header>Repeal of authority for optional annuity for dependent children</header><text>Section 1448(d)(2) of such title is amendedâ€"</text>

<paragraph id="H3BE07CEB3531421E9BC5FD318FB50C07"><enum>(1)</enum><text>by striking <quote><header-in-text level="paragraph" style="OLC">Dependent children</header-in-text>.â€"</quote> and all that follows through <quote>In the case of a member described in paragraph (1),</quote> and inserting <quote><header-in-text level="paragraph" style="OLC">Dependent children</header-in-text>.â€"In the case of a member described in paragraph (1),</quote>; and</text></paragraph>

<paragraph id="HB79697FC05D94B5DA183322AC9D83CA5"><enum>(2)</enum><text>by striking subparagraph (B).</text></paragraph></subsection>

<subsection id="HB1E7C3CEFF4045FEB1622903492F8E34"><enum>(e)</enum><header>Restoration of eligibility for previously eligible spouses</header><text>The Secretary of the military department concerned shall restore annuity eligibility to any eligible surviving spouse who, in consultation with the Secretary, previously elected to transfer payment of such annuity to a surviving child or children under the provisions of section 1448(d)(2)(B) of title 10, United States Code, as in effect on the day before the effective date provided under subsection (f). Such eligibility shall be restored whether or not payment to such child or children subsequently was terminated due to loss of dependent status or death. For the purposes of this subsection, an eligible spouse includes a spouse who was previously eligible for payment of such annuity and is not remarried, or remarried after having attained age 55, or whose second or subsequent marriage has been terminated by death, divorce or annulment.</text></subsection>

<subsection id="H55084D73127C4BAE919957C22443EE5D"><enum>(f)</enum><header>Effective date</header><text display-inline="yes-display-inline">This section and the amendments made by this section shall take effect on the first day of the first month that begins after the date of the enactment of this Act, except subsections (d) and (e) of this section and the amendments made thereby shall take effect on January 1, 2023.</text></subsection></section>

<section id="H8AF7DD4F472E4DC1ACDE941219DF6200" section-type="subsequent-section"><enum>623.</enum><header>Death gratuity for ROTC graduates</header>

<subsection id="HF618D7E309A34EA08B37BDEBE6ECB490"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 1475(a)(4) of title 10, United States Code, is amended by adding <quote>; or a graduate of a reserve officers' training corps who has received a commission but has yet to receive a first duty assignment; or</quote> at the end.</text></subsection>

<subsection id="HE795109F67D8488E9E0E9EDF136DE714"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendment under subsection (a) applies to deaths that occur on or after the date of the enactment of this Act.</text></subsection></section>

<section id="H3675670827CD4235A9D0CC94775E634C" section-type="subsequent-section" commented="no"><enum>624.</enum><header>Expansion of authority to provide financial assistance to civilian providers of child care services or youth program services who provide such services to survivors of members of the Armed Forces who die in combat in the line of duty</header><text display-inline="no-display-inline">Section 1798(a) of title 10, United States Code, is amended by inserting <quote>, survivors of members of the armed forces who die in combat-related incidents in the line of duty,</quote> after <quote>armed forces</quote>.</text></section>

<section id="H37256B23E18945F9A2168D6541EBDB7E"><enum>625.</enum><header>Casualty assistance for survivors of deceased ROTC graduates</header><text display-inline="no-display-inline">Section 633 of the National Defense Authorization Act for Fiscal Year 2014 (10 U.S.C. 1475 note) is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HFEF6B76286444270801EDEE1D9DE4B6D" display-inline="no-display-inline">

<subsection id="HBDCFDF6DF60F4636AC51D1F13B2F3272"><enum>(c)</enum><header>ROTC graduates</header>

<paragraph id="HE5CD3D93C1E64F3184B0E5CBCE76F039"><enum>(1)</enum><header>Treated as members</header><text>For purposes of this section, a graduate of a reserve officers' training corps who receives a commission and who dies before receiving a first duty assignment shall be treated as a member of the Armed Forces who dies while on active duty.</text></paragraph>

<paragraph id="H6D41AA3850C647DF9284FDDE414A2615"><enum>(2)</enum><header>Effective date</header><text display-inline="yes-display-inline">This subsection applies to deaths on or after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H4292AE65C2324651955F9FCBFB7A548B"><enum>D</enum><header>Defense Resale Matters</header>

<section id="H6B989889B77244A58519F9A58FA59232"><enum>631.</enum><header>Defense resale system matters</header>

<subsection id="H1B40E21C890F41F1AC21A2579699C11F"><enum>(a)</enum><header>In general</header><text>The Under Secretary of Defense for Personnel and Readiness shall, in coordination with the Chief Management Officer of the Department of Defense, maintain oversight of business transformation efforts of the defense commissary system and the exchange stores system in order to ensure the following:</text>

<paragraph id="H099DD44068924B829283429AC570BF7C"><enum>(1)</enum><text>Development of an intercomponent business strategy that maximizes efficiencies and results in a viable defense resale system in the future.</text></paragraph>

<paragraph id="H26F0544A25BA4D68A41ED19B87914B9E"><enum>(2)</enum><text>Preservation of patron savings and satisfaction from and in the defense commissary system and exchange stores system.</text></paragraph>

<paragraph id="HB778A5742D5C469892CF9D9CDDFE985C"><enum>(3)</enum><text>Sustainment of financial support of the defense commissary and exchange systems for morale, welfare, and recreation (MWR) services of the Armed Forces.</text></paragraph></subsection>

<subsection id="HCCC25C7DC6F346D9913D7A2DF5BBB1A5"><enum>(b)</enum><header>Executive Resale Board advice on operations of systems</header><text>The Executive Resale Board of the Department of Defense shall advise the Under Secretary on the implementation of sustainable, complementary operations of the defense commissary system and the exchange stores system.</text></subsection>

<subsection id="H721D251EC2524F1283946E2FE45C0EE4"><enum>(c)</enum><header>Information technology modernization</header><text>The Secretary of Defense shall, acting through the Under Secretary and with advice from the Executive Resale Board, require the Defense Commissary Agency and the Military Exchange Service to do as follows:</text>

<paragraph id="H41B08CA5661A46AB91883B290EFEC2F6"><enum>(1)</enum><text>Field new technologies and best business practices for information technology for the defense resale system.</text></paragraph>

<paragraph id="H85C6EA974145494FAD34EF67269055B2"><enum>(2)</enum><text>Implement cutting-edge marketing opportunities across the defense resale system.</text></paragraph></subsection>

<subsection id="H3312D01480764601BE4D8568DB8EB7DB"><enum>(d)</enum><header>Inclusion of advertising in operating expenses of commissary stores</header><text>Section 2483(b) of title 10, United States Code, is amended by adding at the end the following paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H5E18F2CD346F4D1D9B3F740488CA7B1C" style="OLC">

<paragraph id="H56F0B35687C14F538B9028BED53638FE"><enum>(7)</enum><text>Advertising of commissary sales on materials available within commissary stores and at other on-base locations.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H75A2C749BA8A48FF848ACC8E7AAE3153" section-type="subsequent-section"><enum>632.</enum><header display-inline="yes-display-inline">Procurement by commissary stores of certain locally sourced products</header><text display-inline="no-display-inline">The Secretary of Defense shall ensure that the dairy products and fruits and vegetables procured for commissary stores under the defense commissary system are, to the extent practicable and while maintaining mandated patron savings, locally sourced in order to ensure the availability of the freshest possible dairy products and fruits and vegetables for patrons of the stores.</text></section>

<section id="H547F92B6926E4D14BE64C790C2D27A4B" section-type="subsequent-section"><enum>633.</enum><header>GAO review of defense resale optimization study</header>

<subsection id="H26368A66F165470980737BAA061E6DAA"><enum>(a)</enum><header>Review</header><text display-inline="yes-display-inline">The Comptroller General of the United States shall conduct a review of the business case analysis performed as part of the defense resale optimization study conducted by the Reform Management Group, titled <quote>Study to Determine the Feasibility of Consolidation of the Defense Resale Entities</quote> and dated December 4, 2018.</text></subsection>

<subsection id="H72696FF1839341368360E6948BEF84BE"><enum>(b)</enum><header>Reports required; elements</header><text display-inline="yes-display-inline">Not later than March 1, 2020, and June 1, 2020, the Comptroller General shall submit to the Committees on Armed Services of the Senate and the House of Representatives an interim report and a final report, respectively, regarding the review performed under this section. Each report shall include evaluations of the following:</text>

<paragraph id="HEDBFAAB3C0174A6889ED122054C9246E"><enum>(1)</enum><text display-inline="yes-display-inline">The descriptions and justifications for the assumptions, analytical choices and data used by the Reform Management Group to calculate:</text>

<subparagraph id="HF9301C8E33324F2B8D2EBBB73331528F"><enum>(A)</enum><text>Pricing.</text></subparagraph>

<subparagraph id="H43FE537F2BA647EBB0EF65C38D5763CC"><enum>(B)</enum><text>Sales assumptions.</text></subparagraph>

<subparagraph id="H5852A90A3B914476B15C6033D0BB976E"><enum>(C)</enum><text>Accuracy of methods employed to measure patron savings levels.</text></subparagraph></paragraph>

<paragraph id="HC3829383575B4A38917079A6DC17C363"><enum>(2)</enum><text display-inline="yes-display-inline">The timetable for consolidation of military exchanges and commissaries.</text></paragraph>

<paragraph id="H7AD87B08B1884271B515DC12DFFC81F4"><enum>(3)</enum><text display-inline="yes-display-inline">The recommendations for consolidation developed as part of the business case analysis, including the overall cost of consolidation.</text></paragraph>

<paragraph id="H813FB91D8904413986928E3DE777664C"><enum>(4)</enum><text display-inline="yes-display-inline">The budget and oversight implications of merging non-

appropriated funds and appropriated funds to implement the recommended reforms.</text></paragraph>

<paragraph id="HF13AF9515E9540BD86699C268FCFCE2D"><enum>(5)</enum><text display-inline="yes-display-inline">The extent to which the Reform Management Group coordinated with the Secretaries of the military departments and the chiefs of the Armed Forces in preparing the study.</text></paragraph>

<paragraph id="H8224EC47CA9D474C83B922B279A2D1E4"><enum>(6)</enum><text display-inline="yes-display-inline">The extent to which the Reform Management Group addressed concerns of the Secretaries of the military departments and the chiefs of the Armed Forces in the study.</text></paragraph>

<paragraph id="H8B34B71314AD45B1A325888BF360DDF0"><enum>(7)</enum><text display-inline="yes-display-inline">If the recommendations in the business case analysis were implementedâ€"</text>

<subparagraph id="H2C8E7CC211144AF58A482AFCA9C02F2D"><enum>(A)</enum><text>the ability of military exchanges and commissaries to provide earnings to support on-base morale, welfare, and recreation programs; and</text></subparagraph>

<subparagraph id="H165548E7807A4F94BAE559FAD700F509"><enum>(B)</enum><text display-inline="yes-display-inline">the financial viability of the military exchanges and commissaries.</text></subparagraph></paragraph></subsection>

<subsection id="H81C3E84A3E1948B082E239E29E32039A"><enum>(c)</enum><header>Delay on consolidation</header><text display-inline="yes-display-inline">The Secretary of Defense may not take any action to consolidate military exchanges and commissaries until the Committees on Armed Services of the Senate and the House of Representatives notify the Secretary in writing of receipt and acceptance of the findings of the Comptroller General in the reports required under this section.</text></subsection></section></subtitle>

<subtitle id="H8CE0DBDFB6FC405A890F561F0E2BCEAF"><enum>E</enum><header>Morale, Welfare, and Recreation Privileges</header>

<section id="H0CAB88B67130453CBAAF01FE338CB875" section-type="subsequent-section"><enum>641.</enum><header>Extension of certain morale, welfare, and recreation privileges to Foreign Service officers on mandatory home leave</header>

<subsection id="HDE2B1749D4C6498FAEAB6D6971F4176F"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 1065 of title 10, United States Code, as added by section 621 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amendedâ€"</text>

<paragraph id="HAFD556A3916B48759C21B82D6A19F01D"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="section" style="USC">veterans and caregivers for veterans</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">veterans, caregivers for veterans, and Foreign Service officers</header-in-text></quote>;</text></paragraph>

<paragraph id="HBFC0535A4F8C4DFD9C6AF5D539A14807"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsections (f) and (g) as subsections (g) and (h), respectively;</text></paragraph>

<paragraph id="H87C56C24E3C447B9BAF80C5B4C6E0804"><enum>(3)</enum><text>by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block style="USC" id="H2555F6222935449AB2A5F77E796E3D99" display-inline="no-display-inline">

<subsection id="HD9B00E6DCF314042B430DB10632F1EE9"><enum>(f)</enum><header>Eligibility of Foreign Service officers on mandatory home leave</header><text display-inline="yes-display-inline">A Foreign Service officer on mandatory home leave may be permitted to use military lodging referred to in subsection (h).</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H8621542661DD4DC2B2909978C78BA6BD"><enum>(4)</enum><text>in subsection (h), as redesignated by paragraph (2), by adding at the end the following new paragraphs:</text>

<quoted-block style="USC" id="H53BEEB6E6A664E6EBEC2C9F59C499D7D" display-inline="no-

display-inline">

<paragraph id="H3DC7947016A14F7DA7C97C79BA20A7B0"><enum>(5)</enum><text display-inline="yes-display-inline">The term <quote>Foreign Service officer</quote> has the meaning given that term in section 103 of the Foreign Service Act of 1980 (22 U.S.C. 3903).</text></paragraph>

<paragraph id="HE2EBC525023A4D0FBECCB10E39462F2E"><enum>(6)</enum><text display-inline="yes-display-inline">The term <quote>mandatory home leave</quote> means leave under section 903 of the Foreign Service Act of 1980 (22 U.S.C. 4083).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA795EF87C3D24C3584370DBB00F2AB96"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by this section shall take effect on January 1, 2020, as if originally incorporated in section 621 of Public Law 115â€"232.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0369CA0471DA427FB8D430FC37E89F0D" section-type="subsequent-section"><enum>642.</enum><header display-inline="yes-display-inline">Extension of pilot program on a Government lodging program</header><text display-inline="no-display-inline">Section 914(b) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (5 U.S.C. 5911 note) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section></subtitle>

<subtitle id="H9D968CD3432C4934946351673723230O"><enum>F</enum><header>Reports and Other Matters</header>

<section id="H521C869E9B444A76849F8ED75707C8A8"><enum>651.</enum><header>Annual reports on approval of employment or compensation of retired general or flag officers by foreign governments for emoluments clause purposes</header>

<subsection id="HFC4C765805044DC5A68FC0772E8B19C9"><enum>(a)</enum><header>Annual reports</header><text>Section 908 of title 37, United States Code is amendedâ€"</text>

<paragraph id="HBB66A19029B849E9900892073EC77583"><enum>(1)</enum><text>by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H1FB8AADC9B7A450D9B39EC0C3E67792B"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block id="HEF57980F445E4968AD3B297B60A53D18" style="OLC">

<subsection id="HB3095726BE8D436C872E2FA7559963F9"><enum>(c)</enum><header>Annual reports on approvals for retired general and flag officers</header><text display-inline="yes-display-inline">Not later than January 31 each year, the Secretaries of the military departments, after consulting with the Secretary of State, shall jointly submit to the Committees on Armed Services of the Senate and House of Representatives a report on each approval under subsection (b) for employment or compensation described in subsection (a) for a retired member of the armed forces in general or flag officer grade that was issued during the preceding year.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H1427417006CC465CBEF29F617E9472B7"><enum>(b)</enum><header>Scope of first report</header><text>The first report submitted pursuant to subsection (c) of section 908 of title 37, United States Code (as amended by subsection (a) of this section), after the date of the enactment of this Act shall cover the five-year period ending with the year before the year in which such report is submitted.</text></subsection></section>

<section id="H4DACD40601524EFD8C2082F3B832A385"><enum>652.</enum><header>Report regarding transition from overseas housing allowance to basic allowance for housing for servicemembers in the territories</header><text display-inline="no-display-inline">Not later than February 1, 2020, the Secretary of Defense shall submit a report to the congressional defense committees regarding the recommendation of the Secretary whether members of the uniformed services located in the territories of the United States and who receive the overseas housing allowance should instead receive the basic allowance for housing to ensure the most appropriate housing compensation for such members and their families.</text></section>

<section id="H1C323BA849CF497C8EEA7C6A236634AB"><enum>653.</enum><header>Report on extension to members of the reserve components of the Armed Forces of special and incentive pays for members of the Armed Forces not currently payable to members of the reserve components</header>

<subsection id="H8F170563DFFD456BA90B0D6C9FCEC03D"><enum>(a)</enum><header>Report required</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report setting forth the results of a study, conducted by the Secretary for purposes of the report, on the feasability and advisability of paying eligible members of the reserve components of the Armed Forces any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components.</text></subsection>

<subsection
id="H3F5431678BEC40B6878F12FE9A7ADA88"><enum>(b)</enum><header>Elements</header><text>T
he report required by subsection (a) shall set forth the following:</text>

<paragraph id="HB201305C9A7F4B88A13448C87440DED5"><enum>(1)</enum><text>An estimate of the yearly cost of paying members of the reserve components risk pay and flight pay under sections 334, 334a, and 351 of title 37, United States Code, at the same rate as members on active duty, regardless of the number of periods of instruction or appropriate duty participated in, so long as there is at least one such period of instruction or appropriate duty in the month.</text></paragraph>

<paragraph id="H663A03D6CD4E435D85E92D65842A1696"><enum>(2)</enum><text>A statement of the number of members of the reserve components who qualify or potentially qualify for hazardous duty incentive pay based on current professions or required duties, broken out by hazardous duty categories set forth in section 351 of title 37, United States Code.</text></paragraph>

<paragraph id="H9EE74D28859141F68BB31D3146DE6B70"><enum>(3)</enum><text>If the Secretary determines that payment to eligible members of the reserve components of any special or incentive pay for members of the Armed Forces that is not currently payable to members of the reserve components is feasible and advisable, such recommendations as the Secretary considers appropriate for legislative or administrative action to authorize such payment.</text></paragraph></subsection></section>

<section id="HF9864EA045244CF5A94E91F18BF3E099" section-type="subsequent-section"><enum>654.</enum><header>Study regarding recoupment of separation pay, special separation benefits, and voluntary separation incentive payments from members of the Armed Forces and veterans who receive disability compensation under laws administered by the Secretary of Veterans Affairs</header>

<subsection
id="H9A5FC903E44242E29FEA404BD8E836A3"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall conduct a study to determine, with regards to members of the Armed Forces and veterans whose separation pay, special separation benefits, and voluntary separation incentive payments either Secretary recoups because such members and veterans subsequently receive disability compensation under laws administered by the Secretary of Veterans Affairsâ€"</text>

<paragraph id="HE64DA0084C0E43C1911211E9EE882080"><enum>(1)</enum><text display-inline="yes-display-inline">how many such members and veterans are affected by such recoupment; and</text></paragraph>

<paragraph id="HE4CC8DE0B992426DB42A1C6836A01A34"><enum>(2)</enum><text>the aggregated amount of additional money such members and veterans would receive but for such recoupment.</text></paragraph></subsection>

<subsection id="H624DD4C9F3264B8780FA1459F0EAE300"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than September 30, 2020, the Secretary of Defense shall submit to the Committees on Armed Services and Veteransâ€™ Affairs of the Senate and House of Representatives a report regarding the results of the study under subsection (a).</text></subsection></section>

<section id="H50C0DD5AA5E849209AB0EC3C7F8F80DF"><enum>655.</enum><header>Report on implementation of contributions to the Department of Defense Military Retirement Fund based on pay costs per Armed Force rather than on Armed Forces-wide basis</header>

<subsection id="H6B52D43582B24D8DAFCE6C0C7A57457B"><enum>(a)</enum><header>Report required</header>

<paragraph id="H4699397BB5624F6BBCE20FE4EF86BBDF"><enum>(1)</enum><header>In general</header><text>Not later than April 1, 2020, the Secretary of Defense shall, in consultation with the Secretaries of the military departments, submit to the congressional defense committees a report setting forth a plan for the implementation of the amendments described in paragraph (2) as if such amendments would apply with respect to determinations of contributions to the Department of Defense Military Retirement Fund under chapter 74 of title 10, United States Code, and payments into the Fund, beginning with fiscal year 2025.</text></paragraph>

<paragraph id="H4B5B8BC62C394258B43A8AAD2F775557"><enum>(2)</enum><header>Covered amendments</header><text>The amendments described in this paragraph are the amendments proposed to be made by section 631 of S.1790 of the 116th Congress, as reported to the Senate by the Committee on Armed Services of the Senate on June 11, 2019.</text></paragraph></subsection>

<subsection id="H9ADBA244DDF344F2B9EFEB6C554B10A1"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H810A95F8B84140E29941C2AC80384660"><enum>(1)</enum><text>A plan to implement the amendments described in paragraph (2) of subsection (a) in the manner described in paragraph (1) of that subsection.</text></paragraph>

<paragraph id="HCC70DF608EAF48B48DAB8B8D2FC33353"><enum>(2)</enum><text>A timeline for actions required to implement such amendments in that manner.</text></paragraph>

<paragraph id="H5562599A3E30462BB201A91E78FB4F14"><enum>(3)</enum><text>An assessment of the impact of the implementation of such amendments in that manner on each of the following:</text>

<subparagraph id="HBA15E530D5D34824BADE136619853615"><enum>(A)</enum><text>The budgeting of the military departments.</text></subparagraph>

<subparagraph id="H59750FA9AB484D0682839B97A30FB1E4"><enum>(B)</enum><text>The efforts of the Department of Defense to achieve audits of its financial statements.</text></subparagraph>

<subparagraph id="H460840FD3EBE47009DDB644A88F282AB"><enum>(C)</enum><text>Decisions on military manning of the Armed Forces.</text></subparagraph>

<subparagraph id="HE12C5DFBE47E43D898305EC4F4337088"><enum>(D)</enum><text>The cost and complexity of tracking contributions to the Department of Defense Military Retirement Fund.</text></subparagraph></paragraph></subsection></section>

<section id="HBA344453582B40519AE3BCAD4852FDB3"><enum>656.</enum><header>Report on food insecurity among members of the Armed Forces and their dependents</header>

<subsection id="HBBDBD9330CD34B74B64C16D6590264DA"><enum>(a)</enum><header>Report required</header><text>Not later than May 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on food insecurity among members of the Armed Forces and their dependents.</text></subsection>

<subsection id="HD4DEEF37425B4F63965E546C5DE5A85A"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="HA6C82804861A4CE7A7DC45EC81044F81"><enum>(1)</enum><text>An assessment of the current extent of food insecurity among members of the Armed Forces and their dependents, including a description and analysis of the following:</text>

<subparagraph id="HFCE7F5C11E684AAD9EFD9C623CDB9163"><enum>(A)</enum><text>Use of food assistance by members and their dependents, as revealed in data of the Department of Defense and other data available to the Department.</text></subparagraph>

<subparagraph id="HB4EFACC36D0845A088093CDFBA6D3C34"><enum>(B)</enum><text>Use of free and reduced price school meals by dependents.</text></subparagraph>

<subparagraph id="H0993AC9FA97144768D8367EFE3CF6966"><enum>(C)</enum><text>Use of food

banks or similar assistance by members and their dependents.</text></subparagraph></paragraph>

<paragraph id="H7DFA838126C24F8C83E3BA43C59CB605"><enum>(2)</enum><text>A description and assessment of the barriers, if any, to qualification for or access to adequate food assistance of any type by members of the Armed Forces and their dependents.</text></paragraph>

<paragraph id="HCC6097FDF934455AAD589D5128AB3E4C"><enum>(3)</enum><text>A description of the number of members of the Armed Forces overseas who enrolled in the Family Supplemental Subsistence Allowance (FSSA) program under section 402a of title 37, United States Code, during the five-fiscal year period ending with fiscal year 2019, and of the cost to the Department of such enrollment during each fiscal year concerned.</text></paragraph>

<paragraph id="H7A4EBEC271EC4E79B0FC32613F62CEF4"><enum>(4)</enum><text>An assessment of the effectiveness of the Family Supplemental Subsistence Allowance program for members of the Armed Forces overseas.</text></paragraph>

<paragraph id="HBB3063EC4C834327A07315740F563D53"><enum>(5)</enum><text>A description and assessment of the participation of members of the Armed Forces in the Supplemental Nutrition Assistance Program (SNAP), including with respect to the following:</text>

<subparagraph id="HEEBFF821DE0842719858F1B249484EF5"><enum>(A)</enum><text>Coordination between the Department of Defense and the Department of Agriculture for purposes of determining the numbers of members currently participating in the program.</text></subparagraph>

<subparagraph id="HE66AD129DE6E4919BCB7EAB54E859E1B"><enum>(B)</enum><text>Career stigma for members resulting from participation in the program.</text></subparagraph>

<subparagraph id="HC9F98DFE01D647BC9E17486CA5C4AF39"><enum>(C)</enum><text>Adverse consequences for member personal financial management resulting from participation in the program.</text></subparagraph>

<subparagraph id="HE61DD3E43B3E45859D29A0E06537CF82"><enum>(D)</enum><text>Other support available to and used by members to meet basic needs requirements.</text></subparagraph></paragraph>

<paragraph id="H10C9E2045EB0463D9F16AB8E35FF41B8"><enum>(6)</enum><text>An assessment of food insecurity among members of the Armed Forces who reside in on-post housing (and thus do not receive basic allowance for housing (BAH)) and their dependents, including eligibility of such members for and participation of such members in the Supplemental Nutrition Assistance Program.</text></paragraph>

<paragraph id="HB0FAD7B7F70E417C884982600EB95F99"><enum>(7)</enum><text>An assessment of the feasability and advisability of a basic needs allowance for low-income members of the Armed Forces (including an allowance calculated both with and without basic allowance for housing included in the determination of member gross household income), including with respect to the following:</text>

<subparagraph id="HFB6AFAEFE47045ED99609DF019EE13E2"><enum>(A)</enum><text>The maximum member gross household income for eligibility for the allowance.</text></subparagraph>

<subparagraph id="HA0D67E07D0CD4143B98B745B85F8E3A4"><enum>(B)</enum><text>The number of members who would be eligible for the allowance.</text></subparagraph>

<subparagraph id="HF74C3B47A7334327B9B4B2781FD1CF98"><enum>(C)</enum><text>The optimal average annual amount of the allowance.</text></subparagraph>

<subparagraph id="H55555AA7F5D24616837FCC18D5527F6F"><enum>(D)</enum><text>The total annual cost of paying the allowance.</text></subparagraph>

<subparagraph id="H2DAAAC10434F43E0BBD9EC3C96F9AD8D"><enum>(E)</enum><text>Whether particular geographic locations would include large number of members eligible for the allowance.</text></subparagraph>

<subparagraph id="H570F848CDD514AB0B48AF030FD4054B4"><enum>(F)</enum><text>The effects of payment of the allowance on recruitment and retention of members, and on member morale and conduct.</text></subparagraph></paragraph>

<paragraph id="H69DD1418186645149C4F30ABE7E57368"><enum>(8)</enum><text>Any other

recommendations for policies, programs, and activities to address food insecurity among members of the Armed Forces and their dependents that the Secretary considers appropriate.</text></paragraph></subsection></section></subtitle></title>

<title id="H611C8757C36B472EB80AE532039C0A9A" style="OLC"><enum>VII</enum><header>Health Care Provisions</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H611C8757C36B472EB80AE532039C0A9A" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HDB71DD9A729049089000D5EE6B4CF009" level="subtitle">Subtitle Aâ€"TRICARE and Other Health Care Benefits</toc-entry>

<toc-entry idref="H25C4CC73E65E4839B22583ED463E7C59" level="section">Sec.â€,701.â€,Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve.</toc-entry>

<toc-entry idref="HAB2170A896ED4C148C67A4D8303BF3FE" level="section">Sec.â€,702.â€,TRICARE payment options for retirees and their dependents.</toc-entry>

<toc-entry idref="H9AD5CF276E5B40B68FC3539619AE86E6" level="section">Sec.â€,703.â€,Lead level screening and testing for children.</toc-entry>

<toc-entry idref="HFCDAAFCC3631498E8A4AB0C1FBF6EBEF" level="section">Sec.â€,704.â€,Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations.</toc-entry>

<toc-entry idref="H6DE055731C6B46D8BDF5EFBF0684CEEB" level="section">Sec.â€,705.â€,Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas.</toc-entry>

<toc-entry idref="H87AA88D707394BF78BBCBA6FEAB55962" level="section">Sec.â€,706.â€,Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation.</toc-entry>

<toc-entry idref="H9DE9049F7A35415B91131B4E66EE8434" level="section">Sec.â€,707.â€,Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances.</toc-entry>

<toc-entry idref="HB35916EF28EE48809B608C28464CC84A" level="subtitle">Subtitle Bâ€"Health Care Administration</toc-entry>

<toc-entry idref="H040831C5486A4F64AFD7515F5A25C167" level="section">Sec.â€,711.â€,Modification of organization of military health system.</toc-entry>

<toc-entry idref="H8A29534D3A014E5FBE2D74D78813DECA" level="section">Sec.â€,712.â€,Support by military health system of medical requirements of combatant commands.</toc-entry>

<toc-entry idref="H507A4DF18329480295C83CF539FC9695" level="section">Sec.â€,713.â€,Requirements for certain prescription drug labels.</toc-entry>

<toc-entry idref="HF26E19826A494913924CB798E706FD07" level="section">Sec.â€,714.â€,Officers authorized to command Army dental units.</toc-entry>

<toc-entry idref="H6CE1BBA8D0A44FED8CDA8D976A04ABE8" level="section">Sec.â€,715.â€,Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs.</toc-entry>

<toc-entry idref="HC5EF74E6289B423EA24938DBFBB26591" level="section">Sec.â€,716.â€,Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program.</toc-entry>

<toc-entry idref="H56CE31EB3E864A25BACA5BB00CD7EAEC" level="section">Sec.â€,717.â€,Inclusion of blast exposure history in medical records of members of the Armed Forces.</toc-entry>

<toc-entry idref="H59EA4E771C3D43E08052C65EC24CD6E1" level="section">Sec.â€,718.â€,Comprehensive policy for provision of mental health care to members of the Armed Forces.</toc-entry>

<toc-entry idref="HF818CA83CC1E4E6EB581897A0953A90F" level="section">Sec.â€,719.â€,Limitation on the realignment or reduction of military medical manning end strength.</toc-entry>

<toc-entry idref="HBA775F7F6BA64274863D47DE1CB706F8" level="section">Sec.â€,720.â€,Strategy to recruit and retain mental health providers.</toc-entry>

<toc-entry idref="HF5584F73F9024F29BDD10F16D3CEE178" level="section">Sec.â€,721.â€,Development of partnerships to improve combat casualty care for personnel of the Armed Forces.</toc-entry>

<toc-entry idref="H449500423F0E4A6DB3634FAC3DD93ADE" level="section">Sec.â€,722.â€,Modification to referrals for mental health services.</toc-entry>

<toc-entry idref="H9266D0DBC1B74AA9B04D8DA665C3D7DC" level="subtitle">Subtitle Câ€"Reports and Other Matters</toc-entry>

<toc-entry idref="H770AABB98D5F4313A2C2C0096FD03C0C" level="section">Sec.â€,731.â€,Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice.</toc-entry>

<toc-entry idref="H71F1E62DFDE54DAEB1D0F49BD98E2DFA" level="section">Sec.â€,732.â€,Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund.</toc-entry>

<toc-entry idref="H332FC005F84441CABBD103C514E1D006" level="section">Sec.â€,733.â€,Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine.</toc-entry>

<toc-entry idref="HCF6714C859244D25AF7FC1DDDFC29201" level="section">Sec.â€,734.â€,Establishment of Academic Health System in National Capital Region.</toc-entry>

<toc-entry idref="HDE7AFD3B1C7E4DA2BC4AF0BB5CD35E21" level="section">Sec.â€,735.â€,Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies.</toc-entry>

<toc-entry idref="HD0ADA24EC0FD47E0B7200A2F0B60D69C" level="section">Sec.â€,736.â€,Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund.</toc-entry>

<toc-entry idref="HD8DDD52612B54A04AB74F18F6D99749A" level="section">Sec.â€,737.â€,Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence.</toc-entry>

<toc-entry idref="H84EF8726780544F5888F87037654DE31" level="section">Sec.â€,738.â€,Encouragement of participation in Womenâ€™s Health Transition Training pilot program.</toc-entry>

<toc-entry idref="H94E1A654CA28448EBCE1F17EBAC68149" level="section">Sec.â€,739.â€,National Guard suicide prevention pilot program.</toc-entry>

<toc-entry idref="HD709D5C18502467DA0F76464B55AA7E3" level="section">Sec.â€,740.â€,Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System.</toc-entry>

<toc-entry idref="H0F21DA45117946C49047C84069B4685B" level="section">Sec.â€,741.â€,Reports on suicide among members of the Armed Forces and

suicide prevention programs and activities of the Department of Defense.</toc-entry>

<toc-entry idref="H488E82FD92EE4DE79EFA652D3BC07DDA" level="section">Sec.â€,742.â€,Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information.</toc-entry>

<toc-entry idref="H7D400FCF5D8D47E89237C12DC0E6C0E1" level="section">Sec.â€,743.â€,Study and plan on the use of military-civilian integrated health delivery systems.</toc-entry>

<toc-entry idref="H34DF2B3BC7B7405B8C6A4CD408CC911E" level="section">Sec.â€,744.â€,Study on case management in the military health system.</toc-entry>

<toc-entry idref="HC067599C2F934FA8B32B559B7F0D9E8E" level="section">Sec.â€,745.â€,Report on Global Health Security Strategy and the National Biodefense Security.</toc-entry>

<toc-entry idref="H38B5F9220D9C4F09AF93A54B0A2C830F" level="section">Sec.â€,746.â€,Study on establishment of wounded warrior service dog program.</toc-entry>

<toc-entry idref="H6BFA256E6A3D4926AAF14DDBEC0ABFE7" level="section">Sec.â€,747.â€,GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions.</toc-entry>

<toc-entry idref="HCFCD5C523F114D4086F3A7590D967FD4" level="section">Sec.â€,748.â€,Reports on Millennium Cohort Study relating to women members of the Armed Forces.</toc-entry>

<toc-entry idref="H70775172973C448ABC671CA3A1E6DA6D" level="section">Sec.â€,749.â€,Study on effects of sleep deprivation on readiness of members of the Armed Forces.</toc-entry>

<toc-entry idref="HCFF7B9F8E7684D2E9FEAD4C556E8DE35" level="section">Sec.â€,750.â€,Study and report on traumatic brain injury mitigation efforts.</toc-entry></toc>

<subtitle id="HDB71DD9A729049089000D5EE6B4CF009" style="OLC"><enum>A</enum><header>TRICARE and Other Health Care Benefits</header>

<section id="H25C4CC73E65E4839B22583ED463E7C59"><enum>701.</enum><header>Modification of eligibility for TRICARE Reserve Select for certain members of the Selected Reserve</header><text display-inline="no-display-inline">Section 1076d(a)(2) of title 10, United States Code, is amended by striking <quote>Paragraph (1) does not apply</quote> and inserting <quote>During the period preceding January 1, 2030, paragraph (1) does not apply</quote>.</text></section>

<section id="HAB2170A896ED4C148C67A4D8303BF3FE"><enum>702.</enum><header>TRICARE payment options for retirees and their dependents</header>

<subsection id="H07D553E128444DFD96D580948F22C90E"><enum>(a)</enum><header>In general</header><text>Section 1099 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H63DA1F1B4E9E43B387CBD6BD683029A9"><enum>(1)</enum><text>by redesignating subsection (d) as subsection (e); and</text></paragraph>

<paragraph id="H88E1C945A3564DB099AFC42BD21350DD"><enum>(2)</enum><text>by inserting after subsection (c) the following new subsection (d):</text>

<quoted-block display-inline="no-display-inline" id="H2A07C0EB8D2140C585F65CB9AE40F7DD" style="OLC">

<subsection id="H5B695A12C0224E0AA686963AD6EEF6CC"><enum>(d)</enum><header>Payment options</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HA658A7A3A77B48248F39280A05620E4D"><enum>(1)</enum><text>A member or former member of the uniformed services, or a dependent thereof, eligible for medical care and dental care under section 1074(b) or 1076 of this title shall pay a premium for coverage under

this chapter.</text></paragraph>

<paragraph id="H517574FD931D4198BEBB53871B5074E9" indent="up1"><enum>(2)</enum><text>To the maximum extent practicable, a premium owed by a member, former member, or dependent under paragraph (1) shall be withheld from the retired, retainer, or equivalent pay of the member, former member, or dependent. In all other cases, a premium shall be paid in a frequency and method determined by the Secretary.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H7E59378903DD43E6BE9C94AE205EC5E6"><enum>(b)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HDA5CADC4100D4D2D889D5510655884AB"><enum>(1)</enum><header>Conforming amendments</header><text>Section 1097a of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HCEA2D7E9816F44F5A92A788F03FBC48E"><enum>(A)</enum><text>by striking subsection (c); and</text></subparagraph>

<subparagraph id="HDB8413BAD7F746E493BAD7E8BBF00BA1"><enum>(B)</enum><text>by redesignating subsections (d), (e), and (f) as subsections (c), (d), and (e), respectively.</text></subparagraph></paragraph>

<paragraph id="H6C63E988CF4C4EA8816524D605EC8999"><enum>(2)</enum><header>Heading amendments</header>

<subparagraph id="H508950275729467D9E2B1F601F8F360C"><enum>(A)</enum><header>Automatic enrollments</header><text>The heading for section 1097a of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA5F996F00C264B9A9574679BCC172584" style="USC">

<section id="H804C6240ECF2425483BA1FEDE975D80B"><enum>1097a.</enum><header>TRICARE Prime: automatic enrollments</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H23710B697729449BA94E20ADBD67AACA"><enum>(B)</enum><header>Enrollment system and payment options</header><text>The heading for section 1099 of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H123CDC5737714A26A81A44CCE5B12406" style="USC">

<section id="H2AA2974F76F44D9D937CD2CD61BA6340"><enum>1099.</enum><header>Health care enrollment system and payment options</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H171A8272F2084FA7B9F56723B8CA26A1"><enum>(3)</enum><header>Clerical amendments</header><text>The table of sections at the beginning of chapter 55 of such title is amendedâ€"</text>

<subparagraph id="H6EAD1B5937E54F7F99AD3C7C46051FF0"><enum>(A)</enum><text>by striking the item relating to section 1097a and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HE29524D8D2FA43CDB852D4E8476F18FE" style="OLC">

<toc>

<toc-entry bold="off" level="section">1097a. TRICARE Prime: automatic enrollments.</toc-entry></toc><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H0A77EED059494458AE1E5902DB0A8959"><enum>(B)</enum><text>by striking the item relating to section 1099 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H0FB07886A92D4EBA85AF2E41524744CA" style="OLC">

<toc>

<toc-entry bold="off" level="section">1099. Health care enrollment system and payment options.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H34C71D65E6F64C98BAF20443611BDEB9"><enum>(c)</enum><header>Effective date</header><text>The amendments made by this section shall apply to health care coverage beginning on or after January 1, 2021.</text></subsection></section>

<section id="H9AD5CF276E5B40B68FC3539619AE86E6"><enum>703.</enum><header>Lead level screening and testing for children</header>

<subsection id="HC6497FB31E614B2FBB663D8C68F4089E"><enum>(a)</enum><header>Comprehensive screening, testing, and reporting guidelines</header>

<paragraph id="H8B6FFF8CE0B64961B0CA923F93F9D6AC"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish clinical practice guidelines for health care providers employed by the Department of Defense on screening, testing, and reporting of blood lead levels in children.</text></paragraph>

<paragraph id="HCEE64717AFC94373887D3E6272400363"><enum>(2)</enum><header>Use of CDC recommendations</header><text>Guidelines established under paragraph (1) shall reflect recommendations made by the Centers for Disease Control and Prevention with respect to the screening, testing, and reporting of blood lead levels in children.</text></paragraph>

<paragraph id="H0B068BC307674DCB83145CCB230E0839"><enum>(3)</enum><header>Dissemination of guidelines</header><text>Not later than one year after the date of the enactment of this Act, the Secretary shall disseminate the clinical practice guidelines established under paragraph (1) to health care providers of the Department of Defense.</text></paragraph></subsection>

<subsection id="H9D773C04B7DD4A668E1E8734FB116B9D"><enum>(b)</enum><header>Care provided in accordance with CDC guidance</header><text>The Secretary shall ensure that any care provided by the Department of Defense to a child for an elevated blood lead level shall be carried out in accordance with applicable guidance issued by the Centers for Disease Control and Prevention.</text></subsection>

<subsection id="H66CDE292BBE9402F9B8B7C7DF9B63915"><enum>(c)</enum><header>Sharing of results of testing</header>

<paragraph id="H292516AE0DBF41B8AD572EB14114B7D1"><enum>(1)</enum><header>In general</header><text>With respect to a child who receives from the Department of Defense a test for an elevated blood lead levelâ€"</text>

<subparagraph id="H78BE85B5AAAF4C69BAD16CB681F7C1CB"><enum>(A)</enum><text>the Secretary shall provide the results of the test to the parent or guardian of the child; and</text></subparagraph>

<subparagraph id="H247D7735309246E58E8DAAA1BA24B6E0"><enum>(B)</enum><text>notwithstanding any requirements for the confidentiality of health information under the Health Insurance Portability and Accountability Act of 1996 (Public Law 104â€"191), if the results of the test show an abnormal blood lead level or elevated blood lead level, the Secretary shall provide those results and the address at which the child resides toâ€"</text>

<clause id="H13E6DFBA734B446E85BD01E05E499692"><enum>(i)</enum><text>the relevant health department of the State in which the child resides if the child resides in the United States; or</text></clause>

<clause id="H29247D5E22C548E1B2168B1E3240DA3D"><enum>(ii)</enum><text>if the child resides outside the United Statesâ€"</text>

<subclause id="H30DB1F778D024F30B5453EF4E3F3CC81"><enum>(I)</enum><text>the Centers for Disease Control and Prevention;</text></subclause>

<subclause id="H7ABE8BDB9E864835A2B70F5C99600F5A"><enum>(II)</enum><text>the appropriate authority of the country in which the child resides; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HBC97240F919445D4AA4151E0CC14C3B6"><enum>(III)</enum><text display-inline="yes-display-inline">the primary provider of health care for the child for follow-

up.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H70785CF6A7C047DE89872F99948CAE8D"><enum>(2)</enum><header>State defined</header><text>In this subsection, the term <term>State</term> means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.</text></paragraph></subsection>

<subsection id="HAF75CA9F288044A39A4D67AE5AF97525"><enum>(d)</enum><header>Report</header><text>Not later than January 1, 2021, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report detailing, with respect to the period beginning on the date of the enactment of this Act and ending on the date of the report, the following:</text>

<paragraph id="H83082B03374B44DDA4FDD8BA73741E73"><enum>(1)</enum><text>The number of children who were tested by the Department of Defense for the level of lead in the blood of the child, and of such number, the number who were found to have an elevated blood lead level.</text></paragraph>

<paragraph id="H0EFFC449018E4DBFB5EB5118B6F05594"><enum>(2)</enum><text>The number of children who were screened by the Department of Defense for an elevated risk of lead exposure.</text></paragraph></subsection>

<subsection id="H60AF35126CF4414C974CB3E80796CC1D"><enum>(e)</enum><header>Comptroller General report</header><text>Not later than January 1, 2022, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the effectiveness of screening and testing for lead exposure and elevated blood lead levels under chapter 55 of title 10, United States Code.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6465C6F1F3BA4A99B80B904FFBD986D4"><enum>(f)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section, the terms <term>abnormal blood lead level</term> and <term>elevated blood lead level</term> have the meanings given those terms by the Centers for Disease Control and Prevention.</text></subsection></section>

<section id="HFCDAAFCC3631498E8A4AB0C1FBF6EBEF" section-type="subsequent-section"><enum>704.</enum><header>Exposure to open burn pits and toxic airborne chemicals or other airborne contaminants as part of periodic health assessments and other physical examinations</header>

<subsection id="H0373A3D10956417298D8BBF084D1D7FF"><enum>(a)</enum><header>Periodic health assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that any periodic health assessment provided to members of the Armed Forces includes an evaluation of whether the member has beenâ€"</text>

<paragraph id="H0761BF3C8CFC41069922D481B5741227"><enum>(1)</enum><text display-inline="yes-display-inline">based or stationed at a location where an open burn pit was used; or</text></paragraph>

<paragraph id="H2929DC51B4DA4FAF95368D07F7B0528D"><enum>(2)</enum><text>exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the Airborne Hazards and Open Burn Pit Registry.</text></paragraph></subsection>

<subsection id="HA022AFC0BFAB4A05A91BEFF804CEB102"><enum>(b)</enum><header>Separation history and physical examinations</header><text display-inline="yes-display-inline">Section 1145(a)(5) of title 10, United States Code, is amended by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H616D324821DF450E8AE6BBDA90406F5F" style="USC">

<subparagraph id="H749325D77E72457BB0E8267FB260C9E5" indent="up2"><enum>(C)</enum><text display-inline="yes-display-inline">The Secretary concerned shall ensure that each physical examination of a member under subparagraph (A) includes an assessment of whether the member wasâ€"</text>

<clause id="HB7F35BA593084D98A1AAB3DCFA1E3910"><enum>(i)</enum><text>based or stationed at a location where an open burn pit, as defined in subsection (c) of section 201 of

the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note), was used; or</text></clause>

<clause id="HBD777FBE985846E2B379A5A187EE46E0"><enum>(ii)</enum><text display-inline="yes-display-inline">exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the registry established by the Secretary of Veterans Affairs under such section 201.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEFE72B724AD64ECD91030E642B9F63F5"><enum>(c)</enum><header>Deployment assessments</header><text display-inline="yes-display-inline">Section 1074f(b)(2) of title 10, United States Code, is amended by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HEBBAEA49038445DB9EFE15AACCDBA1B3" style="USC">

<subparagraph id="HFE5650AB4F1B4A4E9139306910C144DC" indent="up1"><enum>(D)</enum><text display-inline="yes-display-inline">An assessment of whether the member wasâ€"</text>

<clause id="H82D4ED7CDE1F48EF910C912DFF58FC76"><enum>(i)</enum><text>based or stationed at a location where an open burn pit, as defined in subsection (c) of section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note), was used; or</text></clause>

<clause id="H69DC77FBD5104DFD976CFC786C4825C7"><enum>(ii)</enum><text display-inline="yes-display-inline">exposed to toxic airborne chemicals or other airborne contaminants, including any information recorded as part of the registry established by the Secretary of Veterans Affairs under such section 201.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H816C8CEC5268416B8282FB283AB33B8C"><enum>(d)</enum><header>Sharing of information</header>

<paragraph id="H51B33820C328468885982609F1269019"><enum>(1)</enum><header>DODâ€"VA</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans Affairs shall jointly enter into a memorandum of understanding providing for the sharing by the Department of Defense with the Department of Veterans Affairs of the results of covered evaluations regarding the exposure by a member of the Armed Forces to toxic airborne chemicals or other airborne contaminants.</text></paragraph>

<paragraph id="H82EAAB59E23F41EDAFEC0329C4E68B82"><enum>(2)</enum><header>Registry</header><text display-inline="yes-display-inline">If a covered evaluation of a member of the Armed Forces establishes that the member was based or stationed at a location where an open burn pit was used or that the member was exposed to toxic airborne chemicals or other airborne contaminants, the member shall be enrolled in the Airborne Hazards and Open Burn Pit Registry unless the member elects to not so enroll.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H337F02A1CD70471890774BD41410E940"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construed to preclude eligibility for benefits under the laws administered by the Secretary of Veterans Affairs by reason of the open burn pit exposure history of a veteran not being recorded in a covered evaluation.</text></subsection>

<subsection id="HF26988F35E0947868952BD12F6B749AD"><enum>(f)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H248D29FA354A4931B6BF52E85730ED81"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>Airborne Hazards and Open Burn Pit Registry</term> means the registry established by the Secretary of Veterans Affairs under section 201 of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note).</text></paragraph>

<paragraph id="HDDB56EE2E7134A1093FBA4052C1BB934"><enum>(2)</enum><text>The term <term>covered evaluation</term> meansâ€"</text>

<subparagraph id="H6CEEC112EFE64897A427F5058771D14D"><enum>(A)</enum><text display-inline="yes-display-inline">a periodic health assessment conducted in accordance with subsection (a);</text></subparagraph>

<subparagraph id="H15A58F7BA283455BBD3B6286D1619E98"><enum>(B)</enum><text display-inline="yes-display-inline">a separation history and physical examination conducted under section 1145(a)(5) of title 10, United States Code, as amended by this section; and</text></subparagraph>

<subparagraph id="H670D212E3F7343228BE8611667C62B71"><enum>(C)</enum><text>a deployment assessment conducted under section 1074f(b)(2) of such title, as amended by this section.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0CECACFB2F794EBFA797BF397FB7569D"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>open burn pit</term> has the meaning given that term in section 201(c) of the Dignified Burial and Other Veterans' Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note).</text></paragraph></subsection></section>

<section id="H6DE055731C6B46D8BDF5EFBF0684CEEB"><enum>705.</enum><header>Enhancement of recordkeeping with respect to exposure by members of the Armed Forces to certain occupational and environmental hazards while deployed overseas</header>

<subsection id="H6EC7B6ACF65D497E84A5EB2F766FDD50"><enum>(a)</enum><header>Inclusion in medical tracking system of occupational and environmental health risks in deployment area</header>

<paragraph id="H1DB4B965B2584B9AB24DEB064DF6D5EB"><enum>(1)</enum><header>Elements of medical tracking system</header><text display-inline="yes-display-inline">Subsection (b)(1)(A) of section 1074f of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HEB4A139C8EE84F3A96166BB06D78CB1F"><enum>(A)</enum><text>in clause (ii), by striking <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="H41F2FC6EABD74917B204FC4C48475F7C"><enum>(B)</enum><text>in clause (iii), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="HD5F36AA56A85456CAD376DB5E51FD4A7"><enum>(C)</enum><text>by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="HF847D23A916049D4AE8B9101DEAABA5E" style="USC">

<clause id="HCA7B2347DA1147689DF66CD91FAFCA35" indent="up2"><enum>(iv)</enum><text display-inline="yes-display-inline">accurately record any exposure to occupational and environmental health risks during the course of their deployment.</text></clause><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB26E604D4E044FAB89A8AAF554F47278"><enum>(2)</enum><header>Recordkeeping</header><text>Subsection (c) of such section is amended by inserting after <quote>deployment area</quote> the following: <quote>(including the results of any assessment performed by the Secretary of occupational and environmental health risks for such area)</quote>.</text></paragraph></subsection>

<subsection id="H65E011823D864C0E8AB3F41522072422"><enum>(b)</enum><header>Postdeployment medical examination and reassessments</header><text display-inline="yes-display-inline">Section 1074f of title 10, United States Code, as amended by subsection (a), is further amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="HFF8D293456AA458BA2F9F3160E0731C8" style="OLC">

<subsection id="H65E32F6948F24DA8BA27DC78F0F9F6CD"><enum>(g)</enum><header>Additional requirements for postdeployment medical examinations and health reassessments</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H9327A315968C4393BEF21BE261A7C954"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall standardize and make available to a provider that conducts a postdeployment medical examination or reassessment under the system described in subsection (a) questions relating to occupational and environmental health exposure.</text></paragraph>

<paragraph id="H00F41C6B06C54C2BB0A20E05C1452009" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary, to the extent practicable, shall ensure that the medical record of a member includes information on the external cause relating to a diagnosis of the member, including by associating an external cause code (as issued under the International Statistical Classification of Diseases and Related Health Problems, 10th Revision (or any successor revision)).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H97A18F17C46048C5B8FA01D8F46AD71C"><enum>(c)</enum><header>Access to information in burn pit registry</header>

<paragraph id="H24FD08161C4E40BA9D29984C51CB8408"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall ensure that all medical personnel of the Department of Defense have access to the information contained in the burn pit registry.</text></paragraph>

<paragraph id="H909BA69C11EA48E58DE5B7BE0660BC5A"><enum>(2)</enum><header>Burn pit registry defined</header><text display-inline="yes-display-inline">In this subsection, the term <term>burn pit registry</term> means the registry established under section 201 of the Dignified Burial and Other Veteransâ€™ Benefits Improvement Act of 2012 (Public Law 112â€"260; 38 U.S.C. 527 note).</text></paragraph></subsection></section>

<section id="H87AA88D707394BF78BBCBA6FEAB55962"><enum>706.</enum><header>Modifications to post-deployment mental health assessments for members of the Armed Forces deployed in support of a contingency operation</header>

<subsection id="HD4DEB4B71D83400B90219D6298E5BB6F"><enum>(a)</enum><header>Required assessments</header><text display-inline="yes-display-inline">Section 1074m(a)(1) of title 10, United States Code, is amended by striking subparagraphs (C) and (D) and inserting the following new subparagraphs:</text>

<quoted-block style="USC" id="H7BBA89607DB846E890E532B29AB3641E" display-inline="no-display-inline">

<subparagraph id="HC7C6EC6D1F604DC9A2847A02A1D79B14"><enum>(C)</enum><text display-inline="yes-display-inline">Subject to paragraph (3) and subsection (d), once during the period beginning on the date of redeployment from the contingency operation and ending on the date that is 21 days after the date on which the post-deployment leave of the member terminates.</text></subparagraph>

<subparagraph id="HD82E0A237B2E423F97FF24F3B33AEF8C"><enum>(D)</enum><text>Subject to subsection (d), not less than once annuallyâ€"</text>

<clause id="HA6DA628A13774718A020555D03B5DE49"><enum>(i)</enum><text>beginning 21 days after the date on which the post-deployment leave of the member terminates; or</text></clause>

<clause id="HFB86026ADC0A43B3B113ED87673D82B5"><enum>(ii)</enum><text>if the assessment required by subparagraph (C) is performed during the period specified in paragraph (3), beginning 180 days after the date of redeployment from the contingency operation.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H5C923AE90CFE4A8E85CA0738EEB222AF"><enum>(b)</enum><header>Exceptions</header><text>Section 1074m(a) of such title, as amended by subsection (a), is further amended by striking paragraph (2) and inserting the following new paragraphs:</text>

<quoted-block style="USC" id="HA6B76FA3BE0A44AB94D466212EE50ACC" display-inline="no-display-inline">

<paragraph id="HC191DA769B0841BA8A95F2A05C40655C" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">A mental health assessment is not required for a

member of the armed forces under subparagraphs (C) and (D) of paragraph (1) (including an assessment performed pursuant to paragraph (3)) if the Secretary determines that providing such assessment to the member during the time periods under such subparagraphs would remove the member from forward deployment or put members or operational objectives at risk.</text></paragraph>

<paragraph id="H3CEC9A71321846AF8A504D2DE1FB54DD" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">A mental health assessment required under subparagraph (C) of paragraph (1) may be provided during the period beginning 90 days after the date of redeployment from the contingency operation and ending 180 days after such redeployment date if the Secretary determines thatâ€"</text>

<subparagraph id="HCACAE5E9A2D243CF81D884D18D1181E0"><enum>(A)</enum><text display-inline="yes-display-inline">an insufficient number of personnel are available to perform the assessment during the time period under such subparagraph; or</text></subparagraph>

<subparagraph id="H8DC4116162554442AB28236FCAE519FD"><enum>(B)</enum><text display-inline="yes-display-inline">an administrative processing issue exists upon the return of the member to the home unit or duty station that would prohibit the effective performance of the assessment during such time period.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H854C9D2D63B247AE915CFE41DCC99A70"><enum>(c)</enum><header>Elimination of sunset for assessments during deployment</header><text display-inline="yes-display-inline">Section 1074m(a)(1)(B) of such title is amended by striking <quote>Until January 1, 2019, once</quote> and inserting <quote>Once</quote>.</text></subsection>

<subsection id="HBE15A48E74BE476EBB6D446958B58914"><enum>(d)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by subsections (a) and (b) shall apply with respect to a date of redeployment that is on or after January 1, 2020.</text></subsection></section>

<section id="H9DE9049F7A35415B91131B4E66EE8434"><enum>707.</enum><header>Provision of blood testing for firefighters of Department of Defense to determine exposure to perfluoroalkyl and polyfluoroalkyl substances</header>

<subsection id="HDAE68EF0052242469EA1F7A3947AD280"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Beginning on October 1, 2020, the Secretary of Defense shall provide blood testing to determine and document potential exposure to perfluoroalkyl and polyfluoroalkyl substances (commonly known as <quote>PFAS</quote>) for each firefighter of the Department of Defense during the annual physical exam conducted by the Department for each such firefighter.</text></subsection>

<subsection id="H06EE3946EFB946B09230B89790762EEF"><enum>(b)</enum><header>Firefighter defined</header><text>In this section, the term <term>firefighter</term> means someone whose primary job or military occupational specialty is being a firefighter.</text></subsection></section></subtitle>

<subtitle id="HB35916EF28EE48809B608C28464CC84A" style="OLC"><enum>B</enum><header>Health Care Administration</header>

<section id="H040831C5486A4F64AFD7515F5A25C167"><enum>711.</enum><header>Modification of organization of military health system</header>

<subsection id="H8ADFD215CE4B43D1B7DC41AD1A87EC0E"><enum>(a)</enum><header>Administration of military medical treatment facilities</header><text>Subsection (a) of section 1073c of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H48F5DA6EB19749148BB3B5DEC0DBBFB6"><enum>(1)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="H47B02349A505479D97069F1792C5C26E"><enum>(A)</enum><text>by redesignating subparagraphs (A), (B), (C), (D), (E), and (F) as subparagraphs (C), (D), (E), (G), (H), and (I), respectively;</text></subparagraph>

<subparagraph id="H5D80C47F5C0045788D322829A1EB95C0"><enum>(B)</enum><text>by inserting before subparagraph (C), as redesignated by subparagraph (A) of this paragraph, the

following new subparagraphs:</text>

<quoted-block display-inline="no-display-inline" id="HCD67FA42A08E475EBC298A09BB194096" style="OLC">

<subparagraph id="HD1A6740BCEEE49ACABA0303E2CF08617" indent="up1"><enum>(A)</enum><text>provision and delivery of health care within each such facility;</text></subparagraph>

<subparagraph id="H5E65233C8DCF4F7C8C4A085E1FE11E9D" indent="up1"><enum>(B)</enum><text>management of privileging, scope of practice, and quality of health care provided within each such facility;</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HC1F4F5351025458F912B6ECEA7C4E9D7"><enum>(C)</enum><text>by inserting after subparagraph (E), as so redesignated, the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H6AABACB02CB64B4EAE411E63EC8F298F" style="OLC">

<subparagraph id="H87511E1927CC4D0D9F3E6A3580CD82E9" indent="up1"><enum>(F)</enum><text>supply and equipment;</text></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H1D9AB80861754F87B5283554E31CEDD1"><enum>(2)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="H2F773784DF2D48ECB4C4914C6A4ECC81"><enum>(A)</enum><text>by redesignating subparagraphs (D), (E), (F), and (G) as subparagraphs (E), (F), (H), and (I), respectively;</text></subparagraph>

<subparagraph id="H3F24080B5A494F1EA430809D821AB945"><enum>(B)</enum><text>by inserting after subparagraph (C) the following new subparagraph (D):</text>

<quoted-block display-inline="no-display-inline" id="HB6780A6F9B0F45D3AAE5BEB816AF9D0F" style="OLC">

<subparagraph id="H3D4E9E80521E4181B71FCFAD5AD2FE7B" indent="up1"><enum>(D)</enum><text>to identify the capacity of each military medical treatment facility to support clinical readiness standards of health care providers established by the Secretary of a military department or the Assistant Secretary of Defense for Health Affairs;</text></subparagraph><after-quoted-block> and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H5F1B8FAA330A4D08A84E041F172E5168"><enum>(C)</enum><text>by striking subparagraph (F), as redesignated by subparagraph (A) of this paragraph, and inserting the following new subparagraphs:</text>

<quoted-block display-inline="no-display-inline" id="HC8984DD6B5474E3F805A7E3226C99993" style="OLC">

<subparagraph id="HFE44772CAF8B4BF89DEF79F54E5DA01D" indent="up1"><enum>(F)</enum><text>to determine, in coordination with each Secretary of a military department, manning, including joint manning, assigned to military medical treatment facilities and intermediary organizations;</text></subparagraph>

<subparagraph id="H98B194B1DE404B199AB9F0CB7D01B023" indent="up1"><enum>(G)</enum><text>to select, after considering nominations from the Secretaries of the military departments, commanders or directors of military medical treatment facilities;</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HE68E206FFEC2403197FBBC08DA0B76E4"><enum>(3)</enum><text>in paragraph (3)â€"</text>

<subparagraph id="H7C2169CF6B4F46AE893E108C4D5D9C2A"><enum>(A)</enum><text>in subparagraph (A)â€"</text>

<clause id="H5E29A46D155C449B8966E73E6899E412"><enum>(i)</enum><text>by inserting <quote>on behalf of the military departments,</quote> before <quote>ensuring</quote>; and</text></clause>

<clause id="HFCC27D98FE1A4A718A75F9A678F231B6"><enum>(ii)</enum><text>by striking <quote>and civilian employees</quote>; and</text></clause></subparagraph>

<subparagraph id="H2FF97849BAAD45CEBC51F72B8C00D1FF"><enum>(B)</enum><text>in subparagraph (B), by inserting <quote>on behalf of the Defense Health Agency,</quote> before <quote>furnishing</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H4BA8926E650947438BB62B67817FAF67"><enum>(b)</enum><header>DHA Assistant Director</header><text>Subsection (b)(2) of such section is amended by striking <quote>equivalent education and experience</quote> and all that follows and inserting <quote>the education and experience to perform the responsibilities of the position.</quote>.</text></subsection>

<subsection id="H964273B5349D4933911E116DEFE2826A"><enum>(c)</enum><header>DHA Deputy Assistant Directors</header><text>Subsection (c) of such section is amendedâ€"</text>

<paragraph id="HDECB2177EA4A45D3907E0ED317911996"><enum>(1)</enum><text>in paragraph (2)(B), by striking <quote>across the military health system</quote> and inserting <quote>at military medical treatment facilities</quote>; and</text></paragraph>

<paragraph id="HD0503DF95F864443A394D41BEF8DF4F4"><enum>(2)</enum><text>in paragraph (4)(B), by inserting <quote>at military medical treatment facilities</quote> before the period at the end.</text></paragraph></subsection>

<subsection id="H412BF14FBA23436BA78CC12245A108B0"><enum>(d)</enum><header>Treatment of Department of Defense for purposes of personnel assignment</header><text>Such section is amendedâ€"</text>

<paragraph id="HD444D56A19C64A0B8AC5F92774519F39"><enum>(1)</enum><text>by redesignating subsection (f) as subsection (g); and</text></paragraph>

<paragraph id="H9C2EA7F2369A471E801451CDDD742C5D"><enum>(2)</enum><text>by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="HF3B7FD668625446A98A16684B0EB09BC" style="OLC">

<subsection id="H1A572D6B985249358130C6ADBDA8DF45"><enum>(f)</enum><header>Treatment of Department of Defense for purposes of personnel assignment</header><text>In implementing this sectionâ€"</text>

<paragraph id="H44D32570538F4789BA570E4B1A8718E3"><enum>(1)</enum><text>the Department of Defense shall be considered a single agency for purposes of civilian personnel assignment under title 5; and</text></paragraph>

<paragraph id="H33477A8FB3004EEEAA5F072AF341E407"><enum>(2)</enum><text>the Secretary of Defense may reassign any employee of a component of the Department of Defense or a military department in a position in the civil service (as defined in section 2101 of title 5) to any other component of the Department of Defense or military department.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4D6B69E131134E46AB0C2F8C44D2FA7B"><enum>(e)</enum><header>Military medical treatment facility</header><text>Subsection (g) of such section, as redesignated by subsection (d)(1), is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H16F0EE059C774335A292E4EBA4C03519" style="OLC">

<paragraph id="H4155F0F6E632458CAD59C04433A50D7B"><enum>(3)</enum><text>The term <term>military medical treatment facility</term> meansâ€"</text>

<subparagraph id="H11CC5DD58EF44AB4A010E198F92F8476"><enum>(A)</enum><text>any fixed facility of the Department of Defense that is outside of a deployed environment and used primarily for health care; and</text></subparagraph>

<subparagraph id="H1B8789D1588E4C9D8F08746BC2CC4567"><enum>(B)</enum><text>any other location used for purposes of providing health care services as designated by the Secretary of Defense.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HFB868B8B4844408B9AF359D7E206E74E"><enum>(f)</enum><header>Technical amendments</header><text>Subsection (a) of such section is amendedâ€"</text>

<paragraph id="HB46FE50DAD384832B8EAD0B22822E1C2"><enum>(1)</enum><text>in paragraph (1), by striking <quote>paragraph (4)</quote> and inserting <quote>paragraph (5)</quote>;</text></paragraph>

<paragraph id="HEA6EF576EEC54A1A9E4E790BA759D664"><enum>(2)</enum><text>by redesignating paragraph (5) as paragraph (6);</text></paragraph>

<paragraph id="H527E130657A046648747F162A5507C01"><enum>(3)</enum><text>by redesignating the first paragraph (4) as paragraph (5); and</text></paragraph>

<paragraph id="HCC693EE251A84B34B80040E45FD5A710"><enum>(4)</enum><text>by moving the second paragraph (4) so as to appear before paragraph (5), as redesignated by paragraph (3) of this subsection.</text></paragraph></subsection></section>

<section id="H8A29534D3A014E5FBE2D74D78813DECA"><enum>712.</enum><header>Support by military health system of medical requirements of combatant commands</header>

<subsection id="H236A54945AE9435194BE86A406D8590F"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph id="H5D2FE24EF378431F9AFBFF5B425B7200"><enum>(1)</enum><text>in subsection (a), by amending paragraph (1) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H9002727535B24A02AF3ACEBEDC5ECD6A" style="OLC">

<paragraph id="H2636C5B298B745389CFCF5CAC2B73984"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall, acting through the Secretaries of the military departments, the Defense Health Agency, and the Joint Staff, implement an organizational framework of the military health system that effectively and efficiently implements chapter 55 of title 10, United States Code, to maximize the readiness of the medical force, promote interoperability, and integrate medical capabilities of the Armed Forces in order to enhance joint military medical operations in support of requirements of the combatant commands.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1E8FEEA65AE9440A8097A04E40EC12E1"><enum>(2)</enum><text>in subsection (e), by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively, and by moving such paragraphs so as to appear at the end of subsection (d);</text></paragraph>

<paragraph id="H496CED4D1AD4486B93DCCA2778591A61"><enum>(3)</enum><text>by striking subsection (e), as amended by paragraph (2) of this subsection;</text></paragraph>

<paragraph id="H25EC23A0995F4CAFA856C180BA05EE06"><enum>(4)</enum><text>by redesignating subsections (b) through (d) as subsections (c) through (e), respectively;</text></paragraph>

<paragraph id="HB517BCB47BE74215816913983D8BCD45"><enum>(5)</enum><text>by inserting after subsection (a) the following new subsection (b):</text>

<quoted-block display-inline="no-display-inline" id="HD6714327BC234C25A7724537D3EA0FC2" style="OLC">

<subsection id="H5B3C171F1B854F54B3866CEB1F08A899"><enum>(b)</enum><header>Additional duties of Surgeons General of the Armed Forces</header><text>The Surgeons General of the Armed Forces shall have the following duties:</text>

<paragraph id="HAD80316F2B9D4B2B886551C05B95B51F"><enum>(1)</enum><text>To ensure the readiness for operational deployment of medical and dental personnel and deployable medical or dental teams or units of the Armed Force or Armed Forces concerned.</text></paragraph>

<paragraph id="H6B5B0824203843BBB957EB77FB5CA8BA"><enum>(2)</enum><text>To meet medical readiness standards, subject to standards and metrics established by the Assistant Secretary of Defense for Health Affairs.</text></paragraph>

<paragraph id="HF0E9EA10B4D04D42848A6A4612C81533"><enum>(3)</enum><text>With respect to uniformed medical and dental personnel of the military department concernedâ€"</text>

<subparagraph id="H3A9BC4F040FE4C45B78A9C2D67FC7788"><enum>(A)</enum><text>to assign such personnelâ€"</text>

<clause id="HD956C79656E5492BB40158C8FECD6F23"><enum>(i)</enum><text>primarily to military medical treatment facilities, under the operational control of the commander or director of the facility; or</text></clause>

<clause id="H649E1F8978CA40A3A336ECDA732E7431"><enum>(ii)</enum><text>secondarily to partnerships with civilian or other medical facilities for training activities specific to such military department; and</text></clause></subparagraph>

<subparagraph id="HB4EF040507424677931C9EDB4ADB3E7C"><enum>(B)</enum><text>to maintain readiness of such personnel for operational deployment.</text></subparagraph></paragraph>

<paragraph id="H4DBD2B35F76542B0B55B2D399A6B69F3"><enum>(4)</enum><text>To provide logistical support for operational deployment of medical and dental personnel and deployable medical or dental teams or units of the Armed Force or Armed Forces concerned.</text></paragraph>

<paragraph id="H451B0762C8DB4A849C2021EC0C71223A"><enum>(5)</enum><text>To oversee mobilization and demobilization in connection with the operational deployment of medical and dental personnel of the Armed Force or Armed Forces concerned.</text></paragraph>

<paragraph id="H4732AE2084224F6FBE1DB6AE167E5552"><enum>(6)</enum><text>To develop operational medical capabilities required to support the warfighter, and to develop policy relating to such capabilities.</text></paragraph>

<paragraph id="H5F986120CF71403A9F3EF2CF4A3A0023"><enum>(7)</enum><text>To provide health professionals to serve in leadership positions across the military healthcare system.</text></paragraph>

<paragraph id="H417D0BAF4D414AF6963660FD456AD5C4"><enum>(8)</enum><text>To deliver operational clinical services under the operational control of the combatant commandsâ€"</text>

<subparagraph id="H47B9E295A2BC4FC184F516B0384DA625"><enum>(A)</enum><text>on ships and planes; and</text></subparagraph>

<subparagraph id="H8C8DF315D6B049428BC901782439AB6C"><enum>(B)</enum><text>on installations outside of military medical treatment facilities.</text></subparagraph></paragraph>

<paragraph id="HBA59994BCA3E47B1AD2408ADD9EC1894"><enum>(9)</enum><text>To manage privileging, scope of practice, and quality of health care in the settings described in paragraph (8).</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HF27D1B04C35043FFA97CB084827BCAA3"><enum>(6)</enum><text>in subsection (c), as redesignated by paragraph (4) of this subsectionâ€"</text>

<subparagraph id="HF7908AD564A046B09F4942F8E02A8492"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">Agency</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">regions</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HDEF7115C077B43DE9BDCBB13D61432FF"><enum>(B)</enum><text>in paragraph (1)â€"</text>

<clause id="H12E47305D8B84EB087BAE05AA3220A17"><enum>(i)</enum><text>in the paragraph heading, by inserting <quote><header-in-text level="paragraph" style="OLC">Agency</header-in-text></quote> before <quote><header-in-text level="paragraph" style="OLC">regions</header-in-text></quote>; and</text></clause>

<clause id="HA8E557AC249E406DB7D8372BEFE285B1"><enum>(ii)</enum><text>by striking <quote>defense health</quote> and inserting <quote>Defense Health Agency</quote>;</text></clause></subparagraph></paragraph>

<paragraph id="H50F30E597D214D7C8A3547CD8152D44C"><enum>(7)</enum><text>in subsection (d), as redesignated by paragraph (4) of this subsectionâ€"</text>

<subparagraph id="HCF6F193731FB4F6F9BF503D6212C17F4"><enum>(A)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">Agency</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">regions</header-in-text></quote>;</text></subparagraph>

<subparagraph id="H2AE36306D4D146E09550CA4BB522413A"><enum>(B)</enum><text>in the matter preceding paragraph (1), by striking <quote>defense health</quote> and inserting <quote>Defense Health Agency</quote>; and</text></subparagraph>

<subparagraph id="H2DB9B6A5CED241749895279D8CF312A1"><enum>(C)</enum><text>in paragraph (3), by striking <quote>subsection (b)</quote> and inserting <quote>subsection (c)</quote>; and</text></subparagraph></paragraph>

<paragraph id="H8BF0A31BD1A24EB0BD72951087133A40"><enum>(8)</enum><text>in subsection (e), as redesignated by paragraph (4) of this subsectionâ€"</text>

<subparagraph id="H504CB1377BA94CA6937FD5EFB5015DFA"><enum>(A)</enum><text>in paragraph (2)â€"</text>

<clause id="HAAE4D90421C6481F89C69E05D4587615"><enum>(i)</enum><text>by amending subparagraph (A) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HE076E1BA8DC74F4D9E51DA2EEBBD181D" style="OLC">

<subparagraph id="H506857C0FCBF4A6BA82511CFEE1BC33F"><enum>(A)</enum><header>In general</header><text>The Secretaries of the military departments shall coordinate with the Chairman of the Joint Chiefs of Staff to direct resources allocated to the military departments to support requirements related to readiness and operational medicine support that are established by the combatant commands and validated by the Joint Staff.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></clause>

<clause id="HA2F2253C34454F2B8859F5F200C7AD75"><enum>(ii)</enum><text>in subparagraph (B), in the matter preceding clause (i), by striking <quote>Based on</quote> and all that follows through <quote>shallâ€"</quote> and inserting <quote>The Director of the Defense Health Agency, in coordination with the Assistant Secretary of Defense for Health Affairs, shallâ€"</quote>;</text></clause></subparagraph>

<subparagraph id="H69BC7951836D41B488DE802A3A9CE0C9"><enum>(B)</enum><text>in paragraph (3), as moved and redesignated by paragraph (2) of this subsection, in the second sentenceâ€"</text>

<clause id="H6211CDDE592E49D3A1BF20F82A46A181"><enum>(i)</enum><text>by inserting <quote>primarily</quote> before <quote>through</quote>; and</text></clause>

<clause id="HFD1ED0C54DED4267B36C78E88B1A4ADA"><enum>(ii)</enum><text>by inserting<quote>, in coordination with the Secretaries of the military departments,</quote> after <quote>the Defense Health Agency</quote>; and</text></clause></subparagraph>

<subparagraph id="H297EAE9CA2D1472892F14C725CC3A3B0"><enum>(C)</enum><text>by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H0E953D85D9FA47A5A6CFA6966F791CE7" style="OLC">

<paragraph id="H6D1C3537247943C0A2C771ADC662CC12"><enum>(5)</enum><header>Manpower</header>

<subparagraph id="H2200DCAD397646F996EE107D6E427BC3"><enum>(A)</enum><header>Administrative control of military personnel</header><text>Each Secretary of a military department shall exercise administrative control of members of the Armed Forces assigned to military medical treatment facilities, including personnel assignment and issuance of military orders.</text></subparagraph>

<subparagraph id="H30B7F7AF63264395B2BC014D5A9AD42A"><enum>(B)</enum><header>Oversight of certain personnel by the Director of the Defense Health Agency</header><text>In

situations in which members of the Armed Forces provide health care services at a military medical treatment facility, the Director of the Defense Health Agency shall maintain operational control over such members and oversight for the provision of care delivered by such members through policies, procedures, and privileging responsibilities of the military medical treatment facility.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H836FB9F67FF0489698DB0064E3BBB59B"><enum>(b)</enum><header>Conforming amendments</header>

<paragraph id="HA5C303CF0D6C4B7B90AB52C641F4912A"><enum>(1)</enum><header>Heading amendment</header><text>The heading for section 712 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H78D67BB9D1784BFDB1ABF1ED27191420" style="OLC">

<section id="H80EABED941ED409D8749E95B8BB1DF04"><enum>712.</enum><header>Support by military healthcare system of medical requirements of combatant commands</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD30E67B1716F43CE9C64C4EE9C0ADB09"><enum>(2)</enum><header>Clerical amendment</header><text>The table of contents for such Act is amended by striking the item relating to section 712 and inserting the following new item:</text>

<quoted-block id="HE1FF3DB59AFA4E729666D7E698FBC74A" style="OLC">

<toc>

<toc-entry idref="H80EABED941ED409D8749E95B8BB1DF04" level="section">Sec. 712. Support by military healthcare system of medical requirements of combatant commands.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H507A4DF18329480295C83CF539FC9695"><enum>713.</enum><header>Requirements for certain prescription drug labels</header>

<subsection id="HDD63F3A77FFC4183AA50FFF0071F42A9"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">Section 1074g of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H4D45D9349F1749609FD6E9F9482C01E8"><enum>(1)</enum><text>by redesignating subsections (h) and (i) as subsections (i) and (j), respectively; and</text></paragraph>

<paragraph id="H4F24CAE5873F4C919E1AAE294ADD4A13"><enum>(2)</enum><text>by inserting after subsection (g) the following new subsection (h):</text>

<quoted-block style="USC" id="H1BA6C0D0E6F94089BCA733DE0EDC338B" display-inline="no-display-inline">

<subsection id="H5647854F685D414190C8ED1FB690DA98"><enum>(h)</enum><header>Labeling</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that drugs made available through the facilities of the armed forces under the jurisdiction of the Secretary include labels and other labeling that are in compliance with the requirements of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.).</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4274748B60A142688286C7B6326329C4"><enum>(b)</enum><header>Conforming amendment</header><text>Subsection (b)(1) of such section is amended by striking <quote>under subsection (h)</quote> and inserting <quote>under subsection (j)</quote>. </text></subsection>

<subsection id="HC1D7014E642C40C29C2A7F5ECA3294C1"><enum>(c)</enum><header>Implementation</header><text display-inline="yes-display-inline">Beginning not later than 90 days after the

date of the enactment of this Act, the Secretary of Defense shall implement subsection (h) of section 1074g of title 10, United States Code, as added by subsection (a).</text></subsection></section>

<section id="HF26E19826A494913924CB798E706FD07" section-type="subsequent-section"><enum>714.</enum><header>Officers authorized to command Army dental units</header><text display-inline="no-display-inline">Section 7081(d) of title 10, United States Code, is amended by striking <quote>Dental Corps Officer</quote> and inserting <quote>commissioned officer of the Army Medical Department</quote>.</text></section>

<section id="H6CE1BBA8D0A44FED8CDA8D976A04ABE8" display-inline="no-display-inline" section-type="subsequent-section"><enum>715.</enum><header>Improvements to interagency program office of the Department of Defense and the Department of Veterans Affairs</header>

<subsection id="HAB7DF097926E41378E71F107C164176C"><enum>(a)</enum><header>Leadership</header><text display-inline="yes-display-inline">Subsection (c) of section 1635 of the Wounded Warrior Act (title XVI of Public Law 110â€"181; 10 U.S.C. 1071 note) is amended to read as follows:</text>

<quoted-block id="HE58C2ED8C77446F9A22746DC57CAA719" style="OLC">

<subsection id="H29B2EA0377B344C497368075B0FD2DCA"><enum>(c)</enum><header>Leadership</header>

<paragraph id="H6A4BF32085B7496C8CE00A16542E601B"><enum>(1)</enum><header>Director</header><text display-inline="yes-display-inline">The Director of the Office shall be the head of the Office.</text></paragraph>

<paragraph id="H89AB2EF333DA41379E6EDD1F9DA9D989"><enum>(2)</enum><header>Deputy director</header><text display-inline="yes-display-inline">The Deputy Director of the Office shall be the deputy head of the Office and shall assist the Director in carrying out the duties of the Director.</text></paragraph>

<paragraph id="H5991027C6F8747D6A2751DE973DF3BB9"><enum>(3)</enum><header>Reporting</header><text display-inline="yes-display-inline">The Director shall report directly to the Deputy Secretary of Defense and the Deputy Secretary of Veterans Affairs.</text></paragraph>

<paragraph id="H1F3A04D73C8142E683DEECF6A25F1222"><enum>(4)</enum><header>Appointments</header>

<subparagraph id="H32DE5B074088407B9032623ACA632793" commented="no" display-inline="no-display-inline"><enum>(A)</enum><header>Director</header><text display-inline="yes-display-inline">The Director shall be appointed by the Secretary of Defense, with the concurrence of the Secretary of Veterans Affairs, for a fixed term of four years. For the subsequent term, the Secretary of Veterans Affairs, with the concurrence of the Secretary of Defense, shall appoint the Director for a fixed term of four years, and thereafter, the appointment of the Director for a fixed term of four years shall alternate between the Secretaries.</text></subparagraph>

<subparagraph id="H68111F43E54E4EF88426DECC7761F07D" commented="no" display-inline="no-display-inline"><enum>(B)</enum><header>Deputy director</header><text display-inline="yes-display-inline">The Deputy Director shall be appointed by the Secretary of Veterans Affairs, with the concurrence of the Secretary of Defense, for a fixed term of four years. For the subsequent term, the Secretary of Defense, with the concurrence of the Secretary of Veterans Affairs, shall appoint the Deputy Director for a fixed term of four years, and thereafter, the appointment of the Deputy Director for a fixed term of four years shall alternate between the Secretaries.</text></subparagraph>

<subparagraph id="HE96E7587E8F1429DAF9CB7C2A1C311D2"><enum>(C)</enum><header>Minimum Qualifications</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans Affairs shall jointly develop qualification requirements for the Director and the Deputy Director. Such requirements shall ensure that, at a minimum, the Director and Deputy Director, individually or together, meet the following qualifications:</text>

<clause id="H16BCE5278D4A47BF8E66A96AB4C46903"><enum>(i)</enum><text>Significant

experience at a senior management level fielding enterprise-wide technology in a health care setting, or business systems in the public or private sector.</text></clause>

<clause id="H840EBC16698A4C4D8BA3D239E041D22E"><enum>(ii)</enum><text>Credentials for enterprise-wide program management.</text></clause>

<clause id="H1B50E09AC3D14591B5528AD9E55ABB1B"><enum>(iii)</enum><text>Significant experience leading implementation of complex organizational change by integrating the input of experts from various disciplines, such as clinical, business, management, informatics, and technology.</text></clause></subparagraph></paragraph>

<paragraph id="H1E083E34550942AF838C3798FAE4FBBD"><enum>(5)</enum><header>Succession</header><text>The Secretary of Defense and the Secretary of Veterans Affairs shall jointly develop a leadership succession process for the Office.</text></paragraph>

<paragraph id="H6D1CE94A375A4E2FA458D5FAAC761C20"><enum>(6)</enum><header>Additional guidance</header><text>The Department of Veterans Affairs-Department of Defense Joint Executive Committee may provide guidance in the discharge of the functions of the Office under this section.</text></paragraph>

<paragraph id="H484AEB0C77D1455FB1242B0CA0473ED1"><enum>(7)</enum><header>Information to Congress</header><text>Upon request by any of the appropriate committees of Congress, the Director and the Deputy Director shall testify before such committee, or provide a briefing or otherwise provide requested information to such committee, regarding the discharge of the functions of the Office under this section.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H35B41BFA29314558922652312 69B8382"><enum>(b)</enum><header>Authority</header><text display-inline="yes-display-inline">Paragraph (1) of subsection (b) of such section is amended by adding at the end the following new sentence: <quote>The Office shall carry out decision making authority delegated to the Office by the Secretary of Defense and the Secretary of Veterans Affairs with respect to the definition, coordination, and management of functional, technical, and programmatic activities that are jointly used, carried out, and shared by the Departments.</quote>. </text></subsection>

<subsection id="H176D998A967A4D5386C731D655DBEAE6"><enum>(c)</enum><header>Purposes</header><text display-inline="yes-display-inline">Paragraph (2) of subsection (b) of such section is amended by adding at the end the following new subparagraphs:</text>

<quoted-block style="OLC" id="H43B61786938246AAA4CE87DD2FB9189A" display-inline="no-display-inline">

<subparagraph id="HA64F4E0307C249E7A9EF2BEB940C4D90"><enum>(C)</enum><text display-inline="yes-display-inline">To develop and implement a comprehensive interoperability strategy, which shall includeâ€"</text>

<clause id="H437B7B4180374AF7A24A6CF48D8A5F5A"><enum>(i)</enum><text display-inline="yes-display-inline">the Electronic Health Record Modernization Program of the Department of Veterans Affairs; and</text></clause>

<clause id="H755EEF2F1E87452A87ABEA71ABB5A13E"><enum>(ii)</enum><text>the Healthcare Management System Modernization Program of the Department of Defense.</text></clause></subparagraph>

<subparagraph id="H0C94957A5320480DA08666C5A3571D75"><enum>(D)</enum><text display-inline="yes-display-inline">To pursue the highest level of interoperability for the delivery of health care by the Department of Defense and the Department of Veterans Affairs.</text></subparagraph>

<subparagraph id="H8F9EAB000E4E4D169C92C70DBEE880C5"><enum>(E)</enum><text>To accelerate the exchange of health care information between the Departments, and advances in the health information technology marketplace, in order to support the delivery of health care by the Departments.</text></subparagraph>

<subparagraph id="HD5A783E4EC8C477386F0FF2CF5F6C493"><enum>(F)</enum><text>To collect the operational and strategic requirements of the Departments relating to the strategy under subsection (a) and communicate such requirements and activities to the Office of

the National Coordinator for Health Information Technology of the Department of Health and Human Services for the purpose of implementing title IV of the 21st Century Cures Act (division A of Public Law 114â€"255), and the amendments made by that title, and other objectives of the Office of the National Coordinator for Health Information Technology.</text></subparagraph>

<subparagraph id="HCAC3C819F8744C0EBF0249F8B6DF9EAE"><enum>(G)</enum><text>To plan for and effectuate the broadest possible implementation of standards, specifically with respect to the Fast Healthcare Interoperability Resources standard or successor standard, the evolution of such standards, and the obsolescence of such standards.</text></subparagraph>

<subparagraph id="H0D34EBD764A6400F8F2F91DDCDE73AF0"><enum>(H)</enum><text display-inline="yes-display-inline">To actively engage with national and international health standards setting organizations, including by taking membership in such organizations, to ensure that standards established by such organizations meet the needs of the Departments pursuant to the strategy under subsection (a), and oversee and approve adoption of and mapping to such standards by the Departments. </text></subparagraph>

<subparagraph id="H7BCCDEB21C174FE89CBF052EE213B95B"><enum>(I)</enum><text display-inline="yes-display-inline">To express the content and format of health data of the Departments using a common language to improve the exchange of data between the Departments and with the private sector, and to ensure that clinicians of the Departments have access to integrated, computable, comprehensive health records of patients.</text></subparagraph>

<subparagraph id="HD3FD9A4FDF8748B585FA2C323DA94096"><enum>(J)</enum><text display-inline="yes-display-inline">To inform the Chief Information Officer of the Department of Defense and the Chief Information Officer of the Department of Veterans Affairs of any activities of the Office affecting or relevant to cybersecurity.</text></subparagraph>

<subparagraph id="HC6C259F55F084CCB9E134DFFE66152A2"><enum>(K)</enum><text display-inline="yes-display-inline">To establish an environment that will enable and encourage the adoption by the Departments of innovative technologies for health care delivery.</text></subparagraph>

<subparagraph id="HF0DE4005B4A346F0BAAD9461758A60C3"><enum>(L)</enum><text display-inline="yes-display-inline">To leverage data integration to advance health research and develop an evidence base for the health care programs of the Departments.</text></subparagraph>

<subparagraph id="HD89761B5D2054B1BBB0F0A9A3BA12BF7"><enum>(M)</enum><text>To prioritize the use of open systems architecture by the Departments.</text></subparagraph>

<subparagraph id="H3504E53A47BB42D78BA8DDA0C7A1B68E"><enum>(N)</enum><text>To ensure ownership and control by patients of personal health information and data in a manner consistent with applicable law.</text></subparagraph>

<subparagraph id="H945B75C821DF475B95784DBD2DEE660F"><enum>(O)</enum><text display-inline="yes-display-inline">To prevent contractors of the Departments or other non-departmental entities from owning or having exclusive control over patient health data, for the purposes of protecting patient privacy and enhancing opportunities for innovation. </text></subparagraph>

<subparagraph id="HB575497933084A339E5FA60126D4C7B7"><enum>(P)</enum><text display-inline="yes-display-inline">To implement a single lifetime longitudinal personal health record between the Department of Defense and the Department of Veterans Affairs.</text></subparagraph>

<subparagraph id="HA1C2FF12A42F42CF87C2CCA27800E9EC"><enum>(Q)</enum><text display-inline="yes-display-inline">To attain interoperability capabilitiesâ€"</text>

<clause id="H90CA0011C17A451C85130D3F5B31D77E"><enum>(i)</enum><text>sufficient to enable the provision of seamless health care by health care facilities and providers of the Departments, as well as private sector facilities and providers contracted by the Departments; and</text></clause>

<clause id="HC9D904F667394B4AA8959190D510AD2E" commented="no"><enum>(ii)</enum><text>that are more adaptable and far reaching than

those achievable through biodirectional information exchange between electronic health records of the exchange of read-only data alone. </text></clause></subparagraph>

<subparagraph id="H006E4D88752D4E1887CCB81FC16E97D3"><enum>(R)</enum><text>To make maximum use of open-application program interfaces and the Fast Healthcare Interoperability Resources standard (or successor standard).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H0AA4F5A7FE5B470082F353391CFE11FE"><enum>(d)</enum><header>Implementation milestones</header><text>Subsection (e) of such section is amended to read as follows:</text>

<quoted-block style="OLC" id="H653DD48FD83643F3A7F73D651605A031" display-inline="no-display-inline">

<subsection id="H54911A52064A40A5B02C5E2CDF4CDB57"><enum>(e)</enum><header>Implementation milestones</header>

<paragraph id="H1D6B6850FBFA429398081D6208F33C51"><enum>(1)</enum><header>Evaluation</header><text display-inline="yes-display-inline">With respect to the electronic health record systems of the Department of Defense and the Department of Veterans Affairs, the Office shall seek to enter into an agreement with an independent entity to conduct an evaluation by not later than October 1, 2021 of the following:</text>

<subparagraph id="HF97BBDF56BC44D5EA1A847EFFA0EFA8A"><enum>(A)</enum><text display-inline="yes-display-inline">Whether a clinician of the Department of Defense, can access, and meaningfully interact with, a complete patient health record of a veteran, from a military medical treatment facility.</text></subparagraph>

<subparagraph id="HBFE114038CE54F0EA212346111F8616C"><enum>(B)</enum><text display-inline="yes-display-inline">Whether a clinician of the Department of Veterans Affairs can access, and meaningfully interact with, a complete patient health record of a member of the Armed Forces serving on active duty, from a medical center of the Department of Veterans Affairs.</text></subparagraph>

<subparagraph id="H49E8484F819C4636A6E92B3029E06DB0"><enum>(C)</enum><text display-inline="yes-display-inline">Whether clinicians of the Departments can access, and meaningfully interact with, the data elements of the health record of a patient who is a veteran or is a member of the Armed Forces which are generated when the individual receives health care from a community care provider of the Department of Veterans Affairs or a TRICARE program provider of the Department of Defense.</text></subparagraph>

<subparagraph id="HD9862FFD877847EF90BE119933F6A101"><enum>(D)</enum><text display-inline="yes-display-inline">Whether a community care provider of the Department of the Veterans Affairs and a TRICARE program provider of the Department of Defense on a Health Information Exchange-supported electronic health record can access patient health records of veterans and active-duty members of the Armed Forces from the system of the provider.</text></subparagraph>

<subparagraph id="HFA6E4CDCE56647039662E05667546E22"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of interoperability between the legacy electronic health record systems and the future electronic health record systems of the Department of Veterans Affairs and the Department of Defense.</text></subparagraph>

<subparagraph id="H95939B5BCFA2494FB183B25D92493896"><enum>(F)</enum><text display-inline="yes-display-inline">An assessment of the use of interoperable content betweenâ€"</text>

<clause id="HDDCB546A36814F01BC86F92FEE4C7422"><enum>(i)</enum><text>the legacy electronic health record systems and the future electronic health record systems of the Department of Veterans Affairs and the Department of Defense; and</text></clause>

<clause id="HE6F60D405BF649D8AD4121A71922B795"><enum>(ii)</enum><text>third-party applications.</text></clause></subparagraph></paragraph>

<paragraph id="H352D0D39AD5749D282E4DEEB03292CC6"><enum>(2)</enum><header>System

configuration management</header><text>The Office shallâ€"</text>

<subparagraph id="H404B42C335DD4BFA936C8A727779D7BF"><enum>(A)</enum><text display-inline="yes-display-inline">maintain the common configuration baseline for the electronic health record systems of the Department of Defense and the Department of Veterans Affairs; and</text></subparagraph>

<subparagraph id="H615D660E28DA48D4B5500D7A4729892C"><enum>(B)</enum><text display-inline="yes-display-inline">continually evaluate the state of configuration and the impacts on interoperability; and</text></subparagraph>

<subparagraph id="HA7D6D0EEEB57498CAE52F0314A100104"><enum>(C)</enum><text>promote the enhancement of such electronic health records systems.</text></subparagraph></paragraph>

<paragraph id="H35F091693128463E9C134E0EDA32D386"><enum>(3)</enum><header>Consultation</header>

<subparagraph id="HFA4B7F5523F84CDDA8C87F6E382FC58C"><enum>(A)</enum><header>Annual meeting required</header><text>Not less than once per year, the Office shall convene a meeting of clinical staff from the Department of Defense, the Department of Veterans Affairs, the Coast Guard, community providers, and other leading clinical experts, for the purpose of assessing the state of clinical use of the electronic health record systems and whether the systems are meeting clinical and patient needs.</text></subparagraph>

<subparagraph id="H349927AD53E24FBCBF515AE8D4F9548C"><enum>(B)</enum><header>Recommendations</header><text>Clinical staff participating in a meeting under subparagraph (A) shall make recommendations to the Office on the need for any improvements or concerns with the electronic health record systems.</text></subparagraph></paragraph>

<paragraph id="H1B4355889ACB4294A735EE0B46707764"><enum>(4)</enum><header>Clinical and patient satisfaction survey</header><text display-inline="yes-display-inline">Beginning October 1, 2021, and on at least a biannual basis thereafter until 2025 at the earliest, the Office shall undertake a clinician and patient satisfaction survey regarding clinical use and patient experience with the electronic health record systems of the Department of Defense and the Department of Veterans Affairs.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H2BCC880CD48A459D85D63225E32CE110"><enum>(e)</enum><header>Resources and staffing</header><text display-inline="yes-display-inline">Subsection (g) of such section is amendedâ€"</text>

<paragraph id="H18EA22635F26483BABB4A2FCC4E14C03"><enum>(1)</enum><text>in paragraph (1), by inserting before the period at the end the following: <quote>, including the assignment of clinical or technical personnel of the Department of Defense or the Department of Veterans Affairs to the Office</quote>; and</text></paragraph>

<paragraph id="H688A3623E7D849D9AF2423F8D97ECDA0"><enum>(2)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block style="appropriations" id="H0ADB0EA096D74E328B0C3DF8BB230A14" display-inline="no-display-inline">

<paragraph id="H1EBC8736776C43649CEFB9D617929C5A"><enum>(3)</enum><header>Cost sharing</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans shall enter into an agreement on cost sharing and providing resources for the operations and staffing of the Office.</text></paragraph>

<paragraph id="H3C7DB69EE1294135917404869801B5BC" commented="no"><enum>(4)</enum><header>Hiring authority</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of Veterans Affairs shall delegate to the Director the authority under title 5, United States Code, regarding appointments in the competitive service to hire personnel of the Office.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H618821A73E424BD3B1530778FE039F11"><enum>(f)</enum><header>Reports</header><text>Su

bsection (h) of such section is amended to read as follows:</text>

<quoted-block style="OLC" id="HF1553969FAED4B6F858664A625E1BF2C" display-inline="no-display-inline">

<subsection id="HB086392AE21C44CFBACDAFFDE8856FC6"><enum>(h)</enum><header>Reports</header>

<paragraph id="H20BBA733482F463FB6DB60A837F89FAC"><enum>(1)</enum><header>Annual reports</header><text>Not later than September 30, 2020, and each year thereafter through 2024, the Director shall submit to the Secretary of Defense and the Secretary of Veterans Affairs, and to the appropriate committees of Congress, a report on the activities of the Office during the preceding calendar year. Each report shall include the following:</text>

<subparagraph id="HA076DFB6E0BC44CCB503AF08C36AD1BD"><enum>(A)</enum><text display-inline="yes-display-inline">A detailed description of the activities of the Office during the year covered by such report, including a detailed description of the amounts expended and the purposes for which expended.</text></subparagraph>

<subparagraph id="H4221B9491F94436E8BC4FCC96252FB8A"><enum>(B)</enum><text>With respect to the objectives of the strategy under paragraph (2)(C) of subsection (b), and the purposes of the Office under such subsectionâ€"</text>

<clause id="H1FA9528353C145379A4DFCE0E57A3E6C"><enum>(i)</enum><text>a discussion, description, and assessment of the progress made by the Department of Defense and the Department of Veterans Affairs during the preceding calendar year; and</text></clause>

<clause id="HA90EA6F120604D57A428105E14E0424D"><enum>(ii)</enum><text>a discussion and description of the goals of the Department of Defense and the Department of Veterans Affairs for the following calendar year, including updates to strategies and plans.</text></clause></subparagraph>

<subparagraph id="H4AFDDBF9E7C74ACF9FB52B8EE98D1D11"><enum>(C)</enum><text>A detailed financial summary of the activities of the Office, including the funds allocated to the Office by each Department, the expenditures made, and an assessment as to whether the current funding is sufficient to carry out the activities of the Office.</text></subparagraph>

<subparagraph id="H8F8F0244A9FB4020BA15FA12118BBA56"><enum>(D)</enum><text>A detailed description of the status of each of the implementation milestones, including the nature of the evaluation, methodology for testing, and findings with respect to each milestone under subsection (e).</text></subparagraph>

<subparagraph id="H6761F85CF0ED4C48A1B2278863EE2607"><enum>(E)</enum><text>A detailed description of the state of the configuration baseline, including any activities which decremented or enhanced the state of configuration under subsection (e).</text></subparagraph>

<subparagraph id="H42D68CB1BC6B4218802B283A8FD49F1E"><enum>(F)</enum><text display-inline="yes-display-inline">With respect to the annual meeting required under subsection (e)(3)â€"</text>

<clause id="H1FA6CD76B4724430BC9CB3F4CDB957C5"><enum>(i)</enum><text>a detailed description of activities, assessments, and recommendations relating to such meeting; and</text></clause>

<clause id="HC008C906165D4AFA9342B2F68D0A878C"><enum>(ii)</enum><text>the response of the Office to any such recommendations.</text></clause></subparagraph></paragraph>

<paragraph id="HC2D70A53CA6843D38D2A3015E04B63F7"><enum>(2)</enum><header>Availability</header><text>Each report under this subsection shall be made publicly available.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA7A203AF5A76486BB6CDB70F146EE0A3"><enum>(g)</enum><header>Definitions</header><text>Such section is further amended by adding at the end the following new subsection (k):</text>

<quoted-block style="OLC" id="H30FE59611CFD489081B1F4A00CD5AE96" display-inline="no-

display-inline">

<subsection id="HC8B968EB15C74AE98FFCDF63237AA778"><enum>(k)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H2F9DAD77777F4CC3A7088546E29C979A"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="HD0087279D1744D8BB5EF6E15CDBE740A"><enum>(A)</enum><text>the congressional defense committees; and</text></subparagraph>

<subparagraph id="HFCFDA91279D74167870228C2F7A3A318"><enum>(B)</enum><text display-inline="yes-display-inline">the Committees on Veteransâ€™ Affairs of the House of Representatives and the Senate.</text></subparagraph></paragraph>

<paragraph id="HBF82E15B41654227876C5D40AF259B59"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>configuration baseline</quote> means a fixed reference in the development cycle or an agreed-upon specification of a product at a point in time that serves as a documented basis for defining incremental change in all aspects of an information technology product.</text></paragraph>

<paragraph id="H15C9F22E0D6E415FAF30FE26789073D9"><enum>(3)</enum><text display-inline="yes-display-inline">The term <quote>Electronic Health Record Modernization Program</quote> has the meaning given that term in section 503 of the Veterans Benefits and Transition Act of 2018 (Public Law 115â€"407; 132 Stat. 5376).</text></paragraph>

<paragraph id="HCBA3D27AF3864F97877929A8668E2D5B"><enum>(4)</enum><text display-inline="yes-display-inline">The term <quote>interoperability</quote> means the ability of different information systems, devices, or applications to connect, regardless of the technology platform or the location where care is providedâ€"</text>

<subparagraph id="H3C98CEEABF6546CEA10D577F8E4EEE88"><enum>(A)</enum><text>in a coordinated and secure manner, within and across organizational boundaries, and across the complete spectrum of care, including all applicable care settings;</text></subparagraph>

<subparagraph id="H9791F943A64C46B48AD1ABE3BCDA7CCB"><enum>(B)</enum><text>with relevant stakeholders, including the person whose information is being shared, to access, exchange, integrate, and use computable data regardless of the origin or destination of the data or the applications employed;</text></subparagraph>

<subparagraph id="HC919D30C545F4BA3AF93822F470B14F6"><enum>(C)</enum><text display-inline="yes-display-inline">with the capability to reliably exchange information without error;</text></subparagraph>

<subparagraph id="H8AC2BA2D3AF5437FAA281C01EF246F02"><enum>(D)</enum><text display-inline="yes-display-inline">with the ability to interpret and to make effective use of such exchanged information; </text></subparagraph>

<subparagraph id="H6DB5FFDAADE94B0389A155C44BFD5EE8"><enum>(E)</enum><text display-inline="yes-display-inline">with the ability for information that can be used to advance patient care to move between health care entities; and</text></subparagraph>

<subparagraph id="HB68C92B297A2464DAEDCDAD651F88CE2"><enum>(F)</enum><text>without additional intervention by the end user.</text></subparagraph></paragraph>

<paragraph id="H3C869D3079A848078BC183F793538552"><enum>(5)</enum><text display-inline="yes-display-inline">The term <quote>meaningfully interact</quote> means the ability to view, consume, act upon, and edit information in a clinical setting to facilitate high-quality clinical decision making.</text></paragraph>

<paragraph id="H64BBC806D2524E3A989279241DC90240"><enum>(6)</enum><text display-inline="yes-display-inline">The term <quote>seamless health care</quote> means health care which is optimized through access by patients and clinicians to integrated, relevant, and complete information about the clinical experiences of the patient, social and environmental determinants of health, and health trends over time, in order to enable patients and clinicians toâ€"</text>

<subparagraph id="HEA12F380B11C4330B0C8848F4BCD58D8"><enum>(A)</enum><text>move efficiently within and across organizational boundaries;</text></subparagraph>

<subparagraph id="H45394198D05A4D86A030168F1AB60D02"><enum>(B)</enum><text>make high-quality decisions; and</text></subparagraph>

<subparagraph id="HBD8EE6A5E1B84FF99C7A63CE621045B6"><enum>(C)</enum><text>effectively carry out complete plans of care.</text></subparagraph></paragraph>

<paragraph id="HDC34F865FAEC43A6ADF7430EE52DFBA1"><enum>(7)</enum><text>The term <quote>Secretary concerned</quote> meansâ€"</text>

<subparagraph id="HA5C4314800014B8095F48ABCE681B4F6"><enum>(A)</enum><text display-inline="yes-display-inline">the Secretary of Defense, with respect to matters concerning the Department of Defense;</text></subparagraph>

<subparagraph id="H501266133A234E8CA7C927F74B571A73"><enum>(B)</enum><text display-inline="yes-display-inline">the Secretary of Veterans Affairs, with respect to matters concerning the Department of Veterans Affairs; and</text></subparagraph>

<subparagraph id="H1ED76AB5B4BC43829A108F1ABF34D88B"><enum>(C)</enum><text display-inline="yes-display-inline">the Secretary of Homeland Security, with respect to matters concerning the Coast Guard when it is not operating as a service in the Department of the Navy.</text></subparagraph></paragraph>

<paragraph id="H64E8987041854F3E8B28F4ADE67230C5"><enum>(8)</enum><text>The term <quote>TRICARE program</quote> has the meaning given that term in section 1072 of title 10, United States Code.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC81039DBD5114504B3218BEA9ACA91DC"><enum>(h)</enum><header>Interoperability strategy</header>

<paragraph id="H9834116D75554D3EB9DD7C019B6A253A"><enum>(1)</enum><header>Report required</header><text>Not later than 270 days after the date of the enactment of this Act, the Director shall submit to each Secretary concerned and to the appropriate congressional committees a report that contains a comprehensive interoperability strategy with respect to electronic health records jointly developed by the Secretary of Defense and Secretary of Veterans Affairs, including any accompanying or associated implementation plans and supporting plans.</text></paragraph>

<paragraph id="HB42C1510DD8B44DEA16724326C8BF7E8"><enum>(2)</enum><header>Elements</header><text display-inline="yes-display-inline">The comprehensive interoperability strategy under paragraph (1) shall discuss the purposes described in paragraphs (K) through (R) of section 1635(b)(2) of the Wounded Warrior Act (title XVI of Public Law 110â€"181; 10 U.S.C. 1071 note), as amended by subsection (c).</text></paragraph>

<paragraph id="HF8D95E1F273441F6B9202953BC4DDABF"><enum>(3)</enum><header>Definitions</header><text>In this subsection:</text>

<subparagraph id="H988E9C6DE1004970B7DF60A7625CEEF0"><enum>(A)</enum><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<clause id="HDACB805C7A924236BFE16B661708CDA8"><enum>(i)</enum><text>the Committees on Armed Services of the Senate and the House of Representatives; and</text></clause>

<clause id="HD05FF45F493845BF89155FACD55E0455"><enum>(ii)</enum><text>the Committees on Veteransâ€™ Affairs of the Senate and the House of Representatives.</text></clause></subparagraph>

<subparagraph id="H4074C4C873DE49C28716C34441FA9C01"><enum>(B)</enum><text display-inline="yes-display-inline">The term <quote>Director</quote> means the individual described in section 1635(c) of the Wounded Warrior Act (title XVI of Public Law 110â€"181; 10 U.S.C. 1071 note), as amended by subsection (a).</text></subparagraph>

<subparagraph id="H2D1FDC5C91C04BC998B21467E1AD3361"><enum>(C)</enum><text>The term <quote>interoperability</quote> has the meaning given that term in subsection (k) of such section, as added by subsection (g).</text></subparagraph></paragraph></subsection>

<subsection id="H53DCDBC673B540FDB73064D1101A3CEA"><enum>(i)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 713 of the National

Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 10 U.S.C. 1071 note) is repealed.</text></subsection></section>

<section id="HC5EF74E6289B423EA24938DBFBB26591"><enum>716.</enum><header>Expansion of strategy to improve acquisition of managed care support contracts under TRICARE program</header><text display-inline="no-display-inline">Section 705(c)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1073a note) is amended, in the matter preceding subparagraph (A), by striking <quote>, other than overseas medical support contracts</quote>.</text></section>

<section id="H56CE31EB3E864A25BACA5BB00CD7EAEC" section-type="subsequent-section"><enum>717.</enum><header>Inclusion of blast exposure history in medical records of members of the Armed Forces</header>

<subsection id="H8E796C7E64B9426BA3990FDF049373FF"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">If a covered incident occurs with respect to a member of the Armed Forces, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall document blast exposure history in the medical record of the member to assist in determining whether a future illness or injury of the member is service-connected and inform future blast exposure risk mitigation efforts of the Department of Defense.</text></subsection>

<subsection id="H4FDF91AC4F1F49D58CAC0B24290B30C0"><enum>(b)</enum><header>Elements</header><text>A blast exposure history under subsection (a) shall include, at a minimum, the following:</text>

<paragraph id="HA9DA2B0D1F3143F2AE4C7DD305B532EB"><enum>(1)</enum><text>The date of the exposure.</text></paragraph>

<paragraph id="H2E0353DBCAC843A2860A9ADF1DECCCB5"><enum>(2)</enum><text>The duration of the exposure, and, if known, the measured blast pressure experienced by the individual during such exposure.</text></paragraph>

<paragraph id="HAD72E55A7F874B2283A1EB96DD2B8690"><enum>(3)</enum><text>Whether the exposure occurred during combat or training.</text></paragraph></subsection>

<subsection id="HF679DF16BC46452096762BC7DF26D1A8"><enum>(c)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the types of information included in a blast exposure history under subsection (a).</text></subsection>

<subsection id="H586F168B3FAD43969E5A9AD5C6F4CA75"><enum>(d)</enum><header>Covered incident defined</header><text>In this section, the term <quote>covered incident</quote> means a concussive event or injury that requires a military acute concussive evaluation by a skilled health care provider.</text></subsection></section>

<section id="H59EA4E771C3D43E08052C65EC24CD6E1" section-type="subsequent-section"><enum>718.</enum><header>Comprehensive policy for provision of mental health care to members of the Armed Forces</header>

<subsection id="HBCD5ABFCDACD467FA177603A71DC54D6"><enum>(a)</enum><header>Policy required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Under Secretary of Defense for Personnel and Readiness, shall develop and implement a comprehensive policy for the provision of mental health care to members of the Armed Forces.</text></subsection>

<subsection id="HBEF5DE1B43D641CDBD205ABBC71E3A68"><enum>(b)</enum><header>Elements</header><text>The policy under subsection (a) shall address each of the following:</text>

<paragraph id="HCDF059CF7E9F44FB8701D898CC28CAF8"><enum>(1)</enum><text>The compliance of health professionals in the military health system engaged in the provision of health care services to members with clinical practice guidelines forâ€"</text>

<subparagraph id="H7F8546CA72EF47129C3F7AAFDDFAA862"><enum>(A)</enum><text>suicide prevention;</text></subparagraph>

<subparagraph id="H362AC09726CD4EA8BF48683AB8222EA9"><enum>(B)</enum><text display-inline="yes-display-inline">medication-assisted therapy for alcohol use disorders; and</text></subparagraph>

<subparagraph id="H939129DE5EA34F8990E0392FD6AFC696"><enum>(C)</enum><text display-inline="yes-display-inline">medication-assisted therapy for opioid use disorders.</text></subparagraph></paragraph>

<paragraph id="H0A8E7E0D74FB4268AE76EB4229E7AD3C"><enum>(2)</enum><text display-inline="yes-display-inline">The access and availability of mental health care services to members who are victims of sexual assault or domestic violence.</text></paragraph>

<paragraph id="H2DF8847C2F1F4D1196B5D6AC3ED9D12B"><enum>(3)</enum><text display-inline="yes-display-inline">The availability of naloxone reversal capability on military installations.</text></paragraph>

<paragraph id="HD07C7F96D3C54116B216BF48A8ABFEDD"><enum>(4)</enum><text display-inline="yes-display-inline">The promotion of referrals of members by civilian health care providers to military medical treatment facilities when such members areâ€"</text>

<subparagraph id="HBC07FEB9EDF14579AB4122F3CB593CC9"><enum>(A)</enum><text>at high risk for suicide and diagnosed with a psychiatric disorder; or</text></subparagraph>

<subparagraph id="HB791CCA5B1F64A10B787999205CA4B8F"><enum>(B)</enum><text display-inline="yes-display-inline">receiving treatment for opioid use disorders.</text></subparagraph></paragraph>

<paragraph id="H3DDC45F9DD8F4D999307448EAD709193"><enum>(5)</enum><text display-inline="yes-display-inline">The provision of comprehensive behavioral health treatment to members of the reserve components that takes into account the unique challenges associated with the deployment pattern of such members and the difficulty such members encounter post-deployment with respect to accessing such treatment in civilian communities.</text></paragraph></subsection>

<subsection id="HE090EEE581B74DBC93F3BAB3E35865F3"><enum>(c)</enum><header>Consideration</header><text>In developing the policy under subsection (a), the Secretary of Defense shall solicit and consider recommendations from the Secretaries of the military departments and the Chairman of the Joint Chiefs of Staff regarding the feasibility of implementation and execution of particular elements of the policy.</text></subsection>

<subsection id="HD69BD4EED53044CDBCC61ADE63A1A0AE" commented="no"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 18 months after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the implementation of the policy under subsection (a).</text></subsection></section>

<section id="HF818CA83CC1E4E6EB581897A0953A90F" section-type="subsequent-section"><enum>719.</enum><header>Limitation on the realignment or reduction of military medical manning end strength</header>

<subsection id="H8C78BF40152840C9B4321B9EC028BE2A"><enum>(a)</enum><header>Limitation</header><text>Except as provided by subsection (d), the Secretary of Defense and the Secretaries concerned may not realign or reduce military medical end strength authorizations untilâ€"</text>

<paragraph id="H95CA06ADE60C4599B8B5D22EF6C6EB33"><enum>(1)</enum><text>each review is conducted under paragraph (1) of subsection (b);</text></paragraph>

<paragraph id="H625623555C454D208BA3C1EAE95E949A"><enum>(2)</enum><text>each analysis is conducted under paragraph (2) of such subsection;</text></paragraph>

<paragraph id="H232F53051E574626955B58AA2B9C5BC7"><enum>(3)</enum><text>the measurement is developed under paragraph (3) of such subsection;</text></paragraph>

<paragraph id="H20D6316DD6D04AB5B4F6733C7B55C6C6"><enum>(4)</enum><text>each plan and forum is provided under paragraph (4) of such subsection; and</text></paragraph>

<paragraph id="H7D4CB0A8B56D49C580AD6B3F9A4E82A3"><enum>(5)</enum><text>a period of 90 days elapses following the date on which the Secretary submits the report under

subsection (c).</text></paragraph></subsection>

<subsection id="H4FE35702575F4DAB82D82E84FA3F21F5"><enum>(b)</enum><header>Reviews, analyses, and other information</header>

<paragraph id="H3889F420E1B34A5E813EFA81EE1A6E6E"><enum>(1)</enum><header>Review</header><text display-inline="yes-display-inline">Each Secretary concerned, in coordination with the Chairman of the Joint Chiefs of Staff, shall conduct a review of the medical manpower requirements of the military department of the Secretary that accounts for all national defense strategy scenarios.</text></paragraph>

<paragraph id="H57AAD0BB5E054689A4700C1E093689A1"><enum>(2)</enum><header>Analyses</header><text display-inline="yes-display-inline">With respect to each military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction, the Secretary concerned shall conduct an analysis thatâ€"</text>

<subparagraph id="H9EDAB9AD7A7F4759BBCE3B336B6B7C9C"><enum>(A)</enum><text>identifies affected billets; and</text></subparagraph>

<subparagraph id="H6BF5432893F34AEAA543055FE81DA456"><enum>(B)</enum><text>includes a plan for mitigating any potential gap in health care services caused by such realignment or reduction.</text></subparagraph></paragraph>

<paragraph id="HF61C9BF372F3499C8A4067A24CCC07AF"><enum>(3)</enum><header>Measurement</header><text>The Secretary of Defense shallâ€"</text>

<subparagraph id="HFADDEC70E63F4B7A976527C8FA131F7A"><enum>(A)</enum><text display-inline="yes-display-inline">develop a standard measurement for network adequacy to determine the capacity of the local health care network to provide care for covered beneficiaries in the area of a military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction; and</text></subparagraph>

<subparagraph id="H6AA7B0B3A50040AC8001D1618B798E72" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">use such measurement in carrying out this section and otherwise evaluating proposed military medical end strength realignment or reductions.</text></subparagraph></paragraph>

<paragraph id="H79D17ED815DB40A3A4589339E465EF30"><enum>(4)</enum><header>Outreach</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide to each member of the Armed Forces and covered beneficiary located in the area of a military medical treatment facility that would be affected by a proposed military medical end strength realignment or reduction the following:</text>

<subparagraph id="H8658C09FDE2E4B9CAD4CE64453B275A5"><enum>(A)</enum><text>A transition plan for continuity of health care services. </text></subparagraph>

<subparagraph id="H2BFAB1C6A34B4F72865CA388D61C8D99"><enum>(B)</enum><text>A public forum to discuss the concerns of the member and covered beneficiary regarding such proposed realignment or reduction.</text></subparagraph></paragraph></subsection>

<subsection id="H2F7A382BA1684D0EA350029C8C81197C"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on the proposed military medical end strength realignments or reductions, includingâ€"</text>

<paragraph id="H2F924D8758E04E22AC3662B34444A7B4" commented="no"><enum>(1)</enum><text>the reviews, analyses, and other information developed under subsection (b); and</text></paragraph>

<paragraph id="H0ED1B66651854EF99B8D912877530B4A"><enum>(2)</enum><text>a description of the actions the Secretary plans to take with respect to such proposed realignments or reductions.</text></paragraph></subsection>

<subsection

id="H1C2D6350E87F410A950E49F7090EEABA"><enum>(d)</enum><header>Exception</header>

<paragraph id="HB3A3A7CE93F54080AB77227DB0BD1E65"><enum>(1)</enum><header>In general</header><text>The limitation in subsection (a) shall not applyâ€"</text>

<subparagraph id="H139A681724144F18A7F8CC4CE3ACB723"><enum>(A)</enum><text>to administrative billets of a medical department of a military department that have remained unfilled since at least October 1, 2018;</text></subparagraph>

<subparagraph id="HB044CF6DC0284FB78DF612D14D4B35F5"><enum>(B)</enum><text>to billets identified as non-clinical in the budget of the President for fiscal year 2020 submitted to Congress pursuant to section 1105 of title 31, United States Code, except that the amount of such billets shall not exceed 1,700; and</text></subparagraph>

<subparagraph id="HD8591FA5C58940B1A53713ECB68544E4"><enum>(C)</enum><text display-inline="yes-display-inline">to medical headquarters billets of the military departments not assigned or directly supporting to operational commands.
</text></subparagraph></paragraph>

<paragraph id="HF6F9D4FA049245A7B4C465BEF5EB7953"><enum>(2)</enum><header>Determination prior to realignment or reduction</header><text>The Secretary concerned may realign or reduce a billet described in paragraph (1) if the Secretary determines that such realignment or reduction does not affect the provision of health care services to members of the Armed Forces or covered beneficiaries.</text></paragraph></subsection>

<subsection
id="H143F3BF3BB214712B1A23C6F826021DF"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HBD2D6DD0D8E74227A13812701700DEE5"><enum>(1)</enum><text>The term <quote>covered beneficiary</quote> has the meaning given that term in section 1072 of title 10, United States Code. </text></paragraph>

<paragraph id="HEA867822F581410FB2B5CDF27FBBB92F" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>proposed military medical end strength realignment or reduction</quote> means a realignment or reduction of military medical end strength authorizations as proposed by the budget of the President for fiscal year 2020 submitted to Congress pursuant to section 1105 of title 31, United States Code.</text></paragraph>

<paragraph id="HE06AEC6D67E147E8A65BAB9C2A373051"><enum>(3)</enum><text>The term <quote>Secretary concerned</quote> meansâ€"</text>

<subparagraph id="H0FF16B0961734288BB2B3BE169466E46"><enum>(A)</enum><text display-inline="yes-display-inline">the Secretary of the Army, with respect to matters concerning the Army;</text></subparagraph>

<subparagraph id="HE6517DFC82584FF69317908758070551"><enum>(B)</enum><text>the Secretary of the Navy, with respect to matters concerning the Navy, the Marine Corps, and the Coast Guard when it is operating as a service in the Department of the Navy; and</text></subparagraph>

<subparagraph id="H2EBD69EECFD843478C4E79946E52C7EE"><enum>(C)</enum><text display-inline="yes-display-inline">the Secretary of the Air Force, with respect to matters concerning the Air Force.</text></subparagraph></paragraph></subsection></section>

<section id="HBA775F7F6BA64274863D47DE1CB706F8" display-inline="no-display-inline" section-type="subsequent-section"><enum>720.</enum><header>Strategy to recruit and retain mental health providers</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report thatâ€"</text>

<paragraph id="H0C75C124B3EC46E9B5542D469D893B2C"><enum>(1)</enum><text>describes the shortage of mental health providers of the Department of Defense;</text></paragraph>

<paragraph id="H22E26183D09C4D11972F7BDF6417AFDD"><enum>(2)</enum><text>explains the reasons for such shortage;</text></paragraph>

<paragraph id="H22F24F73D1194153B388BF2702EC0410"><enum>(3)</enum><text>explains the effect of such shortage on members of the Armed Forces; and</text></paragraph>

<paragraph id="H115164D971514198BC68235F5F07D75F"><enum>(4)</enum><text display-inline="yes-display-inline">contains a strategy to better recruit and retain mental health providers, including with respect to psychiatrists, psychologists, mental health nurse practitioners, licensed social workers, and other licensed providers of the military health system, in a manner that addresses the need for cultural competence and diversity among such mental health providers.</text></paragraph></section>

<section id="HF5584F73F9024F29BDD10F16D3CEE178"><enum>721.</enum><header>Development of partnerships to improve combat casualty care for personnel of the Armed Forces</header>

<subsection id="H62D04943A1E1450CBF0CF3D3B453DE9A"><enum>(a)</enum><header>Partnerships</header>

<paragraph id="HC83A1AE1292D41329AED1BBA12B3A284"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, through the Joint Trauma Education and Training Directorate established under section 708 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1071 note), may develop partnerships with civilian academic medical centers and large metropolitan teaching hospitals to improve combat casualty care for personnel of the Armed Forces.</text></paragraph>

<paragraph id="HA25295DD4ABD483DA816D1CB86A6CCDA"><enum>(2)</enum><header>Partnerships with level I trauma centers</header><text display-inline="yes-display-inline">In carrying out partnerships under paragraph (1), trauma surgeons and physicians of the Department of Defense may partner with level I civilian trauma centers to provide training and readiness for the next generation of medical providers to treat critically injured burn patients.</text></paragraph></subsection>

<subsection id="H809AA277401E4136BE268A48B62A1A66"><enum>(b)</enum><header>Support of partnerships</header><text display-inline="yes-display-inline">The Secretary of Defense may make every effort to support partnerships under the Joint Trauma Education and Training Directorate with academic institutions that have level I civilian trauma centers, specifically those centers with a burn center, that offer burn rotations and clinical experience to provide training and readiness for the next generation of medical providers to treat critically injured burn patients.</text></subsection>

<subsection id="HFC5AECA44744422A9F15F3BC8281937B"><enum>(c)</enum><header>Level I civilian trauma center defined</header><text display-inline="yes-display-inline">In this section, the term <term>level I civilian trauma center</term> has the meaning given that term in section 708 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1071 note).</text></subsection></section>

<section id="H449500423F0E4A6DB3634FAC3DD93ADE"><enum>722.</enum><header>Modification to referrals for mental health services</header><text display-inline="no-display-inline">If the Secretary of Defense is unable to provide mental health services in a military medical treatment facility to a member of the Armed Forces within 15 days of the date on which such services are first requested by the member, the Secretary may refer the member to a provider under the TRICARE program (as that term is defined in section 1072 of title 10, United States Code) to receive such services.</text></section></subtitle>

<subtitle id="H9266D0DBC1B74AA9B04D8DA665C3D7DC" style="OLC"><enum>C</enum><header>Reports and Other Matters</header>

<section id="H770AABB98D5F4313A2C2C0096FD03C0C"><enum>731.</enum><header>Authorization of claims by members of the uniformed services against the United States for personal injury or death caused by medical malpractice</header>

<subsection id="HF80DF90490384D38870738AAF816EC6D"><enum>(a)</enum><header>Medical malpractice claims</header>

<paragraph id="HCEC850E4E92B4D70B053C25A6CA4F680"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 163 of title 10, United States Code, is amended by inserting after section 2733 the following new section: </text>

<quoted-block style="USC" display-inline="no-display-inline" id="H38F3A077DEC04A98BAFD4B5ED7118DED">

<section id="H951EC7ED00F64ABFABA46482F8014C82"><enum>2733a.</enum><header>Medical malpractice claims by members of the uniformed services</header>

<subsection id="HE318081F317B4580A8D4B41982F3FCBA"><enum>(a)</enum><header>In general</header><text>Consistent with this section and under such regulations as the Secretary of Defense shall prescribe under subsection (f), the Secretary may allow, settle, and pay a claim against the United States for personal injury or death incident to the service of a member of the uniformed services that was caused by the medical malpractice of a Department of Defense health care provider.</text></subsection>

<subsection id="H97B9A89B2455452B99333B213644DA20"><enum>(b)</enum><header>Requirement for claims</header><text>A claim may be allowed, settled, and paid under subsection (a) only ifâ€"</text>

<paragraph id="H9D8FAD2058DE43D0B56708ED12A169D5"><enum>(1)</enum><text>the claim is filed by the member of the uniformed services who is the subject of the medical malpractice claimed, or by an authorized representative on behalf of such member who is deceased or otherwise unable to file the claim due to incapacitation;</text></paragraph>

<paragraph id="H2ABC63387EAC4741BD9E1CD84B035ED5"><enum>(2)</enum><text>the claim is for personal injury or death caused by the negligent or wrongful act or omission of a Department of Defense health care provider in the performance of medical, dental, or related health care functions while such provider was acting within the scope of employment;</text></paragraph>

<paragraph id="H4F73CB4FE56344A386C7E7159F86A798"><enum>(3)</enum><text>the act or omission constituting medical malpractice occurred in a covered military medical treatment facility;</text></paragraph>

<paragraph id="HB70EC7C56BC24DBAB6B029564426066A"><enum>(4)</enum><text>the claim is presented to the Department in writing within two years after the claim accrues;</text></paragraph>

<paragraph id="HDBB5D1189EF1473CBD99375FF4E23B37"><enum>(5)</enum><text>the claim is not allowed to be settled and paid under any other provision of law; and</text></paragraph>

<paragraph id="H8C3C40C9E2124828AA228B19F08F79BE"><enum>(6)</enum><text>the claim is substantiated as prescribed in regulations prescribed by the Secretary of Defense under subsection (f).</text></paragraph></subsection>

<subsection id="H997F10DC0BB440AEA5A28384CD254C1B"><enum>(c)</enum><header>Liability</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H3E1F7571475F482CA946429C62502316"><enum>(1)</enum><text>The Department of Defense is liable for only the portion of compensable injury, loss, or damages attributable to the medical malpractice of a Department of Defense health care provider.</text></paragraph>

<paragraph indent="up1" id="H115609B575F44DD8ADE6C8877F268244"><enum>(2)</enum><text>The Department of Defense shall not be liable for the attorney fees of a claimant under this section.</text></paragraph></subsection>

<subsection id="H3DBAFD54892B4022B93BFE9D1BF1E15F"><enum>(d)</enum><header>Payment of claims</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HED1E274A80304EFEB1038EAF3C83F106"><enum>(1)</enum><text>If the Secretary of Defense determines, pursuant to regulations prescribed by the Secretary under subsection (f), that a claim under this section in excess of $100,000 is meritorious, and the claim is otherwise payable under this section, the Secretary may pay the claimant $100,000 and report any meritorious amount in excess of $100,000 to the Secretary of the Treasury for payment under section 1304 of title 31.
</text></paragraph>

<paragraph indent="up1" id="H4E44B85F94824DF9A71CE3C0D5F21005"><enum>(2)</enum><text>Except as provided in paragraph (1), no claim may be paid under this section unless the amount tendered is accepted by the claimant in full satisfaction. </text></paragraph></subsection>

<subsection id="H7A65345AA4FC4117A0F4F5847EC93839"><enum>(e)</enum><header>Reporting

medical malpractice</header><text>Not later than 30 days after a determination of medical malpractice or the payment of all or part of a claim under this section, the Secretary of Defense shall submit to the Director of the Defense Health Agency a report documenting such determination or payment to be used by the Director for all necessary and appropriate purposes, including medical quality assurance.</text></subsection>

<subsection id="H890100EB431B4A0AA448C80A42D1200A"><enum>(f)</enum><header>Regulations</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H27BCDACDDB0F49CC9BD73EF4F311321C"><enum>(1)</enum><text>The Secretary of Defense shall prescribe regulations to implement this section.</text></paragraph>

<paragraph id="H987F3210E8854FB59BC600190626D4B9" indent="up1"><enum>(2)</enum><text>Regulations prescribed by the Secretary under paragraph (1) shall include the following:</text>

<subparagraph id="H3D67018B28864DE7B81477EC928C4C0B"><enum>(A)</enum><text>Policies and procedures to ensure the timely, efficient, and effective processing and administration of claims under this section, includingâ€"</text>

<clause id="HEBAAF26EFED74557A13FE24E4AEF0A86"><enum>(i)</enum><text>the filing, receipt, investigation, and evaluation of a claim;</text></clause>

<clause id="H3646CD215F6F46AB8399F90C77E43291"><enum>(ii)</enum><text>the negotiation, settlement, and payment of a claim;</text></clause>

<clause id="H2F26F11572A14DABAEAD8D8B47A2353E"><enum>(iii)</enum><text>such other matters relating to the processing and administration of a claim, including an administrative appeals process, as the Secretary considers appropriate.</text></clause></subparagraph>

<subparagraph id="HF5853DB64CD6462499F0D149B96406FE"><enum>(B)</enum><text>Uniform standards consistent with generally accepted standards used in a majority of States in adjudicating claims under chapter 171 of title 28 (commonly known as the <quote>Federal Tort Claims Act</quote>) to be applied to the evaluation, settlement, and payment of claims under this section without regard to the place of occurrence of the medical malpractice giving rise to the claim or the military department or service of the member of the uniformed services, and without regard to foreign law in the case of claims arising in foreign countries, including uniform standards to be applied to determinations with respect toâ€"</text>

<clause id="HE210255EC88444A087FE82C5C6ABE378"><enum>(i)</enum><text>whether an act or omission by a Department of Defense health care provider in the context of performing medical, dental, or related health care functions was negligent or wrongful, considering the specific facts and circumstances;</text></clause>

<clause id="H187DBD9816464547ACA9056F18C99820"><enum>(ii)</enum><text>whether the personal injury or death of the member was caused by a negligent or wrongful act or omission of a Department of Defense health care provider in the context of performing medical, dental, or related health care functions, considering the specific facts and circumstances;</text></clause>

<clause id="HF233F6899EBC465F98001948143726A7"><enum>(iii)</enum><text>requirements relating to proof of duty, breach of duty, and causation resulting in compensable injury or loss, subject to such exclusions as may be established by the Secretary of Defense; and</text></clause>

<clause id="H511F3E504DF0454198FB2226C285B3C8"><enum>(iv)</enum><text>calculation of damages.</text></clause></subparagraph>

<subparagraph id="HC45F2F3D83564772B07F1EBD73F7EBFD"><enum>(C)</enum><text>Such other matters as the Secretary considers appropriate.</text></subparagraph></paragraph>

<paragraph id="HA40EBFA5ABD747F2848C30A9272CAE73" indent="up1"><enum>(3)</enum><text>In order to implement expeditiously the provisions of this section, the Secretary may prescribe the regulations under this subsectionâ€"</text>

<subparagraph id="HD7E442F653584ACCB482A97F80ED4EB5"><enum>(A)</enum><text>by prescribing an interim final rule; and</text></subparagraph>

<subparagraph id="H0DDCD5967FA24E70A23E108089F1F1BE"><enum>(B)</enum><text>not later

than one year after prescribing such interim final rule and considering public comments with respect to such interim final rule, by prescribing a final rule.</text></subparagraph></paragraph></subsection>

<subsection id="H2C51F44F639A43ED980264E9B78DF499"><enum>(g)</enum><header>Limitation on attorney fees</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H0D958F9DBCC64429A6FECF6FA6B6E957"><enum>(1)</enum><text>No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 20 percent of any claim paid pursuant to this section.</text></paragraph>

<paragraph id="H9CD665FC849549A98334667D17346C38" indent="up1"><enum>(2)</enum><text>Any attorney who charges, demands, receives, or collects for services rendered in connection with a claim under this section any amount in excess of the amount allowed under paragraph (1), if recovery be had, shall be fined not more than $2,000, imprisoned not more than one year, or both. </text></paragraph></subsection>

<subsection id="HDAA5F9968D2046A9945BE6DE663B7729"><enum>(h)</enum><header>Annual report</header><text>Not less frequently than annually until 2025, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a reportâ€"</text>

<paragraph id="HF90BF50EEF4C4DED8B451B3BDAF93F73"><enum>(1)</enum><text>indicating the number of claims processed under this section;</text></paragraph>

<paragraph id="HC5F4683967594DAF86A5A88DF86E4C13"><enum>(2)</enum><text>indicating the resolution of each such claim; and</text></paragraph>

<paragraph id="H16548A5B97A7411FBF2E770BD75E9949"><enum>(3)</enum><text>describing any other information that may enhance the effectiveness of the claims process under this section. </text></paragraph></subsection>

<subsection id="H80A3D9077FAB4AFAA1AA7BDA13084334"><enum>(i)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H07F44C39084242CB9622EE097A59473C"><enum>(1)</enum><header>Covered military medical treatment facility</header><text>The term <term>covered military medical treatment facility</term> means a facility described in subsection (b), (c), or (d) of section 1073d of this title.</text></paragraph>

<paragraph id="HBBBE12EA6C9C4332914EA592FEE9AA23"><enum>(2)</enum><header>Department of Defense health care provider</header><text>The term <term>Department of Defense health care provider</term> means a member of the uniformed services, civilian employee of the Department of Defense, or personal services contractor of the Department (under section 1091 of this title) authorized by the Department to provide health care services and acting within the scope of employment of such individual.</text></paragraph>

<paragraph id="H6462CCC280C24214B78252B7C0EF4E89"><enum>(3)</enum><header>Member of the uniformed services</header><text>The term <term>member of the uniformed services</term> includes a member of a reserve component of the armed forces if the claim by the member under this section is in connection with personal injury or death that occurred while the member was in Federal status.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HEF1669ACE6C34251B45A18991E067BCB"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 163 of such title is amended by inserting after the item relating to section 2733 the following new item: </text>

<quoted-block style="OLC" display-inline="no-display-inline" id="HA894D1F942AA4053814E3D3945078CA5">

<toc>

<toc-entry level="section" idref="H951EC7ED00F64ABFABA46482F8014C82">2733a. Medical malpractice claims by members of the uniformed services.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HEBCCC730F652498B81D5AC7643D23442"><enum>(b)</enum><header>Interim

briefing on development of regulations</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on the development of regulations under section 2733a(f) of title 10, United States Code, as added by subsection (a)(1).</text></subsection>

<subsection id="H9EF482C2C32348DF8DC05996FA3281DD"><enum>(c)</enum><header>Conforming amendments</header>

<paragraph id="H07AA444FFA6E49FEAFAD9CA21E1F5E76"><enum>(1)</enum><text>Section 2735 of such title is amended by striking <quote>2733,</quote> and inserting <quote>2733, 2733a,</quote>.</text></paragraph>

<paragraph id="H52DA6A0769694CDD936FAD7CBEAC37DA"><enum>(2)</enum><text>Section 1304(a)(3)(D) of title 31, United States Code, is amended by striking <quote>2733,</quote> and inserting <quote>2733, 2733a,</quote>. </text></paragraph></subsection>

<subsection id="HF9DEA6EEDF1D41159BCD3D42DDD17C94"><enum>(d)</enum><header>Effective date and transition provision</header>

<paragraph id="HA2AF15CDF3C541DDB1F0E7D4CA530AF7"><enum>(1)</enum><header>Effective date</header><text>The amendments made by this section shall apply to any claim filed under section 2733a of such title, as added by subsection (a)(1), on or after January 1, 2020.</text></paragraph>

<paragraph id="HF9EC8137039540038A6F26AE30FC26AF"><enum>(2)</enum><header>Transition</header><text>Any claim filed in calendar year 2020 shall be deemed to be filed within the time period specified in section 2733a(b)(4) of such title, as so added, if it is filed within three years after it accrues.</text></paragraph></subsection></section>

<section id="H71F1E62DFDE54DAEB1D0F49BD98E2DFA"><enum>732.</enum><header>Extension and clarification of authority for Joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund</header><text display-inline="no-display-inline">Title XVII of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2567) is amendedâ€"</text>

<paragraph id="HE8724B7437E04775877D518196DE8505"><enum>(1)</enum><text>in section 1701â€"</text>

<subparagraph id="HB6FEE55A9A3247C2886E270786FCA40B"><enum>(A)</enum><text>in subsection (a), by striking <quote>Subject to subsection (b), the</quote> and inserting <quote>The</quote>;</text></subparagraph>

<subparagraph id="H31B76C83B0BB4558B2358D485096BB2D"><enum>(B)</enum><text>by striking subsection (b); and</text></subparagraph>

<subparagraph id="H17C0E2FB901F428BA0B9E89484780F2E"><enum>(C)</enum><text>by redesignating subsections (c) through (f) as subsections (b) through (e), respectively;</text></subparagraph></paragraph>

<paragraph id="HB03938042CEC4429A31DA3DF87F299B0"><enum>(2)</enum><text>in section 1702(a)(1), by striking <quote>hereafter in this title</quote> and inserting <quote>in this section</quote>;</text></paragraph>

<paragraph id="H5FDF5BF7EC2448EC9C86CE0AC974B6A7"><enum>(3)</enum><text>in section 1703, in subsections (a) and (c), by striking <quote>the facility</quote> and inserting <quote>the James A. Lovell Federal Health Care Center</quote>;</text></paragraph>

<paragraph id="HF1D20B416BF741B4AF86BAB5FA9E859D"><enum>(4)</enum><text>in section 1704â€"</text>

<subparagraph id="H417F194C0E94455A847A8779BD3C3DE2"><enum>(A)</enum><text>in subsections (a)(3), (a)(4)(A), and (b)(1), by striking <quote>the facility</quote> and inserting <quote>the James A. Lovell Federal Health Care Center</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H00BB13C86E6C4983A03F4B185722A54A"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (e), as most recently amended by section 731 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law

115â€"232), by striking <quote>September 30, 2020</quote> and inserting <quote>September 30, 2021</quote>;</text></subparagraph></paragraph>

<paragraph id="HB3818A00A1244CE2AB8E4D65DD823C42"><enum>(5)</enum><text>in section 1705â€"</text>

<subparagraph id="HAEA3A187B06B4B8EA946B8682EDE596A"><enum>(A)</enum><text>in subsection (a), by striking <quote>the facility</quote> and inserting <quote>the James A. Lovell Federal Health Care Center (in this section referred to as the <quote>JALFHCC</quote>)</quote>;</text></subparagraph>

<subparagraph id="H6100196ACF1840DCA0BB0A756FAFED21"><enum>(B)</enum><text>in subsection (b), in the matter preceding paragraph (1), by striking <quote>the facility</quote> and inserting <quote>the JALFHCC</quote>; and</text></subparagraph>

<subparagraph id="HCEE2E79D07DA457AA1D47412A4DB76E2"><enum>(C)</enum><text>in subsection (c)â€"</text>

<clause id="HBC0BA2AEC21B4ECFB166CFABC7C8775F"><enum>(i)</enum><text>by striking <quote>the facility</quote> each place it appears and inserting <quote>the JALFHCC</quote>; and</text></clause>

<clause id="H657D3CF387374C11B05B1057BD764A12"><enum>(ii)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HBDE8A361415C4423A25CAF79AA9AED53" style="OLC">

<paragraph id="H18395ED94E5043B0A5442A7CF16C0149"><enum>(4)</enum><text>To permit the JALFHCC to enter into personal services contracts to carry out health care responsibilities in the JALFHCC to the same extent and subject to the same conditions and limitations as apply under section 1091 of title 10, United States Code, to the Secretary of Defense with respect to health care responsibilities in medical treatment facilities of the Department of Defense.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph></section>

<section id="H332FC005F84441CABBD103C514E1D006"><enum>733.</enum><header>Appointment of non-ex officio members of the Henry M. Jackson Foundation for the Advancement of Military Medicine</header>

<subsection id="H09829D8EEC8B4F65BFAB0FB68AE04C4E"><enum>(a)</enum><header>Appointment by non-ex officio members</header><text>Subparagraph (C) of paragraph (1) of section 178(c) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H6344C1EFB9B04152928A08F8DCEEF7EB" style="OLC">

<subparagraph id="HEB20F130C11C4185A27BC9487379F24D" indent="up1"><enum>(C)</enum><text>six members, each of whom shall be appointed at the expiration of the term of a member appointed under this subparagraph, as provided for in paragraph (2), by the members currently serving on the Council pursuant to this subparagraph and paragraph (2), including the member whose expiring term is so being filled by such appointment.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HF36A1DD0C8D54252A3AC73BB32DF8438"><enum>(b)</enum><header>Repeal of obsolete authority establishing staggered terms</header><text>Paragraph (2) of such section is amendedâ€"</text>

<paragraph id="HEF150014F0754D2999BC25D1B2FC64B1"><enum>(1)</enum><text>by striking <quote>except thatâ€"</quote> and all that follows through <quote>any person</quote> and inserting <quote>except that any person</quote>;</text></paragraph>

<paragraph id="H6306090050234C899A7DB307CEDE29CB"><enum>(2)</enum><text>by striking <quote>; and</quote> and inserting a period; and</text></paragraph>

<paragraph id="H2E3430F260F4467AAEDD85D73F311154"><enum>(3)</enum><text>by striking subparagraph (B).</text></paragraph></subsection>

<subsection id="HB5E6878E8D6B4276B297CCEE9BFCF9EF"><enum>(c)</enum><header>Effective date</header>

<paragraph id="H16E81A1D256F425995160FF128F0C13B"><enum>(1)</enum><header>In general</header><text>The amendments made by this section shall take effect on the date of the enactment of this Act.</text></paragraph>

<paragraph id="H2F06D7D9529B45C0939BD20120880CD6"><enum>(2)</enum><header>Construction for current members</header><text>Nothing in the amendments made by this section shall be construed to terminate or otherwise alter the appointment or term of service of members of the Henry M. Jackson Foundation for the Advancement of Military Medicine who are so serving on the date of the enactment of this Act pursuant to an appointment under paragraph (1)(C) or (2) of section 178(c) of title 10, United States Code, made before that date.</text></paragraph></subsection></section>

<section id="HCF6714C859244D25AF7FC1DDDFC29201"><enum>734.</enum><header>Establishment of Academic Health System in National Capital Region</header>

<subsection id="H81718166E77B41EF927F82836AC5D046"><enum>(a)</enum><header>In general</header><text>Chapter 104 of title 10, United States Code, is amended by inserting after section 2113a the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H0F316776EB804A878583F7F2297E6C37" style="USC">

<section id="H96D7FF0A87DC4924AB8F3DA2F6F26FA6"><enum>2113b.</enum><header>Academic Health System</header>

<subsection id="H2950E0A1C4B1447EB52CC3E98ED732BD"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense may establish an Academic Health System to integrate the health care, health professions education, and health research activities of the military health system, including under this chapter, in the National Capital Region.</text></subsection>

<subsection id="HCB3E9EB093584CDCBFE0C1710E70E0CB"><enum>(b)</enum><header>Leadership</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H9C70F0F6006C466492B15AD74AE5218D"><enum>(1)</enum><text>The Secretary may appoint employees of the Department of Defense to leadership positions in the Academic Health System established under subsection (a).</text></paragraph>

<paragraph id="HA9A8B5DF4C0B4F62B98843A3A9533A36" indent="up1"><enum>(2)</enum><text>Such positions may include responsibilities for management of the health care, health professions education, and health research activities described in subsection (a) and are in addition to similar leadership positions for members of the armed forces.</text></paragraph></subsection>

<subsection id="H1765E36996B847E5BF30232A3E017D7E"><enum>(c)</enum><header>National Capital Region defined</header><text>In this section, the term <term>National Capital Region</term> means the area, or portion thereof, as determined by the Secretary, in the vicinity of the District of Columbia.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HAACE1F0E1B6C4B68828E1869578E8993"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 104 of such title is amended by inserting after the item relating to section 2113a the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H93696AC281F14F8B86BCD12246B98B73" style="OLC">

<toc>

<toc-entry bold="off" level="section">2113b. Academic Health System.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HDE7AFD3B1C7E4DA2BC4AF0BB5CD35E21"><enum>735.</enum><header>Provision of veterinary services by veterinary professionals of the Department of Defense in emergencies</header>

<subsection id="HF8F3F11BE43F482699D349F6C150FB3A"><enum>(a)</enum><header>In general</header><text>Chapter 53 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H24C0F82FA6584101B858C1833D33408B" style="USC">

<section id="HC167FF92AE4A49AAB32661961640C476"><enum>1060c.</enum><header>Provision of veterinary services in emergencies</header>

<subsection id="H0D263F3131D24F07B08072098B4347C0"><enum>(a)</enum><header>In general</header><text>A veterinary professional described in subsection (b) may provide veterinary services for the purposes described in subsection (c) in any State, the District of Columbia, or a territory or possession of the United States, without regard to where such veterinary professional or the patient animal are located, if the provision of such services is within the scope of the authorized duties of such veterinary professional for the Department of Defense.</text></subsection>

<subsection id="H5D48F10D4A0041A383E50262A8632A7F"><enum>(b)</enum><header>Veterinary professional described</header><text>A veterinary professional described in this subsection is an individual who isâ€"</text>

<paragraph id="H992169101526417B979EC1695D9214DB"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HEB877277C6914CC69DF462837641C740"><enum>(A)</enum><text>a member of the armed forces, a civilian employee of the Department of Defense, or otherwise credentialed and privileged at a Federal veterinary institution or location designated by the Secretary of Defense for purposes of this section; or</text></subparagraph>

<subparagraph id="H4521A06657064A3AAF63BCC86BC39C6E" indent="up1"><enum>(B)</enum><text>a member of the National Guard performing training or duty under section 502(f) of title 32;</text></subparagraph></paragraph>

<paragraph id="H681D936C7A3C4118BFFCC8EE46CE5081"><enum>(2)</enum><text>certified as a veterinary professional by a certification recognized by the Secretary of Defense; and</text></paragraph>

<paragraph id="H301181FB60A3427691FB9923BD32302E"><enum>(3)</enum><text>currently licensed by a State, the District of Columbia, or a territory or possession of the United States to provide veterinary services.</text></paragraph></subsection>

<subsection id="H23D1F17FE3A743628492945058838FC5"><enum>(c)</enum><header>Purposes described</header><text>The purposes described in this subsection are veterinary services in response to any of the following:</text>

<paragraph id="H22F93439D5E4433EA127ED52FF5FDFA6"><enum>(1)</enum><text>A national emergency declared by the President pursuant to the National Emergencies Act (50 U.S.C. 1601 et seq.).</text></paragraph>

<paragraph id="H13C7AAD5A12342448FFBDE351ECED5B0"><enum>(2)</enum><text>A major disaster or an emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)).</text></paragraph>

<paragraph id="HDAF585805C5B4639AC27D1148E956AE6"><enum>(3)</enum><text>A public health emergency declared by the Secretary of Health and Human Services under section 319 of the Public Health Service Act (42 U.S.C. 247d).</text></paragraph>

<paragraph id="HBA63B4CACC634145A26A4909CF44783E"><enum>(4)</enum><text>An extraordinary emergency, as determined by the Secretary of Agriculture under section 10407(b) of the Animal Health Protection Act (7 U.S.C. 8306(b)).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC12BDC9C66BB492EB6137F5046CC3AA7"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 53 of such title is amended by inserting after the item relating to section 1060b the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HA3776CB2BF034A87BB5B6C23C60F7EB9" style="OLC">

<toc>

<toc-entry bold="off" level="section">1060c. Provision of veterinary services in

emergencies.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HD0ADA24EC0FD47E0B7200A2F0B60D69C"><enum>736.</enum><header>Three-year extension of authority to continue the DOD-VA Health Care Sharing Incentive Fund</header><text display-inline="no-display-inline">Section 8111(d)(3) of title 38, United States Code, is amended by striking <quote>September 30, 2020</quote> and inserting, <quote>September 30, 2023</quote>.</text></section>

<section id="HD8DDD52612B54A04AB74F18F6D99749A"><enum>737.</enum><header>Preservation of resources of the Army Medical Research and Materiel Command and continuation as Center of Excellence</header>

<subsection id="H3316F9CF2D4549A1A9AED0B4A37DC6C2"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall preserve the resources of the Army Medical Research and Materiel Command for use by such command, which shall include manpower and funding, at not less than the level of such resources as of the date of the enactment of this Act until September 30, 2022.</text></subsection>

<subsection id="H22384DC6DC90449E88FA9D5669CD9EA8"><enum>(b)</enum><header>Transfer of funds</header><text>On October 1, 2022, all amounts available for the Army Medical Research and Materiel Command shall be transferred from accounts for research, development, test, and evaluation for the Army to accounts for the Defense Health Program.</text></subsection>

<subsection id="H6BE6B0F2BBB348A49974718FA12F8C91"><enum>(c)</enum><header>Continuation as Center of Excellence</header><text>After September 30, 2022, the Army Medical Research and Materiel Command and Fort Detrick shall continue to serve as a Center of Excellence for Joint Biomedical Research, Development and Acquisition Management for efforts undertaken under the Defense Health Program.</text></subsection></section>

<section id="H84EF8726780544F5888F87037654DE31" section-type="subsequent-section"><enum>738.</enum><header>Encouragement of participation in Womenâ€™s Health Transition Training pilot program</header>

<subsection id="HBA18AA650DED40269D450D0CD9F1042F"><enum>(a)</enum><header>Encouragement of participation</header><text display-inline="yes-display-inline">The Secretaries of the military departments shall encourage female members of the Armed Forces who are separating or retiring from the Armed Forces during fiscal year 2020 to participate in the Womenâ€™s Health Transition Training pilot program (in this section referred to as the <quote>pilot program</quote>) administered by the Secretary of Veterans Affairs.</text></subsection>

<subsection id="H1249E36ECFEC4E4AA0EDA005AA3AD6FD" commented="no"><enum>(b)</enum><header>Selection</header><text display-inline="yes-display-inline">Each Secretary of a military department shall select at least one location at which the pilot program is offered and encourage participation in the pilot program at such location.</text></subsection>

<subsection id="H34A91F5CED59432AB6D964DA2D9C0429"><enum>(c)</enum><header>Report</header><text>Not later than September 30, 2020, the Secretary of Defense, in consultation with the Secretary of Veterans Affairs, shall submit to the Committees on Armed Services of the Senate and the House of Representatives and the Committees on Veteransâ€™ Affairs of the Senate and House of Representatives a report on the pilot program that includes the following:</text>

<paragraph id="H8618E0BE264F496BA23BDB3928319B3A"><enum>(1)</enum><text>For the period since the commencement of the pilot programâ€"</text>

<subparagraph id="HD302CBE693B64D0591E01AE75F9CD344"><enum>(A)</enum><text>the number of courses held under the pilot program; </text></subparagraph>

<subparagraph id="H9074593A36094FA4BB4AFA856D3096F7"><enum>(B)</enum><text>the locations at which such courses were held; and</text></subparagraph>

<subparagraph id="H726C865CABDE4A129C4AE99C96D99E49"><enum>(C)</enum><text>for each location identified in subparagraph (B)â€"</text>

<clause id="HD43E5C8677D14C179C8FD2D083E2A42E"><enum>(i)</enum><text>the number of

female members by military department (with respect to Department of the Navy, separately for the Navy and Marine Corps) who participated in the pilot program; and</text></clause>

<clause id="H2942B2AA801C407C84B09C18A4A9BF42"><enum>(ii)</enum><text>the number of seats available under the pilot program. </text></clause></subparagraph></paragraph>

<paragraph id="H2BE7EB9F152D4F13A5D32E4A04FFEEF9"><enum>(2)</enum><text>Data relating toâ€"</text>

<subparagraph id="H7AC38AC2A6F24D288F23013848201760"><enum>(A)</enum><text>satisfaction with courses held under the pilot program;</text></subparagraph>

<subparagraph id="H65186D6129BD41C0AE00F50D86895C55"><enum>(B)</enum><text>improved awareness of health care services administered by the Secretary of Veterans Affairs; and</text></subparagraph>

<subparagraph id="H24934DA61A8F4DD389868E9CFC12148F"><enum>(C)</enum><text>any other available statistics regarding the pilot program.</text></subparagraph></paragraph>

<paragraph id="HB8B7FD4AFC3249F7B57651949ED23D42"><enum>(3)</enum><text>A discussion of regulatory, legal, or resource barriers toâ€"</text>

<subparagraph id="H654422E98E034A74A0C8CCF737754D9E"><enum>(A)</enum><text>making the pilot program permanent to enable access by a greater number of female members at locations throughout the United States;</text></subparagraph>

<subparagraph id="H59298CD46AA045ECAEEB8BC0DD947AD2"><enum>(B)</enum><text>offering the pilot program online for female members who are unable to attend courses held under the pilot program in person; and</text></subparagraph>

<subparagraph id="H5043E106903B4837A33916CE3C55E7C5"><enum>(C)</enum><text>providing for automatic enrollment of participants in the pilot program in the patient enrollment system of the Department of Veterans Affairs established and operated under section 1705 of title 38, United States Code.</text></subparagraph></paragraph></subsection></section>

<section id="H94E1A654CA28448EBCE1F17EBAC68149" section-type="subsequent-section"><enum>739.</enum><header>National Guard suicide prevention pilot program</header>

<subsection id="H461724680E0642508B6A7C68FF234603"><enum>(a)</enum><header>Pilot program authorized</header><text display-inline="yes-display-inline">The Chief of the National Guard Bureau may carry out a pilot program to expand suicide prevention and intervention efforts at the community level through the use of a mobile application that provides the capability for a member of the National Guard to receive prompt support, including access to a behavioral health professional, on a smartphone, tablet computer, or other handheld mobile device.</text></subsection>

<subsection id="H42CB816C5A7D4865B1A99A291C10E986"><enum>(b)</enum><header>Elements</header><text>The pilot program shall include, subject to such conditions as the Secretary may prescribeâ€"</text>

<paragraph id="H1C71A57F7EC541D58A0A9AEF0D53EC4E"><enum>(1)</enum><text>the use by members of the National Guard of an existing mobile application that provides the capability described in subsection (a); or</text></paragraph>

<paragraph id="H172FFF0CC57F4AEABC18D7A12D0B134E"><enum>(2)</enum><text>the development and use of a new mobile application that provides such capability.</text></paragraph></subsection>

<subsection id="H5F0016F9F7984D48BBC40E7C7733BE8A"><enum>(c)</enum><header>Eligibility and participation requirements</header><text>The Chief of the National Guard Bureau shall establish requirements with respect to eligibility and participation in the pilot program.</text></subsection>

<subsection id="H11EAB2371FB14DDE9AC9EE293926E067"><enum>(d)</enum><header>Assessment prior to pilot program commencement</header><text>Prior to commencement of the pilot program, the Chief of the National Guard Bureau shallâ€"</text>

<paragraph id="HEF537016CF094460A79BC1EF44136948"><enum>(1)</enum><text>conduct an

assessment of existing prevention and intervention efforts of the National Guard in each State that include the use of mobile applications that provide the capability described in subsection (a) to determine best practices for providing immediate and localized care through the use of such mobile applications; and</text></paragraph>

<paragraph id="H36A88C906FE64F05A1537A566A123DE2"><enum>(2)</enum><text>determine the feasibility of expanding existing programs on a national scale.</text></paragraph></subsection>

<subsection id="H7A44BD666A214E75B596EF3B8B83FF30"><enum>(e)</enum><header>Responsibilities of entities participating in pilot program</header><text>Each entity that participates in the pilot program shallâ€"</text>

<paragraph id="H357F508E6F7D4ABA908EE0263D338F1B"><enum>(1)</enum><text>share best practices with other entities participating in the program; and</text></paragraph>

<paragraph id="HC2961E2D00A44A80823759129C15F54F"><enum>(2)</enum><text>annually assess outcomes with respect to members of the National Guard.</text></paragraph></subsection>

<subsection id="H668973ED87494EF0AF516742BBEE8837"><enum>(f)</enum><header>Term</header><text>The pilot program shall terminate on the date that is three years after the date on which the pilot program commenced.</text></subsection>

<subsection id="H2F71218ACDCB4BEC8BC0706643D6B89E"><enum>(g)</enum><header>Reports</header>

<paragraph id="H6BFFA482790842FCAD3F7BBB8804CEE1"><enum>(1)</enum><header>Initial report</header><text display-inline="yes-display-inline">If the Chief of the National Guard Bureau commences the pilot program authorized under subsection (a), not later than 180 days after the date of the commencement of such program, the Chief shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing a description of the pilot program and such other matters as the Chief considers appropriate.</text></paragraph>

<paragraph id="H20C4E42C87894D0880B4B5F5F3F5A4C6"><enum>(2)</enum><header>Final report</header>

<subparagraph id="H6B2EE685F3DD422681FC320C44A6788D"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after the termination of the pilot program, the Chief of the National Guard Bureau shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on such pilot program.</text></subparagraph>

<subparagraph id="HCC1B9BE63AB94D5F8FD7518211B85275"><enum>(B)</enum><header>Matters included</header><text>The report under subparagraph (A) shall include the following:</text>

<clause id="HD2CB4669A4074E0E9D53D41C2843C387"><enum>(i)</enum><text>A description of the pilot program, including any partnerships entered into by the Chief of the National Guard Bureau under the program.</text></clause>

<clause id="H597C178490AF4336AFC0991A5A29F387"><enum>(ii)</enum><text>An assessment of the effectiveness of the pilot program.</text></clause>

<clause id="HB2562694EF744C7C959433DD7B68945D"><enum>(iii)</enum><text>A description of costs associated with the implementation of the pilot program.</text></clause>

<clause id="H436A890F7ADE46068D84E8CD5EEC4C34"><enum>(iv)</enum><text>The estimated costs of making the pilot program permanent.</text></clause>

<clause id="HC3F8EB24E45F4F7F949796A4C763D7BD"><enum>(v)</enum><text>A recommendation as to whether the pilot program should be extended or made permanent.</text></clause>

<clause id="HA54E7BF5EB914571B44CAE8A3DEED126"><enum>(vi)</enum><text>Such other recommendations for legislative or administrative action as the Chief of the National Guard Bureau considers appropriate.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H4DE328106CD940D38B892D97EC6E494E"><enum>(h)</enum><header>State defined</header><text display-inline="yes-display-inline">In this section, the term

<quote>State</quote> means each of the several States, the District of Columbia, the Commonwealth of Puerto Rico, American Samoa, Guam, the United States Virgin Islands, and the Commonwealth of the Northern Mariana Islands.</text></subsection></section>

<section id="HD709D5C18502467DA0F76464B55AA7E3"><enum>740.</enum><header>Pilot Program on civilian and military partnerships to enhance interoperability and medical surge capability and capacity of National Disaster Medical System</header>

<subsection id="HB00043FE375841B38896F3DC4545FF5F"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense may carry out a pilot program to establish partnerships with public, private, and nonprofit health care organizations, institutions, and entities in collaboration with the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of Homeland Security, and the Secretary of Transportation to enhance the interoperability and medical surge capability and capacity of the National Disaster Medical System under section 2812 of the Public Health Service Act (42 U.S.C. 300hhâ€"11) in the vicinity of major aeromedical and other transport hubs and logistics centers of the Department of Defense.</text></subsection>

<subsection id="H4ECC6D1734AB4B5B840E8F7F9B63B521"><enum>(b)</enum><header>Duration</header><text>The Secretary of Defense may carry out the pilot program under subsection (a) for a period of not more than five years.</text></subsection>

<subsection id="H2682D9F63343461598F47C2C49074420"><enum>(c)</enum><header>Locations</header><text> The Secretary shall carry out the pilot program under subsection (a) at not fewer than five aeromedical or other transport hub regions or logistics centers in the United States.</text></subsection>

<subsection id="H2F9296117BB84FBD8664974FC7F47C8F"><enum>(d)</enum><header>Requirements</header><text>In establishing partnerships under the pilot program under subsection (a), the Secretary, in collaboration with the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of Homeland Security, and the Secretary of Transportation, shall establish requirements under such partnerships for staffing, specialized training, medical logistics, telemedicine, patient regulating, movement, situational status reporting, tracking, and surveillance.</text></subsection>

<subsection id="H8852E9290602482EB391ECFEF5B45A74"><enum>(e)</enum><header>Evaluation metrics</header><text>The Secretary of Defense shall establish metrics to evaluate the effectiveness of the pilot program under subsection (a).</text></subsection>

<subsection id="H45198F1016B540D3905D7F21E48D6F22"><enum>(f)</enum><header>Reports</header>

<paragraph id="H1C070652A7AC4AFFA5544F0F07703304"><enum>(1)</enum><header>Initial report</header>

<subparagraph id="H4881731768B249258B2EDE9282A745FB"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after the commencement of the pilot program under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot program.</text></subparagraph>

<subparagraph id="H78B79D1C7F054392BC286E6FB4F5A478"><enum>(B)</enum><header>Elements</header><text>The report required by subparagraph (A) shall include the following:</text>

<clause id="HB9C1387F45F048B99CC6648C0945A5E2"><enum>(i)</enum><text>A description of the pilot program.</text></clause>

<clause id="H0C2B5E8D3F7149BA8FCAE50BF1FA149E"><enum>(ii)</enum><text>The requirements established under subsection (d).</text></clause>

<clause id="HFD226C061D454DD48D2D5CBFE04817AD"><enum>(iii)</enum><text>The evaluation metrics established under subsection (e).</text></clause>

<clause id="HB2C954DF4C4A40939A63D37CBF0E5D72"><enum>(iv)</enum><text>Such other matters relating to the pilot program as the Secretary considers appropriate.</text></clause></subparagraph></paragraph>

<paragraph id="HEC9C50149C094F7BACFD275341CD524D"><enum>(2)</enum><header>Final report</header>

<subparagraph id="H363628A84D7B4A9080B65D0F439179AE"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after completion of the pilot program under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the pilot program.</text></subparagraph>

<subparagraph id="HC1B896B44D73428992B5A0C2B80A55C6"><enum>(B)</enum><header>Elements</header><text>The report required by subparagraph (A) shall include the following:</text>

<clause id="H3BF80CCC4299421BAC52FD13442B1F0C"><enum>(i)</enum><text>A description of the pilot program, including the partnerships established under the pilot program as described in subsection (a).</text></clause>

<clause id="H0A3B7D7DBD734490BA0798F1A785BCD2"><enum>(ii)</enum><text>An assessment of the effectiveness of the pilot program.</text></clause>

<clause id="H63D80D8BE186442D9D5C7F5F4B5321DF"><enum>(iii)</enum><text>An assessment of the cost of the pilot program and an estimate of the cost of making the pilot program a permanent part of the budget of the Department of Defense.</text></clause>

<clause id="H16B6F48ACFD84B1EA1FEDC132B8D0698"><enum>(iv)</enum><text>Such recommendations for legislative or administrative action as the Secretary considers appropriate in light of the pilot program, including recommendations for extending or making permanent the authority for the pilot program.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H0F21DA45117946C49047C84069B4685B" section-type="subsequent-section"><enum>741.</enum><header>Reports on suicide among members of the Armed Forces and suicide prevention programs and activities of the Department of Defense</header>

<subsection id="HFD40BB458FAF4642B6A1D7AE1432CCCE"><enum>(a)</enum><header>Department of Defense reports on suicide among members of the Armed Forces</header>

<paragraph id="H7F354B6EF8ED4E618DF1C70B3F9A8A39"><enum>(1)</enum><header>Reports required</header><text>Not later than 90 days after the date of the enactment of this Act, and annually thereafter through January 31, 2021, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on suicide among members of the Armed Forces during the year preceding the date of the report.</text></paragraph>

<paragraph id="H97C3B56F304147C78A7F466636A89246"><enum>(2)</enum><header>Matters included</header><text>Each report under paragraph (1) shall include the following with respect to the year covered by the report:</text>

<subparagraph id="HB4C5B24A5F43417CA0A8B10B72521593"><enum>(A)</enum><text display-inline="yes-display-inline">The number of suicides, attempted suicides, and known cases of suicidal ideation involving a member of the Armed Forces, including the reserve components thereof, listed by Armed Force.</text></subparagraph>

<subparagraph id="H03FBDC6F53D846ADA0CE849FE4D8EB1B"><enum>(B)</enum><text display-inline="yes-display-inline">The number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (A) that occurred during each of the following periods:</text>

<clause id="H4B3BE47DEFE14268935344958DB650DA"><enum>(i)</enum><text>The first 180 days of the member serving in the Armed Forces.</text></clause>

<clause id="HC94BC9002EBC4DD895A9904E48FCF9A7"><enum>(ii)</enum><text>The period in which the member is deployed in support of a contingency operation.</text></clause></subparagraph>

<subparagraph id="HABF6D4764D06498793B94A231BE95D09"><enum>(C)</enum><text display-inline="yes-display-inline">With respect to the number of suicides, attempted suicides, or known cases of suicidal ideation identified under subparagraph (B)(i), the initial recruit training location of the member.</text></subparagraph>

<subparagraph id="HE571C381B26344349923D91F7BAFF22A"><enum>(D)</enum><text>The number of suicides involving a dependent of a member.</text></subparagraph>

<subparagraph id="H93D9E7AA8A9F428DA488FA073BF151F1"><enum>(E)</enum><text display-inline="yes-display-inline">A description of any research collaborations and data sharing by the Department of Defense with the Department of Veterans Affairs, other departments or agencies of the Federal Government, academic institutions, or nongovernmental organizations.</text></subparagraph>

<subparagraph id="HD3272022E99D4FC49DE34132B0DBC5FA"><enum>(F)</enum><text>Identification of a research agenda for the Department of Defense to improve the evidence base on effective suicide prevention treatment and risk communication.</text></subparagraph>

<subparagraph id="H94D949FF2EF64ACC808C39B281A14278"><enum>(G)</enum><text display-inline="yes-display-inline">The availability and usage of the assistance of chaplains, houses of worship, and other spiritual resources for members of the Armed Forces who identify as religiously affiliated and have attempted suicide, have experienced suicidal ideation, or are at risk of suicide, and metrics on the impact these resources have in assisting religiously-affiliated members who have access to and utilize them compared to religiously-affiliated members who do not.</text></subparagraph>

<subparagraph id="H19B7C6C2340046C99C441327517AB275"><enum>(H)</enum><text display-inline="yes-display-inline">A description of the effectiveness of the policies developed pursuant to section 567 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 10 U.S.C. 1071 note) and section 582 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 10 U.S.C. 1071 note), including with respect toâ€"</text>

<clause id="HE1638208563044638AB57CADF82DB77E" display-inline="no-display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">metrics identifying effective treatment modalities for members of the Armed Forces who are at risk for suicide (including any clinical interventions involving early identification and treatment of such members);</text></clause>

<clause id="HC847D9B0DB9343E69448426321EC8B80"><enum>(ii)</enum><text>metrics for the rate of integration of mental health screenings and suicide risk and prevention for members during the delivery of primary care for such members;</text></clause>

<clause id="H1B16F941AD4440D58165D648071DD625"><enum>(iii)</enum><text>metrics relating to the effectiveness of suicide prevention and resilience programs and preventative behavioral health programs of the Department of Defense (including those of the military departments and the Armed Forces); and</text></clause>

<clause id="HB70D25F8E6A542FE9AB73824A1E95404"><enum>(iv)</enum><text>metrics evaluating the training standards for behavioral health care providers to ensure that such providers have received training on clinical best practices and evidence-based treatments.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H2AC45B90A6A4470ABF1D92E15C366F22"><enum>(b)</enum><header>GAO report on suicide prevention programs and activities</header>

<paragraph id="H2947530EEBD74CF9B3BAFCB120BB03F7"><enum>(1)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 240 days after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the programs and activities of the Department of Defense and the Armed Forces for the prevention of suicide among members of the Armed Forces (including the reserve components) and their families.</text></paragraph>

<paragraph id="H445BF578672E4EA68A94F6FD8FADE517"><enum>(2)</enum><header>Elements</header><text>The report under paragraph (1) shall include the following:</text>

<subparagraph id="HE43732EB71D5408F9C900A2DCE2FA312"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the current programs and activities of the Department of Defense and the Armed Forces for the prevention of suicide among members of the Armed Forces and their families.</text></subparagraph>

<subparagraph id="HB6E476C1100D41F1A0DDB85C467D9F5F"><enum>(B)</enum><text display-inline="yes-display-inline">An assessment whether the programs and activities described pursuant to subparagraph (A)â€"</text>

<clause id="H9C344C2B9E5644F0BE5863759F82B11F"><enum>(i)</enum><text display-inline="yes-display-inline">are evidence-based and incorporate best practices identified in peer-reviewed medical literature;</text></clause>

<clause id="H8693D352799A4567A23A54D872CFBB4B"><enum>(ii)</enum><text display-inline="yes-display-inline">are appropriately resourced; and</text></clause>

<clause id="HD2ED00C5FF46489BA2CA2C2BC9F858BE"><enum>(iii)</enum><text display-inline="yes-display-inline">deliver outcomes that are appropriate relative to peer activities and programs (including those undertaken in the civilian community and in military forces of other countries).</text></clause></subparagraph>

<subparagraph id="H99E04FD5941D44038C499DF1CA7999D0"><enum>(C)</enum><text display-inline="yes-display-inline">A description and assessment of any impediments to the effectiveness of such programs and activities.</text></subparagraph>

<subparagraph id="H0E88DFBCE3994F67B4E3823B04FAA447"><enum>(D)</enum><text display-inline="yes-display-inline">Such recommendations as the Comptroller General considers appropriate for improvements to such programs and activities.</text></subparagraph>

<subparagraph id="HCC33084724E741B7852AF70ACF06CA9C"><enum>(E)</enum><text display-inline="yes-display-inline">Such recommendations as the Comptroller General considers appropriate for additional programs and activities for the prevention of suicide among members of the Armed Forces and their families.</text></subparagraph></paragraph></subsection></section>

<section id="H488E82FD92EE4DE79EFA652D3BC07DDA"><enum>742.</enum><header>Modification of requirements for longitudinal medical study on blast pressure exposure of members of the Armed Forces and collection of exposure information</header>

<subsection id="HECB64087BDA44DC6BB68D5F497276551"><enum>(a)</enum><header>Modification of study</header><text display-inline="yes-display-inline">Section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1444) is amendedâ€"</text>

<paragraph id="H50828AF9B2DB409EBAD68E3ECF6E5574"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HF64A054AF1B44B6D92BC6864272926E7"><enum>(A)</enum><text>in paragraph (2), by striking <quote>; and</quote> and inserting a semicolon;</text></subparagraph>

<subparagraph id="HF86D73F3B3BC4846ADFA700E210B2E52"><enum>(B)</enum><text>in paragraph (3), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="HF9B3D0A1EB3C414CBD0022B54089352A"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H8BEA448BD9BB4148B8479BA55EC22DBA" style="OLC">

<paragraph id="HE4C5888F69DB4C20A5B3716F8D7F5A30"><enum>(4)</enum><text>assess the feasibility and advisability ofâ€"</text>

<subparagraph id="H02FE7BE1AD5648B6AA1B45275E3DD158"><enum>(A)</enum><text>uploading the data gathered from the study into the Defense Occupational and Environmental Health Readiness System â€" Industrial Hygiene (DOEHRS-IH) or similar system;</text></subparagraph>

<subparagraph id="H2CF6DCA719284E92873CE6A03820862A"><enum>(B)</enum><text>allowing personnel of the Department of Defense and the Department of Veterans Affairs to have access to such system; and</text></subparagraph>

<subparagraph id="HBFA15936A3814876AD59F8443C754933"><enum>(C)</enum><text>ensuring such data is interoperable and can be uploaded into the MHS Genesis electronic health record or successor system of the Department of Defense.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H5271C64C5F6940528659E96384FE4457"><enum>(2)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H6AFC423AE84F41F19B65424E5BB73CDA"><enum>(A)</enum><text>by redesignating paragraph (2) as paragraph (3); and</text></subparagraph>

<subparagraph id="H61873B21F6B14F2FB735FB020CC159C6"><enum>(B)</enum><text>by inserting after paragraph (1) the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HA168E0E8C7554D6182AB6AF5AA5E757C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H83D992129D544966831ED977649FFDBA"><enum>(2)</enum><header>Annual status report</header><text>Not later than January 1 of each year during the period beginning on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 and ending on the completion of the study under subsection (a), the Secretary shall submit to the Committees on Armed Services of the Senate and the House of Representatives a status report on the study.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="HC6EED1DB36034264994D6422C9690650"><enum>(b)</enum><header>Collection of exposure information</header><text>The Secretary of Defense shall collect blast exposure information with respect to a member of the Armed Forces in a mannerâ€"</text>

<paragraph id="HDC12C7BFE2314B2D93EB681A4372D2D7"><enum>(1)</enum><text>consistent with blast exposure measurement training guidance of the Department of Defense, including any guidance developed pursuant toâ€"</text>

<subparagraph id="H4D12F36E75CA4C47B459D9FB93F271FA"><enum>(A)</enum><text>the longitudinal medical study on blast pressure exposure required by section 734 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1444); and</text></subparagraph>

<subparagraph id="H6C4BCD1A730A4D5B82D0C85AC2D1C802"><enum>(B)</enum><text>the review of guidance on blast exposure during training required by section 253 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2001 note prec.);</text></subparagraph></paragraph>

<paragraph id="HEFA663506D044B2DB9C812C5161C902E"><enum>(2)</enum><text>compatible with training and operational objectives of the Department; and</text></paragraph>

<paragraph id="HDF64FB30BFED4B2295ECD2D2783255E7"><enum>(3)</enum><text>that is automated, to the extent practicable, to minimize the reporting burden of unit commanders.</text></paragraph></subsection></section>

<section id="H7D400FCF5D8D47E89237C12DC0E6C0E1" section-type="subsequent-section"><enum>743.</enum><header>Study and plan on the use of military-civilian integrated health delivery systems</header>

<subsection id="H559CB7248A9D4087B34C46E32B903CEB"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense shall conduct a study on the use of local military-civilian integrated health delivery systems pursuant to section 706 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1096 note). The study shall examine the following:</text>

<paragraph id="HE9155AF681F24467BEF373065FAEC108"><enum>(1)</enum><text display-inline="yes-display-inline">Geographic locations where military medical treatment facilities have existing contractual relationships with local civilian health care networks, including Fort Drum, New York, Joint Base McGuire-Dix-Lakehurst, New Jersey, Joint Base Lewis-McCord, Washington, Fort Leonard Wood, Missouri, Elmendorf Air Force Base, Alaska, Fort Sill, Oklahoma, Tripler Army Medical Center, Hawaii, the National Capital Region, and similar locations.</text></paragraph>

<paragraph id="H193491A9732643868E6CBE49A7D7216A"><enum>(2)</enum><text>Health care activities that promote value-based care, measurable health outcomes, patient safety, timeliness of referrals, and transparent communication with covered beneficiaries.</text></paragraph>

<paragraph id="H969DBC1EC1674793B45FE8379C9B9064"><enum>(3)</enum><text display-inline="yes-display-inline">Locations where health care providers of the Department of Defense may be able to attain critical wartime readiness skills in a local integrated military-civilian integrated health delivery system.</text></paragraph>

<paragraph id="HB2960A57DB194D83BAB3477A274B3311"><enum>(4)</enum><text display-inline="yes-display-inline">The cost of providing care under an integrated military-civilian integrated health delivery system as compared to health care provided by a managed care support contractor.</text></paragraph></subsection>

<subsection id="H3250A64F2D4F4AD3BD5C34510B4A08C1"><enum>(b)</enum><header>Plan</header><text>The Secretary of Defense shall develop a plan for the further development of the use of local military-civilian integrated health delivery systems by the Department of Defense.</text></subsection>

<subsection id="H2AB97547385442A2B018037D7C31EFFA"><enum>(c)</enum><header>Submission</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senateâ€"</text>

<paragraph id="HA544661E3AF14A96830895F52ECA169D"><enum>(1)</enum><text>a report on the results of the study under subsection (a); and</text></paragraph>

<paragraph id="HDFE98FF040B84B759825DE1C8BA5AA03"><enum>(2)</enum><text>the plan developed under subsection (b).</text></paragraph></subsection>

<subsection id="H5D5276BD7F1C469598F7A051BB6E5AC0"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H86618607C5884D168FCB5DB264E42A69"><enum>(1)</enum><text>The term <quote>covered beneficiaries</quote> has the meaning given that term in section 1072 of title 10, United States Code.</text></paragraph>

<paragraph id="HEFABE13F29D7411EB96C79FCFFE87530"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>National Capital Region</quote> has the meaning given that term in section 2674 of title 10, United States Code.</text></paragraph></subsection></section>

<section id="H34DF2B3BC7B7405B8C6A4CD408CC911E" section-type="subsequent-section"><enum>744.</enum><header>Study on case management in the military health system</header>

<subsection id="H8C3257C102464E20924727D7147A1962"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense shall conduct a study on the effectiveness of case management practices in the military health system. The study shall include the following:</text>

<paragraph id="H9F1CD7B1FB064203AD4754416C0C4C7B"><enum>(1)</enum><text>A standardized definition of case management.</text></paragraph>

<paragraph id="HEB6563FDE4E24D6C8E174C9F7D452F0D"><enum>(2)</enum><text>An evaluation of case management practices provided by the military departments before and during the transition of the administration of military medical treatment facilities to the Defense Health Agency pursuant to section 1073c of title 10, United States Code.</text></paragraph>

<paragraph id="H6AF8069D6A954A309F71772DCBBBD878"><enum>(3)</enum><text>A discussion of the metrics used in determining the effectiveness and cost of case management.</text></paragraph>

<paragraph id="H203F7018A12C4039A1FA9FCABEEB654D"><enum>(4)</enum><text>An evaluation of the case management and outreach provided by the managed care support contractors supporting the Defense Health Agency, including with respect toâ€"</text>

<subparagraph id="H67D2C7BD643B4975BC3EE7074838FEBA" commented="no"><enum>(A)</enum><text>the intervals at which patients are contacted;</text></subparagraph>

<subparagraph id="HB95C6944B3354A6896A874E42FD950E7" commented="no"><enum>(B)</enum><text>the role of the case manager in coordination;</text></subparagraph>

<subparagraph id="H4E9055D2988D40D68097889D3D63A5C3"

commented="no"><enum>(C)</enum><text>the approximate number of patients managed by a case manager; and</text></subparagraph>

<subparagraph id="HD640A4B47FF4459689D7B9B24CFADF8A" commented="no"><enum>(D)</enum><text>any other best practices relating to case management that would improve the experience of care across the military health system.</text></subparagraph></paragraph>

<paragraph id="HCB46238D5C174F0589783EC8800DC9DC"><enum>(5)</enum><text>A review of case management best practices in the private sector, including with respect toâ€"</text>

<subparagraph id="H74995A7656924376BA63D169FF0569C7"><enum>(A)</enum><text>the intervals at which patients should be contacted;</text></subparagraph>

<subparagraph id="H518C041C82B14B78B16310FD6AD898B5"><enum>(B)</enum><text>the role of the case manager in coordination;</text></subparagraph>

<subparagraph id="HED7CC81ED39E428B9DD088B78EB6111C"><enum>(C)</enum><text>the approximate number of patients managed by a case manager; and</text></subparagraph>

<subparagraph id="HE286A81C0FB94443BB161061EED2D949"><enum>(D)</enum><text>any other best practices relating to case management that would improve the experience of care across the military health system.</text></subparagraph></paragraph>

<paragraph id="HE4FD80976ABC4BDE891CBB8242CDA34B"><enum>(6)</enum><text display-inline="yes-display-inline">The results of discussions with covered beneficiaries (as defined in section 1072 of title 10, United States Code) at not less than four public forums held in different geographic areas, relating to the satisfaction of such covered beneficiaries with case management and outreach provided by the Defense Health Agency and the military departments in military medical treatment facilities.</text></paragraph></subsection>

<subsection id="HB4BD485E1D794EC58FFE3B5848B54E81"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report on the results of the study under subsection (a).</text></subsection></section>

<section id="HC067599C2F934FA8B32B559B7F0D9E8E"><enum>745.</enum><header>Report on Global Health Security Strategy and the National Biodefense Security</header>

<subsection id="H575DE4C0B93B4C309664795576535D70"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date on which the Comptroller General of the United States publishes a review of the National Biodefense Strategy, the Secretary of Defense shall submit to the appropriate congressional committees a report on the implementation of the Global Health Security Strategy and the National Biodefense Strategy.</text></subsection>

<subsection id="HF995457359FC44A695C7E10D7A25C6DE"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall, at a minimumâ€"</text>

<paragraph id="H3BA1F456B1E246BC97434BE23B5C410F"><enum>(1)</enum><text display-inline="yes-display-inline">designate the individual and offices responsible for overseeing the implementation of each strategy referred to in subsection (a) within the Department of Defense;</text></paragraph>

<paragraph id="HB5980FB47C7443E996470D8BDEE4E953"><enum>(2)</enum><text>detail actions that the Department is taking to support implementation of the Global Health Security Agenda;</text></paragraph>

<paragraph id="H806D720442954535AA79F1DEED2B8BB8"><enum>(3)</enum><text>detail actions taken to coordinate the efforts of the Department with the other agencies responsible for the Global Health Security Strategy and National Biodefense Strategy; and</text></paragraph>

<paragraph id="H4681D4CDD00E4CC69E915892BDFE9B65"><enum>(4)</enum><text display-inline="yes-display-inline">with respect to the review of the National Biodefense

Strategy conducted by the Comptroller Generalâ€"</text>

<subparagraph id="HEA4101AF80FC447BAD46244740E1BFF9"><enum>(A)</enum><text display-inline="yes-display-inline">detail the recommendations in the review that the Secretary plans on or is currently implementing;</text></subparagraph>

<subparagraph id="HFE567858E611482EA153DE65F660C074"><enum>(B)</enum><text>specify the official implementing such recommendations and the actions the official is taking to implement the recommendations;</text></subparagraph>

<subparagraph id="H84BC510796964509B663200C4435845D"><enum>(C)</enum><text>specify the recommendations in the review that the Secretary has determined not to implement; and</text></subparagraph>

<subparagraph id="HB821008818594CACB25FCE75ECC4522B"><enum>(D)</enum><text>explain the rationale of the Secretary with respect to not implementing such recommendations.</text></subparagraph></paragraph></subsection>

<subsection id="H13593DE362F846DCA89DA6452E34F586"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<paragraph id="H5BC634CE438240E1893D43F43FA335D6"><enum>(1)</enum><text>the congressional defense committees;</text></paragraph>

<paragraph id="HE152B5421D4B40AEB685E1DC9BD71A23"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs, the Committee on Energy and Commerce, and the Committee on Homeland Security of the House of Representatives; and</text></paragraph>

<paragraph id="H800FC31CB0FE42F385DAA8FB69311221"><enum>(3)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations, the Committee on Health, Education, Labor, and Pensions, and the Committee on Homeland Security and Governmental Affairs of the Senate.</text></paragraph></subsection></section>

<section id="H38B5F9220D9C4F09AF93A54B0A2C830F"><enum>746.</enum><header>Study on establishment of wounded warrior service dog program</header>

<subsection id="H46C1191A5A384E73A39CD6EF1F093E0A"><enum>(a)</enum><header>Study</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall conduct a study on the feasibility of establishing a wounded warrior service dog program.</text></subsection>

<subsection id="H84C3C8E2C6454BAF9BDCC2CE884F988C"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The study under subsection (a) shall include the following:</text>

<paragraph id="HCC259440DA164B9B835EEE65798D5ED7"><enum>(1)</enum><text>An assessment of the need and feasibility of establishing a wounded warrior service dog program.</text></paragraph>

<paragraph id="H10A9A5D501A542E68D05C372B5401D69"><enum>(2)</enum><text>With respect to a nonprofit organization seeking a grant under a wounded warrior service dog program, an assessment of the feasibility of requiring that the organizationâ€"</text>

<subparagraph id="HEE85F8C33B444672996141263A5F14D7"><enum>(A)</enum><text>specify the training requirements for covered members;</text></subparagraph>

<subparagraph id="H7D3281D3B0E94819B4BEBB3DF2B9EAC6"><enum>(B)</enum><text display-inline="yes-display-inline">detail the training of dogs that will serve as assistance dogs;</text></subparagraph>

<subparagraph id="HFEE65367786F442AA3134BA70E94F8D2"><enum>(C)</enum><text>establish a databaseâ€"</text>

<clause id="H7B03F96FBDBB44F0913BFE57685D9CE4"><enum>(i)</enum><text>to track whether a dog has prior experience as a military working dog, service dog, or assistance dog; and</text></clause>

<clause id="HB7104A2FE26945D3AF6AB4DD66726396"><enum>(ii)</enum><text>that contains a

designation for each dog with prior experience as a military working dog;</text></clause></subparagraph>

<subparagraph id="HBD4C5C43433F488192E7753BF382A6C6"><enum>(D)</enum><text>describe the aftercare services that the organization will provide to assistance dogs and covered members; and</text></subparagraph>

<subparagraph id="H725FA6C36AED4E3BBAD845FBC04941AB"><enum>(E)</enum><text>possess the appropriate accreditation standards for assistance dogs, as the Secretary determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H5D8C7DB77B3A412989D732B84194FED1"><enum>(3)</enum><text>A list of locations at which the greatest number of covered members are likely to participate in a wounded warrior service dog program.</text></paragraph>

<paragraph id="HEB5C4591893D48868244E8E09DCE8B73"><enum>(4)</enum><text>An estimate of the costs required to create a wounded warrior service dog program.</text></paragraph>

<paragraph id="HC261F0E439774385BFDFD77B7E6694DC"><enum>(5)</enum><text>A list of peer reviewed articles and other appropriate studies that examine the clinical effectiveness of assistance dogs with respect to the treatment of patients with disabilities.
</text></paragraph></subsection>

<subsection
id="H41D94963D8094AC2A682C39C7AB316F9"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HC50AA5DECCD34F7F9823054A852AE889"><enum>(1)</enum><header>Assistance dog</header>

<subparagraph id="H48B465E9750A4110B75CDE7EF13B7464"><enum>(A)</enum><header>In general</header><text>The term <term>assistance dog</term> means a dog specifically trained to perform physical tasks to mitigate the effects of a disability described in subparagraph (B), except that the term does not include a dog specifically trained for comfort or personal defense.</text></subparagraph>

<subparagraph id="HB1F82196CA3E45F1887477178BA0060F"><enum>(B)</enum><header>Disability described</header><text>A disability described in this subparagraph is any of the following:</text>

<clause id="H284E24FA276C4541A234290E0DC11FE3"><enum>(i)</enum><text>Blindness or visual impairment.</text></clause>

<clause id="H541B66E3AEC24A97A0B157FC074ED9F7"><enum>(ii)</enum><text>Loss of limb, paralysis, or other significant mobility issues.</text></clause>

<clause id="H07530CA434864D0CB96F4519F8BF6206"><enum>(iii)</enum><text>Loss of hearing.</text></clause>

<clause id="HC89FF8DF9AF84A3F87ABEB8B56F6C82C"><enum>(iv)</enum><text>Traumatic brain injury.</text></clause>

<clause id="HE58BF90000FA4CA5A3AAAEFF196DDAAE"><enum>(v)</enum><text>Post-traumatic stress disorder.</text></clause>

<clause id="HC8CA2A903C4D4180940CCBB61292411A"><enum>(vi)</enum><text>Any other disability that the Secretary of Defense considers appropriate.</text></clause></subparagraph></paragraph>

<paragraph id="H0862D625957B40708FC230CD7B59F38C"><enum>(2)</enum><header>Covered member</header><text>The term <term>covered member</term> means a member of the Armed Forces who isâ€"</text>

<subparagraph id="HF3B01456162749E78417CA97853DB5CA"><enum>(A)</enum><text>receiving medical treatment, recuperation, or therapy under chapter 55 of title 10, United States Code;</text></subparagraph>

<subparagraph id="HC4272A09EDCE49F3AC3591A580D30F9D"><enum>(B)</enum><text>in medical hold or medical holdover status; or</text></subparagraph>

<subparagraph id="H794BD6E68EEA4A318183BAC22F115373"><enum>(C)</enum><text>covered under section 1202 or 1205 of title 10, United States

Code.</text></subparagraph></paragraph>

<paragraph id="H44A4A023A4A94E4BA0B33F5AF78876D1"><enum>(3)</enum><header>Wounded warrior service dog program</header><text display-inline="yes-display-inline">The term <quote>wounded warrior service dog program</quote> means a pilot program under which the Secretary of Defense awards competitive grants to non-profit organizations that would assist such organizations in the planning, designing, establishing, or operating (or any combination thereof) of programs to provide assistance dogs to covered members.</text></paragraph></subsection></section>

<section id="H6BFA256E6A3D4926AAF14DDBEC0ABFE7"><enum>747.</enum><header>GAO report on Department of Defense quality assurance program and impacts of medical malpractice actions</header><text display-inline="no-display-inline">Not later than January 1, 2021, the Comptroller General of the United States shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report containing the following:</text>

<paragraph id="HABD08867FFB74523AEB476F7B061CBF3"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the effectiveness of the quality assurance program of the Department of Defense in querying and monitoring the National Practitioner Data Bank established pursuant to the Health Care Quality Improvement Act of 1986 (42 U.S.C. 11101 et seq.) with respect toâ€"</text>

<subparagraph id="HBE1E086D21774F158BA3C91E564F8067"><enum>(A)</enum><text>recruitment and retention of military service medical providers;</text></subparagraph>

<subparagraph id="HBB2C0FA7A9734C409008C511FA188E5D"><enum>(B)</enum><text>hiring or contracting of civilian medical providers in military medical treatment facilities;</text></subparagraph>

<subparagraph id="H4427A1DDD03A4D7BB53C30CF48DE331C"><enum>(C)</enum><text>recording of adverse privileging and credentialing actions of such military service medical providers and civilian medical providers; and</text></subparagraph>

<subparagraph id="HA88334F9B6174DB08C1E49734551AC73"><enum>(D)</enum><text>any other matters relating to ensuring the highest quality of care is provided throughout the military health system.</text></subparagraph></paragraph>

<paragraph id="H2FBB95F69C2D43069626C8B916A67780"><enum>(2)</enum><text>An analysis that includesâ€"</text>

<subparagraph id="H21CA094C0F314D0FBC809B91F54E502E"><enum>(A)</enum><text>with respect to military health system patients, a comparison of outcomes for such patients who may bring an action against the Federal Government for negligence or malpractice and outcomes for such patients who may not bring such an action, based on an examination of all relevant data relating to clinical outcome measures and clinical quality management process actions; and</text></subparagraph>

<subparagraph id="H5960FD9043E947A983F1064C333B50CD"><enum>(B)</enum><text>a comparison ofâ€"</text>

<clause id="H3A955880A183443AB9A00C19E569DA7D"><enum>(i)</enum><text>the elements and average amounts of death and disability compensation that apply regardless of the underlying cause of the death or disability; and</text></clause>

<clause id="HB06B9B9C0AE64C12BFCA6113F6E23729"><enum>(ii)</enum><text>the elements and average amounts of settlements that result from medical malpractice litigation against the Federal Government.</text></clause></subparagraph></paragraph></section>

<section id="HCFCD5C523F114D4086F3A7590D967FD4"><enum>748.</enum><header>Reports on Millennium Cohort Study relating to women members of the Armed Forces</header>

<subsection id="H15AE7CCEC3E44E72A4D224CF1641BE16"><enum>(a)</enum><header>Annual reports required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter through January 31, 2022, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on findings of the Millennium Cohort Study relating to the gynecological and perinatal health of women members of the Armed Forces.</text></subsection>

<subsection id="HDB562CC0CC834306A55F3C55E23913C1"><enum>(b)</enum><header>Matters

included</header><text display-inline="yes-display-inline">Each report under subsection (a) shall include, at a minimumâ€"</text>

<paragraph id="H817DA9262B274F3C9734B218429E9AEC"><enum>(1)</enum><text display-inline="yes-display-inline">a summary of general findings of the Millennium Cohort Study pertaining to gynecological and perinatal health, including diseases, disorders, and conditions that affect the functioning of reproductive systems, maternal mortality and severe maternal morbidity, birth defects, developmental disorders, low birth weight, preterm birth, reduced fertility, menstrual disorders, and other health concerns; and</text></paragraph>

<paragraph id="H80B433C2541D4AB9922132161C885BDA"><enum>(2)</enum><text>identification ofâ€"</text>

<subparagraph id="H1BF038FA87B14C84B5891A066A7AD613"><enum>(A)</enum><text>all research projects that have concluded during the year covered by the report and the outcomes of such projects;</text></subparagraph>

<subparagraph id="H6C875F4EC88E41B5A66FCD58B3CE8EE6"><enum>(B)</enum><text>areas in which the Millennium Cohort Study can increase efforts to capture data and produce studies in the field of gynecological and perinatal health of women members of the Armed Forces; and</text></subparagraph>

<subparagraph id="H722B3682ECBC442D92DF4E351E46A477"><enum>(C)</enum><text>activities underway to achieve such efforts.</text></subparagraph></paragraph></subsection>

<subsection id="H5E88F73E3AD0458CAE85E1596FD4D5F0"><enum>(c)</enum><header>Millennium Cohort Study defined</header><text display-inline="yes-display-inline">In this section, the term <quote>Millennium Cohort Study</quote> means the longitudinal study authorized under section 743 of the Strom Thurmond National Defense Authorization Act for Fiscal Year 1999 (Public Law 105â€"261; 112 Stat. 2074) to evaluate data on the health conditions of members of the Armed Forces upon the return of the members from deployment.</text></subsection></section>

<section id="H70775172973C448ABC671CA3A1E6DA6D"><enum>749.</enum><header>Study on effects of sleep deprivation on readiness of members of the Armed Forces</header>

<subsection id="HC8ED8168B2704335B0C15DF75721F567"><enum>(a)</enum><header>Study</header><text>The Secretary of Defense shall conduct a study on the effects of sleep deprivation on the readiness of members of the Armed Forces.</text></subsection>

<subsection id="H129BF08029AD4C0887630C8AFA694D35"><enum>(b)</enum><header>Elements</header><text>The study under subsection (a) shall include the following:</text>

<paragraph id="HB669405A7E014A31B06C19BE64BDBEE1"><enum>(1)</enum><text>A standardized definition of sleep deprivation.</text></paragraph>

<paragraph id="H0E4F2D03C9A04B589D862406C76B47F1"><enum>(2)</enum><text>An assessment of the prevalence of sleep deprivation on members of the Armed Forces related to circadian rhythm disturbances from crossing multiple time zones, mission related maladaptive sleep practices, uncomfortable or otherwise inhospitable sleeping environments, and the use of stimulants and hypnotics to support operational tempo.</text></paragraph>

<paragraph id="HBAF44EA1B9234B72B04429B3E164538F"><enum>(3)</enum><text>An assessment of whether there may be a relationship between sleep deprivation and medical conditions such as traumatic brain injury, post-traumatic stress disorder, and depression.</text></paragraph>

<paragraph id="H12FD41F0FC7949B9A25B33CFB9999EDD"><enum>(4)</enum><text>Recommendations on efforts to mitigate sleep deprivation described in paragraphs (2) and (3).</text></paragraph></subsection>

<subsection id="HF06CADE59B8A47E493A1570467DA3600"><enum>(c)</enum><header>Report</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the results of the study under subsection (a).</text></subsection></section>

<section id="HCFF7B9F8E7684D2E9FEAD4C556E8DE35" section-type="subsequent-section" display-inline="no-display-inline"><enum>750.</enum><header>Study and report on traumatic brain injury mitigation efforts</header>

<subsection id="HB023BCB5C79D4E8A81CF4F3E092656CE"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense shall conduct a meta-analysis of evidence-based traumatic brain injury mitigation efforts by the Secretary and related Federal agency partners, and efforts discussed in academic literature, that have demonstrated the best clinical effectiveness in the treatment of members of the Armed Forces for traumatic brain injury.</text></subsection>

<subsection id="HA2FC7B1B7E03452F82FE4D4728AA3FC3"><enum>(b)</enum><header>Roadmap</header><text display-inline="yes-display-inline">The Secretary shall develop and include in the study under subsection (a) a roadmap for implementation across the military health system of measures that address, with respect to the treatment of members for traumatic brain injuryâ€"</text>

<paragraph id="H25127D3421FD40FFBA05E3D29436F038"><enum>(1)</enum><text>the process for receiving such treatment;</text></paragraph>

<paragraph id="HF9724D90F53F4890A04FDB8A0BE57C23"><enum>(2)</enum><text>patient outcomes;</text></paragraph>

<paragraph id="H9CD7DFAFDA194B72A1A32C359915A94E"><enum>(3)</enum><text>cost;</text></paragraph>

<paragraph id="H10E6615704754AC88C07C6C7453A681A"><enum>(4)</enum><text>patient and command satisfaction with such treatment; and</text></paragraph>

<paragraph id="H3586B5E169A34FABAF1B6D76D1FCE5D2"><enum>(5)</enum><text>structured documentation to monitor system-wide implementation of the measures developed pursuant to paragraphs (1) through (4).</text></paragraph></subsection>

<subsection id="H01B0B82AE07D433EBA9725FEC1C7ABB0"><enum>(c)</enum><header>Report</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the results of the study under subsection (a).
</text></subsection></section></subtitle></title>

<title id="HAAB3B158D6FD4A08A940353413212EBD"><enum>VIII</enum><header>Acquisition Policy, Acquisition Management, and Related Matters</header>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HAAB3B158D6FD4A08A940353413212EBD" level="title">Title VIIIâ€"Acquisition Policy, Acquisition Management, and Related Matters</toc-entry>

<toc-entry idref="H1DA5A548AC1C4B71BE504E07A5CD919E" level="subtitle">Subtitle Aâ€"Acquisition Policy and Management</toc-entry>

<toc-entry idref="HD09FCED345294D8FB8036464D15232A5" level="section">Sec.â€,800.â€,Authority for continuous integration and delivery of software applications and upgrades to embedded systems.</toc-entry>

<toc-entry idref="H782CDB7413424F3D8F51FF40EBEDB318" level="section">Sec.â€,801.â€,Pilot program on intellectual property evaluation for acquisition programs.</toc-entry>

<toc-entry idref="H9F240E32B57D4376A74AA29FDF306DB2" level="section">Sec.â€,802.â€,Pilot program to use alpha contracting teams for complex requirements.</toc-entry>

<toc-entry idref="HB4397781C22B456FACF0834A90F998A1" level="section">Sec.â€,803.â€,Failure to provide other than certified cost or pricing data upon request.</toc-entry>

<toc-entry idref="H156D0BF1B223459BA584C74A5D9A5D15"

level="section">Sec.â€,804.â€,Comptroller General report on price reasonableness.</toc-entry>

<toc-entry idref="H538776612392474ABBBD8D7475C3C707" level="section">Sec.â€,805. Limitation on transfer of funds related to cost overruns and cost underruns.</toc-entry>

<toc-entry idref="H1E3C9ED739EA451EBD405367FA2DBD4F" level="section">Sec.â€,806.â€,Standardizing data collection and reporting on use of source selection procedures by Federal agencies.</toc-entry>

<toc-entry idref="H059115874A274C1E8BE54AFB20B1DF2F" level="section">Sec.â€,807.â€,Department of Defense use of fixed-price contracts.</toc-entry>

<toc-entry idref="H238693DADEA44EE79688A1C21B3A199C" level="section">Sec.â€,808.â€,Repeal of continuation of data rights during challenges.</toc-entry>

<toc-entry idref="HB2995A06ABFD46D7B7628D0E20E882B9" level="section">Sec.â€,809.â€,Repeal of authority to waive acquisition laws to acquire vital national security capabilities.</toc-entry>

<toc-entry idref="HE5B178C16A9841CB94870AAE6FA25A98" level="section">Sec.â€,810.â€,Repeal of the Defense Cost Accounting Standards Board.</toc-entry>

<toc-entry idref="H11E0E801912E474F8F4B621291E00379" level="subtitle">Subtitle Bâ€"Amendments to General Contracting Authorities, Procedures, and Limitations</toc-entry>

<toc-entry idref="H50964CC19DCE438A8D72865DE2ACD7E6" level="section">Sec.â€,815.â€,Modification of Director of Operational Test and Evaluation report.</toc-entry>

<toc-entry idref="HC401863D1FAA4268AF36E9BECA858243" level="section">Sec.â€,816.â€,Modification of written approval requirement for task and delivery order single contract awards.</toc-entry>

<toc-entry idref="H25F1739DD7C649EDA6205EB2DAC0B464" level="section">Sec.â€,817.â€,Responsibility for data analysis and requirements validation for services contracts.</toc-entry>

<toc-entry idref="HA534F613CC2D434FA0C67A7C4D73AF85" level="section">Sec.â€,818.â€,Documentation of market research related to commercial item determinations.</toc-entry>

<toc-entry idref="HFF54869FF29F4558B14997C671211F24" level="section">Sec.â€,819.â€,Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects.</toc-entry>

<toc-entry idref="H8EC78D4AD05F48F5867585DDC46951BC" level="section">Sec.â€,820.â€,Notification of Navy procurement production disruptions.</toc-entry>

<toc-entry idref="HE34F603F46614600892595D24CEC0810" level="section">Sec.â€,821.â€,Modification to acquisition authority of the Commander of the United States Cyber Command.</toc-entry>

<toc-entry idref="H93ED44D0FF4544949C6FC043BCE8F3CA" level="section">Sec.â€,822.â€,Extension of Never Contract With the Enemy.</toc-entry>

<toc-entry idref="HCA5590318F174BDD9711D74064B92D43" level="section">Sec.â€,823.â€,Modification of justification and approval requirement for certain Department of Defense contracts.</toc-entry>

<toc-entry idref="HF2696BBD68C14DF2B0352E6257F430B5" level="section">Sec.â€,824.â€,Extension of sunset relating to Federal Data Center Consolidation Initiative.</toc-entry>

<toc-entry idref="HAAC24AE9CE944B7D83EB2B877720664B"

level="section">Sec.â€‚825.â€‚Pilot program to accelerate contracting and pricing processes.</toc-entry>

<toc-entry idref="H37FF1395693E4C339E29C0A12D69E440" level="section">Sec.â€‚826.â€‚Uniformity in application of micro-purchase threshold to certain task or delivery orders.</toc-entry>

<toc-entry idref="H524D85A6D0664AD7B07854E1DBA73543" level="section">Sec.â€‚827.â€‚Requirement for cost estimates on models of commercial e-commerce portal program.</toc-entry>

<toc-entry idref="H510EA55756964F349D994FD0E5F3E19A" level="subtitle">Subtitle Câ€"Provisions Relating to Major Defense Acquisition Programs</toc-entry>

<toc-entry idref="H94D473AFD5944E4385FCD83846ED742D" level="section">Sec.â€‚830.â€‚Modification of requirements for reporting to Congress on certain acquisition programs.</toc-entry>

<toc-entry idref="H78E6CEB2623E414D8D86D93A2EECC20B" level="section">Sec.â€‚831.â€‚Pilot program to streamline decision-making processes for weapon systems.</toc-entry>

<toc-entry idref="H5DB798867AC24E188194294F7052E7AE" level="section">Sec.â€‚832.â€‚Analysis of alternatives pursuant to materiel development decisions.</toc-entry>

<toc-entry idref="H0CCCE28C71B94534828F613B02ED536D" level="section">Sec.â€‚833.â€‚Naval vessel certification required before Milestone B approval.</toc-entry>

<toc-entry idref="H769AF9E9361D452AA946A58F4EE895F1" level="subtitle">Subtitle Dâ€"Provisions Relating to the Acquisition System</toc-entry>

<toc-entry idref="H685968A5B03A47F0A6E5F83FC63A9D84" level="section">Sec.â€‚835.â€‚Extramural acquisition innovation and research activities.</toc-entry>

<toc-entry idref="H4CD4FD00B6304D42A98D3A12F8FBFE9C" level="section">Sec.â€‚836.â€‚Report on realignment of the defense acquisition system to implement acquisition reforms.</toc-entry>

<toc-entry idref="H82D6BC0A12884F519CB8D8EDEDCF208A" level="section">Sec.â€‚837.â€‚Report and limitation on the availability of funds relating to the <quote>middle tier</quote> of acquisition programs.</toc-entry>

<toc-entry idref="H7156AA7322234E66B1FCCE0C9E15698F" level="section">Sec.â€‚838.â€‚Report on intellectual property policy and the cadre of intellectual property experts.</toc-entry>

<toc-entry idref="H13A76D7463F74F13B7C304A13B504CAB" level="section">Sec.â€‚839.â€‚Guidance and reports relating to covered defense business systems.</toc-entry>

<toc-entry idref="H8DEAEF0659BF4BF39AF0DBCBD71CAE53" level="section">Sec.â€‚840.â€‚Implementation guidance for use of a modular open system approach.</toc-entry>

<toc-entry idref="H90AA36E47CAC4C09A7A03B60DECF9B68" level="section">Sec.â€‚841.â€‚Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="HED9BF38DF86044949266345DF7AE1FD7" level="subtitle">Subtitle Eâ€"Industrial Base Matters</toc-entry>

<toc-entry idref="H874730014DCE4D489DA0F2D8FDAA19FB" level="section">Sec.â€‚845.â€‚Modernization of acquisition processes to ensure integrity of industrial base.</toc-entry>

<toc-entry idref="H7E51F057BA094389826B68FB952F1D66" level="section">Sec.â€‚846.â€‚Report requirements for the national technology and industrial base.</toc-entry>

<toc-entry idref="HBADAF18C20C54C6C8C0D930763E48799" level="section">Sec.â€‚847.â€‚Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors.</toc-entry>

<toc-entry idref="HD0190052397B463EA6387A322E2AA5E0" level="section">Sec.â€‚848.â€‚Prohibition on operation or procurement of foreign-made unmanned aircraft systems.</toc-entry>

<toc-entry idref="HCB2F32ADC3134ACB812F9FEEF3E170A3" level="section">Sec.â€‚849.â€‚Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations.</toc-entry>

<toc-entry idref="H2FA05D7C411A482E9C194B19BF1D6FAE" level="section">Sec.â€‚850.â€‚Acquisition and disposal of certain rare earth materials.</toc-entry>

<toc-entry idref="H6D22A0431F5B421C9A323ECC540CC3B7" level="section">Sec.â€‚851.â€‚Pilot program for development of technology-enhanced capabilities with partnership intermediaries.</toc-entry>

<toc-entry idref="H0267376803044F80AD840B63E7F36155" level="section">Sec.â€‚852.â€‚Authorized official to carry out the procurement technical assistance cooperative agreement program.</toc-entry>

<toc-entry idref="HB0E23732F4674A6F8CFE11C55A4AEA9C" level="section">Sec.â€‚853.â€‚Requirement that certain ship components be manufactured in the national technology and industrial base.</toc-entry>

<toc-entry idref="H9154D7D5892944E394607B1D2C687886" level="section">Sec.â€‚854.â€‚Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment.</toc-entry>

<toc-entry idref="H567F557F941B425DB611CCC075A81D02" level="section">Sec.â€‚855.â€‚Application of miscellaneous technology base policies and programs to the Columbia-class submarine program.</toc-entry>

<toc-entry idref="H2CEFB402E28E41B4A370F94F7F69A877" level="section">Sec.â€‚856.â€‚Application of limitation on procurement of goods other than United States goods to the FFGâ€"Frigate Program.</toc-entry>

<toc-entry idref="H7EA216685B85410789C5A28FB897D2BC" level="section">Sec.â€‚857.â€‚Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate.</toc-entry>

<toc-entry idref="H443B2E0A144F403B89BDC2A28B59F0B8" level="subtitle">Subtitle Fâ€"Provisions Relating to Acquisition Workforce</toc-entry>

<toc-entry idref="HD6E2EC4D485A4DE0A58FBFC590062328" level="section">Sec.â€‚860.â€‚Establishment of Defense Civilian Training Corps.</toc-entry>

<toc-entry idref="HABB334ED94924DB1A346D78980571FE6" level="section">Sec.â€‚861.â€‚Defense acquisition workforce certification, education, and career fields.</toc-entry>

<toc-entry idref="HF492FD0FFD3941138001CDF29F3D1C2F" level="section">Sec.â€‚862.â€‚Software development and software acquisition training and management programs.</toc-entry>

<toc-entry idref="H18FA7DD7A50648B8B9C0B44B2EBFF17D" level="section">Sec.â€‚863.â€‚Modification of temporary assignments of Department of Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="H02B52F3B67A241DF8CA6C310AADEF97E" level="section">Sec.â€‚864.â€‚Incentives and consideration for qualified training programs.</toc-entry>

<toc-entry idref="HE51FB89B9C324B4DBA56F5989208AA6F" level="section">Sec.â€‚865.â€‚Use of qualified apprentices by military construction contractors.</toc-entry>

<toc-entry idref="HEF58E1CDF95D4E6092A7C6BFE312799C" level="subtitle">Subtitle Gâ€"Small Business Matters</toc-entry>

<toc-entry idref="H6380C49ADBBF46F6B778D3D507184C98" level="section">Sec.â€,870.â€,Requirements relating to credit for certain small business concern subcontractors.</toc-entry>

<toc-entry idref="HECB269CACE574A3A81DB9929AED616A9" level="section">Sec.â€,871.â€,Inclusion of best in class designations in annual report on small business goals.</toc-entry>

<toc-entry idref="HECCF10F339224837B6DBC0E8C752B2B1" level="section">Sec.â€,872.â€,Reauthorization and improvement of Department of Defense Mentor-Protege Program.</toc-entry>

<toc-entry idref="HE298DB1DE6AF4440B14CE40777EDA739" level="section">Sec.â€,873.â€,Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act.</toc-entry>

<toc-entry idref="HFD275103ABD64DCF9F7283354C087FD6" level="section">Sec.â€,874.â€,Postaward explanations for unsuccessful offerors for certain contracts.</toc-entry>

<toc-entry idref="H9723B3D0D8C4465EBDD99ED98FF890A1" level="section">Sec.â€,875.â€,Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses.</toc-entry>

<toc-entry idref="H5ADFDB36C9AC45CDB4077B79DCA917E4" level="section">Sec.â€,876.â€,Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans.</toc-entry>

<toc-entry idref="H27C20A683F464EABA3BEA2ECF204A356" level="section">Sec.â€,877.â€,Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict.</toc-entry>

<toc-entry idref="H58BB7F8F60424A62BAF3B2995A2CDDE0" level="section">Sec.â€,878.â€,Modification to the Defense Research and Development Rapid Innovation Program.</toc-entry>

<toc-entry idref="H8C16CD5364F442EB92FF3F2B4C5FC73F" level="section">Sec.â€,879.â€,Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy.</toc-entry>

<toc-entry idref="HE4595235EFB74164B2E15018F5C16D78" level="section">Sec.â€,880.â€,Assistance for small business concerns participating in the SBIR and STTR programs.</toc-entry>

<toc-entry idref="HC746237CC4FE42E7982F2FF690FFEA76" level="section">Sec.â€,881.â€,Cybersecurity technical assistance for SBIR and STTR programs.</toc-entry>

<toc-entry idref="H33539C5A67634EF59BEE9D27EA9D542F" level="section">Sec.â€,882.â€,Funding for defense research activities of small business concerns.</toc-entry>

<toc-entry idref="HD70A2E5B79094F81ACA9617D8AD49860" level="section">Sec.â€,883.â€,Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program.</toc-entry>

<toc-entry idref="H57A7FCD99E1E4088854ED45812A2A226" level="section">Sec.â€,884.â€,Pilot program for domestic investment under the SBIR program.</toc-entry>

<toc-entry idref="H4A41AA32AF8E43C5AC12146C0744A178" level="subtitle">Subtitle Hâ€"Other Matters</toc-entry>

<toc-entry idref="H575D085C7321423DA0CD18CDFE1DE850" level="section">Sec.â€,885.â€,Review of guidance to contractors on nondiscrimination on the basis of sex.</toc-entry>

<toc-entry idref="H8B0C75AFB4D840309A5413BE2CB83721"

level="section">Sec.â€,886.â€,Comptroller General report on contractor violations of certain labor laws.</toc-entry>

<toc-entry idref="H6848EE671FFE4F2FAB2487AB6081BED9" level="section">Sec.â€,887.â€,Comptroller General report on contingency contracting.</toc-entry>

<toc-entry idref="H53937CEA271F4251887B12C6B49CF30E" level="section">Sec.â€,888.â€,Policies and procedures for contractors to report gross violations of internationally recognized human rights.</toc-entry>

<toc-entry idref="H89F6899EA3FE4FBB83B26D9CEAC5425E" level="section">Sec.â€,889.â€,Comptroller General report on oversight of contractors providing private security functions.</toc-entry>

<toc-entry idref="HCBE3527E82604995AF41F20B11B4D79B" level="section">Sec.â€,890.â€,Prohibition on contracting with persons that have business operations with the Maduro regime.</toc-entry>

<toc-entry idref="H30E671A3285C41DE8C4ABC566CBC31B1" level="section">Sec.â€,891.â€,Report on the Combating Trafficking in Persons initiative.</toc-entry>

<toc-entry idref="H24F8517782EC4683B8C16C748ABA346F" level="section">Sec.â€,892.â€,Improved management of information technology and cyberspace investments.</toc-entry>

<toc-entry idref="H245AADD9276E416898B0B3CA60C0C867" level="section">Sec.â€,893.â€,Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts.</toc-entry></toc>

<subtitle id="H1DA5A548AC1C4B71BE504E07A5CD919E"><enum>A</enum><header>Acquisition Policy and Management</header>

<section id="HD09FCED345294D8FB8036464D15232A5"><enum>800.</enum><header>Authority for continuous integration and delivery of software applications and upgrades to embedded systems</header>

<subsection id="HAC3A7E4CA11141379F2F69B14348FA4D" commented="no"><enum>(a)</enum><header>Software acquisition and development pathways</header><text>The Secretary of Defense shall establish pathways as described under subsection (b) to provide for the efficient and effective acquisition, development, integration, and timely delivery of secure software. Such a pathway shall include the following:</text>

<paragraph id="H61AB0122BC594B2A9CA5E479BD6021BF" commented="no"><enum>(1)</enum><header>Use of proven technologies and solutions</header><text>A pathway established under this section shall provide for the use of proven technologies and solutions to continuously engineer and deliver capabilities in software.</text></paragraph>

<paragraph id="HAD9A7FA6CA5744ACAE95D4C21473CB5A" commented="no"><enum>(2)</enum><header>Use of authority</header><text>In using the authority under this section, the Secretary shall consider how such use willâ€"</text>

<subparagraph id="H57B12ABC8B594D8797FD072BEBD0DEBD" commented="no"><enum>(A)</enum><text>initiate the engineering of new software capabilities quickly;</text></subparagraph>

<subparagraph id="H684E486DA80149E392E6E2F6365BBE81" commented="no"><enum>(B)</enum><text>demonstrate the viability and effectiveness of such capabilities for operational use not later than one year after the date on which funds are first obligated to acquire or develop software; and</text></subparagraph>

<subparagraph id="H463E86CB6F5B4D04B03EF8DFCB0A969F" commented="no"><enum>(C)</enum><text>allow for the continuous updating and delivery of new capabilities not less frequently than annually to iteratively meet a requirement.</text></subparagraph></paragraph>

<paragraph id="HC95A78EFDAA64008B6C7239ADB7F8F99" commented="no"><enum>(3)</enum><header>Treatment not as major defense acquisition program</header><text>Software acquired or developed using the authority under this

section shall not be treated as a major defense acquisition program for purposes of section 2430 of title 10, United States Code, or Department of Defense Directive 5000.01 without the specific direction of the Under Secretary of Defense for Acquisition and Sustainment or a Senior Acquisition Executive.</text></paragraph>

<paragraph id="H43A0D890ED2C40049A61CF2ED884A72A" commented="no"><enum>(4)</enum><header>Risk-based approach</header><text>The Secretary of Defense shall use a risk-based approach for the consideration of innovative technologies and new capabilities for software to be acquired or developed under this authority to meet needs communicated by the Joint Chiefs of Staff and the combatant commanders.</text></paragraph></subsection>

<subsection id="H8322A9B8C59D4E6AB80B2ED80BB86832"><enum>(b)</enum><header>Pathways</header><text>The Secretary of Defense may establish as many pathways as the Secretary determines appropriate and shall establish the following pathways:</text>

<paragraph id="H081ED86B64884D08B85462681F3FA55D"><enum>(1)</enum><header>Applications</header><text>The applications software acquisition pathway shall provide for the use of rapid development and implementation of applications and other software or software improvements operated by the Department of Defense, which may include applications running on commercial commodity hardware (including modified hardware) and commercially available cloud computing platforms.</text></paragraph>

<paragraph id="H3AF5AB1BAE22416CB9033FB4EA28E25C"><enum>(2)</enum><header>Embedded systems</header><text>The embedded systems software acquisition pathway shall provide for the rapid development and insertion of upgrades and improvements for software embedded in weapon systems and other military-unique hardware systems.</text></paragraph></subsection>

<subsection id="HC138A61DAC8144329A74066AF2A3D572"><enum>(c)</enum><header>Expedited process</header>

<paragraph id="H823CE610396C45A09D5595EADDFB7F19"><enum>(1)</enum><header>In general</header><text>A pathway established under subsection (a) shall provide forâ€"</text>

<subparagraph id="H20CE7DFA576B476EA98CEFF60D3D0C39"><enum>(A)</enum><text>a streamlined and coordinated requirements, budget, and acquisition process to support rapid fielding of software applications and of software upgrades to embedded systems for operational use in a period of not more than one year from the time that the process is initiated;</text></subparagraph>

<subparagraph id="H16B8F7257C2946899E244D34049228BE"><enum>(B)</enum><text>the collection of data on software fielded; and</text></subparagraph>

<subparagraph id="HCA9A90D5E48E4B609B9336A6881DFB3A"><enum>(C)</enum><text>continuous engagement with the users of software to support engineering activities, and to support delivery of software for operational use in periods of not more than one year.</text></subparagraph></paragraph>

<paragraph id="HAEA6B3B3187B4684B7B23D222ADA2403"><enum>(2)</enum><header>Expedited software requirements process</header>

<subparagraph id="HA533E96FAB224200B0051CC3686604CB"><enum>(A)</enum><header>Inapplicability of Joint Capabilities Integration and Development System (JCIDS) manual</header><text display-inline="yes-display-inline">Software acquisition or development conducted under the authority of this section shall not be subject to the Joint Capabilities Integration and Development System Manual, except pursuant to a modified process specifically provided for the acquisition or development of software by the Vice Chairman of the Joint Chiefs of Staff, in consultation with Under Secretary of Defense for Acquisition and Sustainment and each service acquisition executive (as defined in section 101(a)(10) of title 10, United States Code).</text></subparagraph>

<subparagraph id="H574BE27149F7434F9892E269D9D962B3"><enum>(B)</enum><header>Inapplicability of Defense Acquisition System Directive</header><text display-inline="yes-display-inline">Software acquisition or development conducted under the authority of this

section shall not be subject to Department of Defense Directive 5000.01, except when specifically provided for the acquisition or development of software by the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Vice Chairman of the Joint Chiefs of Staff and each service acquisition executive.</text></subparagraph></paragraph></subsection>

<subsection id="HDA297807FFBF4DD2AE3F9713954FCB74"><enum>(d)</enum><header>Elements</header><text>In implementing a pathway established under the authority of this section, the Secretary shall tailor requirements relating toâ€"</text>

<paragraph id="H104110B975714E3996E079AB946BEA2C"><enum>(1)</enum><text>iterative development of requirements for software to be acquired or developed under the authority of this section through engagement with the user community and through the use of operational user feedback, in order to continuously define and update priorities for such requirements;</text></paragraph>

<paragraph id="HC5B5B00DA242404590F9DFCBDBE62F0C"><enum>(2)</enum><text>early identification of the warfighter or user need, including the rationale for how software capabilities<italic/> will support increased lethality and efficiency, and identification of a relevant user community;</text></paragraph>

<paragraph id="HDC0E3B4663F44B51A30F4C893A347E65"><enum>(3)</enum><text>initial contract requirements and format, including the use of summary-level lists of problems and shortcomings in existing software and desired features or capabilities of new or upgraded software;</text></paragraph>

<paragraph id="HF2530AA93E454D3BB59C2A983183E345"><enum>(4)</enum><text>continuous refinement and prioritization of contract requirements through use of evolutionary processes, informed by continuous engagement with operational users throughout the development and implementation period;</text></paragraph>

<paragraph id="H0036FA0BDCF2458085B5829A07445E18"><enum>(5)</enum><text>continuous consideration of issues related to lifecycle costs, technical data rights, and systems interoperability;</text></paragraph>

<paragraph id="HE69DFAD14EEF4F109A83182E38902B61"><enum>(6)</enum><text>planning for support of software capabilities in cases where the software developer may stop supporting the software;</text></paragraph>

<paragraph id="HD697B26DE96A4B83A6F9AC3A39C8B1DB"><enum>(7)</enum><text>rapid contracting procedures, including expedited timeframes for making awards, selecting contract types, defining teaming arrangements, and defining options;</text></paragraph>

<paragraph id="H7BFB8822148649638E62D6CFBA418960"><enum>(8)</enum><text>program execution processes, including supporting development and test infrastructure, automation and tools, digital engineering, data collection and sharing with Department of Defense oversight organizations and with Congress, the role of developmental and operational testing activities, key decision making and oversight events, and supporting processes and activities (such as independent costing activity, operational demonstration, and performance metrics);</text></paragraph>

<paragraph id="HAC2A537107C84CB5AFC673B30E72F893"><enum>(9)</enum><text>assurances that cybersecurity metrics of the software to be acquired or developed, such as metrics relating to the density of vulnerabilities within the code of such software, the time from vulnerability identification to patch availability, the existence of common weaknesses within such code, and other cybersecurity metrics based on widely-recognized standards and industry best practices, are generated and made available to the Department of Defense and the congressional defense committees;</text></paragraph>

<paragraph id="HFABEC483D57C463ABDF1D445DC10EFA0"><enum>(10)</enum><text>administrative procedures, including procedures related to who may initiate and approve an acquisition under this authority, the roles and responsibilities of the implementing project or product teams and supporting activities, team selection and staffing process, governance and oversight roles and responsibilities, and appropriate independent technology assessments, testing, and cost estimation (including relevant thresholds or designation criteria);</text></paragraph>

<paragraph id="H5DF970D03C984992AF43A5907C60865A"><enum>(11)</enum><text>mechanisms and waivers designed to ensure flexibility in the implementation of a pathway under this

section, including the use of other transaction authority, broad agency announcements, and other procedures; and</text></paragraph>

<paragraph id="HF89EE2BF95BF43E298061E8185407D3B" commented="no"><enum>(12)</enum><text display-inline="yes-display-inline">mechanisms the Secretary will use for appropriate reporting to Congress on the use of this authority, including notice of initiation of the use of a pathway and data regarding individual programs or acquisition activities, how acquisition activities are reflected in budget justification materials or requests to reprogram appropriated funds, and compliance with other reporting requirements.</text></paragraph></subsection>

<subsection id="H8AC6C9F5F14C4F7D85C2C29DFDCB6920"><enum>(e)</enum><header>Guidance required</header>

<paragraph id="H9A910F87F9A94D53B8EECDC61343A6B6" display-inline="no-display-inline"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall issue initial guidance to implement the requirements of this section.</text></paragraph>

<paragraph id="H7590DE423CB54A7680828F573C82435F"><enum>(2)</enum><header>Limitation</header><text display-inline="yes-display-inline">If the Secretary of Defense has not issued final guidance to implement the requirements of this section before October 1, 2021, the Secretary may not use the authority under this sectionâ€"</text>

<subparagraph id="HEC93828B4C954E9E93963795547CAC44"><enum>(A)</enum><text>to establish a new pathway to acquire or develop software; or</text></subparagraph>

<subparagraph id="H7BF00C9E58384FAEB7DFC6068AAA21AA"><enum>(B)</enum><text display-inline="yes-display-inline">to continue activities to acquire or develop software using a pathway established under initial guidance described in paragraph (1).</text></subparagraph></paragraph></subsection>

<subsection id="H7FB91A61AEAC4765A58798ADC9319226"><enum>(f)</enum><header>Report</header>

<paragraph id="H09C8CA8A41754DABAB1ED50800FD016D"><enum>(1)</enum><header>In general</header><text>Not later than October 15, 2020, the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the secretaries of the military departments and other appropriate officials, shall report on the use of the authority under this section using the initial guidance issued under subsection (d).</text></paragraph>

<paragraph id="H6C043A01736E4BD88AEBCB731C8FAE23"><enum>(2)</enum><header>Elements</header><text>The report required under paragraph (1) shall include the following elements:</text>

<subparagraph id="HBB8423EF925F49A2A3796D315EC2AFED"><enum>(A)</enum><text>The final guidance required by subsection (d)(2), including a description of the treatment of use of the authority that was initiated before such final guidance was issued.</text></subparagraph>

<subparagraph id="HB1358279B1C3425196FFAFC372249761"><enum>(B)</enum><text>A summary of how the authority under this section has been used, including a list of the cost estimate, schedule for development, testing and delivery, and key management risks for each initiative conducted pursuant to such authority.</text></subparagraph>

<subparagraph id="H3BBD013C14414F02980DC00F336FF87C"><enum>(C)</enum><text display-inline="yes-display-inline">Accomplishments from and challenges to using the authority under this section, including organizational, cultural, talent, infrastructure, testing, and training considerations.</text></subparagraph>

<subparagraph id="H53AA6A93FFE44A209EB0B9E832E7645F"><enum>(D)</enum><text display-inline="yes-display-inline">Recommendations for legislative changes to the authority under this section.</text></subparagraph>

<subparagraph id="H130174E50BBA45F98BF6E8AFA4B7CA41"><enum>(E)</enum><text display-inline="yes-display-inline">Recommendations for regulatory changes to the authority under this section to promote effective development and deployment of software acquired or developed under this section.</text></subparagraph></paragraph></subsection></section>

<section id="H782CDB7413424F3D8F51FF40EBEDB318"><enum>801.</enum><header>Pilot program on intellectual property evaluation for acquisition programs</header>

<subsection id="HCAC4108816D348F4B427BCD02662442E"><enum>(a)</enum><header>Pilot program</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretaries of the military departments may jointly carry out a pilot program to assess mechanisms to evaluate intellectual property (such as technical data deliverables and associated license rights), including commercially available intellectual property valuation analysis and techniques, in acquisition programs for which each such Secretary is responsible to better understand the benefits associated with these mechanisms onâ€"</text>

<paragraph id="HE61DBF4F03B04B0CA8D2DE50D5B64357"><enum>(1)</enum><text>the development of cost-effective intellectual property strategies;</text></paragraph>

<paragraph id="H1A886896157A4978A333DB47816D6F3F"><enum>(2)</enum><text>the assessment and management of the value and acquisition costs of intellectual property during acquisition and sustainment activities (including source selection evaluation factors) throughout the acquisition lifecycle for any acquisition program selected by such Secretary; and</text></paragraph>

<paragraph id="HC1D2A89C133E42D5A2BD4997DB5A3273" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">the use of a commercial product (as defined in section 103 of title 41, United States Code, as in effect on January 1, 2020), commercial service (as defined in section 103a of title 41, United States Code, as in effect on January 1, 2020), or nondevelopmental item (as defined in section 110 of title 41, United States Code) as an alternative to a product or service to be specifically developed for a selected acquisition program, including evaluation of the benefits of reduced risk regarding cost, schedule, and performance associated with commercial products, commercial services, and nondevelopmental items.</text></paragraph></subsection>

<subsection id="H502B6A0325C04A3096FBFAA07D8F7F8C"><enum>(b)</enum><header>Activities</header><text>Activities carried out under the pilot program may include the following:</text>

<paragraph id="H9B7ECDD1E3A84AC8B89BB02B27BC46B9"><enum>(1)</enum><text display-inline="yes-display-inline">Establishment of a team of Department of Defense and private sector subject matter experts (which may include the cadre of intellectual property experts established under section 2322(b) of title 10, United States Code) toâ€"</text>

<subparagraph id="HEDAF4081C84C41838C5C035FC8BA7B66"><enum>(A)</enum><text>recommend acquisition programs to be selected for the pilot program established under subsection (a);</text></subparagraph>

<subparagraph id="HFC3D266186EA4F659E046CB9892057A8"><enum>(B)</enum><text>recommend criteria for the consideration of types of commercial products, commercial services, or nondevelopmental items that can used as an alternative to a product or service to be specifically developed for a selected acquisition program; or</text></subparagraph>

<subparagraph id="H3E782FAC939E495ABF46A472F0CC131A"><enum>(C)</enum><text display-inline="yes-display-inline">identify, to the maximum extent practicable at each milestone established for each selected acquisition program, intellectual property evaluation techniques to obtain quantitative and qualitative analysis of intellectual property during the procurement, production and deployment, and operations and support phases for the each selected acquisition program.</text></subparagraph></paragraph>

<paragraph id="H9F0AD4C33AD447C5BB67CF8B6B1067F0"><enum>(2)</enum><text>Assessment of commercial valuation techniques for intellectual property for use by the Department of Defense.</text></paragraph>

<paragraph id="H4FAE88C15C73459A894A0C85726DC732"><enum>(3)</enum><text>Assessment of the feasibility of agency-level oversight to standardize intellectual property evaluation practices and procedures.</text></paragraph>

<paragraph id="HF65A3BBBD0244949B0C29282D6312051"><enum>(4)</enum><text>Assessment of contracting mechanisms to speed delivery of intellectual property to the Armed Forces or reduce sustainment costs.</text></paragraph>

<paragraph id="H0F2083CF219C483C87E53F87C1D80EED"><enum>(5)</enum><text>Assessment of

agency acquisition planning to ensure procurement of appropriate intellectual property deliverables and intellectual property rights necessary for Government-planned sustainment activities.</text></paragraph>

<paragraph id="HF92482931DEE4A199C8A95DEF6B389A7"><enum>(6)</enum><text>Engagement with the private sector toâ€"</text>

<subparagraph id="H5180F36995FD427987E322AD17D8B074"><enum>(A)</enum><text>support the development of strategies and program requirements to aid in acquisition planning for intellectual property;</text></subparagraph>

<subparagraph id="H80ED4E7BC65642BEA724A9A280FC0E38"><enum>(B)</enum><text>support the development and improvement of intellectual property strategies as part of life-cycle sustainment plans; and</text></subparagraph>

<subparagraph id="HC9B7E7D8A329403DA33EB96DB716C8D1"><enum>(C)</enum><text>propose and implement alternative and innovative methods of intellectual property valuation, prioritization, and evaluation techniques for intellectual property.</text></subparagraph></paragraph>

<paragraph id="HBBE599D70A0F401883A3AAB150839F36"><enum>(7)</enum><text>Recommendations to the relevant program manager of an acquisition program selected under subsection (a), including evaluation techniques and contracting mechanisms for acquisition and sustainment activities.</text></paragraph></subsection>

<subsection id="H295483C9181945569E3ADD580FD3A943"><enum>(c)</enum><header>Report</header><text>Not later than November 1, 2020, and annually thereafter through November 1, 2023, the Secretary of Defense, in coordination with the Secretaries concerned, shall submit to the congressional defense committees a joint report on the pilot program conducted under this section. The report shall, at a minimum, includeâ€"</text>

<paragraph id="HAE5A6548ABE24734918B79E097502FE3"><enum>(1)</enum><text>a description of the acquisition programs selected by the Secretary concerned;</text></paragraph>

<paragraph id="H3F5086CCB5964978B23BF0C26F03ECD0"><enum>(2)</enum><text>a description of the specific activities in subsection (c) that were performed under each program;</text></paragraph>

<paragraph id="HF159C9B3B2414B3D965EE3DAE4977CEF"><enum>(3)</enum><text>an assessment of the effectiveness of the activities;</text></paragraph>

<paragraph id="H4410574E043F48D8B61520F33A2666C0"><enum>(4)</enum><text>an assessment of improvements to acquisition or sustainment activities related to the pilot program; and</text></paragraph>

<paragraph id="H987824FADC434B1C86FF2A7D876AC58B"><enum>(5)</enum><text>an assessment of the results related to the pilot program, including any cost savings and improvement to mission success during the operations and support phase of the selected acquisition program.</text></paragraph></subsection></section>

<section id="H9F240E32B57D4376A74AA29FDF306DB2"><enum>802.</enum><header>Pilot program to use alpha contracting teams for complex requirements</header>

<subsection commented="no" display-inline="no-display-inline" id="H4E748C968BAD4482882F2831379403C0"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H625415DA5B0642D797C053A2C12AC5EF"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall select at least 2, and up to 5, initiatives to participate in a pilot to use teams that, with the advice of expert third parties, focus on the development of complex contract technical requirements for services, with each team focusing on developing achievable technical requirements that are appropriately valued and identifying the most effective acquisition strategy to achieve those requirements.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H00F31C5B90724CD4B444C5C32DF97493" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary shall develop metrics for tracking progress of the program at improving quality and acquisition cycle

time.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H29312655C64149BC9A105689919C23A6"><enum>(b)</enum><header display-inline="yes-display-inline">Development of criteria and initiatives</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H171815BEB41D42F28E09839530206D5F"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall establish the pilot program and notify the congressional defense committees of the criteria used to select initiatives and the metrics used to track progress.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H25AB8FC7CF8740C384606E4C46CCFC95" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Not later than May 1, 2020, the Secretary shall notify the congressional defense committees of the initiatives selected for the program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6235302CEB004C6E9C03EAEA589800F1" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Not later than December 1, 2020, the Secretary shall brief the congressional defense committees on the progress of the selected initiatives, including the progress of the initiatives at improving quality and acquisition cycle time according to the metrics developed under subsection (a)(2).</text></paragraph></subsection></section>

<section id="HB4397781C22B456FACF0834A90F998A1"><enum>803.</enum><header>Failure to provide other than certified cost or pricing data upon request</header><text display-inline="no-display-inline">Section 2306a(d) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HC2671FB6665A4FF0A9A35BF44D7E79FE"><enum>(1)</enum><text>in paragraph (1), by adding at the end the following: <quote>Contracting officers shall not determine the price of a contract or subcontract to be fair and reasonable based solely on historical prices paid by the Government.</quote>;</text></paragraph>

<paragraph id="HDA9B172BE8D94D50A884DC3F9AC1FB0A"><enum>(2)</enum><text>by redesignating paragraph (2) as paragraph (3); and</text></paragraph>

<paragraph id="H383EF2D0A9854334A19ED028571FBD31"><enum>(3)</enum><text>by inserting after paragraph (1) the following new paragraph:</text>

<quoted-block act-name="" id="H54561CFEA9724492AB750AC2AFCD8990" style="OLC">

<paragraph id="H5524431452F8413FA0233FA2E1D6EA93"><enum>(2)</enum><header>Ineligibility for award</header>

<subparagraph commented="no" display-inline="yes-display-inline" id="H02A763F0AC054981AF791074694C9B9E"><enum>(A)</enum><text>In the event the contracting officer is unable to determine proposed prices are fair and reasonable by any other means, an offeror who fails to make a good faith effort to comply with a reasonable request to submit data in accordance with paragraph (1) is ineligible for award unless the head of the contracting activity, or the designee of the head of contracting activity, determines that it is in the best interest of the Government to make the award to that offeror, based on consideration of pertinent factors, including the following:</text>

<clause id="H1A422CCAFCAE4B3595F01BF03C1F50B1" indent="up1"><enum>(i)</enum><text>The effort to obtain the data.</text></clause>

<clause id="H93C453E91BA04851B4F00EA3C6ACDFA0" indent="up1"><enum>(ii)</enum><text>Availability of other sources of supply of the item or service.</text></clause>

<clause id="H6AA637EB9B7A437DB57BC4182CD36077" indent="up1"><enum>(iii)</enum><text>The urgency or criticality of the Governmentâ€™s need for the item or service.</text></clause>

<clause id="H5A8CE48B801C46FE8358E207FDDA703B" indent="up1"><enum>(iv)</enum><text>Reasonableness of the price of the contract,

subcontract, or modification of the contract or subcontract based on information available to the contracting officer.</text></clause>

<clause id="H220A00568AC44F788ED510BEDAF967E9" indent="up1"><enum>(v)</enum><text>Rationale or justification made by the offeror for not providing the requested data.</text></clause>

<clause id="H96E3D118188045AFB7E83E769FF722E7" indent="up1"><enum>(vi)</enum><text>Risk to the Government if award is not made.</text></clause></subparagraph>

<subparagraph id="H1E197CCD9FD740E28DDFD4CDF4396A90" indent="up1"><enum>(B)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HB5A3438C3EC2496C85C95E45EC1F5060"><enum>(i)</enum><text>Any new determination made by the head of the contracting activity under subparagraph (A) shall be reported to the Principal Director, Defense Pricing and Contracting on a quarterly basis.</text></clause>

<clause id="H6A30E4E3271949FBA718E23FD5D08D6B" indent="up1"><enum>(ii)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment, or a designee, shall produce an annual report identifying offerors that have denied multiple requests for submission of uncertified cost or pricing data over the preceding three-year period, but nevertheless received an award. The report shall identify products or services offered by such offerors that should undergo should-cost analysis. The Secretary of Defense may include a notation on such offerors in the system used by the Federal Government to monitor or record contractor past performance. The Under Secretary shall assess the extent to which these offerors are sole source providers within the defense industrial base and shall develop strategies to incentivize new entrants into the industrial base to increase the availability of other sources of supply for the product or service.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H156D0BF1B223459BA584C74A5D9A5D15" display-inline="no-display-inline" section-type="subsequent-section"><enum>804.</enum><header>Comptroller General report on price reasonableness</header><text display-inline="no-display-inline">Not later than March 31, 2021, the Comptroller General of the United States shall submit to the congressional defense committees, the Committee on Oversight and Reform of the House of Representatives, and the Committee on Homeland Security and Governmental Affairs of the Senate a report on the efforts of the Secretary of Defense to secure data relating to the price reasonableness of offers from offerors. The report shall include a review ofâ€"</text>

<paragraph id="H619881D8B9D2476E9356654DD6B3FD64"><enum>(1)</enum><text display-inline="yes-display-inline">the number of, and justification for, any waiver of requirements for submission of certified cost or pricing data for sole source contracts for spare parts issued during fiscal years 2015 through 2019 pursuant to section 2306a(b)(1)(C) of title 10, United States Code;</text></paragraph>

<paragraph id="HBEE9A16CC30145E8A238BA53BEB9AE83"><enum>(2)</enum><text display-inline="yes-display-inline">the number of, and justification for, any exception to the requirements for submission of certified cost or pricing data for sole source contracts for spare parts provided during fiscal years 2015 through 2019 pursuant to section 2306a(b)(1)(B) of title 10, United States Code;</text></paragraph>

<paragraph id="HD577218442DC435499CC3EDD720A0A54"><enum>(3)</enum><text display-inline="yes-display-inline">the number of contracts awarded for which a request for cost or pricing data, including data other than certified cost or pricing data, to determine price reasonableness was denied by an offeror at the time of award;</text></paragraph>

<paragraph id="H28809FA5CD7C43CE9D2C765E2BBA72E6"><enum>(4)</enum><text display-inline="yes-display-inline">actions taken by the Secretary if an offeror refused to provide requested data described in paragraph (2), includingâ€"</text>

<subparagraph id="HE2F1F5A8DCB24AEABF8955D742EC5746"><enum>(A)</enum><text display-inline="yes-display-inline">whether the contracting officer included a notation in the system used by the Federal Government to monitor or record contractor past performance regarding the refusal of an offeror to provide such data;</text></subparagraph>

<subparagraph id="HF2EA1FAD4FEF46D594145C34B754D6B9"><enum>(B)</enum><text display-

inline="yes-display-inline">any strategies developed by the Secretary to acquire the good that was the subject of a contract for which the offeror refused to provide such data in the future without the need for such a waiver.</text></subparagraph></paragraph></section>

<section id="H538776612392474ABBBD8D7475C3C707" section-type="subsequent-section"><enum>805.</enum><header>Limitation on transfer of funds related to cost overruns and cost underruns</header>

<subsection id="H535E218366F24D7EBE781D6D18B67437"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 828(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2430 note) is amended by striking <quote>For each of fiscal years 2018 through 2022</quote> and inserting <quote>For fiscal years 2018 and 2019</quote>.</text></subsection>

<subsection id="H805DAE18056F46609FD3D3BB087FF2A4"><enum>(b)</enum><header>Technical amendment</header><text display-inline="yes-display-inline">Section 825 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1466; 10 U.S.C. 2430 note) is amendedâ€"</text>

<paragraph id="HCC2926BD5F3940E5882FA3230C700325"><enum>(1)</enum><text display-inline="yes-display-inline">by repealing subsection (b); and</text></paragraph>

<paragraph id="HCCF576FA013D410D85ACF120B3A2F871"><enum>(2)</enum><text>by striking <quote>(a) <header-in-text level="subsection" style="OLC">In general.â€"</header-in-text></quote>.</text></paragraph></subsection></section>

<section id="H1E3C9ED739EA451EBD405367FA2DBD4F"><enum>806.</enum><header>Standardizing data collection and reporting on use of source selection procedures by Federal agencies</header>

<subsection id="H04EA320EC42F4A80AE2B2594A2BD1F20"><enum>(a)</enum><header>Repeal of Government Accountability Office reporting requirements on use of lowest price technically acceptable source selection criteria</header>

<paragraph id="H5DE328D693C744D1B96DC87A04ACE224"><enum>(1)</enum><header>Department of Defense</header><text>Section 813 of the National Defense Authorization Act for Fiscal Year 2017 (10 U.S.C. 2305 note) is amended by striking subsection (d).</text></paragraph>

<paragraph id="HAD799BBFA72243EDAEF7168457E57B36"><enum>(2)</enum><header>Other agencies</header><text>Section 880 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1910; 41 U.S.C. 3701 note) is amended by striking subsection (d) and redesignating subsection (e) as subsection (d).</text></paragraph></subsection>

<subsection id="HAD1F7F7D9F8A488F8E273D2A58A56672"><enum>(b)</enum><header>Revision to the Federal procurement data system</header><text>Not later than 180 days after the date of the enactment of this Act, the Administrator of General Services, in coordination with the Administrator for Federal Procurement Policy, shall direct appropriate revisions to the Federal procurement data system established pursuant to section 1122(a)(4) of title 41, United States Code (or any successor system), to facilitate the collection of complete, timely, and reliable data on the source selection processes used by Federal agencies for the contract actions being reported in the system. The Administrator of General Services shall ensure that data are collectedâ€"</text>

<paragraph id="H0A91E11792A54F4CA2962D2119F13716"><enum>(1)</enum><text>at a minimum, on the usage of the lowest price technically acceptable contracting methods and best value contracting methods process; and</text></paragraph>

<paragraph id="H522BF99386074494A2CEBAFD9C2FE633"><enum>(2)</enum><text display-inline="yes-display-inline">on all applicable contracting actions, including task orders or delivery orders issued under indefinite delivery-indefinite quantity contracts.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H059115874A274C1E8BE54AFB20B1DF2F" section-type="subsequent-section"><enum>807.</enum><header display-inline="yes-display-inline">Department of Defense use of fixed-price contracts</header>

<subsection commented="no" display-inline="no-display-inline" id="HAA9A3E55CA064D89861647717B90E5A0"><enum>(a)</enum><header display-inline="yes-display-inline">Department of Defense review</header>

<paragraph commented="no" display-inline="no-display-inline" id="HBA4B43BCF1974385B9940AAC57051755"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall review how the Department of Defense informs decisions to use fixed-price contracts to support broader acquisition objectives to ensure that such decisions are made strategically and consistently. The review should include decisions on the use of the various types of fixed price contracts, including fixed-price incentive contracts.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9D8B81BC595841C3958FC0C56C012006"><enum>(2)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Under Secretary shall brief the congressional defense committees on the findings of the review required under paragraph (1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA0308173FA614C71806601AD82AD765A"><enum>(b)</enum><header display-inline="yes-display-inline">Comptroller General report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H72E019D39F3E4310B0B1DB0C73CF585E"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than February 1, 2021, the Comptroller General of the United States shall submit to the congressional defense committees a report on the Department of Defense's use of fixed-price contracts, including different types of fixed-price contracts.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H54C82EB3786A487B9CF2577EAE4356E9"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6C007819156149839308F34B5B326091"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the extent to which fixed-price contracts have been used over time and the conditions in which they are used.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H23429C34608B4D088F7538E9DBA3551D"><enum>(B)</enum><text display-inline="yes-display-inline">An assessment of the effects of the decisions to use fixed-price contract types, such as any additional costs or savings or efficiencies in contract administration.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H917B85B1F3D144D1925D72463B689A7C"><enum>(C)</enum><text display-inline="yes-display-inline">An assessment of how decisions to use various types of fixed-price contracts affects the contract closeout process.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H01E267AFA6D9465DA927FD27F1221F01"><enum>(c)</enum><header display-inline="yes-display-inline">Delayed implementation of regulations requiring the use of fixed-Price contracts for foreign military sales</header><text display-inline="yes-display-inline">The regulations prescribed pursuant to section 830(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 22 U.S.C. 2762 note) shall not take effect until December 31, 2020. The regulations as so prescribed shall take into account the findings of the review conducted under subsection (a)(1).</text></subsection></section>

<section id="H238693DADEA44EE79688A1C21B3A199C" section-type="subsequent-section"><enum>808.</enum><header>Repeal of continuation of data rights during challenges</header>

<subsection id="HB1C95A54F0614E26BAAC672BFB1507C8"><enum>(a)</enum><header>Repeal</header><text>Section 866 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019

(Public Law 115â€"232; 132 Stat. 1901; 10 U.S.C. 2321) is repealed.</text></subsection>

<subsection id="H7013764F4C384860B0436F30E29ACC54"><enum>(b)</enum><header>Restoration of amended provision</header><text display-inline="yes-display-inline">Subsection (i) of section 2321 of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H9FC5D9B021474D8B98821546F1078F87" display-inline="no-display-inline">

<subsection id="HF0D4F4DD67D640EEACF340FE5798C964"><enum>(i)</enum><header>Rights and liability upon final disposition</header>

<paragraph id="HB8B0CAAC7F71420D87F818A74F7B0619" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">If, upon final disposition, the contracting officer's challenge to the use or release restriction is sustainedâ€"</text>

<subparagraph id="HDB30800A29674D739E33623A6E20D0B7" indent="up1"><enum>(A)</enum><text>the restriction shall be cancelled; and</text></subparagraph>

<subparagraph id="HDEC9435C7A8E451991C542A903431DE6" indent="up1"><enum>(B)</enum><text>if the asserted restriction is found not to be substantially justified, the contractor or subcontractor asserting the restriction shall be liable to the United States for payment of the cost to the United States of reviewing the asserted restriction and the fees and other expenses (as defined in section 2412(d)(2)(A) of title 28) incurred by the United States in challenging the asserted restriction, unless special circumstances would make such payment unjust.</text></subparagraph></paragraph>

<paragraph id="HE3824A3007A641998A5E3FF4BFAC2343" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">If, upon final disposition, the contracting officer's challenge to the use or release restriction is not sustainedâ€"</text>

<subparagraph id="H19F6C7C6922042B7A50DAEDFBCBEF0DC"><enum>(A)</enum><text>the United States shall continue to be bound by the restriction; and</text></subparagraph>

<subparagraph id="H284FB1B2AC0641A089B0C746BB6B80FF"><enum>(B)</enum><text>the United States shall be liable for payment to the party asserting the restriction for fees and other expenses (as defined in section 2412(d)(2)(A) of title 28) incurred by the party asserting the restriction in defending the asserted restriction if the challenge by the United States is found not to be made in good faith.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HB2995A06ABFD46D7B7628D0E20E882B9"><enum>809.</enum><header>Repeal of authority to waive acquisition laws to acquire vital national security capabilities</header><text display-inline="no-display-inline">Section 806 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2302 note) is repealed.</text></section>

<section id="HE5B178C16A9841CB94870AAE6FA25A98"><enum>810.</enum><header>Repeal of the Defense Cost Accounting Standards Board</header>

<subsection id="HFB708FE2136544C2B98D8A1798CF266F"><enum>(a)</enum><header>Repeal</header><text display-inline="yes-display-inline">Section 190 of title 10, United States Code, is repealed.</text></subsection>

<subsection id="HB3F03F471D144BF8AACEF0D262BF6CFA"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 7 of such title is amended by striking the item relating to section 190.</text></subsection></section></subtitle>

<subtitle id="H11E0E801912E474F8F4B621291E00379"><enum>B</enum><header>Amendments to General Contracting Authorities, Procedures, and Limitations</header>

<section id="H50964CC19DCE438A8D72865DE2ACD7E6"><enum>815.</enum><header>Modification of Director of Operational Test and Evaluation report</header><text display-inline="no-display-inline">Section 139(h) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H426BCE4721844B169B3C2DFDA1CFACD4"><enum>(1)</enum><text display-

inline="yes-display-inline">in paragraph (2), by striking <quote>, through January 31, 2021</quote> and inserting <quote>, through January 31, 2025</quote>; and</text></paragraph>

<paragraph id="HD454BF5C6B9A4CCBB155D8CDDC8A4114"><enum>(2)</enum><text display-inline="yes-display-inline">by amending paragraph (5) to read as follows:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="HEAEC088F77BF4AB9BAE663B60DB3ECE7" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H26E4C71939E442DA93BB6851884C71F1" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">The Director shall solicit comments from the Secretaries of the military departments on each report of the Director to Congress under this section and include any comments as an appendix to the Director's report. The Director shall determine the amount of time available for the Secretaries to comment on the draft report on a case by case basis, and consider the extent to which substantive discussions have already been held between the Director and the military department. The Director shall reserve the right to issue the report without comment from a military department if the department's comments are not received within the time provided, and shall indicate any such omission in the report.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HC401863D1FAA4268AF36E9BECA858243" section-type="subsequent-section"><enum>816.</enum><header display-inline="yes-display-inline">Modification of written approval requirement for task and delivery order single contract awards</header><text display-inline="no-display-inline">Section 2304a(d)(3) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H782903BA272F49EDAFB19898BD76929C"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), by redesignating clauses (i) and (ii) as subclauses (I) and (II), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H10D856E071EA4D4BB7489B27032771D6"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subparagraphs (A), (B), (C), and (D) as clauses (i), (ii), (iii), and (iv), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7475B68B88D64200A1BBE6DEFEAE52B9"><enum>(3)</enum><text display-inline="yes-display-inline">by striking <quote>No task or delivery order contract</quote> and inserting <quote>(A) Except as provided under subparagraph (B), no task or delivery order contract</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H759A88430FDB43EA9829EB198BB11CEF"><enum>(4)</enum><text display-inline="yes-display-inline">by adding at the end the following new subparagraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H52D86806BE19486EBFE8D0118C457399" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H48183E9F477040799FF00A0BFEA8174D" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">A task or delivery order contract in an amount estimated to exceed $100,000,000 (including all options) may be awarded to a single source without the written determination otherwise required under subparagraph (A) if the head of the agency has made a written determination pursuant to section 2304(c) of this title that procedures other than competitive procedures may be used for the awarding of such contract.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H25F1739DD7C649EDA6205EB2DAC0B464"><enum>817.</enum><header>Responsibility for data analysis and requirements validation for services contracts</header>

<subsection id="HAE00CEE3884B4B9687926C3702DF40B8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2329 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HDBCD72A7412142B6A8F13B1C77458802"><enum>(1)</enum><text>in subsection

(a), by inserting <quote>, acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation,</quote> after <quote>Secretary of Defense</quote>;</text></paragraph>

<paragraph id="H33110F32E55241EC8588F0CD998A6B6F"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b), in the matter preceding paragraph (1), by inserting <quote>, acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation,</quote> after <quote>Secretary of Defense</quote>; and</text></paragraph>

<paragraph id="HCF7450088E7D4679AE87F134170CBDEA"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (c)(2)(A), by inserting <quote>, acting through the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation,</quote> after <quote>Secretary of Defense</quote>.</text></paragraph></subsection>

<subsection id="H270900CEB4344680AD8D831C3372D105"><enum>(b)</enum><header>Conforming amendment</header><text display-inline="yes-display-inline">Section 818(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1852) is amended by striking <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote> and inserting <quote>the Under Secretary of Defense (Comptroller) and Director of Cost Assessment and Program Evaluation</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HA534F613CC2D434FA0C67A7C4D73AF85" section-type="subsequent-section"><enum>818.</enum><header display-inline="yes-display-inline">Documentation of market research related to commercial item determinations</header>

<subsection id="H9C692D3BAB1B4520ADE75DAA2CEFDE13"><enum>(a)</enum><header>Department of Defense procurements</header>

<paragraph id="HA983EC72B3A14A8684319F88B5A7084A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2377(c) of title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H572DA799384A449FA3DC06B19DC3F426"><enum>(A)</enum><text display-inline="yes-display-inline">by redesignating paragraph (4) as paragraph (5); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3C5249BA0E844C3F8319DBFA95793ADF"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting after paragraph (3) the following new paragraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H7ED062EDCA3E44F7896CC3D410AB2649" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HA8CE7D4E27584427851FD1ECA2A616EE"><enum>(4)</enum><text display-inline="yes-display-inline">The head of an agency shall document the results of market research in a manner appropriate to the size and complexity of the acquisition.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA2C084AAF9914D30881CDFCD39131D30"><enum>(2)</enum><header display-inline="yes-display-inline">Conforming amendment related to prospective amendment</header><text display-inline="yes-display-inline">Section 836(d)(3)(C)(ii) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>in paragraph (4)</quote> and inserting <quote>in paragraph (5)</quote>.</text></paragraph></subsection>

<subsection id="H3BD19CED5A334DC2B5663B08AAB0C55B"><enum>(b)</enum><header>Civilian agency procurements</header><text display-inline="yes-display-inline">Section 3307(d) of title 41, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="HB9C80812AA344C149C640C60FB24840C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H9473C1744F6E43739E2300B0246CB4DD"><enum>(4)</enum><header>Documentation</header><text display-inline="yes-display-inline">The head of the agency shall document the results of market research in a manner appropriate to the size and complexity of the acquisition.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HFF54869FF29F4558B14997C671211F24"><enum>819.</enum><header>Availability of data on the use of other transaction authority and report on the use of authority to carry out prototype projects</header><text display-inline="no-display-inline">Section 873 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1905; 10 U.S.C. 2371 note) is amendedâ€"</text>

<paragraph id="H0FD1B9BF4EB24B67BED8A486C3BCAA37"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H76E6A9B342DD442D92D916135C630219"><enum>(A)</enum><text>by striking the period at the end and inserting <quote>; and</quote>; </text></subparagraph>

<subparagraph id="H4768D990CD61498B923487A0204C1BBC"><enum>(B)</enum><text>by striking <quote>shall analyze</quote> and inserting the following: </text>

<quoted-block style="OLC" id="H21A88F7FD6D84F1DBC0F172F7725F480" display-inline="yes-display-inline"><text display-inline="yes-display-inline">shallâ€"</text>

<paragraph id="H01CA37BFC4094FD391E96DEBA4D96FA7"><enum>(1)</enum><text display-inline="yes-display-inline">analyze</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HC8492AF1711A46EEA113BF3042AAC65F"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="H7EA323C1353348E0B2AEA4A313C3E456" display-inline="no-display-inline">

<paragraph id="H173455C4828E498BAD9BF6D9D6592963"><enum>(2)</enum><text display-inline="yes-display-inline">make the data collected under subsection (a) accessible to any official designated by the Secretary of Defense for inclusion by such official in relevant reports made by such official.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HF67E20A100F44A688FC6759CC864901E"><enum>(2)</enum><text>by amending subsection (c) to read as follows:</text>

<quoted-block id="HB890C221924541A5805C03E5A236A3DD" style="OLC">

<subsection id="H8DAAC3A288164C1EB85DF0A40889C427"><enum>(c)</enum><header>Report required</header>

<paragraph id="H64A7B1B31C4244508280858CF74C654F" display-inline="no-display-inline"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than December 31, 2019, and annually thereafter through December 31, 2023, the Secretary of Defense shall submit to the congressional defense committees a report on the use of other transaction authority to carry out prototype projects during the preceding fiscal year. Each report shall summarize the data collected under subsection (a) on the nature and extent of each such use of the authority, including a descriptionâ€"</text>

<subparagraph id="H825DA6D2413043ED81C61A2CFA975030"><enum>(A)</enum><text>of the participants to an agreement entered into pursuant to the authority of subsection (a) of section 2371b of title 10, United States Code, or a follow-on contract or transaction entered into pursuant to the authority of subsection (f) of such section;</text></subparagraph>

<subparagraph id="HD7B6427AD7BA43A6A138732CCD93424A"><enum>(B)</enum><text>of the quantity of prototype projects to be produced pursuant to such an agreement, follow-on contract, or transaction;</text></subparagraph>

<subparagraph id="HEACE1FDAFCF04501A18B390F5D907657"><enum>(C)</enum><text>of the amount of payments made pursuant to each such agreement, follow-on contract, or transaction;</text></subparagraph>

<subparagraph id="H82E601AD73024CE3BFAFF7A4E101ADF8"><enum>(D)</enum><text>of the purpose, description, and status of prototype projects carried out pursuant to each such agreement, follow-on contract, or transaction; and</text></subparagraph>

<subparagraph id="HF55AFE0CA7564D82AE5B8F372F1C115F"><enum>(E)</enum><text>including case examples, of the successes and challenges with using the authority of such subsection (a) or (f).</text></subparagraph></paragraph>

<paragraph id="H542633B64C544E8DB623793232708A6C"><enum>(2)</enum><header>Form of report</header><text>A report required under this subsection shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H8EC78D4AD05F48F5867585DDC46951BC"><enum>820.</enum><header>Notification of Navy procurement production disruptions</header>

<subsection commented="no" display-inline="no-display-inline" id="H3A482E4A11CE486EADC3F6AE6F9ECEAB"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Chapter 137 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="HE935F4D5EB294CF9832D3B77233AC234" style="USC">

<section commented="no" display-inline="no-display-inline" id="H300C8552FF60417C852B575A1C75DA75" section-type="subsequent-section"><enum>2339b.</enum><header display-inline="yes-display-inline">Notification of Navy procurement production disruptions</header>

<subsection commented="no" display-inline="no-display-inline" id="H4F378CAA56D54DD980C136DFA6414BBD"><enum>(a)</enum><header display-inline="yes-display-inline">Requirement for contractor To provide notice of delays</header><text display-inline="yes-display-inline">The Secretary of the Navy shall require prime contractors of any Navy procurement program funded under either the Shipbuilding and Conversion, Navy account or the Other Procurement, Navy account to report within 15 calendar days any stop work order or other manufacturing disruption of 15 calendar days or more, by the prime contractor or any subcontractor, to the respective program manager and Navy technical authority.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB2427DF3B32E40B2BB50A241D2E2A4DB"><enum>(b)</enum><header display-inline="yes-display-inline">Quarterly reports</header><text display-inline="yes-display-inline">The Secretary of the Navy shall submit to the congressional defense committees not later than 15 calendar days after the end of each quarter of a fiscal year a report listing all notifications made pursuant to subsection (a) during the preceding quarter.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4A811BB4236645DA8118E60A8C9A4F30"><enum>(b)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 137 of title 10, United States Code, is amended by inserting after the item relating to section 2339a the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H101091F7305F498BA54D77644DB5E9E1" style="USC">

<toc>

<toc-entry bold="off" level="section">2339b. Notification of Navy procurement production disruptions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HE34F603F46614600892595D24CEC0810"><enum>821.</enum><header>Modification to acquisition authority of the Commander of the United States Cyber Command</header><text display-inline="no-display-inline">Section 807 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2224 note) is amended by inserting <quote>on new contract efforts</quote> after <quote>may

not obligate or expend more than $75,000,000</quote>.</text></section>

<section id="H93ED44D0FF4544949C6FC043BCE8F3CA"><enum>822.</enum><header>Extension of Never Contract With the Enemy</header><text display-inline="no-display-inline">Section 841(n) of the National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 10 U.S.C. 2302 note) is amended by striking <quote>December 31, 2021</quote> and inserting <quote>December 31, 2023</quote>.</text></section>

<section id="HCA5590318F174BDD9711D74064B92D43"><enum>823.</enum><header>Modification of justification and approval requirement for certain Department of Defense contracts</header>

<subsection commented="no" display-inline="no-display-inline" id="H120791EBB6A74F1C89140C319C567F23"><enum>(a)</enum><header display-inline="yes-display-inline">Modification of justification and approval requirement</header><text display-inline="yes-display-inline">Notwithstanding section 811 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2405)â€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCB40A4422CC04B37816E0B5A027326AE"><enum>(1)</enum><text display-inline="yes-display-inline">no justification and approval is required under such section for a sole-source contract awarded by the Department of Defense in a covered procurement for an amount not exceeding $100,000,000; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6D8524B44AE84134A04B5714A2C0850D"><enum>(2)</enum><text display-inline="yes-display-inline">for purposes of subsections (a)(2) and (c)(3)(A) of such section, the appropriate official designated to approve the justification for a sole-source contract awarded by the Department of Defense in a covered procurement exceeding $100,000,000 is the official designated in section 2304(f)(1)(B)(ii) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC9D44EFD21754820913CC54F259DB300"><enum>(b)</enum><header display-inline="yes-display-inline">Guidance</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall issue guidance to implement the authority under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H41FE0442FBEB4C1E89A482F1ABE0577F"><enum>(c)</enum><header display-inline="yes-display-inline">Comptroller General review</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0085C1B4FE73420B9AF98CFA5BCFF3C3"><enum>(1)</enum><header display-inline="yes-display-inline">Data tracking and collection</header><text display-inline="yes-display-inline">The Department of Defense shall track the use of the authority as modified by subsection (a) and make the data available to the Comptroller General for purposes of the report required under paragraph (2).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5210AD40745A46E5A041DD4460BD6A49"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than March 1, 2022, the Comptroller General of the United States shall submit a report to the congressional defense committees on the use of the authority as modified by subsection (a) through the end of fiscal year 2021. The report shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H22DF467F4EA7480ABC43278E082E76FD"><enum>(A)</enum><text>a review of the financial effect of the change to the justification and approval requirement in subsection (a) on the native corporations and businesses and associated native communities;</text></subparagraph>

<subparagraph id="H9997415326274C9695A84FC7F90198AF"><enum>(B)</enum><text>a description of the nature and extent of contracts excluded from the justification and approval requirement by subsection (a); and</text></subparagraph>

<subparagraph id="H9CCB2B7F3D5F4877BBEFA8BC63CB947C"><enum>(C)</enum><text>other matters the Comptroller General deems appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="HF2696BBD68C14DF2B0352E6257F430B5"><enum>824.</enum><header>Extension of sunset relating to Federal Data Center Consolidation Initiative</header><text display-inline="no-display-inline">Subsection (e) of section 834 of the National Defense Authorization Act for Fiscal Year 2015 (44 U.S.C. 3601 note) is amended by striking <quote>2020</quote> and inserting <quote>2022</quote>. </text></section>

<section commented="no" display-inline="no-display-inline" id="HAAC24AE9CE944B7D83EB2B877720664B" section-type="subsequent-section"><enum>825.</enum><header display-inline="yes-display-inline">Pilot program to accelerate contracting and pricing processes</header><text display-inline="no-display-inline">Section 890 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1919; 10 U.S.C. 2306a note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCD1A8AF25A1F49B6AE44DE2C4DFCAAA3"><enum>(1)</enum><text display-inline="yes-display-inline">by striking subsection (b);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H41A19016FAC6435AB10CD4A91F31E5A2"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsections (c) and (d) as subsections (b) and (c), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H35D0C898323345838E51593C963D9414"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (b), as redesignated by paragraph (2), by striking <quote>and an assessment of whether the program should be continued or expanded</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H42A9E5C8FA3A4EBE9DBBD9E2F5690C49"><enum>(4)</enum><text display-inline="yes-display-inline">in subsection (c), as so redesignated, by striking <quote>January 2, 2021</quote> and inserting <quote>January 2, 2023</quote>.</text></paragraph></section>

<section id="H37FF1395693E4C339E29C0A12D69E440"><enum>826.</enum><header>Uniformity in application of micro-purchase threshold to certain task or delivery orders</header><text display-inline="no-display-inline">Section 4106(c) of title 41, United States Code, is amended by striking <quote>$2,500</quote> and inserting <quote>the micro-purchase threshold under section 1902 of this title</quote>.</text></section>

<section id="H524D85A6D0664AD7B07854E1DBA73543" section-type="subsequent-section"><enum>827.</enum><header>Requirement for cost estimates on models of commercial e-commerce portal program</header>

<subsection id="H401283C277C8424495FF89597B7CC158"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">In implementing section 846 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 41 U.S.C. 1901 note), the Administrator of General Services shall submit to the appropriate congressional committees, not later than one year after the first contract is awarded pursuant to such section, a cost estimate for the three models for commercial e-commerce portals identified in section 4.1 of <quote>Procurement Through Commercial E-Commerce Portals Phase II Report: Market Research & Consultation</quote> issued by the Administrator in April 2019.</text></subsection>

<subsection id="H790C5DDDA0434ABD8B8CA03A832B9FED"><enum>(b)</enum><header>Appropriate congressional committees defined</header><text display-inline="yes-display-inline">The term <quote>appropriate congressional committees</quote> means the following:</text>

<paragraph id="H5FBA4BAA90D24A8C842C42B2F23B2BC7"><enum>(1)</enum><text>The Committees on Armed Services of the Senate and House of Representatives.</text></paragraph>

<paragraph id="H89C9FAE8C29B4F8FB3DA771033F62352"><enum>(2)</enum><text>The Committee on Homeland Security and Governmental Affairs of the Senate and the Committee on Oversight and Reform of the House of Representatives.</text></paragraph>

<paragraph id="H7849BF49DC9142FF884ECD8CF065E2F6"><enum>(3)</enum><text>The Committee on Small Business and Entrepreneurship of the Senate and the Committee on Small Business of the House of Representatives.</text></paragraph></subsection></section></subtitle>

<subtitle id="H510EA55756964F349D994FD0E5F3E19A"><enum>C</enum><header>Provisions Relating to Major Defense Acquisition Programs</header>

<section id="H94D473AFD5944E4385FCD83846ED742D"><enum>830.</enum><header>Modification of requirements for reporting to Congress on certain acquisition programs</header>

<subsection id="HF924B001CAA944D780ED521D1B523B8B"><enum>(a)</enum><header>Modification of report to Congress</header><text>Section 2432 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HE65B7FD55EB24558B4698FE88C9E28E5"><enum>(1)</enum><text>in subsection (b)(1), by adding after <quote>major defense acquisition programs</quote> the following: <quote>and any program that is estimated by the Secretary of Defense to require an eventual total expenditure for research, development, test, and evaluation of more than $300,000,000 (based on fiscal year 1990 constant dollars) or an eventual total expenditure for procurement, including all planned increments or spirals, of more than $1,800,000,000 (based on fiscal year 1990 constant dollars)</quote>; and</text></paragraph>

<paragraph id="HA90DEAB7816346F9A8DBE1E9169E0940"><enum>(2)</enum><text>by adding at the end the following new subsections:</text>

<quoted-block id="H8990B5ACD6694C62A8BDD86CEB8413DC" style="OLC">

<subsection id="HFE51218D95D4413A9332182F7CDF6C91"><enum>(i)</enum><header>Form of report</header><text>A Selected Acquisition Report required under this section shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.</text></subsection>

<subsection id="HF3B29F5853FF428E9790723C405B0CC5"><enum>(j)</enum><header>Termination</header><text>The requirements under this section shall terminate after the final submission covering fiscal year 2021.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H77AC373E6BD04F37BF4F713A922AF925"><enum>(b)</enum><header>Proposal for reports on acquisition programs and activities</header><text>Not later than October 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a proposal for an alternative methodology for reporting on all acquisition programs that includesâ€"</text>

<paragraph id="H125388480D8B499DBDCE4C62B395B038"><enum>(1)</enum><text display-inline="yes-display-inline">conforming changes from the most recent update of Department of Defense Directive 5000.01 (The Defense Acquisition System) and Department of Defense Instruction 5000.02 (Operation of the Defense Acquisition System);</text></paragraph>

<paragraph id="HA5652E9F717441439E0AFD95D6F79E8D"><enum>(2)</enum><text display-inline="yes-display-inline">the reporting requirements relating to Selected Acquisition Reports under section 2432 of title 10, United States Code; </text></paragraph>

<paragraph id="HE6E50D3F9A664018977AD2F8927FA33F"><enum>(3)</enum><text display-inline="yes-display-inline">the reporting requirements relating to unit costs under section 2433 of such title; and</text></paragraph>

<paragraph id="HBE351ECED57E4DE08954C1B3F797694E"><enum>(4)</enum><text display-inline="yes-display-inline">the reporting requirements for acquisition programs that use alternative acquisition pathways or tailored acquisition procedures.</text></paragraph></subsection></section>

<section id="H78E6CEB2623E414D8D86D93A2EECC20B"><enum>831.</enum><header>Pilot program to streamline decision-making processes for weapon systems</header>

<subsection commented="no" display-inline="no-display-inline" id="HA346FE145C35455A8B32EC62C300269A"><enum>(a)</enum><header display-inline="yes-display-inline">Candidate acquisition programs</header><text display-inline="yes-display-inline">Not later than February 1, 2020, each Service Acquisition Executive shall recommend to the Secretary of Defense at least one major defense acquisition program for a pilot program to include tailored measures to streamline the entire milestone decision process, with the results evaluated and reported for potential wider use.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4919634C1CBB4BA1915ED702F58D8F90"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">Each pilot program selected pursuant to subsection (a) shall include the following elements:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC5A8B9A102F747AE830C63F3A53E8800"><enum>(1)</enum><text display-inline="yes-display-inline">Delineating the appropriate information needed to support milestone decisions, assuring program accountability and oversight, which should be based on the business case principles needed for well-informed milestone decisions, including user-defined requirements, reasonable acquisition and life-cycle cost estimates, and a knowledge-based acquisition plan for maturing technologies, stabilizing the program design, and ensuring key manufacturing processes are in control.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE21F05159542451FA3EAF943712F4FD3"><enum>(2)</enum><text display-inline="yes-display-inline">Developing an efficient process for providing this information to the milestone decision authority byâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9A011B9074744DB1A823902A5215B0F8"><enum>(A)</enum><text display-inline="yes-display-inline">minimizing any reviews between the program office and the different functional staff offices within each chain of command level; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA338722794794206BE46C1B4F079454F"><enum>(B)</enum><text display-inline="yes-display-inline">establishing frequent, regular interaction between the program office and milestone decision makers, in lieu of documentation reviews, to help expedite the process.</text></subparagraph></paragraph></subsection></section>

<section id="H5DB798867AC24E188194294F7052E7AE"><enum>832.</enum><header>Analysis of alternatives pursuant to materiel development decisions</header>

<subsection commented="no" display-inline="no-display-inline" id="H2B660E4FFC0B4208B80E46E265560D84"><enum>(a)</enum><header display-inline="yes-display-inline">Timeline</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall update existing guidance for analyses of alternatives conducted pursuant to a materiel development decision for a major defense acquisition program to incorporate the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H40D6891AD0E244E29BE77836DD22A4E2"><enum>(1)</enum><text display-inline="yes-display-inline">Study completion within nine months.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF9F731B7385D4F5693A3A8EF07F9E9F1"><enum>(2)</enum><text display-inline="yes-display-inline">Study guidance issued by the Director, Cost Assessment and Program Evaluation of a scope designed to provide for reasonable completion of the study within the nine-month period.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF1E4F338FC60429E83758A986A40CD81"><enum>(3)</enum><text display-inline="yes-display-inline">Procedures for waiver of the timeline requirements of this subsection on a case-by-case basis ifâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC0E8D74678A442549F3FFCC0162F907E"><enum>(A)</enum><text display-inline="yes-display-inline">the subject of the analysis is of extreme technical complexity;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD98927DCDBAB4FFAA1A04CB12F72E630"><enum>(B)</enum><text display-inline="yes-display-inline">collection of additional intelligence is required to inform the analysis;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4E310D9739FF49EAAF7C3AD05ABA624A"><enum>(C)</enum><text display-inline="yes-display-inline">insufficient technical expertise is available to complete the analysis;

or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H50FB67C384754B28A39FC5F81C6364F2"><enum>(D)</enum><text display-inline="yes-display-inline">the Secretary determines that there other sufficient reasons for delay of the analysis.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEA5D117C70CF473F95FE2B7562BF8B3D"><enum>(b)</enum><header display-inline="yes-display-inline">Reporting</header><text display-inline="yes-display-inline">If an analysis of alternatives cannot be completed within the allotted time, or a waiver is used, the Secretary shall report to the congressional defense committees the following information:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HAD97A98555274E15ACA80624B37FF996"><enum>(1)</enum><text display-inline="yes-display-inline">For a waiver, the basis for use of the waivers, including the reasons why the study cannot be completed within the allotted time.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H36B55F3A35184E6AAC4436A419DD2227"><enum>(2)</enum><text display-inline="yes-display-inline">For a study estimated to take more than nine monthsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HEE59ED2717FD4CD8AC8C920C048690DC"><enum>(A)</enum><text display-inline="yes-display-inline">an estimate of when the analysis will be completed;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE279CCA4C27A49D590DE9E5C12E19F44"><enum>(B)</enum><text display-inline="yes-display-inline">an estimate of any additional costs to complete the analysis; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAB624A4B2B6344A5AE8C5630B551EB3C"><enum>(C)</enum><text display-inline="yes-display-inline">other relevant information pertaining to the analysis and its completion.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF71DF49A10154A12AAEF693D8D5D692A"><enum>(c)</enum><header>Report on analyses of alternatives</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7B898123965B42078A79F046F93AF580"><enum>(1)</enum><header>Assessment</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HAAD291570143463D9D3C08429CBC4018"><enum>(A)</enum><header>In general</header><text>The Under Secretary of Defense for Acquisition and Sustainment shall engage with an independent entity, including under the Program for Acquisition Innovation Research, to assess the conduct of analyses of alternatives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA4F729FA8246494F8C01F8332637E567"><enum>(B)</enum><header>Elements</header><text>The assessment required under subparagraph (A) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H3DFB25E5C18C4C83A0568453EADC0C51"><enum>(i)</enum><text>assess the time required to complete analyses of alternatives within the Department of Defense completed over the last five fiscal years, as compared with best practices;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC4CADC92213B49DF983EC9B50A967D07"><enum>(ii)</enum><text>provide recommendations and policy options to improve analyses of alternatives; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HFF84C6D1A08D45BD9D95C93D71E0D4B6"><enum>(iii)</enum><text>discuss any other matters as identified by the Under Secretary.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H18CE4E207F864278ABED811C07954CF9"><enum>(C)</enum><header>Access to

data</header><text>The Under Secretary shall ensure that the independent entity is provided access to the data, information, and resources necessary to complete the required analyses and assessment.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H00E8796899E64519A2434FAB08B3E784"><enum>(2)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Under Secretary shall submit to the congressional defense committees a report including the assessment required under paragraph (1) and a review and assessment by the Under Secretary of the findings made in the assessment.</text></paragraph></subsection></section>

<section id="H0CCCE28C71B94534828F613B02ED536D"><enum>833.</enum><header>Naval vessel certification required before Milestone B approval</header><text display-inline="no-display-inline">Section 2366b(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD3FD58AF505E4F0D90BF470C87291FB9"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (3)(O), by striking <quote>; and</quote> and inserting a semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7F6F6826484041ECA616A15789157316"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (4), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5B4FE5E1674347F881BE942A2138E846"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H10DBC8200B834EBD9EBD7D2D882DE6E0" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H46A12373D9204899A2B9E5D68D54C22B"><enum>(5)</enum><text display-inline="yes-display-inline">in the case of a naval vessel program, certifies compliance with the requirements of section 8669b of this title.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section></subtitle>

<subtitle id="H769AF9E9361D452AA946A58F4EE895F1"><enum>D</enum><header>Provisions Relating to the Acquisition System</header>

<section id="H685968A5B03A47F0A6E5F83FC63A9D84"><enum>835.</enum><header>Extramural acquisition innovation and research activities</header>

<subsection id="H2F5F4D287EC94FDABDF7B68979A54C4C"><enum>(a)</enum><header>Extramural acquisition innovation and research activities</header>

<paragraph id="H994F284666EE476CA98CE066E467526A"><enum>(1)</enum><header>In general</header><text>Chapter 139 of title 10, United States Code, is amended by inserting after section 2361 the following new section:</text>

<quoted-block id="HF82D1B5D09434B4A9B3DFBDB6886763E" style="USC">

<section id="H78A553730E9F43578CBE3207431F5455"><enum>2361a.</enum><header>Extramural acquisition innovation and research activities</header>

<subsection id="HB4204D1AAC964E05A1EF58FF4350C928"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment and in coordination with the Under Secretary of Defense for Research and Engineering, shall establish and maintain extramural acquisition innovation and research activities as described in subsection (d), which shall include an acquisition research organization within a civilian college or university that is not owned or operated by the Federal Government that is established to provide and maintain essential research and development capabilities through a long-term strategic relationship with the Department of Defense.</text></subsection>

<subsection id="H8DD68844D3694399ACE6968EE75F8A8E"><enum>(b)</enum><header>Goals</header><text display-inline="yes-display-inline">The goal of any activity conducted pursuant to this

section shall be to provide academic analyses and policy alternatives for innovation in defense acquisition policies and practices to policymakers in the Federal Government by using a variety of means intended to widely disseminate research findings from such an activity, in addition to executing demonstration and pilot programs of innovative acquisition policies and practices.</text></subsection>

<subsection id="H4F3CFBBDE25D41169DFFEDA447E7FB6F"><enum>(c)</enum><header>Director</header>

<paragraph id="HF1A36F1948A949B8841B1FB27FF0AE24"><enum>(1)</enum><header>Appointment</header><text>Not later than June 1, 2020, the Secretary of Defense shall appoint an individual from civilian life to serve as the director for the extramural acquisition innovation and research activities required by this section (referred to in this section as the <quote>Director</quote>).</text></paragraph>

<paragraph id="H46C0B5EA16AF432880CE3FACCD8E0351"><enum>(2)</enum><header>Term</header><text display-inline="yes-display-inline">The Director shall serve a term of five years.</text></paragraph></subsection>

<subsection id="HEDBA36063EEC45D38622AF148B390D91"><enum>(d)</enum><header>Activities</header><text display-inline="yes-display-inline">The activities described in this subsection are as follows:</text>

<paragraph id="H1610A0DC6C8343208E8BAC7D15BB5982"><enum>(1)</enum><text>Research on past and current defense acquisition policies and practices, commercial and international best practices, and the application of new technologies and analytical capabilities to improve acquisition policies and practices.</text></paragraph>

<paragraph id="H768FAB404A7042EEA12122CE0563F939" commented="no"><enum>(2)</enum><text>Pilot programs to prototype and demonstrate new acquisition practices for potential transition to wider use in the Department of Defense.</text></paragraph>

<paragraph id="HF1D71BAAFC5046108647ABEFC5432A16" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">Establishment of data repositories and development of analytical capabilities, in coordination with the Chief Data Officer of the Department of Defense, to enable researchers and acquisition professionals to access and analyze historical data sets to support research and new policy and practice development.</text></paragraph>

<paragraph id="HEF3E19D239504122A398D106A165F255" commented="no"><enum>(4)</enum><text>Executive education toâ€"</text>

<subparagraph id="H9B2CE3A74361422AAEADD59D466BFD0E" commented="no"><enum>(A)</enum><text>support acquisition workforce development, including for early career, mid-career, and senior leaders; and</text></subparagraph>

<subparagraph id="HDFB316E60A5340DC89541C490E2A37A1" commented="no"><enum>(B)</enum><text>provide appropriate education on acquisition issues to non-acquisition professionals.</text></subparagraph></paragraph>

<paragraph id="H24915B50691A4E759B54326A1F489289" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">On an ongoing basis, a review of the implementation of recommendations contained in relevant Department of Defense and private sector studies on acquisition policies and practices, includingâ€"</text>

<subparagraph id="H1BFDEA8560A64974B7FEF7293CD6B003" commented="no"><enum>(A)</enum><text>for recommendations for the enactment of legislation, identify the extent to which the recommendations have been enacted into law by Congress;</text></subparagraph>

<subparagraph id="HB2924933922A43E3AC7664DC8E0E69E2" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">for recommendations for the issuance of regulations, identify the extent to which the recommendations have been adopted through the issuance or revision of regulations;</text></subparagraph>

<subparagraph id="H277F5F1E5F2442949413CD25E3E3CE18"

commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">for recommendations for revisions to policies and procedures in the executive branch, identify the extent to which the recommendations have been adopted through issuance of an appropriate implementing directive or other form of guidance; and</text></subparagraph>

<subparagraph id="HF7A800BC3F3340F29FA24904B6340591"><enum>(D)</enum><text display-inline="yes-display-inline">for recommendations for the resources required to implement recommendations contained in relevant Department of Defense and private sector studies on acquisition policies and practices.</text></subparagraph></paragraph>

<paragraph id="H5B9E047DEB99427FB7D17D08D5D20081"><enum>(6)</enum><text>Engagement with researchers and acquisition professionals in the Department of Defense, as appropriate.</text></paragraph></subsection>

<subsection id="HC2EE08AAA369429C9B8AA33B25A7ED05"><enum>(e)</enum><header>Funding</header><text>Subject to the availability of appropriations, the Secretary may use amounts available in the Defense Acquisition Workforce and Development Account to carry out the requirements of this section.</text></subsection>

<subsection id="HC0D06D2E99F6419FA2C13C6F97202EEA"><enum>(f)</enum><header>Annual report</header><text>Not later than September 30, 2021, and annually thereafter, the Director shall submit to the Secretary of Defense and the congressional defense committees a report describing the activities conducted under this section during the previous year.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H03DC7D446BFE438F920460238BF67495"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2361 the following new item:</text>

<quoted-block style="OLC" id="HFEA547B77A6244118732FFBC3D09D634" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2361a. Extramural acquisition innovation and research activities.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6332C625CC7A4612BA9DAB35B5A68F90"><enum>(3)</enum><header>Implementation</header>

<subparagraph id="H8C8F0C39626B4A49A2E177534A565198"><enum>(A)</enum><header>Deadline</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall establish the extramural acquisition innovation and research activities required by section 2361a of title 10, United States Code (as added by this subsection). </text></subparagraph>

<subparagraph id="H88ABBCC062E64561A0665A1E0E85EF39"><enum>(B)</enum><header>Report</header>

<clause id="H137F4A7EC2884C49B788DAD89661CF98"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than January 1, 2021, the Director of the extramural acquisition innovation and research activities appointed under such section shall submit to the Secretary of Defense a report setting forth a plan, proposed budget, and schedule for execution of such activities.</text></clause>

<clause id="HCD64AED628CD42B08C1A76A85205DC3D"><enum>(ii)</enum><header>Transmittal</header><text>Not later than February 1, 2021, the Secretary of Defense shall transmit the report required under clause (i), together with whatever comments the Secretary considers appropriate, to the Committees on Armed Services of the Senate and the House of Representatives.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HDA666BDC76F3448D95F2AAD86E6D97B9"><enum>(b)</enum><header>Records of the Section 809 Panel</header>

<paragraph id="H2275A21569BD400EA649B8FF16E159E2"><enum>(1)</enum><header>Transfer and maintenance of records</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the records of the Section 809 Panel shall be transferred to, and shall be maintained by, the Defense Technical Information Center.</text></paragraph>

<paragraph id="H8E3C1DDB6E6046A2AE1408AB5DEEBFD7"><enum>(2)</enum><header>Status of records</header><text>Working papers, records of interview, and any other draft work products generated for any purpose by the Section 809 Panel shall be covered by the deliberative process privilege exemption under paragraph (5) of section 552(b) of title 5, United States Code.</text></paragraph>

<paragraph id="HBB44850EA02B4D28B5B43C910DD2FCBF"><enum>(3)</enum><header>Availability</header><text display-inline="yes-display-inline">To the maximum extent practicable, the Secretary shall make the records available to support activities conducted by the research organization described under section 2361a of title 10, United States Code (as added by subsection (a)).</text></paragraph>

<paragraph id="HFE681D48084A4D5ABBFAFD2491C293E7"><enum>(4)</enum><header>Section 809 Panel defined</header><text>In this subsection, the term <quote>Section 809 Panel</quote> means the panel established by the Secretary of Defense pursuant to section 809 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92).</text></paragraph></subsection></section>

<section id="H4CD4FD00B6304D42A98D3A12F8FBFE9C"><enum>836.</enum><header>Report on realignment of the defense acquisition system to implement acquisition reforms</header><text display-inline="no-display-inline">The Secretary of Defense shall include with the budget for fiscal year 2021, as submitted to Congress pursuant to section 1105(a) of title 31, United States Code, a report on the progress of implementing acquisition reform initiatives that have been enacted into law through Department of Defense regulations, Directives, Instructions, or other guidance. Such report shall include a description ofâ€"</text>

<paragraph id="H78EA3D4E127E49CC91499A93D09F1B55"><enum>(1)</enum><text>how the Secretary will identify, quantify, assess, and manage acquisition program risks;</text></paragraph>

<paragraph id="H540865C47E5E45ADBDECB9270A675DC7"><enum>(2)</enum><text>what changes have been made to systems for collecting and sharing data on acquisition programs, including how access to acquisition program data is managed; and</text></paragraph>

<paragraph id="H994E1C9556D24E23A9D8B702B808D484"><enum>(3)</enum><text display-inline="yes-display-inline">updates to, or the implementation of, procedures for tailoring acquisition methods, including alternative acquisition pathways such asâ€"</text>

<subparagraph id="H3EDA1EEC4573461FB1E4492986E632BF"><enum>(A)</enum><text>the use of the <quote>middle tier</quote> of acquisition programs described under section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2302 note);</text></subparagraph>

<subparagraph id="HAF6E4AA164134CC298D0AA4536552A84"><enum>(B)</enum><text display-inline="yes-display-inline">the alternative acquisition pathways established under section 805 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2302 note);</text></subparagraph>

<subparagraph id="H9811937B5A8F48DF9BD88DF0DC6644E5"><enum>(C)</enum><text>a software acquisition pathway described under section 800 of this Act; and</text></subparagraph>

<subparagraph id="H97D1D9961DE1435FB84EFCE412B528DF"><enum>(D)</enum><text>the use of procedures to respond to urgent operational needs.</text></subparagraph></paragraph></section>

<section id="H82D6BC0A12884F519CB8D8EDEDCF208A" section-type="subsequent-section"><enum>837.</enum><header>Report and limitation on the availability of funds relating to the <quote>middle tier</quote> of acquisition programs</header>

<subsection id="HBF26554479A041FEAB41C65B5D0E3950"><enum>(a)</enum><header>Report</header><text>Not later than December 15, 2019, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report that includes

the guidance required under section 804(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2302 note). The Under Secretary of Defense for Acquisition and Sustainment shall ensure such guidance includes the business case elements required by an acquisition program established pursuant to such guidance and the metrics required to assess the performance of such a program.</text></subsection>

<subsection id="HC9177530B02E4A448552956D9F7FA51F"><enum>(b)</enum><header>Limitation</header>

<paragraph id="H8CB15B6CBC8245B2BD50101A3540DD62"><enum>(1)</enum><header>In general</header><text>Beginning on December 15, 2019, if the Under Secretary of Defense for Acquisition and Sustainment has not submitted the report required under subsection (a), not more than 75 percent of the funds specified in paragraph (2) may be obligated or expended until the date on which the report required under subsection (a) has been submitted.</text></paragraph>

<paragraph id="HF0A70D3BC395438D9048EC0CA5AFF32B"><enum>(2)</enum><header>Funds specified</header><text display-inline="yes-display-inline">The funds specified in this paragraph are the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense that remain unobligated as of December 15, 2019, for the following: </text>

<subparagraph id="H2DEFD18D195448619B27704EDE1BF0E7"><enum>(A)</enum><text>The execution of any acquisition program established pursuant to the guidance required under such section 804(a).</text></subparagraph>

<subparagraph id="H3687C0559FF14C08B8216AE43ADFF4C4"><enum>(B)</enum><text>The operations of the Office of the Under Secretary of Defense for Research & Engineering.</text></subparagraph>

<subparagraph id="H09D9BF5185914BE888B5745058032DDC"><enum>(C)</enum><text>The operations of the Office of the Under Secretary of Defense for Acquisition & Sustainment.</text></subparagraph>

<subparagraph id="H42351777FE824E4D960ACF63487DA091"><enum>(D)</enum><text>The operations of the Office of the Director of Cost Analysis and Program Evaluation.</text></subparagraph>

<subparagraph id="H4E8AEA2F76C54117A9107314971A3558"><enum>(E)</enum><text>The operations of the offices of the service acquisition executives of the military departments.</text></subparagraph></paragraph></subsection></section>

<section id="H7156AA7322234E66B1FCCE0C9E15698F"><enum>838.</enum><header>Report on intellectual property policy and the cadre of intellectual property experts</header>

<subsection id="H88D462325A2E4E59940880F5E541C596"><enum>(a)</enum><header>In general</header><text>Section 802 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1450) is amended by adding at the end the following new subsection:</text>

<quoted-block id="HAFF23D2A82A24C49A8C00914734CF847" style="OLC">

<subsection id="HD78C1C836DFC4A63987850DCC2260E73"><enum>(c)</enum><header>Report</header><text>Not later than December 15, 2019, the Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall submit to the congressional defense committees a report that includesâ€"</text>

<paragraph id="H3E7BD45A9E304273AE04C01802EEDCEE"><enum>(1)</enum><text>the policy required in subsection (a) of section 2322 of title 10, United States Code;</text></paragraph>

<paragraph id="H79240037D784401880EDD0BB44761003"><enum>(2)</enum><text>an identification of each member of the cadre of intellectual property experts required in subsection (b) of such section and the office to which such member belongs;</text></paragraph>

<paragraph id="HDA70950084594AFE9967A1319D0AA4C8"><enum>(3)</enum><text>a description of the leadership structure and the office that will manage the cadre of intellectual property experts; and</text></paragraph>

<paragraph id="H16CA9ECC1C724EBBA565DA9823CCF967"><enum>(4)</enum><text display-inline="yes-display-inline">a description of the specific activities performed, and programs and efforts supported, by the cadre of intellectual property experts during the 12-month period preceding the date of the report.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HD9215D8DA40B4BC3B12FBF9CDE395610"><enum>(b)</enum><header>Limitation</header>

<paragraph id="H81A33693BEA44122AA51936D5CB45733"><enum>(1)</enum><header>In general</header><text>Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense, not more than 75 percent may be obligated or expended for any of the offices described in paragraph (2) until the date on which the Secretary of Defense submits the report required under subsection (c) of section 802 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1450), as added by this section.</text></paragraph>

<paragraph id="H7F440E7983CB42DA9DEF6533B88A17B1"><enum>(2)</enum><header>Offices described</header><text>The offices described in this paragraph are as follows:</text>

<subparagraph id="HB81A221FBF8744E2BBFD66F3729E935F"><enum>(A)</enum><text display-inline="yes-display-inline">The Office of the Under Secretary of Defense for Acquisition and Sustainment.</text></subparagraph>

<subparagraph id="HA65527E57BD045A79588D70155A23615"><enum>(B)</enum><text>The Office of the Assistant Secretary of the Army for Acquisition, Logistics, and Technology.</text></subparagraph>

<subparagraph id="HED99D880D4FD4AD6988BCA6AFAC43F02"><enum>(C)</enum><text>The Office of the Assistant Secretary of the Navy for Research, Development, and Acquisition.</text></subparagraph>

<subparagraph id="HEA10A6AD09D44614B79810ED6837D9E0"><enum>(D)</enum><text>The Office of the Assistant Secretary of the Air Force for Acquisition, Technology, and Logistics.</text></subparagraph></paragraph></subsection></section>

<section id="H13A76D7463F74F13B7C304A13B504CAB" section-type="subsequent-section"><enum>839.</enum><header>Guidance and reports relating to covered defense business systems</header>

<subsection id="HDD289A6C000A4B2C94EDD6B8D7D76833"><enum>(a)</enum><header>Amendments to guidance for covered defense business systems</header><text>Section 2222(d) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H488D5991A37643029EC7BF2554937BFC"><enum>(1)</enum><text>in the matter preceding paragraph (1), by striking <quote>subsection (c)(1)</quote> and inserting <quote>subsection (c)</quote>; and</text></paragraph>

<paragraph id="HC92779FE8FD84D01A3B41575A3032A6D"><enum>(2)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block id="HAC0B3D40989744B08C7D8C900113512B" style="OLC">

<paragraph id="H9561BFD8151048529C6D70EF2AEF484C"><enum>(7)</enum><text>Policy to ensure a covered defense business system is in compliance with the Departmentâ€™s auditability requirements.</text></paragraph>

<paragraph id="HCC3DEDC01FED49DF9153C1F10C80F008"><enum>(8)</enum><text>Policy to ensure approvals required for the development of a covered defense business system.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H79B1A57A02EF4EF5B5A8BBFBB0C55BE8"><enum>(b)</enum><header>Reports</header>

<paragraph id="H96EB1190F4664032BD6C7FF0832FFD00"><enum>(1)</enum><header>Guidance</header><text>The Secretary of Defense shall submit to the congressional defense committees a reportâ€"</text>

<subparagraph id="H89ED0C8887A44B5CA08D8F5BAC8A0C40"><enum>(A)</enum><text>not later than December 31, 2019, that includes the guidance required under paragraph (1) of section 2222(c) of title 10, United States Code; and</text></subparagraph>

<subparagraph id="H5009B336C0A54E8CB576B1D2EFBA2370"><enum>(B)</enum><text>not later than March 31, 2020, that includes the guidance required under paragraph (2) of such section.</text></subparagraph></paragraph>

<paragraph id="HC59F4540437C4A7A8AD35FCE5ADF3DB3"><enum>(2)</enum><header>Information technology and defense business enterprise architecture</header><text>Not later than February 1, 2020, the Chief Information Officer of the Department of Defense shall submit to the congressional defense committees a notification that the information technology enterprise architecture required under subparagraph (B) of section 2222(e)(4) of title 10, United States Codeâ€"</text>

<subparagraph id="H29D7EA0023464E10B87764B28C4E70B1"><enum>(A)</enum><text>has been established, including a schedule for implementing the plan required under such subparagraph (B) and a schedule for integrating the defense business enterprise architecture into the information technology enterprise architecture (as required under subparagraph (A) of such section); or</text></subparagraph>

<subparagraph id="HFA8B6F73A4894F2B93C6450166BD083F"><enum>(B)</enum><text>has not been established, and include a schedule forâ€"</text>

<clause id="HB62F59329F114C39B6FFEB2099351738"><enum>(i)</enum><text>establishing such architecture;</text></clause>

<clause id="HA33673B145DB4C7CBC25144F06F25475"><enum>(ii)</enum><text display-inline="yes-display-inline">implementing the plan required under such subparagraph (B); and</text></clause>

<clause id="H59216FDC5121403F92A827934E6C276B"><enum>(iii)</enum><text display-inline="yes-display-inline">integrating the defense business enterprise architecture into the information technology enterprise architecture (as required under subparagraph (A) of such section).</text></clause></subparagraph></paragraph></subsection></section>

<section id="H8DEAEF0659BF4BF39AF0DBCBD71CAE53" section-type="subsequent-section"><enum>840.</enum><header>Implementation guidance for use of a modular open system approach</header>

<subsection id="H33C65077D8EB4C61B6D1671D5BE324EF"><enum>(a)</enum><header>Guidance for program capabilities development and acquisition weapon system design</header><text display-inline="yes-display-inline">Section 2446b of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HF8F5F71358954DD49AB67377A7C166CD" display-inline="no-display-inline">

<subsection id="H0F8741D513A04FF78F98A3AF0198C9B8"><enum>(f)</enum><header>Implementation guidance</header><text display-inline="yes-display-inline">The Secretaries of the military departments shall issue guidance to implement the requirements of this section.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H9832379215D84CF1B06919BE9C49E038" commented="no"><enum>(b)</enum><header>Guidance for major system interfaces</header><text>Section 2446c of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HD17B3A8C8B8547E1AD4411D181B0021E" commented="no"><enum>(1)</enum><text>in paragraph (4), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HF8CA354B2FEE49AC97F9910BE017F0D3" commented="no"><enum>(2)</enum><text>in paragraph (5), by striking the period at the end and adding <quote>; and</quote>; and</text></paragraph>

<paragraph id="H32DEC27010194727B99286D0E443D6E9" commented="no"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="HE594A459B7714252ACCEA83491DC5F36" display-inline="no-display-inline">

<paragraph id="H2BF55B3F77E94DF0B053699A969CCE9F" commented="no"><enum>(6)</enum><text display-inline="yes-display-inline">issue guidance to implement the requirements of this section.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H90AA36E47CAC4C09A7A03B60DECF9B68"><enum>841.</enum><header>Limitation on availability of funds for the Office of the Chief Management Officer of the Department of Defense</header><text display-inline="no-display-inline">Of the funds authorized to be appropriated or otherwise made available for fiscal year 2020 for the Department of Defense, not more than 75 percent may be obligated or expended for the Office of the Chief Management Officer until the date on which the Chief Management Officer submits to the congressional defense committeesâ€"</text>

<paragraph id="H3B77AA353D7040348F3DCC91049A52EC"><enum>(1)</enum><text display-inline="yes-display-inline">the certification of cost savings described in subparagraph (A) of section 921(b)(5) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2222 note); or</text></paragraph>

<paragraph id="H271BAB27E4EC45848458B595B7D4AA87"><enum>(2)</enum><text>the notice and justification described in subparagraph (B) of such section.</text></paragraph></section></subtitle>

<subtitle id="HED9BF38DF86044949266345DF7AE1FD7"><enum>E</enum><header>Industrial Base Matters</header>

<section id="H874730014DCE4D489DA0F2D8FDAA19FB"><enum>845.</enum><header>Modernization of acquisition processes to ensure integrity of industrial base</header>

<subsection id="H701D869B37E24FC1B43FA73089E568E7"><enum>(a)</enum><header>In general</header><text>Subchapter II of chapter 148 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block act-name="" id="H1BCD3213E0BB4F14852E5BB4C39FBF11" style="USC">

<section id="HC0A5E36131B649B8A8BD26DB82DCC6C1"><enum>2509.</enum><header>Modernization of acquisition processes to ensure integrity of industrial base</header>

<subsection commented="no" display-inline="no-display-inline" id="HF17CFA6F16E64A4EA16195BD12158142"><enum>(a)</enum><header display-inline="yes-display-inline">Digitization and modernization</header><text display-inline="yes-display-inline">The Secretary of Defense shall streamline and digitize the existing Department of Defense approach for identifying and mitigating risks to the defense industrial base across the acquisition process, creating a continuous model that uses digital tools, technologies, and approaches designed to ensure the accessibility of data to key decision-makers in the Department.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC87EBD5E20684CF6A5F1C3A0A6BB452A"><enum>(b)</enum><header display-inline="yes-display-inline">Analytical framework</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HDA3CF60E27A449B8A7317E7A856F98AE"><enum>(1)</enum><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment, in coordination with the Director of the Defense Counterintelligence and Security Agency and the heads of other elements of the Department of Defense as appropriate, shall develop an analytical framework for risk mitigation across the acquisition process.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC640B6116F634F448A3A7E9000B125DD" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The analytical framework required under paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE446EA1971CB44BE8900AF234D1DE290"><enum>(A)</enum><text display-inline="yes-display-inline">Characterization and monitoring of supply chain risks, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H48F7424F80A74A3AA6F08D2D623E3E00"><enum>(i)</enum><text display-inline="yes-display-inline">material sources and fragility, including the extent to which sources, items, materials, and articles are mined, produced, or manufactured within or outside the United States;</text></clause>

<clause id="H043C2F6F515741218EBB65A0A7D24EEE"><enum>(ii)</enum><text display-inline="yes-display-inline">telecommunications services or equipment (other than optical transmission components);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H822DAEE4F5274C0AAC7E775D9A5D4630"><enum>(iii)</enum><text display-inline="yes-display-inline">counterfeit parts;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H416BD27ED26D488AA1579A92BC7A8A3C"><enum>(iv)</enum><text display-inline="yes-display-inline">cybersecurity of contractors;</text></clause>

<clause id="H0B47DB9553DE49E3B916CB3B56A8D2FD"><enum>(v)</enum><text display-inline="yes-display-inline">video surveillance services or equipment;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB06AEFAEF4ED403C8981A600049385E9"><enum>(vi)</enum><text display-inline="yes-display-inline">vendor vetting in contingency or operational environments;</text></clause>

<clause id="HDE39741A17F7420AA9373A5F1C58B126"><enum>(vii)</enum><text display-inline="yes-display-inline">other electronic or information technology products and services; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H6B808CE8C8DD42458DD7A6D582623A1B"><enum>(viii)</enum><text display-inline="yes-display-inline">other risk areas as determined appropriate.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA58C923ECEF440BEAAA7AC835A28752C"><enum>(B)</enum><text display-inline="yes-display-inline">Characterization and monitoring of risks posed by contractor behavior that constitute violations of laws or regulations, including those relating toâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HED887D8135E5470381DA20086FD17773"><enum>(i)</enum><text display-inline="yes-display-inline">fraud;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HE568FB2E65814F668F9B01C7092096F6"><enum>(ii)</enum><text display-inline="yes-display-inline">ownership structures;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H90715E42D6534526A0DF6A2CBB83E58C"><enum>(iii)</enum><text display-inline="yes-display-inline">trafficking in persons;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H3B0E223E5F184C698C404A6658795C21"><enum>(iv)</enum><text display-inline="yes-display-inline">workersâ€™ health and safety;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD5E80B513BF74934A182CE0C961A8B55"><enum>(v)</enum><text display-inline="yes-display-inline">affiliation with the enemy;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD620FAD27A5F4699A87BAA2D49C4497E"><enum>(vi)</enum><text display-inline="yes-display-inline">foreign influence; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H13D7FA1EE0994020BF838C39D8C2E289"><enum>(vii)</enum><text display-inline="yes-display-inline">other risk areas as deemed appropriate.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D973A1A3D8B41899CD5A8C557CEEA2B"><enum>(C)</enum><text display-inline="yes-display-inline">Characterization and assessment of the acquisition processes and

procedures of the Department of Defense, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HB689AD319CC44F63A4EAFA24771E133F"><enum>(i)</enum><text display-inline="yes-display-inline">market research;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H27474A8E798442A98E7B8F42CC3207E5"><enum>(ii)</enum><text display-inline="yes-display-inline">responsibility determinations, including consideration of the need for special standards of responsibility to address the risks described in subparagraphs (A) and (B);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H7F53D552A59642679EC59C6E1BBAA2A5"><enum>(iii)</enum><text display-inline="yes-display-inline">facilities clearances;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9355345DA3B2480B88C53280DDD9C48F"><enum>(iv)</enum><text display-inline="yes-display-inline">the development of contract requirements;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H13CCBC05434B40708EDD5171DE213233"><enum>(v)</enum><text display-inline="yes-display-inline">the technical evaluation of offers and contract awards;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF7A3339AEC8946649485A82D21464680"><enum>(vi)</enum><text display-inline="yes-display-inline">contractor mobilization, including hiring, training, and establishing facilities;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H461FBB50DF7A4A65B8CA194CB74C3DAD"><enum>(vii)</enum><text display-inline="yes-display-inline">contract administration, contract management, and oversight;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1DF4378B0FE3430CA243C11428B5048D"><enum>(viii)</enum><text display-inline="yes-display-inline">contract audit for closeout;</text></clause>

<clause id="HFE3532EB46D4406A9399B7B9903976A6" commented="no"><enum>(ix)</enum><text display-inline="yes-display-inline">suspension and debarment activities and administrative appeals activities;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H916D61CFCC0A48DAA34B3F1BBB5E9528"><enum>(x)</enum><text display-inline="yes-display-inline">contractor business system reviews; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1B4CE5B1AD4F4BB5A7FA2337F8D1F02F"><enum>(xi)</enum><text display-inline="yes-display-inline">other relevant processes and procedures.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE85AEB2C4A7D467792EDCB5F304F19D3"><enum>(D)</enum><text display-inline="yes-display-inline">Characterization and monitoring of the health and activities of the defense industrial base, including those relating toâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H7F7B95099EBE436BA756E1476A9D3F61"><enum>(i)</enum><text display-inline="yes-display-inline">balance sheets, revenues, profitability, and debt;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HCB473A48EE2242138A9F54AC581F9EDA"><enum>(ii)</enum><text display-inline="yes-display-inline">investment, innovation, and technological and manufacturing sophistication;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8B7EFF0F40564614B366883ABC643ABA"><enum>(iii)</enum><text display-inline="yes-display-inline">finances, access to capital markets, and cost of raising capital within those markets;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HA0F7D0EA4B8149CF83411F8AEC4C4D18"><enum>(iv)</enum><text display-inline="yes-display-inline">corporate governance, leadership, and culture of performance;

and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H26B9C30D0F0C4933AC0D2BD61D5E4FD7"><enum>(v)</enum><text display-inline="yes-display-inline">history of performance on past Department of Defense and government contracts.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC5FE7D0A7E9C49838218D4B7F88A868D"><enum>(c)</enum><header display-inline="yes-display-inline">Roles and responsibilities</header><text display-inline="yes-display-inline">The Secretary of Defense shall designate the roles and responsibilities of organizations and individuals to execute activities under this section, includingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC164D2495B064BE29AD5E8C928DBFDAD"><enum>(1)</enum><text display-inline="yes-display-inline">the Under Secretary of Defense for Acquisition and Sustainment, including the Office of Defense Pricing and Contracting and the Office of Industrial Policy;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H48D215DFB4EB45ED9DDDC9CF71319B78"><enum>(2)</enum><text display-inline="yes-display-inline">service acquisition executives;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A1B0E1A420742568AD2EB89AB443554"><enum>(3)</enum><text display-inline="yes-display-inline">program offices and procuring contracting officers;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4597CF746FAB4A75B9292A9BD8D5D7E8"><enum>(4)</enum><text display-inline="yes-display-inline">administrative contracting officers within the Defense Contract Management Agency and the Supervisor of Shipbuilding;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H12884404E1F64E93BD345A81A7537EAC"><enum>(5)</enum><text display-inline="yes-display-inline">the Defense Counterintelligence and Security Agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF7A30B6D693C4380960171372F33625C"><enum>(6)</enum><text display-inline="yes-display-inline">the Defense Contract Audit Agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1A5636BA556C4BF7A31F74B27AFFBA17"><enum>(7)</enum><text display-inline="yes-display-inline">each element of the Department of Defense which own or operate systems containing data relevant to contractors of the Department;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB79867A0D468468B98FBB036386B7EA1"><enum>(8)</enum><text display-inline="yes-display-inline">the Under Secretary of Defense for Research and Engineering;</text></paragraph>

<paragraph id="HEDC52A60A72045498348DEF1DB682AFF"><enum>(9)</enum><text>the suspension and debarment official of the Department;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7227D7FFB076411FBAAF30B713E08C6A"><enum>(10)</enum><text display-inline="yes-display-inline">the Chief Information Officer; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6EBDEDBA21BD4D65B5273C806F9067A2"><enum>(11)</enum><text display-inline="yes-display-inline">other relevant organizations and individuals.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7FCD5E1D60204809B618BFD77A82899C"><enum>(d)</enum><header display-inline="yes-display-inline">Enabling data, tools, and systems</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H6BA1369D132E46B0A0D9C90151EBD8AD"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H0CEF4494EDFB4D9E94B5F7210BBB2B28"><enum>(A)</enum><text>The Under Secretary of

Defense for Acquisition and Sustainment, in consultation with the Chief Data Officer of the Department of Defense and the Director of the Defense Counterintelligence and Security Agency, shall assess the extent to which existing systems of record relevant to risk assessments and contracting are producing, exposing, and timely maintaining valid and reliable data for the purposes of the Departmentâ€™s continuous assessment and mitigation of risks in the defense industrial base.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD05C7FC3E40B4E46B6AAC8676D124AF8" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">The assessment required under subparagraph (A) shall include the following elements:</text>

<clause commented="no" display-inline="no-display-inline" id="H2013BDCE05A54657831C5FB8C88FB257"><enum>(i)</enum><text display-inline="yes-display-inline">Identification of the necessary source data, to include data from contractors, intelligence and security activities, program offices, and commercial research entities.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H45448E0CFFB1479AAB858D1F2667CB08"><enum>(ii)</enum><text display-inline="yes-display-inline">A description of the modern data infrastructure, tools, and applications and what changes would improve the effectiveness and efficiency of mitigating the risks described in subsection (b)(2).</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H55B2472708B94CE085696981A66B15AF"><enum>(iii)</enum><text display-inline="yes-display-inline">An assessment of the following systems owned or operated outside of the Department of Defense that the Department depends upon or to which it provides data:</text>

<subclause commented="no" display-inline="no-display-inline" id="HB1DF51EB36E9445C992B76F314B4127E"><enum>(I)</enum><text display-inline="yes-display-inline">The Federal Awardee Performance and Integrity Information System (FAPIIS).</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H349447683F344C5EB2FED1C358AC2A88"><enum>(II)</enum><text display-inline="yes-display-inline">The System for Award Management (SAM).</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H38E3832FDB054EBFA9C268D295F9725D"><enum>(III)</enum><text display-inline="yes-display-inline">The Federal Procurement Data Systemâ€"Next Generation (FPDSâ€"NG).</text></subclause>

<subclause id="H19F0835900AD44848A3B700029807786"><enum>(IV)</enum><text>The Electronic Data Management Information System.</text></subclause>

<subclause id="HAC37113969754D59959975C44A18562E"><enum>(V)</enum><text>Other systems the Secretary of Defense determines appropriate.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H464244248BD1463DA5E7E051C34C6D8B"><enum>(iv)</enum><text display-inline="yes-display-inline">An assessment of systems owned or operated by the Department of Defense, including the Defense Counterintelligence and Security Agency and other defense agencies and field activities used to capture and analyze the status and performance (including past performance) of vendors and contractors.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDBF25411E81649C3B8C4501E12C1E7B0" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Based on the findings pursuant to paragraph (1), the Secretary of Defense shall develop a unified set of activities to modernize the systems of record, data sources and collection methods, and data exposure mechanisms. The unified set of activities should featureâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H04A52BE0D6A74AFCBBBE0C02DC1489C4"><enum>(A)</enum><text display-inline="yes-display-inline">the ability to continuously collect data on, assess, and mitigate risks;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="HB6DD8913F19F40D8892AB82599F94F8E"><enum>(B)</enum><text display-inline="yes-display-inline">data analytics and business intelligence tools and methods; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5CB368AAE0A649F0BB1CF754EA6C527F"><enum>(C)</enum><text display-inline="yes-display-inline">continuous development and continuous delivery of secure software to implement the activities.</text></subparagraph></paragraph></subsection>

<subsection id="H87C06B3A48634B37A25F2BD87C565C0C"><enum>(e)</enum><header>Rule of construction</header><text>Nothing in this section shall be construed to limit or modify any other procurement policy, procedure, requirement, or restriction provided by law.</text></subsection>

<subsection id="H1A838A6B148F4592B5F99D9C6514F548"><enum>(f)</enum><header>Implementation and reporting requirements</header><text>The Secretary of Defense shall carry out the implementation phases set forth in, and submit to the congressional defense committees the items of information required by, the following paragraphs:</text>

<paragraph id="H85D5E9152D0A4D13A27EFDAE49B51075"><enum>(1)</enum><header>Phase 1: implementation plan</header><text>Not later than 90 days after the date of the enactment of this section, an implementation plan and schedule for carrying out the framework established pursuant to subsection (b), includingâ€"</text>

<subparagraph id="HD10D5A05ED3549EF946C1F52E09AA3D0"><enum>(A)</enum><text display-inline="yes-display-inline">a discussion and recommendations for any changes to, or exemptions from, laws necessary for effective implementation, including updating the definitions in section 2339a(e) of this title relating to covered procurement, covered system, and covered item of supply, and any similar terms defined in other law or regulation; and</text></subparagraph>

<subparagraph id="H686393DE9C564E3C9933F703881D8A31"><enum>(B)</enum><text display-inline="yes-display-inline">a process for an entity to contact the Department after the entity has taken steps to remediate, mitigate, or otherwise address the risks identified by the Department in conducting activities under subsection (b).</text></subparagraph></paragraph>

<paragraph id="H4B6884AD577E48DDA668A4A3D80CE93D"><enum>(2)</enum><header>Phase 2: implementation of framework</header><text>Not later than one year after the date of the submission of the implementation plan and schedule required under paragraph (1), a report on the actions taken to implement the framework established pursuant to subsection (b).</text></paragraph></subsection>

<subsection id="HEE46C85A3EBF4BCB81AD28681EE72EA6"><enum>(g)</enum><header>Comptroller General reviews</header>

<paragraph id="HAB30B76E661C406684EE190C951BD324"><enum>(1)</enum><header>Briefing</header><text>Not later than February 15, 2020, the Comptroller General of the United States shall brief the congressional defense committees on Department of Defense efforts over the previous 5 years to continuously assess and mitigate risks to the defense industrial base across the acquisition process, and a summary of current and planned efforts.</text></paragraph>

<paragraph id="HB2F8B585A1CC498F9AD52540DF840E9B"><enum>(2)</enum><header>Periodic assessments</header><text>The Comptroller General shall submit to the congressional defense committees three periodic assessments of Department of Defense progress in implementing the framework required under subsection (b), to be provided not later than October 15, 2020, March 15, 2022, and March 15, 2024.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H3059C3A63F454BA0B8C506059AA1EFDC"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of subchapter II of chapter 148 of such title is amended by inserting after the item relating to section 2508 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H31220830EDBF49D3BB270F9703D8DF4D" style="USC">

<toc>

<toc-entry bold="off" level="section">2509. Modernization of acquisition processes to ensure integrity of industrial base.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H7E51F057BA094389826B68FB952F1D66"><enum>846.</enum><header>Report requirements for the national technology and industrial base</header>

<subsection id="H69004D1F73BF406EB8DD1B276D817F77"><enum>(a)</enum><header>National security strategy for national technology and industrial base</header><text>Section 2501(a) of title 10, United States Code, is amended by inserting after the first sentence the following new sentence: <quote>The Secretary shall submit such strategy to Congress not later than 180 days after the date of submission of the national security strategy report required under section 108 of the National Security Act of 1947 (50 U.S.C. 3043).</quote>.</text></subsection>

<subsection id="HBE25D5D1CD6143739483128D544FA8A5"><enum>(b)</enum><header>Annual report to Congress</header><text>Section 2504(3) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HB9B1A16A48CD43FBBE4BB84C39EB8A7C"><enum>(1)</enum><text>in the matter preceding subparagraph (A), by inserting <quote>Executive order or</quote> after <quote>pursuant to</quote>;</text></paragraph>

<paragraph id="H235740C7C8BA4758A50F72E432555C22"><enum>(2)</enum><text>by amending subparagraph (A) to read as follows:</text>

<quoted-block id="H36D43D2FFFD34CF189AA780B1A1C35F5" style="OLC">

<subparagraph id="H2ECD7E96B034423C9D381C748629F398"><enum>(A)</enum><text>a map of the industrial base;</text></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HED06F295084F43A295E47E26B0E630B7" commented="no"><enum>(3)</enum><text>by redesignating subparagraph (B) as subparagraph (C); and</text></paragraph>

<paragraph id="H2F1193F8B1CC45AD86FA94F76E26B8F4"><enum>(4)</enum><text>by inserting after subparagraph (A) the following new subparagraph:</text>

<quoted-block style="USC" id="HD6C6F338660A4B27B42E1B64BF5AEECD" display-inline="no-display-inline">

<subparagraph id="H0273DF2F138740EA8DBFA876C76BEE36"><enum>(B)</enum><text>a prioritized list of gaps or vulnerabilities in the national technology and industrial base, includingâ€"</text>

<clause id="HA3D21613A95E4B81BA828964AF63C385"><enum>(i)</enum><text>a description of mitigation strategies necessary to address such gaps or vulnerabilities;</text></clause>

<clause id="H731D4BA52D2044369B562992E35BF2A2"><enum>(ii)</enum><text>the identification of the Secretary concerned or the head of the Defense Agency responsible for addressing such gaps or vulnerabilities; and</text></clause>

<clause id="HABBF6F93938044998BEA4210DD6FED16"><enum>(iii)</enum><text>a proposed timeline for action to address such gaps or vulnerabilities; and</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H8F5951B734EE4BA69E346843F3F19052"><enum>(c)</enum><header>Annual report on unfunded priorities for national technical industrial base</header>

<paragraph id="H9A4FB3CCD5E3498FAB1DCEB643D2D1FD"><enum>(1)</enum><header>In general</header><text>Subchapter II of chapter 148 of title 10, United States Code, is amended by inserting after section 2504 the following new section:</text>

<quoted-block id="H0DE5842FBF2C4518A28BCFA53FFB7EAE" style="USC">

<section id="H7D4A197955E1457FA391AD9FC48FE0BD"><enum>2504a.</enum><header>Unfunded priorities of the national technology and industrial base: annual report</header>

<subsection id="H121EDA4D62804A98A226187D4B20DC7B"><enum>(a)</enum><header>Annual report</header><text>Not later than 10 days after the date on which the budget of the President for a fiscal year is submitted to Congress pursuant to section 1105 of title 31, the Under Secretary of Defense for Acquisition and Sustainment shall submit to the Secretary of Defense, the Chairman of the Joint Chiefs of Staff, and the congressional defense committees a report on the unfunded priorities to address gaps or vulnerabilities in the national technology and industrial base.</text></subsection>

<subsection id="H42E354B89127403EB279B12330F79EC2"><enum>(b)</enum><header>Elements</header>

<paragraph id="H9852F3A907E4406F9C229AFD7281EA2B"><enum>(1)</enum><header>In general</header><text>Each report under subsection (a) shall specify, for each unfunded priority covered by such report, the following:</text>

<subparagraph id="H9A6EDD86B5D641328349A3AC6E266F31"><enum>(A)</enum><text>A summary description of such priority, including the objectives to be achieved if such priority is funded (whether in whole or in part).</text></subparagraph>

<subparagraph id="H18EEB8237CF6401490CD352377EA9976"><enum>(B)</enum><text>The additional amount of funds recommended in connection with the objectives under subparagraph (A).</text></subparagraph>

<subparagraph id="H84C7DD4B95D245E7910A135B9E2F4598"><enum>(C)</enum><text>Account information with respect to such priority, including the following (as applicable):</text>

<clause id="H42A09804D833457D8DB8099787D7F4B9"><enum>(i)</enum><text>Line Item Number (LIN) for applicable procurement accounts.</text></clause>

<clause id="H79D45399172D42B8AB6ABDE4DD8A905D"><enum>(ii)</enum><text>Program Element (PE) number for applicable research, development, test, and evaluation accounts.</text></clause>

<clause id="H540F9DE2CCE7429CADF436EB24E06E7D"><enum>(iii)</enum><text>Sub-activity group (SAG) for applicable operation and maintenance accounts.</text></clause></subparagraph></paragraph>

<paragraph id="H47EC0CA673DE425FBA7F0BA075261A88"><enum>(2)</enum><header>Prioritization of priorities</header><text display-inline="yes-display-inline">Each report shall present the unfunded priorities covered by such report in order of urgency of priority.</text></paragraph></subsection>

<subsection id="H585F97F75603469A8CDF991A50981554"><enum>(c)</enum><header>Unfunded priority defined</header><text display-inline="yes-display-inline">In this section, the term <term>unfunded priority</term>, in the case of a fiscal year, means a program, activity, or mission requirement of the national technology and industrial base thatâ€"</text>

<paragraph id="H54502CCFF05E4A6099D476BF5F6BF869"><enum>(1)</enum><text>is not funded in the budget of the President for the fiscal year as submitted to Congress pursuant to section 1105 of title 31;</text></paragraph>

<paragraph id="H92B3A77EBAFA45238AF964F681CA1C0A"><enum>(2)</enum><text>is necessary to address gaps or vulnerabilities in the national technology and industrial base; and</text></paragraph>

<paragraph id="HDB591A6CA91D4D3E964E1ECD92A8EF4B"><enum>(3)</enum><text>would have been recommended for funding through the budget referred to in paragraph (1) ifâ€"</text>

<subparagraph id="H2C628217AF9C49F08A181D0C43A25815"><enum>(A)</enum><text>additional resources had been available for the budget to fund the program, activity, or mission requirement; or</text></subparagraph>

<subparagraph id="HA425C6703C484FD38A1B8A137B5C0FE2"><enum>(B)</enum><text display-inline="yes-display-inline">the program, activity, or mission requirement had emerged before the budget was formulated.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE3BB0A063BD4465C8E12BFDF2080AB45"><enum>(2)</enum><header>Clerical

amendment</header><text>The table of sections for such subchapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H987BB1283E2F404D903A82479818C0F0" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2504a. Unfunded priorities of the national technology and industrial base: annual report.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HBADAF18C20C54C6C8C0D930763E48799" section-type="subsequent-section"><enum>847.</enum><header display-inline="yes-display-inline">Mitigating risks related to foreign ownership, control, or influence of Department of Defense contractors or subcontractors</header>

<subsection commented="no" display-inline="no-display-inline" id="H5671AA66C7C94FBEA74221A45EB2368A"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5D552243BB1045CCBF143D0BBCE9FA95"><enum>(1)</enum><header display-inline="yes-display-inline">Beneficial owner; beneficial ownership</header><text display-inline="yes-display-inline">The terms <term>beneficial owner</term> and <term>beneficial ownership</term> shall be determined in a manner that is not less stringent than the manner set forth in section 240.13dâ€"3 of title 17, Code of Federal Regulations (as in effect on the date of the enactment of this Act).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2DBF026134F34710954FEF9BD942A077"><enum>(2)</enum><header display-inline="yes-display-inline">Company</header><text display-inline="yes-display-inline">The term <term>company</term> means any corporation, company, limited liability company, limited partnership, business trust, business association, or other similar entity.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBED9E38DC71C466ABCE2E899FE2D3AC5"><enum>(3)</enum><header display-inline="yes-display-inline">Covered contractor or subcontractor</header><text display-inline="yes-display-inline">The term <term>covered contractor or subcontractor</term> means a company that is an existing or prospective contractor or subcontractor of the Department of Defense on a contract or subcontract with a value in excess of $5,000,000, except as provided in subsection (c).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE547E5AC2F424555B0A6BA2BB40175DF"><enum>(4)</enum><header display-inline="yes-display-inline">Foreign ownership, control, or influence; FOCI</header><text display-inline="yes-display-inline">The terms <term>foreign ownership, control, or influence</term> and <term>FOCI</term> have the meanings given those terms in the National Industrial Security Program Operating Manual (DOD 5220.22â€"M), or a successor document.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA2EE75C9F7A54638BCD66EC1AA9CBA67"><enum>(b)</enum><header display-inline="yes-display-inline">Improved assessment and mitigation of risks related to foreign ownership, control, or influence</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE5D9977974044673BAB19C809A803C4D"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">In developing and implementing the analytical framework for mitigating risk relating to ownership structures, as required by section 2509 of title 10, United States Code, as added by section 845 of this Act, the Secretary of Defense shall improve the process and procedures for the assessment and mitigation of risks related to foreign ownership, control, or influence (FOCI) of contractors and subcontractors doing business with the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="HE8B5F880148142A28212F25B90F746DC"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The process and procedures for the assessment and mitigation of risk relating to ownership structures referred to in paragraph (1) shall include the following elements:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H698329DEFEAE463B8266444699340F89"><enum>(A)</enum><header display-inline="yes-display-inline">Assessment of FOCI</header>

<clause commented="no" display-inline="yes-display-inline" id="HB9C4688BEC0C4079B7DD100E980D3DF3"><enum>(i)</enum><text display-inline="yes-display-inline">A requirement for covered contractors and subcontractors to disclose to the Defense Counterintelligence and Security Agency, or its successor organization, their beneficial ownership and whether they are under FOCI.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H6F48E6B095734459ACE595F66A750794" indent="up1"><enum>(ii)</enum><text display-inline="yes-display-inline">A requirement to update such disclosures when changes occur to information previously provided, consistent with or similar to the procedures for updating FOCI information under the National Industrial Security Program Operating Manual (DOD 5220.22â€"M), or a successor document.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5D2A5E3943674414A5396A348B2C432A" indent="up1"><enum>(iii)</enum><text display-inline="yes-display-inline">A requirement for covered contractors and subcontractors determined to be under FOCI to disclose contact information for each of its foreign owners that is a beneficial owner.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF167925C049A4A7581EB385630F315F9" indent="up1"><enum>(iv)</enum><text display-inline="yes-display-inline">A requirement that, at a minimum, the disclosures required by this paragraph be provided at the time the contract or subcontract is awarded, amended, or renewed, but in no case later than one year after the Secretary prescribes regulations to carry out this subsection.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7997059533DF4B75B0B468771A4CF14A"><enum>(B)</enum><header display-inline="yes-display-inline">Responsibility determination</header><text display-inline="yes-display-inline">Consistent with section 2509 of title 10, United States Code, as added by section 845 of this Act, consideration of FOCI risks as part of responsibility determinations, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H2D8F42FE6C7B4DFF8F0C06679609C420"><enum>(i)</enum><text display-inline="yes-display-inline">whether to establish a special standard of responsibility relating to FOCI risks for covered contractors or subcontractors, and the extent to which the policies and procedures consistent with or similar to those relating to FOCI under the National Industrial Security Program shall be applied to covered contractors or subcontractors;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H79B6B7B490BA4F7CA59E23C59608C2AD"><enum>(ii)</enum><text display-inline="yes-display-inline">procedures for contracting officers making responsibility determinations regarding whether covered contractors and subcontractors may be under foreign ownership, control, or influence and for determining whether there is reason to believe that such foreign ownership, control, or influence would pose a risk or potential risk to national security or potential compromise because of sensitive data, systems, or processes, such as personally identifiable information, cybersecurity, or national security systems involved with the contract or subcontract; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H43F7CB8500714C9AB46E526C310E3F00"><enum>(iii)</enum><text display-inline="yes-display-inline">modification of policies, directives, and practices to provide that an assessment that a covered contractor or subcontractor is under FOCI may be a sufficient basis for a contracting officer to determine that a contractor or subcontractor is not responsible.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9861BEF3FC3A43DDA09A4A3B66AD178F"><enum>(C)</enum><header display-inline="yes-

display-inline">Contract requirements, administration, and oversight relating to foci</header>

<clause commented="no" display-inline="no-display-inline" id="HAD28ACD35E2F4913A92F597B0937C4CF"><enum>(i)</enum><text display-inline="yes-display-inline">Requirements for contract clauses providing for and enforcing disclosures related to changes in FOCI or beneficial ownership during performance of the contract or subcontract, consistent with subparagraph (A), and necessitating the effective mitigation of risks related to FOCI throughout the duration of the contract or subcontract.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H45C19408010640DFBE9A19CCA8E56E5A"><enum>(ii)</enum><text display-inline="yes-display-inline">Pursuant to section 831(c), designation of the appropriate Department of Defense official responsible to approve and to take actions relating to award, modification, termination of a contract, or direction to modify or terminate a subcontract due to an assessment by the Defense Counterintelligence and Security Agency, or its successor organization, that a covered contractor or subcontractor under FOCI poses a risk to national security or potential risk of compromise.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC3E316A90A694D258D48E4F9B0534D12"><enum>(iii)</enum><text display-inline="yes-display-inline">A requirement for the provision of additional information regarding beneficial ownership and control of any covered contractor or subcontractor on the contract or subcontract.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H86A84833349F4DAF8F924FCDB5E7FFDB"><enum>(iv)</enum><text display-inline="yes-display-inline">Other measures as necessary to be consistent with other relevant practices, policies, regulations, and actions, including those under the National Industrial Security Program.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8593C12822A94F828AC5283439B2F082"><enum>(c)</enum><header display-inline="yes-display-inline">Applicability to contracts and subcontracts for commercial products and services and other forms of acquisition agreements</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0FFDB2A416C143D4B4F7954F5F859069"><enum>(1)</enum><header display-inline="yes-display-inline">Commercial products and services</header><text display-inline="yes-display-inline">The requirements under subsection (b)(2)(A) and (b)(2)(C) shall not apply to a contract or subcontract for commercial products or services, unless a designated senior Department of Defense official specifically requires the applicability of subsections (b)(2)(A) and (b)(2)(C) based on a determination by the designated senior official that the contract or subcontract involves a risk or potential risk to national security or potential compromise because of sensitive data, systems, or processes, such as personally identifiable information, cybersecurity, or national security systems.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD1BBEB1A72B44E6A9F30CB8F4F8A24F4"><enum>(2)</enum><header display-inline="yes-display-inline">Research and development and procurement activities</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that the requirements of this section are applied to research and development and procurement activities, including for the delivery of services, established through any means including those under section 2358(b) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H83699BE194B14FEBB12E9A809150E841"><enum>(d)</enum><header display-inline="yes-display-inline">Availability of resources</header><text display-inline="yes-display-inline">The Secretary shall ensure that sufficient resources, including subject matter expertise, are allocated to execute the functions necessary to carry out this section, including the assessment, mitigation, contract administration, and oversight functions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDFD2810561454F7C9F9B3666F746A72B"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-

inline">Nothing in this section shall be construed to limit or modify any other procurement policy, procedure, requirement, or restriction provided by law, including section 721 of the Defense Production Act of 1950 (50 U.S.C. 4565), as amended by the Foreign Interference Risk Review Modernization Act of 2018 (subtitle A of title XVII of Public Law 115â€"232).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H78CDF16ABB0444D793E757822601D3C4"><enum>(f)</enum><header display-inline="yes-display-inline">Availability of beneficial ownership data</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9D996292E9E84A9BA7D8CE728E019492"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish a process to update systems of record to improve the assessment and mitigation of risks associated with FOCI through the inclusion and updating of all appropriate associated uniquely identifying information about the contracts and contractors and subcontracts and subcontractors in the Federal Awardee Performance and Integrity Information System (FAPIIS), administered by the General Services Administration, and the Commercial and Government Entity (CAGE) database, administered by the Defense Logistics Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7CF40166371F4EE3A76D1DBC2E258A34"><enum>(2)</enum><header display-inline="yes-display-inline">Limited availability of information</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that the information required to be disclosed pursuant to this section isâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9718BED2E0E046379B6D84143F092627"><enum>(A)</enum><text display-inline="yes-display-inline">not made public;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBFE2BA4DB46F428093C90A95C59CC75D"><enum>(B)</enum><text display-inline="yes-display-inline">made available via the FAPIIS and CAGE databases; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H54237F901F5E4D54B0369952E69126A2"><enum>(C)</enum><text display-inline="yes-display-inline">made available to appropriate government departments or agencies. </text></subparagraph></paragraph></subsection></section>

<section id="HD0190052397B463EA6387A322E2AA5E0"><enum>848.</enum><header>Prohibition on operation or procurement of foreign-made unmanned aircraft systems</header>

<subsection commented="no" display-inline="no-display-inline" id="H44712E8367FE4B3D8F1370B2EEAC457E"><enum>(a)</enum><header display-inline="yes-display-inline">Prohibition on agency operation or procurement</header><text display-inline="yes-display-inline">The Secretary of Defense may not operate or enter into or renew a contract for the procurement ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H481993C47E4441CC9099B409FBBB3721"><enum>(1)</enum><text display-inline="yes-display-inline">a covered unmanned aircraft system thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H88C4A395BD524ADF8FCFF8F9057C0C6D"><enum>(A)</enum><text display-inline="yes-display-inline">is manufactured in a covered foreign country or by an entity domiciled in a covered foreign country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF8B1827AE2A24609A9CDD20DB8204D38"><enum>(B)</enum><text display-inline="yes-display-inline">uses flight controllers, radios, data transmission devices, cameras, or gimbals manufactured in a covered foreign country or by an entity domiciled in a covered foreign country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA4F423CEF829400D950F9842C1766C6B"><enum>(C)</enum><text display-inline="yes-display-inline">uses a ground control system or operating software developed in a covered foreign country or by an entity domiciled in a covered foreign country;

or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB49D1EAE046C4FA9987EF6B350F20F49"><enum>(D)</enum><text display-inline="yes-display-inline">uses network connectivity or data storage located in or administered by an entity domiciled in a covered foreign country; or</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBAC7BAA1CE564EDCB50EFB15FD75415A"><enum>(2)</enum><text display-inline="yes-display-inline">a system manufactured in a covered foreign country or by an entity domiciled in a covered foreign country for the detection or identification of covered unmanned aircraft systems.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H52F5F7E0D286460192BDF7099A06612E"><enum>(b)</enum><header display-inline="yes-display-inline">Exemption</header><text display-inline="yes-display-inline">The Secretary of Defense is exempt from the restriction under subsection (a) if the operation or procurement is for the purposes ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC1B7E6693C204B75B2A5327FE925A95E"><enum>(1)</enum><text display-inline="yes-display-inline">Counter-UAS surrogate testing and training; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H603A95D2B517432A8C2039A18D16FE22"><enum>(2)</enum><text display-inline="yes-display-inline">intelligence, electronic warfare, and information warfare operations, testing, analysis, and training.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8BD6D690504945B2A489B2F4EA3AF43A"><enum>(c)</enum><header display-inline="yes-display-inline">Waiver</header><text display-inline="yes-display-inline">The Secretary of Defense may waive the restriction under subsection (a) on a case by case basis by certifying in writing to the congressional defense committees that the operation or procurement is required in the national interest of the United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD4D23EEBC2E942609FCDE8D9ECB818B8"><enum>(d)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H67972C9A4F494B03A0BDB1C45837BFC6"><enum>(1)</enum><header display-inline="yes-display-inline">Covered foreign country</header><text display-inline="yes-display-inline">The term <term>covered foreign country</term> means the Peopleâ€™s Republic of China.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC8039607C6984ABBBAEA74EDE7649B78"><enum>(2)</enum><header display-inline="yes-display-inline">Covered unmanned aircraft system</header><text display-inline="yes-display-inline">The term <term>covered unmanned aircraft system</term> means an unmanned aircraft system and any related services and equipment.</text></paragraph></subsection></section>

<section id="HCB2F32ADC3134ACB812F9FEEF3E170A3"><enum>849.</enum><header>Modification of prohibition on acquisition of sensitive materials from non-allied foreign nations</header>

<subsection id="H87CDB5CFDDC940ACA4D2C0769349058D"><enum>(a)</enum><header>Expansion of materials covered by prohibition on sale from National Defense Stockpile</header><text>Subsection (a)(2) of section 2533c of title 10, United States Code, is amended, in the matter preceding subparagraph (A), by striking <quote>covered material</quote> and inserting <quote>material</quote>.</text></subsection>

<subsection id="H9387AC6886AB424AAEC39C20911CF780"><enum>(b)</enum><header>Inclusion of tantalum in definition of covered materials</header><text>Subsection (d)(1) of such section is amendedâ€"</text>

<paragraph id="H545733F21C6346E691BA0AF7937FFCCC"><enum>(1)</enum><text>in subparagraph (C), by striking <quote>; and</quote> and inserting a semicolon;</text></paragraph>

<paragraph id="H3ACFF0F8D5D3418680D9CCF1E259C22C"><enum>(2)</enum><text>in subparagraph (D), by striking the period and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="HE1A2225D9CE146C0B16AFEAE9A019392"><enum>(3)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H751A0059BC3C44A7BBB3C23E78408A54" style="OLC">

<subparagraph id="H61C732D657E849289EA0D46A60D03F8A"><enum>(E)</enum><text>tantalum metals and alloys.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H2FA05D7C411A482E9C194B19BF1D6FAE" section-type="subsequent-section"><enum>850.</enum><header>Acquisition and disposal of certain rare earth materials</header>

<subsection id="H72A91FF43A03490C9E798735A7731760"><enum>(a)</enum><header>Authority to dispose of and acquire materials for the national defense stockpile</header>

<paragraph id="HB95527DED24D4F668287078D7B7F357A"><enum>(1)</enum><header>Disposal authority</header><text>Pursuant to section 5(b) of the Strategic and Critical Materials Stock Piling Act (50 U.S.C. 98d(b)), the National Defense Stockpile Manager shall dispose of 3,000,000 pounds of tungsten ores and concentrates contained in the National Defense Stockpile (in addition to any amount previously authorized for disposal).</text></paragraph>

<paragraph id="H93A92A87CBA7477B85C81437511B4440"><enum>(2)</enum><header>Acquisition authority</header>

<subparagraph id="H0F10AD769FD24FB29A1F39D9DEDE3387"><enum>(A)</enum><header>Authority</header><text>Using funds available in the National Defense Stockpile Transaction Fund, the National Defense Stockpile Manager may acquire the following materials determined to be strategic and critical materials required to meet the defense, industrial, and essential civilian needs of the United States:</text>

<clause id="H458230C2D396437A899D5EFDE3BC0D7F"><enum>(i)</enum><text>Aerospace-grade rayon.</text></clause>

<clause id="H5A876124FB3A4DC992FBBDAA71EE8BB8"><enum>(ii)</enum><text>Electrolytic manganese metal.</text></clause>

<clause id="HEA11622C7BFB41C598228BD654BC2208"><enum>(iii)</enum><text>Pitch-based carbon fiber.</text></clause>

<clause id="H0D61AE9837D4445097E2AE5ED9C69DFE"><enum>(iv)</enum><text>Rare earth cerium compounds.</text></clause>

<clause id="HF31929F2C54A41E2B11A328F222FDFD5"><enum>(v)</enum><text>Rare earth lanthanum compounds.</text></clause></subparagraph>

<subparagraph id="HA716AEB7E73F42DEB0E4380DBEF76484" commented="no"><enum>(B)</enum><header>Amount of authority</header><text display-inline="yes-display-inline">The National Defense Stockpile Manager may use up to $37,420,000 in the National Defense Stockpile Transaction Fund for acquisition of the materials specified in this paragraph.</text></subparagraph></paragraph>

<paragraph id="H781D9B689BAF4EDA8C7F6A0195905E5D"><enum>(3)</enum><header>Fiscal year limitation</header><text>The authority under this subsection is available for purchases made during fiscal year 2020 through fiscal year 2024.</text></paragraph></subsection>

<subsection id="H8A59F3FB0FB344C8BB3C7DA1C3F4833A"><enum>(b)</enum><header>Sense of Congress relating to national defense stockpile sales</header><text display-inline="yes-display-inline">It is the sense of Congress that tantalum should be designated as a strategic and critical material under the Strategic and Critical Materials Stock Piling Act (50 U.S.C. 98 et seq.) required to meet the defense, industrial, and essential civilian needs of the United States.</text></subsection>

<subsection id="H746B6075AD9A4B0B8A35A05DFC7F2AC2"><enum>(c)</enum><header>Report on supply chain issues for rare earth materials</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the

Administrator of the Defense Logistics Agency, in coordination with the Deputy Assistant Secretary of Defense for Industrial Policy, shall submit a report to Congress assessing issues relating to the supply chain for rare earth materials. Such report shall include the following:</text>

<paragraph id="H096464971FDB42D8AC2095AD744E1F60"><enum>(1)</enum><text>An assessment of the rare earth materials in the reserves held by the United States.</text></paragraph>

<paragraph id="H899E02FF22F94FC0AA08857218199488"><enum>(2)</enum><text display-inline="yes-display-inline">A estimate of the needs of the United States for rare earth materialsâ€"</text>

<subparagraph id="HDCED74771D8B4F5A8F6EDAEFE180CDC5"><enum>(A)</enum><text>in general; and</text></subparagraph>

<subparagraph id="HAEDF38BFF59444528EAA97E20CD61540"><enum>(B)</enum><text>to support a major near-peer conflict as described in war game scenarios in the 2018 National Defense Strategy.</text></subparagraph></paragraph>

<paragraph id="H6ADA382EA28643949384E3083E95941E"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of the extent to which substitutes for rare earth materials are available.</text></paragraph>

<paragraph id="HB27F6256A44741B19D39F3A42A59EF64"><enum>(4)</enum><text>A strategy or plan to encourage the use of rare earth materials mined, refined, processed, melted, or sintered in the United States, or from trusted allies, including an assessment of the best acquisition practices (which shall include an analysis of best value contracting methods) to ensure the viability of trusted suppliers of rare earth materials to meet national security needs.</text></paragraph></subsection></section>

<section id="H6D22A0431F5B421C9A323ECC540CC3B7"><enum>851.</enum><header>Pilot program for development of technology-enhanced capabilities with partnership intermediaries</header>

<subsection id="HCA61E56F5E354F948E854C544C7C7A7B"><enum>(a)</enum><header>Establishment</header><text>The Commander of the United States Special Operations Command may use the greater of $2,000,000 or 5 percent of the funds required to be expended by the United States Special Operations Command under section 9(f)(1) of the Small Business Act (15 U.S.C. 638(f)(1)) for a pilot program to increase participation by small business concerns in the development of technology-enhanced capabilities for special operations forces.</text></subsection>

<subsection id="H800E98F9BDDA423798972C2DCE01EB6A"><enum>(b)</enum><header>Use of partnership intermediary</header>

<paragraph id="H5226F5AFF1724760B0F98A869BA360BB"><enum>(1)</enum><header>Authorization</header><text>The Commander of the United States Special Operations Command may modify an existing agreement with a partnership intermediary to assist the Commander in carrying out the pilot program under this section, including with respect to the award of contracts and agreements to small business concerns.</text></paragraph>

<paragraph id="H44B65FCFEE664515B51CEDA39A66AB0F"><enum>(2)</enum><header>Use of funds</header><text>None of the funds referred to in subsection (a) shall be used to pay a partnership intermediary for any administrative costs associated with the pilot program.</text></paragraph></subsection>

<subsection id="H00533E183DCD4DED9669D4932ED3EDC7"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than October 1, 2020, and October 1, 2021, the Commander of the United States Special Operations Command, in coordination with the Under Secretary of Defense for Research and Engineering, shall submit to the congressional defense committees, the Committee on Small Business of the House of Representatives, and the Committee on Small Business and Entrepreneurship of the Senate a report describing any agreement with a partnership intermediary entered into pursuant to this section. The report shall include, for each such agreement, the amount of funds obligated, an identification of the recipient of such funds, and a description of the use of such funds.</text></subsection>

<subsection id="H48A7FD329D1A45DEB24A7E3B56572D91"><enum>(d)</enum><header>Termination</header><text>The authority to carry out a pilot program under this section shall terminate on September 30, 2021.</text></subsection>

<subsection id="HD2B9658AED4943CAA443AA4AE080FD97"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H2DBBC8641C0B434088B635EE4E41B83E"><enum>(1)</enum><header>Partnership intermediary</header><text>The term <term>partnership intermediary</term> has the meaning given the term in section 23(c) of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3715(c)).</text></paragraph>

<paragraph id="H986041C8B9194A53B7FE70D956E08BF6"><enum>(2)</enum><header>Small business concern</header><text>The term <term>small business concern</term> has the meaning given the term under section 3 of the Small Business Act (15 U.S.C. 632).</text></paragraph>

<paragraph id="HC22254771A02451D97349846485C28AE"><enum>(3)</enum><header>Small business innovation research program</header><text>The term <term>Small Business Innovation Research Program</term> has the meaning given the term in section 9(e)(4) of the Small Business Act (15 U.S.C. 638(e)).</text></paragraph>

<paragraph id="H68D2437FA3D2432BB88F63F2884F0290"><enum>(4)</enum><header>Small business technology transfer program</header><text>The term <term>Small Business Technology Transfer Program</term> has the meaning given the term in section 9(e)(6) of the Small Business Act (15 U.S.C. 638(e)).</text></paragraph>

<paragraph commented="no" id="HAEF50C54F6674229BE684E33742DC442"><enum>(5)</enum><header>Technology-enhanced capability</header><text display-inline="yes-display-inline">The term <quote>technology-enhanced capability</quote> means a product, concept, or process that improves the ability of a member of the Armed Forces to achieve an assigned mission.</text></paragraph></subsection></section>

<section id="H0267376803044F80AD840B63E7F36155"><enum>852.</enum><header>Authorized official to carry out the procurement technical assistance cooperative agreement program</header>

<subsection id="H983CF348BB0E498C80DD949CA81931CA"><enum>(a)</enum><header>Authorized official</header><text>Effective October 1, 2021, section 2411(3) of title 10, United States Code, is amended by striking <quote>Director of the Defense Logistics Agency</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subsection>

<subsection id="HF50D19BE19154376B7943C8390FD98E8"><enum>(b)</enum><header>Report and briefing</header><text>Not later than November 1, 2020, the Secretary of Defense shall provide to the congressional defense committees a written report and briefing on the activities carried out in preparation for the transition of responsibilities for carrying out the procurement technical assistance cooperative agreement program under chapter 142 of title 10, United States Code, from the Director of Defense Logistics Agency to the Under Secretary of Defense for Acquisition and Sustainment, as required by subsection (a).</text></subsection>

<subsection id="H257F2F1B8D2247AE98FF67C424960E11"><enum>(c)</enum><header>Annual budget justification documents</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to Congress, as a part of the defense budget materials (as defined in section 234(d) of title 10, United States Code) for fiscal year 2021 and each fiscal year thereafter, a budget justification display that includes the procurement technical assistance cooperative agreement program under chapter 142 of title 10, United States Code, as part of the budget justification for Operation and Maintenance, Defense-wide for the Office of the Secretary of Defense.</text></subsection></section>

<section id="HB0E23732F4674A6F8CFE11C55A4AEA9C"><enum>853.</enum><header>Requirement that certain ship components be manufactured in the national technology and industrial base</header>

<subsection id="H314105A1050E4CF3BBF8390B38C68D40"><enum>(a)</enum><header>Additional

procurement limitation</header><text>Section 2534(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H934C41E4D47C4F078018BB5432D86D22" display-inline="no-display-inline">

<paragraph id="H28544C38681F47F3A21E2FDBB9AB68E5" display-inline="no-display-inline"><enum>(6)</enum><header>Components for auxiliary ships</header><text>Subject to subsection (k), large medium-speed diesel engines.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H898AE252D59C4E2F887CB3814FB75EB0"><enum>(b)</enum><header>Implementation</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H3F8AB68E966A49C5934407FDA708BC32" display-inline="no-display-inline">

<subsection id="HA3BC1D5E197A4BD6A9212D55DF69BC61"><enum>(k)</enum><header>Implementation of auxiliary ship component limitation</header><text display-inline="yes-display-inline">Subsection (a)(6) applies only with respect to contracts awarded by the Secretary of a military department for new construction of an auxiliary ship after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 using funds available for National Defense Sealift Fund programs or Shipbuilding and Conversion, Navy. For purposes of this subsection, the term <term>auxiliary ship</term> does not include an icebreaker or a special mission ship.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H9154D7D5892944E394607B1D2C687886" section-type="subsequent-section"><enum>854.</enum><header>Addition of domestically produced stainless steel flatware and dinnerware to the Berry Amendment</header>

<subsection id="HD825E9DBB8A5433690F2695B1DAE28DC"><enum>(a)</enum><header>Addition of domestically produced stainless steel flatware and dinnerware</header>

<paragraph id="H343DA223D45846A193E1C0B51F3D7095"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2533a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:</text>

<quoted-block id="H20C361D9D8A4424EBE76A4EFAD526C69" style="OLC">

<paragraph id="H916D4C21FE0249FEB13893899DC31680"><enum>(3)</enum><text>Stainless steel flatware.</text></paragraph>

<paragraph id="H4BE8E7F7300B46228110FC980187D117"><enum>(4)</enum><text>Dinnerware.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H7B84EF9D05BE46359B7A9A8C6482A50B"><enum>(2)</enum><header>Applicability</header><text display-inline="yes-display-inline">Paragraphs (3) and (4) of section 2533a(b) of title 10, United States Code, as added by paragraph (1), shall apply with respect to contracts entered into on or after the date occurring 1 year after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H33819BA80F6B423581F99639288B3ABA"><enum>(3)</enum><header>Repeal</header><text display-inline="yes-display-inline">Effective September 30, 2023, such paragraphs (3) and (4) are repealed.</text></paragraph></subsection>

<subsection id="H70B1E73269134255A229804E2F69E497"><enum>(b)</enum><header>Report</header>

<paragraph id="HB25799A1AA1F4A9F82C6674FC26122DD" display-inline="no-display-inline"><enum>(1)</enum><header>Report required</header><text>Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that provides a market survey, cost assessment, description of national security considerations, and a recommendation regarding whether the procurement of dinnerware

and stainless steel flatware should be limited to sources in the United States.</text></paragraph>

<paragraph id="HABBB4C785D374923B8E390531C35A703"><enum>(2)</enum><header>Contents</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include an analysis of the following with respect to dinnerware and stainless steel flatware:</text>

<subparagraph id="HE0617B02FA1642F2AA1D2704C9E55DF2"><enum>(A)</enum><text>The extent to which such items have commercial applications.</text></subparagraph>

<subparagraph id="HFE8F72DC74FB4E3EAD81627BAE3F5390"><enum>(B)</enum><text>The number of such items to be procured by current programs of record.</text></subparagraph>

<subparagraph id="H1DB0B43D6F384CD4A300F0E1380E35EC"><enum>(C)</enum><text>The criticality of such items to a military unitâ€™s mission accomplishment.</text></subparagraph>

<subparagraph id="H967453E6E4234E3AA3ED135ECB5DE071"><enum>(D)</enum><text>The estimated cost and other considerations of reconstituting the production capability of such items, if not maintained in the United States.</text></subparagraph>

<subparagraph id="H9F5F8F93488448D8A3AFFA7A1D60C319"><enum>(E)</enum><text>National security regulations or restrictions imposed on such items that may not be imposed on such items if provided by a competitor outside the United States.</text></subparagraph>

<subparagraph id="H4D221ED1F0A44584AC60FC6023960F02"><enum>(F)</enum><text>Federal, State, and local government regulations that are not related to national security that are imposed on such items that may not be imposed on a competitor outside the United States.</text></subparagraph>

<subparagraph id="H20417AEB930F430C98AE7291E26511FA"><enum>(G)</enum><text>The extent to which such items is fielded in current programs of record.</text></subparagraph>

<subparagraph id="HA31EB3182509464BB09399986A1CCFCE"><enum>(H)</enum><text display-inline="yes-display-inline">The extent to which such items can be procured as and when needed in satisfactory quality and sufficient quantity at United States market prices.</text></subparagraph>

<subparagraph id="HAD3ED66AF29447ECB478C0A5D2A85B01"><enum>(I)</enum><text>The benefits accrued to the Department of Defense and the defense industrial base to procure such items from sources outside the United States.</text></subparagraph></paragraph></subsection></section>

<section id="H567F557F941B425DB611CCC075A81D02" section-type="subsequent-section"><enum>855.</enum><header>Application of miscellaneous technology base policies and programs to the Columbia-class submarine program</header><text display-inline="no-display-inline">Notwithstanding subchapter V of chapter 148 of title 10, United States Code (except for sections 2534, 2533a, and 2533b of such title), for a period of one year beginning on the date of the enactment of this Act, the milestone decision authority (as defined in section 2366a of title 10, United States Code) for the Columbia-class submarine program shall ensure that such program maintains the Acquisition Program Baseline schedule dates approved under the Milestone B approval (as defined in such section).</text></section>

<section id="H2CEFB402E28E41B4A370F94F7F69A877"><enum>856.</enum><header>Application of limitation on procurement of goods other than United States goods to the FFGâ€"Frigate Program</header><text display-inline="no-display-inline">Notwithstanding any other provision of law, amounts authorized to carry out the FFGâ€"Frigate Program may be used to award a new contract that provides for the acquisition of the following components regardless of whether those components are manufactured in the United States:</text>

<paragraph id="H601E7C1A214C4506957B23053A08DF39"><enum>(1)</enum><text display-inline="yes-display-inline">Auxiliary equipment (including pumps) for shipboard services.</text></paragraph>

<paragraph id="HE2491011CF2345EE914BD8440EFA4279"><enum>(2)</enum><text>Propulsion equipment (including engines, reduction gears, and propellers).</text></paragraph>

<paragraph id="HD9AD31B0569846FEB86763C07386C186"><enum>(3)</enum><text>Shipboard

cranes.</text></paragraph>

<paragraph id="H17F790ADD97246C785B24CB34ADCB06F"><enum>(4)</enum><text>Spreaders for shipboard cranes.</text></paragraph></section>

<section id="H7EA216685B85410789C5A28FB897D2BC"><enum>857.</enum><header>Sense of Congress regarding consideration of price in procurement of the FFG(X) frigate</header><text display-inline="no-display-inline">It is the sense of Congress that during fiscal year 2020, in evaluating proposals for a contract to procure a FFG(X) frigate, the Secretary of the Navy should ensure price is a critical factor.</text></section></subtitle>

<subtitle id="H443B2E0A144F403B89BDC2A28B59F0B8"><enum>F</enum><header>Provisions Relating to Acquisition Workforce</header>

<section id="HD6E2EC4D485A4DE0A58FBFC590062328"><enum>860.</enum><header>Establishment of Defense Civilian Training Corps</header>

<subsection id="H6096C7CCE6BE4ADBBF8CE941C2307194"><enum>(a)</enum><header>In general</header><text>Part III of subtitle A of title 10, United States Code, is amended by inserting after chapter 112 the following new chapter:</text>

<quoted-block id="H920D43DB127A413A98E4FC84559D0F10" style="OLC">

<chapter id="H57738B64A4A14588A940F35026692626"><enum>113</enum><header>DEFENSE CIVILIAN TRAINING CORPS</header>

<toc container-level="chapter-container" quoted-block="no-quoted-block" lowest-level="section" idref="H57738B64A4A14588A940F35026692626" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HEA4F9089029743F58519C00CB609137C" level="section">Sec.â€‚2200g.â€‚Establishment.</toc-entry>

<toc-entry idref="HE3F0BFCA43054206A0664878D19A28BC" level="section">Sec.â€‚2200h.â€‚Program elements.</toc-entry>

<toc-entry idref="H190CB575D84140C3B1F2F617C5DAABE3" level="section">Sec.â€‚2200i.â€‚Model authorities.</toc-entry>

<toc-entry idref="H4CE7B48F093D43F299706080606B1A1C" level="section">Sec.â€‚2200j.â€‚Definitions.</toc-entry></toc>

<section id="HEA4F9089029743F58519C00CB609137C"><enum>2200g.</enum><header>Establishment</header><text display-inline="no-display-inline">For the purposes of preparing selected students for public service in Department of Defense occupations relating to acquisition, science, engineering, or other civilian occupations determined by the Secretary of Defense, and to target critical skill gaps in the Department of Defense, the Secretary of Defense shall establish and maintain a Defense Civilian Training Corps program, organized into one or more units, at any accredited civilian educational institution authorized to grant baccalaureate degrees.</text></section>

<section id="HE3F0BFCA43054206A0664878D19A28BC"><enum>2200h.</enum><header>Program elements</header><text display-inline="no-display-inline">In establishing the program, the Secretary of Defense shall determine the following:</text>

<paragraph id="H28968D33BE044448804C96C5EA29B750"><enum>(1)</enum><text display-inline="yes-display-inline">A methodology to identify and target critical skills gaps in Department of Defense occupations relating to acquisition, science, engineering, or other civilian occupations determined by the Secretary of Defense.</text></paragraph>

<paragraph id="H0105E661BC184987B5FB7CB69CDAEBE0"><enum>(2)</enum><text>A mechanism to track and report the success of the program in eliminating any critical skills gaps identified under paragraph (1).</text></paragraph>

<paragraph id="HE206A5C477A7445D9B4BEB5AF1DDFA56"><enum>(3)</enum><text display-inline="yes-display-inline">Criteria for an accredited civilian educational institution to participate in the program.</text></paragraph>

<paragraph id="H1B28FE767BB94717BD468048975008D5"><enum>(4)</enum><text>The eligibility of a student to become a member of the program.</text></paragraph>

<paragraph id="H90E5A3C80825452BAA558B51E6FD276C"><enum>(5)</enum><text>Criteria required for a member of the program to receive financial assistance from the Department of Defense.</text></paragraph>

<paragraph id="HDAFCEA6A1D2B4B1A94300BBD75077CF1"><enum>(6)</enum><text>The term of service as an employee of the Department of Defense required for a member of the program to receive such financial assistance.</text></paragraph>

<paragraph id="H4958AA32A7FB467BA93F55A66BCCB472"><enum>(7)</enum><text>Criteria required for a member of the program to be released from a term of service.</text></paragraph>

<paragraph id="H1355D0ED48E74CC8A274BAA93CA27DD5" commented="no"><enum>(8)</enum><text>The method by which a successful graduate of the program may gain immediate employment in the Department of Defense.</text></paragraph>

<paragraph id="HA85E15DDF6AC434B8EAB887C3CC1E8AD"><enum>(9)</enum><text>Resources required for implementation of the program.</text></paragraph></section>

<section id="H190CB575D84140C3B1F2F617C5DAABE3" commented="no"><enum>2200i.</enum><header>Model authorities</header><text display-inline="no-display-inline">In making determinations under section 2200h of this title, the Secretary of Defense shall use the authorities under chapters 103 and 111 of this title as guides.</text></section>

<section id="H4CE7B48F093D43F299706080606B1A1C"><enum>2200j.</enum><header>Definitions</header><text display-inline="no-display-inline">In this chapter:</text>

<paragraph id="H36D58F46E0764DBA911DFCEDDAD60FA8"><enum>(1)</enum><text>The term <term>program</term> means the Defense Civilian Training Corps program established under section 2200g.</text></paragraph>

<paragraph id="HB319EA895C004690B50311C1BD0EE88A"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>member of the program</term> means a student at an accredited civilian educational institution who is enrolled in the program.</text></paragraph></section></chapter><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H3097D90E410E4CAD820FB8F53D4A9667"><enum>(b)</enum><header>Implementation timeline</header>

<paragraph id="HF68B40F1F2F24914B0F99B5FE8FAA0D2"><enum>(1)</enum><header>Initial implementation</header><text display-inline="yes-display-inline">Not later than February 15, 2020, the Secretary of Defense shall submit to the congressional defense committees a plan and schedule to implement the Defense Civilian Training Corps program established under chapter 113 of title 10, United States Code (as added by subsection (a)) at one accredited civilian educational institution authorized to grant baccalaureate degrees not later than August 1, 2021. The plan shall include a list of critical skills gaps the program will address and recommendations for any legislative changes required for effective implementation of the program.</text></paragraph>

<paragraph id="HF38EA3AA1DD94076BE21F7F2DE21C928"><enum>(2)</enum><header>Expansion</header><text display-inline="yes-display-inline">Not later than December 31, 2020, the Secretary of Defense shall submit to the congressional defense committees an expansion plan and schedule to expand the Defense Civilian Training Corps program to five accredited civilian educational institutions not later than August 1, 2022.</text></paragraph>

<paragraph id="HC295738C8815453F80FD83E5055E84AA"><enum>(3)</enum><header>Full implementation</header><text display-inline="yes-display-inline">Not later than December 31, 2021, the Secretary of Defense shall submit to the congressional defense committees a full implementation plan and schedule to expand the Defense Civilian Training Corps program to at least 20 accredited civilian educational institutions with not fewer than 400 members enrolled in the program not later than August 1, 2023.</text></paragraph></subsection></section>

<section id="HABB334ED94924DB1A346D78980571FE6" section-type="subsequent-section"><enum>861.</enum><header>Defense acquisition workforce certification, education, and career fields</header>

<subsection id="H46B20B0B4F9F424582B0CA06D04678FA"><enum>(a)</enum><header>Professional certification requirement</header>

<paragraph id="HFF45030EF80745F390002FDED0666289"><enum>(1)</enum><header>Professional certification required for all acquisition workforce personnel</header><text>Section 1701a of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H4FD1C6B17FA845C8BC5C56827C480F15"><enum>(A)</enum><text>by redesignating subsections (c) and (d) as subsections (d) and (e), respectively; and</text></subparagraph>

<subparagraph id="H1B27842755B146D6BD6CB60CBF1AF721"><enum>(B)</enum><text>by inserting after subsection (b) the following new subsection:</text>

<quoted-block id="HE9BB3F79414E4A4E9B82043B67F4F386" style="OLC">

<subsection id="HE324149C28224A25BFEA2C42DA8AD617"><enum>(c)</enum><header>Professional certification</header>

<paragraph id="H8F16E2EB52F04979B81D9024976663E1" display-inline="yes-display-inline"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall implement a certification program to provide for a professional certification requirement for all members of the acquisition workforce. Except as provided in paragraph (2), the certification requirement for any acquisition workforce career field shall be based on standards developed by a third-party accredited program based on nationally or internationally recognized standards.</text></paragraph>

<paragraph id="H8AAAF577923948F3B8C3F702FA451BB0" indent="up1"><enum>(2)</enum><header>Requirements for Secretary</header><text display-inline="yes-display-inline">If the Secretary determines that, for a particular acquisition workforce career field, a third-party accredited program based on nationally or internationally recognized standards does not exist, the Secretary shall establish the certification requirement for that career field that conforms with the practices of national or international accrediting organizations. The Secretary shall determine the best approach for meeting the certification requirement for any such career field, including by implementing such certification requirement through entities outside the Department of Defense, and may design and implement such certification requirement without regard to section 1746 of this title.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H3531E62891F643F7A75F04B65A167BC3"><enum>(2)</enum><header>Performance management</header><text>Subsection (b) of such section is amendedâ€"</text>

<subparagraph id="HC9B1DB34874C4ADEA135E09A90214815"><enum>(A)</enum><text>in paragraph (5), by striking <quote>encourage</quote> and inserting <quote>direct</quote>; and</text></subparagraph>

<subparagraph id="H741027759F8B41F29F11C6BC243D07B7"><enum>(B)</enum><text>in paragraph (6), by inserting <quote>and consequences</quote> after <quote>warnings</quote>.</text></subparagraph></paragraph>

<paragraph id="H4BE91B3710EE4F858EDC4DA6719C122E"><enum>(3)</enum><header>Participation in professional associations</header><text>Subsection (b) of such section is further amendedâ€"</text>

<subparagraph id="H6209973BDC314BCFAA95B3BF0111F2A0"><enum>(A)</enum><text>by redesignating paragraphs (6), (7), (8), and (9) as paragraphs (7), (8), (9), and (10), respectively; and</text></subparagraph>

<subparagraph id="H8ACF0F92ED8C493EB512D2BF4975F2E0"><enum>(B)</enum><text>by inserting after paragraph (5) the following new paragraph:</text>

<quoted-block id="H43A1A7D4EEB94AB791BBA38739FF076D" style="OLC">

<paragraph id="HB4A22B452C1242F9A03EBA20D3C91CFF"><enum>(6)</enum><text display-inline="yes-display-inline">authorize a member of the acquisition workforce to participate in professional associations, consistent with the performance plan of such a member in order to provide the member with the opportunity to gain leadership and management skills.</text></paragraph><after-quoted-block>.</after-quoted-

block></quoted-block></subparagraph></paragraph>

<paragraph id="H2657D7B8C1D9462F9F795130779FE9A1"><enum>(4)</enum><header>General education, training, and experience requirements</header><text display-inline="yes-display-inline">Section 1723 of such title is amendedâ€"</text>

<subparagraph id="H47C3ABBC7E5A41A2B7B13F70671327BC"><enum>(A)</enum><text>in subsection (a)(3), by striking the second sentence; and</text></subparagraph>

<subparagraph id="H2F6688B77F874CF29CA2E438D6F42B2E"><enum>(B)</enum><text>in subsection (b)(1), by striking <quote>encourage</quote> and inserting <quote>direct</quote>. </text></subparagraph></paragraph>

<paragraph id="H12A3CCB36C5D4527B551E5A04065AE96"><enum>(5)</enum><header>Effective date</header><text>The Secretary of Defense shall implement procedures to institute the program required by subsection (c) of section 1701a of title 10, United States Code, as added by paragraph (1), not later than 180 days after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection id="HC1289639FD424A20B8B63FAEEF130B6F"><enum>(b)</enum><header>Elimination of statutory requirement for completion of 24 semester credit hours</header>

<paragraph id="HDC7DC746AC404CF7AC5437A3D23D88BD"><enum>(1)</enum><header>Qualification requirements for contracting positions</header><text>Section 1724 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HB5E9D62F18A843B9A2371F2E19F41107"><enum>(A)</enum><text>in subsection (a)(3)â€"</text>

<clause id="HC51350044D6A4903BC3DB0EF9E6968E7"><enum>(i)</enum><text>by striking <quote>(A)</quote> after <quote>(3)</quote>; and</text></clause>

<clause id="HEC6467D26D884A45BE072AA300AED3D6"><enum>(ii)</enum><text>by striking <quote>, and (B)</quote> and all that follows through <quote>and management</quote>; and</text></clause></subparagraph>

<subparagraph id="HEEA8C9334D0B4E1EBC394AAB868671D8"><enum>(B)</enum><text>in subsection (b), by striking <quote>requirements</quote> in the first sentences of paragraphs (1) and (2) and inserting <quote>requirement</quote>;</text></subparagraph>

<subparagraph id="H91152F0DCFB540388C6C5FF85FB8823C" display-inline="no-display-inline" commented="no"><enum>(C)</enum><text>in subsection (e)â€"</text>

<clause id="H98C5789AC2614855B9923A24A9A6E215" commented="no"><enum>(i)</enum><text>in paragraph (1)â€"</text>

<subclause id="H716414FFA01046D7B55A12421D2C3AC1" commented="no"><enum>(I)</enum><text>by striking <quote>requirements in subparagraphs (A) and (B) of subsection (a)(3)</quote> and inserting <quote>requirement of subsection (a)(3)</quote>; and</text></subclause>

<subclause id="H8858E11E716040F08664DEF174FD46A1" commented="no"><enum>(II)</enum><text display-inline="yes-display-inline">in subparagraph (C), by striking <quote>requirements</quote> and inserting <quote>requirement</quote>; and</text></subclause></clause>

<clause id="H26345467C21C4F3E9F086088765CCD45" commented="no"><enum>(ii)</enum><text display-inline="yes-display-inline">in paragraph (2)â€"</text>

<subclause id="HCDCE1AC5EDB041A2A1F19D7C0EBDC9B0" commented="no"><enum>(I)</enum><text>by striking <quote>shall haveâ€"</quote> and all that follows through <quote>been awarded</quote> and inserting <quote>shall have been awarded</quote>;</text></subclause>

<subclause id="HD1F4499E9346498DA812BFC2B0ECC2A5" commented="no"><enum>(II)</enum><text>by striking <quote>; or</quote> and inserting a period; and</text></subclause>

<subclause id="HAF1A1FBE900543638EB77547F58B4CD0" commented="no"><enum>(III)</enum><text>by striking subparagraph (B); and</text></subclause></clause></subparagraph>

<subparagraph id="H4B082B066AD0498B9F63162B0EC88457"><enum>(D)</enum><text>in subsection (f), by striking <quote>, includingâ€"</quote> and all that follows and inserting a period.</text></subparagraph></paragraph>

<paragraph id="H51B54D1A90FD446796880A5A2448B6EB"><enum>(2)</enum><header>Selection criteria and procedures</header><text>Section 1732 of such title is amendedâ€"</text>

<subparagraph id="H6992958E2B1A41B3BE56D1AA194F259C"><enum>(A)</enum><text>in subsection (b)(1)â€"</text>

<clause id="HC3271EF1862D49879B984AD3D0BB0E8F"><enum>(i)</enum><text>by striking <quote>Such requirements,</quote> and all the follows through <quote>the personâ€"</quote> and inserting <quote>Such requirements shall include a requirement that the personâ€"</quote>;</text></clause>

<clause id="H8D037C3C50534463B0192CA359C7DB5F"><enum>(ii)</enum><text>by striking subparagraph (B); and</text></clause>

<clause id="H1F2A0E0B30B646BFAF9B8461A51EA24B"><enum>(iii)</enum><text display-inline="yes-display-inline">by redesignating clauses (i) and (ii) as subparagraphs (A) and (B), respectively, and conforming the margins accordingly;</text></clause></subparagraph>

<subparagraph id="H06ACDA43B4EB46DFA07AC56CFA4296DB"><enum>(B)</enum><text>in subsection (c), by striking <quote>requirements of subsections (b)(1)(A) and (b)(1)(B)</quote> in paragraphs (1) and (2) and inserting <quote>requirement of subsection (b)(1)</quote>; and</text></subparagraph>

<subparagraph id="H4F46185E45E5417DA6A3195713143596" commented="no"><enum>(C)</enum><text>in subsection (d)â€"</text>

<clause id="H9EBC9816AA69432295DB164C41202AFE" commented="no"><enum>(i)</enum><text>by striking <quote>(1) Except as provided in paragraph (2),</quote>; and</text></clause>

<clause id="H106E508A9D064E95984BFF008EA17C6A" commented="no"><enum>(ii)</enum><text>by striking paragraph (2).</text></clause></subparagraph></paragraph></subsection>

<subsection id="H118A5ED6707E48EBA15D9FA6351DE5B1"><enum>(c)</enum><header>Defense Acquisition University</header><text>Section 1746 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HF2F2A2022C86407BBFA1095573931DF1"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H4ED77ACC56A445EBB0DACE5668236EF5"><enum>(A)</enum><text>by redesignating paragraphs (2) and (3) as paragraphs (4) and (5), respectively;</text></subparagraph>

<subparagraph id="HAEDF30E2FEB1487799A6B525DDEF0694" commented="no"><enum>(B)</enum><text>by inserting after paragraph (1) the following new paragraphs:</text>

<quoted-block style="USC" id="H94E25177C58A4436B30C8F5FCC7BDFBF" display-inline="no-display-inline">

<paragraph id="H4128B58784554B20B8CE4732C0050E0A" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">The professors, instructors, and lecturers employed under paragraph (1) shall include individuals from civilian colleges or universities that are not owned or operated by the Federal Government, commercial learning and development organizations, industry, or federally funded research and development centers.</text></paragraph>

<paragraph id="HDC8940E0DB094059A21DEE8469496198" commented="no"><enum>(3)</enum><text>The Secretary of Defense shall ensure thatâ€"</text>

<subparagraph id="HF4F28C3BA37C4590AD4698F13F24C3FD" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">not later than September 1, 2021, not less than five full-time visiting professors employed under paragraph (1) are from civilian colleges or universities described under paragraph (2); ; and</text></subparagraph>

<subparagraph id="HEA0864206F4C41208B76BE2DB674E560" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">not later than September 1, 2022, not less than ten full-time visiting professors employed under paragraph (1) are from such civilian colleges or universities.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HFC44EF1372884C6FB2C5B8F78B711981"><enum>(2)</enum><text>in subsection (c), by inserting <quote>, and with commercial training providers,</quote> after <quote>military departments</quote>.</text></paragraph></subsection>

<subsection id="HAD51F0F178C645CA89D004484065E640" commented="no"><enum>(d)</enum><header>Designation of security cooperation as an acquisition position</header><text display-inline="yes-display-inline">Section 1721(b) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H621B572DAC2B451EA12DB94A4467884F"><enum>(1)</enum><text>by amending paragraph (11) to read as follows: </text>

<quoted-block style="OLC" id="HC4C4C946E0D74391B070BCC0884CA12B" display-inline="no-display-inline">

<paragraph id="H4619E5471B294C54B166AF394A417FA3" commented="no"><enum>(11)</enum><text display-inline="yes-display-inline">Security cooperation.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H455103C29A4540AB97E68669CC274F1F"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="H9548D944B8B14D06B7F14ECAAC28D193" display-inline="no-display-inline">

<paragraph id="HCABE23D312CF41D1A91E2C3F0A1B30A7" commented="no"><enum>(13)</enum><text display-inline="yes-display-inline">Other positions, as necessary.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H36EC9A7458574E3F84EAADD39645E8A0"><enum>(e)</enum><header>Career paths</header>

<paragraph id="HBD972CD20F2A452289FD08286198A7D1"><enum>(1)</enum><header>Career path required for each acquisition workforce career field</header><text>Paragraph (4) of section 1701a(b) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="OLC" id="HC38B1379405B4B8F83790F065099C3D8" display-inline="no-display-inline">

<paragraph id="HA553BC00B65A4E4CB14A83657FFAC830"><enum>(4)</enum><text display-inline="yes-display-inline">develop and implement a career path, as described in section 1722(a) of this title, for each career field designated by the Secretary under section 1721(a) of this title as an acquisition workforce career field;</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC3D09F8A91714575A15A36947AA88DA9"><enum>(2)</enum><header>Conforming amendments</header><text>Section 1722(a) of such title is amendedâ€"</text>

<subparagraph id="H1284353C358C429D89A83AFDE7A64460"><enum>(A)</enum><text>by striking <quote>appropriate career paths</quote> and inserting <quote>an appropriate career path</quote>; and</text></subparagraph>

<subparagraph id="H77126D79DA1A4BA7A1B41F7FA8C75D81"><enum>(B)</enum><text>by striking <quote>are identified</quote> and inserting <quote>is identified for each acquisition workforce career field</quote>.</text></subparagraph></paragraph>

<paragraph id="H00B3AC0834B34E56B962B9C577BE1D42" commented="no"><enum>(3)</enum><header>Deadline for implementation of career paths</header><text display-inline="yes-display-inline">Not later than the end of the two-year period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of paragraph (4) of section 1701a(b) of title 10, United States Code (as amended by paragraph (1)).</text></paragraph></subsection>

<subsection id="H4201EA71B3B84578898A0C2DAEAC1D03"><enum>(f)</enum><header>Career fields</header>

<paragraph id="HC1402219ED004F19800236410CE61477"><enum>(1)</enum><header>Designation of acquisition workforce career fields</header><text>Section 1721(a) of such title is amended by adding at the end the following new sentence: <quote>The Secretary shall also designate in regulations those career fields in the Department of Defense that are acquisition workforce career fields for purposes of this chapter.</quote>.</text></paragraph>

<paragraph id="H633D91A53D184FC892E71A01221EC145"><enum>(2)</enum><header>Clerical amendments</header>

<subparagraph id="H3D97AECEBDE1483393CF7A54F4257CC0" display-inline="yes-display-inline"><enum>(A)</enum><text>The heading of section 1721 of such title is amended to read as follows:</text>

<quoted-block id="H2D8FB213EA7948E1B3070498843851FE" style="USC">

<section id="H0A656B4771A14AE997AAAC63111B549F"><enum>1721.</enum><header>Designation of acquisition positions and acquisition workforce career fields</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H9D5F932D235F4467875D88C2C6204A4A"><enum>(B)</enum><text>The item relating to such section in the table of sections at the beginning of subchapter II of chapter 87 of such title is amended to read as follows:</text>

<quoted-block id="HD69502E822094F83B57BF599E76F0044" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">1721. Designation of acquisition positions and acquisition workforce career fields.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H4C6EE74288224E0B8067B2A2435CD0FE"><enum>(3)</enum>

<subparagraph id="HF31ECD163F77438EB0115B09B6010E7B" display-inline="yes-display-inline"><enum>(A)</enum><text>The heading of subchapter II of chapter 87 of such title is amended to read as follows:</text>

<quoted-block style="USC" id="HAEB5FC5080F640C097035C4877E6AC1B" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="subchapter">SUBCHAPTER IIâ€"ACQUISITION POSITIONS AND ACQUISITION WORKFORCE CAREER FIELDS</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HD915F4E9521A4085A884E27F98EC35A4" indent="up1"><enum>(B)</enum><text>The item relating to such subchapter in the table of subchapters at the beginning of such chapter is amended to read as follows:</text>

<quoted-block style="USC" id="H55F33A101FDE435AA2CC055F5E4199AD" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section"><toc-enum>II.</toc-enum><level-header level="section">Acquisition Positions And Acquisition Workforce Career Fields </level-header><target>1721</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA25F35DFE3794A67BE00DEB5F50A9FA0" commented="no"><enum>(4)</enum><header>Deadline for designation of career fields</header><text display-inline="yes-display-inline">Not later than the end of the six-month period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of the second sentence of section 1721(a) of title 10, United States Code (as added by paragraph (1)).
</text></paragraph></subsection>

<subsection id="H17ED7EB7A0A8439987E3301B8FE92934"><enum>(g)</enum><header>Key work experiences</header>

<paragraph id="H6A2D8FC12BF842708A7DBB0B2744B07E"><enum>(1)</enum><header>Development of key work experiences for each acquisition workforce career field</header><text>Section 1722b of such title is amended by adding at the end the following new subsection:</text>

<quoted-block id="HF1B5E4AF36F94A49BECC93DD9D6538EC" style="USC">

<subsection id="HEFBC3507DEF74743BC7E0788EFF32F8A" commented="no"><enum>(c)</enum><header>Key work experiences</header><text>In carrying out subsection (b)(2), the Secretary shall ensure that key work experiences, in the form of multidisciplinary experiences, are developed for each acquisition workforce career field.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE28E407F425D481E8C9F6488480AD0DD"><enum>(2)</enum><header>Plan for implementation of key work experiences</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan identifying the specific actions the Secretary has taken, and is planning to take, to develop and establish key work experiences for each acquisition workforce career field as required by subsection (c) of section 1722b of title 10, United States Code (as added by paragraph (1)). The plan shall specify the percentage of the acquisition workforce, or funds available for administration of the acquisition workforce on an annual basis, that the Secretary will dedicate towards developing and establishing such key work experiences.</text></paragraph></subsection>

<subsection id="H0B295EAEE11C4F6A9B328249C6EEE1FE"><enum>(h)</enum><header>Applicability of career path requirements to all members of acquisition workforce</header><text>Section 1723(b) of such title is amended by striking <quote>the critical acquisition-related</quote>.</text></subsection>

<subsection id="H787C3CED55B344BEA76AECC5C6C4B7C3"><enum>(i)</enum><header>Competency development</header>

<paragraph id="H6A0C7D3860E74CBAB737821A3DED4136" display-inline="no-display-inline"><enum>(1)</enum><header>In general</header><text>Subchapter V of chapter 87 of such title is amended by adding at the end the following new section:</text>

<quoted-block id="HD2AE634A3ED2489E8BD9C490F9307FC4" style="USC">

<section id="HC5DA77B6D078434F9DBADDE919A06F8C"><enum>1765.</enum><header>Competency development</header><text display-inline="no-display-inline">For each acquisition workforce career field, the Secretary of Defense shallâ€"</text>

<paragraph id="H7175544839024E5A9F72E0542972DC1C"><enum>(1)</enum><text>establish, for the civilian personnel in that career field, defined proficiency standards and technical and nontechnical competencies which shall be used in personnel qualification assessments; and</text></paragraph>

<paragraph id="HE3AC095E72A846FF95F046746F511EF9"><enum>(2)</enum><text>assign resources to accomplish such technical and nontechnical competencies.</text></paragraph></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1D9300EB8FFD4FBEB753065A9E494D10"><enum>(2)</enum><text>The table of sections at the beginning of such subchapter II is amended by adding at the end the following new item:</text>

<quoted-block id="HFE7C96C5346842FA8920B453377EAEF1" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">1765. Competency development.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H97D4C4E092C94D3E8CCC81938AD527E9" commented="no"><enum>(3)</enum><header>Deadline for implementation</header><text>Not later than the end of the two-year period beginning on the date of the enactment of this Act, the Secretary of Defense shall carry out the requirements of section 1765 of

title 10, United States Code (as added by paragraph (1)).</text></paragraph></subsection>

<subsection id="H3C388C149BF94C65A392C0ED7837199E"><enum>(j)</enum><header>Termination of defense Acquisition Corps</header>

<paragraph id="HB32BC10970104F3F867F1EDEC04DC1A1"><enum>(1)</enum><text>The Acquisition Corps for the Department of Defense referred to in section 1731(a) of title 10, United States Code, is terminated.</text></paragraph>

<paragraph id="H6D8CBA7E58E5482889728614B52CB9A0"><enum>(2)</enum><text>Section 1733 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H1AB48068D6834B4F922CA24DA09FA4E3"><enum>(A)</enum><text>by striking subsection (a); and</text></subparagraph>

<subparagraph id="HC87931DFE7344B128021CD3B62C4D3B4"><enum>(B)</enum><text>by redesignating subsection (b) as subsection (a).</text></subparagraph></paragraph>

<paragraph id="H719C690F0B774BD299E459EDE817BFE8"><enum>(3)</enum><text>Subsection (b) of section 1731 of such title is transferred to the end of section 1733 of such title, as amended by paragraph (2), and amendedâ€"</text>

<subparagraph id="H5784C43F13B449BE995F6A2E727190D7"><enum>(A)</enum><text>by striking <quote><header-in-text level="subsection" style="OLC">Acquisition Corps</header-in-text></quote> in the heading and inserting <quote><header-in-text level="subsection" style="OLC">the Acquisition Workforce</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="H424250818CD644BAB06C47FCF35DC321"><enum>(B)</enum><text>by striking <quote>selected for the Acquisition Corps</quote> and inserting <quote>in the acquisition workforce</quote>.</text></subparagraph></paragraph>

<paragraph id="H9D408B754E314310B869C42241BD56A4"><enum>(4)</enum><text>Subsection (e) of section 1732 of such title is transferred to the end of section 1733 of such title, as amended by paragraphs (2) and (3), redesignated as subsection (c), and amendedâ€"</text>

<subparagraph id="HF0BA4A9746CB4D6B8D70EE4B8E50B271"><enum>(A)</enum><text>by striking <quote>in the Acquisition Corps</quote> in paragraphs (1) and (2) and inserting <quote>in critical acquisition positions</quote>; and</text></subparagraph>

<subparagraph id="H79CF6E00BE754E609988A46BCD162F6C"><enum>(B)</enum><text>by striking <quote>serving in the Corps</quote> in paragraph (2) and inserting <quote>employment</quote>.</text></subparagraph></paragraph>

<paragraph id="HA9434695AF3D4F52938BDBC067357C6E"><enum>(5)</enum><text>Sections 1731 and 1732 of such title are repealed.</text></paragraph>

<paragraph id="H883B0F61D941404C91041B55A2C9A7F9"><enum>(6)</enum>

<subparagraph id="H9A4ADE08142647CDAE6A2B45C65D3F9B" display-inline="yes-display-inline"><enum>(A)</enum><text>Section 1733 of such title, as amended by paragraphs (2), (3), and (4), is redesignated as section 1731.</text></subparagraph>

<subparagraph id="HCCE7AF16B7C34B7A9ABFEC550DEE37B2" indent="up1"><enum>(B)</enum><text>The table of sections at the beginning of subchapter III of chapter 87 of such title is amended by striking the items relating to sections 1731, 1732, and 1733 and inserting the following new item:</text>

<quoted-block id="HCC4F2D7B6DD9464D887F6A5A2552B9EF" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">1731. Critical acquisition positions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H8696CE9D1DA142DC9B0FB1DFE2BEE8AF"><enum>(7)</enum>

<subparagraph id="H5429AE8C1046432FB9C5460F802D8A8A" display-inline="yes-display-inline"><enum>(A)</enum><text>The heading of subchapter III of chapter 87 of such title is amended to read as follows:</text>

<quoted-block style="USC" id="H03A2157D96C94321BF7AB7E7B565B39F" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="subchapter">SUBCHAPTER IIIâ€"CRITICAL ACQUISITION POSITIONS</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H2139915A0B904F6184EF1A2B4F1886B7" indent="up1"><enum>(B)</enum><text>The item relating to such subchapter in the table of subchapters at the beginning of such chapter is amended to read as follows:</text>

<quoted-block style="USC" id="HC30C0DB2B7184FC4AF38C09A9BB0E538" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section"><toc-enum>III.</toc-enum><level-header level="section">Critical Acquisition Positions </level-header><target>1731</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB9956CD90BB542889913E89A0F69CFAF"><enum>(8)</enum><text>Section 1723(a)(2) of such title is amended by striking <quote>section 1733 of this title</quote> and inserting <quote>section 1731 of this title</quote>.</text></paragraph>

<paragraph id="HB5C21B7CE4944427A720205520CA3323"><enum>(9)</enum><text>Section 1725 of such title is amendedâ€"</text>

<subparagraph id="H7BAD38139FC148438A9A7D941B01C39C"><enum>(A)</enum><text>in subsection (a)(1), by striking <quote>Defense Acquisition Corps</quote> and inserting <quote>acquisition workforce</quote>; and</text></subparagraph>

<subparagraph id="H9BC1FAF323AE463B8AE3995B757A4432"><enum>(B)</enum><text>in subsection (d)(2), by striking <quote>of the Defense Acquisition Corps</quote> and inserting <quote>in the acquisition workforce serving in critical acquisition positions</quote>.</text></subparagraph></paragraph>

<paragraph id="HE3F39E241A2B43B7B8ECA50E02F3ED42"><enum>(10)</enum><text>Section 1734 of such title is amendedâ€"</text>

<subparagraph id="H83577CF6C5774D91A63C94EA59386ED2"><enum>(A)</enum><text>by striking <quote>of the Acquisition Corps</quote> in subsections (e)(1) and (h) and inserting <quote>of the acquisition workforce</quote>; and</text></subparagraph>

<subparagraph id="H44E082D3C93247128815173EC31A4293"><enum>(B)</enum><text>in subsection (g)â€"</text>

<clause id="HD6E78964F774442091CE7CB2AF1461AF"><enum>(i)</enum><text>by striking <quote>of the Acquisition Corps</quote> in the first sentence and inserting <quote>of the acquisition workforce</quote>;</text></clause>

<clause id="H686C277E916D43D5B5EB27F081558362"><enum>(ii)</enum><text>by striking <quote>of the Corps</quote> and inserting <quote>of the acquisition workforce</quote>; and</text></clause>

<clause id="H608DA1B0B79C4AF1A4EEA0A6020CC32F"><enum>(iii)</enum><text>by striking <quote>of the Acquisition Corps</quote> in the second sentence and inserting <quote>of the acquisition workforce in critical acquisition positions</quote>.</text></clause></subparagraph></paragraph>

<paragraph id="H22C7CC43D45F482AB3ACF97C960469D6"><enum>(11)</enum><text>Section 1737 of such title is amendedâ€"</text>

<subparagraph id="H9A615A757DAF4771A1601F031AD5B6C6"><enum>(A)</enum><text>in subsection (a)(1), by striking <quote>of the Acquisition Corps</quote> and inserting <quote>of the acquisition workforce</quote>; and</text></subparagraph>

<subparagraph id="HE520EDB2438842678F1409A0B6793D48"><enum>(B)</enum><text>in subsection (b), by striking <quote>of the Corps</quote> and inserting <quote>of the acquisition workforce</quote>.</text></subparagraph></paragraph>

<paragraph id="HB8DCA1B45486440197EC84E8B7AC07A2"><enum>(12)</enum><text>Section 1742(a)(1) of such title is amended by striking <quote>the Acquisition Corps</quote> and inserting <quote>acquisition positions in the Department of Defense</quote>.</text></paragraph>

<paragraph id="H352C2D5BC2A845BAA44C7D297461E1D5"><enum>(13)</enum><text display-inline="yes-display-inline">Section 2228(a)(4) of such title is amended by striking <quote>under section 1733(b)(1)(C) of this title</quote> and inserting <quote>under section 1731 of this title</quote>.</text></paragraph>

<paragraph id="H9C929C9977CB4AF8ABA3333C945F6DC3"><enum>(14)</enum><text display-inline="yes-display-inline">Section 7016(b)(5)(B) of such title is amended by striking <quote>under section 1733 of this title</quote> and inserting <quote>under section 1731 of this title</quote>.</text></paragraph>

<paragraph id="H6FAC371F2DD749838DFFBA2ABE3279D1"><enum>(15)</enum><text display-inline="yes-display-inline">Section 8016(b)(4)(B) of such title is amended by striking <quote>under section 1733 of this title</quote> and inserting <quote>under section 1731 of this title</quote>.</text></paragraph>

<paragraph id="H475040D9B2F44CE59C55DBF86C9F3437"><enum>(16)</enum><text display-inline="yes-display-inline">Section 9016(b)(4)(B) of such title is amended by striking <quote>under section 1733 of this title</quote> and inserting <quote>under section 1731 of this title</quote>.</text></paragraph>

<paragraph id="HA9C0E043600744AAAF0A15882AD43D18"><enum>(17)</enum><text display-inline="yes-display-inline">Paragraph (1) of section 317 of title 37, United States Code, is amended to read as follows:</text>

<quoted-block style="OLC" id="H463EDF0E895945CC8D660DD1030B59FF" display-inline="no-display-inline">

<paragraph id="HE519C4100CC34101B4290AE992D98875"><enum>(1)</enum><text display-inline="yes-display-inline">is a member of the acquisition workforce selected to serve in, or serving in, a critical acquisition position designated under section 1731 of title 10.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HF492FD0FFD3941138001CDF29F3D1C2F"><enum>862.</enum><header>Software development and software acquisition training and management programs</header>

<subsection id="HB2A1F1D2BC744621B7E5F1FB0A6192D8"><enum>(a)</enum><header>Establishment of software development and software acquisition training and management programs</header>

<paragraph id="HD08AFEA726AF4CB4B6CE0D551C04E646"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, acting through the Under Secretary of Defense for Acquisition and Sustainment and in consultation with the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Personnel and Readiness, and the Chief Information Officer of the Department of Defense, shall establish software development and software acquisition training and management programs for all software acquisition professionals, software developers, and other appropriate individuals (as determined by the Secretary of Defense), to earn a certification in software development and software acquisition.</text></paragraph>

<paragraph id="H8E2B4D993B2D4B92AD9427DDF7ACC997"><enum>(2)</enum><header>Program contents</header><text display-inline="yes-display-inline">The programs established under paragraph (1) shallâ€"</text>

<subparagraph id="HFC9EF911D0DC4740B399E4D385C908B8"><enum>(A)</enum><text display-inline="yes-display-inline">develop and expand the use of specialized training programs for chief information officers of the military departments and the Defense Agencies, service acquisition executives, program executive officers, and program managers to include training on and experience inâ€"</text>

<clause id="H7B13DDC53B6049ACA5B31E25DB25382D"><enum>(i)</enum><text>continuous software development; and</text></clause>

<clause id="H0D7BC0A7471A43E5BEE955C80157DBC0"><enum>(ii)</enum><text>acquisition pathways available to acquire software;</text></clause></subparagraph>

<subparagraph id="HBB548658909A4E99ACDC34D49B918876"><enum>(B)</enum><text>ensure that appropriate program managersâ€"</text>

<clause id="HBB6762AE13A5462F84CF1874516DFD56"><enum>(i)</enum><text>have demonstrated competency in current software processes;</text></clause>

<clause id="H6D9F1122A45C48AA8229ACF29001D66A"><enum>(ii)</enum><text display-inline="yes-display-inline">have the skills to lead a workforce that can quickly meet challenges, use software tools that prioritize continuous or frequent upgrades as such tools become available, take up opportunities provided by new innovations, and plan software activities in short iterations to learn from risks of software testing; and</text></clause>

<clause id="H2CC658AE3A6842AD9B297B2C52D18F0B"><enum>(iii)</enum><text display-inline="yes-display-inline">have the experience and training to delegate technical oversight and execution decisions; and</text></clause></subparagraph>

<subparagraph id="H1E1B08D0247A49C79FD68FE961DB1485"><enum>(C)</enum><text display-inline="yes-display-inline">include continuing education courses, exchanges with private-sector organizations, and experiential training to help individuals maintain skills learned through the programs.</text></subparagraph></paragraph></subsection>

<subsection id="H458E999494624B99BF8143850ED7FCAC"><enum>(b)</enum><header>Reports</header>

<paragraph id="HF657F7732C9A41A88EFEB83EEFD2FA1A"><enum>(1)</enum><header>Reports required</header><text>The Secretary shall submit to the congressional defense committeesâ€"</text>

<subparagraph id="HAC343BAF690B478E9AE4E6AD64F51511"><enum>(A)</enum><text display-inline="yes-display-inline">not later than 90 days after the date of the enactment of this Act, an initial report; and</text></subparagraph>

<subparagraph id="H23C30BD49B1D4D578713F8E481C03C3C"><enum>(B)</enum><text display-inline="yes-display-inline">not later than one year after the date of the enactment of this Act, a final report.</text></subparagraph></paragraph>

<paragraph id="H3AEBE450E91D49179A041BE34D26FF45"><enum>(2)</enum><header>Contents</header><text>Each report required under paragraph (1) shall includeâ€"</text>

<subparagraph id="H6E347DEBF518471084A2D6530436F2F2"><enum>(A)</enum><text display-inline="yes-display-inline">the status of implementing the software development and software acquisition training and management programs established under subsection (a)(1);</text></subparagraph>

<subparagraph id="H50EEB630A2DD4D09BF8E08191E759734"><enum>(B)</enum><text display-inline="yes-display-inline">a description of the requirements for certification, including the requirements for competencies in current software processes;</text></subparagraph>

<subparagraph id="H7E0CC21137A34A669C4E285A2B868A71"><enum>(C)</enum><text>a description of potential career paths in software development and software acquisition within the Department of Defense;</text></subparagraph>

<subparagraph id="HA20D07C9F77149F19F76E73EB354BCEC"><enum>(D)</enum><text>an independent assessment conducted by the Defense Innovation Board of the progress made on implementing the programs established under subsection (a)(1); and</text></subparagraph>

<subparagraph id="H0D216FDA956445338574D7C1A61ECA1C"><enum>(E)</enum><text>any recommendations for changes to existing law to facilitate the implementation of the programs established under subsection (a)(1).</text></subparagraph></paragraph></subsection>

<subsection id="HD3482BE05E0F45D3A0FC936FE637F72F"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="HFDB292D9ABB34F1DB9CB752889696B13"><enum>(1)</enum><header>Program executive officer; program manager</header><text>The terms <term>program executive officer</term> and <term>program manager</term> have the meanings given those terms,

respectively, in section 1737 of title 10, United States Code.</text></paragraph>

<paragraph id="HBF529FCC1E4C470299254BEBD4C64337"><enum>(2)</enum><header>Service acquisition executive</header><text display-inline="yes-display-inline">The terms <term>military department</term>, <term>Defense Agency</term>, and <term>service acquisition executive</term> have the meanings given those terms, respectively, in section 101 of title 10, United States Code.</text></paragraph>

<paragraph id="HA785E5B0EE774E66AC453136F30C24DF"><enum>(3)</enum><header>Major defense acquisition program</header><text display-inline="yes-display-inline">The term <term>major defense acquisition program</term> has the meaning given in section 2430 of title 10, United States Code.</text></paragraph>

<paragraph id="HD3BC543ACAAD456A98A66868A0C719D1"><enum>(4)</enum><header>Defense business system</header><text display-inline="yes-display-inline">The term <term>defense business system</term> has the meaning given in section 2222(i)(1) of title 10, United States Code.</text></paragraph></subsection></section>

<section id="H18FA7DD7A50648B8B9C0B44B2EBFF17D"><enum>863.</enum><header>Modification of temporary assignments of Department of Defense employees to a private-sector organization</header>

<subsection id="HD7A33CAB53B242BE947FBF1D9A6313FC"><enum>(a)</enum><header>Public-private talent exchange program</header><text display-inline="yes-display-inline">Section 1599g of title 10, United States Code, is amended by adding at the end the following new subsections:</text>

<quoted-block style="USC" id="H9CC2B8F6D0964066B4893D032F3F158D" display-inline="no-display-inline">

<subsection id="H5FE4FDC46E0D4B228C72D1D8B69BECC8"><enum>(i)</enum><header>Conflicts of interest</header><text display-inline="yes-display-inline">A private-sector organization that is temporarily assigned a member of the acquisition workforce under this section shall not be considered to have a conflict of interest with the Department of Defense solely because of participation in the program established under this section.</text></subsection>

<subsection id="H765CE76BA7174F4D93CD0FB7845FA1EC"><enum>(j)</enum><header>Funding; use of Defense Acquisition Workforce Development Fund</header><text>Funds for the expenses for the program established under this section may be provided from amounts in the Department of Defense Acquisition Workforce Development Fund. Expenses for the program includeâ€"</text>

<paragraph id="H90F09D3A51F542C689D970C49A24FE2F"><enum>(1)</enum><text>notwithstanding section 1705(e)(5) of this title, the base salary of a civilian member of the acquisition workforce assigned to a private-sector organization under this section, during the period of that assignment;</text></paragraph>

<paragraph id="HD978B57F6AAB4349A5EBEE97270593CA"><enum>(2)</enum><text>expenses relating to assignment under this section of a member of the acquisition workforce away from the memberâ€™s regular duty station, including expenses for travel, per diem, and lodging; and</text></paragraph>

<paragraph id="H60169C47C88C450A967293B89876C06C"><enum>(3)</enum><text>expenses for the administration of the program.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HBCA41095ADB642FC864C30388E7A52F4"><enum>(b)</enum><header>Use of Defense Acquisition Workforce Development Fund</header><text>Section 1705(e)(1) of such title is amended by adding at the end the following new subparagraph:</text>

<quoted-block id="H97637640DDA4484EA24D5F5CFB75C152" style="OLC">

<subparagraph id="HF77D3ED87E834681904E3462DDFA06D4"><enum>(C)</enum><text>Amounts in the Fund may be used to pay the expenses of the public-private talent exchange program established under section 1599g of this title.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H02B52F3B67A241DF8CA6C310AADEF97E" section-type="subsequent-section"><enum>864.</enum><header>Incentives and consideration for qualified training programs</header>

<subsection id="HFADEF2AFB3EB427CABBEF70C8BB8BA54"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 141 of title 10, United States Code, is amended by inserting after section 2409 the following new section:</text>

<quoted-block id="H55D13EE25FAB43AB81F08DC25C9B402D" style="USC">

<section id="HEE96B1040D5F4D8E9DF90FDED4906E8E"><enum>2409a.</enum><header>Incentives and consideration for qualified training programs</header>

<subsection id="HE5562C98C8214E0CA53EA21ACCD9DD37"><enum>(a)</enum><header>Incentives</header><text display-inline="yes-display-inline">The Secretary of Defense shall develop workforce development investment incentives for a contractor that implements a qualified training program to develop the workforce of the contractor in a manner consistent with the needs of the Department of Defense.</text></subsection>

<subsection id="H8E21EB20FE99413A94E5935ECEEF3628"><enum>(b)</enum><header>Consideration of qualified training programs</header><text display-inline="yes-display-inline">The Secretary of Defense shall revise the Department of Defense Supplement to the Federal Acquisition Regulation to require that the system used by the Federal Government to monitor or record contractor past performance includes an analysis of the availability, quality, and effectiveness of a qualified training program of an offeror as part of the past performance rating of such offeror.</text></subsection>

<subsection id="H50480550ABA749B79C2F4E5652CBF8D9"><enum>(c)</enum><header>Qualified training program defined</header><text>The term <term>qualified training program</term> means any of the following:</text>

<paragraph id="H62367CE690C54C1C92FDEDBA0F4F0D16"><enum>(1)</enum><text>A program eligible to receive funds under the Workforce Innovation and Opportunity Act (29 U.S.C. 3101 et seq.).</text></paragraph>

<paragraph id="HEBC266FD0CB94F27854D60B590E79A8E"><enum>(2)</enum><text>A program eligible to receive funds under the Carl D. Perkins Career and Technical Education Act of 2006 (20 U.S.C. 2301 et seq.).</text></paragraph>

<paragraph id="H934596633B114808A6E4C797633BB5D3"><enum>(3)</enum><text>A program registered under the Act of August 16, 1937 (commonly known as the <quote>National Apprenticeship Act</quote>; Stat. 664, chapter 663; 29 U.S.C. 50 et seq.).</text></paragraph>

<paragraph id="H96FA27655D71438199170014F53A9E77"><enum>(4)</enum><text>Any other program determined to be a qualified training program for purposes of this section, and that meets the workforce needs of the Department of Defense, as determined by the Secretary of Defense.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA1CAF75027BB42E0BDBC0A78D0DA5D25"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 2409 the following new item:</text>

<quoted-block style="USC" id="HABA7CF2A18A445EDB9A43F48351822E5" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2409a. Incentives and consideration for qualified training programs.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HE51FB89B9C324B4DBA56F5989208AA6F"><enum>865.</enum><header>Use of qualified apprentices by military construction contractors</header>

<subsection id="H111B6D26C49B468A9D282292DD84C73A"><enum>(a)</enum><header>Use of qualified apprentices by military construction contractors</header>

<paragraph id="H1675F4F16B794A188C6F0832591D663B"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter III of chapter 169 of title 10, United States Code, is amended by adding at the end the following new

section:</text>

<quoted-block id="H3AF32E4020C64DC785DC68C322F8B054" style="USC">

<section id="HE83D4A610BC741C6B967686099471BD1"><enum>2870.</enum><header>Use of qualified apprentices by military construction contractors</header>

<subsection id="H573EBF0759E241C2BFAD44832EBCC49A"><enum>(a)</enum><header>Certification required</header><text display-inline="yes-display-inline">The Secretary of Defense shall require each offeror for a contract for a military construction project to certify to the Secretary that, if awarded such a contract, the offeror willâ€"</text>

<paragraph id="H8DCF6312BA5F4D839E07982AF041BDD7"><enum>(1)</enum><text>establish a goal that not less than 20 percent of the total workforce employed in the performance of such a contract are qualified apprentices; and</text></paragraph>

<paragraph id="H3482498A74B549ACBC841F4AA3CDA617"><enum>(2)</enum><text display-inline="yes-display-inline">make a good faith effort to meet or exceed such goal.</text></paragraph></subsection>

<subsection id="H5E4799A76A924251BB0451ADF3EC5003"><enum>(b)</enum><header>Incentives</header><text display-inline="yes-display-inline">The Secretary of Defense shall develop incentives for offerors for a contract for military construction projects to meet or exceed the goal described in subsection (a).</text></subsection>

<subsection id="H40C293E745A847C5A291DC4AA35E9059"><enum>(c)</enum><header>Consideration of use of qualified apprentices</header><text display-inline="yes-display-inline">The Secretary of Defense shall revise the Department of Defense Supplement to the Federal Acquisition Regulation to require that the system used by the Federal Government to monitor or record contractor past performance includes an analysis of whether the contractor has made a good faith effort to meet or exceed the goal described in subsection (a), including consideration of the actual number of qualified apprentices used by the contractor on the contract, as part of the past performance rating of such contractor.</text></subsection>

<subsection id="HD7EE4F8969AC410D802C61B9E236AE58"><enum>(d)</enum><header>Qualified apprentice defined</header><text>In this section, the term <quote>qualified apprentice</quote> means an employee participating in an apprenticeship program that isâ€"</text>

<paragraph id="H59D7B43DCDA94BE6BD4C6C176421D2EC"><enum>(1)</enum><text display-inline="yes-display-inline">registered with the Office of Apprenticeship of the Employment Training Administration of the Department of Labor pursuant to the Act of August 16, 1937 (popularly known as the <quote>National Apprenticeship Act</quote>; 29 U.S.C. 50 et seq.);</text></paragraph>

<paragraph id="HDA9F9EB648754F07B81C189EB12F5107"><enum>(2)</enum><text display-inline="yes-display-inline">registered with a State apprenticeship agency recognized by such Office of Apprenticeship pursuant to such Act; or</text></paragraph>

<paragraph id="H141BDB9EB40D43CB8465E4A5773EE100"><enum>(3)</enum><text>determined to be a high-quality apprenticeship program by industry and the Secretary of Labor.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HEB1396AA29B149EFA24C5A349A922C4B"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of subchapter III of chapter 169 of title 10, United States Code, is amended by adding at the end the following new item:</text>

<quoted-block id="H2A2F1263EE97483387A0D18F6912F41C" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">2870. Use of qualified apprentices by military construction contractors.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection

id="H4D40369CCBD74EA6A413066BB84F3131"><enum>(b)</enum><header>Applicability</header><text>The amendments made by this section shall apply with respect to contracts awarded on or after the date that is 180 days after the date of the enactment of this Act.</text></subsection></section></subtitle>

<subtitle id="HEF58E1CDF95D4E6092A7C6BFE312799C"><enum>G</enum><header>Small Business Matters</header>

<section id="H6380C49ADBBF46F6B778D3D507184C98"><enum>870.</enum><header>Requirements relating to credit for certain small business concern subcontractors</header>

<subsection id="H8746711E962347E98807F39F3E213116"><enum>(a)</enum><header>Credit for certain small business concern subcontractors</header><text>Section 8(d)(16) of the Small Business Act (15 U.S.C. 637(d)) is amended to read as follows:</text>

<quoted-block id="HCA43597E872E476B8772E543093EA5D7" style="OLC">

<paragraph id="H6CFC12A7FCB240029D4B773751EC0440"><enum>(16)</enum><header>Credit for certain small business concern subcontractors</header>

<subparagraph id="H44C79582CDA5499EB59C9FAC62CCC57E"><enum>(A)</enum><header>In general</header><text>For purposes of determining whether or not a prime contractor has attained the percentage goals specified in paragraph (6)â€"</text>

<clause id="HB68F24ADFA0745FD8EF2039484737E91"><enum>(i)</enum><text>if the subcontracting goals pertain only to a single contract with a Federal agency, the prime contractor may elect to receive credit for small business concerns performing as first tier subcontractors or subcontractors at any tier pursuant to the subcontracting plans required under paragraph (6)(D) in an amount equal to the total dollar value of any subcontracts awarded to such small business concerns; and</text></clause>

<clause id="H745DDB550EDB41B3BCB486D8D203FD0A"><enum>(ii)</enum><text>if the subcontracting goals pertain to more than one contract with one or more Federal agencies, or to one contract with more than one Federal agency, the prime contractor may only receive credit for first tier subcontractors that are small business concerns.</text></clause></subparagraph>

<subparagraph id="HE028F89885304FA686938B0D51524590"><enum>(B)</enum><header>Collection and review of data on subcontracting plans</header><text>The head of each contracting agency shall ensure that the agencyâ€"</text>

<clause id="H495945580BC24D32B34CAD94808CD974"><enum>(i)</enum><text>collects and reports data on the extent to which prime contractors of the agency meet the goals and objectives set forth in subcontracting plans submitted pursuant to this subsection; and</text></clause>

<clause id="H4951F2F9CA36437AA523349E26159D89"><enum>(ii)</enum><text>periodically reviews data collected and reported pursuant to clause (i) for the purpose of ensuring that such contractors comply in good faith with the requirements of this subsection.</text></clause></subparagraph>

<subparagraph id="H115719DD4497492595C20E6D47B1FC06" commented="no"><enum>(C)</enum><header>Rule of construction</header><text>Nothing in this paragraph shall be construed to allow a Federal agency to establish a goal for an number of subcontracts with a subcontractor at any tier for a prime contractor otherwise eligible to receive credit under this paragraph.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H44CC0DB8247E40848EA2563824211156"><enum>(b)</enum><header>Maintenance of records with respect to credit under a subcontracting plan</header><text>Section 8(d)(6) of the Small Business Act (15 U.S.C. 637(d)(6)) is amendedâ€"</text>

<paragraph id="H0573370D46D84B47B956FA98CB79C01D"><enum>(1)</enum><text>by redesignating subparagraphs (G) and (H) as subparagraphs (H) and (I), respectively (and conforming the margins accordingly); and</text></paragraph>

<paragraph id="H8AA325A136C044B1BF9A38AA8D4F476B"><enum>(2)</enum><text>by inserting after subparagraph (F) the following new subparagraph:</text>

<quoted-block id="H33306090DEC54AAE822987FF2755654D" style="OLC">

<subparagraph id="H2693940B6223425E99C41E84748289E1"><enum>(G)</enum><text>a recitation of the types of records the successful offeror or bidder will maintain to demonstrate that procedures have been adopted to substantiate the credit the successful offeror or bidder will elect to receive under paragraph (16)(A);</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HECB269CACE574A3A81DB9929AED616A9" section-type="subsequent-section"><enum>871.</enum><header>Inclusion of best in class designations in annual report on small business goals</header><text display-inline="no-display-inline">Section 15(h) of the Small Business Act (15 U.S.C. 644(h)) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H3A5874EA65D64ABBB92CAE77B8F4A348" style="OLC">

<paragraph id="H6EE6158E45C446E39AC94A5069C1C8A2"><enum>(4)</enum><header>Best in class small business participation reporting</header>

<subparagraph id="H7CE5CC412F8742DEA1A17B2C9FB47EE9"><enum>(A)</enum><header>Addendum</header><text display-inline="yes-display-inline">In addition to the requirements under paragraph (2) and for each best in class designation, the Administrator shall include in the report required by such paragraphâ€"</text>

<clause id="HCA4C0B6EADE349C4A989179252D3B512"><enum>(i)</enum><text>the total amount of spending Governmentwide in such designation; and</text></clause>

<clause id="HB3E97CB0DA9C494AB8C3DEDC3AB5C3EC"><enum>(ii)</enum><text>the number of small business concerns awarded contracts and the dollar amount of such contracts awarded within each such designation to each of the followingâ€"</text>

<subclause id="HF7E25A21A1F54DDC9520BA4E725B0905"><enum>(I)</enum><text>qualified HUBZone small business concerns;</text></subclause>

<subclause id="H9387891F133C48519F5599DBDEE750D7"><enum>(II)</enum><text>small business concerns owned and controlled by women;</text></subclause>

<subclause id="H470F490593B14D929CA2B77A1559869B"><enum>(III)</enum><text>small business concerns owned and controlled by service-disabled veterans; and</text></subclause>

<subclause id="H38C61F8EAEAF4C5A9512FA5284CE0F26"><enum>(IV)</enum><text>small business concerns owned and controlled by socially and economically disadvantaged individuals.</text></subclause></clause></subparagraph>

<subparagraph id="HA04747F8BFF44F3BB587B8DAB15629DB"><enum>(B)</enum><header>Best in class defined</header><text display-inline="yes-display-inline">The term <term>best in class</term> has the meaning given such term by the Director of the Office of Management and Budget.</text></subparagraph>

<subparagraph id="H2F3A9D0D327F477F930D76082805597B"><enum>(C)</enum><header>Effective date</header><text display-inline="yes-display-inline">The Administrator shall report on the information described by subparagraph (A) beginning on the date that such information is available in the Federal Procurement Data System, the System for Award Management, or any successor to such systems.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HECCF10F339224837B6DBC0E8C752B2B1" section-type="subsequent-section"><enum>872.</enum><header>Reauthorization and improvement of Department of Defense Mentor-Protege Program</header>

<subsection id="HF15B8A7AE20E42378C871CC75F570773"><enum>(a)</enum><header>Reauthorization</header>

<paragraph id="H9C822543886B4A82BBFB35C85CB16EE6"><enum>(1)</enum><header>In general</header><text>Subsection (j) of section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note) is amendedâ€"</text>

<subparagraph id="HF6AC90E7D6A141D2A3483B616A202D96"><enum>(A)</enum><text>in paragraph (1), by striking <quote>September 30, 2018</quote> and inserting <quote>September 30, 2024</quote>; and</text></subparagraph>

<subparagraph id="H907BAC2CE4B84378845DEE03000DC91B"><enum>(B)</enum><text>in paragraph (2), by striking <quote>September 30, 2021</quote> and inserting <quote>September 30, 2026</quote>.</text></subparagraph></paragraph>

<paragraph id="H04F9BFE4072B40FEB3953B954B228F5E"><enum>(2)</enum><header>Program participation term</header><text display-inline="yes-display-inline">Subsection (e)(2) of such section is amended by striking <quote>three years</quote> each place such term appears and inserting <quote>two years</quote>.</text></paragraph>

<paragraph id="HD33D1A0C5BE3444CB83CC2DB692C2B41"><enum>(3)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by this subsection shall take effect on the date on which the Secretary of Defense submits to Congress the small business strategy required under section 2283 of title 10, United States Code. The Secretary of Defense shall notify the Law Revision Counsel of the House of Representatives of the submission of the strategy so that the Law Revision Counsel may execute the amendments made by this subsection.</text></paragraph></subsection>

<subsection id="H310C7378A7CA42039E0E9AC7C802E092"><enum>(b)</enum><header>Office of Small Business Programs oversight</header><text>Section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note) is amendedâ€"</text>

<paragraph id="HBA42A92BB03F404EBB4FC0E78D51D8CE"><enum>(1)</enum><text>by redesignating subsection (n) as subsection (o); and</text></paragraph>

<paragraph id="H60D25289C63D41FBA3E576779396CE6B"><enum>(2)</enum><text>by inserting after subsection (m) the following new subsection:</text>

<quoted-block id="H0C4BCC75FAB148F682BEA16A98349F33" style="OLC">

<subsection id="H3E3BA192E29242F98A59FA67D07EA3F8"><enum>(n)</enum><header>Establishment of performance goals and periodic reviews</header><text>The Office of Small Business Programs of the Department of Defense shallâ€"</text>

<paragraph id="H5C4BACC60092420CA0950C94F8C74981"><enum>(1)</enum><text>establish performance goals consistent with the stated purpose of the Mentor-Protege Program and outcome-based metrics to measure progress in meeting those goals; and</text></paragraph>

<paragraph id="H4141B6677608409EBD57ADD4610507D1"><enum>(2)</enum><text>submit to the congressional defense committees, not later than February 1, 2020, a report on progress made toward implementing these performance goals and metrics, based on periodic reviews of the procedures used to approve mentor-protege agreements.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H85D0EF82925444D9B3683A9EB450527C"><enum>(c)</enum><header>Modification of disadvantaged small business concern definition</header><text>Paragraph (2) of section 831(o) of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note), as redesignated by subsection (b)(1), is amended in the matter preceding subparagraph (A) by striking <quote>has less than half the size standard corresponding to its primary North American Industry Classification System code</quote> and inserting <quote>is not more than the size standard corresponding to its primary North American Industry Classification System code</quote>.</text></subsection>

<subsection id="H4B8434DD430A4D76AF73B1C8454B3532"><enum>(d)</enum><header>Independent report on program effectiveness</header><text display-inline="yes-display-inline">The Secretary of Defense shall direct the Defense Business Board to submit, not later than March 31, 2022, to the congressional defense committees a report evaluating the effectiveness of the Mentor-Protege Program established under section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note), including recommendations for improving the program in terms of performance metrics, forms of assistance, and overall program effectiveness.</text></subsection>

<subsection id="H38E112650C28480C8FFC8889CECFF607"><enum>(e)</enum><header>Report</header><text>Not

later than 180 days after the date of the enactment of this Act, and annually thereafter until September 30, 2024, the Secretary of Defense shall submit to the congressional defense committees a report on the Mentor-Protege Program established under section 831 of the National Defense Authorization Act for Fiscal Year 1991 (Public Law 101â€"510; 10 U.S.C. 2302 note) that describesâ€"</text>

<paragraph id="H82B8AA7BBED54193B147B0876E8A3002"><enum>(1)</enum><text>each mentor-protege agreement entered into under such section, disaggregated by the type of disadvantaged small business concern (as defined in subsection (o) of such section) receiving assistance pursuant to such an agreement;</text></paragraph>

<paragraph id="H7B2B25E4A096438D82BEE21650B1654E"><enum>(2)</enum><text>the type of assistance provided to protege firms (as defined in such subsection) under each such agreement;</text></paragraph>

<paragraph id="H84884CD1849B47B5A56D8C223B45AB29"><enum>(3)</enum><text display-inline="yes-display-inline">the benefits provided to mentor firms (as defined in such subsection) under each such agreement; and</text></paragraph>

<paragraph id="HCA43A9D4BD4C44479B159C61041A4938"><enum>(4)</enum><text>the progress of protege firms under each such agreement with respect to competing for Federal prime contracts and subcontracts.</text></paragraph></subsection></section>

<section id="HE298DB1DE6AF4440B14CE40777EDA739"><enum>873.</enum><header>Accelerated payments applicable to contracts with certain small business concerns under the Prompt Payment Act</header><text display-inline="no-display-inline">Section 3903(a) of title 31, United States Code, is amendedâ€"</text>

<paragraph id="H2D6FC344B609416EBF9B9D0698A054DE"><enum>(1)</enum><text>in paragraph (1)(B), by inserting <quote>except as provided in paragraphs (10) and (11),</quote> before <quote>30 days</quote>;</text></paragraph>

<paragraph id="H38C6D160967744A3987FE9433CC2466A"><enum>(2)</enum><text>in paragraph (8), by striking <quote>and</quote>;</text></paragraph>

<paragraph id="H9792128360C940AD99EC95E6573AB5F3"><enum>(3)</enum><text>in paragraph (9), by striking the period at the end and inserting a semicolon; and</text></paragraph>

<paragraph id="HECDDBF7FB53B45759EA56B2D48B17668"><enum>(4)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H09DB1CEBC869414A92BBD905ABE3EE4F" style="USC">

<paragraph id="HCD267238AEB44D329FF55EEBB971330D"><enum>(10)</enum><text display-inline="yes-display-inline">for a prime contractor (as defined in section 8701(5) of title 41) that is a small business concern (as defined under section 3 of the Small Business Act (15 U.S.C. 632)), to the fullest extent permitted by law, require that the head of an agency establish an accelerated payment date with a goal of 15 days after a proper invoice for the amount due is received if a specific payment date is not established by contract; and</text></paragraph>

<paragraph id="HA84C3B602D6A411AACDD6C5D31508A2A"><enum>(11)</enum><text display-inline="yes-display-inline">for a prime contractor (as defined in section 8701(5) of title 41) that subcontracts with a small business concern (as defined under section 3 of the Small Business Act (15 U.S.C. 632)), to the fullest extent permitted by law, require that the head of an agency establish an accelerated payment date with a goal of 15 days after a proper invoice for the amount due is received ifâ€"</text>

<subparagraph id="HBBEC4AF119844F6DB2AE8A5E524F0F8D"><enum>(A)</enum><text>a specific payment date is not established by contract; and</text></subparagraph>

<subparagraph id="HFEC43D931ADF439E94F4E8F1315C6646"><enum>(B)</enum><text>such prime contractor agrees to make payments to such subcontractor in accordance with such accelerated payment date, to the maximum extent practicable, without any further consideration from or fees charged to such subcontractor.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HFD275103ABD64DCF9F7283354C087FD6" section-type="subsequent-

section"><enum>874.</enum><header>Postaward explanations for unsuccessful offerors for certain contracts</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Federal Acquisition Regulation shall be revised to require that with respect to an offer for a task order or delivery order in an amount greater than the simplified acquisition threshold (as defined in section 134 of title 41, United States Code) and less than or equal to $5,500,000 issued under an indefinite delivery-indefinite quantity contract, the contracting officer for such contract shall, upon written request from an unsuccessful offeror, provide a brief explanation as to why such offeror was unsuccessful that includes a summary of the rationale for the award and an evaluation of the significant weak or deficient factors in the offerorâ€™s offer.</text></section>

<section id="H9723B3D0D8C4465EBDD99ED98FF890A1" section-type="subsequent-section"><enum>875.</enum><header>Small business contracting credit for subcontractors that are Puerto Rico businesses or covered territory businesses</header><text display-inline="no-display-inline">Section 15(x) of the Small Business Act (15 U.S.C. 644(x)(1)) is amendedâ€"</text>

<paragraph id="H6B39B306E09F4119847E1F18DD7F6139" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in the subsection heading, by adding <quote><header-in-text level="subsection" style="OLC">and covered territory businesses</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">Puerto Rico businesses</header-in-text></quote>; </text></paragraph>

<paragraph id="H0AE646FAC83F4028803551F2651952D6"><enum>(2)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="HB764CABB549C41C5A7FCEF8D315F82B8"><enum>(A)</enum><text>by inserting <quote>or a covered territory business, or a prime contractor awards a subcontract (at any tier) to a subcontractor that is a Puerto Rico business or a covered territory business,</quote> after <quote>Puerto Rico business</quote>;</text></subparagraph>

<subparagraph id="H88D28D3ED03649C6AD6A3E0F5865F8B6"><enum>(B)</enum><text>by inserting <quote>or subcontract</quote> after <quote>the contract</quote>; and </text></subparagraph>

<subparagraph id="H1699A8DE92AC48CD86C787A59F0E3C53"><enum>(C)</enum><text>by striking <quote>subsection (g)(1)(A)(i)</quote> and inserting <quote>subsection (g)(1)(A)</quote>; and</text></subparagraph></paragraph>

<paragraph id="HBEF08B3555334E99AF09A721F455352E"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H57380A5B6C854981A20C31B83F9665DB">

<paragraph id="HE957F224B4EA4D0F91B1531F7A85810F"><enum>(3)</enum><header>Covered territory business defined</header><text display-inline="yes-display-inline">In this subsection, the term <quote>covered territory business</quote> means a small business concern that has its principal office located in one of the following:</text>

<subparagraph id="H3E0884D1D76F43ABBEA84CB063F865AD"><enum>(A)</enum><text>The United States Virgin Islands.</text></subparagraph>

<subparagraph id="HE52EDCB185D547BA92230E07CE94423D"><enum>(B)</enum><text display-inline="yes-display-inline">American Samoa.</text></subparagraph>

<subparagraph id="H4BB66A58497D42E9BB0A8963AFB5E0B9"><enum>(C)</enum><text>Guam.</text></subparagraph>

<subparagraph id="HE9BCBBD19DC74CBB89199CAE6D8369DB"><enum>(D)</enum><text>The Northern Mariana Islands.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H5ADFDB36C9AC45CDB4077B79DCA917E4" section-type="subsequent-section"><enum>876.</enum><header>Technical amendment regarding treatment of certain surviving spouses under the definition of small business concern owned and controlled by service-disabled veterans</header><text display-inline="no-display-inline">Effective on the date specified in subsection (e) of section 1832 of the National Defense

Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2660), section 3(q)(2) of the Small Business Act (15 U.S.C. 632(q)) is amendedâ€"</text>

<paragraph id="H133F5F5C0FFE4DAC9C7CE5A77894F4DE"><enum>(1)</enum><text>in subparagraph (C)(i)(II), by striking <quote>rated as 100 percent</quote> and all that follows through <quote>service-connected disability</quote>; and</text></paragraph>

<paragraph id="HAE3BC26AAFC14F9784CCCD2C7E298436"><enum>(2)</enum><text display-inline="yes-display-inline">by amending subparagraph (C)(ii)(III) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H9A6A69A7382F4B578008B08C035C6B2C" style="OLC">

<subclause id="H5E2F5D3F5E5147E787AC5B97429D665E" indent="up1"><enum>(III)</enum><text display-inline="yes-display-inline">the date thatâ€"</text>

<item id="H8834802988E94A3DA354D8171D9B023D"><enum>(aa)</enum><text display-inline="yes-display-inline">in the case of a surviving spouse of a veteran with a service-connected disability rated as 100 percent disabling or who dies as a result of a service-connected disability, is 10 years after the date of the death of the veteran; or</text></item>

<item id="HADDE9689318A4B038383879D8F741EBD"><enum>(bb)</enum><text display-inline="yes-display-inline">in the case of a surviving spouse of a veteran with a service-connected disability rated as less than 100 percent disabling who does not die as a result of a service-connected disability, is 3 years after the date of the death of the veteran.</text></item></subclause><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H27C20A683F464EABA3BEA2ECF204A356" display-inline="no-display-inline" section-type="subsequent-section"><enum>877.</enum><header>Extension of loan assistance and deferral eligibility to reservists and members of the National Guard beyond periods of military conflict</header>

<subsection id="HDC8524037C4D425F904E66292D430E1F"><enum>(a)</enum><header>Small Business Act amendments</header><text display-inline="yes-display-inline">Section 7 of the Small Business Act (15 U.S.C. 636) is amendedâ€"</text>

<paragraph id="H47AE8C8D178C4590A36B249C4D9867D9"><enum>(1)</enum><text>in subsection (b)(3)â€"</text>

<subparagraph id="H626B671350584CF081B2B12D2C006A04"><enum>(A)</enum><text>in subparagraph (A)â€"</text>

<clause id="H466D2AE4FC86430785CE488CADD37891"><enum>(i)</enum><text>by striking clause (ii);</text></clause>

<clause id="HBBE553F0DC6646FEB9A3DFD3CEB109F3"><enum>(ii)</enum><text>by redesignating clause (i) as clause (ii);</text></clause>

<clause id="H2C3AFFFDFAFF4F3298D1DBCE7A2614CB"><enum>(iii)</enum><text>by inserting before clause (ii), as so redesignated, the following:</text>

<quoted-block display-inline="no-display-inline" id="HA2C356C1895D4E07A7880BA73A2B27AA" style="OLC">

<clause id="H7F6AAE64A73F48EBA0D2938369CA6AD0" indent="up1"><enum>(i)</enum><text>the term <term>active service</term> has the meaning given that term in section 101(d)(3) of title 10, United States Code;</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></clause>

<clause id="H5567D0A8748D4A039DC0CDEE2A0798C2"><enum>(iv)</enum><text>in clause (ii), as so redesignated, by adding <quote>and</quote> at the end;</text></clause></subparagraph>

<subparagraph id="H539F7373361940169FD8460C0761AC66"><enum>(B)</enum><text>in subparagraph (B), by striking <quote>being ordered to active military duty during a period of military conflict</quote> and inserting <quote>being ordered to perform active service for a period of more than 30 consecutive days</quote>;</text></subparagraph>

<subparagraph id="H3AA8DB9954B546C4B0F2E89964DEA3E9"><enum>(C)</enum><text>in subparagraph (C), by striking <quote>active duty</quote> each place it appears and inserting <quote>active service</quote>; and</text></subparagraph>

<subparagraph id="H42539B2166524B299F5B283F94C97C88"><enum>(D)</enum><text>in subparagraph (G)(ii)(II), by striking <quote>active duty</quote> and inserting <quote>active service</quote>; and</text></subparagraph></paragraph>

<paragraph id="HBB1A0BA3FE1D4B06ABD9D8FCF000D442"><enum>(2)</enum><text>in subsection (n)â€"</text>

<subparagraph id="HAD89D9A625CD4F68AE313CE6DEAE39D3"><enum>(A)</enum><text>in the subsection heading, by striking <quote><header-in-text level="subsection" style="OLC">Active Duty</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">Active Service</header-in-text></quote>;</text></subparagraph>

<subparagraph id="HBF214067B5FC416285393DE76806C94A"><enum>(B)</enum><text>in paragraph (1)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="HE981C696648D4C8E933FA8B81B9EA569"><enum>(i)</enum><text display-inline="yes-display-inline">by striking subparagraph (C);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H146ED8C69EF548EEBE5A468913B9D84A"><enum>(ii)</enum><text display-inline="yes-display-inline">by redesignating subparagraphs (A) and (B) as subparagraphs (B) and (C), respectively;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H99A7D14C456A46F39543F7E374491928"><enum>(iii)</enum><text>by inserting before subparagraph (B), as so redesignated, the following:</text>

<quoted-block display-inline="no-display-inline" id="H6E0829DD1C3A42D6955DCFE0233CCD2A" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="HE34069B426B444BBBC9907FA555C8AB0"><enum>(A)</enum><header>Active service</header><text display-inline="yes-display-inline">The term <term>active service</term> has the meaning given that term in section 101(d)(3) of title 10, United States Code.</text></subparagraph><after-quoted-block>; </after-quoted-block></quoted-block></clause>

<clause commented="no" display-inline="no-display-inline" id="H94AD2F1BCB7A4E508649CC1474A8D403"><enum>(iv)</enum><text display-inline="yes-display-inline">in subparagraph (B), as so redesignated, by striking <quote>ordered to active duty during a period of military conflict</quote> and inserting <quote>ordered to perform active service for a period of more than 30 consecutive days</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8962E16F60DF422DAC3605D92999466A"><enum>(v)</enum><text>in subparagraph (D), by striking <quote>active duty</quote> each place it appears and inserting <quote>active service</quote>; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3BFCC0A8DDD44E2584A7705095B320B8"><enum>(C)</enum><text>in paragraph (2)(B), by striking <quote>active duty</quote> each place it appears and inserting <quote>active service</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H9FA8B2903EAF4E41AEFEF02B88ACC4F0"><enum>(b)</enum><header>Applicability</header><text>The amendments made by subsection (a)(1) shall apply to an economic injury suffered or likely to be suffered as the result of an essential employee being ordered to perform active service (as defined in section 101(d)(3) of title 10, United States Code) for a period of more than 30 consecutive days who is discharged or released from such active service on or after the date of enactment of this Act.</text></subsection>

<subsection id="H175B59C7D75740BDAAB3AD1B7C353508"><enum>(c)</enum><header>Semiannual report</header><text>Not later than 180 days after the date of enactment of this Act, and semiannually thereafter, the President shall submit to the Committee on Small

Business and Entrepreneurship and the Committee on Appropriations of the Senate and the Committee on Small Business and the Committee on Appropriations of the House of Representatives a report on the number of loans made under the Military Reservist Economic Injury Disaster Loan program and the dollar volume of those loans. The report shall contain the subsidy rate of the disaster loan program as authorized under section 7(b) of the Small Business Act (15 U.S.C. 636(b)) with the loans made under the Military Reservist Economic Injury Disaster Loan program and without those loans included.</text></subsection>

<subsection id="H6987698DDBE5465C8C7050994E356AD5"><enum>(d)</enum><header>Technical and conforming amendment</header><text>Section 8(l) of the Small Business Act (15 U.S.C. 637(l)) is amendedâ€"</text>

<paragraph id="H6497811A8AD3432DB9C08B83DC29FF56"><enum>(1)</enum><text>by striking <quote>The Administration</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HD892FD7FFB7442E0AF3BF6F312707AB4" style="OLC">

<paragraph id="H6433F12944534EC39DA2DBA35D7B42E9"><enum>(1)</enum><header>In general</header><text>The Administration</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HCB39A501B119461AA6F36A43F4CE71CB"><enum>(2)</enum><text>by striking <quote>(as defined in section 7(n)(1))</quote>; and</text></paragraph>

<paragraph id="H0247D626345945C1B9BAABA54569D5A6"><enum>(3)</enum><text>by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HF7E3BBFCEFA54ADD8775E44AD9F66E6C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HFF838EE262394B1A82810DF47F9D30FE"><enum>(2)</enum><header display-inline="yes-display-inline">Definition of period of military conflict</header><text display-inline="yes-display-inline">In this subsection, the term <term>period of military conflict</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H46A5C28D24114D34B0A472271BF803D9"><enum>(A)</enum><text>a period of war declared by the Congress;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H228EAD8E977D4380B890C3C7A6FADA43"><enum>(B)</enum><text>a period of national emergency declared by the Congress or by the President; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8EB326DCE879448B87F5D9CC5904A5A5"><enum>(C)</enum><text>a period of a contingency operation, as defined in section 101(a) of title 10, United States Code.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H58BB7F8F60424A62BAF3B2995A2CDDE0"><enum>878.</enum><header>Modification to the Defense Research and Development Rapid Innovation Program</header>

<subsection id="H0F45F4D0E39C44589D94748FFDD2B55F"><enum>(a)</enum><header>Types of awards; award size; limitation on certain awards</header><text>Section 2359a of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HB8FDE976A239421A8B338123722F66BA"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(1), by inserting <quote>phase II Small Business Technology Transfer Program projects,</quote> after <quote>projects,</quote>;</text></paragraph>

<paragraph id="HE666838C0F8F4CB7A5E062EB9C2A4AD2"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H53695FF8C5B2418AB16AF3C748814B42"><enum>(A)</enum><text>in paragraph (3), by striking <quote>$3,000,000</quote> and all that follows through the period at the end and inserting <quote>$6,000,000.</quote>; and</text></subparagraph>

<subparagraph id="H4590311C46DC4B31BCB996B88B3CB74D"><enum>(B)</enum><text>by adding at

the end the following new paragraph:</text>

<quoted-block id="HF03B2C0EBE4B4E2FB918DE112703239D" style="OLC">

<paragraph id="H06AC8E9DC208448EA0D07BC7EF98449E"><enum>(7)</enum><text>A preference under the program for funding small business concerns.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA26D3225AD2E4DF280DFB1AA81CAE570"><enum>(3)</enum><text>in subsection (d)â€"</text>

<subparagraph id="H7E7A8F37A6E34582B7EEED39A6DD1CA9"><enum>(A)</enum><text>by striking <quote>Subject to</quote> and inserting <quote>(1) Subject to</quote>;</text></subparagraph>

<subparagraph id="H17CFE5224FB648D4A4F84D0897AB3162"><enum>(B)</enum><text>in paragraph (1), as so designated, by inserting <quote>and to the limitation under paragraph (2)</quote> after <quote>for such purpose</quote>; and</text></subparagraph>

<subparagraph id="HF886F71D72F14A8591B9A28182CEAA99"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HE84F607C592342F9B4A74E01F4880760" style="USC">

<paragraph id="H0AC5ADB70E884A9C930C17097A8FAD89"><enum>(2)</enum><text>During any fiscal year, the total amount of awards in an amount greater than $3,000,000 made under the program established under subsection (a) may not exceed 25 percent of the amount made available to carry out such program during such fiscal year.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H93EB4A272DD4413DA35D0360A8864C68"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the program established under section 2359a(a) of title 10, United States Code (commonly known as the <quote>Defense Research and Development Rapid Innovation Program</quote>), which shall includeâ€"</text>

<paragraph id="H045F19055AC34598AF9F76A9C286E4D2"><enum>(1)</enum><text>with respect to the two fiscal years preceding the submission of the reportâ€"</text>

<subparagraph id="HE23267184A8842EA9DFF0B6DB957B722"><enum>(A)</enum><text>a description of the total number of proposals funded under the program;</text></subparagraph>

<subparagraph id="H10EC1E1A53EE425B960D9B000F8BA3FB"><enum>(B)</enum><text>the percent of funds made available under the program for phase II Small Business Innovation Research Program projects (as defined under section 9 of the Small Business Act (15 U.S.C. 638)); and</text></subparagraph>

<subparagraph id="HEDFFB60BB0E74A989F34F1058C9DEBFF"><enum>(C)</enum><text display-inline="yes-display-inline">a list of phase II Small Business Innovation Research Program projects that received funding under the program that were included in major defense acquisition programs (as defined in section 2430 of title 10, United States Code) and other defense acquisition programs that meet critical national security needs; and</text></subparagraph></paragraph>

<paragraph id="H83C8DE9AC1AA4889BEB3A1D908E8015D"><enum>(2)</enum><text>an assessment on the effectiveness of the program in stimulating innovative technologies, reducing acquisition or lifecycle costs, addressing technical risk, and improving the timeliness and thoroughness of test and evaluation outcomes.</text></paragraph></subsection></section>

<section id="H8C16CD5364F442EB92FF3F2B4C5FC73F"><enum>879.</enum><header>Alignment of the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program with the National Defense Science and Technology Strategy</header><text display-inline="no-display-inline">The Secretary of Defense and Secretaries of the military departments shall, to the extent practicable, align the research topics selected for activities conducted under the Small Business Innovation Research Program and Small Business Technology Transfer Program (as defined under

section 9 of the Small Business Act (15 U.S.C. 638)) with the National Defense Science and Technology Strategy developed under section 218 of the John. S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1679).</text></section>

<section id="HE4595235EFB74164B2E15018F5C16D78"><enum>880.</enum><header>Assistance for small business concerns participating in the SBIR and STTR programs</header>

<subsection id="H2F6942FDF12E4723B5C7B796DC586372"><enum>(a)</enum><header>Definition of senior procurement executive</header><text>Section 9(e) of the Small Business Act (15 U.S.C. 638(e)) is amendedâ€"</text>

<paragraph id="H57F8E070AFC546ECB28E56C31A700AC3"><enum>(1)</enum><text>in paragraph (12)(B), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HF25B7865418C4305922DA027BF6E02D1"><enum>(2)</enum><text>in paragraph (13)(B), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="HAFF4BAED24A34F5CA8FE01CE12D40498"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="H0E28E3AFA2D24D8585220D17F8B0F117" style="OLC">

<paragraph id="H83872062C9F1409883D96B0CA67B9B09"><enum>(14)</enum><text>the term <quote>senior procurement executive</quote> means an official designated under section 1702(c) of title 41, United States Code, as the senior procurement executive of a Federal agency participating in a SBIR or STTR program.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HDFD01A132E2D406D909D221BADFABB41"><enum>(b)</enum><header>Inclusion of senior procurement executives in SBIR and STTR</header>

<paragraph id="H00DEA76F71ED422E8DFC15CAA42DCE33"><enum>(1)</enum><header>In general</header><text>Section 9(b) of the Small Business Act (15 U.S.C. 638(b)) is amendedâ€"</text>

<subparagraph id="H543262E6565544C6A63B608D87D5006E"><enum>(A)</enum><text>in paragraph (8), by striking <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="HEEB82C4FE32142BB8BBE0C631E541CC1"><enum>(B)</enum><text>in paragraph (9), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="H412585AF0919468080C53260693C3A6F"><enum>(C)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HDF4ADBCE92A24A979D3E02A04CE5AD27" style="OLC">

<paragraph id="HF3FA9849A57A456EA6B3B6F0BA92D928"><enum>(10)</enum><text>to consult, where appropriate, with personnel from the relevant Federal agency to assist small business concerns participating in a SBIR or STTR program with commercializing research developed under such a program before such small business concern is awarded a contract from such Federal agency.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H73725178940B40E28165C1DB89EF760C"><enum>(2)</enum><header>Technical amendment</header><text>Section 9(b)(3) of the Small Business Act (15 U.S.C. 638(b)(3)) is amended by striking <quote>and</quote> at the end.</text></paragraph></subsection>

<subsection id="H4EC06DEFAAEF48E8BE50DD0D604B0E50"><enum>(c)</enum><header>Modifications relating to procurement center representatives and other acquisition personnel</header>

<paragraph id="HDDD5BF69E0DE47F59700F32C3C11EE44"><enum>(1)</enum><header>SBIR amendment</header><text>Section 9(j) of the Small Business Act (15 U.S.C. 638(j)) is amended by adding at the end the following new paragraph:</text>

<quoted-block id="H5389C9239C7149678056D65371CA6D7A" style="OLC">

<paragraph id="H09B802436FAC4B2D9482C9449E57389B"><enum>(4)</enum><header>Modifications relating to procurement center representatives</header><text>Upon the enactment of this

paragraph, the Administrator shall modify the policy directives issued pursuant to this subsection to require procurement center representatives (as described in section 15(l)) to consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in the SBIR program, particularly in Phase III.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H8F43A58354954B06A0028B306E4B0D7B"><enum>(2)</enum><header>STTR amendment</header><text>Section 9(p)(2) of the Small Business Act (15 U.S.C. 638(p)(2)) is amendedâ€"</text>

<subparagraph id="H9DCF2BEA96214B64B694F027881C3DD4"><enum>(A)</enum><text>in subparagraph (E)(ii), by striking <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="H38AF9B90D1A146CE8547834C7EDF3223"><enum>(B)</enum><text>in subparagraph (F), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph id="H38CE65F67902435EB9299C8E99E517F2"><enum>(C)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block id="HE68A5D6B32EB48899D3B115F343B7BCC" style="OLC">

<subparagraph id="H1BAA506F2E83414AB86AB949174120D0"><enum>(G)</enum><text>procedures to ensure that procurement center representatives (as described in section 15(l))â€"</text>

<clause id="H7F1F88802B61432B88B75FE469F0F2FC"><enum>(i)</enum><text>consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in the STTR program, particularly in Phase III;</text></clause>

<clause id="H4278422C763E43C38635833CD8208506"><enum>(ii)</enum><text>provide technical assistance to such concerns to submit a bid for an award of a Federal contract; and</text></clause>

<clause id="HB23D0F6A988B4B63A243A7E5500D86FB"><enum>(iii)</enum><text>consult with the appropriate personnel from the relevant Federal agency in providing the assistance described in clause (i).</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H80F20B72B315494DB4980BB352CC777F"><enum>(d)</enum><header>Amendment to duties of procurement center representatives</header><text>Section 15(l)(2) of the Small Business Act (15 U.S.C. 644(l)(2)) is amendedâ€"</text>

<paragraph id="HE4A8F21B2FC14B56B7F8EFD38F60CBEF"><enum>(1)</enum><text>in subparagraph (I), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="H91202C321AEF466AB07480A49C2DC1B9"><enum>(2)</enum><text>by redesignating subparagraph (J) as subparagraph (K); and</text></paragraph>

<paragraph id="H45DADCCD79DF499AB49B073C69DF58F0"><enum>(3)</enum><text>by inserting after subparagraph (I) the following new subparagraph:</text>

<quoted-block id="HA5310EBE96564FB1AF9FAE31BBDBCB0B" style="OLC">

<subparagraph id="HE23F6224F275440AA34BCD1D298565BB"><enum>(J)</enum><text>consult with the appropriate personnel from the relevant Federal agency, to assist small business concerns participating in a SBIR or STTR program under section 9 with Phase III;</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA41B108BC7894C6AB4E477C1A4ED0F1F"><enum>(e)</enum><header>Amendment to the duties of the director of small and disadvantaged business utilization for federal agencies</header><text>Section 15(k) of the Small Business Act (15 U.S.C. 644(k)) is amendedâ€"</text>

<paragraph id="H4931E460A7D3433AB4D215F1755D2A6A"><enum>(1)</enum><text>in paragraph (19), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HADCC952DE60C4AC5B2795D4334F62D7B"><enum>(2)</enum><text>in paragraph (20), by striking the period at the end and inserting a semicolon; and</text></paragraph>

<paragraph id="H443BE10ED2FB4718A4AF76BBEBAEC536"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HCD955F499F724032A94E84903DA8FE73" style="OLC">

<paragraph id="H302A12BE9CD34C8F8DC189BF3475BD14"><enum>(21)</enum><text>shall consult with the appropriate personnel from the relevant Federal agency to assist small business concerns participating in a SBIR or STTR program under section 9 with researching applicable solicitations for the award of a Federal contract (particularly with the Federal agency that has a funding agreement, as defined under section 9, with the concern) to market the research developed by such concern under such SBIR or STTR program.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HC746237CC4FE42E7982F2FF690FFEA76"><enum>881.</enum><header>Cybersecurity technical assistance for SBIR and STTR programs</header>

<subsection id="HBEF9F3506111450C87DB8C7245656438" display-inline="no-display-inline"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense may enter into an agreement with 1 or more vendors selected under section 9(q)(2) of the Small Business Act (15 U.S.C. 638(q)(2)) to provide small business concerns engaged in SBIR or STTR projects with cybersecurity technical assistance, such as access to a network of cybersecurity experts and engineers engaged in designing and implementing cybersecurity practices.</text></subsection>

<subsection id="HB49F6326187947C9A7B41F5CE3A87E57"><enum>(b)</enum><header>Amounts</header><text>In carrying out subsection (a), the Secretary of Defense may provide the amounts described under section 9(q)(3) of such Act (15 U.S.C. 638(q)(3)) to a recipient that meets the eligibility requirements under the such paragraph, if the recipient requests to seek cybersecurity technical assistance from an individual or entity other than a vendor selected as described in subsection (a).</text></subsection></section>

<section id="H33539C5A67634EF59BEE9D27EA9D542F" section-type="subsequent-section"><enum>882.</enum><header>Funding for defense research activities of small business concerns</header><text display-inline="no-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on funds or other assistance made available to small business concerns (as defined under section 3 of the Small Business Act (15 U.S.C. 632)) as prime contractors for research, development, test, and evaluation activities, in each of fiscal years 2017, 2018, and 2019 under anyâ€"</text>

<paragraph id="HCB0519986864445FA7E9B79C2DEC8A15"><enum>(1)</enum><text>research, development, test, and evaluation programs of the Department of Defense;</text></paragraph>

<paragraph id="HADD30B56BADF49CFAAC1B1681B6606C6"><enum>(2)</enum><text>Small Business Innovation Research programs of the Department of Defense;</text></paragraph>

<paragraph id="H7049147BC90F444782777E73C4C3277C"><enum>(3)</enum><text>Small Business Technology Transfer programs of the Department of Defense; and</text></paragraph>

<paragraph id="H3F09A3B028CA462DBE4F2359A2A82C38"><enum>(4)</enum><text>other relevant activities of the Department of Defense.</text></paragraph></section>

<section id="HD70A2E5B79094F81ACA9617D8AD49860"><enum>883.</enum><header>Modifications to budget display requirements for the Department of Defense Small Business Innovation Research Program and Small Business Technology Transfer Program</header><text display-inline="no-display-inline">Section 857 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1891) is amendedâ€"</text>

<paragraph id="H3CEC8C223EE04296B8631DFAA5B4A053"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="HA85030ED8E774715A217D8277D6F3050"><enum>(A)</enum><text>by inserting <quote>Under Secretary of Defense (Comptroller) and the</quote> before <quote>Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H7EFD12D3FC6C43BF9589387A4B1B87EF"><enum>(B)</enum><text>by striking <quote>a budget display</quote> and inserting <quote>one or more budget

displays</quote>; </text></subparagraph></paragraph>

<paragraph id="HAF836BE81B054F65B15407CB1B3D7D11"><enum>(2)</enum><text>in subsection (b), by striking <quote>The budget display</quote> and inserting <quote>The budget displays</quote>; and</text></paragraph>

<paragraph id="HCA99D5352DBC4D2C87F8E7B285A61BA4"><enum>(3)</enum><text>in subsection (d), by striking <quote>The budget display</quote> and inserting <quote>The budget displays</quote>.</text></paragraph></section>

<section id="H57A7FCD99E1E4088854ED45812A2A226"><enum>884.</enum><header>Pilot program for domestic investment under the SBIR program</header>

<subsection id="H181EB15076BF423BA1B57E96ED9E2A96"><enum>(a)</enum><header>In general</header><text>Not later than 1 year after the date of the enactment of this Act and subject to subsection (b), the Secretary of Defense shall establish and administer a program to be known as the <quote>Domestic Investment Pilot Program</quote> under which the Secretary and the service acquisition executive for each military department may make a SBIR award under section 9(dd) of the Small Business Act (15 U.S.C. 638) to a small business concern without providing the written determination described under paragraph (2) of such section 9(dd) if such concern isâ€"</text>

<paragraph id="H1110296F433D40298DC213FE64FF129A"><enum>(1)</enum><text>exclusively owned by multiple United States-owned venture capital operating companies, hedge funds, or private equity firms, or</text></paragraph>

<paragraph id="H9ED6998F868E4D458FC250C4225C5E33"><enum>(2)</enum><text>majority-owned by multiple United States-owned venture capital operating companies, hedge funds, or private equity firms, if the minority foreign ownership of such concern is limited to members of the national technology and industrial base as defined under section 2500 of title 10, United States Code.</text></paragraph></subsection>

<subsection id="HB3AE3D62BD394B7FBB79E5E75082A8D2" commented="no"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">During any fiscal year, the aggregate amount of awards made under the Domestic Investment Pilot Program shall not exceed an amount equal to 10 percent of the total amount that the Secretary of Defense may award under section 9 of the Small Business Act (15 U.S.C. 638) during such fiscal year.</text></subsection>

<subsection id="HB5FF82658EC34D72B7A27E692CB5E703"><enum>(c)</enum><header>Evaluation criteria</header><text>In carrying out the Domestic Investment Pilot Program, the Secretary of Defense may not use investment of venture capital or investment from hedge funds or private equity firms as a criterion for the award of contracts under the SBIR program or STTR program.</text></subsection>

<subsection id="HAB5CED5A536B4EAB89BE497D05CB79D3"><enum>(d)</enum><header>Annual reporting</header><text>The Secretary of Defense shall include as part of each annual report required under section 9(b)(7) of the Small Business Act (15 U.S.C. 638(b)(7)) information on the implementation of the Domestic Investment Pilot Program with respect to the year covered by the report, includingâ€"</text>

<paragraph id="H1A8A81ED63E043608DE68C75E86BF106"><enum>(1)</enum><text>the number of applications for participation received from small business concerns;</text></paragraph>

<paragraph id="H9743AF25D7734709A1B6F28BD22D4573"><enum>(2)</enum><text>the number of awards made to small business concerns, including an identification of such concerns;</text></paragraph>

<paragraph id="H3DA57F8B371643FCB25034231C1ADD6D"><enum>(3)</enum><text>the extent to which a small business concern participant is foreign-owned, including an identification of the foreign owners; and</text></paragraph>

<paragraph id="HC10AB69C418D4628A8913468B022FEDC"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of the effect of the Domestic Investment Pilot Program onâ€"</text>

<subparagraph id="HD33538E6CC0C4A1EB485C94FBEFCD014"><enum>(A)</enum><text display-inline="yes-display-inline">inducing additional venture capital, hedge fund, or private equity funding of research as defined in section 9(e)(5) of the Small Business Act (15 U.S.C. 638(e)(5));</text></subparagraph>

<subparagraph id="HFAADD1F9ED6741769E7184A5A3476AAC"><enum>(B)</enum><text>substantially contributing to the mission of the Department of Defense; and</text></subparagraph>

<subparagraph id="H1C4111FA7AED4FD8871A34B4C35E4142"><enum>(C)</enum><text>otherwise fulfilling the capital needs of small business concerns for additional financing for SBIR projects.</text></subparagraph></paragraph></subsection>

<subsection id="H2E8016D7D01F47AF993A4B1CDF295864"><enum>(e)</enum><header>Notification</header><text>The Secretary of Defense shall notify the Small Business Administration of an award made under the Domestic Investment Pilot Program not later than 30 days after such award is made.</text></subsection>

<subsection id="HBDE2BE804A3D4C918B83AC933A655D34"><enum>(f)</enum><header>Termination</header><text>The Domestic Investment Pilot Program established under this section shall terminate on September 30, 2022.</text></subsection>

<subsection id="HADBEC11822104141BD6C130A971D1F46"><enum>(g)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H6938C27ABA2A472089C09DCAE3E2DFE9"><enum>(1)</enum><header>Military department; service acquisition executive</header><text display-inline="yes-display-inline">The terms <term>military department</term> and <term>service acquisition executive</term> have the meanings given those terms, respectively, in section 101 of title 10, United States Code.</text></paragraph>

<paragraph id="H811E3BC7A8734E8B8A71433D91AACB44"><enum>(2)</enum><header>SBIR; STTR</header><text>The terms <term>SBIR</term> and <term>STTR</term> have the meanings given those terms, respectively, in section 9(e) of the Small Business Act (15 U.S.C. 638(e)).</text></paragraph>

<paragraph id="H8ECF5ADA7AA442E1A9E7013A2105610A"><enum>(3)</enum><header>Small Business Act definitions</header><text>The terms <term>small business concern</term>, <term>venture capital operating company</term>, <term>hedge fund</term>, and <term>private equity firm</term> have the meanings given those terms, respectively, in section 3 of the Small Business Act (15 U.S.C. 632).</text></paragraph></subsection></section></subtitle>

<subtitle id="H4A41AA32AF8E43C5AC12146C0744A178"><enum>H</enum><header>Other Matters</header>

<section id="H575D085C7321423DA0CD18CDFE1DE850"><enum>885.</enum><header>Review of guidance to contractors on nondiscrimination on the basis of sex</header>

<subsection id="HCF38F3E396F5404B9F47AEF34055543E"><enum>(a)</enum><header>Review</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment, serving as the senior procurement executive for the Department of Defense pursuant to section 133b(b)(4)(B) of title 10, United States Code, shall conduct a review of the implementation of the requirement for Government contracting agencies under Executive Order 11246 (42 U.S.C. 2000e note) relating to expectations of contractors and subcontractors to ensure nondiscrimination on the basis of sex.</text></subsection>

<subsection id="H2F988E0CFBC449119860C8C7005E4F47"><enum>(b)</enum><header>Elements</header><text>The review required under subsection (a) shall, at a minimum, considerâ€"</text>

<paragraph id="H76A578CC303B4D67812DFDF71D309E5D"><enum>(1)</enum><text>existing contracting processes and tools for oversight of contracts, including contractor responsibility determinations and documentation of performance; and</text></paragraph>

<paragraph id="HCB87462126B54193A79BE9805A469CC9"><enum>(2)</enum><text>the extent to which best practices for contractors and subcontractors identified in the appendix to part 60â€"20 of title 41 of the Code of Federal Regulations, such as establishing and implementing procedures for handling and resolving complaints about harassment and intimidation based on sex, have been incorporated in Department policies and procedures.</text></paragraph></subsection>

<subsection id="HC7FD371776174F108E4A70224ECE2E74"><enum>(c)</enum><header>Updated training guidance</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the completion of the review required under subsection (a), the Under Secretary of Defense for Acquisition and Sustainment shall update any relevant training guidance for the acquisition workforce to account for the conclusions of the review.</text></subsection>

<subsection id="HE6FADB41432345728D4F15BABD5E5A62"><enum>(d)</enum><header>Briefing required</header><text>Not later than December 15, 2020, the Secretary of Defense shall brief the congressional defense committees on the review required under subsection (a), which shall include any updates to training guidance or contracting procedures resulting from the review.</text></subsection></section>

<section id="H8B0C75AFB4D840309A5413BE2CB83721"><enum>886.</enum><header>Comptroller General report on contractor violations of certain labor laws</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Comptroller General of the United States shall submit a report to Congress on the number of contractorsâ€"</text>

<paragraph id="HC796C741B25C44D7B43931FACE0320A8"><enum>(1)</enum><text>that performed a contract with the Department of Defense during the five-year period preceding the date of the enactment of this Act; and</text></paragraph>

<paragraph id="HA40096942A2A4251A788B04820721C06"><enum>(2)</enum><text>that have been found by the Department of Labor to have committed willful or repeat violations of the Occupational Safety and Health Act of 1970 (29 U.S.C. 651 et seq.) or the Fair Labor Standards Act of 1938 (29 U.S.C. 201 et seq.), and the nature of the violations committed.</text></paragraph></section>

<section id="H6848EE671FFE4F2FAB2487AB6081BED9" section-type="subsequent-section"><enum>887.</enum><header>Comptroller General report on contingency contracting</header><text display-inline="no-display-inline">Not later than one year after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the congressional defense committees a report on the use of contractors to perform work supporting contingency operations, including the logistical support for such operations, since January 1, 2009. Such report shall includeâ€"</text>

<paragraph id="H9842DEE88FC040DE9C6CF0B8F6A6C33B"><enum>(1)</enum><text display-inline="yes-display-inline">an evaluation of the nature and extent to which the Department of Defense has used contractors to perform such work, including the type of operation or exercise, the functions performed by a contractor, the place of performance, and contract obligations;</text></paragraph>

<paragraph id="HC6A2C76227034D30A43776B55FE3D0E7"><enum>(2)</enum><text>an evaluation of the processes for tracking and reporting on the use of such contractors;</text></paragraph>

<paragraph id="H4DD5DFA3F79C4F938A4F9F046A7A591C"><enum>(3)</enum><text display-inline="yes-display-inline">an evaluation of the extent to which recommendations made by the Wartime Contracting Commission established in section 841 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 230) have been implemented in policy, guidance, education and training, as appropriate; and</text></paragraph>

<paragraph id="H28FB2374831A4D7192978D608729C84E"><enum>(4)</enum><text display-inline="yes-display-inline">any other issues the Comptroller General determines to be appropriate.</text></paragraph></section>

<section id="H53937CEA271F4251887B12C6B49CF30E"><enum>888.</enum><header>Policies and procedures for contractors to report gross violations of internationally recognized human rights</header>

<subsection id="H9463870145B2454AB8DDDFFDBC180FA7"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall update Department of Defense policy and guidance and the Department of Defense Supplement to the Federal Acquisition Regulation to provide specific guidance to Department of Defense employees and contractors performing a Department of Defense contract that supports United States Armed Forces deployed outside of the United States on monitoring and reporting allegations of gross violations of internationally recognized human

rights.</text></subsection>

<subsection
id="H9AA95890408E4C72860D02F4D80E443F"><enum>(b)</enum><header>Report</header><text>Not
later than 180 days after the date of the enactment of this Act, the Secretary of
Defense, with the concurrence of the Secretary of State, shall submit to the
appropriate congressional committees a report that describesâ€"</text>

<paragraph id="H27FD1EF842F942F585A0CDC585585FCD"><enum>(1)</enum><text>the policies
and procedures in place to obtain information about possible cases of gross violations
of internationally recognized human rights from Department of Defense contractors
described in subsection (a), including the methods for tracking cases;
and</text></paragraph>

<paragraph id="H218893846C954DF5B93CADA2D6401604"><enum>(2)</enum><text>the resources
needed to investigate reports made pursuant to subsection
(a).</text></paragraph></subsection>

<subsection id="H6ED36C672EB54559A78D1285B4D72B6A"><enum>(c)</enum><header>Form of
report</header><text>The report required by subsection (b) shall be submitted in
unclassified form, but may include a classified annex.</text></subsection>

<subsection
id="H8D581EE3F0064E90951F55FED9F4F1CC"><enum>(d)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H6A7C678648F749069DB91074D80F2C25"><enum>(1)</enum><header>Appropriate
congressional committees</header><text>the term <term>appropriate congressional
committees</term> meansâ€"</text>

<subparagraph id="HCBCB892B787049A482B47CFAB78D4570"><enum>(A)</enum><text>the
congressional defense committees; and</text></subparagraph>

<subparagraph id="H6973D496BE0B483B953947836347F047"><enum>(B)</enum><text>the
Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of
the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HCCF37D5EC2644B2486E5642DF0C0552B"><enum>(2)</enum><header>Gross
violations of internationally recognized human rights</header><text>The term
<term>gross violations of internationally recognized human rights</term> has the
meaning given such term in subsection (d)(1) of section 502B of the Foreign Assistance
Act of 1961 (22 U.S.C. 2304).</text></paragraph></subsection></section>

<section id="H89F6899EA3FE4FBB83B26D9CEAC5425E"><enum>889.</enum><header>Comptroller
General report on oversight of contractors providing private security
functions</header>

<subsection id="HB7C344A33E8B4D21A2DA0A75CEF7B571"><enum>(a)</enum><header>In
general</header><text>Not later than one year after the date of the enactment of this
Act, the Comptroller General of the United States shall submit to the congressional
defense committees a report on efforts of the Secretary of Defense to improve the
oversight of contractors providing private security functions to fulfill non-combat
requirements for security in contingency operations, humanitarian operations,
peacekeeping operations, or other similar operations or exercises since January 1,
2009.</text></subsection>

<subsection
id="HB5009B349FE24DC5B29A5371F105D90E"><enum>(b)</enum><header>Elements</header><text>T
he report required under subsection (a) shall evaluateâ€"</text>

<paragraph id="H37245909F85A45FD94CC64C187A6317C"><enum>(1)</enum><text>the nature and
extent to which the Department of Defense has used contractors to perform private
security functions described under subsection (a), including the type of operation or
exercise, the functions performed by a contractor, the place of performance, and
contract obligations;</text></paragraph>

<paragraph id="H2204DF4A65D8445F98567FA43B6AD994"><enum>(2)</enum><text>the processes
for tracking and reporting on the use of such contractors;</text></paragraph>

<paragraph id="H9715D4918F35420098A678DE22110F74"><enum>(3)</enum><text display-
inline="yes-display-inline">changes to law, regulation, and policy on the use of such

contractors and how the Secretary has implemented such changes, includingâ€"</text>

<subparagraph id="H9EEDA9BF50AD4045978211FD05475D3B"><enum>(A)</enum><text display-inline="yes-display-inline">the Montreux Document on Pertinent International Legal Obligations and Good Practices for States Related to Operations of Private Military and Security Companies During Armed Conflict (published on May 2, 2011);</text></subparagraph>

<subparagraph id="HCCD89FF31CEF4CBEA99065BE6FB02589" commented="no"><enum>(B)</enum><text>using standards for such contractors issued by the American National Standards Institute and the International Organization for Standardization; and</text></subparagraph>

<subparagraph id="HB89090F1EA5348B3984EF925464291B9" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">using other associated accreditation and certification standards for such contractors; and</text></subparagraph></paragraph>

<paragraph id="HF2F8191465034C72BA18C2E93F8CE4D2"><enum>(4)</enum><text>the oversight outcomes of the Department due to implementing the processes described in paragraph (2) and the changes described in paragraph (3), includingâ€"</text>

<subparagraph id="H74E8350A7FC940D5A172818659B09FA2" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">progress with certification and accreditation of companies;</text></subparagraph>

<subparagraph id="H6256C14F027E40AC8467ADA6E6EF3152" commented="no"><enum>(B)</enum><text>the use of the maturity model of the Department to assess contractors; and</text></subparagraph>

<subparagraph id="H5083B81D8D5541928FEB1A7B1EA93E90"><enum>(C)</enum><text>the nature and extent of referrals for suspension and debarment and the number of suspensions and debarments that have resulted from such referrals.</text></subparagraph></paragraph></subsection>

<subsection id="HFF7121E6110F4F34B7C4D2616489FE1E"><enum>(c)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in unclassified form, to the maximum extent possible, but may contain a classified annex, if necessary.</text></subsection></section>

<section id="HCBE3527E82604995AF41F20B11B4D79B"><enum>890.</enum><header>Prohibition on contracting with persons that have business operations with the Maduro regime</header>

<subsection id="H69096D62463149259F9A23A6187A5560"><enum>(a)</enum><header>Prohibition</header><text>Except as provided under subsections (c), (d), and (e), the Department of Defense may not enter into a contract for the procurement of goods or services with any person that has business operations with an authority of the Government of Venezuela that is not recognized as the legitimate Government of Venezuela by the United States Government.</text></subsection>

<subsection id="H3A3465A1091B4032A8082031EC2FE779"><enum>(b)</enum><header>Exceptions</header>

<paragraph id="HE26D8BCDBA8C43C1B9244E2D90534C46"><enum>(1)</enum><header>In general</header><text>The prohibition under subsection (a) does not apply to a contract that the Secretary of Defense and the Secretary of State jointly determineâ€"</text>

<subparagraph id="H357E9038BCD64370BB4027F6B2AF2834"><enum>(A)</enum><text>is necessaryâ€"</text>

<clause id="H26E4981733E345D69771FAAFCF4157CE"><enum>(i)</enum><text>for purposes of providing humanitarian assistance to the people of Venezuela;</text></clause>

<clause id="H530116D2C9F0491DB17753E75D08E17B"><enum>(ii)</enum><text>for purposes of providing disaster relief and other urgent life-saving measures; or</text></clause>

<clause id="H6E8BD29FA9664644969A41BD4A44425C"><enum>(iii)</enum><text>to carry out noncombatant evacuations; or</text></clause></subparagraph>

<subparagraph id="H64ABD70C6CF748029AB5C89DE974FE5B"><enum>(B)</enum><text>is vital to the national security interests of the United States.</text></subparagraph></paragraph>

<paragraph id="HCD6AD0DD709D4C1D93614F0AADDF5492"><enum>(2)</enum><header>Notification requirement</header><text>The Secretary of Defense shall notify the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate of any contract entered into on the basis of an exception provided for under paragraph (1).</text></paragraph></subsection>

<subsection id="H0CB8B9292F2A4D7289DA0AF587DDE73D"><enum>(c)</enum><header>Office of foreign assets control licenses</header><text display-inline="yes-display-inline">The prohibition in subsection (a) shall not apply to a person that has a valid license to operate in Venezuela issued by the Office of Foreign Assets Control of the Department of the Treasury.</text></subsection>

<subsection id="HB462F0C3AC5B4400B9699E56E4515D4D"><enum>(d)</enum><header>American diplomatic mission in Venezuela</header><text>The prohibition in subsection (a) shall not apply to contracts related to the operation and maintenance of the United States Governmentâ€™s consular offices and diplomatic posts in Venezuela.</text></subsection>

<subsection id="H927C89D05CCA4D7981B273BF9150AA94"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HAE0E812009BE4987ACE1E8E8C4228706"><enum>(1)</enum><header>Business operations</header><text>The term <quote>business operations</quote> means engaging in commerce in any form, including acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.</text></paragraph>

<paragraph id="HBACD700A44164D97BEF6828BFB520C19"><enum>(2)</enum><header>Government of Venezuela</header><text display-inline="yes-display-inline">The term <quote>Government of Venezuela</quote> includes the government of any political subdivision of Venezuela, and any agency or instrumentality of the Government of Venezuela. For purposes of this paragraph, the term <quote>agency or instrumentality of the Government of Venezuela</quote> means an agency or instrumentality of a foreign state as defined in section 1603(b) of title 28, United States Code, with each reference in such section to <quote>a foreign state</quote> deemed to be a reference to <quote>Venezuela</quote>.</text></paragraph>

<paragraph id="H5AFF36EA45644C3088F69F15435B10D3"><enum>(3)</enum><header>Person</header><text>The term <quote>person</quote> meansâ€"</text>

<subparagraph id="H9D50E89A5F8B432592F2CDDD26625EB8"><enum>(A)</enum><text>a natural person, corporation, company, business association, partnership, society, trust, or any other nongovernmental entity, organization, or group;</text></subparagraph>

<subparagraph id="H8944B0F1D7B147AA82E5AB7B1CFF91F3"><enum>(B)</enum><text>any governmental entity or instrumentality of a government, including a multilateral development institution (as defined in section 1701(c)(3) of the International Financial Institutions Act (22 U.S.C. 262r(c)(3))); and</text></subparagraph>

<subparagraph id="H9B6382CFE9334C02ACC4DE5677274879"><enum>(C)</enum><text>any successor, subunit, parent entity, or subsidiary of, or any entity under common ownership or control with, any entity described in subparagraph (A) or (B).</text></subparagraph></paragraph></subsection>

<subsection id="HACCFD872873447D9A03B396474799444"><enum>(f)</enum><header>Applicability</header><text>This section shall apply with respect to any contract entered into on or after the date of the enactment of this section.</text></subsection></section>

<section id="H30E671A3285C41DE8C4ABC566CBC31B1"><enum>891.</enum><header>Report on the Combating Trafficking in Persons initiative</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containing an analysis of the progress of the Department of Defense in implementing the Combating Trafficking in Persons initiative described in Department of Defense Instruction 2200.01 (published February 2007; revised on June 21, 2019).</text></section>

<section id="H24F8517782EC4683B8C16C748ABA346F"><enum>892.</enum><header>Improved management of information technology and cyberspace investments</header>

<subsection commented="no" display-inline="no-display-inline" id="H71F681F04FF24388983ED0F5585A1944"><enum>(a)</enum><header display-inline="yes-display-inline">Improved management</header>

<paragraph commented="no" display-inline="no-display-inline" id="H42F3EF560F8E45269D08D5DD7C9E9512"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Chief Information Officer of the Department of Defense shall work with the Chief Data Officer of the Department of Defense to optimize the Department's process for accounting for, managing, and reporting its information technology and cyberspace investments. The optimization should include alternative methods of presenting budget justification materials to the public and congressional staff to more accurately communicate when, how, and with what frequency capability is delivered to end users, in accordance with best practices for managing and reporting on information technology investments.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFB5D1AF207D94130A13F100052004EE5"><enum>(2)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than February 3, 2020, the Chief Information Officer of the Department of Defense shall brief the congressional defense committees on the process optimization undertaken pursuant to paragraph (1), including any recommendations for legislation.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE49EB6FBC45046D3AFAD1F887D4C5C25"><enum>(b)</enum><header display-inline="yes-display-inline">Delivery of information technology budget</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the congressional defense committees the Department of Defense budget request for information technology not later than 15 days after the submittal to Congress of the budget of the President for a fiscal year pursuant to section 1105 of title 31, United States Code.</text></subsection></section>

<section id="H245AADD9276E416898B0B3CA60C0C867"><enum>893.</enum><header>Modification to requirements for purchase of commercial leasing services pursuant to multiple award contracts</header>

<subsection id="HA321B5AB74444A1E8A0139CF120A92EF"><enum>(a)</enum><header>Repeal</header><text display-inline="yes-display-inline">Section 877 of the John S. McCain National Defense Authorization Act For Fiscal Year 2019 (Public Law 115-232; 132 Stat. 1907; 41 U.S.C. 3302 note) is repealed.</text></subsection>

<subsection id="H7ABE352E2E4E4CBB9F7848124BDF61EB" display-inline="no-display-inline"><enum>(b)</enum><header>Exemption for commercial leasing services</header>

<paragraph id="HBD73FEBBD5144D8F9C46A58C8C3C9C2F"><enum>(1)</enum><header>In general</header><text>Section 3302 of title 41, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HB5DA89E203AD46CDAF0BF4C4179D5B5C" display-inline="no-display-inline">

<subsection id="H32F2DD9DAB6646D3AD2762BB9CA32CD8"><enum>(f)</enum><header>Commercial leasing services</header><text display-inline="yes-display-inline">The regulations required by subsection (b) shall not apply to individual purchases for commercial leasing services that are made on a no cost basis and made under a multiple award contract awarded in accordance with the requirements for full and open competition. </text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H26541500B7A24E05AA40BCD9006C8B78"><enum>(2)</enum><header>Termination</header><text display-inline="yes-display-inline">Effective December 31, 2025, subsection (f) of section 3302 of title 41, United States Code, as added by paragraph (1), is repealed.</text></paragraph></subsection>

<subsection id="H087C7D8DF79B4F5D81D59CBAA5BD5E0A" display-inline="no-display-inline"><enum>(c)</enum><header>Audit</header><text display-inline="yes-display-inline">The Comptroller General of the United States shallâ€"</text>

<paragraph id="HA9AF583EAE24484EB498C674F1CA4572"><enum>(1)</enum><text display-inline="yes-display-inline">conduct an audit not later than the last day of fiscal year 2021, 2023, and 2025 analyzing the National Broker Contract program of the General Services Administration to determineâ€"</text>

<subparagraph id="HB22DA320D23844969869B8FDC010A74A"><enum>(A)</enum><text display-inline="yes-display-inline">whether brokers selected under the program provide lower lease rental rates than rates negotiated by employees of the General Services Administration; and</text></subparagraph>

<subparagraph id="HF805B799608E42B0BC16A328553214A5"><enum>(B)</enum><text display-inline="yes-display-inline">the impact of the program on the length of time of lease procurements;</text></subparagraph></paragraph>

<paragraph id="H361D282B45254FD78EB372D5B3EA7E04"><enum>(2)</enum><text display-inline="yes-display-inline">conduct a review of whether the application of section 863 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110-417; 122 Stat.4547) resulted in rental cost savings for the Government during the years in which such section was applicable; and</text></paragraph>

<paragraph id="HB10E068C02EF4929A34CCECC8A9546C1"><enum>(3)</enum><text display-inline="yes-display-inline">not later than September 30, 2022, and September 30, 2024, submit to the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Environment and Public Works of the Senate a report thatâ€"</text>

<subparagraph id="H5065D78439474EBBA02AE97EB2DE49A5"><enum>(A)</enum><text display-inline="yes-display-inline">summarizes the results of the most recent audit required under paragraph (1) and the review required by paragraph (2);</text></subparagraph>

<subparagraph id="HE30C379D8A8F462982B2B732EB1DC4BA"><enum>(B)</enum><text>includes an assessment of whether the National Broker Contract program provides greater efficiencies and savings than the use of employees of the General Services Administration; and</text></subparagraph>

<subparagraph id="HABA3B0B1A18C4D3796EF4F5DD121F97C"><enum>(C)</enum><text>includes recommendations for improving General Services Administration lease procurements.</text></subparagraph></paragraph></subsection></section></subtitle></title>

<title id="H0C173D82C5DB40D684FAB4EAC3F7EDF0" style="OLC"><enum>IX</enum><header>Department of Defense Organization and Management</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0C173D82C5DB40D684FAB4EAC3F7EDF0" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H5EDA6CDE9A434E4194F8005096DFD43D" level="subtitle">Subtitle Aâ€"Office of the Secretary of Defense and Related Matters</toc-entry>

<toc-entry idref="HC65C8EFA31DE4F1BB8A11B176E3CB593" level="section">Sec.â€,901.â€,Headquarters activities of the Department of Defense matters.</toc-entry>

<toc-entry idref="H07BFC0C7AEC24EB99AAB963DB41FB254" level="section">Sec.â€,902.â€,Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering.</toc-entry>

<toc-entry idref="H96ACE3DC3F6E445981435DA9028DEDF7" level="section">Sec.â€,903.â€,Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters.</toc-entry>

<toc-entry idref="H36E23720C8F449E694B4F6B2E57913D9" level="section">Sec.â€,904.â€,Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense.</toc-entry>

<toc-entry idref="H6FAC85F2D41E4637856575D66E1F74F8" level="section">Sec.â€,905.â€,Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor.</toc-entry>

<toc-entry idref="H91F32538B5154B8E95AA113610D586F0" level="section">Sec.â€,906.â€,Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program.</toc-entry>

<toc-entry idref="H361EBA1CC1EB4368A9A6E8A5F8419512" level="subtitle">Subtitle Bâ€"Organization and Management of Other Department of Defense Offices and Elements</toc-entry>

<toc-entry idref="H63FA936D25C242ABA901D6D158FE863D" level="section">Sec.â€,911.â€,Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force.</toc-entry>

<toc-entry idref="H25757C6D5E384848A60EA535E197CFAC" level="subtitle">Subtitle Câ€"Other Department of Defense Organization and Management Matters</toc-entry>

<toc-entry idref="H873B1BFB1B8E4921BD3F10CBBECB2434" level="section">Sec.â€,921.â€,Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.</toc-entry>

<toc-entry idref="H8A18084B9E664C27B2C67F4B588C4262" level="section">Sec.â€,922.â€,Limitation on consolidation of Defense Media Activity.</toc-entry>

<toc-entry idref="H073811CF50924B4AA5C0FD3D8A9DDAB7" level="section">Sec.â€,923.â€,Report on resources to implement the civilian casualty policy of the Department of Defense.</toc-entry>

<toc-entry idref="H6E519C3D8D7C4DD7822C33EDAAF464B2" level="subtitle">Subtitle Dâ€"United States Space Force</toc-entry>

<toc-entry idref="HB4ADF290634F4C86B5196A448520C1D5" level="section">Sec.â€,951.â€,Short title.</toc-entry>

<toc-entry idref="H3731E01220814A079AD41E01C32E0EE9" level="section">Sec.â€,952.â€,The Space Force.</toc-entry>

<toc-entry idref="H149B10A1428C47739932A538EADB420B" level="section">Sec.â€,953.â€,Chief of Space Operations.</toc-entry>

<toc-entry idref="H05FD6556747E46159BA1B3ED773200E7" level="section">Sec.â€,954.â€,Space Force Acquisition Council.</toc-entry>

<toc-entry idref="H8B7B2CA9754542D4B9CB7B018E666E5D" level="section">Sec.â€,955.â€,Assistant Secretary of Defense for Space Policy.</toc-entry>

<toc-entry idref="HBA895D1DE202422FB4718D5BB43E7BAC" level="section">Sec.â€,956.â€,Assistant Secretary of the Air Force for Space Acquisition and Integration.</toc-entry>

<toc-entry idref="HEF9A23482B2C48478D23E444E81990DB" level="section">Sec.â€,957.â€,Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.</toc-entry>

<toc-entry idref="H5F6A8DFC075C435AB9E8DFC2E731EC27" level="section">Sec.â€,958.â€,Conforming amendments and clarification of authorities.</toc-entry>

<toc-entry idref="H225834B7541A430B8025FAA13AE4449B" level="section">Sec.â€,959.â€,Effects on military installations.</toc-entry>

<toc-entry idref="HC418DB49411641F58EA0E0B574424336" level="section">Sec.â€,960.â€,Availability of funds.</toc-entry>

<toc-entry idref="HE4A20C743F4B41D19C075FA80619FF08" level="section">Sec.â€,961.â€,Implementation.</toc-entry></toc>

<subtitle id="H5EDA6CDE9A434E4194F8005096DFD43D"

style="OLC"><enum>A</enum><header>Office of the Secretary of Defense and Related Matters</header>

<section commented="no" display-inline="no-display-inline" id="HC65C8EFA31DE4F1BB8A11B176E3CB593" section-type="subsequent-section"><enum>901.</enum><header display-inline="yes-display-inline">Headquarters activities of the Department of Defense matters</header>

<subsection commented="no" display-inline="no-display-inline" id="H7A4B98B9D32D49D28DD977AC262666C5"><enum>(a)</enum><header display-inline="yes-display-inline">Modification of limitations on number of personnel in OSD and other DoD headquarters</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9F1B80D1D41644B8B7592D1F7B3872E1"><enum>(1)</enum><header display-inline="yes-display-inline">OSD</header><text display-inline="yes-display-inline">Section 143 of title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HBC09678CEECA4A289BD522DA405E5D78"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (a), by striking <quote>3,767</quote> and inserting <quote>4,300</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0E9395082A7A454B888AE6C91DC7DF55"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (b), by striking <quote>, civilian, and detailed personnel</quote> and inserting <quote>and civilian personnel</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DE9949D4B97490482898523D8295E8B"><enum>(2)</enum><header display-inline="yes-display-inline">Joint staff</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HFC6FC710A9A140139F1CC5E16811D075"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Section 155(h)(1) of such title is amended by striking <quote>2,069</quote> and inserting <quote>2,250</quote>.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H101AC628DD6841D0B29CBFCF2890A694"><enum>(B)</enum><header display-inline="yes-display-inline">Effective date</header><text display-inline="yes-display-inline">The amendment made by subparagraph (A) shall take effect on December 31, 2019, immediately after the coming into effect of the amendment made by section 903(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2344), to which such amendments relate</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3F9E18BCA245457FBD281F4DE7111BE8"><enum>(3)</enum><header display-inline="yes-display-inline">Office of Secretary of the Army</header><text display-inline="yes-display-inline">Section 7014(f) of title 10, United States Code, is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HAE5D377BEA654552B5EF69FB2AB6B2A0"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>3,105</quote> and inserting <quote>3,250</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7A214AF7537A4FAB88311335B1E84EFC"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>1,865</quote> and inserting <quote>1,900</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD59B6AB9D1624C5682FE12D303A662B6"><enum>(4)</enum><header display-inline="yes-display-inline">Office of Secretary of the Navy</header><text display-inline="yes-display-inline">Section 8014(f) of such title is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H016F8E27C1F44830A016AF0E925E600C"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>2,866</quote> and inserting <quote>3,150</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD73AD7488A104F58BF6FDBB0524FBC77"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>1,720</quote> and inserting <quote>1,800</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5CE7DEFA0441425F9C0865F456EE73F8"><enum>(5)</enum><header display-inline="yes-display-inline">Office of Secretary of the Air Force</header><text display-inline="yes-display-inline">Section 9014(f) of such title is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H8223E2DC47DF4D3D8C9DB0FAAE3A31A1"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>2,639</quote> and inserting <quote>2,750</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H52E27DF0725A4BC39647C826AC73D8DF"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>1,585</quote> and inserting <quote>1,650</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H46F46DCD1DED4A5B83FCC72F2399E614"><enum>(b)</enum><header display-inline="yes-display-inline">Sunset of reduction in funding for DoD headquarters, administrative, and support activities</header><text display-inline="yes-display-inline">Section 346 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 111 note) is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H5E43E5E401FA4B9CB96B5BBDED775D93" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H81954890AC334FD981ABD11D69283AF9"><enum>(d)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">No action is required under this section with respect to any fiscal year after fiscal year 2019.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H07BFC0C7AEC24EB99AAB963DB41FB254"><enum>902.</enum><header>Clarifying the roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment and the Under Secretary of Defense for Research and Engineering</header><text display-inline="no-display-inline">The laws of the United States are amended as follows:</text>

<paragraph id="HF923BBC0F9D6430685ECDC0E10D86022"><enum>(1)</enum><text>Section 129a(c)(3) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H6FE600A503B8439EB648C75AFF1D8C9A"><enum>(2)</enum><text>Section 133a(b)(2) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H604A0390ED7C4323A8D540320DDE22CD"><enum>(A)</enum><text>by striking <quote>prototyping,</quote> and inserting <quote>appropriate prototyping activities,</quote>; and</text></subparagraph>

<subparagraph id="H803CDA73B9CF4D19AAF5A815BAAC4D3A"><enum>(B)</enum><text>by striking <quote>, including the allocation of resources for defense research and engineering,</quote>.</text></subparagraph></paragraph>

<paragraph id="HC9E5D8EA9E814DC7A3BB7DD83B0C224A"><enum>(3)</enum><text>Section 134(c) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics,</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H57162FE7E4484F46A745122617F88C51"><enum>(4)</enum><text>Section 139 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H9F429D38E5994DB6B6DCD0F2D452E827"><enum>(A)</enum><text>in subsection (b), by striking <quote>and the Under Secretary of Defense for Acquisition,

Technology, and Logistics</quote> each place it appears and inserting <quote>, the Under Secretary of Defense for Acquisition and Sustainment, and the Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H155E817B94A84217843E346453074882" commented="no"><enum>(B)</enum><text>in subsections (c) and (h), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></subparagraph></paragraph>

<paragraph id="H1181631D42C944AAAA12358977CC44C9"><enum>(5)</enum><text>Section 139a(d)(6) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H19D0900F139E4AA2A43AE58C036E6C79"><enum>(6)</enum><text>Section 171(a) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H6C3B4948AFBF49EF9FFEF676EE2AD94F"><enum>(A)</enum><text>in paragraph (3), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="H35C6B833CFF246888FB1CE4B7615CDB8" commented="no"><enum>(B)</enum><text>by redesignating paragraphs (9) through (13) as paragraphs (12) through (16);</text></subparagraph>

<subparagraph id="H5F7B39C2A08841BBB240F0EB4B1435CB"><enum>(C)</enum><text>by redesignating paragraphs (4) through (8) as paragraphs (5) through (9), respectively;</text></subparagraph>

<subparagraph id="H15C85D7189844F27987D1B241362D0B9"><enum>(D)</enum><text>by inserting after paragraph (3) the following new paragraph:</text>

<quoted-block id="H7AF53DEBFCFD42978AEA66085D168357" style="OLC">

<paragraph id="H2FF7BBFB82084B8B87BECD6B74EF7726"><enum>(4)</enum><text>the Under Secretary of Defense for Research and Engineering;</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H006D853C896D4D83A295A5E59F528786"><enum>(E)</enum><text>by inserting after paragraph (9), as redesignated, the following new paragraphs:</text>

<quoted-block id="H3C8F90601590496D93D42F6FB00D5077" style="OLC">

<paragraph id="HA7E9D2275989436893C460D89C58CBE2"><enum>(10)</enum><text>the Deputy Under Secretary of Defense for Research and Engineering;</text></paragraph>

<paragraph id="H23D1D45F68B54F57AD5C07604D7FB0DD"><enum>(11)</enum><text>the Deputy Under Secretary of Defense for Acquisition and Sustainment;</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H8AE8401DA7DD497FB856D1369764E94C"><enum>(7)</enum><text>Subsection (d)(1) of section 181 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H01ED3FFA947349B5A3D5971894A54CCE"><enum>(A)</enum><text>in subparagraph (C), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HA4205F587B034B97ABAD673BE06B923D"><enum>(B)</enum><text>by inserting after subparagraph (C) the following new subparagraph:</text>

<quoted-block id="H0631FD8C9C4E4AE19DE42C1D164F0DD0" style="OLC">

<subparagraph id="HA0697C12D2364F2CA3A1B2A2A6DD1EAA"><enum>(D)</enum><text>the Under Secretary of Defense for Research and Engineering.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HDB1A94EB56994B788A1BBDCE81FE94AA"><enum>(C)</enum><text>by

redesignating paragraphs (D) through (G) as paragraphs (E) through (H), respectively.</text></subparagraph></paragraph>

<paragraph id="HF89C67E2BE3045ACAD46EE0B20587EA0"><enum>(8)</enum><text>Subsection (b)(2) of section 393 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H0506AEB4BE44429E8980E5E760639436"><enum>(A)</enum><text>in subparagraph (B), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HBBD656995638435BB58940A98767A4CF"><enum>(B)</enum><text>by inserting after subparagraph (B) the following new subparagraph:</text>

<quoted-block id="H42C37ABFBB6C42B18FA8BD9D9BF76074" style="OLC">

<subparagraph id="H1E2239A4836F4710B6179ADFBF78578C"><enum>(C)</enum><text>the Under Secretary of Defense for Research and Engineering.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H632EDA7848CD4D049604EE1E7CD08277"><enum>(C)</enum><text>by redesignating subparagraphs (C) through (E) as subparagraphs (D) through (F).</text></subparagraph></paragraph>

<paragraph id="HFF40D3F87DD1465390281C50F99A0341"><enum>(9)</enum><text>Section 1111 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1032; 10 U.S.C. 1701 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HA5EAB6160EFE4ACE94E48F4C5133C572"><enum>(10)</enum><text>Section 231 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 45; 10 U.S.C. 1701 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H84338D967DCA4991890C52D5279B7C7A" commented="no"><enum>(11)</enum><text>Section 1702 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H91EFE547955241A784DFBAE5A9D7D87A" commented="no"><enum>(A)</enum><text>in the section heading, by striking <quote><header-in-text level="section" style="OLC">Under Secretary of Defense for Acquisition, Technology, and Logistics</header-in-text></quote> and inserting <quote><header-in-text level="section" style="OLC">Under Secretary of Defense for Acquisition and Sustainment</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HAFD7A3CB5C324A789B3A3CCEFE0FDD60" commented="no"><enum>(B)</enum><text>by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H5E30944874B24BADB767CF2EF0431DB0"><enum>(12)</enum><text>Section 807(a) of the Bob Stump National Defense Authorization Act for Fiscal Year 2003 (Public Law 107â€"314; 116 Stat. 2608; 10 U.S.C. 1702 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H2E599E22194E450F929F8FCC4ADDEE32" commented="no"><enum>(13)</enum><text>Section 1705 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HD513DB61BEF2411E9032CF79E18CBB2F" commented="no"><enum>(A)</enum><text>in subsection (c), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HFDB7085B714847DF88A3FB8F73116A51"

commented="no"><enum>(B)</enum><text>in subsection (e)(3), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HD97FE728CB3340CFA8F6A4B1249F5BF7" commented="no"><enum>(C)</enum><text>in subsection (g)(2)(B), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H8B3F3963A02D43DDB063BC2B5B88D33E"><enum>(14)</enum><text>Section 803(c) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1825; 10 U.S.C. 1705 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H54EF28FBFE914326B2184D6FA5D2774A"><enum>(15)</enum><text>Section 1722 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HF66E205958BA4034A6B2ACFA793C26BE"><enum>(A)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HD168AFB9E1B14282A4C1FB1F5AA0B41E"><enum>(B)</enum><text>in subsection (b)(2)(B), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H793E27A8E75641C3AF85782AF81E8379"><enum>(16)</enum><text>Section 1722a of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H545FD7EC058F4AD7849AE41121717E92"><enum>(A)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H138E64590FDF49EC931B0924FD33270C"><enum>(B)</enum><text>in subsection (e), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HDA74468077254649BF8E1DE7E53407B5"><enum>(17)</enum><text>Section 1722b(a) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HACF9BFD69695468BB6F2D9778B104A03"><enum>(18)</enum><text>Section 1723 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H40EE7423ECAB4C988E03E2055B1F3151"><enum>(A)</enum><text>in subsection (a)(3), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HF99316BAB88241AB99090FCED0C6B642"><enum>(B)</enum><text>in subsection (b), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H7C0537E10EC543699B1AEA61DF787CA2"><enum>(19)</enum><text>Section 1725(e)(2) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H603CC8D9F7EF499CAC52E061BB94FB26"><enum>(20)</enum><text>Section 1735(c)(1) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting

<quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H07A8703782314E729A7D7726EB58D482"><enum>(21)</enum><text>Section 1737(c) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H465FBBBF0DAE4A47885746DA7A1EB53D"><enum>(22)</enum><text>Section 1741(b) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HBB94D00EA6B3411288CABBCDC8B60D0D"><enum>(23)</enum><text>Section 1746(a) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HEE7EF07AB45C44F4A8CF656473EA9D27"><enum>(24)</enum><text>Section 1748 of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H70453E916C354D158775215F38B1B1DC"><enum>(25)</enum><text>Section 2222 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HF433440E5E02408AB2A5A73FF5D90D80"><enum>(A)</enum><text>in subsection (c)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HB61B94CC130642A7BC46A49B2A7BA8DE"><enum>(B)</enum><text>in subsection (f)(2)(B)(i), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H9BD63C3C0F684AF880A691AECC2EEE0A"><enum>(26)</enum><text>Section 217(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 770; 10 U.S.C. 2222 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment and Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H5073779568E94AA5B410BEB4725600E1"><enum>(27)</enum><text>Section 882(b) of the Ike Skelton National Defense Authorization Act for Fiscal Year 2011 (Public Law 111â€"383; 128 Stat. 4308; 10 U.S.C. 2222 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H09675628DA48479C9ECC3711A2F01786"><enum>(28)</enum><text>Section 2272 of title 10, United States Code, is amended by striking <quote>Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="HA1DEC7B36B9749708CE0418025F897EA"><enum>(29)</enum><text>Section 2275(a) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H1883046141B244318796CEA7AA2AA28B"><enum>(30)</enum><text>Section 2279(d) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H735D316B2154473EB09A1F537748707D"><enum>(31)</enum><text>Section 2279b

of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HCE2FB8B349114929BE927221EC72441A"><enum>(A)</enum><text>in subsection (b)â€"</text>

<clause id="H776D04806A1640B8B6F7695FD17D5253"><enum>(i)</enum><text>by redesignating paragraphs (3) through (10) as paragraphs (4) through (11), respectively;</text></clause>

<clause id="H13832BFAC34E48BAA7442D46FD731141"><enum>(ii)</enum><text>by striking paragraph (2); and</text></clause>

<clause id="HC4049B42257C4F19A0F64035D3769936"><enum>(iii)</enum><text>by inserting after paragraph (1) the following new paragraphs:</text>

<quoted-block id="H71CD2325A786479898D91AD5E3FE908D" style="OLC">

<paragraph id="H4CEFCB7348574AD09E23375AD64FE2C5"><enum>(2)</enum><text>The Under Secretary of Defense for Research and Engineering.</text></paragraph>

<paragraph id="H48C4F75A4B3449B0BEF4E5EFF946F31F"><enum>(3)</enum><text>The Under Secretary of Defense for Acquisition and Sustainment.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph id="H32351126C46B42EF8AA27007106A07FC"><enum>(B)</enum><text>in subsection (c) by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment,</quote>.</text></subparagraph></paragraph>

<paragraph id="H22540D2004F54311AF3929BBC0CCEDDD"><enum>(32)</enum><text>Section 898(a)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2000; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>. </text></paragraph>

<paragraph id="H45CE223D7FA54A72A943DC845837D66A" commented="no"><enum>(33)</enum><text>Section 804 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 726; 10 U.S.C. 2302 note) is amendedâ€"</text>

<subparagraph id="H618CF17C87AD45B98E5DE2573694E642" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H12780C22F34A4886A28A8BECCC39491A" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (d)(1)(A), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Deputy Secretary of Defense</quote>.</text></subparagraph></paragraph>

<paragraph id="H0C8ACF53281840CF8904633D95800B25"><enum>(34)</enum><text>Section 852 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 130 Stat. 3458; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HBBA664A85BD14E08B3ED580B99F8B997"><enum>(35)</enum><text>Section 806 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1487; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H5A21336D4FB34211A77319C7746C7CE3"><enum>(36)</enum><text>Section 843 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1487; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of

Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H2145D58EADD24FD283462C0E7B749790"><enum>(37)</enum><text>Section 254(b) of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4402; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H10290845E00045C2A90C00DB72B0F1A1"><enum>(38)</enum><text>Section 802(d) of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108â€"375; 118 Stat. 2004; 10 U.S.C. 2302 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H013676B20D3A4797BBB10D13D224D0D5"><enum>(39)</enum><text>Section 2304 of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF09E7BC54CEE4FEF8577B41FD82551AD"><enum>(40)</enum><text>Section 806(b) of the Ike Skelton National Defense Authorization Act for Fiscal Year 2011 (Public Law 111â€"383; 124 Stat. 4260; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HE8A177C1427E4884AF1056D68C594B45"><enum>(41)</enum><text>Section 821(a) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 226; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HAAA14517B5514E29A25E4F2430A73C60"><enum>(42)</enum><text>Section 801(b)(2)(A) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 204; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HFBE3BE1C9FF64DC886D8D8132F985BF6"><enum>(43)</enum><text>Section 817(e) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2326; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H13DFE4A7BABD4E5685EB31F490C4C0E8"><enum>(44)</enum><text>Section 811(e)(1) of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109â€"163; 120 Stat. 2326; 10 U.S.C. 2304 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H285B0002BB5D4829B2E95BA170EAF8B9"><enum>(45)</enum><text>Section 875 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2310; 10 U.S.C. 2305 note) is amendedâ€"</text>

<subparagraph id="H46D5878884024B54A31D688CD2CBCBD2"><enum>(A)</enum><text>in subsection (b)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HB53B358ECAF7414F92400402D7D0C5AE"><enum>(B)</enum><text>in subsection (c), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HA238FDCE1E104E3BBCAF20F9D4B707CC"><enum>(C)</enum><text>in subsection (d), by striking <quote>The Under Secretary for Acquisition, Technology, and Logistics</quote> and inserting <quote>The Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H9583BAF703D54739A2C83E4BD4EBFC29"><enum>(D)</enum><text>in subsection (e) through (f), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H734DD7ADD7BA4D56A5A6B02F54CFF84B"><enum>(46)</enum><text>Section 888(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2322; 10 U.S.C. 2305 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF4307690163B48B8964E6A8E4EE588DD"><enum>(47)</enum><text>Section 829(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2281; 10 U.S.C. 2306 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HD8ACC43757374C0487B5ACC35E657721"><enum>(48)</enum><text>Section 2306b(i)(7) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HE8FD50633EA546D2A23760DBA0DDFB14"><enum>(49)</enum><text>Section 2311(c) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H78C05C8E42134D3D81B1C93AA2640BEB"><enum>(A)</enum><text>in paragraph (1), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HEBD791E5258848BEA5513EF4D66467EB"><enum>(B)</enum><text>in paragraph (2)(B), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H7ACE1A6062D7414098F4039FE972FE98"><enum>(50)</enum><text>Section 2326(g) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H77A78F06160C49CC847A034CED6F4D90"><enum>(51)</enum><text>Section 2330 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H96A96FC8DFAE45BE9AA753CC1F62ABF7"><enum>(A)</enum><text>in subsection (a)(1), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="HE6201020F7D0486C916A292A034DC30D"><enum>(B)</enum><text>in subsection (a)(3), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></subparagraph>

<subparagraph id="H5A875380AD2544D29F7AF2AEA78C0F21"><enum>(C)</enum><text>in subsection (b)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HB5F4535BEB354F69B3D21E18B352613C"><enum>(D)</enum><text>in subsection (b)(3)(A), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HCFAD8E6C429343E48E54A34F49AAB9EF"><enum>(52)</enum><text>Section 882 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 942; 10 U.S.C. 2330 note) is amended in the matter preceding paragraph (1) by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HDB5FD213E5FD40E4B4F2A6624CF0E4F4"><enum>(53)</enum><text>Section 2334 of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H7CF5B4935126488689DA16260FA8AA74"><enum>(54)</enum><text>Section 2350a(b)(2) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics, and the Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, and the Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H4A123290930D4427896116B64A441A1D"><enum>(55)</enum><text>Section 2359(b)(1) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H4157179E193A4BEE81E85F1664723559"><enum>(56)</enum><text>Section 2359b of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H08A74DD6064C4EB0A400D2730EECF358"><enum>(A)</enum><text>in subsection (a)(1), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H8DAA0EBFCAB045B4B49ACB13DA9B394B"><enum>(B)</enum><text>in subsection (l)(1), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>.</text></subparagraph></paragraph>

<paragraph id="HF3DEDE014EA7400EBD0BDBEEFBD6486B"><enum>(57)</enum><text>Section 2375 of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H271828A03B4D4DCF92B1AC417569BBEF"><enum>(58)</enum><text>Section 874(b)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2310; 10 U.S.C. 2375 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HDEA4FA66CE43472D87F5490772E62617"><enum>(59)</enum><text>Section 876 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2311; 10 U.S.C. 2377 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H0AF76B59C9A74351BA1345D2DDB62E61"><enum>(60)</enum><text>Section 855 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 919; 10 U.S.C. 2377 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place such term appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HA0F79553204E4B479459267856F92CE0"><enum>(61)</enum><text>Section 856(a)(2)(B) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 920; 10 U.S.C. 2377 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and

Sustainment</quote>.</text></paragraph>

<paragraph id="HA1129069CBBC44A1B8D970426271A4D3"><enum>(62)</enum><text>Section 2399(b)(3) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics,</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H20435FA049DB45A69431E2D908B1AC04"><enum>(63)</enum><text>Section 2419(a)(1) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HBE969C2186F04BA799F1EBB599BF538C"><enum>(64)</enum><text>Section 826(e) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 908; 10 U.S.C. 2430 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HD58A3EA1782647C88229DC83F077FE03"><enum>(65)</enum><text>Section 827(e) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 909; 10 U.S.C. 2430 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HCED9EB0CCBDC47A59F4A76F0EAC0BFA8"><enum>(66)</enum><text>Section 811(b)(1) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1828; 10 U.S.C. 2430 note) is amended by striking <quote>if the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>if the service acquisition executive, in the case of a major defense acquisition program of the military department, or the Under Secretary of Defense for Acquisition and Sustainment, in the case of a Defense-wide or Defense Agency major defense acquisition program,</quote>.</text></paragraph>

<paragraph id="H927B48284CE74741AA8CC3795CA43F7E"><enum>(67)</enum><text>Section 814 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4528) is amendedâ€"</text>

<subparagraph id="H51E7DF0489134E7B8133CEC7A9A35D92"><enum>(A)</enum><text>in subsection (b)(2)â€"</text>

<clause id="H2173530A828440E7A6A148497AB27201"><enum>(i)</enum><text>by redesignating subparagraphs (B) through (H) as subparagraphs (C) through (I), respectively;</text></clause>

<clause id="H209752691D7C4A54AA457878427B4098"><enum>(ii)</enum><text>by striking subparagraph (A); and</text></clause>

<clause id="HEA0DAEBD47324EE0A9D91F1EF1C06AB2"><enum>(iii)</enum><text>by inserting before subparagraph (C), as redesignated by clause (i), the following new subparagraphs:</text>

<quoted-block id="HAD139793A3EF4DD4B5200DE2F746CB19" style="OLC">

<subparagraph id="HBCC9EF6B2E5342B885DAA87545167F42"><enum>(A)</enum><text>The Office of the Under Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="HEFF4D165105C44BEB145E2E7EBE7ADF7"><enum>(B)</enum><text>The Office of the Under Secretary of Defense for Acquisition and Sustainment.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph id="H2FED3B03A1764AD6954C10A5758766CA"><enum>(B)</enum><text>in subsection (c)(5), in the flush matter following subparagraph (B), by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics certifies to the congressional defense committees, and includes</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment jointly certify to the congressional defense committees, and include</quote>.</text></subparagraph></paragraph>

<paragraph id="HE7EF7B6C0B5644D3A6B1632240508164"><enum>(68)</enum><text>Section 801(a)(1) of the John Warner National Defense Authorization Act for Fiscal Year 2007 (Public Law 109â€"364; 120 Stat. 2312; 10 U.S.C. 2430 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HB76B6186428A4F4DA2920FE84DBB0CC5"><enum>(69)</enum><text>Section 1675 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 192 Stat. 1131; 10 U.S.C. 2431 note) is amendedâ€"</text>

<subparagraph id="H58724F5424544AD3A912000BAEE14082" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>The Under Secretary of Defense for Acquisition, Technology, and Logistics and the Vice Chairman of the Joint Chiefs of Staff, acting through the Missile Defense Executive Board</quote> and inserting <quote>The Vice Chairman of the Joint Chiefs of Staff and the chairman of the Missile Defense Executive Board (pursuant to section 1681(c) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2162)), acting through the Missile Defense Executive Board,</quote>; and</text></subparagraph>

<subparagraph id="HC6320D5EAB4E466CB8182AD60D7E94B8"><enum>(B)</enum><text>in subsection (b)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>chairman of the Missile Defense Executive Board</quote>.</text></subparagraph></paragraph>

<paragraph id="HAC12844B6AE040B1A17EE35F1B5A3FD5"><enum>(70)</enum><text>Section 2431a(b) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HFC791EF64CED4AAA967DA514032F289D" commented="no"><enum>(71)</enum><text>Section 2435 of title 10, United States Code, is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place it appears and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HA76A2B211CEE4018B8E9FBC69658BBAA"><enum>(72)</enum><text>Section 2438(b) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H5CFDAE0E0AFC418BB35A2CCBA7299162" commented="no"><enum>(A)</enum><text>in paragraph (1), by striking <quote>Under Secretary of Defense for Acquisition, Technology and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H8D1B08BAFE35410E91EAA4C538C9B5A2" commented="no"><enum>(B)</enum><text>in paragraph (2), by striking <quote>Under Secretary of Defense for Acquisition, Technology and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H9673F290A4F34329BBFC8654BE5C0825" commented="no"><enum>(73)</enum><text>Section 2448b of title 10, United States Code, is amended by striking subsections (a) and (b) and inserting the following new subsections:</text>

<quoted-block style="OLC" id="HD9CA8DEC1CDA43B9AA2CDC1A02D8FA47" display-inline="no-display-inline">

<subsection id="H87FB54E6C42B41DAB96C9BA6D6328376" commented="no"><enum>(a)</enum><header>In General</header><text>With respect to a major defense acquisition program, the Secretary of Defense shall conduct or approve independent technical risk assessmentsâ€"</text>

<paragraph id="HB2FD6C636497460C8DE1BFFD53842CD5" commented="no"><enum>(1)</enum><text>before any decision to grant Milestone A approval for the program pursuant to section 2366a of this title, that identifies critical technologies and manufacturing processes that need to be matured;

and</text></paragraph>

<paragraph id="HAB3B07FB395B428688173BA89AE62D97" commented="no"><enum>(2)</enum><text>before any decision to grant Milestone B approval for the program pursuant to section 2366b of this title, any decision to enter into low-rate initial production or full-rate production, or at any other time considered appropriate by the Secretary, that includes the identification of any critical technologies or manufacturing processes that have not been successfully demonstrated in a relevant environment.</text></paragraph></subsection>

<subsection id="H07AA6C566B384BCB9D3F08FD0997053B" commented="no"><enum>(b)</enum><header>Guidance</header><text>The Secretary shall issue guidance and a framework for the conduct, execution, and approval of independent technical risk assessments.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1B3357B41587473F919B390C902ECF34"><enum>(74)</enum><text>Section 2503(b) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H55DA32C6A13B4CF9A115277BF6A16CFE"><enum>(A)</enum><text>by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H9022A57AE31144EBB5A2FBC3E9F0B551"><enum>(B)</enum><text>by striking <quote>the Under Secretary shall</quote> and inserting <quote>the Under Secretaries shall</quote>.</text></subparagraph></paragraph>

<paragraph id="H8E39B7F7556B4A25A81B855C4A17C6D5"><enum>(75)</enum><text>Section 2508(b) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HB974F2183555481EA26DB1E7AD259888"><enum>(76)</enum><text>Section 2521 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HE0950E5D83F44EBAA9FB23BA6E7DBE7C"><enum>(A)</enum><text>in subsection (a), by striking <quote>The Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>The Under Secretary of Defense for Research and Engineering</quote>;</text></subparagraph>

<subparagraph id="HD0E7248294804D169AAEF94B62977DB0"><enum>(B)</enum><text>in subsection (e)(4)(D), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="H3CCDA7AAEF424110915CEFBA4967A56F"><enum>(C)</enum><text>in subsection (e)(5), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Research and Engineering</quote>.</text></subparagraph></paragraph>

<paragraph id="HD8EC9992CDBD4274BD8958B5C9877A5B"><enum>(77)</enum><text>Section 2533b(k)(2)(A) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H8670FE29FD32451C9455319F8B9AC110"><enum>(78)</enum><text>Section 2546 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HFBBDCDE435C340D095B15D464FE3FEB9"><enum>(A)</enum><text>in the heading of subsection (a), by striking <quote><header-in-text level="subsection" style="OLC">Under secretary of defense for acquisition, technology, and logistics</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">Under secretary of defense for acquisition and sustainment</header-in-text></quote>;</text></subparagraph>

<subparagraph id="HAF4F473A2B764EDFB00E8DA1DEBDC825"><enum>(B)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition,

Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HC309902F535C405B9A0DB99E87F9B0FD"><enum>(C)</enum><text>in subsection (b), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HAD506494B9354B8889C6585ED7669662"><enum>(79)</enum><text>Section 2548 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HD12093407F2F495A98121CE00FC7CD5D"><enum>(A)</enum><text>in subsection (a), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H3D56A6EC34104379BFD62613A1415CFB"><enum>(B)</enum><text>in subsection (c)(8), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="HA5A1302F41F04073BE8E2DBE38B93C3D"><enum>(80)</enum><text>Section 2902(b) of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HAF2BDC1DD9824556B2258CF774AB3B84"><enum>(A)</enum><text>in paragraph (1), by striking <quote>Office of the Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>Office of the Under Secretary of Defense for Research and Engineering</quote>; and</text></subparagraph>

<subparagraph id="HF635806E32B243FFBD8C3F495DD5F053"><enum>(B)</enum><text>in paragraph (3), by striking <quote>Office of the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Office of the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subparagraph></paragraph>

<paragraph id="H78B4CEF0FA214A2FBF4EFFE97FA409EE"><enum>(81)</enum><text display-inline="yes-display-inline">Section 2824(d) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 2154; 10 U.S.C. 2911 note) is amended by striking <quote>Under Secretary of Defense</quote> and all that follows through <quote>Environment</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF3228903EFE946B6946B36D46AE4AEC4"><enum>(82)</enum><text>Section 315(d) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1357; 10 U.S.C. 2911 note) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H8A40B87D2CE64C148ED1CB80DC15ABF5"><enum>(83)</enum><text>Section 2926(e)(5)(D) of title 10, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary for Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HF96E6882ABE84EBEAC84FD9067F86095"><enum>(84)</enum><text>Section 836(a)(2) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1508; 22 U.S.C. 2767 note) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics, the Assistant Secretary of Defense for Research,</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Research and Engineering,</quote>.</text></paragraph>

<paragraph id="H8F6BA9471A2447CC88043D10C5C92BDD"><enum>(85)</enum><text display-inline="yes-display-inline">Section 105(d)(7)(M)(v) of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7103(d)(7)(M)(v)) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H86F22F8324B64576925A80DD2C69A8F4"><enum>(86)</enum><text>Section 1126(a)(3) of title 31, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting

<quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H5BE93CB0882A4AB3B151ABD3C82EB615"><enum>(87)</enum><text>Section 11319(d)(4) of title 40, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H22678CB63956472FAEC70D959597A077"><enum>(88)</enum><text>Section 1302(b)(2)(A)(i) of title 41, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HAD719A0ABE6E4ACFA43826CF7BB2042A"><enum>(89)</enum><text>Section 1311(b)(3) of title 41, United States Code, is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HC724C94CABC44C9CBEF9D4D5B67F5A81"><enum>(90)</enum><text display-inline="yes-display-inline">Section 7(a)(3) of the Strategic and Critical Materials Stock Piling Act (50 U.S.C. 98f(a)(3)) is amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H6ED3C742112141808AC3EC08364857C9"><enum>(91)</enum><text>Section 1412 of the National Defense Authorization Act, 1986 (50 U.S.C. 1521) is amendedâ€"</text>

<subparagraph id="H6ED896D180DE440ABAFD0BB24F62165E"><enum>(A)</enum><text>in subsection (f)(1), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="HE25AB9A687044A02ACB0EE253B9CD375"><enum>(B)</enum><text>in subsection (g)(2), by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment.</quote>.</text></subparagraph></paragraph>

<paragraph id="H5F0C938204344B9B81A4E7D23A156C79" commented="no"><enum>(92)</enum><text>Section 133b(b)(2) of title 10, United States Code, is amended by inserting <quote>appropriate prototyping activities,</quote> after <quote>development,</quote>.</text></paragraph>

<paragraph id="H2B11D0445FA24EDF969B2D5AC5232DBA" commented="no"><enum>(93)</enum>

<subparagraph id="H09C0AEA06F404F61ADDB4C258D3CA2B9" display-inline="yes-display-inline" commented="no"><enum>(A)</enum><text>Section 5314 of title 5, United States Code, is amended by inserting before the item relating to the Under Secretary of Defense for Acquisition and Sustainment the following new item: <quote>Under Secretary of Defense for Research and Engineering.</quote>.</text></subparagraph>

<subparagraph id="H74732A17BA6F40D082BDE182B7AB0007" commented="no"><enum>(B)</enum><text>Section 5313 of title 5, United States Code, is amended by striking the item relating to the Under Secretary of Defense for Research and Engineering.</text></subparagraph>

<subparagraph id="H9BD5CAD81C654BE3A940212AD757E713" commented="no"><enum>(C)</enum><text>This paragraph shall have no force or effect until the next date on which the Congress confirms an individual to serve as the Under Secretary of Defense for Research and Engineering after the date of enactment of this Act.</text></subparagraph></paragraph>

<paragraph id="H97358351F7964E2B82A4C7F67381A303"><enum>(94)</enum><text>Section 338 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1728) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HA9D2E425320A484A9EB7249683883443"><enum>(95)</enum><text>Section

136(a)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1317) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="H281DBC1ED2664CFE8306410F26661ACD" commented="no"><enum>(96)</enum><text>Section 1652(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2609) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H8D3EDDA82ACB44CBAB89DAC440C73B32" commented="no"><enum>(97)</enum><text>Section 1689(d) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2631) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering</quote>.</text></paragraph>

<paragraph id="H9DF32B32FF76406781C3021C02F90EBF" commented="no"><enum>(98)</enum><text>Section 144 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1325) is amendedâ€"</text>

<subparagraph id="HC9BCF8945E81407BA629252EB43EADF2" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>; and</text></subparagraph>

<subparagraph id="H65418CF606E64B7BBFD7E89A08D28DF7" commented="no"><enum>(B)</enum><text>in subsection (b)(4), by striking <quote>the Assistant Secretary of Defense for Research and Engineering</quote> and inserting <quote>the Under Secretary of Defense for Research and Engineering</quote>.</text></subparagraph></paragraph>

<paragraph id="HA9BF4A32DBA140C2A079B629DF060A17" commented="no"><enum>(99)</enum><text>Section 838(2)(B) of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1509) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph>

<paragraph id="HD094D24A2B9F4AA8B744EB3912BE5E9B" commented="no"><enum>(100)</enum><text>Section 802(a)(3)(C) of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 10 U.S.C. 2410p note) is amended by striking <quote>the Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> and inserting <quote>the Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></paragraph></section>

<section id="H96ACE3DC3F6E445981435DA9028DEDF7"><enum>903.</enum><header>Return to Chief Information Officer of the Department of Defense of responsibility for business systems and related matters</header>

<subsection id="HB7A9C48F7DFA4236B3CAD46B4AD403E9"><enum>(a)</enum><header>Return of responsibility</header>

<paragraph id="HC508F1881E8D4568A1528935CB4B5CE4"><enum>(1)</enum><header>In general</header><text>Section 142(b)(1) of title 10, United States Code, is amended by striking <quote>systems and</quote> each place it appears in subparagraphs (A), (B), and (C).</text></paragraph>

<paragraph id="H2FCF8D642A2C4E438C578E2BE32FC298"><enum>(2)</enum><header>Conforming amendments to CMO authorities</header><text>Section 132a(b) of such title is amendedâ€"</text>

<subparagraph id="H64EDA703E5EA45DDA1299969456BB687"><enum>(A)</enum><text>in paragraph (2), by striking <quote>performance measurement and management, and business information technology management and improvement activities and programs</quote> and inserting <quote>and performance measurement and management activities and programs</quote>;</text></subparagraph>

<subparagraph id="HDCD986EAD4C1459DB02D131E04AF0800"><enum>(B)</enum><text>by striking paragraphs (4) and (5); and</text></subparagraph>

<subparagraph id="H2921D4D89A24434FAA7478861BEDADAB"><enum>(C)</enum><text>by redesignating paragraphs (6) and (7) as paragraphs (4) and (5), respectively.</text></subparagraph></paragraph></subsection>

<subsection id="H23FD449D6F704D148C951305C13F9A4D"><enum>(b)</enum><header>Chief Data Officer responsibility for DoD data sets</header>

<paragraph id="HA65E8E70DF5741C9848D894E37207967"><enum>(1)</enum><header>In general</header><text>In addition to any other functions and responsibilities specified in section 3520(c) of title 44, United States, Code, the Chief Data Officer of the Department of Defense shall also be the official in the Department of Defense with principal responsibility for providing for the availability of common, usable, Defense-wide data sets.</text></paragraph>

<paragraph id="HC374D23E886447739DC929EDC305F17A"><enum>(2)</enum><header>Access to all DoD data</header><text>In order to carry out the responsibility specified in paragraph (1), the Chief Data Officer shall have access to all Department of Defense data, including data in connection with warfighting missions and back-office data.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3786A6BD7A034E14948F5F126F629444"><enum>(3)</enum><header display-inline="yes-display-inline">Responsible to CIO</header><text display-inline="yes-display-inline">The Chief Data Officer shall report directly to the Chief Information Officer of the Department of Defense in the performance of the responsibility specified in paragraph (1).</text></paragraph>

<paragraph id="HFA63DEACE7D74260B2D0BE950DE99B35"><enum>(4)</enum><header>Report</header><text>Not later than December 1, 2019, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report setting forth such recommendations for legislative or administrative action as the Secretary considers appropriate to carry out this subsection.</text></paragraph></subsection></section>

<section id="H36E23720C8F449E694B4F6B2E57913D9"><enum>904.</enum><header>Assessments of responsibilities and authorities of the Chief Management Officer of the Department of Defense</header>

<subsection id="HC3DFA452B6EB456DB00D15ADD6C11B62"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall provide for the conduct of two assessments of the implementation of the position of Chief Management Officer of the Department of Defense pursuant to section 132a of title 10, United States Code, as follows:</text>

<paragraph id="HEA5D3CC5C5604615AC6D306BBABEFDEA"><enum>(1)</enum><header>Department of Defense assessment</header><text>An assessment conducted by the Secretary or a designee of the Secretary.</text></paragraph>

<paragraph id="HCDC4369250FF47C69A24ED5D91A90534"><enum>(2)</enum><header>Independent assessment</header><text>An assessment conducted by the Defense Business Board or an appropriate number of individuals selected by the Secretary from among individuals in academia or academic institutions with expertise in public administration and management. </text></paragraph></subsection>

<subsection id="HB521F18D38504A968D6214BE7799598C"><enum>(b)</enum><header>Assessment elements</header><text>Each assessment conducted pursuant to subsection (a) shall include an assessment of the implementation of the position of Chief Management Officer of the Department of Defense, including and taking into account the following:</text>

<paragraph id="H4258A0E3C9154B169CE404C2C881822F"><enum>(1)</enum><text>The extent to which the position has been effective in achieving the service, and exercising the powers and authorities, specified in section 132a of title 10, United States Code</text></paragraph>

<paragraph id="H7A7526445AC34ACDAD87F2F41BDA4586"><enum>(2)</enum><text>The perspectives of the Under Secretaries of the military departments on the matters described in paragraph (1) based on the experiences of such Under Secretaries as the

Chief Management Officer of a military department</text></paragraph>

<paragraph id="HFAF1E821B84A409A92AE5593926D9451"><enum>(3)</enum><text>The extent to which the ingrained organizational culture of the Department of Defense poses fundamental structural challenges for the position of Chief Management Officer of the Department, irrespective of the individual appointed to the position.</text></paragraph>

<paragraph id="H292889D80DC6473695EEC5689EADC7D0"><enum>(4)</enum><text>The observations of the Comptroller General of the United States on progress and challenges during the prior 10 years in the establishment of positions of Chief Management Officer in agencies throughout the Executive Branch, including in the Department of Defense and in other Federal agencies.</text></paragraph>

<paragraph id="H83236E8C180041A28759381C088D1427"><enum>(5)</enum><text>An identification and comparison of best practices in the private sector and the public sector for the responsibilities and authorities of Chief Management Officers.</text></paragraph>

<paragraph id="H3C92CB4A8CFF410CB1CA443400889D03"><enum>(6)</enum><text>An identification and assessment of differences in responsibilities and authorities of the Chief Management Office of the Department, the Chief Operating Officer of the Department of Defense, and the Deputy Secretary of Defense.</text></paragraph></subsection>

<subsection id="HB7F7055AB8C749CA81A3985E11C3F0D8"><enum>(c)</enum><header>Modification of responsibilities and authorities</header><text>The Secretary shall identify such modifications, if any, to the responsibilities and authorities of the Chief Management Officer of the Department (whether specified in statute or otherwise) as the Secretary considers appropriate in light of the assessments conducted pursuant to subsection (a). In identifying any such modification, the Secretary shall develop recommendations for such legislative action as the Secretary considers appropriate to implement such modification.</text></subsection>

<subsection id="HF8CDDF05E2D04B41B4F689765E73D461"><enum>(d)</enum><header>Report</header><text>Not later than March 15, 2020, the Secretary shall submit to the congressional defense committees a report on the assessments conducted pursuant to subsection (a) and on any modifications to the responsibilities and authorities of the Chief Management Officer of the Department identified pursuant to subsection (c). The report shall include the following:</text>

<paragraph id="HEDFFBCAC1818476D89B88C127C66C159"><enum>(1)</enum><text>A description and the results of the assessment conducted pursuant to subsection (a).</text></paragraph>

<paragraph id="HE25A737659EE4A399735E9339439DED5"><enum>(2)</enum><text>Any modifications of the responsibilities and authorities of the Chief Management Officer identified pursuant to subsection (c), including recommendations developed for legislative action to implement such recommendations and a proposed timeline for the implementation of such recommendations.</text></paragraph></subsection></section>

<section id="H6FAC85F2D41E4637856575D66E1F74F8"><enum>905.</enum><header>Senior Military Advisor for Cyber Policy and Deputy Principal Cyber Advisor</header>

<subsection id="H1D5651120C674B09BA6F2A91BFDCBF7F"><enum>(a)</enum><header>Advisor</header>

<paragraph id="H4E6B492CDECB42F9BEB8EFCF6522E5AA"><enum>(1)</enum><header>In general</header><text>The Under Secretary of Defense for Policy shall, acting through the Joint Staff, designate an officer within the Office of the Under Secretary of Defense for Policy to serve within that Office as the Senior Military Advisor for Cyber Policy, and concurrently, as the Deputy Principal Cyber Advisor.</text></paragraph>

<paragraph id="H46937760E1C24B288F7302A6A7C43049"><enum>(2)</enum><header>Officers eligible for designation</header><text>The officer designated pursuant to this subsection shall be designated from among commissioned regular officers of the Armed Forces in a general or flag officer grade who are qualified for designation</text></paragraph>

<paragraph

id="H312388B8BA334F4CB119760012112DE2"><enum>(3)</enum><header>Grade</header><text>The officer designated pursuant to this subsection shall have the grade of major general or rear admiral (upper half) while serving in that position, without vacating the officer's permanent grade.</text></paragraph></subsection>

<subsection id="H194B388FC6904F088F01A8D6D930FB7E"><enum>(b)</enum><header>Scope of positions</header>

<paragraph id="H9BEF2454C48E48A68C271DE29C9EC806"><enum>(1)</enum><header>In general</header><text>The officer designated pursuant to subsection (a) is each of the following:</text>

<subparagraph id="H695FD0F662374F7AB453601F33412107"><enum>(A)</enum><text>The Senior Military Advisor for Cyber Policy to the Under Secretary of Defense for Policy.</text></subparagraph>

<subparagraph id="HB5104CEC30544C66B06AC993FCD218F9"><enum>(B)</enum><text>The Deputy Principal Cyber Advisor to the Secretary of Defense.</text></subparagraph></paragraph>

<paragraph id="H3A9163E2F7C648C8A21FAC7E80C0EB05"><enum>(2)</enum><header>Direction and control and reporting</header><text>In carrying out duties under this section, the officer designed pursuant to subsection (a) shall be subject to the authority, direction, and control of, and shall report directly to, the following:</text>

<subparagraph id="H1C26CEC3DD92455A9526DEFD1061E82F"><enum>(A)</enum><text>The Under Secretary with respect to Senior Military Advisor for Cyber Policy duties.</text></subparagraph>

<subparagraph id="H73E5813CDD264F55856B9C31486C870F"><enum>(B)</enum><text>The Principal Cyber Advisor with respect to Deputy Principal Cyber Advisor duties.</text></subparagraph></paragraph></subsection>

<subsection id="HB906AEA8ACA74479A824357C0BEF369D"><enum>(c)</enum><header>Duties</header>

<paragraph id="H0D7D57DCFC0D4D1CA4B809A6878FBE3B"><enum>(1)</enum><header>Duties as Senior Military Advisor for Cyber Policy</header><text>The duties of the officer designated pursuant to subsection (a) as Senior Military Advisor for Cyber Policy are as follows:</text>

<subparagraph id="H7DA85C8F33784FA8923AED5BD11C2CC5"><enum>(A)</enum><text>To serve as the principal uniformed military advisor on military cyber forces and activities to the Under Secretary of Defense for Policy.</text></subparagraph>

<subparagraph id="HF726C41814F74D40B456772F15FD1D0E"><enum>(B)</enum><text>To assess and advise the Under Secretary on aspects of policy relating to military cyberspace operations, resources, personnel, cyber force readiness, cyber workforce development, and defense of Department of Defense networks.</text></subparagraph>

<subparagraph id="H530738D8FE1D405AB28F2553D4CF74BA"><enum>(C)</enum><text>To advocate, in consultation with the Joint Staff, and senior officers of the Armed Forces and the combatant commands, for consideration of military issues within the Office of the Under Secretary of Defense for Policy, including coordination and synchronization of Department cyber forces and activities.</text></subparagraph>

<subparagraph id="H6F0CCB0B886B440C8C1D396FEC4CC5F5"><enum>(D)</enum><text>To maintain open lines of communication between the Chief Information Officer of the Department of Defense, senior civilian leaders within the Office of the Under Secretary, and senior officers on the Joint Staff, the Armed Forces, and the combatant commands on cyber matters, and to ensure that military leaders are informed on cyber policy decisions.</text></subparagraph></paragraph>

<paragraph id="HFDCFA2F688194BDC87C733D3626B5A1C"><enum>(2)</enum><header>Duties as Deputy Principal Cyber Advisor</header><text>The duties of the officer designated pursuant to subsection (a) as Deputy Principal Cyber Advisor are as follows:</text>

<subparagraph id="H4F511644CE8D4375AB4C3C6CA1AD6B13"><enum>(A)</enum><text>To synchronize, coordinate, and oversee implementation of the Cyber Strategy of the Department of Defense and other relevant policy and planning.</text></subparagraph>

<subparagraph id="HEC4B033091A2454791C7A91860E6E116"><enum>(B)</enum><text>To advise the Secretary of Defense on cyber programs, projects, and activities of the Department,

including with respect to policy, training, resources, personnel, manpower, and acquisitions and technology.</text></subparagraph>

<subparagraph id="H8622EB0EEEEC4E939356607BF37D231F"><enum>(C)</enum><text>To oversee implementation of Department policy and operational directives on cyber programs, projects, and activities, including with respect to resources, personnel, manpower, and acquisitions and technology.</text></subparagraph>

<subparagraph id="H21C144C88E0F4DF6BC3D6D68E7E5B24E"><enum>(D)</enum><text>To assist in the overall supervision of Department cyber activities relating to offensive missions.</text></subparagraph>

<subparagraph id="HBFFDF0AE44D74681814CA6B9DAD0F28D"><enum>(E)</enum><text>To assist in the overall supervision of Department defensive cyber operations, including activities of component-level cybersecurity service providers and the integration of such activities with activities of the Cyber Mission Force.</text></subparagraph>

<subparagraph id="H9B671B3A775D46B4A97117E72B542F6C"><enum>(F)</enum><text>To advise senior leadership of the Department on, and advocate for, investment in capabilities to execute Department missions in and through cyberspace.</text></subparagraph>

<subparagraph id="H25381A8DEEC74BEC887A1ABC465DC35E"><enum>(G)</enum><text>To identify shortfalls in capabilities to conduct Department missions in and through cyberspace, and make recommendations on addressing such shortfalls in the Program Budget Review process.</text></subparagraph>

<subparagraph id="HC0122EF6F63147038A2BF9326C7E8A37"><enum>(H)</enum><text>To coordinate and consult with stakeholders in the cyberspace domain across the Department in order to identify other issues on cyberspace for the attention of senior leadership of the Department.</text></subparagraph>

<subparagraph id="H08E4139D45B44DF69F9A478F31997A75"><enum>(I)</enum><text>On behalf of the Principal Cyber Advisor, to lead the cross-functional team established pursuant to 932(c)(3) of the National Defense Authorization Act for Fiscal Year 2014 (10 U.S.C. 2224 note) in order to synchronize and coordinate military and civilian cyber forces and activities of the Department.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H91F32538B5154B8E95AA113610D586F0" section-type="subsequent-section"><enum>906.</enum><header display-inline="yes-display-inline">Exclusion from limitations on personnel in the Office of the Secretary of Defense and Department of Defense headquarters of fellows appointed under the John S. McCain Defense Fellows Program</header><text display-inline="no-display-inline">Section 932(f)(3) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1938; 10 U.S.C. 1580 note prec.) is amended by adding at the end the following new sentence: <quote>An individual appointed pursuant to this paragraph shall not count against the limitation on the number of Office of the Secretary of Defense personnel in section 143 of title 10, United States Code, or any similar limitation in law on the number of personnel in headquarters of the Department that would otherwise apply to the office or headquarters to which appointed.</quote>.</text></section></subtitle>

<subtitle id="H361EBA1CC1EB4368A9A6E8A5F8419512" style="OLC"><enum>B</enum><header>Organization and Management of Other Department of Defense Offices and Elements</header>

<section id="H63FA936D25C242ABA901D6D158FE863D" section-type="subsequent-section"><enum>911.</enum><header>Codification of Assistant Secretaries for Energy, Installations, and Environment of the Army, Navy, and Air Force</header>

<subsection id="HA16D821F80D142F7A6F5D55A59A173F8"><enum>(a)</enum><header>Assistant Secretary of the Army</header><text>Section 7016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H7B03E95EF99B474C812EC5F82DD7A8C1" display-inline="no-display-inline">

<paragraph id="HFE2D7A305B684BD685EB86DD7FD3D5CC" indent="up1"><enum>(6)</enum>

<subparagraph id="HA849D30854C14CAA9A1C9280D99862D0" display-inline="yes-display-

inline"><enum>(A)</enum><text display-inline="yes-display-inline">One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.</text></subparagraph>

<subparagraph id="HD854114E421D41B483830EC2EBC52004" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the overall supervision of energy, installation, and environment matters for the Department of the Army.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEB2C3DA8ACDA4103AF0D8EC518279C28"><enum>(b)</enum><header>Assistant Secretary of the Navy</header><text display-inline="yes-display-inline">Section 8016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H08A4D01D70494AB085A121642B85030C" display-inline="no-display-inline">

<paragraph id="H20378F1B643C4FCE8E5AAA7D1A084780" indent="up1"><enum>(5)</enum>

<subparagraph id="H6CDF670A58094A86900C3FA69530EE73" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.</text></subparagraph>

<subparagraph id="HF03048ABA52B4B1FAF7D900ADA4C0D4C" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the overall supervision of energy, installation, and environment matters for the Department of the Navy.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HCE3F2ADF928845E2A7E5C406A9B2780F"><enum>(c)</enum><header>Assistant Secretary of the Air Force</header><text display-inline="yes-display-inline">Section 9016(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H038DBF5103C34F79BDEEF6F7EC732957" display-inline="no-display-inline">

<paragraph id="H3AFF7A1D7EFC4B15B2E9A1116786647E" indent="up1"><enum>(5)</enum>

<subparagraph id="H6A5A01ABC1674D9B809D9EF326F61FA8" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">One of the Assistant Secretaries shall be the Assistant Secretary for Energy, Installations, and Environment.</text></subparagraph>

<subparagraph id="H65F5A8434EC54189B5188930ED00CC2C" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The principal duty of the Assistant Secretary for Energy, Installations, and Environment shall be the overall supervision of energy, installation, and environment matters for the Department of the Air Force.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section></subtitle>

<subtitle id="H25757C6D5E384848A60EA535E197CFAC" style="OLC"><enum>C</enum><header>Other Department of Defense Organization and Management Matters</header>

<section id="H873B1BFB1B8E4921BD3F10CBBECB2434"><enum>921.</enum><header>Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense</header>

<subsection id="H3B43D8599F8D452F856BC8A2F9E44AFC"><enum>(a)</enum><header>In general</header><text>Chapter 49 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H9F895B0A96F04A908E073FB0339537BF" style="USC">

<section id="H31C12CC0C34344C888EC4E7810078BFB"><enum>988.</enum><header>Prohibition on ownership or trading of stocks in certain companies by certain officials of the

Department of Defense</header>

<subsection id="HDE1E4C1A3E4F4475AD5AB7B0D8C6DFE9"><enum>(a)</enum><header>Prohibition</header><text>Except as provided in subsection (b), a covered official of the Department of Defense may not own or purchase publicly traded stock of a company if that company is one of the 10 entities awarded the most amount of contract funds by the Department of Defense in a fiscal year during the five preceding fiscal years.</text></subsection>

<subsection id="H861255915EEB4C588D3838D01A83EC12"><enum>(b)</enum><header>Exceptions</header><text>This section shall not apply to the purchase or ownership of a publicly traded stock of a company otherwise described in subsection (a) as follows:</text>

<paragraph id="HBE9E92D850B04AD19448F6592EED0EDA"><enum>(1)</enum><text>If the aggregate market value of the holdings of the covered official, and the spouse and minor children of the covered official, in the stock of that company, both before and after purchase (in the case of a purchase), does not exceed the de minimis threshold established in section 2640.202(a)(2) of title 5, Code of Federal Regulations.</text></paragraph>

<paragraph id="HE2FAA08CE38A41689D2DFD8979709CFF"><enum>(2)</enum><text>If the stock is purchased and owned as part of an Excepted Investment Fund or mutual fund.</text></paragraph></subsection>

<subsection id="H72E7907AB6F1411880E79537BC02C254"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HF8742E293A2C425D9A1B90BC3E3A0941"><enum>(1)</enum><text>The term <term>covered official of the Department of Defense</term> means any of the following:</text>

<subparagraph id="HFD9ED65A244443418A07E22A4F26E7DA"><enum>(A)</enum><text>A civilian appointed to a position in the Department of Defense by the President, by and with the advice and consent of the Senate. </text></subparagraph>

<subparagraph id="H6398FE1007DE4BA092C81E2AE198F6B0"><enum>(B)</enum><text>If serving in a key acquisition position (as designated by the Secretary of Defense or the Secretary concerned for purposes of this section), the following:</text>

<clause id="H50C1FEBD07C74CD79980CEF492B6BC7B"><enum>(i)</enum><text>A member of the armed forces in a grade above Oâ€"6. </text></clause>

<clause id="HE9C6D5886B674B95A329361D1945CDAE"><enum>(ii)</enum><text>A civilian officer or employee in a Senior Executive Service, Senior-Level, or Scientific or Professional position.</text></clause></subparagraph></paragraph>

<paragraph id="H924DF983E0EF48198A08BF2031C45587"><enum>(2)</enum><text>The term <term>Excepted Investment Fund</term> means a widely-held investment fund described in section 102(f)(8) of the Ethics in Government Act of 1978 (5 U.S.C. App.).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8BD2647D9EDF4A239C2FA080B8A75F77"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 49 of such title is amended by adding at the end the following new item:</text>

<quoted-block id="H9242DCA89CE647458678DF02596B0E72" style="USC">

<toc>

<toc-entry idref="H31C12CC0C34344C888EC4E7810078BFB" level="section">988. Prohibition on ownership or trading of stocks in certain companies by certain officials of the Department of Defense.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H8A18084B9E664C27B2C67F4B588C4262"><enum>922.</enum><header>Limitation on consolidation of Defense Media Activity</header>

<subsection id="H8BC555ADEAD64ECF9685C896CA4F738D"><enum>(a)</enum><header>Limitation</header><text

>The Secretary of Defense may not take any action to consolidate the Defense Media Activity until a period of 60 days has elapsed following the date on which the Secretary of Defense submits the report required under subsection (b).</text></subsection>

<subsection id="H8C4F8FC2DF1D48D2A22F46A79DEB9223"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the congressional defense committees a report that includes the following:</text>

<paragraph id="H897B77DB15A84F58A7A41E696D4327E7"><enum>(1)</enum><text display-inline="yes-display-inline">Any current or future plans to restructure, reduce, or eliminate the functions, personnel, facilities, or capabilities of the Defense Media Activity, including the timelines associated with such plans.</text></paragraph>

<paragraph id="HBD9DB61CD42640949CD6F46BBF0B281B"><enum>(2)</enum><text>Any modifications that have been made, or that may be made, to personnel compensation or funding accounts in preparation for, or in response to, efforts to consolidate the Defense Media Activity. </text></paragraph>

<paragraph id="H97995B88F4B1464ABAF8442F69B4098B"><enum>(3)</enum><text>Any contractual agreements that have been entered into to consolidate or explore the consolidation of the Defense Media Activity.</text></paragraph>

<paragraph id="H19AD6943DD774A87B883E8A90DDB43F4"><enum>(4)</enum><text>Any Department of Defense directives or Administration guidance relating to efforts to consolidate the Defense Media Activity, including any directives or guidance intended to inform or instruct such efforts.</text></paragraph></subsection>

<subsection id="H681625FEF37B4772A4B447DEA7624BAB"><enum>(c)</enum><header>Consolidate defined</header><text>In this section, the term <quote>consolidate</quote>, means any action to reduce the functions, personnel, facilities, or capabilities of the Defense Media Activity.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H073811CF50924B4AA5C0FD3D8A9DDAB7" section-type="subsequent-section"><enum>923.</enum><header display-inline="yes-display-inline">Report on resources to implement the civilian casualty policy of the Department of Defense</header><text display-inline="no-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report, in unclassified form, on the resources necessary over the period of the future-years defense plan for fiscal year 2020 under section 221 of title 10, United States Code, to fulfill the requirements of section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1939; 10 U.S.C. 134 note) and fully implement policies developed as a result of such section.</text></section></subtitle>

<subtitle id="H6E519C3D8D7C4DD7822C33EDAAF464B2"><enum>D</enum><header>United States Space Force</header>

<section id="HB4ADF290634F4C86B5196A448520C1D5"><enum>951.</enum><header>Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote>United States Space Force Act</quote>.</text></section>

<section id="H3731E01220814A079AD41E01C32E0EE9"><enum>952.</enum><header>The Space Force</header>

<subsection commented="no" display-inline="no-display-inline" id="H5134F15C92DC4728AEF683C8C3BCF1AD"><enum>(a)</enum><header display-inline="yes-display-inline">Redesignation</header><text display-inline="yes-display-inline">The Air Force Space Command is hereby redesignated as the United States Space Force (USSF).</text></subsection>

<subsection id="HB38A84FC05974B449FD82B72F3CA0584"><enum>(b)</enum><header>Authority</header><text>Title 10, United States Code, is amendedâ€"</text>

<paragraph id="HBD62F568DA9141A7837909FE467E6C1A" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">in chapter 907 of part I of subtitle D, by redesignating sections 9067, 9069, 9074, 9075, 9081, and 9084 as sections 9063, 9064, 9065, 9066, 9067, and 9068, respectively;</text></paragraph>

<paragraph id="H23E33858F0844B9398B536CF167C34FB"><enum>(2)</enum><text>by adding at the end of such part the following new chapter:</text>

<quoted-block display-inline="no-display-inline" id="H13E498F839C64E87AC26E9326CD481EA" style="USC">

<chapter id="H92E82D1B527145A2804C0A167D40928E" style="OLC"><enum>908</enum><header>The Space Force</header>

<toc>

<toc-entry level="section">Sec. </toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">9081. The United States Space Force.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">9082. Chief of Space Operations.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">9083. Officer career field for space.</toc-entry></toc></chapter><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H3DF7AA2EEFA845538F55F36A459B647C"><enum>(3)</enum><text display-inline="yes-display-inline">by transferring section 2279c to chapter 908, as so added, and redesignating such section as section 9081; and</text></paragraph>

<paragraph id="H1456AE5F889745F2BB7693DD77D7D59B"><enum>(4)</enum><text>by amending such section 9081 to read as follows:</text>

<quoted-block style="USC" id="HA1519F9636B44E50B3FE4126EC3EBB74" display-inline="no-display-inline">

<section id="H5C5833F7DC514698A84A4769AF3D0407"><enum>9081.</enum><header>The United States Space Force</header>

<subsection id="HC4EDBBFDC24A415290A025F7630BF40E"><enum>(a)</enum><header>Establishment</header><text>There is established a United States Space Force as an armed force within the Department of the Air Force.</text></subsection>

<subsection id="H606C2A3BBE5C4A7EAD3DDE226102A68F" commented="no"><enum>(b)</enum><header>Composition</header><text>The Space Force shall be composed of the following:</text>

<paragraph id="HC103FF0E382E46B486FFF127B9ADA181" display-inline="no-display-inline"><enum>(1)</enum><text>The Chief of Space Operations.</text></paragraph>

<paragraph id="H86D4B8B8A3DE47F7BA4DA1932D50F7E3" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">The space forces and such assets as may be organic therein.</text></paragraph></subsection>

<subsection id="H5BBC658850D84C0F8F496FBAB695EFB6" commented="no"><enum>(c)</enum><header>Functions</header><text>The Space Force shall be organized, trained, and equipped to provideâ€"</text>

<paragraph id="H63467E6E57944C0CB40F303E2607E1EF" commented="no"><enum>(1)</enum><text>freedom of operation for the United States in, from, and to space; and</text></paragraph>

<paragraph id="HC15922FAF6CA4A0382EEC78C25035067" commented="no"><enum>(2)</enum><text>prompt and sustained space operations.</text></paragraph></subsection>

<subsection id="H6D7498EB92124EF1B1D063FFE38D6CCE" commented="no"><enum>(d)</enum><header>Duties</header><text>It shall be the duty of the Space Force toâ€"</text>

<paragraph id="H253CF2FBBFFF4F079ED4FB793405F226" commented="no"><enum>(1)</enum><text>protect the interests of the United States in space;</text></paragraph>

<paragraph id="H2F3264F2F8FB4A0A806DF207876C27AD"

commented="no"><enum>(2)</enum><text>deter aggression in, from, and to space; and</text></paragraph>

<paragraph id="H45C05B846BBA428CAA7F6BF6EF050FF1" commented="no"><enum>(3)</enum><text>conduct space operations.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HDDD416EE04DE4C7482D91CEE6F9044E5"><enum>(c)</enum><header>Space Force as an Armed Force</header><text>Section 101(a)(4) of title 10, United States Code, is amended by inserting <quote>Space Force,</quote> after <quote>Marine Corps,</quote>.</text></subsection>

<subsection id="H50ACBA0C436B48BA9130B69045DF7850" commented="no"><enum>(d)</enum><header>Members</header>

<paragraph id="HB8B4568CB7784701B61B18A0DB95E649" commented="no"><enum>(1)</enum><header>In general</header><text>Effective as of the date of the enactment of this Act, there shall be assigned to the Space Force such members of the Air Force as the Secretary of the Air Force shall specify.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF965BAFDD4174059BEE4D3104F045A36"><enum>(2)</enum><header display-inline="yes-display-inline">No authorization of additional military billets</header><text display-inline="yes-display-inline">The Secretary shall carry out this subsection within military personnel of the Air Force otherwise authorized by this Act. Nothing in this subsection shall be construed to authorize additional military billets for the purposes of, or in connection with, the establishment of the Space Force.</text></paragraph></subsection>

<subsection commented="no" id="H387110006BD64A0C9EAC7AC3DC1F58EC" display-inline="no-display-inline"><enum>(e)</enum><header>Officer career field for space</header><text display-inline="yes-display-inline">Section 9068 of title 10, United States Code (as redesignated by subsection (b)(1)), is hereby transferred to the end of chapter 908 of such title (as added by subsection (b)(2)) and redesignated as section 9083.</text></subsection>

<subsection id="H6A412DCB1C7645B8B5DC1936271BBD05"><enum>(f)</enum><header>Tables of chapters</header><text>The tables of chapters at the beginning of subtitle D of title 10, United States Code, and part I of such subtitle are each amended by inserting after the item relating to chapter 907 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HAE865506412549BEB4BEDE591E6CE3F8" style="OLC">

<toc>

<multi-column-toc-entry bold="on" level="section"><toc-enum>908.</toc-enum><level-header level="section">The Space Force</level-header><target>9081.</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA1A76FB7278B4BD0A9648D1967A29CF8" commented="no"><enum>(g)</enum><header>Conforming clerical amendment to chapter 907</header><text>The table of sections at the beginning of chapter 907 of title 10, United States Code, is amended by striking the items relating to sections 9067, 9069, 9074, 9075, 9081, and 9084 and inserting the following new items:</text>

<quoted-block id="H27A7564C37604ADE8324165F8F444614" style="USC">

<toc>

<toc-entry level="section">9063. Designation: officers to perform certain professional functions.</toc-entry>

<toc-entry level="section">9064. Air Force nurses: Chief; appointment. </toc-entry>

<toc-entry level="section">9065. Commands: territorial organization. </toc-entry>

<toc-entry level="section">9066. Regular Air Force: composition. </toc-entry>

<toc-entry level="section">9067. Assistant Surgeon General for Dental Services. </toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H149B10A1428C47739932A538EADB420B" display-inline="no-display-inline" section-type="subsequent-section"><enum>953.</enum><header>Chief of Space Operations</header>

<subsection id="HA53DE12754FC484CB154C24F4CE88443"><enum>(a)</enum><header>Chief</header><text>Chapter 908 of title 10, United States Code (as added by section 952 of this Act), is amended by inserting after section 9081 the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H0DD53DB7EDB048CCA5BC5640FDA37BF7" style="USC">

<section id="H7F9C984804A74401BC4BDE9487127F77"><enum>9082.</enum><header>Chief of Space Operations</header>

<subsection id="HA275FC96E59C4CFEB422BA0616DAB6B0"><enum>(a)</enum><header>Appointment</header>

<paragraph id="H964A78DE46A0433C8B47E072E65B4DD8" display-inline="yes-display-inline"><enum>(1)</enum><text>There is a Chief of Space Operations, appointed by the President, by and with the advice and consent of the Senate, from the general officers of the Air Force. The Chief serves at the pleasure of the President.</text></paragraph>

<paragraph id="H08A35E26BA41472C8544C89324FFC123" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Chief shall be appointed for a term of four years. In time of war or during a national emergency declared by Congress, the Chief may be reappointed for a term of not more than four years.</text></paragraph></subsection>

<subsection id="HC030542EFDF14CB0920841D6556C7EC4"><enum>(b)</enum><header>Grade</header><text display-inline="yes-display-inline">The Chief, while so serving, has the grade of general without vacating the permanent grade of the officer.</text></subsection>

<subsection id="H823140651FB8479BA6114769BE444F24"><enum>(c)</enum><header>Relationship to the Secretary of the Air Force</header><text display-inline="yes-display-inline">Except as otherwise prescribed by law and subject to section 9013(f) of this title, the Chief performs the duties of such position under the authority, direction, and control of the Secretary of the Air Force and is directly responsible to the Secretary.</text></subsection>

<subsection id="H9F7BD4C2C9934F71B16CF69FF34B019C" commented="no"><enum>(d)</enum><header>Duties</header><text display-inline="yes-display-inline">Subject to the authority, direction, and control of the Secretary of the Air Force, the Chief shallâ€"</text>

<paragraph id="H1C1733CB11404232B189C5F336FBBF44" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">preside over the Office of the Chief of Space Operations;</text></paragraph>

<paragraph id="HFBDEDBB1C2944DC9BFCD373E54C5A440" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">transmit the plans and recommendations of the Office of the Chief of Space Operations to the Secretary and advise the Secretary with regard to such plans and recommendations;</text></paragraph>

<paragraph id="H5A42D6B45F7A4CE6AC2D34896FE20A54" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">after approval of the plans or recommendations of the Office of the Chief of Space Operations by the Secretary, act as the agent of the Secretary in carrying them into effect;</text></paragraph>

<paragraph id="HECE0A5D5115947C8B56AF81DB8890350" commented="no"><enum>(4)</enum><text>exercise supervision, consistent with the authority assigned to commanders of unified or specified combatant commands under chapter 6 of this title, over such of the members and organizations of the Space Force as the Secretary determines; and</text></paragraph>

<paragraph id="H1CF0789961B2405A999AB46605CDC6F0"

commented="no"><enum>(5)</enum><text>perform such other military duties, not otherwise assigned by law, as are assigned to the Chief by the President, the Secretary of Defense, or the Secretary of the Air Force.</text></paragraph></subsection>

<subsection id="HCC2EFAE553874DBBA8209929D3120877" display-inline="no-display-inline" commented="no"><enum>(e)</enum><header>Joint Chiefs of Staff</header>

<paragraph id="H5A71961CED47446E9C6AB5BABF2B69A4" display-inline="yes-display-inline" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">Commencing one year after the date of the enactment of the United States Space Force Act, the Chief of Space Operations shall be a member of the Joint Chiefs of Staff.</text></paragraph>

<paragraph id="H289F1B4841904489A435DDB2FAB32E87" indent="up1" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">To the extent that such action does not impair the independence of the Chief in the performance of the duties of the Chief as a member of the Joint Chiefs of Staff pursuant to paragraph (1), the Chief shall inform the Secretary of the Air Force regarding military advice rendered by members of the Joint Chiefs of Staff on matters affecting the Department of the Air Force.</text></paragraph>

<paragraph id="H90A0C26DAB754727A0D3AEE12533FE1B" indent="up1" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">Subject to the authority, direction, and control of the Secretary of Defense, the Chief shall keep the Secretary of the Air Force fully informed of significant military operations affecting the duties and responsibilities of the Secretary.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H643FDF19C2A24C10AF35FCE1A42A206D"><enum>(b)</enum><header>Service</header>

<paragraph id="H391B97A7987445A4A89842919D56F84F"><enum>(1)</enum><header>Incumbent</header><text> The individual serving as Commander of the Air Force Space Command as of the day before the date of the enactment of this Act may serve as the Chief of Space Operations under subsection (a) of section 9082 of title 10, United States Code (as added by subsection (a) of this section), after that date without further appointment as otherwise provided for by subsection (a) of such section 9082.</text></paragraph>

<paragraph id="H26B3C1FA37B54ECC82A3DA5D7FFD9917"><enum>(2)</enum><header>U.S. Space Command</header><text display-inline="yes-display-inline">During the one-year period beginning on the date of the enactment of this Act, the Secretary of Defense may authorize an officer serving as the Chief of Space Operations to serve concurrently as the Commander of the United States Space Command, without further appointment.</text></paragraph></subsection>

<subsection commented="no" id="H5F5FEED152A64DB9BBFF025F500CE0C1"><enum>(c)</enum><header>Joint Chiefs of Staff matters</header><text>Effective on the date that is one year after the date of the enactment of this Act, section 151(a) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H10EE7EDF20E84C50AF392F34ED3C1349" style="OLC">

<paragraph commented="no" id="H2F5215C565E5423B97C0AA22F8842CFD"><enum>(8)</enum><text>The Chief of Space Operations.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H05FD6556747E46159BA1B3ED773200E7"><enum>954.</enum><header>Space Force Acquisition Council</header>

<subsection commented="no" display-inline="no-display-inline" id="H35F511D016C64954A8BF357A57418EC9"><enum>(a)</enum><header>In general</header><text>Chapter 903 of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC30507D6AC854C96A324C51B5405CEC7"><enum>(1)</enum><text>by redesignating section 9021 as section 9021a; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H243551B47D004E55BFFB17FA5F507FB7"><enum>(2)</enum><text>by inserting after section 9020 the following new section 9021:</text>

<quoted-block display-inline="no-display-inline" id="H48517C7F08E54E72B83597226842B87D" style="USC">

<section commented="no" display-inline="no-display-inline" id="H0CF19B275ADD49E29E8A3ABD7D36E685"><enum>9021.</enum><header>Space Force Acquisition Council</header>

<subsection commented="no" id="H7F1BEDF54DEF4B2BB0B18636268C5DA8"><enum>(a)</enum><header>Establishment</header><text>There is in the Office of the Secretary of the Air Force a council to be known as the <quote>Space Force Acquisition Council</quote> (in this section referred to as the <quote>Council</quote>).</text></subsection>

<subsection commented="no" id="HE2F49967E18544A7921D84AC5CA133A8"><enum>(b)</enum><header>Members</header><text>The members of the Council are as follows:</text>

<paragraph commented="no" id="HF2DA2734A219447D8BFA6989ECB897BD"><enum>(1)</enum><text>The Under Secretary of the Air Force.</text></paragraph>

<paragraph commented="no" id="HEFA375F06B1C46159AD7CE7437C1F39F"><enum>(2)</enum><text display-inline="yes-display-inline">The Assistant Secretary of the Air Force for Space Acquisition and Integration, who shall act as chair of the Council.</text></paragraph>

<paragraph commented="no" id="H927B3E0E0A594E889521C90F81754C48"><enum>(3)</enum><text>The Assistant Secretary of Defense for Space Policy.</text></paragraph>

<paragraph commented="no" id="HEA50372E0C2D4053B10ACCEAF158117E"><enum>(4)</enum><text>The Director of the National Reconnaissance Office.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5BAEBCC359A345378815DB4E94A79DCE"><enum>(5)</enum><text display-inline="yes-display-inline">The Chief of Space Operations.</text></paragraph>

<paragraph commented="no" id="HF2C61889247548AF9699FE1BB679249B"><enum>(6)</enum><text>The Commander of the United States Space Command.</text></paragraph></subsection>

<subsection commented="no" id="H7F44D1DC0C9C48CA8FAC24B94629FC07"><enum>(c)</enum><header>Duties</header><text>The Council shall oversee, direct, and manage acquisition and integration of the Air Force for space systems and programs in order to ensure integration across the national security space enterprise.</text></subsection>

<subsection commented="no" id="HDC44E291F38349A58177EC619ABE8442"><enum>(d)</enum><header>Meetings</header><text>The Council shall meet not less frequently than monthly.</text></subsection>

<subsection commented="no" id="HBEDFA99706D34A9583722AFD12FA589B"><enum>(e)</enum><header>Reports</header><text>Not later than 30 days after the end of each calendar year quarter through the first calendar year quarter of 2025, the Council shall submit to the congressional defense committees a report on the activities of the Council during the calendar year quarter preceding the calendar year quarter in which such report is submitted.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF23951BAD4924186985EA6B0D1A6F864"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 903 of such title is amended by striking the item relating to section 9021 and inserting the following new items:</text>

<quoted-block id="H0F29D932B8BE49CCA158CDBD1CDAEE6C" style="USC">

<toc>

<toc-entry idref="H0CF19B275ADD49E29E8A3ABD7D36E685" level="section">9021. Space Force Acquisition Council. </toc-entry>

<toc-entry level="section">9021a. Air Force Reserve Forces Policy Committee.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" id="H8B7B2CA9754542D4B9CB7B018E666E5D" display-inline="no-display-inline" section-type="subsequent-section"><enum>955.</enum><header>Assistant Secretary of Defense for Space Policy</header>

<subsection commented="no" id="H07BB7703461442F8B68009D516D841F0"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 138(b) of title 10, United States Code, is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HDA9C82E25ABC4157BD1D1A1735906094" style="OLC">

<paragraph commented="no" id="HFD5D7CC05AD648A8B81FB6741BB8F789" indent="up1"><enum>(5)</enum><text>One of the Assistant Secretaries is the Assistant Secretary of Defense for Space Policy. The principal duty of the Assistant Secretary shall be the overall supervision of policy of the Department of Defense for space warfighting.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" id="H436BA321511A45FE9603A9DC68A95301"><enum>(b)</enum><header>Elements of office</header>

<paragraph commented="no" id="HDA51E2EC981343AD8C2384CFBD61114B"><enum>(1)</enum><header>Development of recommendations</header><text>The Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center on the development of recommendations as to the appropriate elements of the Office of the Assistant Secretary of Defense for Space Policy, including, in particular, whether the elements of the Office should include elements on space that are currently assigned to the Office of the Under Secretary of Defense for Intelligence or the Military Intelligence Program.</text></paragraph>

<paragraph commented="no" id="H772C7860068F45158FD7C03A851F2A58"><enum>(2)</enum><header>Transmittal</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary shall transmit to the Committees on Armed Services of the Senate and the House of Representatives the recommendations developed pursuant to paragraph (1), together with an assessment of such recommendations by the Secretary.</text></paragraph></subsection></section>

<section commented="no" id="HBA895D1DE202422FB4718D5BB43E7BAC"><enum>956.</enum><header>Assistant Secretary of the Air Force for Space Acquisition and Integration</header>

<subsection commented="no" id="H297C2CFC467E41E28194711E531EDFFC"><enum>(a)</enum><header>Redesignation of Principal Assistant for Space as Assistant Secretary for Space Acquisition and Integration</header>

<paragraph commented="no" id="H11EBECDC54514FAE8988396F2FD4E5A8"><enum>(1)</enum><header>In general</header><text>The Principal Assistant to the Secretary of the Air Force for Space is hereby redesignated as the Assistant Secretary of the Air Force for Space Acquisition and Integration.</text></paragraph>

<paragraph commented="no" id="H3539FC0A01574F5581EBFFD63ACF830E"><enum>(2)</enum><header>References</header><text>Any reference to the Principal Assistant to the Secretary of the Air Force for Space in any law, regulation, map, document, record, or other paper of the United States shall be deemed to be a reference to the Assistant Secretary of the Air Force for Space Acquisition and Integration.</text></paragraph></subsection>

<subsection commented="no" id="HF6C3F3F30DC34AA4A14DEBAF7A3DDE62"><enum>(b)</enum><header>Codification of position and responsibilities</header>

<paragraph commented="no" id="H8A57D7B3658E42DD9AB23CD84ADB6B8C"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Section 9016 of title 10, United States Code, as amended by subtitle B of this title, is further amendedâ€"</text>

<subparagraph commented="no" id="H327926C0EAFB4DF5B51A4277C0AFF61A"><enum>(A)</enum><text>in subsection (a), by striking <quote>four</quote> and inserting <quote>five</quote>; and</text></subparagraph>

<subparagraph commented="no" id="HFB37333AE71241A581823089CF497A7B"><enum>(B)</enum><text>in subsection (b), by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H17E1D2F8FE024CCA9B7709193525C04E" style="OLC">

<paragraph commented="no" id="H4AAD115A0797445D86A5F8CD0AB8E539" indent="up1"><enum>(6)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H3BD55133D7414719BEE5D87EC24A00AF"><enum>(A)</enum><text>One of the Assistant Secretaries is the Assistant Secretary of the Air Force for Space Acquisition and Integration.</text></subparagraph>

<subparagraph commented="no" id="HF257F8FF955340829F9F707AF8D1F0F0" indent="up1"><enum>(B)</enum><text>Subject to the authority, direction, and control of the Secretary of the Air Force, the Assistant Secretary shall do as follows:</text>

<clause commented="no" id="H579C575133FD4D44BD02E5856D0EA503"><enum>(i)</enum><text>Be responsible for all architecture and integration of the Air Force for space systems and programs, including in support of the Chief of Space Operations under section 9082 of this title.</text></clause>

<clause commented="no" id="HB7BA6B14AE3049CDB6AB255BC0AD0B87"><enum>(ii)</enum><text>Act as the chair of the Space Force Acquisition Council under section 9021 of this title.</text></clause>

<clause commented="no" id="H9A87E3BDFF2B410D91CAEAF2826530F9"><enum>(iii)</enum><text>Advise the service acquisition executive of the Air Force with responsibility for space systems and programs (including for all major defense acquisition programs under chapter 144 of this title for space) on the acquisition of such systems and programs by the Air Force.</text></clause>

<clause commented="no" id="HFA13F9C9D4834CF08A27B6B24CAF3631"><enum>(iv)</enum><text>Oversee and direct each of the following:</text>

<subclause commented="no" id="HCECC1840BB6B4C4FBF4DC96CC8BA362A"><enum>(I)</enum><text>The Space Rapid Capabilities Office under section 2273a of this title.</text></subclause>

<subclause commented="no" id="H5C4D013E73674F50878667D0ED84410F"><enum>(II)</enum><text>The Space and Missile Systems Center.</text></subclause>

<subclause commented="no" id="H50768C3B7678447AB4368DE2A007C923"><enum>(III)</enum><text>The Space Development Agency.</text></subclause></clause>

<clause commented="no" id="H68534057367445BBAB91FD9492D1305A"><enum>(v)</enum><text>Advise and synchronize acquisition projects for all space systems and programs of the Air Force, including projects for space systems and programs responsibility for which is transferred to the Assistant Secretary pursuant to section 956(b)(3) of the United States Space Force Act.</text></clause>

<clause commented="no" id="HC91102CEAEF64278B4BB8B9E417CD5EA"><enum>(vi)</enum><text display-inline="yes-display-inline">Effective as of October 1, 2022, in accordance with section 957 of that Act, serve as the Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" id="HEB635DD5A0304FE89DEE247B9621E2B7"><enum>(2)</enum><header>Executive Schedule level IV</header><text>Section 5315 of title 5, United States Code, is amended by striking the item relating to the Assistant Secretaries of the Air Force and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HE72BE417926D4207ABA6D2AB83E524A7" style="OLC">

<paragraph commented="no" id="H144B4D6FA6884D179827DEBBBD898945"><enum/><text>Assistant Secretaries of the Air Force (5).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="H564CDE164E7E474BA0146B99B7B55120"><enum>(3)</enum><header>Transfer of acquisition projects for space systems and programs</header><text>Effective October 1, 2022, the Secretary of the Air Force shall transfer to the Assistant Secretary of the Air Force for Space Acquisition and Integration under paragraph (6) of section 9016(b) of title 10, United States Code (as added by this subsection), responsibility for architecture and integration of any acquisition projects for space systems and programs of the Air Force that are under the oversight or direction of the Assistant Secretary of the Air Force for Acquisition as of September 30, 2022.</text></paragraph></subsection></section>

<section commented="no" id="HEF9A23482B2C48478D23E444E81990DB"><enum>957.</enum><header>Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs</header>

<subsection commented="no" id="HCD650566FE7B4302A54349E9E2B101AF"><enum>(a)</enum><header>In general</header><text>Effective October 1, 2022, there shall be within the Department of the Air Force a Service Acquisition Executive of the Department of the Air Force for Space Systems and Programs. </text></subsection>

<subsection commented="no" id="H60D2A75D2E88484DBC9344A733285714"><enum>(b)</enum><header>Service</header>

<paragraph commented="no" id="H839D3B5CC5254C60AC5E360C97D79061"><enum>(1)</enum><header>In general</header><text>Effective as of October 1, 2022, and subject to paragraph (2), the individual serving as Assistant Secretary of the Air Force for Space Acquisition and Integration under paragraph (6) of section 9016(b) of title 10, United States Code (as added by section 1832(b) of this Act), shall also serve as the Service Acquisition Executive for Space Systems and Programs.</text></paragraph>

<paragraph commented="no" id="HC2990EF782684A448E169301D3523493"><enum>(2)</enum><header>Incumbent</header><text display-inline="yes-display-inline">The individual serving as Assistant Secretary of the Air Force for Space Acquisition and Integration as of October 1, 2022, may also serve as the Service Acquisition Executive for Space Systems and Programs pursuant to paragraph (1) only if appointed as the Service Acquisition Executive for Space Systems and Programs by the President, by and with the advice and consent of the Senate, pursuant to a nomination submitted to the Senate on or after that date.</text></paragraph></subsection>

<subsection commented="no" id="HBD5AD612A30B49E4923A13887C1288C9"><enum>(c)</enum><header>Authorities and responsibilities</header>

<paragraph commented="no" id="H36E3016C2D114094B6DF8A61394812AF"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Service Acquisition Executive for Space Systems and Programs shall have within the Department of the Air Force all the authorities and

responsibilities of a service acquisition executive under section 1704 of title 10, United States Code, and other applicable law, for the Department of the Air Force with respect to space systems and programs. </text></paragraph>

<paragraph commented="no" id="HE0B826E964214B4D85C6C2E161F73414"><enum>(2)</enum><header>Separate SAE within the Air Force</header><text display-inline="yes-display-inline">The Service Acquisition Executive for Space Systems and Programs shall be in addition to the service acquisition executive in the Department of the Air Force for all acquisition matters of the Department of the Air Force other than with respect to space systems and programs. </text></paragraph>

<paragraph commented="no" id="H9457E005B4034F16ACCAB7F8648772F1"><enum>(3)</enum><header>Guidance on relationship among SAEs</header><text display-inline="yes-display-inline">Not later than October 1, 2022, and from time to time thereafter, the Secretary of the Air Force shall issue guidance for the Department of the Air Force on the authorities and responsibilities of the Service Acquisition Executive for Space Systems and Programs and the authorities and responsibilities of the service acquisition executive of the Department for all acquisition matters of the Department other than with respect to space systems and programs.</text></paragraph></subsection></section>

<section id="H5F6A8DFC075C435AB9E8DFC2E731EC27"><enum>958.</enum><header>Conforming amendments and clarification of authorities</header>

<subsection id="HB7A0A450B3D248BB8F8A95288F26B9E5"><enum>(a)</enum><header>Conforming amendments</header><text display-inline="yes-display-inline">Title 10, United States Code, is amended as follows:</text>

<paragraph id="HB09821CAB4B54D8194BE929DFA20FBBF" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">In section 101(a)(9)(C), by inserting <quote>and the Space Force</quote> before the semicolon.</text></paragraph>

<paragraph id="H659D9DD381E542E69565DA19C302B005"><enum>(2)</enum><text>In section 2273aâ€"</text>

<subparagraph id="H8C6399FFA7DA4F67958E7A745EB65847" commented="no"><enum>(A)</enum><text>in subsection (a), by striking <quote>Air Force Space Command</quote> and inserting <quote>Space Force</quote>; and</text></subparagraph>

<subparagraph id="HEB489BA49DE743CBBF20C0842A30ED94" commented="no"><enum>(B)</enum><text>in subsection (b), by striking <quote>Commander of the Air Force Space Command</quote> and inserting <quote>Chief of Space Operations</quote>. </text></subparagraph></paragraph></subsection>

<subsection id="HFE9484F5AD124D4CB15379ACD5986756"><enum>(b)</enum><header>Clarification of authorities</header>

<paragraph id="H856172C829C443AB98835DE87958577B"><enum>(1)</enum><header>In general</header><text>Except as specifically provided by this subtitle or the amendments made by this subtitleâ€"</text>

<subparagraph id="H42CD1690F5D9457897A16B8546B59D51"><enum>(A)</enum><text display-inline="yes-display-inline">a member of the Space Force shall be treated as a member of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement; and</text></subparagraph>

<subparagraph id="H6971D09114224BD08681ABF79C4A6C00"><enum>(B)</enum><text display-inline="yes-display-inline">a civilian employee of the Space Force shall be treated as a civilian employee of the Air Force for the purpose of the application of any provision of law, including provisions of law relating to pay, benefits, and retirement.</text></subparagraph></paragraph>

<paragraph id="H8238185354DC419BA7686313CD801CAC"><enum>(2)</enum><header>Appointment and enlistment</header><text>For purposes of the appointment or enlistment of individuals as members of the Space Force pending the integration of the Space Force into the laws providing for the appointment or enlistment of individuals as members of the Armed Forces, appointments and enlistments of individuals as members of the Armed Forces in the Space Force may be made in the same manner in which appointments and

enlistments of individuals as members of the Armed Forces in the other Armed Forces may be made by law.</text></paragraph></subsection></section>

<section id="H225834B7541A430B8025FAA13AE4449B"><enum>959.</enum><header>Effects on military installations</header><text display-inline="no-display-inline">Nothing in this subtitle, or the amendments made by this subtitle, shall be construed to authorize or require the relocation of any facility, infrastructure, or military installation of the Air Force.</text></section>

<section id="HC418DB49411641F58EA0E0B574424336" display-inline="no-display-inline"><enum>960.</enum><header>Availability of funds</header>

<subsection id="H1810374D59014B2285430D31549D6CF8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to subsection (b), amounts authorized to be appropriated for fiscal year 2020 by this Act and available for the Air Force may be obligated and expended for programs, projects, and activities for space, including personnel and acquisition programs, projects, and activities, for and in connection with the establishment of the Space Force and the discharge of the other requirements of this title and the amendments made by this subtitle.</text></subsection>

<subsection id="H91C9770CCABC4463A24D732A566816E1"><enum>(b)</enum><header>Limitation</header><text >The total amount obligated and expended in fiscal year 2020 from amounts authorized to be appropriated by this Act for and in connection with the establishment of the Space Force and the discharge of the requirements described in subsection (a) may not exceed the total amount requested for the Space Force in the budget of the President for fiscal year 2020, as submitted to Congress pursuant to section 1105(a) of title 10, United States Code.</text></subsection></section>

<section id="HE4A20C743F4B41D19C075FA80619FF08"><enum>961.</enum><header>Implementation</header>

<subsection id="H1F222BDE92E240BA9B12EC88E3B59524"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">Except as specifically provided by this subtitle, the Secretary of the Air Force shall implement this subtitle, and the amendments made by this subtitle, by not later than 18 months after the date of the enactment of this Act.</text></subsection>

<subsection id="HA4DED11E7D2E485E944E22F4B3873F78"><enum>(b)</enum><header>Briefings</header><text> Not later than 60 days after the date of the enactment of this Act, and every 60 days thereafter until March 31, 2023, the Secretary of the Air Force and the Chief of Space Operations shall jointly provide to the congressional defense committees a briefing on the status of the implementation of the Space Force pursuant to this subtitle and the amendments made by this subtitle. Each briefing shall address the current missions, operations and activities, manpower requirements and status, and budget and funding requirements and status of the Space Force, and such other matters with respect to the implementation and operation of the Space Force as the Secretary and the Chief jointly consider appropriate to keep Congress fully and currently informed on the status of the implementation of the Space Force.</text></subsection></section></subtitle></title>

<title id="H7A8D93400CA04DB1BCAB4057A1696A57"><enum>X</enum><header>General Provisions</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H7A8D93400CA04DB1BCAB4057A1696A57" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H0B8831ECF53042BD9C8352EC83933DFD" level="subtitle">Subtitle Aâ€"Financial Matters</toc-entry>

<toc-entry idref="H287330D089F2492D8145AC391FFCF07C" level="section">Sec.â€,1001.â€,General transfer authority.</toc-entry>

<toc-entry idref="H7F9007CD767C45B28C7A3D71EB379890" level="section">Sec.â€,1002.â€,Defense Business Audit Remediation Plan.</toc-entry>

<toc-entry idref="H1A900FED4D7B4AC78BA5E4EEDF61A15D" level="section">Sec.â€,1003.â€,Financial improvement and audit remediation plan.</toc-

entry>

<toc-entry idref="H2C212BD3098D4E548753157B69F5479E" level="section">Sec.â€‚1004.â€‚Reporting requirements relating to Department of Defense audits.</toc-entry>

<toc-entry idref="H9789CA17A4BD45388BAEEB91E3A0D500" level="section">Sec.â€‚1005.â€‚Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands.</toc-entry>

<toc-entry idref="H7782E93845114093B5B75AADFEA34A9D" level="section">Sec.â€‚1006.â€‚Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers.</toc-entry>

<toc-entry idref="H6B8DA43DF56244A2AE76DAD5946BA3A4" level="section">Sec.â€‚1007.â€‚Annual budget justification display for service-common and other support and enabling capabilities for special operations forces.</toc-entry>

<toc-entry idref="HE224C825932942E9A8D10707A61F7FD5" level="section">Sec.â€‚1008.â€‚Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs.</toc-entry>

<toc-entry idref="H4DF212E2C34C451690BEF82FE56BDECE" level="section">Sec.â€‚1009.â€‚Plan of the Department of Defense for financial management information.</toc-entry>

<toc-entry idref="HD6DF4BC402E44842970BFE5AF074D1E2" level="section">Sec.â€‚1010.â€‚Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund.</toc-entry>

<toc-entry idref="H463BACECBD5C46349DEA7AF39FCD0889" level="section">Sec.â€‚1011.â€‚Transparency of accounting firms used to support Department of Defense audit.</toc-entry>

<toc-entry idref="HC676AFF68E73491981C3EA88A386E33E" level="section">Sec.â€‚1012.â€‚Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense.</toc-entry>

<toc-entry idref="HA565EB2188F840C0A4D8025D427C0D42" level="subtitle">Subtitle Bâ€"Counterdrug Activities</toc-entry>

<toc-entry idref="HA146C80B66624CB99F244D285F038811" level="section">Sec.â€‚1021.â€‚Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia.</toc-entry>

<toc-entry idref="H3CA528C59BDF4AA9B724F16E53460E49" level="section">Sec.â€‚1022.â€‚Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities.</toc-entry>

<toc-entry idref="H04893C7A31B94E978FB373C293B41738" level="section">Sec.â€‚1023.â€‚Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin.</toc-entry>

<toc-entry idref="H4F828E16A19F40A291FC5C21D1EBDAC9" level="section">Sec.â€‚1024.â€‚Assessment of impact of any planned or proposed border wall on volume of illegal narcotics.</toc-entry>

<toc-entry idref="H4DCDC39DDBDA44B29925C18F8EA70382" level="subtitle">Subtitle Câ€"Naval Vessels</toc-entry>

<toc-entry idref="H833172BBC7F84659976DD5BF77E09CD3" level="section">Sec.â€‚1031.â€‚Modification of authority to purchase vessels using funds in National Defense Sealift Fund.</toc-entry>

<toc-entry idref="H81A4D9C4DC56402BB964BA683DCF8737" level="section">Sec.â€‚1032.â€‚Use of National Defense Sealift Fund for procurement of two used vessels.</toc-entry>

<toc-entry idref="HB664422A43E94290B59792405044DC6B"

level="section">Sec.â€,1033.â€,Transportation by sea of supplies for the Armed Forces and Defense Agencies.</toc-entry>

<toc-entry idref="H10D3DA1258F54BA699183365AA54947E" level="section">Sec.â€,1034.â€,Senior Technical Authority for each naval vessel class.</toc-entry>

<toc-entry idref="H98E9574E6C454327A302F3D26CE6EDAA" level="section">Sec.â€,1035.â€,Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment.</toc-entry>

<toc-entry idref="H45CBBEF730194823A5DC742D5B1B9B81" level="section">Sec.â€,1036.â€,Formal training for shipboard system programs of record.</toc-entry>

<toc-entry idref="H1E1CF97BFCC1434297A3E8CBC1DE28E2" level="section">Sec.â€,1037.â€,Report on shipbuilder training and the defense industrial base.</toc-entry>

<toc-entry idref="H62E7AC3138A248E3873BBC859B2148C6" level="section">Sec.â€,1038.â€,Use of competitive procedures for CVNâ€"80 and CVNâ€"81 dual aircraft carrier contract.</toc-entry>

<toc-entry idref="HBC2FD4BFD3794456927DB0B38327A580" level="section">Sec.â€,1039.â€,Report on expanding naval vessel maintenance.</toc-entry>

<toc-entry idref="H38FE8553513A4E06BDFB7C859EB2E5EE" level="subtitle">Subtitle Dâ€"Counterterrorism</toc-entry>

<toc-entry idref="HAE8C725AB38149CFB0665FEA183A045F" level="section">Sec.â€,1041.â€,Modification of support of special operations to combat terrorism.</toc-entry>

<toc-entry idref="HDFDF103E5B6245BD96A06A5F1A08B8C9" level="section">Sec.â€,1042.â€,Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries.</toc-entry>

<toc-entry idref="H58C196AB47C142F8B8816E8BF4A7C08A" level="section">Sec.â€,1043.â€,Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States.</toc-entry>

<toc-entry idref="H24282749BFF94C04AE465375CD0AC2B7" level="section">Sec.â€,1044.â€,Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="H5E8DBDD269604186AC6636325639E202" level="section">Sec.â€,1045.â€,Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HABE113402E4C4CB8AB6EEB7FC9FC30E3" level="section">Sec.â€,1046.â€,Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba.</toc-entry>

<toc-entry idref="HBB9B602C1EE04D70946F717B4D19ADDD" level="section">Sec.â€,1047.â€,Independent assessment on gender and countering violent extremism.</toc-entry>

<toc-entry idref="H1DDCAEF7D27C49C09E6052BC779CED16" level="subtitle">Subtitle Eâ€"Miscellaneous Authorities and Limitations</toc-entry>

<toc-entry idref="H2DDCDB9B259146AE97427591DFDA1C15" level="section">Sec.â€,1051.â€,Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments.</toc-entry>

<toc-entry idref="HBC62278E1F274794A62C8EC8EC7E11C2" level="section">Sec.â€,1052.â€,Explosive ordnance defense disposal program.</toc-entry>

<toc-entry idref="H3D21F3BD7E45498A87EED5B16E18D363"

level="section">Sec.â€,1053.â€,Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense.</toc-entry>

<toc-entry idref="H131CF95DBA3B4478A1E5A0D87BD47C7F" level="section">Sec.â€,1054.â€,Notification on the provision of defense sensitive support.</toc-entry>

<toc-entry idref="H8DA62979C31643808C803F7E983C7B70" level="section">Sec.â€,1055.â€,Revision to authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas.</toc-entry>

<toc-entry idref="H33F42FB884B6492DB4CF25BD2660F1DE" level="section">Sec.â€,1056.â€,Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces.</toc-entry>

<toc-entry idref="HFBF5A0FBF0EE43E7ADCC89ADD6BDB245" level="section">Sec.â€,1057.â€,Expenditure of funds for Department of Defense intelligence and counterintelligence activities.</toc-entry>

<toc-entry idref="H1741B50BBFB44C1B9074DE1A3DE964E6" level="section">Sec.â€,1058.â€,Limitation on use of funds for the inactivation of Army watercraft units.</toc-entry></toc>

<subtitle id="H0B8831ECF53042BD9C8352EC83933DFD"><enum>A</enum><header>Financial Matters</header>

<section id="H287330D089F2492D8145AC391FFCF07C"><enum>1001.</enum><header>General transfer authority</header>

<subsection id="HA92AAE3B5CA742CBA315E94D2B45790A"><enum>(a)</enum><header>Authority to transfer authorizations</header>

<paragraph id="H891CF79F0588400CBC074E457604845E"><enum>(1)</enum><header>Authority</header><text> Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this division for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with and be available for the same purposes as the authorization to which transferred.</text></paragraph>

<paragraph id="HBF692E8EA3024D61BBCEE8ABC1B2F612"><enum>(2)</enum><header>Limitation</header><text >Except as provided in paragraph (3), the total amount of authorizations that the Secretary may transfer under the authority of this section may not exceed $4,000,000,000.</text></paragraph>

<paragraph id="HA898CAD3FB9D41CCB85C39B8CEBBFC19"><enum>(3)</enum><header>Exception for transfers between military personnel authorizations</header><text>A transfer of funds between military personnel authorizations under title IV shall not be counted toward the dollar limitation in paragraph (2).</text></paragraph></subsection>

<subsection id="H6991A9DAB009479EBE11821EB7508E14"><enum>(b)</enum><header>Limitations</header><text>The authority provided by subsection (a) to transfer authorizationsâ€"</text>

<paragraph id="HF875422DF24743A7AFF593FF294455D7"><enum>(1)</enum><text>may only be used to provide authority for items that have a higher priority than the items from which authority is transferred; and</text></paragraph>

<paragraph id="H251316C5809D49D493D0D6F386359EB3"><enum>(2)</enum><text>may not be used to provide authority for an item that has been denied authorization by Congress.</text></paragraph></subsection>

<subsection id="HDF8B8833FF8647FEA1D09D192B35FBCB"><enum>(c)</enum><header>Effect on authorization amounts</header><text>A transfer made from one account to another under the authority of this section shall be deemed to increase the amount authorized for the account to which the amount is transferred by an amount equal to the amount transferred.</text></subsection>

<subsection id="H4DC788B77264494F8D93E20DBF098AA7"><enum>(d)</enum><header>Notice to congress</header><text>The Secretary shall promptly notify Congress of each transfer made under subsection (a).</text></subsection></section>

<section id="H7F9007CD767C45B28C7A3D71EB379890" section-type="subsequent-section" display-inline="no-display-inline"><enum>1002.</enum><header>Defense Business Audit Remediation Plan</header>

<subsection id="H3A5DD25064F04240B80CD958DFD4E29B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 9A of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="HFBB0E1D540304C4D85E56C52374BBC94" display-inline="no-display-inline">

<section id="H24B99D0CF43A46BE9CE3F5F343E55793"><enum>240g.</enum><header>Defense Business Audit Remediation Plan</header>

<subsection id="HEEE0CAAAFFDE4698A3F4E538AC387753"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall maintain a plan, to be known as the <quote>Defense Business Systems Audit Remediation Plan</quote>. Such plan shall include a current accounting of the defense business systems of the Department of Defense that will be introduced, replaced, updated, modified, or retired in connection with the audit of the full financial statements of the Department, including a comprehensive roadmap that displaysâ€"</text>

<paragraph id="H196DF745292441l182383619B8EA4D73"><enum>(1)</enum><text>in-service, retirement, and other pertinent dates for affected defense business systems;</text></paragraph>

<paragraph id="H77ABC01F729D43C49659A074DA99A1BC"><enum>(2)</enum><text>current cost-to-complete estimates for each affected defense business system; and</text></paragraph>

<paragraph id="HEB22A5880E91444B8665781CD498F3EA"><enum>(3)</enum><text>dependencies both between the various defense business systems and between the introduction, replacement, update, modification, and retirement of such systems.</text></paragraph></subsection>

<subsection id="H98982550C5C744039DA6F2CE025E6CD0"><enum>(b)</enum><header>Report and briefing requirements</header>

<paragraph id="H7494C66D67A54EA69AB5A73669201DC0"><enum>(1)</enum><header>Annual report</header><text display-inline="yes-display-inline">Not later than June 30, 2020, and annually thereafter, the Secretary of Defense shall submit to the congressional defense committees an updated report on the Defense Business Systems Audit Remediation Plan under subsection (a).</text></paragraph>

<paragraph id="H24F57ED163214843954F59B49A1E3460"><enum>(2)</enum><header>Semiannual briefings</header><text display-inline="yes-display-inline">Not later than January 31 and June 30 each year, the Secretary shall provide to the congressional defense committees a briefing on the status of the Defense Business Systems Audit Remediation Plan. Such briefing shall include a description of any updates to the defense business systems roadmap referred to in subsection (a).</text></paragraph></subsection>

<subsection id="H13485364B77B4F4EBA3B96ADCCDBDA98"><enum>(c)</enum><header>Defense business system</header><text>In this section, the term <quote>defense business system</quote> has the meaning given such term in section 2222(i)(1)(A) of this title. </text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H32CD9A4EB2F841A29158332DB69C6709"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="HF7193D653AE84912A035AE4FFD132A8E" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">240g. Defense Business Audit Remediation Plan.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-

block></subsection></section>

<section id="H1A900FED4D7B4AC78BA5E4EEDF61A15D"><enum>1003.</enum><header>Financial improvement and audit remediation plan</header>

<subsection id="H62435CEDB165498FB17B07780438AF81"><enum>(a)</enum><header>Elements of annual report</header><text display-inline="yes-display-inline">Subsection (b)(1)(B) of section 240b of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HA3A59F17FC0B4AE8A2D879FC91F5F81E"><enum>(1)</enum><text>in clause (vii)â€"</text>

<subparagraph id="HDA5511CF579D4D718D54903AD8215857"><enum>(A)</enum><text>by striking <quote>or if less than 50 percent of the audit remediation services</quote>; and</text></subparagraph>

<subparagraph id="HCE62016C594C4467942694A54CC6CFAF"><enum>(B)</enum><text>by striking <quote>and audit remediation activities</quote>; and </text></subparagraph></paragraph>

<paragraph id="HC1F1B5E8F961494197A06AB0345DE88C"><enum>(2)</enum><text>in clause (viii), by striking <quote>or if less than 25 percent of the audit remediation services</quote>.</text></paragraph></subsection>

<subsection id="HE3A53F46B0A94309BEBC5B11ABDED9B5"><enum>(b)</enum><header>Semiannual briefings</header><text>Subsection (b)(2) of such section is amended by striking <quote>or audit remediation</quote>.</text></subsection>

<subsection id="HCB061941D3A24834B978428A6977DC10"><enum>(c)</enum><header>Audit remediation services</header><text>Subsection (b) of such section is further amendedâ€"</text>

<paragraph id="H79DC34513E8243CE8A45F2B9C5B42D4E"><enum>(1)</enum><text>in paragraph (1)(B), by adding at the end the following new clauses:</text>

<quoted-block style="USC" id="H026D3305B3D943D0BE5A537ADBB5DF7A" display-inline="no-display-inline">

<clause id="H5F093C9A72B14D84AC83664C135E2F52"><enum>(ix)</enum><text display-inline="yes-display-inline">If less than 50 percent of the audit remediation services under contract, as described in the briefing required under paragraph (2)(B), are being performed by individual professionals meeting the qualifications described in suhsection (c), a detailed description of the risks associated with the risks of the acquisition strategy of the Department with respect to conducting audit remediation activities and an explanation of how the strategy complies with the policies expressed by Congress.</text></clause>

<clause id="HE27E8957FA9B4B689C378E24B8962EC1"><enum>(x)</enum><text display-inline="yes-display-inline">If less than 25 percent of the audit remediation services under contract, as described in the briefing required under paragraph (2)(B), are being performed by individual professionals meeting the qualifications described in subsection (c), a written certification that the staffing ratio complies with commercial best practices and presents no increased risk of delay in the Departmentâ€™s ability to achieve a clean audit opinion.</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HF50AD907A67744948D9C080B1E25967F"><enum>(2)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="H4764CCFF138941ACAE6F6DC323FFDC40"><enum>(A)</enum><text>by striking <quote>Not later</quote> and inserting <quote>(A) Not later</quote>; and</text></subparagraph>

<subparagraph id="HC3E43D2FAD7E461AB4ACD176F17E1042"><enum>(B)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="USC" id="H629F62487C314878A0B6BEFA67B7A0F9" display-inline="no-display-inline">

<subparagraph id="H2D17CD947D81486B968A50C8798548B0" display-inline="no-display-inline" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Not later than January 31 and June 30 each year, the Under Secretary of Defense (Comptroller) and the comptrollers of the military departments shall provide a briefing to the congressional

defense committees on the status of the corrective action plan. Such briefing shall include both the absolute number and percentage of personnel performing the amount of audit remediation services being performed by professionals meeting the qualifications described in subsection (c).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="H3B1B5338460D4755900A9A559E98D524"><enum>(d)</enum><header>Selection of audit remediation services</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H808C3AFC11514EDE91BA8065BD62DBA3" display-inline="no-display-inline">

<subsection id="HC3A73FAB52A842FCA4F6C7BBB54631AD"><enum>(c)</enum><header>Selection of audit remediation services</header><text display-inline="yes-display-inline">The selection of audit remediation service providers shall be based, among other appropriate criteria, on qualifications, relevant experience, and capacity to develop and implement corrective action plans to address internal control and compliance deficiencies identified during a financial statement or program audit.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H2C212BD3098D4E548753157B69F5479E" section-type="subsequent-section"><enum>1004.</enum><header>Reporting requirements relating to Department of Defense audits</header>

<subsection id="HE0C2BD9586B44D4984AF1AF54C967E87"><enum>(a)</enum><header>Annual report</header>

<paragraph id="H7E4C1ACBC1274908B1B6CE5FF87E7E64"><enum>(1)</enum><header>In general</header><text>Chapter 9A of title 10, United States Code, as amended by section 1002 is further amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H062C7CAF67D7404A8C01694207A1EDCF" display-inline="no-display-inline">

<section id="H09FD24B678AB4FC780F989B3139A9EB9"><enum>240h.</enum><header>Annual report on auditable financial statements</header>

<subsection id="H02D2D811D88348D5BA6075E0A8777C13"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than January 30 of each year, the Secretary of Defense shall submit to the congressional defense committees a report that includes a ranking of all of the military departments and Defense Agencies in order of how advanced each such department and Agency is in achieving auditable financial statements, as required by law. In preparing the report, the Secretary shall seek to exclude information that is otherwise available in other reports to Congress.</text></subsection>

<subsection id="HC6036E8766E147A1BA732A115BE2D9ED"><enum>(b)</enum><header>Bottom quartile</header><text>Not later than June 30 of each year, the head of each of the military departments and Defense Agencies that were ranked in the bottom quartile of the report submitted under subsection (a) for that year shall submit to the congressional defense committees a report that includes the following information for that military department or Defense Agency:</text>

<paragraph id="HF92B0B345C374A2DBDF6114829EC7662"><enum>(1)</enum><text>A description of the material weaknesses of the military department or Defense Agency.</text></paragraph>

<paragraph id="HA06F1F7CCBB44BDA853C352AEFCF3106"><enum>(2)</enum><text>The underlying causes of such weaknesses.</text></paragraph>

<paragraph id="HB281C597E7C84DED84846A697125BE90"><enum>(3)</enum><text>A plan for remediating such weaknesses.</text></paragraph>

<paragraph id="H2116762AEF214EC5AFF4D042D5ED4209"><enum>(4)</enum><text display-inline="yes-display-inline">The total number of open audit notices of findings and recommendations (hereinafter referred to as <quote>NFRs</quote>) for the most recently concluded fiscal year and the preceding two fiscal years, where applicable.</text></paragraph>

<paragraph id="H4FB103EA3B2A48448DE09CE9DCEFB8B8"><enum>(5)</enum><text>The number of repeat or reissued NFRs from the most recently concluded fiscal year.</text></paragraph>

<paragraph id="H77EC1ECEB50B467199B04AD6DE995A35"><enum>(6)</enum><text>The number of NFRs that were previously forecasted to be closed during the most recently concluded fiscal year that remain open.</text></paragraph>

<paragraph id="H37834E99E0684FB68E9D0B278DC50C1E"><enum>(7)</enum><text>The number of closed NFRs during the current fiscal year and prior fiscal years.</text></paragraph>

<paragraph id="H9DDE40ABD5094EC99AE96BD2D274D48E"><enum>(8)</enum><text>The number of material weaknesses that were validated by external auditors as fully resolved or downgraded in the current fiscal year over prior fiscal years.</text></paragraph>

<paragraph id="H4BFE1C889133474E91FA297D67AA02B6"><enum>(9)</enum><text>A breakdown by fiscal years in which open NFRs are forecasted to be closed.</text></paragraph>

<paragraph id="HEC1F72CD44FD4681BCD67158D61168A2"><enum>(10)</enum><text>Explanations for unfavorable trends in the information under paragraphs (1) through (9).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H335E2BB01D6246DF88F7961E85B96F61"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of such chapter , as amended by section 1002 is futher amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H04EBAC19A94B4C8FA551646F10938831" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">240h. Annual report on auditable financial statements.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HFE9295EB7E244FF6935F87196E138AB8"><enum>(b)</enum><header>Plan for remediated audit findings</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on Department-wide audit metrics. Such report shall include each of the following:</text>

<paragraph id="H1DAF812014634F2A9953BAE6113C4668"><enum>(1)</enum><text display-inline="yes-display-inline">The total number of open audit notices of findings and recommendations (hereinafter referred to as <quote>NFRs</quote>) for the most recent fiscal year and the preceding two fiscal years where applicable.</text></paragraph>

<paragraph id="HB265EC2162AA4DFF874EC4F8ACCCD39F"><enum>(2)</enum><text>The number of repeat or reissued NFRs from the most recent fiscal year.</text></paragraph>

<paragraph id="H08B67714B9EE4A4EBC5D54B5361A73FA"><enum>(3)</enum><text>The number of NFRs that were previously forecasted to be closed in the most recently completed fiscal year that remain open,</text></paragraph>

<paragraph id="HED6CF8E318264E9EAB1FCB5A2EF204BF"><enum>(4)</enum><text>The number of closed NFRs in the current fiscal year and prior fiscal years.</text></paragraph>

<paragraph id="HF25C63D1BCAC4F5A84F08CDD4E818249"><enum>(5)</enum><text>The number of material weaknesses that were validated by external auditors as fully resolved or downgraded in the current fiscal year over prior fiscal years.</text></paragraph>

<paragraph id="H5EB8FA197B0D41E5962B97D122583DE6"><enum>(6)</enum><text>A breakdown by fiscal years in which open NFRs are forecasted to be closed.</text></paragraph>

<paragraph id="H1C5FF3637DF5467D975DD299619CCB5A"><enum>(7)</enum><text>Explanations for unfavorable trends in the information under paragraphs (1) through (5).</text></paragraph></subsection></section>

<section id="H9789CA17A4BD45388BAEEB91E3A0D500"><enum>1005.</enum><header>Inclusion of certain military construction projects in annual reports on unfunded priorities of the Armed Forces and the combatant commands</header>

<subsection id="H6C156DBD701146E3BD7D0ED729EE004C"><enum>(a)</enum><header>Inclusion of certain military construction projects among unfunded priorities</header><text>Subsection (d) of section 222a of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H51B59EAC66E64D52BEAAE046745B7601" style="OLC">

<subsection id="H8F72E20124204D929280B850E985FADA"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HD8090FEE180C4E96910FDD87D891911A"><enum>(1)</enum><text>The term <term>unfunded priority</term>, in the case of a fiscal year, means a program, activity, or mission requirement, including a covered military construction project, thatâ€"</text>

<subparagraph id="H90644C528D1C486CB043C87ACB7A36B9"><enum>(A)</enum><text>is not funded in the budget of the President for the fiscal year as submitted to Congress pursuant to section 1105 of title 31;</text></subparagraph>

<subparagraph id="H7C4943C928BC43C68F3A053B12274549"><enum>(B)</enum><text>is necessary to fulfill a requirement associated with an operational or contingency plan of a combatant command or other validated requirement; and</text></subparagraph>

<subparagraph id="H49F696AF82864FF1B0C716E339C1E087"><enum>(C)</enum><text>would have been recommended for funding through the budget referred to in subparagraph (1) by the officer submitting the report required by subsection (a) in connection with the budget ifâ€"</text>

<clause id="HADA1BDED05B641099FE1C2D40976AB09"><enum>(i)</enum><text>additional resources been available for the budget to fund the program, activity, or mission requirement; or</text></clause>

<clause id="H7B06DB13DF2441C6B0C2F9D557D41045"><enum>(ii)</enum><text>the program, activity, or mission requirement has emerged since the budget was formulated.</text></clause></subparagraph></paragraph>

<paragraph id="H32533C0E1FCF455C9F64B745ACD8F982"><enum>(2)</enum><text>The term <term>covered military construction project</term>, in connection with a fiscal year, means a military construction project thatâ€"</text>

<subparagraph id="H5F2E8BF4A44E432FA0B8EE9991CE4CA2"><enum>(A)</enum><text>is included in any fiscal year of the future-years defense program under section 221 of this title that is submitted in connection with the budget of the President for the fiscal year, and is executable in the fiscal year; or</text></subparagraph>

<subparagraph id="HEF2AFFF665784F008038783597435BF0"><enum>(B)</enum><text>is considered by the commander of a combatant command referred to in subsection (b)(5) to be an urgent need, and is executable in the fiscal year.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H784EC0BB4DB74534990464B622B15446"><enum>(b)</enum><header>Order of urgency of priorities</header><text>Paragraph (2) of subsection (c) of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H9A14DE7FFDC54B00991CCD4C74BCBAD8" style="OLC">

<paragraph id="H1B7CBFB5787348B5973EB2E6120B6182"><enum>(2)</enum><header>Prioritization of priorities</header><text>Each report shall present the unfunded priorities covered by such report as follows:</text>

<subparagraph id="H49E29CF1F80B4B59B1D76363A18B208E"><enum>(A)</enum><text>In overall order of urgency of priority.</text></subparagraph>

<subparagraph id="H7BDF2EF4897D41F3BCDCC22E91A301A1"><enum>(B)</enum><text>In overall order of urgency of priority among unfunded priorities (other than covered military construction projects).</text></subparagraph>

<subparagraph id="H7130AD72A24043179436C4D1052DBBA6"><enum>(C)</enum><text>In overall order of urgency of priority among covered military construction projects.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H7782E93845114093B5B75AADFEA34A9D"><enum>1006.</enum><header>Prohibition on delegation of responsibility for submittal to Congress of Out-Year Unconstrained Total Munitions Requirements and Out-Year Inventory numbers</header><text display-inline="no-display-inline">Section 222c of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HDE0AD5A269B4474E93058627AF0F7260"><enum>(1)</enum><text>in subsection (a), by striking <quote>subsection (b)</quote> and inserting <quote>subsection (c)</quote>;</text></paragraph>

<paragraph id="H615A4B6C36ED4929B6C5E580826FBF2E"><enum>(2)</enum><text>by redesignating subsections (b), (c), and (d) as subsections (c), (d), and (e), respectively;</text></paragraph>

<paragraph id="HCB53FE32D19842618DE184253D0FE18D"><enum>(3)</enum><text>by inserting after subsection (a) the following new subsection (b):</text>

<quoted-block display-inline="no-display-inline" id="H3B5AF25FAE984594823F10F04F9A0515" style="OLC">

<subsection id="HF299B43A7EF242BCADB90DE74C786BCF"><enum>(b)</enum><header>Prohibition on delegation of submittal responsibility</header><text>The responsibility of the chief of staff of an armed force in subsection (a) to submit a report may not be delegated outside the armed force concerned.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H85FA6E66BC9A4FF48CFD15A3D6E88434"><enum>(4)</enum><text>in subsection (c), as redesignated by paragraph (2), by striking <quote>subsection (c)</quote> in paragraph (6) and inserting <quote>subsection (d)</quote>.</text></paragraph></section>

<section id="H6B8DA43DF56244A2AE76DAD5946BA3A4" section-type="subsequent-section"><enum>1007.</enum><header>Annual budget justification display for service-common and other support and enabling capabilities for special operations forces</header>

<subsection id="H17E9371AFB064225AF85C644FEFBA201"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 9 of title 10, United States Code, is amended by inserting after section 225 the following new section:</text>

<quoted-block style="USC" id="HB15DF50901F04BBC9E981C595280B1CE" display-inline="no-display-inline">

<section id="H8543739239B24914B70435BF3A080A6D"><enum>226.</enum><header>Special operations forces: display of service-common and other support and enabling capabilities</header>

<subsection id="H77B212EDDF7344D8A089AC19D1A06594"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary shall include, in the budget materials submitted to Congress under section 1105 of title 31 for fiscal year 2021 and any subsequent fiscal year, a consolidated budget justification display showing service-common and other support and enabling capabilities for special operations forces requested by a military service or Defense Agency. Such budget justification display shall include any amount for service-common or other capability development and acquisition, training, operations, pay, base operations sustainment, and other common services and support.</text></subsection>

<subsection id="H044CF929034742958646A12911D4B0F0"><enum>(b)</enum><header>Service-common and other support and enabling capabilities</header><text display-inline="yes-display-inline">In this section, the term <quote>service-common and other support and enabling capabilities</quote> means capabilities provided in support of special operations that are not reflected in Major Force Programâ€"11 or designated as special operations forces-peculiar.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H4EFC338555E64788A514845401D14AFC"><enum>(b)</enum><header>Clerical

amendment</header><text>The table of sections at the beginning of such chapter is amended by inserting after the item relating to section 225 the following new item:</text>

<quoted-block style="USC" id="H9A217A4BCD244E4AA6AA20E517332C51" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">226. Special operations forces: display of service-common and other support and enabling capabilities.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HE224C825932942E9A8D10707A61F7FD5"><enum>1008.</enum><header>Element in annual reports on the Financial Improvement and Audit Remediation Plan on activities with respect to classified programs</header><text display-inline="no-display-inline">Section 240b(b)(1) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H7D8F293F77214C96AA59AF8021BD8CD1"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), as amended by section 1003, by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="HC86DEB08FF6A4C73AD2153CCBBF14706" style="OLC">

<clause id="H1029CD81BBAD40079A6DEC92E64A0F88"><enum>(xi)</enum><text>A description of audit activities and results for classified programs, including a description of the use of procedures and requirements to prevent unauthorized exposure of classified information in such activities.</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HA38A40B9B9D24027ACFD2E91B2A7B4DB"><enum>(2)</enum><text>in subparagraph (C)(i), by inserting <quote>or (ix)</quote> after <quote>clause (vii)</quote>.</text></paragraph></section>

<section id="H4DF212E2C34C451690BEF82FE56BDECE"><enum>1009.</enum><header>Plan of the Department of Defense for financial management information</header>

<subsection id="H5F8A560AB38C40CD824ED77F54D6004B"><enum>(a)</enum><header>Element on support of NDS by corrective action plans</header><text>Section 240b(b)(1)(B) of title 10, United States Code, as amended by section 1008 of this Act, is further amended by adding at the end the following new clause:</text>

<quoted-block display-inline="no-display-inline" id="H869D8AB2EC52474C9940AF617CFAD1FA" style="OLC">

<clause id="H0DC8A78E16C94783AC117806A4F1CED2"><enum>(xii)</enum><text>An identification the manner in which the corrective action plan or plans of each department, agency, component, or element of the Department of Defense, and the corrective action plan of the Department as a whole, support the National Defense Strategy (NDS) of the United States.</text></clause><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF1B8B82EBFA3437B86C3ED3C29BBBB80"><enum>(b)</enum><header display-inline="yes-display-inline">Technical amendment</header><text display-inline="yes-display-inline">Clause (i) of such section is amended by striking <quote>section 253a</quote> and inserting <quote>section 240c</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB3AB17C507C443A0A8A3A91D79028516"><enum>(c)</enum><header>Annual reports on funding for corrective action plans</header><text>Not later than five days after the submittal to Congress under section 1105(a) of title 31, United States Code, of the budget of the President for any fiscal year after fiscal year 2020, the Secretary of Defense shall submit to the congressional defense committees a reporting setting forth a detailed estimate of the funding required for such fiscal year to procure, obtain, or otherwise implement each process, system, and technology identified to address the current corrective action plans of the departments, agencies, components, and elements of the Department of Defense, and the corrective action plan of the Department as a whole, for purposes of chapter 9A of title 10, United States Code, during such fiscal year.</text></subsection></section>

<section id="HD6DF4BC402E44842970BFE5AF074D1E2"><enum>1010.</enum><header>Update of authorities and renaming of Department of Defense Acquisition Workforce Development Fund</header>

<subsection id="HEA5CA5C5AABF43C58C8EF18B6FD3AF1D"><enum>(a)</enum><header>Renaming as Account</header>

<paragraph id="HFFE40A92F8A1488AB6CADC24258DF13C"><enum>(1)</enum><header>In general</header><text>Section 1705 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="H10625BDFFC8E40DFB2BD890DD3FAB7D4"><enum>(A)</enum><text>in subsection (a), by striking <quote>the <quote>Department of Defense Acquisition Workforce Development Fund</quote> (in this section referred to as the <quote>Fund</quote>)</quote> and inserting <quote>the <quote>Department of Defense Acquisition Workforce Development Account</quote> (in this section referred to as the <quote>Account</quote>)</quote>; and</text></subparagraph>

<subparagraph id="H75CB95D6C6864851AB509AAF8F017FA1"><enum>(B)</enum><text>by striking <quote>Fund</quote> each place it appears (other than subsection (e)(6)) and inserting <quote>Account</quote>.</text></subparagraph></paragraph>

<paragraph id="H79CBBC68EDFA49F0BE6F7C03E6AD622C"><enum>(2)</enum><header>Conforming and clerical amendments</header>

<subparagraph id="HDD72098328BD4828A79C84560AAD091C"><enum>(A)</enum><header>Section heading</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H2799008438AB402C96183ED0B3C5B830" style="USC">

<section id="HCE103C650F2D4A719CEF5CB215FB1080"><enum>1705.</enum><header>Department of Defense Acquisition Workforce Development Account</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H17020DFCEB0A4316BF3C2CC0A4EDEE65"><enum>(B)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of subchapter I of chapter 87 of such title is amended by striking the item relating to section 1705 and inserting the following new item:</text>

<quoted-block id="H66D958661B264932B3D89BF9AD971994" style="USC">

<toc>

<toc-entry level="section">1705. Department of Defense Acquisition Workforce Development Account.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection id="HC1A1618EB1C24E5BAE9E4079A265795D"><enum>(b)</enum><header>Management</header><text>Such section is further amended by striking <quote>Under Secretary of Defense for Acquisition, Technology, and Logistics</quote> each place it appears and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>.</text></subsection>

<subsection id="HA973C9655EE5496EA1510C60910B732A"><enum>(c)</enum><header>Appropriations as sole elements of Account</header><text>Subsection (d) of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA2FA9BFBE0D3461F9D48DEF306C2FCA7" style="OLC">

<subsection id="H00B60F078BEC4018A3ADF57050C8BA26"><enum>(d)</enum><header>Elements</header><text>The Account shall consist of amounts appropriated to the Account by law.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE36CDB6AF9184DD093EA99EDC9505BC7"><enum>(d)</enum><header>Availability of amounts in Account</header><text>Subsection (e)(6) of such section is amended by striking <quote>credited to the Fund</quote> and all that follows and inserting

<quote>appropriated to the Account pursuant to subsection (d) shall remain available for expenditure for the fiscal year in which appropriated and the succeeding fiscal year.</quote>.</text></subsection>

<subsection id="H19E9FF6FA31A4EFEA29587A2E07CBB97"><enum>(e)</enum><header>Effective date</header>

<paragraph id="HDB1A1BDFFD2449C99FD2085608C6C0B6"><enum>(1)</enum><header>In general</header><text>The amendments made by this section shall take effect on October 1, 2019, and shall apply with respect to fiscal years that begin on or after that date.</text></paragraph>

<paragraph id="HF6A93EACCA3143AA83F77522B3E3EAE6"><enum>(2)</enum><header>Duration of availability of previously deposited funds</header><text>Nothing in the amendments made by this section shall modify the duration of availability of amounts in the Department of Defense Acquisition Workforce Development Fund that were appropriated or credited to, or deposited, in the Fund, before October 1, 2019, as provided for in section 1705(e)(6) of title 10, United States Code, as in effect on the day before such date.</text></paragraph></subsection></section>

<section id="H463BACECBD5C46349DEA7AF39FCD0889" section-type="subsequent-section"><enum>1011.</enum><header>Transparency of accounting firms used to support Department of Defense audit</header><text display-inline="no-display-inline">Section 1006 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph id="HF0E4C36869434C82869369F03DD9C08D"><enum>(1)</enum><text>by striking <quote>For all contract actions</quote> and inserting <quote>(a) <header-in-text level="subsection" style="OLC">In general.â€"</header-in-text>For all contract actions</quote>; and</text></paragraph>

<paragraph id="H9E974858D465492A8189FD5B12F4CDA5"><enum>(2)</enum><text>by adding at the end the following new subsections</text>

<quoted-block style="OLC" id="HB4C4050B82B9476DA94352EF8155E6F2" display-inline="no-display-inline">

<subsection id="H200E34D0AD434D83A9EBC9BCA32B398D"><enum>(b)</enum><header>Treatment of statement</header><text display-inline="yes-display-inline">A statement setting forth the details of a disciplinary proceeding submitted pursuant to subsection (a), and the information contained in such a statement, shall beâ€"</text>

<paragraph id="H30D4202E7EE24A9F91F6575FA5B326CC"><enum>(1)</enum><text>treated as confidential to the extent required by the court or agency in which the proceeding has occurred; and</text></paragraph>

<paragraph id="H03D46A03A5DE4387A2C61F71ACC78AB5"><enum>(2)</enum><text display-inline="yes-display-inline">treated in a manner consistent with any protections or privileges established by any other provision of Federal law.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HC676AFF68E73491981C3EA88A386E33E"><enum>1012.</enum><header>Modification of required elements of annual reports on emergency and extraordinary expenses of the Department of Defense</header><text display-inline="no-display-inline">Paragraph (2) of section 127(d) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H1EB641AF1DDF4386A542C940986B140A" style="OLC">

<paragraph id="H83D05AB53619493BA8393F260E6D0314" indent="up1"><enum>(2)</enum><text>Each report submitted under paragraph (1) shall include, for each individual expenditure covered by such report in an amount in excess of $100,000, the following:</text>

<subparagraph id="H4DE09A25D69A4A25BEA2F9CBCDCFD022"><enum>(A)</enum><text>A detailed description of the purpose of such expenditure.</text></subparagraph>

<subparagraph id="HC69087F822AE478B8B8D329016DBA02A"><enum>(B)</enum><text>The amount of such expenditure.</text></subparagraph>

<subparagraph id="H6CE2AE7859314721A2CAD133CBFA9C41"><enum>(C)</enum><text>An

identification of the approving authority for such expenditure.</text></subparagraph>

<subparagraph id="H5A7BFAE8408B4DA1820851436FDDC965"><enum>(D)</enum><text>A justification why other authorities available to the Department could not be used for such expenditure.</text></subparagraph>

<subparagraph id="HC8E1025F214D4AF2BF152B835C6B8562"><enum>(E)</enum><text>Any other matters the Secretary considers appropriate.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="HA565EB2188F840C0A4D8025D427C0D42"><enum>B</enum><header>Counterdrug Activities</header>

<section commented="no" display-inline="no-display-inline" id="HA146C80B66624CB99F244D285F038811" section-type="subsequent-section"><enum>1021.</enum><header display-inline="yes-display-inline">Modification of authority to support a unified counterdrug and counterterrorism campaign in Colombia</header>

<subsection commented="no" display-inline="no-display-inline" id="HFEA5330E8C5147BAA230BF880175D967"><enum>(a)</enum><header display-inline="yes-display-inline">Organizations with respect to which assistance may be provided</header><text display-inline="yes-display-inline">Subsection (a) of section 1021 of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108â€"375; 118 Stat. 2042), as most recently amended by section 1011(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1545), is further amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H603AE6CD4E9E4CD09D94F494D58795B8"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>organizations designated as</quote> and all that follows and inserting <quote>the Revolutionary Armed Forces of Colombia (FARC), the National Liberation Army (ELN), the United Self-Defense Forces of Colombia (AUC), and any covered organization that the Secretary of Defense, with the concurrence of the Secretary of State, determines poses a threat to the national security interests of the United States.</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5A1B09453A1A4FCAB2114A84F48BA749"><enum>(2)</enum><text>by redesignating paragraph (2) as paragraph (3); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3E6E3690E3AB45439FFC18FD7FC8091F"><enum>(3)</enum><text>by inserting after paragraph (1) the following new paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HB5007953396B4AEA856B03726215F537" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HDB02B2D9EE2F490592F128168CFBCF08" indent="up1"><enum>(2)</enum><text>For purposes of paragraph (1), a covered organization is any foreign terrorist organization, or other organization that is a non-state armed group, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H09B3DE03934A40CA9FAC4C338BC6D4AF"><enum>(A)</enum><text>promotes illicit economies;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8AC314E0BC5946839DF876C8A8887D00"><enum>(B)</enum><text>employs violence to protect its interests;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1031DA03E5AA491CA9C5435E835B391A"><enum>(C)</enum><text>has a military type structure, tactics, and weapons that provide it the ability to carry out large-scale violence;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H241B832AFA064F0B8AF611B42378031C"><enum>(D)</enum><text>challenges the security response capacity of Colombia; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="HAF56B52C09E64E27BC55FA28CA3351D3"><enum>(E)</enum><text>has the capability to control territory.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H99BB20AAE46C44FFAB66392C09BB0C28"><enum>(b)</enum><header>Notice on assistance</header><text>Such section is further amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCBAC2824430C45CFAC12227E9B64D88E"><enum>(1)</enum><text>by redesignating subsections (e) and (f) as subsections (f) and (g), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H321A31841FE4454E8E84D97111D7775A"><enum>(2)</enum><text>by inserting after subsection (d) the following new subsection (e):</text>

<quoted-block display-inline="no-display-inline" id="H6E1E905B50094A81900F33647D510535" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H707BE9EE600946269E15771387395EB1"><enum>(e)</enum><header>Notice on assistance with respect to covered organizations</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H799BBF2996914AB59BF9F7539924E4A4"><enum>(1)</enum><text>Not later than 30 days before providing assistance pursuant to the authority in subsection (a) with respect to a covered organization, the Secretary of Defense shall submit to the appropriate committees of Congress a written notification of the intent to use such authority with respect to such organization, including the name of such organization, the characteristics of such organization, and threat posed by such organization.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0A1285DFF0FA46FF9B5B30F5748419B0" indent="up1"><enum>(2)</enum><text>In this subsection, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4995F74A56744BA8BCA2EDCFB38E9B14"><enum>(A)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H88474F343D8341049F7C91CDE592F9E8"><enum>(B)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H3CA528C59BDF4AA9B724F16E53460E49" section-type="subsequent-section"><enum>1022.</enum><header>Extension of authority for joint task forces to provide support to law enforcement agencies conducting counter-terrorism activities</header>

<subsection id="H0A8F03BB57294840ABA7C9005F23D434"><enum>(a)</enum><header>Extension</header><text display-inline="yes-display-inline">Subsection (b) of section 1022 of the National Defense Authorization Act for Fiscal Year 2004 (Public Law 108â€"136; 10 U.S.C. 271 note) is amended by striking <quote>2020</quote> and inserting <quote>2022</quote>.</text></subsection>

<subsection id="H12430D26513D43A2BC8D4748120FF181"><enum>(b)</enum><header>Technical corrections</header><text display-inline="yes-display-inline">Subsection (e) of such section is amendedâ€"</text>

<paragraph id="H78770F76EBFC4DA3BE52938D3BFEAE2C"><enum>(1)</enum><text>in paragraph (1), by inserting a period at the end; and</text></paragraph>

<paragraph id="H1A1E1665FF2A4BE5869358940752F370"><enum>(2)</enum><text>by adding at the end the following paragraph (2):</text>

<quoted-block display-inline="no-display-inline" id="HD2167CD382494D4786D5ED47712DB9DD"

style="USC">

<paragraph id="H9758EF2786B441899229DB162BAC817C" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">For purposes of applying the definition of transnational organized crime under paragraph (1) to this section, the term <quote>illegal means</quote>, as it appears in such definition, includes the trafficking of money, human trafficking, illicit financial flows, illegal trade in natural resources and wildlife, trade in illegal drugs and weapons, and other forms of illegal means determined by the Secretary of Defense.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H04893C7A31B94E978FB373C293B41738"><enum>1023.</enum><header>Sense of Congress regarding Department of Defense counterdrug activities in the transit zone and Caribbean basin</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HB49B9EAC147C40D4B7995038D17CDCA3"><enum>(1)</enum><text>combating transnational criminal organizations and illicit narcotics trafficking across the transit zone and the Caribbean basin is critical to the national security of the United States; </text></paragraph>

<paragraph id="H9EBB29925C4046BD87A62C77B1B84AC0"><enum>(2)</enum><text>the Department of Defense should work with the Department of Homeland Security, the Department of State, and other relevant Federal, State, local, and international partners to improve surveillance capabilities and maximize the effectiveness of counterdrug operations in the region; and</text></paragraph>

<paragraph id="H0A897D8BFE7A4D97B7F49D4E48F9996D"><enum>(3)</enum><text>the Secretary of Defense should, to the greatest extent possible, ensure United States Northern Command and United States Southern Command have the necessary assets to support and increase counter-drug activities within their respective areas of operations in the transit zone and the Caribbean basin.</text></paragraph></section>

<section id="H4F828E16A19F40A291FC5C21D1EBDAC9"><enum>1024.</enum><header>Assessment of impact of any planned or proposed border wall on volume of illegal narcotics</header>

<subsection id="HB8A786DEF2124EB0A4F8E4E0D03D6A83"><enum>(a)</enum><header>Assessment required</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretary of Homeland Security, shall conduct an assessment of the impact that any planned or proposed border wall construction under section 284 or 2808 of title 10, United States Code, along the southern border of the United States would have on the volume of illegal narcotics entering the United States.</text></subsection>

<subsection id="H7FBE85BAC3A642048333740EEA4EC508"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of Homeland Security shall jointly submit to Congress a report on the assessment required by subsection (a).</text></subsection></section></subtitle>

<subtitle id="H4DCDC39DDBDA44B29925C18F8EA70382"><enum>C</enum><header>Naval Vessels</header>

<section id="H833172BBC7F84659976DD5BF77E09CD3"><enum>1031.</enum><header>Modification of authority to purchase vessels using funds in National Defense Sealift Fund</header>

<subsection id="H3228B8C806074F7AA95E00E3BE75CD64"><enum>(a)</enum><header>In general</header><text>Section 2218(f)(3)(E) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HAE3910DDEC7040A5A86D2AB1BE7C0FAD"><enum>(1)</enum><text>in clause (i), by striking <quote>ten new sealift vessels</quote> and inserting <quote>ten new vessels that are sealift vessels, auxiliary vessels, or a combination of such vessels</quote>; and</text></paragraph>

<paragraph id="H64AC98DE1FEA4EE989E9FF354748EFC2"><enum>(2)</enum><text>in clause (ii), by striking <quote>sealift</quote>.</text></paragraph></subsection>

<subsection id="HE3F75D0E9F0A495BBC34F213EAC2E4F5"><enum>(b)</enum><header>Effective date</header><text>The amendments made by subsection (a) shall take effect on October

1, 2019, and shall apply with respect to fiscal years beginning on or after that date.</text></subsection></section>

<section id="H81A4D9C4DC56402BB964BA683DCF8737" section-type="subsequent-section"><enum>1032.</enum><header>Use of National Defense Sealift Fund for procurement of two used vessels</header><text display-inline="no-display-inline">Pursuant to section 2218(f)(3) of title 10, United States Code, and using amounts authorized to be appropriated for Operation and Maintenance, Navy, for fiscal year 2020, the Secretary of the Navy shall seek to enter into a contract for the procurement of two used vessels.</text></section>

<section id="HB664422A43E94290B59792405044DC6B" section-type="subsequent-section"><enum>1033.</enum><header>Transportation by sea of supplies for the Armed Forces and Defense Agencies</header><text display-inline="no-display-inline">Section 2631 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H5907498383454E0591771F26CDB96FE9"><enum>(1)</enum><text>in the first sentence of subsection (a), by inserting <quote>or for a Defense Agency</quote> after <quote>Marine Corps</quote>; and</text></paragraph>

<paragraph id="H5A272AEFC04E4CAABC4095F4AF9FF9CF"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HAC32099C869846538640971 40EF2884B"><enum>(A)</enum><text>by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively;</text></subparagraph>

<subparagraph id="H63842D9C6E1B4CAEBBFDBAD65AE003DC"><enum>(B)</enum><text>by inserting after paragraph (1) the following new paragraph (2):</text>

<quoted-block style="USC" id="HE8E1CB0AEEBA49359DE80199EC597E80" display-inline="no-display-inline">

<paragraph id="HC13CB7BBFEAC4BEF954343969DB6CDF3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline"> Before entering into a contract for the transportation by sea of fuel products under this section, the Secretary shall provide a minimum variance of three days on the shipment date.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H9FAB34F66FE4426281BC9DDD37F2A476"><enum>(C)</enum><text>in paragraph (4), as redesignated by subparagraph (A), by striking <quote>the requirement described in paragraph (1)</quote> and insert <quote>a requirement under paragraph (1) or (2)</quote>. </text></subparagraph></paragraph></section>

<section id="H10D3DA1258F54BA699183365AA54947E"><enum>1034.</enum><header>Senior Technical Authority for each naval vessel class</header>

<subsection id="H6D03177D215E4703A3C60B38BABB17BE"><enum>(a)</enum><header>Senior Technical Authority for each class required</header><text>Chapter 863 of title 10, United States Code, is amended by inserting after section 8669a the following new section:</text>

<quoted-block style="USC" id="H50A3998EC098411B8C5E6CDB223CCD6B" display-inline="no-display-inline">

<section id="HB5C669E7946442BBB032508971DBE888"><enum>8669b.</enum><header>Senior Technical Authority for each naval vessel class</header>

<subsection id="H0902799BF23D4AC3886E1A234D66E07B"><enum>(a)</enum><header>Senior Technical Authority</header>

<paragraph id="HC3019AFE2BCE42A4A54ADA2A51DC4884"><enum>(1)</enum><header>Designation for each vessel class required</header><text>The Secretary of the Navy shall designate, in writing, a Senior Technical Authority for each class of naval vessels as follows:</text>

<subparagraph id="H80E8A080D52043E48051F870E5EF5051"><enum>(A)</enum><text>In the case of a class of vessels which has received Milestone A approval, an approval to enter into technology maturation and risk reduction, or an approval to enter into a subsequent Department of Defense or Department of the Navy acquisition phase as of the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, not later than 30 days after such date of enactment.</text></subparagraph>

<subparagraph id="H13B9A651058D4DD982ADB92B2A1D0D23"><enum>(B)</enum><text>In the case of any class of vessels which has not received any approval described in subparagraph (A) as of such date of enactment, at or before the first of such approvals.</text></subparagraph></paragraph>

<paragraph id="H02BDC7E1241A4836A5C8B9D52073E672"><enum>(2)</enum><header>Individuals eligible for designation</header><text>Each individual designated as a Senior Technical Authority under paragraph (1) shall be an employee of the Navy in the Senior Executive Service in an organization of the Navy thatâ€"</text>

<subparagraph id="H283FAA4E9635432A8A37CFAA65B60B29"><enum>(A)</enum><text>possesses the technical expertise required to carry out the responsibilities specified in subsection (b); and</text></subparagraph>

<subparagraph id="HA92C47AF11774870A2EF2AC5C246BB7D"><enum>(B)</enum><text>operates independently of chains-of-command for acquisition program management.</text></subparagraph></paragraph>

<paragraph id="HABBFEE97BB3449C3998DBED973CDB21C"><enum>(3)</enum><header>Term</header><text>Each Senior Technical Authority shall be designated for a fixed term, not shorter than the time anticipated to establish demonstrated successful performance of the class of vessels concerned in accordance with its approved capabilities document, as determined by the Secretary at the time of designation.</text></paragraph>

<paragraph id="H236F0E1592FC48BBA5032D91ABA02247"><enum>(4)</enum><header>Voluntary departure</header><text>If an individual designated as a Senior Technical Authority voluntarily departs the position before demonstrated successful performance of the class of vessels concerned, the Secretary shall designate, in writing, a replacement, and shall notify, in writing, the congressional defense committees not later than 90 days after such departure.</text></paragraph>

<paragraph id="H77BE0939595D45E5B3837A5FA6A860E9"><enum>(5)</enum><header>Removal</header><text>An individual may be removed involuntarily from designation as a Senior Technical Authority only by the Secretary. Not later than 15 days after the involuntary removal of an individual from such designation, the Secretary shall notify, in writing, the congressional defense committees of the removal, including the reasons for the removal. Not later than 90 days after the involuntary removal, the Secretary shall designate, in writing, a replacement, and shall notify, in writing, the congressional defense committees of such designation.</text></paragraph>

<paragraph id="HB59C8E60EFB84F49825089BF26D92283"><enum>(6)</enum><header>Reassignment for mission needs</header><text>Subject to paragraphs (4) and (5), the Secretary may reassign a Senior Technical Authority or remove an individual from designation as a Senior Technical Authority in furtherance of Department of the Navy mission needs.</text></paragraph></subsection>

<subsection id="HF4D4FD61E64C4C559994FBE71B97474C"><enum>(b)</enum><header>Responsibilities and authority</header><text>Each Senior Technical Authority shall be responsible for, and have the authority to, establish, monitor, and approve technical standards, tools, and processes for the class of naval vessels for which designated under this section in conformance with applicable laws and Department of Defense and Department of the Navy policies, requirements, architectures, and standards.</text></subsection>

<subsection id="H56EB9E91B824445F99C6B6B229D31CD2"><enum>(c)</enum><header>Limitation on obligation of funds on lead vessel in vessel class</header>

<paragraph id="HD0CCD9B74FE243BC8340E0BF306CDFEA"><enum>(1)</enum><header>In general</header><text>On or after January 1, 2021, funds authorized to be appropriated for Shipbuilding and Conversion, Navy or Other Procurement, Navy may not be obligated for the first time on the lead vessel in a class of naval vessels unless the Secretary of the Navy certifies as described in paragraph (2).</text></paragraph>

<paragraph id="H5967B437C5C748AE92141C4C4271049E"><enum>(2)</enum><header>Certification elements</header><text>The certification on a class of naval vessels described in this paragraph is a certification containing each of the following:</text>

<subparagraph id="HC4FA11B82B5C47BDABCE6BA633A81001"><enum>(A)</enum><text>The name or

names of the individual or individuals designated as the Senior Technical Authority for such class of vessels, and the qualifications and professional biography or biographies of the individual or individuals so designated.</text></subparagraph>

<subparagraph id="H4957D6534FA348E7BFED3138103DDA4F"><enum>(B)</enum><text>A description by the Senior Technical Authority of the systems engineering, technology, and ship integration risks for such class of vessels.</text></subparagraph>

<subparagraph id="H4BC4C55F4EB5423BBBFF5D18F0039137"><enum>(C)</enum><text>The designation by the Senior Technical Authority of each critical hull, mechanical, electrical, propulsion, and combat system of such class of vessels, including systems relating to power generation, power distribution, and key operational mission areas.</text></subparagraph>

<subparagraph id="HA5BC72FD45FA4C92B9859C0CEC2EFC65"><enum>(D)</enum><text>The date on which the Senior Technical Authority approved the systems engineering, engineering development, and land-based engineering and testing plans for such class of vessels.</text></subparagraph>

<subparagraph id="HA846FBBBED224BE9BE50E86D51789834"><enum>(E)</enum><text>A description by the Senior Technical Authority of the key technical knowledge objectives and demonstrated system performance of each plan approved as described in subparagraph (D).</text></subparagraph>

<subparagraph id="HE9019B31D7574D8D9D2A3447AA25DF16"><enum>(F)</enum><text>A determination by the Senior Technical Authority that such plans are sufficient to achieve thorough technical knowledge of critical systems of such class of vessels before the start of detail design and construction.</text></subparagraph>

<subparagraph id="HA5D70244361C4D1EAF32FC36CF13099A"><enum>(G)</enum><text>A determination by the Senior Technical Authority that actual execution of activities in support of such plans as of the date of the certification have been and continue to be effective and supportive of the acquisition schedule for such class of vessels.</text></subparagraph>

<subparagraph id="H4DC3E1BFB4FE4194A4846C1092D6B19E"><enum>(H)</enum><text>A description by the Senior Technical Authority of other technology maturation and risk reduction efforts not included in such plans for such class of vessels taken as of the date of the certification.</text></subparagraph>

<subparagraph id="HAC1892C5A1B347FBB350A76806D4FC43"><enum>(I)</enum><text>A certification by the Senior Technical Authority that each critical system covered by subparagraph (C) has been demonstrated through testing of a prototype or identical component in its final form, fit, and function in a realistic environment.</text></subparagraph>

<subparagraph id="H911E3F7A6A9D4221BF8FD48B34DF32DC"><enum>(J)</enum><text>A determination by the Secretary that the plans approved as described in subparagraph (D) are fully funded and will be fully funded in the future-years defense program for the fiscal year beginning in the year in which the certification is submitted.</text></subparagraph>

<subparagraph id="H51EE226C95684C369EADAE65FC83181F"><enum>(K)</enum><text>A determination by the Secretary that the Senior Technical Authority will approve, in writing, the ship specification for such class of vessels before the request for proposals for detail design, construction, or both, as applicable, is released.</text></subparagraph></paragraph>

<paragraph id="HB68A4E4CC24F43BE948CA6786962037F"><enum>(3)</enum><header>Deadline for submittal of certification</header><text>The certification required by this subsection with respect to a class of naval vessels shall be submitted, in writing, to the congressional defense committees not fewer than 30 days before the Secretary obligates for the first time funds authorized to be appropriated for Shipbuilding and Conversion, Navy or Other Procurement, Navy for the lead vessel in such class of naval vessels.</text></paragraph></subsection>

<subsection id="H1BE36236D302419693FF05566233FD0A"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph commented="no" display-inline="no-display-inline"

id="H9B56E7DCC2C14888A2C94375B8164962"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>class of naval vessels</term>â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6BC4E54129214F5F865BCFA517F36F57"><enum>(A)</enum><text display-inline="yes-display-inline">means any group of similar undersea or surface craft procured with Shipbuilding and Conversion, Navy or Other Procurement, Navy funds, including manned, unmanned, and optionally-manned craft; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0D43AA4054D045F1A4E7F99B953C179B"><enum>(B)</enum><text>includesâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H183037F9B4AB4AB185338435002CBC59"><enum>(i)</enum><text>a substantially new class of craft (including craft procured using <quote>new start</quote> procurement); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD6FDD929D87E4286A55C7E53C0118CCF"><enum>(ii)</enum><text>a class of craft undergoing a significant incremental change in its existing class (such as a next <quote>flight</quote> of destroyers or next <quote>block</quote> of attack submarines).</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HED406E33C16E4B38A5B601CB982C9E83"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>future-years defense program</term> has the meaning given that term in section 221 of this title.</text></paragraph>

<paragraph id="H48C2BD05C1BD45BCB4E332FCBC3A1DA7"><enum>(3)</enum><text>The term <term>Milestone A approval</term> has the meaning given that term in section 2431a of this title.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HF840D2706913457292B8BAAAD51EA95F"><enum>(b)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 863 of such title is amended by inserting after the item relating to section 8669a the following new item:</text>

<quoted-block style="USC" id="HD15F8F9046B24CEBA69EFBBA22D55DA2" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">8669b. Senior Technical Authority for each naval vessel class.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H98E9574E6C454327A302F3D26CE6EDAA"><enum>1035.</enum><header>Permanent authority for sustaining operational readiness of littoral combat ships on extended deployment</header><text display-inline="no-display-inline">Section 8680(a)(2) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H81889B0B90F24E29A5B7430AB87698AD"><enum>(1)</enum><text>in subparagraph (C)(ii)â€"</text>

<subparagraph id="H549AC9F489A64CDBB1AB6368047DD951"><enum>(A)</enum><text>by striking <quote>means preservation or corrosion control efforts and cleaning services</quote> and inserting <quote>meansâ€"</quote>; and</text></subparagraph>

<subparagraph id="H21667628C7E748B3977103EF7A173AA7"><enum>(B)</enum><text>by adding at the end the following new subclauses:</text>

<quoted-block style="USC" id="HEAD022D8BC7144C7A5F6621119161018" display-inline="no-display-inline">

<subclause id="H7C47434A9E7E4D669968B0E178C375D6" indent="up2"><enum>(I)</enum><text>the effort required to provide housekeeping services throughout the ship;</text></subclause>

<subclause id="H8D9AF738C610420A9CF43CCFC8C04691" indent="up2"><enum>(II)</enum><text>the effort required to perform coating maintenance and repair to exterior and interior surfaces due to normal environmental conditions;

and</text></subclause>

<subclause id="H4419AFD305E145F2B7683AB4CCF5F5A0" indent="up2"><enum>(III)</enum><text>the effort required to clean mechanical spaces, mission zones, and topside spaces.</text></subclause><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA296A782AE6E41D0A95C60541862E0CE"><enum>(2)</enum><text>by striking subparagraph (D).</text></paragraph></section>

<section id="H45CBBEF730194823A5DC742D5B1B9B81" section-type="subsequent-section"><enum>1036.</enum><header>Formal training for shipboard system programs of record</header>

<subsection id="H325E48DFDFE2442089034BEC9726B175"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Navy shall ensure that there is formal training provided for any shipboard system that is a program of record on any Navy surface vessel.</text></subsection>

<subsection id="H37E8775C15A44BC89859673ABCECE11B"><enum>(b)</enum><header>Timline for implementation</header>

<paragraph id="HC40F5D95392B4FD9B3E4F3D4993FA5EA"><enum>(1)</enum><header>Current programs</header><text>In the case of any shipboard system program of record that is in use as of the date of the enactment of this Act for which no formal training is available, the Secretary shall ensure that such training is available by not later than 12 months after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H44414BE24E6447B1B31C6DD99697C198"><enum>(2)</enum><header>Future programs</header><text>In the case of any shipboard system program of record that is first accepted by the Government after the date of the enactment of this Act, the Secretary shall ensure that formal training is established for such program by not later than 12 months after the date on which the shipboard system program of record is first accepted by the Government.</text></paragraph></subsection></section>

<section id="H1E1CF97BFCC1434297A3E8CBC1DE28E2"><enum>1037.</enum><header>Report on shipbuilder training and the defense industrial base</header><text display-inline="no-display-inline"> Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of Labor, shall submit to the Committee on Armed Services and the Committee on Health, Education, Labor, and Pensions of the Senate and the Committee on Armed Services and the Committee on Education and Labor of the House of Representatives a report on shipbuilder training and hiring requirements necessary to achieve the Navyâ€™s 30-year shipbuilding plan and to maintain the shipbuilding readiness of the defense industrial base. Such report shall include each of the following:</text>

<paragraph id="H8776CCC3445F40F18971D3CB75A97AA4"><enum>(1)</enum><text>An analysis and estimate of the time and investment required for new shipbuilders to gain proficiency in particular shipbuilding occupational specialties, including detailed information about the occupational specialty requirements necessary for construction of naval surface ship and submarine classes to be included in the Navyâ€™s 30-year shipbuilding plan.</text></paragraph>

<paragraph id="H13D378744C0A4A9FB5BF3C23A2A6E2B5"><enum>(2)</enum><text>An analysis of the age demographics and occupational experience level (measured in years of experience) of the shipbuilding defense industrial workforce.</text></paragraph>

<paragraph id="H0EB6997315B441EF8A23A90DB4477405"><enum>(3)</enum><text>An analysis of the potential time and investment challenges associated with developing and retaining shipbuilding skills in organizations that lack intermediate levels of shipbuilding experience.</text></paragraph>

<paragraph id="HD2703FA98AD5441BAFAFC1140DDA1899"><enum>(4)</enum><text>Recommendations concerning how to address shipbuilder training during periods of demographic transition, including whether emerging technologies, such as augmented reality, may aid in new shipbuilder training.</text></paragraph>

<paragraph id="HFBF33E5C7FB04303BDCAD24CA8D25345"><enum>(5)</enum><text>Recommendations concerning how to encourage young adults to enter the defense shipbuilding industry and to develop the skills necessary to support the shipbuilding defense industrial base.</text></paragraph></section>

<section id="H62E7AC3138A248E3873BBC859B2148C6"><enum>1038.</enum><header>Use of competitive procedures for CVNâ€"80 and CVNâ€"81 dual aircraft carrier contract</header><text display-inline="no-display-inline">To the extent practicable and unless otherwise required by law, the Secretary of the Navy shall ensure that competitive procedures are used with respect to any task order or delivery order issued under a dual aircraft carrier contract relating to the CVNâ€"80 and CVNâ€"81.</text></section>

<section id="HBC2FD4BFD3794456927DB0B38327A580"><enum>1039.</enum><header>Report on expanding naval vessel maintenance</header>

<subsection id="HB6B3852210034A55B6294308BB1EA59A"><enum>(a)</enum><header>Report required</header><text>Not later than May 1, 2020, the Secretary of the Navy shall submit to the congressional defense committees a report on the feasibility and advisability of allowing maintenance to be performed on a naval vessel at a shipyard other than a homeport shipyard of the vessel.</text></subsection>

<subsection id="H6D85425856B54DBBB7F861951EC3714E"><enum>(b)</enum><header>Elements</header><text>The report required under subsection (a) shall include the following:</text>

<paragraph id="H88244C86C43B415DBC28494327399656"><enum>(1)</enum><text>An assessment of the ability of homeport shipyards to meet the current naval vessel maintenance demands.</text></paragraph>

<paragraph id="HABF640F81FFB48B4AD626492DCDA50F8"><enum>(2)</enum><text>An assessment of the ability of homeport shipyards to meet the naval vessel maintenance demands of the force structure assessment requirement of the Navy for a 355-ship navy.</text></paragraph>

<paragraph id="H77A5078B65DE4C9991369BD9D4B416BE"><enum>(3)</enum><text>An assessment of the ability of non-homeport firms to augment repair work at homeport shipyards, including an assessment of the following:</text>

<subparagraph id="HED43E6B6064844EB95F2CCC853C34817"><enum>(A)</enum><text>The capability and proficiency of shipyards in the Great Lakes, Gulf Coast, East Coast, West Coast, and Alaska regions to perform technical repair work on naval vessels at locations other than their homeports.</text></subparagraph>

<subparagraph id="H37096667A522433C83693728BBEA6C07"><enum>(B)</enum><text>The improvements to the capability and capacity of shipyards in the Great Lakes, Gulf Coast, East Coast, West Coast, and Alaska regions that would be required to enable performance of technical repair work on naval vessels at locations other than their homeports.</text></subparagraph>

<subparagraph id="HF0879FE0F3F54B77B4027C05789675F0"><enum>(C)</enum><text>The types of naval vessels (such as noncombatant vessels or vessels that only need limited periods of time in shipyards) best suited for repair work performed by shipyards in locations other than their homeports.</text></subparagraph>

<subparagraph id="H97A5E144C54442EE8C9A89E09FFDFD30"><enum>(D)</enum><text>The potential benefits to fleet readiness of expanding shipyard repair work to include shipyards not located at the homeports of naval vessels.</text></subparagraph>

<subparagraph id="H2F26ED50187247588E29F69F8142478D"><enum>(E)</enum><text>The ability of non-homeport firms to maintain surge capacity when homeport shipyards lack the capacity or capability to meet homeport requirements.</text></subparagraph></paragraph>

<paragraph id="H80B5CA5B1CA540A882BB9236FBC7F340"><enum>(4)</enum><text>An assessment of the potential benefits of expanding repair work for naval vessels to shipyards not eligible for short-term work in accordance with section 8669a(c) of title 10, United States Code.</text></paragraph>

<paragraph id="H9B770E5391BC4D15842AE9A6F1163599"><enum>(5)</enum><text>Such other related matters as the Secretary of the Navy considers appropriate.</text></paragraph></subsection>

<subsection id="HEF14FCFF171A40C4B70517694EF96325"><enum>(c)</enum><header>Rules of construction</header>

<paragraph id="HABD87E3465A54D70973CDBA26B079087"><enum>(1)</enum><header>Requirements

relating to construction of combatant and escort vessels and assignment of vessel projects</header><text>Nothing in this section may be construed to override the requirements of section 8669a of title 10, United States Code.</text></paragraph>

<paragraph id="HE2E375E0E73D42A0901DB8BF67F40FB2"><enum>(2)</enum><header>No funding for shipyards of non-homeport firms</header><text>Nothing in this section may be construed to authorize funding for shipyards of non-homeport firms.</text></paragraph></subsection>

<subsection id="HF4545E7054C14768BD1813A5F978EE8A"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H930193CAFF654F1D894DE00100EB9205"><enum>(1)</enum><header>Homeport shipyard</header><text>The term <term>homeport shipyard</term> means a shipyard associated with a firm capable of being awarded short-term work at the homeport of a naval vessel in accordance with section 8669a(c) of title 10, United States Code.</text></paragraph>

<paragraph id="H06DCD156342A4DA29BF062B5659D9733"><enum>(2)</enum><header>Short-term work</header><text>The term <term>short-term work</term> has the meaning given that term in section 8669a(c)(4) of such title.</text></paragraph></subsection></section></subtitle>

<subtitle id="H38FE8553513A4E06BDFB7C859EB2E5EE"><enum>D</enum><header>Counterterrorism</header>

<section id="HAE8C725AB38149CFB0665FEA183A045F" section-type="subsequent-section"><enum>1041.</enum><header>Modification of support of special operations to combat terrorism</header><text display-inline="no-display-inline">Section 127e of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HBA5607DD95184E199B497971AABC7115"><enum>(1)</enum><text>in subsection (a), by inserting <quote>authorized</quote> before <quote>ongoing</quote>; and</text></paragraph>

<paragraph id="HF1CFE0354F7E4DDE8A1F828AE86BA158"><enum>(2)</enum><text>in subsection (d)(2)â€"</text>

<subparagraph id="H9267A2CA3EF042D981BAED304E98A597"><enum>(A)</enum><text>in subparagraph (A), by inserting <quote>and a description of the authorized ongoing operation</quote> before the period at the end;</text></subparagraph>

<subparagraph id="H1ACCD556CD804570855E7C3CCF137973"><enum>(B)</enum><text>by redesignating subparagraph (C) as subparagraph (D);</text></subparagraph>

<subparagraph id="H84370A8A5F774BB5844FB2DAA38C43BF"><enum>(C)</enum><text>by striking subparagraphs (B) and inserting the following new subparagraphs after subparagraph (A):</text>

<quoted-block style="USC" id="H7C217C1CBA7F47FF913D25CDA7D26172" display-inline="no-display-inline">

<subparagraph id="HF5133A54AACC4B8A9B663A23E29B575D"><enum>(B)</enum><text display-inline="yes-display-inline">A description of the foreign forces, irregular forces, groups, or individuals engaged in supporting or facilitating the authorized ongoing operation who will receive support provided under this section.</text></subparagraph>

<subparagraph id="H632A920C7CFC4D47ACD3A54E7E5B4264"><enum>(C)</enum><text>A detailed description of the support provided or to be provided to the recipient.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H22A6DA343AF14AF9B74D45A83C7811DB"><enum>(D)</enum><text>by adding at the end the following new subparagraphs:</text>

<quoted-block style="USC" id="H12A1B74424684E7C9234C6A958E4969E" display-inline="no-display-inline">

<subparagraph id="H0C67149E8B7F4856B5645DB113336404"><enum>(E)</enum><text>A detailed description of the legal and operational authorities related to the authorized ongoing operation, including relevant execute orders issued by the Secretary of Defense and

combatant commanders related to the authorized ongoing operation, including an identification of operational activities United States Special Operations Forces are authorized to conduct under such execute orders.</text></subparagraph>

<subparagraph id="H4CD5D1708B9845548810ACE1C60F375B"><enum>(F)</enum><text>The duration for which the support is expected to be provided and an identification of the timeframe in which the provision of support will be reviewed by the combatant commander for a determination regarding the necessity of continuation of support.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HDFDF103E5B6245BD96A06A5F1A08B8C9" section-type="subsequent-section"><enum>1042.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to certain countries</header><text display-inline="no-display-inline">Section 1035 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H58C196AB47C142F8B8816E8BF4A7C08A" section-type="subsequent-section"><enum>1043.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds for transfer or release of individuals detained at United States Naval Station, Guantanamo Bay, Cuba, to the United States</header><text display-inline="no-display-inline">Section 1033 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H24282749BFF94C04AE465375CD0AC2B7" section-type="subsequent-section"><enum>1044.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds to construct or modify facilities in the United States to house detainees transferred from United States Naval Station, Guantanamo Bay, Cuba</header><text display-inline="no-display-inline">Section 1034(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H5E8DBDD269604186AC6636325639E202" section-type="subsequent-section"><enum>1045.</enum><header display-inline="yes-display-inline">Extension of prohibition on use of funds to close or relinquish control of United States Naval Station, Guantanamo Bay, Cuba</header><text display-inline="no-display-inline">Section 1036 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1551), as amended by section 1032 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1953), is further amended by striking <quote>or 2019</quote> and inserting <quote>, 2019, or 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HABE113402E4C4CB8AB6EEB7FC9FC30E3" section-type="subsequent-section"><enum>1046.</enum><header display-inline="yes-display-inline">Chief Medical Officer at United States Naval Station, Guantanamo Bay, Cuba</header>

<subsection commented="no" display-inline="no-display-inline" id="HEC52FB3E6F3A451BBA47A5E4881B89DB"><enum>(a)</enum><header display-inline="yes-display-inline">Chief Medical Officer</header>

<paragraph commented="no" display-inline="no-display-inline" id="HB7559F0034444DA288BAF138FF6952B2"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There shall be at United States Naval Station, Guantanamo Bay, Cuba, a Chief Medical Officer of United States Naval Station, Guantanamo Bay (in this section referred to as the <quote>Chief Medical Officer</quote>).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="H37E797F1D7E24313B7E5518C5DAD6DDD"><enum>(2)</enum><header display-inline="yes-display-inline">Grade</header><text display-inline="yes-display-inline">The individual serving as Chief Medical Officer shall be an officer of the Armed Forces who holds a grade not below the grade of colonel, or captain in the Navy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H59C0946DEE9C4DB1BA248E3B2B21140F"><enum>(3)</enum><header display-inline="yes-display-inline">Chain of command</header><text display-inline="yes-display-inline">Notwithstanding sections 162 and 164 of title 10, United States Code, the Chief Medical Officer shall be assigned and report to the Assistant Secretary of Defense for Health Affairs, with duty at United States Naval Station, Guantanamo Bay, Cuba, in the performance of duties and the exercise of powers of the Chief Medical Officer under this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9A65AE48486F4CB0AEF547983C776227"><enum>(b)</enum><header display-inline="yes-display-inline">Duties</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9A7FBCD5C3DA4E43BB2E2FBC76A83358"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Chief Medical Officer shall oversee the provision of medical care to individuals detained at Guantanamo.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H759D6A27315540BD8C519E2E905A4DFB"><enum>(2)</enum><header display-inline="yes-display-inline">Quality of care</header><text display-inline="yes-display-inline">The Chief Medical Officer shall ensure that medical care provided as described in paragraph (1) meets applicable standards of care.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H39B2CBEF3A6C40BEACEA1E44D1D1767C"><enum>(c)</enum><header display-inline="yes-display-inline">Powers</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7A3D084AEFB941E4BDC008F87C5EF734"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Chief Medical Officer shall make medical determinations relating to medical care for individuals detained at Guantanamo, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FEEAD889BD34A3D8AD6851FAAB71589"><enum>(A)</enum><text display-inline="yes-display-inline">decisions regarding assessment, diagnosis, and treatment; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDDED8E85BEB64F4A9727F64AA2594A76"><enum>(B)</enum><text display-inline="yes-display-inline">determinations concerning medical accommodations to living conditions and operating procedures for detention facilities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6486BABE031F4E248E6107E3DD711F7A"><enum>(2)</enum><header display-inline="yes-display-inline">Resolution of declination to follow determinations</header><text display-inline="yes-display-inline">If the commander of Joint Task Force Guantanamo or the Commander of United States Southern Command declines to follow a determination of the Chief Medical Officer under paragraph (1), the matter covered by such determination shall be resolved by the Assistant Secretary of Defense for Health Affairs, in consultation with the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, not later than seven days after receipt by both Assistant Secretaries of written notification of the matter from the Chief Medical Officer.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8F9ACADFDD0D42AFA2D50588478E6AB7"><enum>(3)</enum><header display-inline="yes-display-inline">Security clearances</header><text display-inline="yes-display-inline">The appropriate departments or agencies of the Federal Government shall, to the extent practicable in accordance with existing procedures and requirements, process expeditiously any application and adjudication for a security clearance required by the Chief Medical Officer to carry out the Chief Medical Officer's duties and powers under this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA06ABD71FD69433DB9BCB0E5FBBEBA77"><enum>(d)</enum><header display-inline="yes-display-inline">Access to individuals, information, and assistance</header>

<paragraph commented="no" display-inline="no-display-inline" id="H4B89BFC6A0A545A2BC3FF2BF91AB22D7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Chief Medical Officer may secure directly from the Department of Defense access to any individual, information, or assistance that the Chief Medical Officer considers necessary to enable the Chief Medical Officer to carry out this section, including full access to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H347A880A57FF47EB8EB215A209003C8D"><enum>(A)</enum><text display-inline="yes-display-inline">Any individual detained at Guantanamo.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB5CCD3EB86FD40DC88ED4A14ABCF3A83"><enum>(B)</enum><text display-inline="yes-display-inline">Any medical records of any individual detained at Guantanamo.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD3F0436E2A89483EADB744CB8C274843"><enum>(C)</enum><text display-inline="yes-display-inline">Medical professionals of the Department who are working, or have worked, at United States Naval Station, Guantanamo Bay.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4C8A1B7554DF439286A936843AAD0810"><enum>(2)</enum><header display-inline="yes-display-inline">Access upon request</header><text display-inline="yes-display-inline">Upon request of the Chief Medical Officer, the Department shall make available to the Chief Medical Officer on an expeditious basis access to individuals, information, and assistance as described in paragraph (1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4D34D18AE66145B18C1C4833D75738DB"><enum>(3)</enum><header display-inline="yes-display-inline">Lack of expeditious availability</header><text display-inline="yes-display-inline">If access to individuals, information, or assistance is not made available to the Chief Medical Officer upon request on an expeditious basis as required by paragraph (2), the Chief Medical Officer shall notify the Assistant Secretary of Defense for Health Affairs and the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, who shall take actions to resolve the matter expeditiously.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB6F2710AE64241B59F5A32D356CFAC14"><enum>(e)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H2F22E9FB26F44251847CFE0B1561B6B9"><enum>(1)</enum><header display-inline="yes-display-inline">Individual detained at Guantanamo defined</header><text display-inline="yes-display-inline">The term <term>individual detained at Guantanamo</term> means an individual located at United States Naval Station, Guantanamo Bay, Cuba, as of October 1, 2009, whoâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H39AEF97B544B45D2B0518C4BBEE46063"><enum>(A)</enum><text display-inline="yes-display-inline">is not a national of the United States (as defined in section 101(a)(22) of the Immigration and Nationality Act (8 U.S.C. 1101(a)(22)) or a member of the Armed Forces of the United States; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H32A5BA68C58E4C79B3DA9169EA973E3C"><enum>(B)</enum><text display-inline="yes-display-inline">isâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H3C03AFCBE3A64E869FC86D490F211667"><enum>(i)</enum><text display-inline="yes-display-inline">in the custody or under the control of the Department of Defense; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H45E65AB28CA244E4903C8C4E9E2F5FFB"><enum>(ii)</enum><text display-inline="yes-display-inline">otherwise detained at United States Naval Station, Guantanamo Bay.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCFC4DD0D2440406B9216E024FF4D72F3"><enum>(2)</enum><header display-inline="yes-display-inline">Medical care</header><text display-inline="yes-display-inline">The term <term>medical care</term> means physical and mental health care.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1506AB2DDFE94C55B162DECBE1CDC536"><enum>(3)</enum><header display-inline="yes-display-inline">Standard of care</header><text display-inline="yes-display-inline">The term <term>standard of care</term> means evaluation and treatment that is accepted by medical experts and reflected in peer-reviewed medical literature as the appropriate medical approach for a condition, symptoms, illness, or disease and that is widely used by healthcare professionals.</text></paragraph></subsection></section>

<section id="HBB9B602C1EE04D70946F717B4D19ADDD"><enum>1047.</enum><header>Independent assessment on gender and countering violent extremism</header>

<subsection id="HF691D6CF359145D992C883DCBB391309"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Secretary of State, shall seek to enter into a contract with a nonprofit entity or a federally funded research and development center independent of the Department of Defense and the Department of State to conduct research and analysis on the relationship between gender and violent extremism.</text></subsection>

<subsection id="H5B2FE45378FC413E846AF53D94A15520"><enum>(b)</enum><header>Elements</header><text>The research and analysis conducted under subsection (a) shall include consideration of the following:</text>

<paragraph id="H5D94E92251CE41558F86A33067F41A57"><enum>(1)</enum><text>The probable causes and historical trends of womenâ€™s participation in violent extremist organizations.</text></paragraph>

<paragraph id="H708EF321AAAA4D11B89406977CCBE8A8"><enum>(2)</enum><text>Potential ways in which womenâ€™s participation in violent extremism is likely to change in the near- and medium-term.</text></paragraph>

<paragraph id="HE1717AA4E9464436B14020ADB6DFBCD6"><enum>(3)</enum><text>The relationship between violent extremism and each of the following:</text>

<subparagraph id="HF23862E664A94758BE6C0AB407219631"><enum>(A)</enum><text>Gender-based violence, abduction, and human trafficking.</text></subparagraph>

<subparagraph id="H7E36947883294E5180BC0A6F9EBA8FD9"><enum>(B)</enum><text>The perceived role or value of women at the community level, including with respect to property and inheritance rights and bride-price and dowry.</text></subparagraph>

<subparagraph id="H451F31333119441E861A9B64F1869D5E"><enum>(C)</enum><text>Community opinions of killing or harming of women.</text></subparagraph>

<subparagraph id="H8238BC0626ED4B9C8BD7AE9E8D80C220"><enum>(D)</enum><text>Violations of girlsâ€™ rights, including child, early, and forced marriage and access to education.</text></subparagraph></paragraph>

<paragraph id="HDDAA5321E78B4D24AC4E3E0E0FB1A688"><enum>(4)</enum><text>Ways for the Department of Defense to engage and support women and girls who are vulnerable to extremist behavior and activities as a means to counter violent extremism and terrorism.</text></paragraph></subsection>

<subsection id="HA16DDDC36CD34867B9BABF0DBCF39E17"><enum>(c)</enum><header>Utilization</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of State shall utilize the results of the research and analysis conducted under subsection (a) to inform the strategic and operational objectives of the geographic combatant command, where appropriate. Such utilization shall be in accordance with the Women, Peace, and Security Act of 2017 (Public Law 115â€"68; 22 U.S.C. 2152j et seq.).</text></subsection>

<subsection id="H0B03D769A7E242A480CFDCC922A906EF"><enum>(d)</enum><header>Reports</header>

<paragraph id="H0257A0FE54D34B8B876131AE79FE334F"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the nonprofit entity or federally funded research and development center with which the Secretary of Defense enters into the contract under subsection (a) shall submit to the Secretary of Defense and Secretary of State a report on the results of the research and analysis required by subsection (a).</text></paragraph>

<paragraph id="H5F4E501D26AC4D6995525B7C111D081A"><enum>(2)</enum><header>Submission to Congress</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees each of the following:</text>

<subparagraph id="HCD03667A8B294177A28F59932FF9073A"><enum>(A)</enum><text display-inline="yes-display-inline">A copy of the report submitted under paragraph (1) without change.</text></subparagraph>

<subparagraph id="H61521CB33D354CE6860898AA7A2600B5"><enum>(B)</enum><text>Any comments, changes, recommendations, or other information provided by the Secretary of Defense and the Secretary of State relating to the research and analysis required by subsection (a) and contained in such report.</text></subparagraph></paragraph>

<paragraph id="H9230255FCA9C455F857A7F60A810A60B"><enum>(3)</enum><header>Appropriate congressional committees</header><text>In this paragraph, the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="H600F2ABB30FD4CF4AE395E808522028F"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional defense committees;</text></subparagraph>

<subparagraph id="H7A127FFC2E324693B3C4873A7538F393"><enum>(B)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives; and</text></subparagraph>

<subparagraph id="HACBB6B72430C4A8EA800C8E76EC59861"><enum>(C)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H1DDCAEF7D27C49C09E6052BC779CED16"><enum>E</enum><header>Miscellaneous Authorities and Limitations</header>

<section id="H2DDCDB9B259146AE97427591DFDA1C15" section-type="subsequent-section"><enum>1051.</enum><header>Scheduling of Department of Defense executive aircraft controlled by Secretaries of military departments</header>

<subsection id="H11EA496FC5334DD5A80813F5847DE208"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 2 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H5F70FD832EEE4197B0F5DA9491153ADE" display-inline="no-display-inline">

<section id="HDB9DC9247058428BA137C83E3EA9BDE4"><enum>120.</enum><header>Department of Defense executive aircraft controlled by Secretaries of military departments</header>

<subsection id="HC991140F97C4498F922C0DA1A2C35590"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that the Chief of the Air Force Special Air Mission Office is given the responsibility for coordination of scheduling all Department of Defense executive aircraft controlled by the Secretaries of the military departments in order to support required use travelers.</text></subsection>

<subsection id="H8AC6C4A794E24E25869FB1A0AD547C60"><enum>(b)</enum><header>Responsibilities</header>

<paragraph id="H19CFBC7FB2A94BEB84A22AC8FCA2F61A" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this section, the Secretary of each of the

military departments shall execute a memorandum of understanding with the Air Force Special Air Mission Office regarding oversight and management of executive aircraft controlled by that military department.</text></paragraph>

<paragraph id="H5C559F314CFD4E8F8F6E8C62A59F93E3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall be responsible for prioritizing travel when requests exceed available executive airlift capability.</text></paragraph>

<paragraph id="H72C6E6BD9D174C1CB9AA8ADB4C997712" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary of a military department shall maintain overall authority for scheduling the required use travelers of that military department on executive aircraft controlled by the Secretary. When an executive aircraft controlled by the Secretary of a military department is not supporting required use travelers of that military department, the Secretary of the military department shall make such executive aircraft available for scheduling of other required use travelers.</text></paragraph></subsection>

<subsection id="HFFE8A9F421D440B0A91806BD17B1515E" commented="no"><enum>(c)</enum><header>Limitations</header>

<paragraph id="HF1B6DC05C9D04FFBA40DF6AA570415DC" display-inline="yes-display-inline"><enum>(1)</enum><text>The Secretary of Defense may not establish a new command and control organization to support aircraft. </text></paragraph>

<paragraph id="H5EF1E1A77F4A4B86B893FB277CE999B2" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">No executive aircraft controlled by the Secretary of a military department may be permanently stationed at any location without a required use traveler without the approval of the Secretary of Defense.</text></paragraph></subsection>

<subsection id="HE649FC2A48934238B3793FEE858EFC77"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HA7043A6540464AD2B57FC3B4DA98C453"><enum>(1)</enum><text>The term <quote>required use traveler</quote> has the meaning given such term in Department of Defense directive 4500.56, as in effect on the date of the enactment of this section.</text></paragraph>

<paragraph id="HC59308BBE02341AF80CBFD01576A198E"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>executive aircraft</quote> has the meaning given such term in Department of Defense directive 4500.43, as in effect on the date of the enactment of this section.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H71A6FB7822984A5581D5536A43068255"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter is amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="HA38EA08AEE02453F9A35AB8E57C05518" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">120. Department of Defense executive aircraft controlled by Secretaries of military departments.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HBC62278E1F274794A62C8EC8EC7E11C2" section-type="subsequent-section"><enum>1052.</enum><header>Explosive ordnance defense disposal program</header>

<subsection id="HFF0B9099B10048A7AB11F59A491A9041"><enum>(a)</enum><header>Roles, responsibilities, and authorities</header><text display-inline="yes-display-inline">Subsection (b) of section 2284 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H266816484E8A474BA9B2A498376CC0DA"><enum>(1)</enum><text>by redesignating paragraph (2) as paragraph (3);</text></paragraph>

<paragraph id="HF1B98DE4F35943C58493BEE1277CA3FD"><enum>(2)</enum><text>in paragraph

(1)â€"</text>

<subparagraph id="H85B26CC2B34C4E9D812C05697038665F"><enum>(A)</enum><text>in subparagraph (A), by inserting <quote>and</quote> after the semicolon;</text></subparagraph>

<subparagraph id="H58DEE2DA354E4D529F81CFE0E4FE3C4D"><enum>(B)</enum><text>by redesignating subparagraph (B) as paragraph (2), moving it to appear after paragraph (1), and adjusting the margins accordingly;</text></subparagraph>

<subparagraph id="H2C6BD19172B1498E85FD38D33C8CDD1C"><enum>(C)</enum><text>by redesignating subparagraph (C) as subparagraph (B);</text></subparagraph>

<subparagraph id="H857D739AF1974B5CBBCEBF7E01A9E97E"><enum>(D)</enum><text>in subparagraph (B), as so redesignatedâ€"</text>

<clause id="HA56526713B754EB5968187A1A15C5CF5"><enum>(i)</enum><text>by striking <quote>joint program executive officer who</quote> and inserting <quote>training and technology program that</quote>;</text></clause>

<clause id="HB9E3013D97BB415CB9CE83FAD9D44F2F"><enum>(ii)</enum><text display-inline="yes-display-inline">by inserting <quote>, provides common individual training,</quote> after <quote>explosive ordnance disposal</quote>;</text></clause>

<clause id="H63FD9799B8214C53A93E6D3770D23448"><enum>(iii)</enum><text>by striking <quote>and procurement</quote>;</text></clause>

<clause id="HA565B86F541B4875A0D245FE030FABD1"><enum>(iv)</enum><text>by inserting <quote>for common tools</quote> after <quote>activities</quote>;</text></clause>

<clause id="HA3AC540DF7924D359965729994220B87"><enum>(v)</enum><text>by striking <quote>and combatant commands</quote>; and</text></clause></subparagraph>

<subparagraph id="H119EB8685A144B599BD6DD91C226C00B"><enum>(E)</enum><text>by striking subparagraphs (D) and (E);</text></subparagraph></paragraph>

<paragraph id="H26A86BA60BC947AB9D61E00C413A34C9"><enum>(3)</enum><text>in paragraph (2), as redesignated by paragraph (2)(B) of this subsection, by inserting <quote>(A)</quote> after <quote>paragraph (1)</quote>; </text></paragraph>

<paragraph id="HEA331D71D9744848BE1757B13A0F16F9"><enum>(4)</enum><text>in paragraph (3), as redesignated by paragraph (1) of this subsection, by striking <quote>such as weapon systems, manned and unmanned vehicles and platforms, cyber and communication equipment, and the integration of explosive ordnance disposal sets, kits and outfits and explosive ordnance disposal tools, equipment, sets, kits, and outfits developed by the department.</quote> and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="H6350990D1D0949859DB26C0C7E992A10"><enum>(5)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H4578E7F9694E436E9868D7FAADD5EF04" display-inline="no-display-inline">

<paragraph id="H7FCC03DA171A40608D77ADE40E96ED88"><enum>(4)</enum><text display-inline="yes-display-inline">the Secretary of the Army shall designate an Army explosive ordnance disposal-qualified general officer to serve as the co-chair of the Department of Defense explosive ordnance disposal defense program.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HAE9D81DEF7A14E64BBE8D7821ABDDD62"><enum>(b)</enum><header>Definitions</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="USC" id="H254727F9A9884C24A6CBBA05F8219A0F" display-inline="no-display-inline">

<subsection id="HCE329EA6EF12483B8E30264523A3D22F"><enum>(d)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="HA9C5B842E32048688FA4FCBB1284B2EE"><enum>(1)</enum><text>The term

<quote>explosive ordnance</quote> has the meaning given such term in section 283(d) of this title.</text></paragraph>

<paragraph id="H0775C56C697045CAB53B7AD8C5689446"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>explosive ordnance disposal</quote> means the detection, identification, on-site evaluation, rendering safe, exploitation, recovery, and final disposal of explosive ordnance.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H3D21F3BD7E45498A87EED5B16E18D363" section-type="subsequent-section"><enum>1053.</enum><header>Technical correction and extension of reporting requirement regarding enhancement of information sharing and coordination of military training between Department of Homeland Security and Department of Defense</header><text display-inline="no-display-inline">Section 1014 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328) is amendedâ€"</text>

<paragraph id="HF82C87D90F7F46B484BF073B368638BA"><enum>(1)</enum><text>by striking <quote>section 371 of title 10, United States Code</quote> each place it appears and inserting <quote>section 271 of title 10, United States Code</quote>; and</text></paragraph>

<paragraph id="H7C21352E85294ECF9D29FE98DE13F6C0"><enum>(2)</enum><text>in subsection (d)(3) by striking <quote>January 31, 2020</quote> and inserting <quote>December 31, 2022</quote>. </text></paragraph></section>

<section id="H131CF95DBA3B4478A1E5A0D87BD47C7F" section-type="subsequent-section"><enum>1054.</enum><header>Notification on the provision of defense sensitive support</header><text display-inline="no-display-inline">Section 1055(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 113 note) is amendedâ€"</text>

<paragraph id="H27006196DBE74B409964DC5257F5C07F"><enum>(1)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="HCC7C6516760C434E99EFDD4462E14569"><enum>(A)</enum><text>by redesignating subparagraph (C) as subparagraph (E); and</text></subparagraph>

<subparagraph id="H7CD45D1872E148B4A6FD596FC951F936"><enum>(B)</enum><text>by inserting after subparagraph (B) the following new subparagraphs:</text>

<quoted-block style="USC" id="HB3985E9E05104016BDEAB72007F39B0C" display-inline="no-display-inline">

<subparagraph id="H8931254DE6A54BEFA3780C3AAAF310D7"><enum>(C)</enum><text display-inline="yes-display-inline">A description of the required duration of the support.</text></subparagraph>

<subparagraph id="H4B7E9E4FADD14C259B33ACEE9A14D5FA"><enum>(D)</enum><text>A description of the initial costs for the support.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HA3C390005B144D77954478FBE995C780"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H240862F338EE41CCB7849D82CA6E6A21" display-inline="no-display-inline">

<paragraph id="H04F1B91E8BC84C6196D58768D0FD7FAA"><enum>(5)</enum><header>Sustainment costs</header><text display-inline="yes-display-inline">If the Secretary determines that sustainment costs will be incurred as a result of the provision of defense sensitive support, the Secretary, not later than 15 days after the initial provision of such support, shall certify to the congressional defense committees (and the congressional intelligence committees with respect to matters relating to members of the intelligence community) that such sustainment costs will not interfere with the ability of the Department to execute operations, accomplish mission objectives, and maintain readiness.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="H8DA62979C31643808C803F7E983C7B70"><enum>1055.</enum><header>Revision to

authorities relating to mail service for members of the Armed Forces and Department of Defense civilians overseas</header>

<subsection id="H8F7E236C747242EAAAEEEF3B915C6AE0"><enum>(a)</enum><header>Eligibility for free mail</header><text>Section 3401(a) of title 39, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HC47982682DDA493EAE87E904A2599CCD" style="OLC">

<subsection id="H67910778415E4E7797B15490DA297FF9"><enum>(a)</enum>

<paragraph commented="no" display-inline="yes-display-inline" id="HC0F3B57EA8334ED2872AF0A3B43907D9"><enum>(1)</enum><text>First-class letter mail having the character of personal correspondence shall be carried, at no cost to the sender, in the manner provided by this section, when mailed by an eligible individual described in paragraph (2) and addressed to a place within the delivery limits of a United States post office, ifâ€"</text>

<subparagraph id="H2D091B0ED59F47CAAFED5965EA1D5723" indent="up1"><enum>(A)</enum><text>such letter mail is mailed by the eligible individual at an Armed Forces post office established in an overseas area designated by the President, where the Armed Forces of the United States are deployed for a contingency operation as determined by the Secretary of Defense; or</text></subparagraph>

<subparagraph id="H96B64D48B8AB4AC4955931EB4F5EC7DB" indent="up1"><enum>(B)</enum><text>the eligible individual is hospitalized as a result of disease or injury incurred as a result of service in an overseas area designated by the President under subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H674420F32BAC47F78B65B20E5C2FEF35" indent="up1"><enum>(2)</enum><text>An eligible individual described in this paragraph isâ€"</text>

<subparagraph id="HB01A23AF3111448E94EA39862A167D19"><enum>(A)</enum><text>a member of the Armed Forces of the United States on active duty, as defined in section 101 of title 10; or</text></subparagraph>

<subparagraph id="H58CDF66144B24426B15F2DEF3AE38F97"><enum>(B)</enum><text>a civilian employee of the Department of Defense or a military department who is providing support to military operations.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H28BDDBDBED0544FF899EF09B4D418D12"><enum>(b)</enum><header>Surface shipment of mail authorized</header><text>Section 3401 of title 39, United States Code, is amendedâ€"</text>

<paragraph id="HABE380CC359C40DA956EA8231DA41AF1"><enum>(1)</enum><text>by striking subsection (c);</text></paragraph>

<paragraph id="HA538309195C842BC9D0BB729F1863E30"><enum>(2)</enum><text>by redesignating subsections (d), (e), (f), and (g) as subsections (c), (d), (e), and (f), respectively; and</text></paragraph>

<paragraph id="HD61D80CAE4444B48A73ACB895D8EF10F"><enum>(3)</enum><text>by amending subsection (b) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H17DA533511484C7799D9451CFF1D0EDE" style="OLC">

<subsection id="HF3C6C5B614524E0EAC7E34A6F7B592E5"><enum>(b)</enum><text>There shall be transported by surface or air, consistent with the service purchased by the mailer, between Armed Forces post offices or from an Armed Forces post office to a point of entry into the United States, the following categories of mail matter which are mailed at any such Armed Forces post office:</text>

<paragraph id="H798604E2BC024D5CA869C729162C8E0E"><enum>(1)</enum><text>Letter mail communications having the character of personal correspondence.</text></paragraph>

<paragraph id="H9036E292F0944D70A1CE482A686E3D03"><enum>(2)</enum><text>Any parcel exceeding 1 pound in weight but less than 70 pounds in weight and less than 130 inches in length and girth combined.</text></paragraph>

<paragraph id="HFFC6F3E3F3014628A890C9F423622D85"><enum>(3)</enum><text>Publications published not less frequently than once per week and featuring principally current news of interest to members of the Armed Forces of the United States and the general public.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HF87BCF2CA43D44AD92663F2FDCFADF04"><enum>(c)</enum><header>Technical and conforming amendments</header>

<paragraph id="HAD58866BBBFD40C1AFBF76249110AEFF"><enum>(1)</enum><text>Section 3401 of title 39, United States Code, is amended in the section heading by striking <quote><header-in-text level="section" style="USC">and of friendly foreign nations</header-in-text></quote>.</text></paragraph>

<paragraph id="H4754136603804BD08B44C8B8561E70EC"><enum>(2)</enum><text>The table of sections for chapter 34 of title 39, United States Code, is amended by striking the item relating to section 3401 and inserting the following:</text>

<quoted-block id="H194F6E5B5DB54BCFA2AAFFA305BC3CC6" style="OLC">

<toc>

<toc-entry level="section">3401. Mailing privileges of members of Armed Forces of the United States.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H33F42FB884B6492DB4CF25BD2660F1DE"><enum>1056.</enum><header>Access to and use of military post offices by United States citizens employed overseas by the North Atlantic Treaty Organization who perform functions in support of military operations of the Armed Forces</header><text display-inline="no-display-inline">Section 406 of title 39, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H7F849C674C014CA2AB4E32183B36EFAA" style="OLC">

<subsection id="HF34F06EE92604693BB9D98AD0623406A"><enum>(c)</enum>

<paragraph commented="no" display-inline="yes-display-inline" id="H6A9E1AF45C664065940ADAFAB8A21275"><enum>(1)</enum><text>The Secretary of Defense may authorize the use of a post office established under subsection (a) in a location outside the United States by citizens of the United Statesâ€"</text>

<subparagraph id="HD436EEC803EF4558BFBA953ECA8A800A" indent="up1"><enum>(A)</enum><text>whoâ€"</text>

<clause id="H523E3EE66FD944C38691326917630549"><enum>(i)</enum><text>are employed by the North Atlantic Treaty Organization; and</text></clause>

<clause id="H21428161CD3B47A8BE61669F7B96A272"><enum>(ii)</enum><text>perform functions in support of the Armed Forces of the United States; and</text></clause></subparagraph>

<subparagraph id="HF3645B83A6B94F109B86588A821F5009" indent="up1"><enum>(B)</enum><text>if the Secretary makes a written determination that such use isâ€"</text>

<clause id="HC055430553F94DCBB39EB769148CB550"><enum>(i)</enum><text>in the best interests of the Department of Defense; and</text></clause>

<clause id="H9C62C22DCED742DA981AEC85A4FE9CB9"><enum>(ii)</enum><text>otherwise authorized by applicable host nation law or agreement.</text></clause></subparagraph></paragraph>

<paragraph id="HE018DE37FB9E4755B90AEA658B11C301" indent="up1"><enum>(2)</enum><text>No funds may be obligated or expended to establish, maintain, or expand a post office established under subsection (a) for the purpose of use described in paragraph (1) of this subsection.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HFBF5A0FBF0EE43E7ADCC89ADD6BDB245" section-type="subsequent-section"><enum>1057.</enum><header>Expenditure of funds for Department of Defense intelligence and counterintelligence activities</header>

<subsection id="H6AE32D7B96864D8791DACCE75F946EBA"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to subsections (b) and (c), the Secretary of Defense may expend amounts made available for the Military Intelligence Program for any of fiscal years 2020 through 2025 for intelligence and counterintelligence activities for any purpose the Secretary determines to be proper with regard to intelligence and counterintelligence objects of a confidential, extraordinary, or emergency nature. Such a determination is final and conclusive upon the accounting officers of the United States.</text></subsection>

<subsection id="H40CAA0195B574144899800EBD5A7F438"><enum>(b)</enum><header>Limitation on amount</header><text display-inline="yes-display-inline">The Secretary of Defense may not expend more than five percent of the amounts described in subsection (a) for any fiscal year for objects described in that subsection unlessâ€"</text>

<paragraph id="HB48A9C0D313040149B2DE89C64C0C2AC"><enum>(1)</enum><text>the Secretary notifies the congressional defense committees and the congressional intelligence committees of the intent to expend the amounts and purpose of the expenditure; and</text></paragraph>

<paragraph id="H51CB11F1101740E8AF1F2203030094F6"><enum>(2)</enum><text display-inline="yes-display-inline">30 days have elapsed from the date on which the Secretary provides the notice described in paragraph (1).</text></paragraph></subsection>

<subsection id="H4F8095736F14412B927BFD4408F8159D"><enum>(c)</enum><header>Certification</header><text display-inline="yes-display-inline">For each expenditure of funds under this section, the Secretary shall certify that such expenditure was made for an object of a confidential, extraordinary, or emergency nature.</text></subsection>

<subsection id="H8AFF155ED59D434FA11B8AFFD8ED9903"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than December 31 of each of 2020 through 2025, the Secretary of Defense shall submit to the congressional defense committees and the congressional intelligence committees a report on expenditures made under this section during the fiscal year preceding the year in which the report is submitted. Each such report shall include, for each expenditure under this section during the fiscal year covered by the report, a description, the purpose, the program element, and the certification required under section (c).</text></subsection>

<subsection id="H0BF44A955D404443B06C18FC92BB4FFC"><enum>(e)</enum><header>Limitation on delegations</header><text>The Secretary of Defense may not delegate the authority under this section with respect to any expenditure in excess of $100,000.</text></subsection>

<subsection id="H480BABF21FC84C478BF2D2D925E4F8F0"><enum>(f)</enum><header>Congressional intelligence committees defined</header><text display-inline="yes-display-inline">In this section, the term <quote>congressional intelligence committees</quote> meansâ€"</text>

<paragraph id="H89387C4326084D03BEA0BBA4CFF080C4"><enum>(1)</enum><text display-inline="yes-display-inline">the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph id="H6D34DC1541EB429C8D0A8608496D5FBE"><enum>(2)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H1741B50BBFB44C1B9074DE1A3DE964E6" section-type="subsequent-section"><enum>1058.</enum><header>Limitation on use of funds for the inactivation of Army watercraft units</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 may be obligated or expended for the inactivation of any Army watercraft unit until the Secretary of Defense submits to Congress certification thatâ€"</text>

<paragraph id="HF3FB2AA73BDD4394AE1537A97A5386E7"><enum>(1)</enum><text>the Secretary has completed the Army Watercraft Requirements Review; and</text></paragraph>

<paragraph id="H72D02EF47AC54690960ED35E7067E40A"><enum>(2)</enum><text display-inline="yes-display-inline">the Secretary has entered into a contract with a federally

funded research and development corporation for the review of the ability of the Army to meet the watercraft requirements of the combatant commanders and the effects on preparedness to provide support to States and territories in connection with natural disasters, threats, and emergencies.</text></paragraph></section></subtitle></title>

<title id="HE3BB8BB0017C4F1687ECA43C073EEC07"><enum>XI</enum><header>Civilian Personnel Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HE3BB8BB0017C4F1687ECA43C073EEC07" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H93375CD257FF4E419AA4900B2AC172F9" level="subtitle">Subtitle Aâ€"General Provisions</toc-entry>

<toc-entry idref="HE7F8BF8E8C2F451BBAB6F4A1D5B8B47E" level="section">Sec.â€,1101.â€,Defense Advanced Research Projects Agency personnel management authority.</toc-entry>

<toc-entry idref="H82FC57D7A0CF41699F9FCC25C83A416F" level="section">Sec.â€,1102.â€,Report on the probationary period for Department of Defense employees.</toc-entry>

<toc-entry idref="H88D544A4264D475185823C8560497150" level="section">Sec.â€,1103.â€,Civilian personnel management.</toc-entry>

<toc-entry idref="H628B0E6F886A4D7389C8109D47477EBB" level="section">Sec.â€,1104.â€,One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone.</toc-entry>

<toc-entry idref="HAAD1BAA75D7E41AEB072C6B7944C40F7" level="section">Sec.â€,1105.â€,One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas.</toc-entry>

<toc-entry idref="H3E480EC8D9C244FD843E454CB8302400" level="section">Sec.â€,1106.â€,Performance of civilian functions by military personnel.</toc-entry>

<toc-entry idref="HC7B004874DEB417F9B7897BDA289A378" level="section">Sec.â€,1107.â€,Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base.</toc-entry>

<toc-entry idref="H71A203A690FA485885748E93D2954A2A" level="section">Sec.â€,1108.â€,Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees.</toc-entry>

<toc-entry idref="HC147B532B13D4F189F19FDC66934DFBD" level="section">Sec.â€,1109.â€,Modification of direct hire authorities for the Department of Defense.</toc-entry>

<toc-entry idref="HF9AB2E986DF042A0989F62D20ED42125" level="section">Sec.â€,1110.â€,Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act.</toc-entry>

<toc-entry idref="H4A110FC69AC4485FB6210522316A8731" level="section">Sec.â€,1111.â€,Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown.</toc-entry>

<toc-entry idref="HE327F33CB78B46E8B001F56E3286C6E6" level="section">Sec.â€,1112.â€,Limitation on transfer of Office of Personnel Management.</toc-entry>

<toc-entry idref="HCC23136B279648668658C138AD06DB89" level="section">Sec.â€,1113.â€,Assessment of Accelerated Promotion Program suspension.</toc-entry>

<toc-entry idref="H4FEF56C391234B2E8907BE679A8A5D30" level="section">Sec.â€,1114.â€,Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation.</toc-entry>

<toc-entry idref="HEBEA0635AF6A464B85574BBB2BEBFC2D" level="section">Sec.â€,1115.â€,Clarification of limitation on expedited hiring authority for post-secondary students.</toc-entry>

<toc-entry idref="H658354B1B195415B8A194B1095A3497C" level="section">Sec.â€,1116.â€,Modification of temporary assignments of Department of Defense employees to a private-sector organization.</toc-entry>

<toc-entry idref="HAECC488AC5F14FFCA147D91E712B43A4" level="section">Sec.â€,1117.â€,Extension of authority for part-time reemployment.</toc-entry>

<toc-entry idref="H91454CB7D2164312A8B5A405C60462C4" level="subtitle">Subtitle Bâ€"Fair Chance Act</toc-entry>

<toc-entry idref="H51228127EAE54E43B80252EBA077D0EA" level="section">Sec.â€,1121.â€,Short title.</toc-entry>

<toc-entry idref="HE97CB6A234FD4E3DB9E3D8C43CC49D03" level="section">Sec.â€,1122.â€,Prohibition on criminal history inquiries prior to conditional offer for Federal employment.</toc-entry>

<toc-entry idref="H54077C2823AE4B5383CEF8D4A9F42123" level="section">Sec.â€,1123.â€,Prohibition on criminal history inquiries by contractors prior to conditional offer.</toc-entry>

<toc-entry idref="H976D1B82602E4D5B94B3CE347009DC2F" level="section">Sec.â€,1124.â€,Report on employment of individuals formerly incarcerated in Federal prisons.</toc-entry>

<toc-entry idref="HBE986043727D4AF6B121C5B27D1CC9DC" level="subtitle">Subtitle Câ€"ATC Hiring Reform</toc-entry>

<toc-entry idref="HCD0EC9A8006A44A09E8BA30413AF18B8" level="section">Sec.â€,1131.â€,Short title; definition.</toc-entry>

<toc-entry idref="H22153FF345D14725A6DAEFC001F0D358" level="section">Sec.â€,1132.â€,Hiring of air traffic control specialists.</toc-entry>

<toc-entry idref="HA4055981CCEA45C88D44E6F30AC01ABF" level="section">Sec.â€,1133.â€,Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard.</toc-entry>

<toc-entry idref="H1C2E1B9C736E4798B44CDFB5A64E4FF2" level="section">Sec.â€,1134.â€,FAA reports on air traffic controller hiring and training.</toc-entry>

<toc-entry idref="H82E10E861EFF4F6DBFEA0DB57467B43A" level="section">Sec.â€,1135.â€,DOT Inspector General review and report.</toc-entry></toc>

<subtitle id="H93375CD257FF4E419AA4900B2AC172F9"><enum>A</enum><header>General Provisions</header>

<section id="HE7F8BF8E8C2F451BBAB6F4A1D5B8B47E" section-type="subsequent-section"><enum>1101.</enum><header>Defense Advanced Research Projects Agency personnel management authority</header><text display-inline="no-display-inline">Section 1599h(b)(1)(B) of title 10, United States Code, is amended by striking <quote>100 positions</quote> and inserting <quote>140 positions</quote>. </text></section>

<section id="H82FC57D7A0CF41699F9FCC25C83A416F" section-type="subsequent-section"><enum>1102.</enum><header>Report on the probationary period for Department of Defense employees</header>

<subsection id="HD59BF4DFD33F4ACB95E07087F360B5D3"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shallâ€"</text>

<paragraph id="H657B06EDD55B43AC9B319900E2880758"><enum>(1)</enum><text>conduct an independent review on the probationary periods applicable to Department of Defense employees under section 1599e of title 10, United States Code; and</text></paragraph>

<paragraph id="H02665599006341 1EA364638B27C4568D"><enum>(2)</enum><text display-

inline="yes-display-inline">submit a report on such review to the Committees on Armed Services and Oversight and Reform of the House of Representatives and the Committees on Armed Services and Homeland Security and Governmental Affairs of the Senate.</text></paragraph></subsection>

<subsection id="HFC7C7958D4AD4E7C964D2CDD4C6E1F35"><enum>(b)</enum><header>Contents</header><text>The review and report under subsection (a) shall cover the period beginning on the date of the enactment of such section 1599e and ending on December 31, 2018, and include the following:</text>

<paragraph id="H8FFD1A1321724F30A6D47EF94000C641"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment and identification of the demographics of each Department of Defense employee who, during such period, was on a probationary period and who was removed from the civil service, subject to any disciplinary action (up to and including removal), or who filed a claim or appeal with the Office of Special Counsel or the Equal Employment Opportunity Commission.</text></paragraph>

<paragraph id="HCCDA3CCC3F0C40E3B07DAD031032E287"><enum>(2)</enum><text display-inline="yes-display-inline">A statistical assessment of the distribution patterns with respect to any removal from the civil service during such period of, or any disciplinary action (up to and including a removal) taken during such period against, any Department employee while the employee was on a probationary period.</text></paragraph>

<paragraph id="HE7DA6635A007482E8A3E211EF7F3A486"><enum>(3)</enum><text display-inline="yes-display-inline">An analysis of the best practices and abuses of discretion by supervisors and managers of the Department with respect to probationary periods.</text></paragraph>

<paragraph id="H6739FC6AD7464887A5E1CF81EFE8043F"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of the utility of the probationary period prescribed by such section 1599e on the successful recruitment, retention, and professional development of civilian employees of the Department, including any recommendation for regulatory or statutory changes the Secretary determines to be appropriate.</text></paragraph>

<paragraph id="H41C5BDC6573B4B698E5FF44B548CF5D4"><enum>(5)</enum><text display-inline="yes-display-inline">A discussion of the cases where the Department made a determination to remove a Department employee during the second year of such employeeâ€™s probationary period.</text></paragraph>

<paragraph id="H15DA2CE0E97B4C728D0DAB47DF6ECFBC"><enum>(6)</enum><text display-inline="yes-display-inline">A summary of how the Department has implemented the authority provided in such section 1599e with respect to probationary periods, including the number, and a demographic summary, of each Department employee removed from the civil service, subject to any disciplinary action (up to and including removal), or who filed a claim or appeal with the Office of Special Counsel or the Equal Employment Opportunity Commission during the second year of any such employeeâ€™s probationary period. </text></paragraph></subsection>

<subsection id="H8228FA28DDAB45239D505381A92FF0A4"><enum>(c)</enum><header>Consultation</header><text display-inline="yes-display-inline">The analysis and recommendations in the report required under subsection (a) shall be prepared in consultation with Department of Defense employees and managers, labor organizations representing such employees, staff of the Office of Special Counsel and the Equal Employment Opportunity Commission, and attorneys representing Department employees in wrongful termination actions.</text></subsection></section>

<section id="H88D544A4264D475185823C8560497150" section-type="subsequent-section"><enum>1103.</enum><header>Civilian personnel management</header><text display-inline="no-display-inline">Section 129 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H6C119144E4814C218A6162520DF65AAB"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H2F51324E0B6947F298C2475B8E0D458B"><enum>(A)</enum><text display-inline="yes-display-inline">in the first sentence, by striking <quote>each fiscal

year</quote> and inserting <quote>each fiscal year primarily</quote>; and</text></subparagraph>

<subparagraph id="HF9AFECEEE94F4058A66401A3794D9141"><enum>(B)</enum><text display-inline="yes-display-inline">in the second sentenceâ€"</text>

<clause id="HC3EDAD97CDB641B182A16D82F6D68C2A"><enum>(i)</enum><text display-inline="yes-display-inline">by striking <quote>Any</quote> and inserting <quote>The management of such personnel in any fiscal year shall not be subject solely to any</quote>; and</text></clause>

<clause id="HD2C3408DA11B4506B0A4796A13DBECBB"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking <quote>shall be developed</quote> and all that follows through <quote>changed circumstances</quote>; and</text></clause></subparagraph></paragraph>

<paragraph id="HF3689BC0C162484E8A9DB3093E788B9B"><enum>(2)</enum><text>in subsection (c)(2)â€"</text>

<subparagraph id="HE0FDB074055F4FAD8A0D2E82B925622D"><enum>(A)</enum><text>in each of subparagraphs (A) and (B), by inserting <quote>and associated cost</quote> after each instance of <quote>projected size</quote>; and</text></subparagraph>

<subparagraph id="H1224FC9960FE40C583ACCB4989126B80"><enum>(B)</enum><text>in subparagraph (B), by striking <quote>that have been taken</quote> and all that follows through the period and inserting <quote>to reduce the overall costs of the total force of military, civilian, and contract workforces.</quote>.</text></subparagraph></paragraph></section>

<section id="H628B0E6F886A4D7389C8109D47477EBB" section-type="subsequent-section"><enum>1104.</enum><header>One-year extension of temporary authority to grant allowances, benefits, and gratuities to civilian personnel on official duty in a combat zone</header><text display-inline="no-display-inline">Paragraph (2) of section 1603(a) of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006 (Public Law 109â€"234; 120 Stat. 443), as added by section 1102 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4616) and as most recently amended by section 1115 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is further amended by striking <quote>2020</quote> and inserting <quote>2021</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HAAD1BAA75D7E41AEB072C6B7944C40F7" section-type="subsequent-section"><enum>1105.</enum><header display-inline="yes-display-inline">One-year extension of authority to waive annual limitation on premium pay and aggregate limitation on pay for Federal civilian employees working overseas</header><text display-inline="no-display-inline">Subsection (a) of section 1101 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4615), as most recently amended by section 1104(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2001), is further amended by striking <quote>through 2019</quote> and inserting <quote>through 2020</quote>.</text></section>

<section id="H3E480EC8D9C244FD843E454CB8302400" section-type="subsequent-section"><enum>1106.</enum><header>Performance of civilian functions by military personnel</header><text display-inline="no-display-inline">Subparagraph (B) of paragraph (1) of subsection (g) of section 129a of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H8510C6E65A7343258A9965AFC31B2DA7" display-inline="no-display-inline">

<subparagraph id="HA5B780B88373457583C429E643A7901C"><enum>(B)</enum><text display-inline="yes-display-inline">such functions may be performed by military personnel for a period that does not exceed one year if the Secretary of the military department concerned determines thatâ€"</text>

<clause id="H7E1150CCDD5240F69FE5F5771DD26108"><enum>(i)</enum><text>the performance of such functions by military personnel is required to address critical staffing needs resulting from a reduction in personnel or budgetary resources by reason of an Act of

Congress; and</text></clause>

<clause id="H66CB6FA10D5449799902A7918F44AB66"><enum>(ii)</enum><text>the military department concerned is in compliance with the policies, procedures, and analysis required by this section and section 129 of this title.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HC7B004874DEB417F9B7897BDA289A378" section-type="subsequent-section"><enum>1107.</enum><header>Extension of direct hire authority for domestic industrial base facilities and Major Range and Test Facilities Base</header>

<subsection id="H5754E55CF3DA4310A397C3C3912C3F48"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subsection (a) of section 1125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328), as amended by subsection (a) of section 1102 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91), is further amended by striking <quote>through 2021,</quote> and inserting <quote>through 2025,</quote>.</text></subsection>

<subsection id="HAEA4D7230E5447008BB88B6B5E93489E"><enum>(b)</enum><header>Briefing</header><text display-inline="yes-display-inline">Subsection (b) of such section 1102 is amended by striking <quote>fiscal years 2019 and 2021</quote> and inserting <quote>fiscal years 2019 through 2025</quote>. </text></subsection></section>

<section id="H71A203A690FA485885748E93D2954A2A"><enum>1108.</enum><header>Authority to provide additional allowances and benefits for certain Defense Clandestine Service employees</header><text display-inline="no-display-inline">Section 1603 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block id="H3D35C1CACFE84A1B8DA203C3494A6676" style="OLC">

<subsection id="H0E9F275D595946E98B1ACD3845AA7D2D"><enum>(c)</enum><header>Additional allowances and benefits for certain employees of the defense clandestine service</header>

<paragraph id="H5B4D4F9361564E1DBB62D75A36B9234C" display-inline="yes-display-inline"><enum>(1)</enum><text>Beginning on the date on which the Secretary of Defense submits the report under paragraph (3)(A), in addition to the authority to provide compensation under subsection (a), the Secretary may provide a covered employee allowances and benefits under paragraph (1) of section 9904 of title 5 without regard to the limitations in that sectionâ€"</text>

<subparagraph id="HA0EC62FC29914B1F844DBA64D31BAB46" display-inline="no-display-inline" indent="up1"><enum>(A)</enum><text>that the employee be assigned to activities outside the United States; or</text></subparagraph>

<subparagraph id="HEF1783D408A84BD586DE16B848ECF143" display-inline="no-display-inline" indent="up1"><enum>(B)</enum><text>that the activities to which the employee is assigned be in support of Department of Defense activities abroad.</text></subparagraph></paragraph>

<paragraph id="HC688FFA017044040BF3099A37B316BAA" indent="up1" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary may not provide allowances and benefits under paragraph (1) to more than 125 covered employees per year.</text></paragraph>

<paragraph id="H93C7B47774D5455C95660045999FF112" indent="up1"><enum>(3)</enum>

<subparagraph id="HA87B7929F3304391B744302534299BE7" display-inline="yes-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The Secretary shall submit to the appropriate congressional committees a report containing a strategy addressing the mission of the Defense Clandestine Service during the period covered by the most recent future-years defense program submitted under section 221 of this title, includingâ€"</text>

<clause id="H5E251349E171485B8650D75587E6314D" display-inline="no-display-inline" indent="up1"><enum>(i)</enum><text>how such mission will evolve during such period;</text></clause>

<clause id="HDA1B4911C9F948CBAD086B100A01AF6F" indent="up1"><enum>(ii)</enum><text>how the authority provided by paragraph (1) will assist the Secretary in carrying out such mission; and</text></clause>

<clause id="HF7D3B719AC254B919DC483814C6B95B8" indent="up1"><enum>(iii)</enum><text display-inline="yes-display-inline">an implementation plan for carrying out paragraph (1), including a projection of how much the amount of the allowances and benefits provided under such paragraph compare with the amount of the allowances and benefits provided before the date of the report.</text></clause></subparagraph>

<subparagraph id="H7739B08A2C8F48128C9999EFB07AF398" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Not later than December 31, 2020, and each year thereafter, the Secretary shall submit to the appropriate congressional committees a report, with respect to the fiscal year preceding the date on which the report is submittedâ€"</text>

<clause id="H48B71D8662C3488388C6E2235DA7B745"><enum>(i)</enum><text>identifying the number of covered employees for whom the Secretary provided allowances and benefits under paragraph (1); and</text></clause>

<clause id="HF8078D373F884DEDB0A4F20636F5FCC0"><enum>(ii)</enum><text display-inline="yes-display-inline">evaluating the efficacy of such allowances and benefits in enabling the execution of the objectives of the Defense Intelligence Agency.</text></clause></subparagraph>

<subparagraph id="H8ECD51207A814F249528CF7CA0751111" indent="up1"><enum>(C)</enum><text>The reports under subparagraphs (A) and (B) may be submitted in classified form.</text></subparagraph></paragraph>

<paragraph id="HB8208E08B43447D29D0307FBDF0F72A2" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">In this subsection:</text>

<subparagraph id="H734DDDAA0BD04F668298A21069267E8E"><enum>(A)</enum><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<clause id="HDC2B4F71D31D4D52AA4F7972512CA97A"><enum>(i)</enum><text>the congressional defense committees; and</text></clause>

<clause id="H700884C794F141FE9E8A779C0B3BEDEB"><enum>(ii)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.</text></clause></subparagraph>

<subparagraph id="H3D96A1CDF5CF4B1AB5A63E56EEFC7DA8"><enum>(B)</enum><text>The term <quote>covered employee</quote> means an employee in a defense intelligence position who is assigned to the Defense Clandestine Service at a location in the United States that the Secretary determines has living costs equal to or higher than the District of Columbia.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HC147B532B13D4F189F19FDC66934DFBD" section-type="subsequent-section"><enum>1109.</enum><header>Modification of direct hire authorities for the Department of Defense</header>

<subsection id="HF5BC5530E2DE47ABBFFA884A600A99B4"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 9905 of title 5, United States Code, is amendedâ€"</text>

<paragraph id="H428579AA0A0A427F8A2018E107B31E49"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H7C08BBCD18BB474CA0DC9EE61DA999BD"><enum>(A)</enum><text>by amending paragraph (2) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H82B0BAE676AF41A2A12FB189B2DF7388" style="USC">

<paragraph id="H6CC16A19569F40BBA324FF8CC735D1CA"><enum>(2)</enum><text display-inline="yes-display-inline">Any cyber workforce position.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H2C0295F8DC6C4565B55620C96355CFFF"><enum>(B)</enum><text>by adding afer paragraph (4) the following:</text>

<quoted-block display-inline="no-display-inline" id="HE278895BC0834528A29FF7168EA36879" style="USC">

<paragraph id="H1E75D0DD6ACA4948A4956E5C1AFE9A63"><enum>(5)</enum><text display-inline="yes-display-inline">Any scientific, technical, engineering, or mathematics positions, including technicians, within the defense acquisition workforce, or any category of acquisition positions within the Department designated by the Secretary as a shortage or critical need category.</text></paragraph>

<paragraph id="H13DD0A6C80C74721B5A2F73782FAD458"><enum>(6)</enum><text>Any scientific, technical, engineering, or mathematics position, except any such position within any defense Scientific and Technology Reinvention Laboratory, for which a qualified candidate is required to possess a bachelorâ€™s degree or an advanced degree, or for which a veteran candidate is being considered.</text></paragraph>

<paragraph id="HDEB9C2D9F86F4EFE9862925D27A98A68"><enum>(7)</enum><text display-inline="yes-display-inline">Any category of medical or health professional positions within the Department designated by the Secretary as a shortage category or critical need occupation.</text></paragraph>

<paragraph id="H994607582F254FEAABCF306AF8EAC372"><enum>(8)</enum><text>Any childcare services position for which there is a critical hiring need and a shortage of childcare providers.</text></paragraph>

<paragraph id="HD72B8E759BFC476C81B5C94E908B84D9"><enum>(9)</enum><text display-inline="yes-display-inline">Any financial management, accounting, auditing, actuarial, cost estimation, operational research, or business or business administration position for which a qualified candidate is required to possess a finance, accounting, management or actuarial science degree or a related degree, or a related degree of equivalent experience.</text></paragraph>

<paragraph id="H62A690C7C062463182CD065D29E49014"><enum>(10)</enum><text>Any position, as determined by the Secretary, for the purpose of assisting and facilitating the efforts of the Department in business transformation and management innovation.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H8761EAE80AFF44B883D07A22C30BBA20"><enum>(2)</enum><text>by striking subsection (b) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H306711DEC7E94F61A544716C7998C51F" style="USC">

<subsection id="H90A1D4D7C6BD498CAC56E0A072F1E308"><enum>(b)</enum><header>Sunset</header>

<paragraph id="HD35E4DA66FFC4F1585BBC8BCFC485225"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Except as provided in paragraph (2), effective on September 30, 2025, the authority provided under subsection (a) shall expire.</text></paragraph>

<paragraph id="H0FC5B4DF69054D5FBDCA5B7F9E313D8F"><enum>(2)</enum><header>Exception</header><text display-inline="yes-display-inline">Paragraph (1) shall not apply to the authority provided under subsection (a) to make appointments to positions described under paragraph (5) of such subsection.</text></paragraph></subsection>

<subsection id="HA509FE66B75946EB9FC8EE3A557A6C34"><enum>(c)</enum><header>Suspension of other hiring authorities</header><text display-inline="yes-display-inline">During the period beginning on the effective date of the regulations issued to carry out the hiring authority with respect to positions described in paragraphs (5) through (10) of subsection (a) and ending on the date described in subsection (b)(1), the Secretary of Defense may not exercise or otherwise use any hiring authority provided under the following provisions of law:</text>

<paragraph id="HE1E382C999B649F8982ABFC39F71E25A"><enum>(1)</enum><text>Sections 1599c(a)(2) and 1705(h) of title 10.</text></paragraph>

<paragraph id="H4F87648569B64D78BF5BF1EC25C15E70"><enum>(2)</enum><text display-inline="yes-display-inline">Sections 1112 and 1113 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat.

1033).</text></paragraph>

<paragraph id="H9307685B29CD476297546F770EFFD8A9"><enum>(3)</enum><text display-inline="yes-display-inline">Sections 1110 and 1643(a)(3) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2450 and 2602).</text></paragraph>

<paragraph id="H944014EBADBC459FBA5077456E9A2FD2"><enum>(4)</enum><text display-inline="yes-display-inline">Sections 559 and 1101 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1406 and 1627).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H83B4177B800D4637B3C14DC4B5BFFEC4"><enum>(b)</enum><header>Report</header>

<paragraph id="HC3FA68F727B446CEA91F9C611445DDA9"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than February 1, 2021, the Secretary of Defense, in coordination with the Director of the Office of Personnel Management, shall provide for the conduct of an independent review and report to the congressional defense committees and the Committee on Oversight and Reform of the House of Representatives.</text></paragraph>

<paragraph id="H057586C286DC48CABC2FA0556E907C27"><enum>(2)</enum><header>Contents</header><text>The report required under paragraph (1) shallâ€"</text>

<subparagraph id="HA6D5B2DE047B4B3EBDAA3C04B9E0A8B9"><enum>(A)</enum><text>assess and identify steps that could be taken to improve the competitive hiring process at the Department and ensure that direct hiring is conducted in a manner consistent with ensuring a merit based civil service and a diverse workforce in the Department and the rest of the Federal Government; and</text></subparagraph>

<subparagraph id="H16493373F19A454B83BCBE4D28B67DE8"><enum>(B)</enum><text>consider the feasibility and desirability of using cohort hiring, or hiring <quote>talent pools</quote>, instead of conducting all hiring on a position-by-position basis.</text></subparagraph></paragraph>

<paragraph id="HC7ED1D2EFD814878AEADA16A27640070"><enum>(3)</enum><header>Consultation</header><text display-inline="yes-display-inline">The analysis and recommendations in the report required under paragraph (1) shall be prepared in consultation with all stakeholders, public sector unions, hiring managers, career agency, and Office of Personnel Management personnel specialists, and after a survey of public sector employees and job applicants.</text></paragraph></subsection></section>

<section id="HF9AB2E986DF042A0989F62D20ED42125" section-type="subsequent-section"><enum>1110.</enum><header>Designating certain FEHBP and FEGLI services provided by Federal employees as excepted services under the Anti-Deficiency Act</header>

<subsection id="H7C78C8FB0AF84EEA978076D8EEA671D0"><enum>(a)</enum><header>FEHBP</header><text display-inline="yes-display-inline">Section 8905 of title 5, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H1D4DA3104EAC4104881166C161705BF8" style="USC">

<subsection id="H7379C189EC2047E097F3F8E12D4F7BEE"><enum>(i)</enum><text display-inline="yes-display-inline">Any services by an officer or employee under this chapter relating to enrolling individuals in a health benefits plan under this chapter, or changing the enrollment of an individual already so enrolled, shall be deemed, for purposes of section 1342 of title 31, services for emergencies involving the safety of human life or the protection of property.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H147D2642F459476DAF8A0C5C9BE1C2E0"><enum>(b)</enum><header>FEGLI</header><text>Section 8702 of title 5, United States Code, is amended by adding at the end the following:</text>

<quoted-block style="USC" id="HC382EC892C3B45C7A0336982564B3754" display-inline="no-display-inline">

<subsection id="H5943E53C4272478E98D42AF0B42A7500"><enum>(d)</enum><text display-inline="yes-display-inline">Any services by an officer or employee under this chapter relating to benefits under this chapter shall be deemed, for purposes of section 1342 of title 31, services for emergencies involving the safety of human life or the protection of property.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H220E1D0153A148A58603C49D011AFB90"><enum>(c)</enum><header>Regulations</header>

<paragraph id="H74DF737E82044B1C98A94FF176CC2308"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Office of Personnel Management shall prescribe regulations to carry out the amendments made by subsections (a) and (b).</text></paragraph>

<paragraph id="H9E7DEBFF0E584330940C81F51C9377F4"><enum>(2)</enum><header>Pay status for furloughed employees</header><text>The regulations prescribed under paragraph (1) for the amendments made by subsection (a) shall provide that an employee furloughed as result of a lapse in appropriations shall, during such lapse, be deemed to be in a pay status for purposes of enrolling or changing the enrollment (as the case may be) of that employee under chapter 89 of title 5, United States Code.</text></paragraph></subsection>

<subsection id="H18438EC3C6734937A136F7D14920C55E"><enum>(d)</enum><header>Application</header><text display-inline="yes-display-inline">The amendments made by subsection (a) and (b) shall apply to any lapse in appropriations beginning on or after the date of enactment of this Act.</text></subsection></section>

<section id="H4A110FC69AC4485FB6210522316A8731"><enum>1111.</enum><header>Continuing supplemental dental and vision benefits and long-term care insurance coverage during a Government shutdown</header>

<subsection id="HB236693D2CA549D48ACF2B90E1C01FFF"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Title 5, United States Code, is amendedâ€"</text>

<paragraph id="HDBB71E1D974142CAB12AE32EA7E0FEC6"><enum>(1)</enum><text>in section 8956, by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H14B47E5D55F94B5180BAB18C10033A56" style="USC">

<subsection id="H5D95FF57D8C7412691BF70DD0EDEE9A7"><enum>(d)</enum><text display-inline="yes-display-inline">Coverage under a dental benefits plan under this chapter for any employee or a covered TRICARE-eligible individual enrolled in such a plan and who, as a result of a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.</text></subsection><after-quoted-block>; </after-quoted-block></quoted-block></paragraph>

<paragraph id="H3BB2B66EF0E14B9C8EE9A80F59426567"><enum>(2)</enum><text display-inline="yes-display-inline">in section 8986, by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HD36D7B49ADF04A0FB00F04473DF239B3" style="USC">

<subsection id="H6094EF1244214489ABD509737D29CE4D"><enum>(d)</enum><text display-inline="yes-display-inline">Coverage under a vision benefits plan under this chapter for any employee or a covered TRICARE-eligible individual enrolled in such a plan and who, as a result of a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H1DA9287F25C048D1B2F3CFA2FEA575F0"><enum>(3)</enum><text>in section

9003, by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H8058EB39082F41D98DFE067857F9CBB1" style="USC">

<subsection id="HA5B425FD156745D7BA68351EBEAFDC8E"><enum>(e)</enum><header>Effect of Government shutdown</header><text display-inline="yes-display-inline">Coverage under a master contract under this chapter for long-term care insurance for an employee or member of the uniformed services enrolled under such contract and who, due to a lapse in appropriations, is furloughed or excepted from furlough and working without pay shall continue during such lapse and may not be cancelled as a result of nonpayment of premiums or other periodic charges due to such lapse.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HAB25FBD0392D472DBEF3DAC35F4CA528"><enum>(b)</enum><header>Regulations</header>

<paragraph id="H8FBF336C30CB46739E3437BDF9F868F6"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Consistent with paragraph (2), the Director of the Office of Personnel Management shall prescribe regulations under which premiums for supplemental dental, supplemental vision, or long-term care insurance under chapter 89A, 89B, or 90 (respectively) of title 5, United States Code, (as amended by subsection (a)) that are unpaid by an employee, a covered TRICARE-eligible individual, or a member of the uniformed services (as the case may be), as a result of that employee, covered TRICARE-eligible individual, or member being furloughed or excepted from furlough and working without pay as a result of a lapse in appropriations, are paid to the applicable carrier from back pay made available to the employee or member as soon as practicable upon the end of such lapse.</text></paragraph>

<paragraph id="H257B88FDD6254BEC8A599DCBA3E79369"><enum>(2)</enum><header>Long-term care premiums from source other than backpay</header><text display-inline="yes-display-inline">The regulations promulgated under paragraph (1) for the amendments made by subsection (a)(3) may provide, with respect to any individual who elected under section 9004(d) of title 5, United States Code, to pay premiums directly to the carrier, that such individual may continue to pay premiums pursuant to such election instead of from back pay made available to such individual.</text></paragraph></subsection>

<subsection id="H6F3A1E55DAF6472E97BDBAB5AC9923D2"><enum>(c)</enum><header>Application</header><text display-inline="yes-display-inline">The amendments made by subsection (a) shall apply to any contract for supplemental dental, supplemental vision, or long-term care insurance under chapter 89A, 89B, or 90 (respectively) of title 5, United States Code, entered into before, on, or after the date of enactment of this Act.</text></subsection></section>

<section id="HE327F33CB78B46E8B001F56E3286C6E6" section-type="subsequent-section"><enum>1112.</enum><header>Limitation on transfer of Office of Personnel Management</header>

<subsection id="H18B6C64642CB4663822EC1B00274A199"><enum>(a)</enum><header>In general</header><text>No person may assign, transfer, transition, merge, or consolidate any function, responsibility, authority, service, system, or program that is assigned in law to the Office of Personnel Management to or with the General Services Administration, the Office of Management and Budget, or the Executive Office of the President, until on or after the date that is 180 days after the date on which the report required by subsection (c) is submitted to the appropriate committees of Congress, and subject to the enactment of any legislation required.</text></subsection>

<subsection id="H59F280F35CC6422B874A49C8DB79D215"><enum>(b)</enum><header>Independent study and report</header>

<paragraph id="H8112FBC8328A40D2AB9EFE6A5F76A084"><enum>(1)</enum><header>In general</header><text>Not later than 30 days after the date of the enactment of this Act, the Director of the Office of Personnel Management (in this section referred to as the <quote>Director</quote>) shall contract with the National Academy of Public Administration (in this section referred to as the <quote>Academy</quote>) to conduct a study addressing each of the elements set forth in paragraph (3) and to report the findings and recommendations derived from such study.</text></paragraph>

<paragraph id="H82D180C10B8642A1B68285F58F5A89D1"><enum>(2)</enum><header>Deadline</header><text>Not later than one year after the date the contract required by paragraph (1) is entered into, the Academy shall submit the report prepared under such contract to the Director and the appropriate committees of Congress.</text></paragraph>

<paragraph id="H42B028EF2E874C0EB49C671FFAFAC290"><enum>(3)</enum><header>Requirements</header><text>The study and report required by paragraph (1) and (2) shall include a comprehensive assessment and analysis ofâ€"</text>

<subparagraph id="H8F6162DE582941588800EAB94C2D859B"><enum>(A)</enum><text>the statutory mandates assigned to the Office of Personnel Management and the challenges associated with the Officeâ€™s execution of those mandates;</text></subparagraph>

<subparagraph id="H7A044257AEAA4A969EA562DA6560BB0C"><enum>(B)</enum><text>the non-statutory functions, responsibilities, authorities, services, systems, and programs performed or executed by the Office of Personnel Management; the Officeâ€™s justification for carrying out such functions, responsibilities, authorities, services, systems, and programs; and the challenges associated with the Officeâ€™s execution of same;</text></subparagraph>

<subparagraph id="HED6BFE9773DB4E70BDEBB8106ABBAC6E"><enum>(C)</enum><text>the means, options, and recommended courses of action for addressing the challenges identified pursuant to subparagraphs (A) and (B), including an analysis of the benefits, costs, and feasibility of each option and the effect of each on labor-management agreements;</text></subparagraph>

<subparagraph id="HBE7C54F381D542369A9C7F508FA9731E"><enum>(D)</enum><text>a timetable for the implementation of options and recommended courses of action identified pursuant to subparagraph (C);</text></subparagraph>

<subparagraph id="H42A9E5920F4F4C469CA4FF1BCB16E085"><enum>(E)</enum><text>statutory or regulatory changes necessary to execute any course of action recommended;</text></subparagraph>

<subparagraph id="H2D9FCCD65F794A81B40017E987D0C498"><enum>(F)</enum><text>the methods for involving, engaging with, and receiving input from other Federal agencies, departments, and entities potentially affected by any change in the structure, functions, responsibilities, authorities of the Office of Personnel Management that may be recommended;</text></subparagraph>

<subparagraph id="H2E0FAB9DD3454A779A3D058AC4C48058"><enum>(G)</enum><text>the views of identified stakeholders, including other Federal agencies, departments, and entities; non-Federal entities or organizations representing customers or intended beneficiaries of Office of Personnel Management functions, services, systems, or programs; and such individual customers and intended beneficiaries; and</text></subparagraph>

<subparagraph id="HE1105E4A11644B8A87ADE4EB63C75451"><enum>(H)</enum><text>such other matters as the Director may prescribe.</text></subparagraph></paragraph></subsection>

<subsection id="H7AACF456B4D54D4BBB0CAA8190D6B9EC"><enum>(c)</enum><header>OPM report</header>

<paragraph id="H5872DB938B174CABAE81F115DE01A3C5"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date on which the report is submitted pursuant to subsection (b)(2) to the Director and the appropriate committees of Congress, the Director, in consultation with the General Services Administration, the Office of Management and Budget, and other appropriate Federal agencies, departments, or entities, shall submit to the appropriate committees of Congress a report on the views of the Office of Personnel Management on the findings and recommendations set forth in the report prepared under subsection (b), together with any recommendations for changes in the structure, functions, responsibilities, and authorities of the Office of Personnel Management.</text></paragraph>

<paragraph id="H233A6A47552544FD95CB12A5BDB3F173"><enum>(2)</enum><header>Business case analysis</header><text>Any recommendation submitted in the report under paragraph (1) for change shall be accompanied by a business case analysis setting forth the operational efficiencies and cost savings (in both the short- and long-terms) associated with such change, and a proposal for legislative or administrative action

required to effect the change proposed.</text></paragraph></subsection>

<subsection id="H663FC40E6AFE4A4A882C41F10B5EA0EF"><enum>(d)</enum><header>Definition of appropriate committees of Congress</header><text>For purposes of this section, the term <quote>appropriate committees of Congress</quote> are the Committees on Appropriations and Homeland Security and Governmental Affairs of the Senate and the Committees on Appropriations and Oversight and Reform of the House of Representatives.</text></subsection></section>

<section id="HCC23136B279648668658C138AD06DB89"><enum>1113.</enum><header>Assessment of Accelerated Promotion Program suspension</header>

<subsection id="H9C0A4E272A5C455EA8D19B8C50DA3EA9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall conduct an assessment of the impacts resulting from the Navyâ€™s suspension in 2016 of the Accelerated Promotion Program (in this section referred to as the <quote>APP</quote>).</text></subsection>

<subsection id="H53CD85518DF147F48F01A023F8FD2765"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The assessment required under subsection (a) shall include the following elements:</text>

<paragraph id="H9AFD7049BFC24B05A5CE7369B809003F"><enum>(1)</enum><text display-inline="yes-display-inline">An identification of the number of employees who were hired at the four public shipyards between January 23, 2016, and December 22, 2016, covering the period in which APP was suspended, and who would have otherwise been eligible for APP had the program been in effect at the time they were hired.</text></paragraph>

<paragraph id="HDB2126A7970E4108BFD1F727068A7B2A"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment for employees identified in paragraph (1) to determine the difference between wages earned from the date of hire to the date on which wage data is collected for purposes of the assessment and the wages which would have been earned during this same period had that employee participated in APP from the date of hire and been promoted according to the average promotion timeframe for participants hired in the five-year period prior to the suspension.</text></paragraph>

<paragraph id="HFCFF71431A5C4996B89B95304F1FEB3B" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment for each employee identified in paragraph (1) to determine at what grade and step each effected employee who would have met the required experience and training to qualify for an accelerated promotion would be on October 1, 2020, had that employee been promoted according to the average promotion timeframe for participants hired in the five-year period prior to the suspension.</text></paragraph>

<paragraph id="H320FE1584D304E918C19566180C69FBA" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">An evaluation of existing authorities available to the Secretary to determine whether the Secretary can take measures using those authorities to provide the pay difference and corresponding interest to each effected employee who has otherwise met the required experience and training to qualify for an accelerated promotion identified in paragraph (2) and directly promote the employee to the grade and step identified in paragraph (3).</text></paragraph></subsection>

<subsection id="H99EAA0CDC51D4076B529229C1F916514"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">The Secretary shall submit to the congressional defense committees a report on the results of the assessment required under subsection (a) by not later than June 1, 2020, and shall provide interim briefings upon request.</text></subsection></section>

<section id="H4FEF56C391234B2E8907BE679A8A5D30"><enum>1114.</enum><header>Reimbursement for Federal, State, and local income taxes incurred during travel, transportation, and relocation</header>

<subsection id="H1C8742EB0E1144AA8A5AC744F6E0A4EB"><enum>(a)</enum><header>In general</header><text>Section 5724b of title 5, United States Code, is amendedâ€"</text>

<paragraph id="H3C72B40B846A47C08C27AAFEECB9818F"><enum>(1)</enum><text>in the section

heading, by striking <quote><header-in-text level="section" style="USC">of employees transferred</header-in-text></quote>;</text></paragraph>

<paragraph id="H6C8FD94DA45A43D0B3EA8B6636828AE0"><enum>(2)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H08AB63A797464439B7363C2AED579F35"><enum>(A)</enum><text>in the first sentence, by striking <quote>employee, or by an employee and such employeeâ€™s spouse (if filing jointly), for any moving or storage</quote> and inserting <quote>individual, or by an individual and such individualâ€™s spouse (if filing jointly), for any travel, transportation, or relocation</quote>; and</text></subparagraph>

<subparagraph id="H6968FA49CA3147C18A18DABA6615C37B"><enum>(B)</enum><text>in the second sentence, by striking <quote>employee</quote> and inserting <quote>individual, or the individual</quote>; and</text></subparagraph></paragraph>

<paragraph id="HC6D79B6AD6304A02BC71FC390FA2CEC7"><enum>(3)</enum><text>by striking subsection (b) and inserting the following:</text>

<quoted-block id="HBE8A68421EAA4B0FA0253C5801265FE5" style="OLC">

<subsection id="H79AFF317ABC947A9A8840FE3653409DD"><enum>(b)</enum><text>For purposes of this section, the term <quote>travel, transportation, or relocation expenses</quote> means all travel, transportation, or relocation expenses reimbursed or furnished in kind pursuant to this subchapter of chapter 41.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H1157798CDCF44BD8AFDC2B4D4317D2B8"><enum>(b)</enum><header>Technical and conforming amendment</header><text>The table of sections for chapter 57 of title 5, United States Code, is amended by striking the item relating to section 5724b and inserting the following:</text>

<quoted-block id="H07FEA624EBB44C24B1EE7FB43150A542" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">5724b. Taxes on reimbursements for travel, transportation, and relocation expenses</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HFD64696E080E4DE7B0E2EF9270D644C0"><enum>(c)</enum><header>Retroactive effective date</header><text>The amendments made by this section shall take effect on January 1, 2018.</text></subsection></section>

<section id="HEBEA0635AF6A464B85574BBB2BEBFC2D"><enum>1115.</enum><header>Clarification of limitation on expedited hiring authority for post-secondary students</header><text display-inline="no-display-inline">Section 3116(d)(1) of title 5, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HC69A9F49D43E4A3684FA26B93FE554A9" style="OLC">

<paragraph id="HE94F59762CF94098B1E258BC1BF5E0DB"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (2), the total number of students that the head of an agency may appoint under this section during a fiscal year may not exceed the number equal to 15 percent of the number of students that the agency head appointed during the previous fiscal year to a position at the GSâ€"11 level, or an equivalent level, or below.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H658354B1B195415B8A194B1095A3497C" section-type="subsequent-section"><enum>1116.</enum><header display-inline="yes-display-inline">Modification of temporary assignments of Department of Defense employees to a private-sector organization</header><text display-inline="no-display-inline">Section 1599g(e)(2)(A) of title 10, United States Code, is amended by inserting <quote>permanent</quote> after <quote>without the</quote>.</text></section>

<section id="HAECC488AC5F14FFCA147D91E712B43A4"><enum>1117.</enum><header>Extension of authority for part-time reemployment</header>

<subsection id="HA8B96B6D148D4DD0A74F8172A427F061"><enum>(a)</enum><header>Civil

Service Retirement System</header><text>Section 8344(l)(7) of title 5, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2024</quote>.</text></subsection>

<subsection id="HBFC8C6A72B574E9CB3EC3E1557EE51F4"><enum>(b)</enum><header>Federal Employees Retirement System</header><text>Section 8468(i)(7) of title 5, United States Code, is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2024</quote>.</text></subsection></section></subtitle>

<subtitle id="H91454CB7D2164312A8B5A405C60462C4"><enum>B</enum><header>Fair Chance Act</header>

<section id="H51228127EAE54E43B80252EBA077D0EA" section-type="subsequent-section"><enum>1121.</enum><header>Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote><short-title>Fair Chance to Compete for Jobs Act of 2019</short-title></quote> or the <quote><short-title>Fair Chance Act</short-title></quote>.</text></section>

<section id="HE97CB6A234FD4E3DB9E3D8C43CC49D03" section-type="subsequent-section"><enum>1122.</enum><header>Prohibition on criminal history inquiries prior to conditional offer for Federal employment</header>

<subsection id="H63E0E38157594A2F84531E9CFE51E950"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subpart H of part III of title 5, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H6C6CF3D7EE794618B868DA180DF51610" style="USC">

<chapter id="H1B811D95AC5E491985B983F4C9E281D7" style="USC"><enum>92</enum><header>Prohibition on criminal history inquiries prior to conditional offer</header>

<toc>

<toc-entry level="section">Sec. </toc-entry>

<toc-entry level="section">9201. Definitions.</toc-entry>

<toc-entry level="section">9202. Limitations on requests for criminal history record information.</toc-entry>

<toc-entry level="section">9203. Agency policies; complaint procedures.</toc-entry>

<toc-entry level="section">9204. Adverse action.</toc-entry>

<toc-entry level="section">9205. Procedures.</toc-entry>

<toc-entry level="section">9206. Rules of construction.</toc-entry></toc>

<section id="HAA38D51A62C7497AB89153E7021B8BDA"><enum>9201.</enum><header>Definitions</header><text display-inline="no-display-inline">In this chapterâ€"</text>

<paragraph id="H4C93F472A219430980D50E86C19BBB71"><enum>(1)</enum><text>the term <term>agency</term> means <quote>Executive agency</quote> as such term is defined in section 105 and includesâ€"</text>

<subparagraph id="HBF69B1B2B1C4462BA1B9601DA8A71A72"><enum>(A)</enum><text display-inline="yes-display-inline">the United States Postal Service and the Postal Regulatory Commission; and</text></subparagraph>

<subparagraph id="HED1143CFC76A4219AFD9A8AE5622381E"><enum>(B)</enum><text>the Executive Office of the President;</text></subparagraph></paragraph>

<paragraph id="H10F4C4BBEF35432494471329C9EA1C35"><enum>(2)</enum><text>the term <term>appointing authority</term> means an employee in the executive branch of the Government of the United States that has authority to make appointments to positions in the civil service;</text></paragraph>

<paragraph id="H29875096AEE245208FD216DDBA070F04"><enum>(3)</enum><text>the term <term>conditional offer</term> means an offer of employment in a position in the civil service that is conditioned upon the results of a criminal history

inquiry;</text></paragraph>

<paragraph id="H39D99C8F22A1411EAC3863D0476BC999"><enum>(4)</enum><text>the term <term>criminal history record information</term>â€"</text>

<subparagraph id="HF6B1C0FEE63048128A562D92AD0C8D6D"><enum>(A)</enum><text>except as provided in subparagraphs (B) and (C), has the meaning given the term in section 9101(a);</text></subparagraph>

<subparagraph id="H8960D6470AAF41B0932672363BFE8694"><enum>(B)</enum><text display-inline="yes-display-inline">includes any information described in the first sentence of section 9101(a)(2) that has been sealed or expunged pursuant to law; and</text></subparagraph>

<subparagraph id="H841B2BCA72354CEBA8D7ECEB24B60317"><enum>(C)</enum><text>includes information collected by a criminal justice agency, relating to an act or alleged act of juvenile delinquency, that is analogous to criminal history record information (including such information that has been sealed or expunged pursuant to law); and</text></subparagraph></paragraph>

<paragraph id="H4E5F1CA1FD5048BBBE6690F45870DB56"><enum>(5)</enum><text>the term <term>suspension</term> has the meaning given the term in section 7501.</text></paragraph></section>

<section id="H95EA8D0006EF44AB8F95E411C7A404EE"><enum>9202.</enum><header>Limitations on requests for criminal history record information</header>

<subsection id="HDD9A3E9E58874E3E95F6975552F0ED90"><enum>(a)</enum><header>Inquiries prior to conditional offer</header><text>Except as provided in subsections (b) and (c), an employee of an agency may not request, in oral or written form (including through the Declaration for Federal Employment (Office of Personnel Management Optional Form 306) or any similar successor form, the USAJOBS internet website, or any other electronic means) that an applicant for an appointment to a position in the civil service disclose criminal history record information regarding the applicant before the appointing authority extends a conditional offer to the applicant.</text></subsection>

<subsection commented="no" id="HACC7BEBF39F94ECDB3034EC6E0698B70"><enum>(b)</enum><header>Otherwise required by law</header><text display-inline="yes-display-inline">The prohibition under subsection (a) shall not apply with respect to an applicant for a position in the civil service if consideration of criminal history record information prior to a conditional offer with respect to the position is otherwise required by law.</text></subsection>

<subsection id="H6B2720AD5E0E45D085FBB91D06C653C4"><enum>(c)</enum><header>Exception for certain positions</header>

<paragraph id="HF96975C5522F4F6B9D55F29B0CF58898"><enum>(1)</enum><header>In general</header><text>The prohibition under subsection (a) shall not apply with respect to an applicant for an appointment to a positionâ€"</text>

<subparagraph id="HF139CC9320CB4091B8F436A130E48A3B"><enum>(A)</enum><text>that requires a determination of eligibility described in clause (i), (ii), or (iii) of section 9101(b)(1)(A);</text></subparagraph>

<subparagraph commented="no" id="H9D198948D3724E7F9E0FDD3682776655"><enum>(B)</enum><text>as a Federal law enforcement officer (as defined in section 115(c) of title 18); or</text></subparagraph>

<subparagraph commented="no" id="H28B227C87CD4402E9002576F5D7B1A29"><enum>(C)</enum><text>identified by the Director of the Office of Personnel Management in the regulations issued under paragraph (2).</text></subparagraph></paragraph>

<paragraph commented="no" id="HE38D5664CB984187A3B97C430C05B918"><enum>(2)</enum><header>Regulations</header>

<subparagraph commented="no" id="H2AE44BB1B34E443DB35FD8482A90C5FA"><enum>(A)</enum><header>Issuance</header><text>The Director of the Office of Personnel Management shall issue regulations identifying additional positions with respect to which the prohibition under subsection (a) shall

not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.</text></subparagraph>

<subparagraph commented="no" id="HB475A9690D594FF6BC5D4C40ECD79DBE"><enum>(B)</enum><header>Compliance with civil rights laws</header><text>The regulations issued under subparagraph (A) shallâ€"</text>

<clause commented="no" id="HFF6297F455D6401E8AB12E33F0455D63"><enum>(i)</enum><text>be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and</text></clause>

<clause commented="no" id="H9A2F129632D0434D90E760B6FE7CDC97"><enum>(ii)</enum><text>ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H58119DB3959B4F9F89EB865CA2A3515A"><enum>9203.</enum><header>Agency policies; complaint procedures</header><text display-inline="no-display-inline">The Director of the Office of Personnel Management shallâ€"</text>

<paragraph id="HBC717ACB30DC44EE9CB9223639684B3A"><enum>(1)</enum><text>develop, implement, and publish a policy to assist employees of agencies in complying with section 9202 and the regulations issued pursuant to such section; and</text></paragraph>

<paragraph id="HBFF7A8BFB87344FBB765B0AB671C2C84"><enum>(2)</enum><text>establish and publish procedures under which an applicant for an appointment to a position in the civil service may submit a complaint, or any other information, relating to compliance by an employee of an agency with section 9202.</text></paragraph></section>

<section commented="no" id="H0391B05745A84EC18C198323F6910BE2"><enum>9204.</enum><header>Adverse action</header>

<subsection id="H16F6A1ECEE6A4647982C6402E5758A81"><enum>(a)</enum><header>First violation</header><text display-inline="yes-display-inline">If the Director of the Office of Personnel Management determines, after notice and an opportunity for a hearing on the record, that an employee of an agency has violated section 9202, the Director shallâ€"</text>

<paragraph id="HC4E07CD1DC2247B4AA3FA06157696DD5"><enum>(1)</enum><text>issue to the employee a written warning that includes a description of the violation and the additional penalties that may apply for subsequent violations; and</text></paragraph>

<paragraph id="HD631FBCB57A54016943AB1B651E5D2D5"><enum>(2)</enum><text>file such warning in the employeeâ€™s official personnel record file.</text></paragraph></subsection>

<subsection id="HC00115D06ACD4CFCAD344FCE288DA560"><enum>(b)</enum><header>Subsequent violations</header><text>If the Director of the Office of Personnel Management determines, after notice and an opportunity for a hearing on the record, that an employee that was subject to subsection (a) has committed a subsequent violation of section 9202, the Director may take the following action:</text>

<paragraph commented="no" id="H1E5D35E7C45A481F8E0CC6484BBD7643"><enum>(1)</enum><text>For a second violation, suspension of the employee for a period of not more than 7 days.</text></paragraph>

<paragraph commented="no" id="HF3AD30EB2B0A4DBA953B3FA57965703E"><enum>(2)</enum><text display-inline="yes-display-inline">For a third violation, suspension of the employee for a period of more than 7 days.</text></paragraph>

<paragraph commented="no" id="H0AD2494A4DFA432E8250FB7748BC6DF7"><enum>(3)</enum><text display-inline="yes-display-inline">For a fourth violationâ€"</text>

<subparagraph commented="no" id="H48EF92EB1E9344CCBC6B00694F742A66"><enum>(A)</enum><text display-inline="yes-display-inline">suspension of the employee for a period of more than 7 days;

and</text></subparagraph>

<subparagraph commented="no" id="HA82F768C2EF04959A2CC6A79970077F8"><enum>(B)</enum><text display-inline="yes-display-inline">a civil penalty against the employee in an amount that is not more than $250.</text></subparagraph></paragraph>

<paragraph commented="no" id="HC9BB953341E640D397E2B8FFF92EEB7F"><enum>(4)</enum><text display-inline="yes-display-inline">For a fifth violationâ€"</text>

<subparagraph commented="no" id="H590755756EA7445AB7368E4FC36EB02D"><enum>(A)</enum><text display-inline="yes-display-inline">suspension of the employee for a period of more than 7 days; and</text></subparagraph>

<subparagraph commented="no" id="H60F9DECA629542A88AD852CE794C9168"><enum>(B)</enum><text display-inline="yes-display-inline">a civil penalty against the employee in an amount that is not more than $500.</text></subparagraph></paragraph>

<paragraph commented="no" id="H36BC3387A68E462F8AAD7A329EC4B33D"><enum>(5)</enum><text display-inline="yes-display-inline">For any subsequent violationâ€"</text>

<subparagraph commented="no" id="HF0986FAC0C074FE5A07CDCA96939AFF8"><enum>(A)</enum><text display-inline="yes-display-inline">suspension of the employee for a period of more than 7 days; and</text></subparagraph>

<subparagraph commented="no" id="H5C126F86C90D484A9DB79201C7E0B193"><enum>(B)</enum><text display-inline="yes-display-inline">a civil penalty against the employee in an amount that is not more than $1,000.</text></subparagraph></paragraph></subsection></section>

<section id="H2C283387B58C4A3384ABF01C6996530F"><enum>9205.</enum><header>Procedures</header>

<subsection id="HA8FB2C673FA8447E8ACE35A9E458717C"><enum>(a)</enum><header>Appeals</header><text display-inline="yes-display-inline">The Director of the Office of Personnel Management shall by rule establish procedures providing for an appeal from any adverse action taken under section 9204 by not later than 30 days after the date of the action.</text></subsection>

<subsection commented="no" id="H4DDF76A603414242B2F995ACE98DE1CC"><enum>(b)</enum><header>Applicability of other laws</header><text>An adverse action taken under section 9204 (including a determination in an appeal from such an action under subsection (a) of this section) shall not be subject toâ€"</text>

<paragraph commented="no" id="H7E3D1FAAD3574CE89B7D61CD3CBE3F6D"><enum>(1)</enum><text>the procedures under chapter 75; or</text></paragraph>

<paragraph commented="no" id="HEAB1A623C2C941C9AD9529C9821058D2"><enum>(2)</enum><text>except as provided in subsection (a) of this section, appeal or judicial review.</text></paragraph></subsection></section>

<section id="H4CAEBEBC55CF4E089ED29A72F275FF9C"><enum>9206.</enum><header>Rules of construction</header><text display-inline="no-display-inline">Nothing in this chapter may be construed toâ€"</text>

<paragraph id="HE9FB853F68A04A678FE004BC8ADC0C71"><enum>(1)</enum><text>authorize any officer or employee of an agency to request the disclosure of information described under subparagraphs (B) and (C) of section 9201(4); or</text></paragraph>

<paragraph id="HAE11561D70CD48B2A459D32D61E3A214"><enum>(2)</enum><text>create a private right of action for any person.</text></paragraph></section></chapter><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA9CDE2F5243F41459D90D2C681319B74"><enum>(b)</enum><header>Regulations; effective date</header>

<paragraph commented="no" id="HAB9AD74155BA4E939A969D35E64605F1"><enum>(1)</enum><header>Regulations</header><text>Not later than 1 year after the date of enactment of this subtitle, the Director of the Office of Personnel Management shall issue such regulations as are necessary to carry out chapter 92 of title 5, United States Code (as added by this subtitle).</text></paragraph>

<paragraph id="H482B8056A53944CB8DF3AE9A3750AC99"><enum>(2)</enum><header>Effective date</header><text>Section 9202 of title 5, United States Code (as added by this subtitle), shall take effect on the date that is 2 years after the date of enactment of this subtitle.</text></paragraph></subsection>

<subsection id="HE6C2720FC78341069395FC9828DD90AF"><enum>(c)</enum><header>Technical and conforming amendment</header><text>The table of chapters for part III of title 5, United States Code, is amended by inserting after the item relating to chapter 91 the following:</text>

<quoted-block display-inline="no-display-inline" id="HE109F92EC905471CB2707815F5585DAF" style="USC">

<toc>

<multi-column-toc-entry bold="on" level="chapter"><toc-enum>92.</toc-enum><level-header level="chapter">Prohibition on criminal history inquiries prior to conditional offer</level-header><target>9201</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H60A3B1167E374A0999CC00242036AF73"><enum>(d)</enum><header>Application to Legislative Branch</header>

<paragraph id="H4733633388444D6CA9DA502B6AF14302"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Congressional Accountability Act of 1995 (2 U.S.C. 1301 et seq.) is amendedâ€"</text>

<subparagraph id="HB860829B44EC4CE3882881F549671C09"><enum>(A)</enum><text>in section 102(a) (2 U.S.C. 1302(a)), by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H790EC3CA6F9E48C9AFCF2AC564E61DBB" style="OLC">

<paragraph id="H6B0AF870EFDF480482C574C445557C46"><enum>(12)</enum><text>Section 9202 of title 5, United States Code.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H6880C52C58E44D099F9EF45A3FC62BAB"><enum>(B)</enum><text>by redesignating section 207 (2 U.S.C. 1317) as section 208; and</text></subparagraph>

<subparagraph id="HDBC91ACBC820491D8DD6F2AA210556A2"><enum>(C)</enum><text>by inserting after section 206 (2 U.S.C. 1316) the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H1D7B4513EBE648879304587FC4E37F77" style="OLC">

<section id="H455364116837499BB23992B4D8169CA7"><enum>207.</enum><header>Rights and protections relating to criminal history inquiries</header>

<subsection id="H6D35701B59454C689729CC6B7CD18659"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section, the terms <term>agency</term>, <term>criminal history record information</term>, and <term>suspension</term> have the meanings given the terms in section 9201 of title 5, United States Code, except as otherwise modified by this section.</text></subsection>

<subsection id="HC13E65A9BF0F4C87BA1D6E549A87E208"><enum>(b)</enum><header>Restrictions on criminal history inquiries</header>

<paragraph id="HB779850043FD4A22BC84A94E710513FC"><enum>(1)</enum><header>In general</header>

<subparagraph id="H80CA58FA1E1B4A44B27956CAF0DA135B"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">Except as provided in subparagraph (B), an employee of an employing office may not request that an applicant

for employment as a covered employee disclose criminal history record information if the request would be prohibited under section 9202 of title 5, United States Code, if made by an employee of an agency.</text></subparagraph>

<subparagraph id="HF786E16ACA4E43008FA043FE6F90F7A8"><enum>(B)</enum><header>Conditional offer</header><text display-inline="yes-display-inline">For purposes of applying that section 9202 under subparagraph (A), a reference in that section 9202 to a conditional offer shall be considered to be an offer of employment as a covered employee that is conditioned upon the results of a criminal history inquiry.</text></subparagraph></paragraph>

<paragraph id="H4616947A7C614E72AE8892AD949E7D52"><enum>(2)</enum><header>Rules of construction</header><text>The provisions of section 9206 of title 5, United States Code, shall apply to employing offices, consistent with regulations issued under subsection (d).</text></paragraph></subsection>

<subsection id="H48CF8667D1BA43DC8A32BF27EF4CCB25"><enum>(c)</enum><header>Remedy</header>

<paragraph id="H57ED7389A3FA4442A41A879654F6EF10"><enum>(1)</enum><header>In general</header><text>The remedy for a violation of subsection (b)(1) shall be such remedy as would be appropriate if awarded under section 9204 of title 5, United States Code, if the violation had been committed by an employee of an agency, consistent with regulations issued under subsection (d), except that the reference in that section to a suspension shall be considered to be a suspension with the level of compensation provided for a covered employee who is taking unpaid leave under section 202.</text></paragraph>

<paragraph id="H210D54CF06A0444D8302B5479DEBCC8D"><enum>(2)</enum><header>Process for obtaining relief</header><text>An applicant for employment as a covered employee who alleges a violation of subsection (b)(1) may rely on the provisions of title IV (other than section 407 or 408, or a provision of this title that permits a person to obtain a civil action or judicial review), consistent with regulations issued under subsection (d).</text></paragraph></subsection>

<subsection id="H210B90D9F34E4B398B79C0B3A6389747"><enum>(d)</enum><header>Regulations To implement section</header>

<paragraph id="H613A99488DA1467A97D207D9A14F483E"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 18 months after the date of enactment of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title>, the Board shall, pursuant to section 304, issue regulations to implement this section.</text></paragraph>

<paragraph id="HB8E48358D7A648D783DD79DE7C4C3584"><enum>(2)</enum><header>Parallel with agency regulations</header><text display-inline="yes-display-inline">The regulations issued under paragraph (1) shall be the same as substantive regulations issued by the Director of the Office of Personnel Management under section 2(b)(1) of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title> to implement the statutory provisions referred to in subsections (a) through (c) except to the extent that the Board may determine, for good cause shown and stated together with the regulation, that a modification of such regulations would be more effective for the implementation of the rights and protections under this section.</text></paragraph></subsection>

<subsection id="HE10A2C64BD53420AB021323A12535759"><enum>(e)</enum><header>Effective Date</header><text>Section 102(a)(12) and subsections (a) through (c) shall take effect on the date on which section 9202 of title 5, United States Code, applies with respect to agencies.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HDBF1F6272A5C4E7798DC72919F5F5131"><enum>(2)</enum><header>Clerical amendments</header>

<subparagraph id="HF3E3C241505944C3A1EDCDACEB56E9D6"><enum>(A)</enum><text display-inline="yes-display-inline">The table of contents in section 1(b) of the Congressional Accountability Act of 1995 (Public Law 104â€"1; 109 Stat. 3) is amendedâ€"</text>

<clause id="HCBE69202C27C4608AAEF91B57BEDF98E"><enum>(i)</enum><text>by redesignating

the item relating to section 207 as the item relating to section 208; and</text></clause>

<clause id="H95D628BDFE2F400CACFC18C266AE9C79"><enum>(ii)</enum><text>by inserting after the item relating to section 206 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H3E81E57EA5974C7CB5E6D75193EC48B6" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 207. Rights and protections relating to criminal history inquiries.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2B6B3A45617C49D7A50D5D19AA9DCE15"><enum>(B)</enum><text>Section 62(e)(2) of the Internal Revenue Code of 1986 is amended by striking <quote>or 207</quote> and inserting <quote>207, or 208</quote>.</text></subparagraph></paragraph></subsection>

<subsection id="H3575B3448B08485A8B769EAFD3C93A1C"><enum>(e)</enum><header>Application to judicial branch</header><text display-inline="yes-display-inline">Section 604 of title 28, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HB3946F90F8D748DEB4883C5DD367F354" style="USC">

<subsection id="H4F7759EB18EC48C49B3BF45DA695285B"><enum>(i)</enum><header>Restrictions on criminal history inquiries</header>

<paragraph id="H7044CE9CF2B144069EA4AFAA19B9D193"><enum>(1)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this subsectionâ€"</text>

<subparagraph id="H08B33B9D382C49CBADBA580A10576E47"><enum>(A)</enum><text>the terms <term>agency</term> and <term>criminal history record information</term> have the meanings given those terms in section 9201 of title 5;</text></subparagraph>

<subparagraph id="HA67D0A6307B34842AE867DBC02DCF9BE"><enum>(B)</enum><text display-inline="yes-display-inline">the term <term>covered employee</term> means an employee of the judicial branch of the United States Government, other thanâ€"</text>

<clause id="HC995953B215F4444869B13953192DAE0"><enum>(i)</enum><text display-inline="yes-display-inline">any judge or justice who is entitled to hold office during good behavior;</text></clause>

<clause id="H978E231947AF4D228204DA0A576C5375"><enum>(ii)</enum><text display-inline="yes-display-inline">a United States magistrate judge; or</text></clause>

<clause id="H7EAC1692827F4413ACCB14B91AFB7552"><enum>(iii)</enum><text display-inline="yes-display-inline">a bankruptcy judge; and</text></clause></subparagraph>

<subparagraph id="HA52D833AB0BC4FB4A8BB71EE3BF57188"><enum>(C)</enum><text display-inline="yes-display-inline">the term <term>employing office</term> means any office or entity of the judicial branch of the United States Government that employs covered employees.</text></subparagraph></paragraph>

<paragraph id="H776DE651345D4161A10CAB51A0456B9C"><enum>(2)</enum><header>Restriction</header><text display-inline="yes-display-inline">A covered employee may not request that an applicant for employment as a covered employee disclose criminal history record information if the request would be prohibited under section 9202 of title 5 if made by an employee of an agency.</text></paragraph>

<paragraph id="HE7466613D7354C4681A7E224424D54CE"><enum>(3)</enum><header>Employing office policies; complaint procedure</header><text>The provisions of sections 9203 and 9206 of title 5 shall apply to employing offices and to applicants for employment as covered employees, consistent with regulations issued by the Director to implement this subsection.</text></paragraph>

<paragraph id="HA30E9C32C9524BCAB08F447BCFC10A0B"><enum>(4)</enum><header>Adverse action</header>

<subparagraph id="H4BC131EE059D4267B2F370CC0FF4E4AA"><enum>(A)</enum><header>Adverse action</header><text display-inline="yes-display-inline">The Director may take such adverse action with respect to a covered employee who violates paragraph (2) as would be appropriate under section 9204 of title 5 if the violation had been committed by an employee of an agency.</text></subparagraph>

<subparagraph id="HC2F87C7D84BB4536AC092309798E24EE"><enum>(B)</enum><header>Appeals</header><text>The Director shall by rule establish procedures providing for an appeal from any adverse action taken under subparagraph (A) by not later than 30 days after the date of the action.</text></subparagraph>

<subparagraph id="HB7916865888A4300AAD360FB6B4CD777"><enum>(C)</enum><header>Applicability of other laws</header><text>Except as provided in subparagraph (B), an adverse action taken under subparagraph (A) (including a determination in an appeal from such an action under subparagraph (B)) shall not be subject to appeal or judicial review.</text></subparagraph></paragraph>

<paragraph id="HAE7517C782CA44AA9AF0B1A6DC4567EA"><enum>(5)</enum><header>Regulations to be issued</header>

<subparagraph id="HB4F2BACA3A9B40918F924713152ECD6B"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 18 months after the date of enactment of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title>, the Director shall issue regulations to implement this subsection.</text></subparagraph>

<subparagraph id="H25C28D7A0F7545BBBA998E7E73A85FF0"><enum>(B)</enum><header>Parallel with agency regulations</header><text display-inline="yes-display-inline">The regulations issued under subparagraph (A) shall be the same as substantive regulations promulgated by the Director of the Office of Personnel Management under section 2(b)(1) of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title> except to the extent that the Director of the Administrative Office of the United States Courts may determine, for good cause shown and stated together with the regulation, that a modification of such regulations would be more effective for the implementation of the rights and protections under this subsection.</text></subparagraph></paragraph>

<paragraph id="HCC5554662CDC467192BA77D94937B387"><enum>(6)</enum><header>Effective date</header><text display-inline="yes-display-inline">Paragraphs (1) through (4) shall take effect on the date on which section 9202 of title 5 applies with respect to agencies.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" id="H54077C2823AE4B5383CEF8D4A9F42123" section-type="subsequent-section"><enum>1123.</enum><header>Prohibition on criminal history inquiries by contractors prior to conditional offer</header>

<subsection commented="no" id="H799FA8B7AA4348118BC32F20549930AF"><enum>(a)</enum><header>Civilian agency contracts</header>

<paragraph commented="no" id="H114188DE9E19432E9A1FF2A3D55EA785"><enum>(1)</enum><header>In general</header><text>Chapter 47 of title 41, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H84CFCA7D36434EC9A01F646EE7D61153" style="USC">

<section id="HB7EA5C488C4842FA96FB122ABB5A7E45"><enum>4714.</enum><header>Prohibition on criminal history inquiries by contractors prior to conditional offer</header>

<subsection commented="no" display-inline="no-display-inline" id="H37CA7F8BEA884212A9184BA64089D962"><enum>(a)</enum><header>Limitation on criminal history inquiries</header>

<paragraph commented="no" id="H1F56080FB09C4E77A5C84714BB16D11A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Except as provided in paragraphs (2) and (3), an executive agencyâ€"</text>

<subparagraph commented="no" id="H7E3C572760CA49ECB892A126A0DF0B8C"><enum>(A)</enum><text display-inline="yes-display-inline">may not require that an individual or sole proprietor who submits a bid for a contract to disclose criminal history record information regarding that individual or sole proprietor before determining the apparent awardee; and</text></subparagraph>

<subparagraph commented="no" id="HD72721C6A10E443CA5BBAE1AB451B8D3"><enum>(B)</enum><text display-inline="yes-display-inline">shall require, as a condition of receiving a Federal contract and receiving payments under such contract that the contractor may not verbally, or through written form, request the disclosure of criminal history record information regarding an applicant for a position related to work under such contract before the contractor extends a conditional offer to the applicant.</text></subparagraph></paragraph>

<paragraph id="H4F7C8CAD1EE34F9DAFA84DD2806E8689"><enum>(2)</enum><header>Otherwise required by law</header><text display-inline="yes-display-inline">The prohibition under paragraph (1) does not apply with respect to a contract if consideration of criminal history record information prior to a conditional offer with respect to the position is otherwise required by law.</text></paragraph>

<paragraph commented="no" id="H1FE544CBB4094051AAB21B7D280A8D84"><enum>(3)</enum><header>Exception for certain positions</header>

<subparagraph commented="no" id="H78DDA002F8754F2EBB781A8E314900EC"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">The prohibition under paragraph (1) does not apply with respect toâ€"</text>

<clause commented="no" id="H70EA5981548847F8B81F895CAD8BF7ED"><enum>(i)</enum><text display-inline="yes-display-inline">a contract that requires an individual hired under the contract to access classified information or to have sensitive law enforcement or national security duties; or</text></clause>

<clause commented="no" id="H12778D3A01C547FAB33724D2D146DD2B"><enum>(ii)</enum><text>a position that the Administrator of General Services identifies under the regulations issued under subparagraph (B).</text></clause></subparagraph>

<subparagraph commented="no" id="H8F9C0E8981D64EB4AA8068814DC2D6B2"><enum>(B)</enum><header>Regulations</header>

<clause commented="no" id="H3FF8AAB126404DE591E11F5F4FD32CD8"><enum>(i)</enum><header>Issuance</header><text>Not later than 16 months after the date of enactment of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title>, the Administrator of General Services, in consultation with the Secretary of Defense, shall issue regulations identifying additional positions with respect to which the prohibition under paragraph (1) shall not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.</text></clause>

<clause commented="no" id="H15B5AF27882B4F68A2DDBE0CE8526B4D"><enum>(ii)</enum><header>Compliance with civil rights laws</header><text>The regulations issued under clause (i) shallâ€"</text>

<subclause commented="no" id="H2D9198D2E3014952BDE94F962045A390"><enum>(I)</enum><text>be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and</text></subclause>

<subclause commented="no" id="H239CB7E0E3C4478C8F35175E21B88016"><enum>(II)</enum><text>ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection id="H12FD5CAC1B814A9BB7979EEB6C07521E"><enum>(b)</enum><header>Complaint procedures</header><text>The Administrator of General Services shall establish and publish procedures under which an applicant for a position with a Federal contractor

may submit to the Administrator a complaint, or any other information, relating to compliance by the contractor with subsection (a)(1)(B).</text></subsection>

<subsection commented="no" id="HA23F5A867C274B459B8A33BDE691D0C3"><enum>(c)</enum><header>Action for violations of prohibition on criminal history inquiries</header>

<paragraph id="HFE42EC1C6EFA47E7B5469891F53EE5E4"><enum>(1)</enum><header>First violation</header><text>If the head of an executive agency determines that a contractor has violated subsection (a)(1)(B), such head shallâ€"</text>

<subparagraph id="H8EB6EAB441C74CFCB8C456D7FBF408D4"><enum>(A)</enum><text>notify the contractor;</text></subparagraph>

<subparagraph id="H2D5BB9446FFB4326862A7DE19197B45D"><enum>(B)</enum><text>provide 30 days after such notification for the contractor to appeal the determination; and</text></subparagraph>

<subparagraph id="H33487AA9D7C44D5D8FFD040C7C4899C1"><enum>(C)</enum><text>issue a written warning to the contractor that includes a description of the violation and the additional remedies that may apply for subsequent violations.</text></subparagraph></paragraph>

<paragraph id="HFCA0620C80EB4272B7B1A1031224636C"><enum>(2)</enum><header>Subsequent violation</header><text>If the head of an executive agency determines that a contractor that was subject to paragraph (1) has committed a subsequent violation of subsection (a)(1)(B), such head shall notify the contractor, shall provide 30 days after such notification for the contractor to appeal the determination, and, in consultation with the relevant Federal agencies, may take actions, depending on the severity of the infraction and the contractorâ€™s history of violations, includingâ€"</text>

<subparagraph id="H537169280AE643DDBE9E104810B18EA5"><enum>(A)</enum><text>providing written guidance to the contractor that the contractor's eligibility for contracts requires compliance with this section;</text></subparagraph>

<subparagraph id="HB57D6B4C7968411EAA1D2D8E49575FD8"><enum>(B)</enum><text>requiring that the contractor respond within 30 days affirming that the contractor is taking steps to comply with this section; and</text></subparagraph>

<subparagraph id="HC123DF2B11C04F07B19000BA7867A003"><enum>(C)</enum><text>suspending payment under the contract for which the applicant was being considered until the contractor demonstrates compliance with this section.</text></subparagraph></paragraph></subsection>

<subsection id="H78D406FE09384853887C0136DFEC9E1A"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H9F22EF1EC63340AA9E0AAA57E888E1AE"><enum>(1)</enum><header>Conditional offer</header><text>The term <term>conditional offer</term> means an offer of employment for a position related to work under a contract that is conditioned upon the results of a criminal history inquiry.</text></paragraph>

<paragraph id="H3A27DE8DCA3148B69D7880DC8AE5CC75"><enum>(2)</enum><header>Criminal history record information</header><text display-inline="yes-display-inline">The term <term>criminal history record information</term> has the meaning given that term in section 9201 of title 5.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="HA10D58BDBF2549EE8220A234F185D8B9"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections for chapter 47 of title 41, United States Code, is amended by adding at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H8A55EBADEDFC496EACEEA3B57378D705" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">4714. Prohibition on criminal history inquiries by contractors prior to conditional offer.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="H5DCD59DB753A46419C9EEE9D014D6437"><enum>(3)</enum><header>Effective date</header><text display-inline="yes-display-inline">Section 4714 of title 41, United States Code, as added by paragraph (1), shall apply with respect to contracts awarded pursuant to solicitations issued after the effective date described in section 1122(b)(2) of this subtitle.</text></paragraph></subsection>

<subsection commented="no" id="H1647E7BD4F414116BE73BFA9A4EA0C11"><enum>(b)</enum><header>Defense contracts</header>

<paragraph commented="no" id="HFD079F82920A47F5A56E35232A951803"><enum>(1)</enum><header>In general</header><text>Chapter 137 of title 10, United States Code, is amended by inserting after section 2338 the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H279E7EFB037C4C2A802EB7F972F09EC1" style="USC">

<section commented="no" id="H2A4D8BF75421426E893ACD013AF59246"><enum>2339.</enum><header>Prohibition on criminal history inquiries by contractors prior to conditional offer</header>

<subsection commented="no" id="H3FF828706A4A4ADCA816B857CBFB77E4"><enum>(a)</enum><header>Limitation on criminal history inquiries</header>

<paragraph commented="no" id="HFCA89D3DE1934A11A690846C6F296677"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraphs (2) and (3), the head of an agencyâ€"</text>

<subparagraph commented="no" id="H23520E1997584E9096D68F2A1F09EA84"><enum>(A)</enum><text display-inline="yes-display-inline">may not require that an individual or sole proprietor who submits a bid for a contract to disclose criminal history record information regarding that individual or sole proprietor before determining the apparent awardee; and</text></subparagraph>

<subparagraph commented="no" id="HD4F7FFB9D381459497A3681620CFAC24"><enum>(B)</enum><text display-inline="yes-display-inline">shall require as a condition of receiving a Federal contract and receiving payments under such contract that the contractor may not verbally or through written form request the disclosure of criminal history record information regarding an applicant for a position related to work under such contract before such contractor extends a conditional offer to the applicant.</text></subparagraph></paragraph>

<paragraph id="H548B339FE0FB442C9F970FF9D2B26C96"><enum>(2)</enum><header>Otherwise required by law</header><text display-inline="yes-display-inline">The prohibition under paragraph (1) does not apply with respect to a contract if consideration of criminal history record information prior to a conditional offer with respect to the position is otherwise required by law.</text></paragraph>

<paragraph commented="no" id="H5703DCAD9CD94F11BD6E6D5CE9ACC0EA"><enum>(3)</enum><header>Exception for certain positions</header>

<subparagraph commented="no" id="H0689CC74ECAB4F2887AA2516561152B1"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">The prohibition under paragraph (1) does not apply with respect toâ€"</text>

<clause commented="no" id="H2F6213FC78D945FB926B083F91C3BEE9"><enum>(i)</enum><text display-inline="yes-display-inline">a contract that requires an individual hired under the contract to access classified information or to have sensitive law enforcement or national security duties; or</text></clause>

<clause commented="no" id="HF8089C75780C4176812F5CC635ADC3EA"><enum>(ii)</enum><text>a position that the Secretary of Defense identifies under the regulations issued under subparagraph (B).</text></clause></subparagraph>

<subparagraph commented="no" id="H79F983F61D1147CBBC205E55F0110D21"><enum>(B)</enum><header>Regulations</header>

<clause commented="no" id="H46C46F93C26040D28BAFF4EE73E500A9"><enum>(i)</enum><header>Issuance</header><text>Not later than 16 months after the date of enactment of the <short-title>Fair Chance to Compete for Jobs Act of 2019</short-title>, the Secretary of Defense, in consultation with the Administrator of General Services, shall issue regulations identifying additional positions with respect to which the prohibition under paragraph (1) shall not apply, giving due consideration to positions that involve interaction with minors, access to sensitive information, or managing financial transactions.</text></clause>

<clause commented="no" id="H2D5A2497959143CEA05C94E54310CA68"><enum>(ii)</enum><header>Compliance with civil rights laws</header><text>The regulations issued under clause (i) shallâ€"</text>

<subclause commented="no" id="H58193B8BE9F543249DC38EA6D75CC2D4"><enum>(I)</enum><text>be consistent with, and in no way supersede, restrict, or limit the application of title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e et seq.) or other relevant Federal civil rights laws; and</text></subclause>

<subclause commented="no" id="H34298439C33A4E3E8831A4DC30B019F4"><enum>(II)</enum><text>ensure that all hiring activities conducted pursuant to the regulations are conducted in a manner consistent with relevant Federal civil rights laws.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection id="HCBE6855291E7476E9BF14A843550A078"><enum>(b)</enum><header>Complaint procedures</header><text display-inline="yes-display-inline">The Secretary of Defense shall establish and publish procedures under which an applicant for a position with a Department of Defense contractor may submit a complaint, or any other information, relating to compliance by the contractor with subsection (a)(1)(B).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAC884F06F7B84BC985D04CAA7766F25D"><enum>(c)</enum><header>Action for violations of prohibition on criminal history inquiries</header>

<paragraph id="H6300D1B0F4684C1C9B9FB60F7C498F2A"><enum>(1)</enum><header>First violation</header><text>If the Secretary of Defense determines that a contractor has violated subsection (a)(1)(B), the Secretary shallâ€"</text>

<subparagraph id="HBD905FE5993346C984191EDB58EB9865"><enum>(A)</enum><text>notify the contractor;</text></subparagraph>

<subparagraph id="H6E15C295D8A0431DA466DE996260D557"><enum>(B)</enum><text>provide 30 days after such notification for the contractor to appeal the determination; and</text></subparagraph>

<subparagraph id="H01826811722F49428A5E171EE9835647"><enum>(C)</enum><text>issue a written warning to the contractor that includes a description of the violation and the additional remedies that may apply for subsequent violations.</text></subparagraph></paragraph>

<paragraph commented="no" id="H75B4FF9777FB41EABFC575730849049E"><enum>(2)</enum><header>Subsequent violations</header><text display-inline="yes-display-inline">If the Secretary of Defense determines that a contractor that was subject to paragraph (1) has committed a subsequent violation of subsection (a)(1)(B), the Secretary shall notify the contractor, shall provide 30 days after such notification for the contractor to appeal the determination, and, in consultation with the relevant Federal agencies, may take actions, depending on the severity of the infraction and the contractorâ€™s history of violations, includingâ€"</text>

<subparagraph id="H0D3C97010A7A4012BE1872EA4421087F"><enum>(A)</enum><text>providing written guidance to the contractor that the contractor's eligibility for contracts requires compliance with this section;</text></subparagraph>

<subparagraph id="HC37889095F9F49A596715128D4630CBE"><enum>(B)</enum><text>requiring that the contractor respond within 30 days affirming that the contractor is taking steps to comply with this section; and</text></subparagraph>

<subparagraph id="H22D92DF6847B4B35A93452E08EA4B7A6"><enum>(C)</enum><text>suspending payment under the contract for which the applicant was being considered until the contractor demonstrates compliance with this section.</text></subparagraph></paragraph></subsection>

<subsection id="HB8DBD9BFE6144084B931B571726E0D1D"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H95A48A4DE8B340DF931DA482F1D6397F"><enum>(1)</enum><header>Conditional offer</header><text>The term <term>conditional offer</term> means an offer of employment for a position related to work under a contract that is conditioned upon the results of a criminal history inquiry.</text></paragraph>

<paragraph id="H97BC47353FB14756B2175E05BEA3CBF6"><enum>(2)</enum><header>Criminal history record information</header><text display-inline="yes-display-inline">The term <term>criminal history record information</term> has the meaning given that term in section 9201 of title 5.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="H7DEA8784C21A451AABAE09759423709D"><enum>(2)</enum><header>Effective date</header><text display-inline="yes-display-inline">Section 2339(a) of title 10, United States Code, as added by paragraph (1), shall apply with respect to contracts awarded pursuant to solicitations issued after the effective date described in section 1122(b)(2) of this subtitle.</text></paragraph>

<paragraph commented="no" id="H00790248B41842B0B10D191F71FCA8F6"><enum>(3)</enum><header>Clerical amendment</header><text>The table of sections for chapter 137 of title 10, United States Code, is amended by inserting after the item relating to section 2338 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H55F0CC63A8FF46CBAC1F167264B552D0" style="USC">

<toc>

<toc-entry bold="off" level="section">2339. Prohibition on criminal history inquiries by contractors prior to conditional offer.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H20DEEFEF8F58419D8B73394C14B364C0"><enum>(c)</enum><header>Revisions to Federal Acquisition Regulation</header>

<paragraph id="H57B84F9FF72146E6B700C188D8B2C8E0"><enum>(1)</enum><header>In general</header><text>Not later than 18 months after the date of enactment of this subtitle, the Federal Acquisition Regulatory Council shall revise the Federal Acquisition Regulation to implement section 4714 of title 41, United States Code, and section 2339 of title 10, United States Code, as added by this section.</text></paragraph>

<paragraph id="HFFB463F72F3448D897F0AEE0EAF238B7"><enum>(2)</enum><header>Consistency with Office of Personnel Management regulations</header><text>The Federal Acquisition Regulatory Council shall revise the Federal Acquisition Regulation under paragraph (1) to be consistent with the regulations issued by the Director of the Office of Personnel Management under section 1122(b)(1) to the maximum extent practicable. The Council shall include together with such revision an explanation of any substantive modification of the Office of Personnel Management regulations, including an explanation of how such modification will more effectively implement the rights and protections under this section.</text></paragraph></subsection></section>

<section commented="no" id="H976D1B82602E4D5B94B3CE347009DC2F"><enum>1124.</enum><header>Report on employment of individuals formerly incarcerated in Federal prisons</header>

<subsection commented="no" id="H60E4BA640D7B42A88A6D03FD969393FE"><enum>(a)</enum><header>Definition</header><text display-inline="yes-display-inline">In this section, the term <term>covered individual</term>â€"</text>

<paragraph commented="no" id="H20EA6C120762430C879C32187D36747D"><enum>(1)</enum><text display-inline="yes-display-inline">means an individual who has completed a term of imprisonment in a Federal prison for a Federal criminal offense; and</text></paragraph>

<paragraph commented="no" id="H746293C191EC485CAA7D3FB4601D39A6"><enum>(2)</enum><text display-inline="yes-display-inline">does not include an alien who is or will be removed from the United States for a violation of the immigration laws (as such term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101)).</text></paragraph></subsection>

<subsection commented="no" id="HCFB54C59246F42E7A343F791AAB7998E"><enum>(b)</enum><header>Study and report required</header><text display-inline="yes-display-inline">The Director of the Bureau of Justice Statistics, in coordination with the Director of the Bureau of the Census, shallâ€"</text>

<paragraph commented="no" id="HC9829904DDC84414B579C0B199108EDE"><enum>(1)</enum><text>not later than 180 days after the date of enactment of this subtitle, design and initiate a study on the employment of covered individuals after their release from Federal prison, including by collectingâ€"</text>

<subparagraph commented="no" id="H69129FC3D7544D049C564D39C4F5D450"><enum>(A)</enum><text>demographic data on covered individuals, including race, age, and sex; and</text></subparagraph>

<subparagraph commented="no" id="H0D3E5C4EB43E48EF831D100D02925062"><enum>(B)</enum><text>data on employment and earnings of covered individuals who are denied employment, including the reasons for the denials; and</text></subparagraph></paragraph>

<paragraph commented="no" id="H92A2321BEE12458BA5ABABBFADA760E1"><enum>(2)</enum><text>not later than 2 years after the date of enactment of this subtitle, and every 5 years thereafter, submit a report that does not include any personally identifiable information on the study conducted under paragraph (1) toâ€"</text>

<subparagraph commented="no" id="H5B6A3CCD792344F3B9C92733040E4018"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs of the Senate;</text></subparagraph>

<subparagraph commented="no" id="HD05ED72A51B343569523888F690A4681"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Health, Education, Labor, and Pensions of the Senate;</text></subparagraph>

<subparagraph commented="no" id="HA5B697E1C8F84A8DA04C6EF623EFA286"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Oversight and Reform of the House of Representatives; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA5DBD4B77F0F4ACC9D3C496CF83CACE6"><enum>(D)</enum><text display-inline="yes-display-inline">the Committee on Education and Labor of the House of Representatives.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="HBE986043727D4AF6B121C5B27D1CC9DC"><enum>C</enum><header>ATC Hiring Reform</header>

<section id="HCD0EC9A8006A44A09E8BA30413AF18B8"><enum>1131.</enum><header>Short title; definition</header>

<subsection id="H509A2EBCECEA43D0AA1EC2BD1A260B4F"><enum>(a)</enum><header>Short title</header><text display-inline="yes-display-inline">This subtitle may be cited as the <quote>ATC Hiring Reform Act</quote>.</text></subsection>

<subsection id="HE1CEEAADE23B43A78F1A7985EE798F24"><enum>(b)</enum><header>Definition of appropriate committees of Congress</header><text>In this subtitle, the term <quote>appropriate committees of Congress</quote> meansâ€"</text>

<paragraph id="HFF3233BC763B452EA47722DA9B3419CF"><enum>(1)</enum><text>the Committee on Oversight and Reform of the House of Representatives;</text></paragraph>

<paragraph id="H5B03FF7C1F8F49DD9C9F6E47D9330499"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Transportation and Infrastructure of the House of Representatives;</text></paragraph>

<paragraph id="H98C6BB6E2D36449C88DCE8AB9A1D9455"><enum>(3)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></paragraph>

<paragraph id="H40F03153B6324BD8B25B9E747A21338F"><enum>(4)</enum><text display-inline="yes-display-inline">the Committee on Commerce, Science, and Transportation of the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H22153FF345D14725A6DAEFC001F0D358" section-type="subsequent-section"><enum>1132.</enum><header display-inline="yes-display-inline">Hiring of air traffic control specialists</header><text display-inline="no-display-inline">Section 44506(f)(1)(B)(i) of title 49, United States Code, is amended by striking <quote>referring</quote> and all that follows through <quote>10 percent.</quote> and inserting <quote>giving further preferential consideration, within each qualification category based upon pre-employment testing results (including application of veterans' preference as required under section 40122(g)(2)(B)), to pool 1 applicants described in clause (ii) before pool 2 applicants described in clause (iii).</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HA4055981CCEA45C88D44E6F30AC01ABF" section-type="subsequent-section"><enum>1133.</enum><header display-inline="yes-display-inline">Ensuring hiring preference for applicants with experience at an air traffic control facility of the National Guard</header><text display-inline="no-display-inline">Section 44506(f)(1)(A)(ii) of title 49, United States Code, is amended by inserting <quote>(including a facility of the National Guard)</quote> after <quote>Department of Defense</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H1C2E1B9C736E4798B44CDFB5A64E4FF2" section-type="subsequent-section"><enum>1134.</enum><header>FAA reports on air traffic controller hiring and training</header>

<subsection commented="no" display-inline="no-display-inline" id="H3D8C2C3486274604938F0FB37D0A6B71"><enum>(a)</enum><header>Reports to Congress</header><text>Not later than September 30 of 2020, 2021, 2022, and 2023, the Administrator of the Federal Aviation Administration shall submit to the appropriate committees of Congress a report regarding the hiring and training of air traffic controllers.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA5A69937C5FB49EA9B1CB69AD0D15AA4"><enum>(b)</enum><header>Contents</header><text>Each report under subsection (a) shall include the following information:</text>

<paragraph id="HB96B8BBF6E9D4811BACDE4D5D5CF2047"><enum>(1)</enum><text>The number of applicants, from each hiring pool (by vacancy announcement beginning with vacancy announcement FAA-ATO-19-ALLSRCE-61676 (issued on June 14, 2019)) who have done the following:</text>

<subparagraph id="H36481F1F70814D5D8876A2237E5F26F5"><enum>(A)</enum><text>Applied for the position of air traffic controller.</text></subparagraph>

<subparagraph id="H0518A10B280C434394D69CBE23556D7B"><enum>(B)</enum><text>Been issued a tentative offer letter for the position of air traffic controller.</text></subparagraph>

<subparagraph id="H5E484CB3BF4C4FF7BFD5780AC4AAB725"><enum>(C)</enum><text>Been issued a firm offer letter for the position of air traffic controller.</text></subparagraph>

<subparagraph id="HFD49515C7BA84F629CB8751913B2DC6C"><enum>(D)</enum><text>Been hired for the position of air traffic controller.</text></subparagraph>

<subparagraph id="H53B9C6A2B68E4028AC75EB011F6A9531"><enum>(E)</enum><text>Reported to the FAA Academy for initial qualification training.</text></subparagraph>

<subparagraph id="H923F8056C5EC41DA9FDFB6A6BB4D213D"><enum>(F)</enum><text>Successfully passed Air Traffic Basics training at the FAA Academy.</text></subparagraph>

<subparagraph id="H7D6D272E1336429089FC132C92CE48E6"><enum>(G)</enum><text>Successfully passed Terminal initial training at the FAA Academy.</text></subparagraph>

<subparagraph id="H1084B64EFBB64BF9924BF54456E08FAE"><enum>(H)</enum><text>Successfully passed En Route initial training at the FAA Academy.</text></subparagraph></paragraph>

<paragraph id="HD9989DE375AB4F73BDB6BC9108662BBD"><enum>(2)</enum><text>The average cost of training per individual for each such hiring pool for the following:</text>

<subparagraph id="H9973E43C248F491D84EEF47C73111036"><enum>(A)</enum><text>Air Traffic Basics training at the FAA Academy.</text></subparagraph>

<subparagraph id="HF094EA34BDEB44FA90F227E5F492D75F"><enum>(B)</enum><text>Terminal initial training at the FAA Academy.</text></subparagraph>

<subparagraph id="HDF16AD82952145928B3DAEC778C8B7BD"><enum>(C)</enum><text>En Route initial training at the FAA Academy.</text></subparagraph></paragraph>

<paragraph id="H3267F67A76D74E80A3DCF579B59B3A02"><enum>(3)</enum><text>The FAA Academy attrition rate for each such hiring pool.</text></paragraph>

<paragraph id="H8F2366F4348442349A356CC20F60E745"><enum>(4)</enum><text>The number of applicants, from each such hiring pool, who have successfully completed qualification training at their first FAA facility and the number who are still in training at their first facility.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9BBBCCFB10FC40A8BCF8C489B7142A5D"><enum>(5)</enum><text>Other information determined appropriate by the Administrator of the Federal Aviation Administration.</text></paragraph></subsection></section>

<section id="H82E10E861EFF4F6DBFEA0DB57467B43A"><enum>1135.</enum><header>DOT Inspector General review and report</header>

<subsection id="H20F3E048340B461BB0516ADC62E86BBF"><enum>(a)</enum><header>Review</header>

<paragraph id="HD42D5BD84EBA47CEB7CD834CB57DF7DD"><enum>(1)</enum><header>In general</header><text>The Inspector General of the Department of Transportation (in this section referred to as the <quote>Inspector General</quote>) shall conduct a review that assesses the assumptions and methodologies used to develop the air traffic controller pre-employment test. Such review shall includeâ€"</text>

<subparagraph id="H490173E02BBD4F00A8713592FEF7AE95"><enum>(A)</enum><text>what job-relevant aptitudes are measured by the air traffic controller pre-employment test and to what extent such aptitudes are tested;</text></subparagraph>

<subparagraph id="H214AD73D6F1B4E76BF6C8D2D23E25A47"><enum>(B)</enum><text>the scoring methodology for the air traffic controller pre-employment test, including an assessment of whether such methodology is applied uniformly for all classes of applicants;</text></subparagraph>

<subparagraph id="HBCBAE303A000458A94276E58BE80881B"><enum>(C)</enum><text>whether the air traffic controller pre-employment test incorporates any biographical questionnaire or assessment other than basic identifiers, such as name and questions that assess personal characteristics, and the extent to which such biographical assumptions are relied upon to assess air traffic controller applicants;</text></subparagraph>

<subparagraph id="H6A6C9562F05D4F11BC95D3C0FA8BD36A"><enum>(D)</enum><text>the effectiveness of the pre-employment test, mental health screening, and any other applicable pre-employment assessment to determine whether an applicant possesses the skills necessary to perform the duties of a controller; and</text></subparagraph>

<subparagraph id="HCBA3491932624680BDECE964A8816586"><enum>(E)</enum><text>ways to improve the pre-employment test and other applicable pre-employment assessments as the Inspector General determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H27F4CC6D4FE649E9B0CDF887D0465B6F"><enum>(2)</enum><header>Start date</header><text>The Inspector General shall initiate the review under paragraph (1)

by not later than 90 days after the date of enactment of this Act.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5C6361191F094D5F9CCB7B5ECB896F5D"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date the Inspector General initiates the review under subsection (a), the Inspector General shall submit to the appropriate committees of Congress a report on such review.</text></subsection></section></subtitle></title>

<title id="HE764C3D769DC4A0ABE134A3F702FD74F"><enum>XII</enum><header>Matters relating to foreign nations</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HE764C3D769DC4A0ABE134A3F702FD74F" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H2DA02AC04CBD4406AA934541C71AD232" level="subtitle">Subtitle Aâ€"Assistance and training</toc-entry>

<toc-entry idref="HADBE199580D447A7B6B48E127FFA4C6F" level="section">Sec.â€,1201.â€,Modification of authority to build capacity of foreign security forces.</toc-entry>

<toc-entry idref="H980095EB4ECA4D7896ED3D011ABCF517" level="section">Sec.â€,1202.â€,Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations.</toc-entry>

<toc-entry idref="HB643CFA6E9ED49B18AF24ECEDC086127" level="section">Sec.â€,1203.â€,Modifications of authorities relating to acquisition and cross-servicing agreements.</toc-entry>

<toc-entry idref="HC986732F8A8A4B748180C4D979745FCC" level="section">Sec.â€,1204.â€,Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities.</toc-entry>

<toc-entry idref="H2C8D141CF0254242960277A31465008C" level="section">Sec.â€,1205.â€,Gender perspectives and participation by women in security cooperation activities.</toc-entry>

<toc-entry idref="H9B42E7AEFF4D404BB00DEB7309F11D91" level="section">Sec.â€,1206.â€,Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities.</toc-entry>

<toc-entry idref="HA97122D5480745E9951CD44AE85A1E36" level="section">Sec.â€,1207.â€,Extension of authority for support of special operations for irregular warfare.</toc-entry>

<toc-entry idref="HC9CFA9FBDB9D4CF2BB2FE8823E927056" level="section">Sec.â€,1208.â€,Extension and modification of Commandersâ€™ Emergency Response Program and elimination of certain payments to redress injury and loss.</toc-entry>

<toc-entry idref="H8D1AB063BCCC46A096E7F4335FF8E061" level="section">Sec.â€,1209.â€,Two-year extension of program authority for Global Security Contingency Fund.</toc-entry>

<toc-entry idref="H561CA5C885564800A117569D8EAC3314" level="section">Sec.â€,1210.â€,Legal institutional capacity building initiative for foreign defense institutions.</toc-entry>

<toc-entry idref="H6FBAA13E125645D49BAFD3F5C8C5BA7D" level="section">Sec.â€,1210A.â€,Department of Defense support for stabilization activities in national security interest of the United States.</toc-entry>

<toc-entry idref="H52E461C4AFC04DF79259C0AD7006AD7C" level="subtitle">Subtitle Bâ€"Matters relating to Afghanistan and Pakistan</toc-entry>

<toc-entry idref="H66FF7925427A44E4BE8B0B79E8A28191" level="section">Sec.â€,1211.â€,Extension of authority to transfer defense articles and

provide defense services to the military and security forces of Afghanistan.</toc-entry>

<toc-entry idref="H85CA5CE9882249C6A299DBBE3388EA2B" level="section">Sec.â€,1212.â€,Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan.</toc-entry>

<toc-entry idref="H5AE31C7C8A3B43FEAC2D1D1D9A2DB7B5" level="section">Sec.â€,1213.â€,Authority for certain payments to redress injury and loss.</toc-entry>

<toc-entry idref="H122580C72CE14C4395A2462C00229550" level="section">Sec.â€,1214.â€,Extension and modification of semiannual report on enhancing security and stability in Afghanistan.</toc-entry>

<toc-entry idref="HAB71569C32E54D48BC7F6F0DEA648C35" level="section">Sec.â€,1215.â€,Special Immigrant Visa program reporting requirement.</toc-entry>

<toc-entry idref="H2E1271D2470D4D9CA24967AABC02A3E8" level="section">Sec.â€,1216.â€,Meaningful inclusion of Afghan women in peace negotiations.</toc-entry>

<toc-entry idref="H1E015071434544378AFCAF60F2F8DA47" level="section">Sec.â€,1217.â€,Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations.</toc-entry>

<toc-entry idref="HFCBB3C38BD1942628A0CCF8DC81B4B24" level="section">Sec.â€,1218.â€,Support for reconciliation activities led by the Government of Afghanistan.</toc-entry>

<toc-entry idref="H79ADF8DA0A9046CC9E1FF45957751A32" level="section">Sec.â€,1219.â€,Modification and extension of the Afghan Special Immigrant Visa Program.</toc-entry>

<toc-entry idref="HFB0EFB8C21B54DDAB4EA25F70F8A086F" level="subtitle">Subtitle Câ€"Matters relating to Syria, Iraq, and Iran</toc-entry>

<toc-entry idref="H17FA4EAB78D7406DB289079521DE0E87" level="section">Sec.â€,1221.â€,Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H6603BE07FE0745C48CBE406D3A3F219F" level="section">Sec.â€,1222.â€,Extension and modification of authority to provide assistance to vetted Syrian groups and individuals.</toc-entry>

<toc-entry idref="H5B1445943A3F4B49A11DB77C6FF6099B" level="section">Sec.â€,1223.â€,Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq.</toc-entry>

<toc-entry idref="H92ACBBE6E2C8426A96E4233F543E7A18" level="section">Sec.â€,1224.â€,Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria.</toc-entry>

<toc-entry idref="HD562852CB0B04DFC8FE2EB716A04457D" level="section">Sec.â€,1225.â€,Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria.</toc-entry>

<toc-entry idref="H3EBFD526B881483383E36ACA007CE98E" level="section">Sec.â€,1226.â€,Expansion of availability of financial assets of Iran to victims of terrorism.</toc-entry>

<toc-entry idref="H7083EE278FA74C0DA0BD13E0ACBC1B21" level="section">Sec.â€,1227.â€,Report on the status of deconfliction channels with Iran.</toc-entry>

<toc-entry idref="H892EE30A450045DD974CC738F00B7CEF" level="section">Sec.â€,1228.â€,Prohibition on provision of weapons and other forms of support to certain organizations.</toc-entry>

<toc-entry idref="H41C62717C1CD4F9B8731F2C6395A4891" level="subtitle">Subtitle Dâ€"Matters relating to the Russian Federation </toc-entry>

<toc-entry idref="HA8522B667E6C4287A541CAFB1D687B57" level="section">Sec.â€,1231.â€,Extension of limitation on military cooperation between the United States and Russia.</toc-entry>

<toc-entry idref="H0BB53F88A1B44C0B8EAB2FA6036A4466" level="section">Sec.â€,1232.â€,Prohibition on availability of funds relating to sovereignty of Russia over Crimea.</toc-entry>

<toc-entry idref="H26E2C60DCC8C48399F6284250C61C363" level="section">Sec.â€,1233.â€,Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia.</toc-entry>

<toc-entry idref="HAD00F9D1C5714AA882475ECC9AC4F503" level="section">Sec.â€,1234.â€,United States participation in Open Skies Treaty.</toc-entry>

<toc-entry idref="H9C5B26015B4F46F1A286D0F1F0C81A32" level="section">Sec.â€,1235.â€,Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty.</toc-entry>

<toc-entry idref="H6FF089CA19D44939B512E78AD0D2E4A2" level="section">Sec.â€,1236.â€,Report on treaties relating to nuclear arms control.</toc-entry>

<toc-entry idref="H788A74454C5F4E068CE6A9CA9B29FBB0" level="section">Sec.â€,1237.â€,Reports relating to the New START Treaty.</toc-entry>

<toc-entry idref="HA66840ECC8644A8A989FB6C0B109152A" level="section">Sec.â€,1238.â€,Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region.</toc-entry>

<toc-entry idref="HE3C845E6C1414710A7225B63D72E0B7D" level="section">Sec.â€,1239.â€,Updated strategy to counter the threat of malign influence by the Russian Federation and other countries.</toc-entry>

<toc-entry idref="HE049EEFB2E7642DAB5A93DBCD8437661" level="subtitle">Subtitle Eâ€"Matters relating to Europe and NATO</toc-entry>

<toc-entry idref="HEB814D3AD0CE48A0ACA13FA1CF48F148" level="section">Sec.â€,1241.â€,Sense of Congress on support for the North Atlantic Treaty Organization.</toc-entry>

<toc-entry idref="H32375E3DEB004F5C99574AAFCA9AFD58" level="section">Sec.â€,1242.â€,Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty.</toc-entry>

<toc-entry idref="H8CDCD00D06B54F59BE7068FDD91A021F" level="section">Sec.â€,1243.â€,Future years plans and planning transparency for the European Deterrence Initiative.</toc-entry>

<toc-entry idref="H7E960A2774E547ED999ADCCED9899A65" level="section">Sec.â€,1244.â€,Modification and extension of Ukraine Security Assistance Initiative.</toc-entry>

<toc-entry idref="H4071810A0F174E06807172C53DC17ED3" level="section">Sec.â€,1245.â€,Limitation on transfer of Fâ€"35 aircraft to Turkey.</toc-entry>

<toc-entry idref="H6699F56038FD478BAAA2A703557F039A" level="section">Sec.â€,1246.â€,Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression.</toc-entry>

<toc-entry idref="H46B7306EAC1C4418BB9CD9898E1F5C75" level="section">Sec.â€,1247.â€,Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises.</toc-entry>

<toc-entry idref="H3E60AEE433BF47669C5CD525BC7A02D6" level="section">Sec.â€,1248.â€,Extension and modification of NATO Special Operations Headquarters.</toc-entry>

<toc-entry idref="HEC803A4A757C420DB16A5E3C0E485D30" level="section">Sec.â€,1249.â€,North Atlantic Treaty Organization Joint Force Command.</toc-entry>

<toc-entry idref="H23CB7AACA29F43819102B925DF752772" level="section">Sec.â€,1250.â€,Report on North Atlantic Treaty Organization Readiness Initiative.</toc-entry>

<toc-entry idref="H0608731FE07B46B1973F88FAE0660CA0" level="section">Sec.â€,1250A.â€,Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus.</toc-entry>

<toc-entry idref="HE440785EDC364987BD300195F4F0F339" level="subtitle">Subtitle Fâ€"Matters relating to the Indo-Pacific region</toc-entry>

<toc-entry idref="H7C9A5FFAC45341EE9A9E1FD450118D6F" level="section">Sec.â€,1251.â€,Modification of Indo-Pacific Maritime Security Initiative.</toc-entry>

<toc-entry idref="HD183F0E405D74B5DAF9E4693560B014A" level="section">Sec.â€,1252.â€,Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds.</toc-entry>

<toc-entry idref="HE782C4141AC448DB8CCA6220C250FCA7" level="section">Sec.â€,1253.â€,Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies.</toc-entry>

<toc-entry idref="H7052E4961CD54CAC90D3C1591ED772C5" level="section">Sec.â€,1254.â€,Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea.</toc-entry>

<toc-entry idref="H538796901E3E40C3881A3ED9FC746CED" level="section">Sec.â€,1255.â€,Report on direct, indirect, and burden-sharing contributions of Japan and South Korea.</toc-entry>

<toc-entry idref="H37C6C55660D242F3ABAABFF64D5ECCF5" level="section">Sec.â€,1256.â€,Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea.</toc-entry>

<toc-entry idref="H84869A418DA549C3990DEA5A35A18707" level="section">Sec.â€,1257.â€,Sense of Congress on North Korea.</toc-entry>

<toc-entry idref="H8270DDC12DEB4FC8ACB49D0576C6F16F" level="section">Sec.â€,1258.â€,Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines.</toc-entry>

<toc-entry idref="H6600CC7A9AE04AE1B2DC3EB0E3E141B5" level="section">Sec.â€,1259.â€,Report on security cooperation with the Philippine National Police.</toc-entry>

<toc-entry idref="HE70EA46D9E324567B7407811BEF35D7E" level="section">Sec.â€,1260.â€,Modification of annual report on military and security developments involving the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="H9D1FA77F71BF4942BF2CCBCEA66992D0" level="section">Sec.â€,1260A.â€,Report on foreign military activities in Pacific Island countries.</toc-entry>

<toc-entry idref="H24AEEDE724AC45CFB3593A96BBB3C1C9" level="section">Sec.â€,1260B.â€,Report on cybersecurity activities with Taiwan.</toc-entry>

<toc-entry idref="H42E1FA6CDFBB4E86AD8E30DD72F9A2D7" level="section">Sec.â€,1260C.â€,Review and report related to the Taiwan Relations Act.</toc-entry>

<toc-entry idref="HED4332F7DD0F45319E6CB0D70726C691" level="section">Sec.â€,1260D.â€,Sense of Congress on enhancement of the United States-Taiwan defense relationship.</toc-entry>

<toc-entry idref="H38BD1D57D08F4BE99C8CF306F069D2EE" level="section">Sec.â€,1260E.â€,Chinese foreign direct investment in countries of the Arctic region.</toc-entry>

<toc-entry idref="H8D4EAC69332E4B28A5E60B66F46CB3CE" level="section">Sec.â€,1260F.â€,Sense of Congress on policy toward Hong Kong.</toc-entry>

<toc-entry idref="H3328EECFB0DE4FC7BBA245C328AC5EE3" level="section">Sec.â€,1260G.â€,Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore.</toc-entry>

<toc-entry idref="HADA00BAFFD064BF5A7239C8767252206" level="section">Sec.â€,1260H.â€,Authority to transfer funds for Bien Hoa dioxin cleanup.</toc-entry>

<toc-entry idref="H3EE69AFADD4944D6BADAFDBF0F1BD428" level="section">Sec.â€,1260I.â€,Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security.</toc-entry>

<toc-entry idref="H0BA4CE78D51549F8BC391CA058752326" level="section">Sec.â€,1260J.â€,Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order.</toc-entry>

<toc-entry idref="HD24DC36CBC0046BD9E5487B7D391D095" level="section">Sec.â€,1260K.â€,Report on the lay-down of United States Marines in the Indo-Pacific Region.</toc-entry>

<toc-entry idref="H7C083C570A7A4E81B9C12952D5222CB7" level="subtitle">Subtitle Gâ€"Other matters</toc-entry>

<toc-entry idref="HEC10CB22C99E456CAA6786B97E319A5C" level="section">Sec.â€,1261.â€,Modification to report on legal and policy frameworks for the use of military force.</toc-entry>

<toc-entry idref="HA8666BE0504E4DA6AB92C819978A3633" level="section">Sec.â€,1262.â€,Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command.</toc-entry>

<toc-entry idref="H39003DD7780647698093D2046CE9F5F6" level="section">Sec.â€,1263.â€,United States Central Command posture assessment and review.</toc-entry>

<toc-entry idref="H4D984F651DD1487CBC9FC5B35AC51B36" level="section">Sec.â€,1264.â€,Limitation on production of nuclear proliferation assessment statements.</toc-entry>

<toc-entry idref="H7F2EE260D78D4E0B816FD4EA12D12FB4" level="section">Sec.â€,1265.â€,Western Hemisphere resource assessment.</toc-entry>

<toc-entry idref="H8BF4B25F91974742A6757E94A0E0909E" level="section">Sec.â€,1266.â€,Human rights in Brazil.</toc-entry>

<toc-entry idref="H8620E0CBD56F4416A946ED1BE52258BE" level="section">Sec.â€,1267.â€,Certification relating to assistance for Guatemala.</toc-entry>

<toc-entry idref="H1D522F39FEE143E29ECAEA2A794BE520" level="section">Sec.â€,1268.â€,Independent analysis of human rights situation in Honduras.</toc-entry>

<toc-entry idref="H56EAF70832064A58A1170144C14914E1" level="section">Sec.â€,1269.â€,Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm.</toc-entry>

<toc-entry idref="H73FD05C700354734A09BA9D5FA269567" level="section">Sec.â€,1270.â€,Report on implications of Chinese military presence in Djibouti.</toc-entry>

<toc-entry idref="HA546141A53604BE2A155C544476F2F57" level="section">Sec.â€,1271.â€,Rule of construction on the permanent stationing of United States Armed Forces in Somalia.</toc-entry>

<toc-entry idref="HD79E3869B5A84E1BAE3C11A6D8654940" level="section">Sec.â€,1272.â€,Defense and diplomatic strategy for Libya.</toc-entry>

<toc-entry idref="HE7EB8FD62D2D44469BB2034D31DE8CC7" level="section">Sec.â€,1273.â€,Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen.</toc-entry>

<toc-entry idref="H12B92082D8F34D1FB6A5C85269710C1F" level="section">Sec.â€,1274.â€,Report on Saudi-led coalition strikes in Yemen.</toc-entry>

<toc-entry idref="HB224628DA1D14DA9A25BC6B6F492C150" level="section">Sec.â€,1275.â€,Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen.</toc-entry>

<toc-entry idref="HB2750A91B2214584B96F5C8CB206C041" level="section">Sec.â€,1276.â€,Report on Saudi Arabiaâ€™s human rights record.</toc-entry>

<toc-entry idref="H34CE4CA5AFA9485799A4C030EF349211" level="section">Sec.â€,1277.â€,Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi.</toc-entry>

<toc-entry idref="H8F897E793E844B768B32257E836F06AF" level="section">Sec.â€,1278.â€,United States-Israel cooperation to counter unmanned aerial systems.</toc-entry>

<toc-entry idref="H3505638B70754F8493EC464866BAF5DE" level="section">Sec.â€,1279.â€,Extension and modification of authority for United States-Israel anti-tunnel cooperation activities.</toc-entry>

<toc-entry idref="H4DFBE899BAE74BB89E43F780CC7BAC9E" level="section">Sec.â€,1280.â€,Report on cost imposition strategy.</toc-entry>

<toc-entry idref="HF8391CCA568449C8A22D633422DA735D" level="section">Sec.â€,1281.â€,Modification of initiative to support protection of national security academic researchers from undue influence and other security threats.</toc-entry>

<toc-entry idref="H30C9B4A1FF2941B797266AE62CC3C309" level="section">Sec.â€,1282.â€,Modification of responsibility for policy on civilian casualty matters.</toc-entry>

<toc-entry idref="H6EC4DF4CBA7A404EB5E2D1B9FFF48987" level="section">Sec.â€,1283.â€,Report on export of certain satellites to entities with certain beneficial ownership structures.</toc-entry>

<toc-entry idref="H6E7FE93599A847A7AF58BFEE5014A4D7" level="section">Sec.â€,1284.â€,Rule of construction relating to the use of military force.</toc-entry>

<toc-entry idref="HBAB417F8FA134D30A845C4C37DE54888" level="section">Sec.â€,1285.â€,Reports and briefings on use of military force and support of partner forces.</toc-entry></toc>

<subtitle id="H2DA02AC04CBD4406AA934541C71AD232"><enum>A</enum><header>Assistance and training</header>

<section id="HADBE199580D447A7B6B48E127FFA4C6F"><enum>1201.</enum><header>Modification of authority to build capacity of foreign security forces</header>

<subsection id="H7F342CEB84B94480AF16109D0A3549B6"><enum>(a)</enum><header>Authority</header><text> Subsection (a)(7) of section 333 of title 10, United States Code, is amended by inserting <quote>existing</quote> before <quote>international coalition operation</quote>.</text></subsection>

<subsection id="H3090A5437236442684899D30E5EA18B5"><enum>(b)</enum><header>Notice and wait on activities under programs</header><text>Subsection (e) of such section is amended by adding at the end the following:</text>

<quoted-block id="HC85225582D164A08BCBEAD1A1CB437A5" style="OLC">

<paragraph id="H6D3AE13545DC419AABC72BF20183A695"><enum>(9)</enum><text>In the case of a program described in subsection (a), each of the following:</text>

<subparagraph id="H24B32294D32A46D2B5C29E25BE6F4548"><enum>(A)</enum><text>A description of whether assistance under the program could be provided pursuant to other authorities under this title, the Foreign Assistance Act of 1961, or any other train and equip authorities of the Department of Defense.</text></subparagraph>

<subparagraph id="HC8D867962D644B65B52DA97F6D303EE1"><enum>(B)</enum><text>An identification of each such authority described in subparagraph (A).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H980095EB4ECA4D7896ED3D011ABCF517" section-type="subsequent-section"><enum>1202.</enum><header>Modification and extension of cross servicing agreements for loan of personnel protection and personnel survivability equipment in coalition operations</header><text display-inline="no-display-inline">Section 1207 of the Carl Levin and Howard P. <quote>Buck</quote> Mckeon National Defense Authorization Act for Fiscal Year 2015 (10 U.S.C. 2342 note) is amendedâ€"</text>

<paragraph id="H3470D4B6F4F84DF7BBB2CD3340470033"><enum>(1)</enum><text>by redesignating subsections (d) and (e) as subsections (e) and (f), respectively;</text></paragraph>

<paragraph id="H5BFBB89331564EB68AEF7CAF7DDEF0A1"><enum>(2)</enum><text>by inserting after subsection (c) the following:</text>

<quoted-block id="H311388E0BC504D8589CDB5BE0D5FD9CE" style="OLC">

<subsection id="HC909D23F62734876A3EEF17FECE4B1F3"><enum>(d)</enum><header>Reports to congress</header><text>If the authority provided under this section is exercised during a fiscal year, the Secretary of Defense shall, with the concurrence of the Secretary of State, submit to the appropriate committees of Congress a report on the exercise of such authority by not later than October 30 of the year in which such fiscal year ends. Each report on the exercise of such authority shall specify the recipient country of the equipment loaned, the type of equipment loaned, and the duration of the loan of such equipment.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HFA4360183D0543DDB929466A9BE84BAE"><enum>(3)</enum><text>in subsection (f), as redesignated, by striking <quote>September 30, 2019</quote> and inserting <quote>December 31, 2024</quote>.</text></paragraph></section>

<section id="HB643CFA6E9ED49B18AF24ECEDC086127"><enum>1203.</enum><header>Modifications of authorities relating to acquisition and cross-servicing agreements</header>

<subsection commented="no" display-inline="no-display-inline" id="H2361898D926F482F9EA9D888C712653E"><enum>(a)</enum><header display-inline="yes-display-inline">Designation and notice of intent to enter into agreement with non-NATO country</header><text display-inline="yes-display-inline">Subsection (b) of section 2342 of title 10, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HAD28E4E1214846CE9FBF6E6A7899BB4D" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HF88027CC471A4A08ABAAE7D0F2489A08"><enum>(b)</enum>

<paragraph commented="no" display-inline="yes-display-inline" id="H89FCBBAC4CFC4BC5B58030FC9B1133EC"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of Defense may not designate a country for an agreement under this section unlessâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5FEF298292CE421AA0A4B8D282D04243" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">the Secretary, after consultation with the Secretary of

State, determines that the designation of such country for such purpose is in the interest of the national security of the United States; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8C744A7AA26449D8BA62460ADC5EDA3C" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">in the case of a country that is not a member of the North Atlantic Treaty Organization, the Secretary submits to the appropriate committees of Congress notice of the intended designation not less than 30 days before the date on which such country is designated by the Secretary under subsection (a).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC20BF9127E354180AF6008409FA9ED3C" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">In the case of a country that is not a member of the North Atlantic Treaty Organization, the Secretary of Defense may not enter into an agreement under this section unless the Secretary submits to the appropriate committees of Congress a notice of intent to enter into such an agreement not less than 30 days before the date on which the Secretary enters into the agreement.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6F8A8B3236CE47F19DA340BE594408AE"><enum>(b)</enum><header>Oversight responsibilities</header><text>Such section is further amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD642F9B1F17B45049A0F16596EA3A66F"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating subsections (f) through (h) as subsections (g) through (i), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF143FDD4E2054AA8A40403BBFB38634F"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="H756E9CAB4E8E4134A8E66EA0EF8013B3" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H5747A0C3AFC64687A52387DB4854C2A3"><enum>(f)</enum><text>Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall designate an existing senior civilian or military official who shall have primary responsibility forâ€"</text>

<paragraph id="H358D1E1E994240B78453B58BA98AD7DC"><enum>(1)</enum><text>accounting for logistic support, supplies, and services received or provided under acquisition and cross-servicing agreements;</text></paragraph>

<paragraph id="H6ABAAC57BD2C47B7BAE5A26CB29338BE"><enum>(2)</enum><text>ensuring consistent standards and guidance to the armed forces and combatant commands in executing acquisition and cross-servicing agreements;</text></paragraph>

<paragraph id="HC38C683AD62844C09757E4961B1935F4"><enum>(3)</enum><text>overseeing and monitoring the implementation of acquisition and cross-servicing agreements in coordination with the Under Secretary of Defense for Policy; and</text></paragraph>

<paragraph id="H522368BF8A5A45B290732F8A18B87C19"><enum>(4)</enum><text>such other responsibilities as may be prescribed by the Secretary.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5EC112407F364FA1B67CA362342003D8"><enum>(c)</enum><header display-inline="yes-display-inline">Regulations</header><text display-inline="yes-display-inline">Subsection (g) of such section, as redesignated by subsection (b)(1), is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H73E349117D6B4FA4B56A3A5949C6510E" style="OLC">

<subsection commented="no" display-inline="no-display-inline"

id="HFB9EAB5E283E4F8681E35D2456FC6CAE"><enum>(g)</enum>

<paragraph commented="no" display-inline="yes-display-inline" id="H363541D7B22349EC955F43F0004FD5B6"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall prescribe regulations to ensure thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H426C734FF5AD4FF0B05ADBDF47FDB7A6" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">contracts entered into under this subchapter are free from self-dealing, bribery, and conflict of interests;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2C2CCCFCC12642C8A9AE1C86F23F7619" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">adequate processes and controls are in place to provide for the accurate accounting of logistic support, supplies, and services received or provided under the authority of this subchapter; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB51D774D9C744B1794BF8BF2DD92002F" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">personnel responsible for accounting for logistic support, supplies, and services received or provided under such authority are fully trained and aware of such responsibilities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H33E11CEDD0174180848E89B323896FDE"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H56647E27B03B46C6BF0E542DDBC10A86"><enum>(A)</enum><text display-inline="yes-display-inline">Not later than 270 days after the issuance of the regulations under paragraph (1), the Comptroller General of the United States shall conduct a review of the implementation by the Secretary of such regulations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3722F598545B4A388684D3E4487BA856" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The review conducted under subparagraph (A) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H546308E2BFDA45CCA008F7639DEC6818"><enum>(i)</enum><text display-inline="yes-display-inline">assess the effectiveness of such regulations and the implementation of such regulations to ensure the effective management and oversight of an agreement under subsection (a)(1); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0A44A2827CD148508BA722B380618CA6"><enum>(ii)</enum><text display-inline="yes-display-inline">include any other matter the Comptroller General considers relevant.</text></clause></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H737A8B85A7EF45DCBEEF93467D7517BD"><enum>(d)</enum><header display-inline="yes-display-inline">Reports</header><text display-inline="yes-display-inline">Subsection (h) of such section, as redesignated by subsection (b)(1), is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE14FE9B170634D0F84915DF83CFC08E1"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>in effect</quote> and inserting <quote>that have entered into force or were applied provisionally</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7B0EE0C95FBE412D84CEEF9961C84681"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>date on which the Secretary</quote> and all that follows through the period at the end and inserting â€œdates on which the Secretary notified Congressâ€"</text>

<quoted-block display-inline="no-display-inline" id="H1DE3E85809E84116BC12DC899C9A879E" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline"

id="HB1987C722BFD4C8A988E31242F6E8A57"><enum>(A)</enum><text display-inline="yes-display-inline">pursuant to subsection (b)(1)(B) of the designation of such country under subsection (a); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1CDAC45BE600459CA4A510DF685916BF"><enum>(B)</enum><text display-inline="yes-display-inline">pursuant to subsection (b)(2) of the intent of the Secretary to enter into the agreement.</text></subparagraph><after-quoted-block>; </after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H31B1459E2015447CA1C2CAD9E83E20BF"><enum>(3)</enum><text display-inline="yes-display-inline">by amending paragraph (3) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HBEEA2A130D2B4F80858B7D04533B2F4F" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H22A4624C6BCA4C5F97A7D2C6FCD9C970"><enum>(3)</enum><text display-inline="yes-display-inline">The class of supply, total dollar amount, the amount collected, and the outstanding balance of logistic support, supplies, and services provided during the preceding fiscal year under each such agreement.</text></paragraph><after-quoted-block>; </after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC9C26ED53FE4410091E510DB7398FCC6"><enum>(4)</enum><text display-inline="yes-display-inline">by amending paragraph (4) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H55DA45DEBCDE40A99B8A6E9F7A976BDA" style="OLC">

<paragraph id="H0988A3A3C6064DBE989D6697550CD602"><enum>(4)</enum><text display-inline="yes-display-inline">The class of supply, total dollar amount, the amount collected, and the outstanding balance of logistic support, supplies, and services received during the preceding fiscal year under each such agreement.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE0FB70DEADD54BEC9EE7586B618A133C"><enum>(5)</enum><text display-inline="yes-display-inline">by striking paragraph (5); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C9C1718B4B04D179080E52E309AD22A"><enum>(6)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HF6EF74D47EF94DB89E4E213E87CD6B10" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H662DC1F521D84AC496C3935D4E94DEC5"><enum>(5)</enum><text display-inline="yes-display-inline">With respect to any transaction for logistic support, supplies, and services that has not been reconciled more than one year after the date on which the transaction occurred, a description of the transaction that includes the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6B730B34E87A4C14AC3EB1E6957DF900"><enum>(A)</enum><text display-inline="yes-display-inline">The date on which the transaction occurred.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF034380FE3844D8DAFCED4519DEB5919"><enum>(B)</enum><text display-inline="yes-display-inline">The country or organization to which logistic support, supplies, and services were provided.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H41101D4486814784B02D1097C00CE0E7"><enum>(C)</enum><text display-inline="yes-display-inline">The value of the transaction.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2C6B73F6F8C849CD98739533361A41BF"><enum>(6)</enum><text display-inline="yes-

display-inline">An explanation of any waiver granted under section 2347(c) during the preceding fiscal year, including an identification of the relevant contingency operation or non-combat operation.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HC986732F8A8A4B748180C4D979745FCC"><enum>1204.</enum><header>Modification of quarterly report on obligation and expenditure of funds for security cooperation programs and activities</header><text display-inline="no-display-inline">Section 381(b) of title 10, United States Code, is amended by striking <quote>30 days</quote> and inserting <quote>60 days</quote>.</text></section>

<section id="H2C8D141CF0254242960277A31465008C"><enum>1205.</enum><header>Gender perspectives and participation by women in security cooperation activities</header><text display-inline="no-display-inline">Consistent with the Women, Peace, and Security Act of 2017 (Public Law 115â€"68), the Secretary of Defense, in coordination with the Secretary of State, should seek to incorporate gender perspectives and participation by women in security cooperation activities to the maximum extent practicable.</text></section>

<section id="H9B42E7AEFF4D404BB00DEB7309F11D91"><enum>1206.</enum><header>Plan to provide consistency of administration of authorities relating to vetting of units of security forces of foreign countries; modification of assessment, monitoring, and evaluation of security cooperation programs and activities</header>

<subsection id="H50AD5D7844EA41218F39F171BBE08F05"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and Secretary of State shall jointly develop, implement, and submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a plan to provide consistency in administration of section 362 of title 10, United States Code, and section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d). </text></subsection>

<subsection id="H4214526ADC05450AADB66A880FCE7050"><enum>(b)</enum><header>Matters to be included</header><text>The plan required by subsection (a) shall contain the following: </text>

<paragraph id="H7916B8C6FB934B419A43D4BD5926A906"><enum>(1)</enum><text display-inline="yes-display-inline">Common standards and procedures which shall be used by the Department of Defense and Department of State to obtain and verify information regarding the vetting of units of the security forces of foreign countries for gross violation of human rights under the authorities described in subsection (a), includingâ€"</text>

<subparagraph id="H0D7C1B09DA314BEFAFDB52913B13BC42"><enum>(A)</enum><text>public guidelines for external sources to report information; and </text></subparagraph>

<subparagraph id="H5C3577EF19C14A3DA3C38283807F2971"><enum>(B)</enum><text>methods and criteria employed by the Department of Defense and Department of State to determine whether sources, source reporting, and allegations are credible.</text></subparagraph></paragraph>

<paragraph id="HA6FABD08572241259F8559534398F1FE"><enum>(2)</enum><text>Measures to ensure the Department of Defense has read-only access to the International Vetting and Security Tracking (INVEST) system, and any successor or equivalent system. </text></paragraph>

<paragraph id="H070FCC1DEC5F4D2CB3E80EA38F8F5E80"><enum>(3)</enum><text display-inline="yes-display-inline">Measures to ensure the authorities described in subsection (a) are applied to any foreign forces, irregular forces, groups, and individuals that receive training, equipment, or other assistance from the United States military.</text></paragraph></subsection>

<subsection id="HF70118E1D25F4FF5843F0E6692E3515F"><enum>(c)</enum><header>Form</header><text>The plan required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H6E80864C99DE496181D3635B8F6F069B"><enum>(d)</enum><header>Integration of human rights and civilian protection into assessment, monitoring, and evaluation of

security cooperation programs and activities</header>

<paragraph id="HC060D3DABFD54BE38CED26EE98AC217A"><enum>(1)</enum><header>Reports required</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the appropriate congressional committees an interim report and a final report on the steps the Secretary will take to incorporate partner unitsâ€™ activities, as such activities relate to human rights and protection of civilians, into the program elements described in section 383(b)(1) of title 10, United States Code.</text></paragraph>

<paragraph id="H06F0199B1182410D93BF3EFF48AD6071"><enum>(2)</enum><header>Deadlines</header>

<subparagraph id="HA9FD9110A6D0436DA72B6F57272ECAD8"><enum>(A)</enum><header>Interim report</header><text display-inline="yes-display-inline">The interim report required under paragraph (1) shall be submitted to the appropriate congressional committees not later than 180 days after the date of the enactment of this Act and shall include a summary of the progress of the Secretary in implementing the steps described in such paragraph.</text></subparagraph>

<subparagraph id="H3B4F555F675649AF9B38AAA6A326890E"><enum>(B)</enum><header>Final report</header><text display-inline="yes-display-inline">The final report required under paragraph (1) shall be submitted to the appropriate congressional committees not later than one year after the date of enactment of this Act and shall specifically identify the actions the Secretary took to implement the steps described in paragraph (1).</text></subparagraph></paragraph>

<paragraph id="H6A28ADBBCBE34D3F9A303682E2E3EC69"><enum>(3)</enum><header>Appropriate congressional committees defined</header><text>In this subsection, the term <term>appropriate congressional committees</term> means the following:</text>

<subparagraph id="H175BB51287D04BFC9F1FBBF246EEBE04"><enum>(A)</enum><text display-inline="yes-display-inline">The Committee on Armed Services and the Committee on Foreign Relations of the Senate.</text></subparagraph>

<subparagraph id="HCE4115B928C1493194A9801BB064154F"><enum>(B)</enum><text>The Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph></subsection></section>

<section id="HA97122D5480745E9951CD44AE85A1E36" section-type="subsequent-section" commented="no"><enum>1207.</enum><header>Extension of authority for support of special operations for irregular warfare</header><text display-inline="no-display-inline">Section 1202(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1639) is amended by striking <quote>2020</quote> and inserting <quote>2023</quote>.</text></section>

<section id="HC9CFA9FBDB9D4CF2BB2FE8823E927056" display-inline="no-display-inline"><enum>1208.</enum><header>Extension and modification of Commandersâ€™ Emergency Response Program and elimination of certain payments to redress injury and loss</header>

<subsection id="HD6D6CF67E5BD4EF8B47F386A3CE02AB4"><enum>(a)</enum><header>Extension and modification of Commandersâ€™ Emergency Response Program</header><text display-inline="yes-display-inline">Section 1201 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1619), as most recently amended by the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is further amendedâ€"</text>

<paragraph id="HE4D9DD7204524BEDBB609B7324C98B9A" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph id="H1A9B69E90CBC4C19BA3F33C8426B025A" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">by striking <quote>During the period beginning on October 1, 2016, and ending on December 31, 2019</quote> and inserting <quote>During the period beginning on October 1, 2019, and ending on December 31, 2020</quote>; and</text></subparagraph>

<subparagraph id="H99F0DFEDFFAE449F94DB6FD1A780720A" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text>by striking <quote>$10,000,000</quote> and inserting <quote>$2,500,000</quote>;</text></subparagraph></paragraph>

<paragraph id="H406BD13A5EED40B383B8CEFF1198F68D" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b)(1), by striking <quote>of fiscal years 2017 through 2019</quote> and inserting <quote>for each of fiscal years 2017 through 2020</quote>; and</text></paragraph>

<paragraph id="H5AB1104A8ACA4942B2BAD56660AE0C63" commented="no" display-inline="no-display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (f), in the first sentence, by striking <quote>during the period beginning on October 1, 2016, and ending on December 31, 2019</quote> and inserting <quote>during the period beginning on October 1, 2019, and ending on December 31, 2020</quote>.</text></paragraph></subsection>

<subsection id="H98F3D4B281174A3F9EA0C2EBECC0B6FD" commented="no" display-inline="no-display-inline"><enum>(b)</enum><header>Elimination of authority for certain payments to redress injury and loss in Afghanistan, Iraq, Syria, Somalia, Libya, and Yemen</header><text>Section 1211 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2477), as most recently amended by section 1224(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is further amended by striking subsection (b).</text></subsection></section>

<section id="H8D1AB063BCCC46A096E7F4335FF8E061" display-inline="no-display-inline"><enum>1209.</enum><header>Two-year extension of program authority for Global Security Contingency Fund</header><text display-inline="no-display-inline">Section 1207 of the National Defense Authorization Act for Fiscal Year 2012 (22 U.S.C. 2151 note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB308A5EDF86B4E888BB6FF411E5E9D74"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (i)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H42DBC6EA44814E53B5932EA489AAA146"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>September 30, 2019</quote> and inserting <quote>September 30, 2021</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAEE59498F43A4D638532DD89A8887B4D"><enum>(B)</enum><text display-inline="yes-display-inline">by amending paragraph (2) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HAB114DDB21F44AFDB461B07852859DEF" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H41DB0B929551422D976944727B4A3F69"><enum>(2)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">Amounts appropriated and transferred to the Fund before September 30, 2019, shall remain available for obligation and expenditure after that date, but only for activities under programs commenced under subsection (b) before September 30, 2019.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H73DAA23CF6F34FF19C3F379122C0EFDD"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (o)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4838FC4456CB4AD0808EBC204AEF2AE8"><enum>(A)</enum><text display-inline="yes-display-inline">in the first sentence, by striking <quote>September 30, 2019</quote> and inserting <quote>September 30, 2021</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H79428D9225A74BE9AF8C4C03F2750525"><enum>(B)</enum><text display-inline="yes-display-inline">in the second sentence, by striking <quote>through 2019</quote> and inserting <quote>through 2021</quote>.</text></subparagraph></paragraph></section>

<section id="H561CA5C885564800A117569D8EAC3314"><enum>1210.</enum><header>Legal institutional capacity building initiative for foreign defense institutions</header>

<subsection id="HC9429BA29E3645FCB903346E8405ACA9"><enum>(a)</enum><header>Initiative</header><text

>The Secretary of Defense may carry out, in accordance with section 332 of title 10, United States Code, an initiative of legal institutional capacity building in collaboration with the appropriate ministry of defense (or security agency serving a similar defense function) legal institutions that support the efforts of one or more foreign countries to establish or improve legal institutional capacity.</text></subsection>

<subsection id="H166D448C72494277983035FA9096982F"><enum>(b)</enum><header>Purpose</header><text>The purpose of the initiative under subsection (a) is to enhance, through advisory services, training, or related training support services, as appropriate, the legal institutional capacity of the applicable foreign country to do the following:</text>

<paragraph id="H0017DBF17FBF4AECA1EA667C7BF15873"><enum>(1)</enum><text>Integrate legal matters into the authority, doctrine, and policies of the ministry of defense (or security agency serving a similar defense function) and forces of such country.</text></paragraph>

<paragraph id="HDB667E8CE7EB4BC494ACCBEDA9577DB5"><enum>(2)</enum><text>Provide appropriate legal support to commanders conducting defense and national security operations.</text></paragraph>

<paragraph id="H7A605801F5CC4C4FBD2538FF048E1064"><enum>(3)</enum><text>With respect to defense and national security law, institutionalize education, training, and professional development for personnel and forces, including uniformed lawyers, officers, noncommissioned officers, and civilian lawyers and leadership within such ministries of defense (and security agencies serving a similar defense function).</text></paragraph>

<paragraph id="H2B71CD2EC42E402EB8E71CFB2D4AB075"><enum>(4)</enum><text>Establish a military justice system that is objective, transparent, and impartial.</text></paragraph>

<paragraph id="H3445A4BAB5824B54AC16B26CB5455853"><enum>(5)</enum><text>Conduct effective and transparent command and administrative investigations.</text></paragraph>

<paragraph id="H6C7B5A9A480F49BFB9BF51544E3BBE7C"><enum>(6)</enum><text>Build the legal capacity of the forces and civilian personnel of ministries of defense (and security agencies serving a similar defense function) to provide equitable, transparent, and accountable institutions and provide for anti-corruption measures within such institutions.</text></paragraph>

<paragraph id="H47FD8017194A4C3E9C88AA30A6073B62"><enum>(7)</enum><text>Build capacityâ€"</text>

<subparagraph id="HBE6EEA2FFE674967BDD77DA0B3E91F5D"><enum>(A)</enum><text>to provide for the protection of civilians consistent with the law of armed conflict and human rights law; and</text></subparagraph>

<subparagraph id="HDF4A8279A9B543909D7D991D7F4366AD"><enum>(B)</enum><text>to investigate incidents of civilian casualties.</text></subparagraph></paragraph>

<paragraph id="HCB1F7CEDFA644E2886F69E9A6B9A1E36"><enum>(8)</enum><text>Promote understanding and observance ofâ€"</text>

<subparagraph id="H029F99AF7EA6493DBE3AA0EB045D6F8B"><enum>(A)</enum><text>the law of armed conflict;</text></subparagraph>

<subparagraph id="H1F7BB6A7CFE34B21A9854B6EA0B6716A"><enum>(B)</enum><text>human rights and fundamental freedoms;</text></subparagraph>

<subparagraph id="H1CE6A3C3BF0A46F2BC9462CD5512D8A8"><enum>(C)</enum><text>the rule of law; and</text></subparagraph>

<subparagraph id="H867186C51BCF4C209475D4EAD2696053"><enum>(D)</enum><text>civilian control of the military.</text></subparagraph></paragraph>

<paragraph id="H6C40780A8E89492A9EC92C889482A8E6"><enum>(9)</enum><text>Establish mechanisms for effective civilian oversight of defense and national security legal institutions and legal matters.</text></paragraph></subsection>

<subsection

id="HDD98947FE3DE44288519E18F9C065C49"><enum>(c)</enum><header>Elements</header><text>The initiative under subsection (a) shall include the following elements:</text>

<paragraph id="H9084C3E037E0499093A49D32C009B939"><enum>(1)</enum><text>A measure for monitoring the implementation of the initiative and evaluating the efficiency and effectiveness of the initiative, in accordance with section 383 of title 10, United States Code.</text></paragraph>

<paragraph id="HD679D4478467420488CD8BE033DE2ED9"><enum>(2)</enum><text>An assessment of the organizational weaknesses for legal institutional capacity building of the applicable foreign country, including baseline information, an assessment of gaps in the capability and capacity of the appropriate institutions of such country, and any other indicator of efficacy, in accordance with section 383 of title 10, United States Code.</text></paragraph>

<paragraph id="HBF88678203DD406DA38223A466EDEF6C"><enum>(3)</enum><text>An engagement plan for building legal institutional capacity that addresses the weaknesses identified under paragraph (2), including objectives, milestones, and a timeline.</text></paragraph></subsection>

<subsection id="HFB46B4CD3B27403C8F380F94498F5097"><enum>(d)</enum><header>Reports</header>

<paragraph commented="no" id="HEA5BCA05F16C43029B82D3B06DFF38B3"><enum>(1)</enum><header>In general</header><text>Beginning in fiscal year 2020 through the fiscal year in which the initiative under subsection (a) terminates, the Secretary of Defense shall submit to the appropriate committees of Congress an annual report on the legal institutional capacity building activities carried out under this section.</text></paragraph>

<paragraph commented="no" id="H5E3AF835602F4A96B727E172F96B519E"><enum>(2)</enum><header>Integration into other capacity building reports</header><text>The report submitted under paragraph (1) for a fiscal year shall be integrated into the report required pursuant to subsection (b)(2) of section 332 of title 10, United States Code, for the fourth fiscal year quarter of such fiscal year. </text></paragraph>

<paragraph id="H2E0D21E8B6964D0082ABC93BFD1651AA"><enum>(3)</enum><header>Matters To Be included</header><text>Each report submitted under paragraph (1) shall include the following:</text>

<subparagraph id="H032A869335DF422AA43B2FADB048040C"><enum>(A)</enum><text>The same information required under subsection (b)(2) of section 332 of title 10, United States Code.</text></subparagraph>

<subparagraph id="HCE979B136B4F4F7FB19F9C1C537E4024"><enum>(B)</enum><text>The names of the one or more countries in which the initiative was conducted.</text></subparagraph>

<subparagraph id="H9747E47CDC454549A008E9B2106996E8"><enum>(C)</enum><text>For each such countryâ€"</text>

<clause id="H1BF68FDA47104E5BB2AFEE484DC1C726"><enum>(i)</enum><text>the purpose of the initiative;</text></clause>

<clause id="HDD38BF5F39DC4885A8739892B8332D5F"><enum>(ii)</enum><text>the objectives, milestones, and timeline of the initiative;</text></clause>

<clause id="H2B53E3F5CCCA483F929160C710663DF3"><enum>(iii)</enum><text>the number and type of advisors assigned and deployed to the country, as applicable; and</text></clause>

<clause id="H682770A97F914D88B1270CB8124BA128"><enum>(iv)</enum><text>an assessment of the progress of the implementation of the initiative.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H64575104FBD8417CA0CACAED8E1B9279"><enum>(e)</enum><header>Sunset</header><text>The initiative under subsection (a) shall terminate on December 31, 2024.</text></subsection>

<subsection id="H495892EEFA2347C7AB920E04EAB3C9FE"><enum>(f)</enum><header>Funding</header><text>Am

ounts for programs carried out pursuant to subsection (a) in a fiscal year, and for other purposes in connection with such programs as authorized by this section, may be derived only from amounts authorized to be appropriated for such fiscal year for the Department of Defense for operation and maintenance, Defense-wide, and available for the Defense Security Cooperation Agency for such programs and purposes.</text></subsection></section>

<section id="H6FBAA13E125645D49BAFD3F5C8C5BA7D"><enum>1210A.</enum><header>Department of Defense support for stabilization activities in national security interest of the United States</header>

<subsection id="HB718374793D64723B965EB3D7360E03D"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense may, with the concurrence of the Secretary of State and in consultation with the Administrator of the United States Agency for International Development, provide support for the stabilization activities of other Federal agencies specified in subsection (c)(1).</text></subsection>

<subsection id="H0FC15853C7AD456CB14657BA9E4E4E1B"><enum>(b)</enum><header>Designation of foreign areas</header>

<paragraph id="H580429E7B8CC456F8DA8848820FB61D4"><enum>(1)</enum><header>In general</header><text>Amounts authorized to be provided pursuant to this section shall be available only for support for stabilization activitiesâ€"</text>

<subparagraph id="H9C6D028F65814432AA3C8B8E52C6050E"><enum>(A)</enum><text>in a country specified in paragraph (2); and</text></subparagraph>

<subparagraph id="H6C045DB06A7B4A7DA3FEFEACA5D3867F"><enum>(B)</enum><text>that the Secretary of Defense, with the concurrence of the Secretary of State, has determined are in the national security interest of the United States.</text></subparagraph></paragraph>

<paragraph id="H618F0115E7394F03961E86FE9B6B9297"><enum>(2)</enum><header>Specified countries</header><text>The countries specified in this paragraph are as follows:</text>

<subparagraph id="HAD1369F3E9744C1BA90AE4E1DCC38665"><enum>(A)</enum><text>Iraq.</text></subparagraph>

<subparagraph id="H6C6D702A858D4238AE9158D31C2F3AA5"><enum>(B)</enum><text>Syria.</text></subparagraph>

<subparagraph id="HC0A1503BF72448FB82A9E5117C6C6F3D"><enum>(C)</enum><text>Afghanistan.</text></subparagraph>

<subparagraph id="H3BF50494E46E412DBCF98A796D37D0F5"><enum>(D)</enum><text>Somalia.</text></subparagraph></paragraph></subsection>

<subsection id="H69DFCEDE647E4706B343638B681E22CD"><enum>(c)</enum><header>Support to other agencies</header>

<paragraph id="H101D227F66CF42A89EA11178D49EDE22" commented="no"><enum>(1)</enum><header>In general</header><text>Support may be provided for stabilization activities under subsection (a) to the Department of State, the United States Agency for International Development, or other Federal agencies, on a reimbursable or nonreimbursable basis. The authority to provide such support under this paragraph on a reimbursable basis is in addition to other authorities to provide support on such basis.</text></paragraph>

<paragraph id="HEAE288830CA24887BA5C7102E4706C75"><enum>(2)</enum><header>Type of support</header><text>Support under subsection (a) may consist of logistic support, supplies, and services.</text></paragraph></subsection>

<subsection id="H7F1D8B98E3AB4DFEA8E60B1755A3C220"><enum>(d)</enum><header>Requirement for a stabilization strategy</header>

<paragraph id="H067E2362E2564B218617DE7C952FC85F"><enum>(1)</enum><header>Limitation</header><text

>With respect to any country specified in subsection (b)(2), no amount of support may be provided under subsection (a) until 15 days after the date on which the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate committees of Congress a detailed report setting forth a stabilization strategy for such country.</text></paragraph>

<paragraph id="H0D32C98DDB5E401BA53200715F97FE26"><enum>(2)</enum><header>Elements of strategy</header><text>The stabilization strategy required by paragraph (1) shall set forth the following:</text>

<subparagraph id="H521FCBFAF37B40E2A9C896417F5787E9"><enum>(A)</enum><text>The United States interests in conducting stabilization activities in the country specified in subsection (b)(2).</text></subparagraph>

<subparagraph id="H9B4DB55B4E0E41E884426D4B5F613C7A"><enum>(B)</enum><text>The key foreign partners and actors in such country.</text></subparagraph>

<subparagraph id="H350F9D9165644B0AA894160D7CF96C89"><enum>(C)</enum><text>The desired end states and objectives of the United States stabilization activities in such country.</text></subparagraph>

<subparagraph id="H4684E95C07D349E4AB174DC0090D3F84"><enum>(D)</enum><text>The Department of Defense support intended to be provided for the stabilization activities of other Federal agencies under subsection (a).</text></subparagraph>

<subparagraph id="H4D22DD7235EA402C84FAE0A1469A119C"><enum>(E)</enum><text>Any mechanism for civil-military coordination regarding support for stabilization activities.</text></subparagraph>

<subparagraph id="HB46C2871FF2A4D29A1904F46F4AE906A"><enum>(F)</enum><text>The mechanisms for monitoring and evaluating the effectiveness of Department of Defense support for United States stabilization activities in the area.</text></subparagraph></paragraph></subsection>

<subsection id="H9CA1F985737E4D6B88A0381A45BB64D6"><enum>(e)</enum><header>Implementation in accordance with guidance</header><text>Support provided under subsection (a) shall be implemented in accordance with the guidance of the Department of Defense entitled <quote>DoD Directive 3000.05 Stabilization</quote>, dated December 13, 2018 (or successor guidance).</text></subsection>

<subsection id="HBA41F9ED0DD0444D8B218EB7526ECC28"><enum>(f)</enum><header>Report</header><text>The Secretary of Defense, with the concurrence of the Secretary of State, shall submit to the appropriate committees of Congress on an annual basis a report that includes the following:</text>

<paragraph id="HBD1E5C6812DF45FF97F4AFB36FA28FD3"><enum>(1)</enum><text>The identification of each foreign area within countries specified in subsection (b)(2) for which support to stabilization has occurred.</text></paragraph>

<paragraph id="HFD34C6D41F314C9C8F2DA73A20F79CB1"><enum>(2)</enum><text>The total amount spent by the Department of Defense, broken out by recipient Federal agency and activity.</text></paragraph>

<paragraph id="HC2BBDE56F8F84E62BBB66CE20252F44F"><enum>(3)</enum><text>An assessment of the contribution of each activity toward greater stability.</text></paragraph>

<paragraph id="HDDD5FEEB7017435C9AFB7BEE6918737B"><enum>(4)</enum><text>An articulation of any plans for continued Department of Defense support to stabilization in the specified foreign area in order to maintain or improve stability.</text></paragraph>

<paragraph id="H67421EE51F134CB995F126528172DFEB"><enum>(5)</enum><text>Other matters as the Secretary of Defense considers to be appropriate.</text></paragraph></subsection>

<subsection id="HF196616507984E8FBFD7D2EF4943D03F"><enum>(g)</enum><header>Use of funds</header>

<paragraph id="H6C1107CAC1F74B3398DDB4E0DF6A6D4C"><enum>(1)</enum><header>Source of funds</header><text>Amounts for activities carried out under this section in a fiscal year shall be derived only from amounts authorized to be appropriated for such fiscal

year for the Department of Defense for Operation and Maintenance, Defense-wide.</text></paragraph>

<paragraph id="HBDFDCC3888D8479BA74878EA1E8AD9F5"><enum>(2)</enum><header>Limitation</header><text>Not more than $18,000,000 in each fiscal year is authorized to be used to provide nonreimbursable support under this section.</text></paragraph></subsection>

<subsection id="HDE390E096B3444A2A87926C6A7720EAF"><enum>(h)</enum><header>Expiration</header><text>The authority provided under this section may not be exercised after December 31, 2020.</text></subsection>

<subsection id="H4C294576EE3849DF9B673D03B9B11E17"><enum>(i)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H415286AFCDC44D54ABFF52937B1DD8B0"><enum>(1)</enum><header>Appropriate committees of congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="H23D46F0689FB406BBEC3A8310AE07725"><enum>(A)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph id="H7C78D41D86BC4D98AF3D9A7C35C47767"><enum>(B)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H54D459C8D35E470EB2A9DA965781F33A"><enum>(2)</enum><header>Logistic support, supplies, and services</header><text>The term <term>logistic support, supplies, and services</term> has the meaning given the term in section 2350(1) of title 10, United States Code.</text></paragraph></subsection></section></subtitle>

<subtitle id="H52E461C4AFC04DF79259C0AD7006AD7C"><enum>B</enum><header>Matters relating to Afghanistan and Pakistan</header>

<section id="H66FF7925427A44E4BE8B0B79E8A28191" section-type="subsequent-section"><enum>1211.</enum><header>Extension of authority to transfer defense articles and provide defense services to the military and security forces of Afghanistan</header>

<subsection id="H4C42AF1C16FF4FD9A16CB001F45B57F1"><enum>(a)</enum><header>Extension of authority</header><text>Subsection (h) of section 1222 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1992) is amended by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2022</quote>.</text></subsection>

<subsection id="H854146F43C8947788F75CE895544474D"><enum>(b)</enum><header>Excess defense articles</header><text>Subsection (i)(2) of such section is amended by striking <quote>December 31, 2020</quote> each place it appears and inserting <quote>December 31, 2022</quote>.</text></subsection></section>

<section id="H85CA5CE9882249C6A299DBBE3388EA2B" section-type="subsequent-section"><enum>1212.</enum><header>Extension and modification of authority to acquire products and services produced in countries along a major route of supply to Afghanistan</header>

<subsection id="H85668943D00C48E0B4F11DF69A9429AA"><enum>(a)</enum><header>Termination of authority</header><text>Subsection (f) of section 801 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2399) is amended by striking <quote>December 31, 2019</quote> and inserting <quote>December 31, 2021</quote>.</text></subsection>

<subsection id="H08B520E4100C496BB0908CC2FBC881DB"><enum>(b)</enum><header>Report on authority</header><text>Such section, as so amended, is further amended by adding at the end the following:</text>

<quoted-block id="H4C264CF836AF4DFA845C8A0E6877588C" style="OLC">

<subsection id="HAD20DB2CCAD2425C8DDB2CE5C30ECF69"><enum>(g)</enum><header>Report on authority</header>

<paragraph id="HC01704DD5DCD42BCA001837159D6C095"><enum>(1)</enum><header>In general</header><text>Not later than March 1, 2020, and March 1, 2021, the Secretary of Defense shall submit to the appropriate congressional committees a report on the use of the authority provided in subsection (a). The report shall address, at a minimum, the following:</text>

<subparagraph id="H530E94E8E506476EB76B926F8DC47F37"><enum>(A)</enum><text>The number of determinations made by the Secretary pursuant to subsection (b).</text></subparagraph>

<subparagraph id="HD395C9D8871C4ACB9CB69D85E17F7371"><enum>(B)</enum><text>A description of the products and services acquired using the authority.</text></subparagraph>

<subparagraph id="HAA1633936E7E4CA4B12005AE9D931F62"><enum>(C)</enum><text>The extent to which the use of the authority has met the objectives of subparagraph (A), (B), or (C) of subsection (b)(2).</text></subparagraph>

<subparagraph id="HB632A0944389478DAB57B6DF7515FA66"><enum>(D)</enum><text>A list of the countries providing products or services as a result of a determination made pursuant to subsection (b).</text></subparagraph></paragraph>

<paragraph id="H992B2435AA534BF3BC815A2E46A525B8"><enum>(2)</enum><header>Appropriate congressional committees defined</header><text>For purposes of this subsection, the term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H26DE2AF37F3047E3B6ECE60EA00A0BEB"><enum>(A)</enum><text>the congressional defense committees; and</text></subparagraph>

<subparagraph id="HEF9665687FA747F6BB9D062429BC494E"><enum>(B)</enum><text>the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H5AE31C7C8A3B43FEAC2D1D1D9A2DB7B5" section-type="subsequent-section"><enum>1213.</enum><header>Authority for certain payments to redress injury and loss</header>

<subsection id="H08A6727152244B1491F1159E7894741A"><enum>(a)</enum><header>Authority</header><text display-inline="yes-display-inline">During the period beginning on the date of the enactment of this Act and ending on December 31, 2022, not more than $3,000,000 for each calendar year, to be derived from funds authorized to be appropriated to the Office of the Secretary of Defense under the Operation and Maintenance, Defense-wide account, may be made available for ex gratia payments for damage, personal injury, or death that is incident to the use of force by the United States Armed Forces, a coalition that includes the United States, a military organization supporting the United States, or a military organization supporting the United States or such coalition.</text></subsection>

<subsection id="HB5F3EB42CF324842BDC9DC477A20C1EB"><enum>(b)</enum><header>Conditions on payment</header><text display-inline="yes-display-inline">An ex gratia payment authorized pursuant to subsection (a) may be provided only ifâ€"</text>

<paragraph id="H132E9B9330F84F36B33FC710533B276B"><enum>(1)</enum><text>the prospective foreign civilian recipient is determined by the local military commander to be friendly to the United States; </text></paragraph>

<paragraph id="H021EA492359B459E95A0E5F76A1E0BB6"><enum>(2)</enum><text>a claim for damages would not be compensable under chapter 163 of title 10, United States Code (commonly known as the <quote>Foreign Claims Act</quote>);</text></paragraph>

<paragraph id="H63D9FC735A9A45F282A0A2AD5DB6E232"><enum>(3)</enum><text>the property damage, personal injury, or death was not caused by action by an enemy;</text></paragraph>

<paragraph id="HE33A39FC38114AE79244FA6B6B191A5C"><enum>(4)</enum><text display-inline="yes-display-inline">the claimant suffered property damage, personal injury, or death that wasâ€"</text>

<subparagraph id="HA45144BC29F74334BE1A1B171951322E"><enum>(A)</enum><text>caused by

the United States Armed Forces, a coalition that includes the United States, or a military organization supporting the United States or such a coalition; and</text></subparagraph>

<subparagraph id="H7B8E41FAE33E41C8BD1819AA0908AD84"><enum>(B)</enum><text>occurred during an operation carried out by the United States, such coalition, or such military organization; and</text></subparagraph></paragraph>

<paragraph id="HC488B52AAF3F4842A0098D496A7AF8D9"><enum>(5)</enum><text display-inline="yes-display-inline">the claimant had no involvement in planning or executing an attack or other hostile action that gave rise to the use of force by the United States, such coalition, or such military organization resulting in such property damage, personal injury, or death.</text></paragraph></subsection>

<subsection id="HA95ED0C2E95E4F9F9F3D40A6386C5A5F"><enum>(c)</enum><header>Nature of payment</header><text display-inline="yes-display-inline">A payment provided pursuant to the authority under subsection (a) may not be construed or considered as an admission or acknowledgment of any legal obligation to provide compensation for any property damage, personal injury, or death.</text></subsection>

<subsection id="H10EA66508AA64BE28C25C9652B9B2C38"><enum>(d)</enum><header>Amount of payments</header><text display-inline="yes-display-inline">If the Secretary of Defense determines a payment under subsection (a) to be appropriate in a particular setting, the amounts of payments, if any, to be provided to civilians determined to have suffered harm incident to the use of force by the United States Armed Forces under the program should be determined pursuant to regulations prescribed by the Secretary and based on an assessment, conducted in consultation with the Secretary of State, that includes such factors as cultural appropriateness and prevailing economic conditions. A copy of any regulations so prescribed shall be provided to the congressional defense committees upon finalization.</text></subsection>

<subsection id="HB937D319C1D54613B0E842F3D1E16607"><enum>(e)</enum><header>Legal advice</header><text>Local military commanders shall receive legal advice before making ex gratia payments under this subsection. The legal advisor, under regulations of the Department of Defense, shall advise on whether an ex gratia payment is proper under this section and applicable Department of Defense regulations.</text></subsection>

<subsection id="H0E9A75C392DF491D9AE8DE2030C95222"><enum>(f)</enum><header>Written record</header><text display-inline="yes-display-inline">A written record of any ex gratia payment offered pursuant to the authority under subsection (a), and whether accepted or denied, shall be kept by the local military commander and on a timely basis submitted to the appropriate office in the Department of Defense as determined by the Secretary of Defense. </text></subsection>

<subsection id="H17292398C7B84A45B61162D101837323"><enum>(g)</enum><header>Quarterly report</header><text>Not later than 90 days after the date of the enactment of this Act, and every 90 days thereafter, the Secretary of Defense shall submit to the congressional defense committees a report including the following:</text>

<paragraph id="H06D99413555046E69548E53CE3436BF7"><enum>(1)</enum><text>With respect to each ex gratia payment made under the authority in this subsection or any other authority during the preceding 90-day period, each of the following:</text>

<subparagraph id="HA2EC3A349DE4489EA655B85E293290FA"><enum>(A)</enum><text>The amount used for such payments and the country with respect to which each such payment was made.</text></subparagraph>

<subparagraph id="H70B9D1E6FA144B27B42AE5BC1BEC15AF"><enum>(B)</enum><text>The manner in which claims for such payments were verified.</text></subparagraph>

<subparagraph id="HEC72A921D1284CCBB1FCC75AA69E5AF3"><enum>(C)</enum><text>The position of the official who approved the payment.</text></subparagraph>

<subparagraph id="H098174BACF814C6FA0D40A117E04A237"><enum>(D)</enum><text>The manner in which payments are made.</text></subparagraph></paragraph>

<paragraph id="HE968A9C846BD4186B7816B1D1EEAD81D"><enum>(2)</enum><text>With respect to a preceding 90-day period in which no ex gratia payments were madeâ€"</text>

<subparagraph id="H0E7EF16A835A4DE694B9F0209F8EF1E4"><enum>(A)</enum><text>whether any such payment was refused, along with the reason for such refusal;

or</text></subparagraph>

<subparagraph id="H8F78E06ED63646DBA39C3FC6CE87D44B"><enum>(B)</enum><text>any other reason for which no such payments were made.</text></subparagraph></paragraph></subsection>

<subsection id="HC2FABCF56AC145A5A9E1623B43AE3BF5"><enum>(h)</enum><header>Relation to other authorities</header><text display-inline="yes-display-inline">Notwithstanding any other provision of law, the authority provided by this section shall be construed as the sole authority available to make ex gratia payments for property damage, personal injury, or death that is incident to the use of force by the United States Armed Forces.</text></subsection></section>

<section id="H122580C72CE14C4395A2462C00229550" display-inline="no-display-inline"><enum>1214.</enum><header>Extension and modification of semiannual report on enhancing security and stability in Afghanistan</header>

<subsection id="H11965BBC74BE483A9DD31F31A085E20C"><enum>(a)</enum><header>Extension</header><text display-inline="yes-display-inline">Paragraph (2) of subsection (a) of section 1225 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 127 Stat. 3550), as most recently amended by section 1215 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1649), is further amended by striking <quote>December 15, 2020</quote> and inserting <quote>December 15, 2022</quote>.</text></subsection>

<subsection id="H9FB1D93D2E784F0EB0D06F1740E32253"><enum>(b)</enum><header>Form</header><text display-inline="yes-display-inline">Paragraph (3) of such subsection is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HAEE5A3010CFA4B6B86C370FC1C2D52E1" style="OLC">

<paragraph id="H9C07FFE050204A20A1D17DEFB64DB5B8"><enum>(3)</enum><header>Form</header><text>Each report required under paragraph (1) shall be submitted in unclassified form without any designation relating to dissemination control, but may include a classified annex.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HABA0A03D2EBE435298802AEA1101D554"><enum>(c)</enum><header>Modification of elements</header><text display-inline="yes-display-inline">Subsection (b) of such section 1225, as amended by section 1215(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2480), is further amendedâ€"</text>

<paragraph id="H441A5E7E65554027A4ADE06A9A9E0886"><enum>(1)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="H03AA765B0723433B83CE7460C22BD4A9"><enum>(A)</enum><text>in the paragraph heading, by inserting <quote><header-in-text level="paragraph" style="OLC">and taking into account the August 2017 strategy of the United States</header-in-text></quote> after <quote><header-in-text level="paragraph" style="OLC">2014</header-in-text></quote>;</text></subparagraph>

<subparagraph id="HA0717EAB26324B8BBFAAA6C81581020E"><enum>(B)</enum><text>by amending subparagraph (A) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H1EB60463A7244A5CBA65C464BD7CC03D" style="OLC">

<subparagraph id="H82A3C5FBF58D4238849B31852D08A236"><enum>(A)</enum><text>the strategy and objectives of any post-2014 United States mission, including the 2017 South Asia Strategy of the United States and any subsequent United States strategy, and any mission agreed by the North Atlantic Treaty Organization (NATO), that are pertinent toâ€"</text>

<clause id="H60E5C28B3AC042AC9E61927EC5383732"><enum>(i)</enum><text>training, advising, and assisting the ANSF; or</text></clause>

<clause id="HB48CB97B237A43A384BFBEAF97BB1B10"><enum>(ii)</enum><text>conducting counterrorism operations in Afghanistan; and</text></clause></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HBF6BD639C663465E83D4ED5081D050B8"><enum>(C)</enum><text>in subparagraph (B)â€"</text>

<clause id="H3B7674515F7F43BB81AF8CA77243D2A7"><enum>(i)</enum><text display-inline="yes-display-inline">by striking the period at the end and inserting a semicolon;</text></clause>

<clause id="H05E540A2DBBA4BFDA50FDBCBFBB8060A"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking <quote>in the assessment of any such</quote> and inserting â€œin the assessment ofâ€"</text>

<quoted-block display-inline="no-display-inline" id="HAEFA97268E6F48BEBBE9B3C9F1B702EC" style="OLC">

<clause id="H940B38233134428E970736E3680D4E29"><enum>(i)</enum><text display-inline="yes-display-inline">any such</text></clause><after-quoted-block>; and </after-quoted-block></quoted-block></clause>

<clause id="HEFC9B06FE75649168120027445761921"><enum>(iii)</enum><text>by adding at the end the following new clauses:</text>

<quoted-block display-inline="no-display-inline" id="H9E851408A4974276B1F71A4535161EB9" style="OLC">

<clause id="H094DE8996F3F473FB6086DB2D3800415"><enum>(ii)</enum><text>the United States counterterrorism mission; and</text></clause>

<clause id="H5444E56B4D2F46F0A96970798B3270F5"><enum>(iii)</enum><text>efforts by the Department of Defense to support reconciliation efforts and develop conditions for the expansion of the reach of the Government of Afghanistan throughout Afghanistan.</text></clause><after-quoted-block>;</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph id="HEBF47F95EBBC47979DC3EC9564BD6B24"><enum>(2)</enum><text>in paragraph (2)â€"</text>

<subparagraph id="HA238FC858142444787437CC7F3CE523A"><enum>(A)</enum><text>by inserting â€œ, including the progress of the Government of Afghanistan on securing Afghan territory and population,â€ after â€œthe current security conditions in Afghanistanâ€; and</text></subparagraph>

<subparagraph id="HE515603B8B6D40898AF0658845EFCC6B"><enum>(B)</enum><text>by striking <quote>and the Haqqani Network</quote> and inserting â€œthe Haqqani Network, and the Islamic State of Iraq and Syria Khorasanâ€; and</text></subparagraph></paragraph>

<paragraph id="H073687BBF351413688EC4F22ACBAFE8E"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H03EFFE83C60547149DDBFA8ABE1D0B40" style="OLC">

<paragraph id="HD8F3E683A9E54752B8BB95A58758C8F9"><enum>(9)</enum><header>Monitoring and evaluation measures relating to ASFF</header><text>A description of the monitoring and evaluation measures that the Department of Defense and the Government of Afghanistan are taking to ensure that funds of the Afghanistan Security Forces Fund provided to the Government of Afghanistan as direct government-to-government assistance are not subject to waste, fraud, or abuse.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HAB71569C32E54D48BC7F6F0DEA648C35"><enum>1215.</enum><header>Special Immigrant Visa program reporting requirement</header>

<subsection id="HC78F5942DE884F2CB84D4A910EA553E0"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Inspector General of the Department of State shall submit a report, which may contain a classified annex, toâ€"</text>

<paragraph id="HC55AFF124BE4465F88EFCB5DC64B9319"><enum>(1)</enum><text>the Committee

on the Judiciary, the Committee on Foreign Relations, and the Committee on Armed Services of the Senate; and</text></paragraph>

<paragraph id="H91AF40701DA44CDEB14C9104C5070E80"><enum>(2)</enum><text>the Committee on the Judiciary, the Committee on Foreign Affairs, and the Committee on Armed Services of the House of Representatives.</text></paragraph></subsection>

<subsection id="H4409D16965C64CA89174BA43C8D719B2"><enum>(b)</enum><header>Contents</header><text>The report submitted under subsection (a) shall evaluate the obstacles to effective protection of Afghan and Iraqi allies through the special immigrant visa programs and suggestions for improvements in future programs, including information relating toâ€"</text>

<paragraph id="HD473D1A2C24D4B33891F0C586F37ADC6"><enum>(1)</enum><text>the hiring of locally employed staff and contractors;</text></paragraph>

<paragraph id="HE3374763791E402CAC6476C007AC3C41"><enum>(2)</enum><text>documenting the identity and employment of locally employed staff and contractors of the United States Government, including the possibility of establishing a central database of employees of the United States Government and its contractors;</text></paragraph>

<paragraph id="HB90D4B655CF44DF79278E7C0BC84DA05"><enum>(3)</enum><text>the protection and safety of employees of locally employed staff and contractors;</text></paragraph>

<paragraph id="HE82365DB74AB40828D98052A1343511D"><enum>(4)</enum><text>means of expediting processing at all stages of the process for applicants, including consideration of reducing required forms;</text></paragraph>

<paragraph id="H226D5410E0E544C793C6C50CEA788188"><enum>(5)</enum><text>appropriate staffing levels for expedited processing domestically and abroad;</text></paragraph>

<paragraph id="HF4E0F37A456A4CBFB1746E4EB8BE0FEC"><enum>(6)</enum><text>the effect of uncertainty of visa availability on visa processing;</text></paragraph>

<paragraph id="H3ADB0CD9EFCC4D52AB7E23F922FDA1CB"><enum>(7)</enum><text>the cost and availability of medical examinations; and</text></paragraph>

<paragraph id="HA71EEC8467B34A5EB2EA386C54C7E4DD"><enum>(8)</enum><text>means to reduce delays in interagency processing and security checks.</text></paragraph></subsection>

<subsection id="HF60903F1E0244392A656DE8C714ACA9C"><enum>(c)</enum><header>Consultation</header><text>In preparing the report under subsection (a), the Inspector General shall consult with current and, to the extent possible, former employees ofâ€"</text>

<paragraph id="H3E9C7EA58AC8424E8BFC521A9D4FAE55"><enum>(1)</enum><text>the Department of State, Bureau of Consular Affairs, Visa Office;</text></paragraph>

<paragraph id="H71EE3AE2C3674379B8E768F3EFA03BD0"><enum>(2)</enum><text>the Department of State, Bureau of Near Eastern Affairs and South and Central Asian Affairs, Executive Office;</text></paragraph>

<paragraph id="H667D684E4490426DB9F9AD0C94CEF89C"><enum>(3)</enum><text>the United States embassy in Kabul, Afghanistan, Consular Section;</text></paragraph>

<paragraph id="H8CFB54F138BE4FB0981BA8BB1AC3D358"><enum>(4)</enum><text>the United States embassy in Baghdad, Iraq, Consular Section;</text></paragraph>

<paragraph id="H09A9888C016941E99C9E5531F0B1DDA8"><enum>(5)</enum><text>the Department of Homeland Security, U.S. Citizenship and Immigration Services;</text></paragraph>

<paragraph id="H4ED9283748104EE7A01F3189E00974DD"><enum>(6)</enum><text>the Department of Defense; and</text></paragraph>

<paragraph id="HAE97C77C5ED440E7BA64A322CE9A2C0E"><enum>(7)</enum><text>non-governmental organizations providing legal aid in the special immigrant visa application process.</text></paragraph></subsection></section>

<section id="H2E1271D2470D4D9CA24967AABC02A3E8" display-inline="no-display-inline"><enum>1216.</enum><header>Meaningful inclusion of Afghan women in peace negotiations</header>

<subsection id="H20DD954B80924361B1E8C2B65D1F9652"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of State, in coordination with the Secretary of Defense, shall seek to ensure the meaningful participation of Afghan women in the peace process in Afghanistan in a manner consistent with the Women, Peace, and Security Act of 2017 (22 U.S.C. 2152j et seq.), including through advocacy for the inclusion of Afghan women in ongoing and future negotiations to end the conflict in Afghanistan.</text></subsection>

<subsection id="H012EA08350664B668ACED37BE4FDAD14" commented="no" display-inline="no-display-inline"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of State, in coordination with the Secretary of Defense, shall submit to the appropriate committees of Congress a report describing the steps taken to fulfill the duties of the Secretary of State and the Secretary of Defense under subsection (a).</text></subsection>

<subsection id="H084F31283FAE44E59C8F4F5CF25CDF88" commented="no" display-inline="no-display-inline"><enum>(c)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="H1A9517EABB624F9193920D7B238354C3" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H833A84367EA14569AFD907B9C509B009" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H1E015071434544378AFCAF60F2F8DA47" display-inline="no-display-inline" commented="no"><enum>1217.</enum><header>Extension and modification of authority for reimbursement of certain coalition nations for support provided to United States military operations</header>

<subsection id="H223985B5B89349078658830BE8EFE0B5" commented="no"><enum>(a)</enum><header>Extension</header><text display-inline="yes-display-inline">Subsection (a) of section 1233 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 393), as most recently amended by section 1225 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is further amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA7504169028D4422931503D9A0CAC91E" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H3CD83263D5BA4383B7A0655722EB174F"><enum>(a)</enum><header display-inline="yes-display-inline">Authority</header><text display-inline="yes-display-inline">From funds made available for the Department of Defense for the period beginning on October 1, 2019, and ending on December 31, 2020, for overseas contingency operations for operation and maintenance, Defense-wide activities, the Secretary of Defense may reimburse any key cooperating nation (other than Pakistan) forâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEF635A17D48944BC807F292A897FE10B"><enum>(1)</enum><text display-inline="yes-display-inline">logistical and military support provided by that nation to or in connection with United States military operations in Afghanistan, Iraq, or Syria; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1A7A88AF24624ED2866B224CE5C1068E"><enum>(2)</enum><text display-inline="yes-display-inline">logistical, military, and other support, including access, provided by that nation to or in connection with United States military operations described in paragraph (1).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HCCD2A3E840234DC0B3F962BED25A98B2" commented="no"><enum>(b)</enum><header>Modification to limitation</header><text>Subsection (d)(1) of such section is amendedâ€"</text>

<paragraph id="H74ABE9DC3DD8459C92E4B425C24E96EF" commented="no"><enum>(1)</enum><text>by striking <quote>October 1, 2018, and ending on December 31, 2019</quote> and inserting <quote>October 1, 2019, and ending on December 31, 2020</quote>; and</text></paragraph>

<paragraph id="HCB09ADAA3A564ECB8E0B26CD4EAE19E3" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">by striking <quote>$350,000,000</quote> and inserting <quote>$450,000,000</quote>.</text></paragraph></subsection></section>

<section id="HFCBB3C38BD1942628A0CCF8DC81B4B24"><enum>1218.</enum><header>Support for reconciliation activities led by the Government of Afghanistan</header>

<subsection commented="no" display-inline="no-display-inline" id="HBBBE881C23B840B3B66CA72213FD986B"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense may, with the concurrence of the Secretary of State, provide covered support for reconciliation activities to one or more designated persons or entities or Federal agencies.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H711CD10AD014405DABE21C158CBF589E"><enum>(b)</enum><header>Framework for use of authority</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense, with the concurrence of the Secretary of State, shall submit to the appropriate committees of Congress a report on the use of the authority under subsection (a) that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H3C2BB672476144B395F1E84F38529128"><enum>(1)</enum><text>a framework for use of such authority;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7BFF2A4EFE8D4D009DA98C8D63157BC4"><enum>(2)</enum><text>evaluation requirements; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDE89DC00987D4DE0AC642B0CB1DC9BF8"><enum>(3)</enum><text>a prioritization of covered support.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2E0F1F5311EF4172B9EE2FFE24A56788"><enum>(c)</enum><header display-inline="yes-display-inline">Designation</header><text display-inline="yes-display-inline">Not later than 15 days before the Secretary of Defense designates an individual or organization as a designated person or entity, the Secretary shall notify the congressional defense committees of the intent of the Secretary to make such designation.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE2C0844D67B14D9B8027161EB4103D1C"><enum>(d)</enum><header display-inline="yes-display-inline">Reimbursement</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD2610D852B234782BF47EA62F14CD76E"><enum>(1)</enum><header display-inline="yes-display-inline">Designated persons or entities</header><text display-inline="yes-display-inline">The Secretary of Defense may provide covered support to a designated person or entity on a nonreimbursable basis.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A6D9D693B7B43A28B75096EBB504A74"><enum>(2)</enum><header display-inline="yes-display-inline">Federal agencies</header><text display-inline="yes-display-inline">The Secretary of Defense may provide covered support to a Federal agency on a reimbursable or nonreimbursable basis.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H19006DEE5CBC42548C6D1B399E36780C"><enum>(e)</enum><header display-inline="yes-display-inline">Location of covered support</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2A19C33D7B8E4DD9A5938AEB95A9C917"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in paragraph (2), the Secretary of Defense may only provide covered support within Afghanistan.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFC1143C4FCC942A0B28A376ACFB1B945"><enum>(2)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">Notwithstanding paragraph (1), the Secretary of Defense may provide covered support in Pakistan if the Secretary of Defense, with the concurrence of the Secretary of State, determines, and certifies to the appropriate committees of Congress, that providing covered support in Pakistan is in the national security interest of the United States.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC72AB1C9903143F09283B7439263D45B"><enum>(f)</enum><header display-inline="yes-display-inline">Notification</header><text display-inline="yes-display-inline">Not later than 15 days after the date on which the Secretary of Defense provides covered support in Pakistan, or an individual expenditure for covered support reaches a monetary threshold of $75,000 or greater, the Secretary shall submit to the appropriate committees of Congress written notice that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H7DCA0C902BB74FE881EF3AA1E84AEB60"><enum>(1)</enum><text display-inline="yes-display-inline">the intended recipient of such covered support and the specific covered support to be provided; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H45CF27A8A69641E8AC5AFBF4975A701E"><enum>(2)</enum><text display-inline="yes-display-inline">a description of the manner in which such covered support facilitates reconciliation.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H69FF786507CD4E3E9923D70651E1444D"><enum>(g)</enum><header display-inline="yes-display-inline">Funding</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF568BAC863F141BCAC695864633414CF"><enum>(1)</enum><header display-inline="yes-display-inline">Source of funds</header><text display-inline="yes-display-inline">Amounts for covered support may only be derived from amounts authorized to be appropriated for the Department of Defense for operation and maintenance.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDC93F5EB81494C47A681592641964CAF"><enum>(2)</enum><header display-inline="yes-display-inline">Limitation</header><text display-inline="yes-display-inline">Not more than $15,000,000 may be used in each fiscal year to provide covered support under this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2CAEDD356565492CA8411B3348EBA806"><enum>(h)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Covered support shall not be construed to violate section 2339, 2339A, or 2339B of title 18, United States Code.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0C635CF7A55E455FAE8AF490EEE28172"><enum>(i)</enum><header display-inline="yes-display-inline">Reports</header>

<paragraph commented="no" display-inline="no-display-inline" id="HBAC9CE6088974DF3A76B01951B4FFA24"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, and quarterly thereafter, the Secretary of Defense shall, with the concurrence of the Secretary of State, submit to the appropriate committees of Congress a report on covered support during the preceding 90-day period.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2F440FC32C9A41738218A2AC324781CC"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">Each report under this subsection shall include, for the preceding reporting period, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H45CCD752C8B84EFA8CA556F57B4764CA"><enum>(A)</enum><text display-inline="yes-

display-inline">A summary of the reconciliation activities for which covered support was provided.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H941D33F1888C4A1195418DA26B5E0771"><enum>(B)</enum><text display-inline="yes-display-inline">A description of the covered support, by class or type, and the designated person or entity or Federal agency that received each class or type of covered support.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9DFA468B9A844D61A49B09AF70314D18"><enum>(C)</enum><text display-inline="yes-display-inline">The total dollar amount of each class or type of covered support, including budget details.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H12AFDC853BB34640A33EE20B218ACBAC"><enum>(D)</enum><text display-inline="yes-display-inline">The intended duration of each provision of covered support.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7F3BF3B29B1E425D89333621C2845915"><enum>(E)</enum><text display-inline="yes-display-inline">Any other matter the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF21C16E1C20C46B18358AD28CD93E42F"><enum>(j)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The authority to carry out this section shall terminate on December 31, 2020.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6B39732622F14251836C2433C728AF12"><enum>(k)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCC456DFC66DC410DBD4917545C7DCA0F"><enum>(1)</enum><header>Appropriate committees of Congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF902FAA3B0E34718847042F15FF0446C"><enum>(A)</enum><text>the congressional defense committees;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBCFC88EFDAB04ED7A902E1EE0F8BFA3A"><enum>(B)</enum><text>the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDE9CFCE0E75B41F68EEC0497072F3C01"><enum>(C)</enum><text>the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H48800B1409C649C5919513B52227977A"><enum>(2)</enum><header display-inline="yes-display-inline">Covered support</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H88B98CED26154239B5B69A71D0652C9C"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">The term <term>covered support</term> means logistic support, supplies, and services (as defined in section 2350 of title 10, United States Code) and security provided under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3B85743FA03D420B82E66C9CCC378F5A"><enum>(B)</enum><header>Exclusions</header><text >The term <term>covered support</term> does not include the following support, supplies, or services described in section 2350 of title 10, United States Code:</text>

<clause commented="no" display-inline="no-display-inline" id="H6ED27B9900274A9AA79FEA23575B3A76"><enum>(i)</enum><text>Ammunition, construction incident to base operations support, training services, and the temporary use of general purpose vehicles.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD27880BBB5804D88A8381A354C5DBCA8"><enum>(ii)</enum><text>With respect to any member of the Taliban, transportation in vehicles or on aircraft owned by the United States Government.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF79430DBFFE64C5198DFDAB5ECE259C7"><enum>(3)</enum><header display-inline="yes-display-inline">Designated person or entity</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HB7DC2F4D46D34CB68197EE2EE29DB243"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The term <term>designated person or entity</term> means an individual or organization designated by the Secretary of Defense, with the concurrence of the Secretary of State, as necessary to facilitate a reconciliation activity.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBCAEB00A99E6438C8539F4D29CD079DB"><enum>(B)</enum><header display-inline="yes-display-inline">Exclusion</header><text display-inline="yes-display-inline">The term <term>designated person or entity</term> does not include a Federal agency or department.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDE1371ED9FA145CD87274460963ECA70"><enum>(4)</enum><header display-inline="yes-display-inline">Reconciliation activity</header><text display-inline="yes-display-inline">The term <term>reconciliation activity</term> means any activity intended to support, facilitate, or enable a political settlement between the Government of Afghanistan and the Taliban for the purpose of ending the war in Afghanistan.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H26D5706F5506441A83E34F2A50B1DFAF"><enum>(5)</enum><header display-inline="yes-display-inline">Security</header><text display-inline="yes-display-inline">The term <term>security</term> means any measure determined by the Secretary of Defense to be necessary to protect reconciliation activities from hostile acts.</text></paragraph></subsection></section>

<section id="H79ADF8DA0A9046CC9E1FF45957751A32" section-type="subsequent-section"><enum>1219.</enum><header>Modification and extension of the Afghan Special Immigrant Visa Program</header>

<subsection id="HC32EB4FC34FE41B682530586ABB9B686"><enum>(a)</enum><header>Principal aliens</header><text display-inline="yes-display-inline">Subclause (I) of section 602(b)(2)(A)(ii) of the Afghan Allies Protection Act of 2009 (8 U.S.C. 1101 note) is amended to read as follows:</text>

<quoted-block style="OLC" id="H91A00B2AC2824DA1A9D54213516D3CC9" display-inline="no-display-inline">

<subclause id="H2F9B7818FFCE4F85A10A38397466A07E"><enum>(I)</enum><text display-inline="yes-display-inline">by, or on behalf of, the United States Government; or</text></subclause><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE366A660AD0E4BA491F5303562B67974"><enum>(b)</enum><header>Extension of afghan special immigrant program</header><text>Section 602(b)(3)(F) of the Afghan Allies Protection Act of 2009 (8 U.S.C. 1101 note) is amendedâ€"</text>

<paragraph id="H4801D263E8A74A8480052D68574B9984"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="subparagraph" style="OLC">2015, 2016, and 2017</header-in-text></quote> and inserting <quote><header-in-text level="subparagraph" style="OLC">2015 through 2020</header-in-text></quote>;</text></paragraph>

<paragraph id="HCD4F4A1A125948FAAD224F858B1E1064"><enum>(2)</enum><text>in the matter preceding clause (i), by striking <quote>18,500</quote> and inserting <quote>22,500</quote>;</text></paragraph>

<paragraph id="HF73C21865CA3481AAC92127D3630B29B"><enum>(3)</enum><text>in clause (i), by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2021</quote>; and</text></paragraph>

<paragraph id="HC24CD46836A74AD9B597F8BF34EA5957"><enum>(4)</enum><text>in clause (ii), by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2021</quote>.</text></paragraph></subsection></section></subtitle>

<subtitle id="HFB0EFB8C21B54DDAB4EA25F70F8A086F"><enum>C</enum><header>Matters relating to Syria, Iraq, and Iran</header>

<section commented="no" display-inline="no-display-inline" id="H17FA4EAB78D7406DB289079521DE0E87" section-type="subsequent-section"><enum>1221.</enum><header display-inline="yes-display-inline">Modification of authority and limitation on use of funds to provide assistance to counter the Islamic State of Iraq and Syria</header>

<subsection commented="no" display-inline="no-display-inline" id="H776FA69E36C945DC826B0BACF08F9B60"><enum>(a)</enum><header display-inline="yes-display-inline">Limitation on use of funds</header><text display-inline="yes-display-inline">Of the amounts authorized to be appropriated for fiscal year 2020 by this Act for activities under section 1236 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3558), as amended by this section, not more than 50 percent may be obligated or expended for such activities until the date on which the Secretary of Defense submits to the congressional defense committees a report setting forth the following:</text>

<paragraph id="HD96D922869DF4112BC5BFBF9F380ADB8" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text>An assessment ofâ€"</text>

<subparagraph id="HCADD666F6DFE41799E55D01C045010F3" commented="no"><enum>(A)</enum><text>security in liberated areas in Iraq;</text></subparagraph>

<subparagraph id="H8F64E05AE37346DA9E705F95A7262626" commented="no"><enum>(B)</enum><text>the extent to which security forces trained and equipped, directly or indirectly, by the United States are prepared to provide post-conflict stabilization and security in such liberated areas; and</text></subparagraph>

<subparagraph id="H8E980129F90247948D053CE5BA06AE03" commented="no"><enum>(C)</enum><text>the effectiveness of security forces in the post-conflict environment and an identification of which such forces will provide post-conflict stabilization and security in such liberated areas.</text></subparagraph></paragraph>

<paragraph id="HBB0D12E1B90D4095804F1A7DC6E85EED" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">A summary of available information relating to the disposition of militia groups throughout Iraq, with particular focus on groups in areas liberated from ISIS or in sensitive areas with historically mixed ethnic or minority communities. </text></paragraph>

<paragraph id="H7738C8A657D24D879DB9925911887181" commented="no" display-inline="no-display-inline"><enum>(3)</enum><text>Any updates to or changes in the plan, strategy, process, vetting requirements and process as described in subsection (e) of such section 1236, and end-use monitoring mechanisms and procedures.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4B0C941BCA846A99EBE1C0197CD0F11"><enum>(4)</enum><text display-inline="yes-display-inline">An identification of the specific units of the Iraqi Security Forces to receive training and equipment or other support in fiscal year 2020.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF1CD303C442546C19BF3776FE43DB9C6"><enum>(5)</enum><text display-inline="yes-display-inline">A plan for ensuring that any vehicles or equipment provided to the Iraqi Security Forces pursuant to such authority are maintained in subsequent fiscal years using funds of Iraq.</text></paragraph>

<paragraph id="H755094AE1B4949F09099858B224A3299" commented="no" display-inline="no-display-inline"><enum>(6)</enum><text>A description of any misuse or loss of provided equipment and how such misuse or loss is being mitigated.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7E100B236F7B49879EFBD97E48EF55CD"><enum>(7)</enum><text display-inline="yes-display-inline">An estimate, by fiscal year, of the funding anticipated to be required

for support of the Iraqi Security Forces during the five fiscal years beginning in fiscal year 2020.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB67A5333B6FF466DB3D59AD63DCAA05F"><enum>(8)</enum><text display-inline="yes-display-inline">A plan for normalizing assistance to the Iraqi Security Forces under chapter 16 of title 10, United States Code, beginning in fiscal year 2020.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDAF90CA9264A4A82B128AC21AA1EA75A"><enum>(9)</enum><text display-inline="yes-display-inline">A detailed plan for the obligation and expenditure of the funds requested for fiscal year 2020 for the Department of Defense for stipends.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A10EE3DC23D49B1B168DC6A480A5153"><enum>(10)</enum><text display-inline="yes-display-inline">A plan for the transition to the Government of Iraq the responsibility for funding for stipends for any fiscal year after fiscal year 2020.</text></paragraph>

<paragraph id="H37235CBB6D63447FBDB38C7841D46F83" commented="no"><enum>(11)</enum><text>A description of how attacks against United States or coalition personnel are being mitigated, statistics on any such attacks, including <quote>green-on-blue</quote> attacks.</text></paragraph>

<paragraph id="H503941F3F8054E4C85AB02D98259923C" commented="no"><enum>(12)</enum><text>A list of the forces or elements of forces that are restricted from receiving assistance under subsection (a) of such section 1236, other than the forces or elements of forces with respect to which the Secretary of Defense has exercised the waiver authority under subsection (j) of such section 1236, as a result of vetting required by subsection (e) of such section 1236 or by section 362 of title 10, United States Code, and a detailed description of the reasons for such restriction, including for each force or element, as applicable, the following:</text>

<subparagraph id="H5FC6B9FF55A24ED7A3749FDB6173C613" commented="no"><enum>(A)</enum><text>Information relating to gross violation of human rights committed by such force or element, including the time-frame of the alleged violation.</text></subparagraph>

<subparagraph id="H037EC77815FB465FB0BF6B9EF9A60002" commented="no"><enum>(B)</enum><text>The source of the information described in subparagraph (A) and an assessment of the veracity of the information.</text></subparagraph>

<subparagraph id="HE7E3CD339A384C2E823D1C878B710CB2" commented="no"><enum>(C)</enum><text>The association of such force or element with terrorist groups or groups associated with the Government of Iran.</text></subparagraph>

<subparagraph id="HC2E4F606ECAF42BD92DCC506EFF40181" commented="no"><enum>(D)</enum><text>The amount and type of any assistance provided to such force or element by the Government of Iran.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H292BD065493A4440B2A0CAC44E1C2E0C"><enum>(b)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">Subsection (g) of section 1236 of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3558) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE082B2D3984B4D5098FEC9A08E420B61"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HADE8B41C3206432982230A177D0575D5"><enum>(2)</enum><text display-inline="yes-display-inline">by striking <quote>$850,000,000</quote> and inserting <quote>$645,000,000</quote>.</text></paragraph></subsection>

<subsection id="HA831CD79D927426C9533B2087085894E" commented="no"><enum>(c)</enum><header>Clarification with respect to scope of authority</header>

<paragraph id="HE43B3D78C6754144840D80D06E685782" commented="no"><enum>(1)</enum><header>In general</header><text>Subsection (j)(2) of such section 1236 is amended to read as follows:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H9A65EC7D29154E75A65C0C568F7D487E">

<paragraph id="HAC8EE9F80625486DB8C220F0CCC2989B" commented="no"><enum>(2)</enum><header>Scope of assistance authority</header><text display-inline="yes-display-inline">Notwithstanding paragraph (1), the authority granted by subsection (a) may only be exercised in consultation with the Government of Iraq.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC16EBF5FB1874522B25C280B60C6094A" commented="no"><enum>(2)</enum><header>Technical correction</header><text>The heading of subsection (j) of such section 1236 is amended by inserting <quote><header-in-text level="subsection" style="OLC">; Scope</header-in-text></quote> after <quote><header-in-text level="subsection" style="OLC">Authority</header-in-text></quote>.</text></paragraph></subsection>

<subsection id="HFE5A273834D8471D99B4188B1CAA1DB6" commented="no"><enum>(d)</enum><header>Technical correction</header><text>Subsection (c) of such section 1236 is amended in the matter preceding paragraph (1) by striking <quote>subsection (a)(1)</quote> and inserting <quote>subsection (b)(1)(A)</quote>.</text></subsection>

<subsection id="H6651814521AC47139AABC1BAF11E1517"><enum>(e)</enum><header>Additional technical correction</header><text display-inline="yes-display-inline">Effective as of December 12, 2017, and as if included therein as enacted, section 1222 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1651) is amendedâ€"</text>

<paragraph id="H08ABA3B9A6D34297A2DEEAA54BC7F391"><enum>(1)</enum><text>by striking subsection (b); and</text></paragraph>

<paragraph id="H197FED8CBAF549129E04EF2AA46B2FAB"><enum>(2)</enum><text>by striking subsection (c)(3).</text></paragraph></subsection></section>

<section id="H6603BE07FE0745C48CBE406D3A3F219F" section-type="subsequent-section"><enum>1222.</enum><header>Extension and modification of authority to provide assistance to vetted Syrian groups and individuals</header>

<subsection id="H359C1D2F5CBC4F318E4B8501DC8B84D7"><enum>(a)</enum><header>Extension and modification</header><text display-inline="yes-display-inline">Section 1209 of the Carl Levin and Howard P. â€œBuckâ€ McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3559) is amended as follows:</text>

<paragraph id="H2819F5F1B081483A845165D9ABD71C10"><enum>(1)</enum><text>In subsection (a)â€"</text>

<subparagraph id="H6D1D393E86244387B2D269EA69B0E79C"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>with a cost</quote> and all that follows through <quote>through December 31, 2019</quote> and inserting <quote>and sustainment to appropriately vetted Syrian groups and individuals through December 31, 2020</quote>; and</text></subparagraph>

<subparagraph id="H57201707D96B4635AC711E2E304F2FCA"><enum>(B)</enum><text>by striking paragraphs (1) through (3) and inserting the following:</text>

<quoted-block style="OLC" id="H114B39BFA47045C9B0C3D775D3C83C05" display-inline="no-display-inline">

<paragraph id="H852013B18616459FB10B06D184124B33"><enum>(1)</enum><text display-inline="yes-display-inline">Defending the Syrian people from attacks by the Islamic State of Iraq and Syria.</text></paragraph>

<paragraph id="H1529F57D6A9A4B2EB68FF3888206O719"><enum>(2)</enum><text display-

inline="yes-display-inline">Securing territory formerly controlled by the Islamic State of Iraq and Syria.</text></paragraph>

<paragraph id="H5D96EC2B07F54D50AC25837A0BCFD3A2"><enum>(3)</enum><text display-inline="yes-display-inline">Protecting the United States and its partners and allies from the threats posed by the Islamic State of Iraq and Syria, al Qaeda, and associated forces in Syria.</text></paragraph>

<paragraph id="H31D0DCBADDC242DE9D9AAF089BB5CEBE"><enum>(4)</enum><text display-inline="yes-display-inline">Providing appropriate support to vetted Syrian groups and individuals to conduct temporary and humane detention and repatriation of Islamic State of Iraq and Syria foreign terrorist fighters in accordance with all laws and obligations related to the conduct of such operations, including, as applicableâ€"</text>

<subparagraph id="H8B9D2AAA6AA44F3987961D46CE4F75EE"><enum>(A)</enum><text>the law of armed conflict;</text></subparagraph>

<subparagraph id="HD76701DF232E403F95BFC6969268ABDF"><enum>(B)</enum><text>internationally recognized human rights;</text></subparagraph>

<subparagraph id="HC411778E54B642EBAC1C35F67951D7D8"><enum>(C)</enum><text>the principle of non-refoulement;</text></subparagraph>

<subparagraph id="H22295213EFC34DF18F5FC2018AFB8074"><enum>(D)</enum><text display-inline="yes-display-inline">the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (done at New York on December 10, 1984); and</text></subparagraph>

<subparagraph id="H173A58B74C114D46BED1D1359AD47456"><enum>(E)</enum><text>the United Nations Convention Relating to the Status of Refugees, done at Geneva July 28, 1951 (as made applicable by the Protocol Relating to the Status of Refugees, done at New York January 31, 1967 (19 UST 6223)).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H2299F7E13062405BB730F79E1BE688B4"><enum>(2)</enum><text>By amending subsection (b) to read as follows:</text>

<quoted-block id="H7BE12EF0C1B94AE79F0F291909DAD942" style="OLC">

<subsection id="H42B773BD453946D7A2889BE12C9C6730"><enum>(b)</enum><header>Notice before provision of assistance</header>

<paragraph id="HC6FF2B463D294A18A9055CA3C753F781"><enum>(1)</enum><header>In general</header><text>In accordance with the requirements under paragraph (2), the Secretary of Defense shall notify the congressional defense committees in writing of the use of the relevant authority to provide assistance and include the following:</text>

<subparagraph id="H0DC7CDB2607F440FAAC9259E7F4BA9E0"><enum>(A)</enum><text>The requirements and process used to determine appropriately vetted recipients.</text></subparagraph>

<subparagraph id="H1BF78D800B1A4B65AA7AE4F99D11F247"><enum>(B)</enum><text>The mechanisms and procedures that will be used to monitor and report to the appropriate congressional committees and leadership of the House of Representatives and Senate on unauthorized end-use of provided training and equipment or other violations of relevant law by appropriately vetted recipients.</text></subparagraph>

<subparagraph id="H3F4FCE7CC0DF4506891083B71AB3EAB9"><enum>(C)</enum><text>The amount, type, and purpose of assistance to be funded and the recipient of the assistance.</text></subparagraph>

<subparagraph id="H7B71625185594E9998D398C5D02127E2"><enum>(D)</enum><text>The goals and objectives of the assistance.</text></subparagraph>

<subparagraph id="HB34FB03C64B9451DB25406F4B69ABEF4"><enum>(E)</enum><text>The number and role of United States Armed Forces personnel involved.</text></subparagraph>

<subparagraph id="H3DAAD5BB9EA64A3FB8BDFAB591202073"><enum>(F)</enum><text>Any other relevant details.</text></subparagraph></paragraph>

<paragraph id="H8D5CE85CB45948ACBD7F52880DED2BB5"><enum>(2)</enum><header>Timing of required notice</header><text>A notice described in paragraph (1) shall be requiredâ€"</text>

<subparagraph id="HC578F2F85D7F41798C5A94815026CFAD"><enum>(A)</enum><text display-inline="yes-display-inline">not later than 15 days before the expenditure of each 10-percent increment of the amount made available in fiscal year 2019 or fiscal year 2020 to carry out the authorization in this section; or</text></subparagraph>

<subparagraph id="H95DA150F4C9E4F9D920F374B28469186"><enum>(B)</enum><text display-inline="yes-display-inline">not later than 48 hours after such an expenditure, if the Secretary determines that extraordinary circumstances that affect the national security of the United States exist.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6697753DB3F84F729499BDC89D1F00F1"><enum>(3)</enum><text>By amending subsection (c) to read as follows:</text>

<quoted-block style="OLC" id="HB499677CA79349DE9F5485C4265EADC6" display-inline="no-display-inline">

<subsection id="H249BE38406B24886AA0F77BB419CAC1D"><enum>(c)</enum><header>Form</header><text>The notifications required under subsection (b) shall be submitted in unclassified form but may include a classified annex.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD2E4A6FD956B4111A1BA45D9B62540E4"><enum>(4)</enum><text display-inline="yes-display-inline">By amending subsection (d) to read as follows:</text>

<quoted-block id="H3626951973394A55BAB1446456B7D285" style="OLC">

<subsection id="HD529DCBB11CA479FBFA36FA4B71BFCBC"><enum>(d)</enum><header>Quarterly progress reports</header>

<paragraph id="H46D95438928240E48B1CCACDDC4EFDB5"><enum>(1)</enum><header>In general</header><text>Beginning on January 15, 2020, and every 90 days thereafter, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate congressional committees and leadership of the House of Representatives and the Senate a progress report.</text></paragraph>

<paragraph id="H723847FE988546938B7103CB0141C172"><enum>(2)</enum><header>Matters to be included</header><text>Each progress report under paragraph (1) shall include, based on the most recent quarterly information, the following:</text>

<subparagraph id="H9030AADD0CCE4590B32344D071CE10F6"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the appropriately vetted recipients receiving assistance under subsection (a), including a description of their geographical locations, demographic profiles, political affiliations, and current capabilities.</text></subparagraph>

<subparagraph id="H44B9DE6E06CC440CB7D587F011F16A7C"><enum>(B)</enum><text>A description of training, equipment, supplies, stipends, and other support provided to appropriately vetted recipients under subsection (a) and a statement of the amount of funds expended for such purposes during the period covered by the report.</text></subparagraph>

<subparagraph id="HF8C421D38D4741988ECFAFEDF421682C"><enum>(C)</enum><text>Any misuse or loss of provided training and equipment and how such misuse or loss is being mitigated.</text></subparagraph>

<subparagraph id="H55F30D61932443859F0AB44E69C6E625"><enum>(D)</enum><text>An assessment of the recruitment, throughput, and retention rates of appropriately vetted recipients.</text></subparagraph>

<subparagraph id="HC0D722F44C854D3B94F47A6CB3937549"><enum>(E)</enum><text>An assessment of the operational effectiveness of appropriately vetted recipients in meeting the purposes specified in subsection (a).</text></subparagraph>

<subparagraph id="H0017186A0DA74920A266B48AFEDEEC74"><enum>(F)</enum><text display-inline="yes-display-inline">A description of the current and planned posture of United States forces and the planned level of engagement by such forces with appropriately

vetted recipients, including the oversight of equipment provided under this section and the activities conducted by such appropriately vetted recipients.</text></subparagraph>

<subparagraph id="HF0FE5CAD38BB4E13B311751426088095"><enum>(G)</enum><text display-inline="yes-display-inline">A detailed explanation of the relationship between appropriately vetted recipients and civilian governance authorities, including a description of efforts to ensure appropriately vetted recipients are subject to the control of competent civilian authorities.</text></subparagraph>

<subparagraph id="H0204C57C955D43F5B34022976692612A"><enum>(H)</enum><text>A description of United States Government stabilization objectives and activities carried out in areas formerly controlled by the Islamic State of Iraq and Syria, including significant projects and funding associated with such projects.</text></subparagraph>

<subparagraph id="H41F3880D69554EDABA8407E87B41A4FC"><enum>(I)</enum><text>A description of coalition contributions to the purposes specified in subsection (a) and other related stabilization activities.</text></subparagraph>

<subparagraph id="HE7C5EE83A54F4B6E8131416E39A63D59"><enum>(J)</enum><text>With respect to Islamic State of Iraq and Syria foreign terrorist fightersâ€"</text>

<clause id="HC17CA6494838474FA9696EFFBA9CCDCA"><enum>(i)</enum><text>an estimate of the number of such individuals being detained by appropriately vetted Syrian groups and individuals;</text></clause>

<clause id="H9478E09A104242D98A6C4333105C1F9C"><enum>(ii)</enum><text>an estimate of the number of such individuals that have been repatriated and the countries to which such individuals have been repatriated; and</text></clause>

<clause id="H36F4AA967AD24C6492C0A0765EA195E0"><enum>(iii)</enum><text>a description of United States Government support provided to facilitate the repatriation of such individuals.</text>

<subclause id="HDBBE91CD6DC6434EB6BCCA68691EE9D5"><enum>(I)</enum><text>An assessment of the extent to which appropriately vetted Syrian groups and individuals have enabled progress toward establishing inclusive, representative, accountable, and civilian-led governance and security structures in territories liberated from the Islamic State of Iraq and Syria.</text></subclause></clause></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H767C218A90A341FF9BD5026D273CA8E1"><enum>(5)</enum><text>In subsection (e)(1)(A), by striking <quote>include,</quote> and all that follows through <quote>(ISIL)</quote> and inserting <quote>include the Islamic State of Iraq and Syria</quote>.</text></paragraph>

<paragraph id="HB6E2520CBE1A48208569A36FA80D973E"><enum>(6)</enum><text display-inline="yes-display-inline">By striking subsection (f) and inserting the following:</text>

<quoted-block id="H4B7AC3379CED482A906487B5816D3AC7" style="OLC">

<subsection id="HAF27DE8E5D5345A28E974EFEACD6EDC1"><enum>(f)</enum><header>Restriction on scope of assistance in the form of weapons</header>

<paragraph id="H7B94F53835D04CC6895C1B08530A446B"><enum>(1)</enum><header>In general</header><text>The Secretary may only provide assistance in the form of weapons pursuant to the authority under subsection (a) if such weapons are small arms or light weapons.</text></paragraph>

<paragraph id="HDBB864F2112543BCBE6BADCEAF76CD2F"><enum>(2)</enum><header>Waiver</header><text>The Secretary may waive the restriction under paragraph (1) upon certification to the appropriate congressional committees that such provision of law would (but for the waiver) impede national security objectives of the United States by prohibiting, restricting, delaying, or otherwise limiting the provision of assistance.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE59B746A837B4C91846F8A5FEDF58F02"><enum>(5)</enum><text>In subsection (g)â€"</text>

<subparagraph id="H13F07E57B00B416C9AF6B744AA023BE5"><enum>(A)</enum><text>by inserting <quote>, at the end of the 15-day period beginning on the date the Secretary notifies the congressional defense committees of the amount, source, and intended purpose of such contributions</quote> after <quote>as authorized by this section</quote>; and</text></subparagraph>

<subparagraph id="H26690EB1D7EB48A4BB29D8E98297691F"><enum>(B)</enum><text>by striking <quote>operation and maintenance accounts</quote> and all that follows through the end of the subsection and inserting <quote>accounts.</quote>.</text></subparagraph></paragraph>

<paragraph id="HC98E5726FFF743BBA0001E248EB3C531"><enum>(6)</enum><text>By amending subsection (l) to read as follows:</text>

<quoted-block id="H7B2400EC48EE4ECA980F287A4A99866B" style="OLC">

<subsection id="H15D08EBE6A2345DA9799B723E9FFDE25"><enum>(l)</enum><header>Limitation on cost of construction and repair projects</header>

<paragraph id="HD736272C8D8447A3A65596111B86E857"><enum>(1)</enum><header>In general</header><text>The cost of construction and repair projects carried out under this section may not exceed, in any fiscal yearâ€"</text>

<subparagraph id="H93BAB518A4F24C0DB49E4675EB3C3392"><enum>(A)</enum><text>$4,000,000 per project; or</text></subparagraph>

<subparagraph id="H80744172468444F0BE10108B695C3351"><enum>(B)</enum><text>$20,000,000 in the aggregate.</text></subparagraph></paragraph>

<paragraph id="H9CFDE3C34C6C457E9422498E9A7837BD"><enum>(2)</enum><header>Foreign contributions</header><text>The limitation under paragraph (1) shall not apply to the expenditure of foreign contributions in excess of the per-project or aggregate limitation set forth in that paragraph.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H74DE2D9E53F6488C83F9F80725C350ED"><enum>(b)</enum><header>Availability of authority</header><text display-inline="yes-display-inline">Not more than 10 percent of the funds authorized to be appropriated for the Department of Defense for activities under the authority provided by section 1209 of the Carl Levin and Howard P. â€œBuckâ€ McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3559), as amended by subsection (a) of this section, may be obligated or expended until the first quarterly report required to be submitted pursuant to subsection (d) of such section 1209 (as so amended) has been submitted to the appropriate congressional committees and leadership in accordance with such subsection.</text></subsection></section>

<section id="H5B1445943A3F4B49A11DB77C6FF6099B" section-type="subsequent-section"><enum>1223.</enum><header>Modification of authority to support operations and activities of the Office of Security Cooperation in Iraq</header>

<subsection id="H20A5B270EAE84F018FF5E85E5A0F4F00"><enum>(a)</enum><header>Modification</header><text>Section 1215 of the National Defense Authorization Act for Fiscal Year 2012 (10 U.S.C. 113 note) is amended as follows:</text>

<paragraph id="H0C5AC81A2D264CD9A4168C31266C7086"><enum>(1)</enum><header>Authority</header><text> By amending subsection (a) to read as follows:</text>

<quoted-block id="H9DEB907C49904DB28660469648C6D753" style="OLC">

<subsection id="HEA6B4AAA7C6F49849ACF7D38069FB997"><enum>(a)</enum><header>Authority</header><text> The Secretary of Defense may support United States Government security cooperation activities in Iraq by providing funds for the operations and activities of the Office of Security Cooperation in Iraq.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H79EFB0DE1BA74DD59229856FB84EE2AE"><enum>(2)</enum><header>Types of support</header><text>In subsection (b)â€"</text>

<subparagraph id="HEDB2263028524E68B48D20507333E655"><enum>(A)</enum><text>by striking

the comma after <quote>life support</quote> and inserting <quote>and</quote>; and</text></subparagraph>

<subparagraph id="H8D4E53022C7649789DCEB6E937E74CEF"><enum>(B)</enum><text>by striking <quote>, and construction and renovation of facilities</quote>.</text></subparagraph></paragraph>

<paragraph id="H72CCA3B2A41E4EB58A69A4296CEC5A5F"><enum>(3)</enum><header>Limitation on amount</header><text>In subsection (c)â€"</text>

<subparagraph id="H0AF6C8F2DDE947A99088CCC39492A86A"><enum>(A)</enum><text>by striking <quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>; and</text></subparagraph>

<subparagraph id="H2A781E49F89649C0B2C262739454A8AD"><enum>(B)</enum><text>by striking <quote>$45,300,000</quote> and inserting <quote>$30,000,000</quote>.</text></subparagraph></paragraph>

<paragraph id="H5C1085F2ADB344A2AC41EC6074635DFE"><enum>(4)</enum><header>Source of funds</header><text>In subsection (d), by striking <quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>.</text></paragraph>

<paragraph id="H3BD0AEAE2CAA4E70AB8803AAD0012A3C"><enum>(5)</enum><header>Coverage of costs of the office of security cooperation in iraq</header><text>In subsection (e)â€"</text>

<subparagraph id="HE363E1398C6C456DA02985634F39CC04"><enum>(A)</enum><text>in the heading, by striking <quote><header-in-text level="subsection" style="OLC">of OSCI</header-in-text></quote>;</text></subparagraph>

<subparagraph id="H23AD058C9F4347378CA093FABD6B54A3"><enum>(B)</enum><text>by inserting <quote>appropriate administrative charges</quote> after <quote>includes</quote> and</text></subparagraph>

<subparagraph id="HFCFC8F3F5C5A4B3982E113E9D285DB3F"><enum>(C)</enum><text>by striking <quote>, charges sufficient to recover</quote> and all that follows through <quote>with such sale</quote>. </text></subparagraph></paragraph>

<paragraph id="H5C33150E39204AC884825FB4230AF3AF"><enum>(6)</enum><header>Additional authority</header><text>In subsection (f), by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="H79B273E9308141B5B731DE11DB62BEDD" display-inline="no-display-inline">

<paragraph id="HDD27F487B7374869B2C3D83C9C04CA0A"><enum>(3)</enum><header>Sunset</header><text display-inline="yes-display-inline">The authority provided in this subsection shall terminate on the date that is 90 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H5EEEACB2C5E64070A6FE12DAF3C67297"><enum>(7)</enum><header>Reports</header><text>In subsection (g)â€"</text>

<subparagraph id="H9FC7DF907C3B44618E6A9C929A45C548"><enum>(A)</enum><text>in paragraph (1), by striking <quote>September 30, 2015</quote> and inserting <quote>September 30, 2020</quote>; and </text></subparagraph>

<subparagraph id="H1A64148E7ABA4EA2B9B9F1FF35572C51"><enum>(B)</enum><text>in paragraph (2)â€"</text>

<clause id="HF351612530374338B72594437A00B67F"><enum>(i)</enum><text>by striking <quote>current</quote> each place it appears;</text></clause>

<clause id="H1A5BF87A3B7740A29771CF8517BB56B9"><enum>(ii)</enum><text>in subparagraph (A), by striking <quote>Iraq, including</quote> and inserting <quote>Iraq that also addresses</quote>; </text></clause>

<clause id="H0E6285B99BC741BF898D4D23CB27ADFC"><enum>(iii)</enum><text>in subparagraph (B), by striking <quote>the programs conducted</quote> and all that follows through

<quote>will address</quote> and inserting <quote>United States security assistance and security cooperation activities are intended to address</quote>; and </text></clause>

<clause id="H94C6AD0FFDB346BB99F78431B77A30DF"><enum>(iv)</enum><text>by amending subparagraph (F) to read as follows:</text>

<quoted-block style="OLC" id="H0204BC8F36224DFF849B4CBB35E49ED0" display-inline="no-display-inline">

<subparagraph id="HC0AD5B6404F245778A01BE9736124268"><enum>(F)</enum><text display-inline="yes-display-inline">An evaluation of the effectiveness of United States efforts to promote respect for human rights, military professionalism, and respect for legitimate civilian authority in Iraq.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph></subsection>

<subsection id="HDC963C385A7F41B3A141B5D99E579833"><enum>(b)</enum><header>Limitation on availability of funds</header><text>Such section 1215 is further amended by adding at the end the following:</text>

<quoted-block style="OLC" id="HA5577FC11E764A17AC640252B42C214F" display-inline="no-display-inline">

<subsection id="HE90A51B872F147CA9D4BEA6EB4993DF4"><enum>(h)</enum><header>Limitation on availability of funds</header><text display-inline="yes-display-inline">Of the amount made available for fiscal year 2020 to carry out section 1215 of the National Defense Authorization Act for Fiscal Year 2012, not more than $20,000,000 may be obligated or expended for the Office of Security Cooperation in Iraq until the date on which the Secretary of Defense certifies to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate, that each of the following reforms relating to that Office has been completed:</text>

<paragraph id="HE689F97EA2C1402283F1630A255133C1"><enum>(1)</enum><text display-inline="yes-display-inline">The appointment of a Senior Defense Official/Defense Attache to oversee the Office.</text></paragraph>

<paragraph id="HE19F54D55262476D98C7D2B7794C908E"><enum>(2)</enum><text display-inline="yes-display-inline">The development of a staffing plan to reorganize the Office in a manner similar to that of other security cooperation offices in the region that emphasizes the placement of personnel with regional or security cooperation expertise in key leadership positions and closes duplicative or extraneous sections.</text></paragraph>

<paragraph id="HBFB9202A602145A99D4155CA14F3D19A"><enum>(3)</enum><text display-inline="yes-display-inline">The initiation of bilateral engagement with the Government of Iraq with the objective of establishing a joint mechanism for security assistance planning, including a five-year security assistance roadmap for developing sustainable military capacity and capabilities and enabling defense institution building and reform.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H92ACBBE6E2C8426A96E4233F543E7A18"><enum>1224.</enum><header>Establishing a coordinator for detained ISIS members and relevant displaced populations in Syria</header>

<subsection commented="no" display-inline="no-display-inline" id="HD2CF5F2F180A49D4A106459A5AD4A825"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, the Secretary of the Treasury, and the Attorney General, shall submit to the appropriate committees of Congress a report identifying whether a senior-level coordinator exists on all matters for the United States Government relating to ISIS members who are in Syrian Democratic Forces custody, including with respect toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H24C7A9DE4B85422FB332B3363027CAFE"><enum>(1)</enum><text>the long-term disposition of such ISIS members, including in all matters in connection withâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC6FB87C9ADB94B13BAEA4CEEDB1A84B8"><enum>(A)</enum><text display-inline="yes-display-inline">repatriation, transfer, prosecution, and intelligence-gathering;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H91A282B5DEDA4A3CB7E89F7EE5A9E811"><enum>(B)</enum><text display-inline="yes-display-inline">all multilateral and international engagements led by the Department of State and other agencies that are related to the current and future handling, detention, and prosecution of such ISIS members, including with the International Criminal Police Organization; and</text></subparagraph>

<subparagraph id="HCB077743BACF4718B0BBE0C5923CEF5C"><enum>(C)</enum><text>coordinating the provision of technical and evidentiary assistance to foreign countries to aid in the successful prosecution of such ISIS members, as appropriate, in accordance with international humanitarian law and other internationally recognized human rights and rule of law standards; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9173067A25044D0B8E8EBCEFBFF72258"><enum>(2)</enum><text>all multilateral and international engagements related to the humanitarian access, provision of basic services, freedom of movement, security and safe return of internally displaced persons and refugees at camps or facilities in Syria that hold family members of such ISIS members.</text></paragraph></subsection>

<subsection id="H455690E9EBA74DF8B33F6D1166BECDCF"><enum>(b)</enum><header>Designation</header><text>If the President is unable to identify a senior-level coordinator for all matters described in subsection (a), the President, in consultation with the Secretary of Defense, the Secretary of State, the Director of National Intelligence, the Secretary of the Treasury, and the Attorney General, shall designate an existing official within the executive branch to serve as senior-level coordinator to coordinate, in conjunction with other relevant agencies, all matters described in such subsection.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H41332712A3D74617A8E78F2CC5D497D9"><enum>(c)</enum><header display-inline="yes-display-inline">Retention of authority</header><text display-inline="yes-display-inline">The appointment of a senior-level coordinator pursuant to subsection (b) shall not deprive any agency of any authority to independently perform functions of that agency.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H23DBE75B35F746F79A83EBAC1C1D2C4F"><enum>(d)</enum><header display-inline="yes-display-inline">Annual report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H3E8997BF16CD4E99948177CE4710B0CC"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and not less frequently than once each year thereafter through January 31, 2021, the individual designated under subsection (b) shall submit to the appropriate committees of Congress a detailed report regarding the following detained ISIS members:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H09B89B6D1B7B46E9B10B33335C335E2E"><enum>(A)</enum><text display-inline="yes-display-inline">Alexanda Kotey.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H781F8E03E2834C7EA802850EA5EDEF9B"><enum>(B)</enum><text display-inline="yes-display-inline">El Shafee Elsheikh.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7DAA4C654848417B8E854223538E7264"><enum>(C)</enum><text display-inline="yes-display-inline">Aine Lesley Davis.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2219E9E92CCB4620BBE0DB128D1A7C4D"><enum>(D)</enum><text display-inline="yes-display-inline">Umm Sayyaf.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6680973D91214977892F5E660A086428"><enum>(E)</enum><text display-inline="yes-display-inline">Any other high-value detained ISIS member that the coordinator reasonably determines to be subject to criminal prosecution.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C646023FF0341D791579B8AB8568B19"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report under paragraph (1) shall include, at a minimum, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H412FAD458BFB4D9BA77F98CFE89454FB"><enum>(A)</enum><text display-inline="yes-display-inline">A detailed description of the facilities where detained ISIS members described in paragraph (1) are being held, including security and management of such facilities and adherence to international humanitarian law standards.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA967207DD6054E2482A0327B90349584"><enum>(B)</enum><text display-inline="yes-display-inline">An analysis of all United States efforts to prosecute detained ISIS members described in paragraph (1) and the outcomes of such efforts. Any information, the disclosure of which may violate Department of Justice policy or law, relating to a prosecution or investigation may be withheld from a report under paragraph (1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H66123AFEAE1D49E5BD5F29BBE5AB7B71"><enum>(C)</enum><text display-inline="yes-display-inline">A detailed description of any option to expedite prosecution of any detained ISIS member described in paragraph (1), including in a court of competent jurisdiction outside of the United States.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H323C857124E74D2EB2E654DD76C6858D"><enum>(D)</enum><text display-inline="yes-display-inline">An analysis of factors on the ground in Syria and Iraq that may result in the unintended release of detained ISIS members described in paragraph (1), and an assessment of any measures available to mitigate such releases.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H71CD74AE0A7D4B7594202EC7436C2B0C"><enum>(E)</enum><text display-inline="yes-display-inline">A detailed description of efforts to coordinate the disposition and security of detained ISIS members described in paragraph (1) with other countries and international organizations, including the International Criminal Police Organization, to ensure secure chains of custody and locations of such ISIS members.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7C3EDC55C4D949B08FB9500E7F43E204"><enum>(F)</enum><text display-inline="yes-display-inline">An analysis of the manner in which the United States Government communicates on such proposals and efforts to the families of United States citizens believed to be a victim of a criminal act by a detained ISIS member.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE22465BEF1C04BBC914454BC4FBE118A"><enum>(G)</enum><text display-inline="yes-display-inline">An analysis of all efforts between the United States and partner countries within the Global Coalition to Defeat ISIS or other countries to share intelligence or evidence that may aid in the prosecution of ISIS members, and any legal obstacles that may hinder such efforts.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE00F96EE8E6A4B15BD5012006749CB2C"><enum>(H)</enum><text>A description of all multilateral and international engagements related to the humanitarian access and provision of basic services to and freedom of movement and security and safe return of internally displaced persons and refugees at camps or facilities in Iraq, Syria, or any other area affected by ISIS activity, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H6F1FEBC1E1DF478EB4285F1AB7AA511E"><enum>(i)</enum><text>any current or future potential threats to United States national security interests emanating from such

individuals (including an analysis of the Al-Hol camp and annexes); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF375DAF724344BAE85EE060D19DCAFB9"><enum>(ii)</enum><text>United States Government plans and strategies to respond to any such threats.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H04C2B00CDD7E461EBCE3E09F9440CCEF"><enum>(3)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H354CFCEF66894C64801590856867CF44"><enum>(e)</enum><header>Sunset</header><text>The requirements under this section shall sunset on January 31, 2021.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5AF321F39CB94F6BBFAA5DE904CAAB95"><enum>(f)</enum><header display-inline="yes-display-inline">Definitions</header><text>In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H7307C168051B44FFBF69D26343B1D4AB"><enum>(1)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress</header><text display-inline="yes-display-inline">The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7460AADB3C17491F8F160E10492CF674"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Relations, the Committee on the Judiciary, the Committee on Banking, Housing, and Urban Affairs, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0576723647F24A2F997099F3C5A37BE1"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on the Judiciary, Committee on Financial Services, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H30E8F26976724D7B934EA9ED3AA675DA"><enum>(2)</enum><header>ISIS member</header><text>The term <term>ISIS member</term> means a person who was part of, or substantially supported, the Islamic State of Iraq and Syria.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD562852CB0B04DFC8FE2EB716A04457D" section-type="subsequent-section"><enum>1225.</enum><header display-inline="yes-display-inline">Report on lessons learned from efforts to liberate Mosul and Raqqah from control of the Islamic State of Iraq and Syria</header>

<subsection commented="no" display-inline="no-display-inline" id="H76DAE76ED2064B9CAC80A9FFA2CF67E8"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on lessons learned from coalition operations to liberate Mosul, Iraq, and Raqqah, Syria, from control of the Islamic State of Iraq and Syria (ISIS).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA5B4EB35385B4EEF816D40CBA5A852CB"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include a description of lessons learned in connection with each of the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H2D2C950F30F640128EB5E88ECEBD9655"><enum>(1)</enum><text display-inline="yes-display-inline">Combat in densely populated urban environments.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5B5F998690C9447982BEDE30809E5116"><enum>(2)</enum><text display-inline="yes-display-inline">Enablement of partner forces, including unique aspects of conducting combined operations with regular and irregular forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF790E0E1516B46FEAD9BE97B2A9F4B85"><enum>(3)</enum><text display-inline="yes-display-inline">Advise, assist, and accompany efforts, including such efforts conducted remotely.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H93F6D5E267744926BA9553875ED1AB67"><enum>(4)</enum><text display-inline="yes-display-inline">Integration of United States general purpose and special operations forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3478AACAACDC434F9F3C80329A6BBB8B"><enum>(5)</enum><text display-inline="yes-display-inline">Integration of United States and international forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7CAB3609BE6240B0A36E21C55C5DAC58"><enum>(6)</enum><text display-inline="yes-display-inline">Irregular and unconventional warfare approaches, including the application of training and doctrine by special operations and general purpose forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBC0E5DE48ABB43879604A75AF14F2EFA"><enum>(7)</enum><text display-inline="yes-display-inline">Use of command, control, communications, computer, intelligence, surveillance, and reconnaissance systems and techniques.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC23331AD1B41434EA217D6E4BD668289"><enum>(8)</enum><text display-inline="yes-display-inline">Logistics.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C6CCD25F24B40499B7CE047F8A3C30C"><enum>(9)</enum><text display-inline="yes-display-inline">Information operations.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H63F21BE8260C453FBCC1CD6E77BCACEF"><enum>(10)</enum><text display-inline="yes-display-inline">Targeting and weaponeering, including efforts to avoid civilian casualties and other collateral damage.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEB667A60F7A34F8DAE5604F1DFA7D129"><enum>(11)</enum><text display-inline="yes-display-inline">Facilitation of flows of internally displaced people and humanitarian assistance.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H08245725784F42B3A370F218CDDBEF9B"><enum>(12)</enum><text display-inline="yes-display-inline">Such other matters as the Secretary considers appropriate and could benefit training, doctrine, and resourcing of future operations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCD0998BEE5844CC8B5B4460841C0A4A4"><enum>(c)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="H3EBFD526B881483383E36ACA007CE98E"><enum>1226.</enum><header>Expansion of availability of financial assets of Iran to victims of terrorism</header><text display-inline="no-display-inline">Section 502 of the Iran Threat Reduction and Syria Human Rights Act of 2012 (22 U.S.C. 8772) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB80CAF365F72414E8265ECB36A34FFD9"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(1)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"

id="H68B29709F7AE416F930D82FCE61C05C7"><enum>(A)</enum><text display-inline="yes-display-inline">in subparagraph (A), by striking <quote>in the United States</quote> and inserting <quote>by or</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6EC0FB98776848FA88325FF10BA27D69"><enum>(B)</enum><text display-inline="yes-display-inline">in subparagraph (B), by inserting <quote>, or an asset that would be blocked if the asset were located in the United States,</quote> after <quote>unblocked)</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA55375BB54B4D5A837288ABBEBA0F29"><enum>(C)</enum><text display-inline="yes-display-inline">in the flush text at the endâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H698DA83836D24090B7DC5420037D9228"><enum>(i)</enum><text display-inline="yes-display-inline">by inserting after <quote>in aid of execution</quote> the following: <quote>, or to an order directing that the asset be brought to the State in which the court is located and subsequently to execution or attachment in aid of execution,</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9D9A6A82C9D049CFAE49543BC264CF7B"><enum>(ii)</enum><text display-inline="yes-display-inline">by inserting <quote>, without regard to concerns relating to international comity</quote> after <quote>resources for such an act</quote>; and</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD0A7F126742C49D38665B21C9676939C"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H32DDA8B70AE54C40956BCF439260BCB9"><enum>(A)</enum><text display-inline="yes-display-inline">by striking <quote>that are identified</quote> and inserting the following: â€œthat areâ€"</text>

<quoted-block display-inline="no-display-inline" id="H50AE823B490048719F4D507AD5057087" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H1EF18B0A4538415FA5CBE7F5696EB223"><enum>(1)</enum><text display-inline="yes-display-inline">identified</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD2A59C53CB394EFCAFDA93D776A6C9D9"><enum>(B)</enum><text display-inline="yes-display-inline">by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HFA016BDE3C4B40738B6494A3F4FE4115"><enum>(C)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA42C518D43734FBB8BD5234B058BBF45" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H9B836139686D48029A87148ABC51F511"><enum>(2)</enum><text display-inline="yes-display-inline">identified in and the subject of proceedings in the United States District Court for the Southern District of New York in Peterson et al. v. Islamic Republic of Iran et al., Case No. 13 Civ. 9195 (LAP).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></section>

<section id="H7083EE278FA74C0DA0BD13E0ACBC1B21"><enum>1227.</enum><header>Report on the status of deconfliction channels with Iran</header>

<subsection id="H2D6E59B70D6A4B4D904435A46E756FC7"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of enactment of this Act, the President shall submit to Congress a report on the status of deconfliction channels with Iran. </text></subsection>

<subsection id="HAD41AC49BBB246C3BB7693D3D84E440C"><enum>(b)</enum><header>Matters to be included</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H1E1DC24794EA4E41846067212C56C630"><enum>(1)</enum><text>The status of United States diplomatic deconfliction channels with Iran to prevent miscalculation, define ambiguities, and correct misunderstandings that could otherwise lead to unintended consequences, including unnecessary or harmful military activity. </text></paragraph>

<paragraph id="H432F132FA3744947A4C02B7DA670A761"><enum>(2)</enum><text>The status of United States military-to-military deconfliction channels with Iran to prevent military and diplomatic miscalculation. </text></paragraph>

<paragraph id="HC5BCC2D12BCB40AB9649C026324E3B7B"><enum>(3)</enum><text>An analysis of the need and rationale for bilateral and multilateral deconfliction channels, including an assessment of recent United States experience with such channels of communication with Iran.</text></paragraph></subsection></section>

<section id="H892EE30A450045DD974CC738F00B7CEF" display-inline="no-display-inline" section-type="subsequent-section"><enum>1228.</enum><header>Prohibition on provision of weapons and other forms of support to certain organizations</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for the Department of Defense for fiscal year 2020 may be used to knowingly provide weapons or any other form of support to Al Qaeda, the Islamic State of Iraq and Syria (ISIS), Jabhat Fateh al Sham, Hamas, Hizballah, Palestine Islamic Jihad, al-Shabaab, Islamic Revolutionary Guard Corps, or any individual or group affiliated with any such organization.</text></section></subtitle>

<subtitle id="H41C62717C1CD4F9B8731F2C6395A4891"><enum>D</enum><header>Matters relating to the Russian Federation </header>

<section id="HA8522B667E6C4287A541CAFB1D687B57"><enum>1231.</enum><header>Extension of limitation on military cooperation between the United States and Russia</header><text display-inline="no-display-inline">Section 1232(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2488), is amended by striking <quote>or 2019</quote> and inserting <quote>, 2019, or 2020</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H0BB53F88A1B44C0B8EAB2FA6036A4466" section-type="subsequent-section"><enum>1232.</enum><header display-inline="yes-display-inline">Prohibition on availability of funds relating to sovereignty of Russia over Crimea</header>

<subsection commented="no" display-inline="no-display-inline" id="HFD768F94E4FE4350BA7E63DD352FA04A"><enum>(a)</enum><header display-inline="yes-display-inline">Prohibition</header><text display-inline="yes-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that recognizes the sovereignty of Russia over Crimea.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H598C811932E94B359BD201747B737986"><enum>(b)</enum><header display-inline="yes-display-inline">Waiver</header><text display-inline="yes-display-inline">The Secretary of Defense, with the concurrence of the Secretary of State, may waive the prohibition under subsection (a) if the Secretary of Defenseâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE41B5CE1DE1D4F08BFAA30C0EEABE86E"><enum>(1)</enum><text display-inline="yes-display-inline">determines that a waiver is in the national security interest of the United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H17F871087F8E410EA9CDE9219CA8AC9B"><enum>(2)</enum><text display-inline="yes-display-inline">on the date on which the waiver is invoked, submits a notification of the waiver and a justification of the reason for seeking the waiver toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2A7B6F2FE83E48349DB47A7E22DBA28B"><enum>(A)</enum><text display-inline="yes-

display-inline">the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H68E76EC522CA4FC585D5C0063DB83721"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph></subsection></section>

<section id="H26E2C60DCC8C48399F6284250C61C363"><enum>1233.</enum><header>Sense of Congress on updating and modernizing existing agreements to avert miscalculation between the United States and Russia</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H0B60D81680F44DD4A6DECD3856888041"><enum>(1)</enum><text>conventional arms control and confidence and security building measures have played an important role in helping to increase military transparency and reduce the risk of miscalculation;</text></paragraph>

<paragraph id="H9ED4AC7E921F4D3D83E7B7FCC829CA22"><enum>(2)</enum><text>Russia's violations of the sovereignty and territorial integrity of Georgia and Ukraine, and Russia's ongoing destabilizing and aggressive behavior, has undermined peace, security, and stability in Europe and beyond;</text></paragraph>

<paragraph id="H7804BF82FFA54C6D8FB0F599DC6635FB"><enum>(3)</enum><text>Russia's unilateral suspension and violation of the Treaty on Conventional Armed Forces in Europe, done at Vienna November 19, 1990, and entered into force November 9, 1992, and selective implementation of the Vienna Document of the Organization for Security and Cooperation in Europe 2011 have contributed to a greater risk of miscalculation;</text></paragraph>

<paragraph id="H2F9FA9A063A54AF89E7FCE076E87AADC"><enum>(4)</enum><text>Russiaâ€™s unsafe and unprofessional interactions with United States aircraft and vesselsâ€"</text>

<subparagraph id="H80A2BF67DAB54F19BDC37F860046FE96"><enum>(A)</enum><text>are contrary to the spirit ofâ€"</text>

<clause id="HA66C795C49EE4FF2B3BB3C843A1170C5"><enum>(i)</enum><text>the Agreement Between the Government of the United States and the Government of the Union of Soviet Socialist Republics on the Prevention of Incidents On and Over the High Seas, done at Moscow May 25, 1972, and entered into force May 25, 1972; and</text></clause>

<clause id="HC294D17471264446B2F1CA6DA5602CE0"><enum>(ii)</enum><text>the Agreement on the Prevention of Dangerous Military Activities Agreement, done at Moscow June 12, 1989, and entered into force January 1, 1990; and</text></clause></subparagraph>

<subparagraph id="H82D4B455C3B04D12A30ABA7A203A3A69"><enum>(B)</enum><text>erode military transparency, predictability, and trust;</text></subparagraph></paragraph>

<paragraph id="H8675EA6EC2C547F29867DB5648D939A6"><enum>(5)</enum><text>the United States remains committed to upholding its current treaty obligations and commitments with respect to conventional arms control and confidence and security building measures; and</text></paragraph>

<paragraph id="H997A4AAB4EBB4F759CEB25590DFFA4BC"><enum>(6)</enum><text>the Secretary of Defense and the Secretary of State should explore options, as practicable, for updated or new frameworks for increasing military transparency, stability, and reducing the risk of miscalculation, including through enhanced diplomatic engagement and military-to-military dialogue.</text></paragraph></section>

<section id="HAD00F9D1C5714AA882475ECC9AC4F503" section-type="subsequent-section"><enum>1234.</enum><header>United States participation in Open Skies Treaty</header>

<subsection id="H3BABCCD3F8A6495A8DC6DFE08D657DF6"><enum>(a)</enum><header>Notification required</header><text display-inline="yes-display-inline">Not later than 120 days before the provision of notice of intent to withdraw the United States from the Open Skies Treaty to either treaty depository pursuant to Article XV of the Treaty, the Secretary of Defense and the Secretary of State shall jointly submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a notification

thatâ€"</text>

<paragraph id="HB339362496F54EDF9C751A3CCDEA93FA"><enum>(1)</enum><text>such withdrawal is in the best interests of the United States national security; and</text></paragraph>

<paragraph id="H08742082BBAF43CB86420EA6DFEDFD29"><enum>(2)</enum><text>the other state parties to the Treaty have been consulted with respect to such withdrawal.</text></paragraph></subsection>

<subsection id="H36489F6DE85F4C2FB77C2F022E4B7F42"><enum>(b)</enum><header>Repeal of limitation on use of funds to vote to approve or otherwise adopt any implementing decision of the open skies consultative commission and modifications to report</header>

<paragraph id="HC5956099F29C4930BCF119C795AB89BA"><enum>(1)</enum><header>In general</header><text>Section 1236 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2491) is amendedâ€"</text>

<subparagraph id="H35030B453FD243D694AA18910CDFA441"><enum>(A)</enum><text>by striking subsections (a) and (b); and</text></subparagraph>

<subparagraph id="H5366BF9BE0D343229F2DBE5912C0F302"><enum>(B)</enum><text>by redesignating subsections (c), (d), (e), and (f) as subsections (a), (b), (c), and (d), respectively.</text></subparagraph></paragraph>

<paragraph id="H39B423511E4E457CB703FF81BB3B895E"><enum>(2)</enum><header>Modifications to report</header><text>Subsection (a) of such section, as so redesignated, is amendedâ€"</text>

<subparagraph id="HE358FCF231814809BE588FE286D88812"><enum>(A)</enum><text>in the heading, by striking <quote>Quarterly</quote> and inserting <quote>Annual</quote>;</text></subparagraph>

<subparagraph id="HA26184CC26C64D76B326C52C4588CC09"><enum>(B)</enum><text>in paragraph (1)â€"</text>

<clause id="H65D68E3E62CB46CAA2337B2571EBA327"><enum>(i)</enum><text>by inserting <quote>the Secretary of State,</quote> before <quote>the Secretary of Energy</quote>;</text></clause>

<clause id="HF01F851F44C547E3994B9FB18EBDEF12"><enum>(ii)</enum><text>by striking <quote>quarterly basis</quote> and inserting <quote>annual basis</quote>;</text></clause>

<clause id="HC66CD6B376594FF795F24771E8A1E4C9"><enum>(iii)</enum><text>by striking <quote>by the Russian Federation over the United States</quote> and inserting <quote>by all parties to the Open Skies Treaty, including the United States, under the Treaty</quote>; and</text></clause>

<clause id="H0B4AFA4F71BF471ABBC257C27354E9CA"><enum>(iv)</enum><text>by striking <quote>calendar quarter</quote> and inserting <quote>preceding calendar year</quote>; and</text></clause></subparagraph>

<subparagraph id="H7F7CF19C42A9413CB1C02EC1636AFE83"><enum>(C)</enum><text>in paragraph (2), by striking subparagraphs (B), (C), and (D) and inserting the following:</text>

<quoted-block id="H9B905A41FBB44EE7B3E77D625E6F181C" style="OLC">

<subparagraph id="HB44B99A564D34568B257B54B9EFBD374"><enum>(B)</enum><text>In the case of an observation flight by the United States, including an observation flight over the territory of Russiaâ€"</text>

<clause id="HB869F2DA0DDE4C228F821481A9BF006B"><enum>(i)</enum><text>an analysis of data collected that supports United States intelligence and military collection goals; and</text></clause>

<clause id="HF9CE0E8538C2499E89C78A5EDA5241D4"><enum>(ii)</enum><text>an assessment of data collected regarding military activity that could not be collected through other means.</text></clause></subparagraph>

<subparagraph id="HBC360488F63E440DBDF812692D8777E3"><enum>(C)</enum><text>In the case of an observation flight over the territory of the United Statesâ€"</text>

<clause id="H562818698D3244418EFC346E98D1A4BF"><enum>(i)</enum><text>an analysis of

whether and the extent to which any United States critical infrastructure was the subject of image capture activities of such observation flight;</text></clause>

<clause id="HD5248E963F6A40DC89C3557DD2CDF1EC"><enum>(ii)</enum><text>an estimate for the mitigation costs imposed on the Department of Defense or other United States Government agencies by such observation flight; and</text></clause>

<clause id="HCB3AEB4C66624AB8B8238E001934B9BC"><enum>(iii)</enum><text>an assessment of how such information is used by the parties conducting the observation flight, for what purpose, and how the information fits into the overall collection posture.</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HFB0167EE6E564FB1B5453F1F6B80FE07"><enum>(3)</enum><header>Form</header><text>Subsection (c) of such section, as so redesignated, is amended by striking <quote>certification, report, and notice</quote> and inserting <quote>report</quote>.</text></paragraph>

<paragraph id="HEFFB7098E5AF46D7BD6EEB4D96D678FA"><enum>(4)</enum><header>Definitions</header><text>Subsection (d) of such section, as so redesignated, is amendedâ€"</text>

<subparagraph id="H760362376A5B4135A5B95AE1739135A2"><enum>(A)</enum><text>by striking paragraphs (3) and (6); and</text></subparagraph>

<subparagraph id="H7A62012444F14DE584CFA2678395F2F8"><enum>(B)</enum><text>by redesignating paragraphs (4), (5), and (7) as paragraphs (3), (4), and (5), respectively.</text></subparagraph></paragraph></subsection>

<subsection id="H9101957FD93F4EC9A072FA6AF35F5492"><enum>(c)</enum><header>Open skies: implementation plan</header><text>Section 1235(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1660) is amendedâ€"</text>

<paragraph id="HA65F31673E504031B1D038A70899A00D"><enum>(1)</enum><text>in paragraph (1)â€"</text>

<subparagraph id="HE1A34E09A1134AA881A84108A8BF3F05"><enum>(A)</enum><text>by striking <quote>during such fiscal year</quote> and inserting <quote>during a calendar year</quote>; and</text></subparagraph>

<subparagraph id="H3356F2C44A324DF1946B51432E468C49"><enum>(B)</enum><text>by striking <quote>the President submits</quote> and all that follows and inserting <quote>the Secretary of Defense provides to the appropriate congressional committees a report on a plan described in paragraph (2) with respect to such calendar year.</quote>;</text></subparagraph></paragraph>

<paragraph id="HE38D33268834403183696615 29C5DD2E"><enum>(2)</enum><text>in paragraph (2), by striking <quote>such fiscal year</quote> and inserting <quote>such calendar year</quote>; and</text></paragraph>

<paragraph id="H8F5FAC26FB1D4146814A7D2CC5687C4A"><enum>(3)</enum><text>in paragraph (3), by striking <quote>a fiscal year and submit the updated plan</quote> and inserting <quote>a calendar year and provide a report on the updated plan</quote>.</text></paragraph></subsection>

<subsection id="HE9627E9F06194D0FA4E3D3BCD3284704"><enum>(d)</enum><header>Definition of open skies treaty; treaty</header><text>In this section, the term <term>Open Skies Treaty</term> or <term>Treaty</term> means the Treaty on Open Skies, done at Helsinki March 24, 1992, and entered into force January 1, 2002.</text></subsection></section>

<section id="H9C5B26015B4F46F1A286D0F1F0C81A32"><enum>1235.</enum><header>Modifications of briefing, notification, and reporting requirements relating to non-compliance by the Russian Federation with its obligations under the INF Treaty</header>

<subsection commented="no" display-inline="no-display-inline" id="H7B6274AD9371400B92F2D8E13C8DA689"><enum>(a)</enum><header display-inline="yes-display-inline">Briefing requirement</header><text display-inline="yes-display-inline">Section 1244(d) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3565; 22 U.S.C. 2593a note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H8732037526FD4EFBB30C9C46A8FCDE80"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>At the time</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H5B7F7FF68B434C1E9A7BDA4A8EBC38A6" style="OLC">

<paragraph id="HCD8542E7281E47C69B71DD4FDB386429" commented="no" display-inline="no-display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">At the time</text></paragraph><after-quoted-block>; and </after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4ED3717C4214F09B572241AD1258AEF"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H8A13200D370240BB9A21C3278EF2E932" style="OLC">

<paragraph id="HF80E63E331A94C09B162F4C75086CFD7" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The briefing requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA7EC2DD7AB514AE78253273D7D760BE5"><enum>(b)</enum><header display-inline="yes-display-inline">Notification requirement relating to coordination with allies</header><text display-inline="yes-display-inline">Section 1243(c) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1601) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H44AF812B2CEE42E788364962D563B315" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HEE062A8B2AF54FA99915AE1AD1A5C3A1"><enum>(3)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The notification requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE5E36C1E23394E6EA609E07645ED8081"><enum>(c)</enum><header display-inline="yes-display-inline">Notification requirement relating to development, deployment, or test of a system inconsistent with INF Treaty</header><text display-inline="yes-display-inline">Section 1244(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1673; 22 U.S.C. 2593a note) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H1458067D1398454C914B152CEE483111" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HFA22C5FC71D04BD6BDC9AE203DBAF678"><enum>(3)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The notification requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H454E2029750B48F5A1FDF2DF33316758"><enum>(d)</enum><header display-inline="yes-display-inline">Reporting requirement under Ukraine Freedom Support Act of 2014</header><text display-inline="yes-display-inline">Section 10(c) of the Ukraine Freedom Support Act of 2014 (22 U.S.C. 8929) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HF5E60A57B76B45AC9056BFBBDD8DB230"

style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H2D1FFB6B9FD54ACA9E6925B0BCAD5EF1"><enum>(3)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The reporting requirement under paragraph (1) shall be in effect so long as the INF Treaty remains in force.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H6FF089CA19D44939B512E78AD0D2E4A2" section-type="subsequent-section"><enum>1236.</enum><header>Report on treaties relating to nuclear arms control</header>

<subsection id="HA4744120C768478DBF68C9AA9D929CCC"><enum>(a)</enum><header>Findings</header><text>Congress finds the following:</text>

<paragraph id="HBE058B0E3C454FE99C2057C53B8A4F8E"><enum>(1)</enum><text>On October 24, 2018, the House Committee on Armed Services and House Committee on Foreign Affairs wrote to the Secretary of Defense requesting information regarding the Administrationâ€™s policies and strategies related to nuclear arms control.</text></paragraph>

<paragraph id="HE42E5829222147F78B37AAA5B6B9FCCE"><enum>(2)</enum><text>The Committees did not receive the requested information from the Secretary of Defense.</text></paragraph></subsection>

<subsection id="H52C4529E17DF4F63AA6AB6052C8DA30D"><enum>(b)</enum><header>Assessment required</header><text>Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the Committee on Armed Services, the Permanent Select Committee on Intelligence, and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services, the Select Committee on Intelligence, and the Committee on Foreign Relations of the Senate an assessment that includes each of the following:</text>

<paragraph id="H56A906F933F94FBFBB038E7DD6E846FC"><enum>(1)</enum><text>The implications, in terms of military threat to the United States or its allies in Europe, of Russian deployment of intermediate-range cruise and ballistic missiles without restriction.</text></paragraph>

<paragraph id="H194E2ABD439E45A79BC7C9440EE0768C"><enum>(2)</enum><text>What new capabilities the United States might need in order to pursue additional technologies or programs to offset such Russian capabilities, and the costs associated with such capabilities, technologies, and programs.</text></paragraph>

<paragraph id="H0D326F0ACCD3431C8279394D1C5F8E6F"><enum>(3)</enum><text>An assessment of the threat to the United States of Russiaâ€™s strategic nuclear force in the event the New START Treaty lapses.</text></paragraph>

<paragraph id="H801BA10FE4BA4D7D924132C4F14E3846" commented="no"><enum>(4)</enum><text>What measures could have been taken short of withdrawal, including economic, military, and diplomatic options, to increase pressure on Russia for violating the INF Treaty.</text></paragraph>

<paragraph id="H892E62D92DF2469FA973283C1F54D76A"><enum>(5)</enum><text>The status of all consultations with allies pertaining to the INF Treaty and the threat posed by Russian forces that are noncompliant with the obligations of such treaty.</text></paragraph>

<paragraph id="H925A04A2B2C348C79B12D3E23C6EA983"><enum>(6)</enum><text>The impact that Russian withdrawal from the INF Treaty and the expiration of the New START Treaty could have on long-term United States-Russia strategic stability.</text></paragraph></subsection>

<subsection id="H751EF587592140B38C0110D3661E1486"><enum>(c)</enum><header>Withholding of funds</header><text>Until the date of the submission of the assessment required by subsection (b), an amount that is equal to 20 percent of the total amount authorized to be appropriated to the Office of the Secretary of Defense under the Operations and Maintenance, Defense-Wide account for the travel of persons shall be withheld from obligation or expenditure.</text></subsection>

<subsection id="H48017220BFA94FF69E5A28271D0F5452"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H2AF1CF2819174BCBAE42111FF76704E8"><enum>(1)</enum><header>New start treaty</header><text>The term <term>New START Treaty</term> means the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed at Prague April 8, 2010, and entered into force February 5, 2011.</text></paragraph>

<paragraph id="H2BBCED6BF6FA467DA1C118E9ADD376FA" commented="no"><enum>(2)</enum><header>Inf treaty</header><text>The term <term>INF Treaty</term> means the Treaty between the United States of America and the Union of Soviet Socialist Republics on the Elimination of Their Intermediate-Range and Shorter-Range Missiles, signed at Washington December 8, 1987, and entered into force June 1, 1988.</text></paragraph></subsection></section>

<section id="H788A74454C5F4E068CE6A9CA9B29FBB0" section-type="subsequent-section"><enum>1237.</enum><header>Reports relating to the New START Treaty</header>

<subsection id="H2D5258FD333241C093D0D16EFE447CD2"><enum>(a)</enum><header>Sense of congress</header><text display-inline="yes-display-inline">It is the sense of Congress that legally binding, verifiable limits on Russian strategic nuclear forces are in the national security interest of the United States.</text></subsection>

<subsection id="H31B86BD4FB0744E8B3C3F3AD1F71B95F"><enum>(b)</enum><header>Prior notification for withdrawal</header><text display-inline="yes-display-inline">Not later than 120 days before the provision to Russia, pursuant to Article XIV of the New Start Treaty, of notice of intent to withdraw the United States from the Treaty, the Secretary of Defense and the Secretary of State shall jointly submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a notification that includes a description of the extraordinary events jeopardizing the United Statesâ€™ supreme interests accompanying such notice of intent to withdraw in accordance with the requirements of such Article XIV.</text></subsection>

<subsection id="HF17C657BAAE444A0A1D1F87C9BF4C278"><enum>(c)</enum><header>Assessments from director of national intelligence</header>

<paragraph id="H78F478F2B6964972ADE25828B41452BB"><enum>(1)</enum><header>Relating to expiration of new start treaty</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees an assessment of the implications of the expiration of the New START Treaty without the United States and Russia having entered into a new arms control agreement. The assessment shall include the following elements:</text>

<subparagraph id="H36EBC90D290E45C9920B39772EE9372E"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment of possible changes to the Russian nuclear force structure through 2026, if the Treaty expires in 2021 without replacement, including Russiaâ€™s ability and intent to deploy strategic nuclear warheads and delivery vehicles above the central limits of the Treaty and with respect to possible future strategic nuclear weapons research and development programs.</text></subparagraph>

<subparagraph id="H40F41201E5104A39BBE196F701DF7CCB"><enum>(B)</enum><text>An assessment of the verification and transparency benefits of the Treaty and a description of the Treaty's impact on the United States' understanding of Russia's nuclear forces.</text></subparagraph>

<subparagraph id="H9D4A98B9111A42828A3EDC6A9CC3C020"><enum>(C)</enum><text>An assessment of what actions would be necessary for the United States to remediate the loss of the Treatyâ€™s verification and transparency benefits if the Treaty is not extended and a new arms control agreement is not concluded, and an estimate of the remedial resources required to ensure no concomitant loss of understanding of Russiaâ€™s nuclear forces as practicable.</text></subparagraph></paragraph>

<paragraph id="HC76844F960EA4A888F212B7711214B65"><enum>(2)</enum><header>Relating to Russiaâ€™s willingness to engage in nuclear arms control negotiations</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of

National Intelligence shall submit to the appropriate congressional committees an assessment of Russiaâ€™s willingness to engage in nuclear arms control negotiations and Russiaâ€™s priorities in these negotiations. The assessment shall include the following elements:</text>

<subparagraph id="H56B5E68ADA284A47B98E05037DAF2770"><enum>(A)</enum><text>An assessment of Russiaâ€™s willingness to extend the New START Treaty and its likely negotiating position to discuss such an extension with the United States.</text></subparagraph>

<subparagraph id="HF0CE4920FBB14C1F9B03A786593E6691"><enum>(B)</enum><text>An assessment of Russiaâ€™s interest in negotiating a broader arms control agreement that would include nuclear weapons systems not accountable under the New START Treaty, including non-strategic nuclear weapons.</text></subparagraph>

<subparagraph id="H4C4B6052586E42CD880C0A454C40E8AF"><enum>(C)</enum><text>An assessment of what concessions Russia would likely seek from the United States during such negotiations, including what additional United Statesâ€™ military capabilities Russia would seek to limit, in any broader arms control negotiation.</text></subparagraph>

<subparagraph id="H1B06290D4F974F4787280B595CB7FF2B"><enum>(D)</enum><text>Any other matter the Director determines to be relevant.</text></subparagraph></paragraph></subsection>

<subsection id="H417ECDAEE33F41D899E291C715177DAB"><enum>(d)</enum><header>Reports and briefing from secretary of state</header>

<paragraph id="H29266EF63BF2431284F6CFC6923A76CE"><enum>(1)</enum><header>Relating to nato, nato member countries, and other United States allies</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of State, in consultation with the Secretary of Defense, shall submit a report and provide a briefing to the appropriate congressional committees that includesâ€"</text>

<subparagraph id="H70A50CF506F24460A31747B720BF8581"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment of the likely reactions of the North Atlantic Treaty Organization (NATO), NATO member countries, and other United States allies and partners to the expiration of the New START Treaty without the entry into force of a new nuclear arms control agreement between the United States and Russia; and</text></subparagraph>

<subparagraph id="H71AB1BC49D234E03B394AA3FF1992FF9"><enum>(B)</enum><text>a description of the consultations undertaken with allies relating to the Treaty.</text></subparagraph></paragraph>

<paragraph id="HC45B797EC1C84F9199717D5E0F8A36C1"><enum>(2)</enum><header>Relating to ongoing implementation of the new start treaty</header><text>Not later than 60 days after the date of the enactment of this Act, and again not later than September 1, 2020, the Secretary of State, in consultation with the Secretary of Defense, shall submit a report to the appropriate congressional committees with an assessment of the following elements:</text>

<subparagraph id="H8830C07377464DF7B0B8E0B86FD5F116"><enum>(A)</enum><text>Whether the Russian Federation remains in compliance with its obligations under the New START Treaty.</text></subparagraph>

<subparagraph id="HE29E3E8AF5DD44778F36CA32B6E0B6B7"><enum>(B)</enum><text>Whether continuing implementation of the New START Treaty remains in the national security interest of the United States.</text></subparagraph></paragraph>

<paragraph id="HCB42DBBF7D6C41DFBAC492C0E79CF832"><enum>(3)</enum><header>Relating to other matters</header><text>Not later than 90 days after the date of the enactment of this Act, and every 180 days thereafter until the New START Treaty is extended beyond February 2021 or expires, the Secretary of State, in consultation with the Secretary of Defense, shall provide a briefing to the appropriate congressional committees that includes the following elements:</text>

<subparagraph id="H8F412979227B4E53822E7E59E40CB866"><enum>(A)</enum><text>A description of any discussions with Russia on the Treaty or a multilateral arms control treaty with Russia and other countries on the reduction and limitation of strategic offensive arms, and discussions addressing the disparity between the non-strategic

nuclear weapons stockpiles of Russia and of the United States, at the Assistant Secretary level, Ambassadorial level, or higher.</text></subparagraph>

<subparagraph id="H1D1F7B4D84244349A490FB636169A7F2"><enum>(B)</enum><text>The dates, locations, discussion topics, and Russian interlocutors involved in those discussions.</text></subparagraph>

<subparagraph id="HE7336BA3E1F44DD686C8F9FA0E3FBD75"><enum>(C)</enum><text>An identification of the United States Government departments and agencies involved in the discussions.</text></subparagraph>

<subparagraph id="H732A880A0F8A45EB90E8D9460720ABD6"><enum>(D)</enum><text>The types of systems, both nuclear and nonnuclear, discussed by either side in such discussions as the potential subjects of an agreement.</text></subparagraph>

<subparagraph id="H9C85BC79D2744609A5050D20A463299F"><enum>(E)</enum><text display-inline="yes-display-inline">Whether formal negotiations to extend the Treaty or negotiate a new agreement have occurred.</text></subparagraph></paragraph></subsection>

<subsection id="HE1E71BD3E71E41BFB5EEA79887DE3E4D"><enum>(e)</enum><header>Report and briefing from secretary of defense</header>

<paragraph id="HABB5D6CC260D4C5CBC5F81757B9D8E75"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of Energy, shall submit a report to the congressional defense committees that includes an assessment of the manner and extent to which the United States nuclear force structure could change if the New START Treaty expires in 2021, including current and planned nuclear modernization programs, and associated costs.</text></paragraph>

<paragraph id="H8822044194914F4D80805C0E07E153EF"><enum>(2)</enum><header>Additional report upon expiration</header><text display-inline="yes-display-inline">Not later than April 5, 2021, the Secretary of Defense, in consultation with the Secretary of Energy, shall, if the New START Treaty has expired prior to such date, submit a plan describing the manner in which the United States nuclear force structure will change, including current and planned nuclear modernization programs and associated costs.</text></paragraph></subsection>

<subsection id="HD5600AA84EEC496C9347E866498ADBEA"><enum>(f)</enum><header>Form</header><text>Each report, plan, or assessment required by this section shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="HF5ACA7B84A9846BF91132352A29A2D95"><enum>(g)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H51B4ACF310D841B3B3BD3E0004F11A48"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H26F0D2267344477D9255E3ECED03A525"><enum>(A)</enum><text>the Committee on Foreign Relations, the Committee on Armed Services, and the Select Committee on Intelligence of the Senate; and</text></subparagraph>

<subparagraph id="HA0255DF15A52428C9BE0A03560D94863"><enum>(B)</enum><text>the Committee on Foreign Affairs, the Committee on Armed Services, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H55387C2D119747C180F0A28172F58DD4"><enum>(2)</enum><header>New start treaty; treaty</header><text>The terms <term>New START Treaty</term> and <term>Treaty</term> mean the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed on April 8, 2010, and entered into force on February 5, 2011.</text></paragraph></subsection></section>

<section id="HA66840ECC8644A8A989FB6C0B109152A"><enum>1238.</enum><header>Report on military activities of the Russian Federation and the People's Republic of China in the Arctic region</header>

<subsection commented="no" display-inline="no-display-inline" id="H45647B3DE8FE4334869C086F065340BA"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the appropriate committees of Congress the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H0F2663023B5A4881877F1524E4073E1C"><enum>(1)</enum><text display-inline="yes-display-inline">A report on any military activities of the Russian Federation in the Arctic region.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0E0012D342F34267984A9314083122DE"><enum>(2)</enum><text display-inline="yes-display-inline">A report on any military activities of the People's Republic of China in the Arctic region.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD1D6E38B12C94DE3BBC4145A6350714B"><enum>(b)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The reports under subsection (a) shall include, with respect to the Russian Federation or the People's Republic of China, as applicable, the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA425DA3E2E66452CB46501D47EBC15CC"><enum>(1)</enum><text display-inline="yes-display-inline">A description of military activities of such country in the Arctic region, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7B46C93C5E864D6EB328A74C46EF1993"><enum>(A)</enum><text display-inline="yes-display-inline">the emplacement of military infrastructure, equipment, or forces;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCDB355821AB24428AA35D3774ED7AC58"><enum>(B)</enum><text display-inline="yes-display-inline">any exercises or other military activities; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H190F6DF8DE824D8BAC9D0F9C3EC58038"><enum>(C)</enum><text display-inline="yes-display-inline">activities that are non-military in nature, but are considered to have military or other strategic implications.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HECEC82EDDF3945F9AEC051C86F5A1326"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment ofâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HD5A3E5FE816B457C90B8C824C0C4BD80"><enum>(A)</enum><text display-inline="yes-display-inline">the intentions of such activities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC8052CF8C07A4516B46626141BE826D4"><enum>(B)</enum><text display-inline="yes-display-inline">the extent to which such activities affect or threaten the interests of the United States and allies in the Arctic region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9D88DC91598C4C03AB3F5B338EA42175"><enum>(C)</enum><text display-inline="yes-display-inline">any response to such activities by the United States or allies.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5C11A6791AA7499B94F02057D084DBE9"><enum>(3)</enum><text display-inline="yes-display-inline">A description of future plans and requirements with respect to such activities.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCEF2BAFB84674FF4978CD03027631C53"><enum>(c)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">Each report under subsection (a) shall be submitted in classified form, but may include an unclassified executive summary.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H62A4373B776B4C5684ECAAB2C42B1EFC"><enum>(d)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEFE930C23D0645C68D2BA04FBBD34F5B"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Relations, the Committee on Appropriations, and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6054FCD175C0441B9F080873D52F0981"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on Appropriations, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HE3C845E6C1414710A7225B63D72E0B7D" section-type="subsequent-section"><enum>1239.</enum><header display-inline="yes-display-inline">Updated strategy to counter the threat of malign influence by the Russian Federation and other countries</header>

<subsection commented="no" display-inline="no-display-inline" id="H61B7FC6EFE304254874220E5F62E0B8C"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretary of State, in coordination with the appropriate United States Government officials, shall jointly update, with the additional elements described in subsection (b), the comprehensive strategy to counter the threat of malign influence developed pursuant to section 1239A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1667).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7E33C550AA2443859ACAB023ADA29FC5"><enum>(b)</enum><header display-inline="yes-display-inline">Additional elements</header><text display-inline="yes-display-inline">The updated strategy required under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H370AA8B2F143498D8E7EE24D82DC03E3"><enum>(1)</enum><text display-inline="yes-display-inline">With respect to each element specified in paragraphs (1) through (7) of subsection (b) of such section 1239A, actions to counter the threat of malign influence operations by the Peopleâ€™s Republic of China and any other country engaged in significant malign influence operations.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF5F4AC7FDB5D4ADDA7A5917B65928870"><enum>(2)</enum><text display-inline="yes-display-inline">A description of the interagency organizational structures and procedures for coordinating the implementation of the comprehensive strategy for countering malign influence by the Russian Federation, China, and any other country engaged in significant malign influence operations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H03254240196F4402B9B31A55E643FA7E"><enum>(c)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly submit to the appropriate committees of Congress a report detailing the updated strategy required under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDCA4C84186CD468CB3013156456D38FF"><enum>(d)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> has the meaning given the term in subsection (e) of such section 1239A.</text></subsection></section></subtitle>

<subtitle id="HE049EEFB2E7642DAB5A93DBCD8437661"><enum>E</enum><header>Matters relating to Europe and NATO</header>

<section id="HEB814D3AD0CE48A0ACA13FA1CF48F148" section-type="subsequent-section"><enum>1241.</enum><header>Sense of Congress on support for the North Atlantic Treaty Organization</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HF439E962CE9D44E0BE0B73E7AFC46A0B"><enum>(1)</enum><text>the North Atlantic Treaty Organization (NATO) is critical to achieving United States national security interests and defense objectives around the world;</text></paragraph>

<paragraph id="H3DC892AF4B5F4FD9A4A83C41D49AB0EF"><enum>(2)</enum><text>NATO is the most successful military alliance in history, founded on the principles of democracy, individual liberty, and the rule of law, and its contributions to the collective defense are indispensable to the security, prosperity, and freedom of its members;</text></paragraph>

<paragraph id="HB803193E512F444FB123149A06F86D82"><enum>(3)</enum><text>membership in NATO is a cornerstone of the security and national defense of the United States;</text></paragraph>

<paragraph id="HDDC48415FC094397A2020EE98A9FB632"><enum>(4)</enum><text>the United States commitment to the NATO alliance has been foundational to the rules-based international order for seven decades, helping to sustain a system of mutual security and shared values and enhance the United States security through common defense;</text></paragraph>

<paragraph id="H067BF47B6A35457D8E2D2D0822F5E280"><enum>(5)</enum><text>the United States must remain ironclad in its commitment to uphold its obligations under the North Atlantic Treaty, including Article 5 of such Treaty;</text></paragraph>

<paragraph id="HD4318496F7D44C1B9A34A45F22BB9C1F"><enum>(6)</enum><text>the United States should deepen strategic and defense cooperation with non-NATO European partners, and encourage NATO cooperation with such partners;</text></paragraph>

<paragraph id="H8EE4B5FC06484063B6E7837F88C39154"><enum>(7)</enum><text>the United States should encourage defense cooperation that complements and strengthens NATO collective defense, interoperability, and alliesâ€™ commitment to Article 3 of the North Atlantic Treaty; and</text></paragraph>

<paragraph id="HE4755454869B4B369C0E506FC910AEDE"><enum>(8)</enum><text>the United States should pursue a long-term policy to strengthen relationships with NATO allies, oppose efforts to undermine and divide the NATO alliance, invest in long-term efforts to deter aggression against NATO allies and counter campaigns aimed at eroding shared values of the alliance, and enhance interoperability and planning for collective defense.</text></paragraph></section>

<section id="H32375E3DEB004F5C99574AAFCA9AFD58" section-type="subsequent-section"><enum>1242.</enum><header>Prohibition on the use of funds to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty</header><text display-inline="no-display-inline">Notwithstanding any other provision of law, no funds may be obligated, expended, or otherwise made available during the period beginning on the date of the enactment of this Act and ending on December 31, 2020, to take any action to suspend, terminate, or provide notice of denunciation of the North Atlantic Treaty, done at Washington, D.C. on April 4, 1949.</text></section>

<section id="H8CDCD00D06B54F59BE7068FDD91A021F" section-type="subsequent-section"><enum>1243.</enum><header>Future years plans and planning transparency for the European Deterrence Initiative</header>

<subsection id="HB64EFDDD1C26468C9895CDFA9279BA6E"><enum>(a)</enum><header>Amendments</header><text display-inline="yes-display-inline">Section 1273 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1696) is amended as follows:</text>

<paragraph id="H95A4697212BA432A953758310D425D6C"><enum>(1)</enum><text>In the section heading, by striking <quote><header-in-text level="section" style="OLC">plan</header-in-text></quote> and inserting <quote><header-in-text level="section" style="OLC">plans</header-in-text></quote>. </text></paragraph>

<paragraph id="H2914FDFD45FE43EBA4AF127AE32227C2"><enum>(2)</enum><text>In subsection (a) to read as follows:</text>

<quoted-block style="OLC" id="H829386D530BE42DDB6ACD2502B1ACDD6" display-inline="no-display-inline">

<subsection id="H2B3964FFF9BC481C96794D2B97871524"><enum>(a)</enum><header>Initial plan</header><text display-inline="yes-display-inline">Not later than December 31, 2019, the Secretary of Defense, in consultation with the Commander of the United States European Command, shall submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative (EDI) for fiscal year 2020 and not fewer than the four succeeding fiscal years.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H5AB1B94DCB0A4B5E9D14315EF03AC3BB"><enum>(3)</enum><header>Matters to be included</header><text>In subsection (b)â€"</text>

<subparagraph id="H44C31CABA72F417781EE45560A055EEB"><enum>(A)</enum><text>in paragraph (1) to read as follows:</text>

<quoted-block style="OLC" id="H84C0290762B7418CBAB4848710BFE11B" display-inline="no-display-inline">

<paragraph id="H2378A1DA41BD42D1B806EE5BA68E74E5"><enum>(1)</enum><text display-inline="yes-display-inline">A description of the objectives of the EDI, including a description ofâ€"</text>

<subparagraph id="H0FED9FAFE02F4A7887B77D28F5DA5D07"><enum>(A)</enum><text>the intended force structure and posture of the assigned and allocated forces within the area of responsibility of the United States European Command for the last fiscal year of the plan; and</text></subparagraph>

<subparagraph id="HB00F0B7823304403B7EE4A8815005E4B"><enum>(B)</enum><text>the manner in which such force structure and posture support the implementation of the National Defense Strategy.</text></subparagraph></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H36CD353679F843EC810B9A191ED6014D"><enum>(B)</enum><text>in paragraph (5), by striking <quote>required infrastructure investments</quote> and inserting <quote>required infrastructure and military construction investments</quote>; and</text></subparagraph>

<subparagraph id="H36F3945EF78E42A6916C012013005B46"><enum>(C)</enum><text>in paragraph (8)â€"</text>

<clause id="HEC12E7D017C84A28BD7B99BDD79B06B2"><enum>(i)</enum><text>in subparagraph (E), by striking <quote>and</quote> at the end;</text></clause>

<clause id="H0C27A22C2428485285A672FAA8B8937B"><enum>(ii)</enum><text>in subparagraph (F), by striking the period at the end and inserting a semicolon; and</text></clause>

<clause id="HD9740A3F2B0F4AF3BA9D01085A88FB5B"><enum>(iii)</enum><text>by adding at the end the following:</text>

<quoted-block style="OLC" id="H302F0E720BF445F5986CA25B6B9349D1" display-inline="no-display-inline">

<subparagraph id="H9590477F843843278934B4C24902B92C"><enum>(G)</enum><text display-inline="yes-display-inline">a detailed assessment of the resources necessary to achieve the requirements of the plan, including specific cost estimates for each project under the EDI to support increased presence, exercises and training, enhanced prepositioning, improved infrastructure, and building partnership capacity;</text></subparagraph>

<subparagraph id="H9C0699687BDA4A93876CEE01808BDD73"><enum>(H)</enum><text display-inline="yes-display-inline">a detailed timeline to achieve the force posture and capabilities, including permanent force posture requirements; and</text></subparagraph>

<subparagraph id="H1FCDB098553D4AC1ADE28C58AFD5682B"><enum>(I)</enum><text>a detailed explanation of any significant modifications to activities and resources as compared to the future years plan on activities and resources of the EDI submitted for the previous year.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph id="HB2916C525F464D8A88DD1AA15547B2BF"><enum>(4)</enum><text>By

redesignating subsections (c) and (d) as subsections (d) and (e), respectively.</text></paragraph>

<paragraph id="HBEE39D5732134FB080D5C09A0401298A"><enum>(5)</enum><text>By inserting after subsection (b) the following:</text>

<quoted-block style="OLC" id="H79A813B408B340C19C004DFDEB74551D" display-inline="no-display-inline">

<subsection id="H718BF39183814F1199A11571C0E5D895"><enum>(c)</enum><header>Subsequent plans</header>

<paragraph id="HB3DBF23A998A407CAD471C0A5142AC3F"><enum>(1)</enum><header>In general</header><text>Not later than the date on which the Secretary of Defense submits to Congress the budget request for the Department of Defense for fiscal year 2021 and each fiscal year thereafter, the Secretary, in consultation with the Commander of the United States European Command, shall submit to the congressional defense committees a future years plan on activities and resources of the European Deterrence Initiative for such fiscal year and not fewer than the four succeeding fiscal years.</text></paragraph>

<paragraph id="HE90E6F5326BB4C648EEAB106E62FCA4E" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The plan required under paragraph (1) shall includeâ€"</text>

<subparagraph id="HA2513CFA3C4D4CE5983674D10AF725E4" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">the matters described in subsection (b); and</text></subparagraph>

<subparagraph id="HB9DEBC3D8E5F407C9936BB747D42F35D" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">a detailed explanation of any significant modifications in requirements or resources, as compared to the plan submitted under such subsection (b).</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE4204A7E1BA14D728B317446DC2BBC60"><enum>(6)</enum><text>In subsection (d), as redesignated, by striking <quote>The plan required under subsection (a)</quote> and inserting <quote>The plans required under subsections (a) and (c)</quote>.</text></paragraph>

<paragraph id="HCBAF75A184814F2398B9400FB648222D" commented="no"><enum>(7)</enum><text display-inline="yes-display-inline">In subsection (e), as redesignated, by striking <quote><header-in-text level="subsection" style="OLC">Limitations</header-in-text></quote> and all that follows through <quote>In the case of</quote> and inserting <quote><header-in-text level="subsection" style="OLC">Limitations</header-in-text>.â€"In the case of</quote>.</text></paragraph></subsection>

<subsection id="H50D65A74ACA6435EBDDFA84DC6B3A323" commented="no"><enum>(b)</enum><header>Budget display information</header><text display-inline="yes-display-inline">The Secretary of Defense shall include in the materials submitted to Congress by the Secretary in support of the budget of the President for fiscal year 2021 and each fiscal year thereafter (as submitted under section 1105 of title 31, United States Code), a detailed budget display for the European Deterrence Initiative that includes the following information (regardless of whether the funding line is for overseas contingency operations):</text>

<paragraph id="HC6B8873CC3B64FBA87E88CBCCE5D76A7"><enum>(1)</enum><text display-inline="yes-display-inline">With respect to procurement accountsâ€"</text>

<subparagraph id="HBBDF984E2236438490E2D271235579F1"><enum>(A)</enum><text display-inline="yes-display-inline">amounts displayed by account, budget activity, line number, line item, and line item title; and</text></subparagraph>

<subparagraph id="H201F22F913D543BC81A358E075229AE6"><enum>(B)</enum><text>a description of the requirements for each such amounts specific to the Initiative.</text></subparagraph></paragraph>

<paragraph id="HFDDBFC9590CC4B49973A5157083AFB9B"><enum>(2)</enum><text>With respect to research, development, test, and evaluation accountsâ€"</text>

<subparagraph id="HFA71477FDD90461091F9DB55933187DA"><enum>(A)</enum><text display-inline="yes-display-inline">amounts displayed by account, budget activity, line number, program element, and program element title; and</text></subparagraph>

<subparagraph id="HB3327C32AFB04768953BF230C36044DA"><enum>(B)</enum><text>a description of the requirements for each such amounts specific to the Initiative.</text></subparagraph></paragraph>

<paragraph id="HBF5C334A7D59473B8CAA6F34E2321190"><enum>(3)</enum><text>With respect to operation and maintenance accountsâ€"</text>

<subparagraph id="H3BFC6746E3784CE7BA523EC25E79F6F2"><enum>(A)</enum><text display-inline="yes-display-inline">amounts displayed by account title, budget activity title, line number, and subactivity group title; and</text></subparagraph>

<subparagraph id="H75D422C2366943A0A84DB4691745E4A3"><enum>(B)</enum><text>a description of how such amounts will specifically be used.</text></subparagraph></paragraph>

<paragraph id="HC33440B773E041D38EB9A00953716C79"><enum>(4)</enum><text>With respect to military personnel accountsâ€"</text>

<subparagraph id="H158194977B964D8A8DCC5CC3D71F63D1"><enum>(A)</enum><text display-inline="yes-display-inline">amounts displayed by account, budget activity, budget subactivity, and budget subactivity title; and</text></subparagraph>

<subparagraph id="H2BA25B9595E943768F4D270CF0ED61EE"><enum>(B)</enum><text>a description of the requirements for each such amounts specific to the Initiative.</text></subparagraph></paragraph>

<paragraph id="H083E745C364D4F229CA0FA0299E20B98"><enum>(5)</enum><text display-inline="yes-display-inline">With respect to each project under military construction accounts (including with respect to unspecified minor military construction and amounts for planning and design), the country, location, project title, and project amount by fiscal year.</text></paragraph></subsection>

<subsection id="H1A9050628B13417CA6146A128F249CAC"><enum>(c)</enum><header>End of fiscal year report</header><text display-inline="yes-display-inline">Not later than November 30, 2020, and annually thereafter, the Secretary of Defense shall submit to the congressional defense committees a report that containsâ€"</text>

<paragraph id="HCB9DEA4315C34D40BCF2FCB69FCC4A7C"><enum>(1)</enum><text>a detailed summary of funds obligated for the European Deterrence Initiative for the preceding fiscal year; and</text></paragraph>

<paragraph id="HF196C688EEF245389F6FB4D0C889A4DC"><enum>(2)</enum><text>a detailed comparison of funds obligated for the European Deterrence Initiative for the preceding fiscal year to amounts requested for the Initiative for that fiscal year in the materials submitted to Congress by the Secretary in support of the budget of the President for that fiscal year as required by subsection (c), including with respect to each of the accounts described in paragraphs (1), (2), (3), (4), and (5) of subsection (b) and the information required under each such paragraph.</text></paragraph></subsection>

<subsection id="H9C7935F62CED4A318C316410CA573FE5"><enum>(d)</enum><header>Interim briefing</header><text>Not later than March 30, 2021, and annually thereafter, the Secretary of Defense shall provide the congressional defense committees with an interim briefing on the status of all matters covered by the end of fiscal year report required by section (c).</text></subsection></section>

<section id="H7E960A2774E547ED999ADCCED9899A65" section-type="subsequent-section"><enum>1244.</enum><header>Modification and extension of Ukraine Security Assistance Initiative</header><text display-inline="no-display-inline">Section 1250 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1068) is amendedâ€"</text>

<paragraph id="HE2F3CCF251B44DFCA1BEA67AE181432A"><enum>(1)</enum><text>in subsection (a), by striking <quote>in coordination with the Secretary of State</quote> and inserting <quote>with the concurrence of the Secretary of State</quote>;</text></paragraph>

<paragraph id="H810424B265DB46B3B8F041E284B03643"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (b)â€"</text>

<subparagraph id="H99151C0284D344BD98A3FBC30F3BDC0F"><enum>(A)</enum><text>by amending paragraph (11) to read as follows: </text>

<quoted-block style="OLC" id="H1F8B1E06EACA456BB3C363510E18C43B" display-inline="no-display-inline">

<paragraph id="HCA912D77016245FABEC599239FA87C4D"><enum>(11)</enum><text display-inline="yes-display-inline">Air defense and coastal defense radars, and systems to support effective command and control and integration of air defense and coastal defense capabilities.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HF53BCF0D45744B5BAEFC2F7383E1DFF0"><enum>(B)</enum><text>by redesignating paragraphs (14) and (15) as paragraphs (15) and (16), respectively;</text></subparagraph>

<subparagraph id="H0108C1F9B5614811A3A490BB1BEA83DD"><enum>(C)</enum><text>by inserting after paragraph (13) the following: </text>

<quoted-block style="OLC" id="H1C3E7A9AD93647D5BC88075EA080930E" display-inline="no-display-inline">

<paragraph id="H86F96A67DA674B69915AA1758C199F7C"><enum>(14)</enum><text display-inline="yes-display-inline">Coastal defense and anti-ship missile systems.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H4287B5B40A854779924EEA4A6B987528"><enum>(D)</enum><text>in paragraph (15), as so redesignated, by striking <quote>paragraphs (1) through (13)</quote> and inserting <quote>paragraphs (1) through (14)</quote>;</text></subparagraph></paragraph>

<paragraph id="H72335C4C6A0B4534B6DE59C9DA8AD36A"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="HD266B91256774FD0A84B0F8172E6F43E"><enum>(A)</enum><text>in paragraph (1), by striking <quote>50 percent of the funds available for fiscal year 2019 pursuant to subsection (f)(4)</quote> and inserting <quote>50 percent of the funds available for fiscal year 2020 pursuant to subsection (f)(5)</quote>;</text></subparagraph>

<subparagraph id="H7A73EF88D81A48FCB7D9A6C0A641AF28"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (3), by striking <quote>fiscal year 2019</quote> and inserting <quote>fiscal year 2020</quote>; and</text></subparagraph>

<subparagraph id="H471E56F841BF4235BFB5AB93F0DF192B"><enum>(C)</enum><text display-inline="yes-display-inline">in paragraph (5), by striking <quote>Of the funds available for fiscal year 2019 pursuant to subsection (f)(4)</quote> and inserting <quote>Of the funds available for fiscal year 2020 pursuant to subsection (f)(5)</quote>;</text></subparagraph></paragraph>

<paragraph id="H7E64E83AAC32401D9DD9B665C7E3D599"><enum>(4)</enum><text>in subsection (f), by adding at the end the following:</text>

<quoted-block style="OLC" id="H2A9520FE294A47A2B5151F1EF1106978" display-inline="no-display-inline">

<paragraph id="H3B0DE39FC282416D8D9FFB1CF698FDC0" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">For fiscal year 2020, $300,000,000.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="H2489E9AA5D8C44C383C887E31837BEB8" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">in subsection (h), by striking <quote>December 31, 2021</quote> and inserting <quote>December 31, 2022</quote>.</text></paragraph></section>

<section id="H4071810A0F174E06807172C53DC17ED3"><enum>1245.</enum><header>Limitation on transfer of Fâ€"35 aircraft to Turkey</header>

<subsection

id="HD0ABD0A9EC284281825B7E618502C963"><enum>(a)</enum><header>Limitation</header><text>None of the funds authorized to be appropriated or otherwise made available for the Department of Defense may be used to do the following, and the Department may not otherwise do the following:</text>

<paragraph id="HAB706ABEF65940AD9DBA762F14E734DC"><enum>(1)</enum><text>Transfer, facilitate the transfer, or authorize the transfer of, any Fâ€"35 aircraft or related support equipment or parts to Turkey.</text></paragraph>

<paragraph id="HA48A1AA19B884923A6DA6B1148B3DBD3"><enum>(2)</enum><text>Transfer intellectual property, technical data, or material support necessary for, or related to, any maintenance or support of the Fâ€"35 aircraft necessary to establish Turkeyâ€™s indigenous Fâ€"35 capability.</text></paragraph>

<paragraph id="HCC013243236943079112FE9559FD5570"><enum>(3)</enum><text>Construct a storage facility for, or otherwise facilitate the storage in Turkey of, any Fâ€"35 aircraft transferred to Turkey.</text></paragraph></subsection>

<subsection id="HC212B7BA93D8445790E8BE90B7C348F2"><enum>(b)</enum><header>Waiver</header>

<paragraph id="H0A58BBC3693C40CD8BEECF91A9100DCD"><enum>(1)</enum><header>Certification</header><text>The Secretary of Defense, jointly with the Secretary of State, may waive the limitation under subsection (a) only if the Secretaries submit to the appropriate committees of Congress a written certification that contains a determination by the Secretaries, and any relevant documentation on which the determination is based, that the Government of Turkey, having previously accepted delivery of the Sâ€"400 air and missile defense system from the Russian Federationâ€"</text>

<subparagraph id="HA749AB8EE96849F3A1324C8C99DFDBB0"><enum>(A)</enum><text>no longer possesses the Sâ€"400 air and missile defense system or any other equipment, materials, or personnel associated with such system;</text></subparagraph>

<subparagraph id="HB1ED39EBF2E94D5B94D150DFED9FF83C"><enum>(B)</enum><text>has provided credible assurances that the Government of Turkey will not in the future accept delivery of such system; and</text></subparagraph>

<subparagraph id="HC95E8D2FB94540A6B121F5505B9E2182"><enum>(C)</enum><text>has not, since July 31, 2019, purchased or accepted delivery of defense equipment from the Russian Federation in addition to the Sâ€"400 air and missile defense system that would increase the risk of compromising the capabilities of the Fâ€"35 aircraft and its associated systems.</text></subparagraph></paragraph>

<paragraph id="H37A0DACBBDB14C528FA71D1309E8EBBA"><enum>(2)</enum><header>Notice and wait requirement</header><text>The Secretary of Defense and the Secretary of State may not waive the limitation under subsection (a) until 90 days after the date on which the Secretaries submit the certification under paragraph (1).</text></paragraph></subsection>

<subsection id="H8B4D24D7308D4BECA288196CB450C727"><enum>(c)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HD8E62CEEECC14B98851629DD0E65EFE3"><enum>(1)</enum><text>Turkeyâ€™s possession of the Sâ€"400 air and missile defense system adversely affects the national security of Turkey, the United States, and all members of the North Atlantic Treaty Alliance;</text></paragraph>

<paragraph id="H18265177F737490C923F8976581FB926"><enum>(2)</enum><text>the United States offer of the Patriot air and missile defense system to Turkey constituted a viable alternative to Turkeyâ€™s acquisition of the Sâ€"400 air and missile defense system;</text></paragraph>

<paragraph id="H5E65EC2D1AB64800AFCF3704180A6CCE"><enum>(3)</enum><text>acceptance of the Sâ€"400 air and missible defense system by Turkey constitutes a significant transaction within the meaning of section 231(a) of the Countering Russian Influence in Europe and Eurasia Act of 2017 (22 U.S.C. 9525(a)); and</text></paragraph>

<paragraph id="HF9D18EE56BC44B87BFBC2D6E4A1EE25F"><enum>(4)</enum><text>the President should implement the Countering Russian Influence in Europe and Eurasia Act of 2017 (Public Law 115â€"44; 131 Stat. 886) by imposing and applying sanctions under section

235 of that Act (22 U.S.C. 9529) with respect to any individual or entity determined to have engaged in such significant transaction as if such person were a sanctioned person for purposes of such section.</text></paragraph></subsection>

<subsection id="HE44888C82E6E4E53A4AA36E136C1A999"><enum>(d)</enum><header>Authorization of expenditure</header>

<paragraph id="HF2C79E54C4704C27A10B9C1FA7D118C0"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense is authorizedâ€"</text>

<subparagraph id="H0E2E6F4503EB4B2294AE1F022987E283"><enum>(A)</enum><text>to fly up to 6 Turkish Fâ€"35 aircraft (tail numbers ATâ€"1 thru ATâ€"6) to a storage location in the United States; and</text></subparagraph>

<subparagraph id="H89D72BF54DFC43EA86926C1EFFF831F8"><enum>(B)</enum><text>to induct these aircraft into a long-term storage condition. </text></subparagraph></paragraph>

<paragraph id="HB80328B6F976483A83D63E07BBC83387"><enum>(2)</enum><header>Storage, plan, and disposition of aircraft and equipment</header><text>The Secretary of Defense may expend up to $30,000,000 of funds authorized to be appropriated for fiscal year 2020 for the Department of Defense to conduct activities associated with storage, preservation, and developing a plan for the final disposition of such Fâ€"35 aircraft and Turkish Fâ€"35 aircraft equipment, including full mission simulators, helmet mounted display systems, air system maintenance trainer, and ancillary mission equipment, as a result of efforts taken by the United States to limit, reduce, or terminate Turkeyâ€™s status as a member of the Fâ€"35 Joint Strike Fighter cooperative program.</text></paragraph>

<paragraph id="HEAF502771F8C482588DFD3E63319DC7A"><enum>(3)</enum><header>Report required</header><text>Not later than 90 days after the enactment of this Act, the Secretary of Defense shall provide to the congressional defense committees a report outlining the long-term plan for the disposition of such assets, including options for recovery of costs from Turkey and for unilateral use of such assets by the Department of Defense.</text></paragraph>

<paragraph id="H3CC3715B704C4EB3A364ADE862039DE4"><enum>(4)</enum><header>Notification required</header><text>Not later than 15 days before any expenditure of funds in an amount of $15,000,000 or more pursuant to the authority described in paragraph (1), the Secretary shall provide to the congressional defense committees a written notification describing the activities to be conducted.</text></paragraph></subsection>

<subsection id="H55C393F7DC5F4C76891471746D10E757"><enum>(e)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="HE79AF9CD0B1E40ACB4CFB1A19812DBEC"><enum>(1)</enum><text>the congressional defense committees; and</text></paragraph>

<paragraph id="HC2CED71B2A5441CF93F2969369BC5BE1"><enum>(2)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H6699F56038FD478BAAA2A703557F039A" section-type="subsequent-section"><enum>1246.</enum><header>Baltic defense assessment; extension and modification of security assistance for Baltic countries for joint program for interoperability and deterrence against aggression</header>

<subsection id="H623C309CC69649048344A0BBEF851E88"><enum>(a)</enum><header>Baltic Defense Assessment</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly conduct a comprehensive, multilateral assessment of the military requirements of Lithuania, Latvia, and Estonia to deter and resist aggression by Russia thatâ€"</text>

<paragraph id="H934AB9D44EFD4AEC8F674EDE65BE04F1"><enum>(1)</enum><text>provides an assessment of past and current initiatives to improve the efficiency, effectiveness, readiness and interoperability of Lithuania, Latvia, and Estoniaâ€™s national defense capabilities; and</text></paragraph>

<paragraph id="H936E8F9F2B5A4EF5B630826BB999C615"><enum>(2)</enum><text>assesses the manner in which to achieve such improvements, including future resource requirements

and recommendations, by undertaking activities in the following areas:</text>

<subparagraph id="H8B1F99D7B8C44A658A218387E622F0D7"><enum>(A)</enum><text>Activities to increase the rotational and forward presence, improve the capabilities, and enhance the posture and response readiness of the United States or NATO forces in the Baltic region.</text></subparagraph>

<subparagraph id="H654CC9BCAF694DABB9CB556F69ABE684"><enum>(B)</enum><text>Activities to improve air defense systems, including modern air-surveillance capabilities.</text></subparagraph>

<subparagraph id="HE8CA2383951D4D8EA1C5B8809B69E6E1"><enum>(C)</enum><text>Activities to improve counter-unmanned aerial system capabilities.</text></subparagraph>

<subparagraph id="HFAD0D467EA974260A7599E02D0C75D04"><enum>(D)</enum><text>Activities to improve command and control capabilities through increasing communications, technology, and intelligence capacity and coordination, including secure and hardened communications.</text></subparagraph>

<subparagraph id="H4372C5D6B0A445298C1462D4EF1000CE"><enum>(E)</enum><text>Activities to improve intelligence, surveillance, and reconnaissance capabilities.</text></subparagraph>

<subparagraph id="H8DF339EE737D4AE5B14F9C7F58D8A5E1"><enum>(F)</enum><text>Activities to enhance maritime domain awareness.</text></subparagraph>

<subparagraph id="HC63B4A329E7F4F98A6435BB85D6BA978"><enum>(G)</enum><text>Activities to improve military and defense infrastructure, logistics, and access, particularly transport of military supplies and equipment.</text></subparagraph>

<subparagraph id="HBE39B719B02746A0B434D69392F614C2"><enum>(H)</enum><text>Investments to ammunition stocks and storage.</text></subparagraph>

<subparagraph id="HEB8CCF44A86E4EAA8FB393A6DEA75C14"><enum>(I)</enum><text>Activities and training to enhance cyber security and electronic warfare capabilities.</text></subparagraph>

<subparagraph id="HC695910875984862BF9F8EAB1449E583"><enum>(J)</enum><text>Bilateral and multilateral training and exercises.</text></subparagraph>

<subparagraph id="H127C3B536E2B4527B88BA39B3D9B09D1"><enum>(K)</enum><text>New and existing cost-sharing mechanisms with United States and NATO allies to reduce financial burden.</text></subparagraph></paragraph></subsection>

<subsection id="H1B26C5E322714D71B126016F8C40AA6A"><enum>(b)</enum><header>Report</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State jointly shall submit to the appropriate congressional committees a report, which shall be submitted in unclassified form but may include a classified annex, that includes each of the following:</text>

<paragraph id="H4F109823E96446D7A9910A73A0365309"><enum>(1)</enum><text>A report on the findings of the assessment conducted pursuant to subsection (a).</text></paragraph>

<paragraph id="H01179FBE0FAA4D6391F6C9E41FBB8BB6"><enum>(2)</enum><text>A list of any recommendations resulting from such assessment.</text></paragraph>

<paragraph id="HA944FC4EFEC545F3926E93E2BFA81BD8"><enum>(3)</enum><text>An assessment of the resource requirements to achieve the objectives described in subsection (a)(1) with respect to the national defense capability of Baltic countries, including potential investments by host countries.</text></paragraph>

<paragraph id="HC10E0F895C6A44A78814DD1C1C9CADA5"><enum>(4)</enum><text>A plan for the United States to use appropriate security cooperation authorities or other authorities toâ€"</text>

<subparagraph id="H82CF99BA8B804928ACE4A9C9C6A66E09"><enum>(A)</enum><text>facilitate relevant recommendations included in the list described in paragraph (2);</text></subparagraph>

<subparagraph id="HE21B4BEF6FF34846B201E79DE2052E20"><enum>(B)</enum><text>expand joint training between the Armed Forces and the military of Lithuania, Latvia, or Estonia,

including with the participation of other NATO allies; and</text></subparagraph>

<subparagraph id="HCABD720CACF94E1E8BDBC12A62FC7A87"><enum>(C)</enum><text>support United States foreign military sales and other equipment transfers to Baltic countries, especially for the activities described in subparagraphs (A) through (I) of subsection (a)(2).</text></subparagraph></paragraph>

<paragraph id="H84ADA23E039C45BAA8E4C013E8316E8E"><enum>(5)</enum><text>A comprehensive list of authorities and funding sources used for security cooperation with the Baltic countries, includingâ€"</text>

<subparagraph id="HED454A0152EA4494B7D739EB2591335A"><enum>(A)</enum><text>a description of the funds made available and used to provide assistance through each authority, if any, during the last two years;</text></subparagraph>

<subparagraph id="HA6DE3447074444EFAC763DA3F4F2A451"><enum>(B)</enum><text display-inline="yes-display-inline">whether the authority to provide assistance pursuant to section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (22 U.S.C. 2753 note) was used, and whether any alternative authorities exist under which the Secretary can provide such assistance; and</text></subparagraph>

<subparagraph id="H7DDAFC11D68D44EFBD340E01B18B8EDA"><enum>(C)</enum><text>a determination whether any new authorities or funds are needed to achieve the objectives described in subsection (a)(1).</text></subparagraph></paragraph></subsection>

<subsection id="H0E67A7E84FE54FE199515281E743E751"><enum>(c)</enum><header>Modification of security assistance authorities</header><text>Subsection (c) of section 1279D of the National Defense Authorization Act for Fiscal Year 2018 (22 U.S.C. 2753 note) is amended by inserting after paragraph (4) the following:</text>

<quoted-block id="H91269230EF4645238E4A2C9F898DB1F9" style="OLC">

<paragraph id="H963C2252A5764A61B1496A7DA76653BF"><enum>(5)</enum><text>Command, control, communications, computers, intelligence, surveillance, and reconnaissance (C4ISR) equipment.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HB8CEF0E323214006A3E0B164CAA82BBA"><enum>(d)</enum><header>Funding</header><text>Subsection (f) of such section 1279D is amendedâ€"</text>

<paragraph id="HE215C807517A4C9581A8A0197029AE7E"><enum>(1)</enum><text>in paragraph (2), by striking <quote>$100,000,000</quote> and inserting <quote>$125,000,000</quote>; and</text></paragraph>

<paragraph id="HFA05240B55AB4207B55654524D4C309C"><enum>(2)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block id="HCADF50A968D0490DAFC4B94278961A69" style="OLC">

<paragraph id="HC84193EEA8FF4EBF8954DB87B9285F80"><enum>(3)</enum><header>Matching amount</header><text>The amount of assistance provided under subsection (a) for procurement described in subsection (b) may not exceed the aggregate amount contributed to such procurement by the Baltic nations.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H387644DAB9864225B3C6E841D8FC4646"><enum>(e)</enum><header>Extension</header><text> Subsection (g) of such section 1279D is amended by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2021</quote>.</text></subsection>

<subsection id="H8C8EBBCC25AC4FB7B2685FA491D7DF48"><enum>(f)</enum><header>Appropriate congressional committees</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H876DB727DCA849208946235E70042319"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Foreign Relations, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph id="H8CE6535BCD264DCFA0685FBB12C1880D"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Foreign Affairs, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of

Representatives.</text></paragraph></subsection></section>

<section id="H46B7306EAC1C4418BB9CD9898E1F5C75"><enum>1247.</enum><header>Extension of authority for and report on training for Eastern European national security forces in the course of multilateral exercises</header>

<subsection id="H0D71AA182E5C4B1EA62DFACD60BD4578"><enum>(a)</enum><header>Extension</header><text> Subsection (h) of section 1251 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 333 note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD6EE65B7366E4A13A19D10147A674A42"><enum>(1)</enum><text display-inline="yes-display-inline">in the first sentence, by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2021</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEF59F592268A46158A550781E8C6333A"><enum>(2)<italic/></enum><text display-inline="yes-display-inline">in the second sentence, by striking <quote>for for the period beginning on October 1, 2015, and ending on December 31, 2020</quote> and inserting <quote>for the period beginning on October 1, 2015, and ending on December 31, 2021</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBAEF3F355D7A4689AA0A4AC2C88EE46B"><enum>(b)</enum><header>Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE74CD944345441B9B4E122EF854F4747"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Commander of United States European Command, shall submit to the congressional defense committees a report on the authority for training Eastern European national security forces in the course of multilateral exercises under the authority of such section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H775AC63F6C05423CB52657875332EF08"><enum>(2)</enum><header>Matters to be included</header><text>The report required by paragraph (1) shall include the following:</text>

<subparagraph id="HC8C3EEAA7DDA40EE99DC16906AE68A7B"><enum>(A)</enum><text>For each recipient country, a description ofâ€"</text>

<clause id="H918475DED1D4453C9F1386FE65648747"><enum>(i)</enum><text>the training provided pursuant to such authority beginning in fiscal year 2016; and</text></clause>

<clause id="H5C15BC1052044DA7878A13C1DB51D2F9"><enum>(ii)</enum><text>payments of incremental expenses incurred by the country as the direct result of such training.</text></clause></subparagraph>

<subparagraph id="H61B7A3F4AE0C464B93B38FBC940D7049"><enum>(B)</enum><text>A description of the elements of the U.S. European Command theater campaign plan advanced by such authority.</text></subparagraph>

<subparagraph id="H265AC5F1683D4F1A991EFCDFD4351AFB"><enum>(C)</enum><text>An assessment whether the training and payment of the incremental expenses incurred by each recipient country as the direct result of participation in such training could be provided pursuant to other training or security cooperation authorities of the Department of Defense.</text></subparagraph>

<subparagraph id="H7FAEAE8638D0485A9C1CD927208BA663"><enum>(D)</enum><text>Any recommendations of the Secretary of Defense regarding such authority.</text></subparagraph>

<subparagraph id="H5A1B95F9AFEB4E76AF266AF16E1C408A"><enum>(E)</enum><text>Any other matter the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H3E60AEE433BF47669C5CD525BC7A02D6" section-type="subsequent-section"><enum>1248.</enum><header>Extension and modification of NATO Special Operations Headquarters</header>

<subsection

id="HE2949280885043AFB6416F9DA7C7B411"><enum>(a)</enum><header>Authorization</header><text>Subsection (a) of section 1244 of the National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2541) is amended by striking <quote>2020</quote> and inserting <quote>2024</quote>.</text></subsection>

<subsection id="H223FCE17A49B4CE89DEF5EA9B1A3B3D1"><enum>(b)</enum><header>Repeal of certification; limitation</header><text>Such section is amendedâ€"</text>

<paragraph id="H799937245BB04A699443184B1F0570D4"><enum>(1)</enum><text>by striking subsection (c); and</text></paragraph>

<paragraph id="HFEB4623BF76D44B78AF07E76D53921E7"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection:</text>

<quoted-block id="HF846E4C3246C40319CF8A55229D5A925" style="OLC">

<subsection id="H4E17CF3131714FD5A915A2D658FF2189"><enum>(c)</enum><header>Limitation</header><text>Of the amounts made available under subsection (a) for fiscal year 2020, not more than 90 percent of such amounts may be obligated or expended until the Secretary of Defense, acting through the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, submits to the congressional defense committees a report on the decision to realign responsibilities for overseeing and supporting NSHQ from U.S. Special Operations Command to U.S. European Command, includingâ€"</text>

<paragraph id="HC7C20568A88D4208A5A74874277408BF"><enum>(1)</enum><text>a justification and description of the impact of such realignment; and</text></paragraph>

<paragraph id="H7A6912D081E5482CA151A431A0D14D6B"><enum>(2)</enum><text>a description of how such realignment will strengthen the role of the NSHQ in fostering special operations capabilities within NATO.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HC99FFF2AB5F04903B3DE41B5AA91A222"><enum>(c)</enum><header>Annual report</header><text>Such section, as so amended, is further amended by adding at the end the following new subsection:</text>

<quoted-block id="H82BBE7A5BFD54D40BCA8BC433997760E" style="OLC">

<subsection id="HE515737D78434CC9BC527E0CF0AE65A2"><enum>(d)</enum><header>Annual report</header><text>Not later than March 1 of each year until 2024, the Secretary of Defense shall submit to the congressional defense committees and the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives a report regarding support for the NSHQ. Each report shall include the following:</text>

<paragraph id="H819B6244BA0F40E4B469F7033F0FA90B"><enum>(1)</enum><text>The total amount of funding provided by the United States and other NATO nations to the NSHQ for operating costs of the NSHQ.</text></paragraph>

<paragraph id="H881EE21D7B974E6EAD82BF59E02FFC71"><enum>(2)</enum><text>A description of the activities carried out with such funding, includingâ€"</text>

<subparagraph id="H538C698FE9484C26A6EC4D665FD7A68C"><enum>(A)</enum><text>the amount of funding allocated for each such activity;</text></subparagraph>

<subparagraph id="H315DB48532684E55937A1D775DF1C3DA"><enum>(B)</enum><text>the extent to which other NATO nations participate in each such activity;</text></subparagraph>

<subparagraph id="HA412F497C6414CA1A7BC044299A1B38D"><enum>(C)</enum><text>the extent to which each such activity is carried out in coordination or cooperation with the Joint Special Operations University;</text></subparagraph>

<subparagraph id="H2BE8CF54EB5D4906B830459ABA214669"><enum>(D)</enum><text>the extent to which each such activity is carried out in relation to other security cooperation activities, exercises, or operations of the Department of Defense;</text></subparagraph>

<subparagraph id="HFF22FBEFF74A47FCA5CDA2453F710193"><enum>(E)</enum><text>the extent to which each such activity is designed to meet the purposes set forth in paragraphs (1) through (5) of subsection (b); and</text></subparagraph>

<subparagraph id="HCAFF469949744B9987987980A62A2C36"><enum>(F)</enum><text>an assessment of the extent to which each such activity will promote the mission of the NSHQ.</text></subparagraph></paragraph>

<paragraph id="H3D6C849CA6B24B03894841229C7CD08F"><enum>(3)</enum><text>Other contributions, financial or in kind, provided by the United States and other NATO nations in support of the NSHQ.</text></paragraph>

<paragraph id="H9F19BAEC53574B7F81108F76658D539E"><enum>(4)</enum><text>Any other matters that the Secretary of Defense considers appropriate.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HEC803A4A757C420DB16A5E3C0E485D30" section-type="subsequent-section"><enum>1249.</enum><header display-inline="yes-display-inline">North Atlantic Treaty Organization Joint Force Command</header>

<subsection commented="no" display-inline="no-display-inline" id="H70EFECA1313E47358B6DC9049DA3E1E0"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subchapter II of chapter 138 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="HF2C73303E01B43E89F2358BA099FFD02" style="USC">

<section commented="no" display-inline="no-display-inline" id="H876541F520634EE28C4BEECF93A6A346" section-type="subsequent-section"><enum>2350n</enum><header display-inline="yes-display-inline">North Atlantic Treaty Organization Joint Force Command</header>

<subsection commented="no" display-inline="no-display-inline" id="H995F69F8D44443BDADB8BC2DC26D16E3"><enum>(a)</enum><header display-inline="yes-display-inline">Authorization</header><text display-inline="yes-display-inline">The Secretary of Defense shall authorize the establishment of, and the participation by members of the armed forces in, the North Atlantic Treaty Organization Joint Force Command (in this section referred to as the <quote>Joint Force Command</quote>), to be established in the United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC11C5BBFAF56470FA744252405041450"><enum>(b)</enum><header display-inline="yes-display-inline">Use of Department of Defense facilities and equipment</header><text display-inline="yes-display-inline">The Secretary may use facilities and equipment of the Department of Defense to support the Joint Force Command.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H27158625F274488184D90FE8143E99D8"><enum>(c)</enum><header display-inline="yes-display-inline">Availability of funds</header><text display-inline="yes-display-inline">Amounts authorized to be appropriated to the Department of Defense shall be available to carry out the purposes of this section.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF0360320808B4C10A426230C2217E3A9"><enum>(b)</enum><header display-inline="yes-display-inline">Conforming amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of subchapter II of chapter 138 of title 10, United States Code, is amended by adding at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HD99D493B391A46C59DC579D48D913891" style="OLC">

<toc>

<toc-entry bold="off" level="section">2350n. North Atlantic Treaty Organization Joint Force Command.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H23CB7AACA29F43819102B925DF752772"><enum>1250.</enum><header>Report on North Atlantic Treaty Organization Readiness Initiative</header>

<subsection commented="no" display-inline="no-display-inline" id="H4AAD39FC485449C5B8F1A6EBCCC67DAD"><enum>(a)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than October 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the North Atlantic Treaty Organization (NATO) Readiness Initiative, which shall include assessments of the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFC059490CCA341EC93F87A5F6EBB452C"><enum>(1)</enum><text display-inline="yes-display-inline">The number of units North Atlantic Treaty Organization allies have pledged against the benchmark to provide an additional 30 air attack squadrons, 30 naval combat vessels, and 30 mechanized battalions ready to fight in not more than 30 days.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H087F7B80ECB14ED88E6A163390E0A03B"><enum>(2)</enum><text display-inline="yes-display-inline">The procedure by which the North Atlantic Treaty Organization certifies, reports, and ensures that the Supreme Allied Commander Europe (SACEUR) maintains a detailed understanding of the readiness of the forces described in paragraph (1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0DBE62AE8CF644B8829898B71629479D"><enum>(3)</enum><text display-inline="yes-display-inline">The North Atlantic Treaty Organization plan to maintain the readiness of such forces in future years.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9A1135AB318C42518EB9FEF31F7B037E"><enum>(b)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="H0608731FE07B46B1973F88FAE0660CA0"><enum>1250A.</enum><header>Repeal of prohibition on transfer of articles on the United States munitions list to the Republic of Cyprus</header>

<subsection commented="no" display-inline="no-display-inline" id="H54962B1BB636429DACADF06AF0998B74"><enum>(a)</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H120F7E5CB9044303829C6CDA491E4F24"><enum>(1)</enum><text display-inline="yes-display-inline">allowing for the export, re-export or transfer of arms subject to the United States Munitions List (part 121 of title 22, Code of Federal Regulations) to the Republic of Cyprus would advance United States security interests in Europe by helping to reduce the dependence of the Government of the Republic of Cyprus on other countries, including countries that pose challenges to United States interests around the world, for defense-related materiel; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DAA9D14B5064BD98F34B408DF888239"><enum>(2)</enum><text display-inline="yes-display-inline">it is in the interest of the United States to continue to support United Nations-facilitated efforts toward a comprehensive solution to the division of Cyprus.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4070274E4C964FBE8DA7CEBAF1A7FBB1"><enum>(b)</enum><header display-inline="yes-display-inline">Modification of prohibition</header><text display-inline="yes-display-inline">Section 620C(e) of the Foreign Assistance Act of 1961 (22 U.S.C. 2373(e)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB9683D7D34F548F9B178500E3FBD2C56"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>Any agreement</quote> and inserting <quote>Except as provided in paragraph (3), any agreement</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H39B6FF0A58DE47A19A8A040B0EA294D8"><enum>(2)</enum><text display-inline="yes-

display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H434E0ADAFF6D4F679302FEFE61259669" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H8140A1F1A80B42CFA2C1AB6E0B38A237" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The requirement under paragraph (1) shall not apply to any sale or other provision of any defense article or defense service to Cyprus if the end-user of such defense article or defense service is the Government of the Republic of Cyprus.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB8EB8C270E7E45CEB218AFDDAF57772D"><enum>(c)</enum><header display-inline="yes-display-inline">Exclusion of the Government of the Republic of Cyprus from certain related regulations</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0C24DC987AF54DEFB32AC8FCBF8D3C9E"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subsection (d) and except as provided in paragraph (2), beginning on the date of the enactment of this Act, the Secretary of State shall not apply a policy of denial for exports, re-exports, or transfers of defense articles and defense services destined for or originating in the Republic of Cyprus ifâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5A293BD4539B4CD6B1AC20933251C89C"><enum>(A)</enum><text display-inline="yes-display-inline">the request is made by or on behalf of the Government of the Republic of Cyprus; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0A02826FC13F4803A3BC94FC78F72D2D"><enum>(B)</enum><text display-inline="yes-display-inline">the end-user of such defense articles or defense services is the Government of the Republic of Cyprus.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H97FA782992A34531A6FF3BD21471FF1A"><enum>(2)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">This exclusion shall not apply to any denial based upon credible human rights concerns.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H078AC9AB34A448F4B06366B4F13496FE"><enum>(d)</enum><header display-inline="yes-display-inline">Limitations on the transfer of articles on the United States Munitions List to the Republic of Cyprus</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5272FA238FE14913AE4B1331273DD89F"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The policy of denial for exports, re-exports, or transfers of defense articles on the United States Munitions List to the Republic of Cyprus shall remain in place unless the President determines and certifies to the appropriate congressional committees not less than annually thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC0251F4ADD104E569F81E0E7EF011923"><enum>(A)</enum><text display-inline="yes-display-inline">the Government of the Republic of Cyprus is continuing to cooperate with the United States Government in efforts to implement reforms on anti-money laundering regulations and financial regulatory oversight; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD669A0FFAC3F42A8B61D237E5DB47C51"><enum>(B)</enum><text display-inline="yes-display-inline">the Government of the Republic of Cyprus has made and is continuing to take the steps necessary to deny Russian military vessels access to ports for refueling and servicing.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3F6094BEC492413C877C58A693589B2E"><enum>(2)</enum><header display-inline="yes-display-inline">Waiver</header><text display-inline="yes-display-inline">The President

may waive the limitations contained in this subsection for one fiscal year if the President determines that it is essential to the national security interests of the United States to do so.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6EDA8DE8BF9742E58BCA38A457D3EB78"><enum>(3)</enum><header display-inline="yes-display-inline">Appropriate congressional committees defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H3ED1057D793B42A4A82037AD2A807A10"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations and the Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H13FD01DE604043B1A6CEAFE3E5B0AD37"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs and the Committee on Armed Services of the House of Representatives.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="HE440785EDC364987BD300195F4F0F339"><enum>F</enum><header>Matters relating to the Indo-Pacific region</header>

<section id="H7C9A5FFAC45341EE9A9E1FD450118D6F" section-type="subsequent-section"><enum>1251.</enum><header>Modification of Indo-Pacific Maritime Security Initiative</header>

<subsection id="H640932268BB447459ADEC821FD860AF0"><enum>(a)</enum><header>Types of assistance and training</header><text display-inline="yes-display-inline">Subsection (c)(2)(A) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 2282 note) is amended by inserting <quote>the law of armed conflict, the rule of law, and</quote> after <quote>respect for</quote>. </text></subsection>

<subsection id="H7386E6F485C242B5B65888A93EBEB489"><enum>(b)</enum><header>Notice to Congress on assistance and training</header><text>Subsection (g)(1) of such section is amendedâ€"</text>

<paragraph id="H48D3F07D0A9E4FE78CD7CA1E94F8CAE5"><enum>(1)</enum><text>in subparagraph (A), by inserting at the end before the period the following: <quote>, the specific unit or units whose capacity to engage in activities under a program of assistance or training to be provided under subsection (a) will be built under the program, and the amount, type, and purpose of the support to be provided</quote>;</text></paragraph>

<paragraph id="H111E50904B304BCDAB815F1F61DAC3E1"><enum>(2)</enum><text>by redesignating subparagraph (F) as subparagraph (J); and</text></paragraph>

<paragraph id="HD0157A646401441EBEDC36FA81962519"><enum>(3)</enum><text>by inserting after subparagraph (E) the following new subparagraphs:</text>

<quoted-block style="OLC" id="H1503AAD1E448448C914F439FBF7203F0" display-inline="no-display-inline">

<subparagraph id="H1DA2C5FEA61E44A4B9D8AB31DEEE83CC"><enum>(F)</enum><text display-inline="yes-display-inline">Information, including the amount, type, and purpose, on assistance and training provided under subsection (a) during the three preceding fiscal years, if applicable.</text></subparagraph>

<subparagraph id="H5CEA38F79E574D349C1490C8CCD61E1A"><enum>(G)</enum><text display-inline="yes-display-inline">A description of the elements of the theater campaign plan of the geographic combatant command concerned and the interagency integrated country strategy that will be advanced by the assistance and training provided under subsection (a).</text></subparagraph>

<subparagraph id="H9644CB1D9AF0475EAC7CF93178C68D57"><enum>(H)</enum><text display-inline="yes-display-inline">A description of whether assistance and training provided under subsection (a) could be provided pursuant toâ€"</text>

<clause id="HA4BD9C823AE24EBEBBD700975BA9E08C"><enum>(i)</enum><text>section 333 of title 10, United States Code, or other security cooperation authorities of the Department of Defense; or</text></clause>

<clause id="HBE7F21EB242F4BDAB9ABAE246E56FAAE"><enum>(ii)</enum><text display-inline="yes-display-inline">security cooperation authorities of the Department of State.</text></clause></subparagraph>

<subparagraph id="H9A9E7532E3E34F979E61EFD948314372"><enum>(I)</enum><text>An identification of each such authority described in subparagraph (H).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H350E91064E614D569D34506E9796582F"><enum>(c)</enum><header>Annual monitoring reports</header><text>Such section is amendedâ€"</text>

<paragraph id="HED23923D559E40F29C01C8E532D216E8" commented="no"><enum>(1)</enum><text>by redesignating subsection (h) as subsection (j); and</text></paragraph>

<paragraph id="H1B4701D236CF4BD2A90EB147D33123C0"><enum>(2)</enum><text>by inserting after subsection (g) the following new subsection:</text>

<quoted-block style="OLC" id="H992F6CDA72F840E1B2F0A56D92C83F2C" display-inline="no-display-inline">

<subsection id="H0A8BEBF192014CE7929F0D1C5F6B4A29"><enum>(h)</enum><header>Annual monitoring reports</header>

<paragraph id="H0A0C565BCCE1428B9753CFAEEF656B42"><enum>(1)</enum><header>In general</header><text>Not later than March 1, 2020, and annually thereafter, the Secretary of Defense shall submit to the appropriate committees of Congress a report setting forth, for the preceding calendar year, the following:</text>

<subparagraph id="H863DB63E1379404C8A0C257525046B75"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment, by recipient foreign country, ofâ€"</text>

<clause id="H421B1B2C47254053841D6F0C66A5F36C"><enum>(i)</enum><text>the countryâ€™s capabilities relating to maritime security and maritime domain awareness;</text></clause>

<clause id="H3EC6554874954B679E41976BB0CCDB2F"><enum>(ii)</enum><text>the countryâ€™s capability enhancement priorities, including how such priorities relate to the theater campaign strategy, country plan, and theater campaign plan relating to maritime security and maritime domain awareness;</text></clause></subparagraph>

<subparagraph id="H995ADD312CC3484EB52C0360E2E11FD5"><enum>(B)</enum><text>A discussion, by recipient foreign country, ofâ€"</text>

<clause id="H21A4FB96EA224CF1A55A887B26524E4E"><enum>(i)</enum><text>priority capabilities that the Department of Defense plans to enhance under the authority under subsection (a) and priority capabilities the Department plans to enhance under separate United States security cooperation and security assistance authorities; and</text></clause>

<clause id="H684A8CE288094578B10D328D3B7618B6"><enum>(ii)</enum><text>the anticipated timeline for assistance and training for each such capability.</text></clause></subparagraph>

<subparagraph id="HD51DDBD48A7947F0BD55EA43D9F706BC"><enum>(C)</enum><text>Information, by recipient foreign country, on the status of funds allocated for assistance and training provided under subsection (a), including funds allocated but not yet obligated or expended.</text></subparagraph>

<subparagraph id="HAD6709564F204D94930C96D6DE5E7CBD"><enum>(D)</enum><text display-inline="yes-display-inline">Information, by recipient foreign country, on the delivery and use of assistance and training provided under subsection (a).</text></subparagraph>

<subparagraph id="H3D1851163AA34F0E807D5A12B43C3259"><enum>(E)</enum><text display-inline="yes-display-inline">Information, by recipient foreign country, on the timeliness of the provision of assistance and training under subsection (a) as compared to the timeliness of the provision of assistance and training previously provided to the foreign country under subsection (a).</text></subparagraph>

<subparagraph id="H40398261B2A24D298BAB237A91F8871B"><enum>(F)</enum><text display-inline="yes-display-inline">A description of the reasons the Department of Defense

chose to utilize the authority for assistance and training under subsection (a) in the preceding calendar year.</text></subparagraph>

<subparagraph id="HD328F99D6DB34353A0ACAD89A4BBD546"><enum>(G)</enum><text>An explanation of any impediments to timely obligation or expenditure of funds allocated for assistance and training under subsection (a) or any significant delay in the delivery of such assistance and training.</text></subparagraph></paragraph>

<paragraph id="H2C4887EAA56746B3ADDA569B96C04972"><enum>(2)</enum><header>Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this subsection, the term <term>appropriate committees of Congress</term> has the meaning given the term in subsection (g)(2). </text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H9C0F857024924B63BCF81828461308C7" commented="no"><enum>(d)</enum><header>Limitation</header><text>Such section, as so amended, is further amended by inserting after subsection (h), as added by subsection (c)(2), the following:</text>

<quoted-block style="OLC" id="H7D6FF511E03548F4958FA67C4BD812ED" display-inline="no-display-inline">

<subsection id="HFBECBFD944224E1EA545F0C5BCB5603A"><enum>(i)</enum><header>Limitation</header><text display-inline="yes-display-inline">The provision of assistance and training pursuant to a program under subsection (a) shall be subject to the provisions of section 383 of title 10, United States Code.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HD183F0E405D74B5DAF9E4693560B014A"><enum>1252.</enum><header>Expansion of Indo-Pacific Maritime Security Initiative and limitation on use of funds</header>

<subsection id="HED76A141A44643FF9BA5AF3938D347BD"><enum>(a)</enum><header>Expansion of recipient countries</header><text display-inline="yes-display-inline">Subsection (b) of section 1263 of the National Defense Authorization Act for Fiscal Year 2016 (10 U.S.C. 333 note) is amended by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H1AD8DC5315574FA89FF3BA561AB30D0E" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H86C30972DBEA4AB9998BCE91078FA3A2"><enum>(8)</enum><text display-inline="yes-display-inline">The Federated States of Micronesia.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB71072A42190467283C392A9B4E9E523"><enum>(9)</enum><text>The Independent State of Samoa.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3661CF49CC164592AAE109EF6F9039A5"><enum>(10)</enum><text display-inline="yes-display-inline">The Kingdom of Tonga.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H55D1D80083AF4B17AD0B5E5E7A0AFA1E"><enum>(11)</enum><text display-inline="yes-display-inline">Papua New Guinea.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC5C1992222C6422281DA7018DAF8E05A"><enum>(12)</enum><text display-inline="yes-display-inline">The Republic of Fiji.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4B9DE525CCCE41DEA4D293E2896B16EB"><enum>(13)</enum><text>The Republic of Kiribati.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H86B7657580E944A89DAE5C899BFED8EC"><enum>(14)</enum><text display-inline="yes-display-inline">The Republic of the Marshall Islands.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H58247F83F04C444BB0CBC2AEA6E6F27D"><enum>(15)</enum><text>The Republic of Nauru.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H50D6227560B94BF1A5C0EA248333953B"><enum>(16)</enum><text display-inline="yes-display-inline">The Republic of Palau.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H714570577A73405DAB8D7F2033EDB6AB"><enum>(17)</enum><text display-inline="yes-display-inline">The Republic of Vanuatu.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5F3D8FD713F34993BD9A6D83BD71201D"><enum>(18)</enum><text display-inline="yes-display-inline">The Solomon Islands.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H86D24D55488B4B87A3544568958FD352"><enum>(19)</enum><text display-inline="yes-display-inline">Tuvalu.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H924751DC80B442479B905917627F1E2A"><enum>(b)</enum><header>Limitation on use of funds</header>

<paragraph id="H2FD3121A7E094F9485059723A1E71F48"><enum>(1)</enum><header>In general</header><text>None of the funds authorized to be appropriated for the Indo-Pacific Maritime Security Initiative under such section may be obligated or expended to provide training or assistance to a recipient country described in any of paragraphs (8) through (19) of subsection (b) of such section until the date on which the Secretary of Defense, with the concurrence of the Secretary of State, submits to the appropriate committees of Congress a report on security cooperation with and security assistance to such countries.</text></paragraph>

<paragraph id="H01639D066017482CA9555433FCEF50D6"><enum>(2)</enum><header>Report</header><text>The report referred to in paragraph (1) shall include the following:</text>

<subparagraph id="H1DDA19B09082490A9F559147FFC6CE05"><enum>(A)</enum><text>An identification of elements of the theater campaign plan of the geographic combatant command concerned and the interagency integrated country strategy that will be advanced by expansion of security cooperation and assistance programs and activities to such recipient countries.</text></subparagraph>

<subparagraph id="H65BB707AE6444D2DAD6359D36E99E718"><enum>(B)</enum><text>An assessment of the capabilities, and a description of the capability enhancement priorities, of each such country.</text></subparagraph>

<subparagraph id="H5257575DE5F54ADA9BE3165F0EB54DD5"><enum>(C)</enum><text>A description of the manner in which United States security cooperation and assistance authorities, including assistance provided pursuant to other security cooperation authorities of the Department of Defense or security assistance authorities of the Department of State, may be used to enhance the priority capabilities of each such country.</text></subparagraph>

<subparagraph id="HE1DF6457F96F493EAE2B8051D74E315F"><enum>(D)</enum><text>A description, as appropriate, of the manner in which the Secretary of Defense, together with the Secretary of State, shall ensure that security cooperation with and security assistance to such countries complement regional engagement efforts undertaken by United States allies, including the Pacific Step-Up efforts of the Government of Australia and the <quote>Pacific Reset</quote> efforts of the Government of New Zealand.</text></subparagraph>

<subparagraph id="HD7E3ADC11CB64138B9A8CC7F07FA3157"><enum>(E)</enum><text>A description of absorption capacity and sustainability issues for each such country and a plan to resolve such issues.</text></subparagraph>

<subparagraph id="H10D4F2E5F4FD43EC9E1CAFFCA5ADBD8B"><enum>(F)</enum><text>An identification of the estimated annual cost for such assistance and training for fiscal years 2020 through 2025.</text></subparagraph></paragraph></subsection>

<subsection id="H99ACC592050949788E5962D771DBA9E7"><enum>(c)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="H0D6E939985764F53AA35FC30DC3371EE"><enum>(1)</enum><text>the

congressional defense committees;</text></paragraph>

<paragraph id="H658D94027DE94F9C8ED235F1E8A6E4DF"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations and the Subcommittee on State, Foreign Operations, and Related Programs of the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph id="H43BDA092CD8D4819B7527E3811340AE2"><enum>(3)</enum><text>the Committee on Foreign Affairs and the Subcommittee on State, Foreign Operations, and Related Programs of the Committee on Appropriations of the House of Representatives.</text></paragraph></subsection></section>

<section id="HE782C4141AC448DB8CCA6220C250FCA7"><enum>1253.</enum><header>Report on resourcing United States defense requirements for the Indo-Pacific region and study on competitive strategies</header>

<subsection commented="no" display-inline="no-display-inline" id="H6AC7F058032D48E79CC9A002C12AD11A"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE41F02641CFC4E97907C9E88F92BF573"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than March 15, 2020, the Commander of United States Indo-Pacific Command shall submit to the congressional defense committees a report containing the independent assessment of the Commander with respect to the activities and resources required, for fiscal years 2022 through 2026, to achieve the following objectives:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC94E1F7A08EC4AD69EF3F7FEF7C36A31"><enum>(A)</enum><text display-inline="yes-display-inline">The implementation of the National Defense Strategy with respect to the Indo-Pacific region.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8D9A0D4308C945A39481A99F086FD8AC"><enum>(B)</enum><text display-inline="yes-display-inline">The maintenance or restoration of the comparative military advantage of the United States with respect to the People's Republic of China.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9557F3C1AFC1454B9C6B89A468209F66"><enum>(C)</enum><text display-inline="yes-display-inline">The reduction of the risk of executing contingency plans of the Department of Defense.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H011BA347E69946B295BDE637ECEF983C"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The report required under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H36E771D871844DCBAD6EF36F9369FE0F"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the intended force structure and posture of assigned and allocated forces within the area of responsibility of United States Indo-Pacific Command for fiscal year 2026 to achieve the objectives described in paragraph (1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H81B90F21552B443EB78A9EABFA528886"><enum>(B)</enum><text display-inline="yes-display-inline">An assessment of capabilities requirements to achieve such objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC2F79F900D8C4AADA39B10FF0F054338"><enum>(C)</enum><text display-inline="yes-display-inline">An assessment of logistics requirements, including personnel, equipment, supplies, storage, and maintenance needs to achieve such objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H65D0E964AC8A4B1C8DA58A53D9BB5015"><enum>(D)</enum><text display-inline="yes-display-inline">An identification of required infrastructure and military construction investments to achieve such objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H62A08B045203400E8EED84C017E7DA70"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of security cooperation activities or resources required to achieve such objectives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H23F666AE7BBC47E891FD9A1E617D1A3E"><enum>(F)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HBE3C7AE4F28D4C33969A76720F454AF8"><enum>(i)</enum><text display-inline="yes-display-inline">A plan to fully resource United States force posture and capabilities, includingâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H876C3BC33C74432DBC15BAA6FEB7F814" indent="up1"><enum>(I)</enum><text display-inline="yes-display-inline">a detailed assessment of the resources necessary to address the elements described in subparagraphs (A) through (E), including specific cost estimates for recommended investments or projectsâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H5427317DB6DB4DD397E0096DC5E0AC66"><enum>(aa)</enum><text display-inline="yes-display-inline">to increase joint force lethality;</text></item>

<item commented="no" display-inline="no-display-inline" id="HBCD5DA69E18248CAB81D087DAF0EC674"><enum>(bb)</enum><text display-inline="yes-display-inline">to enhance force design and posture;</text></item>

<item commented="no" display-inline="no-display-inline" id="HD5A2BA169BC840D4977AD54A4A5D58ED"><enum>(cc)</enum><text display-inline="yes-display-inline">to support a robust exercise, experimentation, and innovation program; and</text></item>

<item commented="no" display-inline="no-display-inline" id="HA79C5874E2C2487688197C75E1203F2C"><enum>(dd)</enum><text display-inline="yes-display-inline">to strengthen cooperation with allies and partners; and</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H9B2E0370FFC843FBA1544D9B514DE3AE" indent="up1"><enum>(II)</enum><text display-inline="yes-display-inline">a detailed timeline to achieve the intended force structure and posture described in subparagraph (A).</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="HBE06AB104E8E4540928309770F52FEB4" indent="up1"><enum>(ii)</enum><text>The specific cost estimates required by clause (i)(I) shall, to the maximum extent practicable, include the following:</text>

<subclause commented="no" display-inline="no-display-inline" id="HD1AE5D18AB46484F9A16DA9797B15BB5"><enum>(I)</enum><text>With respect to procurement accountsâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H8E138DA8F9D84C7EB08E2A5C55C5C66D"><enum>(aa)</enum><text>amounts displayed by account, budget activity, line number, line item, and line item title; and</text></item>

<item commented="no" display-inline="no-display-inline" id="HCAAFD9266B76485D93AE39D6244DFEAB"><enum>(bb)</enum><text>a description of the requirements for each such amount.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H2EA6B922E5CD4B0EB60805094856E78D"><enum>(II)</enum><text>With respect to research, development, test, and evaluation accountsâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H5202F2EAAB87452B9BE8D86435612AEE"><enum>(aa)</enum><text>amounts displayed by account, budget activity, line number, program element, and program element title; and</text></item>

<item commented="no" display-inline="no-display-inline" id="H0E6295DC5004443C81FA7EC856C56560"><enum>(bb)</enum><text>a description of the

requirements for each such amount.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H15025952818F42EC9A58C4A368B7A78B"><enum>(III)</enum><text>With respect to operation and maintenance accountsâ€"</text>

<item commented="no" display-inline="no-display-inline" id="HA40621E057DB482A9A39C75022E97AA7"><enum>(aa)</enum><text>amounts displayed by account title, budget activity title, line number, and subactivity group title; and</text></item>

<item commented="no" display-inline="no-display-inline" id="H45F19AD8405A4DDEAC3A0A449E7B6889"><enum>(bb)</enum><text>a description of the specific manner in which each such amount would be used.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HF3A117D6CA3A4675B4EE77958679A600"><enum>(IV)</enum><text>With respect to military personnel accountsâ€"</text>

<item commented="no" display-inline="no-display-inline" id="HCA8C640AC3604F8282BE792DF8F60FB6"><enum>(aa)</enum><text>amounts displayed by account, budget activity, budget subactivity, and budget subactivity title; and</text></item>

<item commented="no" display-inline="no-display-inline" id="HBA7E4730D783460A80CD1AEC9A4BA7AA"><enum>(bb)</enum><text>a description of the requirements for each such amount.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H5B9DD4CBA7324CDBA430EE00C37FF761"><enum>(V)</enum><text>With respect to each project under military construction accounts (including unspecified minor military construction and amounts for planning and design), the country, location, project title, and project amount for each fiscal year.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H8AAAE814BFB3489AAC4890C1175135CD"><enum>(VI)</enum><text>With respect to any expenditure or proposed appropriation not described in subclause (I) through (V), a level of detail equivalent or greater than the level of detail provided in the future-years defense program submitted pursuant to section 221(a) of title 10, United States Code.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFD0F9D0A13364C0DB5BF271B36502FDD"><enum>(3)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required under paragraph (1) may be submitted in classified form, but shall include an unclassified summary.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA4357C5313044BA995A5486B00538365"><enum>(4)</enum><header display-inline="yes-display-inline">Availability</header><text display-inline="yes-display-inline">Not later than March 15, 2020, the Commander of United States Indo-Pacific Command shall make the report available to the Secretary of Defense, the Under Secretary of Defense for Policy, the Under Secretary of Defense (Comptroller), the Director of Cost Assessment and Program Evaluation, the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the chiefs of staff of each military service.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0249CDFC70B0488385CD53A8278D89A9"><enum>(b)</enum><header display-inline="yes-display-inline">Briefings required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H97EB5D9A3A3F4D118587FC41D004EA6F"><enum>(1)</enum><header display-inline="yes-display-inline">Initial briefing</header><text display-inline="yes-display-inline">Not later than April 15, 2020, the Secretary of Defense (acting through the Under Secretary of Defense for Policy, the Under Secretary of Defense (Comptroller), and the Director of Cost Assessment and Program Evaluation) and the Chairman of the Joint Chiefs of Staff shall provide to the congressional defense committees a joint briefing, and any written comments the Secretary of Defense and the Chairman of the Joint Chiefs of Staff consider necessary, with respect to their assessments of the report submitted under

subsection (a), including their assessments of the feasibility and advisability of the plan required by paragraph (2)(F) of that subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7B5EBE867A554FB481378AB983BE9A6C"><enum>(2)</enum><header display-inline="yes-display-inline">Subsequent briefing</header><text display-inline="yes-display-inline">Not later than April 30, 2020, the Secretary of the Air Force, the Secretary of the Army, and the Secretary of the Navy shall provide to the congressional defense committees a joint briefing, and documents as appropriate, with respect to their assessments of the report submitted under subsection (a), including their assessments of the feasibility and advisability of the plan required by paragraph (2)(F) of that subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5EDEAED9E94D4DC2A314853F0A142D54"><enum>(c)</enum><header>Study on competitive strategies with respect to the People's Republic of China</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2BA6C5FD5B6140518A6795A34CB1AA5E"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense, acting through the Director of the Office of Net Assessment, shall conduct a study on not fewer than three possible long-term competitive strategies with respect to the Peopleâ€™s Republic of China that focuses on the identification of opportunities to shape strategic competition to the advantage of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA93D373D55CB4BB8B4AFFBC1A804BD8A"><enum>(2)</enum><header>Report</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees the results of the study required under paragraph (1).</text></paragraph></subsection></section>

<section id="H7052E4961CD54CAC90D3C1591ED772C5" section-type="subsequent-section"><enum>1254.</enum><header>Limitation on use of funds to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act may be used to reduce the total number of members of the Armed Forces serving on active duty who are deployed to South Korea below 28,500 until 90 days after the date on which the Secretary of Defense certifies to the congressional defense committees the following:</text>

<paragraph id="H1EAAC531DBF54949A271D7710147E276"><enum>(1)</enum><text>Such a reduction is in the national security interest of the United States and will not significantly undermine the security of United States allies in the region.</text></paragraph>

<paragraph id="HEB90ECAF36E748DEA3F8F934D246C855"><enum>(2)</enum><text>The Secretary has appropriately consulted with allies of the United States, including South Korea and Japan, regarding such a reduction.</text></paragraph></section>

<section id="H538796901E3E40C3881A3ED9FC746CED" section-type="subsequent-section"><enum>1255.</enum><header>Report on direct, indirect, and burden-sharing contributions of Japan and South Korea</header>

<subsection id="H92E3813150C4469BB8D4472CBDC67319"><enum>(a)</enum><header>In general</header><text>Not later than the date agreed to in accordance with subsection (e)(2), the Comptroller General of the United States shall submit to the appropriate congressional committees a report on the direct, indirect, and burden-sharing contributions of Japan and South Korea to support overseas military installations of the United States and United States Armed Forces deployed to or permanently stationed in Japan and South Korea, respectively.</text></subsection>

<subsection id="H2ED5E53C78264469B3BE63271A84BB60"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="HE2C59F0055F14D39919541773077A8F6"><enum>(1)</enum><text>The benefits to United States national security and regional security derived from the forward presence of the Armed Forces in the Indo-Pacific region, including Japan and South Korea.</text></paragraph>

<paragraph id="H72442A1948F14FA7B024C968AC1E1623"><enum>(2)</enum><text display-inline="yes-display-inline">For calendar year 2016 and each subsequent calendar year, the overall cost for the presence of the Armed Forces in Japan and South Korea and the breakdown of such costs between the United States and the respective host nations.</text></paragraph>

<paragraph id="H11DAB8C29AD24D50908C37DF7D2D8687"><enum>(3)</enum><text>For calendar year 2016 and each subsequent calendar year, a description of the one-time and recurring costs associated with the presence of the Armed Forces in Japan and South Korea, includingâ€"</text>

<subparagraph id="H171C0A36E119419E86B6E23C63D6413F"><enum>(A)</enum><text>costs to relocate the Armed Forces within Japan and South Korea and to realign the Armed Forces from Japan and South Korea;</text></subparagraph>

<subparagraph id="H031BCEC091774E3696D0CCD096F0D0C9"><enum>(B)</enum><text>military personnel costs;</text></subparagraph>

<subparagraph id="H70D21C1C207644879E24247C72AB251B"><enum>(C)</enum><text>operation and maintenance costs; and</text></subparagraph>

<subparagraph id="H72D383C643E24417AA83F2DF9A290BCC"><enum>(D)</enum><text>military construction costs.</text></subparagraph></paragraph>

<paragraph id="H19992E49F96A4610B08B7BBB58BA7015"><enum>(4)</enum><text>A description of direct, indirect, and burden-sharing contributions of Japan and South Korea, includingâ€"</text>

<subparagraph id="H14E008545CB54CFC814BFD14881120AF"><enum>(A)</enum><text>contributions for labor costs associated with the presence of the Armed Forces;</text></subparagraph>

<subparagraph id="H14CFD07B73E94B5BA57D65A872DEA677"><enum>(B)</enum><text>contributions to military construction projects of the Department of Defense, including planning, design, environmental reviews, construction, construction management costs, rents on privately-owned land, facilities, labor, utilities, and vicinity improvements;</text></subparagraph>

<subparagraph id="HAE7C151CEDDE420992C767C5830C5548"><enum>(C)</enum><text>contributions such as loan guarantees on public-private venture housing and payment-in-kind for facilities returned to Japan and South Korea;</text></subparagraph>

<subparagraph id="H2DFA5C7A763246B7936A43D32DAB6A81"><enum>(D)</enum><text>contributions accepted for labor, logistics, utilities, facilities, and any other purpose; and</text></subparagraph>

<subparagraph id="HD5A2707AF0024E07857E7AE5DA0004A4"><enum>(E)</enum><text>other contributions, such as Camp Humphreys and the Futenma Replacement Facility, as determined appropriate by the Comptroller General.</text></subparagraph></paragraph>

<paragraph id="HC290D4F69E074FCABA3E463DFD724284"><enum>(5)</enum><text>The methodology and accounting procedures used to measure and track direct, indirect, and burden-sharing contributions made by Japan and South Korea.</text></paragraph></subsection>

<subsection id="H250FAEA5A8DE48F5BB5B8DEA08065D4E"><enum>(c)</enum><header>Description of contributions in united states dollars</header><text>The report required by subsection (a) shall describe the direct, indirect, and burden-sharing contributions of Japan and South Korea in United States dollars and shall specify the exchange rates used to determine the United States dollar value of such contributions.</text></subsection>

<subsection id="H2F0589C5BA3C468C8A413B484A5FCCDB"><enum>(d)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.</text></subsection>

<subsection

id="H26BA7AD36EDD4E7DA493C5590383BDE2"><enum>(e)</enum><header>Briefing</header><text>Not later than March 2, 2020, the Comptroller General shall provide to the appropriate congressional committees an interim briefingâ€"</text>

<paragraph id="HBA370F9FCBFD400183CAF42BC0529ADE"><enum>(1)</enum><text display-inline="yes-display-inline">on the status of the report and initial findings; and</text></paragraph>

<paragraph id="HCBC1EEFDE36C40A2A33F66D3EF0907C7"><enum>(2)</enum><text>to agree on the date on which to submit the report required by subsection (a).</text></paragraph></subsection>

<subsection id="H45E4D50C8AB8433BA288DFCB3D92CBCC"><enum>(f)</enum><header>Support from the Department of Defense</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide the Comptroller General with timely access to the appropriate information, data, and analyses necessary to fulfill the requirement under subsection (a) in a timely, thorough, and independent manner.</text></subsection>

<subsection id="HF65DA490C76A4F269D4B82DA36AD5407"><enum>(g)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HF6F1F68D3E694D66933DF5F5F0AC960D"><enum>(1)</enum><text>the congressional defense committees; and</text></paragraph>

<paragraph id="H11D9176C461C4DD2B9FB1969FF15D5B6"><enum>(2)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H37C6C55660D242F3ABAABFF64D5ECCF5"><enum>1256.</enum><header>Sense of Congress on security commitments to the Governments of Japan and the Republic of Korea and trilateral cooperation among the United States, Japan, and the Republic of Korea</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFAD3C3CDFFCE4151BECB3C66D80E1E43"><enum>(1)</enum><text display-inline="yes-display-inline">the United States remains committed to its alliances with Japan and the Republic of Korea, which areâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H44D5F1F534024238B5EB13372994A18A"><enum>(A)</enum><text display-inline="yes-display-inline">essential to the peace and stability in the Indo-Pacific region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3C17638CA5F64B378CB7F5DC59EE9D4C"><enum>(B)</enum><text display-inline="yes-display-inline">based on the shared values of democracy, the rule of law, free and open markets, and respect for human rights;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H24F42F89FC09477DB465EE8B6E177080"><enum>(2)</enum><text display-inline="yes-display-inline">cooperation among the United States, Japan, and the Republic of Korea is essential for confronting regional and global challenges, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H793F7A2F4C484CA6B6C5B0F30CC2F9B9"><enum>(A)</enum><text display-inline="yes-display-inline">preventing the proliferation of weapons of mass destruction;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4428CABF58C74B718E9AE374FD9162C3"><enum>(B)</enum><text display-inline="yes-display-inline">combating piracy;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9963DB91DBA94FC28BA12060CB79A31C"><enum>(C)</enum><text display-inline="yes-display-inline">assisting victims of conflict and disaster worldwide;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3E28548755464E95806E17BB15A65885"><enum>(D)</enum><text display-inline="yes-

display-inline">protecting maritime security; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H810ADE7401A44F49AF8E68356F73BEA0"><enum>(E)</enum><text display-inline="yes-display-inline">ensuring freedom of navigation, commerce, and overflight in the Indo-Pacific region;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE42791FD8814450CB1DCFFA85D536CDC"><enum>(3)</enum><text display-inline="yes-display-inline">the United States, Japan, and the Republic of Korea share deep concern that the nuclear and ballistic missile programs, the conventional military capabilities, and the chemical and biological weapons programs of the Democratic People's Republic of Korea, together with the long history of aggression and provocation by the Democratic People's Republic of Korea, pose grave threats to peace and stability on the Korean Peninsula and in the Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDE7244F0CF5E48048800EE06A3870D77"><enum>(4)</enum><text display-inline="yes-display-inline">the United States views security cooperation between Japan and the Republic of Korea as essential to maintaining peace and stability in the Indo-Pacific region, promoting mutual interests, and addressing shared concerns;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC1CA6D3F51974CAFB4F1B138D15DA82D"><enum>(5)</enum><text>the bilateral military intelligence-sharing pact between Japan and the Republic of Korea, signed on November 23, 2016, and the trilateral intelligence sharing agreement among the United States, Japan, and the Republic of Korea, signed on December 29, 2015, are critical to security in the Indo-Pacific region and should be maintained; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB9FE1EB7DD4C4494A6957FD3627ECB21"><enum>(6)</enum><text display-inline="yes-display-inline">recognizing that the security of the United States, Japan, and the Republic of Korea are intertwined by common threats, including from the Democratic People's Republic of Korea, the United States strongly encouragesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H55B9C3F595734A4A80A13AD1F1CA0119"><enum>(A)</enum><text display-inline="yes-display-inline">strengthened bilateral security ties between Japan and the Republic of Korea; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE725E984CE5949BDB2EC4C0986CEC2CB"><enum>(B)</enum><text display-inline="yes-display-inline">deeper trilateral defense coordination and cooperation, including through expanded exercises, training, senior-level exchanges, and information sharing.</text></subparagraph></paragraph></section>

<section id="H84869A418DA549C3990DEA5A35A18707" section-type="subsequent-section"><enum>1257.</enum><header>Sense of Congress on North Korea</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HF275C8B8576146789C9BB17632D4E672"><enum>(1)</enum><text>diplomacy, economic sanctions, and credible deterrence are essential to address North Koreaâ€™s illicit weapons of mass destruction program and the conventional threat that North Korea poses to United States forces on the Korean Peninsula and to United States allies in the region;</text></paragraph>

<paragraph id="HFE45972385D4484FA1A42326686BE26E"><enum>(2)</enum><text>North Koreaâ€™s recent missile tests are destabilizing, increase regional tensions, and run counter to the spirit of diplomatic negotiations;</text></paragraph>

<paragraph id="H487B700869AD4E35AF6DDDDDF9F8954C"><enum>(3)</enum><text>every effort should be made to deter actions by North Korea that could lead to a military confrontation, which would pose extreme risks toâ€"</text>

<subparagraph id="H2B7F336D9CF7439FADF6B53DE8E51EB2"><enum>(A)</enum><text>United States military personnel;</text></subparagraph>

<subparagraph id="HFA6DA99451EC4AD5935968B79C1C9907"><enum>(B)</enum><text>noncombatants, including United States citizens and citizens of United States allies; and</text></subparagraph>

<subparagraph id="H5AE743CEC1054235ADEAE45688DEF5AC"><enum>(C)</enum><text>regional security;</text></subparagraph></paragraph>

<paragraph id="H599C6491E03A45629AA9667937C807E5"><enum>(4)</enum><text>a sustained and credible diplomatic process based on concrete measures to achieve the denuclearization of North Korea and an eventual end to the Korean War should be pursued;</text></paragraph>

<paragraph id="H7F015D2BB6DC4AEF899DE2AE2714F0A7"><enum>(5)</enum><text>continued actions by North Korea that run counter to diplomatic negotiations call into question North Koreaâ€™s intentions and commitment to a diplomatic solution; and</text></paragraph>

<paragraph id="H40A1EE85015E4B89A897C0A6B7B5CEC7"><enum>(6)</enum><text>until such time as North Korea no longer poses a threat to the United States or United States allies, the United States should, in concert with such allies, continue to deter North Korea through credible defense and deterrence posture.</text></paragraph></section>

<section id="H8270DDC12DEB4FC8ACB49D0576C6F16F"><enum>1258.</enum><header>Statement of policy and sense of Congress on, and strategy to fulfill obligations under, Mutual Defense Treaty with the Republic of the Philippines</header>

<subsection commented="no" display-inline="no-display-inline" id="H279BEB36189A4DC0AC754E0A6B1DDA24"><enum>(a)</enum><header display-inline="yes-display-inline">Statement of policy</header><text display-inline="yes-display-inline">It is the policy of the United States thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6D1AD9EC258246B1B31FB4B97B2ED552"><enum>(1)</enum><text display-inline="yes-display-inline">while the United States has long adopted an approach that takes no position on the ultimate disposition of the disputed sovereignty claims in the South China Sea, disputing states shouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H171E4DB3DB6B46BD837F82374103A87F"><enum>(A)</enum><text display-inline="yes-display-inline">resolve their disputes peacefully without the threat or use of force; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8B2E7AA0B58E495CA139B67796B971D9"><enum>(B)</enum><text display-inline="yes-display-inline">ensure that their maritime claims are consistent with international law; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBE40F9A988F54B2794C4F886D3ECCC39"><enum>(2)</enum><text display-inline="yes-display-inline">an armed attack on the armed forces, public vessels, or aircraft of the Republic of the Philippines in the Pacific, including the South China Sea, would trigger the mutual defense obligations of the United States under Article IV of the Mutual Defense Treaty <quote>to meet common dangers in accordance with its constitutional processes</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2CCA73137EAB4E9990C1914325B51BCD"><enum>(b)</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress that the Secretary of State and the Secretary of Defense shouldâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H00507C06ED384006A66A2F6CED5A0123"><enum>(1)</enum><text display-inline="yes-display-inline">affirm the commitment of the United States to the Mutual Defense Treaty;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF8E1153778CB443386D1B21B65420967"><enum>(2)</enum><text display-inline="yes-display-inline">preserve and strengthen the military alliance of the United States with the Republic of the Philippines;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3EF8F2085CA446E2AF5491A64FAC8C23"><enum>(3)</enum><text display-inline="yes-display-inline">prioritize efforts to develop a shared understanding of alliance commitments and defense planning; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H59C73AB96BDA40A5B7FA0BD54CF2D379"><enum>(4)</enum><text display-inline="yes-display-inline">provide appropriate support to the Republic of the Philippines to strengthen the self-defense capabilities of the Republic of the Philippines, particularly in the maritime domain.</text></paragraph></subsection>

<subsection id="H31431207B5D245F5979B577BD9641C06"><enum>(c)</enum><header>Strategy required</header>

<paragraph id="H7ED8EC8306C04C8D84B4CA8D430F1205"><enum>(1)</enum><header>In general</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Secretary of State, shall submit to the appropriate committees of Congress a report that sets forth the strategy of the Department of Defense for achieving the objectives described in subsection (b).</text></paragraph>

<paragraph id="H788E55EC9D6D4D5EB9D47D772C4D545A"><enum>(2)</enum><header>Elements of strategy</header><text>The strategy required by paragraph (1) shall include the following:</text>

<subparagraph id="HE2033562A6394D33B44D73E66A607D9A"><enum>(A)</enum><text>A description of the national security interests and objectives of the United States furthered by the Mutual Defense Treaty.</text></subparagraph>

<subparagraph id="HA6595CA4BA7F4B43A3A3B9A700646A81"><enum>(B)</enum><text>A description of the regional security environment, includingâ€"</text>

<clause id="HF8A4862484CC435CB1148F43DD2E9331"><enum>(i)</enum><text>an assessment of threats to both the United States and the Republic of the Philippines national security interests in the region and the role of the Department in addressing such threats;</text></clause>

<clause id="H988AB30485164C64BAFC07C135A67B20"><enum>(ii)</enum><text>a description of the strategic security challenges that are detrimental to regional peace and global stability, including challenges posed by the Peopleâ€™s Republic of China, violent extremist organizations, and natural disasters; and</text></clause>

<clause id="HDC955CC82BCE4BAB9A35CB0CB6BFA1E5"><enum>(iii)</enum><text>a description of each violent extremist organization that presents a threat to the Republic of the Philippines, including, with respect to each such organizationâ€"</text>

<subclause id="HBD63119A0FE4475498AD5C340830A891"><enum>(I)</enum><text>the primary objectives of the organization;</text></subclause>

<subclause id="H3D63CEC2DF3F4337915DA422F5F0B4D0"><enum>(II)</enum><text>an assessment ofâ€"</text>

<item id="HC32247A66AEA4E679C463C92E6A9219F"><enum>(aa)</enum><text>the capacity and capability of the organization;</text></item>

<item id="HD4D4FB06923A4164ADCF2446378FABD0"><enum>(bb)</enum><text>the transnational threat posed by the organization;</text></item>

<item id="HCD77AEA675D6460DBA15AFE771AE0977"><enum>(cc)</enum><text>recent trends in the capability and influence of the organization;</text></item>

<item id="HD768DC95A3684FF8BA0B1F21A6D89142"><enum>(dd)</enum><text>the potential for the organization to reconstitute, expand, or otherwise pose a significant transnational threat; and</text></item>

<item id="H60D2A58A934744BBACC346F940DA73B4"><enum>(ee)</enum><text>the conditions that contribute to efforts of the organization to reconstitute, expand, or pose such a threat; and</text></item></subclause>

<subclause id="HD88BE04C783146038CF56AE7550FF0CE"><enum>(III)</enum><text>a description of the metrics used to assess the capability and influence of the organization.</text></subclause></clause></subparagraph>

<subparagraph id="H05B0C1E1A4F14226BA29DE4DCDE3ACD2"><enum>(C)</enum><text>A description of Department objectives with the Republic of the Philippines, includingâ€"</text>

<clause id="H3DB5C56F39F4407DB6F83FB6C4E9AB9A"><enum>(i)</enum><text>the benchmarks for assessing progress towards such objectives; and</text></clause>

<clause id="HBD288F21EB1642A2A09FB704FC5AE43E"><enum>(ii)</enum><text>the Department strategy to achieve such objectives, including throughâ€"</text>

<subclause id="H207B325B99244AEC9D584B600EAEC752"><enum>(I)</enum><text>defense cooperation;</text></subclause>

<subclause id="H34EF834A90D846A4B4A779D47E0B355A"><enum>(II)</enum><text>use of security cooperation authorities; and</text></subclause>

<subclause id="H5D0CBBFFB67441D99207126FE3458C8F"><enum>(III)</enum><text>other support or activities in the Republic of the Philippines.</text></subclause></clause></subparagraph>

<subparagraph id="H1467DA1E02BF4F3780A5DAB036BFD3EF"><enum>(D)</enum><text>An identification of all current and planned Department resources, programs, and activities to support the strategy required by paragraph (1), including a review of the necessity of an ongoing named operation and the criteria used to determine such necessity.</text></subparagraph></paragraph></subsection>

<subsection id="H8557612D801C4C99B385CFE4C8B23948"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HF7D2ADADF63648EA8A3532390C13B4E3"><enum>(1)</enum><header>Appropriate committees of Congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="HC68317B2EECC4649A1FA1357BC29E3A1"><enum>(A)</enum><text>the congressional defense committees; and</text></subparagraph>

<subparagraph id="H42D470C4425F4BB39CB4D0FDFCAE3815"><enum>(B)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H6BB928D52E6B4CD193E3C08F7C2CB8B1"><enum>(2)</enum><header>Mutual Defense Treaty</header><text>The term <term>Mutual Defense Treaty</term> means the Mutual Defense Treaty between the Republic of the Philippines and the United States of America, done at Washington August 30, 1951.</text></paragraph></subsection></section>

<section id="H6600CC7A9AE04AE1B2DC3EB0E3E141B5" section-type="subsequent-section"><enum>1259.</enum><header>Report on security cooperation with the Philippine National Police</header>

<subsection id="HAA03DA15A9F440DEBB0FA296E83D572D"><enum>(a)</enum><header>Report</header><text>Not later than 150 days after the date of the enactment of this Act, the Secretary of Defense, in concurrence with the Secretary of State, shall submit to the appropriate congressional committees a report concerning security sector assistance programs with the Philippine National Police.</text></subsection>

<subsection id="H9806FA501F5F48ACBF62DAB37D533EFC"><enum>(b)</enum><header>Matters to be included</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H583A7007D3A04653915C1F17B1A098F6"><enum>(1)</enum><text>A description of current and planned security sector assistance programs with the Philippine National Police.</text></paragraph>

<paragraph id="H557459D4DED14E9789F278067FFF4E45"><enum>(2)</enum><text>The purpose, objectives, and type of training, equipment, or assistance provided under each such program or activity.</text></paragraph>

<paragraph id="HB4FFAD6890B446FEB45034F54C54A729"><enum>(3)</enum><text>An identification of the lead agency responsible for each such program or activity.</text></paragraph>

<paragraph id="HA2451FB6D9D7423BAAD19E346F3D8BFA"><enum>(4)</enum><text>An identification of the authority or authorities under which each such program or activity is conducted.</text></paragraph>

<paragraph id="H7E32935C633C44A0BA9DE448D5D2D2B4"><enum>(5)</enum><text>A description of the process and criteria used to determine utilization of each such authority or authorities.</text></paragraph>

<paragraph id="HCEE94AB10E714A1595D311DEE98A3C97"><enum>(6)</enum><text>A description of how each such program or activity advances United States national security interests as it relates to the Departmentâ€™s strategy regarding the Philippines.</text></paragraph>

<paragraph id="H94C23F60DC88475396A129CC2939DBB8"><enum>(7)</enum><text>An identification of the specific units of the Philippine National Police to receive training, equipment, or assistance under each such program.</text></paragraph>

<paragraph id="H0EB89C3D51474DDABE1EE2FA474D270F"><enum>(8)</enum><text>A description of the process and criteria by which specific units of the Philippine National Police are selected as recipients of such programs and activities, including an assessment of the comparative value of working with units of law enforcement and units of the military forces of the Philippines.</text></paragraph>

<paragraph id="HD9EDA51E59F8435AA4B23F4EF57C6A3C"><enum>(9)</enum><text>An assessment of the current operational effectiveness of such units and a description of the metrics used to make such assessment.</text></paragraph>

<paragraph id="H39E5E109813C44FEBCA9D784E2A2DEBF"><enum>(10)</enum><text>An identification of priority capabilities of such units to enhance through training, equipment, or assistance under each such program or activity.</text></paragraph>

<paragraph id="H46D63409CE324A019D2B7BFCF44E7DF0"><enum>(11)</enum><text>A plan to identify, monitor, track, and assess the ability of each such program or activity to meet each of the objectives described pursuant to <internal-xref idref="H557459D4DED14E9789F278067FFF4E45" legis-path="__.(b)(2)">paragraph (2)</internal-xref> to enhance the capabilities of each such unit.</text></paragraph>

<paragraph id="H84F881F9AC0C44258A95480563836467"><enum>(12)</enum><text>An identification of any units of the Philippine National Police that are determined or credibly alleged to have committed human rights abuses.</text></paragraph>

<paragraph id="H193CEF8326E040718ECAE479BC89B399"><enum>(13)</enum><text>A description of the relationship between any units of the Philippine National Police identified pursuant to <internal-xref idref="H84F881F9AC0C44258A95480563836467" legis-path="__.(b)(12)">paragraph (12)</internal-xref> and any unit identified pursuant to <internal-xref idref="H94C23F60DC88475396A129CC2939DBB8" legis-path="__.(b)(7)">paragraph (7)</internal-xref>.</text></paragraph>

<paragraph id="HCCDEA589FB6B477C9080D5C64A1C664B"><enum>(14)</enum><text>A description of the current or previous role, if any, of each unit identified pursuant to <internal-xref idref="H94C23F60DC88475396A129CC2939DBB8" legis-path="__.(b)(7)">paragraph (7)</internal-xref> in the anti-drug campaign.</text></paragraph>

<paragraph id="HBC4E821C8AF448159FFECC3D18798D69"><enum>(15)</enum><text>An assessment of the ability of the United States to identify the units described in <internal-xref idref="H84F881F9AC0C44258A95480563836467" legis-path="__.(b)(12)">paragraph (12)</internal-xref>.</text></paragraph>

<paragraph id="H46F6C5CAEF784F0CB50DB9B676F01E60"><enum>(16)</enum><text>Any other matters the Secretary of Defense determines should be included.</text></paragraph></subsection>

<subsection id="HE5FDB759922A4F3991EB3679DE34EE8E"><enum>(c)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.</text></subsection>

<subsection id="H26E08441C7EA454081D1A7C22336A356"><enum>(d)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HF596F6A06B86498495FE3C42736ECF9A"><enum>(1)</enum><text>the congressional defense committees; and</text></paragraph>

<paragraph id="HE26440781D174E898AB21A46B2805D67"><enum>(2)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="HE70EA46D9E324567B7407811BEF35D7E" section-type="subsequent-section"><enum>1260.</enum><header>Modification of annual report on military and security developments involving the Peopleâ€™s Republic of China</header>

<subsection id="H7DE882144F0C4F9EA319ABB96C0001AA"><enum>(a)</enum><header>Modification to annual report requirements</header><text>Section 1202 of the National Defense Authorization Act for Fiscal Year 2000 (10 U.S.C. 113 note) is amended as follows:</text>

<paragraph id="HAE6D9847A4C541B780C57699BBB1C704"><enum>(1)</enum><text>In subsection (a), by inserting <quote>, in consultation with the heads of other Federal departments and agencies as appropriate,</quote> after <quote>the Secretary of Defense</quote>.</text></paragraph>

<paragraph id="H17364CBA30DF4BA28844A325D847D23E"><enum>(2)</enum><text>In subsection (b)â€"</text>

<subparagraph id="H2D231324489D4975B2EE9689D51AE1BD"><enum>(A)</enum><text>by amending paragraph (26) to read as follows:</text>

<quoted-block style="OLC" id="HDAAF63EF33294054A4CD954889838D70" display-inline="no-display-inline">

<paragraph id="HFA9E146F5ED14A3F9A61D0DBF8F25988"><enum>(26)</enum><text display-inline="yes-display-inline">The relationship between Chinese overseas investment, including the Belt and Road Initiative, the Digital Silk Road, and any state-owned or controlled digital or physical infrastructure projects of China, and Chinese security and military strategy objectives, includingâ€"</text>

<subparagraph id="HB347987CB109418DBC0CD871A8BF7E19"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment of the Chinese investments or projects likely, or with significant potential, to be converted into military assets of China;</text></subparagraph>

<subparagraph id="HE523100DC6674C82AC0F7D6DBFAD541A"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the Chinese investments or projects of greatest concern with respect to United States national security interests;</text></subparagraph>

<subparagraph id="H2C7A7939E8A84E09A51CCAF462BECA50"><enum>(C)</enum><text display-inline="yes-display-inline">a description of any Chinese investment or project located in another country that is linked to military cooperation with such country, such as cooperation on satellite navigation or arms production;</text></subparagraph>

<subparagraph id="HCBCE2B3936BC4DBDADA32F1A2BF4F96A"><enum>(D)</enum><text display-inline="yes-display-inline">an assessment of any Chinese investment, project, or associated agreement in or with another country that presents significant financial risk for the country or may undermine the sovereignty of such country; and</text></subparagraph>

<subparagraph id="HECB4022288F748558BDDD766418AD2A6"><enum>(E)</enum><text display-inline="yes-display-inline">an assessment of the implications for United States military or governmental interests related to denial of access, compromised intelligence activities, and network advantages of Chinese investments or projects in other countries.</text></subparagraph></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HE4083157648A468AAF671D3879B61E72"><enum>(B)</enum><text>by adding at the end the following:</text>

<quoted-block style="OLC" id="HFEF9D34E5320456D96FE4299DB24227A" display-inline="no-display-inline">

<paragraph id="HEFE44A3224B7428095F18DBDC9AFCC61"><enum>(29)</enum><text display-inline="yes-display-inline">Developments relating to the China Coast Guard, including an assessment ofâ€"</text>

<subparagraph id="H74522BD99B6F4FF79AEAC4F7927B6CCD"><enum>(A)</enum><text display-

inline="yes-display-inline">how the change in the Guardâ€™s command structure to report to Chinaâ€™s Central Military Commission affects the Guardâ€™s status as a law enforcement entity;</text></subparagraph>

<subparagraph id="HC11D5BC4E9574F6A978A280DE446AC77"><enum>(B)</enum><text display-inline="yes-display-inline">the implications of such command structure with respect to the use of the Guard as a coercive tool to conduct <quote>gray zone</quote> activities in the East China Sea and the South China Sea; and</text></subparagraph>

<subparagraph id="H3FE74B07B7DE42E3B3F9AE7FA469B55F"><enum>(C)</enum><text display-inline="yes-display-inline">how the change in such command structure may affect interactions between the Guard and the United States Navy.</text></subparagraph></paragraph>

<paragraph id="H85C69E6FC4D6433C89D7B63A673C78B4"><enum>(30)</enum><text display-inline="yes-display-inline">An assessment of the military-to-military relations between China and Russia, including an identification of mutual and competing interests.</text></paragraph>

<paragraph id="HC9CD1730D72A47D69F204B0D1A2A7A24" commented="no"><enum>(31)</enum><text>An assessment of Chinaâ€™s expansion of its surveillance state, includingâ€"</text>

<subparagraph id="HB8DF00821C98411F85543B1D08CCBA1A" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">any correlation of such expansion with its oppression of its citizens or its threat to United States national security interests around the world; and</text></subparagraph>

<subparagraph id="H18639F3D522C44DC95BBBD7DC4A8A8E5" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">an overview of the extent to which such surveillance corresponds to an overall respect, or lack thereof, for human rights in China, especially for religious and ethnic minorities.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H0608BC27E3C64301AB1574B3FD5F0F2B"><enum>(3)</enum><text>In subsection (c)â€"</text>

<subparagraph id="H73BC377988F14744B7D2EAD752ADE78D"><enum>(A)</enum><text>by striking <quote>and the</quote> each place it appears and inserting <quote>, the</quote>;</text></subparagraph>

<subparagraph id="H60C3B4DDF4B044079854E108683874CD"><enum>(B)</enum><text>in paragraph (1), by striking <quote>of the Senate.</quote> and inserting <quote>, and the Select Committee on Intelligence of the Senate.</quote>; and</text></subparagraph>

<subparagraph id="HA3F63E0737944ADCA9EEF9B2175B51F8"><enum>(C)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>Committee on International Relations of the House of Representatives.</quote> and inserting <quote>Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.</quote></text></subparagraph></paragraph></subsection>

<subsection id="H3A309421A3D142EE8D14B08F42D6C25F"><enum>(b)</enum><header>Additional defined term</header><text>Such section 1202, as so amended, is further amended by adding at the end the following:</text>

<quoted-block style="OLC" id="HDBBC9393E4AB446593A5BC1F106FB234" display-inline="no-display-inline">

<subsection id="H48C9D4AD434E4E74ACD5D21FF585D364"><enum>(d)</enum><header>State-owned or controlled digital or physical infrastructure project of China</header>

<paragraph id="HA4EE9800DBA8456EB110DCB41C87E487"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">For purposes of subsection (b)(26), the term <term>state-owned or controlled digital or physical infrastructure project of China</term> means a transportation, energy, or information technology infrastructure project that isâ€"</text>

<subparagraph id="H82276C6B17B44F2294C073FDA19A22CD"><enum>(A)</enum><text>owned, controlled, under the direct or indirect influence of, or subsidized byâ€"</text>

<clause id="H9913A44046D44E23B7045B4405352DDC"><enum>(i)</enum><text>the Government of

the Peopleâ€™s Republic of China, including any agency within such Government and any subdivision or other unit of government at any level of jurisdiction within China;</text></clause>

<clause id="HDA1272C2A3874474A93DAD3313EC499B"><enum>(ii)</enum><text>any agent or instrumentality of such Government, including such agencies or subdivisions; or</text></clause>

<clause id="HCCEDDBB7C44B41C5B3B82AEC2E5673C4"><enum>(iii)</enum><text>the Chinese Communist Party; or</text></clause></subparagraph>

<subparagraph id="HD1F4B262A3504FA491B2733981513528"><enum>(B)</enum><text display-inline="yes-display-inline">a project of any Chinese company operating in a sector identified as a strategic industry in the Chinese Governmentâ€™s <quote>Made in China 2025</quote> strategy to make China a <quote>manufacturing power</quote> as a core national interest.</text></subparagraph></paragraph>

<paragraph id="HBD044B9F53AE4F78952D32945A2FDBF0"><enum>(2)</enum><header>Owned; controlled</header><text display-inline="yes-display-inline">For purposes paragraph (1)(A), with respect to a projectâ€"</text>

<subparagraph id="H2360A6A3CF2C4D3B89152548868DA655"><enum>(A)</enum><text display-inline="yes-display-inline">the term <term>owned</term> means a majority or controlling interest, whether by value or voting interest, in that project, including through fiduciaries, agents, or other means; and</text></subparagraph>

<subparagraph id="HE1A91BEC3BBC4D98A6E698E89B16B674"><enum>(B)</enum><text>the term <term>controlled</term> means the power by any means to determine or influence, directly or indirectly, important matters affecting the project, regardless of the level of ownership and whether or not that power is exercised.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H9D1FA77F71BF4942BF2CCBCEA66992D0"><enum>1260A.</enum><header>Report on foreign military activities in Pacific Island countries</header>

<subsection id="H1CB31542831E471B86A28D0AA7D2AB3E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence, in coordination with the Director of the Defense Intelligence Agency and the Director of National Intelligence, shall submit to the congressional defense committees a report specifying and analyzingâ€"</text>

<paragraph id="H8B58471F791A4F42BA1D6D40D95A76AD"><enum>(1)</enum><text display-inline="yes-display-inline">strategic interests of foreign militaries in Pacific Island countries, known or emerging foreign partnerships or alliances with non-Pacific Island countries, and foreign military training, exercises, or operations in the region, excluding with countries who are members of the Southeast Asia Treaty Organization;</text></paragraph>

<paragraph id="H5AFAA4D6EAA8410A8F45AD74E521D727"><enum>(2)</enum><text>gaps in intelligence collection capabilities and activities that prevent or may prevent a comprehensive understanding of current intelligence assessments for Pacific Island countries; and</text></paragraph>

<paragraph id="HC8FF117E52F5482CA88B6D05D963B806"><enum>(3)</enum><text>plans to overcome any current intelligence collection deficiencies, including an analysis of both United States and allied and partner intelligence collection capabilities and activities.</text></paragraph></subsection>

<subsection id="HE43419618F3C4E98841121FD0D11539C"><enum>(b)</enum><header>Pacific Island country defined</header><text display-inline="yes-display-inline">In this section, the term <term>Pacific Island country</term> includes any of the following countries: The Republic of Fiji, the Republic Kiribati, the Marshall Islands, the Federated States of Micronesia, the Republic of Nauru, the Republic of Palau, the Independent State of Samoa, the Solomon Islands, the Kingdom of Tonga, Tuvalu, and the Republic of Vanuatu.</text></subsection></section>

<section id="H24AEEDE724AC45CFB3593A96BBB3C1C9" section-type="subsequent-section"><enum>1260B.</enum><header>Report on cybersecurity activities with Taiwan</header><text display-inline="no-display-inline">Not later than 180 days after

the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the following:</text>

<paragraph id="H886E202FFCFF41D98DDA93FE594EF0CE"><enum>(1)</enum><text>The feasibility of establishing a high-level, interagency United States-Taiwan working group for coordinating responses to emerging issues related to cybersecurity. </text></paragraph>

<paragraph id="H033A7041F25541069A13E2FE6EF712F5"><enum>(2)</enum><text>A discussion of the Department of Defenseâ€™s current and future plans to engage with Taiwan in cybersecurity activities. </text></paragraph>

<paragraph id="HA7579FC7887645C58C2F7076AD574184"><enum>(3)</enum><text>A discussion of obstacles encountered in forming, executing, or implementing agreements with Taiwan for cybersecurity activities. </text></paragraph>

<paragraph id="H8AA1CB21831B46CE9F9C60AE26E91AEE"><enum>(4)</enum><text>Any other matters the Secretary of Defense determines should be included.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H42E1FA6CDFBB4E86AD8E30DD72F9A2D7" section-type="subsequent-section"><enum>1260C.</enum><header display-inline="yes-display-inline">Review and report related to the Taiwan Relations Act</header>

<subsection commented="no" display-inline="no-display-inline" id="H24B16F04778044B0AF76E19C25EC1A1D"><enum>(a)</enum><header display-inline="yes-display-inline">Review</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Secretary of State, shall conduct a review ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H501F1B39B69C403DB5813A61DB0503A7"><enum>(1)</enum><text display-inline="yes-display-inline">whether, and the means by which, as applicable, the Government of the People's Republic of China or the Chinese Communist Party are affecting, including through military, economic, information, digital, diplomatic, or any other form of coercionâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H062CF0820E70483DACE1EC7F65D68398"><enum>(A)</enum><text display-inline="yes-display-inline">the security, or the social and economic system, of the people of Taiwan;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H498C9A7727DB43E1A747275E0E7510B8"><enum>(B)</enum><text display-inline="yes-display-inline">the military balance of power between the People's Republic of China and Taiwan; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB05BF24DE36F40029DE6449E21B6465F"><enum>(C)</enum><text display-inline="yes-display-inline">the expectation that the future of Taiwan will continue to be determined by peaceful means; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0A4B64724C024494804B6B78BA14F0C8"><enum>(2)</enum><text display-inline="yes-display-inline">the role of United States policy toward Taiwan with respect to the implementation of the 2017 National Security Strategy and the 2018 National Defense Strategy.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H306B56C29544404288CEB74E9AB89A10"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7674A32C25AF4B37806B3C9136A79474"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall provide to the appropriate committees of Congress a report on the review under subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1ACEE4E1D1204F7F9EF658634A8A5FDF"><enum>(2)</enum><header display-inline="yes-

display-inline">Matters to be included</header><text display-inline="yes-display-inline">The report under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H75D114F6E0B74C10A7A2CE0F8594A843"><enum>(A)</enum><text>The assessments resulting from the review.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H537BD8BB4F114146A3F0F35EDF7101F8"><enum>(B)</enum><text display-inline="yes-display-inline">Recommendations on legislative changes or Department of Defense or Department of State policy changes necessary to ensure that the United States continues to meets its obligations to Taiwan under the Taiwan Relations Act (22 U.S.C. 3301 et seq.).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE884C57FD4FA4233B3F67E8DF9E45D09"><enum>(C)</enum><text display-inline="yes-display-inline">Guidelines forâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H37E4B21D6D234D7DA5BA0AAEC48E0528"><enum>(i)</enum><text display-inline="yes-display-inline">new defense requirements, including requirements relating to information and digital space;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HCDA8A923A06548AAB02B2B2A425AAE92"><enum>(ii)</enum><text display-inline="yes-display-inline">exchanges between senior-level civilian and military officials of the United States and Taiwan; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2073F53D685A4C88B826512D16802236"><enum>(iii)</enum><text display-inline="yes-display-inline">the regular transfer of defense articles, especially defense articles that are mobile, survivable, and cost effective, to most effectively deter attacks and support the asymmetric defense strategy of Taiwan.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4432E08AF6264F5F92FFF25039FD89C2"><enum>(c)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H64CB811820B54583B2E006935A2550AA"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H809481D784DD440898E198867E3E9D3D"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="HED4332F7DD0F45319E6CB0D70726C691"><enum>1260D.</enum><header>Sense of Congress on enhancement of the United States-Taiwan defense relationship</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HD5C10D9B868D4CA5A5C28CE23EDD87CB"><enum>(1)</enum><text>Taiwan is a vital partner of the United States and is critical to a free and open Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1AA3281C83E94A369E2E01F9D779FB68"><enum>(2)</enum><text display-inline="yes-display-inline">the Taiwan Relations Act (22 U.S.C. 3301 et seq.) and the <quote>Six Assurances</quote> are both cornerstones of United States relations with Taiwan;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB0DE0267F8A14F0CBAFB873765B7F0A7"><enum>(3)</enum><text display-inline="yes-display-inline">the United States should continue to strengthen defense and security cooperation with Taiwan to support the development of capable, ready, and modern defense forces necessary for Taiwan to maintain a sufficient self-defense capability;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC5E375CA5E3143C9BF6C81253C14C84F"><enum>(4)</enum><text display-inline="yes-display-inline">consistent with the Taiwan Relations Act (22 U.S.C. 3301 et seq.), the United States should strongly support the acquisition by Taiwan of defense articles and services through foreign military sales, direct commercial sales, and industrial cooperation, with an emphasis on anti-ship, coastal defense, anti-armor, air defense, defensive naval mining, and resilient command and control capabilities that support the asymmetric defense strategy of Taiwan;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD3F139E2564449DDB9793CA14ECA9B76"><enum>(5)</enum><text display-inline="yes-display-inline">the President and Congress should determine the nature and quantity of such defense articles and services based solely upon their judgment of the needs of Taiwan, as required by the Taiwan Relations Act and in accordance with procedures established by law;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H560244C6F7894F4F9390BE1E2FF8D88B"><enum>(6)</enum><text display-inline="yes-display-inline">the United States should continue efforts to improve the predictability of United States arms sales to Taiwan by ensuring timely review of and response to requests of Taiwan for defense articles and services;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEA8F7EC764BA4E77B880D2C80C15728F"><enum>(7)</enum><text display-inline="yes-display-inline">the Secretary of Defense should promote policies concerning exchanges that enhance the security of Taiwan, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H053069DCE5A844EFB2B01CA22A747542"><enum>(A)</enum><text display-inline="yes-display-inline">opportunities with Taiwan for practical training and military exercises thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HE302AF8E82A44CA08B8D1EB006669D99"><enum>(i)</enum><text display-inline="yes-display-inline">enable Taiwan to maintain a sufficient self-defense capability, as described in section 3(a) of the Taiwan Relations Act (22 U.S.C. 3302(a)); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF7E9255B8C554092AD8A09EF9E113649"><enum>(ii)</enum><text display-inline="yes-display-inline">emphasize capabilities consistent with the asymmetric defense strategy of Taiwan;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9EFF7DBF70104C90BFCDCB8BE8D38469"><enum>(B)</enum><text display-inline="yes-display-inline">exchanges between senior defense officials and general officers of the United States and Taiwan, consistent with the Taiwan Travel Act (Public Law 115â€"135), especially for the purpose of enhancing cooperation on defense planning and improving the interoperability of United States and Taiwan forces; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H46A994939A7141C0BCFCBD2E8F33C1E5"><enum>(C)</enum><text display-inline="yes-display-inline">opportunities for exchanges between junior officers and senior enlisted personnel of the United States and Taiwan;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H92DB7C966B4143198C19B3CC530A7E04"><enum>(8)</enum><text display-inline="yes-display-inline">the United States and Taiwan should expand cooperation in humanitarian assistance and disaster relief;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5FB6EA3BDB384A8FB939B3B92B86B241"><enum>(9)</enum><text display-inline="yes-display-inline">the Secretary of Defense should consider options, including exercises and ship visits, as appropriate, to expand the scale and scope of humanitarian assistance and disaster response cooperation with Taiwan and other regional partners so as to improve disaster response planning and preparedness; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9894920B67044A01A134BA188470DEEA"><enum>(10)</enum><text display-inline="yes-display-inline">the Secretary of Defense should continue regular transits of United

States Navy vessels through the Taiwan Strait, commend the armed forces of France for their April 6, 2019, legal transit of the Taiwan Strait, and encourage allies and partners to follow suit in conducting such transits, in order to demonstrate the commitment of the United States and its allies and partners to fly, sail, and operate anywhere international law allows.</text></paragraph></section>

<section id="H38BD1D57D08F4BE99C8CF306F069D2EE"><enum>1260E.</enum><header>Chinese foreign direct investment in countries of the Arctic region</header>

<subsection id="H266A8B6D0B9C49C3AC42AFD55AD6147F"><enum>(a)</enum><header>Independent study</header>

<paragraph id="HD43413F855A9440CB7A64271F15DE66E"><enum>(1)</enum><header>In general</header><text>Not later than 45 days after the date of enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally-funded research and development center described in paragraph (2) to complete an independent study of Chinese foreign direct investment in countries of the Arctic region, with a focus on the effects of such foreign direct investment on United States national security and near-peer competition in the Arctic region.</text></paragraph>

<paragraph id="HD88A9B25CA9C4EED8DD9516E1F6B5672"><enum>(2)</enum><header>Federally-funded research and development center described</header><text display-inline="yes-display-inline">A federally-funded research and development center described in this paragraph is a federally-funded research and development center thatâ€"</text>

<subparagraph id="H8F1CA31ACEC44717A063359705592C82"><enum>(A)</enum><text>has access to relevant data and demonstrated data-sets regarding foreign direct investment in the Arctic region; and</text></subparagraph>

<subparagraph id="HCC75B27CB3C04EA6AB77ED00C40245AD"><enum>(B)</enum><text>has access to policy experts throughout the United States and the Arctic region.</text></subparagraph></paragraph></subsection>

<subsection id="HB48AFB992FA04F5F9E5C57330BF02B1F"><enum>(b)</enum><header>Elements</header><text>The study required by subsection (a) shall include the following:</text>

<paragraph id="H2A01732254D7454880EF593AA2CC84E7"><enum>(1)</enum><text display-inline="yes-display-inline">Projects in the Arctic that are directly or indirectly funded by public and private Chinese entities, toâ€"</text>

<subparagraph id="H7DD8F9F49A314E03900B34E70A432B17"><enum>(A)</enum><text>build public infrastructure;</text></subparagraph>

<subparagraph id="H367D30926C0046F8A8F286428B802F46"><enum>(B)</enum><text>finance infrastructure;</text></subparagraph>

<subparagraph id="H3B84EFA5CED147878CBEE4074FB20249"><enum>(C)</enum><text>lease mineral and oil and gas leases;</text></subparagraph>

<subparagraph id="HE490F7CECA0540DF9C20C390ABC3410C"><enum>(D)</enum><text>purchase real estate;</text></subparagraph>

<subparagraph id="HCE37DA5F40E140CC8BCE79120C128790"><enum>(E)</enum><text>extract or process, including smelting, minerals and oil and gas;</text></subparagraph>

<subparagraph id="H23D9EC872A0E42FF988C531D918E3083"><enum>(F)</enum><text>engage in shipping or to own and operate or construct shipping infrastructure, including ship construction;</text></subparagraph>

<subparagraph id="H2597AB9339E644F1940BEB57A844CCC0"><enum>(G)</enum><text>lay undersea cables; and</text></subparagraph>

<subparagraph id="H149E7DE0845B4D0E8231A9781A8865CC"><enum>(H)</enum><text>manufacture, own or operate telecommunications capabilities and infrastructure.</text></subparagraph></paragraph>

<paragraph id="H2DC8375DD942453EA7ECC5AFF672BD7A"><enum>(2)</enum><text display-inline="yes-display-inline">An analysis of the legal environment in which Chinese foreign direct investment are occurring in the United States, Russia, Canada, Greenland, Norway, and Iceland. The analysis should includeâ€"</text>

<subparagraph id="H6D91EED493734A0BB56E72598AC6C1E1"><enum>(A)</enum><text>an assessment of the efficacy of mechanisms for screening foreign direct investment in the United States, Russia, Canada, Greenland, Norway, and Iceland;</text></subparagraph>

<subparagraph id="H47C1B75390594456B347354D79653EDC"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the degree to which there is transparency in Chinese foreign direct investment in countries of the Arctic region;</text></subparagraph>

<subparagraph id="H60A2358A45914D1EA920140CF0BBEAAD"><enum>(C)</enum><text display-inline="yes-display-inline">an assessment of the criteria used to assess potential Chinese foreign direct investment in countries of the Arctic region;</text></subparagraph>

<subparagraph id="HC9DA627457864014935159FA5C642838"><enum>(D)</enum><text display-inline="yes-display-inline">an assessment of the efficacy of methods for monitoring approved Chinese foreign direct investment in countries of the Arctic region; and</text></subparagraph>

<subparagraph id="H87145901048A4D068542F13B4B911BE4"><enum>(E)</enum><text display-inline="yes-display-inline">an assessment of public reporting of the decision to approve such Chinese foreign direct investment.</text></subparagraph></paragraph>

<paragraph id="H0868A76057544B279780ED0BBDCD48CA"><enum>(3)</enum><text display-inline="yes-display-inline">A comparison of Chinese foreign direct investment in countries of the Arctic region to other countries with major investments in such countries, including India, Japan, South Korea, the Netherlands, and France.</text></paragraph>

<paragraph id="HAE25E03101C7482DBD686F78E707F873"><enum>(4)</enum><text>An assessment of the environmental impact of past Chinese investments in oil and gas, mineral, and infrastructure projects in the Arctic region, including the degree to which Chinese investors are required to comply with local environmental laws and post bonds to assure remediation if a project becomes bankrupt.</text></paragraph>

<paragraph id="H4386CAFEBE724E75BBF63816FA96AFD1"><enum>(5)</enum><text>A review of the 2018 Chinese Arctic Policy and other relevant public and nonpublic Chinese policy documents to determine the following:</text>

<subparagraph id="H3D95C433F9534155B8CF232435D61513"><enum>(A)</enum><text>Chinaâ€™s strategic objectives in the Arctic region from a military, economic, territorial, and political perspective.</text></subparagraph>

<subparagraph id="HFD9F13C0B899415DBABFE4A24E1067DA"><enum>(B)</enum><text>Chinaâ€™s goals in the Arctic region with respect to its relations with the United States and Russia, including the degree to which activities of China in the region are an extension of Chinaâ€™s strategic competition with the United States.</text></subparagraph>

<subparagraph id="HEA3D12CC48B548CD8325B32B92D55226"><enum>(C)</enum><text>Whether any active or planned infrastructure investments are likely to result in a regular presence of Chinese military vessels or the establishment of military bases in the Arctic region.</text></subparagraph>

<subparagraph id="HC8D34C21963F48BDBBCE02D212AAF903"><enum>(D)</enum><text>The extent to which Chinese research activities in the Arctic region are a front for economic activities, including illegal economic espionage, intelligence gathering, and support for future Chinese military activities in the region.</text></subparagraph>

<subparagraph id="H08DA34226F214630A007C40A1614E3DD"><enum>(E)</enum><text>The degree to which Arctic littoral states are susceptible to the political and economic risks of unregulated foreign direct investment.</text></subparagraph>

<subparagraph id="HD39674252BF347A191F6BA50A89FB9BA"><enum>(F)</enum><text display-inline="yes-display-inline">The vulnerability of semi-autonomous regions, such as tribal lands, to Chinese foreign direct investment, including the influence of legal controls and political or economic manipulation with respect to such vulnerability.</text></subparagraph>

<subparagraph id="HF733C05F3A254B00A7C83BEAD773E9E3"><enum>(G)</enum><text>The implications of Chinaâ€™s Arctic development and participation model with respect to

forecasting Chinaâ€™s military, economy, territorial, and political activities.</text></subparagraph></paragraph>

<paragraph id="HFA100CF6AF6E4C25ABFC4A1E6E79547E"><enum>(6)</enum><text>Policy and legislative recommendations to enhance the position of the United States in affairs of the Arctic region, includingâ€"</text>

<subparagraph id="HC43D81DE9DAF467D893FC9671B1200CE"><enum>(A)</enum><text>recommendations for how the United States would best interact with nongovernmental organizations such as the World Bank, Arctic Council, United Nations General Assembly, and International Maritime Organization;</text></subparagraph>

<subparagraph id="HACA43F45462F46E0A8DBB5082F49404A"><enum>(B)</enum><text>recommendations to pursue or not pursue the formation of an Arctic Development Bank and, if pursued, how to organize, fund, and operate the bank;</text></subparagraph>

<subparagraph id="HB022919F9B644DC9B5F4E026BEA9F536"><enum>(C)</enum><text display-inline="yes-display-inline">measures the United States can take to promote regional governance and eliminate the soft-power influence from Chinese foreign direct investment, in particular, steps where the United States and Russia should cooperate; and</text></subparagraph>

<subparagraph id="H7C9E9DE0329C4C25BC8E31168ED029ED"><enum>(D)</enum><text>the possibility of negotiating a regional arrangement to regulate foreign direct investment in countries of the Arctic region.</text></subparagraph></paragraph></subsection>

<subsection id="H73FC88A4A52047BBB50124DA2929E700"><enum>(c)</enum><header>Report to Department of Defense</header><text>Not later than 720 days after the date of the enactment of this Act, the federally-funded research and development center with respect to which the Secretary of Defense has entered into a contract under subsection (a) shall submit to the Secretary a report containing the study under subsections (a) and (b).</text></subsection>

<subsection id="H87B450DC608A4B2BA0B54F7754D4FDA4"><enum>(d)</enum><header>Report to Congress</header><text>Not later than 750 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees the report under subsection (c), without change.</text></subsection>

<subsection id="H3A13574778A144B3A8531B349A52FED2" commented="no"><enum>(e)</enum><header>Appropriate congressional committee defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€" </text>

<paragraph id="HB97E2026D51C4904804D17C02936AB11" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">the congressional defense committees;</text></paragraph>

<paragraph id="H817514094A3B43DF99AF5D5C5544C703" commented="no"><enum>(2)</enum><text>the Committee on Foreign Relations and the Committee on Commerce, Science, and Transportation of the Senate; and</text></paragraph>

<paragraph id="H78388EAB59974525B746BA722C2BD765"><enum>(3)</enum><text>the Committee on Foreign Affairs and the Committee on Transportation and Infrastructure of the House of Representatives.</text></paragraph></subsection></section>

<section id="H8D4EAC69332E4B28A5E60B66F46CB3CE"><enum>1260F.</enum><header>Sense of Congress on policy toward Hong Kong</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1DB58FEF54714CDCA6F7457AF49DF01D"><enum>(1)</enum><text>Congress stands unequivocally with the people of Hong Kong as they defend their rights and freedoms and preserve their autonomy against the Peopleâ€™s Republic of China;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF8AD34F9B87B468AA45E04792727B01A"><enum>(2)</enum><text>the Government of the Peopleâ€™s Republic of China shouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H42CF47D969144EBABCC28AF3143B0298"><enum>(A)</enum><text>abide fully by its commitments in the Sino-British Joint Declaration of 1984 to allow the people of Hong Kong a high degree of autonomy to govern Hong Kong;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H96C6D7E0BACE4F0186A6B12B9BA161D1"><enum>(B)</enum><text>adhere fully to Hong Kongâ€™s Basic Law of 1997; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H40E0C668A7F74E24A4F2BC73F38A2660"><enum>(C)</enum><text>immediately cease and desist in its interference in the political and legal affairs of Hong Kong;</text></subparagraph></paragraph>

<paragraph id="HB39FF1C937D4442082448B65FC76CD54"><enum>(3)</enum><text>the decision of authorities of the Hong Kong Special Autonomous Region in September 2019 to fully withdraw the proposed amendments to the Fugitive Offenders Ordinance of Hong Kong is a necessary first step and should be followed by efforts to resolve the remaining demands raised by protestors who represent a broad cross-section of Hong Kong, which are that authoritiesâ€"</text>

<subparagraph id="HC60AAE5449BE4381B9FDFEFC656C1A89"><enum>(A)</enum><text>drop all charges against individuals who have been arrested for participating in political protests;</text></subparagraph>

<subparagraph id="H44F02FD38EFF4ECF80D27001EC253CA8"><enum>(B)</enum><text>retract the proclamation that the protests were riots;</text></subparagraph>

<subparagraph id="H9B13C943847F4126AD74AF1C6DEB58FB"><enum>(C)</enum><text>establish a thorough and independent investigation into police brutality; and</text></subparagraph>

<subparagraph id="H85336EEAB0574513BBE645F02E76D72D"><enum>(D)</enum><text>implement genuine universal suffrage for the election of the Chief Executive and all Legislative Council members of Hong Kong;</text></subparagraph></paragraph>

<paragraph id="H4B17DBDB7D50463C87FFFF3AFC51C39E"><enum>(4)</enum><text>the United States shouldâ€"</text>

<subparagraph id="H643E486124B64CA7A244DB472FA76F37"><enum>(A)</enum><text>work with like-minded countries to stand with the people of Hong Kong;</text></subparagraph>

<subparagraph id="HD17A513BA50A49B89495D900BD6AC18E"><enum>(B)</enum><text>encourage more responsible behavior by the Peopleâ€™s Republic of China; and</text></subparagraph>

<subparagraph id="HA2013B33DE7C4736AE8C16C41BC21BE0"><enum>(C)</enum><text>impose consequences in the event that the authorities of the People's Republic of China and Hong Kong continue to violate fundamental agreements regarding the autonomy of Hong Kong;</text></subparagraph></paragraph>

<paragraph id="H71BD59F167954BE68D2DBA366A97DD85"><enum>(5)</enum><text>the Peopleâ€™s Republic of China should refrain from use of any organization within the military, paramilitary, or law enforcement apparatus of the People's Republic of China to engage in violent suppression in Hong Kong;</text></paragraph>

<paragraph id="HEC90C57BED624C6D9D14746123E3BEC9"><enum>(6)</enum><text>in the event of use of force by the Government of the Peopleâ€™s Republic of China against protestors in Hong Kong, Congress will recommend swift action by the United States, includingâ€"</text>

<subparagraph id="H3805ADE965864D9791DB720B4D01BA83"><enum>(A)</enum><text>a fundamental reevaluation of the special treatment of Hong Kong under the Hong Kong Policy Act of 1992 (Public Law 102â€"383; 106 Stat. 1448) and other United States law, particularly in areas of law in which the Peopleâ€™s Republic of China is exploiting Hong Kong to the detriment of United States interests and values; and</text></subparagraph>

<subparagraph id="H552516BC362D43848D7CE9E3BFDE05A2"><enum>(B)</enum><text>coordinated actions with like-minded countries to impose meaningful costs on the Peopleâ€™s Republic of China, including the imposition of sanctions, travel restrictions, and other actions against responsible senior officials in the Chinese Communist Party, the

Peopleâ€™s Liberation Army, and the Peopleâ€™s Armed Police; and</text></subparagraph></paragraph>

<paragraph id="HBB4744D62C0D41ADB388DE36F10B7F36"><enum>(7)</enum><text>if at any point the Government of Hong Kong implements legislation that affects, directly or indirectly, the interests of the United States with respect to an agreement the United States maintains with Hong Kong, including a future reconsideration of amendments to the Fugitive Offenders Ordinance of Hong Kong, the United States should conduct a full review of all relevant agreements between the United States and Hong Kong and make necessary adjustments to those agreements to safeguard United States interests.</text></paragraph></section>

<section id="H3328EECFB0DE4FC7BBA245C328AC5EE3"><enum>1260G.</enum><header>Sense of Congress on enhancing defense and security cooperation with the Republic of Singapore</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC697525B99864DFE8CD0CDDE855A8634"><enum>(1)</enum><text display-inline="yes-display-inline">the United States and the Republic of Singapore have built a strong, enduring, and forward-looking strategic partnership based on long-standing and mutually beneficial cooperation, including through security, defense, economic, and people-to-people ties;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8EE17A11A0BA4FD98099A98A68E5FEE0"><enum>(2)</enum><text display-inline="yes-display-inline">robust security cooperation between the United States and the Republic of Singapore is crucial to promoting peace and stability in the Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H618263BF6E7241CE9C6E11AC369C1051"><enum>(3)</enum><text display-inline="yes-display-inline">the status of the Republic of Singapore as a major security cooperation partner of the United States, as recognized in the 2005 Strategic Framework Agreement between the United States and the Republic of Singapore for a Closer Partnership in Defense and Security, plays an important role in the global network of strategic partnerships, especially in promoting maritime security and countering terrorism;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA05A4FBCD2FC4B57B83B1C9540DE3C1E"><enum>(4)</enum><text display-inline="yes-display-inline">the United States values the Republic of Singapore's provision of access to its military facilities, which supports the continued security presence of the United States in Southeast Asia and across the Indo-Pacific region;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H113AD10D3397461E91B4BDAF5C4B2966"><enum>(5)</enum><text display-inline="yes-display-inline">the United States should continue to welcome the presence of the military forces of the Republic of Singapore in the United States for exercises and training, and should consider opportunities to expand such activities at additional locations in the United States, as appropriate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC39BE9043A22475BBC9443C61F80AB60"><enum>(6)</enum><text display-inline="yes-display-inline">as the United States and the Republic of Singapore have renewed the 1990 Memorandum of Understanding Regarding the United States Use of Facilities in Singapore, the United States shouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0B4637F91C4A4022B6182DC146C0A199"><enum>(A)</enum><text display-inline="yes-display-inline">continue to enhance defense and security cooperation with the Republic of Singapore to promote peace and stability in the Indo-Pacific region based on common interests and shared values;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H537228F27DAC4173B627A05D7C1F74E4"><enum>(B)</enum><text display-inline="yes-display-inline">reinforce the status of the Republic of Singapore as a major security cooperation partner of the United States; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE6EE2716249042B19820516C39B9F565"><enum>(C)</enum><text display-inline="yes-display-inline">explore additional steps to better facilitate interoperability between the United States Armed Forces and the military forces of the Republic of Singapore to promote peace and stability in the Indo-Pacific region.</text></subparagraph></paragraph></section>

<section id="HADA00BAFFD064BF5A7239C8767252206"><enum>1260H.</enum><header>Authority to transfer funds for Bien Hoa dioxin cleanup</header>

<subsection id="H6949488A520946A68747C3E2F9D59FE3"><enum>(a)</enum><header>Transfer authority</header><text>Notwithstanding section 2215 of title 10, United States Code, the Secretary of Defense may transfer to the Secretary of State, for use by the United States Agency for International Development, amounts to be used for the Bien Hoa dioxin cleanup in Vietnam.</text></subsection>

<subsection id="HD4678AB844A541A6AA311110181EA792"><enum>(b)</enum><header>Limitation on amount</header><text>Not more than $15,000,000 may be transferred in fiscal year 2020 under the transfer authority in subsection (a).</text></subsection>

<subsection id="H66219EA8328C480784EB691BE7E114FA"><enum>(c)</enum><header>Additional transfer authority</header><text>The transfer authority in subsection (a) is in addition to any other transfer authority available to the Department of Defense.</text></subsection>

<subsection id="H50BB8BCAA6E648DDB6E0932495A20DA8"><enum>(d)</enum><header>Notice on exercise of authority</header><text>If the Secretary of Defense determines to use the transfer authority in subsection (a), the Secretary shall notify the congressional defense committees of that determination not later than 30 days before the Secretary uses the transfer authority.</text></subsection></section>

<section id="H3EE69AFADD4944D6BADAFDBF0F1BD428"><enum>1260I.</enum><header>Limitation on removal of Huawei Technologies Co. Ltd. from entity list of Bureau of Industry and Security</header>

<subsection id="H7DAF76BBBB4F456C9F6F0F47DDD9039A"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Commerce may not remove Huawei Technologies Co. Ltd. or any of its affiliates (in this section collectively referred to as <quote>Huawei</quote>) from the entity list unless and until the Secretary certifies to the appropriate congressional committees thatâ€"</text>

<paragraph id="HA8A43A9E9F9B4AE7BFB909B8B67FD7C9"><enum>(1)</enum><text display-inline="yes-display-inline">Huawei has sufficiently resolved or settled the charges that were the basis for the addition of Huawei to the entity list in a manner that is consistent with the standards for the removal of an entity from the entity list under the Export Administration Regulations;</text></paragraph>

<paragraph id="H0ADE26FCA44C40938718F307119C445D"><enum>(2)</enum><text>Huawei has sufficiently resolved or settled any other charges that Huawei violated sanctions imposed by the United States;</text></paragraph>

<paragraph id="H6F385BF5D42D4F73AFC280AD4D4F94A4"><enum>(3)</enum><text>regulations have been implemented that sufficiently restrict exporting to, and importing from, the United States items that would pose a national security threat to telecommunications systems in the United States; and</text></paragraph>

<paragraph id="H22725A138E454C35974C4D2EA5ED3D4C"><enum>(4)</enum><text>the Department of Commerce has mitigated, to the maximum extent possible, other threats to the national security of the United States posed by Huawei.</text></paragraph></subsection>

<subsection id="H0A2E668ECB4E4F5D83CC611AFF07493F"><enum>(b)</enum><header>Report</header>

<paragraph id="H52DD7AB3FF9E48F780C236B54CC48065"><enum>(1)</enum><header>In general</header><text>Not later than 60 days after the date of the enactment of this Act, and annually thereafter, the Secretary of Commerce shall submit to the appropriate congressional committees a report on licenses issued for exports to Huawei. </text></paragraph>

<paragraph id="H4E92E2FDF2B64FF1A612B48FC19664C7"><enum>(2)</enum><header>Matters to be

included</header><text>For each such license, the report required by paragraph (1) shall describeâ€"</text>

<subparagraph id="H3ECECBAC35074A1294627FE837641029"><enum>(A)</enum><text>the items authorized for export; </text></subparagraph>

<subparagraph id="HABDF551DB0EC410DA90449075B6E0198"><enum>(B)</enum><text>the end-uses of the items; </text></subparagraph>

<subparagraph id="H1E03680B6ECF4B83BF1305E21F4D34D1"><enum>(C)</enum><text>the identities of the companies granted the license; and </text></subparagraph>

<subparagraph id="HD950782E513F42E4970722E63B9EF804"><enum>(D)</enum><text>how the approval of the license is consistent with the national security licensing policy set forth in the Export Administration Regulations.</text></subparagraph></paragraph>

<paragraph id="HE3D1B447DE9F424F9611B7B4B0C3ECB6"><enum>(3)</enum><header>Disclosure by appropriate congressional committees</header><text display-inline="yes-display-inline">Subclause (ii) of section 1761(h)(2)(B) of the Export Control Reform Act of 2018 (50 U.S.C. 4820(h)(2)(B)) shall apply with respect to information in a report received by the appropriate congressional committees under paragraph (1) to the same extent and in the same manner as such subclause (ii) applies with respect to information made available under subclause (i) of such section 1761(h)(2)(B).</text></paragraph></subsection>

<subsection id="H67807ACE6D1F40E49FA1A2DE32C34F3A"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H3F4817327EF24C8BBB3773DB1136806A"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="H4EEDC4C8A5854D2F97075C9FA9092B7E"><enum>(A)</enum><text>the Committee on Banking, Housing, and Urban Affairs and the Select Committee on Intelligence of the Senate; and</text></subparagraph>

<subparagraph id="HABFC9B8AB2244C6BB36316EC3DD80BD1"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HD1229CC260EF436A9F916FB985CC6DB5"><enum>(2)</enum><header>Entity list</header><text display-inline="yes-display-inline">The term <quote>entity list</quote> means the list maintained by the Bureau of Industry and Security and set forth in Supplement No. 4 to part 744 of title 15, Code of Federal Regulations.</text></paragraph>

<paragraph id="H7ADD55CE6BDA4DD993A44E453A5669DB"><enum>(3)</enum><header>Export Administration Regulations</header><text display-inline="yes-display-inline">The term <quote>Export Administration Regulations</quote> means subchapter C of chapter VII of title 15, Code of Federal Regulations.</text></paragraph></subsection></section>

<section id="H0BA4CE78D51549F8BC391CA058752326"><enum>1260J.</enum><header>Report on ZTE compliance with Superseding Settlement Agreement and Superseding Order</header>

<subsection id="H4F7779E80CA74BAFB1088304F4CB05B9"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter, the President shall submit to Congress a report on the compliance of Zhongxing Telecommunications Equipment Corporation (ZTE Corporation) and ZTE Kangxun Telecommunications Ltd. (ZTE Kangxun) (collectively, <quote>ZTE</quote>) with the Superseding Settlement Agreement and Superseding Order reached with the Department of Commerce on June 8, 2018.</text></subsection>

<subsection id="H4CA92CBA6BC249BDBFAB4667D51958A6"><enum>(b)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form and publicly accessible, but may include a classified annex.</text></subsection></section>

<section id="HD24DC36CBC0046BD9E5487B7D391D095"><enum>1260K.</enum><header>Report on

the lay-down of United States Marines in the Indo-Pacific Region</header>

<subsection id="HC74E30A7CDE048A4AC3A2A0DEFA2DC1C"><enum>(a)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the implementation of the planned distributed lay-down of members of the United States Marine Corps in Okinawa, Guam, Hawaii, Australia, and other locations.</text></subsection>

<subsection id="HE903CC046183473088E12ECAEDEB80C0"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="HE8E61AB199BD4680A5AD58A252F3F3E5"><enum>(1)</enum><text>A description of the relationship between the planned distributed lay-down in the Indo-Pacific region and the implementation of the National Defense Strategy with respect to such region.</text></paragraph>

<paragraph id="H8447C6977F114DF2894EC5CAFEE0CE89"><enum>(2)</enum><text>An assessment of the impact of the planned distributed lay-down on the ability of the Armed Forces to respond to current and future contingencies in the area of responsibility of United States Indo-Pacific Command that reflects contingency plans of the Department of Defense.</text></paragraph>

<paragraph id="HB323C5DB9C0144DBA7BA1A8AC474A827"><enum>(3)</enum><text>A description ofâ€"</text>

<subparagraph id="H0C2165A44B204742B1858CDD2C1E8C8C"><enum>(A)</enum><text>the implementation timeline for the planned distributed lay-down; and </text></subparagraph>

<subparagraph id="H5D30BDC1658E4AEEB80F1A76A22FE935"><enum>(B)</enum><text>progress made on the planned distributed lay-down, as compared with such timeline.</text></subparagraph></paragraph>

<paragraph id="H3BB6DF570DBD46C19385C67A76FFE1EF"><enum>(4)</enum><text>A description of the adequacy of current and expected training resources at each location associated with the planned distributed lay-down, includingâ€"</text>

<subparagraph id="H1FC587166C914B3CB5849AEFC39043CF"><enum>(A)</enum><text>the ability to train against the full spectrum of threats from near-peer or peer threats; and </text></subparagraph>

<subparagraph id="HBF29C997403E4662887D3B1A7EE568C6"><enum>(B)</enum><text>any projected limitation due to political, environmental, or other limiting factors.</text></subparagraph></paragraph>

<paragraph id="H511C8675EDB44543BB5B864AF904BF53"><enum>(5)</enum><text>A description of sustainment concepts to support the planned distributed lay-down, including an assessment of the manner in which the planned distributed lay-down will impact logistics and sustainment requirements in support of contingency plans of the Department of Defense.</text></paragraph>

<paragraph id="H47346C027AAF42879F80211264409776"><enum>(6)</enum><text>An updated and detailed description of any military construction projects required to execute the distributed lay-down.</text></paragraph>

<paragraph id="H3C6A0708A00F4C31878962EA8209E502"><enum>(7)</enum><text>A description of any recommended revision to the current implementation plan, including any recommended new investment associated with any such revision relating to basing, access, and prepositioning in the Indo-Pacific region.</text></paragraph></subsection></section></subtitle>

<subtitle id="H7C083C570A7A4E81B9C12952D5222CB7"><enum>G</enum><header>Other matters</header>

<section id="HEC10CB22C99E456CAA6786B97E319A5C" section-type="subsequent-section"><enum>1261.</enum><header>Modification to report on legal and policy frameworks for the use of military force</header><text display-inline="no-display-inline">Section 1264 of the National Defense Authorization Act for Fiscal Year 2018

(Public Law 115â€"91; 131 Stat. 1689) is amendedâ€"</text>

<paragraph id="HED8157B5D3814B50B1A52968095C45B2"><enum>(1)</enum><text>in the heading for subsection (a), by striking <quote>Initial</quote> and inserting <quote>Annual</quote>;</text></paragraph>

<paragraph id="H1083BA8AA4D540EB95EBD68828F77668"><enum>(2)</enum><text>in subsection (a)(1), by striking <quote>90 days after the date of the enactment of this Act</quote> and inserting <quote>March 1 of each year</quote>;</text></paragraph>

<paragraph id="HCCE52B1E1CE240838E8A46F376EECC00"><enum>(3)</enum><text display-inline="yes-display-inline">in subsection (a)(2), by striking <quote>during the period</quote> and all that follows to the end and inserting:</text>

<quoted-block style="OLC" id="H5088BDB341924213A8EFBFF099458BB9" display-inline="yes-display-inline"><text display-inline="yes-display-inline">from the preceding year, includingâ€"</text>

<subparagraph id="H9EAE9213FEA34D349E9C430A2179D1A7"><enum>(A)</enum><text display-inline="yes-display-inline">a list of all foreign forces, irregular forces, groups, or individuals for which a determination has been made that force could legally be used under the Authorization for Use of Military Force (Public Law 107â€"40), includingâ€"</text>

<clause id="H4AAB4F2F93EF4A718F9C270DBA91DE39"><enum>(i)</enum><text>the legal and factual basis for such determination; and</text></clause>

<clause id="HAB40226929544667930731D99A8BDFFE"><enum>(ii)</enum><text>a description of whether force has been used against each such foreign force, irregular force, group, or individual; and</text></clause></subparagraph>

<subparagraph id="HE402ED5104D1466BBF6EBBB893A78EEA"><enum>(B)</enum><text>the criteria and any changes to the criteria for designating a foreign force, irregular force, group, or individual as lawfully targetable, as a high value target, and as formally or functionally a member of a group covered under the Authorization for Use of Military Force.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HAE2D215BF0A14D4BBD205FC92E129F1B"><enum>(4)</enum><text>in subsection (c), by adding at the end the following: <quote>The unclassified portion of each report shall, at a minimum, include each change made to the legal and policy frameworks during the preceding year and the legal, factual, and policy justifications for such changes, and shall be made available to the public at the same time it is submitted to the appropriate congressional committees.</quote>.</text></paragraph></section>

<section id="HA8666BE0504E4DA6AB92C819978A3633" section-type="subsequent-section"><enum>1262.</enum><header>Independent review of sufficiency of resources available to United States Southern Command and United States Africa Command</header>

<subsection id="H8F7DE519BFCF43619F5A1B5F119C6C1D"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into a contract with a not-for-profit entity or federally funded research and development center independent of the Department of Defense to conduct a review of the sufficiency of resources available to United States Southern Command and United States Africa Command to carry out their respective missions in support of United States national security objectives.</text></subsection>

<subsection id="H10DF5B6D92454FCE84B7E35204247D39"><enum>(b)</enum><header>Matters to be included</header><text>The review described in subsection (a) shall includeâ€"</text>

<paragraph id="HAB2CCB6ABFA449DCAE415020AA65FCA6"><enum>(1)</enum><text>a review of current and emerging United States national security interests in the United States Southern Command and United States Africa Command areas of responsibilities;</text></paragraph>

<paragraph id="HAAF5FD7E71974C639ABCC35F2A748460"><enum>(2)</enum><text>a review of the National Defense Strategy and its implications for United States presence and activities in the United States Southern Command and United States Africa Command areas of responsibilities;</text></paragraph>

<paragraph id="H7AA6065B56DE46A6AB907892D944D118"><enum>(3)</enum><text>a comparative analysis of the National Defense Strategy and the Theater Campaign Plans of United States Southern Command and United States Africa Command, which shall include a description of differences, if any, between the guidance and objectives outlined in the National Defense Strategy and those of the respective Theater Campaign Plans;</text></paragraph>

<paragraph id="H82901CD272A4445DA0A45B869DD35222"><enum>(4)</enum><text display-inline="yes-display-inline">a review of the sufficiency of the resources available to United States Southern Command and United States Africa Command, including personnel, human resources, and financial resources as well as other non-Department of Defense resources available to United States Southern Command and United States Africa Command, in promoting United States national security interests;</text></paragraph>

<paragraph id="HDBEE9A55A71842979EDFED4AF834AF93"><enum>(5)</enum><text>an assessment of the level of regional expertise and experience of the leadership of each such combatant command and their subordinate organizations, service components, and task forces, to include personnel from agencies other than the Department of Defense;</text></paragraph>

<paragraph id="H68FED82EC3D547D3859B692E1EF17990"><enum>(6)</enum><text>a description of the strategic objectives and end states in the geographic region for which each such combatant command has responsibility and a comparison of the importance and priority of the resources available to each such combatant command to perform its mission; and</text></paragraph>

<paragraph id="HB63799BF363C44A691F686E1D4E2A1D1"><enum>(7)</enum><text display-inline="yes-display-inline">an assessment of the ability of each such combatant command to carry out their respective missions based on available resources, including non-Department of Defense resources.</text></paragraph></subsection>

<subsection id="HE966FA7DC3544DD2AC6839B1F12627BA"><enum>(c)</enum><header>Access to information</header><text>The not-for-profit entity or federally funded research and development center with which the Secretary enters into the contract under subsection (a) shall have full and direct access to all information related to resources available to United States Southern Command and United States Africa Command.</text></subsection>

<subsection id="H69D4EC5817E542D5929DDA89FE7330AD"><enum>(d)</enum><header>Report</header>

<paragraph id="H23CC860F2B674EA79EF4318FF355380E"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall require, as a term of the contract entered into under subsection (a), that not later than 240 days after the date of the enactment of this Act, the not-for-profit entity or federally funded research and development center with which the Secretary of Defense enters into the contract under subsection (a) shall submit to the Secretary of Defense, the Secretary of State, and the Administrator of the United States Agency for International Development a report that contains the assessment required by subsection (a).</text></paragraph>

<paragraph id="HCE16847F41554F92ABAD9EB3F8CA767C"><enum>(2)</enum><header>Submission to congress</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committeesâ€"</text>

<subparagraph id="H91A4F2C0944444B59A6A8B801E7E4EB7"><enum>(A)</enum><text>a copy of such report without change; and</text></subparagraph>

<subparagraph id="H6BF5AA1042544111BDFDD8A0C3E27C1B"><enum>(B)</enum><text>any comments the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="H39003DD7780647698093D2046CE9F5F6"><enum>1263.</enum><header>United States Central Command posture assessment and review</header>

<subsection commented="no" display-inline="no-display-inline" id="H668E14252E1C4A118962231E55D45A23"><enum>(a)</enum><header display-inline="yes-display-inline">Assessment and review required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H4DD2F7C700344343902F4CCB4E920E82"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later

than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center to conduct an independent assessment and comprehensive review of United States military force posture and capabilities in the United States Central Command area of responsibility for the purpose of clarifying and evolving United States military force posture and basing throughout such area of responsibility in accordance with the strategic guidance of the National Defense Strategy during the posture review period.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD031C9024B6A4B9EB1C51C14BC64C6CA"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The assessment and review conducted under paragraph (1) shall include, for the posture review period, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF40F37B7242B4855810B275DEAE8CA9B"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment of the threats and challenges in the United States Central Command area of responsibility, including threats and challenges posed to United States interests by near-peer competitors.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H50F10A90EED146D58655E134115C55A7"><enum>(B)</enum><text display-inline="yes-display-inline">An explanation of the policy and strategic frameworks for addressing the threats and challenges identified under subparagraph (A).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FA249EC724B454DB15A2437412581C1"><enum>(C)</enum><text display-inline="yes-display-inline">An identification of current and future United States military force posture and capabilities necessary to counter threats, deter conflict, and defend United States national security interests in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7B383A06B3D342A3AD2C1C030D1AAF35"><enum>(D)</enum><text>An assessment of threats and vulnerabilities to current basing, posture, and readiness in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3ABD89BC78E7446892259A6338B5C123"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of the basing, cooperative security locations, and other infrastructure necessary to support steady state operations in support of the theater campaign plan and potential contingencies that may arise in or affect the United States Central Command area of responsibility, including any potential efficiencies and risk mitigation measures to be taken.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD6022BFE839649078A8286BF94219D25"><enum>(F)</enum><text display-inline="yes-display-inline">An assessment of the risks and tradeoffs to United States Central Command priorities resulting from the reorientation of resources toward National Defense Strategy priorities and a description of methods to mitigate any negative impact of such reorientation.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDE488D3E2DC44506A0C55CE958848256"><enum>(G)</enum><text display-inline="yes-display-inline">An explanation of the manner in which a modernized global operating model or dynamic force employment approach may yield efficiencies and increase strategic flexibility while achieving United States military objectives in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H17CDEE03F5A641BDBDB308EB9BC3F952"><enum>(H)</enum><text display-inline="yes-display-inline">An articulation of the United States nonmilitary efforts and activities necessary to enable the achievement of United States national security interests in the United States Central Command area of responsibility.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBBBD493BB81241CA817546C5C1501C5A"><enum>(I)</enum><text display-inline="yes-display-inline">Any other matter considered relevant.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA6592BED309844F1A11BF36DFC91909A"><enum>(b)</enum><header>Results</header><text>The federally funded research and development center concerned shall submit to the Secretary the results of the assessment and review under subsection (a), which shall include the following:</text>

<paragraph id="H24EE59CB60574D019358DD01B134EB0C"><enum>(1)</enum><text>Considerations and recommendations for improving posture, basing, and readiness in the United States Central Command area of responsibility.</text></paragraph>

<paragraph id="HDF657EE573FB472EAB4219F0473BF781"><enum>(2)</enum><text>Alternative basing and posture options to reduce costs, enhance readiness, improve posture, and align with National Defense Strategy priorities.</text></paragraph>

<paragraph id="H78B1CCC566244E4FAAE37F5C36359B98"><enum>(3)</enum><text>Any legislative recommendationsâ€"</text>

<subparagraph id="H17830B950CE049D88766D256266BAD84"><enum>(A)</enum><text>to support and facilitate National Defense Strategy implementation with respect to United States Central Command; and</text></subparagraph>

<subparagraph id="HEA271EBC018F499B9539C14C5E02D260"><enum>(B)</enum><text>to modernize or improve basing, posture, and readiness in the United States Central Command area of responsibility.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H00DA3CCE8DF6449CA23B2E65610A5C47"><enum>(c)</enum><header display-inline="yes-display-inline">Submittal to Congress</header>

<paragraph commented="no" display-inline="no-display-inline" id="H312389462B0B4EB9B8AA0D58BBF41788"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than July 1, 2020, the Secretary shall submit to the congressional defense committees an unaltered copy of the results under subsection (b), together with the written perspectives of the Secretary and the Chairman of the Joint Chiefs of Staff with respect to such results.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8CFB7E528DF84794AD4D6BF295379D84"><enum>(2)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The submission under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H98F05FDC727842B38923EF2A9FB6D5E7"><enum>(d)</enum><header display-inline="yes-display-inline">Posture review period defined</header><text display-inline="yes-display-inline">In this section, the term <term>posture review period</term> means the period beginning on the date that is five years after the date of the enactment of this Act and ending on the date that is 15 years after such date of enactment.</text></subsection></section>

<section id="H4D984F651DD1487CBC9FC5B35AC51B36" section-type="subsequent-section"><enum>1264.</enum><header>Limitation on production of nuclear proliferation assessment statements</header>

<subsection id="HEBD980E9645A40529130032BDC2C1017"><enum>(a)</enum><header>Limitation</header><text>The Secretary of State may not provide to the President, and the President may not submit to Congress, a Nuclear Proliferation Assessment Statement described in subsection a. of section 123 of the Atomic Energy Act of 1954 (42 U.S.C. 2153) with respect to a proposed cooperation agreement with any country that has not signed and implemented an Additional Protocol with the International Atomic Energy Agency, other than a country with which, as of June 19, 2019, there is in effect a civilian nuclear cooperation agreement pursuant to such section 123.</text></subsection>

<subsection id="HEC0153E1F70645A38396910B279CF7A8"><enum>(b)</enum><header>Waiver</header><text>The limitation under subsection (a) shall be waived with respect to a particular country beginning on the date that is 90 days after the date on which the President submits to the appropriate congressional committees a report describing the manner in which such

agreement would advance the national security and defense interests of the United States and not contribute to the proliferation of nuclear weapons.</text></subsection>

<subsection id="HD6F670D0BD6343C2AE8E6BA8E5237637"><enum>(c)</enum><header>Form</header><text>The report described in subsection (b) shall be submitted in unclassified form but may include a classified annex.</text></subsection>

<subsection id="H64E71579943E465BBF87DC625AF24418"><enum>(d)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HC656B1EBFDBC4E0F9B8D28825928A160"><enum>(1)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H1225D3CB978A4BC1B970492FE13D1242"><enum>(2)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H7F2EE260D78D4E0B816FD4EA12D12FB4" section-type="subsequent-section"><enum>1265.</enum><header>Western Hemisphere resource assessment</header>

<subsection id="HCD81B58BEC6B46C4B6DDD61EC09C9559"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline"> The Secretary of Defense shall seek to enter into a contract with an independent, non-governmental institute described in section 501(c)(3) of the Internal Revenue Code of 1986, and exempt from tax under section 501(a) of such Code, that has recognized credentials and expertise in national security and military affairs to conduct an accounting of and an assessment of the sufficiency of resources available to the United States Southern Command (SOUTHCOM), United States Northern Command (NORTHCOM), Department of State, and United States Agency for International Development (USAID) to carry out their respective missions in the Western Hemisphere.</text></subsection>

<subsection id="HFBBD2661371248C2A405BF69A97E9774"><enum>(b)</enum><header>Matters to be included</header><text>The assessment described in subsection (a) shall include each of the following:</text>

<paragraph id="H725E38EC17534C3792032B53B363D0B2"><enum>(1)</enum><text>An accounting and description of the funds available to SOUTHCOM, NORTHCOM, the Department of State, and USAID.</text></paragraph>

<paragraph id="HE558232B01D7422693EA33C0D10A7ACE"><enum>(2)</enum><text>A list of bilateral and multilateral military training and exercises with allies and partner countries in the Western Hemisphere.</text></paragraph>

<paragraph id="H29AF69933547435DA0B6FB057250EA38"><enum>(3)</enum><text>A description of the security force activities of the United States in the Western Hemisphere.</text></paragraph>

<paragraph id="H62046BFDE5D044778F875F1FC9220084"><enum>(4)</enum><text>A description of the activities of the Departments of State and Defense in addressing security challenges in the Western Hemisphere.</text></paragraph>

<paragraph id="HD862BB5603C2422EB04C4D1B1A6C0DF4"><enum>(5)</enum><text>Cyber domain activities of the United States and those actions in concert with allied and partner countries in the Western Hemisphere.</text></paragraph>

<paragraph id="H70B1C36331604E98B66907C711A25BFE"><enum>(6)</enum><text>A description of the funding for all international military education and training programs.</text></paragraph>

<paragraph id="H00E55858132D4D06A8907D8F2C6547CD"><enum>(7)</enum><text>An overview of all foreign military sales and foreign military financing programs with partner countries in the Western Hemisphere.</text></paragraph>

<paragraph id="H31A37358504B42BCA2E8E556B924E9D9"><enum>(8)</enum><text>A list of investments, programs, or partnerships in the Western Hemisphere by China, Iran, Russia, or other adversarial groups or countries that threaten the national security of the United States.</text></paragraph>

<paragraph id="HCE77811F2A25475A9461DCC16005C303"><enum>(9)</enum><text>Recommendations

for actions the Department of Defense, the Department of State, and USAID could take to advance United States national security interests in the Western Hemisphere.</text></paragraph></subsection>

<subsection id="HADBAD9D7E3784ACD97682C42B16D7CE2"><enum>(c)</enum><header>Access to information</header><text display-inline="yes-display-inline">The independent, non-governmental institute described in subsection (a) with which the Secretary enters into a contract pursuant to such subsection shall have full and direct access to all information related to resources available to SOUTHCOM, NORTHCOM, the Department of State, and USAID.</text></subsection>

<subsection id="HB88E3B0C9785484DA6494F8696D088A3"><enum>(d)</enum><header>Reports required</header>

<paragraph id="H4311BAD687544F42A21E9C4BDA1AC1AB"><enum>(1)</enum><header>Report of assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall include as a term in the contract entered into pursuant to subsection (a) that the independent, non-governmental institute shall submit to the Secretary of Defense, the Secretary of State, and the Administrator of the USAID a report containing the assessment described in such subsection not later than 240 days after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H05F27578ECA04EBDA75B21E348F16653"><enum>(2)</enum><header>Report to Congress</header><text>Not later than 1 year after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report that includesâ€"</text>

<subparagraph id="H3E9F38003B4C44548ADD3E0176E71D4E"><enum>(A)</enum><text>an unedited copy of the report submitted in accordance to paragraph (1); and</text></subparagraph>

<subparagraph id="HDE0DE835243541ACAFA25C255B85894D"><enum>(B)</enum><text display-inline="yes-display-inline">any comments, changes, recommendations, or other information of the Secretary of Defense, the Secretary of State, and the Administrator of the United States Agency for International Development determine appropriate that relates to the assessment required by subsection (a) and contained in such report.</text></subparagraph></paragraph>

<paragraph id="H0EB345A2BF534234B971CBC9263EDED7"><enum>(3)</enum><header>Form</header><text>The report required by paragraph (2) shall be submitted in unclassified form but may include a classified annex.</text></paragraph></subsection>

<subsection id="HD24BE47F826F4105A53A6BC99D6D8967"><enum>(e)</enum><header>Appropriate congressional committees defined</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H5FE7652444264787942127431B4E5722"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H8DF061BCA5D84FC7A0A7669A322479D5"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H8BF4B25F91974742A6757E94A0E0909E" section-type="subsequent-section"><enum>1266.</enum><header>Human rights in Brazil</header>

<subsection id="HBCB100DC874C49C3A590BB9CB6A3E3BF"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate congressional committees a report that includes the following:</text>

<paragraph id="H904B3B620B344DB28CF8B73D80A6E5DD"><enum>(1)</enum><text display-inline="yes-display-inline">A description of the security cooperation relationship between the United States and Brazil, including a description of United States objectives, any ongoing or planned security cooperation activities with the military forces of Brazil, and an identification of priority capabilities of the military forces of Brazil that the Department could enhance.</text></paragraph>

<paragraph id="H5B20B9A893264A7794816F94C4ADEFAA"><enum>(2)</enum><text display-

inline="yes-display-inline">An assessment of the capabilities of the military forces of Brazil.</text></paragraph>

<paragraph id="H264B424EC41B40A4A144B6993EF921EE"><enum>(3)</enum><text display-inline="yes-display-inline">A description of the human rights climate in Brazil, an assessment of the Brazilian military forcesâ€™ adherence to human rights, and a description of any ongoing or planned cooperative activities between the United States and Brazil focused on human rights.</text></paragraph>

<paragraph id="HFA21E413CF214F00AC5DCE86B531C023"><enum>(4)</enum><text display-inline="yes-display-inline">An identification of any Brazilian military and security force units that are determined or credibly alleged to have engaged in human rights violations and have received or purchased United States equipment or training.</text></paragraph>

<paragraph id="HDC7276BB57344A0AAC20E9B09E513498"><enum>(5)</enum><text display-inline="yes-display-inline">A description of the manner and extent to which a security cooperation strategy between the United States and Brazil could address any human rights abuses identified pursuant to paragraph (3) or (4), encourage accountability, and promote reform through training on human rights, rule of law, and rules of engagement.</text></paragraph>

<paragraph id="H5F222C049284494A9DA58902199E2F4D"><enum>(6)</enum><text>Any other matter the Secretary determines to be relevant.</text></paragraph></subsection>

<subsection id="HEEE671EF600544C3AB523704DF4653FF"><enum>(b)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HDAFFF237AD4A471184A835E99520854B"><enum>(1)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="H9FB40B8E56C342C38C4EC49F504769AA"><enum>(2)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H8620E0CBD56F4416A946ED1BE52258BE" section-type="subsequent-section"><enum>1267.</enum><header>Certification relating to assistance for Guatemala</header>

<subsection id="H7FD95C404EDD48CE91456B677F3E5E3B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Prior to the transfer of any vehicles by the Department of Defense to a joint task force of the Ministry of Defense or the Ministry of the Interior of Guatemala during fiscal year 2020, the Secretary of Defense shall certify to the appropriate congressional committees that such ministries have made a credible commitment to use such equipment only for the uses for which they were intended.</text></subsection>

<subsection id="HE3BABFAD894241AFB530AE8FE272D9C4"><enum>(b)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H9620D2A467DF4D2781EB29C11C901A33"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Affairs of the House of Representatives; and</text></paragraph>

<paragraph id="HF95D1A14A0BB45A2B72786D6ABB3CB4D"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Appropriations, and the Committee on Foreign Relations of the Senate.</text></paragraph></subsection></section>

<section id="H1D522F39FEE143E29ECAEA2A794BE520"><enum>1268.</enum><header>Independent analysis of human rights situation in Honduras</header>

<subsection commented="no" display-inline="no-display-inline" id="HBCBBDD4C2C46479590A06C08FD081519"><enum>(a)</enum><header display-inline="yes-display-inline">Analysis required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H8A7B5107202C45AC98D466312AE5B9E7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later

than 90 days after the date of the enactment of this Act, the Secretary of Defense shall select and enter into an agreement with an independent think tank or a federally funded research and development center to conduct an analysis of the compliance of the military and security forces of Honduras with international human rights laws and standards.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE9DE2335C3DF4FA49CBAF298DD86B31E"><enum>(2)</enum><header display-inline="yes-display-inline">Matters to be included</header><text display-inline="yes-display-inline">The analysis under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H947E1452B2B24FB4A7753494B32A765C"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the military-to-military activities between the United States and Honduras, including the manner in which Department of Defense engagement with the military and security forces of Honduras supports the National Defense Strategy.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC2C75D3CF03A43148A48FDCCFB24FD26"><enum>(B)</enum><text display-inline="yes-display-inline">An analysis of the activities of the military and security forces of Honduras with respect to human rights activists, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HF25A0B7053E34582914A94156C8A2AF3"><enum>(i)</enum><text display-inline="yes-display-inline">a description of the processes and procedures of the Department to identify human rights violations; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H87F0BEDED99E4F4CB95473B4BB7760A9"><enum>(ii)</enum><text>an analysis of whether such processes and procedures comply with Department policy on adherence to human rights and international law.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5CC6963AC06A4F05964315238822253F"><enum>(C)</enum><text display-inline="yes-display-inline">With respect to United States national security interests, an analysis of the challenges posed by corruption within the military and security forces of Honduras, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H2A197224D59A4196881F887091018B5D"><enum>(i)</enum><text display-inline="yes-display-inline">an analysis of participation, if any, by the military and security forces of Honduras in illegal narcotics trafficking activities; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC22CC1A498324F3EB1DCE308A026D8EB"><enum>(ii)</enum><text>the processes and procedures within the military and security forces of Honduras to ensure accountability for such activities.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1DC96D7C3B04432BB5DBF4C11B2B453A"><enum>(D)</enum><text display-inline="yes-display-inline">An analysis ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H785272DE2C924E929B8C53058E09B232"><enum>(i)</enum><text display-inline="yes-display-inline">the security cooperation provided to Honduras by the Department during the 3-year period preceding the date of the enactment of this Act; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H38A72C4F57E449D6988C12B789826157"><enum>(ii)</enum><text display-inline="yes-display-inline">the extent to which such cooperation has improved accountability, transparency, and compliance to international human rights laws and standards in the security and military operations of the Government of Honduras.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H124FB0C385C0447695151716DEE724BE"><enum>(E)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H8F1B4779C4674AA9BC9E3964F762B8EA"><enum>(i)</enum><text>An identification of the units of the military and security forces of Honduras trained by the

Department.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H44B2DE56C3D44609B2CDF2964413940A" indent="up1"><enum>(ii)</enum><text>An analysis of the role such units have had, if any, in the training, deployment, and command of the Military Police for Public Order (PMOP) in Honduras.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D3E883659DD49D1B6BA797DB88BD30F"><enum>(F)</enum><text>An analysis of the security cooperation of the Department with military intelligence and special forces units of Honduras.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF18E10AA62A04FC8B5E5811687C4F9BC"><enum>(G)</enum><text>An analysis of the relative importance of providing development assistance to Honduras to achieve United States national security objectives, including countering the proliferation of illegal narcotics flows through Honduras.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H69129E154D3D4C65AD481F83B9FE69EF"><enum>(H)</enum><text display-inline="yes-display-inline">Recommendations on the development of future security cooperation with Honduras that prioritizesâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFF44DD9D4C13424BA68891345885F9BD"><enum>(i)</enum><text display-inline="yes-display-inline">compliance of the military and security forces of Honduras with human rights laws and standards;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H03E09CE1597846628D8ACA0D26159058"><enum>(ii)</enum><text display-inline="yes-display-inline">citizen security; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H77A71989F7144C42B07E588DDF3BDE65"><enum>(iii)</enum><text display-inline="yes-display-inline">the advancement of United States national security interests with respect to countering the proliferation of illegal narcotics flows through Honduras.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD859D548061E495CB0FD84F884848EFF"><enum>(I)</enum><text display-inline="yes-display-inline">Any other matters the Secretary considers necessary and relevant to United States national security interests.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF7F9D445354742E58348403B13C06990"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the entity selected under subsection (a) shall submit to the appropriate committees of Congress a report on the results of the analysis conducted under that subsection.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H20EF7821882D4DF1B2F639CE5BC09128"><enum>(c)</enum><header display-inline="yes-display-inline">Department of Defense support</header><text display-inline="yes-display-inline">The Secretary shall provide the entity selected under subsection (a) with timely access to appropriate information, data, and analyses necessary to carry out such analysis in a thorough and independent manner.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H14A84F659C4741EA97911A764C9E8FA3"><enum>(d)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE351A55D307544BB82484F02DE97AB29"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB88465BB417A4993B9CCD1DEA46AD05F"><enum>(2)</enum><text display-inline="yes-

display-inline">the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H56EAF70832064A58A1170144C14914E1" section-type="subsequent-section"><enum>1269.</enum><header>Briefing on strategy to improve the efforts of the Nigerian military to prevent, mitigate, and respond to civilian harm</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly provide to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a briefing onâ€"</text>

<paragraph id="H24F1B8B87A8F4723B6AB246D6D5D592A"><enum>(1)</enum><text>the current strategy to improve defense institutions and security sector forces in Nigeria required by section 1279A of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1701);</text></paragraph>

<paragraph id="H2E5FE99B1E3A468B80C20B000DDE17C9"><enum>(2)</enum><text>any efforts planned or under way to assist the Nigerian military to improve its efforts to prevent, mitigate, and respond to civilian harm;</text></paragraph>

<paragraph id="HB17CF674C8B748838C06878CE61B690B"><enum>(3)</enum><text>an assessment of the effectiveness of such training; and</text></paragraph>

<paragraph id="H6B898D1ADBA04445A0AC170F809E5A24"><enum>(4)</enum><text>an overall assessment of efforts by the Government of Nigeria to improve civilian protection, accountability for human rights violations, and transparency in the defense institutions and security sector force.</text></paragraph></section>

<section id="H73FD05C700354734A09BA9D5FA269567"><enum>1270.</enum><header>Report on implications of Chinese military presence in Djibouti</header>

<subsection id="H83DFF60AC1AC41E2A185ADB17A39CB05"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report that contains a comprehensive strategy to address security concerns posed by the Chinese Peopleâ€™s Liberation Army Support Base in Djibouti to United States military installations and logistics chains in sub-Saharan Africa and the Middle East.</text></subsection>

<subsection id="H9E978473782E440E8CC9DBDB12E3D74B"><enum>(b)</enum><header>Matters to be included</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H24267A5C16534943845E6C22DB623F62"><enum>(1)</enum><text>An assessment of the potential military, intelligence, and logistical threats facing regional United States military infrastructure, supply chains, and operations due to Chinese military presence in Djibouti and a description of any efforts to mitigate such threats.</text></paragraph>

<paragraph id="HB87CF19BEE714C9B82130A2F985FD7D5"><enum>(2)</enum><text>An assessment of Djiboutiâ€™s Chinese-held public debt as well as any other potential means of Chinese economic coercion, and a description of the strategic vulnerabilities posed to the United States if China moves to claim the Port of Djibouti or other key logistical assets in repayment. </text></paragraph>

<paragraph id="H8FB1D9CFEDF645079BD9A07F9FD26B86"><enum>(3)</enum><text>A description of the specific operational challenges facing the United States military in the Horn of Africa and the Middle East in the event that access to the Port of Djibouti becomes limited or lost in its entirety, as well as a description of any contingency plans in the event of such scenarios.</text></paragraph>

<paragraph id="HBD0A6C3EE28B4653B433D75B62D8F093"><enum>(4)</enum><text>An identification of the measures in place to mitigate risk of escalation between United States and Chinese military assets in Djibouti or any additional mechanisms that may be advisable.</text></paragraph>

<paragraph id="HE8077115CC214ACBA625176E665EE70E"><enum>(5)</enum><text>Any other matters the Secretary of Defense considers appropriate.</text></paragraph></subsection>

<subsection

id="H612C375C0FDC4F40B0FFEAD933036336"><enum>(c)</enum><header>Form</header><text>The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="HA546141A53604BE2A155C544476F2F57" section-type="subsequent-section"><enum>1271.</enum><header>Rule of construction on the permanent stationing of United States Armed Forces in Somalia</header><text display-inline="no-display-inline">Nothing in this Act may be construed to authorize the permanent stationing of members of the Armed Forces in Somalia.</text></section>

<section id="HD79E3869B5A84E1BAE3C11A6D8654940" section-type="subsequent-section"><enum>1272.</enum><header>Defense and diplomatic strategy for Libya</header>

<subsection id="H27947068FC9248B9B2C69F402BD71EC7"><enum>(a)</enum><header>Report required</header><text>Not later than 270 days after the date of enactment of this Act, the Secretary of Defense and the Secretary of State shall jointly submit to the appropriate congressional committees a report that contains a description of the United States defense and diplomatic strategy for Libya.</text></subsection>

<subsection id="H80E928650C7B4C1FA40CFEA682138775"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following elements:</text>

<paragraph id="H12638326DEDF4D3AB632C479666173A3"><enum>(1)</enum><text>An explanation of the defense and diplomatic strategy for Libya, including a description of the ends, ways, and means inherent to the strategy, and the role of the Armed Forces in supporting the strategy.</text></paragraph>

<paragraph id="HC532FC80300143F7814CD2ECB0BE6F2E"><enum>(2)</enum><text display-inline="yes-display-inline">An explanation of the policy and legal authorities of the Department of Defense and the Department of State required to support the strategy.</text></paragraph>

<paragraph id="H77907A3A297C4451A9CA1CC395CED421"><enum>(3)</enum><text>A detailed description of Department of Defense security partnerships with Libyan actors.</text></paragraph>

<paragraph id="H783B886085484F72A0A4886173CB3474"><enum>(4)</enum><text display-inline="yes-display-inline">A detailed description of Libyan and external security actors and an assessment of how those actors advance or undermine stability in Libya and United States strategic interests in Libya, including United States interests in a political settlement to the conflict in Libya.</text></paragraph>

<paragraph id="HE095455B2AB1414698F6669C64E90D57"><enum>(5)</enum><text>A detailed description of the military activities of external actors in Libya, including assessments of whether those activitiesâ€"</text>

<subparagraph id="H9FF25B8576F94901954CA035C796DC7F"><enum>(A)</enum><text>have undermined progress towards stabilization of Libya, including the United Nations-led negotiations;</text></subparagraph>

<subparagraph id="H5E28DE20EF0041B9BACCAF3ECDA90242"><enum>(B)</enum><text>involve United States-origin equipment and violate contractual conditions of acceptable use of such equipment; or</text></subparagraph>

<subparagraph id="HE3F3BD08561945938B05826DACE8DD61"><enum>(C)</enum><text>violate or seek to violate the United Nations arms embargo on Libya imposed pursuant to United Nations Security Council Resolution 1970 (2011).</text></subparagraph></paragraph>

<paragraph id="H0D4902DE960944A2A72FEACB91293FA6"><enum>(6)</enum><text>A description of any plans to integrate the United States defense and diplomatic resources necessary to implement the strategy.</text></paragraph>

<paragraph id="HE2A134C09DFA4F62B73A743D213A926D"><enum>(7)</enum><text>Any other matters the Secretaries considers appropriate.</text></paragraph></subsection>

<subsection id="H0FDB536E258F4520A06F653A02D5B1F7"><enum>(c)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H89000EABE7224C58876BD6EB3A293AE0"><enum>(d)</enum><header>Appropriate

congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H9BD669F50A2F4A5FA2030839BD343813"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Foreign Relations, and the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph id="HBBB7C6F43D074642BB556C60512B013C"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Foreign Affairs, and the Committee on Appropriations of the House of Representatives.</text></paragraph></subsection></section>

<section id="HE7EB8FD62D2D44469BB2034D31DE8CC7" section-type="subsequent-section"><enum>1273.</enum><header>Prohibition on in-flight refueling to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen</header><text display-inline="no-display-inline">For the two-year period beginning on the date of the enactment of this Act, the Department of Defense may not provide in-flight refueling pursuant to section 2342 of title 10, United States Code, or any other applicable statutory authority, to non-United States aircraft that engage in hostilities in the ongoing civil war in Yemen unless and until a declaration of war or a specific statutory authorization for such use of United States Armed Forces has been enacted.</text></section>

<section id="H12B92082D8F34D1FB6A5C85269710C1F" section-type="subsequent-section"><enum>1274.</enum><header>Report on Saudi-led coalition strikes in Yemen</header>

<subsection id="HE7DFF071863E4F588E6AED7A05A2FBF3"><enum>(a)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, and annually thereafter for two years, the Secretary of Defense, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the appropriate congressional committees a report on civilian casualties caused by the Saudi-led coalition and by the Houthis as part of the civil war in Yemen.</text></subsection>

<subsection id="H82412E77E3C74E45B2BFCEF41ED782C2"><enum>(b)</enum><header>Matters to be included</header><text>Each such report shall contain the following:</text>

<paragraph id="H1778B043775441679EDE51D717366C0C"><enum>(1)</enum><text display-inline="yes-display-inline">An estimate of the number of civilian casualties resulting from operations by the Saudi-led coalition and by the Houthis during the preceding year.</text></paragraph>

<paragraph id="H6C6EFA25935F454AAE69D0B6BFC425EA"><enum>(2)</enum><text>An assessment of whether members of the Saudi-led coalition and the Houthis followed the norms and practices the United States military employs to avoid civilian casualties and ensure proportionality.</text></paragraph>

<paragraph id="HA1060AC94EC74127A13F6B22B84BBBB4"><enum>(3)</enum><text>An assessment of whether operations executed by members of the Saudi-led coalition and by the Houthis are in compliance with the United Statesâ€™ interpretation of the laws governing armed conflict and proportionality.</text></paragraph>

<paragraph id="H1E3AB793981242079AC0766B3747104F"><enum>(4)</enum><text>Any other matters the Secretary determines to be relevant.</text></paragraph></subsection>

<subsection id="H83B8276668C9499EA261FA6AA05C3423"><enum>(c)</enum><header>Appropriate congressional committee defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HB572F0050A604818822BF38DD773C8EF"><enum>(1)</enum><text>the congressional defense committees; and</text></paragraph>

<paragraph id="H8B5413D19AC345B19EF1B33521917F34"><enum>(2)</enum><text>the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph id="H4AEA7A99FAAB477EB777482D5C6E5D4B"><enum>(3)</enum><text>the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="HB224628DA1D14DA9A25BC6B6F492C150"><enum>1275.</enum><header>Reports on expenses incurred for in-flight refueling of Saudi coalition aircraft conducting missions relating to civil war in Yemen</header>

<subsection commented="no" display-inline="no-display-inline" id="HBEC864F73D9B43A4A6CF3CFF7E74014C"><enum>(a)</enum><header display-inline="yes-display-inline">Reports required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H3241D73E08C9431490CEF232032CA421"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, and every 30 days thereafter, the Secretary of Defense shall submit a report to the appropriate committees of Congress detailing the expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen during the period of March 1, 2015, through November 11, 2018, and the extent to which such expenses have been reimbursed by members of the Saudi-led coalition.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H06963C472AFB4DBAA884C1E7B84BF7BE"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">Each report required under paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6FAD9C6DDCFB44E194352FB640CC56BA"><enum>(A)</enum><text display-inline="yes-display-inline">The total expenses incurred by the United States in providing in-flight refueling services, including fuel, flight hours, and other applicable expenses, to Saudi or Saudi-led coalition, non-United States aircraft conducting missions as part of the civil war in Yemen.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE4B9D26DA44542299A830AD3B3D3F8CC"><enum>(B)</enum><text display-inline="yes-display-inline">The amount of the expenses described in subparagraph (A) that has been reimbursed by each member of the Saudi-led coalition.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1D67C03B433344918069C8296ECF8D0A"><enum>(C)</enum><text display-inline="yes-display-inline">Any action taken by the United States to recoup the remaining expenses described in subparagraph (A), including any commitments by members of the Saudi-led coalition to reimburse the United States for such expenses.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB434D44F91784F1F9DBE99C2CD05FD58"><enum>(3)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The reporting requirement under paragraph (1) shall cease to be effective on the date on which the Secretary certifies to the appropriate committees of Congress that all expenses incurred by the United States in providing in-flight refueling services for Saudi or Saudi-led coalition non-United States aircraft conducting missions as part of the civil war in Yemen during the period of March 1, 2015, through November 11, 2018, have been reimbursed.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H093E8DCCA1034A0D8B02655ED509888A"><enum>(b)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6A427196604744D1AC1A336D41A8AAE5"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services of the Senate;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6CCF34CE960140EF9D3DCDE9BDE0301C"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services of the House of Representatives;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1E5B9D51E6AA43089135CB193097E056"><enum>(3)</enum><text display-inline="yes-

display-inline">the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD276E1793AE1497B973CA19AC702DD4C"><enum>(4)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="HB2750A91B2214584B96F5C8CB206C041" section-type="subsequent-section"><enum>1276.</enum><header>Report on Saudi Arabiaâ€™s human rights record</header>

<subsection id="H4955136E40664C6CBD059A54C57E50D9"><enum>(a)</enum><header>In general</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of State shall submit to the appropriate congressional committees a report in writing thatâ€"</text>

<paragraph id="HF8BE0433C9924B68AC3E1DE772171869"><enum>(1)</enum><text>describes the extent to which officials of the Government of Saudi Arabia, including members of the military or security services, are responsible for or complicit in gross violations of internationally recognized human rights, including violations of the human rights of journalists, bloggers, human rights defenders, and those who support womenâ€™s rights or religious freedom;</text></paragraph>

<paragraph id="H8C370B2A41C248D8A5106A65CAA90E17"><enum>(2)</enum><text>describes violations of human rights in Saudi Arabia by officials of the Government of Saudi Arabia, including against journalists, bloggers, human rights defenders, and civil society activists;</text></paragraph>

<paragraph id="HFB5FE97ACBF04289BA06447E35A44622"><enum>(3)</enum><text>describes United States actions to address Saudi violations of human rights, including against journalists, bloggers, human rights defenders, and civil society activists, including demands for clemency review of these cases;</text></paragraph>

<paragraph id="HB1219C9982374A5E9AD8C34ED06A776F"><enum>(4)</enum><text>describes any intolerant content in educational materials published by Saudi Arabiaâ€™s Ministry of Education that are used in schools both inside Saudi Arabia and at schools throughout the world; and</text></paragraph>

<paragraph id="H8E2EF3BFA14F4513BD2CB6BC235B5D79"><enum>(5)</enum><text>describes United States actions to encourage Saudi Arabia to retrieve and destroy materials with intolerant material and revise teacher manuals and retrain teachers to reflect changes in educational materials and promote tolerance.</text></paragraph></subsection>

<subsection id="HB67478AF0A7D4AF78CF942B1DF64E106"><enum>(b)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="HFD769A9FFD5C46C1A6B7FB62634F6F14"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In the section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HD8526CC4B0F940FDA1DC146765597571"><enum>(1)</enum><text>the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph id="H1C74BF6A8A944F69AA7650A6F4BB4EA5"><enum>(2)</enum><text>the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H34CE4CA5AFA9485799A4C030EF349211"><enum>1277.</enum><header>Report on intelligence community assessment relating to the killing of Washington Post columnist Jamal Khashoggi</header>

<subsection id="H7216E0144C104AB6AA5BBB566DCC6C86"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees a report consisting ofâ€"</text>

<paragraph id="H7381225686874EB7936A8C18E8501A9A"><enum>(1)</enum><text>a determination

and presentation of evidence with respect to the advance knowledge and role of any current or former official of the Government of Saudi Arabia or any current or former senior Saudi political figure over the directing, ordering, or tampering of evidence in the killing of Washington Post columnist Jamal Khashoggi; and</text></paragraph>

<paragraph id="HBD209CA56B3C4561B92CCB5F61DC0149"><enum>(2)</enum><text display-inline="yes-display-inline">a list of foreign persons that the Director of National Intelligence has high confidenceâ€"</text>

<subparagraph id="H41EB0C9A8A344F35AC0359385D31C43F"><enum>(A)</enum><text>were responsible for, or complicit in, ordering, controlling, or otherwise directing an act or acts contributing to or causing the death of Jamal Khashoggi; </text></subparagraph>

<subparagraph id="H1FBC85A93E12452B820F5B9DA1F9834E"><enum>(B)</enum><text>knowingly and materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, an activity described in subparagraph (A); or</text></subparagraph>

<subparagraph id="H4F4233475A434DC6B134BA7D612504B0"><enum>(C)</enum><text display-inline="yes-display-inline">impeded the impartial investigation of the killing of Jamal Khashoggi, including through the tampering of evidence relating to the investigation. </text></subparagraph></paragraph></subsection>

<subsection id="H5A484AD226494CE5B0783518D553FC8F"><enum>(b)</enum><header>Form</header>

<paragraph id="HC43F4DA6D0784F9EAD7CE748495EB112"><enum>(1)</enum><header>In general</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph>

<paragraph id="H8E11DD81D700465FB935D3FD59E49991" commented="no"><enum>(2)</enum><header>Names of foreign persons listed</header><text>The name of each foreign person listed in the report described in subsection (a)(2) shall be included in the unclassified portion of the report unless the Director of National Intelligence determines that such disclosure would undermine United States intelligence sources and methods or threaten the national security interests of the United States.</text></paragraph></subsection>

<subsection id="H05D317D13F3B4470983D4761E0FDDB5A"><enum>(c)</enum><header>Defined</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H2215FFD990F54DB9947AB556A3F05204"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H5EC564A6FC2F4E72B480F4CC3451464C"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs and the Permanent Select Committee on Intelligence of the House of Representatives; and</text></subparagraph>

<subparagraph id="H7C952885C68E4016964409D4C5A0D91F"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations and the Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph>

<paragraph id="HF196C2F2763A40858BE266C3829706AC"><enum>(2)</enum><header>Knowingly</header><text> The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result. </text></paragraph></subsection></section>

<section id="H8F897E793E844B768B32257E836F06AF"><enum>1278.</enum><header>United States-Israel cooperation to counter unmanned aerial systems</header>

<subsection commented="no" display-inline="no-display-inline" id="H6C3CDEF1BF1847F8B0D0F373AA981599"><enum>(a)</enum><header display-inline="yes-display-inline">Authority to establish capabilities to counter unmanned aerial systems</header>

<paragraph commented="no" display-inline="no-display-inline" id="HEDB3EA6DF6B64F00B4C2BC0390B7E1D7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The

Secretary of Defense, upon request of the Ministry of Defense of Israel and in consultation with the Secretary of State and the Director of National Intelligence, is authorized to carry out research, development, test, and evaluation activities, on a joint basis with Israel, to establish capabilities for countering unmanned aerial systems that threaten the United States or Israel. Any activities carried out pursuant to such authority shall be conducted in a manner that appropriately protects sensitive technology and information and the national security interests of the United States and Israel.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFB6D23F6ECF6413AAF2888F9EA748959"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">The activities described in paragraph (1) and subsection (b) may not be carried out until after the Secretary of Defense submits to the appropriate committees of Congress a report setting forth the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HBC210B56CBFF492BA5B399F397A44DA4"><enum>(A)</enum><text display-inline="yes-display-inline">A memorandum of agreement between the United States and Israel regarding sharing of research and development costs for the capabilities described in paragraph (1), and any supporting documents.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H685F7B4626B4409ABBEF278E273E0FF4"><enum>(B)</enum><text display-inline="yes-display-inline">A certification that the memorandum of agreementâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H78513FE0D0FF415795765C2488DECC92"><enum>(i)</enum><text display-inline="yes-display-inline">requires sharing of costs of projects, including in-kind support, between the United States and Israel;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC6CC767F909E44908FB7CD0FAC43F7DC"><enum>(ii)</enum><text display-inline="yes-display-inline">establishes a framework to negotiate the rights to any intellectual property developed under the memorandum of agreement; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H6FE25C5E041141DA8AD5F08B248CA6A9"><enum>(iii)</enum><text display-inline="yes-display-inline">requires the United States Government to receive semiannual reports on expenditure of funds, if any, by the Government of Israel, including a description of what the funds have been used for, when funds were expended, and an identification of entities that expended the funds.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9DE3530025A04894939B6B089AEFEE35"><enum>(b)</enum><header display-inline="yes-display-inline">Support in connection with the program</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7C72FD0FF3F14EF68791B6F81C76E8F4"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense is authorized to provide maintenance and sustainment support to Israel for the research, development, test, and evaluation activities authorized in subsection (a)(1). Such authority includes authority to install equipment necessary to carry out such research, development, test, and evaluation activities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFD17349350114A84A5A875FC8AD06AA8"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Support may not be provided under paragraph (1) until 15 days after the Secretary submits to the appropriate committees of Congress a report setting forth a detailed description of the support to be provided.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7D82ABCFE7614C0E9D3DCCB13C7BAB8C"><enum>(3)</enum><header display-inline="yes-display-inline">Matching contribution</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H05B366E3FFB84711A945648D742D4900"><enum>(A)</enum><header display-inline="yes-

display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in subparagraph (B), support may not be provided under this subsection unless the Government of Israel contributes an amount not less than the amount of support to be so provided to the program, project, or activity for which the support is to be so provided in the calendar year in which the support is provided.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3E1789A5BFF54750B0A858EF2D92DD30"><enum>(B)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">Subject to paragraph (4), the Secretary may use amounts available to the Secretary in excess of the amount contributed by the Government of Israel to provide support under this subsection for costs associated with any unique national requirement identified by the United States with respect to countering unmanned aerial systems.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H009A7B95484B443AB35310923377DCB9"><enum>(4)</enum><header display-inline="yes-display-inline">Annual limitation on amount</header><text display-inline="yes-display-inline">The amount of support provided under this subsection in any year may not exceed $25,000,000.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3B22F7E0B9DB4AAEADBDE62736A0376B"><enum>(5)</enum><header display-inline="yes-display-inline">Use of certain amounts for RDT&E activities in the United States</header><text display-inline="yes-display-inline">Of the amount provided by the United States in support under paragraph (1), not less than 50 percent of such amount shall be used for research, development, test, and evaluation activities in the United States in connection with such support.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0BCF99B17B1E44C3B29B7F15E9C922A8"><enum>(c)</enum><header display-inline="yes-display-inline">Lead agency</header><text display-inline="yes-display-inline">The Secretary of Defense shall designate an appropriate research and development entity of a military department as the lead agency of the Department of Defense in carrying out this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H211D7B242EDE466C8B44FB41613F4132"><enum>(d)</enum><header display-inline="yes-display-inline">Semiannual reports</header><text display-inline="yes-display-inline">The Secretary of Defense shall submit to the appropriate committees of Congress on a semiannual basis a report that contains a copy of the most recent semiannual report provided by the Government of Israel to the Department of Defense pursuant to subsection (a)(2)(B)(iii).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1DDBA089415648BDA00CB033A7811E3B"><enum>(e)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H167B1C48BCBF4652B265BC8311F70942"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Relations, the Committee on Homeland Security, the Committee on Appropriations, and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H21F86BBAC58C4C1E94337E2A5352E675"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on Homeland Security, the Committee on Appropriations, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5DF4D549407A4121A716217A22098B45"><enum>(f)</enum><header display-inline="yes-display-inline">Sunset</header><text display-inline="yes-display-inline">The authority in this section to carry out activities described in subsection (a), and to provide support described in subsection (b), shall expire on December 31, 2024.</text></subsection></section>

<section id="H3505638B70754F8493EC464866BAF5DE"><enum>1279.</enum><header display-inline="yes-display-inline">Extension and modification of authority for United States-Israel anti-tunnel cooperation activities</header>

<subsection commented="no" display-inline="no-display-inline" id="HF5B91C87770E4C369EA943B12AE80B09"><enum>(a)</enum><header display-inline="yes-display-inline">Modification of authority</header><text display-inline="yes-display-inline">Subsection (a) of section 1279 of the National Defense Authorization Act for Fiscal Year 2016 (22 U.S.C. 8606 note) is amended, in the first sentence, by striking <quote>and to establish capabilities for countering unmanned aerial systems</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCE5A44B035454D9F877421E09CAFE77B"><enum>(b)</enum><header display-inline="yes-display-inline">Exception to matching contribution requirement</header><text display-inline="yes-display-inline">Subsection (b)(3) of such section is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1F3C13A9F5BE427F8061B12F6D13B1ED"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>Support</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HC32EC539D2B64EE38ECDE16831B5EE23" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H255C6FDB842A4B2B8F29E9FC722327FC"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in subparagraph (B), support</text></subparagraph><after-quoted-block>; and </after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA8E29BF1C6F640F1ADBDA211F2432419"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HECD8C592810145DC9BC88364B1498542" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H6A1026AC79D14A68AA0BF71D93E0CA0D"><enum>(B)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">Subject to paragraph (4), the Secretary may use amounts available to the Secretary in excess of the amount contributed by the Government of Israel to provide support under this subsection for costs associated with any unique national requirement identified by the United States with respect to anti-tunnel capabilities.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAC4CE947E6D342B6A6717E8AA44743F9"><enum>(c)</enum><header>Extension</header><text> Subsection (f) of such section is amended by striking <quote>December 31, 2020</quote> and inserting <quote>December 31, 2024</quote>.</text></subsection></section>

<section id="H4DFBE899BAE74BB89E43F780CC7BAC9E"><enum>1280.</enum><header>Report on cost imposition strategy</header>

<subsection commented="no" display-inline="no-display-inline" id="HD2DDC04889A14F71B96EAA4F6829900E"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the heads of other Federal departments and agencies, as appropriate, shall submit to the congressional defense committees a report describing the cost imposition strategies of the Department of Defense with respect to the People's Republic of China and the Russian Federation.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H82BCBBB1BA254467BFC42D5EC7D885F9"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H24C2E6EEA3FA459BA350EB562865E594"><enum>(1)</enum><text display-inline="yes-display-inline">A description of the manner in which the future-years defense program

and current operational concepts of the Department are designed to impose costs on the People's Republic of China and the Russian Federation, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H119D1BE81C314A049DBE8F8A65A64DB6"><enum>(A)</enum><text display-inline="yes-display-inline">political, economic, budgetary, human capital, and technology costs; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H739A141E550C4A06B2E4237AC6211D70"><enum>(B)</enum><text display-inline="yes-display-inline">costs associated with military efficiency and effectiveness.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD95DC95489C54C57ABE996CD1CEC46F5"><enum>(2)</enum><text display-inline="yes-display-inline">A description of the policies and processes of the Department relating to the development and execution of cost imposition strategies.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4C8C2F4CED654F03ADA31006B198ED70"><enum>(c)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report under subsection (a) shall be submitted in classified form, and shall include an unclassified summary.</text></subsection></section>

<section id="HF8391CCA568449C8A22D633422DA735D"><enum>1281.</enum><header>Modification of initiative to support protection of national security academic researchers from undue influence and other security threats</header>

<subsection id="H6F9AE50F90F2417AAB4ECEBCEB0BD3AC"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subsection (a) of section 1286 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended, in the matter preceding paragraph (1), by striking <quote>academic institutions</quote> and inserting <quote>institutions of higher education</quote>.</text></subsection>

<subsection id="HCA340FE1511945B4A6DC3131EDB90FD4"><enum>(b)</enum><header>Additional requirements</header><text display-inline="yes-display-inline">Subsection (c) of such section is amendedâ€"</text>

<paragraph id="HB80B8A06E7D4450787B3B0143C4F6979"><enum>(1)</enum><text>by amending paragraph (2) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HB4AC5296A0B146C9A308128D50CEEE55" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H6CD03E5BB7304D3DA3F64E960720C064"><enum>(2)</enum><text display-inline="yes-display-inline">Training developed and delivered in consultation with institutions of higher education and appropriate Government agencies, and other support to institutions of higher education, to promote security and limit undue influence on institutions of higher education and personnel, including Department of Defense financial support to carry out such activities, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H870A0CEF8E534030889E64CA11030AF6"><enum>(A)</enum><text display-inline="yes-display-inline">emphasizes best practices for protection of sensitive national security information; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCEF4563AC2934B7294872DBA6D0AD58F"><enum>(B)</enum><text display-inline="yes-display-inline">includes the dissemination of unclassified materials and resources for identifying and protecting against emerging threats to institutions of higher education, including specific counterintelligence information and advice developed specifically for faculty and academic researchers based on actual identified threats.</text></subparagraph></paragraph><after-quoted-block>; </after-quoted-block></quoted-block></paragraph>

<paragraph id="H208E45FB017F43A49728B8BFFA63C154"><enum>(2)</enum><text>in paragraph (3), by striking <quote>and academic institutions</quote>;</text></paragraph>

<paragraph id="H07D10D0A359D46BDB664A9CC455FBC9F"><enum>(3)</enum><text>in paragraph (7), by striking <quote>academic institution</quote> and inserting <quote>institution of higher education</quote>; and</text></paragraph>

<paragraph id="HAAB2884B8554474CAC74A4C5D860C6FD"><enum>(4)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H4BC9BC2D0CF343E7AB6E5B15CD8D70BB" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HC56DC6FDC6CB44A297F202B6905AFC63"><enum>(8)</enum><text display-inline="yes-display-inline">A list, developed and continuously updated in consultation with the Bureau of Industry and Security of the Department of Commerce, the Director of National Intelligence, United States institutions of higher education that conduct significant Department of Defense research or engineering activities, and other appropriate individuals and organizations, of academic institutions of the People's Republic of China, the Russian Federation, and other countries, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HB0C192C8554F4B968EF9E536EA4854E4"><enum>(A)</enum><text>have a history of improper technology transfer, intellectual property theft, or cyber or human espionage;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6A7FB95C6B304C24B76C2B3862AAC3BA"><enum>(B)</enum><text>operate under the direction of the military forces or intelligence agency of the applicable country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H18917D6C540D4F8E878DBCE20CD8A297"><enum>(C)</enum><text display-inline="yes-display-inline">are knownâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H9CDD8E339A734A3991A4809873490A5B"><enum>(i)</enum><text display-inline="yes-display-inline">to recruit foreign individuals for the purpose of transferring knowledge to advance military or intelligence efforts; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF357E0243484494F881E3E671871001D"><enum>(ii)</enum><text display-inline="yes-display-inline">to provide misleading information or otherwise attempt to conceal the connections of an individual or institution to a defense or an intelligence agency of the applicable country; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD7C7222E1DA6488FB181165F9F880E60"><enum>(D)</enum><text display-inline="yes-display-inline">pose a serious risk of improper technology transfer of data, technology, or research that is not published or publicly available.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4788A5EB1C6A436CA50FBF11521AF910"><enum>(c)</enum><header>Procedures for enhanced information sharing</header><text>Subsection (d) of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H1C8E02788E9349D0A673F9016A6BE675" style="OLC">

<subsection id="H9FD308F130D94E57A4A72090FCA98C82"><enum>(d)</enum><header>Procedures for enhanced information sharing</header>

<paragraph id="H079F00A9755B4AA49904D625DAEAF24C"><enum>(1)</enum><header>In general</header><text>Not later than October 1, 2020, for the purpose of maintaining appropriate security controls over research activities, technical information, and intellectual property, the Secretary, in conjunction with appropriate public and private entities, shall establish streamlined procedures to collect appropriate information relating to individuals, including United States citizens and foreign nationals, who participate in defense research and development activities (other than basic research).</text></paragraph>

<paragraph id="H5CA824E8C1C54AFFBE601A4CCB3EB712"><enum>(2)</enum><header>Protection

from release</header><text>The procedures required by paragraph (1) shall include procedures to protect such information from release, consistent with applicable regulations.</text></paragraph>

<paragraph id="HEF7A02C1C41844ACAFC447FC76F046E9"><enum>(3)</enum><header>Reporting to Government information systems and repositories</header><text>The procedures required by paragraph (1) may include procedures developed, in coordination with appropriate public and private entities, to report such information to existing Government information systems and repositories.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H7A21E3D604604E4DA8EA747F459AADC7"><enum>(d)</enum><header>Annual report</header><text>Subsection (e) of such section is amendedâ€"</text>

<paragraph id="H2B6F20EFF11C42CCAEB3C910849DCB42"><enum>(1)</enum><text>in the subsection heading, by inserting <quote><header-in-text level="subsection" style="OLC">Annual</header-in-text></quote> before <quote><header-in-text level="subsection" style="OLC">report</header-in-text></quote>;</text></paragraph>

<paragraph id="H186CAF9E7D054CDDA7B37D90E0972E0C"><enum>(2)</enum><text>in paragraph (1), by striking <quote>one year after the date of the enactment</quote> and all that follows through <quote>the Secretary</quote> and inserting <quote>April 30, 2020, and annually thereafter, the Secretary, acting through appropriate Government officials (including the Under Secretary for Research and Engineering),</quote>; and</text></paragraph>

<paragraph id="H9942120BBC9742FA81CF52612FA2869C"><enum>(3)</enum><text>in paragraph (2), by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H4E4EB35864984EB1B52B9C50F3924EAF" style="OLC">

<subparagraph id="HA424C62C06E14391A278DE4B4C4EAF96"><enum>(F)</enum><text>Identification of any incident relating to undue influence to security threats to academic research activities funded by the Department of Defense, including theft of property or intellectual property relating to a project funded by the Department at an institution of higher education.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H30C9B4A1FF2941B797266AE62CC3C309"><enum>1282.</enum><header>Modification of responsibility for policy on civilian casualty matters</header><text display-inline="no-display-inline">Section 936 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 134 note) is amendedâ€"</text>

<paragraph id="HB6C4F44511824E1BA8EEAEAFE8793D3C"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HD0A6FCC08A0F43A4BB6E0646B897B051"><enum>(A)</enum><text>in paragraph (3), by inserting <quote>appropriate to the specific regional circumstances</quote> after <quote>publicly available means</quote>;</text></subparagraph>

<subparagraph id="H7BBAF4627E29443AAF3560E355000BBA"><enum>(B)</enum><text>in paragraph (5)â€"</text>

<clause id="H1334E89D39DE4F539D568541971B98A5"><enum>(i)</enum><text>in subparagraph (A), by inserting <quote>, including for acknowledging the status of any individuals killed or injured who were believed to be enemy combatants, but subsequently determined to be non-combatants</quote> after <quote>operations</quote>; and</text></clause>

<clause id="H10AE7741E42C4212BD7DAD2AF31DF1C7"><enum>(ii)</enum><text>in subparagraph (B)â€"</text>

<subclause id="H7323664D98294C21B567B7C93A7502D4"><enum>(I)</enum><text>by inserting <quote>or other assistance</quote> after <quote>payments</quote>; and</text></subclause>

<subclause id="HF2B5A42272084BE68BA09AFC386ED1DC"><enum>(II)</enum><text>by striking <quote>necessary</quote> and inserting <quote>reasonable and culturally appropriate</quote>; and </text></subclause></clause></subparagraph>

<subparagraph id="HA82CD887A741440889839ACC94004742"><enum>(C)</enum><text>in paragraph (7), by striking <quote>and</quote> at the end; </text></subparagraph>

<subparagraph id="H0D21DF85F95645C4BEAA6EF9771F3D8E"><enum>(D)</enum><text>by redesignating paragraph (8) as paragraph (9); and</text></subparagraph>

<subparagraph id="H9180CCC84DE84A4584C8576E9A6CCDA1"><enum>(E)</enum><text>by inserting after paragraph (7) the following: </text>

<quoted-block style="OLC" id="HFB11A566E8BB4276B50926352925445F" display-inline="no-display-inline">

<paragraph id="H44E03DC924D749D3B611D134F03878F0"><enum>(8)</enum><text display-inline="yes-display-inline">cultivating, developing, retaining, and disseminatingâ€"</text>

<subparagraph id="H9FB9C024B5F24C90A0289AB4E6F3D231"><enum>(A)</enum><text>lessons learned for integrating civilian protection into operational planning and identifying the proximate cause or causes of civilian casualties; and</text></subparagraph>

<subparagraph id="H23AB05649983496EB80332A42C8E18FA"><enum>(B)</enum><text>practices developed to prevent, mitigate, or respond to such casualties;</text></subparagraph></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H4B9AA60331BE4D82963B9A54F1E1B86D"><enum>(2)</enum><text>by redesignating subsection (c) as subsection (d);</text></paragraph>

<paragraph id="H1E7F7478031F4D1E878DD37F5825E34D"><enum>(3)</enum><text>by inserting after subsection (b) the following:</text>

<quoted-block style="OLC" id="HEDC15B6EFA114B0491C28845C593FB9C" display-inline="no-display-inline">

<subsection id="H9366888A9CE94939AB089FFB0D1E6144"><enum>(c)</enum><header>Coordination</header><text display-inline="yes-display-inline">The senior civilian official designated under subsection (a) shall develop and implement steps to increase coordination with the relevant Chiefs of Mission and other appropriate positions in the Department of State with respect to the policies required pursuant to subsection (a) and other matters or assistance related to civilian harm, resulting from military operations.</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph id="HEFE19F915BF944FCB7F1BA0651801E3E"><enum>(4)</enum><text>by inserting after subsection (d), as so redesignated, the following:</text>

<quoted-block style="OLC" id="H95FDC84D28954986BFEE39D87E79E79F" display-inline="no-display-inline">

<subsection id="HAE5EF115331A42B49FF9DA914490AD19"><enum>(e)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this subsection, the senior civilian official designated under subsection (a) shall provide to the congressional defense committees a briefing onâ€"</text>

<paragraph id="H82D589F806E94EBBAA3EFB6FFFD9DA46"><enum>(1)</enum><text>the updates made to the policy developed by the senior civilian official pursuant to this section; and</text></paragraph>

<paragraph id="HCD5975748F554E78B59421188894CC3C"><enum>(2)</enum><text>the efforts of the Department to implement such updates.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H6EC4DF4CBA7A404EB5E2D1B9FFF48987" section-type="subsequent-section"><enum>1283.</enum><header display-inline="yes-display-inline">Report on export of certain satellites to entities with certain beneficial ownership structures</header>

<subsection commented="no" display-inline="no-display-inline" id="H9D312016B1A441629F451981800514DC"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later

than 180 days after the date of the enactment of this Act, the Secretary of Commerce, in consultation with the heads of appropriate agencies, shall submit to the appropriate congressional committees a report on addressing the threat or potential threat posed by the export, reexport, or in-country transfer of satellites described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 22 U.S.C. 2778 note) to entities described in subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H24432A10A283415C8A4549D5D26A58C8"><enum>(b)</enum><header display-inline="yes-display-inline">Entities described</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0D2B15265AC44606B5E9526962AFF90A"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">An entity described in this subsection is an entity the beneficial owner of which isâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0B0FDA64796941A68E27ACF14AE643F6"><enum>(A)</enum><text display-inline="yes-display-inline">an individual who is a citizen or national of a country described in section 1261(c)(2) of the National Defense Authorization Act for Fiscal Year 2013;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HACDF16DFD6AA41A3BA800C70C2E24C21"><enum>(B)</enum><text display-inline="yes-display-inline">an entity organized under the laws of or otherwise subject to the jurisdiction of such a country;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1CA135B7C38644C7A57213B8ADC7B1A9"><enum>(C)</enum><text display-inline="yes-display-inline">the government of such a country; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4E29B62918D9475A91F65C82CD0E0954"><enum>(D)</enum><text display-inline="yes-display-inline">any other individual or entity the Secretary determines would detrimentally affect the national security of the United States.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA579ED3C525946F398B14EBC9263C225"><enum>(2)</enum><header display-inline="yes-display-inline">Determination of beneficial ownership</header><text display-inline="yes-display-inline">For purposes of paragraph (1), the Secretary shall identify a person as the beneficial owner of an entityâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H73B38400200B4957B806D604449AD57B"><enum>(A)</enum><text display-inline="yes-display-inline">in a manner that is not less stringent than the manner set forth in section 240.13dâ€"3 of title 17, Code of Federal Regulations (as in effect on the date of the enactment of this Act); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4F18FE7B763C437790CF477CF1CC7AEB"><enum>(B)</enum><text display-inline="yes-display-inline">based on a threshold, to be determined by the Secretary, based on an assessment of whether the person's position would give the person an opportunity to control the use of a satellite described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 and exported, reexported, or transferred in country to the entity.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H748747A2833B468194F47DCD0A07A95A"><enum>(c)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H042C7E09B99D44B18354005A7AC7C12B"><enum>(1)</enum><text display-inline="yes-display-inline">An evaluation of whether satellites described in section 1261(c)(1) of the National Defense Authorization Act for Fiscal Year 2013 have been exported, reexported, or transferred in-country, directly or indirectly, to entities described in subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB492FD8A4C454ED6B899E98E979C764A"><enum>(2)</enum><text display-inline="yes-display-inline">An examination of the effect on national security of the potential export, reexport, or in-country transfer of satellites in compliance with section 1261(c) of the National Defense Authorization Act for Fiscal Year 2013 in circumstances in which the services, bandwidth, or functions of the satellites could subsequently be leased or sold to, or otherwise used by, an entity described in subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE03A8476F43044F39DFEC32EDE5D0A0C"><enum>(3)</enum><text display-inline="yes-display-inline">An examination of the effect on national security of not limiting the export, reexport, or in-country transfer of such satellites to entities described in subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6DBF48097EE0478E9A04C0AAA833F3AF"><enum>(4)</enum><text display-inline="yes-display-inline">Recommendations for, and an assessment of the effectiveness of, a licensing condition that would prohibit or limit the export, reexport, or in-country transfer of such satellites to, or the use of such satellites by, entities described in subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8AB6A93049834BD9B2211DCD569DC12A"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment, based on realistic and justifiable assumptions and forecasts, of the economic implications of and potential harm caused by a licensing condition described in paragraph (4) on the United States industries that develop or produce satellites and commercial telecommunications equipment that do not have direct national security ties.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEF020D55A63046329F14C14C7AB80A36"><enum>(6)</enum><text display-inline="yes-display-inline">An evaluation of the resources necessary to ensure the ability of the Bureau of Industry and Security of the Department of Commerceâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H75DCA4408035429C962E6BE682A4D870"><enum>(A)</enum><text display-inline="yes-display-inline">to adequately identify and analyze the beneficial owners of entities in decisions relating toâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H0F83BCD50F194D9C82A56F2B4093C830"><enum>(i)</enum><text display-inline="yes-display-inline">issuing licenses for the export, reexport, or in-country transfer of such satellites to such entities; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5C39CB0815D0495D87A51649B86DDF26"><enum>(ii)</enum><text display-inline="yes-display-inline">the ultimate end uses and end-users of such satellites; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0F920F11D07C4229963EEFA2708BB877"><enum>(B)</enum><text display-inline="yes-display-inline">when evaluating such a decisionâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFCA0EA2B69AA4BA3A7C0A9BDB93D319C"><enum>(i)</enum><text display-inline="yes-display-inline">to have full knowledge of the potential end-user of the satellite and the current beneficial owner of the entity; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H86E68C6680404595951B3D9F60E1CCD5"><enum>(ii)</enum><text display-inline="yes-display-inline">to be able to determine whether issuing the license would be inconsistent with the goal of preventing entities described in subsection (b) from accessing or using such satellites.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H98B648826BCA460E9697C98E38C38EC2"><enum>(d)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in unclassified form, but may include a

classified annex.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE36FD4717AE041A8A0FFCFBD128E712D"><enum>(e)</enum><header display-inline="yes-display-inline">Appropriate congressional committees defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H23CF50ADC13B49C782DE6B48C3BF3C1F"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Commerce, Science, and Transportation, the Committee on Foreign Relations, and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1767E4E512844559B8B363352F362F0A"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Financial Services, the Committee on Energy and Commerce, the Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H6E7FE93599A847A7AF58BFEE5014A4D7" section-type="subsequent-section"><enum>1284.</enum><header>Rule of construction relating to the use of military force</header><text display-inline="no-display-inline">Nothing in this Act, or any amendment made by this Act, may be construed to authorize the use of military force, including the use of military force against Iran or any other country.</text></section>

<section id="HBAB417F8FA134D30A845C4C37DE54888"><enum>1285.</enum><header>Reports and briefings on use of military force and support of partner forces</header>

<subsection id="H221C578CBBA241F0A579E27D79890D84"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, the President shall submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a report on actions taken pursuant to the Authorization for Use of Military Force (Public Law 107â€"40) against those countries or organizations described in such law, as well as any actions taken to command, coordinate, participate in the movement of, or accompany the regular or irregular military forces of any foreign country or government when such forces are engaged in hostilities or in situations where imminent involvement in hostilities is clearly indicated by the circumstances, during the preceding 180-day period.</text></subsection>

<subsection id="HDBE2277EC11C4C95ADDB706B4FDB2123"><enum>(b)</enum><header>Matters to be included</header><text>The report required by subsection (a) shall include, with respect to the time period for which the report was submitted, the following:</text>

<paragraph id="HB49CBBF5293A42198D4BC65470D25DF7"><enum>(1)</enum><text display-inline="yes-display-inline">A list of each country or organization with respect to which force has been used pursuant to the Authorization for Use of Military Force, including the legal and factual basis for the determination that authority under such law applies with respect to each such country or organization. </text></paragraph>

<paragraph id="HD16392622E7441869BD57178369CA04F"><enum>(2)</enum><text display-inline="yes-display-inline">An intelligence assessment of the risk to the United States posed by each such country or organization.</text></paragraph>

<paragraph id="H8C67C127A4334CEDA196BFD4FC5D7020"><enum>(3)</enum><text display-inline="yes-display-inline">A list of each country in which operations were conducted pursuant to such law and a description of the circumstances necessitating the use of force pursuant to such law, including whether the country is designated as an area of active hostilities.</text></paragraph>

<paragraph id="HB73640045E7F4D2383C80A631B938650"><enum>(4)</enum><text display-inline="yes-display-inline">A general description of the status of operations conducted pursuant to such law as well as a description of the expected scope and duration of such operations. </text></paragraph>

<paragraph id="H01044988496745FDBEDE3208AD1E3FE9" commented="no"><enum>(5)</enum><text

display-inline="yes-display-inline">A list of each partner force and country with respect to which United States Armed Forces have commanded, coordinated, participated in the movement of, or accompanied the regular or irregular forces of any foreign country or government that have engaged in hostilities or there existed an imminent threat that such forces would become engaged in hostilities, includingâ€"</text>

<subparagraph id="H29AD1D9D42CE4040986994DB02EA648E" commented="no"><enum>(A)</enum><text>a delineation of any such instances in which such United States Armed Forces were or were not operating under the Authorization for Use of Military Force; and</text></subparagraph>

<subparagraph id="HCA46B065721D467F9BC48C6DE6B54CF0" commented="no"><enum>(B)</enum><text>a determination of whether the foreign forces, irregular forces, groups, or individuals against which such hostilities occurred are covered by such law.</text></subparagraph></paragraph>

<paragraph id="HC443B65B8E084E1C8D077F46B16965F1"><enum>(6)</enum><text display-inline="yes-display-inline">A description of the actual and proposed contributions, including financing, equipment, training, troops, and logistical support, provided by each foreign country that participates in any international coalition with the United States to combat a country or organization described in the Authorization for Use of Military Force.</text></paragraph></subsection>

<subsection id="H528650CE30794B9B89F925F1E06BF56D"><enum>(c)</enum><header>Form</header><text>The information required under paragraphs (1) and (2) of subsection (b) shall be submitted in unclassified form. </text></subsection>

<subsection id="HA902A89F78544BCFBB3B9EDBBB3B932B"><enum>(d)</enum><header>Other reports</header><text>If United States Armed Forces are introduced into hostilities, or into situations where imminent involvement in hostilities is clearly indicated by the circumstances, against any country, organization, or person pursuant to statutory or constitutional authorities other than Authorization for Use of Military Force, the President shall comply with the reporting requirements underâ€"</text>

<paragraph id="H5F192CB687004DAB9ED256A0469424CC"><enum>(1)</enum><text display-inline="yes-display-inline">this section to the same extent and in the same manner as if such actions had been taken under Authorization for Use of Military Force; </text></paragraph>

<paragraph id="HB8506B4D3B9A41E0837CD6B3D42890C2"><enum>(2)</enum><text>the War Powers Resolution (50 U.S.C. 1541 et seq.); and </text></paragraph>

<paragraph id="H29625BC670034AFD996E441F99479E70"><enum>(3)</enum><text>any other applicable provision of law. </text></paragraph></subsection>

<subsection id="H77D6ABEE338C4F7EAFF18EF658BB16F1"><enum>(e)</enum><header>Briefings</header><text> At least once during each 180-day period described in subsection (a), the President shall provide to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a briefing on the matters covered by the report required under this section for such period.</text></subsection></section></subtitle></title>

<title id="HDE5DBE477D964C9D9DB9A87D81022BC6"><enum>XIII</enum><header>Cooperative Threat Reduction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HDE5DBE477D964C9D9DB9A87D81022BC6" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HCA166B9CBE2F449CA529A29D6B1228FB" level="section">Sec.â€,1301.â€, Funding allocations; specification of cooperative threat reduction funds.</toc-entry></toc>

<section id="HCA166B9CBE2F449CA529A29D6B1228FB" section-type="section-one"><enum>1301.</enum><header>Funding allocations; specification of cooperative threat reduction funds</header>

<subsection id="H7DCC07962D0D40DC86A77146D7CD1CAD"><enum>(a)</enum><header>Funding allocations</header><text display-inline="yes-display-inline">Of the $338,700,000

authorized to be appropriated to the Department of Defense for fiscal year 2010 in section 301 and made available by the funding table in division D for the Department of Defense Cooperative Threat Reduction Program established under section 1321 of the Department of Defense Cooperative Threat Reduction Act (50 U.S.C. 3711), the following amounts may be obligated for the purposes specified:</text>

<paragraph id="H4F757CE7EA454C0FA187528193DD8AFB"><enum>(1)</enum><text display-inline="yes-display-inline">For strategic offensive arms elimination, $492,000.</text></paragraph>

<paragraph id="H10D462FED54D46B7B61F0C4710CCAA89"><enum>(2)</enum><text display-inline="yes-display-inline">For chemical weapons destruction, $12,856,000.</text></paragraph>

<paragraph id="H72896ADD7833416DA276FCDFBE1C8C6E"><enum>(3)</enum><text display-inline="yes-display-inline">For global nuclear security, $33,919,000.</text></paragraph>

<paragraph id="H76924BEB6C1A45F0A82B177F0EF8988B"><enum>(4)</enum><text display-inline="yes-display-inline">For cooperative biological engagement, $183,642,000.</text></paragraph>

<paragraph id="H07F6E95422A74ABBB65A4C46C91C6418"><enum>(5)</enum><text display-inline="yes-display-inline">For proliferation prevention, $79,869,000.</text></paragraph>

<paragraph id="HF4AE21D988B8465AA3A8752F52B34B22"><enum>(6)</enum><text display-inline="yes-display-inline">For activities designated as Other Assessments/Administrative Costs, $27,922,000.</text></paragraph></subsection>

<subsection id="HE0315AA190FC4BF594FD0667A31508EC"><enum>(b)</enum><header>Specification of cooperative threat reduction funds</header><text display-inline="yes-display-inline">Funds appropriated pursuant to the authorization of appropriations in section 301 and made available by the funding table in division D for the Department of Defense Cooperative Threat Reduction Program shall be available for obligation for fiscal years 2020, 2021, and 2022.</text></subsection></section></title>

<title id="H9869F1DF992D4F039D480E535C21DDAF"><enum>XIV</enum><header>Other Authorizations</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H9869F1DF992D4F039D480E535C21DDAF" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H56DF4611060949179779BD9CCD510DDF" level="subtitle">Subtitle Aâ€"Military programs</toc-entry>

<toc-entry idref="H0ADB8052140D44B4ADD98B191412CA15" level="section">Sec.â€,1401.â€,Working capital funds.</toc-entry>

<toc-entry idref="H106F8CC5DD744F62B495807C4BF720E3" level="section">Sec.â€,1402.â€,Chemical agents and munitions destruction, defense.</toc-entry>

<toc-entry idref="H3FD51E9E60AD4C15896BCC9874A45B9A" level="section">Sec.â€,1403.â€,Drug interdiction and counter-drug activities, defense-wide.</toc-entry>

<toc-entry idref="H6387368C4A854CC58E5F1F400D33BFA8" level="section">Sec.â€,1404.â€,Defense inspector general.</toc-entry>

<toc-entry idref="HE4C7E16770C34E5B83D4BC0A4EFF9642" level="section">Sec.â€,1405.â€,Defense health program.</toc-entry>

<toc-entry idref="H6375265F8F3841EFB7E1531AB5D964B5" level="subtitle">Subtitle Bâ€"Other matters</toc-entry>

<toc-entry idref="HAC1EE2A59A5045299C7A6218CE960BEF" level="section">Sec.â€,1411.â€,Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois.</toc-entry>

<toc-entry idref="H516952D194254373A2CA049371CDFDF4" level="section">Sec.â€,1412.â€,Authorization of appropriations for Armed Forces Retirement Home.</toc-entry></toc>

<subtitle id="H56DF4611060949179779BD9CCD510DDF"><enum>A</enum><header>Military programs</header>

<section id="H0ADB8052140D44B4ADD98B191412CA15"><enum>1401.</enum><header>Working capital funds</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for providing capital for working capital and revolving funds, as specified in the funding table in section 4501.</text></section>

<section id="H106F8CC5DD744F62B495807C4BF720E3"><enum>1402.</enum><header>Chemical agents and munitions destruction, defense</header>

<subsection id="HA4DF564B28CE4CB993328B97570E6694"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for Chemical Agents and Munitions Destruction, Defense, as specified in the funding table in section 4501.</text></subsection>

<subsection id="H67B2F42FA0E74E7085F4FB29DA576B93"><enum>(b)</enum><header>Use</header><text>Amounts authorized to be appropriated under subsection (a) are authorized forâ€"</text>

<paragraph id="H89617C72F0884C0785B8F0666D17E150"><enum>(1)</enum><text>the destruction of lethal chemical agents and munitions in accordance with section 1412 of the Department of Defense Authorization Act, 1986 (50 U.S.C. 1521); and</text></paragraph>

<paragraph id="H6F43CD703BB542EEBFC7F21AAE20A170"><enum>(2)</enum><text>the destruction of chemical warfare materiel of the United States that is not covered by section 1412 of such Act.</text></paragraph></subsection></section>

<section id="H3FD51E9E60AD4C15896BCC9874A45B9A"><enum>1403.</enum><header>Drug interdiction and counter-drug activities, defense-wide</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4501.</text></section>

<section id="H6387368C4A854CC58E5F1F400D33BFA8"><enum>1404.</enum><header>Defense inspector general</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for the Office of the Inspector General of the Department of Defense, as specified in the funding table in section 4501.</text></section>

<section id="HE4C7E16770C34E5B83D4BC0A4EFF9642"><enum>1405.</enum><header>Defense health program</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the Defense Health Program for use of the Armed Forces and other activities and agencies of the Department of Defense for providing for the health of eligible beneficiaries, as specified in the funding table in section 4501.</text></section></subtitle>

<subtitle id="H6375265F8F3841EFB7E1531AB5D964B5"><enum>B</enum><header>Other matters</header>

<section id="HAC1EE2A59A5045299C7A6218CE960BEF"><enum>1411.</enum><header>Authority for transfer of funds to joint Department of Defense-Department of Veterans Affairs Medical Facility Demonstration Fund for Captain James A. Lovell Health Care Center, Illinois</header>

<subsection id="H346925D93946429AA5B5CF5438257E9D"><enum>(a)</enum><header>Authority for transfer of funds</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by section 1405 and available for the Defense Health Program for operation and maintenance, $127,000,000 may be transferred by the Secretary of Defense to the Joint Department of Defenseâ€"Department of Veterans Affairs Medical Facility Demonstration Fund established by subsection (a)(1) of section 1704 of the

National Defense Authorization Act for Fiscal Year 2010 (Public Law 111â€"84; 123 Stat. 2571). For purposes of subsection (a)(2) of such section 1704, any funds so transferred shall be treated as amounts authorized and appropriated specifically for the purpose of such a transfer.</text></subsection>

<subsection id="HD332A04769AE490FBAA0EE62B01DF900"><enum>(b)</enum><header>Use of transferred funds</header><text>For the purposes of subsection (b) of such section 1704, facility operations for which funds transferred under subsection (a) may be used are operations of the Captain James A. Lovell Federal Health Care Center, consisting of the North Chicago Veterans Affairs Medical Center, the Navy Ambulatory Care Center, and supporting facilities designated as a combined Federal medical facility under an operational agreement covered by section 706 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (Public Law 110â€"417; 122 Stat. 4500).</text></subsection></section>

<section id="H516952D194254373A2CA049371CDFDF4"><enum>1412.</enum><header>Authorization of appropriations for Armed Forces Retirement Home</header><text display-inline="no-display-inline">There is hereby authorized to be appropriated for fiscal year 2020 from the Armed Forces Retirement Home Trust Fund the sum of $64,300,000 for the operation of the Armed Forces Retirement Home.</text></section></subtitle></title>

<title id="H548F016267984BCB8D0C0893846091A0"><enum>XV</enum><header>Authorization of additional appropriations for overseas contingency operations</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H548F016267984BCB8D0C0893846091A0" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB74F324FBADF4C59A3191368FA24896E" level="section">Sec.â€,1501.â€,Purpose.</toc-entry>

<toc-entry idref="HC70D6EB51F89440BA0CA35D31BBC91FA" level="section">Sec.â€,1502.â€,Treatment as additional authorizations.</toc-entry>

<toc-entry idref="HA71AAC7129CF4BE38152B85B77A9779C" level="subtitle">Subtitle Aâ€"Authorization of appropriations for overseas contingency operations</toc-entry>

<toc-entry idref="H6A3914AA4AC74AF0B826D00594BE8E1A" level="section">Sec.â€,1511.â€,Overseas contingency operations.</toc-entry>

<toc-entry idref="H3875B8F4AD5C449B94A63D30729B07EF" level="section">Sec.â€,1512.â€,Procurement.</toc-entry>

<toc-entry idref="H9F5F06DA268D49978E1BF6397D8A5CA6" level="section">Sec.â€,1513.â€, Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="HB490909711FD4A1D8575CE4B23D27155" level="section">Sec.â€,1514.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="HD02A94BC890D495EA17103A83B12314E" level="section">Sec.â€,1515.â€,Military personnel.</toc-entry>

<toc-entry idref="HE17A0CC23ED04EDCA39C271E8ABE974B" level="section">Sec.â€,1516.â€,Working capital funds.</toc-entry>

<toc-entry idref="H0532ED0D529D41689DB1D1319D20AD4F" level="section">Sec.â€,1517.â€,Drug interdiction and counter-drug activities, defense-wide.</toc-entry>

<toc-entry idref="H3F413F2092E54F7EBEC415188DCE374E" level="section">Sec.â€,1518.â€,Defense inspector general.</toc-entry>

<toc-entry idref="H54ED504F410A4F1F82B61620ED40353D" level="section">Sec.â€,1519.â€,Defense health program.</toc-entry>

<toc-entry idref="H518E36A6B00540FBB776606039B0BCAF" level="section">Sec.â€,1520.â€,Afghanistan security forces fund.</toc-entry>

<toc-entry idref="H90CFE0A829D344D09A7DE460983DCB9A" level="section">Sec.â€,1520A.â€,Special transfer authority.</toc-entry>

<toc-entry idref="H96703BF979CD4424BD887B26E2F85FF1" level="subtitle">Subtitle

Bâ€"Authorization of appropriations for emergency funds for recovery and restoration</toc-entry>

<toc-entry idref="H2BA3C7D1BB9245229F55E9D9D406373D" level="section">Sec.â€,1521.â€,Procurement.</toc-entry>

<toc-entry idref="HF2D0357A38E542BD8E15EE5526C6F16C" level="section">Sec.â€,1522.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H99F4ADD12C644E499CC115D3864D879D" level="section">Sec.â€,1523.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="HBD07D7B0D19B483883E62531C4216A34" level="section">Sec.â€,1524.â€,Restriction on transfer of funds authorized by this subtitle.</toc-entry> </toc>

<section id="HB74F324FBADF4C59A3191368FA24896E"><enum>1501.</enum><header>Purpose</header><text display-inline="no-display-inline">The purposes of this title are to authorize appropriations for the Department of Defense for fiscal year 2020â€"</text>

<paragraph id="H6896ADB5B3004C4199F36D50778C5DFD"><enum>(1)</enum><text>to provide additional funds for overseas contingency operations being carried out by the Armed Forces; and</text></paragraph>

<paragraph id="H546036CD586443CE9026B312957F40AC"><enum>(2)</enum><text>to provide additional emergency funds for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska that were impacted by natural disasters.</text></paragraph></section>

<section id="HC70D6EB51F89440BA0CA35D31BBC91FA"><enum>1502.</enum><header>Treatment as additional authorizations</header><text display-inline="no-display-inline">The amounts authorized to be appropriated by this title are in addition to amounts otherwise authorized to be appropriated by this Act.</text></section>

<subtitle id="HA71AAC7129CF4BE38152B85B77A9779C"><enum>A</enum><header>Authorization of appropriations for overseas contingency operations</header>

<section id="H6A3914AA4AC74AF0B826D00594BE8E1A"><enum>1511.</enum><header>Overseas contingency operations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the Department of Defense for overseas contingency operations in such amounts as may be designated as provided in section 251(b)(2)(A)(ii) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(ii)).</text></section>

<section id="H3875B8F4AD5C449B94A63D30729B07EF"><enum>1512.</enum><header>Procurement</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4102.</text></section>

<section id="H9F5F06DA268D49978E1BF6397D8A5CA6"><enum>1513.</enum><header> Research, development, test, and evaluation</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4202.</text></section>

<section id="HB490909711FD4A1D8575CE4B23D27155"><enum>1514.</enum><header>Operation and maintenance</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4302.</text></section>

<section id="HD02A94BC890D495EA17103A83B12314E"><enum>1515.</enum><header>Military personnel</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, military personnel accounts, as specified in the funding table in section 4402.</text></section>

<section id="HE17A0CC23ED04EDCA39C271E8ABE974B"><enum>1516.</enum><header>Working capital funds</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for providing capital for working capital and revolving funds, as specified in the funding table in section 4502.</text></section>

<section id="H0532ED0D529D41689DB1D1319D20AD4F"><enum>1517.</enum><header>Drug interdiction and counter-drug activities, defense-wide</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4502.</text></section>

<section id="H3F413F2092E54F7EBEC415188DCE374E"><enum>1518.</enum><header>Defense inspector general</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for the Office of the Inspector General of the Department of Defense, as specified in the funding table in section 4502.</text></section>

<section id="H54ED504F410A4F1F82B61620ED40353D"><enum>1519.</enum><header>Defense health program</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for fiscal year 2020 for expenses, not otherwise provided for, for the Defense Health Program, as specified in the funding table in section 4502.</text></section>

<section id="H518E36A6B00540FBB776606039B0BCAF" section-type="subsequent-section"><enum>1520.</enum><header>Afghanistan security forces fund</header>

<subsection id="H825C0CCB78E040D4BCC8982A762A9B6D"><enum>(a)</enum><header>Continuation of prior authorities and notice and reporting requirements</header><text>Funds available to the Department of Defense for the Afghanistan Security Forces Fund for fiscal year 2020 shall be subject to the conditions contained inâ€"</text>

<paragraph id="H8571CD6B9BA84F2FB61201E6AED51D4F"><enum>(1)</enum><text>subsections (b) through (f) of section 1513 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110â€"181; 122 Stat. 428); and</text></paragraph>

<paragraph id="H57CCA038128A46C99BC2299936016531"><enum>(2)</enum><text>section 1521(d)(1) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2577).</text></paragraph></subsection>

<subsection id="H84026C3F51D94280B254107D0C561109"><enum>(b)</enum><header>Equipment disposition</header>

<paragraph id="HF3A498777AB74A6EA19A33057A8111BC"><enum>(1)</enum><header>Acceptance of certain equipment</header><text>Subject to paragraph (2), the Secretary of Defense may accept equipment that is procured using amounts authorized to be appropriated for the Afghanistan Security Forces Fund by this Act and is intended for transfer to the security forces of the Ministry of Defense and the Ministry of the Interior of the Government of Afghanistan, but is not accepted by such security forces.</text></paragraph>

<paragraph id="H65A4FB168A39452BA7CC0051E586D83D"><enum>(2)</enum><header>Conditions on acceptance of equipment</header><text>Before accepting any equipment under the authority provided by paragraph (1), the Commander of United States forces in Afghanistan shall make a determination that such equipment was procured for the purpose of meeting requirements of the security forces of the Ministry of Defense and the Ministry of the Interior of the Government of Afghanistan, as agreed to by both the Government of Afghanistan and the Government of the United States, but is no longer required by such security forces or was damaged before transfer to such security forces.</text></paragraph>

<paragraph id="H33A39A7B5E0F42F588521AEA66D2B6E3"><enum>(3)</enum><header>Elements of determination</header><text>In making a determination under paragraph (2) regarding equipment, the Commander of United States forces in Afghanistan shall consider alternatives to the acceptance of such equipment by the Secretary. An explanation of each determination, including the basis for the determination and the alternatives considered, shall be included in the relevant quarterly report required under paragraph

(5).</text></paragraph>

<paragraph id="HB22BB5F527EC4C2CB8E2D3804451F124"><enum>(4)</enum><header>Treatment as department of defense stocks</header><text>Equipment accepted under the authority provided by paragraph (1) may be treated as stocks of the Department of Defense upon notification to the congressional defense committees of such treatment.</text></paragraph>

<paragraph id="H9ABBC64D490446F7A50A56046AF2027B"><enum>(5)</enum><header>Quarterly reports on equipment disposition</header>

<subparagraph id="H77E682CE231347A0BAA4D046E3953FE3"><enum>(A)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act and every 90-day period thereafter during which the authority provided by paragraph (1) is exercised, the Secretary shall submit to the congressional defense committees a report describing the equipment accepted during the period covered by such report under the following:</text>

<clause id="HBDCE68332F084D8BB0C9CA0481218FF5"><enum>(i)</enum><text>This subsection.</text></clause>

<clause id="H75DE8469CD7541DE8216460C92D58403"><enum>(ii)</enum><text>Section 1521(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2575).</text></clause>

<clause id="H3C822ED8CBF74FCBBCE779E93DF24637"><enum>(iii)</enum><text>Section 1531(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1088).</text></clause>

<clause id="H26B058645B6E4F13BCA4E2DE828DBD8A"><enum>(iv)</enum><text>Section 1532(b) of the Carl Levin and Howard P. <quote>Buck</quote> McKeon National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3613).</text></clause>

<clause id="H1658C81D453E474E9C35B7D47F084D9B"><enum>(v)</enum><text>Section 1531(d) of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 127 Stat. 938; 10 U.S.C. 2302 note).</text></clause></subparagraph>

<subparagraph id="HB502D5FF91C64825B323F7B12B9DE5B7"><enum>(B)</enum><header>Elements</header><text>Each report under subparagraph (A) shall include a list of all equipment that was accepted during the period covered by such report and treated as stocks of the Department of Defense and copies of the determinations made under paragraph (2), as required by paragraph (3).</text></subparagraph></paragraph></subsection>

<subsection id="H91AEE5DD24694E82A7326EEC70F5EC9B"><enum>(c)</enum><header>Security of afghan women</header>

<paragraph id="HA2B73E1ADE3D40889723A569BAF23283"><enum>(1)</enum><header>In general</header><text>Of the funds available to the Department of Defense for the Afghan Security Forces Fund for fiscal year 2020, it is the goal that $45,500,000, but in no event less than $10,000,000, shall be used forâ€"</text>

<subparagraph id="H9E43CA6F93944128837C98717C6995D9"><enum>(A)</enum><text>the recruitment, integration, retention, training, and treatment of women in the Afghan National Defense and Security Forces; and</text></subparagraph>

<subparagraph id="H3B3ADFB693CE48B798C6B5745DED243D"><enum>(B)</enum><text>the recruitment, training, and contracting of female security personnel for future elections.</text></subparagraph></paragraph>

<paragraph id="H19FDCAD5151C4077A49DBA3F66EB1FB4"><enum>(2)</enum><header>Types of programs and activities</header><text>Such programs and activities may includeâ€"</text>

<subparagraph id="H6591CDF492494E1AAFD1CF67D57AA8A6"><enum>(A)</enum><text>efforts to recruit and retain women into the Afghan National Defense and Security Forces, including the special operations forces;</text></subparagraph>

<subparagraph id="H0E7BDCB58B284F829F5AB8E2A7B3FBD6"><enum>(B)</enum><text>programs and activities of the Directorate of Human Rights and Gender Integration of the Ministry of Defense of Afghanistan and the Office of Human Rights, Gender and Child Rights of the

Ministry of Interior of Afghanistan;</text></subparagraph>

<subparagraph id="H7F030F19B09F477B8ADC33B82DF72386"><enum>(C)</enum><text>development and dissemination of gender and human rights educational and training materials and programs within the Ministry of Defense and the Ministry of Interior of Afghanistan;</text></subparagraph>

<subparagraph id="H5E72F954B1854631B10E155B44F977AB"><enum>(D)</enum><text>efforts to address harassment and violence against women within the Afghan National Defense and Security Forces;</text></subparagraph>

<subparagraph id="HB2914CD4FA384E29A317116DD0D981A2"><enum>(E)</enum><text>improvements to infrastructure that address the requirements of women serving in the Afghan National Defense and Security Forces, including appropriate equipment for female security and police forces, and transportation for policewomen to their station;</text></subparagraph>

<subparagraph id="HC592E657920F4253A11A37A40DCA841E"><enum>(F)</enum><text>support for Afghanistan National Police Family Response Units;</text></subparagraph>

<subparagraph id="HA8C35B119AF84D39B1E2E72380BF49A2"><enum>(G)</enum><text>security provisions for high-profile female police and military officers;</text></subparagraph>

<subparagraph id="HF2B33D2CD76B40D58C0255EFCEB77821"><enum>(H)</enum><text>programs to promote conflict prevention, management, and resolution through the meaningful participation of Afghan women in the Afghan National Defense and Security Forces, by exposing Afghan women and girls to the activities of and careers available with such forces, encouraging their interest in such careers, or developing their interest and skills necessary for service in such forces; and</text></subparagraph>

<subparagraph id="H43B4B69C9B4D4F7AAC40D88607D95BD5"><enum>(I)</enum><text>enhancements to Afghan National Defense and Security Forces recruitment programs for targeted advertising with the goal of increasing the number of female recruits.</text></subparagraph></paragraph></subsection>

<subsection id="H178DE7E7E8CA43BAACB34A7BA112086C"><enum>(d)</enum><header>Assessment of Afghanistan progress on objectives</header>

<paragraph id="HC8598061B7074541B7F63396356D91FF"><enum>(1)</enum><header>Assessment required</header><text>Not later than June 1, 2020, the Secretary of Defense shall, in consultation with the Secretary of State, submit to the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives and the Committee on Armed Services and the Committee on Foreign Relations of the Senate an assessment describingâ€"</text>

<subparagraph id="H1F7798500821453088F79C4887D89F4E"><enum>(A)</enum><text>the progress of the Government of the Islamic Republic of Afghanistan toward meeting shared security objectives; and</text></subparagraph>

<subparagraph id="HBAF48F97331F4155834EB16490508DE1"><enum>(B)</enum><text>the efforts of the Government of the Islamic Republic of Afghanistan to manage, employ, and sustain the equipment and inventory provided under subsection (a).</text></subparagraph></paragraph>

<paragraph id="H1FFBAB929B314006BE92B45FEF981116"><enum>(2)</enum><header>Matters to be included</header><text>In conducting the assessment required by paragraph (1), the Secretary of Defense shall include each of the following:</text>

<subparagraph id="HDA0D84465A0940BEBFEA412F35EDD8A4"><enum>(A)</enum><text>The extent to which the Government of Afghanistan has a strategy for, and has taken steps toward, increased accountability and the reduction of corruption within the Ministry of Defense and the Ministry of Interior of Afghanistan.</text></subparagraph>

<subparagraph id="H5C4DAAF912FA4B34AF0A7FFFDBCE5D65"><enum>(B)</enum><text>The extent to which the capability and capacity of the Afghan National Defense and Security Forces have improved as a result of Afghanistan Security Forces Fund investment, including through training, and an articulation of the metrics used to assess such improvements.</text></subparagraph>

<subparagraph id="HDB7853BF0AC44B0D908CC8B05B6F17DD"><enum>(C)</enum><text>The extent to which the Afghan National Defense and Security Forces have been able to increase

pressure on the Taliban, al-Qaeda, the Haqqani network, the Islamic State of Iraq and Syria-Khorasan, and other terrorist organizations, including by re-taking territory, defending territory, and disrupting attacks.</text></subparagraph>

<subparagraph id="H6DF1A38B10B84088A6E1E560B88CC947"><enum>(D)</enum><text>The distribution practices of the Afghan National Defense and Security Forces and whether the Government of Afghanistan is ensuring that supplies, equipment, and weaponry supplied by the United States are appropriately distributed to, and employed by, security forces charged with fighting the Taliban and other terrorist organizations.</text></subparagraph>

<subparagraph id="H2828EB52960441C5A265B2B3D410E87A"><enum>(E)</enum><text display-inline="yes-display-inline">A description ofâ€"</text>

<clause id="H127AEF1CA8EE4B36B8C6E82B781E3CAE"><enum>(i)</enum><text>the policy governing the use of Acquisition and Cross Servicing Agreements (ACSA) in Afghanistan;</text></clause>

<clause id="H272856BAF2CA4217B3CB38FF483E60B0"><enum>(ii)</enum><text>each ACSA transaction by type, amount, and recipient for the period beginning on October 1, 2018, and ending December 31, 2019; and</text></clause>

<clause id="H8FA0D26422F6478FB6EDB20CB929A865"><enum>(iii)</enum><text>for any transactions from the United States to Afghan military forces, an explanation for why such transaction was not carried out under the authorities of the Afghanistan Security Forces Fund.</text></clause></subparagraph>

<subparagraph id="HCDC40B26578E46A6AFBF593FEFEA6AE5"><enum>(F)</enum><text>The extent to which the Government of Afghanistan has designated the appropriate staff, prioritized the development of relevant processes, and provided or requested the allocation of resources necessary to support a peace and reconciliation process in Afghanistan.</text></subparagraph>

<subparagraph id="HFCCC37C7C88B4AAE995CB170F23FD6B2"><enum>(G)</enum><text>A description of the ability of the Ministry of Defense and the Ministry of Interior of Afghanistan to manage and account for previously divested equipment, including a description of any vulnerabilities or weaknesses of the internal controls of such Ministry of Defense and Ministry of Interior and any plan in place to address shortfalls.</text></subparagraph>

<subparagraph id="HE9EA551073224D6FB69A85655DC7FA3B"><enum>(H)</enum><text>A description of any significant irregularities in the divestment of equipment to the Afghan National Defense and Security Forces during the period beginning on May 1, 2019, and ending on May 1, 2020, including any major losses of such equipment or any inability on the part of the Afghan National Defense and Security Forces to account for equipment so procured.</text></subparagraph>

<subparagraph id="HA49EAEF5AC3D4B56950F6B45506611DB"><enum>(I)</enum><text>A description of the sustainment and maintenance costs required during the 5-year period beginning on the date of the enactment of this Act, for major weapons platforms previously divested, and a description of the plan for the Afghan National Defense and Security Forces to maintain such platforms in the future.</text></subparagraph>

<subparagraph id="HC5AC54AA77E74F9ABC353C610B416F11"><enum>(J)</enum><text>The extent to which the Government of Afghanistan is adhering to conditions for receiving assistance established in annual financial commitment letters or any other bilateral agreements with the United States.</text></subparagraph>

<subparagraph id="H42AACBCDAF164AF9A86EBAF51D9CEC7E"><enum>(K)</enum><text display-inline="yes-display-inline">The extent to which the Government of Afghanistan has made progress in achieving security sector benchmarks as outlined by the United States-Afghan Compact (commonly known as the <quote>Kabul Compact</quote>) and a description of any other documents, plans, or agreements used by the United States to measure security sector progress.</text></subparagraph>

<subparagraph id="H86D22A161C6D4B0C9F9F0491BDB1D94D"><enum>(L)</enum><text>Such other factors as the Secretaries consider appropriate.</text></subparagraph></paragraph>

<paragraph id="HDD1916E200C54ECA8D28C751161DB06E"><enum>(3)</enum><header>Form</header><text>The assessment required by paragraph (1) shall be submitted in unclassified form, but may

include a classified annex.</text></paragraph>

<paragraph id="H98B365128D26493E916D82266386CDA2"><enum>(4)</enum><header>Withholding of assistance for insufficient progress</header>

<subparagraph id="H348FEA9EA3A848A0BE3B63A637DCD2FE"><enum>(A)</enum><header>In general</header><text>If the Secretary of Defense determines, in coordination with the Secretary of State and pursuant to the assessment under paragraph (1), that the Government of Afghanistan has made insufficient progress in the areas described in paragraph (2), the Secretary of Defense shallâ€"</text>

<clause id="HDA5EEBAF0BAF471A93E3096189583109"><enum>(i)</enum><text>withhold $480,000,000, to be derived from amounts made available for assistance for the Afghan National Defense and Security Forces, from expenditure or obligation until the date on which the Secretary certifies to the congressional defense committees that the Government of Afghanistan has made sufficient progress; and</text></clause>

<clause id="H5B7F09D79DB44E08B6C63B00FFC3FD50"><enum>(ii)</enum><text>notify the congressional defense committees not later than 30 days before withholding such funds.</text></clause></subparagraph>

<subparagraph id="H163FA5F503914B38BD62B090AF4157AD"><enum>(B)</enum><header>Waiver</header><text>If the Secretary of Defense determines that withholding such assistance would impede the national security objectives of the United States by prohibiting, restricting, delaying, or otherwise limiting the provision of assistance, the Secretary may waive the withholding requirement under subparagraph (A) if the Secretary, in coordination with the Secretary of State, certifies such determination to the congressional defense committees not later than 30 days before the effective date of the waiver.</text></subparagraph></paragraph></subsection>

<subsection id="HCA02F8AFB79C45FE9E9E5766B2754F25"><enum>(e)</enum><header>Additional reporting requirements</header><text>The Secretary of Defense shall include in the materials submitted in support of the budget for fiscal year 2021 that is submitted by the President under section 1105(a) of title 31, United States Code, each of the following:</text>

<paragraph id="H4643A8E47CB24391B3513CF370B4395C"><enum>(1)</enum><text>The amount of funding provided in fiscal year 2019 through the Afghanistan Security Forces Fund to the Government of Afghanistan in the form of direct government-to-government assistance or on-budget assistance for the purposes of supporting any entity of such government, including the Afghan National Defense and Security Forces, the Afghan Ministry of Interior, or the Afghan Ministry of Defense.</text></paragraph>

<paragraph id="H6CA4E11F4CEF407FA38E52FFDF0B335B"><enum>(2)</enum><text>The amount of funding provided and anticipated to be provided, as of the date of the submission of the materials, in fiscal year 2020 through such Fund in such form.</text></paragraph>

<paragraph id="H3A08059C0E3E4291BCB7EB0B867ADFAB"><enum>(3)</enum><text>To the extent the amount described in paragraph (2) exceeds the amount described in paragraph (1), an explanation as to the reason why the such amount is greater and the specific entities and purposes that were supported by such increase.</text></paragraph></subsection></section>

<section id="H90CFE0A829D344D09A7DE460983DCB9A" section-type="subsequent-section"><enum>1520A.</enum><header>Special transfer authority</header>

<subsection id="H9CA7E69B91604946B1B3527F1D47B2DD"><enum>(a)</enum><header>Authority to transfer authorizations</header>

<paragraph id="HBFE3CD91FE0E4722BA84960AE16B16D9"><enum>(1)</enum><header>Authority</header><text> Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this subtitle for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with and be available for the same purposes as the authorization to which transferred.</text></paragraph>

<paragraph id="H482FD037A4BF46EFB7485993EA7C8717"><enum>(2)</enum><header>Limitation</header><text

>The total amount of authorizations that the Secretary may transfer under the authority of this subsection may not exceed $2,000,000,000.</text></paragraph></subsection>

<subsection id="HED60767B8B0640AFB6A7DE08D8890FD1"><enum>(b)</enum><header>Terms and conditions</header><text>Transfers under this section shall be subject to the same terms and conditions as transfers under section 1001.</text></subsection>

<subsection id="H7F1BCB6401734D8099C7D21656791857"><enum>(c)</enum><header>Additional authority</header><text>The transfer authority provided by this section is in addition to the transfer authority provided under section 1001.</text></subsection></section></subtitle>

<subtitle id="H96703BF979CD4424BD887B26E2F85FF1"><enum>B</enum><header>Authorization of appropriations for emergency funds for recovery and restoration</header>

<section id="H2BA3C7D1BB9245229F55E9D9D406373D" section-type="subsequent-section"><enum>1521.</enum><header>Procurement</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for procurement accounts for the Army, the Navy and the Marine Corps, the Air Force, and Defense-wide activities, as specified in the funding table in section 4103.</text></section>

<section id="HF2D0357A38E542BD8E15EE5526C6F16C" section-type="subsequent-section"><enum>1522.</enum><header>Research, development, test, and evaluation</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Department of Defense for research, development, test, and evaluation, as specified in the funding table in section 4203.</text></section>

<section id="H99F4ADD12C644E499CC115D3864D879D" section-type="subsequent-section"><enum>1523.</enum><header>Operation and maintenance</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the use of the Armed Forces and other activities and agencies of the Department of Defense for expenses, not otherwise provided for, for operation and maintenance, as specified in the funding table in section 4303.</text></section>

<section id="HBD07D7B0D19B483883E62531C4216A34" section-type="subsequent-section"><enum>1524.</enum><header>Restriction on transfer of funds authorized by this subtitle</header>

<subsection id="H93BBB774D3F145049636EFD1EEB499D6"><enum>(a)</enum><header>Authority</header><text display-inline="yes-display-inline">Upon determination by the Secretary of Defense that such action is necessary in the national interest, the Secretary may transfer amounts of authorizations made available to the Department of Defense in this subtitle for fiscal year 2020 between any such authorizations for that fiscal year (or any subdivisions thereof). Amounts of authorizations so transferred shall be merged with the authorization to which transferred and shall be available for the recovery and restoration of military missions and activities at military installations in California, Florida, North Carolina, and Nebraska impacted by natural disasters.</text></subsection>

<subsection id="H284E9A6935444C2EB44EF654E235E4EF"><enum>(b)</enum><header>Additional authority</header><text display-inline="yes-display-inline">The transfer authority provided by this section is in addition to the transfer authority provided under sections 1001 and 1520A.</text></subsection>

<subsection id="H8A55FFFAE81A44D587339A50C05E0CF3"><enum>(c)</enum><header>Terms and conditions</header><text>Transfers under this section shall be subject to the same terms and conditions as transfers under section 1001.</text></subsection></section></subtitle></title>

<title id="HFE4D0C87697D44E6922D3B3BC05B27DA"><enum>XVI</enum><header>Strategic Programs, Cyber, and Intelligence Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HFE4D0C87697D44E6922D3B3BC05B27DA" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HFD33B62E966F4EA595EF7602000C4425" level="subtitle">Subtitle Aâ€"Space Activities</toc-entry>

<toc-entry idref="H6072F892A7F742C0A1591A5B9661275D" level="section">Sec.â€‚1601.â€‚Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command.</toc-entry>

<toc-entry idref="H88C88E3C2ECA4B4982CEB940BDF1B85F" level="section">Sec.â€‚1602.â€‚Coordination of modernization efforts relating to military-code capable GPS receiver cards.</toc-entry>

<toc-entry idref="H883348FE733447C49F586DB058D4982D" level="section">Sec.â€‚1603.â€‚Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System.</toc-entry>

<toc-entry idref="HB8D62B54D3474552A0204038CF6F5AF2" level="section">Sec.â€‚1604.â€‚Annual determination on plan on full integration and exploitation of overhead persistent infrared capability.</toc-entry>

<toc-entry idref="HD32F3EBD1A0C4A4FAD18A196B12B4767" level="section">Sec.â€‚1605.â€‚Space-based environmental monitoring mission requirements.</toc-entry>

<toc-entry idref="H1516B3A3E3114656AE62A0E821D42359" level="section">Sec.â€‚1606.â€‚Resilient enterprise ground architecture.</toc-entry>

<toc-entry idref="H09F95D549AE74944B607F3C71B0E0E32" level="section">Sec.â€‚1607.â€‚Prototype program for multi-global navigation satellite system receiver development.</toc-entry>

<toc-entry idref="H0854E70788C6410096EC97233B64E903" level="section">Sec.â€‚1608.â€‚Commercial space situational awareness capabilities.</toc-entry>

<toc-entry idref="HE719D699BEAF4E778FE94D7FA02C4324" level="section">Sec.â€‚1609.â€‚Program to enhance and improve launch support and infrastructure.</toc-entry>

<toc-entry idref="H2B9940190AA345E692111116A07694B6" level="section">Sec.â€‚1610.â€‚Preparation to implement plan for use of allied launch vehicles.</toc-entry>

<toc-entry idref="H68F146F6FABB4FD49C5759B66753C4CA" level="section">Sec.â€‚1611.â€‚Independent study on plan for deterrence in space.</toc-entry>

<toc-entry idref="H06836B9DDFFB451C9FF7F1F85C61E32E" level="section">Sec.â€‚1612.â€‚Study on leveraging diverse commercial satellite remote sensing capabilities.</toc-entry>

<toc-entry idref="H334F23E4847D4BD5BEF4460CF52642D8" level="section">Sec.â€‚1613.â€‚Annual report on Space Command and Control program.</toc-entry>

<toc-entry idref="H7806D9C4A8EA46D9B99708446E1DEA0D" level="section">Sec.â€‚1614.â€‚Report on space debris.</toc-entry>

<toc-entry idref="HCC60BDB0151F4932AFC323F20A75D9E7" level="subtitle">Subtitle Bâ€"Defense Intelligence and Intelligence-Related Activities</toc-entry>

<toc-entry idref="H0EF5C5EA66E94300A25446F2BCDE563E" level="section">Sec.â€‚1621.â€‚Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security.</toc-entry>

<toc-entry idref="HC179170BFE334FB0896D963FC510167D" level="section">Sec.â€‚1622.â€‚Modifications to ISR Integration Council and annual briefing requirements.</toc-entry>

<toc-entry idref="H8AE729A97B3541EAAB42408EC9DCEDA4" level="section">Sec.â€‚1623.â€‚Modification of annual authorization of appropriations for National Flagship Language Initiative.</toc-entry>

<toc-entry idref="HF4453BC30B084DDF9BAB4F0720E8C664" level="section">Sec.â€‚1624.â€‚Improving the onboarding methodology for intelligence

personnel.</toc-entry>

<toc-entry idref="H0E12C3D5ACCC4E5EA2240A0224974142" level="section">Sec.â€‚1625.â€‚Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data.</toc-entry>

<toc-entry idref="H8A7B855F816949C3BA4167DEC180B6CD" level="section">Sec.â€‚1626.â€‚Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements.</toc-entry>

<toc-entry idref="HB156B74333D04CB79AE133F5775EC4EC" level="section">Sec.â€‚1627.â€‚Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H409707DC68A34F9BB63B0B79E8B6D430" level="section">Sec.â€‚1628.â€‚Report on the expanded purview of the Defense Counterintelligence and Security Agency.</toc-entry>

<toc-entry idref="H1AD864C142794FF29F4ABFA8B5335FD8" level="section">Sec.â€‚1629.â€‚Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities.</toc-entry>

<toc-entry idref="HDFD1D38F5B5544B0AA0E7CF40E5F4077" level="subtitle">Subtitle Câ€"Cyberspace-Related Matters</toc-entry>

<toc-entry idref="HDC33CABAB33449BF993B922F1D64E37D" level="section">Sec.â€‚1631.â€‚Matters relating to military operations in the information environment.</toc-entry>

<toc-entry idref="H74D96D8F146546F49C6899C0B02D6C03" level="section">Sec.â€‚1632.â€‚Notification requirements for sensitive military cyber operations.</toc-entry>

<toc-entry idref="HAFEE3B18172343C2B276E2205070AB83" level="section">Sec.â€‚1633.â€‚Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense.</toc-entry>

<toc-entry idref="HE74D9DEEE20E4F2381BFA4AB4E4C351B" level="section">Sec.â€‚1634.â€‚Quarterly assessments of the readiness of Cyber Mission Forces.</toc-entry>

<toc-entry idref="HE0A9EB25A05248B3ADC757DB986FBC15" level="section">Sec.â€‚1635.â€‚Cyber posture review.</toc-entry>

<toc-entry idref="HB20E14973FCF48FABF52B1D6A44E9C6A" level="section">Sec.â€‚1636.â€‚Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command.</toc-entry>

<toc-entry idref="HDE8B1064BE554670B138FEDB0B58D79B" level="section">Sec.â€‚1637.â€‚Modification of cyber scholarship program.</toc-entry>

<toc-entry idref="H32DB56F9F9474A99A9FF92770B7F146D" level="section">Sec.â€‚1638.â€‚Tier 1 exercise of support to civil authorities for a cyber incident.</toc-entry>

<toc-entry idref="HD490109F3B1449BA8323F390D656D81C" level="section">Sec.â€‚1639.â€‚Extension of the Cyberspace Solarium Commission.</toc-entry>

<toc-entry idref="H10DAF99AB2D142C2A1401ACD286ABE41" level="section">Sec.â€‚1640.â€‚Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects.</toc-entry>

<toc-entry idref="H6C26538D57384836BAC5B44D3E73CBB8" level="section">Sec.â€‚1641.â€‚Role of Chief Information Officer in improving enterprise-wide cybersecurity.</toc-entry>

<toc-entry idref="HADF19202A04C4857BD86F90D7B6AD6EE"

level="section">Sec.â€,1642.â€,Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace.</toc-entry>

<toc-entry idref="H661E163742CC405C9FB69BCD1F397D91" level="section">Sec.â€,1643.â€,Limitation of funding for Consolidated Afloat Networks and Enterprise Services.</toc-entry>

<toc-entry idref="H0C727E3010524EEBAD9D7AC92E90B3EE" level="section">Sec.â€,1644.â€,Annual military cyberspace operations report.</toc-entry>

<toc-entry idref="HE63F3E4DC6F9484AA324C9DA60040B87" level="section">Sec.â€,1645.â€,Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities.</toc-entry>

<toc-entry idref="HF510AB1A8A7B46AC8E7D782E4E243F66" level="section">Sec.â€,1646.â€,Control and analysis of Department of Defense data stolen through cyberspace.</toc-entry>

<toc-entry idref="HC0485C3BC67D48BDA39B02724A54C9EC" level="section">Sec.â€,1647.â€,Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products.</toc-entry>

<toc-entry idref="H687CC66681AA4A8DB6AFC9C25B715821" level="section">Sec.â€,1648.â€,Framework to enhance cybersecurity of the United States defense industrial base.</toc-entry>

<toc-entry idref="H709EAB3F27354D2D925E55BD5F4D0AE9" level="section">Sec.â€,1649.â€,Report on cybersecurity training programs.</toc-entry>

<toc-entry idref="H89307DC272FF4C409ECB07DCF1A889A2" level="section">Sec.â€,1650.â€,National Security Presidential Memorandums relating to Department of Defense operations in cyberspace.</toc-entry>

<toc-entry idref="H937858E186F3476D976AB151B629ADA4" level="section">Sec.â€,1651.â€,Reorientation of Big Data Platform program.</toc-entry>

<toc-entry idref="HBF7CFF5240474CB5B9A4B22CEBA74C04" level="section">Sec.â€,1652.â€,Zero-based review of Department of Defense cyber and information technology personnel.</toc-entry>

<toc-entry idref="H0EA0AFF0CF8644298FCEB87826D56AD6" level="section">Sec.â€,1653.â€,Study on improving cyber career paths in the Navy.</toc-entry>

<toc-entry idref="HA4ABE9726B23459291F575024A5E2D04" level="section">Sec.â€,1654.â€,Accreditation standards and processes for cybersecurity and information technology products and services.</toc-entry>

<toc-entry idref="H1490D1EC6823455E816F2B210C5C30DB" level="section">Sec.â€,1655.â€,Study on future cyber warfighting capabilities of Department of Defense.</toc-entry>

<toc-entry idref="H4258FD56FD664C9585CB78A948E95DFD" level="section">Sec.â€,1656.â€,Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquartersâ€"Cyber Organizations, Joint Mission Operations Centers, and Cyber Operationsâ€"Integrated Planning Elements.</toc-entry>

<toc-entry idref="HCF92C06ADB1C4973B5E28B73FB1C00A7" level="section">Sec.â€,1657.â€,Cyber governance structures and Principal Cyber Advisors on military cyber force matters.</toc-entry>

<toc-entry idref="H31A5EE280A63405A9127038845886CE8" level="section">Sec.â€,1658.â€,Designation of test networks for testing and accreditation of cybersecurity products and services.</toc-entry>

<toc-entry idref="HCACED52A9DF642B285C6FF7E60512375" level="section">Sec.â€,1659.â€,Consortia of universities to advise Secretary of Defense on cybersecurity matters.</toc-entry>

<toc-entry idref="HFFA0DF923AC74E779F3C736FB37D67CB"

level="section">Sec.â€,1660.â€,Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements.</toc-entry>

<toc-entry idref="H239143AE08204A3A95DBAB020EC00D16" level="subtitle">Subtitle Dâ€"Nuclear Forces</toc-entry>

<toc-entry idref="HA2CF26DDE66F48758209070E9B90BF57" level="section">Sec.â€,1661.â€,Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System.</toc-entry>

<toc-entry idref="H848FECAD97294F9492FE1C4B6BD14FF4" level="section">Sec.â€,1662.â€,Modification of authorities relating to nuclear command, control, and communications system.</toc-entry>

<toc-entry idref="HC8C42EAA6186447783B39AAC12AD46E2" level="section">Sec.â€,1663.â€,Briefings on meetings held by Nuclear Weapons Council.</toc-entry>

<toc-entry idref="HA0829A386AFA4AC8826C4FEA3CD72134" level="section">Sec.â€,1664.â€,Consideration of budget matters at meetings of Nuclear Weapons Council.</toc-entry>

<toc-entry idref="H9BE6215C172A4E3C9A62634FE839F30E" level="section">Sec.â€,1665.â€,Improvement to annual report on the modernization of the nuclear weapons enterprise.</toc-entry>

<toc-entry idref="H7C94C247D6BE44998C0B946D0FEBCBB6" level="section">Sec.â€,1666.â€,Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system.</toc-entry>

<toc-entry idref="HCED5CA9522424B0ABDD0FEBCBC2A6B2D" level="section">Sec.â€,1667.â€,Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe.</toc-entry>

<toc-entry idref="HC1D8711D5C3C44CCBEA0B4E363836C63" level="section">Sec.â€,1668.â€,Elimination of conventional requirement for long-range standoff weapon.</toc-entry>

<toc-entry idref="H123ADBE2985E4B12B38A10547C54EB9F" level="section">Sec.â€,1669.â€,Briefing on long-range standoff weapon and sea-launched cruise missile.</toc-entry>

<toc-entry idref="HFB814AA08CF84A66B066917DA0842D76" level="section">Sec.â€,1670.â€,Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile.</toc-entry>

<toc-entry idref="HDA60329D330246839671A7789CBF8828" level="section">Sec.â€,1671.â€,Reports on development of ground-based strategic deterrent weapon.</toc-entry>

<toc-entry idref="H62CBD127C8FD451399667BC97E0FA974" level="section">Sec.â€,1672.â€,Prohibition on reduction of the intercontinental ballistic missiles of the United States.</toc-entry>

<toc-entry idref="HE8383647BB6C4611B341DD1FE6341F15" level="section">Sec.â€,1673.â€,Independent study on policy of no-first-use of nuclear weapons.</toc-entry>

<toc-entry idref="H0E2AB082BC2C45B9A81A6AA7852DBC79" level="section">Sec.â€,1674.â€,Independent study on risks of nuclear terrorism and nuclear war.</toc-entry>

<toc-entry idref="H5D0D234566AA4AFB8BA3DE017EE821EC" level="section">Sec.â€,1675.â€,Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war.</toc-entry>

<toc-entry idref="H38CB2215CD134EE6B123FD235D6CE934" level="section">Sec.â€,1676.â€,Report on nuclear forces of the United States and near-peer countries.</toc-entry>

<toc-entry idref="H41198EDDF6DB43C9ADBB3F4BEACCBCFB"

level="section">Sec.â€,1677.â€,Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="HC71395D851A4451AA1207351585A9693" level="section">Sec.â€,1678.â€,Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons.</toc-entry>

<toc-entry idref="H8B274A49AE5C459EB8E5B94F6092301E" level="section">Sec.â€,1679.â€,Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems.</toc-entry>

<toc-entry idref="HD5DD874BDAFD42D8A013990B577C23C2" level="section">Sec.â€,1680.â€,Sense of Congress on nuclear deterrence commitments of the United States.</toc-entry>

<toc-entry idref="HA920B3E43D57449394723F0A5A3B48B0" level="subtitle">Subtitle Eâ€"Missile Defense Programs</toc-entry>

<toc-entry idref="H183BE8CACF4B43F48C2B90556258F0D3" level="section">Sec.â€,1681.â€,National missile defense policy.</toc-entry>

<toc-entry idref="H3EBE848E7E244B35A9BF47DC03D99420" level="section">Sec.â€,1682.â€,Development of space-based ballistic missile intercept layer.</toc-entry>

<toc-entry idref="HD24574A9139A4CB5BDDC4CF721F067AE" level="section">Sec.â€,1683.â€,Development of hypersonic and ballistic missile tracking space sensor payload.</toc-entry>

<toc-entry idref="H00BF8CCFF4D5474DBDD30A9CE2596A4F" level="section">Sec.â€,1684.â€,Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system.</toc-entry>

<toc-entry idref="H8AB819232116469EB9F2B08A527F0371" level="section">Sec.â€,1685.â€,Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production.</toc-entry>

<toc-entry idref="H3564EB50DDC341FE84B3CE04BD7252E6" level="section">Sec.â€,1686.â€,Limitation on availability of funds for lower tier air and missile defense sensor.</toc-entry>

<toc-entry idref="H7ED2C446B862466FA9F7F8ED66CF2018" level="section">Sec.â€,1687.â€,Plan for the redesigned kill vehicle replacement.</toc-entry>

<toc-entry idref="HF30E839F224A44FDBAF1C86BCFCC90BC" level="section">Sec.â€,1688.â€,Organization, authorities, and billets of the Missile Defense Agency.</toc-entry>

<toc-entry idref="H7CC0D58F9A2647CF899D614E8FDA9A02" level="section">Sec.â€,1689.â€,Annual assessment of ballistic missile defense system.</toc-entry>

<toc-entry idref="HC216E7FD4A1B4D9D8F2C48E0E7E4EB18" level="section">Sec.â€,1690.â€,Command and control, battle management, and communications program.</toc-entry>

<toc-entry idref="H1C70AC6F73C843B0BBFA088744478AFB" level="section">Sec.â€,1691.â€,Missile defense interceptor site in contiguous United States.</toc-entry>

<toc-entry idref="H79B821B0909D4690AE8DBFF80D1BAAA7" level="section">Sec.â€,1692.â€,Independent study on impacts of missile defense development and deployment.</toc-entry>

<toc-entry idref="HFE960C7F5DFA4408AABD3E43A2E407A0" level="section">Sec.â€,1693.â€,Report and briefing on multi-volume kill capability.</toc-entry>

<toc-entry idref="HBEB305F4E4774A54B20C1F38E60FC9A7" level="subtitle">Subtitle

Fâ€"Other matters</toc-entry>

<toc-entry idref="H47BCCAA988F7458E9C8E7B03B2EC6968" level="section">Sec.â€,1694.â€,Extension of authorization for protection of certain facilities and assets from unmanned aircraft.</toc-entry>

<toc-entry idref="HF584E991D8CA4A8E9EEE071C57552673" level="section">Sec.â€,1695.â€,Repeal of requirement for commission on electromagnetic pulse attacks and similar events.</toc-entry>

<toc-entry idref="H4379E28D48E14CDD952C35486AEE51EC" level="section">Sec.â€,1696.â€,Repeal of review requirement for ammonium perchlorate report.</toc-entry>

<toc-entry idref="H32F9CC189E30498EBFDAE612D5744B93" level="section">Sec.â€,1697.â€,Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms.</toc-entry>

<toc-entry idref="HF93A55DAF5254CC78B13C2E6267C1B40" level="section">Sec.â€,1698.â€,Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems.</toc-entry>

<toc-entry idref="H7C55A604D05448B5AE259E9792890952" level="section">Sec.â€,1699.â€,Hard and deeply buried targets.</toc-entry> </toc>

<subtitle id="HFD33B62E966F4EA595EF7602000C4425"><enum>A</enum><header>Space Activities</header>

<section id="H6072F892A7F742C0A1591A5B9661275D"><enum>1601.</enum><header>Repeal of requirement to establish United States Space Command as a subordinate unified command of the United States Strategic Command</header>

<subsection commented="no" display-inline="no-display-inline" id="H58E5C13EFED9469E9137184B86BEC23C"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Section 169 of title 10, United States Code, is repealed.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H15C2565A68254BAF93FEEE1A0D94EF64"><enum>(b)</enum><header display-inline="yes-display-inline">Technical and conforming amendments</header>

<paragraph commented="no" display-inline="no-display-inline" id="HA1287CF1AB2A40D0901D298550543781"><enum>(1)</enum><text display-inline="yes-display-inline">The table of sections for chapter 6 of title 10, United States Code, is amended by striking the item relating to section 169.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H82E44F3099444B7B841DB4A424ED0E9D"><enum>(2)</enum><text>Section 2273a(d)(3) of title 10, United States Code, is amended by striking <quote>The Commander of the United States Strategic Command, acting through the United States Space Command,</quote> and inserting <quote>The Commander of the United States Space Command, or, if no such command exists, the Commander of the United States Strategic Command,</quote>.</text></paragraph></subsection></section>

<section id="H88C88E3C2ECA4B4982CEB940BDF1B85F" commented="no"><enum>1602.</enum><header>Coordination of modernization efforts relating to military-code capable GPS receiver cards</header><text display-inline="no-display-inline">Section 1610 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2111; 10 U.S.C. 2281 note) is amendedâ€"</text>

<paragraph id="HD7C0D0C05425401F993D2B4FBE5A2A15" commented="no"><enum>(1)</enum><text>in subsection (b)(2), by striking the period at the end and inserting <quote>, including with respect to each program of the Department that requires M-code capable receiver cards.</quote>; and</text></paragraph>

<paragraph id="H2CFC79505D854C8DAA4358094F4DF312" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (c), by striking the period at the end and inserting <quote>, and shall clarify the roles of the Chief Information Officer and the Council on Oversight of the Department of Defense Positioning, Navigation, and Timing Enterprise with respect to M-code modernization

efforts.</quote>.</text></paragraph></section>

<section id="H883348FE733447C49F586DB058D4982D"><enum>1603.</enum><header>Demonstration of backup and complementary positioning, navigation, and timing capabilities of Global Positioning System</header><text display-inline="no-display-inline">Effective on June 1, 2019, section 1606 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1725) is amendedâ€"</text>

<paragraph id="HFA54873587CB476C862859868F668223"><enum>(1)</enum><text>in subsection (c)(2), by striking <quote>the date that is 18 months after the date of the enactment of this Act</quote> and inserting <quote>December 31, 2020</quote>; and</text></paragraph>

<paragraph id="H438DEC68591C4C0EAC9AD06E88B96F41"><enum>(2)</enum><text>in subsection (d), by striking <quote>18 months after the date of the enactment of this Act</quote> and inserting <quote>December 31, 2020</quote>.</text></paragraph></section>

<section id="HB8D62B54D3474552A0204038CF6F5AF2"><enum>1604.</enum><header>Annual determination on plan on full integration and exploitation of overhead persistent infrared capability</header><text display-inline="no-display-inline">Section 1618(c) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 10 U.S.C. 2431 note) is amended by striking <quote>for a fiscal year</quote> and inserting <quote>for each of fiscal years 2021 through 2028</quote>.</text></section>

<section id="HD32F3EBD1A0C4A4FAD18A196B12B4767"><enum>1605.</enum><header>Space-based environmental monitoring mission requirements</header>

<subsection id="HF6B822E0714D47E4A75B37A396251C5C"><enum>(a)</enum><header>Procurement of modernized pathfinder program satellite</header>

<paragraph id="HB298B364FFDA45A9B867CA8CA3EEF5BF"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall procure a modernized pathfinder program satellite thatâ€"</text>

<subparagraph id="H02CD4412661F48A1B4ADA419061C2039"><enum>(A)</enum><text display-inline="yes-display-inline">addresses space-based environmental monitoring mission requirements;</text></subparagraph>

<subparagraph id="HA7A4D5284D524ABDA54A4B6DB48F67C2"><enum>(B)</enum><text>reduces the risk that the Department of Defense experiences a gap in meeting such requirements during the period beginning January 1, 2023, and ending December 31, 2025; and</text></subparagraph>

<subparagraph id="HCA6493653681467D88E4D3675174D204"><enum>(C)</enum><text>is launched not later than January 1, 2023.</text></subparagraph></paragraph>

<paragraph id="H7FDECD77971942E3AF32622FEE047F50"><enum>(2)</enum><header>Type of satellite</header><text>The satellite described in paragraph (1) may be a free-flyer or a hosted payload satellite.</text></paragraph>

<paragraph id="H5024F5E181D44A6B92FD3DD21A2A7ACA"><enum>(3)</enum><header>Plan</header><text>Not later than 60 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the appropriate congressional committees a plan to procure and launch the satellite described in paragraph (1), including with respect toâ€"</text>

<subparagraph id="HABD4040ED3084E729F417D4167873858"><enum>(A)</enum><text>the requirements for such satellite, including operational requirements;</text></subparagraph>

<subparagraph id="H76BCE41160E64F0294E39C4DE6956DCD"><enum>(B)</enum><text>timelines for such procurement and launch;</text></subparagraph>

<subparagraph id="HF937A72E57BE437BA1E40D3ABCC86C60"><enum>(C)</enum><text display-inline="yes-display-inline">costs for such procurement and launch; and</text></subparagraph>

<subparagraph id="H91C7C78CBFF944D5A41982DC76CAD918"><enum>(D)</enum><text>the launch plan.</text></subparagraph></paragraph>

<paragraph

id="H612519348525431691E698D4689FAF0B"><enum>(4)</enum><header>Procedures</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall ensure that the satellite described in paragraph (1) is procured using full and open competition through the use of competitive procedures.</text></paragraph>

<paragraph id="H16803A7E029941899A274443356E65CF"><enum>(5)</enum><header>Withholding of funds</header><text>The amount equal to 10 percent of the total amount authorized to be appropriated to the Office of the Secretary of Air Force for the travel of persons under the Operations and Maintenance, Defense-Wide account shall be withheld from obligation or expenditure until the date on which a contract is awarded for the procurement of the satellite described in paragraph (1).</text></paragraph></subsection>

<subsection id="H06B373D10D0445DC9E35E5FD727DE902"><enum>(b)</enum><header>Weather system satellite</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall ensure that the electro-optical/infrared weather system satelliteâ€"</text>

<paragraph id="H0CFD2FE3C266419196AF2FC00FF3BF4C"><enum>(1)</enum><text display-inline="yes-display-inline">meets space-based environmental monitoring mission requirements;</text></paragraph>

<paragraph id="H5688B57AFD5C4507A6733A2E0E00F01E"><enum>(2)</enum><text display-inline="yes-display-inline">is procured using full and open competition through the use of competitive procedures; and</text></paragraph>

<paragraph id="H9D125CE989F6438AB37676D0C47FFB64"><enum>(3)</enum><text>is launched not later than September 30, 2025.</text></paragraph></subsection>

<subsection id="H5EA65F8CE61D4B889C44E3757D2F22F5"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H88B3E88CC6BC45D3A3F87EA0EDDAB1B7"><enum>(1)</enum><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="HAE9280C99DDC4550AAED318BDAD56666"><enum>(A)</enum><text>the congressional defense committees; and</text></subparagraph>

<subparagraph id="HB32FAC6976034E499AF7845AF1EFF108"><enum>(B)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph>

<paragraph commented="no" id="HD2A1050D09664A088C9DEC8815AF7A50"><enum>(2)</enum><text>The term <quote>space-based environmental monitoring mission requirements</quote> means the national security requirements for cloud characterization and theater weather imagery.</text></paragraph></subsection></section>

<section id="H1516B3A3E3114656AE62A0E821D42359"><enum>1606.</enum><header>Resilient enterprise ground architecture</header>

<subsection id="H08C71BF43E5243A5880A096147286628"><enum>(a)</enum><header>Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress that the Secretary of the Air Force, to advance the security of the space assets of the Department of Defense, shouldâ€"</text>

<paragraph id="H87BFE5ACE8414796B89E2070ABAAABD2"><enum>(1)</enum><text display-inline="yes-display-inline">expand on complementary efforts within the Air Force that promote the adoption of a resilient enterprise ground architecture that is responsive to new and changing threats and can rapidly integrate new capabilities to make the warfighting force of the United States more resilient in a contested battlespace; and</text></paragraph>

<paragraph id="H50559C513AFF404B8B0836FBEFB16674"><enum>(2)</enum><text>prioritize the swift transition of space ground architecture to a common platform and leverage commercial capabilities in concurrence with the 2015 intent memorandum of the Commander of the Air Force Space Command.</text></paragraph></subsection>

<subsection id="H2129B4323FD343919E201F89FB4029AB"><enum>(b)</enum><header>Future architecture</header><text>The Secretary of Defense shall, to the extent

practicableâ€"</text>

<paragraph id="H3FDDFBED4D9B400797E42DAE338AF988"><enum>(1)</enum><text display-inline="yes-display-inline">develop future satellite ground architectures of the Department of Defense to be compatible with complementary commercial systems that can support uplink and downlink capabilities with dual-band spacecraft; and</text></paragraph>

<paragraph id="H456B33DAEB284C0AA79D70ED654D92BB"><enum>(2)</enum><text>emphasize that future ground architecture transition away from stove-piped systems to a service-based platform that provides members of the Armed Forces with flexible and adaptable capabilities thatâ€"</text>

<subparagraph id="HA13592CFF0B14AC5B58930DCBEF1097A"><enum>(A)</enum><text>use, as applicable, commercially available capabilities and technologies for increased resiliency and cost savings; and</text></subparagraph>

<subparagraph id="HBC88FD7910AB41D4B62CD8D66C196938"><enum>(B)</enum><text>build commercial opportunity and integration across the range of resilient space systems.</text></subparagraph></paragraph></subsection>

<subsection id="HB5CD9823DFC948608DE7DA4D1FC7CBAE"><enum>(c)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the future architecture described in subsection (b).</text></subsection></section>

<section id="H09F95D549AE74944B607F3C71B0E0E32" section-type="subsequent-section"><enum>1607.</enum><header>Prototype program for multi-global navigation satellite system receiver development</header>

<subsection id="H884FBA645F63499A8158E2D3EBBF8653"><enum>(a)</enum><header>Prototype Multi-GNSS program</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall carry out a program to prototype an M-code based, multi-global navigation satellite system receiver that is capable of receiving covered signals to increase the resilience and capability of military position, navigation, and timing equipment against threats to the Global Positioning System and to deter the likelihood of attack on the worldwide Global Positioning System by reducing the benefits of such an attack.</text></subsection>

<subsection id="H35FD8AE879304C53B90BA34468DEEDC2"><enum>(b)</enum><header>Elements</header><text>In carrying out the program under subsection (a), the Secretary shallâ€"</text>

<paragraph id="HA1BFCD899A664ACB84169E862AFF4D61"><enum>(1)</enum><text>with respect to each covered signal that could be received by the prototype receiver under such program, conduct an assessment of the relative benefits and risks of using that signal, including with respect to any existing or needed monitoring infrastructure that would alert users of the Department of Defense of potentially corrupted signal information, and the cyber risks and challenges of incorporating such signals into a properly designed receiver;</text></paragraph>

<paragraph id="HA1AB5D79D99D47C6B3A321B276B8D8D8"><enum>(2)</enum><text>ensure that monitoring systems are able to include any monitoring network of the United States or allies of the United States;</text></paragraph>

<paragraph id="HA87543BD87DF412BB46D50A6E9D2E74D"><enum>(3)</enum><text display-inline="yes-display-inline">conduct an assessment of the benefits and risks, including with respect to the compatibility of non-United States global navigation satellite system signals with existing position, navigation, and timing equipment of the United States, and the extent to which the capability to receive such signals would impact current receiver or antenna design; and</text></paragraph>

<paragraph id="HF4C625B5789F463DA682774B07471A96"><enum>(4)</enum><text display-inline="yes-display-inline">conduct an assessment of the desirability of establishing a program for the development and deployment of the receiver system described in subsection (a) in a manner thatâ€"</text>

<subparagraph id="HD505D96C4AEB416DA1A44553B90E8584"><enum>(A)</enum><text>is a cooperative effort, coordinated with the Secretary of State, between the United States and the allies of the United States that may also have interest in funding a multi-

global navigation satellite system and M-code program; and</text></subparagraph>

<subparagraph id="HC2C83EF74AED46FA85FAC3F7339B77D3"><enum>(B)</enum><text>the Secretary of Defense, in coordination with the Secretary of State, ensures that the United States has access to sufficient insight into trusted signals of allied systems to assure potential reliance by the United States on such signals.</text></subparagraph></paragraph></subsection>

<subsection id="HD1D5BD60DA3C462EBFE4A3443CEC66EE"><enum>(c)</enum><header>Briefing</header><text>Not later than 120 days after the date of the enactment of this Act, the Secretary, in coordination with the Air Force GPS User Equipment Program office, shall provide to the congressional defense committees a briefing on a plan to carry out the program under subsection (a) that includesâ€"</text>

<paragraph id="HCAE02830326D483DA9D28EB68CF651F8"><enum>(1)</enum><text display-inline="yes-display-inline">the estimated cost, including total cost and out-year funding requirements for a program to develop and deploy the receiver system described in subsection (a);</text></paragraph>

<paragraph id="H33D94E32474445A1A54611667F20430F"><enum>(2)</enum><text>the schedule for such program;</text></paragraph>

<paragraph id="H18B1111A3E2B4A70B8F85763161B65CE"><enum>(3)</enum><text display-inline="yes-display-inline">a plan for how the results of the program could be incorporated into future blocks of the Global Positioning System military user equipment program; and</text></paragraph>

<paragraph id="HB8741923A09A4613A705935517FAD72E"><enum>(4)</enum><text display-inline="yes-display-inline">the recommendations and analysis contained in the study sponsored by the Department of Defense conducted by the MITRE Corporation on the risks, benefits, and approaches to adding multi-global navigation satellite system capabilities to military user equipment.</text></paragraph></subsection>

<subsection id="H30FE588781D745C0BD12CC6960E98258"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 150 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containingâ€"</text>

<paragraph id="HD159589389D54A769B8A4C8A0A8328E1"><enum>(1)</enum><text>an explanation of how the Secretary intends to comply with section 1609 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2281 note);</text></paragraph>

<paragraph id="HF8F21476599F40578624D7A851AEABD3"><enum>(2)</enum><text>an outline of any potential cooperative efforts acting in accordance with the North Atlantic Treaty Organization, the European Union, or Japan that would support such compliance;</text></paragraph>

<paragraph id="HE789BF81450C42C381CEF5DF7C7E2FDF"><enum>(3)</enum><text display-inline="yes-display-inline">an assessment of the potential to host, or incorporate through software-defined payloads, Global Positioning System M-code functionality onto allied global navigation satellite system systems; and</text></paragraph>

<paragraph id="H41ACA1B5DA13491B974CEADFF7956C41"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of new or enhanced monitoring capabilities that would be needed to incorporate global navigation satellite system functionality into weapon systems of the Department.</text></paragraph></subsection>

<subsection id="H006FB0E6467B4B2EBC0B1A72AB193202"><enum>(e)</enum><header>Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for increment 2 of the acquisition of military Global Positioning System user equipment terminals, not more than 90 percent may be obligated or expended until the date on which the briefing has been provided under subsection (c) and the report has been submitted under subsection (d).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H38FAFCA07497446CA9BC4E495D9F76E9"><enum>(f)</enum><header display-inline="yes-

display-inline">Waiver authority for trusted signals capabilities</header><text display-inline="yes-display-inline">Section 1609(a)(2)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 10 U.S.C. 2281 note) is amended by striking <quote>such capability</quote> and inserting <quote>the capability to add multi-Global Navigation Satellite System signals to provide substantive military utility</quote>.</text></subsection>

<subsection id="H6A1DA9548897461796BB042565D5BEC8"><enum>(g)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HF4D5B27B3BBB443C92A5676CBA569F9A"><enum>(1)</enum><text>The term <term>allied systems</term> meansâ€"</text>

<subparagraph id="H03E10462E1304B5C981E500C181F6B76"><enum>(A)</enum><text>the Galileo system of the European Union;</text></subparagraph>

<subparagraph id="HD7940B15ABBD4123881BECBDF640F170"><enum>(B)</enum><text>the QZSS system of Japan; and</text></subparagraph>

<subparagraph id="H91C8516A06824CACACCFC94D113C243D"><enum>(C)</enum><text>upon designation by the Secretary of Defense, in consultation with the Director of National Intelligenceâ€"</text>

<clause id="HFF91BE8AC8B84E9A92849D7C018E2064"><enum>(i)</enum><text>the NAVIC system of India; and</text></clause>

<clause id="H33F0669B0DC04DC3B6F829FAE4A0209B"><enum>(ii)</enum><text>any similarly associated wide area augmentation systems.</text></clause></subparagraph></paragraph>

<paragraph id="H4739C7E980C042FFAC83C160B9853980"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>covered signals</term>â€"</text>

<subparagraph id="H23977DA5C9D747568EBF15002E146EB3"><enum>(A)</enum><text>means global navigation satellite system signals fromâ€"</text>

<clause id="HE0EB96D8AEB4482D82DEB5CC456625B3"><enum>(i)</enum><text>allied systems; and</text></clause>

<clause id="HCCFAC6593B574575BE8F84B711122F9F"><enum>(ii)</enum><text>non-allied systems; and</text></clause></subparagraph>

<subparagraph id="H1C143532C44B41EBA516188C8345CEDF"><enum>(B)</enum><text>includes both encrypted signals and open signals.</text></subparagraph></paragraph>

<paragraph id="HCC3FD44E74714E89A6888E0ECE72C0A6"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>encrypted signals</term> means global navigation satellite system signals that incorporate encryption or other internal methods to authenticate signal information.</text></paragraph>

<paragraph id="H6B2873C8F9144AEDB845C8B3EE32A4D3" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">The term <term>M-code</term> means, with respect to global navigation satellite system signals, military code that provides enhanced positioning, navigation, and timing capabilities and improved resistance to existing and emerging threats, such as jamming.</text></paragraph>

<paragraph id="HCAFA434CC22C4B289A2113AF3E0908BA"><enum>(5)</enum><text>The term <term>non-allied systems</term> meansâ€"</text>

<subparagraph id="HB208D13E96EB40A6AD09AD0F3B99E63E"><enum>(A)</enum><text>the Russian GLONASS system; and</text></subparagraph>

<subparagraph id="H66895452FC9B4E2F89D98DF754C811F8"><enum>(B)</enum><text>the Chinese Beidou system.</text></subparagraph></paragraph>

<paragraph id="HFF39BF2C02ED447881B17DBED8847622"><enum>(6)</enum><text display-inline="yes-display-inline">The term <term>open signals</term> means global navigation satellite system that do not include encryption or other internal methods to authenticate signal information.</text></paragraph></subsection></section>

<section id="H0854E70788C6410096EC97233B64E903" section-type="subsequent-section"><enum>1608.</enum><header>Commercial space situational awareness

capabilities</header>

<subsection id="H5622D1747FBF47469C2DFC7BFADFCABC"><enum>(a)</enum><header>Certification</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force, without delegation, shall certify to the congressional defense committees that the Air Force is using commercial space situational awareness services.</text></subsection>

<subsection id="HE2BFAC51A69049CBBFE16370DACD987B"><enum>(b)</enum><header>Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the enterprise space battle management command and control, not more than 85 percent may be obligated or expended until the date on which the Secretary of the Air Force makes the certification under subsection (a).</text></subsection>

<subsection id="H99C4AD47F51F4745ABD8B382AF731D29"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of the Air Force shall submit to the congressional defense committees a report on using commercial space situational awareness services to fill the space situational awareness requirements that were not filled in the Joint Space Operations Center Mission Center. The report shall include the following:</text>

<paragraph id="H1FC7DCFFB6F6433ABEEB4DD77842D48D"><enum>(1)</enum><text display-inline="yes-display-inline">A description of current domestic commercial capabilities to detect and track space objects in low-Earth orbit below the 10 centimeter threshold of legacy systems.</text></paragraph>

<paragraph id="H9F8B6A4920A7425ABDFB5BD2D2C516D9"><enum>(2)</enum><text display-inline="yes-display-inline">A description of current domestic best-in-breed commercial capabilities that can meet such requirements.</text></paragraph>

<paragraph id="H55638C51426E4D7A88F276A52F57C707"><enum>(3)</enum><text>Estimates of the timelines, milestones, and funding requirements to procure a near-term solution to meet such requirements until the development programs of the Air Force are projected to be operationally fielded.</text></paragraph></subsection>

<subsection id="HACFC3FB3F44241DABBA8C0EDBA02E251"><enum>(d)</enum><header>Commercial space situational awareness services defined</header><text display-inline="yes-display-inline">In this section, the term <quote>commercial space situational awareness services</quote> means commercial space situational awareness processing software and data from commercial sensors to address warfighter requirements and fill gaps in current space situational capabilities of the Air Force.</text></subsection></section>

<section id="HE719D699BEAF4E778FE94D7FA02C4324"><enum>1609.</enum><header>Program to enhance and improve launch support and infrastructure</header>

<subsection commented="no" display-inline="no-display-inline" id="H782A87F4D668411988F281CD28F83615"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">In support of the policy described in section 2273(a) of title 10, United States Code, the Secretary of Defense, in coordination with the Administrator of the Federal Aviation Administration, may carry out a program to enhance infrastructure and improve support activities for the processing and launch of Department of Defense small-class and medium-class payloads.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H53D73C5D7A64405FBA97AD2C0401F096"><enum>(b)</enum><header display-inline="yes-display-inline">Program</header><text display-inline="yes-display-inline">The program under subsection (a) shall include improvements to operations at launch ranges and Federal Aviation Administration-licensed spaceports that are consistent with, and necessary to permit, the use of such launch ranges and spaceports by the Department.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H21EA33126DAB45BEA6A03B3112B5E3AE"><enum>(c)</enum><header display-inline="yes-display-inline">Consultation</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Secretary may consult with current

and anticipated users of launch ranges and Federal Aviation Administration-licensed spaceports, including the Space Rapid Capabilities Office.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H995D98903FE24699B77D160418365262"><enum>(d)</enum><header display-inline="yes-display-inline">Cooperation</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Secretary may enter into a contract or agreement under section 2276 of title 10, United States Code.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEC4317327C544581B45F2623A685F033"><enum>(e)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the appropriate committees of Congress a report describing a plan for the program under subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6248BA776D5243B08F4FF73073D740DE"><enum>(f)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEA50999D9AF34CFE9CD84F09770B28BF"><enum>(1)</enum><text>the congressional defense committees;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB645320D91A143A2AB6D350F815583D3"><enum>(2)</enum><text>the Committee on Commerce, Science, and Transportation and the Select Committee on Intelligence of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H88B76CEFBAB24420B43FDCE0F8E14DBA"><enum>(3)</enum><text>the Committee on Transportation and Infrastructure, the Committee on Science, Space, and Technology, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H2B9940190AA345E692111116A07694B6" display-inline="no-display-inline" section-type="subsequent-section"><enum>1610.</enum><header>Preparation to implement plan for use of allied launch vehicles</header>

<subsection id="H8A73423336FB44F189F8AAAE6E27CFB2"><enum>(a)</enum><header>Preparation</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Director of National Intelligence, shall take actions necessary to prepare to implement the plan developed pursuant to section 1603 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2584) regarding using allied launch vehicles to meet the requirements for achieving the policy relating to assured access to space set forth in section 2273 of title 10, United States Code.</text></subsection>

<subsection id="H0F47B1DFF4B540C7A4B0EFDE1A409030"><enum>(b)</enum><header>Actions required</header><text>In carrying out subsection (a), the Secretary shallâ€"</text>

<paragraph id="H6CD59E93143E499AB52D2B23EF82A351"><enum>(1)</enum><text>identify the satellites of the United States that would be appropriate to be launched on an allied launch vehicle;</text></paragraph>

<paragraph id="H08E963919ACF41979E1DD5C6A8D295E8"><enum>(2)</enum><text>assess the relevant provisions of Federal law, regulations, and policies governing the launch of national security satellites and determine whether any legislative, regulatory, or policy actions (including with respect to waivers) would be necessary to allow for the launch of a national security satellite on an allied launch vehicle; and</text></paragraph>

<paragraph id="H57FD33D2F6FC409BA0551A464FD8EF3C"><enum>(3)</enum><text>address any certification requirements necessary for such use of allied launch vehicles and the estimated cost, schedule, and actions necessary to certify allied launch vehicles for such use.</text></paragraph></subsection>

<subsection id="HFFD7F20906614477B451A080C42CEF8E"><enum>(c)</enum><header>Submission to Congress</header><text>Not later than 90 days after the date of the enactment of

this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report on preparing to implement the plan described in subsection (a), including information regarding each action required by paragraphs (1), (2), and (3) of subsection (b).</text></subsection>

<subsection id="H243F513D4FA94EDCA4EE50822329CD30"><enum>(d)</enum><header>Appropriate congressional committees defined</header><text display-inline="yes-display-inline">In this section, the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<paragraph id="HA8D9F04AC2584DFA88BC71EC58A8C92D"><enum>(1)</enum><text>the congressional defense committees; and</text></paragraph>

<paragraph id="H618028EEE92449AB939924CEFF8DA881"><enum>(2)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate.</text></paragraph></subsection></section>

<section id="H68F146F6FABB4FD49C5759B66753C4CA"><enum>1611.</enum><header>Independent study on plan for deterrence in space</header>

<subsection id="H22F5A7DDF6C040E5B349B5CA39DB3A2B"><enum>(a)</enum><header>Independent study</header>

<paragraph id="H2E3DC3E5550C4733B9B29378CE9FC96C"><enum>(1)</enum><header>In general</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center or other independent entity to conduct a study on deterrence in space.</text></paragraph>

<paragraph commented="no" id="H23703C532C9C419EA3FB985A3316586C"><enum>(2)</enum><header>Matters included</header><text>The study under paragraph (1) shall include, at a minimum, the following:</text>

<subparagraph id="H2369323739D54193B20F6394DD893060"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment of the existing range of major studies and writings on space deterrence and a comprehensive comparative analysis of the conclusions of such studies and writings.</text></subparagraph>

<subparagraph id="H4EC8F0C91AD7415DA4EB9F76B9448078"><enum>(B)</enum><text display-inline="yes-display-inline">An examination, using appropriate analytical tools, of the approaches proposed by such studies and writings with respect to creating conditions of deterrence suitable for use in the space domain, including, at a minimum, an assessment of all aspects of deterrence in space, including varying classification, strategies to deny benefit or impose cost, and space mission assurance (including resilience, active defense, and reconstitution).</text></subparagraph>

<subparagraph id="H3C7A85E910014A77ADE080CDDF1C8A4F"><enum>(C)</enum><text display-inline="yes-display-inline">A determination, made either by extending such studies and writings or through new analysis, of a holistic and comprehensive theory of deterrence in space appropriate for use in defense planning.</text></subparagraph>

<subparagraph id="H9E561B35535146CA8E579C21DEB17A7D"><enum>(D)</enum><text display-inline="yes-display-inline">An evaluation of existing policies, programs, and plans of the Department of Defense to provide an assessment of the likely effectiveness of those policies, programs, and plans to achieve effective space deterrence.</text></subparagraph></paragraph></subsection>

<subsection id="HC786DDCE41334D439D28F3BBF13C92E9"><enum>(b)</enum><header>Assessment by Defense Policy Board</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Defense Policy Board shall submit to the Secretary of Defense an assessment of the study under subsection (a)(1), including, at a minimumâ€"</text>

<paragraph id="H6ED3636ACF5141D591B983E6E184CF06"><enum>(1)</enum><text>a determination of the soundness of the study;</text></paragraph>

<paragraph id="H98CDF814168A4820A16300D7150C25F4"><enum>(2)</enum><text>a description of any disagreements the Board has with the conclusions of such study, including recommended changes or clarifications to such conclusions the Board determines appropriate; and</text></paragraph>

<paragraph id="H8B27D5507CC840528594F443D394E8F9"><enum>(3)</enum><text display-inline="yes-display-inline">changes to the policies, programs, and plans of the Department of Defense that the Board recommends based on such study and the changes and clarifications described in paragraph (2).</text></paragraph></subsection>

<subsection id="H8D3B04340CEC46ABB7594C883670F02D"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report that contains the following:</text>

<paragraph id="H2D1C3B275D5A4A85B6E2C44BC32D52A4"><enum>(1)</enum><text display-inline="yes-display-inline">The study under subsection (a)(1), without change.</text></paragraph>

<paragraph id="H25720D7D6C444DB198AD549E4FFD3A28"><enum>(2)</enum><text>The assessment under subsection (b), without change.</text></paragraph>

<paragraph id="H6D3AE77757C84340BC7E5F80EB8E4852"><enum>(3)</enum><text display-inline="yes-display-inline">Based on such study and assessment, a description of any changes to the policies, programs, and plans of the Department of Defense that the Secretary recommends to enhance deterrence in space, including with respect toâ€"</text>

<subparagraph id="HADD57B9FBBF842008D59E59013A4EFC4"><enum>(A)</enum><text display-inline="yes-display-inline">considerations and decision on reducing the opportunities and incentives for adversaries to attack space systems of the United States or allies of the United States;</text></subparagraph>

<subparagraph id="H18B4A600AA334F24B11915D23555E54A"><enum>(B)</enum><text>new architectures, including proliferated systems, hosted payloads, nontraditional orbits, and reconstitution among others;</text></subparagraph>

<subparagraph id="H4F27EE4361604784B2688DFAA5A5D239"><enum>(C)</enum><text>appropriate uses of partnering with both commercial entities and allies to improve deterrence in space;</text></subparagraph>

<subparagraph id="HA845382ED84C44F8BCEAA6446FD4B20A"><enum>(D)</enum><text>necessary capabilities to enhance the protection of space systems to achieve improved deterrence;</text></subparagraph>

<subparagraph id="H0862B6A0427B4EC380F3404CD1AC97F9"><enum>(E)</enum><text>bilateral, multilateral, and unilateral measures, including confidence-building measures, that could be taken to reduce the risk of miscalculation that would lead to an attack in space;</text></subparagraph>

<subparagraph id="H534AE844A6F14AA7B8901E33BBDBCF16"><enum>(F)</enum><text display-inline="yes-display-inline">policies and capability requirements with regard to attribution of an attack in space;</text></subparagraph>

<subparagraph id="HB93DD88B2C984B8F9AF44A4CF320E95D"><enum>(G)</enum><text>policies with regard to retaliatory measures either in space or on the ground;</text></subparagraph>

<subparagraph id="HD650EEF9AC034CF38E9E1182CBC395B5"><enum>(H)</enum><text>authorities with regard to decisions and actions to defend assets of the United States in space; and</text></subparagraph>

<subparagraph id="H4AAC6B6E0AF24F609819504220F5B908"><enum>(I)</enum><text display-inline="yes-display-inline">changes to current war plans, routine operations (including information sharing), and demonstration and test procedures that could enhance the capability of the United States to signal the intentions and capabilities of the United States in an effective manner.</text></subparagraph></paragraph></subsection>

<subsection id="H6DF00CA53BA14668BFD718AA76578262"><enum>(d)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Secretary shall provide to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the

Committee on Foreign Relations of the Senate a briefing on the study under subsection (a)(1) and the assessment under subsection (b).</text></subsection></section>

<section id="H06836B9DDFFB451C9FF7F1F85C61E32E"><enum>1612.</enum><header>Study on leveraging diverse commercial satellite remote sensing capabilities</header>

<subsection id="HFA96516B227E47ABA0A08B2BEC6403DA"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Director of National Intelligence, shall conduct a study on the status of the transition from the National Geospatial-Intelligence Agency to the National Reconnaissance Office of the leadership role in acquiring commercial satellite remote sensing data on behalf of the Department of Defense and the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)).</text></subsection>

<subsection id="H4D5AA223F8834B459CBD599ED7EE4124"><enum>(b)</enum><header>Elements</header><text>In conducting the study under subsection (a), the Secretary shall studyâ€"</text>

<paragraph id="H3B69262AF26A4BD3BD2F25B37FD6FDE6"><enum>(1)</enum><text display-inline="yes-display-inline">commercial geospatial intelligence requirements for the National Geospatial-Intelligence Agency and the combatant commands;</text></paragraph>

<paragraph id="HFC5DF25317E940F488D9C686E37BC65C"><enum>(2)</enum><text>plans of the National Reconnaissance Office to meet the requirements specified in paragraph (1) through the acquisition of all levels of resolution data from multiple commercial providers; and</text></paragraph>

<paragraph id="HDDA8447274454D6DBB79643F4478E6F8"><enum>(3)</enum><text display-inline="yes-display-inline">plans of the National Reconnaissance Office to further develop such programs with commercial companies to continue to support, while also expanding, adoption by the geospatial intelligence user community of the Department of Defense.</text></paragraph></subsection>

<subsection id="H3F2BA7785FA141B8A0D24B072093554F"><enum>(c)</enum><header>Submission</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees, the Permanent Select Committee on Intelligence of the House of Representatives, and the Select Committee on Intelligence of the Senate a report on the study conducted under subsection (a).</text></subsection></section>

<section id="H334F23E4847D4BD5BEF4460CF52642D8"><enum>1613.</enum><header>Annual report on Space Command and Control program</header>

<subsection id="H1D892ADA70CB4D88AC3C8F47ADB05FB3"><enum>(a)</enum><header>Reports required</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD21C3F7A33EA4C83BD05FE76F2EC7037"><enum>(1)</enum><header display-inline="yes-display-inline">Initial report</header><text>Not later than May 1, 2020, the Secretary of the Air Force shall submit to the Under Secretary of Defense for Acquisition and Sustainment, the congressional defense committees, and the Comptroller General of the United States, a report on the Space Command and Control program for fiscal year 2021.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H57C60ED2CA9445C3A08BC707DC174DE9"><enum>(2)</enum><header display-inline="yes-display-inline">Subsequent reports</header><text display-inline="yes-display-inline">For each of fiscal years 2022 through 2025, concurrent with the submittal to Congress of the budget of the Department of Defense with the budget of the President for the subsequent fiscal year under section 1105(a) of title 31, United States Code, the Secretary of the Air Force shall submit to the Under Secretary of Defense for Acquisition and Sustainment, the congressional defense committees, and the Comptroller General of the United States, an annual report on the Space Command and Control program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6854BFA79B4E4B64925250DDFC2FFAF1"><enum>(b)</enum><header display-inline="yes-

display-inline">Matters to be included</header><text display-inline="yes-display-inline">Each report required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFEBCF69545FD45BFAF4BD6D81807DDC8"><enum>(1)</enum><text display-inline="yes-display-inline">A description of any modification to the metrics established by the Secretary in the acquisition strategy for the program.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1345D1861E0841FAAA1D53E56D88D029"><enum>(2)</enum><text display-inline="yes-display-inline">The short-term objectives for the subsequent fiscal year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1B27193FB938418397F1BC96F5DB222A"><enum>(3)</enum><text display-inline="yes-display-inline">For the preceding fiscal yearâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC4F993B0FF754AC8A35D9AA6F30CA252"><enum>(A)</enum><text display-inline="yes-display-inline">a description ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H801A3CAB3298478EA3BD9D2C84B8A3D2"><enum>(i)</enum><text display-inline="yes-display-inline">the ongoing, achieved, and deferred objectives;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H31F947C986B2430FA926F2EFFBB2125E"><enum>(ii)</enum><text display-inline="yes-display-inline">the challenges encountered and the lessons learned;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9659D086BFCF41A28696C28A5E780A94"><enum>(iii)</enum><text display-inline="yes-display-inline">the modifications made or planned so as to incorporate such lessons learned into subsequent efforts to address challenges; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H28A1C09DED5348A98B0C9B595F7528F0"><enum>(iv)</enum><text display-inline="yes-display-inline">the cost, schedule, and performance effects of such modifications; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF6413FD390314C3C9494F87A19B7F732"><enum>(B)</enum><text>a full survey of combatant command requirements, including Commandersâ€™ Integrated Priorities Lists, and impacts with respect to the program.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA944C3E4D1614CDCA91BCAC4245A3BD9"><enum>(4)</enum><text>A description of potential future combatant command requirements being considered with respect to the program.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3F63E0200365445192A40A9B1C657AA4"><enum>(c)</enum><header display-inline="yes-display-inline">Review of reports and briefing by Comptroller General</header><text display-inline="yes-display-inline">With respect to each report submitted under this section, the Comptroller General shall review and provide to the congressional defense committees a briefing on a date mutually agreed on by the Comptroller General and the congressional defense committees.</text></subsection></section>

<section id="H7806D9C4A8EA46D9B99708446E1DEA0D"><enum>1614.</enum><header>Report on space debris</header>

<subsection id="HF77D628C0A9E4E67BE2FF9D4E60A9F1E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 240 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the appropriate congressional committees a report on the risks posed by man-made space debris in low-Earth orbit, includingâ€"</text>

<paragraph id="HA0B1A7610C084B6DBF97732DDDD45499"><enum>(1)</enum><text>recommendations with respect to the remediation of such risks; and</text></paragraph>

<paragraph id="H9B0FB5EEB7FB4DCD8893CB043BEDFDF7"><enum>(2)</enum><text>outlines of plans to reduce the incidence of such space debris.</text></paragraph></subsection>

<subsection id="HAB15A134F6DF42E292ACCB32F0C3810E"><enum>(b)</enum><header>Appropriate congressional committees defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H4E818F0AD1CC4427AC543FB3B4635428"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Science, Space, and Technology of the House of Representatives; and</text></paragraph>

<paragraph id="HC8161E573D9F4EDD9B6A800C133BF4A0"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="HCC60BDB0151F4932AFC323F20A75D9E7"><enum>B</enum><header>Defense Intelligence and Intelligence-Related Activities</header>

<section id="H0EF5C5EA66E94300A25446F2BCDE563E"><enum>1621.</enum><header>Redesignation of Under Secretary of Defense for Intelligence as Under Secretary of Defense for Intelligence and Security</header>

<subsection id="H2B2F44F318964C8EAB0F07D12E80078D"><enum>(a)</enum><header>Redesignation of Under Secretary</header>

<paragraph id="HC4FA2B8BB5E14C2DAB12E04849BDA368"><enum>(1)</enum><header>In general</header><text>The Under Secretary of Defense for Intelligence is hereby redesignated as the Under Secretary of Defense for Intelligence and Security.</text></paragraph>

<paragraph id="HCF99784950F74FFB9A1127A006D4879B"><enum>(2)</enum><header>Service of incumbent in position</header><text>The individual serving as Under Secretary of Defense for Intelligence as of the date of the enactment of this Act may serve as Under Secretary of Defense for Intelligence and Security commencing as of that date without further appointment under section 137 of title 10, United States Code (as amended by subsection (c)(1)(A)(ii)).</text></paragraph>

<paragraph id="HAF84D3E1084D465EA7AF31C5E598BEA2"><enum>(3)</enum><header>Reference</header><text> Any reference in any law, regulation, map, document, paper, or other record of the United States to the Under Secretary of Defense for Intelligence shall be deemed to be a reference to the Under Secretary of Defense for Intelligence and Security.</text></paragraph></subsection>

<subsection id="HDF35F25AE9484EB888FE7B8A6FB0016A"><enum>(b)</enum><header>Redesignation of related Deputy Under Secretary</header>

<paragraph id="H7C2022D7AFC448209D90014E3C2F9CF4"><enum>(1)</enum><header>In general</header><text>The Deputy Under Secretary of Defense for Intelligence is hereby redesignated as the Deputy Under Secretary of Defense for Intelligence and Security.</text></paragraph>

<paragraph id="H4ABA460DB46C421BBB4179BCA6DFA2B7"><enum>(2)</enum><header>Service of incumbent in position</header><text>The individual serving as Deputy Under Secretary of Defense for Intelligence as of the date of the enactment of this Act may serve as Deputy Under Secretary of Defense for Intelligence and Security commencing as of that date without further appointment under section 137a of title 10, United States Code (as amended by subsection (c)(1)(B)).</text></paragraph>

<paragraph id="HA739EB14B73C487588D7F43B22F7FDBC"><enum>(3)</enum><header>Reference</header><text> Any reference in any law, regulation, map, document, paper, or other record of the United States to the Deputy Under Secretary of Defense for Intelligence shall be deemed to be a reference to the Deputy Under Secretary of Defense for Intelligence and Security.</text></paragraph></subsection>

<subsection id="HCF5021B559574DB194ADFFF870BB725A"><enum>(c)</enum><header>Rule of construction regarding effects of redesignation</header><text>Nothing in this section shall be construed to modify or expand the authorities, resources, responsibilities, roles, or missions of the Under Secretary of Defense for Intelligence and Security, as

redesignated by this section.</text></subsection>

<subsection id="H4882206E3C7E4DB89CC0A02B0D42EDDD"><enum>(d)</enum><header>Protection of privacy and civil liberties</header><text>Section 137 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H2E36D9F4F34148A4B03AE6F94757DDC1"><enum>(1)</enum><text>by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H45180C6A1CB84516BF4653E6A3450209"><enum>(2)</enum><text>by inserting after subsection (b) the following new subsection (c):</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H0F3110CEF26647C98DB17F72A23F2B28">

<subsection id="HE8513328A34246BA8BE690CCF306E1AC"><enum>(c)</enum><text>The protection of privacy and civil liberties in accordance with Federal law and the regulations and directives of the Department of Defense shall be a top priority for the Under Secretary of Defense for Intelligence and Security. </text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA6E1C705A470418EB6CB069E060D17C1"><enum>(e)</enum><header>Conforming amendments</header>

<paragraph id="HDC0439FB54194954AD702379C13A170C"><enum>(1)</enum><header>Title 10</header><text>Title 10, United States Code, is amended as follows:</text>

<subparagraph id="H09B5EB115C9B4B0E808E1969CA372B53"><enum>(A)</enum><text>In each provision as follows, by striking <quote>Under Secretary of Defense for Intelligence</quote> and inserting <quote>Under Secretary of Defense for Intelligence and Security</quote>:</text>

<clause id="H2244712286E14B82AB71B4BE005B7FE1"><enum>(i)</enum><text>Section 131(b)(3)(F).</text></clause>

<clause id="H23249905325C43FF9573F8E6AD3E2C15"><enum>(ii)</enum><text>Section 137, each place it appears.</text></clause>

<clause id="HF957EA807E0549608E47BBE3388A9CC6"><enum>(iii)</enum><text>Section 139a(d)(6).</text></clause>

<clause id="H69431DE49F1C47A08C21F4E2DB453806"><enum>(iv)</enum><text>Section 139b(c)(2)(E).</text></clause>

<clause id="H30B1038D4055465E88DB5A691469205D"><enum>(v)</enum><text>Section 181(d)(1)(B).</text></clause>

<clause id="H490B04216D5F4C0EBA48292F8D6189E8"><enum>(vi)</enum><text>Section 393(b)(2)(C).</text></clause>

<clause id="H82B0E341BAD24837BDE96398100AF4A8"><enum>(vii)</enum><text>Section 426, each place it appears.</text></clause>

<clause id="H81C9A58B5EE3472E8CC0C7E93AC4A682"><enum>(viii)</enum><text>Section 430(a).</text></clause></subparagraph>

<subparagraph id="H9F4EF8FCA7B4431194DFA9C425CC1397"><enum>(B)</enum><text>In section 137a(c)(6), by striking <quote>Deputy Under Secretary of Defense for Intelligence</quote> and inserting <quote>Deputy Under Secretary of Defense for Intelligence and Security</quote>.</text></subparagraph>

<subparagraph id="HF3EA83A389B34B54AA0AF60381ECEB0E"><enum>(C)</enum><text>The heading of section 137 is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H36165C6DC75F41B7B062FEAB3932AF54" style="USC">

<section id="HC88F4C1FF0754F58A904E382B16B6E42"><enum>137.</enum><header>Under Secretary of Defense for Intelligence and Security</header></section><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HD19D103DA97E4C57B3DD9D8AEC4CF64C"><enum>(D)</enum><text>The table of sections at the beginning of chapter 4 is amended by striking the item relating to

section 137 and inserting the following new item:</text>

<quoted-block id="H43FBED812DE04D9D9AC6480DF0D754AD" style="USC">

<toc>

<toc-entry idref="HC88F4C1FF0754F58A904E382B16B6E42" level="section">137. Under Secretary of Defense for Intelligence and Security.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H10452BC2C70148EB87C4C8711CBCD5AE"><enum>(2)</enum><header>Title 5</header><text>Title 5, United States Code, is amended as follows:</text>

<subparagraph id="H08C86751BE7B4D6CA741CEBE433612B0"><enum>(A)</enum><text>In section 5314, by striking <quote>Under Secretary of Defense for Intelligence</quote> and inserting <quote>Under Secretary of Defense for Intelligence and Security</quote>.</text></subparagraph>

<subparagraph id="HE02E09EA4B1644CD9388DC020EB145BD"><enum>(B)</enum><text>In section 5315, by striking <quote>Deputy Under Secretary of Defense for Intelligence</quote> and inserting <quote>Deputy Under Secretary of Defense for Intelligence and Security</quote>.</text></subparagraph></paragraph></subsection></section>

<section id="HC179170BFE334FB0896D963FC510167D" section-type="subsequent-section"><enum>1622.</enum><header>Modifications to ISR Integration Council and annual briefing requirements</header>

<subsection id="H66C1FBB27B20466BA6EDCC590D6376AE"><enum>(a)</enum><header>ISR Integration Council</header><text display-inline="yes-display-inline">Subsection (a) of section 426 of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H46B09ACE81BD414DA1D3BF6F99BCF662" display-inline="no-display-inline">

<subsection id="H29500A0944254662B05A218894E80E7D"><enum>(a)</enum><header>ISR Integration Council</header>

<paragraph id="H3D5F5979E55045C987A0BF2F56591EF1" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Under Secretary of Defense for Intelligence and Security shall establish an Intelligence, Surveillance, and Reconnaissance Integration Councilâ€"</text>

<subparagraph id="H958D303B2AB44FBEA15DCCEAAB9685E5" indent="up1"><enum>(A)</enum><text>to assist the Secretary of Defense in carrying out the responsibilities of the Secretary under section 105(a) of the National Security Act of 1947 (50 U.S.C. 3038(a));</text></subparagraph>

<subparagraph id="H831C03E764DB496EA340DF7396BD1FE3" indent="up1"><enum>(B)</enum><text>to assist the Under Secretary with respect to matters relating toâ€"</text>

<clause id="H33B21729FC27492C83F5036FE974760C"><enum>(i)</enum><text display-inline="yes-display-inline">integration of intelligence and counterintelligence capabilities and activities under section 137(b) of this title of the military departments, intelligence agencies of the Department of Defense, and relevant combatant commands; and</text></clause>

<clause id="H9250FCC005CF4A64B1818A191ABC8E5E"><enum>(ii)</enum><text>coordination of related developmental activities of such departments, agencies, and combatant commands; and</text></clause></subparagraph>

<subparagraph id="H067712F140AF4EE1852640D3BD6164B1" indent="up1"><enum>(C)</enum><text>to otherwise provide a means to facilitate such integration and coordination.</text></subparagraph></paragraph>

<paragraph id="HEF283CCCBB664E4696B3CA4989064C9F" indent="up1"><enum>(2)</enum><text>The Council shall be composed ofâ€"</text>

<subparagraph id="H94EFE7563B234144AD55FD15918E4312"><enum>(A)</enum><text>the Under Secretary, who shall chair the Council;</text></subparagraph>

<subparagraph id="H96E3E9994E3E4767A0001FEDB5EC7CA8"><enum>(B)</enum><text>the

directors of the intelligence agencies of the Department of Defense;</text></subparagraph>

<subparagraph id="H0653CB7997034C6CA27AFB8975330ECC"><enum>(C)</enum><text>the senior intelligence officers of the armed forces and the regional and functional combatant commands;</text></subparagraph>

<subparagraph id="H5DA7A2253B6C481E9BF0738E8E95CE4C"><enum>(D)</enum><text>the Director for Intelligence of the Joint Chiefs of Staff; and</text></subparagraph>

<subparagraph id="H9C375D4E3B9B4C5BA522E524C8C4641E"><enum>(E)</enum><text>the Director for Operations of the Joint Chiefs of Staff.</text></subparagraph></paragraph>

<paragraph id="H555D90DF63F34D5BAFF38B04B3AD9475" indent="up1"><enum>(3)</enum><text>The Under Secretary shall invite the participation of the Director of National Intelligence (or a representative of the Director) in the proceedings of the Council.</text></paragraph>

<paragraph id="HB5C13785060849AF92EE70407EB13653" indent="up1"><enum>(4)</enum><text>The Under Secretary may designate additional participants to attend the proceedings of the Council, as the Under Secretary determines appropriate.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H2967B2084E9241469CF4CA77BF3DD19C"><enum>(b)</enum><header>Annual briefings</header><text display-inline="yes-display-inline">Such section is further amended by striking subsections (b) and (c) and inserting the following new subsection (b):</text>

<quoted-block style="USC" id="H6B92BF31940641E89A01E941A64B74F0" display-inline="no-display-inline">

<subsection id="HB0F1AF08313F4FABABA88241D0C2334C" commented="no"><enum>(b)</enum><header>Annual briefings on the intelligence and counterintelligence requirements of the combatant commands</header>

<paragraph id="H0DA1BA8A1E3D4694B8470A818778DB16" commented="no" display-inline="yes-display-inline"><enum>(1)</enum><text>The Chairman of the Joint Chiefs of Staff shall provide to the congressional defense committees and the congressional intelligence committees a briefing on the following:</text>

<subparagraph id="H4468C56BE19E4FA78F48D1B54E8478B6" commented="no" display-inline="no-display-inline" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">The intelligence and counterintelligence requirements, by specific intelligence capability type, of each of the relevant combatant commands.</text></subparagraph>

<subparagraph id="H83D7330FDBF14DC48E6683A1CC649C38" commented="no" indent="up1"><enum>(B)</enum><text>For the year preceding the year in which the briefing is provided, the fulfillment rate for each of the relevant combatant commands of the validated intelligence and counterintelligence requirements, by specific intelligence capability type, of such combatant command.</text></subparagraph>

<subparagraph id="H0A351D71DF8340B79F2A97E2942ECC2C" commented="no" indent="up1"><enum>(C)</enum><text>A risk analysis identifying the critical gaps and shortfalls in efforts to address operational and strategic requirements of the Department of Defense that would result from the failure to fulfill the validated intelligence and counterintelligence requirements of the relevant combatant commands.</text></subparagraph>

<subparagraph id="HF81781FC069F4082B94310AE3BE653B5" indent="up1"><enum>(D)</enum><text>A mitigation plan to balance and offset the gaps and shortfalls identified under subparagraph (C), including with respect to spaceborne, airborne, ground, maritime, and cyber intelligence, surveillance, and reconnaissance capabilities.</text></subparagraph>

<subparagraph id="H017385CEDB50426EB809DB31592152FF" indent="up1"><enum>(E)</enum><text>For the year preceding the year in which the briefing is providedâ€"</text>

<clause id="H0EFE6199924643429D5463B2EB89B17B"><enum>(i)</enum><text>the number of intelligence and counterintelligence requests of each commander of a relevant combatant

command determined by the Joint Chiefs of Staff to be a validated requirement, and the total of capacity of such requests provided to each such commander;</text></clause>

<clause id="HA7665321C11546D7998F48A80CC53AD7"><enum>(ii)</enum><text>with respect to such validated requirementsâ€"</text>

<subclause id="HCDD00012AD784D4F81EBFC034A17BE37"><enum>(I)</enum><text>the quantity of intelligence and counterintelligence capabilities or activities, by specific intelligence capability type, that the Joint Chiefs of Staff requested each military department to provide; and</text></subclause>

<subclause id="H03CE317042994D5FB57408BA7BB2A679"><enum>(II)</enum><text>the total of capacity of such requests so provided by each such military department; and</text></subclause></clause>

<clause id="H54A8D2CC57A24B088A36CA54DF7D4384"><enum>(iii)</enum><text>a qualitative assessment of the alignment of intelligence and counterintelligence capabilities and activities with the program of analysis for each combat support agency and intelligence center of a military service that is part ofâ€"</text>

<subclause id="H11D46CC451774E4DA1030D340BF4FA09"><enum>(I)</enum><text>the Defense Intelligence Enterprise; and</text></subclause>

<subclause id="H2B6E030690D24EA88FAD1D3BE9E8B1CE"><enum>(II)</enum><text>the intelligence community.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H7690C39EC7B74AD78276A2FAF8CEE678" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Under Secretary of Defense for Intelligence and Security shall provide to the congressional defense committees and the congressional intelligence committees a briefing on short-, mid-, and long-term strategies to address the validated intelligence and counterintelligence requirements of the relevant combatant commands, including with respect to spaceborne, airborne, ground, maritime, and cyber intelligence, surveillance, and reconnaissance capabilities.</text></paragraph>

<paragraph id="HBC76ED39B9E04B59AFFA527AF8AEA307" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The briefings required by paragraphs (1) and (2) shall be provided at the same time that the Presidentâ€™s budget is submitted pursuant to section 1105(a) of title 31 for each of fiscal years 2021 through 2025.</text></paragraph>

<paragraph id="H030523B5123746CABF8CDB85FFB5E254" indent="up1" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">In this subsection:</text>

<subparagraph id="H56DF3B6BEF0F428782532674C35960A5"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>congressional intelligence committees</quote> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></subparagraph>

<subparagraph id="H7270BCA8D76E4040BAF47DB926F4C1E3"><enum>(B)</enum><text>The term <quote>Defense Intelligence Enterprise</quote> means the organizations, infrastructure, and measures, including policies, processes, procedures, and products, of the intelligence, counterintelligence, and security components of each of the following:</text>

<clause id="H81D33D1FD05B4342AC103F89EBF03F4D"><enum>(i)</enum><text>The Department of Defense.</text></clause>

<clause id="H6A78E4A918EC43208C151D2DDF782F26"><enum>(ii)</enum><text>The Joint Staff.</text></clause>

<clause id="H4A143FC06C694DAAB1173BFE901A4F3C"><enum>(iii)</enum><text>The combatant commands.</text></clause>

<clause id="HF063E0A6418E4B0EAC114FB82120FFF3"><enum>(iv)</enum><text>The military departments.</text></clause>

<clause id="H7CB81CF7504A474A8B6CCBDBA9286FFB"><enum>(v)</enum><text>Other elements of the Department of Defense that perform national intelligence, defense intelligence, intelligence-related, counterintelligence, or security functions.</text></clause></subparagraph>

<subparagraph id="H2C90B4348A884913A30166AA96AFB0F0"><enum>(C)</enum><text>The term <quote>fulfillment rate</quote> means the percentage of combatant command intelligence and counterintelligence requirements satisfied by available, acquired, or realigned intelligence and counterintelligence capabilities or activities.</text></subparagraph>

<subparagraph id="H3647BDCA5D464597BFFF907A41C1E604"><enum>(D)</enum><text display-inline="yes-display-inline">The term <quote>intelligence community</quote> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H8AE729A97B3541EAAB42408EC9DCEDA4" display-inline="no-display-inline" section-type="subsequent-section"><enum>1623.</enum><header>Modification of annual authorization of appropriations for National Flagship Language Initiative</header><text display-inline="no-display-inline">Section 811(a) of the <short-title>David L. Boren National Security Education Act of 1991</short-title> (50 U.S.C. 1911(a)) is amendedâ€"</text>

<paragraph id="HAD15335FC7DB42219BC529F9A59B93FD"><enum>(1)</enum><text>by striking <quote>fiscal year 2003</quote> and inserting <quote>fiscal year 2020</quote>; and</text></paragraph>

<paragraph id="H5C5B043DF5A24859BCCC0CB37D9636DD"><enum>(2)</enum><text>by striking <quote>$10,000,000</quote> and inserting <quote>$16,000,000</quote>.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HF4453BC30B084DDF9BAB4F0720E8C664" section-type="subsequent-section"><enum>1624.</enum><header display-inline="yes-display-inline">Improving the onboarding methodology for intelligence personnel</header>

<subsection commented="no" display-inline="no-display-inline" id="H263349F40E6F4B58B95CF3C81AEABE5F"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of Defense and the Director of National Intelligence shall, consistent with Department of Defense Instruction 1400.25, as in effect on the day before the date of the enactment of this Actâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9F6C6931422047EDB4696F442BB56D62"><enum>(1)</enum><text display-inline="yes-display-inline">not later than 180 days after the date of the enactment of this Act, submit to the appropriate committees of Congress a report that outlines a common methodology for measuring onboarding in elements of the intelligence community, including human resources and security processes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8292E9C2413A45B2BD19028D47787F9C"><enum>(2)</enum><text display-inline="yes-display-inline">not later than one year after the date of the enactment of this Act, issue metrics for assessing key phases in the onboarding described in paragraph (1) for which results will be reported by the date that is 90 days after the date of such issuance;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H46233CB2A1244147A98526C9834F4775"><enum>(3)</enum><text display-inline="yes-display-inline">not later than 180 days after the date of the enactment of this Act, submit to the appropriate committees of Congress a report on collaboration among elements of the intelligence community on their onboarding processes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H737928B2B596496CA519C6D5B2C86A00"><enum>(4)</enum><text display-inline="yes-display-inline">not later than 180 days after the date of the enactment of this Act, submit to the appropriate committees of Congress a report on employment of automated mechanisms in elements of the intelligence community, including for tracking personnel as they pass through each phase of the onboarding process; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4AD9319D5FA466BA1199551A43B0141"><enum>(5)</enum><text display-inline="yes-display-inline">not later than December 31, 2020, distribute surveys to human resources offices and applicants about their experiences with the onboarding process in elements

of the intelligence community.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H18FEF521B34B441EB753BFE1AF0AD53A"><enum>(b)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC347FEFFE75748589BD0EDF880A0EBC6"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H899539866A6F4995975710540BFE6C9C"><enum>(A)</enum><text display-inline="yes-display-inline">the Select Committee on Intelligence and the Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9F24E3A5DB6E470A8EE435B18C323386"><enum>(B)</enum><text display-inline="yes-display-inline">the Permanent Select Committee on Intelligence and the Committee on Armed Services of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51C804BE5DD8430C9AE563EB3857D608"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>intelligence community</term> has the meaning given such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0E12C3D5ACCC4E5EA2240A0224974142" section-type="subsequent-section"><enum>1625.</enum><header display-inline="yes-display-inline">Defense Counterintelligence and Security Agency activities on facilitating access to local criminal records historical data</header>

<subsection id="HE271AB21AF41445EB4174944A8152E19"><enum>(a)</enum><header>Activity authorized</header><text>Subject to subsection (c), the Director of the Defense Counterintelligence and Security Agency may carry out a set of activities to reduce the time and cost of accessing State, local, and tribal law enforcement records for the background investigations required for current and prospective Federal Government employees and contractors.</text></subsection>

<subsection id="H90F5ACEF74D240DBA0A4A4F52077CE7E"><enum>(b)</enum><header>Activities characterized</header><text>The activities carried out under subsection (a) shall include only that training, education, and direct assistance to State, local, and tribal communities needed for the purpose of streamlining access to historical criminal record data.</text></subsection>

<subsection id="H507104E70A28409D8B6481E862796F59"><enum>(c)</enum><header>Limitations</header>

<paragraph id="HBAB286A1F63249909A58EDDE16AC81EC"><enum>(1)</enum><header>Commencement of activities</header><text>The Director may not commence carrying out any activities under subsection (a) until the date that is 90 days after the date on which the Director submits the report required by subsection (d)(1).</text></paragraph>

<paragraph id="HB7AF171A172A452CA0E64A8650D624DD"><enum>(2)</enum><header>Legal and reporting obligations</header><text>The Director shall ensure that no activity carried out under subsection (a) obligates a State, local, or tribal entity to any additional legal or reporting obligation to the Defense Counterintelligence and Security Agency.</text></paragraph>

<paragraph id="HF19AB46C8B7041ECA2F7A40A3E910CA8"><enum>(3)</enum><header>Scope</header><text>No activity may be carried out under subsection (a) that applies to any matter outside the limited purpose of conducting background investigations for current and prospective Federal Government employees and contractors.</text></paragraph>

<paragraph id="H82DEBC6E6EC74C8F9108F1A8FE46CC25"><enum>(4)</enum><header>Consistency with access provided</header><text>The Director shall ensure that the activities carried out under subsection (a) are carried out in a manner that is consistent with the access provided by Federal law enforcement entities to the Defense

Counterintelligence and Security Agency.</text></paragraph></subsection>

<subsection id="HB9A21C00034F42D8A652347075EB01B9"><enum>(d)</enum><header>Reports</header>

<paragraph id="HB7670BF500E645F78D6DE83B8CBA7C9C"><enum>(1)</enum><header>Initial report</header><text>Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional defense committees, the Select Committee on Intelligence of the Senate, and the Permanent Select Committee on Intelligence of the House of Representatives a report that details a concept of operation for the set of activities authorized by subsection (a).</text></paragraph>

<paragraph id="H0F271F5CE22846D185D2A13E8C77A0D3"><enum>(2)</enum><header>Annual reports</header><text>Not later than one year after the date on which the Director submits a report pursuant to paragraph (1) and not less frequently than once each year thereafter, the Director shall submit to the congressional defense committees, the Select Committee on Intelligence of the Senate, and the Permanent Select Committee on Intelligence of the House of Representatives a detailed report on the activities carried out by the Director under subsection (a).</text></paragraph></subsection></section>

<section id="H8A7B855F816949C3BA4167DEC180B6CD" section-type="subsequent-section"><enum>1626.</enum><header>Survey and report on alignment of intelligence collections capabilities and activities with Department of Defense requirements</header>

<subsection id="H04397AC271CC4731AA6EF8846DA6C93B"><enum>(a)</enum><header>Survey and review</header>

<paragraph id="H533C23E9069640EA8E1F755FFE62FB0A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence and Security, in coordination with the Chairman of the Joint Chiefs of Staff and the Director of National Intelligence, shallâ€"</text>

<subparagraph id="HB7DDC4862984491CAE56C362AD204B31"><enum>(A)</enum><text>review the organization, posture, current and planned investments, and processes of the intelligence collections capabilities and activities, for the purpose of assessing the sufficiency, integration, and interoperability of such capabilities and activities to support the current and future requirements of the Department of Defense; and</text></subparagraph>

<subparagraph id="H6D5CE49B47A84224BA0E6668C9565854"><enum>(B)</enum><text>conduct a survey of each geographic and functional combatant command, with respect to intelligence collections capabilities and activities, to assessâ€"</text>

<clause id="HA6F4A458DC354E3FB70DF088D63C384B"><enum>(i)</enum><text>the current state of the support of such capabilities and activities to military operations;</text></clause>

<clause id="H69D12DCCCECB4093B7FBCA998501D190"><enum>(ii)</enum><text>whether the posture of such capabilities and activities is sufficient to address the requirements of the Department of Defense;</text></clause>

<clause id="HD2C0327EF1C74C52B8D1AA796EAB33A6"><enum>(iii)</enum><text>the extent to which such capabilities and activities address gaps and deficiencies with respect to the operational requirements of the Global Campaign Plans, as identified in the most recent readiness reviews conducted by the Joint Staff; and</text></clause>

<clause id="H44309C34D55D4C8D9F29B494321BE25A"><enum>(iv)</enum><text>whether current and planned investments in such capabilities and activities are sufficient to address near-, mid-, and long-term spaceborne, airborne, terrestrial, and human collection capability requirements.</text></clause></subparagraph></paragraph>

<paragraph id="H8193AB91B34E470FB6D74A4C8C3FBCE6"><enum>(2)</enum><header>Elements</header><text>The survey and review under paragraph (1) shall include the following:</text>

<subparagraph id="H4C499702C5AC4AF9AC6979F63159F195"><enum>(A)</enum><text>A comprehensive assessment of intelligence collections capabilities and activities, and whether such capabilities and activitiesâ€"</text>

<clause id="H6AA3E04FC0A54255AAE001D9B1152B25"><enum>(i)</enum><text>are appropriately postured and sufficiently resourced to meet current and future requirements of the Department of Defense;</text></clause>

<clause id="H302EFDAB57BE41E5A905E520518F8E15"><enum>(ii)</enum><text>are appropriately balanced to address operational and strategic defense intelligence requirements; and</text></clause>

<clause id="H88CCE692A3844D8E8BC8A5FBABDD30E6"><enum>(iii)</enum><text>are sufficiently integrated and interoperable between activities of the Military Intelligence Program and the National Intelligence Program to respond to emerging requirements of the Department of Defense.</text></clause></subparagraph>

<subparagraph id="H207B1B9537564D26B76B2379B0621214"><enum>(B)</enum><text>With respect to each geographic and functional combatant commandâ€"</text>

<clause id="H32C6851B90844C6294B683695EC96897"><enum>(i)</enum><text>information on the gaps and deficiencies, by specific intelligence capability type, described in paragraph (1)(B)(iii);</text></clause>

<clause id="HBF1EAF30BFAB4F7A9FE01D8DB37A5BD5"><enum>(ii)</enum><text>a review of the alignment of such gaps and deficiencies with the intelligence, surveillance, and reconnaissance submissions to the integrated priorities list for the period beginning with the completion of the most recent readiness reviews conducted by the Joint Staff and ending on the date of the commencement of the survey and review under subsection (a); and</text></clause>

<clause id="H82D5A2814A354BB8B106CBE757773561"><enum>(iii)</enum><text display-inline="yes-display-inline">detailed information on the allocation and realignment of intelligence collections capabilities and activities to addressâ€"</text>

<subclause id="H1D46A9544F9847869ECF1570028BABE4"><enum>(I)</enum><text>such gaps and deficiencies; and</text></subclause>

<subclause id="H95014FF362574911B57D027A39EB58C0"><enum>(II)</enum><text>such intelligence, surveillance, and reconnaissance submissions.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection id="H8E265C478EBF454DA0F20B6DD9CB6A08"><enum>(b)</enum><header>Report</header>

<paragraph id="H35DF050F20684A33A8C952510553974C"><enum>(1)</enum><header>Submission</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Under Secretary of Defense for Intelligence and Security shall submit to the appropriate congressional committees a report on the findings of the Under Secretary with respect to the survey and review under subsection (a)(1).</text></paragraph>

<paragraph id="HB55B9E5C5E4C4EA9BE61AC4915AC754B"><enum>(2)</enum><header>Content</header><text>The report under paragraph (1) shall includeâ€"</text>

<subparagraph id="HC055DCD458884AFC8446FFEE5DC72B73"><enum>(A)</enum><text>an evaluation ofâ€"</text>

<clause id="HE87321FD8CCF4FE7B389426B441DE5DC"><enum>(i)</enum><text display-inline="yes-display-inline">the organization, posture, current and planned investments, and processes of the intelligence collections capabilities and activities, including the extent to which such capabilities and activities enable the geographic and functional combatant commands to meet the operational and strategic requirements of the Department of Defense;</text></clause>

<clause id="HB6F0F0598AFF497EA94EAD052FB1717F"><enum>(ii)</enum><text>the use or planned use by each geographic and functional combatant command of intelligence collections capabilities and activities available to such command to address operational and strategic requirements of the Department of Defense;</text></clause>

<clause id="H99E807E50AC940AF9D787BD5622B4BB5"><enum>(iii)</enum><text>the gaps and deficiencies described in subsection (a)(1)(B)(iii), if any, that prohibit each geographic and functional combatant command from the most effective use of the

intelligence collections capabilities and activities to address priority requirements of the Department of Defense;</text></clause>

<clause id="HD2409D00E42745848ADB96B601E1A6CF"><enum>(iv)</enum><text>the accepted risk by the Secretary of Defense from the prioritization of certain Department of Defense requirements with respect to the allocation of intelligence collections capabilities and activities; and</text></clause>

<clause id="H747DA83EBB544E5F936E15265928EBE3"><enum>(v)</enum><text display-inline="yes-display-inline">the alignment and responsiveness of intelligence collections capabilities and activities with respect to the planning requirements for the Program of Analysis of each combat support agency that is part ofâ€"</text>

<subclause id="HEF3E961675C548D7B04C3A4B1BCF5C91"><enum>(I)</enum><text>the Defense Intelligence Enterprise; and</text></subclause>

<subclause id="H4556909829934C028C91F6A1428D5593"><enum>(II)</enum><text>the intelligence community; and</text></subclause></clause></subparagraph>

<subparagraph id="H15E126E2346742BBB9F7764617938D43"><enum>(B)</enum><text>recommendations, if any, to improve the sufficiency, responsiveness, and interoperability of intelligence collections capabilities and activities to fulfill the operational and strategic requirements of the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="H5828F9B40A324CD0A977CCC2FA7CF782"><enum>(3)</enum><header>Form</header><text>The report under paragraph (1) shall be submitted in unclassified form without any designation relating to dissemination control, but may contain a classified annex.</text></paragraph></subsection>

<subsection id="H2347E4EB4D1247E68F1B21A377CA9CFA"><enum>(c)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H51BC8BD0774644EA9E7AADAE62082048"><enum>(1)</enum><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H31A85CEA9E904F338B2E56C64B0AD76D"><enum>(A)</enum><text>the congressional defense committees; and</text></subparagraph>

<subparagraph id="H06AB1D29A61F4ABE87E2575094EF35F0"><enum>(B)</enum><text>the congressional intelligence committees.</text></subparagraph></paragraph>

<paragraph id="HCF9514CB173A4CBC8AC3DB6FAC755CAC"><enum>(2)</enum><text>The term <term>combat support agency</term> has the meaning given that term in section 193(f) of title 10, United States Code.</text></paragraph>

<paragraph id="HB72274564AF44B7EB7A63F0BBF9B613D"><enum>(3)</enum><text>The term <term>Defense Intelligence Enterprise</term> has the meaning given that term in section 1633(c)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2600).</text></paragraph>

<paragraph id="HB57BFE131C9C4A71953EB4DFC71D3FF6" commented="no"><enum>(4)</enum><text>The term <term>intelligence collections capabilities and activities</term> means the totality of intelligence collections systems and processes which enable the tasking, processing, exploitation, and dissemination capabilities, capacity, and activities of the Defense Intelligence Enterprise.</text></paragraph>

<paragraph id="H1C0B202950D14E9D867C8C8108E3685B"><enum>(5)</enum><text display-inline="yes-display-inline">The term <term>intelligence community</term> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph>

<paragraph id="HC406E519A89E4C798430F018C326765E"><enum>(6)</enum><text display-inline="yes-display-inline">The term <term>congressional intelligence committees</term> has the meaning given that term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HB156B74333D04CB79AE133F5775EC4EC" section-type="subsequent-

section"><enum>1627.</enum><header display-inline="yes-display-inline">Reports on Consolidated Adjudication Facility of the Defense Counterintelligence and Security Agency</header>

<subsection id="HE8F7522FFA2245CF97AC47D7D4B297D6"><enum>(a)</enum><header>Reports</header><text display-inline="yes-display-inline">On a semiannual basis during the period beginning on the date of the enactment of this Act and ending on the date specified in subsection (b), and annually thereafter, the Director of the Defense Counterintelligence and Security Agency shall submit to the congressional defense committees a report on the processes in place for adjudicating security clearances and the progress made to address the backlog of security clearance applications, includingâ€"</text>

<paragraph id="HD2E032EC29DD4C4DA861D96E53CEEE67"><enum>(1)</enum><text>metrics used by the Director to evaluate the inventory and timeliness of adjudicating security clearance cases; and</text></paragraph>

<paragraph id="HD67C6362A098422FBE83FD164C9B3B5E"><enum>(2)</enum><text display-inline="yes-display-inline">details on the resources used by the Director in carrying out the security clearance mission of the Consolidated Adjudication Facility.</text></paragraph></subsection>

<subsection id="H01C1E01CF92E4411990E89D927CA5E8C"><enum>(b)</enum><header>Determination and briefing</header><text display-inline="yes-display-inline">Upon the date on which the Director of the Defense Counterintelligence and Security Agency determines both that the backlog of security clearance adjudications has been substantially eliminated and that the timeline to conduct background investigations reflects the type of investigation being conducted and the level of clearance required, the Director shallâ€"</text>

<paragraph id="H550FCEEACA0B44968919D89064E2A5E5"><enum>(1)</enum><text>notify the congressional defense committees of such determination; and</text></paragraph>

<paragraph id="H101B606F6D514DB385BA1033A896DB08"><enum>(2)</enum><text display-inline="yes-display-inline">provide to such committees a briefing on the progress made by the Director with respect to security clearance adjudications.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H409707DC68A34F9BB63B0B79E8B6D430" section-type="subsequent-section"><enum>1628.</enum><header display-inline="yes-display-inline">Report on the expanded purview of the Defense Counterintelligence and Security Agency</header>

<subsection commented="no" display-inline="no-display-inline" id="H64922877DD254978BC173B05E2B14FF4"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to Congress a report on the Defense Counterintelligence and Security Agency.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC51B495F7B0C4506AC1DB4A4A3636DBD"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report submitted under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE6C6BA2F82F84D8A83947F4566FB617C"><enum>(1)</enum><text display-inline="yes-display-inline">Identification of the resources and authorities appropriate for the inspector general for the expanded purview of the Defense Counterintelligence and Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB8095F864DA943F496AF76D69E51027C"><enum>(2)</enum><text display-inline="yes-display-inline">Identification of the resources and authorities needed to perform the civil liberties and privacy officer function of the Defense Counterintelligence and Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51F9DEE7CD6548F0AFFB07C238E28574"><enum>(3)</enum><text display-inline="yes-

display-inline">An assessment of the security protocols in effect for personally identifiable information held by the Defense Counterintelligence and Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H99F8C9B5871A44E795A2260B4517B05B"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of the governance structure of the Defense Counterintelligence and Security Agency as it relates to the Department of Defense, including with respect to status, authorities, and leadership.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H28414A0C23CF4C70A15309E211B1FD8B"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of the governance structure of the Defense Counterintelligence and Security Agency as it relates to interagency partners, including the Office of Management and Budget, the Office of the Director of National Intelligence, and the Office of Personnel Management.</text></paragraph>

<paragraph id="HC65062A35CB04857B3D85BF6EE34C2FE" commented="no" display-inline="no-display-inline"><enum>(6)</enum><text display-inline="yes-display-inline">The methodology the Defense Counterintelligence and Security Agency will prioritize requests for background investigation requests from government agencies and industry.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H1AD864C142794FF29F4ABFA8B5335FD8" section-type="subsequent-section"><enum>1629.</enum><header display-inline="yes-display-inline">Termination of requirement for Department of Defense facility access clearances for joint ventures composed of previously-cleared entities</header><text display-inline="no-display-inline">A clearance for access to a Department of Defense installation or facility may not be required for a joint venture if that joint venture is composed entirely of entities that are currently cleared for access to such installation or facility.</text></section></subtitle>

<subtitle id="HDFD1D38F5B5544B0AA0E7CF40E5F4077"><enum>C</enum><header>Cyberspace-Related Matters</header>

<section commented="no" display-inline="no-display-inline" id="HDC33CABAB33449BF993B922F1D64E37D" section-type="subsequent-section"><enum>1631.</enum><header display-inline="yes-display-inline">Matters relating to military operations in the information environment</header>

<subsection commented="no" display-inline="no-display-inline" id="H4F5945F6C5FA42BA9056292F0B8FD9F1"><enum>(a)</enum><header display-inline="yes-display-inline">Principal Information Operations Advisor</header>

<paragraph commented="no" display-inline="no-display-inline" id="H3E8D660C3BEA4CE4A1691E1C455FAC0F"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Chapter 19 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HA7CCC43EEBCD4F9EA6AF908D9F611740" style="USC">

<section commented="no" display-inline="no-display-inline" id="H65A32DA82E9D470F9211E6AD7AF0423A" section-type="subsequent-section"><enum>397.</enum><header display-inline="yes-display-inline">Principal Information Operations Advisor</header>

<subsection id="H5ECEDB096B9D42829081EB3583B6BCE6" commented="no" display-inline="no-display-inline"><enum>(a)</enum><header display-inline="yes-display-inline">Designation</header><text display-inline="yes-display-inline">Not later than 30 days after the enactment of this Act, the Secretary of Defense shall designate, from among officials appointed to a position in the Department of Defense by and with the advice and consent of the Senate, a Principal Information Operations Advisor to act as the principal advisor to the Secretary on all aspects of information operations conducted by the Department.</text></subsection>

<subsection id="H2637DB669FD34867A1605E0F07A617A4" commented="no" display-inline="no-display-inline"><enum>(b)</enum><header display-inline="yes-display-

inline">Responsibilities</header><text display-inline="yes-display-inline">The Principal Information Operations Advisor shall have the following responsibilities:</text>

<paragraph id="H7D4D80EDE94F4BD69C814189C6E60DD2" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Oversight of policy, strategy, planning, resource management, operational considerations, personnel, and technology development across all the elements of information operations of the Department.</text></paragraph>

<paragraph id="H4DB24ADF74664D2F95681A1203291349" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">Overall integration and supervision of the deterrence of, conduct of, and defense against information operations.</text></paragraph>

<paragraph id="H2551D3A41AB54C0FB3BA1F9CC7982860" commented="no" display-inline="no-display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">Promulgation of policies to ensure adequate coordination and deconfliction with the Department of State, the intelligence community (as such term is defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)), and other relevant agencies and departments of the Federal Government.</text></paragraph>

<paragraph id="HFD11814609E547AD8447CF6B0B76205E" commented="no" display-inline="no-display-inline"><enum>(4)</enum><text display-inline="yes-display-inline">Coordination with the head of the Global Engagement Center to support the purpose of the Center (as set forth by section 1287(a)(2) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 22 U.S.C. 2656 note)) and liaison with the Center and other relevant Federal Government entities to support such purpose.</text></paragraph>

<paragraph id="H82490B1C4AAE4AC1912518655CB0C09B" commented="no" display-inline="no-display-inline"><enum>(5)</enum><text display-inline="yes-display-inline">Establishing and supervising a rigorous risk management process to mitigate the risk of potential exposure of United States Persons to information intended exclusively for foreign audiences.</text></paragraph>

<paragraph id="HA3D221EADD13468C80329C09756F8014" commented="no"><enum>(6)</enum><text display-inline="yes-display-inline">Promulgation of standards for the attribution or public acknowledgment, if any, of operations in the information environment.</text></paragraph>

<paragraph id="HEA64A9D16F8A40B4B50667649A8D5C4B" commented="no" display-inline="no-display-inline"><enum>(7)</enum><text display-inline="yes-display-inline">Development of guidance for, and promotion of, the capability of the Department to liaison with the private sector and academia on matters relating to the influence activities of malign actors.</text></paragraph>

<paragraph id="H85C98F87CCA44E1F9A5ACEE57BD520BE" commented="no" display-inline="no-display-inline"><enum>(8)</enum><text display-inline="yes-display-inline">Such other matters relating to information operations as the Secretary shall specify for purposes of this subsection.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H57A241F3B731456284003E54009EA769"><enum>(2)</enum><header display-inline="yes-display-inline">Clerical amendments</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H475065CFE5324F3891E18279D6103825"><enum>(A)</enum><header display-inline="yes-display-inline">Chapter 19</header>

<clause commented="no" display-inline="no-display-inline" id="HD89D458B0C78478AAE409E2F215DD5CA"><enum>(i)</enum><header display-inline="yes-display-inline">Chapter heading</header><text display-inline="yes-display-inline">The heading of chapter 19 of such title is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HD9FD66B9D2FA432D90566108A5C20B8B" style="USC">

<chapter commented="no" id="H6F6361EBD84C4533A5F50250E0C0BBBC" level-type="subsequent" style="OLC"><enum>19</enum><header display-inline="yes-display-inline">Cyber and Information Operations Matters</header></chapter><after-quoted-block>.</after-quoted-

block></quoted-block></clause>

<clause commented="no" display-inline="no-display-inline" id="HDCC318E3E5EE457EBF870F3CED62B80C"><enum>(ii)</enum><header display-inline="yes-display-inline">Table of sections</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 19 of such title is amended by inserting at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HA87A0A82381540A09050816817EAB663" style="OLC">

<toc>

<toc-entry bold="off" level="section">397. Principal Information Operations Advisor.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5F4E3778102149BCBAA9829A3DA1D1C5"><enum>(B)</enum><header display-inline="yes-display-inline">Table of chapters</header><text display-inline="yes-display-inline">The table of chapters for part I of subtitle A of such title is amended by striking the item relating to chapter 19 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H3C267000D26F459EAEA8A05AE5F242F1" style="OLC">

<toc>

<multi-column-toc-entry bold="on" level="chapter"><toc-enum>19.</toc-enum><level-header bold="off" level="chapter">Cyber and Information Operations Matters</level-header><target>391</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H421B666A2CE442C9B3217D2DF03333A2"><enum>(b)</enum><header display-inline="yes-display-inline">Affirming the authority of the Secretary of Defense to conduct military operations in the information environment</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HAD46975FB41E4318A5D6271119DA823B"><enum>(1)</enum><text display-inline="yes-display-inline">Congress affirms that the Secretary of Defense is authorized to conduct military operations, including clandestine operations, in the information environment to defend the United States, allies of the United States, and interests of the United States, including in response to malicious influence activities carried out against the United States or a United States person by a foreign power.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4AFC5E9AE5C34AC7B0CA470D3D50D008" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The military operations referred to in paragraph (1), when appropriately authorized include the conduct of military operations short of hostilities and in areas outside of areas of active hostilities for the purpose of preparation of the environment, influence, force protection, and deterrence of hostilities.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFFF226390A414CECA9CC509110349200"><enum>(c)</enum><header display-inline="yes-display-inline">Treatment of clandestine military operations in the information environment as traditional military activities</header><text display-inline="yes-display-inline">A clandestine military operation in the information environment shall be considered a traditional military activity for the purposes of section 503(e)(2) of the National Security Act of 1947 (50 U.S.C. 3093(e)(2)).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H08DFF54F31B64FFEBCCB5E322C9005B9"><enum>(d)</enum><header display-inline="yes-display-inline">Quarterly information operations briefings</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H48A5371989964DE6AA9BED63E5DEEFC5"><enum>(1)</enum><text display-inline="yes-display-inline">Not less frequently than once each quarter, the Secretary of Defense shall provide the congressional defense committees a briefing on significant military operations, including all clandestine operations in the information environment,

carried out by the Department of Defense during the immediately preceding quarter.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA548A98C16CE4BB1935741D2B92DCDF4" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Each briefing under paragraph (1) shall include, with respect to the military operations in the information environment described in such paragraph, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H473B8758AE1D46C79DB59FBE7928498C"><enum>(A)</enum><text display-inline="yes-display-inline">An update, disaggregated by geographic and functional command, that describes the operations carried out by the commands.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H32EDD1C09D3A4633AB0AB0F3DB0B5FAD"><enum>(B)</enum><text display-inline="yes-display-inline">An overview of authorities and legal issues applicable to the operations, including any relevant legal limitations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H374360516415 40C0B4F7F9EC4D9D7888"><enum>(C)</enum><text display-inline="yes-display-inline">An outline of any interagency activities and initiatives relating to the operations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H70301ED64429492FBC38022EFDC46EC6"><enum>(D)</enum><text display-inline="yes-display-inline">Such other matters as the Secretary considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC4EB697C020E4AF8AB158B0BCF698E62"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construed to limit, expand, or otherwise alter the authority of the Secretary to conduct military operations, including clandestine operations, in the information environment, to authorize specific military operations, or to limit, expand, or otherwise alter or otherwise affect the War Powers Resolution (50 U.S.C. 1541 et seq.) or an authorization for use of military force that was in effect on the day before the date of the enactment of this Act.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDA6542DE41384B11BDD6C76420390B49"><enum>(f)</enum><header display-inline="yes-display-inline">Cross-functional team</header>

<paragraph commented="no" display-inline="no-display-inline" id="H098A4EC3EBB24DA6AEF517A7E0324C8E"><enum>(1)</enum><header display-inline="yes-display-inline">Establishment</header><text display-inline="yes-display-inline">The Principal Information Operations Advisor shall integrate the expertise in all elements of information operations and perspectives of appropriate organizations within the Office of the Secretary of Defense, Joint Staff, military departments, Defense Agencies, and combatant commands by establishing and maintaining a full-time cross-functional team composed of subject-matter experts selected from those organizations.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBE399B88B99D4FBD9F4B99AF02A2972D"><enum>(2)</enum><header display-inline="yes-display-inline">Selection and organization</header><text display-inline="yes-display-inline">The cross-functional team established under paragraph (1) shall be selected, organized, and managed in a manner consistent with section 911 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 111 note).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H46C82FECED6345CDB3E67AEC230468F8"><enum>(g)</enum><header display-inline="yes-display-inline">Strategy and posture review</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9179F07D870240DD8B4CD828016C7097"><enum>(1)</enum><header display-inline="yes-display-inline">Strategy and posture review required</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Secretary of Defense, acting through the Principal Information Operations Advisor

under section 397 of title 10, United States Code (as added by subsection (a)) and the cross-functional team established under subsection (f)(1), shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H24231B5735ED475E817373E4C79398A9"><enum>(A)</enum><text display-inline="yes-display-inline">develop or update, as appropriate, a strategy for operations in the information environment, including how such operations will be synchronized across the Department of Defense and the global, regional, and functional interests of the combatant commands;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H41B0077ACF014A1C9B74926CCD3F29D6"><enum>(B)</enum><text display-inline="yes-display-inline">conduct an information operations posture review, including an analysis of capability gaps that inhibit the Departmentâ€™s ability to successfully execute the strategy developed or updated pursuant to subparagraph (A);</text></subparagraph>

<subparagraph id="H75F56EDE78E5492599716A480429F6A0" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">designate Information Operations Force Providers and Information Operations Joint Force Trainers for the Department of Defense;</text></subparagraph>

<subparagraph id="H63CD97E4AE0240A5B47729741B6F78F8" commented="no"><enum>(D)</enum><text>develop and persistently manage a joint lexicon for terms related to information operations, including <quote>information operations</quote>, <quote>information environment</quote>, <quote>operations in the information environment</quote>, and <quote>information related capabilities</quote>; and</text></subparagraph>

<subparagraph id="HBE14A51D9F7A40B581D01C5F15FA9E23" commented="no"><enum>(E)</enum><text>determine the collective set of combat capabilities that will be treated as part of operations in the information environment, including cyber warfare, space warfare, military information support operations, electronic warfare, public affairs, and civil affairs.</text></subparagraph></paragraph>

<paragraph id="H7A5CC918700847648B3668AF51D60DC9"><enum>(2)</enum><header>Coordination on certain cyber matters</header><text display-inline="yes-display-inline">For any matters in the strategy and posture review under paragraph (1) that involve or relate to Department of Defense cyber capabilities, the Principal Information Operations Advisor shall fully collaborate with the Principal Cyber Advisor to the Secretary of Defense. </text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF1F9406FC6864E39AA03AA3635BBBA05"><enum>(3)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">At a minimum, the strategy developed or updated pursuant to paragraph (1)(A) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF51B5B0456B9478AB8D4E71858E623F5"><enum>(A)</enum><text display-inline="yes-display-inline">The establishment of lines of effort, objectives, and tasks that are necessary to implement such strategy and eliminate the capability gaps identified under paragraph (1)(B).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCFDC2374EB534650AF5089B85029A6E1"><enum>(B)</enum><text display-inline="yes-display-inline">In partnership with the Principal Cyber Advisor to the Secretary of Defense and in coordination with any other component or Department of Defense entity as selected by the Secretary of Defense, an evaluation of any organizational changes that may be required within the Office of the Secretary of Defense, including potential changes to Under Secretary or Assistant Secretary-level positions to comprehensively conduct oversight of policy development, capabilities, and other aspects of operations in the information environment as determined pursuant to the information operations posture review under paragraph (1)(B).</text></subparagraph>

<subparagraph id="H794B19150A154FA6903CF27FA40C1897"><enum>(C)</enum><text display-inline="yes-display-inline">An assessment of various models for operationalizing information operations, including the feasibility and advisability of establishing an Army Information Warfare Command.</text></subparagraph>

<subparagraph id="H9C06355634B642C1A1C0E025A1B6182E"><enum>(D)</enum><text display-inline="yes-display-inline">A review of the role of information operations in combatant commander operational planning, the ability of combatant commanders to respond to hostile acts by adversaries, and the ability of combatant commanders to engage and build capacity with allies.</text></subparagraph>

<subparagraph id="H0A80B563C95F4BE599D656EB311B0FC3"><enum>(E)</enum><text>A review of the law, policies, and authorities relating to, and necessary for, the United States to conduct military operations, including clandestine military operations, in the information environment.</text></subparagraph></paragraph>

<paragraph id="HEFA72DA77B8E4C398FC3524BF597938B"><enum>(4)</enum><header>Submission to Congress</header><text display-inline="yes-display-inline">Upon completion, the Secretary of Defense shall present the strategy for operations in the information environment and the information operations posture review under subparagraphs (A) and (B), respectively, of paragraph (1) to the Committees on Armed Services of the House of Representatives and the Senate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H250A65F98DD649A1AC91F5C96E0118FC"><enum>(h)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H0755B66BD86D45EF8E699F49A1D35A73"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall provide the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report for the structuring and manning of information operations capabilities and forces across the Department of Defense. The Secretary shall provide such Committees with quarterly updates on such plan.</text></paragraph>

<paragraph id="HC93D786F7A1E497C9951C0A66DDE2D43" commented="no"><enum>(2)</enum><header>Elements</header><text>The plan required under paragraph (1) shall address the following:</text>

<subparagraph id="H20C1C184ACE945AFAEE726F66A51C15A" commented="no"><enum>(A)</enum><text>How the Department of Defense will organize to develop a combined information operations strategy and posture review under subsection (g).</text></subparagraph>

<subparagraph id="H14686E16973244BCBB29ECD46754080D" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">How the Department will fulfill the roles and responsibilities of the Principal Information Operations Advisor under section 397 of title 10, United States Code (as added by subsection (a)).</text></subparagraph>

<subparagraph id="H1A619B5004B94750B84B2C8331CF4B2B" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">How the Department will establish the information operations cross-functional team under subsection (f)(1).</text></subparagraph>

<subparagraph id="HD36A8004EB44455E8751F4B554258751" commented="no"><enum>(D)</enum><text>How the Department will utilize boards and working groups involving senior-level Department representatives on information operations.</text></subparagraph>

<subparagraph id="H7BA299C76B3B4387BC8D5817890BD1F9" commented="no"><enum>(E)</enum><text>Such other matters as the Secretary of Defense considers appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H42DD05DCD48847D3978205367491AB9A"><enum>(i)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB2F0CB1DCB1A400FA08E2E806025F8C2"><enum>(1)</enum><text display-inline="yes-display-inline">The terms <term>foreign person</term> and <term>United States person</term> have the meanings given such terms in section 101 of the Foreign

Intelligence Surveillance Act of 1978 (50 U.S.C. 1801).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBB28FD5E91A64D3FB58388A728F105EF"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>hostilities</term> has the same meaning as such term is used in the War Powers Resolution (50 U.S.C. 1541 et seq.).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDCAB851AC4A547C3921BD7B17CB77847"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>clandestine military operation in the information environment</term> means an operation or activity, or associated preparatory actions, authorized by the President or the Secretary of Defense, thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H43C7B9A9783B4FD5AE644085308544E0"><enum>(A)</enum><text display-inline="yes-display-inline">is marked by, held in, or conducted with secrecy, where the intent is that the operation or activity will not be apparent or acknowledged publicly; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5B80A7416968478EA241009487E8C118"><enum>(B)</enum><text display-inline="yes-display-inline">is to be carried outâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H447125B0DA054E9EAEB18C158E7D1C52"><enum>(i)</enum><text display-inline="yes-display-inline">as part of a military operation plan approved by the President or the Secretary of Defense;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HE3EF8A1890AF41C7ABB9170CEC66DE5E"><enum>(ii)</enum><text display-inline="yes-display-inline">to deter, safeguard, or defend against attacks or malicious influence activities against the United States, allies of the United States, and interests of the United States;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5D59CC9CB0F441CFB66298E2FDF8ABC7"><enum>(iii)</enum><text display-inline="yes-display-inline">in support of hostilities or military operations involving the United States armed forces; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HEBFD4E91E0BC4C238B85630F68EAD776"><enum>(iv)</enum><text display-inline="yes-display-inline">in support of military operations short of hostilities and in areas where hostilities are not occurring for the purpose of preparation of the environment, influence, force protection, and deterrence.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H74D96D8F146546F49C6899C0B02D6C03"><enum>1632.</enum><header>Notification requirements for sensitive military cyber operations</header><text display-inline="no-display-inline">Section 395 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H93007331479B4481B2EABD4FFB439CF1"><enum>(1)</enum><text>in subsection (b)(3), by inserting <quote>, signed by the Secretary, or the Secretaryâ€™s designee,</quote> after <quote>written notification</quote>; and</text></paragraph>

<paragraph id="H655AFB8E3B024F58BC6503E24F07F89D"><enum>(2)</enum><text>in subsection (c)â€"</text>

<subparagraph id="HA8F8797D0AE54915A037F3DD673CCDBA"><enum>(A)</enum><text>in paragraph (1)â€"</text>

<clause id="H95EFA2AF4E444E8DAC255EF34EA3934D"><enum>(i)</enum><text>in subparagraph (A), by striking <quote>and</quote> after the semicolon at the end;</text></clause>

<clause id="H228A36A464E24C5ABBC32DD06CE63634"><enum>(ii)</enum><text>by redesignating subparagraph (B) as subparagraph (C); and</text></clause>

<clause id="H134764508741476FBF17F6A9771265A2"><enum>(iii)</enum><text>by inserting after subparagraph (A) the following new subparagraph:</text>

<quoted-block id="HBD5A66BA86C549CC99D4A14ADDCAF26B" style="OLC">

<subparagraph id="HBBB1A5A895594EBEAE3FE880E98EA080"><enum>(B)</enum><text>is

determined toâ€"</text>

<clause id="HBBA41867828E4B0FBC6EEDC7F0ED2F20"><enum>(i)</enum><text>have a medium or high collateral effects estimate;</text></clause>

<clause id="H2933B91F13794D1DB97A5DA5E6681BA6"><enum>(ii)</enum><text>have a medium or high intelligence gain or loss;</text></clause>

<clause id="HE5F7FF0475A94FC3B913278C6E066DD7"><enum>(iii)</enum><text>have a medium or high probability of political retaliation, as determined by the political military assessment contained within the associated concept of operations;</text></clause>

<clause id="H62B8523B978B4CF9812AD467B3EED2D8"><enum>(iv)</enum><text>have a medium or high probability of detection when detection is not intended; or</text></clause>

<clause id="HA91DF0664147403392085B0A32B52C62"><enum>(v)</enum><text>result in medium or high collateral effects; and</text></clause></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></clause></subparagraph>

<subparagraph id="HE882DF4C2D6340059D2BB05DF0C85692"><enum>(B)</enum><text>in paragraph (2)(B), by striking <quote>outside the Department of Defense Information Networks to defeat an ongoing or imminent threat</quote>.</text></subparagraph></paragraph></section>

<section id="HAFEE3B18172343C2B276E2205070AB83"><enum>1633.</enum><header>Evaluation of cyber vulnerabilities of major weapon systems of the Department of Defense</header><text display-inline="no-display-inline"> Section 1647 of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92) is amended by adding at the end the following new subsections:</text>

<quoted-block id="HD97B3DDEAA01411596B1408C5F5F7596" style="OLC">

<subsection id="HE1B9105B301241EE8DE5DF9F9B848950"><enum>(f)</enum><header>Written notification</header><text>If the Secretary determines that the Department will not complete an evaluation of the cyber vulnerabilities of each major weapon system of the Department by the date specified in subsection (a)(1), the Secretary shall provide to the congressional defense committees written notification relating to each such incomplete evaluation. Such a written notification shall include the following:</text>

<paragraph id="H76BE7E4B9E6245C5BA57802E503E29A0"><enum>(1)</enum><text>An identification of each major weapon system for which an evaluation will not be complete by the date specified in subsection (a)(1), the anticipated date of completion of the evaluation of each such weapon system, and a description of the remaining work to be done for the evaluation of each such weapon system.</text></paragraph>

<paragraph id="H9445B0494ECB43E6A8A5521005409314"><enum>(2)</enum><text>A justification for the inability to complete such an evaluation by the date specified in subsection (a)(1).</text></paragraph></subsection>

<subsection id="HD23CAA3626EC4408B217EDFC64A81E23"><enum>(g)</enum><header>Report</header><text>The Secretary, acting through the Under Secretary of Defense for Acquisition and Sustainment, shall provide a report to the congressional defense committees upon completion of the requirement for an evaluation of the cyber vulnerabilities of each major weapon system of the Department under this section. Such report shall include the following:</text>

<paragraph id="HC3CAAE2BC6C8424FAB28A5C9977701CF"><enum>(1)</enum><text>An identification of cyber vulnerabilities of each major weapon system requiring mitigation.</text></paragraph>

<paragraph id="H071162E00C0247DAB55FFB7D2153C963"><enum>(2)</enum><text>An identification of current and planned efforts to address the cyber vulnerabilities of each major weapon system requiring mitigation, including efforts across the doctrine, organization, training, materiel, leadership and education, personnel, and facilities of the Department.</text></paragraph>

<paragraph id="H1EB86891DF654078B19FEFE87ECBCF17"><enum>(3)</enum><text>A description of joint and common cyber vulnerability mitigation solutions and efforts, including solutions and efforts across the doctrine, organization, training, materiel, leadership and education, personnel, and facilities of the Department.</text></paragraph>

<paragraph id="HDB3FDADA8901425FA8A57C71CB4B0A5D" commented="no"><enum>(4)</enum><text>A description of lessons learned and best practices regarding evaluations of the cyber vulnerabilities and cyber vulnerability mitigation efforts relating to major weapon systems, including an identification of useful tools and technologies for discovering and mitigating vulnerabilities, such as those specified in section 1657 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), and steps taken to institutionalize the use of these tools and technologies.</text></paragraph>

<paragraph id="H21426F07187B4563B749E67098E4CF02"><enum>(5)</enum><text>A description of efforts to share lessons learned and best practices regarding evaluations of the cyber vulnerabilities and cyber vulnerability mitigation efforts of major weapon systems across the Department.</text></paragraph>

<paragraph id="HF21174730F874785910F4F255BB28C4A"><enum>(6)</enum><text>An identification of measures taken to institutionalize evaluations of cyber vulnerabilities of major weapon systems, including an identification of which major weapon systems evaluated under this section will be reevaluated in the future, when these evaluations will occur, and how evaluations will occur for future major weapon systems.</text></paragraph>

<paragraph id="H485FD2E3B7444C3598D443A96D98644D"><enum>(7)</enum><text>Information relating to guidance, processes, procedures, or other activities established to mitigate or address the likelihood of cyber vulnerabilities of major weapon systems by incorporation of lessons learned in the research, development, test, evaluation, and acquisition cycle, including promotion of cyber education of the acquisition workforce.</text></paragraph>

<paragraph id="HFBFF7929486A45799DDF6FC3A5672963"><enum>(8)</enum><text>An identification of systems to be incorporated into or that have been incorporated into the National Security Agencyâ€™s Strategic Cybersecurity Program and the status of these systems in the Program.</text></paragraph>

<paragraph id="HE2C96F85BAAA418EB007AB1E33F873A1"><enum>(9)</enum><text>Any other matters the Secretary determines relevant.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HE74D9DEEE20E4F2381BFA4AB4E4C351B" section-type="subsequent-section"><enum>1634.</enum><header>Quarterly assessments of the readiness of Cyber Mission Forces</header>

<subsection id="H70B1D9E68AFC46CB9C715D13EB07A97C"><enum>(a)</enum><header>In general</header><text>Section 484(b) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HC225C719BAF546F3A7F367B1295D87F4"><enum>(1)</enum><text>by redesignating paragraph (4) as paragraph (5); and</text></paragraph>

<paragraph id="HCBCE17E79D41493282D03E448A159020"><enum>(2)</enum><text>by inserting after paragraph (3) the following new paragraph (4):</text>

<quoted-block id="H533B2A96710646C0B6E0A1B7DC47AEE3" style="OLC">

<paragraph id="H6BB348AEB7B2437E97B5E222EEDD5A0C"><enum>(4)</enum><text>An overview of the readiness of the Cyber Mission Forces to perform assigned missions thatâ€"</text>

<subparagraph id="HBCEB22637C9B40339CED3444F3E1B2B7"><enum>(A)</enum><text>address all of the abilities of such Forces to conduct cyberspace operations based on capability and capacity of personnel, equipment, training, and equipment conditionâ€"</text>

<clause id="H638BEA8A182542A6AB7E7BCE97984058"><enum>(i)</enum><text>using both quantitative and qualitative metrics; and</text></clause>

<clause id="H3F7A94A64D564225AD663E008FE4A252"><enum>(ii)</enum><text>in a way that is common to all military departments; and</text></clause></subparagraph>

<subparagraph id="H800BF4BB740D41148ACB226CCB54313D"><enum>(B)</enum><text>is consistent with readiness reporting pursuant to section 482 of this title.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection

id="H369DB336A64E40C289C33894BADE41BA"><enum>(b)</enum><header>Metrics</header>

<paragraph id="H43FE407095B440C38982D9F72A77510C"><enum>(1)</enum><header>Establishment required</header><text>The Secretary of Defense shall establish metrics for the assessment of the readiness of the Cyber Mission Forces of the Department of Defense.</text></paragraph>

<paragraph id="H0C2B106C2D5349FF97F4A5811FDA1CF1"><enum>(2)</enum><header>Briefings required</header><text>Not later than 90 days after the date of the enactment of this Act and quarterly thereafter until completion of the establishment of the metrics under paragraph (1), the Secretary shall provide a briefing to the congressional defense committees on such metrics, including progress as required pursuant to subsection (c).</text></paragraph></subsection>

<subsection id="H6A440396996E445986E1AD60D6012348"><enum>(c)</enum><header>Modification of readiness reporting system</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary shall take such actions as the Secretary considers appropriate to ensure that the comprehensive readiness reporting system established pursuant to section 117(a) of title 10, United States Code, covers matters relating to the readiness of the Cyber Mission Forcesâ€"</text>

<paragraph id="H3F721089BA1541EF8634D1DD5B69E098"><enum>(1)</enum><text>using the metrics established pursuant to subsection (b)(1); and</text></paragraph>

<paragraph id="H5796F07620DB48A0AF844F34DE20698E"><enum>(2)</enum><text>in a manner that is consistent with sections 117 and 482 of such title.</text></paragraph></subsection>

<subsection id="HCDE5AC0A2B2845A59A727C6719F53829"><enum>(d)</enum><header>First quarterly briefing assessing cyber readiness</header><text>The amendments made by subsection (a) shall take effect on the date that is 180 days after the date of the enactment of this Act.</text></subsection></section>

<section id="HE0A9EB25A05248B3ADC757DB986FBC15"><enum>1635.</enum><header>Cyber posture review</header><text display-inline="no-display-inline"> Section 1644 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91) is amendedâ€"</text>

<paragraph id="HC4595A97E50549AA8AD8C03F869ABE80"><enum>(1)</enum><text>in subsection (a), by inserting <quote>, not later than December 31, 2022, and quadrennially thereafter,</quote> before <quote>conduct</quote>;</text></paragraph>

<paragraph id="HF65E4C65539C40168CAA312FC9A2D443"><enum>(2)</enum><text>in subsection (b), by striking <quote>the review</quote> and inserting <quote>each review</quote>;</text></paragraph>

<paragraph id="H6AF1EF4053184145B9711788D8B0DB42"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H80BAD924907747D582B4DFDAF5688D3A"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>The review</quote> and inserting <quote>Each review</quote>;</text></subparagraph>

<subparagraph id="HC367987E95B2463DB516226B90F6653D"><enum>(B)</enum><text>by redesignating paragraph (9) as paragraph (11); and</text></subparagraph>

<subparagraph id="HE30E8517D7CF4B6BB4C4308AFBA85B6B"><enum>(C)</enum><text>by inserting after paragraph (8) the following new paragraphs:</text>

<quoted-block id="HB36E033DF6874839957CFE046A2B3113" style="OLC">

<paragraph id="H7F82DD2879194267AC83E32319E07C5E"><enum>(9)</enum><text>An assessment of the potential costs, benefits, and value, if any, of establishing a cyber force as a separate uniformed service.</text></paragraph>

<paragraph id="H2ECD025123334E7A8CA7B42C449D75B8"><enum>(10)</enum><text>Any recurrent problems or capability gaps that remain unaddressed since the previous posture review.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H1BA16E8E33F34514A4324A18ECC91C21"><enum>(4)</enum><text>in subsection (d)â€"</text>

<subparagraph id="HD106B64FAD494CA8AFEF0A5A15174A0E"><enum>(A)</enum><text>in paragraph (1), by striking <quote>the cyber</quote> and inserting <quote>each cyber</quote>;</text></subparagraph>

<subparagraph id="HD28DE175DCCB4EA8B8F06E7265F28461"><enum>(B)</enum><text>in paragraph (2), by striking <quote>The report</quote> and inserting <quote>Each report</quote>; and</text></subparagraph>

<subparagraph id="H401600DC91224CB1B44F8E8944B00146"><enum>(C)</enum><text>by striking paragraph (3); and</text></subparagraph></paragraph>

<paragraph id="H45B8AE5E02654DFF954C347AC7473160"><enum>(5)</enum><text>in subsection (e), by striking <quote>period beginning on the date that is five years after the date of the enactment of this Act and ending on the date that is 10 years after such date of enactment</quote> and inserting <quote>eight-year period that begins on the date of each review conducted under subsection (a)</quote>.</text></paragraph></section>

<section id="HB20E14973FCF48FABF52B1D6A44E9C6A"><enum>1636.</enum><header>Modification of elements of assessment required for termination of dual-hat arrangement for Commander of the United States Cyber Command</header><text display-inline="no-display-inline"> Section 1642 of the National Defense Authorization Act for Fiscal Year 2017 (130 Stat. 2601; Public Law 114â€"328) is amendedâ€"</text>

<paragraph id="HC396C82825CC4021BF5BF1377B05D526"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (b)(2)(C)â€"</text>

<subparagraph id="H96B8D98589784D5497CEE1E6284319A0"><enum>(A)</enum><text>in clause (ii), by inserting <quote>and national intelligence operations</quote> after <quote>operations</quote>;</text></subparagraph>

<subparagraph id="H4302A60CFC5745B780AB7405D1788C66"><enum>(B)</enum><text>by amending clause (iii) to read as follows:</text>

<quoted-block id="HA53F648B676E4B1E8236717DE21F795E" style="OLC">

<clause id="H34E762EBDE2D45B4912FCD7BF28C057C"><enum>(iii)</enum><text>The tools, weapons, and accesses used in and available for military cyber operations are sufficient for achieving required effects and United States Cyber Command is capable of acquiring or developing such tools, weapons, and accesses.</text></clause><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="H23C5763EF9774809B403FCD3DA87C4FC"><enum>(C)</enum><text>by amending clause (vi) to read as follows:</text>

<quoted-block id="H304C4DCA457B4C04B3172AE0755BB71F" style="OLC">

<clause id="H9FB732C4296B4322BE01FA6EA9957E89"><enum>(vi)</enum><text>The Cyber Mission Force has achieved full operational capability and has demonstrated the capacity to execute the cyber missions of the Department, including the following:</text>

<subclause id="HF2C67089EAA64C58A38B15C145B6354F"><enum>(I)</enum><text>Execution of national-level missions through cyberspace, including deterrence and disruption of adversary cyber activity.</text></subclause>

<subclause id="HBB95375DC90648DEBB37E402DB0F9984"><enum>(II)</enum><text>Defense of the Department of Defense Information Network.</text></subclause>

<subclause id="H2B021389A97347C682110441B959901A"><enum>(III)</enum><text>Support for other combatant commands, including targeting of adversary military assets.</text></subclause></clause><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H60222531BD5E4881AA451174F495CBA7"><enum>(2)</enum><text>by redesignating subsection (c) as subsection (d); and</text></paragraph>

<paragraph id="H8BB2AF6C7E2C40C8B73C46792EC14992"><enum>(3)</enum><text>by inserting after subsection (b) the following new subsection:</text>

<quoted-block id="HB4793DFAA6924599A6F0C8FEB343946F" style="OLC">

<subsection id="H7DCA417F3181492FA17D0F4523956965"><enum>(c)</enum><header>Biannual briefing</header>

<paragraph id="H9F261250B723401AB58DC30E0C0858C1"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this subsection and biannually thereafter, the Secretary of Defense and the Director of National Intelligence shall provide to the appropriate committees of Congress briefings on the nature of the National Security Agency and United States Cyber Commandâ€™s current and future partnership. Briefings under this subsection shall not terminate until the certification specified in subsection (a) is issued.</text></paragraph>

<paragraph id="H50F31E7545DB4BA88A44BECCDFBCDA6A"><enum>(2)</enum><header>Elements</header><text>Each briefing under this subsection shall include status updates on the current and future National Security Agency-United States Cyber Command partnership efforts, including relating to the following:</text>

<subparagraph id="H3EB94233B22841AAB252F6F3EAD46417"><enum>(A)</enum><text>Common infrastructure and capability acquisition.</text></subparagraph>

<subparagraph id="HF6215C3A14C742BF891CFF46A2EBA2B4"><enum>(B)</enum><text>Operational priorities and partnership.</text></subparagraph>

<subparagraph id="H6A5A17AAAAD1412D90AF75ECA7C1649E"><enum>(C)</enum><text>Research and development partnership.</text></subparagraph>

<subparagraph id="H8946074C7FA14291B69395C91B4EF1BC"><enum>(D)</enum><text>Executed documents, written memoranda of agreements or understandings, and policies issued governing such current and future partnership.</text></subparagraph>

<subparagraph id="HB96E11A78A054B9A84A143B966ABA4E5"><enum>(E)</enum><text>Projected long-term efforts.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HDE8B1064BE554670B138FEDB0B58D79B" section-type="subsequent-section"><enum>1637.</enum><header>Modification of cyber scholarship program</header><text display-inline="no-display-inline">Section 2200a(a)(1) of title 10, United States Code, is amended by striking <quote>or advanced degree, or a certification,</quote> and inserting <quote>advanced degree, or certificate</quote>.</text></section>

<section id="H32DB56F9F9474A99A9FF92770B7F146D"><enum>1638.</enum><header>Tier 1 exercise of support to civil authorities for a cyber incident</header><text display-inline="no-display-inline"> Section 1648 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amendedâ€"</text>

<paragraph id="H088DE065707443EEA35628A2DB478519"><enum>(1)</enum><text>in subsection (a), by striking <quote>The</quote> and inserting <quote>Not later than May 1, 2020, the</quote>; and</text></paragraph>

<paragraph id="HB86947DB62DD4F51AF031A0DFD388C9E"><enum>(2)</enum><text>by adding at the end the following new subsection:</text>

<quoted-block id="H8AE0CD74E7654A949516B4010A7FE943" style="OLC">

<subsection id="H3DAD721E0023468C8E4F2BEE96F83E00"><enum>(c)</enum><header>Limitation</header><text>Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense for the White House Communications Agency, not more than 90 percent of such funds may be obligated or expended until the initiation of the tier 1 exercise required under subsection (a).</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HD490109F3B1449BA8323F390D656D81C"><enum>1639.</enum><header>Extension of the Cyberspace Solarium Commission</header><text display-inline="no-display-inline"> Paragraph (1) of section 1652(k) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>September 1, 2019</quote> and inserting <quote>April 30, 2020</quote>.</text></section>

<section id="H10DAF99AB2D142C2A1401ACD286ABE41"><enum>1640.</enum><header>Authority to use operation and maintenance funds for cyber operations-peculiar capability development projects</header>

<subsection id="H6A4C48732DC1475E870E082D4A45CCD5"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense and each Secretary of the military departments concerned may obligate and expend not more than $3,000,000 of amounts authorized to be appropriated for operation and maintenance per service in each of fiscal years 2020 through 2022 to carry out cyber operations-peculiar capability development projects.</text></subsection>

<subsection id="H90F9B925E8E64AF596CFCAE3FFF7C901"><enum>(b)</enum><header>Notification</header><text display-inline="yes-display-inline">Not later than 15 days after exercising the authority provided for in subsection (a), the Secretary of Defense, or his designee, and each Secretary of the military departments concerned, or their designees, shall notify the congressional defense committees of such exercise for projects exceeding $500,000.</text></subsection>

<subsection id="H37DDFCCD2782404B839B7CD0CCD468A1"><enum>(c)</enum><header>Report</header><text>Not later than December 31 of each year through 2022, the Secretary of Defense shall submit to the congressional defense committees a report on obligations and expenditures made pursuant to the authority provided for in subsection (a). Each such report shall include a full description and evaluation of each of the cyber operations-peculiar capability development projects that is the subject of each such obligation or expenditure, definitions and standards for cyber operations-peculiar requirements, transition plans, and any other matters the Secretary determines relevant.</text></subsection></section>

<section id="H6C26538D57384836BAC5B44D3E73CBB8"><enum>1641.</enum><header>Role of Chief Information Officer in improving enterprise-wide cybersecurity</header>

<subsection id="H3DA612538BDF41D88D790E7FD26FDE90"><enum>(a)</enum><header>In general</header><text>In carrying out the responsibilities established in section 142 of title 10, United States Code, the Chief Information Officer of the Department of Defense shall, to the maximum extent practicable, ensure that the cybersecurity programs and capabilities of the Departmentâ€"</text>

<paragraph id="HF157922000CE41E289D521D0DFC59012"><enum>(1)</enum><text>fit into an enterprise-wide cybersecurity architecture;</text></paragraph>

<paragraph id="H9874AF7B636F4382A5043A5280E16CDB"><enum>(2)</enum><text>are maximally interoperable with each other, including those programs and capabilities deployed by the components of the Department;</text></paragraph>

<paragraph id="H592F158507D1409F9BAC07DFB355B220"><enum>(3)</enum><text>enhance enterprise-level visibility and responsiveness to threats; and</text></paragraph>

<paragraph id="HA84F44A5A5414B6D8AE21288F31903F3"><enum>(4)</enum><text>are developed, procured, instituted, and managed in a cost-efficient manner, exploiting economies of scale and enterprise-wide services and discouraging unnecessary customization and piecemeal acquisition.</text></paragraph></subsection>

<subsection id="HCC76EFF1581F44AA9696410B867A6758"><enum>(b)</enum><header>Requirements</header><text>In carrying out subsection (a), the Chief Information Officer shallâ€"</text>

<paragraph id="H8BEC53611A504F92AAFB2BB6641513E1"><enum>(1)</enum><text>manage and modernize the cybersecurity architecture of the Department, includingâ€"</text>

<subparagraph id="H07423B2096F54C549A5006011771ACCF"><enum>(A)</enum><text>ensuring the cybersecurity architecture of the Department maximizes cybersecurity capability, network, and endpoint activity data sharing across Department components;</text></subparagraph>

<subparagraph id="H77155EAE392B41E29F3CBFBD33339E54"><enum>(B)</enum><text>ensuring the cybersecurity architecture of the Department supports improved automaticity of cybersecurity detection and response; and</text></subparagraph>

<subparagraph id="HE08BE6E77C684A4B839BB123FDEBA433"><enum>(C)</enum><text>modernizing and configuring the Departmentâ€™s standardized deployed perimeter, network-level, and endpoint capabilities to improve interoperability, meet pressing capability needs, and negate common adversary tactics, techniques, and procedures;</text></subparagraph></paragraph>

<paragraph id="H9F2BF794A3C8497BB757E091DBD6865F"><enum>(2)</enum><text>establish mechanisms to enable and mandate, as necessary, cybersecurity capability and network and endpoint activity data-sharing across Department components;</text></paragraph>

<paragraph id="H14B3200E386346C78F778AA2506C7739"><enum>(3)</enum><text>make mission data, through data tagging, automatic transmission, and other means, accessible and discoverable by Department components other than owners of such mission data;</text></paragraph>

<paragraph id="H9C4B8A065E844037ADE0D652F2579C9B"><enum>(4)</enum><text>incorporate into the cybersecurity architecture of the Department emerging cybersecurity technologies from the Defense Advanced Research Projects Agency, the Strategic Capabilities Office, the Defense Innovation Unit, the laboratories of the military departments, and the commercial sector;</text></paragraph>

<paragraph id="H266CA25B959C42BEADE50985E9ADBE52"><enum>(5)</enum><text>ensure that the Department possesses the necessary computing infrastructure, through technology refresh, installation or acquisition of bandwidth, and the use of cloud computing power, to host and enable necessary cybersecurity capabilities; and</text></paragraph>

<paragraph id="H0AC67B1837864F7F8DE0268AD8E20B5C"><enum>(6)</enum><text display-inline="yes-display-inline">utilize the Departmentâ€™s cybersecurity expertise to improve cybersecurity performance, operations, and acquisition, includingâ€"</text>

<subparagraph id="H30091D793ABA497CABB473F16D57D3A3"><enum>(A)</enum><text>the cybersecurity testing, architecting, and engineering expertise of the National Security Agency; and</text></subparagraph>

<subparagraph id="H41DDF32DC80645C5A7B8C98FDA93FEFD"><enum>(B)</enum><text>the technology policy, workforce, and engineering expertise of the Defense Digital Service.</text></subparagraph></paragraph></subsection></section>

<section id="HADF19202A04C4857BD86F90D7B6AD6EE"><enum>1642.</enum><header>Notification of delegation of authorities to the Secretary of Defense for military operations in cyberspace</header>

<subsection id="HF424EABD47DF43B0908BA503DE306BD9"><enum>(a)</enum><header>In general</header><text>The Secretary of Defense shall provide written notification to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate of the following:</text>

<paragraph id="H1600577DEFDC4D4AA23E6DD74B2255BE"><enum>(1)</enum><text>Authorities delegated to the Secretary by the President for military operations in cyberspace that are otherwise held by the National Command Authority, not later than 15 days after any such delegation. A notification under this paragraph shall include a description of the authorities delegated to the Secretary.</text></paragraph>

<paragraph id="H2020E227B8A74C2CB9A245D63373240D"><enum>(2)</enum><text>Concepts of operations approved by the Secretary pursuant to delegated authorities described in paragraph (1), not later than 15 days after any such approval. A notification under this paragraph shall include the following:</text>

<subparagraph id="HAB111458B1574CF8BC192EE0EB70345C"><enum>(A)</enum><text>A description of authorized activities to be conducted or planned to be conducted pursuant to such authorities.</text></subparagraph>

<subparagraph id="H7D1BD7AAFA8A48149DF25358A5147F06"><enum>(B)</enum><text>The defined military objectives relating to such authorities.</text></subparagraph>

<subparagraph id="H7177E33E7DE642079BEA5DDE50829E2C"><enum>(C)</enum><text>A list of countries in which such authorities may be exercised.</text></subparagraph>

<subparagraph id="H6BFC84B406284348BFA8EBFF72F31DB5"><enum>(D)</enum><text>A description of relevant orders issued by the Secretary in accordance with such authorities.</text></subparagraph></paragraph></subsection>

<subsection id="H0EF34747F6CA4699AE15BE078A01C281"><enum>(b)</enum><header>Procedures</header>

<paragraph id="HCE33075BBBCF4C528D5B5B73376B6B91"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall establish and submit to the Committee on Armed Services of the House of Representatives and the Committee on Armed

Services of the Senate procedures for complying with the requirements of subsection (a), consistent with the national security of the United States and the protection of operational integrity. The Secretary shall promptly notify such committees in writing of any changes to such procedures at least 14 days prior to the adoption of any such changes.</text></paragraph>

<paragraph id="H47290D7CD63944FB8CEE0DBCEB7B0D78"><enum>(2)</enum><header>Sufficiency</header><text>The Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate shall ensure that committee procedures designed to protect from unauthorized disclosure classified information relating to national security of the United States are sufficient to protect the information that is submitted to such committees pursuant to this section.</text></paragraph>

<paragraph id="HB75A18ADF90242DFA6D534D42A8E7647"><enum>(3)</enum><header>Notification in event of unauthorized disclosure</header><text>In the event of an unauthorized disclosure of authorities covered by this section, the Secretary of Defense shall ensure, to the maximum extent practicable, that the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate are notified immediately. Notification under this paragraph may be verbal or written, but in the event of a verbal notification, a written notification signed by the Secretary shall be provided by not later than 48 hours after the provision of such verbal notification.</text></paragraph></subsection></section>

<section id="H661E163742CC405C9FB69BCD1F397D91" section-type="subsequent-section"><enum>1643.</enum><header>Limitation of funding for Consolidated Afloat Networks and Enterprise Services</header><text display-inline="no-display-inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Consolidated Afloat Networks and Enterprise Services, not more than 85 percent of such funds may be obligated or expended until the Secretary of the Navy and the Chief Information Officer of the Department of Defense independently certify to the congressional defense committees, the Permanent Select Committee on Intelligence of the House of Representatives, and the Select Committee on Intelligence of the Senate that recommendations in the Audit of Consolidated Afloat Networks and Enterprise Services Security Safeguards (DODIG-2019-072) have been implemented.</text></section>

<section id="H0C727E3010524EEBAD9D7AC92E90B3EE"><enum>1644.</enum><header>Annual military cyberspace operations report</header>

<subsection id="H0FD091D0814042178E4E846BEA20BE72"><enum>(a)</enum><header>In general</header><text>Not later than March 1 of each year, the Secretary of Defense shall provide to the congressional defense committees a written report summarizing all named military cyberspace operations conducted in the previous calendar year, including cyber effects, operations, cyber effects enabling operations, and cyber operations conducted as defensive operations. Each such summary should be organized by adversarial country and should include the following for each named operation:</text>

<paragraph id="H5FEE1B5BF0C1472EA0475D576F98E55E"><enum>(1)</enum><text>An identification of the objective and purpose.</text></paragraph>

<paragraph id="HFC874D024DE446CCB51A324AF7D7A600"><enum>(2)</enum><text>Descriptions of the impacted countries, organizations, or forces, and nature of the impact.</text></paragraph>

<paragraph id="H9C6DC12E7C7945CDA8D9D748C2FE9A14"><enum>(3)</enum><text>A description of methodologies used for the cyber effects operation or cyber effects enabling operation.</text></paragraph>

<paragraph id="H0B8538385D3F46F5B0726BAE5F78DF1B"><enum>(4)</enum><text>An identification of the Cyber Mission Force teams, or other Department of Defense entity or units, that conducted such operation, and supporting teams, entities, or units.</text></paragraph>

<paragraph id="H1E382DC240D54804BD5FC81877012E5E"><enum>(5)</enum><text>An identification of the infrastructures on which such operations occurred.</text></paragraph>

<paragraph id="H5DCEA39F63584CE2AF5F60B7A8B282FD"><enum>(6)</enum><text>A description of relevant legal, operational, and funding authorities.</text></paragraph>

<paragraph id="HE8CCA0C1FA1B48DE84B24C08246B5074"><enum>(7)</enum><text>Additional costs beyond baseline operations and maintenance and personnel costs directly associated with the conduct of the cyber effects operation or cyber effects enabling operation.</text></paragraph>

<paragraph id="HA65F30B27D2E427FAA65D766DBC5F0EC"><enum>(8)</enum><text>Any other matters the Secretary determines relevant.</text></paragraph></subsection>

<subsection id="H044112190C6647D3862ABBA79C3B0D2A"><enum>(b)</enum><header>Classification</header><text>The Secretary of Defense shall provide each report required under subsection (a) at a classification level the Secretary determines appropriate.</text></subsection>

<subsection id="HD9128EAB5B784E96B503DC820E559718"><enum>(c)</enum><header>Limitation</header><text>This section does not apply to cyber-enabled military information support operations or military deception operations.</text></subsection></section>

<section id="HE63F3E4DC6F9484AA324C9DA60040B87" section-type="subsequent-section"><enum>1645.</enum><header>Annual report on cyber attacks and intrusions against the Department of Defense by certain foreign entities</header>

<subsection id="H4FE0E05360DC49119F42FCF22059515B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and each fiscal year thereafter through fiscal year 2023, the Principal Cyber Advisor to the Secretary of Defense and Chief Information Officer of the Department of Defense shall submit to the congressional defense committees a report on cyber attacks and intrusions in the previous 12 months by agents or associates of the Governments of the Russian Federation, the Peopleâ€™s Republic of China, the Islamic Republic of Iran, and the Democratic Peopleâ€™s Republic of Korea against or into the information systems (as such term is defined in section 3502 of title 44, United States Code) ofâ€"</text>

<paragraph id="HC3F9D2BBF5824AF7A490474553E6FEAA"><enum>(1)</enum><text display-inline="yes-display-inline">the Department of Defense; and</text></paragraph>

<paragraph id="HF4267FEBFE8D465DAD1F61B1E32B20DD"><enum>(2)</enum><text display-inline="yes-display-inline">any contractor of the Department of Defense that works on sensitive United States military technology.</text></paragraph></subsection>

<subsection id="H468201CF7F1E40C7A6AAF24B91B25344"><enum>(b)</enum><header>Form</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in classified form. The data in such report shall be aggregated from U.S. Cyber Command, the Defense Information Systems Agency, the military services and Department of Defense agencies, the Joint Staff, and the Office of the Secretary of Defense.</text></subsection></section>

<section id="HF510AB1A8A7B46AC8E7D782E4E243F66"><enum>1646.</enum><header>Control and analysis of Department of Defense data stolen through cyberspace</header>

<subsection id="H13336ABAA1D0495E943CCB24F97346B1"><enum>(a)</enum><header>Requirements</header><text>If the Secretary of Defense determines that significant Department of Defense data may have been stolen through cyberspace and evidence of theft of the data in questionâ€"</text>

<paragraph id="H2A4088476B3D43DEB56E8A939ABF0662"><enum>(1)</enum><text>is in the possession of a component of the Department, the Secretary shallâ€"</text>

<subparagraph id="H8647A312C2494836B07AEB85A9208444"><enum>(A)</enum><text>either transfer or replicate and transfer such Department data in a prompt and secure manner to a secure repository with access by Department personnel appropriately limited on a need-to-know basis or otherwise ensure such consistent access to the relevant data by other means;</text></subparagraph>

<subparagraph id="H0BE4388CD9D2442AB7530ABD45B271E9"><enum>(B)</enum><text>ensure the Department applies such automated analytic tools and capabilities to the repository of potentially compromised data as are necessary to rapidly understand the scope and effect of the potential compromise;</text></subparagraph>

<subparagraph id="H05D0DB40D779455998CE0808AA55175E"><enum>(C)</enum><text>for high priority and mission critical Department systems, develop analytic products that characterize the scope of data compromised;</text></subparagraph>

<subparagraph id="HC0655BEA75A346BD8EACBD48D22DE2F4"><enum>(D)</enum><text>ensure that relevant mission-affected entities in the Department are made aware of the theft or possible theft and, as damage assessment and mitigation proceeds, are kept apprised of the extent of the data stolen; and</text></subparagraph>

<subparagraph id="H8F304E602BB149BC8DA345B4830E0864"><enum>(E)</enum><text>ensure that Department counterintelligence organizations areâ€"</text>

<clause id="HCCD02125253B44CE9E3DF4BE14F23966"><enum>(i)</enum><text>fully integrated with any damage assessment team assigned to the breach;</text></clause>

<clause id="H097B3969FDC04782BAB9B26F413F8E85"><enum>(ii)</enum><text>fully informed of the data that have or potentially have been stolen and the effect of such theft; and</text></clause>

<clause id="H43BF83F0881A435FB07CF6F023EA3DB3"><enum>(iii)</enum><text>provided resources and tasked, in conjunction with subject matter experts and responsible authorities, to immediately and appropriately respond, including through the development and execution of relevant countermeasures, to any breach involving espionage and data theft; or</text></clause></subparagraph></paragraph>

<paragraph id="H5C4D9B0AEEE94F17A09C5742D94B5639"><enum>(2)</enum><text>is in the possession of or under controls or restrictions imposed by the Federal Bureau of Investigation, or a national counterintelligence or intelligence organization, the Secretary shall determine, jointly with the Director of the Federal Bureau of Investigation or the Director of National Intelligence, as appropriate, the most expeditious process, means, and conditions for carrying out the activities otherwise required by paragraph (1).</text></paragraph></subsection>

<subsection id="HEA870FF9F3354DC189E5B51A80EC44B5"><enum>(b)</enum><header>Recommendations</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees such recommendations as the Secretary may have for legislative or administrative action to address such barriers that may be inhibiting the implementation of this section.</text></subsection></section>

<section id="HC0485C3BC67D48BDA39B02724A54C9EC"><enum>1647.</enum><header>Use of National Security Agency cybersecurity expertise to support evaluation of commercial cybersecurity products</header>

<subsection id="H38374E3CBDF44CAFA501B9CA20F342B5"><enum>(a)</enum><header>Advisory mission</header><text>The National Security Agency shall, as a mission in its role in securing the information systems of the Department of Defense, advise and assist the Department of Defense in its evaluation and adoption of cybersecurity products and services from industry, especially the commercial cybersecurity sector.</text></subsection>

<subsection id="H61C8EA7AF3E94E81934F4E4D09C2F991"><enum>(b)</enum><header>Program to improve acquisition of cybersecurity products and services</header>

<paragraph id="H08D72951E5734D99BA9F61DA7FA03831"><enum>(1)</enum><header>Establishment</header><text>Consistent with subsection (a), the Director of the National Security Agency shall establish a permanent program consisting of market research, testing, and expertise transmission, or augments to existing programs, to improve the evaluation by the Department of Defense of cybersecurity products and services.</text></paragraph>

<paragraph id="HA67364E9B0854DDFAFF4C0B4077023ED"><enum>(2)</enum><header>Requirements</header><text>Under the program established pursuant to paragraph (1), the Director shall, independently and at the request of the components of the Department of Defenseâ€"</text>

<subparagraph id="H606951145BD84A14B011893FFFB87BA5"><enum>(A)</enum><text>test and evaluate commercially available cybersecurity products and services usingâ€"</text>

<clause id="H384B1118708347C7BDC5EBBDDD415BCE"><enum>(i)</enum><text>generally known cyber operations techniques; and</text></clause>

<clause id="H86574FD0911441B799711320A4A59F59"><enum>(ii)</enum><text>tools and cyber operations techniques and advanced tools and techniques available to the National Security Agency;</text></clause></subparagraph>

<subparagraph id="H594D7ACB9F304B76B80E1741D7D9E4D5"><enum>(B)</enum><text>develop and establish standard procedures, techniques, and threat-informed metrics to perform the testing and evaluation required by subparagraph (A); and</text></subparagraph>

<subparagraph id="HA99CBEDAE37D47DB9D4A80085A46175A"><enum>(C)</enum><text>advise the Chief Information Officer and the components of the Department of Defense on the merits and disadvantages of evaluated cybersecurity products, including with respect toâ€"</text>

<clause id="H2E73459B5AA04663A631304EA8054296"><enum>(i)</enum><text>any synergies between products;</text></clause>

<clause id="H2B2A403A6C6F4007ABC3B138D890DCAA"><enum>(ii)</enum><text>value;</text></clause>

<clause id="H89DE4C46FDFF4633A71394D2BC53A914"><enum>(iii)</enum><text>matters relating to operation and maintenance; and</text></clause>

<clause id="H66EAE0A5EDEC486D8FB21AAAC55BFE5F"><enum>(iv)</enum><text>matters relating to customization requirements.</text></clause></subparagraph></paragraph>

<paragraph id="HD57D1AC55C1742818E90C321D01F5B6F"><enum>(3)</enum><header>Limitations</header><text>The program established under paragraph (1) may notâ€"</text>

<subparagraph id="H8BC1C1B3AB0641D8A5E4C968B22913B7"><enum>(A)</enum><text>by used to accredit cybersecurity products and services for use by the Department;</text></subparagraph>

<subparagraph id="HF0D4C82272534591B8E6EDE3BF909C88"><enum>(B)</enum><text>create approved products lists; or</text></subparagraph>

<subparagraph id="HC90C285635904FB1AC04A4FD26273E7E"><enum>(C)</enum><text>be used for the procurement and fielding of cybersecurity products on behalf of the Department.</text></subparagraph></paragraph></subsection></section>

<section id="H687CC66681AA4A8DB6AFC9C25B715821"><enum>1648.</enum><header>Framework to enhance cybersecurity of the United States defense industrial base</header>

<subsection id="HFCFDDA6D51E24DFC93F0F5AB40D004F0"><enum>(a)</enum><header>Framework required</header><text>Not later than February 1, 2020, the Secretary of Defense shall develop a consistent, comprehensive framework to enhance cybersecurity for the United States defense industrial base.</text></subsection>

<subsection id="H0FB9CC14432A4CCD87A0A049044CF1AB"><enum>(b)</enum><header>Elements</header><text>The framework developed pursuant to subsection (a) shall include the following:</text>

<paragraph id="H2285837D52BD4EFF8BD493B082E946D0"><enum>(1)</enum><text>Identification of unified cybersecurity standards, regulations, metrics, ratings, third-party certifications, or requirements to be imposed on the defense industrial base for the purpose of assessing the cybersecurity of individual contractors.</text></paragraph>

<paragraph id="HA8C28BBFC5CD40339020BF570C43BD41"><enum>(2)</enum><text display-inline="yes-display-inline">Roles and responsibilities of the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Intelligence and Security, the Chief Information Officer, the Director of the Protecting Critical Technologies Task Force, and the Secretaries of the military departments relating to the following:</text>

<subparagraph id="H31C48341DF7D4A7A979313ABC33511DD"><enum>(A)</enum><text>Establishing and ensuring compliance with cybersecurity standards, regulations, and policies.</text></subparagraph>

<subparagraph

id="H0C57AA2CC5174D5DA9281F809799FEB3"><enum>(B)</enum><text>Deconflicting existing cybersecurity standards, regulations, and policies.</text></subparagraph>

<subparagraph id="H877C28F3779D413AADC14540B4B8F12B"><enum>(C)</enum><text>Coordinating with and providing assistance to the defense industrial base for cybersecurity matters, particularly as relates to the programs and processes described in paragraphs (8) and (9).</text></subparagraph>

<subparagraph id="H6035599894FC40D5A406A35545508FF1"><enum>(D)</enum><text display-inline="yes-display-inline">Management and oversight of the acquisition process, including responsibility determination, solicitation, award, and contractor management, relating to cybersecurity standards, regulations, metrics, ratings, third-party certifications, or requirements.</text></subparagraph></paragraph>

<paragraph id="H1DBB3DEE8D9F4A1BBC5FF6C115274EEA"><enum>(3)</enum><text>The responsibilities of the prime contractors, and all subcontractors in the supply chain, for implementing the required cybersecurity standards, regulations, metrics, ratings, third-party certifications, and requirements identified under paragraph (1).</text></paragraph>

<paragraph id="H76EC316337C5450B843E744AD555241E"><enum>(4)</enum><text>Definitions for <quote>Controlled Unclassified Information</quote> (CUI) and <quote>For Official Use Only</quote> (FOUO), as well as policies regarding protecting information designated as either of such.</text></paragraph>

<paragraph id="H59384526332A4E5FAEEDF69D97915071"><enum>(5)</enum><text>Methods and programs for managing controlled unclassified information, and for limiting the presence of unnecessary sensitive information on contractor networks.</text></paragraph>

<paragraph id="H0C31D93C495B4902A406A20E9E903037"><enum>(6)</enum><text>A plan to provide implementation guidance, education, manuals, and, as necessary, direct technical support or assistance, to contractors on matters relating to cybersecurity.</text></paragraph>

<paragraph id="HCF61A3D25E764133B6224561D06B7895"><enum>(7)</enum><text>Quantitative metrics for assessing the effectiveness of the overall framework over time, with respect to the exfiltration of controlled unclassified information from the defense industrial base.</text></paragraph>

<paragraph id="H2EF0322AAF114A99B7CC269E84F3FB3F"><enum>(8)</enum><text>A comprehensive list of current and planned Department of Defense programs to assist the defense industrial base with cybersecurity compliance requirements of the Department, including those programs that provide training, expertise, and funding, and maintain approved security products lists and approved providers lists.</text></paragraph>

<paragraph id="H303F7A82B4484C9EB9DB9E5D752BEB1E"><enum>(9)</enum><text>Processes for enhanced threat information sharing between the Department of Defense and the defense industrial base.</text></paragraph></subsection>

<subsection id="H905378B77BA64C4180B169EF4875DE02"><enum>(c)</enum><header>Matters for consideration</header><text>In developing the framework pursuant to subsection (a), the Secretary shall consider the following:</text>

<paragraph id="H294D5CB27EA74FC98ED9F8B09809A657"><enum>(1)</enum><text>Designating an official to be responsible for the cybersecurity of the defense industrial base.</text></paragraph>

<paragraph id="HFDB008CF8E88408694271A2CF1AB8A85"><enum>(2)</enum><text>Risk-based methodologies, standards, metrics, and tiered cybersecurity requirements for the defense industrial base, including third-party certifications such as the Cybersecurity Maturity Model Certification pilot program, as the basis for a mandatory Department standard.</text></paragraph>

<paragraph id="HCA67397A170346E2BC7A19ADE6CB55B1"><enum>(3)</enum><text>Tailoring cybersecurity requirements for small- and medium-sized contractors based on a risk-based approach.</text></paragraph>

<paragraph id="H43A4624094B149D88CF832531B2C735C"><enum>(4)</enum><text display-inline="yes-display-inline">Ensuring a consistent approach across the Department to cybersecurity standards, regulations, metrics, ratings, third-party certifications, or

requirements of the defense industrial base.</text></paragraph>

<paragraph id="H5EDDB766499F44B3A98F09F53CE0819C"><enum>(5)</enum><text>Ensuring the Departmentâ€™s traceability and visibility of cybersecurity compliance of suppliers to all levels of the supply chain.</text></paragraph>

<paragraph id="HF34C6B663F654F1DB0AD9F61516D21B9"><enum>(6)</enum><text>Evaluating incentives and penalties for cybersecurity performance of suppliers.</text></paragraph>

<paragraph id="H5A47BEFDDEC4419E9A5968857E2A67B1"><enum>(7)</enum><text>Integrating cybersecurity and traditional counterintelligence measures, requirements, and programs.</text></paragraph>

<paragraph id="H6759D06586A9439AB0AE4C94A156C0EC"><enum>(8)</enum><text>Establishing a secure software development environment (DevSecOps) in a cloud environment inside the perimeter of the Department for contractors to perform their development work.</text></paragraph>

<paragraph id="HF89724A0B16A4C718BB49A0A6897E91B"><enum>(9)</enum><text>Establishing a secure cloud environment through which contractors may access the data of the Department needed for their contract work.</text></paragraph>

<paragraph id="H43784162D84B4948B3EEAA8504AEB276"><enum>(10)</enum><text>An evaluation of the resources and utilization of Department programs to assist the defense industrial base in complying with cybersecurity compliance requirements referred to in subsection (b)(1).</text></paragraph>

<paragraph id="H084AFE6B95CE48BD8472733AAB148F2E"><enum>(11)</enum><text>Technological means, operational concepts, reference architectures, offensive counterintelligence operation concepts, and plans for operationalization to complicate adversary espionage, including honeypotting and data obfuscation.</text></paragraph>

<paragraph id="HB69104D77EE4491EA65D8D0037C90B4C"><enum>(12)</enum><text>Implementing enhanced security vulnerability assessments for contractors working on critical acquisition programs, technologies, manufacturing capabilities, and research areas.</text></paragraph>

<paragraph id="H0C2F8D53592D4476B747E1E4DDD97AB0"><enum>(13)</enum><text>Identifying ways to better leverage technology and employ machine learning or artificial intelligence capabilities, such as Internet Protocol monitoring and data integrity capabilities, to be applied to contractor information systems that host, receive, or transmit controlled unclassified information.</text></paragraph>

<paragraph id="HE80EB5A8E526485F9C98ECF4199A9C42"><enum>(14)</enum><text>Developing tools to easily segregate program data to only allow subcontractors access to their specific information.</text></paragraph>

<paragraph id="H16289BC39D344CC896BDC806A91952FC"><enum>(15)</enum><text>Appropriate communications of threat assessments of the defense industrial base to the acquisition workforce at all classification levels.</text></paragraph>

<paragraph id="HDF7A41AF0E094E89A3A9F619EDFB7AD1"><enum>(16)</enum><text>A single Sector Coordinating Council for the defense industrial base.</text></paragraph>

<paragraph id="H176677B5607145E3B89E184B5003BC42"><enum>(17)</enum><text>Appropriate communications with the defense industrial base on the impact of cybersecurity requirements in contracting and procurement decisions.</text></paragraph></subsection>

<subsection id="HA3E4C2E049384C188DB52BD1B2CEC6A0"><enum>(d)</enum><header>Consultation</header><text>In developing the framework required pursuant to subsection (a), the Secretary shall consult with the following:</text>

<paragraph id="H1A247E0AC9284B35890E9E316F7112A5"><enum>(1)</enum><text>Industry groups representing the defense industrial base.</text></paragraph>

<paragraph id="H8A709C515D13416996B14381503CFC9E"><enum>(2)</enum><text>Contractors in the defense industrial base.</text></paragraph>

<paragraph id="H93C49C8474844E68A1E5665E18072C1A"><enum>(3)</enum><text>The Director of the National Institute of Standards and Technology.</text></paragraph>

<paragraph id="H94B6FB81821B4F7B9382C610B12B9789"><enum>(4)</enum><text>The Secretary of Energy.</text></paragraph>

<paragraph id="H89CAE54BA6814A2F8CC990370203783F"><enum>(5)</enum><text>The Director of National Intelligence.</text></paragraph>

<paragraph id="H0F76B0FF016A485B9912AD6CD7569BB0"><enum>(6)</enum><text>Relevant Federal regulatory agencies.</text></paragraph></subsection>

<subsection id="HB617A9168B0F4C05804C102C7207C493"><enum>(e)</enum><header>Briefing</header>

<paragraph id="H8F0C1D028C3A4843AA430E536A52C21A"><enum>(1)</enum><header>In general</header><text>Not later than March 11, 2020, the Secretary of Defense shall provide the congressional defense committees with a briefing on the framework developed pursuant to subsection (a).</text></paragraph>

<paragraph id="HE904FB2AB7084DE991349F2D84EE16E1"><enum>(2)</enum><header>Contents</header><text>The briefing required by paragraph (1) shall include the following:</text>

<subparagraph id="HCE01101A733A4C81A1D60C33EBC0615A"><enum>(A)</enum><text>An overview of the framework developed pursuant to subsection (a).</text></subparagraph>

<subparagraph id="H3338D85235354CF4AF1E7AE7A28B0C8B"><enum>(B)</enum><text>Identification of such pilot programs as the Secretary considers may be required to improve the cybersecurity of the defense industrial base.</text></subparagraph>

<subparagraph id="H1F73EBB5B6E74743AA8BAA2CF93FE492"><enum>(C)</enum><text>Implementation timelines and identification of costs.</text></subparagraph>

<subparagraph id="H90BB384987A24B0BA84D5DA032F37E32"><enum>(D)</enum><text>Such recommendations as the Secretary may have for legislative action to improve the cybersecurity of the defense industrial base.</text></subparagraph></paragraph></subsection>

<subsection id="HCACE3F67B4D04F429D87CE517EAFF55F"><enum>(f)</enum><header>Quarterly briefings</header>

<paragraph id="H2E32A7733F224298BB7D101B1712606D"><enum>(1)</enum><header>In general</header><text>Not less frequently than once each quarter after the briefing provided pursuant to subsection (e) until February 1, 2022, the Secretary of Defense shall brief the congressional defense committees on the status of development and implementation of the framework developed pursuant to subsection (a).</text></paragraph>

<paragraph id="HAA29B74D698A4A7F80DEC3C3C9862A02"><enum>(2)</enum><header>Coordination with other briefings</header><text>Each briefing under paragraph (1) shall be conducted in conjunction with a quarterly briefing under section 484(a) of title 10, United States Code.</text></paragraph>

<paragraph id="HCD2DEEF6FA424260A4AD6801D66A07DA"><enum>(3)</enum><header>Elements</header><text>Each briefing under paragraph (1) shall include the following:</text>

<subparagraph id="HAE133FE642344A4EA629CF61D8074A8D"><enum>(A)</enum><text>The current status of the development and implementation of the framework developed pursuant to subsection (a).</text></subparagraph>

<subparagraph id="H620DBF5F796B4F3DAC88FC29BBAD85D5"><enum>(B)</enum><text>A description of the efforts undertaken by the Secretary to evaluate the matters for consideration set forth in subsection (c).</text></subparagraph>

<subparagraph id="H375AE78351B14FCEB07D085E651A503F"><enum>(C)</enum><text>The current status of any pilot programs the Secretary is carrying out to develop the framework.</text></subparagraph></paragraph></subsection></section>

<section id="H709EAB3F27354D2D925E55BD5F4D0AE9"><enum>1649.</enum><header>Report on cybersecurity training programs</header><text display-inline="no-display-inline">Not later than 240 days after the date of the enactment of this Act, the Secretary of

Defense shall submit to the Committee on Armed Services of the House of Representatives and the Committee on Armed Services of the Senate a report that accounts for all of the efforts, programs, initiatives, and investments of the Department of Defense to train elementary, secondary, and postsecondary students in fields related to cybersecurity, cyber defense, and cyber operations. The report shallâ€"</text>

<paragraph id="H842D2E72CECA46699F0C75386AB13162"><enum>(1)</enum><text>include information on the metrics used to evaluate such efforts, programs, initiatives, and investments, and identify overlaps or redundancies across the such efforts, programs, initiatives, and investments; and</text></paragraph>

<paragraph id="H824A3899AC9041E9AD9E1DADC6C158D2"><enum>(2)</enum><text>address how the Department leverages such efforts, programs, initiatives, and investments in the recruitment and retention of both the civilian and military cyber workforces.</text></paragraph></section>

<section id="H89307DC272FF4C409ECB07DCF1A889A2" section-type="subsequent-section"><enum>1650.</enum><header>National Security Presidential Memorandums relating to Department of Defense operations in cyberspace</header><text display-inline="no-display-inline">Not later than 30 days after the date of the enactment of this Act, upon request of the congressional defense committees, the President shall allow for such committees to read a copy of all National Security Presidential Memorandums relating to Department of Defense operations in cyberspace at an appropriately cleared facility of the requesting committeeâ€™s choosing. At the conclusion of such reading, such documents shall be collected and returned to the President.</text></section>

<section id="H937858E186F3476D976AB151B629ADA4"><enum>1651.</enum><header>Reorientation of Big Data Platform program</header>

<subsection id="H9AF0E97AB38845BFA8CFA86E7B89E1E8"><enum>(a)</enum><header>Reorientation of program</header>

<paragraph id="HEA63DCFE148A4E3485FC2A3370C79EE0"><enum>(1)</enum><header>In general</header><text>Not later than January 1, 2021, the Secretary of Defense shallâ€"</text>

<subparagraph id="H8251072EFF79495EA33384D8ECF93F60"><enum>(A)</enum><text>reorient the Big Data Platform program as specified in this section; and</text></subparagraph>

<subparagraph id="H9BB4428B5EBC4F7F95DF1452CF5D36C3"><enum>(B)</enum><text>align the reorientation effort under an existing line of effort of the Cyber Strategy of the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="HEB25ADBC469C4958A252EC3CDC4CB789"><enum>(2)</enum><header>Oversight of implementation</header><text>The Secretary shall act through the Principal Cyber Advisor and the supporting Cross Functional Team in the oversight of the implementation of paragraph (1).</text></paragraph></subsection>

<subsection id="HED517BCADBCD4B23912671381EE7574D"><enum>(b)</enum><header>Common baseline and security classification scheme</header>

<paragraph id="H938CC5975009466F80C89AF0ECFB3054"><enum>(1)</enum><header>In general</header><text>Not later than January 1, 2021, the Secretary shall establish a common baseline and security classification scheme for the collection, storage, processing, querying, analysis, and accessibility of a common and comprehensive set of metadata from sensors, applications, appliances, products, and systems deployed across the Department of Defense Information Network (DODIN) to enable the discovery, tracking, and remediation of cybersecurity threats.</text></paragraph>

<paragraph id="H2C040A3CEF9644D5B9E6DCB66BE2B324"><enum>(2)</enum><header>Requirements</header><text>In carrying out paragraph (1), the Secretary shallâ€"</text>

<subparagraph id="H09EA15E9C4DD4A6E8EA1C47A1EFFD208"><enum>(A)</enum><text>take such actions as the Secretary considers necessary to standardize deployed infrastructure, including the Department of Defenseâ€™s perimeter capabilities at the Internet Access Points, the Joint Regional Security Stacks, or other approved solutions, and the routing of data laterally and vertically from Department of Defense Information Network segments and tiers, to enable standard and comprehensive metadata collection;</text></subparagraph>

<subparagraph id="HFBB00B4BCE9D42B79E24C305EE0B5A72"><enum>(B)</enum><text>take such actions as the Secretary considers necessary to standardize deployed cybersecurity applications, products, and sensors and the routing of data laterally and vertically from Department of Defense Information Network segments and tiers, to enable standard and comprehensive metadata collection;</text></subparagraph>

<subparagraph id="HBCB5788E2FC1402082E1AC63F9D836FA"><enum>(C)</enum><text>develop an enterprise-wide architecture and strategy forâ€"</text>

<clause id="HCC7868C65ABC487BB11BB298D5B76312"><enum>(i)</enum><text>where to place sensors or extract data from network information technology, operational technology, and cybersecurity appliances, applications, products, and systems for cybersecurity purposes;</text></clause>

<clause id="HCE6A9CB94D6540DFB7081FC5EE10E01B"><enum>(ii)</enum><text>which metadata data records should be universally sent to Big Data Platform instances and which metadata data records, if any, should be locally retained; and</text></clause>

<clause id="H3DDA129D8B8642968C77469A2614C7F0"><enum>(iii)</enum><text>expeditiously and efficiently transmitting metadata records to the Big Data Platform instances, including the acquisition and installation of further data bandwidth;</text></clause></subparagraph>

<subparagraph id="HF4C83B455AC64EC68011CBDF5E684D7E"><enum>(D)</enum><text>determine the appropriate number, organization, and functions of separate Big Data Platform instances, and whether the Big Data Platform instances that are currently managed by Department of Defense components, including the military services, should instead be jointly and regionally organized, or terminated;</text></subparagraph>

<subparagraph id="H0BF6898C31884E2A972ABBDFF8827780"><enum>(E)</enum><text>determine the appropriate roles of the Defense Information Systems Agencyâ€™s Acropolis, United States Cyber Commandâ€™s Scarif, and any similar Big Data Platforms as enterprise-wide real-time cybersecurity situational awareness capabilities or as complements or replacements for component level Big Data Platform instances;</text></subparagraph>

<subparagraph id="H6ABB4936506049D98254FC6CFAEC360A"><enum>(F)</enum><text>ensure that all Big Data Platform instances are engineered and approved to enable standard access and expeditious query capabilities by the Unified Platform, the network defense service providers, and the Cyber Mission Forces, with centrally managed authentication and authorization services;</text></subparagraph>

<subparagraph id="HFF345254516144529FB84BC1303F6C8E"><enum>(G)</enum><text>prohibit and remove barriers to information sharing, distributed query, data analysis, and collaboration across Big Data Platform instances, such as incompatible interfaces, interconnection service agreements, and the imposition of accreditation boundaries;</text></subparagraph>

<subparagraph id="H9499A42C5C0442D08D18CFB15C5AC0AE"><enum>(H)</enum><text>transition all Big Data Platform instances to a cloud computing environment in alignment with the cloud strategy of the Chief Information Officer of the Department of Defense;</text></subparagraph>

<subparagraph id="H2C2121B4E3934EBEBE7C075A03134700"><enum>(I)</enum><text>consider whether packet capture databases should continue to be maintained separately from the Big Data Platform instances, managed at the secret level of classification, and treated as malware-infected when the packet data are copies of packets extant in the Department of Defense Information Network;</text></subparagraph>

<subparagraph id="H8F3CCE5AB9EE4D7E88B3EF66698DE2CC"><enum>(J)</enum><text>in the case that the Secretary decides to sustain the status quo on packet capture databases, ensure that analysts operating on or from the Unified Platform, the Big Data Platform instances, the network defense services providers, and the Cyber Mission Forces can directly access packets and query the database; and</text></subparagraph>

<subparagraph id="H51A5E8EF6A0B431D9A6D7E36A8BD50FD"><enum>(K)</enum><text>consider whether the Joint Artificial Intelligence Centerâ€™s cybersecurity artificial intelligence national mission initiative, and any other similar initiatives, should include an application for the metadata residing in the Big Data Platform instances.</text></subparagraph></paragraph></subsection>

<subsection id="HD2D7CA87958E435292AD79C209A121E8"><enum>(c)</enum><header>Limit on

data and data indexing schema</header><text>The Secretary shall ensure that the Unified Platform and the Big Data Platform programs achieve data and data indexing schema standardization and integration to ensure interoperability, access, and sharing by and between Big Data Platform and other data sources and stores.</text></subsection>

<subsection id="H4659F151AD5949AEBE8472AD273ABCB7"><enum>(d)</enum><header>Analytics and application sourcing and collaboration</header><text display-inline="yes-display-inline">The Secretary shall ensure that the services, U.S. Cyber Command, and Defense Information Systems Agencyâ€"</text>

<paragraph id="HD715C45D5DA14366B0FDEABAAD9F5ECC"><enum>(1)</enum><text>seek advanced analytics and applications from Government and commercial sources that can be executed on the deployed Big Data Platform architecture; and</text></paragraph>

<paragraph id="HB04C3C93E23844C1ACAC31F93D337AA0"><enum>(2)</enum><text>collaborate with vendors offering commercial analytics and applications, including support to refactoring commercial capabilities to the Government platform where industry can still own the intellectual property embedded in the analytics and applications.</text></paragraph></subsection>

<subsection id="H751A3FF67C7748C5B04762A7B8313098"><enum>(e)</enum><header>Briefing required</header><text>Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 180 days thereafter until the activities required by subsection (a)(1) are completed, the Secretary shall brief the congressional defense committees on the activities of the Secretary in carrying out subsection (b).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HBF7CFF5240474CB5B9A4B22CEBA74C04" section-type="subsequent-section"><enum>1652.</enum><header display-inline="yes-display-inline">Zero-based review of Department of Defense cyber and information technology personnel</header>

<subsection commented="no" display-inline="no-display-inline" id="H8ACAB0DFC28548009366A1568C2C9E69"><enum>(a)</enum><header display-inline="yes-display-inline">Review required</header><text display-inline="yes-display-inline">Not later than January 1, 2021, each head of a covered department, component, or agency shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF4FA763F5C7F455AA527BF0C888AADD4"><enum>(1)</enum><text display-inline="yes-display-inline">complete a zero-based review of the cyber and information technology personnel of the headâ€™s covered department, component, or agency; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H769FC0B3F14843CB9F15487DD7BF8296"><enum>(2)</enum><text display-inline="yes-display-inline">provide the Principal Cyber Advisor, the Chief Information Officer of the Department of Defense, and the Under Secretary of Defense for Personnel and Readiness the findings of the head with respect to the headâ€™s covered department, component, or agency.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H22EB13D6DB66436F9C77C8ADA00BFE87"><enum>(b)</enum><header display-inline="yes-display-inline">Covered departments, components, and agencies</header><text display-inline="yes-display-inline">For purposes of this section, a covered department, component, or agency isâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCC9DA225C0DF44A88EE1ABA3188E183B"><enum>(1)</enum><text display-inline="yes-display-inline">an independent Department of Defense component or agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD435F2962DD34B0CAFA2A49753E6D0CD"><enum>(2)</enum><text display-inline="yes-display-inline">the Office of the Secretary of Defense;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DDB1636FDFF42CD931431C1A1B64E1D"><enum>(3)</enum><text display-inline="yes-display-inline">a component of the Joint Staff;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="H707FA3479D3444158688B661CF162AB0"><enum>(4)</enum><text display-inline="yes-display-inline">a military department or an armed force; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB16D6DE3C1E7422092206A0904268043"><enum>(5)</enum><text display-inline="yes-display-inline">a reserve component of the Armed Forces.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H349B8DEBE98C47BF88DAA561845F07A2"><enum>(c)</enum><header display-inline="yes-display-inline">Scope of review</header><text display-inline="yes-display-inline">As part of a review conducted pursuant to subsection (a)(1), the head of a covered department, component, or agency shall, with respect to the covered department, component, or agency of the headâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HBBFF82995B5343E6ABDE0294D10C0FED"><enum>(1)</enum><text display-inline="yes-display-inline">assess military, civilian, and contractor positions and personnel performing cyber and information technology missions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3459C3A9386B4417B0A77980526D594E"><enum>(2)</enum><text display-inline="yes-display-inline">determine the roles and functions assigned by reviewing existing position descriptions and conducting interviews to quantify the current workload performed by military, civilian, and contractor workforce;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H183B8EFC062E445BBBB6EB1BA55BEEF2"><enum>(3)</enum><text display-inline="yes-display-inline">compare the Departmentâ€™s manning with the manning of comparable industry organizations;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1A59652185EA49D2817CD8A520557968"><enum>(4)</enum><text display-inline="yes-display-inline">include evaluation of the utility of cyber- and information technology-focused missions, positions, and personnel within such componentsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H569D8135BAB64A809E21A8D4FCE80CF8"><enum>(A)</enum><text display-inline="yes-display-inline">to assess the effectiveness and efficiency of current activities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H01B6B13B350947948413A0247DE42BE2"><enum>(B)</enum><text display-inline="yes-display-inline">to assess the necessity of increasing, reducing, or eliminating resources; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H86CAF35283CE4BFF9B15F44556C07BF4"><enum>(C)</enum><text display-inline="yes-display-inline">to guide prioritization of investment and funding;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFE79551D57AC4E70ACBAFC36ACB88C99"><enum>(5)</enum><text display-inline="yes-display-inline">develop recommendations and objectives for organizational, manning, and equipping change, taking into account anticipated developments in information technologies, workload projections, automation and process enhancements, and Department requirements;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCAA92841D9014F3E95F62CDEE3F1D64D"><enum>(6)</enum><text display-inline="yes-display-inline">develop a gap analysis, contrasting the current organization and the objectives developed pursuant to paragraph (5); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3E1199D7202A4D3698847320D4183D99"><enum>(7)</enum><text display-inline="yes-display-inline">develop roadmaps of prioritized activities and a timeline for implementing the activities to close the gaps identified pursuant to paragraph (6).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA138C1F10A274726AA7D163F34E3AF62"><enum>(d)</enum><header display-inline="yes-

display-inline">Elements</header><text display-inline="yes-display-inline">In carrying out a review pursuant to subsection (a)(1), the head of a covered department, component, or agency shall consider the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H96F2D9FCA5EA4B23BC924F2F884BF927"><enum>(1)</enum><text display-inline="yes-display-inline">Whether position descriptions and coding designators for given cybersecurity and information technology roles are accurate indicators of the work being performed.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H152E0489F4AC4FFDA5E4EBA48934DEE5"><enum>(2)</enum><text display-inline="yes-display-inline">Whether the function of any cybersecurity or information technology position or personnel can be replaced by acquisition of cybersecurity or information technology products or automation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H56637D5FBE634624A1771B206A180F21"><enum>(3)</enum><text display-inline="yes-display-inline">Whether a given component or subcomponent is over- or under-resourced in terms of personnel, using industry standards as a benchmark where applicable.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H61FDFCE3BA8048698E029D6B0693EC0D"><enum>(4)</enum><text display-inline="yes-display-inline">Whether cybersecurity service provider positions and personnel fit coherently into the enterprise-wide cybersecurity architecture and with the Departmentâ€™s cyber protection teams.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEB05CC814F284095922819560l2384FB"><enum>(5)</enum><text display-inline="yes-display-inline">Whether the function of any cybersecurity or information technology position or personnel could be conducted more efficiently or effectively by enterprise-level cyber or information technology personnel.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H44F92F2EAC88452382C97435B4A40594"><enum>(e)</enum><header display-inline="yes-display-inline">Furnishing data and analysis</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5DEFC05283E341A2A133055C2A9A6252"><enum>(1)</enum><header display-inline="yes-display-inline">Data and analysis</header><text display-inline="yes-display-inline">In carrying out subsection (a)(2), each head of a covered department, component, or agency, shall furnish to the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary a description of the analysis that led to the findings submitted under such subsection and the data used in such analysis.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8348F1B44CCF4949AD3D83E36A1F2AD6"><enum>(2)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">The Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary of Defense shall jointly review each submittal under subsection (a)(2) and certify whether the findings and analysis are in compliance with the requirements of this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H86D2393409144A22ADCFF219213B3FEE"><enum>(f)</enum><header display-inline="yes-display-inline">Recommendations</header><text display-inline="yes-display-inline">After receiving findings submitted by a head of a covered department, component, or agency pursuant to paragraph (2) of subsection (a) with respect to a review conducted by the head pursuant to paragraph (1) of such subsection, the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly provide to such head such recommendations as the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary may have for changes in manning or acquisition that proceed from such review.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBBFB4FE7FFED4EE3B9C32173F179E55B"><enum>(g)</enum><header display-inline="yes-display-inline">Implementation</header><text display-inline="yes-display-inline">The Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly oversee and assist in the implementation of the roadmaps developed pursuant to

subsection (c)(7) and the recommendations developed pursuant to subsection (f).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCEC6A5B96BF64037A4ED24AD98AE360E"><enum>(h)</enum><header display-inline="yes-display-inline">In-progress reviews</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act and not less frequently than once every six months thereafter until the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary give the briefing required by subsection (i), the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointlyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H945ECE4EAB134080A17F08763DB43512"><enum>(1)</enum><text display-inline="yes-display-inline">conduct in-progress reviews of the status of the reviews required by subsection (a)(1); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD6BA542A812147B49869BE7F226C3C6B"><enum>(2)</enum><text display-inline="yes-display-inline">provide the congressional defense committees with a briefing on such in-progress reviews.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC026367EE2E24BB29CD9E608D85ABA12"><enum>(i)</enum><header display-inline="yes-display-inline">Final briefing</header><text display-inline="yes-display-inline">After all of the reviews have been completed under paragraph (1) of subsection (a), after receiving all of the findings pursuant to paragraph (2) of such subsection, and not later than June 1, 2021, the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary shall jointly provide to the congressional defense committees a briefing on the findings of the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary with respect to such reviews, including such recommendations as the Principal Cyber Advisor, the Chief Information Officer, and the Under Secretary may have for changes to the budget of the Department as a result of such reviews.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5B68BA00EFB84126B3F391115298ED56"><enum>(j)</enum><header display-inline="yes-display-inline">Definition of zero-based review</header><text display-inline="yes-display-inline">In this section, the term <term>zero-based review</term> means a review in which an assessment is conducted with each item, position, or person costed anew, rather than in relation to its size or status in any previous budget.</text></subsection></section>

<section id="H0EA0AFF0CF8644298FCEB87826D56AD6"><enum>1653.</enum><header>Study on improving cyber career paths in the Navy</header>

<subsection id="H12F4EAA430674C33B59BF8354C386AF0"><enum>(a)</enum><header>Study required</header><text>Not later than October 1, 2020, the Secretary of the Navy and the Chief of Naval Operations shall jointlyâ€"</text>

<paragraph id="H18C68C4208A04D269FC3B79EFE7CF39B"><enum>(1)</enum><text>complete a study on methods to improve military and civilian cyber career paths within the Navy; and</text></paragraph>

<paragraph id="H01C6814B07E1403D8A7BAF8A746EAF91"><enum>(2)</enum><text>submit to the congressional defense committees a report on the findings of the Secretary and Chief with respect to the study completed pursuant to paragraph (1), including all of the data used in such study.</text></paragraph></subsection>

<subsection id="HD7CC730FD0D14147A7B2ABDDB8B44931"><enum>(b)</enum><header>Elements</header><text>The report submitted pursuant to subsection (a)(2) shall include the following:</text>

<paragraph id="H01B2C752CFA44ECCA58FD22B53ED3F17"><enum>(1)</enum><text>A plan for implementing career paths for civilian and military personnel tailored to develop expertise in cyber skill sets, including skill sets appropriate for offensive and defensive military cyber operations. Such plan should also evaluate the current Cyber Warfare Engineer career field for officers, including options for expanding the career field beyond current plans.</text></paragraph>

<paragraph id="H3F04E56B0C9E41C5B6CFC7BBC6DDC07A"><enum>(2)</enum><text>Suggested changes to the processes that govern the identification of talent and career progression of the civilian and military workforce.</text></paragraph>

<paragraph id="H624272A450DB4DD18C847FA8108664F3"><enum>(3)</enum><text>A methodology for a cyber workforce assignment policy that deliberately builds depth and breadth of knowledge regarding the conduct of cyber operations throughout an entire career.</text></paragraph>

<paragraph id="HEE2A64087BB54300A252851BAA580B26"><enum>(4)</enum><text>Possible enhancements to identifying, recruiting, training, and retaining the civilian and military cyber workforce, especially for Interactive On-Net operators and tool developers.</text></paragraph>

<paragraph id="H53EF4DE8CB0A41DC9331BBB4FCA76992"><enum>(5)</enum><text>Recommendations for legislative and administrative actions to address the findings and recommendations of the Secretary and the Chief with respect to the study completed pursuant to subsection (a)(1).</text></paragraph></subsection>

<subsection id="H6A8AADAFB50E4A2C82E76B0074A7BA7F"><enum>(c)</enum><header>Consultation</header><text>In conducting the study required by subsection (a)(1), the Secretary and the Chief shall consult with the following:</text>

<paragraph id="H6843BB57602F4660BAE6E661D473BEE7"><enum>(1)</enum><text>The Principal Cyber Advisor of the Department of Defense.</text></paragraph>

<paragraph id="H4829BAE367B243B38BA50CC6065728D0"><enum>(2)</enum><text>The Secretary of the Air Force.</text></paragraph>

<paragraph id="H83B82B772A4945F5B37D887EEA52483D"><enum>(3)</enum><text>The Commander of the United States Cyber Command.</text></paragraph>

<paragraph id="HECE1C075499C4FC6950154ECCBC6A856"><enum>(4)</enum><text>The Air Force Chief of Staff.</text></paragraph>

<paragraph id="H09735603CCBF4C36950E71A614231EA9"><enum>(5)</enum><text>The Secretary of the Army.</text></paragraph>

<paragraph id="H111C30314F1A43CC900B18E513948B99"><enum>(6)</enum><text>The Army Chief of Staff.</text></paragraph>

<paragraph id="HE30E2B2E8871438EB06F9F885198E5BF"><enum>(7)</enum><text>The Commandant of the Marine Corps.</text></paragraph>

<paragraph id="HBF018600404D4D469C8991293810423B"><enum>(8)</enum><text>The Under Secretary of Defense for Personnel and Readiness.</text></paragraph>

<paragraph id="HC752EC46ECEA4CD6B9D931D89B84B26D"><enum>(9)</enum><text>The Chief Information Officer of the Department of Defense.</text></paragraph></subsection></section>

<section id="HA4ABE9726B23459291F575024A5E2D04" section-type="subsequent-section"><enum>1654.</enum><header>Accreditation standards and processes for cybersecurity and information technology products and services</header>

<subsection id="H770BBF0A71C44A539C45D00AFC7F1BD9"><enum>(a)</enum><header>Assessment</header><text display-inline="yes-display-inline">Consistent with the responsibilities and duties outlined in section 142 of title 10, United States Code, the Chief Information Officer of the Department of Defense shall conduct an enterprise assessment of accreditation standards and processes for cybersecurity and information technology products and services.</text></subsection>

<subsection id="HCD3C1BECFC21407CB0C783F594AAD19B"><enum>(b)</enum><header>Report</header>

<paragraph id="H92485281DF784C51BAA2DF6A30B7A010"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than April 1, 2020, the Chief Information Officer shall submit to the congressional defense committees a report on the assessment conducted under subsection (a).</text></paragraph>

<paragraph id="HDFC95DF9AE65403F82E3AD9FBE782AF6"><enum>(2)</enum><header>Contents</header><text>The report submitted under paragraph (1) shall include the following:</text>

<subparagraph id="H7F30D1AEB4814453BED76BBB84A8CCBD"><enum>(A)</enum><text>The findings of the Chief Information Officer with respect to the assessment conducted under subsection (a).</text></subparagraph>

<subparagraph id="H259942ECB5C14B9CAAA64993B4D0D8B3"><enum>(B)</enum><text>A description of the modifications proposed or implemented to accreditation standards and processes arising out of the assessment.</text></subparagraph>

<subparagraph id="H167D7120FA874D0881B74BD736FE921E"><enum>(C)</enum><text>A description of how the Department will increasingly automate accreditation processes, pursue agile development, incorporate machine learning, and foster reciprocity across authorizing officials.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H1490D1EC6823455E816F2B210C5C30DB" section-type="subsequent-section"><enum>1655.</enum><header display-inline="yes-display-inline">Study on future cyber warfighting capabilities of Department of Defense</header>

<subsection commented="no" display-inline="no-display-inline" id="HD53CE98D898241D7AB2E3ACB8EDF2320"><enum>(a)</enum><header display-inline="yes-display-inline">Study required</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall direct the Defense Science Board to carry out a study on the future cyber warfighting capabilities of the Department of Defense.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H11007C759FFA40CF80585911611B30A5"><enum>(b)</enum><header display-inline="yes-display-inline">Participation</header><text display-inline="yes-display-inline">Participants in the study shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H49B3E48F42E041A8B65FDC7E16783646"><enum>(1)</enum><text display-inline="yes-display-inline">Such members of the Board, including members of the Task Force on Cyber Deterrence of the Board, as the Chairman of the Board considers appropriate for the study.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDB4F2892A2C1414192E20EC39DC77973"><enum>(2)</enum><text display-inline="yes-display-inline">Such additional temporary members or contracted support as the Secretaryâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2A6C33A4E49940CF9BF5B3C2F8F7B615"><enum>(A)</enum><text display-inline="yes-display-inline">selects from those recommended by the Chairman for purposes of the study; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H194487D471524852A7144D97C9FA591D"><enum>(B)</enum><text display-inline="yes-display-inline">considers to have significant technical, policy, or military expertise.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9AD4F45D7CDE4C159916118719C35D60"><enum>(c)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The study conducted pursuant to subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5DB7990D48554824B4C2934904E8A8A3"><enum>(1)</enum><text display-inline="yes-display-inline">A technical evaluation of the Joint Cyber Warfighting Architecture of the Department, especially the Unified Platform, Joint Cyber Command and Control, and Persistent Cyber Training Environment, including with respect to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H03C9921E55B54AB2A3D6158B6B8B267C"><enum>(A)</enum><text display-inline="yes-display-inline">The suitability of the requirements and, as relevant, the delivered capability of such architecture to modern cyber warfighting.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCDA9E601131D4099B786135CA5355739"><enum>(B)</enum><text display-inline="yes-display-inline">Such requirements or capabilities as may be absent or underemphasized in such architecture.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8DD59A01FBD345EB8CF10977B8239087"><enum>(C)</enum><text display-inline="yes-display-inline">The speed of development and acquisition as compared to mission need.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA5510851B2844D99AC6F4D1762ABFFD5"><enum>(D)</enum><text display-inline="yes-display-inline">Identification of potential duplication of efforts among the programs and concepts evaluated.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA4938145DF5047AB8C62F2F793096A3C"><enum>(E)</enum><text display-inline="yes-display-inline">The coherence of such architecture with the National Mission Teams and Combat Mission Teams of the Cyber Mission Force, as constituted and organized on the day before the date of the enactment of this Act.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H25CFEF11F32449F2A6FE51B2F9814387"><enum>(F)</enum><text display-inline="yes-display-inline">The coherence of such architecture with the Cyber Protection Teams of the Cyber Mission Force and the cybersecurity service providers of the Department, as constituted and organized on the day before the date of the enactment of this Act.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAADB98437B7D4E9F8A4B6E55B1678C59"><enum>(G)</enum><text display-inline="yes-display-inline">The coherence of such architecture with the concepts of persistent engagement and defending forward as incorporated in the 2018 Department of Defense Cyber Strategy, including with respect to operational concepts such as consistent spy-on-spy engagement, securing adversary operating pictures, and preemptively feeding indicators and warning to defensive operators.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFC902455976744178F2E1B3364333164"><enum>(2)</enum><text display-inline="yes-display-inline">A technical evaluation of the tool development and acquisition programs of the Department, including with respect to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H73B408E994D4414785AD96C597B4FA5B"><enum>(A)</enum><text display-inline="yes-display-inline">The suitability of planned tool suite and cyber armory constructs of the United States Cyber Command to modern cyber warfighting.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE91449FECF0D4FEAA68B6AA72220DDA4"><enum>(B)</enum><text display-inline="yes-display-inline">The speed of development and acquisition as compared to mission need.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7BEA7890A60247E8BBD4DCCE1EDEE249"><enum>(C)</enum><text display-inline="yes-display-inline">The resourcing and effectiveness of the internal tool development of the United States Cyber Command as compared to the tool development of the National Security Agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAB73750E0BC64543A1F0024EED157DA1"><enum>(D)</enum><text display-inline="yes-display-inline">The resourcing and effectiveness of the internal tool development of the United States Cyber Command as compared to its acquisition.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H47C8E7528A834465A83A4A43122AB657"><enum>(E)</enum><text display-inline="yes-display-inline">The coherence of such programs with the concepts of persistent engagement and defending forward as incorporated in the 2018 Department of Defense Cyber Strategy, including with respect to operational concepts such as consistent spy-on-spy engagement, securing adversary operating pictures, and preemptively feeding indicators and warning to defensive operators.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H94B850D67303488EB868C1D502D443C5"><enum>(3)</enum><text display-inline="yes-display-inline">An evaluation of the operational planning and targeting of the United States Cyber Command, including support for regional combatant commands, and suitability for modern cyber warfighting.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF2ECCBFC528D4A33BA284296F44A4742"><enum>(4)</enum><text display-inline="yes-display-inline">Development of such recommendations as the Board may have for legislative or administrative action relating to the future cyber warfighting capabilities of the Department.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7CD29257039345D982EF918265B3D09A"><enum>(d)</enum><header display-inline="yes-display-inline">Access to information</header><text display-inline="yes-display-inline">The Secretary shall provide the Board with timely access to appropriate information, data, resources, and analysis so that the Board may conduct a thorough and independent analysis as required under this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H44269D1CB430434FBD649AC44D903AEF"><enum>(e)</enum><header display-inline="yes-display-inline">Report</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF40F094B832445C49A762564A0498916"><enum>(1)</enum><header display-inline="yes-display-inline">Transmittal to Secretary</header><text display-inline="yes-display-inline">Not later than November 1, 2021, the Board shall transmit to the Secretary a final report on the study conducted pursuant to subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H99347363F570474A86EC0DEA287FC193"><enum>(2)</enum><header display-inline="yes-display-inline">Transmittal to Congress</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the Secretary receives the final report under paragraph (1), the Secretary shall submit to the congressional defense committees such report and such comments as the Secretary considers appropriate.</text></paragraph></subsection></section>

<section id="H4258FD56FD664C9585CB78A948E95DFD"><enum>1656.</enum><header>Study to determine the optimal strategy for structuring and manning elements of the Joint Force Headquartersâ€"Cyber Organizations, Joint Mission Operations Centers, and Cyber Operationsâ€"Integrated Planning Elements</header>

<subsection id="HB03B41D7607641BEAED2C2247E3831CA"><enum>(a)</enum><header>Study</header>

<paragraph id="HE976AA20791E48ACB29747DE40A8F8A6"><enum>(1)</enum><header>In general</header><text>The Principal Cyber Advisor of the Department of Defense shall conduct a study to determine the optimal strategy for structuring and manning elements of the following:</text>

<subparagraph id="H32B3897BD0E340DBB67F467056723CDD"><enum>(A)</enum><text>Joint Force Headquartersâ€"Cyber organizations.</text></subparagraph>

<subparagraph id="HCFA24EC278814EA2ABC850F7CB920A82"><enum>(B)</enum><text>Joint Mission Operations Centers.</text></subparagraph>

<subparagraph id="H84978EECC05E4571A1DD85A231E5D729"><enum>(C)</enum><text>Cyber Operationsâ€"Integrated Planning Elements.</text></subparagraph>

<subparagraph id="H7AE8CFBEBFFA44D6A9B855F49DAE3175"><enum>(D)</enum><text>Joint Cyber Centers.</text></subparagraph></paragraph>

<paragraph id="H72719728DB6646F4A22D23BCD1DCF0AA"><enum>(2)</enum><header>Elements</header><text>The study conducted under subsection (a) shall include assessment of the following:</text>

<subparagraph id="HC88922635F294D72B318AA86A66B3248"><enum>(A)</enum><text>Operational effects on the military services if the entities listed in subparagraphs (A) through (C) of paragraph (1) are restructured from organizations that are service component organizations to joint organizations.</text></subparagraph>

<subparagraph id="H23AD85F800BC46B485B9FCBA004039E5"><enum>(B)</enum><text>Organizational effects on the military services if the billets associated with the entities listed in subparagraphs (A) through (C) of paragraph (1) are transferred to United States Cyber Command and designated as joint billets for joint qualification purposes.</text></subparagraph>

<subparagraph id="H4276CE3642604F78BABE54D4ECEEE49D"><enum>(C)</enum><text>Operational and organizational effects on the military services, United States Cyber Command, other combatant commands, and the Joint Staff if the entities listed in subparagraphs (A) through (D) of paragraph (1) are realigned, restructured, or consolidated.</text></subparagraph></paragraph></subsection>

<subsection id="H52881E569513450FB8567AD97C41F22A"><enum>(b)</enum><header>Report</header>

<paragraph id="HF097B54226164004BFD20C28771ED341"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Principal Cyber Advisor shall submit to the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives a report on the study conducted under subsection (a).</text></paragraph>

<paragraph id="HEBD83963E2184B6F9221182838AAC332"><enum>(2)</enum><header>Contents</header><text>The report submitted under paragraph (1) shall contain the following:</text>

<subparagraph id="H570DBDB82A7A44DEB8E932D7CB477C53"><enum>(A)</enum><text>The findings of the Principal Cyber Advisor with respect to the study conducted under subsection (a).</text></subparagraph>

<subparagraph id="H3F58D947BCAD484BA01FB1A3E0153300"><enum>(B)</enum><text>Details of the operational and organizational effects assessed under subsection (a)(2).</text></subparagraph>

<subparagraph id="H8EEA76CFAAE947D9B3D954CBC9C76B61"><enum>(C)</enum><text>A plan to carry out the transfer described in subsection (a)(2)(B) and the associated costs, as appropriate.</text></subparagraph>

<subparagraph id="H09D7B024AA8647A1870B81BBE5240C75"><enum>(D)</enum><text>A plan to realign, restructure, or consolidate the entities listed in subparagraphs (A) through (D) of subsection (a)(1).</text></subparagraph>

<subparagraph id="H9E5A5B3E594E45AFB90F0481D47FF15F"><enum>(E)</enum><text>Such other matters as the Principal Cyber Advisor considers appropriate.</text></subparagraph></paragraph></subsection></section>

<section id="HCF92C06ADB1C4973B5E28B73FB1C00A7"><enum>1657.</enum><header>Cyber governance structures and Principal Cyber Advisors on military cyber force matters</header>

<subsection id="H7A9C96D69A924079BF4C77DABA21C969"><enum>(a)</enum><header>Designation</header>

<paragraph id="HE92D6B2283ED4063A32B49B93B78D043"><enum>(1)</enum><header>In general</header><text>Not later than 270 days after the date of the enactment of this Act, each of the secretaries of the military departments, in consultation with the service chiefs, shall appoint an independent Principal Cyber Advisor for each service to act as the principal advisor to the relevant secretary on all cyber matters affecting that military service.</text></paragraph>

<paragraph id="HB4144AC90B1947999638C55116377F4E"><enum>(2)</enum><header>Nature of position</header><text>Each Principal Cyber Advisor position under paragraph (1) shallâ€"</text>

<subparagraph id="H009E12D795E646D9BD187C79B7524A46"><enum>(A)</enum><text>be a senior civilian leadership position, filled by a senior member of the Senior Executive Service, not lower than the equivalent of a 3-star general officer, or by exception a comparable military officer with extensive cyber experience;</text></subparagraph>

<subparagraph id="H75FAEC72A7CE498593B1E9282D0AFBE2"><enum>(B)</enum><text>exclusively occupy the Principal Cyber Advisor position and not assume any other position or

responsibility in the relevant military department;</text></subparagraph>

<subparagraph id="H13833925F7CB4D938915C6581D99F100"><enum>(C)</enum><text>be independent of the relevant serviceâ€™s chief information officer; and</text></subparagraph>

<subparagraph id="H57414CDE668245ECA17C695E941F524D"><enum>(D)</enum><text>report directly to and advise the secretary of the relevant military department and advise the relevant serviceâ€™s senior uniformed officer.</text></subparagraph></paragraph>

<paragraph id="HF412AED3A1E245BEAF3C76D9D9528367"><enum>(3)</enum><header>Notification</header><text>Each of the secretaries of the military departments shall notify the Committees on Armed Services of the Senate and House of Representatives of his or her Principal Cyber Advisor appointment. In the case that the appointee is a military officer, the notification shall include a justification for the selection and an explanation of the appointeeâ€™s ability to execute the responsibilities of the Principal Cyber Advisor.</text></paragraph></subsection>

<subsection id="HE851E51809D74E06A3DFDAF88E34E8FA"><enum>(b)</enum><header>Responsibilities of Principal Cyber Advisors</header><text>Each Principal Cyber Advisor under subsection (a) shall be responsible for advising both the secretary of the relevant military department and the senior uniformed military officer of the relevant military service and implementing the Department of Defense Cyber Strategy within the service by coordinating and overseeing the execution of the serviceâ€™s policies and programs relevant to the following:</text>

<paragraph id="H94DA22DADF6C4EECA8D94A409AD7F66F"><enum>(1)</enum><text>The recruitment, resourcing, and training of military cyberspace operations forces, assessment of these forces against standardized readiness metrics, and maintenance of these forces at standardized readiness levels.</text></paragraph>

<paragraph id="H71DEE3A6D70D4F639A4B611EC83EDD1D"><enum>(2)</enum><text>Acquisition of offensive, defensive, and Department of Defense Information Networks cyber capabilities for military cyberspace operations.</text></paragraph>

<paragraph id="HFD3DD7EEE42D4A528183EABDB5A68DF4"><enum>(3)</enum><text>Cybersecurity management and operations.</text></paragraph>

<paragraph id="HEEA7E065C95941B6B51D344732578CDA"><enum>(4)</enum><text>Acquisition of cybersecurity tools and capabilities, including those used by cybersecurity service providers.</text></paragraph>

<paragraph id="H2CBD9ED32ED44DBE92D85BEC0E069A81"><enum>(5)</enum><text>Evaluating, improving, and enforcing a culture of cybersecurity warfighting and accountability for cybersecurity and cyberspace operations.</text></paragraph>

<paragraph id="HECD0CD0CF9A9488B9FF1B7BF3A95BDBD"><enum>(6)</enum><text>Cybersecurity and related supply chain risk management of the industrial base.</text></paragraph>

<paragraph id="HC9126792A53648E1BA1343F1250981A4"><enum>(7)</enum><text>Cybersecurity of Department of Defense information systems, information technology services, and weapon systems, including the incorporation of cybersecurity threat information as part of secure development processes, cybersecurity testing, and the mitigation of cybersecurity risks.</text></paragraph></subsection>

<subsection id="H9579BE7B3D2D4762A40E3068C6C07F49"><enum>(c)</enum><header>Coordination</header><text>To ensure service compliance with the Department of Defense Cyber Strategy, each Principal Cyber Advisor under subsection (a) shall work in close coordination with the following:</text>

<paragraph id="H3FC4161838E549508D8BB24031AA9518"><enum>(1)</enum><text>Service chief information officers.</text></paragraph>

<paragraph id="HD7E97D5A79884A0E9BD2A837FF4D0101"><enum>(2)</enum><text>Service cyber component commanders.</text></paragraph>

<paragraph id="H5D27A836285D4B43AEA6851C186EAFE2"><enum>(3)</enum><text>Principal Cyber Advisor to the Secretary of Defense.</text></paragraph>

<paragraph id="H96C32933B76B44E1A806573FDF7DA72F"><enum>(4)</enum><text>Department of Defense Chief Information Officer.</text></paragraph>

<paragraph id="H2C7635645B8240FDB6FC97E789498364"><enum>(5)</enum><text>Defense Digital Service.</text></paragraph></subsection>

<subsection id="H23FB22A6EA164B049BFBB1FC972C733B" commented="no"><enum>(d)</enum><header>Budget certification authority</header>

<paragraph id="HCF0DBB1BA30F46AA9E46B09B09C5FC8B" commented="no"><enum>(1)</enum><header>In general</header><text>Each of the secretaries of the military departments shall require service components with responsibilities associated with cyberspace operations forces, offensive or defensive cyberspace operations and capabilities, and cyberspace issues relevant to the duties specified in subsection (b) to transmit the proposed budget for such responsibilities for a fiscal year and for the period covered by the future-years defense program submitted to Congress under section 221 of title 10, United States Code, for that fiscal year to the relevant serviceâ€™s Principal Cyber Advisor for review under subparagraph (B) before submitting the proposed budget to the departmentâ€™s comptroller.</text></paragraph>

<paragraph id="HCE9D555BDC8C4B25BD7902F1C3CDAB84" commented="no"><enum>(2)</enum><header>Review</header><text>Each Principal Cyber Advisor under subsection (a)(1) shall review each proposed budget transmitted under paragraph (1) and submit to the secretary of the relevant military department a report containing the comments of the Principal Cyber Advisor with respect to all such proposed budgets, together with the certification of the Principal Cyber Advisor regarding whether each proposed budget is adequate.</text></paragraph>

<paragraph id="HB3FF29E7F9BB40CCACCC908AEC6D140D" commented="no"><enum>(3)</enum><header>Report</header><text>Not later than March 31 of each year, each of the secretaries of the military departments shall submit to the congressional defense committees a report specifying each proposed budget for the subsequent fiscal year contained in the most-recent report submitted under paragraph (2) that the Principal Cyber Advisor did not certify to be adequate. The report of the secretary shall include a discussion of the actions that the secretary took or proposes to take, together with any additional comments that the Secretary considers appropriate regarding the adequacy or inadequacy of the proposed budgets.</text></paragraph></subsection>

<subsection id="H23FC3E5A4A944580A9C8024259711F41" commented="no"><enum>(e)</enum><header>Principal cyber advisorsâ€™ briefing to Congress</header><text>Not later than February 1, 2021, and biannually thereafter, each Principal Cyber Advisor under subsection (a) shall brief the Committees on Armed Services of the Senate and House of Representatives on that Advisorâ€™s activities and ability to perform the functions specified in subsection (b).</text></subsection>

<subsection id="HD5A6B8B178D041B4B3B9C4F851DE20A9"><enum>(f)</enum><header>Review of current responsibilities</header>

<paragraph id="HDC0E68629029481180CA1197C78D221D"><enum>(1)</enum><header>In general</header><text>Not later than January 1, 2021, each of the secretaries of the military departments shall review the relevant military departmentâ€™s current governance model for cybersecurity with respect to current authorities and responsibilities.</text></paragraph>

<paragraph id="H91092A973DA2439F9FFC858ADED0E9C0"><enum>(2)</enum><header>Elements</header><text>Each review under paragraph (1) shall include the following:</text>

<subparagraph id="HC830928ED26249A597B53715D2B5DA46"><enum>(A)</enum><text>An assessment of whether additional changes beyond the appointment of a Principal Cyber Advisor pursuant to subsection (a) are required.</text></subparagraph>

<subparagraph id="H4ED6BFBF93D840AE892DEECA0714C8F2"><enum>(B)</enum><text>Consideration of whether the current governance structure and assignment of authoritiesâ€"</text>

<clause id="HE25C4BBBFA7C4BD49750713559866CF7"><enum>(i)</enum><text>enable effective governance;</text></clause>

<clause id="H8247B7E9324A41DAB82C491B0A50EE66"><enum>(ii)</enum><text>enable effective

Chief Information Officer and Chief Information Security Officer action;</text></clause>

<clause id="H73211CE577D8452DA213602979F0863B"><enum>(iii)</enum><text>are adequately consolidated so that the authority and responsibility for cybersecurity risk management are clear and at an appropriate level of seniority;</text></clause>

<clause id="HCA382A66FE0F4C619BAACB0478BC9BDB"><enum>(iv)</enum><text>provide authority to a single individual to certify compliance of Department of Defense information systems and information technology services with all current cybersecurity standards; and</text></clause>

<clause id="HF013FCDD55054C35A1807ED9CE4310E7"><enum>(v)</enum><text>support efficient coordination across the military services, the Office of the Secretary of Defense, the Defense Information Systems Agency, and United States Cyber Command.</text></clause></subparagraph></paragraph>

<paragraph id="H7C9368D1C13C485FB90E85F8D4A82D12"><enum>(3)</enum><header>Briefing</header><text>Not later than October 1, 2020, each of the secretaries of the military departments shall brief the Committees on Armed Services of the Senate and House of Representatives on the findings of the Secretary with respect to the review conducted by the Secretary pursuant to paragraph (1).</text></paragraph></subsection></section>

<section id="H31A5EE280A63405A9127038845886CE8"><enum>1658.</enum><header>Designation of test networks for testing and accreditation of cybersecurity products and services</header>

<subsection id="H4DCD29B4022E47BBB8CCF1A72DE81125"><enum>(a)</enum><header>Designation</header><text>Not later than April 1, 2020, the Secretary of Defense shall designate, for use by the Defense Information Systems Agency and such other components of the Department of Defense as the Secretary considers appropriate, three test networks for the testing and accreditation of cybersecurity products and services.</text></subsection>

<subsection id="HB065189C2E2149D1B4E5E0FA7CF21DF4"><enum>(b)</enum><header>Requirements</header><text>The networks designated under subsection (a) shallâ€"</text>

<paragraph id="H600384436A8C4E94A0174AAE7E596B99"><enum>(1)</enum><text>be of sufficient scale to realistically test cybersecurity products and services;</text></paragraph>

<paragraph id="H536BDB78D74C429BA3A05CA4CE85F2E0"><enum>(2)</enum><text>feature substantially different architectures and configurations;</text></paragraph>

<paragraph id="H10C1EFEEFB7C4F2492819AE9FE8C392A"><enum>(3)</enum><text>be live, operational networks; and</text></paragraph>

<paragraph id="H8A256B15D3874C33BF1182A185766BE1"><enum>(4)</enum><text>feature cybersecurity processes, tools, and technologies that are appropriate for test purposes and representative of the processes, tools, and technologies that are widely used throughout the Department.</text></paragraph></subsection>

<subsection id="H60039161607E4477A67EE803E9B574F6" commented="no"><enum>(c)</enum><header>Access</header><text>Upon request, information generated in the testing and accreditation of cybersecurity products and services shall be made available to the Office of the Director, Operational Test and Evaluation.</text></subsection></section>

<section id="HCACED52A9DF642B285C6FF7E60512375"><enum>1659.</enum><header>Consortia of universities to advise Secretary of Defense on cybersecurity matters</header>

<subsection id="HFB11200F282446F292A6711E17A243E1"><enum>(a)</enum><header>Establishment and function</header><text>The Secretary of Defense shall establish one or more consortia of universities to assist the Secretary on cybersecurity matters relating to the following:</text>

<paragraph id="HE0332786DD834AA3B35D30A64F499921"><enum>(1)</enum><text>To provide the Secretary a formal mechanism to communicate with consortium or consortia members

regarding the Department of Defenseâ€™s cybersecurity strategic plans, cybersecurity requirements, and priorities for basic and applied cybersecurity research.</text></paragraph>

<paragraph id="H4D5F90DD6C234ADBA79EC6F206B13CAC"><enum>(2)</enum><text>To advise the Secretary on the needs of academic institutions related to cybersecurity and research conducted on behalf of the Department and provide feedback to the Secretary from members of the consortium or consortia.</text></paragraph>

<paragraph id="HFAB72C040ABC43619F86331EE29A2BC6"><enum>(3)</enum><text>To serve as a focal point or focal points for the Secretary and the Department for the academic community on matters related to cybersecurity, cybersecurity research, conceptual and academic developments in cybersecurity, and opportunities for closer collaboration between academia and the Department.</text></paragraph>

<paragraph id="H00D44F52161A4977BAEAC2ECC7163055"><enum>(4)</enum><text>To provide to the Secretary access to the expertise of the institutions of the consortium or consortia on matters relating to cybersecurity.</text></paragraph>

<paragraph id="H795A1D2C9AA240529D8EE4D5A1ED248E"><enum>(5)</enum><text>To align the efforts of such members in support of the Department.</text></paragraph></subsection>

<subsection id="H6F76B04330F442BF810755AADA195B9C"><enum>(b)</enum><header>Membership</header><text>The consortium or consortia established under subsection (a) shall be open to all universities that have been designated as centers of academic excellence by the Director of the National Security Agency or the Secretary of Homeland Security.</text></subsection>

<subsection id="H6228CA5FF9C84610AC997A01B4D47286"><enum>(c)</enum><header>Organization</header>

<paragraph id="H214AC62E75E948D680D8C1F1BBF1E630"><enum>(1)</enum><header>Designation of administrative chair and terms</header><text>For each consortium established under subsection (a), the Secretary of Defense, based on recommendations from the members of the consortium, shall designate one member of the consortium to function as an administrative chair of the consortium for a term with a specific duration specified by the Secretary.</text></paragraph>

<paragraph id="H6528374C6AA8440EA9B2F31ED502591D"><enum>(2)</enum><header>Subsequent terms</header><text>No member of a consortium designated under paragraph (1) may serve as the administrative chair of that consortium for two consecutive terms.</text></paragraph>

<paragraph id="HE1170D999AA54B679E99450B3E5BDE11"><enum>(3)</enum><header>Duties of administrative chair</header><text>Each administrative chair designated under paragraph (1) for a consortium shallâ€"</text>

<subparagraph id="HF25E546DFCCD450BBC10AFC15CB2A0AE"><enum>(A)</enum><text>act as the leader of the consortium for the term specified by the Secretary under paragraph (1);</text></subparagraph>

<subparagraph id="H6FFA56BEFF1244D8AE5F84774902DFF8"><enum>(B)</enum><text>be the liaison between the consortium and the Secretary;</text></subparagraph>

<subparagraph id="HD0D28D6A485341BC9DCAAA147699F0DE"><enum>(C)</enum><text>distribute requests from the Secretary for advice and assistance to appropriate members of the consortium and coordinate responses back to the Secretary; and</text></subparagraph>

<subparagraph id="H5196B44FB2EA4F0E9ED24F16AD0D390C"><enum>(D)</enum><text>act as a clearinghouse for Department of Defense requests relating to assistance on matters relating to cybersecurity and to provide feedback to the Secretary from members of the consortium.</text></subparagraph></paragraph>

<paragraph id="HA152012D37724F70B600055CF10AAAC7"><enum>(4)</enum><header>Executive committee</header><text>For each consortium, the Secretary, in consultation with the administrative chair, may form an executive committee comprised of university representatives to assist the chair with the management and functions of the consortia. Executive committee institutions may not serve consecutive terms before all other consortium institutions have been afforded the opportunity to hold the position.</text></paragraph></subsection>

<subsection
id="HF341D00725334EB9A0EFBF7682C34FEE"><enum>(d)</enum><header>Consultation</header><text>The Secretary, or a senior level designee, shall meet with each consortium not less frequently than twice per year, or at a periodicity agreed to between the Department and each such consortium.</text></subsection>

<subsection
id="H55E6E44448C443CC9D178B3759400260"><enum>(e)</enum><header>Procedures</header><text>The Secretary shall establish procedures for organizations within the Department to access the work product produced by and the research, capabilities, and expertise of a consortium established under subsection (a) and the universities that constitute such consortium.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="HFFA0DF923AC74E779F3C736FB37D67CB" section-type="subsequent-section"><enum>1660.</enum><header display-inline="yes-display-inline">Joint assessment of Department of Defense cyber red team capabilities, capacity, demand, and requirements</header>

<subsection commented="no" display-inline="no-display-inline"
id="H68B53E84D53F4DADA2DACDAF188E32CE"><enum>(a)</enum><header display-inline="yes-display-inline">Joint assessment required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in coordination with the Chief Information Officer of the Department of Defense, Principal Cyber Advisor, and the Director of Operational Test and Evaluationâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H164ED23F4AB24F9EBF31A9364E24A2E8"><enum>(1)</enum><text display-inline="yes-display-inline">conduct a joint assessment of Department cyber red team capabilities, capacity, demand, and future requirements that affect the Departmentâ€™s ability to develop, test, and maintain secure systems in a cyber environment; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H47BA37FCA8CD40C7884AA93857131027"><enum>(2)</enum><text display-inline="yes-display-inline">brief the congressional defense committees on the results of the joint assessment.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"
id="H83846AF976B343158DD3BD65A6186B36"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The joint assessment required by subsection (a)(1) shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="HE62CD74E29004F5CAE6711C68FD904D5"><enum>(1)</enum><text display-inline="yes-display-inline">specify demand for cyber red team support for acquisition and operations;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H266D24345B0E40518208C2040E4E494E"><enum>(2)</enum><text display-inline="yes-display-inline">specify shortfalls in meeting demand and future requirements, disaggregated by the Department of Defense component or agency and by military department;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H63A8F020118946CBB6CA69156D4085DD"><enum>(3)</enum><text display-inline="yes-display-inline">examine funding and retention initiatives to increase cyber red team capacity to meet demand and future requirements identified to support the testing, training, and development communities;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H89E355751FA64B6E922A53481E630E54"><enum>(4)</enum><text display-inline="yes-display-inline">examine the feasibility and benefit of developing and procuring a common Red Team Integrated Capabilities Stack that better utilizes increased capacity of cyber ranges and better models the capabilities and tactics, techniques, and procedures of adversaries;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H62F57FF7D15044A690C2FE4C775857C0"><enum>(5)</enum><text display-inline="yes-

display-inline">examine the establishment of oversight and assessment metrics for Department cyber red teams;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC6C9A3F6AC2D468991A6862EAE351CCE"><enum>(6)</enum><text display-inline="yes-display-inline">assess the implementation of common development efforts for tools, techniques, and training;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H79AA49FCF50044B0B76E3CF8EB049ED6"><enum>(7)</enum><text display-inline="yes-display-inline">assess potential industry and academic partnerships and services;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB5C68ECF014C4FADA50F7A76A26AD446"><enum>(8)</enum><text display-inline="yes-display-inline">assess the mechanisms and procedures in place to deconflict red-team activities and defensive cyber operations on active networks;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBB7305DF08344438BFE4AD981F20B53A"><enum>(9)</enum><text display-inline="yes-display-inline">assess the use of Department cyber personnel in training as red team support;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1793F0BB7530422AAF17C4E8A60539D9"><enum>(10)</enum><text display-inline="yes-display-inline">assess the use of industry and academic partners and contractors as red team support and the cost- and resource-effectiveness of such support; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE73E69FBE32E499394526515A0363D9D"><enum>(11)</enum><text display-inline="yes-display-inline">assess the need for permanent, high-end dedicated red-teaming activities to model sophisticated adversariesâ€™ attacking critical Department systems and infrastructure.</text></paragraph></subsection></section></subtitle>

<subtitle id="H239143AE08204A3A95DBAB020EC00D16" style="OLC"><enum>D</enum><header>Nuclear Forces</header>

<section commented="no" display-inline="no-display-inline" id="HA2CF26DDE66F48758209070E9B90BF57" section-type="subsequent-section"><enum>1661.</enum><header display-inline="yes-display-inline">Conforming amendment to Council on Oversight of the National Leadership Command, Control, and Communications System</header><text display-inline="no-display-inline">Section 171a of title 10, United States Code, is amended by striking <quote>, Technology, and Logistics</quote> each place it appears and inserting <quote>and Sustainment</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H848FECAD97294F9492FE1C4B6BD14FF4" section-type="subsequent-section"><enum>1662.</enum><header display-inline="yes-display-inline">Modification of authorities relating to nuclear command, control, and communications system</header>

<subsection commented="no" display-inline="no-display-inline" id="HEE671A448B564B8CAF1016E09A3BE5C7"><enum>(a)</enum><header display-inline="yes-display-inline">Duties and powers of Under Secretary of Defense for Acquisition and Sustainment</header><text display-inline="yes-display-inline">Section 133b(b) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFF24B8DF08224C1D999CE3B1568D2ABF"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating paragraphs (4), (5), (6), and (7) as paragraphs (5), (6), (7), and (8), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6A090689B66C4744A4BD2C520C55D478"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting after paragraph (3) the following new paragraph (4):</text>

<quoted-block display-inline="no-display-inline" id="H9886C894B2CE4BB99409F70A36006F95" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H2EBADCEEC5D244959A20D16CC40E24D3"><enum>(4)</enum><text display-inline="yes-display-inline">establishing policies for, and providing oversight, guidance, and coordination with respect to, the nuclear command, control, and communications system;</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF103DBCD14F24B8088299C1C0F5E98E2"><enum>(3)</enum><text display-inline="yes-display-inline">in paragraph (6), as redesignated by paragraph (1), by inserting after <quote>overseeing the modernization of nuclear forces</quote> the following: <quote>, including the nuclear command, control, and communications system,</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0BEC9707E0714FED89D427E25747A19E"><enum>(b)</enum><header display-inline="yes-display-inline">Duties and responsibilities of chief information officer</header><text display-inline="yes-display-inline">Section 142(b)(1) of such title is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H19AE5393A9D341BCBDE4EBEEB50C917E"><enum>(1)</enum><text display-inline="yes-display-inline">by striking subparagraph (G); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDCA04CB5C62848BA97BE1AA8E079BB34"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subparagraphs (H) and (I) as subparagraphs (G) and (H), respectively.</text></paragraph></subsection></section>

<section id="HC8C42EAA6186447783B39AAC12AD46E2" section-type="subsequent-section"><enum>1663.</enum><header>Briefings on meetings held by Nuclear Weapons Council</header><text display-inline="no-display-inline">Section 179 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H19B59A3A646B48F4A76D0D2F5581A978" style="USC">

<subsection id="HD26C602B19674F11BDC87DC4CC0CF28F"><enum>(g)</enum><header>Semiannual briefings</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H2D65C02B620340DF82AD68710B6CC691"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than February 1 and August 1 of each year, the Council shall provide to the congressional defense committees a briefing on, with respect to the six-month period preceding the briefingâ€"</text>

<subparagraph id="H185EEB415EE64C2BAB5AC8328AC187B4" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">the dates on which the Council met; and</text></subparagraph>

<subparagraph id="H4235137389F14B4CA3E48B7D87EC1AFE" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">except as provided by paragraph (2), a summary of any decisions made by the Council pursuant to subsection (d) at each such meeting and the rationale for and options that informed such decisions.</text></subparagraph></paragraph>

<paragraph id="HD220BDDCDFC64106B0BF8F146BB13442" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Council shall not be required to include in a briefing under paragraph (1) the matters described in subparagraph (B) of that paragraph with respect to decisions of the Council relating to the budget of the President for a fiscal year if the budget for that fiscal year has not been submitted to Congress under section 1105 of title 31 as of the date of the briefing.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HA0829A386AFA4AC8826C4FEA3CD72134" commented="no"><enum>1664.</enum><header>Consideration of budget matters at meetings of Nuclear Weapons Council</header>

<subsection id="HB50EE41AFFAC4C9393908E8CDED57722"

commented="no"><enum>(a)</enum><header>Attendance</header>

<paragraph id="HFF7EC2977B2B4A76833FBAA27899BECF" commented="no"><enum>(1)</enum><header>Requirement</header><text display-inline="yes-display-inline">Except as provided by subsection (b), each official described in paragraph (2) shall attend the meetings of the Nuclear Weapons Council established by section 179 of title 10, United States Code, and the meetings of the Standing and Safety Committee of the Council, or such a successor committee. Each such official shall attend such meetings as advisors on matters within the authority and expertise of the official.</text></paragraph>

<paragraph id="HBE5E49D5EF9D4551B4FAF8F91509AAC1" commented="no"><enum>(2)</enum><header>Officials described</header><text>The officials described in this paragraph are each of the following officials (or the designees of the officials):</text>

<subparagraph id="H1E2BC304D3CF4DD59B6209A380ED6845" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">The Director of Cost Assessment and Program Evaluation of the Department of Defense.</text></subparagraph>

<subparagraph id="H01A3FAA331E24133BE85C19ADD469862" commented="no"><enum>(B)</enum><text>The Director of the Office of Management and Budget of the National Nuclear Security Administration.</text></subparagraph>

<subparagraph id="H4B058DC098DC4719BF268214ABF25637" commented="no"><enum>(C)</enum><text>The Director for Cost Estimating and Program Evaluation of the National Nuclear Security Administration.</text></subparagraph>

<subparagraph id="HE8AC7811F8A74994BDA551594852DBC3" commented="no"><enum>(D)</enum><text>The Director of the Office of Management and Budget.</text></subparagraph></paragraph></subsection>

<subsection id="H95A8E2624708413A87FCF566551726C6" commented="no"><enum>(b)</enum><header>Exception</header><text display-inline="yes-display-inline">On a case-by-case basis, the Chairman of the Nuclear Weapons Council, without delegation, may exclude the attendance of an official at a meeting pursuant to subsection (a) because of specific requirements relating to classified information or other exigent circumstances as determined by the Chairman.</text></subsection></section>

<section id="H9BE6215C172A4E3C9A62634FE839F30E" section-type="subsequent-section"><enum>1665.</enum><header>Improvement to annual report on the modernization of the nuclear weapons enterprise</header>

<subsection id="HF9A7F212DE0B47E7BAC88EE4BA70402D"><enum>(a)</enum><header>Extension</header><text display-inline="yes-display-inline">Subsection (a) of section 1043 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1576), as most recently amended by section 1670 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2157), is further amended in paragraph (1) by striking <quote>2023</quote> and inserting <quote>2024</quote>.</text></subsection>

<subsection id="H25526C933A7C457BAC6858677C4C1940"><enum>(b)</enum><header>Acquisition costs</header><text display-inline="yes-display-inline">Subsection (b)(1) of such section is amendedâ€"</text>

<paragraph id="H720D153787A54EA195CE55D51E381BDE"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), by striking <quote>; and</quote> and inserting the following: <quote>, including an estimate of the acquisition costs during such period for programs relating to such life extension, modernization, or replacement;</quote>;</text></paragraph>

<paragraph id="H8718B64EEC234EF78AD761E52098D79A"><enum>(2)</enum><text>in subparagraph (C), by striking the end period and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="H42FB10200BC34DAB97C6950BFF3A8101"><enum>(3)</enum><text>by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H5078CC18F29F467DA16D3864FA54F5B7" style="OLC">

<subparagraph id="HBFCF65C9B91D482FB1C7BA0CB5E1DEBB"><enum>(D)</enum><text>an estimate of the relative percentage of total acquisition costs of the military departments and of the Department of Defense during such period represented by the acquisition costs estimated under subparagraph (B).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HCE07B00FDE414DBBAD92012E0012B18B"><enum>(c)</enum><header>Transfer of provision</header>

<paragraph id="H49E87065B6CC41969FBD445CE3AD1754"><enum>(1)</enum><header>Codification</header><text>Such section 1043, as amended by subsections (a) and (b), isâ€"</text>

<subparagraph id="HBB25035AC3044F158A92084C78D99D2C"><enum>(A)</enum><text>transferred to chapter 24 of title 10, United States Code;</text></subparagraph>

<subparagraph id="H6356BA27D3E34915A6B49CEBD2F7D2F1"><enum>(B)</enum><text>inserted after section 492;</text></subparagraph>

<subparagraph id="HB78BFA45728047DDB120B935B561DCDA"><enum>(C)</enum><text>redesignated as section 492a; and</text></subparagraph>

<subparagraph id="H36D186DFF3EF4921B4BA222F94EF2D99"><enum>(D)</enum><text>amendedâ€"</text>

<clause id="H3E7005CCEC124D9BBFF6DD97EE537D5C"><enum>(i)</enum><text display-inline="yes-display-inline">in the enumerator, by striking <quote><header-in-text level="section" style="OLC">SEC.</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">Â§</header-in-text></quote>; and</text></clause>

<clause id="H653583608BDE445F964DA1E25595952F"><enum>(ii)</enum><text>in the section headingâ€"</text>

<subclause id="HC4B2C775F1524BD4918FB67BF9ABC4AB"><enum>(I)</enum><text display-inline="yes-display-inline">by striking the period at the end; and</text></subclause>

<subclause id="H5418AE74D8254BD88E02E008F682EB33"><enum>(II)</enum><text display-inline="yes-display-inline">by conforming the typeface and typestyle, including capitalization, to the typeface and typestyle as used in the section heading of section 491 of such title.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H1B68913961EC47B281820953A973AEFE"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 24 of title 10, United States Code, is amended by inserting after the item relating to section 492 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HA9935520F25F4BF68DCB7C62E9DC5973" style="USC">

<toc regeneration="no-regeneration">

<toc-entry level="section">492a. Annual report on the plan for the nuclear weapons stockpile, nuclear weapons complex, nuclear weapons delivery systems, and nuclear weapons command and control system.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H7C94C247D6BE44998C0B946D0FEBCBB6" section-type="subsequent-section"><enum>1666.</enum><header display-inline="yes-display-inline">Expansion of officials required to conduct biennial assessments of delivery platforms for nuclear weapons and nuclear command and control system</header><text display-inline="no-display-inline">Section 492(d) of title 10, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H989660D1B1CB48DA97B1F552F6958831"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>; and</quote> and inserting a semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="H552286B049014EAA9A8EB41F78596811"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (3), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE6E0211BA93542DC8243DBB69EEDAA15"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H9DAEFB6B0EC446DA85F0A9D33E7C0855" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HDD6567CE63084A7582A1B1817973BA8B"><enum>(4)</enum><text display-inline="yes-display-inline">the Commander of the United States Air Forces in Europe.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HCED5CA9522424B0ABDD0FEBCBC2A6B2D" section-type="subsequent-section"><enum>1667.</enum><header>Extension of annual briefing on costs of forward-deploying nuclear weapons in Europe</header><text display-inline="no-display-inline">Section 1656(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1124) is amended by striking <quote>2021</quote> and inserting <quote>2024</quote>.</text></section>

<section id="HC1D8711D5C3C44CCBEA0B4E363836C63" section-type="subsequent-section"><enum>1668.</enum><header>Elimination of conventional requirement for long-range standoff weapon</header><text display-inline="no-display-inline">Subsection (a) of section 217 of the National Defense Authorization Act for Fiscal Year 2014 (Public Law 113â€"66; 127 Stat. 706), as amended by section 1662 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2152), is amended to read as follows:</text>

<quoted-block style="OLC" id="HE1ABDA63CA0342BB809D6E85DA1B9043" display-inline="no-display-inline">

<subsection id="H04951A49C91046218CA37EAA8FF21D4C"><enum>(a)</enum><header>Long-range standoff weapon</header><text display-inline="yes-display-inline">The Secretary of the Air Force shall develop a follow-on air-launched cruise missile to the AGMâ€"86 thatâ€"</text>

<paragraph id="HE006A7A0CF4D4D07A165D269866CAA84"><enum>(1)</enum><text>achieves initial operating capability for nuclear missions prior to the retirement of the nuclear-armed AGMâ€"86; and</text></paragraph>

<paragraph id="HDB630C746D804D29B3B99BF4A0D43833"><enum>(2)</enum><text display-inline="yes-display-inline">is capable of internal carriage and employment for nuclear missions on the next-generation long-range strike bomber.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H123ADBE2985E4B12B38A10547C54EB9F" section-type="subsequent-section"><enum>1669.</enum><header display-inline="yes-display-inline">Briefing on long-range standoff weapon and sea-launched cruise missile</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment, in consultation with the Administrator for Nuclear Security, shall provide to the Committees on Armed Services of the Senate and the House of Representatives a briefing on potential opportunitiesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H8E2E241C81D640A6AD428CDE2BD21F09"><enum>(1)</enum><text display-inline="yes-display-inline">to increase commonality between the long-range standoff weapon and the sea-launched cruise missile; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3A9901A3BBA640D0BBD9E8E938ECC991"><enum>(2)</enum><text display-inline="yes-display-inline">to leverage, in the development of the sea-launched cruise missile, technologies developed, or under development as of the date of the briefing, as part of the long-range standoff weapon program.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HFB814AA08CF84A66B066917DA0842D76" section-type="subsequent-section"><enum>1670.</enum><header display-inline="yes-display-inline">Extension of prohibition on availability of funds for mobile variant of ground-based strategic deterrent missile</header><text display-inline="no-display-inline">Section 1664 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2615), as most recently amended by section 1666 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2155), is further amended by striking <quote>for any of fiscal years 2017 through 2020</quote> and inserting <quote>for any of fiscal years 2017 through 2024</quote>.</text></section>

<section id="HDA60329D330246839671A7789CBF8828"><enum>1671.</enum><header>Reports on development of ground-based strategic deterrent weapon</header>

<subsection id="H11B77076B4E24CBFBBB789148B8E2037"><enum>(a)</enum><header>Annual report required</header><text display-inline="yes-display-inline">Not later than February 15, 2020, and annually thereafter until the date on which the ground-based strategic deterrent weapon receives Milestone C approval (as defined in section 2366 of title 10, United States Code), the Secretary of the Air Force, in coordination with the Administrator for Nuclear Security and the Chairman of the Nuclear Weapons Council established by section 179 of title 10, United States Code, shall submit to the congressional defense committees a report describing the joint development of the ground-based strategic deterrent weapon, including the missile developed by the Air Force and the W87â€"1 warhead modification program conducted by the National Nuclear Security Administration.</text></subsection>

<subsection id="H36FFEA87CDCB4F69B6E5F8EA522A93D3"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include the following:</text>

<paragraph id="H63447F9D673A4286A74566FF9F4D2C44"><enum>(1)</enum><text>An estimate of the date on which the ground-based strategic deterrent weapon will reach initial operating capability.</text></paragraph>

<paragraph id="HE69802316FCE40D189DD4E2D64EB6260"><enum>(2)</enum><text>A description of any development milestones for the missile developed by the Air Force or the warhead developed by the National Nuclear Security Administration that depend on corresponding progress at the other agency.</text></paragraph>

<paragraph id="HE154EE8BB3B3452993BD3E89E3762902"><enum>(3)</enum><text>A description of coordination efforts between the Air Force and the National Nuclear Security Administration during the year preceding submission of the report.</text></paragraph>

<paragraph id="HC8CEDB392DB84E0688E53691837E1550"><enum>(4)</enum><text>A description of any schedule delays projected by the Air Force or the National Nuclear Security Administration, including delays related to infrastructure capacity and subcomponent production, associated costs, and the anticipated effect such delays would have on the schedule of work of the other agency.</text></paragraph>

<paragraph id="HC70396FD9D894313AB73ABB6A854B070"><enum>(5)</enum><text>Plans to mitigate the effects of any delays described in paragraph (4).</text></paragraph></subsection>

<subsection commented="no" id="H34256D826C55455DBF1799F27704D819"><enum>(c)</enum><header>Additional report</header><text>If the Air Force receives only one bid for the engineering and manufacturing development phase of the ground-based strategic deterrent program, the Secretary shall, not later than 60 days after awarding a contract for that phase, submit to the congressional defense committees a report assessing the risks and costs resulting from receiving only one bid for that phase and plans to mitigate such risks and costs.</text></subsection>

<subsection id="H175107680D3C4E39A5F612ABA7527A18"><enum>(d)</enum><header>Form</header><text>Each report required by subsection (a) or (c) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="H62CBD127C8FD451399667BC97E0FA974"><enum>1672.</enum><header>Prohibition on reduction of the intercontinental ballistic missiles of the United States</header>

<subsection id="HA91F4BF257364B67B8CC3B932F1AE62D"><enum>(a)</enum><header>Prohibition</header><text>Except as provided in subsection (b), none of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be obligated or expended for the following, and the Department may not otherwise take any action to do the following:</text>

<paragraph id="H57B6663CEA20438A8F790DA6EF97ABEB"><enum>(1)</enum><text>Reduce, or prepare to reduce, the responsiveness or alert level of the intercontinental ballistic missiles of the United States.</text></paragraph>

<paragraph id="HD148F32CB4D648329546A5FBF4AF5FEC"><enum>(2)</enum><text>Reduce, or prepare to reduce, the quantity of deployed intercontinental ballistic missiles of the United States to a number less than 400.</text></paragraph></subsection>

<subsection id="HC6F43FBA5D1A446790EAAF51E5CC9C93"><enum>(b)</enum><header>Exception</header><text> The prohibition in subsection (a) shall not apply to any of the following activities:</text>

<paragraph id="H399E6C625CD840CF8F73B0A061075BAE"><enum>(1)</enum><text>The maintenance or sustainment of intercontinental ballistic missiles.</text></paragraph>

<paragraph id="H68CBA76C2A2E41A6B412643075435B23"><enum>(2)</enum><text>Ensuring the safety, security, or reliability of intercontinental ballistic missiles.</text></paragraph></subsection></section>

<section id="HE8383647BB6C4611B341DD1FE6341F15" section-type="subsequent-section"><enum>1673.</enum><header>Independent study on policy of no-first-use of nuclear weapons</header>

<subsection id="HA911333627A1419FB08E151B30C41023"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center to conduct a study on the United States adopting a policy to not use nuclear weapons first.</text></subsection>

<subsection id="H5A90F8B1B7DC49F397FAF94982F31518"><enum>(b)</enum><header>Matters included</header><text>The study under subsection (a) shall include the following:</text>

<paragraph id="HF202863CF1D54D958EB7BDB286725463"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the benefits and risks of adopting a policy to not use nuclear weapons first to reduce the risk of miscalculation in a crisis. </text></paragraph>

<paragraph id="HFED942CB9F77423F9E6BD00AD43ED0BD"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the views of the allies of the United States with respect to the United States adopting such a policy, including whether, and if so how, any concerns regarding such a policy could be mitigated, including the value of engaging such allies to offer credible extended deterrence assurances. </text></paragraph>

<paragraph id="H9A333B30B08B41AC8B1E94F204283E89"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of which foreign countries have stated or adopted such a policy, including the credibility of any such policies and how they affect planning and operations. </text></paragraph>

<paragraph id="H031BD56E2D7C4D78AC6506AD42F8C5D4"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of how adversaries of the United States might view a declaration of such a policy.</text></paragraph>

<paragraph id="H2DA7033A59E74245B6F6246547C509CF"><enum>(5)</enum><text>An assessment of the benefits and risks of such a policy with respect to nuclear nonproliferation.</text></paragraph>

<paragraph id="H72AFE7467BC041B2A0D8B8E45ED2161E"><enum>(6)</enum><text>An assessment of changes in force posture and force requirements, if any, and costs or savings, that such a policy would require or allow.</text></paragraph>

<paragraph id="H3C3B547F795C42A1BDB99FA5CF023004"><enum>(7)</enum><text>Any other matters the Secretary determines appropriate.</text></paragraph></subsection>

<subsection id="HEC88A716F6EB4DCEB21499A051099D11"><enum>(c)</enum><header>Submission to DOD</header><text display-inline="yes-display-inline">Not later than 240 days after the date of the enactment of this Act, the federally funded research and development center shall submit to the Secretary the study under subsection (a).</text></subsection>

<subsection id="H1017E4DE417D4A058DF3D0C8EDBBD182"><enum>(d)</enum><header>Submission to Congress</header>

<paragraph id="H1488F67252364AC8BA2F56264F54C69E"><enum>(1)</enum><header>Interim briefing</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary shall provide to the appropriate congressional committees an interim briefing on the study under subsection (a).</text></paragraph>

<paragraph id="HE1B7A11836BD4E6EA8E21FC2230F4273"><enum>(2)</enum><header>Study</header><text>Not later than 270 days after the date of the enactment of this Act, the Secretary shall submit to the appropriate congressional committees the study under subsection (a), without change.</text></paragraph></subsection>

<subsection id="H2121226A5A28474B91EFA5F421F8B0B3"><enum>(e)</enum><header>Form</header><text display-inline="yes-display-inline">The study under subsection (a) shall be submitted under subsections (c) and (d)(2) in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H05290D82F0FF42D5BE74BA87DCD0402D"><enum>(f)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<paragraph id="H65ABBCB9ABF44D65AB4BC047EA3295F2"><enum>(1)</enum><text display-inline="yes-display-inline">the congressional defense committees; and</text></paragraph>

<paragraph id="HFED28A27648F467789B7F4C366E705DA"><enum>(2)</enum><text>the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0E2AB082BC2C45B9A81A6AA7852DBC79" section-type="subsequent-section"><enum>1674.</enum><header display-inline="yes-display-inline">Independent study on risks of nuclear terrorism and nuclear war</header>

<subsection id="H2072407537FC4D81B5769312F9EAA4A8"><enum>(a)</enum><header>In general</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall enter into an agreement with the National Academy of Sciences to conduct a study onâ€"</text>

<paragraph id="H59E0E73CC5F6425FAD07505F2B6DEABA"><enum>(1)</enum><text>whether a risk assessment framework is applicable to determining the potential risks of nuclear terrorism and nuclear war; and</text></paragraph>

<paragraph id="H74B6624CAE034278B48593254420188E"><enum>(2)</enum><text>the implications for national security of assumptions in nuclear policy and doctrine.</text></paragraph></subsection>

<subsection id="H2C3A43DBC7204DFE8FFE9D473179FE76"><enum>(b)</enum><header>Matters included</header><text>The study under subsection (a) shallâ€"</text>

<paragraph id="H6D36726B5AC344FB92954DD5B1E86737"><enum>(1)</enum><text>identify risks described in paragraph (1) of that subsection;</text></paragraph>

<paragraph id="H7D62F70E012D47219AB26D80F505F24B"><enum>(2)</enum><text>assess prior literature on such risks;</text></paragraph>

<paragraph id="HDD2C849454E8458FBD9C473A55746966"><enum>(3)</enum><text>assess the role that quantitative and nonquantitative analytical methods can play in assessing such risks, including the limitations of such analysis;</text></paragraph>

<paragraph id="H6FC68C1B7566475DA0126DDA9FC1EC3D"><enum>(4)</enum><text>identify and examine the assumptions about nuclear risks that underlie the national security strategy of the United States; and</text></paragraph>

<paragraph id="H60A169DE6B504AE78A0624360E5F73A2"><enum>(5)</enum><text>describe the consequences of the methods and assumptions that have been, are, or could be used in developing the nuclear security strategy of the United States.</text></paragraph></subsection>

<subsection id="HBCBCEAF5A7BD4598B4E869F18E8C44C5"><enum>(c)</enum><header>Recommendations</header><text>Based on findings under subsection (b), the study may provide recommendations with respect to improving the use of a risk assessment framework described in subsection (a)(1).</text></subsection>

<subsection id="H0950AE698544413DA87CBF8AD6D6B9C2"><enum>(d)</enum><header>Submission</header><text>Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees the study under subsection (a), without change.</text></subsection>

<subsection id="H0B423A120E364E08ACEE6836CB71AD4B"><enum>(e)</enum><header>Form</header><text>The study shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section display-inline="no-display-inline" id="H5D0D234566AA4AFB8BA3DE017EE821EC" section-type="subsequent-section"><enum>1675.</enum><header>Report on military-to-military dialogue to reduce risks of miscalculation leading to nuclear war</header><text display-inline="no-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing the following:</text>

<paragraph id="HFC2A8AB1E71A4339A60B56A46C9D544E"><enum>(1)</enum><text>A description ofâ€"</text>

<subparagraph id="H135D7CA0D2344D79B701742EEB8C4A66"><enum>(A)</enum><text>current discussions between the United States Armed Forces and military counterparts from governments of foreign countries to reduce the risks of miscalculation, unintended consequences, or accidents that could precipitate the use of one or more nuclear weapons; and</text></subparagraph>

<subparagraph id="H28BF05BB74C940AEBD24F38ADF07700D"><enum>(B)</enum><text>bilateral and multilateral agreements to which the United States is a party that provide for or facilitate military-to-military dialogue to address such risks.</text></subparagraph></paragraph>

<paragraph id="H0164B8EA306E46349639A27F7554D99E"><enum>(2)</enum><text>An assessment of the extent to which, if any, that military-to-military dialogue to reduce such risks is consistent with or supportive of other efforts conducted between the United States Government and foreign governments, or between nongovernmental organizations and foreign counterparts, to reduce such risks.</text></paragraph>

<paragraph id="H38F110844DE24413A6DD024DC233E03B"><enum>(3)</enum><text>An assessment conducted jointly by the Secretary of Defense and the Chairman of the Joint Chiefs of Staff, and in consultation with the Director of National Intelligenceâ€"</text>

<subparagraph id="HBC398A0FE98E4B17934755956E7DFFB5"><enum>(A)</enum><text>on the risks and benefits of establishing, in addition to the discussions described in paragraph (1)(A), military-to-military discussions with the Russian Federation, Iran, the People's Republic of China, and North Korea to address the risks described in that paragraph, including with respect to policy, cost, and operational matters; and</text></subparagraph>

<subparagraph id="HD2022068C56B4B4DAB3D90C56E347EAC"><enum>(B)</enum><text>of the willingness of the governments of those countries to engage in such discussions.</text></subparagraph></paragraph></section>

<section id="H38CB2215CD134EE6B123FD235D6CE934"><enum>1676.</enum><header>Report on

nuclear forces of the United States and near-peer countries</header>

<subsection id="H53AC4C6AC02B427AB0B695425DD6B2CA"><enum>(a)</enum><header>Report</header><text>Not later than February 15, 2020, the Secretary of Defense, in coordination with the Director of National Intelligence, shall submit to the appropriate committees of Congress a report on the nuclear forces of the United States and near-peer countries.</text></subsection>

<subsection id="HF955E7C2C6C444B5A6379816219E57E3"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall include the following:</text>

<paragraph id="HCF6CDD739C1342989223AFB4F25D8951"><enum>(1)</enum><text>An assessment of the current and planned nuclear systems of the United States, including with respect to research and development timelines, deployment timelines, and force size.</text></paragraph>

<paragraph id="HC33C249F5863433F950A54E6C6D04F99"><enum>(2)</enum><text>An assessment of the current and planned nuclear systems of the People's Republic of China, including with respect to research and development timelines, deployment timelines, and force size.</text></paragraph>

<paragraph id="H571167214C7446A1A853BF7E6CB110A8"><enum>(3)</enum><text>An assessment of the current and planned nuclear systems of the Russian Federation, including with respect to research and development timelines, deployment timelines, and force size, includingâ€"</text>

<subparagraph id="H90E9B5D4176E4AAF9667636667671C30"><enum>(A)</enum><text>deployed nuclear weapons not covered by the New START Treaty;</text></subparagraph>

<subparagraph id="HA514A46E9C764EC48B56DFC7E60A9DF3"><enum>(B)</enum><text>nuclear weapons in development that would not be covered by the New START Treaty; and</text></subparagraph>

<subparagraph id="H4F8F76E97DC743E3A71D6A1D8B762A72"><enum>(C)</enum><text>strategic nuclear weapons that are not deployed.</text></subparagraph></paragraph></subsection>

<subsection id="HFDF19B093FCB47C69C00B32C514CCF2B"><enum>(c)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="HA8ADEDE05CE2412EBB7730F17309767F"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H8B0CEB8CD88F45D492409EA8CED97FF3"><enum>(1)</enum><header>Appropriate committees of Congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="H79A890B8128245B9A519139437CF811D"><enum>(A)</enum><text>the Committee on Armed Services and the Select Committee on Intelligence of the Senate; and</text></subparagraph>

<subparagraph id="H34CB60FAD4E8459AA400BA5F48CF4C6B"><enum>(B)</enum><text>the Committee on Armed Services and the Permanent Select Committee on Intelligence of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HB7C3DF4DBE394BF585E84A6ED1F424DB"><enum>(2)</enum><header>New START Treaty</header><text>The term <term>New START Treaty</term> means the Treaty between the United States of America and the Russian Federation on Measures for the Further Reduction and Limitation of Strategic Offensive Arms, signed at Prague April 8, 2010, and entered into force February 5, 2011.</text></paragraph></subsection></section>

<section id="H41198EDDF6DB43C9ADBB3F4BEACCBCFB"><enum>1677.</enum><header>Report on operation of conventional forces of military departments under employment or threat of employment of nuclear weapons</header>

<subsection id="H524D78C25A2A4E81B3B79EC88AB56909"><enum>(a)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of the Air Force, the

Secretary of the Army, and the Secretary of the Navy, shall submit to the congressional defense committees a report detailing the views of each such Secretary on the ability of conventional forces under the authority of that Secretary to operate effectively under employment or threat of employment of nuclear weapons by the United States, an ally of the United States, or an adversary of the United States, including with respect toâ€"</text>

<paragraph id="H912D52DBF04648B48ECED40EF9FA2E3E"><enum>(1)</enum><text>measures taken to maximize the likelihood that such forces could continue to operate;</text></paragraph>

<paragraph id="H16F92AA972DB4607A880280AE019605B"><enum>(2)</enum><text>risks or gaps in the capabilities of such forces that would result from the employment or threat of employment of nuclear weapons; and</text></paragraph>

<paragraph id="H1B13E022F2E744FEAE073AAFBADC078A"><enum>(3)</enum><text>how the capabilities and limitations of such forces would impact decisions to continue or terminate operations.</text></paragraph></subsection>

<subsection id="H951D6B8B07B94483A4047372542C7528"><enum>(b)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in classified form but shall be accompanied by an unclassified summary appropriate for release to the public.</text></subsection></section>

<section id="HC71395D851A4451AA1207351585A9693"><enum>1678.</enum><header>Report on operation of conventional forces of certain combatant commands under employment or threat of employment of nuclear weapons</header>

<subsection id="HA6C01939950E422280BD967B5C0A67F8"><enum>(a)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Chairman of the Joint Chiefs of Staff, in coordination with the Commander of the United States European Command, the Commander of the United States Indo-Pacific Command, and the Commander of the United States Strategic Command, shall submit to the congressional defense committees a report detailing the views of the Chairman and each such Commander on the ability of conventional forces under the authority of that Commander to execute contingency plans under employment or threat of employment of nuclear weapons by the United States, an ally of the United States, or an adversary of the United States, including with respect toâ€"</text>

<paragraph id="HA2C6167CCCC04C5A8090C7F1A2AE69B8"><enum>(1)</enum><text>measures taken to maximize the likelihood that such forces could continue to operate;</text></paragraph>

<paragraph id="HCF9E2AD56FF94D4797741403020FD668"><enum>(2)</enum><text>risks or gaps in the capabilities of such forces that would result from the employment or threat of employment of nuclear weapons; and</text></paragraph>

<paragraph id="H91BAF2D4899A4EAFB9BF171E83BE60C2"><enum>(3)</enum><text>how the capabilities and limitations of such forces would impact decisions to continue or terminate operations.</text></paragraph></subsection>

<subsection id="H2E14A78A35434513BB684D746D7BCC20"><enum>(b)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in classified form but shall be accompanied by an unclassified summary appropriate for release to the public.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H8B274A49AE5C459EB8E5B94F6092301E" section-type="subsequent-section"><enum>1679.</enum><header display-inline="yes-display-inline">Briefings on plan for future-systems-level architecture of nuclear command, control, and communications systems</header>

<subsection id="H8DAD33902F48427EA10D26AA4AE95E46"><enum>(a)</enum><header>In general</header><text>Not later than February 15, 2020, and every 180 days thereafter through fiscal year 2025, the Commander of the United States Strategic Command, in coordination with the Under Secretary of Defense for Acquisition and Sustainment, shall provide to the congressional defense committees a briefing on the plan of the Department of Defense for the future-systems-level architecture of the nuclear command, control, and communications systems.</text></subsection>

<subsection

id="HFF8F2BA138C544788791BFA26EA1D765"><enum>(b)</enum><header>Elements</header><text>Each briefing required by subsection (a) shall address the following:</text>

<paragraph id="HEC8AABE3BA9C445CA28848953BF12D61"><enum>(1)</enum><text>Near- and long-term plans and options considered as of the date of the briefing in determining the future-systems-level architecture of the nuclear command, control, and communications systems, including options to maximize resilience of such systems.</text></paragraph>

<paragraph id="HB9127AE7851B4CB39E15E82FE3182F32"><enum>(2)</enum><text>Requirements, including with respect to cybersecurity, survivability, and reliability, including levels of redundancy.</text></paragraph>

<paragraph id="HCC035013A9784C6F83544720AC249214"><enum>(3)</enum><text>The risks and benefits of replicating the legacy architecture for such systems.</text></paragraph>

<paragraph id="HE31B8275D79A469386D649DE0810F029"><enum>(4)</enum><text>The risks and benefits of using different architectures for such systems, including using hosted payloads in space payloads.</text></paragraph>

<paragraph id="HABB405B3D76346AEB5C8CC3D0AB843C8"><enum>(5)</enum><text>Security considerations for such systems, including classification and requirements and plans to ensure supply chain security.</text></paragraph>

<paragraph id="H84793B1533724C3C8CFBB0FFF2E510AB"><enum>(6)</enum><text>Classification options and decisions with respect to such architecture and systems to deter attacks on such systems.</text></paragraph>

<paragraph id="H5B9478309F3544658E1D10B14B364A7A"><enum>(7)</enum><text>Timelines and general cost estimates for long-term investments in such systems, to the extent possible at the time of the briefing.</text></paragraph>

<paragraph id="H5F04DC248E0B427089FB6AF951AB8A29"><enum>(8)</enum><text>Risks and benefits of pursuing agreements with adversaries of the United States, including potential agreements not to target nuclear command, control, and communications systems through kinetic, nonkinetic, or cyber attacks.</text></paragraph>

<paragraph id="H35BFE6613AB64B9293E7A3AD6454BFF2"><enum>(9)</enum><text>Required levels of civilian and military staffing within the United States Strategic Command, the Office of the Secretary of Defense, and any other relevant component of the Department of Defense to evaluate or execute such architecture, and an estimate of when such levels of staffing will be achieved.</text></paragraph>

<paragraph id="H0860FC9A2222467C87A47ECD23528FFA"><enum>(10)</enum><text>Any other matters the Secretary considers appropriate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD5DD874BDAFD42D8A013990B577C23C2" section-type="subsequent-section"><enum>1680.</enum><header display-inline="yes-display-inline">Sense of Congress on nuclear deterrence commitments of the United States</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H464491E55F7C4CD2A4775832E0B23047"><enum>(1)</enum><text display-inline="yes-display-inline">credible extended deterrence commitments make key contributions to the security of the United States, international stability, and the nonproliferation objectives of the United States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0896A40E7C1C42D7B93B6C97DC562A7C"><enum>(2)</enum><text display-inline="yes-display-inline">the nuclear forces of the United States, as well as the independent nuclear forces of other members of the North Atlantic Treaty Organization (in this section referred to as <quote>NATO</quote>), continue to play a critical role in the security of the NATO alliance;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6B575672A4144B38BFDFA16E512DC406"><enum>(3)</enum><text display-inline="yes-display-inline">United States forward-deployed nuclear weapons and dual-capable aircraft in Europe contribute to the assurance of allies of the United States of the commitment of the United States to their security and to the deterrence and defense posture of NATO; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HACF416786D904A0D9DC1604105369B52"><enum>(4)</enum><text display-inline="yes-display-inline">nuclear-certified Fâ€"35A aircraft will provide the most advanced nuclear fighter capability in the current and future anti-access area denial environments.</text></paragraph></section></subtitle>

<subtitle id="HA920B3E43D57449394723F0A5A3B48B0"><enum>E</enum><header>Missile Defense Programs</header>

<section id="H183BE8CACF4B43F48C2B90556258F0D3" section-type="subsequent-section"><enum>1681.</enum><header>National missile defense policy</header>

<subsection id="H02D90A7785A64A249EE985DC7BF09FD7"><enum>(a)</enum><header>Policy</header><text display-inline="yes-display-inline">Subsection (a) of section 1681 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 2431 note) is amended to read as follows:</text>

<quoted-block style="OLC" id="HB7FE8CB94FA04D779DFF64FDB406061A" display-inline="no-display-inline">

<subsection id="H216E4AC31D964A41BEAD4ED0459D25C7"><enum>(a)</enum><header>Policy</header><text display-inline="yes-display-inline">It is the policy of the United States toâ€"</text>

<paragraph id="HBBF973D3D93E44A3A8B8FD73B6A312A4"><enum>(1)</enum><text display-inline="yes-display-inline">maintain and improve, with funding subject to the annual authorization of appropriations and the annual appropriation of funds for National Missile Defenseâ€"</text>

<subparagraph id="HE856DC32553A4878BC87D515644F9C75"><enum>(A)</enum><text display-inline="yes-display-inline">an effective, layered missile defense system capable of defending the territory of the United States against the developing and increasingly complex missile threat posed by rogue states; and</text></subparagraph>

<subparagraph id="HB36C62613C214FAEA0E52D021FEC4806"><enum>(B)</enum><text display-inline="yes-display-inline">an effective regional missile defense system capable of defending the allies, partners, and deployed forces of the United States against increasingly complex missile threats; and</text></subparagraph></paragraph>

<paragraph id="HB925DE7194D04D5AAACEA38BEC22D034"><enum>(2)</enum><text>rely on nuclear deterrence to address more sophisticated and larger quantity near-peer intercontinental missile threats to the homeland of the United States.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEC8880643A7545CEA6043DEBF257E9F7"><enum>(b)</enum><header display-inline="yes-display-inline">Redesignation requirement</header><text display-inline="yes-display-inline">Not later than the date on which the President submits to Congress the annual budget request of the President for fiscal year 2021 pursuant to section 1105 of title 31, United States Code, the Secretary of Defense shall, as the Secretary considers appropriate, redesignate all strategies, policies, programs, and systems under the jurisdiction of the Secretary to reflect that missile defense programs of the United States defend against ballistic, cruise, and hypersonic missiles in all phases of flight.</text></subsection></section>

<section id="H3EBE848E7E244B35A9BF47DC03D99420"><enum>1682.</enum><header>Development of space-based ballistic missile intercept layer</header><text display-inline="no-display-inline">Section 1688 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2431 note) is amendedâ€"</text>

<paragraph id="H5F7553BC1B9445E49BCAC6B93545FD5A"><enum>(1)</enum><text>by striking subsection (c); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0E5E82A923F148FFA5B564795C18D7DF"><enum>(2)</enum><text>by redesignating subsection (d) as subsection (c).</text></paragraph></section>

<section id="HD24574A9139A4CB5BDDC4CF721F067AE" section-type="subsequent-section"><enum>1683.</enum><header>Development of hypersonic and ballistic missile

tracking space sensor payload</header>

<subsection id="HF226F258F0D04C5395A26CB83507FF4B"><enum>(a)</enum><header>Development</header><text display-inline="yes-display-inline">Section 1683 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 2431 note) is amendedâ€"</text>

<paragraph id="H8FC955986413440EB11D30AE5FB82E2A"><enum>(1)</enum><text>by redesignating subsections (d), (e), (f), (g), and (h), as subsections (e), (f), (g), (h), and (j), respectively; and</text></paragraph>

<paragraph id="HA56DB394C6CF4D1F936CB9954E97455E"><enum>(2)</enum><text>by inserting after subsection (c) the following new subsection (d):</text>

<quoted-block style="OLC" id="H7FA6C34966904E61B89EDF85372969A7" display-inline="no-display-inline">

<subsection id="HEEE778A2F9984C44B1A7DF3583F22B45"><enum>(d)</enum><header>Hypersonic and ballistic missile tracking space sensor payload</header>

<paragraph id="H6DC52D1B65FA435FB43CF0E448D9B9DB"><enum>(1)</enum><header>Development</header><text display-inline="yes-display-inline">The Director of the Missile Defense Agency, in coordination with the Director of the Space Development Agency and the Secretary of the Air Force, as appropriate, shallâ€"</text>

<subparagraph id="HBC514A3ED8284E7A88864729E0D82091"><enum>(A)</enum><text>develop a hypersonic and ballistic missile tracking space sensor payload; and</text></subparagraph>

<subparagraph id="HDFC9C428C3024EFABBAB4421BBF22B5B"><enum>(B)</enum><text display-inline="yes-display-inline">include such payload as a component of the sensor architecture developed under subsection (a).</text></subparagraph></paragraph>

<paragraph id="H16AF56E4FEA244388BE014B5C0022A00" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Assignment of primary responsibility</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shallâ€"</text>

<subparagraph id="H7ACFA45F28044842A79A09DC961EE949" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">assign the Director of the Missile Defense Agency with the principal responsibility for the development and deployment of a hypersonic and ballistic tracking space sensor payload; and</text></subparagraph>

<subparagraph id="H3326E21E96FB44689D388EEF7665BD5E" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">submit to the congressional defense committees a certification of such assignment.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H44EEEF2D27C04F8391E8FD58954D356A"><enum>(b)</enum><header>Updated plan</header><text>Such section is further amended by inserting after subsection (h), as redesignated by subsection (a), the following new subsection:</text>

<quoted-block style="OLC" id="H60937282F73245D6813D7FBA1A58DD89" display-inline="no-display-inline">

<subsection id="H3BD4BAF3CAFA4852A0D0A1D98E22A796"><enum>(i)</enum><header>Updated plan</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall submit to the appropriate congressional committees an update to the plan under subsection (h), including with respect to the following:</text>

<paragraph id="H838786A9CDB5483CA5EBF635AD5F84BD" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">How the Director of the Missile Defense Agency, the Director of the Defense Advanced Research Projects Agency, the Secretary of the Air Force, and the Director of the Space Development Agency, will each participate in the

development of the sensor architecture under subsection (a) and the inclusion of the hypersonic and ballistic missile tracking space sensor payload as a component of such architecture pursuant to subsection (d), with respect to both prototype and operational capabilities, including how each such official will work together to avoid duplication of efforts.</text></paragraph>

<paragraph id="H3C662D5F5A88451A86112DBB32D9B68D"><enum>(2)</enum><text>How such payload will address the requirement of the United States Strategic Command for a hypersonic and ballistic missile tracking space sensing capability.</text></paragraph>

<paragraph id="H796C07651B5743F78E41ECB517070FF0"><enum>(3)</enum><text display-inline="yes-display-inline">The estimated costs (in accordance with subsection (e)) to develop, acquire, and deploy, and the lifecycle costs to operate and sustain, the payload under subsection (d) and include such payload in the sensor architecture developed under subsection (a).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H69689ECAAC6A4FD8AA018D0F5C7A8156"><enum>(c)</enum><header>Conforming amendment</header><text display-inline="yes-display-inline">Subsection (h)(1) of such section, as redesignated by subsection (a), is amended by striking <quote>with subsection (d)</quote> and inserting <quote>with subsection (e)</quote>.</text></subsection></section>

<section id="H00BF8CCFF4D5474DBDD30A9CE2596A4F"><enum>1684.</enum><header>Modifications to required testing by Missile Defense Agency of ground-based midcourse defense element of ballistic missile defense system</header><text display-inline="no-display-inline">Section 1689(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2631; 10 U.S.C. 2431 note) is amendedâ€"</text>

<paragraph id="HF1146C68E88741A0A6D238765E82EC9D"><enum>(1)</enum><text>in the matter preceding paragraph (1), by striking <quote>, when possible,</quote>; and</text></paragraph>

<paragraph id="HA9345DABA1834A5C975B9D48E4F4EC69"><enum>(2)</enum><text>in paragraph (3), by inserting <quote>, including the use of threat-representative countermeasures</quote> before the period.</text></paragraph></section>

<section id="H8AB819232116469EB9F2B08A527F0371"><enum>1685.</enum><header>Iron Dome short-range rocket defense system and Israeli cooperative missile defense program co-development and co-production</header>

<subsection commented="no" display-inline="no-display-inline" id="HBC9EF2A2825C4E98B85EFA35C9FCE7AE"><enum>(a)</enum><header display-inline="yes-display-inline">Iron Dome Short-Range Rocket Defense System</header>

<paragraph commented="no" display-inline="no-display-inline" id="H803DA00E626740DEA8DFAE67A788E29F"><enum>(1)</enum><header display-inline="yes-display-inline">Availability of funds</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency, not more than $95,000,000 may be provided to the Government of Israel to procure components for the Iron Dome short-range rocket defense system through co-production of such components in the United States by industry of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2015C5FC689A4194B53EDA118127F0E3"><enum>(2)</enum><header display-inline="yes-display-inline">Conditions</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HC5D4A9A11D4F445DA04073E10A850C4C"><enum>(A)</enum><header display-inline="yes-display-inline">Agreement</header><text display-inline="yes-display-inline">Funds described in paragraph (1) for the Iron Dome short-range rocket defense program shall be available subject to the terms and conditions in the Agreement Between the Department of Defense of the United States of America and the Ministry of Defense of the State of Israel Concerning Iron Dome Defense System Procurement, signed on March 5, 2014, as amended to include co-production for Tamir interceptors.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8DE33CAC92844F2BB25EEE7691A2B074"><enum>(B)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">Not

later than 30 days prior to the initial obligation of funds described in paragraph (1), the Director of the Missile Defense Agency and the Under Secretary of Defense for Acquisition and Sustainment shall jointly submit to the appropriate congressional committeesâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HB9FE18955BD0448BBBED58A1B11AEB23"><enum>(i)</enum><text display-inline="yes-display-inline">a certification that the amended bilateral international agreement specified in subparagraph (A) is being implemented as provided in such agreement; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5C6916BCF9FF4051B85DAEF39B57E2A7"><enum>(ii)</enum><text display-inline="yes-display-inline">an assessment detailing any risks relating to the implementation of such agreement.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2FE1E4D1F07B4D6D92109ADDDB0D49A8"><enum>(b)</enum><header display-inline="yes-display-inline">Israeli Cooperative Missile Defense Program, David's Sling Weapon System co-production</header>

<paragraph commented="no" display-inline="no-display-inline" id="HDEB3B60479D344B4B27BA522E0B4374C"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to paragraph (3), of the funds authorized to be appropriated for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency not more than $50,000,000 may be provided to the Government of Israel to procure the David's Sling Weapon System, including for co-production of parts and components in the United States by United States industry.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC0237F1BA4FA4607B598D5FDCFB52D52"><enum>(2)</enum><header display-inline="yes-display-inline">Agreement</header><text display-inline="yes-display-inline">Provision of funds specified in paragraph (1) shall be subject to the terms and conditions in the bilateral co-production agreement, includingâ€"</text>

<subparagraph id="H11CBC3DB3B774242AFA65451C2CF89BE" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">a one-for-one cash match is made by Israel or in another matching amount that otherwise meets best efforts (as mutually agreed to by the United States and Israel); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5304ED79782444908D06FE5283D6EBE0"><enum>(B)</enum><text display-inline="yes-display-inline">co-production of parts, components, and all-up rounds (if appropriate) in the United States by United States industry for the David's Sling Weapon System is not less than 50 percent.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H89B444B47CEF45E0895B417F7CB6E762"><enum>(3)</enum><header display-inline="yes-display-inline">Certification and assessment</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall submit to the appropriate congressional committeesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H793136CA424E4C18AD413D2CB4ECA506"><enum>(A)</enum><text display-inline="yes-display-inline">a certification that the Government of Israel has demonstrated the successful completion of the knowledge points, technical milestones, and production readiness reviews required by the research, development, and technology agreement and the bilateral co-production agreement for the David's Sling Weapon System; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H24BC421181664E56A3FB2AF147F46FC7"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment detailing any risks relating to the implementation of such agreement.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF6EBBEA86B024F8A80227EC45AEDA0A5"><enum>(c)</enum><header display-inline="yes-display-inline">Israeli Cooperative Missile Defense Program, Arrow 3 Upper Tier Interceptor Program Co-Production</header>

<paragraph commented="no" display-inline="no-display-inline" id="HC7933D9E81C0468CA29C4686C38E2D9C"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to paragraph (2), of the funds authorized to be appropriated for fiscal year 2020 for procurement, Defense-wide, and available for the Missile Defense Agency not more than $55,000,000 may be provided to the Government of Israel for the Arrow 3 Upper Tier Interceptor Program, including for co-production of parts and components in the United States by United States industry.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DD3E8813CA4409FBC7495322A9E6F0C"><enum>(2)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">The Under Secretary of Defense for Acquisition and Sustainment shall submit to the appropriate congressional committees a certification thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H13D9AB9F59A64F9B89091E257D0B4B21"><enum>(A)</enum><text display-inline="yes-display-inline">the Government of Israel has demonstrated the successful completion of the knowledge points, technical milestones, and production readiness reviews required by the research, development, and technology agreement for the Arrow 3 Upper Tier Interceptor Program;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCF94C22D8C50450781111855CFAA2DDE"><enum>(B)</enum><text display-inline="yes-display-inline">funds specified in paragraph (1) will be provided on the basis of a one-for-one cash match made by Israel or in another matching amount that otherwise meets best efforts (as mutually agreed to by the United States and Israel);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H25960936CA4748F4B836DADB51EFC550"><enum>(C)</enum><text display-inline="yes-display-inline">the United States has entered into a bilateral international agreement with Israel that establishes, with respect to the use of such fundsâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HD906BCB634D5407CB973FB343325C46C"><enum>(i)</enum><text display-inline="yes-display-inline">in accordance with subparagraph (D), the terms of co-production of parts and components on the basis of the greatest practicable co-production of parts, components, and all-up rounds (if appropriate) by United States industry and minimizes nonrecurring engineering and facilitization expenses to the costs needed for co-production;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2B03D955A4754D60A46542C58021FEFE"><enum>(ii)</enum><text display-inline="yes-display-inline">complete transparency on the requirement of Israel for the number of interceptors and batteries that will be procured, including with respect to the procurement plans, acquisition strategy, and funding profiles of Israel;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HCF5070146A824C9E955C7C91A75472C8"><enum>(iii)</enum><text display-inline="yes-display-inline">technical milestones for co-production of parts and components and procurement;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB4B9ABD0A3114446817B88C4981D13BB"><enum>(iv)</enum><text display-inline="yes-display-inline">a joint affordability working group to consider cost reduction initiatives; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H3F4D2DFCF2954A59A7499C5EB9DB9CF0"><enum>(v)</enum><text display-inline="yes-display-inline">joint approval processes for third-party sales; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF948FB361B744C3FA3E58FF2D5AB9428"><enum>(D)</enum><text display-inline="yes-display-inline">the level of co-production described in subparagraph (C)(i) for the Arrow 3 Upper Tier Interceptor Program is not less than 50 percent.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF25DF7DAA5BC4343ADA13CBB4401E72E"><enum>(d)</enum><header display-inline="yes-display-inline">Number</header><text display-inline="yes-display-inline">In carrying out paragraph (2) of subsection (b) and paragraph (2) of subsection (c), the Under Secretary may submitâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE9E656D2E66140BCA66D83B76FCE9F35"><enum>(1)</enum><text display-inline="yes-display-inline">one certification covering both the David's Sling Weapon System and the Arrow 3 Upper Tier Interceptor Program; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H505ECE19D01D4305A498EE959E7F57EC"><enum>(2)</enum><text display-inline="yes-display-inline">separate certifications for each respective system.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1C99D72162E24F4EB2D70E0CD06D6BC4"><enum>(e)</enum><header display-inline="yes-display-inline">Timing</header><text display-inline="yes-display-inline">The Under Secretary shall submit to the congressional defense committees the certification and assessment under subsection (b)(3) and the certification under subsection (c)(2) by not later than 30 days before the funds specified in paragraph (1) of subsections (b) and (c) for the respective system covered by the certification are provided to the Government of Israel.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4014A08CD6714523B71DE374DDD51D4E"><enum>(f)</enum><header display-inline="yes-display-inline">Appropriate congressional committees defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate congressional committees</term> means the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H408A37D1384E4D0090DEC0F76EF2CD96"><enum>(1)</enum><text display-inline="yes-display-inline">The congressional defense committees.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE051F804C13544B997DFC27BB83D3228"><enum>(2)</enum><text display-inline="yes-display-inline">The Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H3564EB50DDC341FE84B3CE04BD7252E6" section-type="subsequent-section"><enum>1686.</enum><header>Limitation on availability of funds for lower tier air and missile defense sensor</header>

<subsection id="H6DEDDF3A05BB42D3A2509D2236D84454"><enum>(a)</enum><header>Limitation</header><text display-inline="yes-display-inline">Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Army for the lower tier air and missile defense sensor, not more than 75 percent may be obligated or expended until the Secretary of the Army submits the report under subsection (b).</text></subsection>

<subsection id="H54933E817B5E45A8A907DF61EDDE2C02"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">The Secretary of the Army shall submit to the congressional defense committees a report on the test and demonstration of lower tier air and missile defense sensors that occurred during the third quarter of fiscal year 2019. Such report shall include the following:</text>

<paragraph id="H52AE20E8D78D405D994AB74415B4F6BC"><enum>(1)</enum><text display-inline="yes-display-inline">An explanation of how the test and demonstration was conducted and what the test and demonstration set out to achieve, includingâ€"</text>

<subparagraph id="H1B573FF6E7ED4676B24DCAF79047D379"><enum>(A)</enum><text>an explanation of the performance specifications used; and</text></subparagraph>

<subparagraph id="HF560F206AA7B4427AC77917FE777297D"><enum>(B)</enum><text display-inline="yes-display-inline">a description of the emulated threats used in the test and demonstration and how such threats compare to emerging regional air and missile

threats.</text></subparagraph></paragraph>

<paragraph id="H6608A93E0C4B4903B0F7C9754A146BC7"><enum>(2)</enum><text display-inline="yes-display-inline">An explanation of the capability of the sensor system that the Secretary determined to be the winner of the test and demonstration, including with respect toâ€"</text>

<subparagraph id="H40AB37E8E9A54A6C9A506EBF6C3D0E0C"><enum>(A)</enum><text>the capability of such sensor system against key threats and requirements, including whether such sensor system will be delivered with full 360-degree coverage and the ability of such sensor system to detect, track, and surveil targets; </text></subparagraph>

<subparagraph id="H3B13CD562F7744CEAF04E4372AF7DC5E"><enum>(B)</enum><text>the estimated procurement and life-cycle costs of operating such sensor system; and </text></subparagraph>

<subparagraph id="H6FEA816CDCD94C36BEE92EF8BCDFD73D"><enum>(C)</enum><text display-inline="yes-display-inline">the cost, timeline, and approach that will be used to integrate the lower tier air and missile defense sensor with other sensors using the Integrated Air and Missile Defense Battle Command System.</text></subparagraph></paragraph>

<paragraph id="H0CB950C1146046F8897A20A3777701B3"><enum>(3)</enum><text display-inline="yes-display-inline">An explanation of whether future performance improvements to the lower tier air and missile defense sensor are conditional on intellectual property and how such improvements will be made if the United States does not own such intellectual property.</text></paragraph></subsection></section>

<section id="H7ED2C446B862466FA9F7F8ED66CF2018" section-type="subsequent-section"><enum>1687.</enum><header>Plan for the redesigned kill vehicle replacement</header>

<subsection id="HFE71AAFDCE8F41B4BAD3B4486004837E"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H9E15980C702849A099E6DF484D2D60F3"><enum>(1)</enum><text>the decision by the Department of Defense to terminate the redesigned kill vehicle contract on August 22, 2019, due to technological problems encountered during development will result in a delay to the fielding of an additional 20 ground-based interceptors at Fort Greely, Alaska, which had been planned to be emplaced by the end of calendar year 2023;</text></paragraph>

<paragraph id="H34327DE6B1DA414791EA088E1689E64B"><enum>(2)</enum><text>to ensure that the future next-generation improved homeland defense interceptor program will deliver the required capability, have rigorous technical and acquisition oversight, and maintain schedule milestones, thereby mitigating the risk of similar issues as experienced with the redesigned kill vehicle, the acquisition strategy for such program should be reviewed and jointly approved by both the Under Secretary of Defense for Research and Engineering and the Under Secretary of Defense for Acquisition and Sustainment, with input by stakeholders across the Department of Defense prior to proceeding with development efforts and awarding a contract; and</text></paragraph>

<paragraph id="HC7F9EC0ADBD948DA9A08970E59FDF85A"><enum>(3)</enum><text>the Department, including the Missile Defense Agency, should uphold <quote>fly before you buy</quote> principles in such new acquisition strategy to ensure the overall system and components have been rigorously flight-tested prior to making procurement decisions.</text></paragraph></subsection>

<subsection id="H8D7C8BFCE9F74942805F8B5CF2B9F0DA"><enum>(b)</enum><header>Limitation</header><text>Of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Missile Defense Agency for the next-generation improved homeland defense interceptor, not more than 50 percent may be obligated or expended until the date on which the Secretary of Defense submits the report under subsection (c).</text></subsection>

<subsection id="H35953207478E415E857182E7012ACA99"><enum>(c)</enum><header>Report</header><text>The Secretary of Defense shall submit to the congressional defense committees a report on

the next-generation improved homeland defense interceptor program to replace the redesigned kill vehicle. The report shall include the following:</text>

<paragraph id="HDA62ED9784984B8E9C3F32B92988E690"><enum>(1)</enum><text>Updated threat assessments by the intelligence community informing system threshold and objective requirements.</text></paragraph>

<paragraph id="H362313D34ED346FAAEE990459EECA796"><enum>(2)</enum><text>Updated requirements to address current and emerging threats.</text></paragraph>

<paragraph id="H6A90B4E3C7014A539F2F51A573665CD6"><enum>(3)</enum><text>Technical, programmatic, and cost analyses conducted on courses of action and alternatives to meet capability requirements, includingâ€"</text>

<subparagraph id="H11D3AE2DEB4A4BEFB8786E6B8F6239CF"><enum>(A)</enum><text>an independent cost estimate for each course of action considered; and</text></subparagraph>

<subparagraph id="H2B6688216C9D422C8A3B0B4D96056CC0"><enum>(B)</enum><text>an evaluation of the technical readiness level of the overall system and the components for each course of action considered.</text></subparagraph></paragraph>

<paragraph id="HF0374A27D4AC4A0E8345897198FBE4F8"><enum>(4)</enum><text>Options considered to address reliability efforts of the current fleet, understanding known deficiencies, and the impact of not addressing such efforts and deficiencies until the delivery of the next-generation improved homeland defense interceptors.</text></paragraph>

<paragraph id="H411413F9CA3047F582C5CD223C334D5C"><enum>(5)</enum><text display-inline="yes-display-inline">An obsolescence, refurbishment, and sustainment plan for all ground-based interceptor silos, including any impacts to the construction, delivery, and sustainment of missile field 4 located at Fort Greely, Alaska, taking into account the delay to emplacing additional interceptors.</text></paragraph>

<paragraph id="HDFA9CD4A0B6E499E9F45E981552AC4C7"><enum>(6)</enum><text display-inline="yes-display-inline">Possible opportunities as a result of the impacts described in paragraph (4) for improvements to missile fields located at Fort Greely other than missile field 4, including additional infrastructure or components required, and estimated schedules and costs for such opportunities.</text></paragraph>

<paragraph id="HBA7087502FC0483D84A90A5C0CBCCCD5"><enum>(7)</enum><text>A determination of the appropriate fleet mix of ground-based interceptor kill vehicles and boosters to maximize overall system effectiveness and increase capacity and capability, including the costs and benefits of continued inclusion of capability enhancement II block 1 interceptors after the fielding of the next-generation improved homeland defense interceptor.</text></paragraph></subsection></section>

<section id="HF30E839F224A44FDBAF1C86BCFCC90BC" section-type="subsequent-section"><enum>1688.</enum><header>Organization, authorities, and billets of the Missile Defense Agency</header>

<subsection id="HCFFCADDEA8F7431EA2547308DEAC0CFB"><enum>(a)</enum><header>Independent study</header>

<paragraph id="H59266AEDB3CC4B2EA4A74005068EEA55"><enum>(1)</enum><header>Assessment</header><text>In accordance with paragraph (2), the Secretary of Defense shall seek to enter into a contract with a federally funded research and development center to conduct a study assessingâ€"</text>

<subparagraph id="H3380384DCE614A5EB7FA452F9273A90D"><enum>(A)</enum><text>the organization of the Missile Defense Agency under the Under Secretary of Defense for Research and Engineering pursuant to section 205(b) of title 10, United States Code;</text></subparagraph>

<subparagraph id="H54FBD05F37744EAB9BA589A878B35F8D"><enum>(B)</enum><text display-inline="yes-display-inline">alternative ways to organize the Agency under other officials of the Department of Defense, including the Under Secretary for Acquisition and Sustainment and any other official of the Department the federally funded research and development center determines appropriate; and</text></subparagraph>

<subparagraph id="HAB03316D7FBD4C30866A7EE9B7E46B1F"><enum>(C)</enum><text display-inline="yes-display-inline">transitioning the Agency to the standard acquisition process pursuant to Department of Defense Instruction 5000, including both the risks and benefits of making such a transition.</text></subparagraph></paragraph>

<paragraph id="H66AC42DD61F5407CAF7B0FD27D8A4891" commented="no"><enum>(2)</enum><header>Scope of study</header><text display-inline="yes-display-inline">Before entering into the contract with a federally funded research and development center to conduct the study under paragraph (1), the Secretary shall provide to the congressional defense committees an update on the scope of such study.</text></paragraph>

<paragraph id="H7D482C2AC9A74F7787FB41DF51397F23"><enum>(3)</enum><header>Submission to DOD</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the federally funded research and development center shall submit to the Secretary the study conducted under paragraph (1).</text></paragraph>

<paragraph id="H5EE2464B33B3412BBBEA49EEE2E7249D" commented="no"><enum>(4)</enum><header>Submission to Congress</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the federally funded research and development center submits to the Secretary the study under paragraph (1), the Secretary shall submit to the congressional defense committees the study, without change.</text></paragraph></subsection>

<subsection id="H9950860C936B497086A8E387F094E4DA"><enum>(b)</enum><header>Notification on changes to non-standard acquisition processes and responsibilities</header>

<paragraph id="HAA19D94133F848BE9828DE7F339F09EA"><enum>(1)</enum><header>Requirements</header><text display-inline="yes-display-inline">The Secretary may not make any changes to the missile defense non-standard acquisition processes and responsibilities described in paragraph (2) until the Secretary, without delegationâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H83E354356A504C6D87B62C9C7591DD20"><enum>(A)</enum><text display-inline="yes-display-inline">has consulted with the Under Secretary of Defense for Research and Engineering, the Under Secretary of Defense for Acquisition and Sustainment, the Under Secretary of Defense for Policy, the secretaries of the military departments, the Chairman of the Joint Chiefs of Staff, the Commander of United States Strategic Command, the Commander of United States Northern Command, and the Director of the Missile Defense Agency;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H86F959EC31BD4E3CB8DF418CDCA7BEB6"><enum>(B)</enum><text display-inline="yes-display-inline">certifies to the congressional defense committees that the Secretary has coordinated the changes with and received the views of the individuals referred to in subparagraph (A);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9B834DC7D4AA47A2B4B3A606F5B0C18D"><enum>(C)</enum><text display-inline="yes-display-inline">submits to the congressional defense committees a report describing the changes, the rationale for the changes, and the views of the individuals referred to in subparagraph (A) with respect to such changes; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H460E8292105F4AACB4BD852524C2939B"><enum>(D)</enum><text display-inline="yes-display-inline">a period of 120 days has elapsed following the date on which the Secretary submits such report.</text></subparagraph></paragraph>

<paragraph id="H709E6EB43A594C6F957F913124C34ECF"><enum>(2)</enum><header>Non-standard acquisition processes and responsibilities described</header><text display-inline="yes-display-inline">The non-standard acquisition processes and responsibilities described in this paragraph are such processes and responsibilities described inâ€"</text>

<subparagraph id="H6B549FD9E7094CAEB06D5773A1E55D31"><enum>(A)</enum><text>the memorandum of the Secretary of Defense titled <quote>Missile Defense Program Direction</quote> signed on January 2, 2002;</text></subparagraph>

<subparagraph id="H3C061E308F7E4C3591F7D84D43A57C28"><enum>(B)</enum><text>Department

of Defense Directive 5134.09, as in effect on the date of the enactment of this Act; and</text></subparagraph>

<subparagraph id="HCE5DDE0C048D4FC5A8AAE4885EB8F179"><enum>(C)</enum><text>United States Strategic Command Instruction 583â€"3.</text></subparagraph></paragraph></subsection>

<subsection id="H6FF613C1A83146B5AE6127BA4106E497"><enum>(c)</enum><header>Limitation on certain transfers of billets</header><text display-inline="yes-display-inline">During fiscal year 2020, the Secretary of Defense may not transfer civilian or military billets from the Missile Defense Agency to any element of the Department under the Under Secretary of Defense for Research and Engineering until, for each such transferâ€"</text>

<paragraph id="HE2C3E4CE744A4058BEB090E8F07DCBE4"><enum>(1)</enum><text display-inline="yes-display-inline">the Secretary notifies the congressional defense committees of such proposed transfer; and</text></paragraph>

<paragraph id="H79078B6E176F485FBEDE3A181C9376CB"><enum>(2)</enum><text>a period of 90 days has elapsed following the date of such notification.</text></paragraph></subsection></section>

<section id="H7CC0D58F9A2647CF899D614E8FDA9A02"><enum>1689.</enum><header>Annual assessment of ballistic missile defense system</header>

<subsection id="H42975AF9E6FA474F83E2BE0F801E1E2B"><enum>(a)</enum><header>Annual assessment</header><text display-inline="yes-display-inline">As part of the annual report of the Director of Operational Test and Evaluation submitted to Congress under section 139 of title 10, United States Code, the Director shall include an assessment of the ballistic missile defense system and all of the elements of the system that have been fielded or are planned, as of the date of the assessment, includingâ€"</text>

<paragraph id="HCDE035E696804B299CE62D49D6ABBF63"><enum>(1)</enum><text display-inline="yes-display-inline">the operational effectiveness, suitability, and survivability of the ballistic missile defense system and the elements of the system that have been fielded or tested; and</text></paragraph>

<paragraph id="H4F745B74934B40E290F11249CD665D76"><enum>(2)</enum><text display-inline="yes-display-inline">the adequacy and sufficiency of the test program of such system as of the date of the assessment, including with respect to the operational realism of the tests.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3135DCBB872743289409957080BF5267"><enum>(b)</enum><header>Form</header><text>Each assessment under subsection (a) may be submitted in unclassified form, and may include a classified annex.</text></subsection></section>

<section id="HC216E7FD4A1B4D9D8F2C48E0E7E4EB18" section-type="subsequent-section"><enum>1690.</enum><header>Command and control, battle management, and communications program</header>

<subsection id="HF04B1946BC4D4E68A14A06755D570A80"><enum>(a)</enum><header>Limitation on sale</header><text>The Director of the Missile Defense Agency may not release the command and control, battle management, and communications program for export until the date on which the Director submits the report under subsection (b).</text></subsection>

<subsection id="HC911FE95F26B4759B52F514EF8042DFF"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional defense committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing the following:</text>

<paragraph id="H00B5B4A1E15C41BBB40DC5B4629930C0"><enum>(1)</enum><text display-inline="yes-display-inline">An explanation of the rationale of the Director for considering to export the command and control, battle management, and communications program (or any variants thereof) in light of the critical role of the program in the strategic national defense of the United States and the allies of the United States against ballistic missile attack.</text></paragraph>

<paragraph id="H664B333818474BF1ABDF8C208C4F4925"><enum>(2)</enum><text display-

inline="yes-display-inline">The findings of the market research and analysis conducted by the Director regarding exportable command and control solutions for ballistic missile defense, including such solutions that are internationally available.</text></paragraph></subsection></section>

<section id="H1C70AC6F73C843B0BBFA088744478AFB" section-type="subsequent-section"><enum>1691.</enum><header>Missile defense interceptor site in contiguous United States</header>

<subsection id="H5C96FED2125C4FF2912CA0B5F49566F3"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than January 31, 2020, the Secretary of Defense shall submit to the congressional defense committees a report on the designation made on June 26, 2019, of a preferred potential future missile field site in the contiguous United States from the sites evaluated pursuant to section 227 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112â€"239; 126 Stat. 1678). The report shall address the following:</text>

<paragraph id="H8C45007B824841CF976752D593E43B29"><enum>(1)</enum><text>The environmental impact statement prepared pursuant to such section 227.</text></paragraph>

<paragraph id="HE1886581CDC245E69D2C6C4E53158F1C"><enum>(2)</enum><text>The strategic and operational effectiveness of the site, including with respect to the location that is the most advantageous site in providing coverage to the entire contiguous United States, including having the capability to provide shoot-assess-shoot coverage to the entire contiguous United States.</text></paragraph>

<paragraph id="H1792FE0782BC4C33B9B1034D13EF4654"><enum>(3)</enum><text display-inline="yes-display-inline">Construction remediation efforts and impacts to the existing environment at the site.</text></paragraph>

<paragraph id="H4CDA388632CF4C0B9797CF08AA1CC350"><enum>(4)</enum><text display-inline="yes-display-inline">The existing infrastructure at the site.</text></paragraph>

<paragraph id="H7023E2B81386492B9C0257658B69516C"><enum>(5)</enum><text display-inline="yes-display-inline">The costs to construct, equip, and operate the site.</text></paragraph></subsection>

<subsection id="H0E2B31835D454AC7B9D87AA378C26192"><enum>(b)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H80E95D07681A4176A0E382CEC93877BB" commented="no"><enum>(c)</enum><header>Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construedâ€"</text>

<paragraph id="HBA5C359A23D749CDA8EB5C8F30973EE7"><enum>(1)</enum><text display-inline="yes-display-inline">as requiring the Secretary of Defense to begin a military construction project relating to the missile defense site in the contiguous United States; or</text></paragraph>

<paragraph id="H8A323CCD77934808AB255800FA89CFAE"><enum>(2)</enum><text display-inline="yes-display-inline">as a statement that there is any current military requirement for such a site.</text></paragraph></subsection>

<subsection id="H2A15D8FBD3624601BC2505CFDDB24CBA"><enum>(d)</enum><header>Conforming repeal</header><text>Section 1681 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1776) is repealed.</text></subsection></section>

<section id="H79B821B0909D4690AE8DBFF80D1BAAA7"><enum>1692.</enum><header>Independent study on impacts of missile defense development and deployment</header>

<subsection id="HEEAB25899705422E8C9ABA6AA55EB6AC"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center to conduct a study on the impacts of the development and deployment of homeland missile defenses of the United

States on the security of the United States as a whole.</text></subsection>

<subsection id="HA3A2BE3C2D3740C48C667FFDFFFC0A40"><enum>(b)</enum><header>Matters included</header><text>The study under subsection (a) shallâ€"</text>

<paragraph id="H20E2C8C0315548B7AC0F99B5000F1EED"><enum>(1)</enum><text display-inline="yes-display-inline">consider whether security benefits obtained by the deployment of homeland missile defenses of the United States are undermined or counterbalanced by adverse reactions of potential adversaries, including both rogue states and near-peer adversaries; and</text></paragraph>

<paragraph id="HE886E2A1083D46999DC4D9C79825F80F"><enum>(2)</enum><text display-inline="yes-display-inline">consider the effectiveness of the homeland missile defense efforts of the United States to deter the development of ballistic missiles, in particular by both rogue states and near-peer adversaries.</text></paragraph></subsection>

<subsection id="H0715898CE8464FDEA8EEF1E62C7335F3"><enum>(c)</enum><header>Submission</header><text>Not later than one year after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees the study under subsection (a), without change.</text></subsection>

<subsection id="HB6F7593791604B7C87F9490ABE255953"><enum>(d)</enum><header>Form</header><text>The study shall be submitted under subsection (c) in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="HFE960C7F5DFA4408AABD3E43A2E407A0"><enum>1693.</enum><header>Report and briefing on multi-volume kill capability</header><text display-inline="no-display-inline"> Not later than 120 days after the date of the enactment of this Act, the Under Secretary of Defense for Research and Engineering, in coordination with the Director of the Missile Defense Agency, the Under Secretary of Defense for Acquisition and Sustainment, and the Director of Cost Assessment and Program Evaluation, shall submit to the congressional defense committees a report, and shall provide to such committees a briefing, on an assessment of potential roles for a multi-volume kill capability in a future architecture of the ballistic missile defense system. Such report and briefing shall include the following:</text>

<paragraph id="HF71F658B18B34B5F8D67C8399D0DAE48"><enum>(1)</enum><text>An assessment of the current technology readiness level of necessary components and the technology readiness levels needed for an operational system.</text></paragraph>

<paragraph id="H0432DF5E17D9456FA617AF0462E59CC7"><enum>(2)</enum><text>An assessment of the costs and a comprehensive development and testing schedule to deploy a multi-volume kill capability.</text></paragraph>

<paragraph id="H28D5529EBACE480DA5DC0257F1D18C5B"><enum>(3)</enum><text>A concept of operations with respect to how a multi-volume kill capability could be employed and how such a capability compares to single-kill ground-based midcourse defense system interceptors.</text></paragraph></section></subtitle>

<subtitle id="HBEB305F4E4774A54B20C1F38E60FC9A7" style="OLC"><enum>F</enum><header>Other matters</header>

<section id="H47BCCAA988F7458E9C8E7B03B2EC6968"><enum>1694.</enum><header>Extension of authorization for protection of certain facilities and assets from unmanned aircraft</header>

<subsection id="HBA2822DA028A4FBC99E40C71D77B522D"><enum>(a)</enum><header>In general</header><text>Subsection (i) of section 130i of title 10, United States Code, is amended by striking <quote>2020</quote> both places it appears and inserting <quote>2023</quote>.</text></subsection>

<subsection id="HA2B2EA1D1BF244A18986FA6A30F3077E"><enum>(b)</enum><header>Technical corrections</header><text>Such section is amendedâ€"</text>

<paragraph id="HFA4ECCBFDBDE4815890A383F553B1A2B"><enum>(1)</enum><text>in subsection (i)(1), as amended by subsection (a), by striking <quote>of subsection (j)(3)</quote> and inserting <quote>of subsection (j)(3)(C)</quote>; and</text></paragraph>

<paragraph id="H1BCD38F4EBE44E54AEEA92FFD43C551D"><enum>(2)</enum><text>in subsection (j)(6), by striking <quote>in</quote> and all that follows through the period at the end and inserting <quote>in section 44801 of title 49</quote>.</text></paragraph></subsection></section>

<section id="HF584E991D8CA4A8E9EEE071C57552673"><enum>1695.</enum><header>Repeal of requirement for commission on electromagnetic pulse attacks and similar events</header><text display-inline="no-display-inline">Section 1691 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1786) is repealed.</text></section>

<section id="H4379E28D48E14CDD952C35486AEE51EC" display-inline="no-display-inline" section-type="subsequent-section"><enum>1696.</enum><header>Repeal of review requirement for ammonium perchlorate report</header><text display-inline="no-display-inline">Section 1694 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1792) is amended by striking subsection (d).</text></section>

<section id="H32F9CC189E30498EBFDAE612D5744B93" section-type="subsequent-section" commented="no"><enum>1697.</enum><header>Transferability of conventional prompt global strike weapon system technologies to surface-launched platforms</header>

<subsection id="HFDC76C96082D424DBB2FE7A2F21A70AC"><enum>(a)</enum><header>Surface-launched technologies</header><text display-inline="yes-display-inline">The Secretary of the Navy shall ensure that the technologies developed for the conventional prompt global strike weapon system are transferrable to a surface-launched platform.</text></subsection>

<subsection id="H16FC5A438314481893880E0E0C926D9A" commented="no"><enum>(b)</enum><header>Report</header><text>Not later than 120 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a report on the programmatic changes required to integrate the conventional prompt global strike weapon system into current or future surface combatant ships.</text></subsection></section>

<section id="HF93A55DAF5254CC78B13C2E6267C1B40"><enum>1698.</enum><header>Prohibition on availability of funds for certain offensive ground-launched ballistic or cruise missile systems</header>

<subsection id="HCF817CF2A9074010A23A3EDFD40DCA64"><enum>(a)</enum><header>Prohibition</header><text display-inline="yes-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Defense may be obligated or expended for the procurement or deployment of an offensive ground-launched ballistic or cruise missile system with a range between 500 and 5,500 kilometers.</text></subsection>

<subsection id="H47A93317361B4D0FBB59E7D328EC1CDD"><enum>(b)</enum><header>Report</header><text>Not later than January 31, 2020, the Secretary of Defense shall submit to the congressional defense committees a report, and provide a briefing, that includes the following:</text>

<paragraph id="H0C925F11DF404F0283B250A53251475A"><enum>(1)</enum><text display-inline="yes-display-inline">An evaluation of the capabilities required to execute contingency plans in the areas of responsibility of the United States European Command and the United States Indo-Pacific Command using offensive ground-launched missile systems of ranges in excess of 500 kilometers.</text></paragraph>

<paragraph id="HDCB5F49ECA7A49F9A092EF22D77EF271"><enum>(2)</enum><text>An evaluation of what types of systems (including the range and flight profile of such systems), if any, could be used to meet the required capabilities identified under paragraph (1).</text></paragraph>

<paragraph id="H2EB6BB635F4448F59083A2144090D69A"><enum>(3)</enum><text>The results of an analysis of alternatives conducted by the Chairman of the Joint Chiefs of Staff and the Director of Cost Assessment and Program Evaluation that considersâ€"</text>

<subparagraph id="H30334379F09C458B88DB3346DB5DC3FA"><enum>(A)</enum><text display-inline="yes-display-inline">conventional missile systems, including ground-, sea-, and

air-launched missiles, that could be deployed to meet the required capabilities identified under paragraph (1);</text></subparagraph>

<subparagraph id="H0B3267B541CC46509FA16E3C35B281B4"><enum>(B)</enum><text>the cost, schedule, and feasibility of tailored acquisition strategies for each such system considered;</text></subparagraph>

<subparagraph id="HB7C6B704EF994832963957B03260AE2C"><enum>(C)</enum><text>simulations and games that were performed to inform the analysis of alternatives;</text></subparagraph>

<subparagraph id="H43AF74FEDB5846C3B5A5D708149A24FC"><enum>(D)</enum><text>benefits and risks of such different types of systems, including operational considerations in contested environments; and</text></subparagraph>

<subparagraph id="HC2105867293E4715BE71CEED7760B7CC"><enum>(E)</enum><text>any other operational or programmatic considerations determined relevant by the Chairman or the Director.</text></subparagraph></paragraph>

<paragraph id="H04F25A54BA98445BAA573EF29ED3DE6C"><enum>(4)</enum><text display-inline="yes-display-inline">Options for basing any such missile system in, or deploying any such missile system to, Europe or the Indo-Pacific region, including any agreements required for such options and potential timelines to implement such options.</text></paragraph>

<paragraph id="H6366411D861C4E98B9592B542410C65C"><enum>(5)</enum><text>A list of any governments of a foreign country consulted about such possible deployments, and a summary of the reaction of each such government.</text></paragraph>

<paragraph id="H49A55F3E183F48C8AAA74CABA59F6FA6"><enum>(6)</enum><text display-inline="yes-display-inline">A discussion of whether deploying such missile systems on the territory of a NATO ally would require a consensus decision by NATO.</text></paragraph></subsection>

<subsection id="HC3AEE6379F7545DF954449A6FBEC25C0"><enum>(c)</enum><header>Form</header><text>The report under subsection (b) shall be submitted in unclassified form, but may contain a classified annex.</text></subsection></section>

<section id="H7C55A604D05448B5AE259E9792890952"><enum>1699.</enum><header>Hard and deeply buried targets</header>

<subsection id="H6CB270E9F06D4BFE9D1F53CAC68BEB4E"><enum>(a)</enum><header>Briefing required</header>

<paragraph id="HF17393A318054F258933AFBB4B285C22"><enum>(1)</enum><header>In general</header><text>Not later than December 1, 2019, the Chairman of the Joint Chiefs of Staff shall, in consultation with the Commander of the United States Strategic Command, provide to the congressional defense committees a classified briefing on hard and deeply buried targets.</text></paragraph>

<paragraph id="H60B1F9E0442A40718B040B25AF53F011"><enum>(2)</enum><header>Elements</header><text>The briefing required by paragraph (1) shall include the following:</text>

<subparagraph id="H6E4127144A0246198BA19E89C0626773"><enum>(A)</enum><text>An estimate of the total number of high-value hard and deeply buried targets associated with United States military operations plans.</text></subparagraph>

<subparagraph id="H099AD1B7EFC0422E916B47E0D0F43080"><enum>(B)</enum><text>A description of the contents, functions, and hardening characteristics of the targets described in subparagraph (A), as well as their level of protection by anti-access and area denial capabilities.</text></subparagraph>

<subparagraph id="HAB0D22A745124E4DA5FF867056465466"><enum>(C)</enum><text>An assessment of the current ability of, and requirement, cost, and implications for deterrence and strategic stability for, the United States to hold such targets at risk using existing conventional and nuclear capabilities.</text></subparagraph>

<subparagraph id="H7FAE59B1A5884A338BBDA879D61AB00F"><enum>(D)</enum><text>An assessment of the potential ability of, and requirement, cost, and implications for deterrence and strategic stability for, the United States to hold such targets at risk

using projected conventional and nuclear capabilities as of 2030.</text></subparagraph></paragraph></subsection>

<subsection id="H124A3231C9C240F5810D8A1104F6DB50"><enum>(b)</enum><header>Plan required</header><text>Not later than February 15, 2020, the Secretary of Defense shall develop a plan detailing the requirement, cost, and implications for deterrence and strategic stability for the United States to possess by 2025 the capabilities to pose a credible threat against targets described in the briefing required by subsection (a).</text></subsection></section></subtitle></title>

<title id="H0170ABBD8745452AA6EBBA1EC12479B4"><enum>XVII</enum><header>Reports and Other Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0170ABBD8745452AA6EBBA1EC12479B4" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H73B0E78C0EB947DDBDD5D73F9D2B4B54" level="subtitle">Subtitle Aâ€"Studies and Reports</toc-entry>

<toc-entry idref="HC67D1D6A47B94C2D9DD75907A16A3540" level="section">Sec.â€,1701.â€,Modification of annual reporting requirements on defense manpower.</toc-entry>

<toc-entry idref="H0EA5A380A2CE4863A0B0244F37364F22" level="section">Sec.â€,1702.â€,Termination of requirement for submittal to Congress of certain recurring reports.</toc-entry>

<toc-entry idref="H82BA7F5128D646CABB2ABE03B4B3DFD8" level="section">Sec.â€,1703.â€,Modification of annual report on civilian casualties in connection with United States military operations.</toc-entry>

<toc-entry idref="H57DA6D5D421D45D0899B478D34BC980A" level="section">Sec.â€,1704.â€,Extension of requirement for briefings on the national biodefense strategy.</toc-entry>

<toc-entry idref="H176594B16A1142D38B65D4F77B451724" level="section">Sec.â€,1705.â€,Authorization of appropriations for title III of the Defense Production Act of 1950.</toc-entry>

<toc-entry idref="HCB5D47294C824F6BB43E3A66BF536A4C" level="section">Sec.â€,1706.â€,Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic.</toc-entry>

<toc-entry idref="H060659262584475A8CB1720046100A38" level="section">Sec.â€,1707.â€,Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense.</toc-entry>

<toc-entry idref="HB32FFC0440B24A78B39E4EF54680A379" level="section">Sec.â€,1708.â€,Report and briefing on implementation of national defense strategy.</toc-entry>

<toc-entry idref="H179DB4BA5D88499286B557F33D0AAAD0" level="section">Sec.â€,1709.â€,Actions to increase analytic support.</toc-entry>

<toc-entry idref="HBBF92E7D64FE4906AE2A9C135DFF4F2B" level="section">Sec.â€,1710.â€,Inclusion of certain individuals investigated by Inspectors General in the semiannual report.</toc-entry>

<toc-entry idref="HBD1DBF74F93248179B3A738A47124244" level="section">Sec.â€,1711.â€,Annual report on Joint Military Information Support Operations Web Operations Center.</toc-entry>

<toc-entry idref="HB79D1451CB9E40FCBDE9D2FD69D82041" level="section">Sec.â€,1712.â€,Mobility capability requirements study.</toc-entry>

<toc-entry idref="H8C4CE78DC8C2473DAC9A6D9C2DF4AFAE" level="section">Sec.â€,1713.â€,Assessment of special operations force structure.</toc-entry>

<toc-entry idref="HD3410F3A655D4862AFDDEE7CB49D6D95"

level="section">Sec.â€,1714.â€,Army aviation strategic plan and modernization roadmap.</toc-entry>

<toc-entry idref="H76D5485E00AB4180AA0DA073FBF5FFC5" level="section">Sec.â€,1715.â€,Report on ground-based long-range artillery to counter land and maritime threats.</toc-entry>

<toc-entry idref="H585B9E4749524E5BA8B8C11D553B3A0E" level="section">Sec.â€,1716.â€,Independent review of transportation working-capital fund.</toc-entry>

<toc-entry idref="H601A9819FA75416495FD40DA77F0C3AB" level="section">Sec.â€,1717.â€,Geographic command risk assessment of proposed use of certain aircraft capabilities.</toc-entry>

<toc-entry idref="HA539C32C015C41979FC5C728DF29398F" level="section">Sec.â€,1718.â€,Report on backlog of personnel security clearance adjudications.</toc-entry>

<toc-entry idref="HFB3DD7B73C3D4C2184FA90E4F40CA5D5" level="section">Sec.â€,1719.â€,Report regarding outstanding Government Accountability Office recommendations.</toc-entry>

<toc-entry idref="HC6992270D7EE4FEB8408A0AABB6F8962" level="section">Sec.â€,1720.â€,Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents.</toc-entry>

<toc-entry idref="H7CA202BDD6FF46748E729B6CA374435A" level="section">Sec.â€,1721.â€,Assessment of standards, processes, procedures, and policy relating to civilian casualties.</toc-entry>

<toc-entry idref="H34AC2A804C0E46EB8C3B07C0C2831E7F" level="section">Sec.â€,1722.â€,Report on transfers of equipment to prohibited entities.</toc-entry>

<toc-entry idref="H139C902AF2324119BEA84BCDDAA4C528" level="section">Sec.â€,1723.â€,Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities.</toc-entry>

<toc-entry idref="H8B8FE0461EE8424999EFEDD5ED6C0BA8" level="section">Sec.â€,1724.â€,Review and assessment of mitigation of military helicopter noise.</toc-entry>

<toc-entry idref="H626D138F6D3E49D68982E0E85FF37059" level="subtitle">Subtitle Bâ€"Other Matters</toc-entry>

<toc-entry idref="H4D46DEDAE41842ACA340E722A45D8CFE" level="section">Sec.â€,1731.â€,Technical, conforming, and clerical amendments.</toc-entry>

<toc-entry idref="H29DEA602C1384F138DD7A804783E36F5" level="section">Sec.â€,1732.â€,Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification.</toc-entry>

<toc-entry idref="HB3D698431F124DE3956CE0DFAA5B586E" level="section">Sec.â€,1733.â€,Clarification of authority of Inspectors General for overseas contingency operations.</toc-entry>

<toc-entry idref="H9CF571D1F3CE483BAF73FAFA6233FFA6" level="section">Sec.â€,1734.â€,Employment status of annuitants for Inspectors General for overseas contingency operations.</toc-entry>

<toc-entry idref="HA140D9E232694C7885508DBCA9CAA10A" level="section">Sec.â€,1735.â€,Extension of National Security Commission on Artificial Intelligence.</toc-entry>

<toc-entry idref="H0E6CC2399F93404480EE30B66A3D351D" level="section">Sec.â€,1736.â€,Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense.</toc-entry>

<toc-entry idref="H14542ECCD8464684BF65EF9190249EC6"

level="section">Sec.â€,1737.â€,Extension of postage stamp for breast cancer research.</toc-entry>

<toc-entry idref="H59922328CA514D4AB81D932BF7AD6719" level="section">Sec.â€,1738.â€,National Commission on Military Aviation Safety.</toc-entry>

<toc-entry idref="HF292DEF62DAB4E2CA6163D21E4A1F39B" level="section">Sec.â€,1739.â€,Guarantee of residency for spouses of members of the uniformed services.</toc-entry>

<toc-entry idref="HE27F3C3AEB764D3AAD7F057349D55AEF" level="section">Sec.â€,1740.â€,Electromagnetic pulses and geomagnetic disturbances.</toc-entry>

<toc-entry idref="HF9AD0CDECEC3405BB9CEE1A72F0CC896" level="section">Sec.â€,1741.â€,Improvements to Manufacturing USA Program.</toc-entry>

<toc-entry idref="H6005D86825EB40839FEFE9A9A559F91C" level="section">Sec.â€,1742.â€,Regional innovation program.</toc-entry>

<toc-entry idref="H55E6D00212AC41A4881CDC7469454888" level="section">Sec.â€,1743.â€,Aviation workforce development.</toc-entry>

<toc-entry idref="H12BC1D0D6A5D46A382F22805CBE05CED" level="section">Sec.â€,1744.â€,Oversight of Department of Defense execute orders.</toc-entry>

<toc-entry idref="H8E826EAB83204C3AA3414922F66CBD9B" level="section">Sec.â€,1745.â€,Processes and procedures for notifications regarding special operations forces.</toc-entry>

<toc-entry idref="HD7560725EFB84E95940184AD60C11AD8" level="section">Sec.â€,1746.â€,Securing American science and technology.</toc-entry>

<toc-entry idref="H6B04B659FEB0425BB41810C35EAA9578" level="section">Sec.â€,1747.â€,Standardized policy guidance for calculating aircraft operation and sustainment costs.</toc-entry>

<toc-entry idref="H313139E3F20D431C8ECBBD6C43E16357" level="section">Sec.â€,1748.â€,Special Federal Aviation Regulation Working Group.</toc-entry>

<toc-entry idref="HA8830453BE3B4A02B2677F9DA28B77AB" level="section">Sec.â€,1749.â€,Prohibition on names related to the Confederacy.</toc-entry>

<toc-entry idref="HB5B1298F8E7C4DDA88F1FBB7AC09081C" level="section">Sec.â€,1750.â€,Support for National Maritime Heritage Grants program.</toc-entry>

<toc-entry idref="HE3CA36EABD88478194A5B4E5020CA176" level="section">Sec.â€,1751.â€,Support for world language advancement and readiness.</toc-entry>

<toc-entry idref="HC14874B3D7414E5CBDCDA8458502C860" level="section">Sec.â€,1752.â€,Designation of Department of Defense strategic Arctic ports.</toc-entry>

<toc-entry idref="H1835A970A2DB44C093F1F59560ED761A" level="section">Sec.â€,1753.â€,Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure .</toc-entry>

<toc-entry idref="H69BFF851114846218F5E246C3917CCDC" level="section">Sec.â€,1754.â€,Comprehensive Department of Defense policy on collective self-defense.</toc-entry>

<toc-entry idref="H2615933416BD4EF9A341BCC34A4D9E26" level="section">Sec.â€,1755.â€,Policy regarding the transition of data and applications to the cloud.</toc-entry>

<toc-entry idref="H75581AE3D1854399A8040B18EBA97AC3"

level="section">Sec.â€,1756.â€,Integrated public alert and warning system.</toc-entry>

<toc-entry idref="H700EFA00E29E4301A440B4F7B0E2389D" level="section">Sec.â€,1757.â€,Improving quality of information in background investigation request packages.</toc-entry>

<toc-entry idref="H6E5216103E7445C083825542417055CF" level="section">Sec.â€,1758.â€,Parole in place for members of the Armed Forces and certain military dependents.</toc-entry>

<toc-entry idref="H0C902C2C143C4C46B19275F28EC046A9" level="section">Sec.â€,1759.â€,Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense.</toc-entry>

<toc-entry idref="HB9F50E6F1FF94527A873239F54D62F05" level="section">Sec.â€,1760.â€,Military type certification for light attack experimentation aircraft.</toc-entry></toc>

<subtitle id="H73B0E78C0EB947DDBDD5D73F9D2B4B54"><enum>A</enum><header>Studies and Reports</header>

<section id="HC67D1D6A47B94C2D9DD75907A16A3540"><enum>1701.</enum><header>Modification of annual reporting requirements on defense manpower</header>

<subsection id="HD45AAFE2D1AD4EF1A4B9ACF264230C77"><enum>(a)</enum><header>Conversion of annual requirements report into annual profile report</header><text>Section 115a of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HCBAB3FB3E2BE4B2C831447EE777EADA2"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H84ACB3968DE44D9A9A71AED1427B447D"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking the first two sentences and inserting the following new sentence: <quote>Not later than April 1 each year, the Secretary of Defense shall submit to Congress a defense manpower profile report.</quote>;</text></subparagraph>

<subparagraph id="H74D561046495403B88D0FB41028C07C7"><enum>(B)</enum><text>in paragraph (1), by adding <quote>and</quote> at the end;</text></subparagraph>

<subparagraph id="HBDEC9FDBE6A04A8D95AD02BF95327721"><enum>(C)</enum><text>in paragraph (2), by striking <quote>; and</quote> and inserting a period; and</text></subparagraph>

<subparagraph id="HF67C1E127E6D4511859AA15FE5C855DC"><enum>(D)</enum><text>by striking paragraph (3);</text></subparagraph></paragraph>

<paragraph id="H5D858733E56E44E8A87C97CACEB88821"><enum>(2)</enum><text>in subsection (b)â€"</text>

<subparagraph id="HF2F865F61E74452D9E73C5377CB77700"><enum>(A)</enum><text>by striking <quote>(1)</quote>; and</text></subparagraph>

<subparagraph id="H34FB465A8FDE40A0AB2B20A06E0C3E33"><enum>(B)</enum><text>by striking paragraphs (2) and (3); and</text></subparagraph></paragraph>

<paragraph id="HE85B0FBFA98343E1BC505A9B1970F212"><enum>(3)</enum><text>in subsection (c), by striking <quote>the following:</quote> and all that follows and inserting <quote>the manpower required for support and overhead functions within the armed forces and the Department of Defense.</quote>.</text></paragraph></subsection>

<subsection id="H2C3445AA3A07495EBF541514730B2EDB"><enum>(b)</enum><header>Conversion of certain current report elements into separate, modified reports</header><text>Such section is further amendedâ€"</text>

<paragraph id="H8C26DEE0A6BD462EA44C23ED1E732571"><enum>(1)</enum><text>in subsection (d), by striking <quote>The Secretary shall also include in each such report</quote> and inserting <quote>Not later than April 1 each year, the Secretary shall submit to Congress a report that sets forth</quote>; and</text></paragraph>

<paragraph id="H48DAC16D71F54F28A8A2652187A2A1F0"><enum>(2)</enum><text>in subsection (e)(1), by striking <quote>In each such report, the Secretary shall also include</quote> and inserting <quote>Not later than April 1 each year, the Secretary

shall submit to Congress a report that sets forth</quote>;</text></paragraph>

<paragraph id="HF764CD16D6B444BA8A9CC0A2CFF64D91"><enum>(3)</enum><text>in subsection (f)â€"</text>

<subparagraph id="HA28995AACD4545A3A4F0377766316F11"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>The Secretary shall also include in each such report</quote> and inserting <quote>Not later than June 1 each year, the Secretary shall submit to Congress a report that sets forth</quote>; and</text></subparagraph>

<subparagraph id="HB8D778FAAD8A4D88A43DD12DA6AC9ACE"><enum>(B)</enum><text>in paragraph (1), by striking <quote>and estimates of such numbers for the current fiscal year and subsequent fiscal years</quote>;</text></subparagraph></paragraph>

<paragraph id="H13AEB2CC28A540CA9A9323FC6EF2695E"><enum>(4)</enum><text>in subsection (g)â€"</text>

<subparagraph id="H105253CE2F3C456693C6B76AE26A3F28"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>In each report submitted under subsection (a), the Secretary shall also include a detailed discussion</quote> and inserting <quote>Not later than September 1 each year, the Secretary shall submit to Congress a report that sets forth a detailed discussion, current as of the preceding fiscal year,</quote>; and</text></subparagraph>

<subparagraph id="H38DB1108AC2C42178A891A32D050873D"><enum>(B)</enum><text>by striking <quote>the year</quote> each place it appears and inserting <quote>the fiscal year</quote>; and</text></subparagraph></paragraph>

<paragraph id="HADFB30F088A24AA780575EE6F5E97796"><enum>(5)</enum><text>in subsection (h), by striking <quote>In each such report, the Secretary shall include a separate report</quote> and inserting <quote>Not later than April 1 each year, the Secretary shall submit to Congress a report</quote>.</text></paragraph></subsection>

<subsection id="HA1AF5E8F48FE4EEE85789940AE780792"><enum>(c)</enum><header>Conforming and clerical amendments</header>

<paragraph id="HCF931DC25FF7448F9D4E600427E0ABE0"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HA6220D5C16104CABBCEA83C6EB7E5F2D" style="USC">

<section id="H428763D61CDC42FF91D2F27C4297E330"><enum>115a.</enum><header>Annual defense manpower profile report and related reports</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC59DB4BA00D4455B93F204476E767CD8"><enum>(2)</enum><header>Clerical amendment</header><text>The table of sections at the beginning of chapter 3 of such title is amended by striking the item relating to section 115a and inserting the following new item:</text>

<quoted-block id="H33A47166743F4B7E90970FAACB0E901F" style="USC">

<toc>

<toc-entry idref="H428763D61CDC42FF91D2F27C4297E330" level="section">115a. Annual defense manpower profile report and related reports.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H0EA5A380A2CE4863A0B0244F37364F22"><enum>1702.</enum><header>Termination of requirement for submittal to Congress of certain recurring reports</header>

<subsection id="HFBA4B5C54EA549308D349A9558DB793C"><enum>(a)</enum><header>Termination</header><text>Effective on December 30, 2021, each report described in subsection (b) that is still required to be submitted to Congress as of such effective date shall no longer be required to be submitted to Congress.</text></subsection>

<subsection id="HF6788831460B413D92BF2466C0E7ECDC"><enum>(b)</enum><header>Covered reports</header><text>A report described in this subsection is any of the

following:</text>

<paragraph id="H11F3885D530E4E19A9F26336E1CA6818"><enum>(1)</enum><text>The report required by section 1696(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232).</text></paragraph>

<paragraph id="HE3ED2F9C36114A4E8093B9E1F4F35323"><enum>(2)</enum><text>The report required by section 1071(b)(1) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91).</text></paragraph>

<paragraph id="H77EC9B0FFC894CC39261AFEFF19B52AF"><enum>(3)</enum><text>The report required by section 1788a(d) of title 10, United States Code, as added by section 555 of such Act.</text></paragraph>

<paragraph id="HCBC840CB6BCF4D4CB324CA84C602FF7C"><enum>(4)</enum><text display-inline="yes-display-inline">The report required under section 709(g) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 1071 note).</text></paragraph>

<paragraph id="HC711C5D5FC0D472FB06D27FA6C8EAEDE"><enum>(5)</enum><text>The report required by section 1292(a)(2) of such Act (22 U.S.C. 2751 note).</text></paragraph>

<paragraph id="HD4C2275ED6644A27BCB2F1CEE2775529"><enum>(6)</enum><text>The quarterly report required by section 1236(c) of such Act.</text></paragraph>

<paragraph id="H945E3806F5E041AEBDC8DD0E8E169EE9"><enum>(7)</enum><text display-inline="yes-display-inline">The annual certification required by section 1666 of such Act (10 U.S.C. 2431 note).</text></paragraph>

<paragraph id="H2EBB1BD002F64096B694E45D984B6526"><enum>(8)</enum><text>The updates required under paragraph (3) of subsection (a) of section 1694 of such Act to the report required under paragraph (1) of such subsection.</text></paragraph>

<paragraph id="HA5B98139B380401ABBDFE69A22DB4723"><enum>(9)</enum><text>The notifications required by section 1695 of such Act.</text></paragraph>

<paragraph id="HAE239322D64D4ABA98A75EE42D340D2A"><enum>(10)</enum><text>The report required under section 522(g) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92).</text></paragraph></subsection>

<subsection id="HC6B5FCC2FFDA49D098132A56E30CE9A0"><enum>(c)</enum><header>Conforming repeal</header>

<paragraph id="HF5CA2B339CE2454181A06060F6785D7F"><enum>(1)</enum><header>In general</header><text>Section 1788a of title 10, United States Code, is amended by striking subsection (d).</text></paragraph>

<paragraph id="HB4497A633E9E452A927ADB405574989D"><enum>(2)</enum><header>Effective date</header><text>The amendment made by paragraph (1) shall take effect on December 30, 2021.</text></paragraph></subsection>

<subsection id="HDC0B0300D8D940C3BEC083BE34291E79" display-inline="no-display-inline"><enum>(d)</enum><header>Requirement for preparation of certain reports to Congress by civilian employees of the Federal Government and members of the Armed Forces</header>

<paragraph id="HCD0D0CEEB71B44E0AB6D7CE3C435AFA4"><enum>(1)</enum><header>Requirement</header><text>Except as expressly otherwise provided in the provision of law requiring such report, any report submitted to Congress pursuant to a provision of a national defense authorization Act that is enacted on or after the date that is three years after the date of the enactment of this Act shall be written by civilian employees of the Federal Government, members of the Armed Forces, or both, and not by contractor employees of the Federal Government.</text></paragraph>

<paragraph id="H2C7B6C0DBEC3428D9BA33784BE38600F"><enum>(2)</enum><header>Briefing</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall brief the Committees on Armed Services of the Senate and the House of Representatives on the actions to be taken to ensure compliance with the requirement in paragraph (1), including on any impediments to compliance with the requirement.</text></paragraph></subsection></section>

<section id="H82BA7F5128D646CABB2ABE03B4B3DFD8" section-type="subsequent-section"><enum>1703.</enum><header>Modification of annual report on civilian casualties in connection with United States military operations</header>

<subsection id="HB670D7CC887D41C4A5C6039DB33998B2"><enum>(a)</enum><header>In general</header><text>Section 1057 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91), as amended by section 1062 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amendedâ€"</text>

<paragraph id="H36047091319044AFAA0329B97EF02C88"><enum>(1)</enum><text>in subsection (b)â€"</text>

<subparagraph id="H999BD69D1A1D4DE79B6545DB5A5FA447" display-inline="no-display-inline"><enum>(A)</enum><text>by redesignating paragraphs (5) and (6) as paragraphs (8) and (9), respectively; and</text></subparagraph>

<subparagraph id="H3AC2E29249D940BDA524CF7E7ED1EE00"><enum>(B)</enum><text>by striking paragraphs (3) and (4) and inserting the following new paragraphs:</text>

<quoted-block style="OLC" id="HB5921F15FA0D4B27A0AD7ADAC4FA07F6" display-inline="no-display-inline">

<paragraph id="H62C485C98C304113ACE4F0B7D60250FD"><enum>(3)</enum><text display-inline="yes-display-inline">A description of the process by which the Department of Defense investigates allegations of civilian casualties resulting from United States military operations, including how the Department incorporates information from interviews with witnesses, civilian survivors of United States operations, and public reports or other nongovernmental sources.</text></paragraph>

<paragraph id="H156C064568CD49099086A05A2BCA3DCE" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">A description ofâ€"</text>

<subparagraph id="H24448E81473B410AB0CF5A3D68BAD754" commented="no"><enum>(A)</enum><text>steps taken by the Department to mitigate harm to civilians in conducting such operations; and</text></subparagraph>

<subparagraph id="HCB6F1FB13054468988C92B4B7084DA3E" commented="no"><enum>(B)</enum><text>in the case of harm caused by such an operation to a civilian, any ex gratia payment or other assistance provided to the civilian or the family of the civilian.</text></subparagraph></paragraph>

<paragraph id="H29FD8462E3F44A2DA80A4B6B7060E98D"><enum>(5)</enum><text>A description of any allegations of civilian casualties made by public or non-governmental sources formally investigated by the Department of Defense.</text></paragraph>

<paragraph id="H2D7C411299FD4660AADC9ABA466EF1BC"><enum>(6)</enum><text display-inline="yes-display-inline">A description of the general reasons for any discrepancies between the assessments of the United States and reporting from nongovernmental organizations regarding non-combatant deaths resulting from strikes and operations undertaken by the United States.</text></paragraph>

<paragraph id="HAC4A4FC903144ED8BEFE625B5D6A8896"><enum>(7)</enum><text display-inline="yes-display-inline">The definitions of <quote>combatant</quote> and <quote>non-combatant</quote> used in the preparation of the report, which shall be consistent with the laws of armed conflict.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB5768B030FFD4F81852D3F2A705B184D"><enum>(2)</enum><text>in subsection (e), by striking <quote>five years</quote> and inserting <quote>seven years</quote>.</text></paragraph></subsection>

<subsection id="H64A6C248346F4F8C9D95102AD3A5B78C" display-inline="no-display-inline"><enum>(b)</enum><header>Classification</header><text>The Law Revision Counsel is directed to place such section 1057 in a note following section 113 of title 10, United States Code.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H57DA6D5D421D45D0899B478D34BC980A" section-type="subsequent-section"><enum>1704.</enum><header display-inline="yes-display-inline">Extension of requirement for briefings on the national biodefense strategy</header><text display-

inline="no-display-inline">Section 1086(d) of the National Defense Authorization Act for Fiscal year 2017 (Public Law 114â€"328; 130 Stat. 2423; 6 U.S.C. 104(d)) is amended by striking <quote>March 1, 2019</quote> and inserting <quote>March 1, 2025</quote>.</text></section>

<section id="H176594B16A1142D38B65D4F77B451724"><enum>1705.</enum><header>Authorization of appropriations for title III of the Defense Production Act of 1950</header>

<subsection id="HD616F598D0644F689D737FB9BAA3B0F3"><enum>(a)</enum><header>In general</header><text>Section 711 of the Defense Production Act of 1950 (50 U.S.C. 4561) is amended by adding at the end the following: <quote>In addition to the appropriations authorized by the previous sentence, there is authorized to be appropriated $117,000,000 for each of fiscal years 2020 through 2024 to carry out title III.</quote>.</text></subsection>

<subsection id="HAD1F4FF5D34645258C884D3B2A69DB13"><enum>(b)</enum><header>Annual briefing required</header><text>Not later than 180 days after the date of the enactment of this Act, and annually thereafter for five years, the Secretary of Defense, or the designee of the Secretary, shall brief the Committee on Financial Services of the House of Representatives and the Committee on Banking, Housing, and Urban Affairs of the Senate on activities undertaken in the preceding year with respect to title III of the Defense Production Act of 1950 (50 U.S.C. 4531 et seq.).</text></subsection></section>

<section id="HCB5D47294C824F6BB43E3A66BF536A4C"><enum>1706.</enum><header>Report on the Department of Defense plan for mass-casualty disaster response operations in the Arctic</header>

<subsection id="H256F2BBD3D3B4B5D93B1A2E4A371B280"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H1A60FA7EC7CD438092099B649F88385B"><enum>(1)</enum><text>the Department of Defense may be called upon to support the Coast Guard and other agencies of the Department of Homeland Security in responding to any mass-casualty disaster response operations in the Arctic;</text></paragraph>

<paragraph id="H0EBC8B5C19754EE387D921397A417035"><enum>(2)</enum><text>coordination between the Department of Defense and the Coast Guard might be necessary for responding to a mass-casualty event in the Arctic; and</text></paragraph>

<paragraph id="HB699A1A662A448A089971EDDB96BC4BD"><enum>(3)</enum><text>prior planning for Arctic mass-casualty disaster response operations will bolster the response of the Federal Government to a mass-casualty disaster in the Arctic environment.</text></paragraph></subsection>

<subsection id="H42D602B5C44F48E089D1BB906CE4879A"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall, in coordination with the Secretary of Homeland Security, submit to the appropriate committees of Congress a report on the plan of the Department of Defense for assisting mass-casualty disaster response operations in the Arctic.</text></subsection>

<subsection id="H8480BF503FEF49D1B4B3949EAF6BD067"><enum>(c)</enum><header>Elements</header><text>The report required by subsection (b) shall include the following:</text>

<paragraph id="H0D03763A10174A32B84170414246FF55"><enum>(1)</enum><text>A description of the assets that could be made available to support other agencies and departments of the Federal Government for mass-casualty disaster response operations in the Arctic.</text></paragraph>

<paragraph id="H59411FD3444743A392F577D52F7975D9"><enum>(2)</enum><text>A description and assessment of the command, control, and coordination relationships that would be useful to integrate rescue forces for such operations from multiple agencies and departments of the Federal Government.</text></paragraph>

<paragraph id="HCE38D0A6DCF44782BCE5ABFBDCC60180"><enum>(3)</enum><text>A description and assessment of the communications assets that could be made available in support of other agencies and departments of the Federal Government for communication and coordination in such operations.</text></paragraph>

<paragraph id="H9B132FC35E8A4C64A035AEF82B29D72B"><enum>(4)</enum><text>A description of any cooperative arrangements with Canada and other regional partners in providing rescue assets and infrastructure in connection with such operations.</text></paragraph>

<paragraph id="HF4AFF932F64D465C9DB08A6FE7841023"><enum>(5)</enum><text>A description of available medical infrastructure and assets that could be made available in support of other agencies and departments of the Federal Government for aeromedical evacuation in connection with such operations.</text></paragraph>

<paragraph id="H0D203DD878784C02872309327D4BC9EA"><enum>(6)</enum><text>A description of available shelter locations that could be made available in support of other agencies and departments of the Federal Government for use in connection with such operations, including the number of people that can be sheltered per location.</text></paragraph>

<paragraph id="H53AD94947C134543B5D21ADEF70F09ED"><enum>(7)</enum><text>An assessment of logistical challenges that evacuations from the Arctic in connection with such operations entail, including potential rotary and fixed-wing aircraft trans-load locations and onward movement requirements.</text></paragraph></subsection>

<subsection id="HF56491B4C3DD4932AFF5E7E196CDB33A"><enum>(d)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="HAB275DD599BE41A597629D1356D48965"><enum>(1)</enum><text>the Committee on Armed Services, the Committee on Homeland Security and Governmental Affairs, and the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph id="HD187D33C27DE4C26ABF67A326AA23DBF"><enum>(2)</enum><text>the Committee on Armed Services, the Committee on Homeland Security, and the Committee on Appropriations of the House of Representatives.</text></paragraph></subsection></section>

<section id="H060659262584475A8CB1720046100A38"><enum>1707.</enum><header>Transmittal to Congress of requests for assistance from other departments of the Federal Government that are approved by the Department of Defense</header>

<subsection id="HB7BAA3FE78DD4635B93FA0D464A2C126"><enum>(a)</enum><header>Requests following approval</header><text>Not later than seven calendar days after the Department of Defense approves a Request for Assistance from the Department of Homeland Security or the Department of Health and Human Services, the Secretary of Defense shall electronically transmit to the Committees on Armed Services of the Senate and the House of Representatives a copy of such Request for Assistance.</text></subsection>

<subsection id="H9BDA8633FD41456694BD64F74003825A"><enum>(b)</enum><header>Official responses to approved requests</header><text>At the same time the Secretary of Defense submits to the Secretary of Homeland Security or the Secretary of Health and Human Services an official response of the Department of Defense approving a Request for Assistance from the Department of Homeland Security or the Department of Health and Human Services, as applicable, the Secretary of Defense shall electronically transmit to the Committees on Armed Services of the Senate and the House of Representatives a copy of such official response.</text></subsection></section>

<section id="HB32FFC0440B24A78B39E4EF54680A379" section-type="subsequent-section"><enum>1708.</enum><header>Report and briefing on implementation of national defense strategy</header>

<subsection id="H6B4CBFCA5DAF456BAFC0ACFC266B964E"><enum>(a)</enum><header>Report and briefing</header><text display-inline="yes-display-inline">In addition to the assessment required under section 113(g)(1)(F) of title 10, United States Code, by not later than April 30, 2020, the Secretary of Defense shall submit to the congressional defense committees a report, and provide an accompanying briefing, on the implementation of the national defense strategy required under section 113(g) of title 10, United States Code. Such report and briefing shall include each of the following:</text>

<paragraph id="H42E7601EB012429A85465FBE9745531B"><enum>(1)</enum><text>An explanation of the joint operational concepts to deter and, if necessary, to defeat strategic competitors, includingâ€"</text>

<subparagraph id="H79B03BF377C14C6BA3B4D930AF875A59"><enum>(A)</enum><text>an

evaluation of the risks associated with the employment of such joint operational concepts;</text></subparagraph>

<subparagraph id="HB7C779553A2246E8BF1809E559895EDA"><enum>(B)</enum><text>the ways of adapting innovative joint operational concepts to strategically significant scenarios;</text></subparagraph>

<subparagraph id="H8DD8F3C027704386A7D3C3063D572571"><enum>(C)</enum><text>the ways that such joint operational concepts address operational challenges to achieve advantages against strategic competitors in the nuclear, space, and cyber domains; and</text></subparagraph>

<subparagraph id="H8D3AC0E831BF40FB8943558FF833E86D"><enum>(D)</enum><text>the employment of the force in peacetime to dissuade strategic competitors from conducting malign activities below the threshold of open warfare, including an evaluation of the use of Dynamic Force Employment and the Global Operating Model.</text></subparagraph></paragraph>

<paragraph id="H7B73AEA212F841C1952DCB90ACAD6C1B"><enum>(2)</enum><text>The force posture changes and the United States defense investments required to implement the national defense strategy. </text></paragraph>

<paragraph id="H2C9976F241824FD0B1EB97ACDA45CBA4"><enum>(3)</enum><text>Adjustments to research and development projects and programs of record, including any additions, deletions, or modifications intended to align force management, including Joint Force development and design, required to implement the national defense strategy.</text></paragraph>

<paragraph id="H7B86E4E2E0314D5A88DB45AB7354DFF0"><enum>(4)</enum><text>An assessment of the personnel and organizational changes required to implement the national defense strategy.</text></paragraph>

<paragraph id="HCC9AFF0090F54B7C8BAE3508A1C173DE"><enum>(5)</enum><text>The resources and defense investments necessary to support the operational concepts and their implementation.</text></paragraph></subsection>

<subsection id="HB7D273E5B19D455581FAB8DE0B13A2A0"><enum>(b)</enum><header>Independent studies</header>

<paragraph id="H32323AE24752429698C8AECC77C51858"><enum>(1)</enum><header>Studies required</header>

<subparagraph id="H3AE1CFD2863045A497431A22C6355DD1"><enum>(A)</enum><header>In general</header><text>The Secretary of Defense shall provide for the performance of two independent studies on the development of joint operational concepts within the Department of Defense in accordance with this subsection.</text></subparagraph>

<subparagraph id="H4DE5FD3A5ED848C1BA03AD939B20343F"><enum>(B)</enum><header>Submittal to congress</header><text>Not later than October 1, 2020, the Secretary shall submit to the congressional defense committees the results of each study required under subparagraph (A).</text></subparagraph>

<subparagraph id="H86BE149DE2C347FE98A5F21702177801"><enum>(C)</enum><header>Form</header><text>Each study required under subparagraph (A) shall be submitted in unclassified form, but may include a classified annex.</text></subparagraph></paragraph>

<paragraph id="H31ECECEE054C40B7943E887E77A2F968"><enum>(2)</enum><header>Entities to perform studies</header><text>The Secretary shall provide for the studies under paragraph (1) to be performed as follows:</text>

<subparagraph id="HFF41C393B4C54648A7CB1AA353FD45AA"><enum>(A)</enum><text>One study shall be performed by a federally funded research and development center.</text></subparagraph>

<subparagraph id="H5244FBF5F2994B5287348318E28E13B1"><enum>(B)</enum><text>One study shall be performed by an independent, non-governmental institute, which is described in section 501(c)(3) of the Internal Revenue Code of 1986 and which is exempt from taxation under section 501(a) of such Code, and which has recognized credentials and expertise in national security and military affairs.</text></subparagraph></paragraph>

<paragraph id="HF18C7295F1064E7198663C836C2B72FE"><enum>(3)</enum><header>Performance

of studies</header>

<subparagraph id="H31C891D422344025B6369644A721766E"><enum>(A)</enum><header>Independent performance</header><text>The Secretary shall require the studies required under this subsection to be conducted independently of one another.</text></subparagraph>

<subparagraph id="H587AB76DE8F4433FBCDBC85DB0D7F2EE"><enum>(B)</enum><header>Matters to be considered</header><text>In performing a study under this subsection, the organization performing the study shall consider the following matters:</text>

<clause id="HF972138A4CC84412A9F4805017EE3EBD"><enum>(i)</enum><text display-inline="yes-display-inline">An assessment of the Department of Defense Capstone Concept of Joint Operations process to define, develop, and improve joint operational concepts.</text></clause>

<clause id="H5974517EC4D94EC7A20B0323F4379E8A"><enum>(ii)</enum><text>An evaluation of how the Department is validating new joint operational concepts through experimentation and military exercises.</text></clause>

<clause id="H00A7F3FD45D54C26A730948336792E37"><enum>(iii)</enum><text>The effectiveness of joint operational concepts to accomplish the objective of deterring and defeating strategic competitors, including an evaluation of the risks associated with each joint operational concept.</text></clause>

<clause id="H74F1F88BC58848AFAF554D0899DA414D"><enum>(iv)</enum><text>The ability of joint operational concepts to promote or to effectuate strategic objectives, defense policies, and budgetary priorities.</text></clause>

<clause id="HAE60DDCF123445708E3E6C2EF7FB651E"><enum>(v)</enum><text>Recommendations to alter or improve joint operational concepts.</text></clause>

<clause id="H96463DCD30164C1F9C58DE0955183D4C"><enum>(vi)</enum><text>Such other matters as the Secretary of Defense determines to be appropriate.</text></clause></subparagraph></paragraph></subsection></section>

<section id="H179DB4BA5D88499286B557F33D0AAAD0"><enum>1709.</enum><header>Actions to increase analytic support</header>

<subsection id="HB0B3C1D2177346FE80838DA33B8BA556"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall direct the Under Secretary of Defense for Policy, the Director of the Joint Staff, and the Director of Cost Assessment and Program Evaluation, in consultation with the Secretary of each of the military services, to jointly develop and implement a plan to strengthen the analytic capabilities, expertise, and processes necessary to implement the national defense strategy, as required under section 113(g) of title 10, United States Code.</text></subsection>

<subsection id="HE7E111B0A48B49CAA15616EAE0487459"><enum>(b)</enum><header>Elements</header><text>The plan under subsection (a) shall includeâ€"</text>

<paragraph id="H7699D1FD55F64BC39CD31D1A0E7213CA"><enum>(1)</enum><text>an assessment of the decision support capability of the Department of Defense to support decision-making, specifically the analytic expertise available to inform senior leader decisions that link national defense strategy objectives with approaches to competing effectively across the full spectrum of engagement against strategic competitors;</text></paragraph>

<paragraph id="H72C87431BC2C4C45A7CFA5F756FD7F2D"><enum>(2)</enum><text>an analytic approach to force structure development, including an assessment of the major elements, products, and milestones of the force planning process of the Department;</text></paragraph>

<paragraph id="H4F5744DDA9FA468AB729123C8886B0AB"><enum>(3)</enum><text display-inline="yes-display-inline">the conclusions and recommendations of the Defense Planning and Analysis Community initiative;</text></paragraph>

<paragraph id="H98F5402F31CA461CA2E69F375503D8D1"><enum>(4)</enum><text>the progress of the Department in implementing the recommendations of the Comptroller General of the United States set forth in Government Accountability Office Report (GAO-19-40C);

</text></paragraph>

<paragraph id="H3AD6E5113B284B8196B8C7DBF48221C7"><enum>(5)</enum><text>the progress of the Under Secretary, the Chairman of the Joint Chiefs of Staff, and the Director of Cost Assessment and Program Evaluation in implementing paragraph (5) of section 134(b) of title 10, United States Code, as added by section 902(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115-232); and</text></paragraph>

<paragraph id="HE9C6ABD76E424FD2A010B25D95C497F9"><enum>(6)</enum><text>such other matters as the Secretary of Defense determines to be appropriate.</text></paragraph></subsection>

<subsection id="H6FDF4EA02F764B0ABBE3C9BBF29D6B27"><enum>(c)</enum><header>Briefing required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall provide to the congressional defense committees a briefing on the plan under subsection (a).</text></subsection></section>

<section id="HBBF92E7D64FE4906AE2A9C135DFF4F2B"><enum>1710.</enum><header>Inclusion of certain individuals investigated by Inspectors General in the semiannual report</header><text display-inline="no-display-inline">Section 5(a)(19) of the Inspector General Act of 1978 (Public Law 95â€"452; 5 U.S.C. App.) is amended by inserting <quote>the name of the senior government official (as defined by the department or agency) if already made public by the Office, and</quote> after <quote>including</quote>.</text></section>

<section id="HBD1DBF74F93248179B3A738A47124244" section-type="subsequent-section"><enum>1711.</enum><header>Annual report on Joint Military Information Support Operations Web Operations Center</header>

<subsection id="H468F925D47D544C2BAF357C512CC1958"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than March 1 of 2020, and each subsequent year until the termination date specified in subsection (c), the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and the Commander of United States Special Operations Command shall jointly submit to the congressional defense committees a report on the activities of the Joint Military Information Support Operations Web Operations Center (hereinafter referred to as the <quote>JMWC</quote>) during the most recently concluded fiscal year.</text></subsection>

<subsection id="H30CD5904242346D5BAA2A605D5ED252E"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include each of the following, for the fiscal year covered by the report:</text>

<paragraph id="HE561B296F6C84353BF3B5BAE3A54A842"><enum>(1)</enum><text display-inline="yes-display-inline">Definitions of initial operating capability and full operational capability as such terms relate to the JMWC.</text></paragraph>

<paragraph id="H45FDF025E1E44D6AB56018CA3FB59982"><enum>(2)</enum><text>A detailed description of all activities conducted or planned to be conducted toward achieving initial operating capability and full operational capability of the JMWC.</text></paragraph>

<paragraph id="HC646AE172CFD46008EB12A2EC6CBB958"><enum>(3)</enum><text>A list of all associated funding requested for each program element for achieving initial operating capability and full operational capability.</text></paragraph>

<paragraph id="H1D20437FD6A44D249158AEF59BD260B1"><enum>(4)</enum><text>A detailed description of validated doctrine, organization, training, materiel, leadership and education, personnel, facilities, and policy requirements relating to establishment and operation of the JMWC.</text></paragraph>

<paragraph id="H2AFDD56FE1734DC4958FC729372CD14A"><enum>(5)</enum><text>A description of current JMWC capabilities, including information technology infrastructure and contractual arrangements.</text></paragraph>

<paragraph id="HDF25B63D15F44B32BC117FBF8800D02E"><enum>(6)</enum><text>A list of all physical locations hosting JMWC capabilities.</text></paragraph>

<paragraph id="H759E22167AB34C2DAB2A7BB51356BB1B"><enum>(7)</enum><text>The number of

military, contractor, and civilian personnel associated with the JMWC and any affiliated agency, service, or other Department of Defense entity.</text></paragraph>

<paragraph id="H79744D855EDA4E90985995617D045771"><enum>(8)</enum><text>A description of the JMWC personnel organizational structure.</text></paragraph>

<paragraph id="HE6ACCB47E2424C65A0E7A7531A1D4478"><enum>(9)</enum><text display-inline="yes-display-inline">An identification of inherently governmental functions relating to administration of the JMWC and execution of Military Information Support Operations (hereinafter referred to as <quote>MISO)</quote> programs enabled by the JMWC.</text></paragraph>

<paragraph id="H4538BD35DCAA440AABF077D304D342C7"><enum>(10)</enum><text>A detailed description of frameworks, metrics, and capabilities to measure the effectiveness of MISO programs enabled by the JMWC.</text></paragraph>

<paragraph id="HCC4FCEA98A4D4893B80739A788D7C8A6"><enum>(11)</enum><text>A list of all associated funding requested by program element from each of the geographic combatant commanders for MISO programs enabled by the JMWC and a description of such MISO activities.</text></paragraph>

<paragraph id="H22CF447B5ADF4CCC9B775674AAFA5088"><enum>(12)</enum><text>An assessment of the effectiveness of MISO programs enabled by the JMWC.</text></paragraph>

<paragraph id="H2946D19AAB4D4C2BB5E34BDA5467C531"><enum>(13)</enum><text>A description of efforts and activities conducted to share best practices and leverage lessons learned across the Department of Defense relating to MISO programs enabled by the JMWC, as well as a description of such best practices and lessons learned.</text></paragraph>

<paragraph id="HE0554DE8BFE14685B60C9BF36E8D3700"><enum>(14)</enum><text>An identification of liaisons and detailees to the JMWC from agencies and elements of the Department of Defense and other elements of the Federal Government.</text></paragraph>

<paragraph id="H6D7DB82E2FCB4F1FB51B110D795DB06D"><enum>(15)</enum><text>Activities and efforts conducted to synchronize and deconflict MISO programs within the Department of Defense and with interagency and international partners related to strategic communications, as appropriate.</text></paragraph>

<paragraph id="HB1D837746B584AC4B58160606F151C02"><enum>(16)</enum><text>Such other information as the Assistant Secretary and the Commander determine appropriate.</text></paragraph></subsection>

<subsection id="H4E59193D5DA9448EA1197C8DF9E3AD02"><enum>(c)</enum><header>Termination</header><text>The requirement to submit a report under this section shall terminate on January 1, 2025.</text></subsection></section>

<section id="HB79D1451CB9E40FCBDE9D2FD69D82041" section-type="subsequent-section"><enum>1712.</enum><header>Mobility capability requirements study</header>

<subsection id="HA8CD75A5C76C44988A4847D8B91DEA7E"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shall conduct a study of the end-to-end, full-spectrum mobility requirements to fulfill the national defense strategy required by section 113(g) of title 10, United States Code, for 2018. Such study shall be completed not later than January 1, 2021.</text></subsection>

<subsection id="HCA4B47669DAC4A0D871BDBCC3255D4C4"><enum>(b)</enum><header>Elements of study</header><text>The study required under subsection (a) shall include each of the following:</text>

<paragraph id="H2D83D6C6893F4035B7E9AF71551C45B7"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the ability of the programmed airlift aircraft, tanker aircraft, sealift ships, and key mobility enablers to meet the integrated mobility requirements in expected strategic environments, as defined by the guidance in such national defense strategy.</text></paragraph>

<paragraph id="H44C66F2DB309454CA57EEC50D0D0276E"><enum>(2)</enum><text>An identification, quantification, and description of the associated risk-to-mission (as

defined by Chairman of the Joint Chiefs of Staff Manual 3105.01, Joint Risk Analysis) required to fulfill such strategy, includingâ€"</text>

<subparagraph id="H8525C613D7C941A69A46EC4B0C3A2D81"><enum>(A)</enum><text>as assessment of risk-to-mission associated with achieving strategic and operational objectives using the programmed airlift aircraft, tanker aircraft, sealift ships, and key mobility enablers; and</text></subparagraph>

<subparagraph id="HA15397C9980B41049E810B3AEDD98DC1"><enum>(B)</enum><text>a description of the combinations of airlift aircraft, tanker aircraft, sealift ships, and key mobility enabler requirements and capabilities that provide low, moderate, significant, and high levels of risk-to-mission to fulfill such strategy.</text></subparagraph></paragraph>

<paragraph id="HB580CC31D49B4A56943E3EED43576D0D"><enum>(3)</enum><text display-inline="yes-display-inline">An identification of any mobility capability gaps, shortfalls, overlaps, or excesses, includingâ€"</text>

<subparagraph id="H7DEAED8A055D40739FB6C1633FFCB253"><enum>(A)</enum><text>an assessment of associated risks with respect to the ability to conduct operations; and</text></subparagraph>

<subparagraph id="HE41061D6364C4FD58EECEDDD2E5B3D24"><enum>(B)</enum><text>recommended mitigation strategies where possible.</text></subparagraph></paragraph>

<paragraph id="H80FEE0A9ACAF4CA3958841230A9AE793"><enum>(4)</enum><text display-inline="yes-display-inline">The articulation of all key assumptions and decisions made and excursions examined in conducting the study with respect toâ€"</text>

<subparagraph id="HDE18E581FA654ECAAFC6C8D97F19323C"><enum>(A)</enum><text>risk;</text></subparagraph>

<subparagraph id="H2E4035DA126D49BB9E5EE66A801DAAD4"><enum>(B)</enum><text>programmed forces and infrastructure;</text></subparagraph>

<subparagraph id="H3025543289744176A35144517C66F0C2"><enum>(C)</enum><text>the availability of commercial airlift and commercial United States sealift capabilities and resources, when applicable;</text></subparagraph>

<subparagraph id="HF54AAAA46BC043ECAB9A4288181ED35D"><enum>(D)</enum><text>aircraft usage rates, aircraft mission availability rates, aircraft mission capability rates, aircrew ratios, aircrew production, and aircrew readiness rates;</text></subparagraph>

<subparagraph id="H99C0C21B6FF740FC9BB236E7940C2DDE"><enum>(E)</enum><text>readiness, crewing, and activation rates for sealift ships;</text></subparagraph>

<subparagraph id="H070CEE26E3724D079E3D056E76B2B4E9"><enum>(F)</enum><text display-inline="yes-display-inline">prepositioning, forward stationing, seabasing, engineering, and infrastructure;</text></subparagraph>

<subparagraph id="H5F65582F885D4C508CAE17B9C413E82C"><enum>(G)</enum><text>demand signals used to represent missions described in the national defense strategy for 2018, in competition and wartime;</text></subparagraph>

<subparagraph id="H4D7F8476251B448A8BA0EFB3E303EDBD"><enum>(H)</enum><text>concurrency and global integration of demand signals;</text></subparagraph>

<subparagraph id="H81B99225F45040D4842B4F30DBD26A17"><enum>(I)</enum><text>integrated global presence and basing strategy;</text></subparagraph>

<subparagraph id="H114B30822CE840ABBB0E9F0CAC261AA1"><enum>(J)</enum><text>host nation or third-country support;</text></subparagraph>

<subparagraph id="H34AB3AD0C52C41C79E9E457CF98C745F"><enum>(K)</enum><text>adversary actions to degrade and disrupt United States mobility operations;</text></subparagraph>

<subparagraph id="HDF71480EC4594EAF81CB8622D44A0E5C" display-inline="no-display-inline"><enum>(L)</enum><text display-inline="yes-display-inline">adversary actions that threaten freedom of navigation on international waterways, including attacks on foreign ships and crews;</text></subparagraph>

<subparagraph id="H2539F7178826457892D968C0104959DC"><enum>(M)</enum><text>aircraft being used for training or undergoing depot maintenance or modernization or ships undergoing depot maintenance;</text></subparagraph>

<subparagraph id="HC3B78F61E7FA41FF86A3DC374E79FB46"><enum>(N)</enum><text>mobility enabling forces availability, readiness, and use;</text></subparagraph>

<subparagraph id="H3C5C4807C2BA4CEAB6C3DCB401E86918"><enum>(O)</enum><text>logistics concept of operations, including any support concepts, methods, combat support forces, and combat service support forces, that are required to enable the projection and enduring support to forces both deployed and in combat for each analytic scenario;</text></subparagraph>

<subparagraph id="H3BDA0B7EBA7848E281FDE331680AE722"><enum>(P)</enum><text>anticipated attrition rates for the assessed force structure; and</text></subparagraph>

<subparagraph id="HCAD5E70EBBC945AA967F6D830D04170A"><enum>(Q)</enum><text>such other matters as the Commander determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H515397462AA14BB5A2C52A91A0DA75DD" commented="no"><enum>(5)</enum><text>Such other elements as the Commander determines appropriate.</text></paragraph></subsection>

<subsection id="HA8626804C88147A784CA048CDB8E546B"><enum>(c)</enum><header>Reports and briefings</header>

<paragraph id="H57E32AC17E8D40159A0699303B4BBF69"><enum>(1)</enum><header>Interim report and briefing</header><text>Not later than June 1, 2020, the Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shallâ€"</text>

<subparagraph id="H4E9C54DED4DB48CAA3C4A8A7307BB876"><enum>(A)</enum><text>submit to the congressional defense committees an interim report on the study; and</text></subparagraph>

<subparagraph id="H4A2B8E2A5E9B4357A940302309402937"><enum>(B)</enum><text>provide to such committees a briefing on the report.</text></subparagraph></paragraph>

<paragraph id="H668DFBF8C23345DEBBDE9FEA26245E7C"><enum>(2)</enum><header>Final report and briefing</header><text>Not later than January 1, 2021, the Commander of the United States Transportation Command, in coordination with the Chairman of the Joint Chiefs of Staff, the Secretaries of the military departments, and the commanders of the combatant commands, shallâ€"</text>

<subparagraph id="HA1690F8A208147CAB99464E5B76FC0E3"><enum>(A)</enum><text>submit to the congressional defense committees a final report on the study; and</text></subparagraph>

<subparagraph id="H6E3AD1022FCE4B04BFA215E98D10F0AF"><enum>(B)</enum><text display-inline="yes-display-inline">provide to such committees a briefing on the report.</text></subparagraph></paragraph>

<paragraph id="HCAA30A5A66D3406E96841DA26D207E5B"><enum>(3)</enum><header>Form of reports</header><text>The reports required by paragraphs (1) and (2) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection id="H3E559E31DD1E46168A249A3C8937A10D"><enum>(d)</enum><header>Definition of sealift ship</header><text>In this section, the term <quote>sealift ship</quote> includes surge sealift vessels, tanker vessels, and non-governmental vessels incorporated as part of the maritime logistics enterprise.</text></subsection></section>

<section id="H8C4CE78DC8C2473DAC9A6D9C2DF4AFAE"><enum>1713.</enum><header>Assessment of special operations force structure</header>

<subsection id="H1619DA71F0554ED29BA380148E41E166"><enum>(a)</enum><header>Assessment</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center for the conduct of an

independent assessment of the force structure and roles and responsibilities of special operations forces.</text></subsection>

<subsection id="H42DC8BBFF5C14A9183B2DC6144D16B14"><enum>(b)</enum><header>Matters to be considered</header><text>In performing the assessment under this section, the federally funded research and development center shall consider the following matters:</text>

<paragraph id="H65EA399E1308483D92A141E520E6C0B9"><enum>(1)</enum><text display-inline="yes-display-inline">The most recent national defense strategy under section 113(g) of title 10, United States Code.</text></paragraph>

<paragraph id="HDB976619E01A4D1DA04CC875D0EF18DF"><enum>(2)</enum><text>Special operations activities, as described in section 167(k) of title 10, United States Code.</text></paragraph>

<paragraph id="HBCC0A2A8AE3343E1B1AA9D02FBB51FC6"><enum>(3)</enum><text>Potential future national security threats to the United States.</text></paragraph>

<paragraph id="H24486F8C705A42349B42451CEDF02D69"><enum>(4)</enum><text>Ongoing counterterrorism and contingency operations of the United States.</text></paragraph>

<paragraph id="H5F8A93919103469CA93DAD2456A1E2C8"><enum>(5)</enum><text>The demand for special operations forces by geographic combatant commanders for security cooperation, exercises, and other missions that could be executed by conventional forces.</text></paragraph>

<paragraph id="H8935D4318B274CAF9FE0A86E4C3ECEC9"><enum>(6)</enum><text>Other government and non-government analyses that would contribute to the assessment through variations in study assumptions or potential scenarios.</text></paragraph>

<paragraph id="H599C2644B3CB4060B2796E700E64CD4A"><enum>(7)</enum><text>The role of emerging technology on special operations forces.</text></paragraph>

<paragraph id="HD3BECEBF73FE4EB7B80C78094BFDDA37"><enum>(8)</enum><text>Opportunities for reduced operation and sustainment costs of special operations.</text></paragraph>

<paragraph id="H17D866A70D1643ECB936932AACCF9F85"><enum>(9)</enum><text>Current and projected capabilities of other United States Armed Forces that could affect force structure capability and capacity requirements of special operations forces.</text></paragraph>

<paragraph id="H7D74ADD44D164E769B21D4C432C02016"><enum>(10)</enum><text>The process by which United States Special Operations Command determines force size and structure.</text></paragraph>

<paragraph id="H275BC1A5909F49FA809E0C95E42AD666"><enum>(11)</enum><text>The size, composition, and organizational structure of United States Special Operations Command headquarters and subordinate headquarters elements.</text></paragraph>

<paragraph id="HB09F712167DA455ABCF881DB2296CB70"><enum>(12)</enum><text>The readiness of special operations forces for assigned missions and future conflicts.</text></paragraph>

<paragraph id="H7CF8BCB99F4B47739596ADF58588D09B"><enum>(13)</enum><text>The adequacy of special operations force structure for meeting the goals of the National Military Strategy under section 153(b) of title 10, United States Code.</text></paragraph>

<paragraph id="H521C9EC7A34A4C4F8560D692E025465B"><enum>(14)</enum><text>Any other matters deemed relevant.</text></paragraph></subsection>

<subsection id="H425EF3FCB70C4CDF8510337A5D9E86C5"><enum>(c)</enum><header>Assessment results</header><text>The results of the assessment under this section shall include each of the following:</text>

<paragraph id="H7219D1A29084412690C189063CD79DAD"><enum>(1)</enum><text>Considerations and recommendations for improving the readiness of special operations forces.</text></paragraph>

<paragraph id="H28FE8FC06C1F497A90E1202710B94CFD"><enum>(2)</enum><text>Alternative headquarters and force structure options to reduce administrative costs and enhance operational effectiveness.</text></paragraph>

<paragraph id="H05E19F1A11144B8297C2A61C5371E194"><enum>(3)</enum><text>Legislative recommendations with respect to section 167 of title 10, United States Code, and other relevant provisions of law.</text></paragraph></subsection>

<subsection id="HF377D69E1F324EFE82CEAD8B615173A7"><enum>(d)</enum><header>Submission to Congress</header><text display-inline="yes-display-inline">Not later than July 1, 2020, the Secretary shall submit to the congressional defense committees an unaltered copy of the assessment required under subsection (a) together with the views of the Assistant Secretary of Defense for Special Operations and Low-Intensity Conflict and the Commander of United States Special Operations Command on the assessment and the recommendations included in the assessment.</text></subsection></section>

<section id="HD3410F3A655D4862AFDDEE7CB49D6D95"><enum>1714.</enum><header>Army aviation strategic plan and modernization roadmap</header>

<subsection id="H6768FAF657424DC192EFDD22A270117F"><enum>(a)</enum><header>Strategic plan and modernization roadmap</header>

<paragraph id="H25867A74D67347B99BD311E1858EA073"><enum>(1)</enum><header>In general</header><text>The Secretary of the Army shall develop a comprehensive strategic plan for Army aviation, which shallâ€"</text>

<subparagraph id="H7E63BB6929D145869665C7D9F49277D9"><enum>(A)</enum><text>ensure the alignment between requirements, both current and future, and Army budget submissions to meet such requirements; and</text></subparagraph>

<subparagraph id="H2084910D70564243A66B3954F72D883A"><enum>(B)</enum><text>inform the preparation of future defense program and budget requests by the Secretary, and the consideration of such requests by Congress.</text></subparagraph></paragraph>

<paragraph id="H5FCA93E71B364FD7B4A7A920CB7FD900"><enum>(2)</enum><header>Elements</header><text>The plan required by paragraph (1) shall include the following:</text>

<subparagraph id="HD25C46AB303E46398EF41754981BCBEE"><enum>(A)</enum><text>An assessment of all missions for Army aviation, both current missions and those missions necessary to support the national defense strategy and the U.S. Army in Multi-Domain Operations 2028 concept.</text></subparagraph>

<subparagraph id="HAF1558E40CD347CCB9E427A803CB1AFB"><enum>(B)</enum><text>An analysis of platforms, capabilities, and capacities necessary to fulfill such current and future Army aviation missions.</text></subparagraph>

<subparagraph id="HC886D61F129E45BFBA9CE68C1956680C"><enum>(C)</enum><text>The anticipated life cycle budget associated with each platform, capability, and capacity requirement for both current and future requirements.</text></subparagraph>

<subparagraph id="H4DC2BA08D22C4D269ABB42E56A797B49"><enum>(D)</enum><text>An analysis showing operational, budget, and schedule trade-offs between sustainment of currently fielded capabilities, modernization of currently fielded capabilities, and development and production of new capabilities.</text></subparagraph></paragraph></subsection>

<subsection id="HD151981675234CE5AA30B277F9168849"><enum>(b)</enum><header>Report to Congress</header><text>Not later than March 30, 2020, the Secretary of the Army shall submit to the congressional defense committees a report containingâ€"</text>

<paragraph id="H82CBC678DC86488D8129E6096C22B25F"><enum>(1)</enum><text>the comprehensive strategic plan required by subsection (a); and</text></paragraph>

<paragraph id="H3E0B0DE5F95E41278CD999CD3B910D36"><enum>(2)</enum><text>a sustainment and modernization plan for carrying out such strategic plan through fiscal year 2028.</text></paragraph></subsection></section>

<section id="H76D5485E00AB4180AA0DA073FBF5FFC5" section-type="subsequent-section"><enum>1715.</enum><header>Report on ground-based long-range artillery to counter land and maritime threats</header>

<subsection id="H6B8A3AFA0F174022BCFEB96E06557B2C"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and House of Representatives a report on the efforts by the Army and Marine Corps to develop and deploy ground-based long-range rocket and cannon artillery to counter land

and maritime threats.</text></subsection>

<subsection id="H2CEEB29688764535BC2AA98E41404B7F"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include each of the following:</text>

<paragraph id="H27F1E86B97394D51A4B41A3B2AA79676"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of ongoing and future Army and Marine Corps efforts to develop and deploy ground-based long-range rocket and cannon artillery to counter land and maritime fires in the areas of operations of United States Indo-Pacific Command and United States European Command.</text></paragraph>

<paragraph id="HEE0A46D558D145DC98023300E1232327"><enum>(2)</enum><text>An assessment of and recommendations for how the Department of Defense can improve the development and deployment of such artillery.</text></paragraph>

<paragraph id="H1EA97795EE97452CAB6610F971F60DF0"><enum>(3)</enum><text display-inline="yes-display-inline">An analysis, assessment, and determination of how such artillery employed in support of the United States and allied forces will be stationed, deployed, operationally positioned, and controlled to operate effectively against potential adversaries throughout the depth of their tactical, operational, and strategic formations, including any recommendations of the Secretary regarding how such capabilities and support could be enhanced.</text></paragraph></subsection>

<subsection id="HE77ED3FC5ED3450C83F47253654B202D"><enum>(c)</enum><header>Form of report</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may contain a classified annex.</text></subsection></section>

<section id="H585B9E4749524E5BA8B8C11D553B3A0E" section-type="subsequent-section"><enum>1716.</enum><header>Independent review of transportation working-capital fund</header>

<subsection id="H6A23B7C0FEAF45638FE22F7D2C0CBE33"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretary of each of the military departments, shall enter into a contract with a federally funded research and development center for the conduct of an independent review of the transportation working-capital fund (hereinafter referred to as the <quote>TWCF</quote>) of the United States Transportation Command.</text></subsection>

<subsection id="HC55A6371A2784F74A94A694EDA6A0CF7"><enum>(b)</enum><header>Matters for inclusion</header><text>The review conducted under subsection (a) shall include each of the following:</text>

<paragraph id="H9A0C7474F1904A959CE112AEC5F1370A"><enum>(1)</enum><text>The viability of the TWCF as it is structured as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="HA7A1D9F6AF194969BB2FA84A878236D3"><enum>(2)</enum><text>An assessment of any instances in which excess TWCF funds were used for procurement or modernization efforts that would not otherwise have been funded using amounts made available for operation and maintenance.</text></paragraph>

<paragraph id="HBEAF2D149E084296A199B2EFEE3091AF"><enum>(3)</enum><text>Recommendations for how the TWCF could be restructured in order to make the fund more effective and efficient.</text></paragraph>

<paragraph id="H4564AB07F5964FF1BF0CD2F2985E0EDD"><enum>(4)</enum><text>Potential alternative funding mechanisms for certain components of the TWCF, including the channel system.</text></paragraph>

<paragraph id="H76E7FACE7BE148038F965039B8D365B7"><enum>(5)</enum><text>Any other matters the Secretaries jointly determine appropriate.</text></paragraph></subsection>

<subsection id="H1659498ED7C9460D9AB3CDF021B2CB70"><enum>(c)</enum><header>Report</header><text>Not later than March 1, 2021, the Secretary of Defense and the Secretary of each of the military departments shall jointly submit the to the congressional defense committees a copy of the review conducted under subsection (a).</text></subsection></section>

<section id="H601A9819FA75416495FD40DA77F0C3AB" section-type="subsequent-

section"><enum>1717.</enum><header>Geographic command risk assessment of proposed use of certain aircraft capabilities</header>

<subsection id="HD8171E9A24E048FEB2107C0FD02CC48C"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than March 31, 2020, each commander of a geographic combatant command shall submit to the congressional defense committees a report containing an assessment of the level of operational risk to that command posed by the plans of the Department of the Navy and Department of the Air Force to provide a mix of fifth generation and advanced fourth generation tactical aircraft capabilities to meet near-, mid-, and far-term contingency and steady-state operational requirements against adversaries in support of the objectives of the 2018 national defense strategy.</text></subsection>

<subsection id="H19F79DF4150B4956A86720E39B1D314D"><enum>(b)</enum><header>Assessment of risk</header><text>In assessing levels of operational risk under subsection (a), a commander shall use the military risk matrix of the Chairman of the Joint Chiefs of Staff, as described in CJCS Instruction 3401.01E.</text></subsection>

<subsection id="H911A2B93918B46F5B154249723D6D82E"><enum>(c)</enum><header>Geographic combatant command</header><text>In this section, the term <quote>geographic combatant command</quote> means each of the following:</text>

<paragraph id="HA6711D15FAA346549A307DE52C32EC07"><enum>(1)</enum><text>United States European Command.</text></paragraph>

<paragraph id="H120E9DC3C4964F38B1C3508FF1725A24"><enum>(2)</enum><text display-inline="yes-display-inline">United States Indo-Pacific Command.</text></paragraph>

<paragraph id="H130AF2AEF26442E58F29AC88968BB856"><enum>(3)</enum><text>United States Africa Command.</text></paragraph>

<paragraph id="H7A661A651CDD4EEDAA003501DE26F3E7"><enum>(4)</enum><text>United States Southern Command.</text></paragraph>

<paragraph id="H52A3D64327914CB09116DA65AF94511D"><enum>(5)</enum><text>United States Northern Command.</text></paragraph>

<paragraph id="HF39F766C05A44B41896E35D683703440"><enum>(6)</enum><text>United States Central Command.</text></paragraph></subsection></section>

<section id="HA539C32C015C41979FC5C728DF29398F"><enum>1718.</enum><header>Report on backlog of personnel security clearance adjudications</header>

<subsection id="H3E074EEA6E7F4DFCAFC18F59EA3EE4D8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, and quarterly thereafter for three years, the Security Executive Agent, in coordination with members of the Performance Accountability Council established pursuant to Executive Order 13467, shall submit to Congress a report on the backlog of personnel security clearance adjudications conducted by all Government agencies that adjudicate decisions for security clearances. Such report shall includeâ€"</text>

<paragraph id="HEA92748F747C4435AB2FA5AD74AEEBBF"><enum>(1)</enum><text>the size of the backlog of personnel security clearance adjudications, by agency, for the fiscal quarter preceding the quarter during which the report is submitted; </text></paragraph>

<paragraph id="HBC051BC35D6742E0AC5351334171A04E"><enum>(2)</enum><text>the average length of time, for each security clearance sensitivity level, to carry out an initial adjudication and an adjudication following a periodic reinvestigation, by agency;</text></paragraph>

<paragraph id="HD96DC4B2D57748C891F8B57312556321"><enum>(3)</enum><text>the number of cases referred to the Consolidated Adjudication Facility of the Department of Defense; </text></paragraph>

<paragraph id="HF76B8F5C6EF14255B60B993EF36FE41B"><enum>(4)</enum><text display-inline="yes-display-inline">the number of initial investigations adjudicated by the Consolidated Adjudication Facility;</text></paragraph>

<paragraph id="HF756224D54414B979C2591AB2A880318"><enum>(5)</enum><text>the number of periodic reinvestigations adjudicated by the Consolidated Adjudication Facility;</text></paragraph>

<paragraph id="H31756A659A6B48CAB2D5D074484F2FB2"><enum>(6)</enum><text>the number of cases adjudicated by the Consolidated Adjudication Facility stemming from participation in a continuous evaluation program;</text></paragraph>

<paragraph id="HE4FC5D4A50E24D99A0BD37013866BAB6"><enum>(7)</enum><text>the number of personnel enrolled in a continuous evaluation program as opposed to subject to a periodic reinvestigation;</text></paragraph>

<paragraph id="H3A2E9CDD4175457F9EA10977E2578A9B"><enum>(8)</enum><text>the number of adjudicators by agency; and</text></paragraph>

<paragraph id="H98335F36FBE24A869A79E011C3C7B48A"><enum>(9)</enum><text>a backlog mitigation plan, which shall includeâ€"</text>

<subparagraph id="H7531E37BA1484A0BB36E92ED15781E39"><enum>(A)</enum><text>the identification of the cause of, and recommendations to remedy, the adjudication backlog at Federal agencies; and</text></subparagraph>

<subparagraph id="H3365D4A19D9C4F42B0C721315DF61230"><enum>(B)</enum><text>the steps the Security Executive Agent, established pursuant to Executive Order 13467, shall take to reduce the adjudication backlog.</text></subparagraph></paragraph></subsection>

<subsection id="H8ABEEADD4B5C49ABAA2D10ECB9A5B7CF"><enum>(b)</enum><header>Public availability</header><text display-inline="yes-display-inline">Each report required under subsection (a) shall be made publicly available.</text></subsection></section>

<section id="HFB3DD7B73C3D4C2184FA90E4F40CA5D5"><enum>1719.</enum><header>Report regarding outstanding Government Accountability Office recommendations</header><text display-inline="no-display-inline">Not later than September 30, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that includesâ€"</text>

<paragraph id="H02EEBEE2DE804EE8B4033B5BF527CD11"><enum>(1)</enum><text display-inline="yes-display-inline">a list of the priority recommendations identified by the Comptroller General of the United States regarding matters of the Department of Defense that the Secretary has not implemented due to funding limitations.</text></paragraph>

<paragraph id="H54E4D99D63A64239AA84707D38EC0ABF"><enum>(2)</enum><text>the estimated cost associated with implementing such recommendations.</text></paragraph></section>

<section id="HC6992270D7EE4FEB8408A0AABB6F8962"><enum>1720.</enum><header>Report on National Guard and United States Northern Command capacity to meet homeland defense and security incidents</header><text display-inline="no-display-inline">Not later than September 30, 2020, the Chief of the National Guard Bureau shall, in consultation with the Commander of United States Northern Command, submit to the congressional defense committees a report setting forth the following:</text>

<paragraph id="H2557F3A967CD4A839834289D1F49904F"><enum>(1)</enum><text>A clarification of the roles and missions, structure, capabilities, and training of the National Guard and the United States Northern Command, and an identification of emerging gaps and shortfalls in light of current homeland security threats to our country.</text></paragraph>

<paragraph id="HCA5F52D0622D4894A08D6E92D4C08E87"><enum>(2)</enum><text>A list of the resources that each State and Territory National Guard has at its disposal that are available to respond to a homeland defense or security incident, with particular focus on a multi-State electromagnetic pulse event.</text></paragraph>

<paragraph id="H5831CAF935B849459C197F056CD503BB"><enum>(3)</enum><text>The readiness and resourcing status of forces listed pursuant to paragraph (2).</text></paragraph>

<paragraph id="H76794CF338CD4BB2BB7256490F9F678D"><enum>(4)</enum><text>The current strengths and areas of improvement in working with State and Federal interagency partners.</text></paragraph>

<paragraph id="H4E0CB414A1CC48BF89E94DACAE875DE1"><enum>(5)</enum><text>The current assessments that address National Guard readiness and resourcing of regular United States Northern Command forces postured to respond to homeland defense and security incidents.</text></paragraph>

<paragraph id="HA02772FB205A46AB973E380F40E54761"><enum>(6)</enum><text>A roadmap to 2040 that addresses readiness across the spectrum of long-range emerging threats facing

the United States.</text></paragraph></section>

<section id="H7CA202BDD6FF46748E729B6CA374435A"><enum>1721.</enum><header>Assessment of standards, processes, procedures, and policy relating to civilian casualties</header>

<subsection id="H7D9CB9583B06401793EC66E5DED8867F"><enum>(a)</enum><header>Assessment</header><text display-inline="yes-display-inline">The Secretary of Defense shall seek to enter into an agreement with a federally funded research and development center for the conduct of an independent assessment of Department of Defense standards, processes, procedures, and policy relating to civilian casualties resulting from United States military operations.</text></subsection>

<subsection id="HD1C2C3AFA113463E8496C1C829593D6F"><enum>(b)</enum><header>Matters To be considered</header><text>In conducting the assessment under this section, the federally funded research and development center shall consider the following matters:</text>

<paragraph id="H29C491FB3797415F8B9367B0B9F14664"><enum>(1)</enum><text>Department of Defense policy relating to civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H78B2893CBA1F4B6E93763C24D7E1D076"><enum>(2)</enum><text>Standards, processes, and procedures for internal assessments and investigations of civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H8ADED95C7E6A42F29C10D31A69BDAA0F"><enum>(3)</enum><text>Standards, processes, and procedures for identifying, assessing, investigating, and responding to reports of civilian casualties resulting from United States military operations from the public and non-governmental entities and sources.</text></paragraph>

<paragraph id="H07BB3973BF754C15AD339F7D1E4F180D"><enum>(4)</enum><text>Combatant command resourcing and organizational constructs for assessing and investigating civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H839AE0CC3413452EB60660C9480BB5A9"><enum>(5)</enum><text display-inline="yes-display-inline">Mechanisms for public and non-governmental entities to report civilian casualties that may have resulted from United States military operations to the Department of Defense.</text></paragraph>

<paragraph id="H9A6426A376EE4C79A02953AC902410B8"><enum>(6)</enum><text>Standards and processes for accurately recording kinetic strikes, including raids, strikes, and other missions, and civilian casualties resulting from United States military operations.</text></paragraph>

<paragraph id="H5F99CA3D9E40473CA9D24F5C4E4329BA"><enum>(7)</enum><text>An analysis of general reasons for any disparity between third party public estimates and official United States Government estimates of civilian casualties resulting from United States or joint military operations.</text></paragraph>

<paragraph id="H0BB9F929D6144B9DB043EC76FB647FC0"><enum>(8)</enum><text>The standardization of dissemination and institutionalization across the Department of Defense and the combatant commands of lessons learned from United States military operations as a means of reducing the likelihood of civilian casualties from United States military operations.</text></paragraph>

<paragraph id="H763F1B182BE04A9BA7DF2A90A574E025"><enum>(9)</enum><text>Any other matters the Secretary of Defense determines appropriate.</text></paragraph></subsection>

<subsection id="H7187B71BC9D2412D975EC8443520326B"><enum>(c)</enum><header>Recommendations for improvements</header><text>The results of the assessment under this section shall include recommendations for improvements to standards, processes, procedures, policy, and organizational constructs relating to civilian casualties resulting from United States military operations.</text></subsection>

<subsection id="HF2ABF5E707CE46FF8DDA79673FD94DFA"><enum>(d)</enum><header>Submission of report</header>

<paragraph id="HBFC6FD18C0C64D0C9AE075E439EA10CF"><enum>(1)</enum><header>In general</header><text>Not later than July 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report setting forth an unaltered copy of the assessment under this section, together with the views of the Secretary on the assessment and on the recommendations included pursuant to subsection (c).</text></paragraph>

<paragraph id="H6B1A95EF7F6047B4B073CE858DCA20FB"><enum>(2)</enum><header>Form of report</header><text>The report under paragraph (1) shall be submitted in unclassified form, but may contain a classified annex.</text></paragraph>

<paragraph id="HF20E2C9ACB8040F1AE581AC6F67A8B6D"><enum>(3)</enum><header>Public availability</header><text>The Secretary shall make the unclassified form of the report under paragraph (1) available to the public.</text></paragraph></subsection></section>

<section id="H34AC2A804C0E46EB8C3B07C0C2831E7F" section-type="subsequent-section"><enum>1722.</enum><header>Report on transfers of equipment to prohibited entities</header>

<subsection id="HC6A1002F41E54C07B9F0CB40322E3340"><enum>(a)</enum><header>Annual report</header><text display-inline="yes-display-inline">Not later than March 1, 2021, and each subsequent year through 2025, the Secretary of Defense, in coordination with the Secretary of State, shall submit to the appropriate committees of Congress a report on the transfer of defense articles during the year preceding the year during which the report is submitted to any of the following:</text>

<paragraph id="H7BE30C3100BC448498B44A1647F015AB"><enum>(1)</enum><text>Any security force unit that has committed a gross violation of human rights in violation of section 362 of title 10, United States Code, or section 620M of the Foreign Assistance Act of 1961 (22 U.S.C. 2378d).</text></paragraph>

<paragraph id="HED51DFF62D564D0C82C49820052F94B0"><enum>(2)</enum><text>Any group or organization prohibited by law from receiving assistance from the United States.</text></paragraph></subsection>

<subsection id="HB2A23E650B2C49C883A4006FBB719B65"><enum>(b)</enum><header>Matters to Be Included</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include the following:</text>

<paragraph id="H199418EF3688475FAE542AAD9DA02687"><enum>(1)</enum><text>A description of any confirmed instance in which the government of a foreign state that has received defense articles pursuant to a Department of Defense assistance authority subsequently transferred any such articles to a unit of that foreign state that is prohibited from receiving assistance from the United States by reason of a determination by the Secretary of Defense or the Secretary of State that there is credible evidence that such unit has committed a gross violation of human rights.</text></paragraph>

<paragraph id="HFD6F18090C28403DB275E06F60364685"><enum>(2)</enum><text>A description of any instance, confirmed or under investigation, in which the government of a foreign state that has received defense articles pursuant to a Department of Defense assistance authority subsequently transferred any such articles to a group or organization that is prohibited by law from receiving assistance from the United States.</text></paragraph></subsection>

<subsection id="HCB3D0D9FAA1249F58AD52EF50A9307EA"><enum>(c)</enum><header>Appropriate committees of Congress defined</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph id="H152445A040C24E8B9C742B1851469E9C"><enum>(1)</enum><text>the Committee on Armed Services and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="HA7EC74DF1DA441E6B7DE35DDE0C8A9C7"><enum>(2)</enum><text>the Committee on Armed Services and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection></section>

<section id="H139C902AF2324119BEA84BCDDAA4C528" section-type="subsequent-section"><enum>1723.</enum><header>Annual report on strikes undertaken by the United States against terrorist targets outside areas of active hostilities</header>

<subsection id="H10698690BDCB4876B8B7E1B1B4E6D550"><enum>(a)</enum><header>Annual

report</header><text display-inline="yes-display-inline">Not later than May 1 2020, and annually thereafter until 2022, the Director of National Intelligence and the Secretary of Defense shall jointly submit to Congress a report on the number of strikes undertaken by the United States against terrorist targets outside areas of active hostilities during the preceding calendar year, as well as assessments of combatant and non-combatant deaths resulting from those strikes.</text></subsection>

<subsection id="H5959C15F17E74DC8A9E6347373514108"><enum>(b)</enum><header>Contents of report</header><text>The report required by subsection (a) shall includeâ€"</text>

<paragraph id="HB74502F350C446AE8D0FF7C5C0CDF17A"><enum>(1)</enum><text display-inline="yes-display-inline">information obtained from relevant agencies regarding the general sources of information and methodology used to conduct the assessments of combatant and non-combatant deaths;</text></paragraph>

<paragraph id="HD142DFCE3C3B48B2BB2E851FC3EB79B2"><enum>(2)</enum><text>to the extent feasible and appropriate, the general reasons for discrepancies between post-strike assessments from the United States and credible reporting from nongovernmental organizations regarding non-combatant deaths resulting from strikes undertaken by the United States against terrorist targets outside areas of active hostilities.</text></paragraph></subsection>

<subsection id="H25BDA8193BCE49C69A9FDD3B70897D0E"><enum>(c)</enum><header>Review of post-strike reporting</header><text display-inline="yes-display-inline">In preparing a report under this section, the Director and the Secretary shall, to the maximum extent practicable, review relevant and credible post-strike all-source reporting, including such information from nongovernmental sources, for the purpose of ensuring that this reporting is available to and considered by relevant agencies in their assessment of deaths.</text></subsection>

<subsection id="HA75B82C25F834E7AB90DE1C43D493AF3"><enum>(d)</enum><header>Form of report</header><text>The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="H8B8FE0461EE8424999EFEDD5ED6C0BA8"><enum>1724.</enum><header>Review and assessment of mitigation of military helicopter noise</header>

<subsection id="H8FBE2F2AFC8844A19B1DCC294AE52F76"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, in coordination with the Chairman of the Joint Chiefs of Staff, shall conduct a review and assessment of military helicopter noise in the National Capital Region. Such review and assessment shall includeâ€"</text>

<paragraph id="H583560DCC21446A383DC44E4F2C914F6"><enum>(1)</enum><text>a study on the causes and effects of military helicopter noise on communities and individuals in the National Capital Region;</text></paragraph>

<paragraph id="HAC7B6588B95C4E24B6AC627BB923A315"><enum>(2)</enum><text>recommendations to mitigate the effects of military helicopter noise on individuals, structures, and property values in the National Capital Region; and</text></paragraph>

<paragraph id="H250EC8C5A6A74897B8970FF307C457E1"><enum>(3)</enum><text>the extent to which the Department has processes in place for collecting, analyzing, and managing military helicopter noise complaints from the general public across the National Capital Region.</text></paragraph></subsection>

<subsection id="H299EDB9596624C25ACD9776715D86E24"><enum>(b)</enum><header>Focus</header><text display-inline="yes-display-inline">In conducting the review under subsection (a), the Secretary and the Chairman of the Joint Chiefs of Staff shall focus on all military helicopter flights in the National Capital Region, including helicopters from the Army, Air Force, and Marine Corps. </text></subsection>

<subsection id="HF4CE6815D868443EB5D50A81E1C92523"><enum>(c)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act, the Secretary shall submit to Congress a report on the results of the review conducted under subsection (a). Such report shall include a description of the policies and procedures currently being used by the Army, Air Force, and Marine Corps in the National Capital Region to mitigate the impact of helicopter noise as well

as the means to track compliance with these internal practices to ensure compliance. </text></subsection>

<subsection id="H44F7C62A2825427C8EFE8F94EF9EF9FC"><enum>(d)</enum><header>Definition of National Capital Region</header><text display-inline="yes-display-inline">In this section, the term <quote>National Capital Region</quote> has the meaning given the term in section 2574 of title 10, United States Code.</text></subsection></section></subtitle>

<subtitle id="H626D138F6D3E49D68982E0E85FF37059"><enum>B</enum><header>Other Matters</header>

<section id="H4D46DEDAE41842ACA340E722A45D8CFE"><enum>1731.</enum><header>Technical, conforming, and clerical amendments</header>

<subsection id="HF3545807BCC94D4BA460A16B52D0C951" display-inline="no-display-inline"><enum>(a)</enum><header>Title 10, United States Code</header><text>Title 10, United States Code, is amended as follows:</text>

<paragraph id="HB7AAEB74E3514739B83153CE0174F831"><enum>(1)</enum><text>The table of chapters at the beginning of subtitle A, and at the beginning of part I of such subtitle, are each amended by striking the item relating to chapter 9A and inserting the following:</text>

<quoted-block style="USC" id="H15ADD24E3C634949A88E14223F0A694C" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>9A.</toc-enum><level-header level="section" bold="on">Audit</level-header><target>240a</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H55E610C3B13E45858F961B20AEA51C88"><enum>(2)</enum><text>The table of chapters at the beginning of subtitle A, and at the beginning of part I of such subtitle, are each amended by striking the item relating to chapter 112 and inserting the following:</text>

<quoted-block style="USC" id="HD351EFD7D6DC4EE8BB410455FA937D13" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>112.</toc-enum><level-header level="section" bold="on">Cyber Scholarship Program</level-header><target>2200</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HE5E102D786434AC09AAEC67CF3756B6A"><enum>(3)</enum><text>Section 113(j)(1) is amended by inserting <quote>the</quote> before <quote>congressional defense committees</quote>. </text></paragraph>

<paragraph id="H0C6F5DB008A142F08F0B5B6EF2F201FE"><enum>(4)</enum><text>Section 119a is amended in each of the subsection headings for subsections (a) and (b) by striking <quote><header-in-text level="subsection" style="USC">AACMS</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="USC">ACCMS</header-in-text></quote>.</text></paragraph>

<paragraph id="H1AFE5066FE0F4B99924B41C8611C2E39"><enum>(5)</enum><text>Section 127(c)(1) is amended by inserting <quote>the</quote> before <quote>congressional defense committees</quote>.</text></paragraph>

<paragraph id="H50421E000F2E4ECEA0C4DF800935355C"><enum>(6)</enum><text>Section 130i is amendedâ€"</text>

<subparagraph id="HCADA0BC83C204A819DDAEF2761B69541"><enum>(A)</enum><text>in subsection (i)(1), by inserting <quote>(C)</quote> after <quote>(j)(3)</quote>; and</text></subparagraph>

<subparagraph id="H31EA4F37BB9044089FB8855C95C13354"><enum>(B)</enum><text>in subsection (j)(6), by striking <quote>40101</quote> and inserting <quote>44802</quote>.</text></subparagraph></paragraph>

<paragraph id="H76AD527436AE4E04AEC9F6C292C430CF"><enum>(7)</enum><text>Section 131(b)(8) is amended by redesignating subparagraph (I) as subparagraph (F).</text></paragraph>

<paragraph id="H1DC0D4A3CB954585850885BA9342E36E"><enum>(8)</enum><text>Section 132 is amended by redesignating subsection (e) as subsection (d).</text></paragraph>

<paragraph id="HC735ACB6BB6F499EA78CE14BC9417F76"><enum>(9)</enum><text>The item relating to section 169 in the table of sections at the beginning of chapter 6 is amended by inserting a period after <quote>Command</quote>.</text></paragraph>

<paragraph id="HF385E6141AC1467B920AE557C360E238"><enum>(10)</enum><text>The item relating to section 183a in the table of sections at the beginning of chapter 7 is amended to read as follows:</text>

<quoted-block style="USC" id="H5B85907AD9CD4B4195CFCEE990C7C0D6" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">183a. Military Aviation and Installation Assurance Clearinghouse for review of mission obstructions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H6DBF52B3527D4518BFFFDC9AF2BBBBB3" display-inline="no-display-inline" commented="no"><enum>(11)</enum><text display-inline="yes-display-inline">Section 187(a)(2)(C) is amended by striking <quote>Assistant Secretary of the Army for Acquisition, Technology, and Logistics</quote> and inserting <quote>Assistant Secretary of the Army for Acquisition, Logistics, and Technology</quote>.</text></paragraph>

<paragraph id="H18E4E013CE8B40CCB8BCAC6362CEC019"><enum>(12)</enum><text>Section 222a(d)(3)(A) is amended by inserting <quote>had</quote> before <quote>been</quote>.</text></paragraph>

<paragraph id="H337DA0174B6D4A6785A0E5820F1E4C42"><enum>(13)</enum><text>Section 222b(a) is amended by striking <quote>United States Code,</quote>.</text></paragraph>

<paragraph id="H69B71486CDF340E2A391C7BDA90DB30A"><enum>(14)</enum><text>Section 284 is amendedâ€"</text>

<subparagraph id="H2789892D7CDE4850AFF86E8975F77D88"><enum>(A)</enum><text>by striking <quote>section 376</quote> both places it appears and inserting <quote>section 276</quote>;</text></subparagraph>

<subparagraph id="HDD3A88344CFA43D9AE8E2B18647E5652"><enum>(B)</enum><text>in subsection (f), by inserting <quote>)</quote> after <quote>Stat. 1564)</quote>;</text></subparagraph>

<subparagraph id="H778BA7A4E16345769AFBAA174818E3D9"><enum>(C)</enum><text>in subsection (g)(2), by striking <quote>section 375</quote> and inserting <quote>section 275</quote>; and</text></subparagraph>

<subparagraph id="H3A7A36CA6B1348B38C318AD92474A872"><enum>(D)</enum><text>in subsection (h)(1)(A)(vi)(VI) by striking <quote>section 1004 of the National Defense Authorization Act for Fiscal Year 1991 (10 U.S.C. 374 note) and</quote>.</text></subparagraph></paragraph>

<paragraph id="HC668C4ACDD574D1B8EA06ACA4CB4B294" display-inline="no-display-inline"><enum>(15)</enum><text>The table of sections at the beginning of subchapter V of chapter 16 is amended by striking <quote>Sec.</quote> after the item relating to section 350.</text></paragraph>

<paragraph id="HE4189E6DFDCD44408594A29D85859E56" display-inline="no-display-inline"><enum>(16)</enum><text display-inline="yes-display-inline">Section 341(e)(2)(A) is amended by adding a period at the end.</text></paragraph>

<paragraph id="H8BEBFD624CA94B7787A40F27ACFD8DEE" display-inline="no-display-inline"><enum>(17)</enum><text>Section 526(k) is amended by inserting <quote>the</quote> before <quote>number of general officers</quote>.</text></paragraph>

<paragraph id="H2C51CF1A573747C8BC0103FD8F41F595" commented="no" display-inline="no-display-inline"><enum>(18)</enum><text>Section 649j is amended by striking <quote>(a)

<header-in-text level="subsection" style="USC">In general.â€"</header-in-text>The</quote> and inserting <quote>The</quote>.</text></paragraph>

<paragraph id="HB3A6E4F9F40A49B48D703C16351460A1" commented="no" display-inline="no-display-inline"><enum>(19)</enum><text display-inline="yes-display-inline">Section 651(a) is amended by inserting <quote>shall serve</quote> after <quote>(50 U.S.C. 3806(d)(1))</quote>.</text></paragraph>

<paragraph id="H88E8B0057CEB443C9D46E0B4DA93013E"><enum>(20)</enum><text>The heading of section 928b (article 128b of the Uniform Code of Military Justice) is amended to read as follows:</text>

<quoted-block id="HB1B504A9B49C4116B3274826C929BDDD" style="USC">

<section id="H9EAFB1E0EB064CE3AD6543F05D7C30A7"><enum>928b. Art. 128b.</enum><header>Domestic violence</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC5757EF8405B4625811BF50685F017AB"><enum>(21)</enum><text>Section 1034(b)(1)(B)(ii) is amended by striking <quote>subsection (i)</quote> and inserting <quote>subsection (j)</quote>;</text></paragraph>

<paragraph id="HC8557919B8BD407C8E9DC834BCAC4FBA" display-inline="no-display-inline"><enum>(22)</enum><text display-inline="yes-display-inline">Section 1073c(a) is amended by redesignating the second paragraph (4) as paragraph (6).</text></paragraph>

<paragraph id="H471BF2502AE6461DA0376A75F1ADF5AD" commented="no" display-inline="no-display-inline"><enum>(23)</enum><text>Section 1075(d)(1) is amended in the table by striking <quote>25% of out of network</quote> and inserting <quote>25% out of network</quote>.</text></paragraph>

<paragraph id="HD0F7E52A1A124F40AAB0AFEA6D956EC2" display-inline="no-display-inline"><enum>(24)</enum><text display-inline="yes-display-inline">Section 1076d(d)(1) is amended by striking <quote>section 1075 of this section</quote> and inserting <quote>section 1075 of this title</quote>.</text></paragraph>

<paragraph id="H92C81FBD53C540A3A8A0D9125CF41D28" display-inline="no-display-inline"><enum>(25)</enum><text>Section 1076e(d)(1) is amended by striking <quote>section 1075 of this section</quote> and inserting <quote>section 1075 of this title</quote>.</text></paragraph>

<paragraph id="H9149519A76BC4F09A2B5B54AC5075D84" commented="no" display-inline="no-display-inline"><enum>(26)</enum><text>Section 1142(c)(3) is amended by striking <quote>paragraph (2)(B)</quote> and inserting <quote>paragraph (2)(C)</quote>.</text></paragraph>

<paragraph id="H3DC9A3843A4847BBABDEA983EDFF0753" display-inline="no-display-inline"><enum>(27)</enum><text>Section 1762(c) is amended by striking <quote>in at any one time</quote> and inserting <quote>at any one time in</quote>.</text></paragraph>

<paragraph id="H78FA61115E384DB89B43ED925D16772A"><enum>(28)</enum><text>Section 1788a is amended in subsection (d)(1) by striking <quote>Not later than March 1, 2019, and each March 1 thereafter</quote> and inserting <quote>Not later than March 1 each year</quote>.</text></paragraph>

<paragraph id="H6E2B914F90AF46F8814922CBE7FA7235"><enum>(29)</enum><text>Section 2208(u) is amended by inserting <quote>of this title</quote> after <quote>2805</quote> each place it appears. </text></paragraph>

<paragraph id="H6CEC1FF3F01B4422B5EF6BA5FC2F17B7"><enum>(30)</enum><text>Section 2216(b)(1) is amended by striking <quote>subsection (c)(1)(B)(iii)</quote> and inserting <quote>subsection (c)(1)(B)(ii)</quote>.</text></paragraph>

<paragraph id="HFA793BBF87864665B0FD14CA1806D236" commented="no" display-inline="no-display-inline"><enum>(31)</enum><text>Section 2222(i)(11) is amended by striking <quote>subsection (a)(6)(A)</quote> and inserting <quote>subsection (e)(6)(A)</quote>.</text></paragraph>

<paragraph id="H84ED5F6F72C04A8E933E6F7D0F2BA2F7" display-inline="no-display-inline"><enum>(32)</enum><text>Section 2228(a)(2) is amended by striking the second period at the end.</text></paragraph>

<paragraph id="HB8F9A379E6074C2CB6C39092080A4417" commented="no" display-inline="no-display-inline"><enum>(33)</enum><text>The item relating to section 2229b in the table of sections at the beginning of chapter 131 is amended to read as follows:</text>

<quoted-block style="USC" id="H02B4C006B6754159BC1A101D55C8294F" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2229b. Comptroller General assessment of acquisition programs and initiatives.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H7487C9C35AFB4B339866FF43755E7F8B" display-inline="no-display-inline"><enum>(34)</enum><text>Section 2273(b)(1) is amended by inserting a semicolon at the end.</text></paragraph>

<paragraph id="H5E4C02A86E8D4D52B97F40C87CED6F6B" display-inline="no-display-inline"><enum>(35)</enum><text>The heading for section 2279d is amended by striking the period at the end.</text></paragraph>

<paragraph id="HD659CFEA0F9B4D93B29E2A35FA1A95E8"><enum>(36)</enum><text>The heading of section 2284, as added by section 311(a) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1708), is amended to read as follows:</text>

<quoted-block id="H0614F1902CBF4C2CA11DEC6F81262BD9" style="USC">

<section id="H2837D8E953854B3A90421799DF98E942"><enum>2284.</enum><header>Explosive Ordnance Disposal Defense Program</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H512B23491D954DA49A2E56602B544590"><enum>(37)</enum><text>Section 2304(f)(1)(B) is amendedâ€"</text>

<subparagraph id="HA38C34026E654C2FA9AE7C7AE9B53EA9"><enum>(A)</enum><text>in clause (ii), by striking <quote>paragraph (6)(A)</quote> and inserting <quote>paragraph (5)(A)</quote>; and</text></subparagraph>

<subparagraph id="H65C21BCCEF98479A94AA4AA200B9E948"><enum>(B)</enum><text>in clause (iii), by striking <quote>paragraph (6)(B)</quote> and inserting <quote>paragraph (5)(B)</quote>. </text></subparagraph></paragraph>

<paragraph id="H577BD24E63104376AAAE68F7DDE9441F" display-inline="no-display-inline"><enum>(38)</enum><text>Section 2305a(d)(1) is amended by striking <quote>a indefinite</quote> and inserting <quote>an indefinite</quote>.</text></paragraph>

<paragraph id="HD1C2F36BB77143AB8577867B2B04D665"><enum>(39)</enum>

<subparagraph id="HEFBCA693331E404F977327D1D94A1B8D" display-inline="yes-display-inline"><enum>(A)</enum><text>Section 2304e is amended by striking the last four words of the section heading.</text></subparagraph>

<subparagraph id="H93C6C20BF46B4AFB88C668A1AAC8E37A" indent="up1"><enum>(B)</enum><text>Section 2323a is amendedâ€"</text>

<clause id="H85347E58DF1744AE9BA3E8D47267837E"><enum>(i)</enum><text>in the section heading, by striking the last six words; and</text></clause>

<clause id="H160A2A4D04C4414DA55BB7A2CB17F502"><enum>(ii)</enum><text>in subsection (e)â€"</text>

<subclause id="H0BDD8F4A53AC49638EBF4AED64218BB1"><enum>(I)</enum><text>in paragraph (1), by striking <quote>102 Stat. 2468;</quote>;</text></subclause>

<subclause id="H1C246842241A4D0A92937EF0ED3771BE"><enum>(II)</enum><text>in paragraph (2), by striking <quote>(25 U.S.C. 450b(d))</quote> and inserting <quote>(25 U.S.C. 5304(d))</quote>; and</text></subclause>

<subclause id="H7AF9D180E0984DF7BE95498B81247EA7"><enum>(III)</enum><text>in paragraph (3), by striking <quote>(25 U.S.C. 450b(e))</quote> and inserting <quote>(25 U.S.C. 5304(e))</quote>.</text></subclause></clause></subparagraph>

<subparagraph id="HBFA14BA303BD426BBA67EE3247D26450" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 137 is amended by striking the last four words of the item relating to section 2304e and the last six words of the item relating to section 2323a. </text></subparagraph></paragraph>

<paragraph id="H98BCB1CCEFE9446A870BCBE8DAF41D77" display-inline="no-display-inline"><enum>(40)</enum><text>Section 2307(a)(1) is amended by striking <quote>may</quote> and inserting <quote>mayâ€"</quote>.</text></paragraph>

<paragraph id="HFF7A9548EB3147F193CC2BA9E1827BE7" display-inline="no-display-inline"><enum>(41)</enum><text>Section 2313b(d) is amended by striking <quote>an task order</quote> both places it appears and inserting <quote>a task order</quote>.</text></paragraph>

<paragraph id="H5FD16187F51A4876AE76600F8557780E"><enum>(42)</enum><text display-inline="yes-display-inline">Section 2329(g)(1) is amended by striking <quote><quote>bridge contact</quote></quote> and inserting <quote><quote>bridge contract</quote></quote>. </text></paragraph>

<paragraph id="HC7B9244027914E98B35F8D1BA9970C14" commented="no" display-inline="no-display-inline"><enum>(43)</enum><text>Section 2339a(e)(5) is amended by striking <quote>section 3542(b)</quote> and inserting <quote>section 3552(b)(6)</quote>.</text></paragraph>

<paragraph id="H28042CC904F4496DBF2D895AE5DA448C"><enum>(44)</enum><text display-inline="yes-display-inline">Section 2366a(c)(1)(F) is amended by striking <quote>section 2366a(b)(6) of this title</quote> and inserting <quote>subsection (b)(6)</quote>.</text></paragraph>

<paragraph id="H840668AB0AEF40E8A0788A9FDF02D725" commented="no"><enum>(45)</enum><text display-inline="yes-display-inline">Section 2368(f)(1) is amended by striking <quote>transition</quote> and inserting <quote>transaction</quote>.</text></paragraph>

<paragraph id="H59678E0827E84358B37996CF0515A040" display-inline="no-display-inline"><enum>(46)</enum><text>Section 2371b(d)(1)(C) is amended by striking <quote>other than</quote> after <quote>sources</quote>.</text></paragraph>

<paragraph id="HBD61B9724B2C467F9AC34B4A693852DB" commented="no"><enum>(47)</enum><text>Section 2380B is amendedâ€"</text>

<subparagraph id="HD8DB5C4B343B4FADA321D1B9674E6FE7" commented="no"><enum>(A)</enum><text>by inserting <quote>section</quote> before <quote>2376(1) of this title</quote>; and</text></subparagraph>

<subparagraph id="HEF877FA41AFD4BF4B2FD2BB42328CFB8" commented="no"><enum>(B)</enum><text>by striking <quote>purposed of</quote> and inserting <quote>purposes of</quote>.</text></subparagraph></paragraph>

<paragraph id="H6C50960DCCED46A88838877DD13ED45A"><enum>(48)</enum><text>Section 2401(e)(2) is amended by striking <quote>subsection (f)</quote> and inserting <quote>subsection (g)</quote>.</text></paragraph>

<paragraph id="HBCF6E32DB53A4AC38F555EB86282AA27"><enum>(49)</enum><text>The item relating to section 2439 in the table of sections at the beginning of chapter 144 is amended to read as follows:</text>

<quoted-block style="USC" id="H64F20784AA884065860808DF38B0FFF3" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2439. Negotiation of price for technical data before development, production, or sustainment of major weapon systems.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HC6E6164C7E6E4B2DBAAB314DA08CDA0B" commented="no" display-inline="no-display-inline"><enum>(50)</enum><text>The item relating to subchapter II in the table of subchapters for chapter 144B is amended to read as follows:</text>

<quoted-block style="USC" id="H530BCA1BDC604C83BCAF6922CEE6C3BE" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>II.</toc-enum><level-header level="section" bold="on">Development, Prototyping, and Deployment of Weapon System Components or Technology</level-header><target>2447a</target></multi-column-toc-entry></toc><after-quoted-block>. </after-quoted-block></quoted-block></paragraph>

<paragraph id="H87638FF244DB4C15AB774266E47343E2"><enum>(51)</enum><text>Section 2447a(a) is amended by striking <quote>after fiscal year 2017</quote>.</text></paragraph>

<paragraph id="H3DE795B26BE346FDA728145048D898B7"><enum>(52)</enum><text>Section 2547(b)(2) is amendedâ€"</text>

<subparagraph id="HCB4252FECF904099863FF1F947562BBE"><enum>(A)</enum><text>by striking <quote>material</quote> and inserting <quote>materiel</quote>; and</text></subparagraph>

<subparagraph id="HD37371DB6DE2417AB3B6813F374D97B9"><enum>(B)</enum><text>by striking <quote>Material</quote> both places it appears and inserting <quote>Materiel</quote>.</text></subparagraph></paragraph>

<paragraph id="HACB9BF68E42C4D65859B433E52A6E29A"><enum>(53)</enum><text display-inline="yes-display-inline">Section 2802(e)(1) is amended by striking <quote>shall comply with</quote> and inserting </text>

<quoted-block style="OLC" id="HEE54BDF1B8E748C7AF3A24EF87DD517B" display-inline="yes-display-inline"><text display-inline="yes-display-inline">shallâ€"</text>

<subparagraph id="H6BB915F14FEA48D1996266660F32C182" indent="up1"><enum>(A)</enum><text display-inline="yes-display-inline">comply with</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H708D581060F541DFAC64A98DB567B4CD"><enum>(54)</enum><text display-inline="yes-display-inline">Section 2804(b) is amended, in the second sentenceâ€"</text>

<subparagraph id="HCA0804E6B38845E9B7513C6181407B48"><enum>(A)</enum><text>by striking <quote>(1)</quote> and <quote>(2)</quote>; and</text></subparagraph>

<subparagraph id="H2EDE523EAA2144D99661D88C2CF35D96"><enum>(B)</enum><text>by striking <quote>project and</quote> and inserting <quote>project,</quote>.</text></subparagraph></paragraph>

<paragraph id="H5563DB13DACA4D3687B16BCB4D3A44A7"><enum>(55)</enum><text display-inline="yes-display-inline">Section 2805(d)(1)(B) is amended by inserting <quote>under</quote> after <quote>made available</quote>.</text></paragraph>

<paragraph id="HD66654157A614F8CA4211DE67B640265"><enum>(56)</enum><text display-inline="yes-display-inline">Section 2835a(c) is amended by striking <quote>(1) The Secretary</quote> and inserting <quote>The Secretary</quote>.</text></paragraph>

<paragraph id="H080CA28298D947B7AED37DA7394B3B49"><enum>(57)</enum><text display-inline="yes-display-inline">Section 2879(a)(2)(A) is amended by striking the comma after <quote>2017</quote>.</text></paragraph>

<paragraph id="H11DCDBFF3F73437E90DADD54EDB00BA3"><enum>(58)</enum><text>Section 2913(c) is amended by striking <quote>government a gas or electric utility</quote> and inserting <quote>government gas or electric utility</quote>.</text></paragraph>

<paragraph id="H0C95FFC1633B42CDB8A9E6257545FB61"><enum>(59)</enum><text>The item relating to section 2914 in the table of sections at the beginning of chapter 173 is amended to read as follows:</text>

<quoted-block style="traditional" id="H861AB2CAD6F740B3864C460FBEDF0203" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2914. Energy resilience and conservation construction projects.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD8871FF532984A92AA746351C15C68E8"><enum>(60)</enum>

<subparagraph id="H021EA5156854468ABF590645ADB95F49" display-inline="yes-display-inline"><enum>(A)</enum><text>The heading of section 8749, as amended by section 1114(b)(2) and redesignated by section 807(d)(6) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amended by capitalizing the initial letter of the fifth, sixth, and seventh words and the initial letter of the last two words.</text></subparagraph>

<subparagraph id="H73097C8083864739BBF17A7E9704C2D6" indent="up1"><enum>(B)</enum><text>The heading of section 8749a, as added by section 1114(a) and redesignated by section 8(d)(6) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), is amended by capitalizing the initial letter of the fifth, sixth, and seventh words.</text></subparagraph></paragraph>

<paragraph id="H62660727B18F4127915EF45CDC861CA2" display-inline="no-display-inline"><enum>(61)</enum><text>Section 9069(a) is amended by striking <quote>are</quote> and inserting <quote>is</quote>.</text></paragraph>

<paragraph id="H88CD97F874054108A0AB8FA897AAA096" display-inline="no-display-inline"><enum>(62)</enum><text>Section 10217(e)(4) is amended by striking <quote>shall an individual</quote> and inserting <quote>shall be an individual</quote>.</text></paragraph>

<paragraph id="H4CD4BFBE95D645C083327511F953703D" commented="no" display-inline="no-display-inline"><enum>(63)</enum><text> The item relating to section 2568a in the table of sections at the beginning of chapter 152 is amended to read as follows:</text>

<quoted-block style="USC" id="H50B889E88C004FC4BEA6B069BF92B8B0" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2568a. Damaged personal protective equipment: award to members separating from the armed forces and veterans.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H2EF9322F3B004A4583C9CF5F2057525E" commented="no"><enum>(64)</enum><text>Section 7016(b)(5)(A) is amended by striking <quote>Assistant Secretary of the Army for Acquisition, Technology, and Logistics</quote> and inserting <quote>Assistant Secretary of the Army for Acquisition, Logistics, and Technology</quote>.</text></paragraph></subsection>

<subsection id="H3E590B1DB67945709D866E50C3AAC893"><enum>(b)</enum><header>NDAA for fiscal year 2019</header><text>Effective as of August 13, 2018, and as if included therein as enacted, the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended as follows:</text>

<paragraph id="H4F3E63B0FF3943BE8765EB95FFAB3AB8" commented="no"><enum>(1)</enum><text>Section 331(g)(2) (132 Stat. 1724) is amended by inserting <quote>of such title</quote> after <quote>chapter 2</quote>.</text></paragraph>

<paragraph id="H16B20AEDC8EA4C1C919EA94AC6ABB018"><enum>(2)</enum><text>Section 844(b) (132 Stat. 1881) is amended by striking <quote>This section and the amendments made by this section</quote> and inserting <quote>The amendment made by subsection (a)</quote>.</text></paragraph>

<paragraph id="HFB7FEB89B3AF4473938D5A6E92144033"><enum>(3)</enum><text display-inline="yes-display-inline">Section 1246(1)(B) (132 Stat. 2049) is amended by adding at the end before the semicolon the following: <quote>and transferring it to appear after paragraph (15)</quote>.</text></paragraph>

<paragraph id="H95DE3C525339447A8FD1DA384803FECE"><enum>(4)</enum><text display-inline="yes-display-inline">Section 2805(c) (132 Stat. 2262; 10 U.S.C. 2864 note) is amended by striking <quote>United Facilities Criteria</quote> and inserting <quote>Unified Facilities Criteria</quote>.</text></paragraph></subsection>

<subsection id="H3D1972D5F1FA43118C6456883ABA7B93"><enum>(c)</enum><header>NDAA for fiscal year 2018</header><text display-inline="yes-display-inline">Effective as of

December 12, 2017, and as if included therein as enacted, section 1609(b)(3) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1728; 10 U.S.C. 2273 note) is amended by striking <quote>, and,</quote> and inserting <quote>, and</quote>.</text></subsection>

<subsection id="H97ED456499A242B5978A46D2B40E5202" commented="no"><enum>(d)</enum><header>NDAA for fiscal year 2017</header><text display-inline="yes-display-inline">Effective as of December 23, 2016, and as if included therein as enacted, section 233(c)(2)(C)(ii) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 114â€"328; 130 Stat. 2061; 10 U.S.C. 2358 note) is amended by striking <quote>Assistant Secretary of the Army for Acquisition, Technology, and Logistics</quote> and inserting <quote>Assistant Secretary of the Army for Acquisition, Logistics, and Technology</quote>. </text></subsection>

<subsection id="H16D506E7F8EF4A78B15C1677218058B1"><enum>(e)</enum><header>NDAA for fiscal year 2012</header><text display-inline="yes-display-inline">Effective as of December 31, 2011, and as if included therein as enacted, section 315 of the National Defense Authorization Act for Fiscal Year 2012 (Public Law 112â€"81; 125 Stat. 1358; 10 U.S.C. 2911 note) is amended by redesignating subsections (d), (e), and (f) as subsections (c), (d), and (e), respectively.</text></subsection>

<subsection id="H2179602855E14248BEE1A4581F5EA4A1"><enum>(f)</enum><header>Coordination with other amendments made by this Act</header><text>For purposes of applying amendments made by provisions of this Act other than this section, the amendments made by this section shall be treated as having been enacted immediately before any such amendments by other provisions of this Act.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H29DEA602C1384F138DD7A804783E36F5" section-type="subsequent-section"><enum>1732.</enum><header display-inline="yes-display-inline">Establishment of lead Inspector General for an overseas contingency operation based on Secretary of Defense notification</header>

<subsection commented="no" display-inline="no-display-inline" id="HD506A05EF23842E2986094C69171C9ED"><enum>(a)</enum><header display-inline="yes-display-inline">Notification on commencement of OCO</header><text display-inline="yes-display-inline">Section 113 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H23710A34971241F688035506B5640FE3" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H3DD2CDFA2FCF4F67BF331289F8B62C8A"><enum>(n)</enum><header display-inline="yes-display-inline">Notification of certain overseas contingency operations for purposes of Inspector General Act of 1978</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide the Chair of the Council of Inspectors General on Integrity and Efficiency written notification of the commencement or designation of a military operation as an overseas contingency operation upon the earlier ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB8D30C48C8A8480782B99A48B0446348"><enum>(1)</enum><text display-inline="yes-display-inline">a determination by the Secretary that the overseas contingency operation is expected to exceed 60 days; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4C0F26917EF74EC897E8989F4E3429C0"><enum>(2)</enum><text display-inline="yes-display-inline">the date on which the overseas contingency operation exceeds 60 days.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5705324116F24EC1AAE8E612670810D4"><enum>(b)</enum><header display-inline="yes-display-inline">Establishment of lead Inspector General based on notification</header><text display-inline="yes-display-inline">Section 8L of the Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF631352422084AE08F930C2A053C37A0"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6B9E40F88F89434283A87A879613E143"><enum>(A)</enum><text display-inline="yes-display-inline">by striking <quote>Upon the commencement </quote> and all that follows through <quote>the Chair</quote> and inserting <quote>The Chair</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAA6270EB36C54EF3A574BB74B0796F74"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting before the period at the end the following: â€œupon the earlier ofâ€"</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H6C4960805A9F4632A684BE10931E407C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H6B4D7D42E49C468296E534D0910A9EB7"><enum>(1)</enum><text display-inline="yes-display-inline">the commencement or designation of a military operation as an overseas contingency operation that exceeds 60 days; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H74CA38CEDFE94D04A8099F2B2319C8C5"><enum>(2)</enum><text display-inline="yes-display-inline">receipt of a notification under section 113(n) of title 10, United States Code, with respect to an overseas contingency operation</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H65E20DC34D29432D8B2B3E2A22CEEC93"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (d)(1), by striking <quote>the commencement or designation of the military operation concerned as an overseas contingency operation that exceeds 60 days</quote> and inserting â€œthe earlier ofâ€"</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H6E115138EDA84566BF6DD81CDFF710BE" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="HFB547374A1A44DFD94EFBA0227DEFB7F"><enum>(A)</enum><text display-inline="yes-display-inline">the commencement or designation of the military operation concerned as an overseas contingency operation that exceeds 60 days; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H090D7B2BEAB743B0A0CAF1C87739866D"><enum>(B)</enum><text display-inline="yes-display-inline">receipt of a notification under section 113(n) of title 10, United States Code, with respect to an overseas contingency operation</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HB3D698431F124DE3956CE0DFAA5B586E" section-type="subsequent-section"><enum>1733.</enum><header display-inline="yes-display-inline">Clarification of authority of Inspectors General for overseas contingency operations</header><text display-inline="no-display-inline">Section 8L(d)(2) of the Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFB752E2E913A44569C0975CE93B5A962"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (D)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1734245D5A11496985A9A3A43EC6B2CD"><enum>(A)</enum><text display-inline="yes-display-inline">in clause (i), by striking <quote>to exercise</quote> and all that follows through <quote>such matter</quote> and inserting <quote>to identify and coordinate with the Inspector General who has principal jurisdiction over the matter to ensure effective oversight</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6392A7F04DD6442CA9509A11E5054718"><enum>(B)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H32654985E6F941DD82E8D29443175F09" style="OLC">

<clause commented="no" display-inline="no-display-inline" id="HED1A69251A574EFC828BE2AD614C8C0B" indent="up1"><enum>(iii)</enum>

<subclause commented="no" display-inline="yes-display-inline" id="H65644A60BD4142EEADB2D77ADF981236"><enum>(I)</enum><text display-inline="yes-display-inline">Upon written request by the Inspector General with principal jurisdiction over a matter with respect to the contingency operation, and with the approval of the lead Inspector General, an Inspector General specified in subsection (c) may provide investigative support or conduct an independent investigation of an allegation of criminal activity by any United States personnel, contractor, subcontractor, grantee, or vendor in the applicable theater of operations.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H25D773AEF29B4E1886729577EDEF3FAF" indent="up1"><enum>(II)</enum><text display-inline="yes-display-inline">In the case of a determination by the lead Inspector General that no Inspector General has principal jurisdiction over a matter with respect to the contingency operation, the lead Inspector General mayâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H5153159527D94A4084FA9E5EAE4F8D69"><enum>(aa)</enum><text display-inline="yes-display-inline">conduct an independent investigation of an allegation described in subclause (I); or</text></item>

<item commented="no" display-inline="no-display-inline" id="H7C3497F9D617478D8F2010CE92B13B61"><enum>(bb)</enum><text display-inline="yes-display-inline">request that an Inspector General specified in subsection (c) conduct such investigation.</text></item></subclause></clause><after-quoted-block>; and </after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF575F087C50E4B42A53221DD38BF443A"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HFED393A5CFD6410B8348CFC6B653007B" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H386BAD02102649AFBCEA665799F2ECFA"><enum>(I)</enum><text display-inline="yes-display-inline">To enhance cooperation among Inspectors General and encourage comprehensive oversight of the contingency operation, any Inspector General responsible for conducting oversight of any program or operation performed in support of the contingency operation may, to the maximum extent practicable and consistent with the duties, responsibilities, policies, and procedures of such Inspector Generalâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H78B15474CF0F4C118A300E944B94F7DB"><enum>(i)</enum><text display-inline="yes-display-inline">coordinate such oversight activities with the lead Inspector General; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H756C90B0016C429EA7E9724150F518F6"><enum>(ii)</enum><text display-inline="yes-display-inline">provide information requested by the lead Inspector General relating to the responsibilities of the lead Inspector General described in subparagraphs (B), (C), and (G).</text></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H9CF571D1F3CE483BAF73FAFA6233FFA6" section-type="subsequent-section"><enum>1734.</enum><header display-inline="yes-display-inline">Employment status of annuitants for Inspectors General for overseas contingency operations</header><text display-inline="no-display-inline">Section 8L(d) of the Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H34ABFF2181A74A30AB0FB7DF3F6B3371"><enum>(1)</enum><text display-inline="yes-display-inline">in paragraph (2)(E), by inserting <quote>(without regard to subsection (b)(2) of such section)</quote> after <quote>United States Code,</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51064A2EA8C443A185982A708C002199"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (3), by amending subparagraph (C) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H8972C969AB1A4182BBB5690921416766" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="HADE1C915BF694193B045434FE2EFDB8E" indent="up1"><enum>(C)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HCD1E571C3AA54753A55641402D7F3C71"><enum>(i)</enum><text display-inline="yes-display-inline">An annuitant receiving an annuity under the Foreign Service Retirement and Disability System or the Foreign Service Pension System under chapter 8 of title I of the Foreign Service Act of 1980 (22 U.S.C. 4041 et seq.) who is reemployed under this subsectionâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H1B24DD43C9774EC89D9D3CC4B3D9A7AF" indent="up1"><enum>(I)</enum><text display-inline="yes-display-inline">shall continue to receive the annuity; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HAEDFB2753E834801AFE67413135C7742" indent="up1"><enum>(II)</enum><text display-inline="yes-display-inline">shall not be considered a participant for purposes of chapter 8 of title I of the Foreign Service Act of 1980 (22 U.S.C. 4041 et seq.) or an employee for purposes of subchapter III of chapter 83 or chapter 84 of title 5, United States Code.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H425B9C62A66C41C39246491BBFFE20CA" indent="up1"><enum>(ii)</enum><text display-inline="yes-display-inline">An annuitant described in clause (i) may elect in writing for the reemployment of the annuitant under this subsection to be subject to section 824 of the Foreign Service Act of 1980 (22 U.S.C. 4064). A reemployed annuitant shall make an election under this clause not later than 90 days after the date of the reemployment of the annuitant.</text></clause></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5FE0083CC5E642A8B9309DE975FF6F1C"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H79204C5D85E449548BDB6C021D8F9A19" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HD5285D7CD1EF4BAE86A1CB6541D495DB" indent="up1"><enum>(5)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H46BED1EEE4124A4B998BFE7433FAB1B2"><enum>(A)</enum><text display-inline="yes-display-inline">A person employed by a lead Inspector General for an overseas contingency operation under this section shall acquire competitive status for appointment to any position in the competitive service for which the employee possesses the required qualifications upon the completion of 2 years of continuous service as an employee under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H947056A1D1514FE3A45071258EC51B31" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">No person who is first employed as described in subparagraph (A) more than 2 years after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020 may acquire competitive status under subparagraph (A).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HA140D9E232694C7885508DBCA9CAA10A" section-type="subsequent-section"><enum>1735.</enum><header display-inline="yes-display-inline">Extension of National Security Commission on Artificial Intelligence</header>

<subsection commented="no" display-inline="no-display-inline"

id="HF525D870305D46C7B5EDAD451FB3A6EE"><enum>(a)</enum><header display-inline="yes-display-inline">Extension</header><text display-inline="yes-display-inline">Subsection (e) of section 1051 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1962) is amended by striking <quote>October 1, 2020</quote> and inserting <quote>October 1, 2021</quote>.</text></subsection>

<subsection id="H4D9BCD4FF89F4DED954ED2D1B631C5F4"><enum>(b)</enum><header>Authority to accept gifts</header><text>Subsection (a) of such section is amended by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" id="HEB2DF18E15D54E34B42B6DA0B1289241" display-inline="no-display-inline">

<paragraph id="H4B0A1054C7824C3EBEA405F46E61C7DD"><enum>(8)</enum><header>Authority to accept gifts</header><text display-inline="yes-display-inline">The Commission may accept, use, and dispose of gifts or donations of services, goods, and property from non-Federal entities for the purposes of aiding and facilitating the work of the Commission. The authority in this paragraph does not extend to gifts of money.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H00CBA1BB81C54AB9B3CB8D48B0C6F2A6"><enum>(c)</enum><header display-inline="yes-display-inline">Reports</header><text display-inline="yes-display-inline">Subsection (c) of such section is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HBCFB31A789974693A00EB160B4EE118A"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating paragraph (3) as paragraph (4); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF96F98DC579C4EA98407C924572911EA"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting after paragraph (1) the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H9875F7CF25E24597B011003C41C53EE9" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H79A7185F69ED4482B930FADBD627054A"><enum>(2)</enum><header display-inline="yes-display-inline">Interim reports</header><text display-inline="yes-display-inline">Not later than each of December 1, 2019, and December 1, 2020, the Commission shall submit as described in that paragraph an interim report on the review required under subsection (b).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1C6FF99858D448CDB9DEC1D3E95CB0FA"><enum>(3)</enum><header display-inline="yes-display-inline">Final report</header><text display-inline="yes-display-inline">Not later than March 1, 2021, the Commission shall submit as described in paragraph (1) a comprehensive final report on the review required under subsection (b).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H0E6CC2399F93404480EE30B66A3D351D"><enum>1736.</enum><header>Exemption from calculation of monthly income, for purposes of bankruptcy laws, of certain payments from the Department of Veterans Affairs and the Department of Defense</header><text display-inline="no-display-inline">Section 101(10A) of title 11, United States Code, is amended by striking subparagraph (B) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HE0A14F08BC0C4BB28ED66BD8B6F0934A" style="OLC">

<subparagraph id="HFF0BAA0EEB4741EA872CDFFCFF68FCD5"><enum>(B)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H12E4F138FF2C40D88A42B16A614D24F2"><enum>(i)</enum><text>includes any amount paid by any entity other than the debtor (or in a joint case the debtor and the debtor's spouse), on a regular basis for the household expenses of the debtor or the debtor's dependents (and, in a joint case, the debtor's spouse if not otherwise a dependent); and</text></clause>

<clause id="H46F89F255D8647598C4458715892030D" indent="up1"><enum>(ii)</enum><text>excludesâ€"</text>

<subclause id="HF2D427B4A01D49B9AF556A2C736DD292"><enum>(I)</enum><text>benefits received under the Social Security Act (42 U.S.C. 301 et seq.);</text></subclause>

<subclause id="H91E8A10879C74662AD16406C822D402A"><enum>(II)</enum><text>payments to victims of war crimes or crimes against humanity on account of their status as victims of such crimes;</text></subclause>

<subclause id="HC81FE2877F734FEB970309D892F99FC6"><enum>(III)</enum><text>payments to victims of international terrorism or domestic terrorism, as those terms are defined in section 2331 of title 18, on account of their status as victims of such terrorism; and</text></subclause>

<subclause id="HB353ACAEEF634E07B06753DBE9651778"><enum>(IV)</enum><text>any monthly compensation, pension, pay, annuity, or allowance paid under title 10, 37, or 38 in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services, except that any retired pay excluded under this subclause shall include retired pay paid under chapter 61 of title 10 only to the extent that such retired pay exceeds the amount of retired pay to which the debtor would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.</text></subclause></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H14542ECCD8464684BF65EF9190249EC6"><enum>1737.</enum><header>Extension of postage stamp for breast cancer research</header><text display-inline="no-display-inline">Section 414(h) of title 39, United States Code, is amended by striking <quote>2019</quote> and inserting <quote>2027</quote>.</text></section>

<section id="H59922328CA514D4AB81D932BF7AD6719" section-type="subsequent-section"><enum>1738.</enum><header>National Commission on Military Aviation Safety</header>

<subsection id="H5CCFF868C4BD49D88C4EFC6BDA3D6E76"><enum>(a)</enum><header>Extension of deadline for report</header><text display-inline="yes-display-inline">Subsection (h)(2) of section 1087 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) is amended by striking <quote>March 1, 2020</quote> and inserting <quote>December 1, 2020</quote>.</text></subsection>

<subsection id="H6DC820DAE6C948B49F2D243C003E8E47"><enum>(b)</enum><header>Secretary of Defense report</header><text>Such section is further amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HE06295024F114E65B3FC9F01CD9644F0" display-inline="no-display-inline">

<subsection id="H59AB1501D6114F6FAB73F304F5881E11"><enum>(m)</enum><header>Report to Congress</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the submittal of the report under subsection (h)(2), the Secretary of Defense, in coordination with the Secretary of each of the military departments, shall submit to the Committees on Armed Services of the Senate and House of Representatives a report that includes each of the following:</text>

<paragraph id="HDC11EEE3E0FE4AD49823E5E0B11B0672"><enum>(1)</enum><text>An assessment of the findings and conclusions of the Commission.</text></paragraph>

<paragraph id="H95215E7C9D16485CA141BF9C89F39FF4"><enum>(2)</enum><text>The plan of the Secretaries for implementing the recommendations of the Commission.</text></paragraph>

<paragraph id="HE4209B5A87234A408C6F43055402EE9A"><enum>(3)</enum><text>Any other actions taken or planned by the Secretary of Defense or the Secretary of any of the military departments to improve military aviation safety.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEFAD67A02D8347F8AA0168813E292643"><enum>(c)</enum><header>Authorization of appropriations</header><text display-inline="yes-display-inline">In addition to any other amounts authorized to be appropriated for the National Commission on Military Aviation Safety established under section 1087 of the John S. McCain National Defense

Authorization Act for Fiscal Year 2019 (Public Law 115â€"232), of the amounts authorized to be appropriated for Operation and Maintenance, Defense-wide for fiscal year 2020, as specified in the funding table in section 4301, $3,000,000 shall be available for the National Commission on Aviation Safety.</text></subsection></section>

<section id="HF292DEF62DAB4E2CA6163D21E4A1F39B"><enum>1739.</enum><header>Guarantee of residency for spouses of members of the uniformed services</header>

<subsection id="H121B09DD8C304D74BD11E49A0A9B7256"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Title VI of the Servicemembers Civil Relief Act (50 U.S.C. 4021 et seq.) is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H614FE1F8FF1647EBBE1D7A7E41D947B3" style="OLC">

<section id="HB457D5E8D42E4775ADEF55F0BC375755"><enum>707.</enum><header>Guarantee of residency for spouses of servicemembers</header><text display-inline="no-display-inline">For the purposes of establishing the residency of a spouse of a servicemember for any purpose (including the registration of a business), the spouse of a servicemember may elect to use the same residence as the servicemember regardless of the date on which the marriage of the spouse and the servicemember occurred.</text></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEB2EA6A732484B15B3298BA663F44BFC"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents in section 1(b) of such Act is amended by inserting after the item relating to section 706 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H86CB5B2A65314F9DBD40883BCC6A6BBF" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 707. Guarantee of residency for spouses of servicemembers.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HE27F3C3AEB764D3AAD7F057349D55AEF" section-type="subsequent-section"><enum>1740.</enum><header display-inline="yes-display-inline">Electromagnetic pulses and geomagnetic disturbances</header>

<subsection commented="no" display-inline="no-display-inline" id="H8DB8E083697644CCBC476BCA8FCFAC26"><enum>(a)</enum><header>EMP and GMD mitigation research and development</header>

<paragraph id="H0CB0575ECD7A46239587116352AE4DFF"><enum>(1)</enum><header>Threat assessment, response, and recovery</header><text>Section 320 of the Homeland Security Act of 2002 (6 U.S.C. 195f) is amendedâ€"</text>

<subparagraph id="H2B75E09E2ED14951B3CB9238B5EC6CB2" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">in the section heading, by inserting <quote><header-in-text level="section" style="OLC">and threat assessment, response, and recovery</header-in-text></quote> after <quote><header-in-text level="section" style="OLC">development</header-in-text></quote>; and</text></subparagraph>

<subparagraph id="HE33BE050FF5C418DA0D67D6AE70FF768" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA4EFC11163BC47DE9BCFE2898C815E9B" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H72692F160D0D4023A0D1918834197ABC"><enum>(d)</enum><header display-inline="yes-display-inline">Threat assessment, response, and recovery</header>

<paragraph commented="no" display-inline="no-display-inline" id="H1F8CEED933A04F7EA28AAD145BA1EC9E"><enum>(1)</enum><header display-inline="yes-display-inline">Roles and responsibilities</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H241A91F79DC14B47ABFEF3451CF76742"><enum>(A)</enum><header display-inline="yes-display-inline">Distribution of information</header>

<clause commented="no" display-inline="no-display-inline" id="H5FB0D756E2684F5EA61B1584BF664FF5"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Beginning not later than June 19, 2020, the Secretary shall provide timely distribution of information on EMPs and GMDs to Federal, State, and local governments, owners and operators of critical infrastructure, and other persons determined appropriate by the Secretary.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H66287176E7FF488B9286200C1686FADF"><enum>(ii)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">The Secretary shall brief the appropriate congressional committees on the effectiveness of the distribution of information under clause (i).</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7D4B2AA463F54363833C7FA8ACE59081"><enum>(B)</enum><header display-inline="yes-display-inline">Response and recovery</header>

<clause commented="no" display-inline="no-display-inline" id="H8AB29C01727A4AFEB3B67BF4F5994BD0"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Administrator of the Federal Emergency Management Agency shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H761574EA24F4471ABFA7CC6D68B21BAF"><enum>(I)</enum><text display-inline="yes-display-inline">coordinate the response to and recovery from the effects of EMPs and GMDs on critical infrastructure, in coordination with the heads of appropriate Sector-Specific Agencies, and on matters related to the bulk power system, in consultation with the Secretary of Energy and the Federal Energy Regulatory Commission; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H18E7B3C37BCD4FDCBF76A8A4ADA21568"><enum>(II)</enum><text display-inline="yes-display-inline">to the extent practicable, incorporate events that include EMPs and extreme GMDs as a factor in preparedness scenarios and exercises.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="HE8F21516D5C045FFB4129274C70642CD"><enum>(ii)</enum><header display-inline="yes-display-inline">Implementation</header><text display-inline="yes-display-inline">The Administrator of the Federal Emergency Management Agency, in coordination with the Director of the Cybersecurity and Infrastructure Security Agency, and on matters related to the bulk power system, the Secretary of Energy and the Federal Energy Regulatory Commission, shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HC13E97B466A34A4E8F949D428E465D67"><enum>(I)</enum><text display-inline="yes-display-inline">not later than June 19, 2020, develop plans and procedures to coordinate the response to and recovery from EMP and GMD events; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HD9FB0FCF63324A5B803AEE7B414105B9"><enum>(II)</enum><text display-inline="yes-display-inline">not later than December 21, 2020, conduct a national exercise to test the preparedness and response of the Nation to the effect of an EMP or extreme GMD event.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1ED81A6FB6624C55BA8C51FF2C84091A"><enum>(C)</enum><header display-inline="yes-display-inline">Research and development</header>

<clause commented="no" display-inline="no-display-inline" id="HF334C40C409E4AD5A1B2CAF229563ECD"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary, in coordination with the heads of relevant Sector-Specific Agencies, shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HC35D536265D34A42B36D34EA09F36ECD"><enum>(I)</enum><text display-inline="yes-display-inline">without duplication of existing or ongoing efforts, conduct research and development to better understand and more effectively model the effects of EMPs and GMDs on critical infrastructure (which shall not include any system or infrastructure of the Department of Defense or any system or infrastructure of the Department of Energy associated with nuclear weapons activities); and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H98E6030143B04F618CB086076CB3E502"><enum>(II)</enum><text display-inline="yes-display-inline">develop technologies to enhance the resilience of and better protect critical infrastructure.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H3ABDC802A34D42999EF936E5FB5831FE"><enum>(ii)</enum><header display-inline="yes-display-inline">Plan</header><text display-inline="yes-display-inline">Not later than March 26, 2020, and in coordination with the heads of relevant Sector-Specific Agencies, the Secretary shall submit to the appropriate congressional committees a research and development action plan to rapidly address modeling shortfall and technology development.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7C1AE89532C74EBAA249D7207AB29340"><enum>(D)</enum><header display-inline="yes-display-inline">Emergency information system</header>

<clause commented="no" display-inline="no-display-inline" id="H6397976AF3784E96AAD2190D64A02D67"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Administrator of the Federal Emergency Management Agency, in coordination with relevant stakeholders, shall maintain a network of systems, such as the alerting capabilities of the integrated public alert and warning system authorized under section 526, that are capable of providing appropriate emergency information to the public before (if possible), during, and in the aftermath of an EMP or GMD.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H72626EC2B48245C6AB9A8DD115BE1334"><enum>(ii)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than December 21, 2020, the Administrator of the Federal Emergency Management Agency, shall brief the appropriate congressional committees regarding the maintenance of systems, including the alerting capabilities of the integrated public alert and warning system authorized under section 526.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD7B58344E4264FD3A6B9665D1B5D432A"><enum>(E)</enum><header display-inline="yes-display-inline">Quadrennial risk assessments</header>

<clause commented="no" display-inline="no-display-inline" id="HBD7B47977E024F2593D7774C2E49BBC2"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, and the Secretary of Commerce, and informed by intelligence-based threat assessments, shall conduct a quadrennial EMP and GMD risk assessment.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HCEF680DD868A418FB36A2662D14DC1B9"><enum>(ii)</enum><header display-inline="yes-display-inline">Briefings</header><text display-inline="yes-display-inline">Not later than March 26, 2020, and every four years thereafter until 2032, the Secretary, the Secretary of Defense, the Secretary of Energy, and the Secretary of Commerce shall provide a briefing to the appropriate congressional committees regarding the quadrennial EMP and GMD risk assessment.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H4D47E2337420442EA4989035C84F09C5"><enum>(iii)</enum><header display-inline="yes-display-inline">Enhancing resilience</header><text display-inline="yes-display-inline">The Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, the Secretary of Commerce, and the heads of other relevant Sector-Specific Agencies, shall use the results of the quadrennial EMP and GMD risk assessments to better understand and to improve resilience to the effects of EMPs and GMDs across all critical infrastructure sectors, including coordinating the prioritization of critical

infrastructure at greatest risk to the effects of EMPs and GMDs.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H200C1E05735240AC8133F3F7CEA9AEF0"><enum>(2)</enum><header display-inline="yes-display-inline">Coordination</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H47905814DFE24FC9856FD384DFEA31DD"><enum>(A)</enum><header display-inline="yes-display-inline">Report on technological options</header><text display-inline="yes-display-inline">Not later than December 21, 2020, and every four years thereafter until 2032, the Secretary, in coordination with the Secretary of Defense, the Secretary of Energy, the heads of other appropriate agencies, and, as appropriate, private-sector partners, shall submit to the appropriate congressional committees, a report thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H73634780080349FEA2294EEA25FD0CA2"><enum>(i)</enum><text display-inline="yes-display-inline">assesses the technological options available to improve the resilience of critical infrastructure to the effects of EMPs and GMDs; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H7BA510EB17944E518BE00D02791BFE4A"><enum>(ii)</enum><text display-inline="yes-display-inline">identifies gaps in available technologies and opportunities for technological developments to inform research and development activities.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H269A49E4F58042AE936DFEB2B0003DD8"><enum>(B)</enum><header display-inline="yes-display-inline">Test data</header>

<clause commented="no" display-inline="no-display-inline" id="H863EBFE50D804B1B8C60A4B135667E65"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than December 20, 2020, the Secretary, in coordination with the heads of Sector-Specific Agencies, the Secretary of Defense, and the Secretary of Energy, shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HC38FBEF5AE0D4959B2DC88AA723151F2"><enum>(I)</enum><text display-inline="yes-display-inline">review test data regarding the effects of EMPs and GMDs on critical infrastructure systems, networks, and assets representative of those throughout the Nation; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HC21BC285480F4A7C9A922EC33F48B750"><enum>(II)</enum><text display-inline="yes-display-inline">identify any gaps in the test data.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H8732EAB0EB0F4C2F95DB36EB8085AAFA"><enum>(ii)</enum><header display-inline="yes-display-inline">Plan</header><text display-inline="yes-display-inline">Not later than 180 days after identifying gaps in test data under clause (i), the Secretary, in coordination with the heads of Sector-Specific Agencies and in consultation with the Secretary of Defense and the Secretary of Energy, shall use the sector partnership structure identified in the National Infrastructure Protection Plan to develop an integrated cross-sector plan to address the identified gaps.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8287D321104B4F26A8C730CE3CC2FCE0"><enum>(iii)</enum><header display-inline="yes-display-inline">Implementation</header><text display-inline="yes-display-inline">The heads of each agency identified in the plan developed under clause (ii) shall implement the plan in collaboration with the voluntary efforts of the private sector, as appropriate.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB3A0A0A83DF945428890E72675E7490E"><enum>(3)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this subsection:</text>

<subparagraph commented="no" display-inline="no-display-inline"

id="H462B07F970F44348A85AFE82A85B3271"><enum>(A)</enum><text display-inline="yes-display-inline">The term <term>appropriate congressional committees</term> meansâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFD70621891DD4A10B849B057C02DA831"><enum>(i)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs, the Committee on Armed Services, the Committee on Energy and Natural Resources, and the Committee on Commerce, Science, and Transportation of the Senate; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HFADDA6A9E9104B7F99DC67988BDFA2D1"><enum>(ii)</enum><text display-inline="yes-display-inline">the Committee on Transportation and Infrastructure, the Committee on Homeland Security, the Committee on Armed Services, the Committee on Energy and Commerce, and the Committee on Science, Space and Technology of the House of Representatives.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H79A394556D9942B3AC25F7EA49E6F99B"><enum>(B)</enum><text display-inline="yes-display-inline">The terms <term>prepare</term> and <term>preparedness</term> mean the actions taken to plan, organize, equip, train, and exercise to build and sustain the capabilities necessary to prevent, protect against, mitigate the effects of, respond to, and recover from those threats that pose the greatest risk to the security of the homeland, including the prediction and notification of impending EMPs and GMDs.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2E27D9CCE4214EC4B4B9FEF01C122A65"><enum>(C)</enum><text display-inline="yes-display-inline">The term <term>Sector-Specific Agency</term> has the meaning given that term in section 2201.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H41DBB2448A194002918AC0FB077C57B0"><enum>(e)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construeâ€"</text>

<paragraph id="HA20B4482898D429687328C4EB7D83E5D"><enum>(1)</enum><text>to affect in any manner the authority of the executive branch to implement Executive Order 13865, dated March 26, 2019, and entitled <quote>Coordinating National Resilience to Electromagnetic Pulses</quote>, or any other authority existing on the day before the date of enactment of this subsection of any other component of the Department or any other Federal department or agency, including the authority provided to the Sector-Specific Agency specified in section 61003(c) of division F of the Fixing Americaâ€™s Surface Transportation Act (6 U.S.C. 121 note), including the authority under section 215 of the Federal Power Act (16 U.S.C. 824o), and including the authority of independent agencies to be independent; or</text></paragraph>

<paragraph id="HCE35FBB38F364346A1B7E2701AD12749"><enum>(2)</enum><text display-inline="yes-display-inline">as diminishing or transferring any authorities vested in the Administrator of the Federal Emergency Management Agency or in the Agency prior to the date of the enactment of this subsection.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HE1A6ACA7B9A14A959B6D82A1AE01E941" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Technical and conforming amendment</header><text display-inline="yes-display-inline">The table of sections in section 1(b) of the Homeland Security Act of 2002 is amended by striking the item relating to section 320 and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H3571240852344E208824BADC15637D1F" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 320. EMP and GMD mitigation research and development and threat assessment, response, and recovery.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HC1E427FFC3E84F5F9F5D7ECE40E51774"><enum>(b)</enum><header>Consultation with Secretary of Energy in preparation of quadrennial homeland security

review</header><text>Section 707 of the Homeland Security Act of 2002 (6 U.S.C. 347) is amendedâ€"</text>

<paragraph id="H24C557B27C3045ECB496B1CE08F522A2"><enum>(1)</enum><text>in subsection (a)(3)(A), by inserting <quote>the Secretary of Energy,</quote> after <quote>the Secretary of Agriculture</quote>; and</text></paragraph>

<paragraph id="H9A520A7D4663423FB3D9010DD4BA35FB"><enum>(2)</enum><text>in subsection (c)(2)(B), by inserting after review the following <quote>or for purposes of the quadrennial EMP and GMD risk assessment under section 320(d)(1)(E)</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9252585EE5404BDB9328114F91E450E7"><enum>(c)</enum><header display-inline="yes-display-inline">National essential functions</header>

<paragraph commented="no" display-inline="no-display-inline" id="HCC51DA7B083C430F8931C8F2D9BE4480"><enum>(1)</enum><header display-inline="yes-display-inline">Updated operational plans</header><text display-inline="yes-display-inline">Not later than March 20, 2020, each agency that supports a national essential function shall prepare updated operational plans documenting the procedures and responsibilities of the agency relating to preparing for, protecting against, and mitigating the effects of EMPs and GMDs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA7E7D667797F49A08A8A5DEB2D68FDDD"><enum>(2)</enum><header display-inline="yes-display-inline">Definition of national essential function</header><text display-inline="yes-display-inline">In this subsection, the term <term>national essential functions</term> means the overarching responsibilities of the Federal Government to lead and sustain the Nation before, during, and in the aftermath of a catastrophic emergency, such as an EMP or GMD that adversely affects the performance of the Federal Government.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6F31BF54C0FF48EB978FF0A7015E915C"><enum>(d)</enum><header display-inline="yes-display-inline">Benchmarks</header><text display-inline="yes-display-inline">Not later than March 26, 2020, and as appropriate thereafter, the Secretary of Energy, in consultation with the Secretary of Defense, the Secretary of Homeland Security, and, as appropriate, the private sector, may develop or update, as necessary, quantitative and voluntary benchmarks that sufficiently describe the physical characteristics of EMPs, including waveform and intensity, in a form that is useful to and can be shared with owners and operators of critical infrastructure. Nothing in this subsection shall affect the authority of the Electric Reliability Organization to develop and enforce, or the authority of the Federal Energy Regulatory Commission to approve, reliability standards.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H469FE2AB1AE743688D133E244322A00E"><enum>(e)</enum><header display-inline="yes-display-inline">Pilot test by DHS to evaluate engineering approaches</header>

<paragraph commented="no" display-inline="no-display-inline" id="H05499B7D2D3442608565C7B941851D26"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than September 22, 2020, the Secretary of Homeland Security, acting through the Under Secretary for Science and Technology of the Department of Homeland Security, in coordination with the Director of the Cybersecurity and Infrastructure Security Agency and the Administrator of the Federal Emergency Management Agency, the Secretary of Defense, and the Secretary of Energy, and in consultation with the private sector, as appropriate, shall develop and implement a pilot test to evaluate available engineering approaches for mitigating the effects of EMPs and GMDs on the most vulnerable critical infrastructure systems, networks, and assets.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6D8EF89848C2477FBECBC732F0A4679D"><enum>(2)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than 90 days after the date on which the pilot test described in paragraph (1) is completed, the Secretary of Homeland Security, acting through the Under Secretary for Science and Technology of the Department of Homeland Security, in coordination with the Director of the Cybersecurity and Infrastructure Security Agency and the Administrator

of the Federal Emergency Management Agency, the Secretary of Defense, and the Secretary of Energy, shall jointly brief the appropriate congressional committees on the cost and effectiveness of the evaluated approaches.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB871F6959B734032B8A2A3774CB72D66"><enum>(f)</enum><header display-inline="yes-display-inline">Pilot test by DOD to evaluate engineering approaches</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF808885BD3C34E69BC4712AE22E705E9"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than September 22, 2020, the Secretary of Defense, in consultation with the Secretary of Homeland Security and the Secretary of Energy, shall conduct a pilot test to evaluate engineering approaches for hardening a strategic military installation, including infrastructure that is critical to supporting that installation, against the effects of EMPs and GMDs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF7D79B08DA0F49A7A84DE7EE803E7545"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after completing the pilot test described in paragraph (1), the Secretary of Defense shall submit to the appropriate congressional committees a report regarding the cost and effectiveness of the evaluated approaches.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFC14A9DF595C43A09A89C201BAC27757"><enum>(g)</enum><header display-inline="yes-display-inline">Communications operational plans</header><text display-inline="yes-display-inline">Not later than December 21, 2020, the Secretary of Homeland Security, after holding a series of joint meetings with the Administrator of the Federal Emergency Management Agency, the Director of the Cybersecurity and Infrastructure Security Agency, the Secretary of Defense, the Under Secretary of Commerce for Standards and Technology, the Assistant Secretary of Commerce for Communications and Information, the Federal Communications Commission, and the Secretary of Transportation, shall submit to the appropriate congressional committees a reportâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6D6A0976630F42B3BD71B7E3BAAFEC95"><enum>(1)</enum><text display-inline="yes-display-inline">assessing the effects of EMPs and GMDs on critical communications infrastructure; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H22703458778C4CA281D7FAC930FCFCEC"><enum>(2)</enum><text display-inline="yes-display-inline">recommending any necessary changes to operational plans to enhance national response and recovery efforts after an EMP or GMD.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8021F42BC19048D3A9D1059F0EE413B6"><enum>(h)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD9FCFB0382EF456C8D1ED1CFA36419D9"><enum>(1)</enum><text display-inline="yes-display-inline">The term <term>appropriate congressional committees</term> has the meaning given that term in subsection (d) of section 320 of the Homeland Security Act of 2002, as added by subsection (a) of this section; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCB7717162A6243EE8523EC9A0F724184"><enum>(2)</enum><text display-inline="yes-display-inline">The terms <term>critical infrastructure</term>, <term>EMP</term>, and <term>GMD</term> have the meanings given such terms in section 2 of the Homeland Security Act of 2002 (6 U.S.C. 101).</text></paragraph></subsection></section>

<section id="HF9AD0CDECEC3405BB9CEE1A72F0CC896"><enum>1741.</enum><header>Improvements to Manufacturing USA Program</header>

<subsection id="H1FB71F54C3864A9B8FF858E7151BC6AE"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 34 of the National Institute of Standards and Technology Act (15 U.S.C. 278s) is amended to read as

follows:</text>

<quoted-block display-inline="no-display-inline" id="HA97A6A6AF1DA4091BE37505BBF280B16" style="OLC">

<section id="HEF9A8CBA127E495F8E98D8ECD788A696"><enum>34.</enum><header>Manufacturing USA</header>

<subsection id="HB5919A1DD51E447B9C5CFF3B424D57A0"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H9853D28C59CC458098C826BAA7D03F31"><enum>(1)</enum><header>Agency head</header><text>The term <term>agency head</term> means the head of any Executive agency (as defined in section 105 of title 5, United States Code), other than the Department of Defense.</text></paragraph>

<paragraph id="HF974223CF6CE4AA6BFAC534323AE2547"><enum>(2)</enum><header>Regional innovation initiative</header><text>The term <term>regional innovation initiative</term> has the meaning given such term in section 27(f)(1) of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3722(f)(1)).</text></paragraph></subsection>

<subsection id="HF92A63283E5C4BAD8E5298B0C24C0C74"><enum>(b)</enum><header>Establishment of Manufacturing USA Program</header>

<paragraph id="H4C49D0686D4248C38225ECDCDB5D0E41"><enum>(1)</enum><header>In general</header><text>The Secretary shall establish within the Institute a program to be known as the <quote>Manufacturing United States of America Program</quote> or the <quote>Manufacturing USA Program</quote> (referred to in this section as the <quote>Program</quote>).</text></paragraph>

<paragraph id="H7B79AE032A0648E0A67445D51788F6BC"><enum>(2)</enum><header>Purposes of Program</header><text>The purposes of the Program areâ€"</text>

<subparagraph id="HC8E1DADE15EA489AA07BDEEAF07060D8"><enum>(A)</enum><text>to improve the competitiveness of United States manufacturing and to increase the production of goods manufactured predominantly within the United States;</text></subparagraph>

<subparagraph id="H662960209B6B4F23B5A30E65ED348A37"><enum>(B)</enum><text>to stimulate United States leadership in advanced manufacturing research, innovation, and technology;</text></subparagraph>

<subparagraph id="H803C9E8AF18D4A8E9169D489D31D4FC0"><enum>(C)</enum><text>to facilitate the transition of innovative technologies into scalable, cost-effective, and high-performing manufacturing capabilities;</text></subparagraph>

<subparagraph id="H205538DD21EC4110BD7A8D10D8851A42"><enum>(D)</enum><text>to facilitate access by manufacturing enterprises to capital-intensive infrastructure, including high-performance electronics and computing, and the supply chains that enable these technologies;</text></subparagraph>

<subparagraph id="HB1C225CAFBB6456B925EDC2493EC2FC3"><enum>(E)</enum><text>to accelerate the development of an advanced manufacturing workforce;</text></subparagraph>

<subparagraph id="H4428E961D9094568867804B17E7A5864"><enum>(F)</enum><text>to facilitate peer exchange of and the documentation of best practices in addressing advanced manufacturing challenges;</text></subparagraph>

<subparagraph id="HD34A8863324B4E41B32DED3AD2F3CCE1"><enum>(G)</enum><text>to leverage non-Federal sources of support to promote a stable and sustainable business model without the need for long-term Federal funding;</text></subparagraph>

<subparagraph id="H303DE498C0314B10BCB7C4BA01BD98EA"><enum>(H)</enum><text>to create and preserve jobs; and</text></subparagraph>

<subparagraph id="H45E3B988432D4123A0187F3B15B00261"><enum>(I)</enum><text>to contribute to the development of regional innovation initiatives across the United States.</text></subparagraph></paragraph>

<paragraph id="H475D2F48A67D4A408619F3C0E608410E"><enum>(3)</enum><header>Support</header><text>The Secretary, acting through the Director, shall carry out the purposes set forth in paragraph (2) by supportingâ€"</text>

<subparagraph id="H4496AAE7EB114AECAED03BD36F6F42E4"><enum>(A)</enum><text>the Manufacturing USA Network established under subsection (b); and</text></subparagraph>

<subparagraph id="H257A2335307F42DB9041F1EBA81682FF"><enum>(B)</enum><text>the establishment of Manufacturing USA institutes.</text></subparagraph></paragraph>

<paragraph id="H22135E3034C64D90BAEE4BCC06E3D20A"><enum>(4)</enum><header>Director</header><text>The Secretary shall carry out the Program through the Director.</text></paragraph></subsection>

<subsection id="HAD862523A6D6439B877D2E3A8AE59A94"><enum>(c)</enum><header>Establishment of Manufacturing USA Network</header>

<paragraph id="H52BA4F47E7CC45328E6192C68AEF3D53"><enum>(1)</enum><header>In general</header><text>As part of the Program, the Secretary shall establish a network of Manufacturing USA institutes.</text></paragraph>

<paragraph id="HFD375AF4B48644D3BCE5D1A733E716C6"><enum>(2)</enum><header>Designation</header><text>The network established under paragraph (1) shall be known as the <quote>Manufacturing United States of America Network</quote> or the <quote>Manufacturing USA Network</quote> (referred to in this section as the <quote>Network</quote>).</text></paragraph></subsection>

<subsection id="HF266E8B77C764C1B83375F377A3BA341"><enum>(d)</enum><header>Manufacturing USA institutes</header>

<paragraph id="HE587AAAB7B914ED8A67A070D49DA1166"><enum>(1)</enum><header>In general</header><text>For purposes of this section, a Manufacturing USA institute is an institute thatâ€"</text>

<subparagraph id="H98C82B0067FC41FD8E6DC5C579C304F6"><enum>(A)</enum><text>has been established by a person or group of persons to address challenges in advanced manufacturing and to assist manufacturers in retaining or expanding industrial production and jobs in the United States;</text></subparagraph>

<subparagraph id="H252BFC7832A048C498225E3FA9235BF0"><enum>(B)</enum><text>has a predominant focus on a manufacturing process, novel material, enabling technology, supply chain integration methodology, or another relevant aspect of advanced manufacturing, such as nanotechnology applications, advanced ceramics, photonics and optics, composites, biobased and advanced materials, flexible hybrid technologies, tool development for microelectronics, food manufacturing, superconductors, advanced battery technologies, robotics, advanced sensors, quantum information science, supply chain water optimization, aeronautics and advanced materials, and graphene and graphene commercialization;</text></subparagraph>

<subparagraph id="H5E2189CD4085408B8B6AB009DFF3C048"><enum>(C)</enum><text>has the potentialâ€"</text>

<clause id="H395A702269D040938B8AC5D28673BC9A"><enum>(i)</enum><text>to improve the competitiveness of United States manufacturing, including key advanced manufacturing technologies such as nanotechnology, advanced ceramics, photonics and optics, composites, biobased and advanced materials, flexible hybrid technologies, tool development for microelectronics, food manufacturing, superconductors, advanced battery technologies, robotics, advanced sensors, quantum information science, supply chain water optimization, aeronautics and advanced materials, and graphene and graphene commercialization;</text></clause>

<clause id="HE4F6F8E625CA423C9C48107F0C25B5DE"><enum>(ii)</enum><text>to accelerate non-Federal investment in advanced manufacturing production capacity in the United States; or</text></clause>

<clause id="H602D479B9E8B4C1FB0B2F6BDB7FC2ED3"><enum>(iii)</enum><text>to enable the

commercial application of new technologies or industry-wide manufacturing processes; and</text></clause></subparagraph>

<subparagraph id="H7DE014443CEB4BE297C97401CBE21506"><enum>(D)</enum><text>includes active participation among representatives from multiple industrial entities, research universities, community colleges, and other entities as appropriate, which may include industry-led consortia, career and technical education schools, Federal laboratories, State, local, and Tribal governments, businesses, educational institutions, and nonprofit organizations.</text></subparagraph></paragraph>

<paragraph id="H3DFC335959974FE8AC961E2A42408A77"><enum>(2)</enum><header>Activities</header>

<subparagraph id="HF10D3F0EA4344BC68E936AE1E4D11B44"><enum>(A)</enum><header>Required activities</header><text>For purposes of this section, a Manufacturing USA institute is also an institute that carries out the following:</text>

<clause id="H39BBB5595D7541D4A0072CB448AB6B5D"><enum>(i)</enum><text>Research, development, and demonstration projects, including proof-of-concept development and prototyping, to reduce the cost, time, or risk of commercializing new technologies and improvements in existing technologies, processes, products, and research and development of materials to solve precompetitive industrial problems with economic or national security implications.</text></clause>

<clause id="H491E341517E64416B498411084F4CDD0"><enum>(ii)</enum><text>Development and implementation of education, training, and workforce recruitment courses, materials, and programs addressing workforce needs through training and education programs at all appropriate education levels, including programs on applied engineering.</text></clause>

<clause id="H2C6FF54CF8B04574BCB9769CDED0552A"><enum>(iii)</enum><text>Development of innovative methodologies and practices for supply chain integration and introduction of new technologies into supply chains, as appropriate.</text></clause>

<clause id="H84E11197527C4E26A0D3306377226EFE"><enum>(iv)</enum><text>Outreach and engagement with small and medium-sized manufacturing enterprises, including women, minority, and veteran owned manufacturing enterprises, in addition to large manufacturing enterprises.</text></clause>

<clause id="HA468D32C304140EF85273D387C4FBC4A"><enum>(v)</enum><text>Development of roadmaps or leveraging of existing roadmaps with respect to technology areas being pursued by that Manufacturing USA institute that take into account the research and development undertaken at other Manufacturing USA institutes and Federal agencies with respect to such areas.</text></clause></subparagraph>

<subparagraph id="H8B32767B57564DE09018DF39C73494E9"><enum>(B)</enum><header>Permissible activities</header><text>In addition to the activities set forth under subparagraph (A), a Manufacturing USA institute may carry out such other activities as may be consistent with the purposes set forth under subsection (b)(2).</text></subparagraph></paragraph>

<paragraph id="H6639ACFCCD5C4D3495A072E1A43A7EAA"><enum>(3)</enum><header>Additional Manufacturing USA institutes</header>

<subparagraph id="H5937BB8AE947422CA3A356051D6D0195"><enum>(A)</enum><header>In general</header><text>Except as provided in subparagraph (C), the National Additive Manufacturing Innovation Institute and other manufacturing institutes formally recognized as Manufacturing USA institutes pursuant to Federal law or executive actions, or under pending interagency review for such recognition as of December 16, 2014, shall be considered Manufacturing USA institutes for purposes of this section.</text></subparagraph>

<subparagraph id="H9A3713DFC1C74556A76FA517AAD05A0D"><enum>(B)</enum><header>Network participation</header><text>Except as provided in subparagraph (C), an institute that is substantially similar to an institute described by paragraphs (1) and (2) but does not meet every element of such description and does not receive financial assistance under subsection (e) may, upon request of the institute, be recognized as a Manufacturing USA institute by the Secretary for purposes of participation in the Network.</text></subparagraph>

<subparagraph commented="no" id="H57B261AAD9AD474699735902C0A28ECD"><enum>(C)</enum><header>Applicability</header><text>Effective beginning on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, an institute shall be treated as a Manufacturing USA institute under this section and subject to subsections (b)(2), (d), and (e) in the same manner and to the same extent as such provisions apply to a Manufacturing USA institute described by paragraphs (1) and (2) if such instituteâ€"</text>

<clause commented="no" id="H14DD0ECD51824CC2A27BBA2EC7F91F03"><enum>(i)</enum>

<subclause commented="no" display-inline="yes-display-inline" id="H042BAA8240E74098AE1B00682F252B90"><enum>(I)</enum><text>is, as of such date of enactment, considered a Manufacturing USA institute under subparagraph (A) or recognized as a Manufacturing USA institute under subparagraph (B); and</text></subclause>

<subclause commented="no" id="H9B7D2956366C41C387873EBE35C55640" indent="up1"><enum>(II)</enum><text>as of such date of enactment, receives Federal financial assistance under subsection (e) or otherwise consistent with the purposes of this section;</text></subclause></clause>

<clause commented="no" id="HFED6E9D8151A45E8B91FCB02C64A5983"><enum>(ii)</enum><text>is under pending agency review for such recognition as of such date of enactment; or</text></clause>

<clause commented="no" id="H516CE47C17CF447991FFA583E9124BDC"><enum>(iii)</enum><text>is currently funded by the Department of Energy.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HD1DE0CC4422B4E3490DB2FB933E73ADB"><enum>(e)</enum><header>Financial assistance to establish and support Manufacturing USA institutes</header>

<paragraph id="H6C0C91F4BCE841909104204D4B96895D"><enum>(1)</enum><header>Financial assistance authorized</header><text>Under the Program, the Secretary and the Secretary of Energy shall, and every other agency head may, award financial assistance to a person or group of persons to assist the person or group of persons in planning, establishing, or supporting a Manufacturing USA institute.</text></paragraph>

<paragraph id="HB845690287E74F348C88DF07841C00A0"><enum>(2)</enum><header>Period and renewal of awards</header>

<subparagraph id="HA4E7A43EE3E146629E66255D09C08873"><enum>(A)</enum><header>Initial periods</header><text>An award of financial assistance under paragraph (1) shall be awarded for an initial period of not less than 5 years and not more than 7 years.</text></subparagraph>

<subparagraph id="H1AABD9EE84184CC28FF73D44FD74F77B"><enum>(B)</enum><header>Renewal of awards</header>

<clause id="HB602D673897848019765E8185108C7A8"><enum>(i)</enum><header>Renewal authorized</header><text>An award of financial assistance under paragraph (1) may be renewed for additional periods, with each period not to exceed the duration of the initial period of the award, subject to a rigorous merit review.</text></clause>

<clause id="H048F5D37C7994477A5B10F8C190B6EF2"><enum>(ii)</enum><header>Consideration of performance standards</header><text>In carrying out a rigorous merit review under clause (i) for renewal of an award under such clause for a Manufacturing USA institute, an agency head shall consider the extent to which the institute has made progress in meeting the standards of performance established pursuant to paragraph (5)(C).</text></clause>

<clause id="H563C1FA9D0CB4FF4AE5050601BCA742E"><enum>(iii)</enum><header>Initial failure to meet performance standards</header><text>If, pursuant to a rigorous merit review under clause (i) for renewal of an award under such clause for a Manufacturing USA institute, an agency head finds that the institute does not meet the standards for performance established pursuant to paragraph (5)(C), the agency head shallâ€"</text>

<subclause id="H87C9DB0C045B40F99F22B1243E0F8955"><enum>(I)</enum><text>notify the institute of any deficiencies in the performance of the institute; and</text></subclause>

<subclause id="H9B70631FEFA5477C8D13D7E5F18CAC0B"><enum>(II)</enum><text>provide the institute one year to remedy such deficiencies.</text></subclause></clause>

<clause id="HBF9E20760C9641FD9A3C3DFF7310E158"><enum>(iv)</enum><header>Further failure to meet performance standards</header><text>If a Manufacturing USA institute fails to remedy a deficiency identified or to show significant improvement in performance during the 1-year period set forth under clause (iii)(II)â€"</text>

<subclause id="H2DC0C0E39DF94C3995BAA3E6AAD3362D"><enum>(I)</enum><text>the institute shall not be eligible for renewed award under clause (i); and</text></subclause>

<subclause id="H8E3CAE24789946E18E36BBEEA467951A"><enum>(II)</enum><text>the agency head that conducted the review for renewal shall notify the institute of such ineligibility.</text></subclause></clause>

<clause id="H8331093956BD428980371A732A3ECF85"><enum>(v)</enum><header>Continuation of existing Manufacturing USA institutes</header><text>Not withstanding clauses (i) through (iv), a Manufacturing USA institute already in existence or undergoing a renewal process prior to December 1, 2019â€"</text>

<subclause id="H39F6D5B50A5B4A6980A7896F44064443"><enum>(I)</enum><text>may continue to receive support for the duration of the original funding award beginning on the date of establishment of that institute; and</text></subclause>

<subclause id="HB8E104824A5B4F5B84BAB5C8247C2F0D"><enum>(II)</enum><text>shall be eligible for renewal of that funding pursuant to clause (i).</text></subclause></clause></subparagraph></paragraph>

<paragraph id="HC846F46838D04941AEB6A395A74DAC70"><enum>(3)</enum><header>Application for financial assistance</header>

<subparagraph id="HA6BA1288ABF841109DD8F9070DF5D439"><enum>(A)</enum><header>In general</header><text>A person or group of persons seeking financial assistance under paragraph (1) shall submit to an agency head an application therefor at such time, in such manner, and containing such information as the agency head may require.</text></subparagraph>

<subparagraph id="H82285BC9BAEA41DEA8C96F148DDBB890"><enum>(B)</enum><header>Requirements</header><text>An application submitted under subparagraph (A) for an institute shall, at a minimum include the following:</text>

<clause id="H4FE7CCEE148C4632B302929B875316CF"><enum>(i)</enum><text>A description of the specific sources and amounts of non-Federal financial support for the institute on the date financial assistance is sought.</text></clause>

<clause id="H570FE0CD249A45B0BAAFA4C39647F6B7"><enum>(ii)</enum><text>A description of the anticipated sources and amounts of non-Federal financial support during the period for which the institute could be eligible for continued Federal financial assistance under this section.</text></clause></subparagraph></paragraph>

<paragraph id="H9D4C4839C24A4EC4B6EF4461DA463100"><enum>(4)</enum><header>Selection</header>

<subparagraph id="HD879831F45424A73B2D295A3B0DE0AF9"><enum>(A)</enum><header>Competitive, merit review</header><text>In awarding financial assistance under paragraph (1), an agency head shallâ€"</text>

<clause id="HFF93E1C5CA3C49D982527C13C1322CB2"><enum>(i)</enum><text>use a competitive, merit review process that includes review by a diverse group of individuals with relevant expertise from both the private and public sectors; and</text></clause>

<clause id="H6E12B629F5CA446C8B4D259351513A8A"><enum>(ii)</enum><text>ensure that the technology focus of a Manufacturing USA institute does not substantially duplicate the technology focus of any other Manufacturing USA institute.</text></clause></subparagraph>

<subparagraph id="H9B1DBB0455B44364957854E4D46B33BE"><enum>(B)</enum><header>Participation in process</header>

<clause id="H51EFD8DDA46A4AF38EEE626098D5EC3B"><enum>(i)</enum><header>Prohibition on participation by political appointees</header><text>The review required by subparagraph (A)(i) may not include a review by a group of individuals that includes a political appointee.</text></clause>

<clause id="HE43F5E9C80724923A5DC4334C3696414"><enum>(ii)</enum><header>Conflict of interest policies</header><text>Each agency head shall implement a conflict of interest policy thatâ€"</text>

<subclause id="HFA48C82C796946598CB978D90051010A"><enum>(I)</enum><text>ensures public transparency and accountability in the process used under subparagraph (A)(i); and</text></subclause>

<subclause id="H3D2D2C194DCA4C0B922266AC8C2D730E"><enum>(II)</enum><text>requires full disclosure of any real or potential conflicts of interest on the parts of individuals that participate in the process used under subparagraph (A)(i).</text></subclause></clause>

<clause id="H8DCD3D6DC1F9431F99F78F0CD739783A"><enum>(iii)</enum><header>Definition of political appointee</header><text>For purposes of this subparagraph, the term <term>political appointee</term> has the meaning given such term in section 714(h) of title 38, United States Code.</text></clause></subparagraph>

<subparagraph id="HE7176149570E4EA4B786E850D9CCBB2A"><enum>(C)</enum><header>Considerations</header><text>In selecting a person or group of persons who submitted an application to an agency head under paragraph (3) for an award of financial assistance under paragraph (1) for a Manufacturing USA institute, the agency head shall consider, at a minimum, the following:</text>

<clause id="H781901BB3DF240EA8EFC1BE1B2BA8089"><enum>(i)</enum><text>The potential of the Manufacturing USA institute to advance domestic manufacturing and the likelihood of economic impact, including the creation or preservation of jobs, in the predominant focus areas of the institute.</text></clause>

<clause id="H9297FCE67CFE40168F52C0D2DB45644E"><enum>(ii)</enum><text>The commitment of continued financial support, advice, participation, and other contributions from non-Federal sources, to provide leverage and resources to promote a stable and sustainable business model.</text></clause>

<clause id="H684BF8A8A0EE44F5B7D4F7C27B324A97"><enum>(iii)</enum><text>Whether the financial support provided to the Manufacturing USA institute from non-Federal sources exceeds the requested Federal financial assistance.</text></clause>

<clause id="H7627BAD449A9418886DDF1F3350F5003"><enum>(iv)</enum><text>How the Manufacturing USA institute will increase the non-Federal investment in advanced manufacturing research in the United States.</text></clause>

<clause id="HC7BB818F57854C15BA9BE11CD150E2AC"><enum>(v)</enum><text>How the Manufacturing USA institute will engage with small and medium-sized manufacturing enterprises to improve the capacity of such enterprises to commercialize new processes and technologies and to improve the domestic supply chain.</text></clause>

<clause id="HBB5CC7CF356C4245B614A394C3DDBF1D"><enum>(vi)</enum><text>How the Manufacturing USA institute will carry out educational and workforce activities that meet industrial needs related to the predominant focus areas of the institute.</text></clause>

<clause id="H5D1C358C6BB240C3AE93D886A25AE276"><enum>(vii)</enum><text>How the Manufacturing USA institute will advance economic competitiveness and generate substantial benefits to the Nation that extend beyond the direct return to participants in the Program.</text></clause>

<clause id="HFA73CD4094E94AFEB853960411DB0D47"><enum>(viii)</enum><text>Whether the predominant focus of the Manufacturing USA institute is a manufacturing process, novel material, enabling technology, supply chain integration methodology, or other relevant aspect of advanced manufacturing that has not already been commercialized, marketed, distributed, or sold by another entity.</text></clause>

<clause id="H4F13A5D5E72C4392AD9F157BE903F329"><enum>(ix)</enum><text>How the Manufacturing USA institute will strengthen and leverage the industrial, research,

entrepreneurship, and other assets of a region.</text></clause>

<clause id="HF4D623DF299A4E7494E4195A95262A57"><enum>(x)</enum><text>How the Manufacturing USA institute will encourage the education and training of veterans and individuals with disabilities.</text></clause></subparagraph></paragraph>

<paragraph commented="no" id="HA02D9800808346889BCC3E73FEC0A139"><enum>(5)</enum><header>Performance measurement, transparency, and accountability</header><text>For each award of financial assistance under paragraph (1) by an agency head, the agency head shallâ€"</text>

<subparagraph commented="no" id="HA4BD5AEC0A474566A16FFB644F258C1B"><enum>(A)</enum><text>develop metrics to assess the effectiveness of the activities funded in making progress toward the purposes of the Program set forth under subsection (b)(2), including the effectiveness of Manufacturing USA institutes in advancing technology readiness levels or manufacturing readiness levels;</text></subparagraph>

<subparagraph commented="no" id="H21B0BF066D95414B8A1F729277BE7A5F"><enum>(B)</enum><text>establish standards for the performance of Manufacturing USA institutes that are based on the metrics developed under subparagraph (A); and</text></subparagraph>

<subparagraph commented="no" id="HD3E37ABB9F544DE092433392A590FC32"><enum>(C)</enum><text>for each Manufacturing USA institute supported by the award, 5 years after the initial award and every 5 years thereafter until Federal financial assistance under this subsection is discontinued, conduct an assessment of the institute to confirm whether the performance of the institute is meeting the standards for performance established under subparagraph (B).</text></subparagraph></paragraph>

<paragraph id="HBE20284C76384A84B03237094499C665"><enum>(6)</enum><header>Collaboration</header><text>In awarding financial assistance under paragraph (1), an agency head, in coordination with the National Program Office, as the agency head considers appropriate, may collaborate with Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing, including, as the agency head considers appropriate, the Department of Agriculture, the Department of Defense, the Department of Education, the Department of Energy, the Department of Labor, the Food and Drug Administration, the National Aeronautics and Space Administration, the National Institutes of Health, and the National Science Foundation.</text></paragraph>

<paragraph id="H45C30A2D06F74E22AB2A44D09437DED5"><enum>(7)</enum><header>Matching funds and preferences</header>

<subparagraph id="H01DC69B523DD47E39E445DD9B1739BF9"><enum>(A)</enum><header>In general</header><text>Except as provided in subparagraph (B), an agency head may not, with respect to a Manufacturing USA institute, award financial assistance under paragraph (1) or renew an award of financial assistance under paragraph (2) unless the agency head determines that non-Federal funding comprises 50 percent or more of the total amount of funding made available for the operation and support of the institute.</text></subparagraph>

<subparagraph id="H91A0EE9C3D144CDC9B37CFFAA8061C24"><enum>(B)</enum><header>Waivers</header><text>An agency head awarding financial assistance under paragraph (1) with respect to a Manufacturing USA institute may waive the requirements of subparagraph (A) in the case of satellite centers, large capital facilities, equipment purchases, workforce development, or general operations.</text></subparagraph></paragraph></subsection>

<subsection id="HBB509AE0CCD448A78304C4731FCCFA38"><enum>(f)</enum><header>Grant program for public service activities for Manufacturing USA institutes without Federal funding</header><text>The Secretary may award a grant on a competitive basis to a Manufacturing USA institute that is not receiving financial assistance under subsection (e) to carry out workforce development, outreach to small- and medium-sized manufacturers, and other activities thatâ€"</text>

<paragraph id="H6D972B62742C4F9FA8D5B1C7EF25B3DC"><enum>(1)</enum><text>are determined by the Secretary to be in the national interest; and</text></paragraph>

<paragraph id="HFDCBB98195164E8DBF9AE1F99076379B"><enum>(2)</enum><text>are unlikely to receive private sector financial support.</text></paragraph></subsection>

<subsection commented="no" id="H4C82D22249C54904987E656B5F757F5E"><enum>(g)</enum><header>Authorization of Appropriations</header>

<paragraph commented="no" id="HD9B93CE2F8CF4050AFB350202970A3B5"><enum>(1)</enum><header>NIST Industrial Technical Services account</header><text>To the extent provided for in advance by appropriations Acts, the Secretary may use amounts appropriated to the Industrial Technical Services account to carry out this section as follows:</text>

<subparagraph commented="no" id="H64FF0A6E5C74407181BE4EB9484DD44F"><enum>(A)</enum><text>For each of the fiscal years 2015 through 2019, an amount not to exceed $5,000,000.</text></subparagraph>

<subparagraph commented="no" id="H9D387DE1203449A28CB920FE6673417D"><enum>(B)</enum><text>For each of fiscal years 2020 through 2030, such amounts as may be necessary to carry out this section.</text></subparagraph></paragraph>

<paragraph id="H6A65DD35681349ECA02CB234FFD639E7"><enum>(2)</enum><header>Department of Energy</header><text>There are authorized to be appropriated to the Secretary of Energy for the provision of financial assistance under subsection (e) by the Department of Energy amounts as follows:</text>

<subparagraph id="H448878E9A80F4C18BAD1AFCB8D537E45"><enum>(A)</enum><text>$70,000,000 for each of fiscal years 2020, 2021, and 2022.</text></subparagraph>

<subparagraph id="H523E00ADC0544D5281EFEE13DCF67B22"><enum>(B)</enum><text>$84,000,000 for each of fiscal years 2023 and 2024.</text></subparagraph></paragraph></subsection>

<subsection id="H07A8BD7752D2404BB386307CD11B32D3"><enum>(h)</enum><header>National Program Office</header>

<paragraph id="H52F094BE25B045779D0F7062099EE22F"><enum>(1)</enum><header>Establishment</header><text>The Secretary shall establish, within the Institute, the National Office of the Manufacturing USA Network (referred to in this section as the <quote>National Program Office</quote>), which shall oversee and carry out the Program.</text></paragraph>

<paragraph id="HAE21DD52E952452AAA0CC658E6C73767"><enum>(2)</enum><header>Functions</header><text>The functions of the National Program Office areâ€"</text>

<subparagraph id="HFF33C317F39440F0B9260C709A628E77"><enum>(A)</enum><text>to oversee the planning, management, and coordination of the Program;</text></subparagraph>

<subparagraph id="H886AEECC23A84A329F4BBB1869A3F724"><enum>(B)</enum><text>to coordinate with and, as appropriate, enter into memorandums of understanding with Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing, including the Department of Agriculture, the Department of Defense, the Department of Education, the Department of Energy, the Department of Labor, the Food and Drug Administration, the National Aeronautics and Space Administration, the National Institutes of Health, and the National Science Foundation, to carry out the purposes set forth under subsection (b)(2);</text></subparagraph>

<subparagraph id="H247C5A736852440AB98ADA6B4CFE0C7F"><enum>(C)</enum><text>to develop, not later than December 16, 2015, and update not less frequently than once every 3 years thereafter, a strategic plan to guide the Program;</text></subparagraph>

<subparagraph id="HEE240CA9E98E40C0968674FF4AD3C1F3"><enum>(D)</enum><text>to establish such procedures, processes, and criteria as may be necessary and appropriate to maximize cooperation and coordinate the activities of the Program with programs and activities of other Federal departments and agencies whose missions contribute to or are affected by advanced manufacturing;</text></subparagraph>

<subparagraph id="H033C0DAF97F2424980FA5E8828AECC8A"><enum>(E)</enum><text>to establish a clearinghouse of public information related to the activities of the Program;</text></subparagraph>

<subparagraph id="HA63796D67F1245A29FA119E3F3FF8F9D"><enum>(F)</enum><text>to act as a convener of the Network;</text></subparagraph>

<subparagraph commented="no" id="HF7D8214E533C43E2B3E6CBDA597ED60A"><enum>(G)</enum><text>to work with Federal agencies that are not sponsoring or supporting a Manufacturing USA institute to explore and develop options for sponsoring or supporting a Manufacturing USA institute;</text></subparagraph>

<subparagraph commented="no" id="H82A260B991684A14AD0D92B176ED114F"><enum>(H)</enum><text>to work with Federal agencies that are sponsoring or supporting a Manufacturing USA institute to develop and implement network-wide performance goals with measurable targets and timelines;</text></subparagraph>

<subparagraph commented="no" id="H109934006BB844AA98CB4DDB841AE1C1"><enum>(I)</enum><text>to help develop pilot programs that may be implemented by the Manufacturing USA institutes to address specific purposes of the Program, including to accelerate technology transfer to the private sector and to develop entrepreneurship programs;</text></subparagraph>

<subparagraph commented="no" id="H9208C1F65FC044E185CADD0957F1B1BE"><enum>(J)</enum><text>to provide support services to promote workforce development activities;</text></subparagraph>

<subparagraph commented="no" id="HEE9EFADD65B84B758FDEA2D499EAD5BE"><enum>(K)</enum><text>to identify and disseminate best practices for workforce education and training across the Network and further enhance collaboration among Manufacturing USA institutes in developing and implementing such practices;</text></subparagraph>

<subparagraph commented="no" id="HE6EA74964D6C451B92315E5E946542A8"><enum>(L)</enum><text>to collaborate with the Department of Labor, the Department of Education, industry, career and technical education schools, local community colleges, universities, and labor organizations to provide input, as appropriate, for the development of national certifications for advanced manufacturing workforce skills in the technology areas of the Manufacturing USA institutes; and</text></subparagraph>

<subparagraph commented="no" id="HAD1D2384CC4F4ED5B47E1957AD155424"><enum>(M)</enum><text>to coordinate with Manufacturing USA institutes to develop best practices for the membership agreements and coordination of similar project solicitations.</text></subparagraph></paragraph>

<paragraph id="HCA79A76F2C834803967767605EA0815C"><enum>(3)</enum><header>Recommendations</header><text>In developing and updating the strategic plan under paragraph (2)(C), the Secretary shall solicit recommendations and advice from a wide range of stakeholders, including industry, small and medium-sized manufacturing enterprises, research universities, community colleges, State, Tribal, and local governments, and other relevant organizations and institutions on an ongoing basis.</text></paragraph>

<paragraph id="H5BD7BB30A1034C86B8D6039964319CC5"><enum>(4)</enum><header>Report to congress</header><text>Upon completion, the Secretary shall transmit the strategic plan required under paragraph (2)(C) to the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Science, Space, and Technology of the House of Representatives.</text></paragraph>

<paragraph id="H7A1157E064384AE7AFB99B4BFFEAB1B0"><enum>(5)</enum><header>Hollings manufacturing extension partnership</header>

<subparagraph commented="no" id="HE6312D4C95494B4DACD33B6020D69E1C"><enum>(A)</enum><header>In general</header><text>The Secretary shall ensure that the National Program Office leverages the capabilities of the Hollings Manufacturing Extension Partnership into Program planning to ensureâ€"</text>

<clause commented="no" id="H2FE94BF2CB114440A502B95742734EAE"><enum>(i)</enum><text>significant outreach to, participation of, and engagement of small- and medium-sized manufacturers in

Manufacturing USA institutes across the entirety of the manufacturing supply chain; and</text></clause>

<clause commented="no" id="H34D6667F5D4249ACBCFA06C50D2173D7"><enum>(ii)</enum><text>that the results of the Program, including technologies developed by the Program, reach small- and medium-sized manufacturers and that such entities have access to technical assistance, as appropriate, in deploying those technologies.</text></clause></subparagraph>

<subparagraph commented="no" id="H6884BEE36FE7418D95C49612BA0EB2F2"><enum>(B)</enum><header>Liaisons</header><text>The Secretary may provide financial assistance to a manufacturing extension center established as part of the Hollings Manufacturing Extension Partnership to support the purposes of the Program by providing services in one or more of the following areas:</text>

<clause commented="no" id="HB73249B4F070430DA67C311ED208068E"><enum>(i)</enum><text>Support services for small- and medium-sized manufacturers, that many include the designation of a liaison.</text></clause>

<clause commented="no" id="H04B53100C927482498F675FB40085719"><enum>(ii)</enum><text>Assistance with workforce development.</text></clause>

<clause commented="no" id="H1C0642130CA84EFC896D410583334425"><enum>(iii)</enum><text>Technology transfer for small and medium-sized manufacturers.</text></clause>

<clause commented="no" id="H629C3329C43147E687801B1DB5C75335"><enum>(iv)</enum><text>Such other areas as the Secretary determines appropriate to support the purposes of the Program.</text></clause></subparagraph></paragraph>

<paragraph id="HDF02B4C1A8584D008EDF7B37F0699369"><enum>(6)</enum><header>Detailees</header><text> Any Federal Government employee may be detailed to the National Program Office without reimbursement. Such detail shall be without interruption or loss of civil service status or privilege.</text></paragraph></subsection>

<subsection id="H547E984CAC9B4E4E9368448182C8BBB9"><enum>(i)</enum><header>Reporting and auditing</header>

<paragraph id="HA73960DF04144AA59E5A51AB63486F55"><enum>(1)</enum><header>Annual reports to the Secretary</header>

<subparagraph id="H8118676EAB494727936D1B7FD64E7679"><enum>(A)</enum><header>In general</header><text>Not less frequently than once each year, each agency head that is providing financial assistance under subsection (e) shallâ€"</text>

<clause id="HF5AA30BE263A45008351D9855AD9C0F0"><enum>(i)</enum><text>require each recipient of such financial assistance submit to the agency head a report that describes the finances and performance of the Manufacturing USA institute with respect to which the financial assistance is awarded; and</text></clause>

<clause id="H495107E4ED614E318E176A6191F555F2"><enum>(ii)</enum><text>submit to the Secretary each report received by the agency head under clause (i).</text></clause></subparagraph>

<subparagraph id="H09F3C82D55B945C994C225A9921657A4"><enum>(B)</enum><header>Elements</header><text>Each report submitted under subparagraph (A) shall include:</text>

<clause id="H1ED583DC5F0643F1A52FC36DC101A170"><enum>(i)</enum><text>an accounting of expenditures of amounts awarded to the recipient under subsection (e); and</text></clause>

<clause id="H5160C54968F644709D2CD4DC4FF7DFCE"><enum>(ii)</enum><text>consistent with the standards for performance established under subsection (e)(5)(B), a description of the performance of the Manufacturing USA institute with respect toâ€"</text>

<subclause id="H3F4E5DCC44364496B6F38CF00294286E"><enum>(I)</enum><text>its goals,

plans, financial support, and accomplishments; and</text></subclause>

<subclause id="H94AAB8877A3347569C0300C25F77EAC5"><enum>(II)</enum><text>how the Manufacturing USA institute has furthered the purposes set forth under subsection (b)(2).</text></subclause></clause></subparagraph></paragraph>

<paragraph id="H2790BE4E28324D37AA6C72B6DAA4645E"><enum>(2)</enum><header>Annual reports to Congress</header>

<subparagraph id="H80A691D375914880A8195DB9FBBDB6DB"><enum>(A)</enum><header>In general</header><text>Not less frequently than once each year until December 31, 2030, the Secretary shall submit a report to Congress that describes the performance of the Program during the most recent 1-year period.</text></subparagraph>

<subparagraph id="H678B6ACB6A5348FE8826F04046671A51"><enum>(B)</enum><header>Elements</header><text>Each report submitted under subparagraph (A) shall include, for the period covered by the reportâ€"</text>

<clause id="H7B51AC2309114D6CA89D3B3444EDC866"><enum>(i)</enum><text>a summary and assessment of the reports received by the Secretary under paragraph (1);</text></clause>

<clause id="H5F32C8E5B8144006AE42A0B65B451F8D"><enum>(ii)</enum><text>an accounting of the funds expended by the Secretary under the Program, including any waivers made under subsection (e)(7)(B);</text></clause>

<clause id="H7B4D5B4D9D08418DB02CCC41F6A91CB0"><enum>(iii)</enum><text>an assessment of the participation in, and contributions to, the Network by any Manufacturing USA institutes not receiving financial assistance under subsection (e); and</text></clause>

<clause id="HF003F19823D04B0DB6BE1F84273262BA"><enum>(iv)</enum><text>an assessment of the Program with respect to meeting the purposes set forth under subsection (b)(2).</text></clause></subparagraph></paragraph>

<paragraph commented="no" id="H5B440A014EBF44B4A0B10DE6BF3CD3EE"><enum>(3)</enum><header>Assessments by Comptroller General of the United States</header>

<subparagraph commented="no" id="HF4350DC4F9C443E8B5D0CA9BDF99B6E2"><enum>(A)</enum><header>Assessments</header><text>Not less frequently than once every 3 years, the Comptroller General of the United States shall submit to Congress an assessment of the operation of the Program during the most recent 3-year period, including an assessment of the progress made towards achieving the goals specified in the national strategic plan for advanced manufacturing required under section 102(b)(7) of the America COMPETES Reauthorization Act of 2010 (42 U.S.C. 6622(b)(7)).</text></subparagraph>

<subparagraph commented="no" id="H81D4AA6AA1194014BA6CD7169E27C970"><enum>(B)</enum><header>Elements</header><text>Each assessment submitted under subparagraph (A) shall include, for the period covered by the reportâ€"</text>

<clause commented="no" id="H30FC6D995640413EAF83C609CE71FDE4"><enum>(i)</enum><text>a review of the management, coordination, and industry utility of the Program;</text></clause>

<clause commented="no" id="HB5FBD97C54BD430B8A07179DAC9AD4CA"><enum>(ii)</enum><text>an assessment of the extent to which the Program has furthered the purposes set forth under subsection (b)(2);</text></clause>

<clause commented="no" id="HBD2FFB9A8DB641EFB907E08DF21709D1"><enum>(iii)</enum><text>such recommendations for legislative and administrative action as the Comptroller General considers appropriate to improve the Program; and</text></clause>

<clause commented="no" id="H4E6BCE6C59AB433E9DE59A59F9A70894"><enum>(iv)</enum><text>an assessment as to whether any prior recommendations for improvement made by the Comptroller General have been implemented or adopted.</text></clause></subparagraph>

<subparagraph commented="no" id="H7363A9DD227E4088BF9A10B37C2B2A13"><enum>(C)</enum><header>Final

assessment</header><text>No later than December 31, 2030, the Comptroller General shall submit to Congress a final report regarding the overall success of the Program.</text></subparagraph></paragraph></subsection>

<subsection id="HCF99DF451EF7466D9AD3A4DAB5E3DF86"><enum>(j)</enum><header>Additional authorities</header>

<paragraph id="HA22B463973A34B0B9279A7EACA71DA70"><enum>(1)</enum><header>Appointment of personnel and contracts</header><text>The Secretary may appoint such personnel and enter into such contracts, financial assistance agreements, and other agreements as the Secretary considers necessary or appropriate to carry out the Program, including support for research and development activities involving a Manufacturing USA institute.</text></paragraph>

<paragraph id="H6948E7EE9CD74FFD9F4E462F5ACCD817"><enum>(2)</enum><header>Transfer of funds</header><text>Of amounts available under the authority provided by subsection (g), the Secretary may transfer to other Federal agencies such sums as the Secretary considers necessary or appropriate to carry out the Program. No funds so transferred may be used to reimburse or otherwise pay for the costs of financial assistance incurred or commitments of financial assistance made prior to December 16, 2014.</text></paragraph>

<paragraph id="H7130251C3EB248A490C0D29B40B1946C"><enum>(3)</enum><header>Authority of other agencies</header><text>In the event that the Secretary exercises the authority to transfer funds to another agency under paragraph (2), such agency may accept such funds to award and administer, under the same conditions and constraints applicable to the Secretary, all aspects of financial assistance awards under this section.</text></paragraph>

<paragraph id="HE6DFBD91C07442EF8C52F9689BC44681"><enum>(4)</enum><header>Use of resources</header><text>In furtherance of the purposes of the Program, the Secretary may use, with the consent of a covered entity and with or without reimbursement, the land, services, equipment, personnel, and facilities of such covered entity.</text></paragraph>

<paragraph id="HF7C809F877254F62B04F18D4A762EE25"><enum>(5)</enum><header>Acceptance of resources</header><text>In addition to amounts appropriated to carry out the Program, the Secretary may accept funds, services, equipment, personnel, and facilities from any covered entity to carry out the Program, subject to the same conditions and constraints otherwise applicable to the Secretary under this section and such funds may only be obligated to the extent provided for in advance by appropriations Acts.</text></paragraph>

<paragraph id="HA29ABB6F1101472FA753B4C155CC6230"><enum>(6)</enum><header>Covered entities</header><text>For purposes of this subsection, a covered entity is any Federal department, Federal agency, instrumentality of the United States, State, local government, Tribal government, territory, or possession of the United States, or of any political subdivision thereof, or international organization, or any public or private entity or individual.</text></paragraph>

<paragraph id="H790478B90E5C4BCBAE0FF1CAD715861B"><enum>(7)</enum><header>Collaborations with other agencies</header><text>The Secretary shall collaborate with Federal agencies whose missions contribute to, or are affected by, advanced manufacturing to identify and leverage existing resources at such Federal agencies to assist Manufacturing USA institutes in carrying out the purposes of the Program set forth under subsection (b)(2). Such existing resources may include programsâ€"</text>

<subparagraph id="H20DAFB93F9E146A1B48E8B293E7AD2F4"><enum>(A)</enum><text>at the Department of Labor relating to labor and apprenticeships;</text></subparagraph>

<subparagraph id="H5889B13DB43146AF91D52E51F3303058"><enum>(B)</enum><text>at the Economic Development Administration relating to regional innovation, such as the Regional Innovation Strategies program;</text></subparagraph>

<subparagraph id="HFB8A13D743BA45C89A9FECEE6BBB9FF5"><enum>(C)</enum><text>at the Department of Education relating to workforce development, education, training, and retraining;</text></subparagraph>

<subparagraph id="H4552BFBB180A42BF9E601F33CA7264D4"><enum>(D)</enum><text>at the

Department of Defense relating to procurement and other authorities of the Department of Defense;</text></subparagraph>

<subparagraph id="HDE67CCFAF2684C829381996B5411C5A9"><enum>(E)</enum><text>at the Food and Drug Administration relating to biopharmaceutical manufacturing;</text></subparagraph>

<subparagraph id="H1B43D808F22649DEB365F94BFE06D831"><enum>(F)</enum><text>at the National Science Foundation, including the Advanced Technological Education program;</text></subparagraph>

<subparagraph id="H8C0AFF33D8CB4E27BEA2CDD61811E243"><enum>(G)</enum><text>at the National Aeronautics and Space Administration relating to procurement, workforce development, education, training, and retraining;</text></subparagraph>

<subparagraph id="H7F4F2653C48F4BB7B1FFD3D3F0ADF03F"><enum>(H)</enum><text>at the Department of Energy relating to development of clean energy technologies and other authorities of the Department of Energy;</text></subparagraph>

<subparagraph id="H5DDFB6D26AE14B1492E64B9DA08A847B"><enum>(I)</enum><text>at the Department of Agriculture relating to outreach to rural communities;</text></subparagraph>

<subparagraph id="H70FE4113604547A2BB7342D176311518"><enum>(J)</enum><text>additional programs that the Secretary determines are appropriate to support the activities of existing Manufacturing USA institutes; and</text></subparagraph>

<subparagraph id="HCC7878FE47454C7BBCB7EB6100FDCCEF"><enum>(K)</enum><text>additional programs that the Secretary determines are appropriate to support the activities of existing Manufacturing USA institutes.</text></subparagraph></paragraph></subsection>

<subsection id="HC65068D8EFE24372BF187F4A8A9CADA3"><enum>(k)</enum><header>Patents</header><text>Chapter 18 of title 35, United States Code, shall apply to any funding agreement (as defined in section 201 of that title) awarded to new or existing Manufacturing USA institutes with respect to which financial assistance is awarded under subsection (e).</text></subsection>

<subsection commented="no" id="H3870F2E283434345B81FA0134EB58465"><enum>(l)</enum><header>References to prior names and terminology</header><text>Any reference in law, regulation, map, document, paper, or other record of the United States to the <quote>Network for Manufacturing Innovation Program</quote>, the <quote>Network for Manufacturing Innovation</quote>, <quote>National Office of the Network for Manufacturing Innovation Program</quote>, or a <quote>center for manufacturing innovation</quote> shall be considered to be a reference to the Manufacturing USA Program, the Manufacturing USA Network, the National Office of the Manufacturing USA Network, or a Manufacturing USA institute, respectively.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H266CC27ACED14FF0935F738405367AFE"><enum>(b)</enum><header>Expansion of Manufacturing USA Network</header><text>Subject to the availability of appropriations, the Secretary of Commerce shall take such actions as may be necessary to increase the number of Manufacturing USA institutes that participate in the Manufacturing USA Network.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6005D86825EB40839FEFE9A9A559F91C" section-type="subsequent-section"><enum>1742.</enum><header display-inline="yes-display-inline">Regional innovation program</header><text display-inline="no-display-inline">Section 27 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3722) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H99E64A1E513B489CBB980AD45D25C5F3" style="OLC">

<section commented="no" display-inline="no-display-inline" id="HEE25A74B07224C66964625EBB4952BAF" section-type="subsequent-section"><enum>27.</enum><header display-inline="yes-display-inline">Regional innovation program</header>

<subsection commented="no" display-inline="no-display-inline" id="H9A9890E215B6426380E784B8555EA5FF"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC261539DCC964CAD9C22A9C875F13347"><enum>(1)</enum><header display-inline="yes-display-inline">Eligible recipient</header><text display-inline="yes-display-inline">The term <term>eligible recipient</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF0419E91BE5B4DE8BDF82B2B40ED6343"><enum>(A)</enum><text display-inline="yes-display-inline">a State;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1316E37B710F4365947D453FB52B5F06"><enum>(B)</enum><text display-inline="yes-display-inline">an Indian tribe;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE89AA4531B784215A2B6F6C54C03A867"><enum>(C)</enum><text display-inline="yes-display-inline">a city or other political subdivision of a State;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB202053FCFFE42FCA933B93BB1D686E7"><enum>(D)</enum><text display-inline="yes-display-inline">an entity thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H828FBB99FD184F09A9D922104090C097"><enum>(i)</enum><text display-inline="yes-display-inline">is a nonprofit organization, an institution of higher education, a public-private partnership, a science or research park, a Federal laboratory, a venture development organization, or an economic development organization or similar entity that is focused primarily on improving science, technology, innovation, or entrepreneurship; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HE71AB251C6C545C58AB80B921D731CE4"><enum>(ii)</enum><text>has an application submitted under subsection (c)(4) that is supported by a State or a political subdivision of a State; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7F140A58278F4A799C3783F310F75CE2"><enum>(E)</enum><text display-inline="yes-display-inline">a consortium of any of the entities described in subparagraphs (A) through (D).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAC24A1994BA44BCA8E192CC5686C12CD"><enum>(2)</enum><header display-inline="yes-display-inline">Regional innovation initiative</header><text display-inline="yes-display-inline">The term <term>regional innovation initiative</term> means a geographically-bounded public or nonprofit activity or program to address issues in the local innovation systems in order toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6E46D803428846178ECB4697779CF01F"><enum>(A)</enum><text display-inline="yes-display-inline">increase the success of innovation-driven industry;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H27462B2340004074930696D0F1FFCA81"><enum>(B)</enum><text display-inline="yes-display-inline">strengthen the competitiveness of industry through new product innovation and new technology adoption;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD8F421AC853C492E85803B10DAB930C9"><enum>(C)</enum><text display-inline="yes-display-inline">improve the pace of market readiness and overall commercialization of innovative research;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBEAA6214C625406097BF7641FE19136F"><enum>(D)</enum><text display-inline="yes-display-inline">enhance the overall innovation capacity and long-term resilience of the region;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8743A931FEC44E6894C76ABD00653522"><enum>(E)</enum><text display-inline="yes-display-inline">leverage the regionâ€™s unique competitive strengths to stimulate innovation; and</text></subparagraph>

<subparagraph id="H7B7C983A105A45B7964B3EF934218A2C"><enum>(F)</enum><text>increase the number of full-time equivalent employment opportunities within innovation-based business ventures in the geographic region.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H509A4C8727E747C7897429F5945506C5"><enum>(3)</enum><header display-inline="yes-display-inline">State</header><text display-inline="yes-display-inline">The term <term>State</term> means one of the several States of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the United States Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or any other territory or possession of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H129281EAF33D40E6B9540C2F38735F03"><enum>(4)</enum><header display-inline="yes-display-inline">Venture development organization</header><text display-inline="yes-display-inline">The term <term>venture development organization</term> means a State or nonprofit organization that contributes to regional or sector-based economic prosperity by providing services for the purposes of accelerating the commercialization of research.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDE6FAD35D46140329508406201FE9B26"><enum>(b)</enum><header display-inline="yes-display-inline">Establishment</header><text display-inline="yes-display-inline">The Secretary shall establish a regional innovation program to encourage and support the development of regional innovation strategies designed to increase innovation-driven economic opportunity within their respective regions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBB94386E809E42998C91125897EC6794"><enum>(c)</enum><header display-inline="yes-display-inline">Regional innovation grants</header>

<paragraph commented="no" display-inline="no-display-inline" id="H99B62BA8FD404BC9AE2ADAE5D06E8249"><enum>(1)</enum><header display-inline="yes-display-inline">Authorization of grants</header><text display-inline="yes-display-inline">As part of the program established pursuant to subsection (b), the Secretary may award grants, on a competitive basis, to eligible recipients for activities designed to develop and support a regional innovation initiative.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H752332B8B29C403EB418B71EB1AF8DF6"><enum>(2)</enum><header display-inline="yes-display-inline">Permissible activities</header><text display-inline="yes-display-inline">A grant awarded under this subsection shall be used for multiple activities determined appropriate by the Secretary, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H08A3B62343F94C3E8D5BFCF7B18ECF5C"><enum>(A)</enum><text display-inline="yes-display-inline">planning, technical assistance, and communication among participants of a regional innovation initiative to improve the connectedness and strategic orientation of the regional innovation initiative;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3929C6A30B4A4926A2E7EBEE45C979F5"><enum>(B)</enum><text display-inline="yes-display-inline">attracting additional participants to a regional innovation initiative;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE54AE4884A6F4483808DEFD096FE9691"><enum>(C)</enum><text display-inline="yes-display-inline">increasing the availability and investment of private and philanthropic financing that supports innovation-based business ventures; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H89293346B3DA4259B6876622D9DCDD6B"><enum>(D)</enum><text>facilitating commercialization of products, processes, and services, including through demonstration, deployment, technology transfer, and entrepreneurial activities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF04317EB2B3F4F3A96C1DE692EEB8F20"><enum>(3)</enum><header display-inline="yes-display-inline">Restricted activities</header><text display-inline="yes-display-inline">Grants awarded under this subsection may not be used to pay forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5C0DCF7B0A1044749ED2F6E86D70168E"><enum>(A)</enum><text display-inline="yes-display-inline">costs related to the recruitment, inducement, or associated financial or tangible incentives that might be offered to relocate an existing business from a geographic area to another geographic area; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8A5C425BC9564AE6BE386B9F1DCB1B82"><enum>(B)</enum><text display-inline="yes-display-inline">costs associated with offsetting revenues forgone by 1 or more taxing authorities through tax incentives, tax increment financing, special improvement districts, tax abatements for private development within designated zones or geographic areas, or other reduction in revenues resulting from tax credits affecting the geographic region of the eligible recipients.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCFE3FF5CD8B842E3A60DDDEAF3A1072B"><enum>(4)</enum><header display-inline="yes-display-inline">Applications</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HF7FF124FFA454C11A86EB20EAB8BC22B"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">An eligible recipient shall submit an application to the Secretary at such time, in such manner, and containing such information and assurances as the Secretary may require.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H48ED31064CF24632B70035BEFBF99210"><enum>(B)</enum><header display-inline="yes-display-inline">Components</header><text display-inline="yes-display-inline">Each application submitted under subparagraph (A) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H6D0E810AF32F4DC1BBFB7BCA260BD446"><enum>(i)</enum><text display-inline="yes-display-inline">describe the regional innovation initiative;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HECF46A3576804AEAB8832D44A8378A34"><enum>(ii)</enum><text display-inline="yes-display-inline">indicate whether the regional innovation initiative is supported by the private sector, State and local governments, and other relevant stakeholders;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2014E6E713F44DBC841F469D26137783"><enum>(iii)</enum><text display-inline="yes-display-inline">identify what activities the regional innovation initiative will undertake;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H83A6944EA3AE4146AD67F36E66244247"><enum>(iv)</enum><text display-inline="yes-display-inline">describe the expected outcomes of the regional innovation initiative and the metrics the eligible recipient will use to assess progress toward those outcomes;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H05CEE32CFD82489A9D1AD7D00AFD4CB8"><enum>(v)</enum><text display-inline="yes-display-inline">indicate whether the participants in the regional innovation initiative have access to, or contribute to, a well-trained workforce and other innovation assets that are critical to the successful outcomes specified in the application;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2B892D394DBC448E919C1CBAC8369133"><enum>(vi)</enum><text display-inline="yes-display-inline">indicate whether the participants in the regional innovation initiative are capable of attracting additional funds from non-Federal sources; and</text></clause>

<clause commented="no" display-inline="no-display-inline"

id="H9EE1DFC1DB8A47DF802CFEEB5BE54C29"><enum>(vii)</enum><text display-inline="yes-display-inline">if appropriate for the activities proposed in the application, analyze the likelihood that the participants in the regional innovation initiative will be able to sustain activities after grant funds received under this subsection have been expended.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H260F417C2A7F497B8246913E068B7823"><enum>(C)</enum><header display-inline="yes-display-inline">Feedback</header><text display-inline="yes-display-inline">The Secretary shall provide feedback to program applicants that are not awarded grants to help them improve future applications.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9C7CEE358F464E77B8F3E14E0ECBC183"><enum>(D)</enum><header display-inline="yes-display-inline">Special considerations</header><text display-inline="yes-display-inline">The Secretary shall give special consideration toâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H792684405A3C403084A2F4A0D9AEFD1C"><enum>(i)</enum><text display-inline="yes-display-inline">applications proposing to include workforce or training related activities in their regional innovation initiative from eligible recipients who agree to collaborate with local workforce investment area boards; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5D7925FFA6644E4FB6671AFF21DA36EE"><enum>(ii)</enum><text display-inline="yes-display-inline">applications from regions that contain communities negatively impacted by trade.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB973F27917DE4342935212DEE35254C7"><enum>(5)</enum><header display-inline="yes-display-inline">Cost share</header><text display-inline="yes-display-inline">The Secretary may not provide more than 50 percent of the total cost of any activity funded under this subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0E54C9D3D4B9438C89F2E16FBA888BC0"><enum>(6)</enum><header display-inline="yes-display-inline">Outreach to rural communities</header><text display-inline="yes-display-inline">The Secretary shall conduct outreach to public and private sector entities in rural communities to encourage those entities to participate in regional innovation initiatives under this subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5285F30901784E27904B90830AEAEB08"><enum>(7)</enum><header display-inline="yes-display-inline">Geographic distribution</header><text display-inline="yes-display-inline">In conducting a competitive process, the Secretary shall avoid undue geographic concentration among any one category of States based on their predominant rural or urban character as indicated by population density.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8F8719C810CE4C908CC091D1C04DD5B8"><enum>(8)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">The Secretary may accept funds from other Federal agencies to support grants and activities under this subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC047CA0F91A54BA4AA44B7E0EDD43171"><enum>(d)</enum><header display-inline="yes-display-inline">Regional innovation research and information program</header>

<paragraph commented="no" display-inline="no-display-inline" id="HDCC7B70413314AD7932304334C4C8A68"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">As part of the program established pursuant to subsection (b), the Secretary shall establish a regional innovation research and information programâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE39B01A52DE743EA8B106680CA167499"><enum>(A)</enum><text display-inline="yes-display-inline">to gather, analyze, and disseminate information on best practices for regional innovation initiatives, including information relating to how innovation, productivity, and economic development can be maximized through such strategies;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA3869F0C3CE45FC9D6125EF5A43CF71"><enum>(B)</enum><text display-inline="yes-display-inline">to provide technical assistance, including through the development of technical assistance guides, for the development and implementation of regional innovation initiatives;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H32962D53A01048A1AAF24ED98A168814"><enum>(C)</enum><text display-inline="yes-display-inline">to support the development of relevant metrics and measurement standards to evaluate regional innovation initiatives, including the extent to which such strategies stimulate innovation, productivity, and economic development; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB56B052A6B6D4EC9A5E7BDCA3240F043"><enum>(D)</enum><text display-inline="yes-display-inline">to collect and make available data on regional innovation initiatives in the United States, including data onâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H5E6E79D24D904EDE8B7FCA856622510D"><enum>(i)</enum><text display-inline="yes-display-inline">the size, specialization, and competitiveness of regional innovation initiatives;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HFB0D7E9D06FD47B2A60F221D9BD53F28"><enum>(ii)</enum><text display-inline="yes-display-inline">the regional domestic product contribution, total jobs and earnings by key occupations, establishment size, nature of specialization, patents, Federal research and development spending, and other relevant information for regional innovation initiatives; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H12CA89288D344AACA461F28625A2AD56"><enum>(iii)</enum><text display-inline="yes-display-inline">supply chain product and service flows within and between regional innovation initiatives.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H02EC09980BBA4F699E4ED77939F9BC2F"><enum>(2)</enum><header display-inline="yes-display-inline">Research grants</header><text display-inline="yes-display-inline">The Secretary may award research grants on a competitive basis to support and further the goals of the program established under this section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H30DC80AC53054DCC84F32D569C11DFC0"><enum>(3)</enum><header display-inline="yes-display-inline">Dissemination of information</header><text display-inline="yes-display-inline">Data and analysis compiled by the Secretary under the program established in this subsection shall be made available to other Federal agencies, State and local governments, and nonprofit and for-profit entities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H715BA16604B542FD963F16B79527C49D"><enum>(4)</enum><header display-inline="yes-display-inline">Regional innovation grant program</header><text display-inline="yes-display-inline">The Secretary shall incorporate data and analysis relating to any grant awarded under subsection (c) into the program established under this subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB6AA1C11846E44BC80CD48070FFBD554"><enum>(e)</enum><header display-inline="yes-display-inline">Interagency coordination</header>

<paragraph commented="no" display-inline="no-display-inline" id="H9513301505904543AA6073F118C78358"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">To the maximum extent practicable, the Secretary shall ensure that the activities carried out under this section are coordinated with, and do not duplicate the efforts of, other programs at the Department of Commerce or at other Federal agencies.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H858AFF83BDB6452EBFBE667C4C849716"><enum>(2)</enum><header display-inline="yes-display-inline">Collaboration</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H5388796647E04FBDAE96885A07B0CAD1"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary shall explore and pursue collaboration with other Federal agencies, including through multi-agency funding opportunities, on regional innovation strategies.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6C6A7F5C8AB44CC8B4DEE8D09D969272"><enum>(B)</enum><header display-inline="yes-display-inline">Small businesses</header><text display-inline="yes-display-inline">The Secretary shall ensure that such collaboration with Federal agencies prioritizes the needs and challenges of small businesses.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4F696D18E5664699BEBB55A8B58BEDDF"><enum>(f)</enum><header display-inline="yes-display-inline">Evaluation</header>

<paragraph commented="no" display-inline="no-display-inline" id="H8027CE5F0D554A71AAF0FA36A2DF5F6B"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 5 years after Congress first appropriates funds to carry out this section, the Secretary shall competitively award a contract with an independent entity to conduct an evaluation of programs established under this section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H562B444F7E0B4E95A6D116449F3AE742"><enum>(2)</enum><header display-inline="yes-display-inline">Requirements</header><text display-inline="yes-display-inline">The evaluation conducted under paragraph (1) shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7FBF8E16DA0D4E9FB6142DFE619E4F6F"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment of whether the program is achieving its goals;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H03F5179F6B8C48089B7AE5103D95F46E"><enum>(B)</enum><text display-inline="yes-display-inline">the programâ€™s efficacy in providing awards to geographically diverse entities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDE363B7C119E42708927DA378B0FED00"><enum>(C)</enum><text display-inline="yes-display-inline">any recommendations for how the program may be improved; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4514D969ED034154B61724367F338632"><enum>(D)</enum><text display-inline="yes-display-inline">a recommendation as to whether the program should be continued or terminated.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC0626C089377497FAD5013F876431D87"><enum>(g)</enum><header display-inline="yes-display-inline">Reporting requirement</header><text display-inline="yes-display-inline">Not later than 5 years after the first grant is awarded under subsection (c), and every 5 years thereafter until 5 years after the last grant recipient completes the regional innovation initiative for which such grant was awarded, the Secretary shall submit a summary report to Congress that describes the outcome of each regional innovation initiative that was completed during the previous 5 years.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEC2D3522B3D34F328303E4514096D30E"><enum>(h)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">From amounts appropriated by Congress to the Secretary, the Secretary may use up to $50,000,000 in each of the fiscal years 2020 through 2024 to carry out this section.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H55E6D00212AC41A4881CDC7469454888"><enum>1743.</enum><header>Aviation workforce development</header>

<subsection id="H16E86CF3A4CF476BBA3B49E96A985E32"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 625(c)(1) of the FAA Reauthorization Act of 2018 (Public Law 115â€"254) is amendedâ€"</text>

<paragraph id="H1A31A35477BE4F0D905C45F2DF826BC7"><enum>(1)</enum><text>in subparagraph (C), by striking <quote>or</quote> after the semicolon;</text></paragraph>

<paragraph id="H34D2686632E14B6698DC414316DD9D46"><enum>(2)</enum><text>in subparagraph (D), by striking the period and inserting <quote>; or</quote>; and</text></paragraph>

<paragraph id="H5AAA3E557EF64B529DB2BA7450542944"><enum>(3)</enum><text>by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H1D4FF98D1A36486183DCDDF043E27271" style="OLC">

<subparagraph id="HFAC3BE0C61F949A08CF3A4A7E4E5FC0B"><enum>(E)</enum><text>an organization representing aircraft users, aircraft owners, or aircraft pilots.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H11CDED2BB12140C08F5869335ED51F1A"><enum>(b)</enum><header display-inline="yes-display-inline">Effective Date</header><text display-inline="yes-display-inline">The amendments made by subsection (a) shall take effect as if included in the enactment of the FAA Reauthorization Act of 2018 (Public Law 115â€"254).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H12BC1D0D6A5D46A382F22805CBE05CED" section-type="subsequent-section"><enum>1744.</enum><header display-inline="yes-display-inline">Oversight of Department of Defense execute orders</header>

<subsection commented="no" display-inline="no-display-inline" id="HDCCA7822F3054DFC98FDFF15BEB3A3D9"><enum>(a)</enum><header display-inline="yes-display-inline">Review of execute orders</header><text display-inline="yes-display-inline">Not later than 30 days after receiving a written request by the Chairman or Ranking Member of a congressional defense committee, the Secretary of Defense shall provide the committee, including appropriately designated staff of the committee, withâ€"</text>

<paragraph id="H0A8AE55BEE074EC5841D34E3A2A92AAF"><enum>(1)</enum><text>an execute order approved by the Secretary or the commander of a combatant command for review; and</text></paragraph>

<paragraph id="H75F4E6DBF7034C39B5D0FCC3C4802899"><enum>(2)</enum><text>a detailed briefing on such execute order.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAC04EBA607204D99997F7B365DF1F253"><enum>(b)</enum><header display-inline="yes-display-inline">Exception</header>

<paragraph commented="no" display-inline="no-display-inline" id="H66B18B48EEBE4D3593C986695B4ECEEF"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">In extraordinary circumstances necessary to protect operations security or the sensitivity of the execute order, the Secretary may limit review of an execute order. A determination that extraordinary circumstances exist for purposes of this paragraph may only be made by the Secretary and the decision to limit the review of an execute order may not be delegated.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB5D6B4D6E25E41D7B45B1E5168C868BC"><enum>(2)</enum><header display-inline="yes-display-inline">Summary and other information</header><text display-inline="yes-display-inline">In extraordinary circumstances described in paragraph (1) with respect to an execute order, within 30 days of receiving a written request under subsection (a), the Secretary shall provide to the committee concerned, including appropriately designated staff of the committeeâ€"</text>

<subparagraph id="H457F1F28D8AD449DBA46E1C409EE2F7E"><enum>(A)</enum><text>a written explanation of the extraordinary circumstances that led to the determination by the

Secretary to limit review of the execute order; and</text></subparagraph>

<subparagraph id="H71486D0DA5EE4438975388493E015B28"><enum>(B)</enum><text>a detailed summary of the execute order and other information necessary for the conduct of the oversight duties of the committee.</text></subparagraph></paragraph></subsection>

<subsection id="HA358EAE3771A407A9901DCE42F5F0DA5"><enum>(c)</enum><header>Quarterly report</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for fiscal year 2021 and every 90 days thereafter, the Secretary of Defense shall submit to the congressional defense committees a comprehensive report identifying and summarizing all execute orders approved by the Secretary or the commander of a combatant command in effect for the Department of Defense as of the date of the report.</text></subsection></section>

<section id="H8E826EAB83204C3AA3414922F66CBD9B" section-type="subsequent-section"><enum>1745.</enum><header>Processes and procedures for notifications regarding special operations forces</header>

<subsection id="HF7DD461B0B004D24852838E803394527"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish and submit to the congressional defense committees processes and procedures for providing notifications to the committees regarding members of special operations forces, as identified in section 167(j) of title 10, United States Code.</text></subsection>

<subsection id="H75E323C2285D41C2BA10F1BC7665CC30"><enum>(b)</enum><header>Processes and procedures</header><text>The processes and procedures established under subsection (a) shallâ€"</text>

<paragraph id="H24E7B9F58FE740C4B01095624377C8C1"><enum>(1)</enum><text display-inline="yes-display-inline">clarify the roles and responsibilities of the Secretaries of the military departments, the Assistant Secretary of Defense for Special Operations and Low Intensity Conflict, and the Commander of United States Special Operations Command;</text></paragraph>

<paragraph id="HAE99CC7E548C461DAB5019DD90FA8EAF"><enum>(2)</enum><text>provide guidance relating to the types of matters that would warrant congressional notification, including awards, reprimands, incidents, and any other matters the Secretary determines necessary;</text></paragraph>

<paragraph id="HD28224DE53A34C208DC3352275634AB8"><enum>(3)</enum><text>be consistent with the national security of the United States;</text></paragraph>

<paragraph id="HCAF1D6FEEA4E4FCC80F9D7D7533C4654"><enum>(4)</enum><text>be designed to protect sensitive information during an ongoing investigation; </text></paragraph>

<paragraph id="H552E87012A114294BCE6479491033943"><enum>(5)</enum><text>account for the privacy of members of the Armed Forces; and</text></paragraph>

<paragraph id="H3024EE6EA9D942A3BD5872F629446DE1"><enum>(6)</enum><text>take in to account existing processes and procedures for notifications to the congressional defense committees regarding members of the conventional Armed Forces.</text></paragraph></subsection></section>

<section id="HD7560725EFB84E95940184AD60C11AD8"><enum>1746.</enum><header>Securing American science and technology</header>

<subsection id="HD235D89C34FD4B3C9345F70EB4C1A008"><enum>(a)</enum><header>Interagency working group</header>

<paragraph id="HD249A94F2E6642B8B384836BD7FC0731"><enum>(1)</enum><header>In general</header><text>The Director of the Office of Science and Technology Policy, acting through the National Science and Technology Council, in consultation with the National Security Advisor, shall establish or designate an interagency working group to coordinate activities to protect federally funded research and development from foreign interference, cyber attacks, theft, or espionage and to develop common definitions and best practices for Federal science agencies and grantees, while accounting for the importance of the open exchange of ideas and international talent required for scientific progress and American leadership in science and technology.
</text></paragraph>

<paragraph id="H72214EB469C84972B161B74629FF550C"><enum>(2)</enum><header>Membership</header>

<subparagraph id="H9459D043A2F24964821CF14E15A2AEFE"><enum>(A)</enum><header>In general</header><text>The working group shall include at least one representative ofâ€"</text>

<clause id="H4CC170FC1B5B4F5DB2D03E8BE6959ED3"><enum>(i)</enum><text display-inline="yes-display-inline">the National Science Foundation;</text></clause>

<clause id="HFD00AD06078B4EB2A38BA7DBE4858FBA"><enum>(ii)</enum><text display-inline="yes-display-inline">the Department of Energy;</text></clause>

<clause id="HF0B62D5AEF43459A8FB02F01E8FC9883"><enum>(iii)</enum><text display-inline="yes-display-inline">the National Aeronautics and Space Administration;</text></clause>

<clause id="HA2E635A9B43247F097AF5DB39D17A9B2"><enum>(iv)</enum><text display-inline="yes-display-inline">the Department of Commerce;</text></clause>

<clause id="HE8DA0A83D9A74C198D1717C8C9D79A59"><enum>(v)</enum><text display-inline="yes-display-inline">the Department of Health and Human Services;</text></clause>

<clause id="H61A1189723E74783A6FAB82914F86827"><enum>(vi)</enum><text display-inline="yes-display-inline">the Department of Defense;</text></clause>

<clause id="HE950752018EF4F2DB6509B9B3435F86F"><enum>(vii)</enum><text display-inline="yes-display-inline">the Department of Agriculture;</text></clause>

<clause id="H393C290CD0BA4D4DA7E87AD815002BB9"><enum>(viii)</enum><text display-inline="yes-display-inline">the Department of Education;</text></clause>

<clause id="H175CB53C79EC416B89B0ED64F93CAC96"><enum>(ix)</enum><text display-inline="yes-display-inline">the Department of State;</text></clause>

<clause id="H8C3AA3159F1E4FC9A508C12D7FCFF224"><enum>(x)</enum><text display-inline="yes-display-inline">the Department of the Treasury;</text></clause>

<clause id="H5C87321DFB9A408A8AFBBA323FA8782B"><enum>(xi)</enum><text display-inline="yes-display-inline">the Department of Justice;</text></clause>

<clause id="HA9F636BB44354ED99DF817868FF02AE6"><enum>(xii)</enum><text display-inline="yes-display-inline">the Department of Homeland Security;</text></clause>

<clause id="H77A02EE3147A4A82A2F07255F1C15DE6"><enum>(xiii)</enum><text display-inline="yes-display-inline">the Central Intelligence Agency;</text></clause>

<clause id="H89D8A664FB294A498B038EB2DCCB013A"><enum>(xiv)</enum><text display-inline="yes-display-inline">the Office of the Director of National Intelligence;</text></clause>

<clause id="H5F45483276834C9B97875A1E378F4391"><enum>(xv)</enum><text display-inline="yes-display-inline">the Office of Management and Budget;</text></clause>

<clause id="H2CBB7A954C55415F91596CFEA043592C"><enum>(xvi)</enum><text display-inline="yes-display-inline">the National Economic Council; and</text></clause>

<clause id="HE504F00845B740DAA3D1B52887819B51"><enum>(xvii)</enum><text>such other Federal department or agency as the President considers appropriate.</text></clause></subparagraph>

<subparagraph id="H59A5394632A640978F02A5C46660FCE0"><enum>(B)</enum><header>Chair</header><text>The working group shall be chaired by the Director of the Office of Science and Technology Policy (or the Directorâ€™s designee).</text></subparagraph></paragraph>

<paragraph id="HE42DFAA177284AF180D115A4AF75D783"><enum>(3)</enum><header>Responsibilities of the working group</header><text>The working group established under paragraph (1) shallâ€"</text>

<subparagraph id="HFB322FB727E945E5964FBD662C3DE590"><enum>(A)</enum><text>identify

known and potential cyber, physical, and human intelligence threats and vulnerabilities within the United States scientific and technological enterprise;</text></subparagraph>

<subparagraph id="HC40C6E7573B44ABEA8AD53C2439F14C4"><enum>(B)</enum><text>coordinate efforts among agencies to share and update important information, including specific examples of foreign interference, cyber attacks, theft, or espionage directed at federally funded research and development or the integrity of the United States scientific enterprise;</text></subparagraph>

<subparagraph id="HFDC6C3D6591F42DC8E7CA3568EF9CC58"><enum>(C)</enum><text>identify and assess existing mechanisms for protection of federally funded research and development;</text></subparagraph>

<subparagraph id="HF8CD9D83033F4A98BE3494B6E1E15A59"><enum>(D)</enum><text>develop an inventory ofâ€"</text>

<clause id="H902E4E1148D3453C9E63FD3FB230DADF"><enum>(i)</enum><text>terms and definitions used across Federal science agencies to delineate areas that may require additional protection; and</text></clause>

<clause id="H3455FA6825DA4AD0A269B70BB5ED0EE2"><enum>(ii)</enum><text>policies and procedures at Federal science agencies regarding protection of federally funded research; and</text></clause></subparagraph>

<subparagraph id="H64F00643D7744F5A9C094E70E1DF661C"><enum>(E)</enum><text>develop and periodically update unclassified recommendations for policy guidance to assist Federal science agencies and grantees in defending against threats to federally funded research and development and the integrity of the United States scientific enterprise thatâ€"</text>

<clause id="H2A63C73DD6DB4FDA8358A975FFE1CB66"><enum>(i)</enum><text>includesâ€"</text>

<subclause id="H02E2D28002C14F9D9688A0B7186354CD"><enum>(I)</enum><text>descriptions of known and potential threats to federally funded research and development and the integrity of the United States scientific enterprise;</text></subclause>

<subclause id="H22B915CAA5B94E65A82C49839F05D648"><enum>(II)</enum><text>common definitions and terminology for categorization of research and technologies that are protected;</text></subclause>

<subclause id="H8012C47824CD41B090DC4DF4E71CC647"><enum>(III)</enum><text>identified areas of research or technology that might require additional protection;</text></subclause>

<subclause id="H83119B03E0BA4F268476CC0F4FE823BF"><enum>(IV)</enum><text>recommendations for how control mechanisms can be utilized to protect federally funded research and development from foreign interference, cyber attacks, theft or espionage, including any recommendations for updates to existing control mechanisms;</text></subclause>

<subclause id="H1B103776620F4589946595F23E3F0A54"><enum>(V)</enum><text display-inline="yes-display-inline">recommendations for best practices for Federal science agencies, universities, and grantees to defend against threats to federally funded research and development, including coordination and harmonization of any relevant reporting requirements that Federal science agencies implement for grantees, and by providing such best practices with grantees and universities at the time of awarding such grants or entering into research contracts;</text></subclause>

<subclause id="H7DDF5FF0585D4D5787880EEF6DB5D446"><enum>(VI)</enum><text>a remediation plan for grantees and universities to mitigate the risks regarding such threats before research grants or contracts are cancelled because of such threats;</text></subclause>

<subclause id="HAE219F9298454C07B5E6CE002C8A0BD2"><enum>(VII)</enum><text display-inline="yes-display-inline">recommendations for providing opportunities and facilities for academic researchers to perform controlled and classified research in support of Federal missions; </text></subclause>

<subclause id="H4B66FAC6E90C4FC38FB5DDEC32200D25"><enum>(VIII)</enum><text>assessments of potential consequences that any proposed practices would have on international collaboration and United States leadership in science and technology; and</text></subclause>

<subclause id="H8B0CBF105B154EBB9D0F97D09732C606"><enum>(IX)</enum><text>a classified addendum as necessary to further inform Federal science agency decisionmaking; and</text></subclause></clause>

<clause id="HAA492421023C451BB26F20C04C45D455"><enum>(ii)</enum><text>accounts for the range of needs across different sectors of the United States science and technology enterprise.</text></clause></subparagraph></paragraph>

<paragraph id="H14459F1D7EE54423BF863D947B795EF7"><enum>(4)</enum><header>Policy guidance</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Director of the Office of Science and Technology Policy, in consultation with the working group established under paragraph (1), shallâ€"</text>

<subparagraph id="H046C41DEBF5543DD957EADFBF424A02F"><enum>(A)</enum><text>develop and issue policy guidance to Federal science agencies with more than $100,000,000 in extramural research in fiscal year 2018 to protect against threats to federally funded research and the United States science enterprise, including foreign interference, cyber attacks, theft, or espionage; and</text></subparagraph>

<subparagraph id="H18BF1FB1D94E45A19F03290BF470DED3"><enum>(B)</enum><text>encourage consistency in the policies developed by Federal science agencies with more than $100,000,000 in extramural research in fiscal year 2018, as appropriate, and factoring in the potential range of applications across different areas of science and technology. </text></subparagraph></paragraph>

<paragraph id="H17EA9EB619D047DBB44CBA97DBB5E910"><enum>(5)</enum><header>Coordination with national academies roundtable</header><text>The Director of the Office of Science and Technology Policy shall coordinate with the Academies to ensure that at least one member of the interagency working group is also a member of the roundtable under subsection (b).</text></paragraph>

<paragraph id="HAD48E0C02A6742CE843507E4BE85B549"><enum>(6)</enum><header>Interim report</header><text>Not later than six months after the date of enactment of this Act, the Director of the Office of Science and Technology Policy shall provide a report to the relevant committees that includes the inventory required under paragraph (3)(D), and an update on progress toward developing the policy guidance required under paragraphs (3)(E) and (4), as well as any additional activities undertaken by the working group in that time.</text></paragraph>

<paragraph id="H422FA818025648C1A5511376AE487BB5"><enum>(7)</enum><header>Biennial reporting</header><text>Two years after the date of enactment of this Act, and at least every two years thereafter, the Director of the Office of Science and Technology Policy shall provide a summary report to the relevant committees on the activities of the working group and the most current version of the policy guidance required under paragraph (4).</text></paragraph>

<paragraph id="HDBD3C4635D744A22B86E7E9D26D8EE0A"><enum>(8)</enum><header>Termination</header><text display-inline="yes-display-inline">The working group established or designated under paragraph (1) shall terminate on the date that is ten years after the date on which such working group is established or designated.</text></paragraph></subsection>

<subsection id="HE23800DBA27D46A597E7031E765D834D"><enum>(b)</enum><header>National academies science, technology and security roundtable</header>

<paragraph id="H24602FEEF01849FF8A2A002A44D47C37"><enum>(1)</enum><header>In general</header><text>The National Science Foundation, the Department of Energy, and the Department of Defense, and any other agencies as determined by the Director of the Office of Science and Technology Policy, shall enter into a joint agreement with the Academies to create a new <quote>National Science, Technology, and Security Roundtable</quote> (hereinafter in this subsection referred to as the <quote>roundtable</quote>). </text></paragraph>

<paragraph id="H77A98819424D4D28AF6E1B6553894B7F"><enum>(2)</enum><header>Participants</header><text>The roundtable shall include senior representatives and practitioners from Federal science, intelligence, and national security agencies, law enforcement, as well as key stakeholders in the United States scientific enterprise including institutions of higher education, Federal research laboratories, industry, and non-profit research

organizations.</text></paragraph>

<paragraph
id="H417FDFDC6F574553B65D7420BA205A6E"><enum>(3)</enum><header>Purpose</header><text>Th
e purpose of the roundtable is to facilitate among participantsâ€"</text>

<subparagraph id="H2C09B9CEC8474A94B4EC4D38DD0DF00E"><enum>(A)</enum><text>exploration
of critical issues related to protecting United States national and economic security
while ensuring the open exchange of ideas and international talent required for
scientific progress and American leadership in science and
technology;</text></subparagraph>

<subparagraph
id="H31C14F1D01C2470192C83CD3EEF4A226"><enum>(B)</enum><text>identification and
consideration of security threats and risks involving federally funded research and
development, including foreign interference, cyber attacks, theft, or
espionage;</text></subparagraph>

<subparagraph
id="H362E217DEDB4421BAF9F4475E68EBFA2"><enum>(C)</enum><text>identification of
effective approaches for communicating the threats and risks identified in subparagraph
(b) to the academic and scientific community, including through the sharing of
unclassified data and relevant case studies;</text></subparagraph>

<subparagraph id="HBD092779F882451D9B0B9FDE30C89296"><enum>(D)</enum><text>sharing of
best practices for addressing and mitigating the threats and risks identified in
subparagraph (B); and</text></subparagraph>

<subparagraph id="H5D6B71F8A9BB40758A5652A7123AC3B8"><enum>(E)</enum><text>examination
of potential near- and long-term responses by the Government and the academic and
scientific community to mitigate and address the risks associated with foreign
threats.</text></subparagraph></paragraph>

<paragraph id="HCDEA81A283614245B97C85EC7D7766C1"><enum>(4)</enum><header>Report and
briefing</header><text display-inline="yes-display-inline">The joint agreement under
paragraph (1) shall specify thatâ€"</text>

<subparagraph id="HCDCD44B664784BBEB35AF39B3011DCB9"><enum>(A)</enum><text>the
roundtable shall periodically organize workshops and issue publicly available reports
on the topics described in paragraph (3) and the activities of the roundtable;
</text></subparagraph>

<subparagraph id="H451C61A57C834008AD3CD7476B84A1B4"><enum>(B)</enum><text display-
inline="yes-display-inline">not later than March 1, 2020, the Academies shall provide a
briefing to the relevant committees on the progress and activities of the roundtable;
and</text></subparagraph>

<subparagraph id="HA9C1E476FCEE4D70887F899B1DCDC08F"><enum>(C)</enum><text display-
inline="yes-display-inline">the Academies shall issue a final report on its activities
to the relevant committees before the end of fiscal year
2024.</text></subparagraph></paragraph>

<paragraph
id="H9A8BF66DE9A24699B8549A3CA6A0A104"><enum>(5)</enum><header>Termination</header><tex
t>The roundtable shall terminate on September 30, 2024.</text></paragraph></subsection>

<subsection
id="HF466947778644BE297AB5DA94A462B68"><enum>(c)</enum><header>Definitions</header><tex
t>In this section:</text>

<paragraph id="H8D70ED57140744E3B68900FAE35925B9" display-inline="no-display-
inline"><enum>(1)</enum><text>The term <quote>Academies</quote> means the National
Academies of Science, Engineering and Medicine.</text></paragraph>

<paragraph id="H3B5C262698C843B892CD52FC4F8631C4"><enum>(2)</enum><text>The term
<quote>Federal science agency</quote> means any Federal agency with at least
$100,000,000 in basic and applied research obligations in fiscal year
2018.</text></paragraph>

<paragraph id="H896F6E14449A4A83B9C04F6A76DCE9D4"><enum>(3)</enum><text>The term
<quote>grantee</quote> means an entity that isâ€"</text>

<subparagraph id="H9E6E1A4A86AC487BAFD4DBC08CD4C4FE"><enum>(A)</enum><text>a recipient or subrecipient of a Federal grant or cooperative agreement; and</text></subparagraph>

<subparagraph id="H53D004F55C0C4AC797E6758E45E74700"><enum>(B)</enum><text>an institution of higher education or a non-profit organization.</text></subparagraph></paragraph>

<paragraph id="H48A3DA88F410428DA29591FEF77AD8D2"><enum>(4)</enum><text>The term <quote>relevant committees</quote> meansâ€"</text>

<subparagraph id="H2CE968E81B444DDBB920694E06EC985F"><enum>(A)</enum><text> the Committee on Science, Space, and Technology of the House of Representatives;</text></subparagraph>

<subparagraph id="H9937EEA4E8B74DB1BCEEDEEB916CF5E5"><enum>(B)</enum><text>the Committee on Commerce, Science, and Transportation of the Senate;</text></subparagraph>

<subparagraph id="H923475BA257E4343980CA49F939E189B"><enum>(C)</enum><text>the Committee on Armed Services of the House of Representatives;</text></subparagraph>

<subparagraph id="H0A05AB0C9DE14534B926A6ECDF3B85D7"><enum>(D)</enum><text>the Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph id="H2E12EAF51C664DD690FAECDEDEE727AD"><enum>(E)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate.</text></subparagraph></paragraph></subsection></section>

<section id="H6B04B659FEB0425BB41810C35EAA9578"><enum>1747.</enum><header>Standardized policy guidance for calculating aircraft operation and sustainment costs</header><text display-inline="no-display-inline">Not later than 270 days after the date of the enactment of this Act, the Under Secretary of Defense for Acquisition and Sustainment, in coordination with the Director of Cost Analysis and Program Evaluation and in consultation with the Secretary of each of the military services, shall develop and implement standardized policy guidance for calculating aircraft operation and sustainment costs for the Department of Defense. Such guidance shall provide for a standardized calculation ofâ€"</text>

<paragraph id="H5F3B0DE6A65F48D6AEAC7EEA76AEA647"><enum>(1)</enum><text>aircraft cost per flying hour;</text></paragraph>

<paragraph id="H75502225F6524AEC8264AAF67E7F1316"><enum>(2)</enum><text>aircraft cost per aircraft tail per year;</text></paragraph>

<paragraph id="H77B127F5CF6644EBAE31125AAF068553"><enum>(3)</enum><text>total cost of ownership per flying hour for aircraft systems;</text></paragraph>

<paragraph id="H4D9ABDEB7724456B9F9C6F19C924EB5D"><enum>(4)</enum><text>average annual operation and sustainment cost per aircraft; and</text></paragraph>

<paragraph id="H192DA6C199B44AEB8F6763F56EDC57F5"><enum>(5)</enum><text>any other cost metrics the Under Secretary of Defense determines appropriate.</text></paragraph></section>

<section id="H313139E3F20D431C8ECBBD6C43E16357"><enum>1748.</enum><header>Special Federal Aviation Regulation Working Group</header>

<subsection id="H49D0EFB4EADD45AABEB3CB94F888453D"><enum>(a)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense, the Secretary of Transportation, and the Secretary of State, shall jointly establish a Special Federal Aviation Regulation (in this section referred to as the <quote>SFAR</quote>) interagency working group to review the current options for the Department of Defense to use contracted United States civil aviation to provide support for Department of Defense missions in areas where a Federal Aviation Administration SFAR is in effect.</text></subsection>

<subsection id="H7E9E02FD5CFA4AF6B55C9EC3D2058765"><enum>(b)</enum><header>Duties</header><text>The working group shallâ€"</text>

<paragraph id="HF39658000A444AADAE73636082C40C2A"><enum>(1)</enum><text>analyze all options currently available for the Department of Defense to use contracted United States civil aviation to provide support for Department of Defense missions in areas

where a Federal Aviation Administration SFAR is in effect;</text></paragraph>

<paragraph id="H26F203CD0367442CB6B5E44CEEA86928"><enum>(2)</enum><text display-inline="yes-display-inline">review existing processes of the Department of Defense, the Federal Aviation Administration, and the Department of State, with respect to the Department of Defenseâ€™s use of contracted United States civil aviation in areas where a Federal Aviation Administration SFAR is in effect;</text></paragraph>

<paragraph id="HB672BDD9C6AB4E21AD3A47B1456569D9"><enum>(3)</enum><text>identify any issues, inefficiencies, or concerns with the existing options and processes, including safety of flight, legal considerations, mission delivery, and security considerations; and</text></paragraph>

<paragraph id="H9110D46724284FB3B5BEC875AB227BD3"><enum>(4)</enum><text display-inline="yes-display-inline">develop recommendations, if any, to improve existing processes or expand the options available for the Department of Defense to use contracted United States civil aviation to provide support to Department of Defense missions in areas where a Federal Aviation Administration SFAR is in effect.</text></paragraph></subsection>

<subsection id="H0D669453D4F040368E99AA137E518261"><enum>(c)</enum><header>Members</header>

<paragraph id="H166E5426AA164E35ADEBAD9023DB3C8B"><enum>(1)</enum><header>Appointment</header><text>The Secretary of Defense, the Secretary of Transportation, and the Secretary of State shall each appoint not more than 5 members to the working group with expertise in civil aviation safety, state aircraft operations, the provision of contracted aviation support to the Department of Defense, and the coordination of such efforts between the Department of Defense, the Department of State, and the Federal Aviation Administration. The 5 members appointed by the Secretary of Transportation shall include at least 3 members from the Federal Aviation Administration.</text></paragraph>

<paragraph id="H844326426DA7434CB90238E88A6D47FC"><enum>(2)</enum><header>Qualifications</header><text>All working group members shall be full-time employees of the Federal Government with appropriate security clearances to allow discussion of all classified information and materials necessary to fulfill the working groupâ€™s duties pursuant to subsection (b).</text></paragraph></subsection>

<subsection id="H00B4E0EA0F214CD791AD15946B6F3FD2"><enum>(d)</enum><header>Report</header><text>Not later than 1 year after the date it is established, the working group shall submit a report on its findings and any recommendations developed pursuant to subsection (b) to the congressional defense committees, the Committee on Commerce, Science, and Transportation of the Senate, and the Committee on Transportation and Infrastructure of the House of Representatives.</text></subsection>

<subsection id="H796D65FAFA274E54A144CF5A72F045DD"><enum>(e)</enum><header>Termination</header><text>The working group shall terminate 90 days after the date the report is submitted under subsection (d).</text></subsection>

<subsection id="HBB8F42CB9AAF413D8CBB3ECDC47978F3"><enum>(f)</enum><header>Definitions</header><text>In this section the following definitions apply:</text>

<paragraph id="H0A195EB8F6464C0385DC50B3A3AC699C"><enum>(1)</enum><text>The term <quote>United States civil aviation</quote> meansâ€"</text>

<subparagraph id="H44C6305C66B54754A055CD09C58EFA5F"><enum>(A)</enum><text>United States air carriers and United States commercial operators;</text></subparagraph>

<subparagraph id="H79A95089F0984A61918E561220AEC55A"><enum>(B)</enum><text display-inline="yes-display-inline">persons exercising the privileges of an airman certificate issued by the FAA, except such persons operating United States-registered aircraft for a foreign air carrier; and </text></subparagraph>

<subparagraph id="H2BFE3D1BB5584ED7B466605F2FEE41FF"><enum>(C)</enum><text>operators of civil aircraft registered in the United States, except where the operator of such aircraft is a foreign air carrier.</text></subparagraph></paragraph>

<paragraph id="HFA72A4D321E6405A96C4723C97129C8C"><enum>(2)</enum><text>The term <quote>Federal Aviation Administration SFAR</quote> means the Special Federal Aviation Regulation included under subpart M of part 91 of title 14, Code of Federal Regulations.</text></paragraph></subsection></section>

<section id="HA8830453BE3B4A02B2677F9DA28B77AB" section-type="subsequent-section"><enum>1749.</enum><header>Prohibition on names related to the Confederacy</header>

<subsection id="H5403ABA7C44F437DAB3669756F37FEA2"><enum>(a)</enum><header>Prohibition on names related to the Confederacy</header><text display-inline="yes-display-inline">In naming a new asset or renaming an existing asset, the Secretary of Defense or the Secretary of a military department may not give a name to an asset that refers to, or includes a term referring to, the Confederate States of America (commonly referred to as the <quote>Confederacy</quote>), including any name referring toâ€"</text>

<paragraph id="H968F344B42504732A29189C39EE737C5"><enum>(1)</enum><text>a person who served or held leadership within the Confederacy; or</text></paragraph>

<paragraph id="H45F567B2649745A5855A7C00E502B99F"><enum>(2)</enum><text display-inline="yes-display-inline">a Confederate battlefield victory.</text></paragraph></subsection>

<subsection id="HCA998A0705534924AF74EDDFAA5AFA90"><enum>(b)</enum><header>Asset defined</header><text>In this section, the term <quote>asset</quote> includes any base, installation, facility, aircraft, ship, equipment, or any other property owned or controlled by the Department of Defense or a military department.</text></subsection>

<subsection id="H10C3F4D8625C48F8935D398182489049"><enum>(c)</enum><header>Savings clause</header><text display-inline="yes-display-inline">Nothing in this section may be construed as requiring a Secretary concerned to initiate a review of previously named assets.</text></subsection></section>

<section id="HB5B1298F8E7C4DDA88F1FBB7AC09081C"><enum>1750.</enum><header>Support for National Maritime Heritage Grants program</header><text display-inline="no-display-inline">Of the funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense, the Secretary of Defense may contribute up to $5,000,000 to support the National Maritime Heritage Grants Program established under section 308703 of title 54, United States Code.</text></section>

<section id="HE3CA36EABD88478194A5B4E5020CA176"><enum>1751.</enum><header>Support for world language advancement and readiness</header>

<subsection id="HEBCD67BDEE6148B2B2E278491EEA1CD2"><enum>(a)</enum><header>Program authority</header>

<paragraph id="H7BC61E092B9D4618A6FFFC216EA8246D"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense, in consultation with the Director of National Intelligence and the Secretary of Education, may carry out a program under which the Secretary may provide support to eligible entities for the establishment, improvement, or expansion of world language study for elementary school and secondary school students.</text></paragraph>

<paragraph id="H2A9E0549A5184EBBA7B5A5C55B392D81"><enum>(2)</enum><header>Special requirements for local educational agencies</header><text>In providing support under paragraph (1) to an eligible entity that is a local educational agency, the Secretary of Defense shall support programs thatâ€"</text>

<subparagraph id="HE969BCDBE7EB4D5884EDCF74C82A4E34"><enum>(A)</enum><text>show the promise of being continued after such support is no longer available;</text></subparagraph>

<subparagraph id="HB3105E822BAB4074B8145ED1345891AF"><enum>(B)</enum><text>demonstrate approaches that can be disseminated to and duplicated in other local educational agencies; and</text></subparagraph>

<subparagraph id="H6A5BB11606D34675B2E90CD71D721FE9"><enum>(C)</enum><text>may include a professional development component.</text></subparagraph></paragraph>

<paragraph

id="H1B0537B5FC4F4F449D56D8182C0E0035"><enum>(3)</enum><header>Applications</header>

<subparagraph id="H1C97B56FEC7E4B28B46A7AAB79042D3A"><enum>(A)</enum><header>In general</header><text>To be considered for support under paragraph (1), an eligible entity shall submit an application to the Secretary of Defense at such time, in such manner, and containing such information and assurances as the Secretary may require.</text></subparagraph>

<subparagraph id="H645B8B52E13B48B0891E3124AA37098D"><enum>(B)</enum><header>Special consideration</header><text>The Secretary of Defense shall give special consideration to applications describing programs thatâ€"</text>

<clause id="HE7803F36A5BD4FB78BCBB2A773AA701E"><enum>(i)</enum><text>include intensive summer world language programs for professional development of world language teachers;</text></clause>

<clause id="H785E63F55EF5458585694CC43C784FA6"><enum>(ii)</enum><text>link nonnative English speakers in the community with the schools in order to promote two-way language learning;</text></clause>

<clause id="HAEA2C62180054C44AFEF5F6ADC8EDB56"><enum>(iii)</enum><text>promote the sequential study of a world language for students, beginning in elementary schools;</text></clause>

<clause id="H5A64151982224417B1A90CA1DC8DE65F"><enum>(iv)</enum><text>make effective use of technology, such as computer-assisted instruction, language laboratories, or distance learning, to promote world language study;</text></clause>

<clause id="HA751E5E0E2844059A4E4EAF00F38E6B7"><enum>(v)</enum><text>promote innovative activities, such as dual language immersion, partial world language immersion, or content-based instruction; and</text></clause>

<clause id="HEAEA1E353D9C4FDABC0B9450F2D1F3B6"><enum>(vi)</enum><text>are carried out through a consortium comprised of the eligible entity receiving the grant, an elementary school or secondary school, and an institution of higher education (as that term is defined in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001)).</text></clause></subparagraph></paragraph></subsection>

<subsection id="HCE5C2AB9E7B24F069C09129AB01CA9B0"><enum>(b)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HDB3C205DEB044DBDAD2C8A2358F7CDC2"><enum>(1)</enum><header>Eligible entity</header><text>The term <quote>eligible entity</quote> means the following:</text>

<subparagraph id="H8A95CAAEAEAB4132AF40BFDE2AF3E032"><enum>(A)</enum><text>A local educational agency that hosts a unit of the Junior Reserve Officersâ€™ Training Corps.</text></subparagraph>

<subparagraph id="H83622739BE49468DAFDC50C5BA40E0B8"><enum>(B)</enum><text>A school operated by the Department of Defense Education Activity.</text></subparagraph></paragraph>

<paragraph id="H9707FA662EAA4DE5A247033D68FA124A"><enum>(2)</enum><header>Esea terms</header><text>The terms <quote>elementary school</quote>, <quote>local educational agency</quote> and <quote>secondary school</quote> have the meanings given the terms in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801).</text></paragraph>

<paragraph id="HFDB8EF2AC5AE4A2BB324F8DB776A543E"><enum>(3)</enum><header>World language</header><text>The term <quote>world language</quote> meansâ€"</text>

<subparagraph id="HA18EE1DED1E34639B62E39B95DB5C3C6"><enum>(A)</enum><text>any natural language other than English, includingâ€"</text>

<clause id="H41D07CFA139747DB9EBEF3852F5E8B2B"><enum>(i)</enum><text>languages determined by the Secretary of Defense to be critical to the national security interests of the United States;</text></clause>

<clause id="H05F1FD1DD8AA43049B62D753A0355108"><enum>(ii)</enum><text>classical languages;</text></clause>

<clause id="H3113927955B448468454424FB8B45B24"><enum>(iii)</enum><text>American sign language; and</text></clause>

<clause id="H38FA9ABFBF5C4D3381CEA1EBD61FCB7B"><enum>(iv)</enum><text>Native American languages; and</text></clause></subparagraph>

<subparagraph id="HF495BC427ECA46138017DBD02155B8BB"><enum>(B)</enum><text>any language described in subparagraph (A) that is taught in combination with English as part of a dual language or immersion learning program.</text></subparagraph></paragraph></subsection></section>

<section id="HC14874B3D7414E5CBDCDA8458502C860"><enum>1752.</enum><header>Designation of Department of Defense strategic Arctic ports</header>

<subsection id="H960E7408FB7F4027B72C2B27261D9956"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H1FB01DAB37B24C39B2954859A16FEE91"><enum>(1)</enum><text display-inline="yes-display-inline">the Arctic is a region of strategic importance to the national security interests of the United States and the Department of Defense must better align its presence, force posture, and capabilities to meet the growing array of challenges in the region; and</text></paragraph>

<paragraph id="H51232596C93F41D089C6C53E472D4817"><enum>(2)</enum><text>although much progress has been made to increase awareness of Arctic issues and to promote increased presence in the region, additional measures, including the designation of one or more strategic Arctic ports, are needed to show the commitment of the United States to this emerging strategic choke point of future great power competition.</text></paragraph></subsection>

<subsection id="H80E8A752331A4C2D90F1051C599DD4BC"><enum>(b)</enum><header>Report required</header>

<paragraph id="H34EDF45388A64D399357592B610D46E1"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, shall submit to the congressional defense committees a report evaluating potential sites for one or more strategic ports in the Arctic.</text></paragraph>

<paragraph id="H551E9A6480A04BCBAF8AF4A17B7BD6C0"><enum>(2)</enum><header>Elements</header><text>Consistent with the updated military strategy for the protection of United States national security interests in the Arctic region set forth in the report required under section 1071 of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 114â€"92; 129 Stat. 992), the report required under paragraph (1) shall includeâ€"</text>

<subparagraph id="H84BBA91D36D14899AC16A0A516203AA0"><enum>(A)</enum><text>an evaluation of the amount of sufficient and suitable space needed to create capacity for port and other necessary infrastructure for at least one of each of type of Navy or Coast Guard vessel, including an Arleigh Burke class destroyer of the Navy, a national security cutter, and a heavy polar ice breaker of the Coast Guard;</text></subparagraph>

<subparagraph id="HB563EF1268EA44C284C8C5B97ACC7059"><enum>(B)</enum><text>an evaluation of the amount of sufficient and suitable space needed to create capacity for equipment and fuel storage, technological infrastructure, and civil infrastructure to support military and civilian operations, includingâ€"</text>

<clause id="H44058083DBF94B1FADFC8D6590002FF8"><enum>(i)</enum><text>aerospace warning;</text></clause>

<clause id="H2CFD0A25F19F4E71A5590017F5312CA1"><enum>(ii)</enum><text>maritime surface and subsurface warning;</text></clause>

<clause id="H2C5DF1081CAD440089B648462440E969"><enum>(iii)</enum><text>maritime control and defense;</text></clause>

<clause id="HE85FEF83EE4F4C7DAFE2FE80656A78EC"><enum>(iv)</enum><text>maritime domain

awareness;</text></clause>

<clause id="HC619FBD8EA9E462699C5B3606542097D"><enum>(v)</enum><text>homeland defense;</text></clause>

<clause id="HB49BBAE3C2F04D128B4C1F685CC9A1ED"><enum>(vi)</enum><text>defense support to civil authorities;</text></clause>

<clause id="HEFD4CC96B2E14043BB94DA470C705D44"><enum>(vii)</enum><text>humanitarian relief;</text></clause>

<clause id="HAF3B1C9D542D4C07A95FF5F6E7DCA213"><enum>(viii)</enum><text>search and rescue;</text></clause>

<clause id="HBB57035216CE43D0AD17820F46A84AF6"><enum>(ix)</enum><text>disaster relief;</text></clause>

<clause id="HF88B43A3D55141878A56C93C87636353"><enum>(x)</enum><text>oil spill response;</text></clause>

<clause id="H67A215F821CB4C8783CFE07351005914"><enum>(xi)</enum><text>medical stabilization and evacuation; and</text></clause>

<clause id="H783BC094FBFA4078A4EE28D207F2A3BC"><enum>(xii)</enum><text>meteorological measurements and forecasting;</text></clause></subparagraph>

<subparagraph id="HF7EE727168F14AC29D83F156E7D939C4"><enum>(C)</enum><text>an identification of proximity and road access required to an airport designated as a commercial service airport by the Federal Aviation Administration that is capable of supporting military and civilian aircraft for operations designated in subparagraph (B);</text></subparagraph>

<subparagraph id="HAC7E74682A9D4C29AC1F98315F3B65E7"><enum>(D)</enum><text>a description of the requirements, to include infrastructure and installations, communications, and logistics necessary to improve response effectiveness to support military and civilian operations described in subparagraph (B);</text></subparagraph>

<subparagraph id="H55326067839146D594067E5E1F2CA8A8"><enum>(E)</enum><text>an identification of the sites that the Secretary recommends as potential sites for designation as Department of Defense Strategic Arctic Ports;</text></subparagraph>

<subparagraph id="H13255C21EF8741D68433420477A8E07B"><enum>(F)</enum><text>the estimated cost of sufficient construction necessary to initiate and sustain expected operations at such sites; and</text></subparagraph>

<subparagraph id="H943B32F53E624A2D90F0280B8674969B"><enum>(G)</enum><text>such other information as the Secretary deems relevant.</text></subparagraph></paragraph></subsection>

<subsection id="H388293127AB84D82ADFE18F1C8D4CE40"><enum>(c)</enum><header>Designation of strategic arctic ports</header><text>Not later than 90 days after the date on which the report required under subsection (b) is submitted, the Secretary of Defense, in consultation with the Chairman of the Joint Chiefs of Staff, the Commanding General of the United States Army Corps of Engineers, the Commandant of the Coast Guard, and the Administrator of the Maritime Administration, may designate one or more ports as Department of Defense Strategic Arctic Ports from the sites identified under subsection (b)(2)(E).</text></subsection>

<subsection id="H04E55685D58B4444AD7B7096EE901F9F"><enum>(d)</enum><header>Rule of construction</header><text>Nothing in this section may be construed to authorize any additional appropriations for the Department of Defense for the establishment of any port designated pursuant to this section.</text></subsection>

<subsection id="H2B2EB8768EDC436A8D90BFE7587438B3"><enum>(e)</enum><header>Arctic defined</header><text>In this section, the term <quote>Arctic</quote> has the meaning given that term in section 112 of the Arctic Research and Policy Act of 1984 (15 U.S.C. 4111).</text></subsection></section>

<section id="H1835A970A2DB44C093F1F59560ED761A" section-type="subsequent-section"><enum>1753.</enum><header>Independent studies regarding potential cost savings with respect to the nuclear security enterprise and force structure </header>

<subsection id="HD29F9FCF5CDD4B00AA9F9A332F32713C"><enum>(a)</enum><header>Review of nuclear deterrence postures</header>

<paragraph id="H1F3927B2B5CD465089E7238F1EE1CEE8"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense shall seek to enter into agreements with two federally funded research and development centers for the conduct of independent reviews of alternative defense postures that achieve United States national security objectives and could produce cost savings. Each such review shall includeâ€"</text>

<subparagraph id="H58D64135E4D24EA1B914442E2A90D9A2"><enum>(A)</enum><text display-inline="yes-display-inline">alternative nuclear deterrence postures to achieve national security objectives, including two alternatives with reduced and increased force posture levels;</text></subparagraph>

<subparagraph id="HE25E119891FF439C8DC858861A9BE01B"><enum>(B)</enum><text>the options for and cost impacts resulting from changes to force structure, active and reserve component balance, domestic and overseas basing, and other impacts resulting from potential challenges to foundational planning assumptions to achieve national security objectives;</text></subparagraph>

<subparagraph id="H617A288FCFF64EE48BD7FE333D6F030E"><enum>(C)</enum><text>the potential cost savings from alterations to the current balance between the military and civilian workforces; and</text></subparagraph>

<subparagraph id="H9A35AD181D344FB796F05A3EDE8B4035"><enum>(D)</enum><text>options for reducing service contracts in the Department of Defense.</text></subparagraph></paragraph>

<paragraph id="H6935C1490FB84BB280816A70960FF794"><enum>(2)</enum><header>Cost data</header><text display-inline="yes-display-inline">A federally funded research and development center that conducts a review pursuant to paragraph (1) shall standardize cost data through the use of Department of Defense cost estimation methodologies and may make reference to appropriate national security policy documents.</text></paragraph>

<paragraph id="H94A7A8836990430DA0E53BAED26C7304"><enum>(3)</enum><header>Access to classified information</header><text display-inline="yes-display-inline">The Secretary of Defense shall provide to such a center classified information on threat capability developments, plans, and intentions of China, Russia, North Korea, Iran, and violent extremist organizations.</text></paragraph></subsection>

<subsection id="H7F717ECA30384FEF86EAD2843C7C9445"><enum>(b)</enum><header>Report and briefings</header>

<paragraph id="H972908A5A1BF446EBD3122906D32DD05"><enum>(1)</enum><header>Briefing on cost savings</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Comptroller General of the United States shall provide to the congressional defense committees a briefing on the recommendations of the Comptroller General with respect to cost savings in the Department of Defense.</text></paragraph>

<paragraph id="H8FF218758DFD4546B6D45D67DB1B0B69"><enum>(2)</enum><header>Briefing on efficiency initiatives</header><text>Not later than February 1, 2020, the Comptroller General of the United States shall provide to the congressional defense committees a briefing on the recommendations of the Comptroller General with respect to the efficiency initiatives undertaken by the Office of the Chief Management Officer of the Department of Defense.</text></paragraph>

<paragraph id="HC69FA0963177425AAC54DF7D7BFA3A30"><enum>(3)</enum><header>Report</header><text>Subsequent to providing the briefing under paragraph (2), the Comptroller General shall submit to the congressional defense committees a report on the matters covered by the briefing.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H69BFF851114846218F5E246C3917CCDC" section-type="subsequent-section"><enum>1754.</enum><header display-inline="yes-display-inline">Comprehensive Department of Defense policy on collective self-defense</header>

<subsection commented="no" display-inline="no-display-inline" id="H750316C907364F568007377E4C74A985"><enum>(a)</enum><header display-inline="yes-display-inline">Comprehensive policy required</header><text display-inline="yes-

display-inline">The Secretary of Defense shall prescribe a comprehensive written policy for the Department of Defense on the issuance of authorization for, and the provision by members and units of the United States Armed Forces of, collective self-defense to designated foreign nationals, their facilities, and their property.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2CCB4A9DEC544BD7A607E0EFE376892D"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The policy required by subsection (a) shall address the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1D361F78FC87454CA16E672D97481DA1"><enum>(1)</enum><text display-inline="yes-display-inline">Each basis under domestic and international law pursuant to which a member or unit of the United States Armed Forces has been or may be authorized to provide collective self-defense to designated foreign nationals, their facilities, or their property under each circumstance as follows:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDA3BA4289E4741FEB8D69A28FD67806B"><enum>(A)</enum><text display-inline="yes-display-inline">Inside an area of active hostilities, or in a country or territory in which United States forces are authorized to conduct or support direct action operations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9A5D0610B79641CC8F4A9AAAE247681C"><enum>(B)</enum><text display-inline="yes-display-inline">Outside an area of active hostilities, or in a country or territory in which United States forces are not authorized to conduct direct action military operations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2E4FC896EA8749CB8FDC11C5BBA40ED1"><enum>(C)</enum><text display-inline="yes-display-inline">When United States personnel, facilities, or equipment are not threatened, including both as described in subparagraph (A) and as described in subparagraph (B).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD47615017401459A9AA9226E10D17563"><enum>(D)</enum><text display-inline="yes-display-inline">When members of the United States Armed Forces are not participating in a military operation as part of an international coalition.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7B48C3C1F789442F9B402FA7C9D15CA7"><enum>(E)</enum><text display-inline="yes-display-inline">Any other circumstance not encompassed by subparagraphs (A) through (D) in which a member or unit of the United States Armed Forces has been or may be authorized to provide such collective self-defense.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H82F34525D36E4C09B502A722F0B6E615"><enum>(2)</enum><text display-inline="yes-display-inline">A list and explanation of any limitations imposed by law or policy on the provision of collective self-defense to designated foreign nationals, their facilities, and their property under any of the bases in domestic or international law in the circumstances enumerated in paragraph (1), and the conditions under which any such limitation applies.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7A337824F6924E53BD3C9B7EF2E58DAE"><enum>(3)</enum><text display-inline="yes-display-inline">The procedure by which a proposal that any member or unit of the United States Armed Forces provide collective self-defense in support of designated foreign nationals, their facilities, and their property is to be submitted, processed, and endorsed through offices, officers, and officials of the Department to the applicable approval authority for final decision, and a list of any information, advice, or opinion to be included with such proposal in order to inform appropriate action on such proposal by such approval authority.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4E7B719F25CE42A4B28E094941AB240B"><enum>(4)</enum><text display-inline="yes-display-inline">The title and duty position of any officers and officials of the Department empowered to render a final decision on a proposal described in paragraph (3), and the conditions applicable to, and limitations on, the exercise of such decisionmaking authority by each such officer or official.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H390A8206DC964F05BE467776338BB2AF"><enum>(5)</enum><text display-inline="yes-display-inline">A description of the Rules of Engagement applicable to the provision of collective self-defense to designated foreign nationals, their facilities, and their property under any of the bases in domestic or international law in the circumstances enumerated in paragraph (1), and the conditions under which any such Rules of Engagement would be modified.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H65FA5F5918DA4BA1AD6F1DC2154B0F86"><enum>(6)</enum><text display-inline="yes-display-inline">A description of the process through which policy guidance pertaining to the authorization for, and the provision by members of the United States Armed Forces of, collective self-defense to designated foreign nationals, their facilities, and their property is to be disseminated to the level of tactical execution.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7547DE6B42BE4B42A5D90A43470C60A8"><enum>(7)</enum><text display-inline="yes-display-inline">Such other matters as the Secretary considers appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB64C247FFF4E4F65B3AC7AB97895A0F6"><enum>(c)</enum><header display-inline="yes-display-inline">Report on policy</header>

<paragraph commented="no" display-inline="no-display-inline" id="H048AA1D77A4441BD81273CF96BC9EFD4"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Secretary shall submit to the congressional defense committees a report setting forth the policy required by subsection (a).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC7990C23F0604E75B4A88AA1D16C9D4B"><enum>(2)</enum><header display-inline="yes-display-inline">DoD general counsel statement</header><text display-inline="yes-display-inline">The Secretary shall include in the report under paragraph (1) a statement by the General Counsel of the Department of Defense as to whether the policy prescribed pursuant to subsection (a) is consistent with domestic and international law.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H946FA69F9E054496A17561C72D21CE5D"><enum>(3)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required by paragraph (1) may be submitted in classified form.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8C6B59C240C946D9A225A1A5334B21C2"><enum>(d)</enum><header display-inline="yes-display-inline">Briefing on policy</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the submittal of the report required by subsection (c), the Secretary shall provide the congressional defense committees a classified briefing on the policy prescribed pursuant to subsection (a). The briefing shall make use of vignettes designated to illustrate real world application of the policy in each the circumstances enumerated in subsection (b)(1).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H2615933416BD4EF9A341BCC34A4D9E26" section-type="subsequent-section"><enum>1755.</enum><header display-inline="yes-display-inline">Policy regarding the transition of data and applications to the cloud</header>

<subsection commented="no" display-inline="no-display-inline" id="HBA69012B4B6A479E947F7087DAEA4BEE"><enum>(a)</enum><header display-inline="yes-display-inline">Policy required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Chief Information Officer of the Department of Defense and the Chief Data Officer of the Department shall, in consultation with the J6 of the Joint Staff and the Chief Management Officer, develop and issue enterprise-wide policy and implementing instructions regarding the transition of data and applications to the cloud under the Department cloud strategy in

accordance with subsection (b).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H59B910BFB54949BAB3365D696A16F9A8"><enum>(b)</enum><header display-inline="yes-display-inline">Design</header><text display-inline="yes-display-inline">The policy required by subsection (a) shall be designed to dramatically improve support to operational missions and management processes, including by the use of artificial intelligence and machine learning technologies, byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA4A451223D96438281E8C42D700B218E"><enum>(1)</enum><text display-inline="yes-display-inline">making the data of the Department available to support new types of analyses;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2460BAB7F2F6481B9C5D118F6EFE2CC0"><enum>(2)</enum><text display-inline="yes-display-inline">preventing, to the maximum extent practicable, the replication in the cloud of data stores that cannot readily be accessed by applications for which the data stores were not originally engineered;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD2D1FF1A9D5444E094E6765497124384"><enum>(3)</enum><text display-inline="yes-display-inline">ensuring that data sets can be readily discovered and combined with others to enable new insights and capabilities; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC4CB6983CD7840349E4631A630C22C8B"><enum>(4)</enum><text display-inline="yes-display-inline">ensuring that data and applications are readily portable and not tightly coupled to a specific cloud infrastructure or platform.</text></paragraph></subsection></section>

<section id="H75581AE3D1854399A8040B18EBA97AC3"><enum>1756.</enum><header>Integrated public alert and warning system</header>

<subsection id="HD6E556246C8349FB9E2610CCC71673E6"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this sectionâ€"</text>

<paragraph id="HA51F2ED45ABE4AEE89FD2255A2EB6561"><enum>(1)</enum><text>the term <term>Administrator</term> means the Administrator of the Agency;</text></paragraph>

<paragraph id="H2A93BFC5DED646C6A2B728B4FCB4E4D1"><enum>(2)</enum><text>the term <term>Agency</term> means the Federal Emergency Management Agency;</text></paragraph>

<paragraph id="H74970E4FA38B46A18D7C7B428A815CD9"><enum>(3)</enum><text>the term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HDE12A72F01FD4046ACD235C731E191E8"><enum>(A)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate;</text></subparagraph>

<subparagraph id="H82761613EAEA45CD9A1F5B9A0D0F596D"><enum>(B)</enum><text>the Committee on Transportation and Infrastructure of the House of Representatives; and</text></subparagraph>

<subparagraph id="H49E9E92A7B7E435FA8A628DD451758C0"><enum>(C)</enum><text>the Committee on Homeland Security of the House of Representatives;</text></subparagraph></paragraph>

<paragraph id="H6DC5E8C22A8D46348133EA7196F68902"><enum>(4)</enum><text>the term <term>public alert and warning system</term> means the integrated public alert and warning system of the United States described in section 526 of the Homeland Security Act of 2002 (6 U.S.C. 321o);</text></paragraph>

<paragraph id="HF8BB0B7AE0964DC6AFBEC501E1423243"><enum>(5)</enum><text>the term <term>Secretary</term> means the Secretary of Homeland Security; and</text></paragraph>

<paragraph id="HA31B227854D74284822013D17CCD7218"><enum>(6)</enum><text>the term <term>State</term> means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and any possession of the United States.</text></paragraph></subsection>

<subsection id="H35F944D184C34BA9B4A4BE94C064A18A"><enum>(b)</enum><header>Integrated public alert and warning system</header>

<paragraph id="H1066D4D68F304A2E879B4F27CCAE7DBF"><enum>(1)</enum><header>In general</header><text>Not later than 1 year after the date of enactment of this Act, the Administrator shall develop minimum requirements for State, Tribal, and local governments to participate in the public alert and warning system and that are necessary to maintain the integrity of the public alert and warning system, includingâ€"</text>

<subparagraph id="HF9280E0C1D7548C083EBF7C3B0AAE628"><enum>(A)</enum><text>guidance on the categories of public emergencies and appropriate circumstances that warrant an alert and warning from State, Tribal, and local governments using the public alert and warning system;</text></subparagraph>

<subparagraph id="HC6EA2E417ED04A1FA8FE07DA4A6F3367"><enum>(B)</enum><text>the procedures for State, Tribal, and local government officials to authenticate civil emergencies and initiate, modify, and cancel alerts transmitted through the public alert and warning system, including protocols and technology capabilities forâ€"</text>

<clause id="H1B59ACC97DC74DC49CB74CF1005EAC97"><enum>(i)</enum><text>the initiation, or prohibition on the initiation, of alerts by a single authorized or unauthorized individual;</text></clause>

<clause id="H59E6DF5294534589B1F48975F7D96C82"><enum>(ii)</enum><text>testing a State, Tribal, or local government incident management and warning tool without accidentally initiating an alert through the public alert and warning system; and</text></clause>

<clause id="HC033B7EC3A304FCBB675DD7A4C07AAFC"><enum>(iii)</enum><text>steps a State, Tribal, or local government official should take to mitigate the possibility of the issuance of a false alert through the public alert and warning system;</text></clause></subparagraph>

<subparagraph id="H7E15CFB2D6CA46CFB211FB107C109ABE"><enum>(C)</enum><text>the standardization, functionality, and interoperability of incident management and warning tools used by State, Tribal, and local governments to notify the public of an emergency through the public alert and warning system;</text></subparagraph>

<subparagraph id="HFE5502FEA0364CAA9499819195EAA43D"><enum>(D)</enum><text>the annual training and recertification of emergency management personnel on requirements for originating and transmitting an alert through the public alert and warning system;</text></subparagraph>

<subparagraph id="H6F0FE97D2CAA4307AD7B1078EEFEE726"><enum>(E)</enum><text>the procedures, protocols, and guidance concerning the protective action plans that State, Tribal, and local governments shall issue to the public following an alert issued under the public alert and warning system;</text></subparagraph>

<subparagraph id="H470CEFCBA89B43578A3B37939F6D4876"><enum>(F)</enum><text>the procedures, protocols, and guidance concerning the communications that State, Tribal, and local governments shall issue to the public following a false alert issued under the public alert and warning system;</text></subparagraph>

<subparagraph id="H18519505591F4359B4750544ED833868"><enum>(G)</enum><text>a plan by which State, Tribal, and local government officials may, during an emergency, contact each other as well as Federal officials and participants in the Emergency Alert System and the Wireless Emergency Alert System, when appropriate and necessary, by telephone, text message, or other means of communication regarding an alert that has been distributed to the public; and</text></subparagraph>

<subparagraph id="HB503025478E54113B7839CE3B1F6569B"><enum>(H)</enum><text>any other procedure the Administrator considers appropriate for maintaining the integrity of and providing for public confidence in the public alert and warning system.</text></subparagraph></paragraph>

<paragraph id="H42CED4223D2745C9AE22FF64D29D2C85"><enum>(2)</enum><header>Coordination with National Advisory Council report</header><text>The Administrator shall ensure that the minimum requirements developed under paragraph (1) do not conflict with recommendations made for improving the public alert and warning system provided in the report submitted by the National Advisory Council under section 2(b)(7)(B) of the Integrated Public Alert and Warning System Modernization Act of 2015 (Public Law

114â€"143; 130 Stat. 332).</text></paragraph>

<paragraph id="H2F55FEC5E47D4AD89421828363CDE9DB"><enum>(3)</enum><header>Public consultation</header><text>In developing the minimum requirements under paragraph (1), the Administrator shall ensure appropriate public consultation and, to the extent practicable, coordinate the development of the requirements with stakeholders of the public alert and warning system, includingâ€"</text>

<subparagraph id="HB15AFDB7203B47F690F209302C41A418"><enum>(A)</enum><text>appropriate personnel from Federal agencies, including the National Institute of Standards and Technology, the Agency, and the Federal Communications Commission;</text></subparagraph>

<subparagraph id="H472A35BC97604C82B420758F86FFBA06"><enum>(B)</enum><text>representatives of State and local governments and emergency services personnel, who shall be selected from among individuals nominated by national organizations representing those governments and personnel;</text></subparagraph>

<subparagraph id="H7E5737FB616D47879328CB99F2336B32"><enum>(C)</enum><text>representatives of Federally recognized Indian tribes and national Indian organizations;</text></subparagraph>

<subparagraph id="H677F16E0E9284B87A40CB278CBFD50D5"><enum>(D)</enum><text>communications service providers;</text></subparagraph>

<subparagraph id="HD683E22BEAC8433F98C9546FC1ADAE6D"><enum>(E)</enum><text>vendors, developers, and manufacturers of systems, facilities, equipment, and capabilities for the provision of communications services;</text></subparagraph>

<subparagraph id="H37E80BF110D84EDAA46697932414437F"><enum>(F)</enum><text>third-party service bureaus;</text></subparagraph>

<subparagraph id="HC2EF093605A444A3B5CA1F165A3427EA"><enum>(G)</enum><text>the national organization representing the licensees and permittees of noncommercial broadcast television stations;</text></subparagraph>

<subparagraph id="H1F9C4BFD83F642F4A2B0D5A80270DF43"><enum>(H)</enum><text>technical experts from the broadcasting industry;</text></subparagraph>

<subparagraph id="H01AEA1CB135148E19950888374CD9405"><enum>(I)</enum><text>educators from the Emergency Management Institute; and</text></subparagraph>

<subparagraph id="HE35F1931B72D42CF895EA699EACD3361"><enum>(J)</enum><text>other individuals with technical expertise as the Administrator determines appropriate.</text></subparagraph></paragraph>

<paragraph id="H844D23275D8A43C68F28653E9F31F21B"><enum>(4)</enum><header>Advice to the Administrator</header><text>In accordance with the Federal Advisory Committee Act (5 U.S.C. App.), the Administrator may obtain advice from a single individual or non-consensus advice from each of the several members of a group without invoking that Act.</text></paragraph></subsection>

<subsection id="H96FA561AAFBB41CA8DAC309774B9967B"><enum>(c)</enum><header>Incident management and warning tool validation</header>

<paragraph id="HDA95922F7A7B40A89A7ABA4B0BD933FF"><enum>(1)</enum><header>In general</header><text>The Administrator shall establish a process to ensure that an incident management and warning tool used by a State, Tribal, or local government to originate and transmit an alert through the public alert and warning system meets the requirements developed by the Administrator under subsection (b)(1).</text></paragraph>

<paragraph id="H121602829B6D449C9D3F7AE8C747D7A8"><enum>(2)</enum><header>Requirements</header><text>The process required to be established under paragraph (1) shall includeâ€"</text>

<subparagraph id="H89A3942ECAD24E81AC39156946AA3BC6"><enum>(A)</enum><text>the ability to test an incident management and warning tool in the public alert and warning system lab;</text></subparagraph>

<subparagraph id="H75C4C61A8C1143C5A06732DCF295D856"><enum>(B)</enum><text>the ability to certify that an incident management and warning tool complies with the applicable cyber frameworks of the Department of Homeland Security and the National Institute of Standards and Technology;</text></subparagraph>

<subparagraph id="HFDA2D49B543A4F3C8C8C25A65676C133"><enum>(C)</enum><text>a process to certify developers of emergency management software; and</text></subparagraph>

<subparagraph id="H29E2821C64234ED0B5960B05EB1C1C97"><enum>(D)</enum><text>requiring developers to provide the Administrator with a copy of and rights of use for ongoing testing of each version of incident management and warning tool software before the software is first used by a State, Tribal, or local government.</text></subparagraph></paragraph></subsection>

<subsection id="H9BFA998784814C2FABB27D55780D3BE4"><enum>(d)</enum><header>Review and update of memoranda of understanding</header><text display-inline="yes-display-inline">The Administrator shall review the memoranda of understanding between the Agency and State, Tribal, and local governments with respect to the public alert and warning system to ensure that all agreements ensure compliance with the requirements developed by the Administrator under subsection (b)(1).</text></subsection>

<subsection id="HAC11E62BDC4942F8A4BA00C066099A1A"><enum>(e)</enum><header>Future memoranda</header><text>On and after the date that is 60 days after the date on which the Administrator issues the requirements developed under subsection (b)(1), any new memorandum of understanding entered into between the Agency and a State, Tribal, or local government with respect to the public alert and warning system shall comply with those requirements.</text></subsection>

<subsection id="H6D6B4ED3C2A54FB6A6BFE6A5819D18BE"><enum>(f)</enum><header>Missile alert and warning authorities</header>

<paragraph id="HDDEBA6EA9F584C658DDADD0A1EF692CD"><enum>(1)</enum><header>In general</header>

<subparagraph id="HDE7494221B76479C89967E205A6EECA4"><enum>(A)</enum><header>Authority</header><text> On and after the date that is 120 days after the date of enactment of this Act, the authority to originate an alert warning the public of a missile launch directed against a State using the public alert and warning system shall reside primarily with the Federal Government.</text></subparagraph>

<subparagraph id="H893E62B5C998405287E1523A00901A93"><enum>(B)</enum><header>Delegation of authority</header><text>The Secretary may delegate the authority described in subparagraph (A) to a State, Tribal, or local entity if, not later than 180 days after the date of enactment of this Act, the Secretary submits a report to the appropriate congressional committees thatâ€"</text>

<clause id="H4FDE078C6B3F4C648B329584DDC426FE"><enum>(i)</enum><text>it is not feasible for the Federal Government to alert the public of a missile threat against a State; or</text></clause>

<clause id="H9A8E4D728A4F4A8AA43CCD43BA741200"><enum>(ii)</enum><text>it is not in the national security interest of the United States for the Federal Government to alert the public of a missile threat against a State.</text></clause></subparagraph>

<subparagraph id="HBB2053CE523941EF81DBAA411047BEFD"><enum>(C)</enum><header>Activation of system</header><text>Upon verification of a missile threat, the President, utilizing established authorities, protocols and procedures, may activate the public alert and warning system.</text></subparagraph>

<subparagraph id="HFD4293B21F0E472B9C8A739A212CF695"><enum>(D)</enum><header>Rule of construction</header><text>Nothing in this paragraph shall be construed to change the command and control relationship between entities of the Federal Government with respect to the identification, dissemination, notification, or alerting of information of missile threats against the United States that was in effect on the day before the date of enactment of this Act.</text></subparagraph></paragraph>

<paragraph id="H1A3E607CF6A946379356E2BFF8C9C7E2"><enum>(2)</enum><header>Required processes</header><text>The Secretary, acting through the Administrator, shall establish a process to promptly notify a State warning point, and any State entities that the Administrator determines appropriate, following the issuance of an alert

described in paragraph (1)(A) so the State may take appropriate action to protect the health, safety, and welfare of the residents of the State.</text></paragraph>

<paragraph id="HBDC4E780FE3A447695FBD1A7F14B6F2B"><enum>(3)</enum><header>Guidance</header><text>The Secretary, acting through the Administrator, shall work with the Governor of a State warning point to develop and implement appropriate protective action plans to respond to an alert described in paragraph (1)(A) for that State.</text></paragraph>

<paragraph id="H2131D787D209413FA6472B97CD3AB6CD"><enum>(4)</enum><header>Study and report</header><text>Not later than 1 year after the date of enactment of this Act, the Secretary shallâ€"</text>

<subparagraph id="H3E1E2187A84D443CB920FFCF21CAF48C"><enum>(A)</enum><text>examine the feasibility of establishing an alert designation under the public alert and warning system that would be used to alert and warn the public of a missile threat while concurrently alerting a State warning point so that a State may activate related protective action plans; and</text></subparagraph>

<subparagraph id="H4916D995359445EDA622A59CF3A882C0"><enum>(B)</enum><text>submit a report of the findings under subparagraph (A), including of the costs and timeline for taking action to implement an alert designation described in subparagraph (A), toâ€"</text>

<clause id="H2560F6D77D4540348BAE7F04EAFC520A"><enum>(i)</enum><text>the Subcommittee on Homeland Security of the Committee on Appropriations of the Senate;</text></clause>

<clause id="H4005F398803343CDAF425691487BBD44"><enum>(ii)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate;</text></clause>

<clause id="H0606F42E4D4A4E34A65427CE1DE4C7A8"><enum>(iii)</enum><text>the Subcommittee on Homeland Security of the Committee on Appropriations of the House of Representatives;</text></clause>

<clause id="HCCAA411A16E14D39A9BDCF3504B8986B"><enum>(iv)</enum><text>the Committee on Transportation and Infrastructure of the House of Representatives; and</text></clause>

<clause id="HA1F0FF3B09EF435FB1313122909BD976"><enum>(v)</enum><text>the Committee on Homeland Security of the House of Representatives.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HE5CF3C1C02554F83A182871C42AB1B3F"><enum>(g)</enum><header>Use of integrated public alert and warning system lab</header><text display-inline="yes-display-inline">Not later than 1 year after the date of enactment of this Act, the Administrator shallâ€"</text>

<paragraph id="H7D212CF72BDA4B4CAEA2F1183C14EAF3"><enum>(1)</enum><text>develop a program to increase the utilization of the public alert and warning system lab of the Agency by State, Tribal, and local governments to test incident management and warning tools and train emergency management professionals on alert origination protocols and procedures; and</text></paragraph>

<paragraph id="H688826917BAE427EBDD64C29F8F496DA"><enum>(2)</enum><text>submit to the appropriate congressional committees a report describingâ€"</text>

<subparagraph id="HD87D66424253484E95361609E9E4B118"><enum>(A)</enum><text>the impact on utilization of the public alert and warning system lab by State, Tribal, and local governments, with particular attention given to the impact on utilization in rural areas, resulting from the program developed under paragraph (1); and</text></subparagraph>

<subparagraph id="HF679A33A50734FC4A1B6E60C879F617D"><enum>(B)</enum><text>any further recommendations that the Administrator would make for additional statutory or appropriations authority necessary to increase the utilization of the public alert and warning system lab by State, Tribal, and local governments.</text></subparagraph></paragraph></subsection>

<subsection id="H987579192E124567A57117241C046489"><enum>(h)</enum><header>Awareness of alerts and warnings</header><text display-inline="yes-display-inline">Not later than 1 year after the date of enactment of this Act, the Administrator shallâ€"</text>

<paragraph id="H790B8767A59A43E1B62B29DCB32DBA75"><enum>(1)</enum><text>conduct a

review of the National Watch Center and each Regional Watch Center of the Agency; and</text></paragraph>

<paragraph id="H782C7FD0F0244D3B859F2B0B5DE8188C"><enum>(2)</enum><text>submit to the appropriate congressional committees a report on the review conducted under paragraph (1), which shall includeâ€"</text>

<subparagraph id="H4EB2D4CFCCF9484EB63ECB19C62E2786"><enum>(A)</enum><text>an assessment of the technical capability of the National and Regional Watch Centers described in paragraph (1) to be notified of alerts and warnings issued by a State through the public alert and warning system;</text></subparagraph>

<subparagraph id="H0470B27A2F1649468CE975A80F50F21C"><enum>(B)</enum><text>a determination of which State alerts and warnings the National and Regional Watch Centers described in paragraph (1) should be aware of; and</text></subparagraph>

<subparagraph id="H5DD833F5FC7F4020AB7545E25460A2A6"><enum>(C)</enum><text>recommendations for improving the ability of the National and Regional Watch Centers described in paragraph (1) to receive any State alerts and warnings that the Administrator determines are appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="HFE613FF199E5490EAED626C0EF8C5168"><enum>(i)</enum><header>Reporting false alerts</header><text>Not later than 15 days after the date on which a State, Tribal, or local government official transmits a false alert under the public alert and warning system, the Administrator shall report to the appropriate congressional committees onâ€"</text>

<paragraph id="HC2956937D74F43AFB50772A2D6291DA7"><enum>(1)</enum><text>the circumstances surrounding the false alert;</text></paragraph>

<paragraph id="H36AA9B05C7D346BCBC7D472C264B4F58"><enum>(2)</enum><text>the content, cause, and population impacted by the false alert; and</text></paragraph>

<paragraph id="HF7A9876B4BB3404F962377E5A5F5B291"><enum>(3)</enum><text>any efforts to mitigate any negative impacts of the false alert.</text></paragraph></subsection>

<subsection id="H9A8E7AF4A09C4C51828A1E56769FEAC6"><enum>(j)</enum><header>Reporting participation rates</header><text>The Administrator shall, on an annual basis, report to the appropriate congressional committees onâ€"</text>

<paragraph id="HD23F34CAF788419CBE3F0C3C00AAB875"><enum>(1)</enum><text>participation rates in the public alert and warning system; and</text></paragraph>

<paragraph id="H213AF82D2F83427D9BB3E2BFCD4955C6"><enum>(2)</enum><text>any efforts to expand alert, warning, and interoperable communications to rural and underserved areas.</text></paragraph></subsection>

<subsection id="HA64C32E5E25E4826A70DA263B80FEB06"><enum>(k)</enum><header>Timeline for compliance</header><text display-inline="yes-display-inline">Each State shall be given a reasonable amount of time to comply with any new rules, regulations, or requirements imposed under this section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H700EFA00E29E4301A440B4F7B0E2389D" section-type="subsequent-section"><enum>1757.</enum><header display-inline="yes-display-inline">Improving quality of information in background investigation request packages</header>

<subsection commented="no" display-inline="no-display-inline" id="H573B4D70EE96442A8E234578A79AC9A1"><enum>(a)</enum><header display-inline="yes-display-inline">Report on metrics and best practices</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of the Defense Counterintelligence and Security Agency, which serves as the primary executive branch service provider for background investigations for eligibility for access to classified information, eligibility to hold a sensitive position, and for suitability and fitness for other matters pursuant to Executive Order 13467 (50 U.S.C. 3161 note; relating to reforming processes related to suitability for Government employment, fitness for contractor employees, and eligibility for access to classified national security information), shall, in consultation with the Security, Suitability, and Credentialing Performance Accountability Council established under such executive order, submit to Congress a report onâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H43B6A9E69BFA4664816573B3181F64B7"><enum>(1)</enum><text display-inline="yes-display-inline">metrics for assessing the completeness and quality of packages for background investigations submitted by agencies requesting background investigations from the Defense Counterintelligence and Security Agency;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0E0AE22D8F884F39A4572E258A783DC1"><enum>(2)</enum><text display-inline="yes-display-inline">rejection rates of background investigation submission packages due to incomplete or erroneous data, by agency; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB103138551774D3891114D2409A79F67"><enum>(3)</enum><text display-inline="yes-display-inline">best practices for ensuring full and complete information in background investigation requests.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H93565AB6D0344859B27DC05EEBCCE603"><enum>(b)</enum><header display-inline="yes-display-inline">Annual report on performance</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Security, Suitability, and Credentialing Performance Accountability Council shall submit to Congress a report on performance against the metrics and return rates identified in paragraphs (1) and (2) of subsection (a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB21B73DE3BD5435E81A7B9B97863FA2D"><enum>(c)</enum><header display-inline="yes-display-inline">Improvement plans</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5A8D4B0C03AA42019B1417D09A5CB4D3"><enum>(1)</enum><header display-inline="yes-display-inline">Identification</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, executive agents under Executive Order 13467 (50 U.S.C. 3161 note) shall identify agencies in need of improvement with respect to the quality of the information in the background investigation submissions of the agencies as reported in subsection (b).</text></paragraph>

<paragraph id="H4B33A0DAB9DE4DBE80A0BEDEF2B54640" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Plans</header><text display-inline="yes-display-inline">Not later than 90 days after an agency is identified under paragraph (1), the head of the agency shall provide the executive agents referred to in such paragraph with a plan to improve the performance of the agency with respect to the quality of the information in the agency's background investigation submissions.</text></paragraph></subsection></section>

<section id="H6E5216103E7445C083825542417055CF"><enum>1758.</enum><header>Parole in place for members of the Armed Forces and certain military dependents</header>

<subsection id="H8CEFC3075A9548EDAFD512EAA5B8ACD4"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">In evaluating a request from a covered individual for parole in place under section 212(d)(5) of the Immigration and Nationality Act (8 U.S.C. 1182(d)(5)), the Secretary of Homeland Security shall consider, on a case-by-case basis, whether granting the request would enable military family unity that would constitute a significant public benefit.</text></subsection>

<subsection id="HE1E0164B0548467989AF55BBEBBAC805"><enum>(b)</enum><header>Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H9410BF7B2EB448749FA00C2E1127F3B9"><enum>(1)</enum><text display-inline="yes-display-inline">parole in place reinforces the objective of military family unity;</text></paragraph>

<paragraph id="H5B6284D5BA074AEFB938328BB554CAA5"><enum>(2)</enum><text display-inline="yes-display-inline">except as required in furtherance of the missions of the Armed Forces, disruption to military family unity should be minimized in order to enhance military readiness and allow members of the Armed Forces to focus on the faithful execution of their military missions and objectives, with peace of mind

regarding the well-being of their family members; and</text></paragraph>

<paragraph id="H38D68A5ABD4E4DD7B791C5D8DFF8821F"><enum>(3)</enum><text>the importance of the parole in place authority of the Secretary of Homeland Security is reaffirmed.</text></paragraph></subsection>

<subsection id="H38071BB72637477488BBF81D609FE7E3"><enum>(c)</enum><header>Covered individual defined</header><text>In this section, the term <quote>covered individual</quote> means an alien whoâ€"</text>

<paragraph id="H925F2B6E2C10402B8087DC7D80163F12"><enum>(1)</enum><text>is a member of the Armed Forces;</text></paragraph>

<paragraph id="H9F16FA2D799D40D18AE0C691B9733510"><enum>(2)</enum><text display-inline="yes-display-inline">is the spouse, son, or daughter of a member of the Armed Forces;</text></paragraph>

<paragraph id="H33F776763A2647F8ACE56F4146ACF42C"><enum>(3)</enum><text>is the parent of a member of the Armed Forces who supports the request of such parent for parole in place; or</text></paragraph>

<paragraph id="H56E7FA1388164B4DB4504F6E471822FD"><enum>(4)</enum><text display-inline="yes-display-inline">is the widow, widower, parent, son, or daughter of a deceased member of the Armed Forces.</text></paragraph></subsection></section>

<section id="H0C902C2C143C4C46B19275F28EC046A9"><enum>1759.</enum><header>Report on reducing the backlog in legally required historical declassification obligations of the Department of Defense</header>

<subsection id="H7B751F1BD6E44DC788D460047D3D194C"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report detailing the progress made by the Secretary toward reducing the backlog in legally required historical declassification obligations of the Department of Defense.</text></subsection>

<subsection id="H6DC24AF8B1184D189619D68467A4C8F3"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The report under subsection (a) shall include, with respect to the Department of Defense, the following:</text>

<paragraph id="HD226AE2E931F40A99CC9CFFE386C8EB9"><enum>(1)</enum><text display-inline="yes-display-inline">A plan to achieve legally mandated historical declassification requirements and reduce backlogs.</text></paragraph>

<paragraph id="H3E10479EB63F48BCA52412462E9D08E9"><enum>(2)</enum><text>A plan to incorporate new technologies, such as artificial intelligence, that would increase productivity and reduce cost in implementing the plan under paragraph (1).</text></paragraph>

<paragraph id="HA00739FE9D7A4BDBBBC9F19D069E328A"><enum>(3)</enum><text>A detailed assessment of the documents released in each of the proceeding three years before the date of the report, broken out by program, such as the 25 and 50 year programs.</text></paragraph>

<paragraph id="HF083F4B7A1E04A7D8DAB3164F80D1C7A"><enum>(4)</enum><text>A detailed assessment of the documents awaiting review for release and an estimate of how many documents will be released in each of the next three years.</text></paragraph>

<paragraph id="HC79AD38D899C4DF3B9EFB224EF2931C2"><enum>(5)</enum><text display-inline="yes-display-inline">Potential policy, resource, and other options available to the Secretary to reduce backlogs.</text></paragraph>

<paragraph id="H8DD07281FE9B466AB61EB7B43C35E932"><enum>(6)</enum><text display-inline="yes-display-inline">The progress and objectives of the Secretary with respect to the release of documents for publication in the Foreign Relations of the United States series or to facilitate the public accessibility of such documents at the National Archives, presidential libraries, or both.</text></paragraph></subsection>

<subsection id="HEE1F2C30B0754EF3B5D28B0C35DEE12A"><enum>(c)</enum><header>Form and availability</header><text>The report under subsection (a) shall be submitted in

unclassified form, which shall be made publicly available, but may include a classified annex.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HB9F50E6F1FF94527A873239F54D62F05" section-type="subsequent-section"><enum>1760.</enum><header display-inline="yes-display-inline">Military type certification for light attack experimentation aircraft</header><text display-inline="no-display-inline">The Secretary of the Air Force shall make available and conduct military type certifications for light attack experimentation aircraft as needed, pursuant to the Department of Defense Directive on Military Type Certificates, 5030.61.</text></section></subtitle></title></division>

<division id="HC79E1945972E4458B6FE78C322A591BD"><enum>B</enum><header>Military Construction Authorizations</header>

<toc container-level="division-container" quoted-block="no-quoted-block" lowest-level="section" idref="HC79E1945972E4458B6FE78C322A591BD" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB86691D63C854B5D80F4319F9F2798E4" level="section">Sec.â€,2001.â€,Short title.</toc-entry>

<toc-entry idref="HB86BA16E7536431C8E09CE013808C67D" level="section">Sec.â€,2002.â€,Expiration of authorizations and amounts required to be specified by law.</toc-entry>

<toc-entry idref="HAFE5BB21E8B546E6B3288F3172A42535" level="section">Sec.â€,2003.â€,Effective date.</toc-entry></toc>

<section id="HB86691D63C854B5D80F4319F9F2798E4"><enum>2001.</enum><header>Short title</header><text display-inline="no-display-inline">This division may be cited as the <quote><short-title>Military Construction Authorization Act for Fiscal Year 2020</short-title></quote>.</text></section>

<section id="HB86BA16E7536431C8E09CE013808C67D"><enum>2002.</enum><header>Expiration of authorizations and amounts required to be specified by law</header>

<subsection id="H9C70061CB7EC4343829FF8DC55970A03"><enum>(a)</enum><header>Expiration of authorizations after five years</header><text>Except as provided in subsection (b), all authorizations contained in titles XXI through XXVII and title XXIX for military construction projects, land acquisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor) shall expire on the later ofâ€"</text>

<paragraph id="H72ACC65E3BA540D699169805AC9C0A24"><enum>(1)</enum><text>October 1, 2024; or</text></paragraph>

<paragraph id="H8F85E3E04A68425A9E361388773BA7C9"><enum>(2)</enum><text>the date of the enactment of an Act authorizing funds for military construction for fiscal year 2025.</text></paragraph></subsection>

<subsection id="H649154425D6F4A96B724637E61564D1D"><enum>(b)</enum><header>Exception</header><text> Subsection (a) shall not apply to authorizations for military construction projects, land acquisition, family housing projects and facilities, and contributions to the North Atlantic Treaty Organization Security Investment Program (and authorizations of appropriations therefor), for which appropriated funds have been obligated before the later ofâ€"</text>

<paragraph id="H335D63B723024F259397E1E5A65E92A8"><enum>(1)</enum><text>October 1, 2024; or</text></paragraph>

<paragraph id="H70CCCA2EB2D246AA824E2220B3EEB982"><enum>(2)</enum><text>the date of the enactment of an Act authorizing funds for fiscal year 2025 for military construction projects, land acquisition, family housing projects and facilities, or contributions to the North Atlantic Treaty Organization Security Investment Program.</text></paragraph></subsection></section>

<section id="HAFE5BB21E8B546E6B3288F3172A42535"><enum>2003.</enum><header>Effective date</header><text display-inline="no-display-inline">Titles XXI through XXVII and title XXIX shall take effect on the later ofâ€"</text>

<paragraph id="H7200C30CF775456C86ADF25340BA9963"><enum>(1)</enum><text>October 1, 2019; or</text></paragraph>

<paragraph id="H4765C497C7134586A126AFE6AE2B3C8E"><enum>(2)</enum><text>the date of the enactment of this Act.</text></paragraph></section>

<title id="H4EE24E5DBEAC40B0B945D1EBA581196A"><enum>XXI</enum><header>Army Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H4EE24E5DBEAC40B0B945D1EBA581196A" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HF439B610C8E34AFF8D228E0E3745615F" level="section">Sec.â€,2101.â€,Authorized Army construction and land acquisition projects.</toc-entry>

<toc-entry idref="HF11421B6ECFA4A42A2CEB946F9444D46" level="section">Sec.â€,2102.â€,Family housing.</toc-entry>

<toc-entry idref="H15EE29EA473A456092E4160200972F7B" level="section">Sec.â€,2103.â€,Authorization of appropriations, Army.</toc-entry>

<toc-entry idref="H991893F21B124747BA6D0A6984E5A8E4" level="section">Sec.â€,2104.â€,Modification of authority to carry out certain fiscal year 2019 projects.</toc-entry></toc>

<section id="HF439B610C8E34AFF8D228E0E3745615F"><enum>2101.</enum><header>Authorized Army construction and land acquisition projects</header>

<subsection id="H3BD499F6E05A4C0595D65FEA8C2CF180"><enum>(a)</enum><header>Inside the United States</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0"><ttitle><bold>Army: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="col1" coldef="txt" min-data-value="50" colwidth="85pts"/><colspec colname="col2" coldef="txt" min-data-value="100" colwidth="171pts"/><colspec colname="col3" coldef="fig" min-data-value="14" colwidth="86pts"/><thead>

<row><entry namest="col1" morerows="0" align="center" colname="col1"><bold>State</bold></entry><entry namest="col2" morerows="0" align="center" colname="col2"><bold>Installation</bold></entry><entry namest="col3" morerows="0" align="center" colname="col3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">Alabama</entry><entry leader-modify="force-ldr-bottom" colname="col2">Redstone Arsenal</entry><entry leader-modify="clr-ldr" colname="col3">$38,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">Colorado</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Carson</entry><entry leader-modify="clr-ldr" colname="col3">$71,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="col1">Georgia</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Gordon</entry><entry leader-modify="clr-ldr" colname="col3">$107,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="col1"/><entry leader-modify="force-ldr-bottom" colname="col2">Hunter Army Airfield</entry><entry leader-modify="clr-ldr" colname="col3">$62,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">Kentucky</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Campbell</entry><entry leader-modify="clr-ldr" colname="col3">$61,300,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">Massachusetts</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">U.S. Army Natick Soldier Systems Center</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col3">$50,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">Michigan</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Detroit Arsenal</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col3">$24,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">New York</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Fort Drum</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col3">$44,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">North Carolina</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Bragg</entry><entry leader-modify="clr-ldr" colname="col3">$12,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">Oklahoma</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Sill</entry><entry leader-modify="clr-ldr" colname="col3">$73,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">Pennsylvania</entry><entry leader-modify="force-ldr-bottom" colname="col2">Carlisle Barracks</entry><entry leader-modify="clr-ldr" colname="col3">$98,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">South Carolina</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Jackson</entry><entry leader-modify="clr-ldr" colname="col3">$88,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="col1">Texas</entry><entry leader-modify="force-ldr-bottom" colname="col2">Corpus Christi Army Depot</entry><entry leader-modify="clr-ldr" colname="col3">$86,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="col1"/><entry leader-modify="force-ldr-bottom" colname="col2">Fort Hood</entry><entry leader-modify="clr-ldr" colname="col3">$50,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="col1">Virginia</entry><entry leader-modify="force-ldr-bottom" colname="col2">Fort Belvoir</entry><entry leader-modify="clr-ldr" colname="col3">$60,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="col1"/><entry leader-modify="force-ldr-bottom" colname="col2">Joint Base Langley-Eustis</entry><entry leader-modify="clr-ldr" colname="col3">$55,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="col1">Washington</entry><entry leader-modify="force-ldr-bottom" colname="col2">Joint Base Lewis-McChord</entry><entry leader-modify="clr-ldr" colname="col3">$46,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H3170CF88DA174AA6B616C86657337830"><enum>(b)</enum><header>Outside the United States</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out the military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Army: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="87pts"/><colspec colname="column2" coldef="txt" min-data-value="120" colwidth="173pts"/><colspec colname="column3" coldef="fig" min-data-value="13" colwidth="149pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0" align="center" colname="column2"><bold>Installation </bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Honduras</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Soto Cano Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$34,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Kwajalein</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Kwajalein Atoll</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$40,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HA2483A6EEBC64A0FBABC3B92C5C7034F"><enum>(c)</enum><header>Study of near-term facility alternatives to house high value detainees</header>

<paragraph id="HDA2F5D7B6F7D4CB78E4BB97D19AA95D3"><enum>(1)</enum><header>Study required</header><text display-inline="yes-display-inline">The Secretary of Defense shall conduct a study of alternatives to meet the near-term facility requirements to safely and humanely house high value detainees current detained at Naval Station Guantanamo Bay, Cuba. As part of the study, the Secretary shall consider the following alternatives:</text>

<subparagraph id="H2966E1519CE944F0B047885778A1AC4F"><enum>(A)</enum><text>The construction of new facilities.</text></subparagraph>

<subparagraph id="H869C37F13EEA4E89969794DAE697C049"><enum>(B)</enum><text>The repair of current facilities.</text></subparagraph>

<subparagraph id="HAA9AE87F6F2E450DA1E47228FF2D992A"><enum>(C)</enum><text>The renovation and repurposing of other facilities at Naval Station Guantanamo Bay, Cuba.</text></subparagraph>

<subparagraph id="H5F5291681EEC4756A2FEC7D156B60177"><enum>(D)</enum><text>Such other alternatives as the Secretary considers practicable.</text></subparagraph></paragraph>

<paragraph id="H77256952717B477CB5A743DAF65366C8"><enum>(2)</enum><header>Submission of results</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report containing the results of the study conducted under paragraph (1). The report shall be unclassified, but may include a classified annex.</text></paragraph></subsection></section>

<section id="HF11421B6ECFA4A42A2CEB946F9444D46"><enum>2102.</enum><header>Family housing</header>

<subsection id="HF3EC8BB60BC142E5B0D943F00E8E0907"><enum>(a)</enum><header>Construction and acquisition</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Army may construct or acquire family housing units (including land acquisition and supporting facilities) at the installation, and in the amount, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0"><ttitle><bold>Army: Family Housing</bold></ttitle>

<tgroup cols="4" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="70" colwidth="133pts"/><colspec colname="column2" coldef="txt" min-data-value="70" colwidth="152pts"/><colspec colname="column3" coldef="txt" min-data-value="70" colwidth="117pts"/><colspec colname="column4" coldef="fig" min-data-value="12" colwidth="135pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State/Country</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Units</bold></entry><entry namest="column4" morerows="0" rowsep="1" align="center" colname="column4"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Pennsylvania</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2"> Tobyhanna Army Depot</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Family Housing Replacement Construction</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column4">$19,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H0B9C9F5A4ED447F8BD4178A0AF71F728"><enum>(b)</enum><header>Planning and design</header><text display-inline="yes-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2103(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Army may carry out architectural and engineering services and construction design activities with respect to the construction or improvement of family housing units in an amount not to exceed $9,222,000.</text></subsection></section>

<section id="H15EE29EA473A456092E4160200972F7B"><enum>2103.</enum><header>Authorization of appropriations, Army</header>

<subsection id="H0C35EF849E8B42B0A50590A7C5239032"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Army as specified in the funding table in section 4601.</text></subsection>

<subsection id="HA863001AC2074C82BE96ABC2C7DB4740"><enum>(b)</enum><header>Limitation on total cost of construction projects</header><text>Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2101 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.</text></subsection></section>

<section id="H991893F21B124747BA6D0A6984E5A8E4" section-type="subsequent-section"><enum>2104.</enum><header>Modification of authority to carry out certain fiscal year 2019 projects</header>

<subsection id="H223A6D71787F47A1BC365F8318211CCE"><enum>(a)</enum><header>Anniston Army Depot, Alabama</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2101(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2241) for Anniston Army Depot, Alabama, for construction of a weapon maintenance shop, as specified in the funding table in section 4601 of such Act (132 Stat. 2401), the Secretary of the Army may construct a 21,000-square foot weapon maintenance shop.</text></subsection>

<subsection id="HE6F68E340F484B13BE4EC06C93C8DC5E"><enum>(b)</enum><header>United States Military Academy, New York</header><text display-inline="yes-display-inline">The

table in section 2101(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2241) is amended in the item relating to the United States Military Academy, New York, by striking <quote>$160,000,000</quote> and inserting <quote>$197,000,000</quote> for construction of a Consolidated Engineering Center and Parking Structure rather than the separate projects specified in the funding table in section 4601 of such Act (132 Stat. 2401).</text></subsection></section></title>

<title id="H99896A966E864FCABFED6A1EE6C3E495"><enum>XXII</enum><header>Navy Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H99896A966E864FCABFED6A1EE6C3E495" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HC846BDD7E6AF4735B3CD40994833F9F5" level="section">Sec.â€,2201.â€,Authorized Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="H13063363552E4777AB21AB5F48D38BA9" level="section">Sec.â€,2202.â€,Family housing.</toc-entry>

<toc-entry idref="H35FFC76E03AD45A3995B05A18D326FBF" level="section">Sec.â€,2203.â€,Improvements to military family housing units.</toc-entry>

<toc-entry idref="H10C099289D9A45E2BDE45586E2ADFA1F" level="section">Sec.â€,2204.â€,Authorization of appropriations, Navy.</toc-entry>

<toc-entry idref="HDAA0B6A7D011430B8C42C09DDFC54DD3" level="section">Sec.â€,2205.â€,Modification of authority to carry out certain fiscal year 2017 project.</toc-entry></toc>

<section id="HC846BDD7E6AF4735B3CD40994833F9F5"><enum>2201.</enum><header>Authorized Navy construction and land acquisition projects</header>

<subsection id="H95AB7A00573F4A5B8352D90E2D2503A8"><enum>(a)</enum><header>Inside the United States</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="75" colwidth="165pts"/><colspec colname="column2" coldef="txt" min-data-value="150" colwidth="218pts"/><colspec colname="column3" coldef="fig" min-data-value="12" colwidth="216pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Arizona</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Yuma </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$189,760,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">California </entry><entry rowsep="0"

leader-modify="force-ldr-bottom" colname="column2">Camp Pendleton</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$185,569,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Miramar </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3"> $37,400,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Naval Air Weapons Station China Lake </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$64,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Navel Base Coronado</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$165,830,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Naval Base San Diego </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3"> $9,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Naval Weapons Station Seal Beach </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$123,310,000 </entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Travis Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$64,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Connecticut</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Naval Submarine Base New London </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$72,260,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Florida</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Blount Island </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$18,700,000 </entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Naval Air Station Jacksonville </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$32,420,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Guam</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Joint Region Marianas</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$226,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Hawaii</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Kaneohe Bay </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$134,050,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Naval Ammunition Depot West Loch </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$53,790,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Maryland</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Saint Inigoes </entry><entry rowsep="0"

align="right" leader-modify="force-ldr" colname="column3"> $15,000,000 </entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">North Carolina</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Camp Lejeune</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$229,010,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Cherry Point </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$114,570,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station New River </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$11,320,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Pennsylvania</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Philadelphia</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$74,630,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">South Carolina</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Parris Island </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3"> $37,200,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Virginia</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Base Quantico </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$143,350,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Naval Station Norfolk </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$139,100,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Portsmouth Naval Shipyard </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$48,930,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Yorktown Naval Weapons Station </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3"> $59,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Washington</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Bremerton</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$51,010,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Keyport</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$25,050,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HEBC8F730CB5A4D9A8BE2EE055829272B"><enum>(b)</enum><header>Outside the united states</header><text display-inline="yes-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="75" colwidth="165pts"/><colspec colname="column2" coldef="txt" min-data-value="150" colwidth="218pts"/><colspec colname="column3" coldef="fig" min-data-value="12" colwidth="216pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Australia</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Darwin</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$211,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Japan</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Fleet Activities Yokosuka </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$174,692,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Marine Corps Air Station Iwakuni</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$15,870,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HF047E103DA334C22A4347DD2B051A6A2"><enum>(c)</enum><header>Report required as condition of authorization</header>

<paragraph id="H5D7FB2AE717C4371AAA0ACD3628DDB21"><enum>(1)</enum><header>Report</header><text>At the same time that the budget of the President is submitted to Congress under section 1105(a) of title 31, United States Code, for fiscal year 2021, the Secretary of the Navy shall submit to the congressional defense committees a report describing, for each project authorized in the first item in the table in subsection (b) for Darwin that is required to support the full complement of the Marine Rotational Forceâ€"Darwinâ€"</text>

<subparagraph id="HAD3184D87E5C49A293BA12412855EAB8"><enum>(A)</enum><text>the required infrastructure investments for the project;</text></subparagraph>

<subparagraph id="HDD69D2395FC2441BAA46F46DBACE6033"><enum>(B)</enum><text>the source of funding, including funds provided by the Government of Australia, for the project; and</text></subparagraph>

<subparagraph id="HA16093F6478046F1B7757F7C87860602"><enum>(C)</enum><text>the proposed year for implementation of the project.</text></subparagraph></paragraph>

<paragraph id="HE40CB20287E046DDAC097208AE3FB082"><enum>(2)</enum><header>Condition</header><text> The Secretary of the Navy may not commence a project authorized in the first item in the table in subsection (b) for Darwin until the report under paragraph (1) has been submitted.</text></paragraph></subsection></section>

<section id="H13063363552E4777AB21AB5F48D38BA9"><enum>2202.</enum><header>Family housing</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Navy may carry out architectural and engineering services and construction design activities with respect to the construction or improvement of family housing units in an amount not to exceed $5,863,000.</text></section>

<section id="H35FFC76E03AD45A3995B05A18D326FBF"><enum>2203.</enum><header>Improvements to military family housing units</header><text display-inline="no-display-inline">Subject to section 2825 of title 10, United States Code, and using amounts appropriated pursuant to the authorization of appropriations in section 2204(a) and

available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Navy may improve existing military family housing units in an amount not to exceed $41,798,000.</text></section>

<section id="H10C099289D9A45E2BDE45586E2ADFA1F"><enum>2204.</enum><header>Authorization of appropriations, Navy</header>

<subsection id="H4CA0624B7342436CAE41A26F756B8333"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Navy, as specified in the funding table in section 4601.</text></subsection>

<subsection id="HD73D5E95773342FA8531DADA49834F2B"><enum>(b)</enum><header>Limitation on total cost of construction projects</header><text>Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2201 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.</text></subsection></section>

<section id="HDAA0B6A7D011430B8C42C09DDFC54DD3" section-type="subsequent-section"><enum>2205.</enum><header>Modification of authority to carry out certain fiscal year 2017 project</header><text display-inline="no-display-inline">The table in section 2201(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2691) is amended in the item relating to Bangor, Washington, by striking <quote>$113,415,000</quote> and inserting <quote>$161,415,000</quote> for construction of a SEAWOLF Class Service Pier, as specified in the funding table in section 4601 of such Act (130 Stat. 2876). </text></section></title>

<title id="H7FA5387732674675AF996BA8883853CF"><enum>XXIII</enum><header>Air Force Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H7FA5387732674675AF996BA8883853CF" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HFB11C9FF63014BA6A616739E2371DC84" level="section">Sec.â€,2301.â€,Authorized Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H9680199BFD9141A0A9DC00BFD2723CE4" level="section">Sec.â€,2302.â€,Family housing.</toc-entry>

<toc-entry idref="H133A0487D26B45CAB8FF7EF6E665418D" level="section">Sec.â€,2303.â€,Improvements to military family housing units.</toc-entry>

<toc-entry idref="HC493A7E8C5634AFEAEE5930272CF1051" level="section">Sec.â€,2304.â€,Authorization of appropriations, Air Force.</toc-entry>

<toc-entry idref="H9247FC6474C049C29425DCBB9CB3341E" level="section">Sec.â€,2305.â€,Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation.</toc-entry>

<toc-entry idref="HE1923237672140659D9D759F9E04F9CB" level="section">Sec.â€,2306.â€,Modification of authority to carry out certain fiscal year 2016 project.</toc-entry>

<toc-entry idref="H7FBF335484F84772BEA1D9A4EB9A6041" level="section">Sec.â€,2307.â€,Modification of authority to carry out certain fiscal year 2017 project.</toc-entry>

<toc-entry idref="H59DEF307D442431DB791663973E11FE0" level="section">Sec.â€,2308.â€,Modification of authority to carry out certain fiscal year 2018 projects.</toc-entry>

<toc-entry idref="HD83ABF65B08B40CA868E9F3AB520256C" level="section">Sec.â€,2309.â€,Modification of authority to carry out certain fiscal year 2019 projects.</toc-entry></toc>

<section id="HFB11C9FF63014BA6A616739E2371DC84"><enum>2301.</enum><header>Authorized Air Force construction and land acquisition projects</header>

<subsection id="HDBA28165A5B544EFABBFCD4EE8CEAA64"><enum>(a)</enum><header>Inside the United States</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" colsep="1" coldef="txt" min-data-value="100" colwidth="115pts"/><colspec colname="column2" coldef="txt" min-data-value="110" colwidth="167pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="237pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Alaska</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Eielson Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$8,600,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Arkansas</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Little Rock Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$47,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">California</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2"> Travis Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3"> $43,100,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Colorado</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Peterson Air Force Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$54,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Schriever Air Force Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$148,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">United States Air Force Academy </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$49,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Georgia</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Moody Air Force Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3"> $12,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="force-ldr" colname="column1">Guam</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Joint Region Marianas </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$65,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Illinois</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Scott Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$100,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Mariana Islands</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Tinian</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$316,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Missouri</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Whiteman Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$27,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Montana</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Malmstrom Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$235,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Nevada</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Nellis Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$65,200,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">New Mexico</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Holloman Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$20,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Kirtland Air Force Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$37,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">North Dakota</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Minot Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$5,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Texas</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2"> Joint Base San Antonio</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$243,300,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Utah</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Hill Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$114,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Washington</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Fairchild-White Bluff</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$31,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-

modify="force-ldr" colname="column1">Wyoming</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">F.E. Warren Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$18,100,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HB3CB43BCAFF444C798942CB29EE8B44F"><enum>(b)</enum><header>Outside the United States</header><text display-inline="yes-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" colsep="1" coldef="txt" min-data-value="100" colwidth="121pts"/><colspec colname="column2" coldef="txt" min-data-value="100" colwidth="121pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="123.75pt"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Australia</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Tindal</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$70,600,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Cyprus</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Royal Air Force Akrotiri</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$27,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Japan</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Yokota Air Base</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$12,400,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">United Kingdom</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Royal Air Force Lakenheath</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$14,300,000</entry></row></tbody></tgroup></table></subsection></section>

<section id="H9680199BFD9141A0A9DC00BFD2723CE4"><enum>2302.</enum><header>Family housing</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Air Force may carry out architectural and engineering services and construction design activities with respect to the construction or improvement of family housing units in an amount not to exceed $3,409,000.</text></section>

<section id="H133A0487D26B45CAB8FF7EF6E665418D"><enum>2303.</enum><header>Improvements to military family housing units</header><text display-inline="no-display-inline">Subject to section 2825 of title 10, United States Code, and using amounts appropriated pursuant to the authorization of appropriations in section 2304(a) and available for military family housing functions as specified in the funding table in section 4601, the Secretary of the Air Force may improve existing military family

housing units in an amount not to exceed $53,584,000.</text></section>

<section id="HC493A7E8C5634AFEAEE5930272CF1051"><enum>2304.</enum><header>Authorization of appropriations, Air Force</header>

<subsection id="HEE71A3C23E944B4CAE428A9CF9B6BA72"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of the Air Force, as specified in the funding table in section 4601.</text></subsection>

<subsection id="H51CE3A68F3A54D2A80EE1978BC7C1281"><enum>(b)</enum><header>Limitation on total cost of construction projects</header><text>Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2301 may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.</text></subsection></section>

<section id="H9247FC6474C049C29425DCBB9CB3341E" section-type="subsequent-section"><enum>2305.</enum><header>Modification of authorities to carry out phased Joint Intelligence Analysis Complex consolidation</header>

<subsection id="H714A73FECE40490B9938062B6D96DCAD"><enum>(a)</enum><header>Fiscal year 2015 project authority</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2015 (Public Law 113â€"291; 128 Stat. 3679) for Royal Air Force Croughton, United Kingdom, for Phase 1 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (128 Stat. 3973), the Secretary of the Air Force shall carry out the construction at Royal Air Force Molesworth, United Kingdom.</text></subsection>

<subsection id="H09BE92AD90FA4AE8B3EB4C5CD62A394E"><enum>(b)</enum><header>Fiscal year 2016 project authority</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1153), for Royal Air Force Croughton, United Kingdom, for Phase 2 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (129 Stat. 1294), the Secretary of the Air Force may construct a 5,152-square meter Intelligence Analytic Center, a 5,234-square meter Intelligence Fusion Center, and a 807-square meter Battlefield Information Collection and Exploitation System Center at Royal Air Force Molesworth, United Kingdom.</text></subsection>

<subsection id="H54342A13F6C74EFCB8CD3E847125785D"><enum>(c)</enum><header>Fiscal year 2017 project authority</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2697), for Royal Air Force Croughton, United Kingdom, for Phase 3 of the Joint Intelligence Analysis Complex consolidation, as specified in the funding table in section 4601 of such Act (130 Stat. 2878), the Secretary of the Air Force may construct a 1,562-square meter Regional Joint Intelligence Training Facility and a 4,495-square meter Combatant Command Intelligence Facility at Royal Air Force Molesworth, United Kingdom.
</text></subsection>

<subsection id="HD6F91C682FA7490E99AA824D9D93931E"><enum>(d)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 2305 of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2247) is repealed.</text></subsection></section>

<section id="HE1923237672140659D9D759F9E04F9CB" section-type="subsequent-section"><enum>2306.</enum><header>Modification of authority to carry out certain fiscal year 2016 project</header><text display-inline="no-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2016 (Public Law 114â€"92; 129 Stat. 1152) is amended in the item relating to Nellis Air Force Base, Nevada, by striking <quote>$68,950,000</quote> and inserting <quote>$72,050,000</quote> for construction of Fâ€"35A Munitions Maintenance Facilities, as specified in the funding table in section 4601 of such Act (129 Stat. 1293).</text></section>

<section id="H7FBF335484F84772BEA1D9A4EB9A6041" section-type="subsequent-

section"><enum>2307.</enum><header>Modification of authority to carry out certain fiscal year 2017 project</header><text display-inline="no-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2696) is amended in the item relating to Fairchild Air Force Base, Washington, by striking <quote>$27,000,000</quote> and inserting <quote>$31,800,000</quote> for construction of a SERE School Pipeline Dormitory, as specified in the funding table in section 4601 of such Act (130 Stat. 2878).</text></section>

<section id="H59DEF307D442431DB791663973E11FE0"><enum>2308.</enum><header>Modification of authority to carry out certain fiscal year 2018 projects</header>

<subsection id="HCC461AC131FE4420AF069838246EE0C1"><enum>(a)</enum><header>Little rock air force base, Arkansas</header><text display-inline="yes-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1825) is amended in the item relating to Little Rock Air Force Base, Arkansas, by striking <quote>$20,000,000</quote> and inserting <quote>$27,000,000</quote> for construction of a dormitory facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2002).</text></subsection>

<subsection id="HEF68C5A730AE445985ADE114585D41A3"><enum>(b)</enum><header>Joint base San Antonio, Texas</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1826) for Joint Base San Antonio, Texas, the Secretary of the Air Force may constructâ€"</text>

<paragraph id="H37D49EF7DCCF46119D2B8C68EC252503"><enum>(1)</enum><text display-inline="yes-display-inline">a 750-square meter equipment building for construction of a Classrooms/Dining Facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2003); and</text></paragraph>

<paragraph id="H1AB1CFCE73794C7FBE24701288856E1B"><enum>(2)</enum><text display-inline="yes-display-inline">a 636-square meter air traffic control tower for construction of an Air Traffic Control Tower, as specified in the funding table in section 4601 of such Act (131 Stat. 2003).</text></paragraph></subsection>

<subsection id="H887DD8CBA0A5434780A254E88F7C9DC5"><enum>(c)</enum><header>F.E. Warren Air Force Base, Wyoming</header><text display-inline="yes-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1825) is amended in the item relating to F.E. Warren Air Force Base, Wyoming, by striking <quote>$62,000,000</quote> and inserting <quote>$80,100,000</quote> for construction of a Consolidated Helo/TRF Ops/AMU and Alert Facility, as specified in the funding table in section 4601 of such Act (131 Stat. 2004).</text></subsection>

<subsection id="H362478682F76461BBCA2815588E5E914"><enum>(d)</enum><header>Rygge air station, Norway</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2903 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1876) for Rygge Air Station, Norway, for replacement/expansion of a Quick Reaction Alert Pad, as specified in the funding table in section 4602 of such Act (131 Stat. 2014), the Secretary of the Air Force may construct 1,327 square meters of aircraft shelter and a 404-square meter fire protection support building.</text></subsection>

<subsection id="HC14BDFF4D35F43129511070C8753285C"><enum>(e)</enum><header>Incirlik air base, Turkey</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2903 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1876) for Incirlik Air Base, Turkey, for Relocating Base Main Access Control Point, as specified in the funding table in section 4602 of such Act (131 Stat. 2015), the Secretary of the Air Force may construct a 223-square meter pedestrian search building.</text></subsection></section>

<section id="HD83ABF65B08B40CA868E9F3AB520256C"><enum>2309.</enum><header>Modification of authority to carry out certain fiscal year 2019 projects</header>

<subsection id="HDDDA4A1D99834AC6BB06758B553541B9"><enum>(a)</enum><header>Hanscom air force base, Massachusetts</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2246) for

Hanscom Air Force Base, Massachusetts, for the construction of a semi-conductor/microelectronics laboratory facility, as specified in the funding table in section 4601 of such Act (132 Stat. 2405), the Secretary of the Air Force may construct a 1,000 kilowatt stand-by generator.</text></subsection>

<subsection id="H35CFE2C9C7EE4E9E8BB8F6BD64D3DC91"><enum>(b)</enum><header>Minot Air Force Base, North Dakota</header><text display-inline="yes-display-inline">The table in section 2301(a) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2246) is amended in the item relating to Minot Air Force Base, North Dakota, by striking <quote>$66,000,000</quote> and inserting <quote>$71,500,000</quote> for construction of a Consolidated Helo/TRF Ops/AMU and Alert Facility, as specified in the funding table in section 4601 of such Act (132 Stat. 2405).</text></subsection>

<subsection id="H31C91FF1635344D682EEC8B09430256B"><enum>(c)</enum><header>Royal air force lakenheath, United Kingdom</header><text display-inline="yes-display-inline">In the case of the authorization contained in the table in section 2301(b) of the National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2247) for Royal Air Force Lakenheath, United Kingdom, for the construction of an Fâ€"35A Dormitory, as specified in the funding table in section 4601 of such Act (132 Stat. 2405), the Secretary of the Air Force may construct a 5,900-square meter dormitory. </text></subsection></section></title>

<title id="HAAA7B9CFC69241809C3FCA9D60598218"><enum>XXIV</enum><header>Defense Agencies Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HAAA7B9CFC69241809C3FCA9D60598218" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H923E58F951134AC9A08D6032C86B3329" level="section">Sec.â€,2401.â€,Authorized Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="H3B4F0F58B0F04DA5967278AC842DF88C" level="section">Sec.â€,2402.â€,Authorized Energy Resilience and Conservation Investment Program projects.</toc-entry>

<toc-entry idref="H1CDC6D4B3D0C41488772FAC0740BD742" level="section">Sec.â€,2403.â€,Authorization of appropriations, Defense Agencies.</toc-entry></toc>

<section id="H923E58F951134AC9A08D6032C86B3329"><enum>2401.</enum><header>Authorized Defense Agencies construction and land acquisition projects</header>

<subsection id="H4DD48DE5E6AD4F57B773EB5B0017B079"><enum>(a)</enum><header>Inside the united states</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for military construction projects inside the United States as specified in the funding table in section 4601, the Secretary of Defense may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Defense Agencies: Inside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="95" colwidth="111pts"/><colspec colname="column2" coldef="txt" min-data-value="120" colwidth="140pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="201pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">California</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Beale Air Force Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$33,700,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Camp Pendleton</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$17,700,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Florida</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Eglin Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$16,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Hurlburt Field</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$108,386,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Naval Air Station Key West</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$16,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Guam</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Region Marianas </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$19,200,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Hawaii</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$67,700,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Maryland</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Fort Detrick</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$27,846,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Mississippi</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Columbus Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$16,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1"> North Carolina</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Camp Lejeune</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$13,400,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Fort Bragg</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$84,103,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Oklahoma</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Tulsa International Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$18,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Rhode Island</entry><entry rowsep="0" align="left"

leader-modify="force-ldr-bottom" colname="column2">Quonset State Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$11,600,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">South Carolina</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Base Charleston</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$33,300,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">South Dakota</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Ellsworth Air Force Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$24,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Virginia</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Defense Distribution Depot Richmond</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$98,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Expeditionary Base Little Creek - Fort Story</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$45,604,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Pentagon</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$28,802,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Training Center Dam Neck </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$12,770,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Washington</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Joint Base Lewis-McChord</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$47,700,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Wisconsin</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">General Mitchell International Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$25,900,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">CONUS Classified</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column2">Classified Location</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$82,200,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HFF451E1D942740138EAC7D7F61684A08"><enum>(b)</enum><header>Outside the United States</header><text display-inline="yes-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for military construction projects outside the United States as specified in the funding table in section 4601, the Secretary of Defense may acquire real property and carry out military construction projects for the installations or locations outside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Defense Agencies: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-

typeface="1.1"><colspec colnum="1" colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colnum="2" colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colnum="3" colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry morerows="0" rowsep="1" align="center" colname="column2"><bold>Installation or Location</bold></entry><entry morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Germany</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Geilenkirchen Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$30,479,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Germany</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Ramstein</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$66,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Japan</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2"> Yokota Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$136,411,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Worldwide Classified</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Classified Location</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$52,000,000</entry></row></tbody></tgroup></table></subsection></section>

<section id="H3B4F0F58B0F04DA5967278AC842DF88C"><enum>2402.</enum><header>Authorized Energy Resilience and Conservation Investment Program projects</header>

<subsection commented="no" id="H7C63C769F6034E4A98BC79E09B13E49A"><enum>(a)</enum><header>Inside the United States</header><text display-inline="yes-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for energy conservation projects as specified in the funding table in section 4601, the Secretary of Defense may carry out energy conservation projects under chapter 173 of title 10, United States Code, for the installations or locations inside the United States, and in the amounts, set forth in the following table:</text>

<table line-rules="all-gen" rule-weights="4.4.4.4.4.17"><ttitle><bold>ERCIP Projects: Inside the United States</bold></ttitle>

<tgroup cols="3" ttitle-size="10" thead-tbody-ldg-size="10.9.10" grid-typeface="1.1"><colspec colname="col1" coldef="txt" min-data-value="60" colwidth="69pts"/><colspec colname="col2" coldef="txt" min-data-value="150" colwidth="172pts"/><colspec colname="col3" coldef="fig" min-data-value="15" colwidth="132.00pt"/><thead>

<row><entry align="center" colname="col1"><bold>State</bold></entry><entry align="center" colname="col2"><bold>Installation or Location</bold></entry><entry align="center" colname="col3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">California</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Mountain View</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$9,700,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr" colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Naval

Air Weapons Station China Lake</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$8,950,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr" colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Naval Support Activity Monterey</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$10,540,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1"> Hawaii</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$4,000,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">Maryland</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Naval Support Activity Bethesda</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$13,840,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr" colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">South Potomac</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$18,460,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">New Mexico</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">White Sands Missile Range</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$5,800,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">Texas</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Camp Swift</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$4,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="clr-ldr" colname="col1"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Fort Hood</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$16,500,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">Virginia</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">National Reconnaissance Office Headquarters</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$66,000</entry></row>

<row><entry rowsep="0" stub-definition="txt-ldr" leader-modify="force-ldr-bottom" colname="col1">Washington</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="col2">Naval Base Kitsap</entry><entry rowsep="0" leader-modify="clr-ldr" colname="col3">$23,670,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H576DA415C67A432190F4A0D06E841F42"><enum>(b)</enum><header>Outside the United States</header><text>Using amounts appropriated pursuant to the authorization of appropriations in section 2403(a) and available for energy conservation projects as specified in the funding table in section 4601, the Secretary of Defense may carry out energy conservation projects under chapter 173 of title 10, United States Code, for the installations or locations outside the United States, and in the amounts, set forth in the following table:</text>

<table line-rules="all-gen" rule-weights="4.4.4.4.4.17"><ttitle><bold>ERCIP Projects: Outside the United States</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" thead-tbody-ldg-size="10.9.10" ttitle-size="10"><colspec coldef="txt" colname="col1" colwidth="69pts" min-data-value="60"/><colspec coldef="txt" colname="col2" colwidth="172pts" min-data-value="150"/><colspec coldef="fig" colname="col3" colwidth="75pts" min-data-value="15"/><thead>

<row><entry align="center" colname="col1"><bold>Country</bold></entry><entry align="center" colname="col2"><bold>Installation or Location</bold></entry><entry align="center" colname="col3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry colname="col1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr">Guam</entry><entry colname="col2" leader-modify="force-ldr-bottom" rowsep="0">Naval Base Guam</entry><entry colname="col3" leader-modify="clr-ldr" rowsep="0">$16,970,000</entry></row>

<row><entry colname="col1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr">Unspecified Worldwide</entry><entry colname="col2" leader-modify="force-ldr-bottom" rowsep="0">Unspecified Worldwide Locations</entry><entry colname="col3" leader-modify="clr-ldr" rowsep="0">$150,000,000</entry></row></tbody></tgroup></table></subsection></section>

<section id="H1CDC6D4B3D0C41488772FAC0740BD742"><enum>2403.</enum><header>Authorization of appropriations, Defense Agencies</header>

<subsection id="H3CB14A18F02E40E89D7EA0BD91D918B7"><enum>(a)</enum><header>Authorization of appropriations</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for military construction, land acquisition, and military family housing functions of the Department of Defense (other than the military departments), as specified in the funding table in section 4601.</text></subsection>

<subsection id="H6C12EE740756465B886C6CFF1E5C3C56"><enum>(b)</enum><header>Limitation on total cost of construction projects</header><text>Notwithstanding the cost variations authorized by section 2853 of title 10, United States Code, and any other cost variation authorized by law, the total cost of all projects carried out under section 2401 of this Act may not exceed the total amount authorized to be appropriated under subsection (a), as specified in the funding table in section 4601.</text></subsection></section></title>

<title commented="no" id="H2597F00714344B309DF62EAA4E23511C" level-type="subsequent" style="OLC"><enum>XXV</enum><header display-inline="yes-display-inline">International programs</header>

<subtitle commented="no" id="H56FA8C20625E4687A1175954A83D34F4" level-type="subsequent" style="OLC"><enum>A</enum><header display-inline="yes-display-inline">North Atlantic Treaty Organization Security Investment Program</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H2597F00714344B309DF62EAA4E23511C" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H56FA8C20625E4687A1175954A83D34F4" level="subtitle">Subtitle Aâ€"North Atlantic Treaty Organization Security Investment Program</toc-entry>

<toc-entry idref="H417074FCB5C146A28523EB2B930AFBEC" level="section">Sec.â€,2501.â€,Authorized NATO construction and land acquisition projects.</toc-entry>

<toc-entry idref="H16BA40EE9E0D41E0ABF4543823436D96" level="section">Sec.â€,2502.â€,Authorization of appropriations, NATO.</toc-entry>

<toc-entry idref="H908CF28F03C249AA9177B55B1177570C" level="subtitle">Subtitle Bâ€"Host country in-kind contributions</toc-entry>

<toc-entry idref="H541AB1DD1828402CA6E040F2C8739BE6" level="section">Sec.â€,2511.â€,Republic of Korea funded construction projects.</toc-entry></toc>

<section id="H417074FCB5C146A28523EB2B930AFBEC"><enum>2501.</enum><header>Authorized NATO construction and land acquisition projects</header><text display-inline="no-display-inline">The Secretary of Defense may make contributions for the North Atlantic Treaty Organization Security Investment Program as provided in section 2806 of title 10, United States Code, in an amount not to exceed the sum of the amount authorized to be appropriated for this purpose in section 2502 and the amount collected from the North Atlantic Treaty Organization as a result of construction previously financed by the United States.</text></section>

<section id="H16BA40EE9E0D41E0ABF4543823436D96"><enum>2502.</enum><header>Authorization of appropriations, NATO</header>

<subsection id="HCCA24E09E4514A2588B5556EECEC4303"><enum>(a)</enum><header>Authorization</header><text>Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for contributions by the Secretary of Defense under section 2806 of title 10, United States Code, for the share of the United States of the cost of projects for the North Atlantic Treaty Organization Security Investment Program authorized by section 2501 as specified in the funding table in section 4601.</text></subsection>

<subsection id="HDDECE390033640448166F5D14E129EE0"><enum>(b)</enum><header>Authority to recognize NATO authorization amounts as budgetary resources for project execution</header><text>When the United States is designated as the Host Nation for the purposes of executing a project under the NATO Security Investment Program (NSIP), the Department of Defense construction agent may recognize the NATO project authorization amounts as budgetary resources to incur obligations for the purposes of executing the NSIP project.</text></subsection></section></subtitle>

<subtitle commented="no" id="H908CF28F03C249AA9177B55B1177570C" level-type="subsequent" style="OLC"><enum>B</enum><header display-inline="yes-display-inline">Host country in-kind contributions</header>

<section id="H541AB1DD1828402CA6E040F2C8739BE6"><enum>2511.</enum><header>Republic of Korea funded construction projects</header><text display-inline="no-display-inline">Pursuant to agreement with the Republic of Korea for required in-kind contributions, the Secretary of Defense may accept military construction projects for the installations or locations in the Republic of Korea, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Republic of Korea Funded Construction Projects</bold></ttitle>

<tgroup cols="4" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32" colwidth="39pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-value="45" colwidth="55pts"/><colspec colnum="3" colname="column4" coldef="txt" min-data-value="90" colwidth="110pts"/><colspec colnum="4" colname="column5" coldef="fig" min-data-value="11" colwidth="297.00pt"/><thead>

<row><entry namest="column2" morerows="0" align="center" colname="column2"><bold>Component</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Installation or Location</bold></entry><entry namest="column4" morerows="0" align="center" colname="column4"><bold>Project</bold></entry><entry namest="column5" morerows="0" colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Camp Carroll</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Army Prepositioned Stock-4 Wheeled Vehicle Maintenance Facility </entry><entry leader-modify="clr-ldr" colname="column5">$51,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Unaccompanied Enlisted Personnel Housing, P1</entry><entry leader-modify="clr-ldr" colname="column5">$154,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Unaccompanied Enlisted Personnel Housing, P2</entry><entry leader-modify="clr-ldr" colname="column5">$211,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Army</entry><entry rowsep="0" align="left" leader-modify="force-ldr-

bottom" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Satellite Communications Facility </entry><entry leader-modify="clr-ldr" colname="column5">$32,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Gwangju Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Hydrant Fuel System</entry><entry leader-modify="clr-ldr" colname="column5">$35,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Kunsan Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Upgrade Electrical Distribution System</entry><entry leader-modify="clr-ldr" colname="column5">$14,200,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Kunsan Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Dining Facility</entry><entry leader-modify="clr-ldr" colname="column5">$21,000,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Air Force</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Suwon Air Base</entry><entry rowsep="0" align="right" leader-modify="force-ldr-bottom" colname="column4">Hydrant Fuel System</entry><entry leader-modify="clr-ldr" colname="column5">$24,000,000</entry></row></tbody></tgroup></table></section></subtitle></title>

<title commented="no" id="H28A83FDF87C74882A2274BFB52007A30" level-type="subsequent"><enum>XXVI</enum><header display-inline="yes-display-inline">Guard and Reserve Forces Facilities</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H28A83FDF87C74882A2274BFB52007A30" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3CEDE615FBEB4026B02BB3907A12D5E7" level="section">Sec.â€,2601.â€,Authorized Army National Guard construction and land acquisition projects.</toc-entry>

<toc-entry idref="H22368A0148DC4691B0ABEFD957D90064" level="section">Sec.â€,2602.â€,Authorized Army Reserve construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE410A83FE9C94F148D5E64E91D1CB496" level="section">Sec.â€,2603.â€,Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE0CC84A95E53410F96F3DB05F1697C96" level="section">Sec.â€,2604.â€,Authorized Air National Guard construction and land acquisition projects.</toc-entry>

<toc-entry idref="HF0630AFA975D422991EA78399CF472A6" level="section">Sec.â€,2605.â€,Authorized Air Force Reserve construction and land acquisition projects.</toc-entry>

<toc-entry idref="H2F4EB3EAB44B4A6DA65C6D48907206E2" level="section">Sec.â€,2606.â€,Authorization of appropriations, National Guard and Reserve.</toc-entry></toc>

<section id="H3CEDE615FBEB4026B02BB3907A12D5E7"><enum>2601.</enum><header>Authorized Army National Guard construction and land acquisition projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the Army National Guard locations inside the United States, and in the amounts, set forth in the following table:</text>

<table align-to-level="section" colsep="1" frame="all" line-rules="all-gen" rowsep="0" rule-weights="4.4.4.0.4.0" subformat="S6211" table-template-name="Military: 2 text, 1 num, bold hds" table-type=""><ttitle><bold>Army National Guard</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="8.9.10" ttitle-size="10"><colspec coldef="txt" colname="column1" colwidth="78pts" min-data-value="75"/><colspec coldef="txt" colname="column2" colwidth="173pts" min-data-value="165"/><colspec coldef="fig" colname="column3" colwidth="65pts" min-data-value="13"/><thead>

<row><entry align="center" colname="column1" morerows="0" namest="column1" rowsep="1"><bold>State</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>Location</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Alabama</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Anniston Army Depot</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$34,000,000</entry></row>

<row><entry colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Foley</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">California</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Camp Roberts</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Idaho</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Orchard Training Area</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$29,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Maryland</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Havre de Grace</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Massachusetts</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Camp Edwards</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$9,700,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Minnesota</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">New Ulm</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$11,200,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Mississippi</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Camp Shelby</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$8,100,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Missouri</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Springfield</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$12,000,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Nebraska</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Bellevue</entry><entry align="right" colname="column3" leader-modify="force-ldr"

rowsep="0">$29,000,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">New Hampshire</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Concord</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$5,950,000</entry></row>

<row><entry colname="column1" leader-modify="force-ldr-bottom" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">New York</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Jamaica Armory</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$91,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Pennsylvania</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Moon Township</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$23,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Vermont</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Jericho</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$30,000,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Washington</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Richland</entry><entry align="right" colname="column3" leader-modify="force-ldr" rowsep="0">$11,400,000</entry></row></tbody></tgroup></table></section>

<section id="H22368A0148DC4691B0ABEFD957D90064"><enum>2602.</enum><header>Authorized Army Reserve construction and land acquisition projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Army may acquire real property and carry out military construction projects for the Army Reserve locations inside the United States, and in the amounts, set forth in the following table:</text>

<table align-to-level="section" colsep="1" frame="all" line-rules="all-gen" rowsep="0" rule-weights="4.4.4.0.4.0" table-template-name="Military: 2 text, 1 num, bold hds" table-type=""><ttitle><bold>Army Reserve</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="8.9.10" ttitle-size="10"><colspec coldef="txt" colname="column1" colwidth="99pts" min-data-value="95"/><colspec coldef="txt" colname="column2" colwidth="152pts" min-data-value="145"/><colspec coldef="fig" colname="column3" colwidth="65pts" min-data-value="13"/><thead>

<row><entry align="center" colname="column1" morerows="0" namest="column1" rowsep="1"><bold>State</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2" rowsep="1"><bold>Location</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3" rowsep="1"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="force-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Delaware </entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Newark Army Reserve Center</entry><entry align="right" colname="column3" leader-modify="clr-ldr" rowsep="0">$21,000,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Wisconsin</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Fort McCoy</entry><entry align="right" colname="column3" leader-modify="clr-ldr" rowsep="0">$25,000,000</entry></row></tbody></tgroup></table></section>

<section id="HE410A83FE9C94F148D5E64E91D1CB496"><enum>2603.</enum><header>Authorized Navy Reserve and Marine Corps Reserve construction and land acquisition

projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Navy may acquire real property and carry out the military construction project for the Navy Reserve and Marine Corps Reserve location inside the United States, and in the amount, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy Reserve and Marine Corps Reserve</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Louisiana</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2"> New Orleans</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$25,260,000</entry></row></tbody></tgroup></table></section>

<section id="HE0CC84A95E53410F96F3DB05F1697C96"><enum>2604.</enum><header>Authorized Air National Guard construction and land acquisition projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the Air National Guard locations inside the United States, and in the amounts, set forth in the following table: </text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air National Guard</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">California</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Moffett Air National Guard Base </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$57,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Georgia</entry><entry rowsep="0" leader-modify="force-ldr" colname="column2">Savannah/Hilton Head International Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr"

colname="column3">$24,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Missouri</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Rosecrans Memorial Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$9,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Puerto Rico</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Luis Munoz-Marin International Airport</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$50,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Wisconsin</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Truax Field</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$34,000,000</entry></row></tbody></tgroup></table></section>

<section id="HF0630AFA975D422991EA78399CF472A6"><enum>2605.</enum><header>Authorized Air Force Reserve construction and land acquisition projects</header><text display-inline="no-display-inline">Using amounts appropriated pursuant to the authorization of appropriations in section 2606 and available for the National Guard and Reserve as specified in the funding table in section 4601, the Secretary of the Air Force may acquire real property and carry out military construction projects for the Air Force Reserve locations inside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0"><ttitle><bold>Air Force Reserve</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="95" colwidth="99pts"/><colspec colname="column2" coldef="txt" min-data-value="145" colwidth="152pts"/><colspec colname="column3" coldef="fig" min-data-value="13" colwidth="65pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Georgia</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Robins Air Force Base</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$43,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Maryland</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Joint Base Andrews</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$15,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Minnesota</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Minneapolis-St. Paul International Airport</entry><entry rowsep="0" align="right" leader-modify="clr-ldr" colname="column3">$9,800,000</entry></row></tbody></tgroup></table></section>

<section id="H2F4EB3EAB44B4A6DA65C6D48907206E2"><enum>2606.</enum><header>Authorization of appropriations, National Guard and Reserve</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for the costs of acquisition, architectural and engineering services, and construction of facilities for the Guard and Reserve Forces, and for

contributions therefor, under chapter 1803 of title 10, United States Code (including the cost of acquisition of land for those facilities), as specified in the funding table in section 4601.</text></section></title>

<title commented="no" id="H03AE3F1DD70046FCB60E51B50B066D75" level-type="subsequent" style="OLC"><enum>XXVII</enum><header display-inline="yes-display-inline">Base realignment and closure activities</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H03AE3F1DD70046FCB60E51B50B066D75" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3D4FE36153A34C1A98F500CE2D4707FF" level="section">Sec.â€,2701.â€,Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account.</toc-entry>

<toc-entry idref="HBDB28E0BD1174BAC840F1A9FF52DCF98" level="section">Sec.â€,2702.â€,Prohibition on conducting additional base realignment and closure (BRAC) round.</toc-entry></toc>

<section id="H3D4FE36153A34C1A98F500CE2D4707FF"><enum>2701.</enum><header>Authorization of appropriations for base realignment and closure activities funded through Department of Defense base closure account</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for base realignment and closure activities, including real property acquisition and military construction projects, as authorized by the Defense Base Closure and Realignment Act of 1990 (part A of title XXIX of Public Law 101â€"510; 10 U.S.C. 2687 note) and funded through the Department of Defense Base Closure Account established by section 2906 of such Act (as amended by section 2711 of the Military Construction Authorization Act for Fiscal Year 2013 (division B of Public Law 112â€"239; 126 Stat. 2140)), as specified in the funding table in section 4601.</text></section>

<section id="HBDB28E0BD1174BAC840F1A9FF52DCF98"><enum>2702.</enum><header>Prohibition on conducting additional base realignment and closure (BRAC) round</header><text display-inline="no-display-inline">Nothing in this Act shall be construed to authorize an additional Base Realignment and Closure (BRAC) round.</text></section></title>

<title id="H86919BA4E52A4A9D8ADBE58EFEEF9485"><enum>XXVIII</enum><header>Military Construction General Provisions</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H86919BA4E52A4A9D8ADBE58EFEEF9485" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H6F8ECB3E9F394A97AC18BBE0BE8F112A" level="subtitle">Subtitle Aâ€"Military Construction Program</toc-entry>

<toc-entry idref="H2A157916E194430EA1A253F84CC96C1F" level="section">Sec.â€,2801.â€,Military installation resilience plans and projects.</toc-entry>

<toc-entry idref="HF132FCF9C65B4B78AC35DE1694906D2C" level="section">Sec.â€,2802.â€,Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes.</toc-entry>

<toc-entry idref="H91DE8FE7ADC743968E9A1477DF79691E" level="section">Sec.â€,2803.â€,Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities.</toc-entry>

<toc-entry idref="HE5F8CAE67749454C8D96F8DB2D3B90C4" level="section">Sec.â€,2804.â€,Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</toc-entry>

<toc-entry idref="H872CD16C37E346B4A0728D28782C8912" level="section">Sec.â€,2805.â€,Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects.</toc-entry>

<toc-entry idref="H24F35AFB5B8B41C88CA5F75A86D85212"

level="section">Sec.â€,2806.â€,Improved flood risk disclosure for military construction.</toc-entry>

<toc-entry idref="H1385A03C55CF44958D7C3AB7677C8100" level="section">Sec.â€,2807.â€,Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects.</toc-entry>

<toc-entry idref="H3E07B8A8D4084AC38677072CB9A49433" level="section">Sec.â€,2808.â€,Technical corrections and improvements to defense access road resilience.</toc-entry>

<toc-entry idref="HB99E622C8E75471C8E2038A62275002F" level="section">Sec.â€,2809.â€,Military construction projects for child development centers at military installations.</toc-entry>

<toc-entry idref="HC8478DABCD9246F08ECBD8E3C387DDFA" level="section">Sec.â€,2810.â€,Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack.</toc-entry>

<toc-entry idref="HE5A30C34FAAC485798C1689439410480" level="section">Sec.â€,2811.â€,Prohibition on use of funds to close or return certain bases to the host nation.</toc-entry>

<toc-entry idref="H132B6E55D7FE41689A80956E4AD2F9D6" level="subtitle">Subtitle Bâ€"Real Property and Facilities Administration</toc-entry>

<toc-entry idref="H7FB37AC7403440D58D3B6219F509AEDC" level="section">Sec.â€,2821.â€,Improved energy security for main operating bases in Europe.</toc-entry>

<toc-entry idref="H0E15171F4F3E46C1BFC025DE66D6F01C" level="section">Sec.â€,2822.â€,Access to Department of Defense installations for credentialed transportation workers.</toc-entry>

<toc-entry idref="H8CA32CCD914E481D83B0920FDEEA33AF" level="section">Sec.â€,2823.â€,Improved recording and maintaining of Department of Defense real property data.</toc-entry>

<toc-entry idref="HBA4EA220CF564653A92F8597D60CAC78" level="subtitle">Subtitle Câ€"Land Conveyances</toc-entry>

<toc-entry idref="HC70B3D876BAF44ABB9595FBACB406432" level="section">Sec.â€,2831.â€,Land conveyance, Hill Air Force Base, Ogden, Utah.</toc-entry>

<toc-entry idref="HE6653A216E164DB797C0489F9C595F85" level="section">Sec.â€,2832.â€,Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery.</toc-entry>

<toc-entry idref="H92FD3C612E7F46DA90B0AF13F2429AC0" level="section">Sec.â€,2833.â€,Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California.</toc-entry>

<toc-entry idref="H62E00DD2D8CE4165A2E77EF9BF36ABF7" level="section">Sec.â€,2834.â€,Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia.</toc-entry>

<toc-entry idref="HBC7DDE52EE324F66B8B1892E091B9D2A" level="subtitle">Subtitle Dâ€"Military Land Withdrawals</toc-entry>

<toc-entry idref="H7B3BE6684C0F4300B6DA485F3043D525" level="section">Sec.â€,2841.â€,Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area.</toc-entry>

<toc-entry idref="H974C1C05AA9D4551B28D66BE81692DE8" level="subtitle">Subtitle Eâ€"White Sands National Park and White Sands Missile Range</toc-entry>

<toc-entry idref="HC741A475793A441590275AE59B6183A9" level="section">Sec.â€,2851.â€,White Sands Missile Range Land Enhancements.</toc-entry>

<toc-entry idref="H5EEA16D978B8414EB4C65962CEB23F52" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HFDE07F1384954DC291DC060431AB230A" level="section">Sec.â€,2861.â€,Installation and maintenance of fire extinguishers in Department of Defense facilities.</toc-entry>

<toc-entry idref="H7A8E512093D54F4599C43D1483573BC8" level="section">Sec.â€,2862.â€,Definition of community infrastructure for purposes of military base reuse studies and community planning assistance.</toc-entry>

<toc-entry idref="H538718FCF73045918DD55BA11F6D6BFC" level="section">Sec.â€,2863.â€,Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea.</toc-entry>

<toc-entry idref="H00AE00D1429A431583F8A0A10DAEFE9D" level="section">Sec.â€,2864.â€,Black start exercises at military installations.</toc-entry>

<toc-entry idref="H1455187C84F34178B93280F77136F6F6" level="section">Sec.â€,2865.â€,Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense.</toc-entry>

<toc-entry idref="H5832B5F3FEFC4E88BA6CB4D0CE8F15A7" level="section">Sec.â€,2866.â€,Restrictions on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California.</toc-entry>

<toc-entry idref="H08403C7CC9F24725A9F7CB188C701919" level="section">Sec.â€,2867.â€,Designation of Sumpter Smith Joint National Guard Base.</toc-entry>

<toc-entry idref="HBCD0F155DBFA41FA8BD83150766105F4" level="section">Sec.â€,2868.â€,Santa Ynez Band of Chumash Indians land affirmation.</toc-entry>

<toc-entry idref="HC19C52EA87AD4F09B045E4C99ACD9423" level="section">Sec.â€,2869.â€,Lands to be taken into trust as part of the reservation of the Lytton Rancheria.</toc-entry>

<toc-entry idref="HDEE60898797B466CAE1A0243BE91E7EB" level="section">Sec.â€,2870.â€,Little Shell Tribe of Chippewa Indians of Montana.</toc-entry>

<toc-entry idref="H6BACAE2DC7494F9EA327BB9D1EB4CAC3" level="section">Sec.â€,2871.â€,Sense of Congress on restoration of Tyndall Air Force Base.</toc-entry></toc>

<subtitle id="H6F8ECB3E9F394A97AC18BBE0BE8F112A"><enum>A</enum><header>Military Construction Program</header>

<section id="H2A157916E194430EA1A253F84CC96C1F" section-type="subsequent-section"><enum>2801.</enum><header>Military installation resilience plans and projects</header>

<subsection id="HD94B75BF365E49A7B3F56A699123D571"><enum>(a)</enum><header>Inclusion of military installation resilience information in certain installation master plans</header>

<paragraph id="H82176E6F516749CC8DEDE81DE0CCCCEF"><enum>(1)</enum><header>Requirement</header><text>Section 2864 of title 10, United States Code, is amendedâ€"</text>

<subparagraph id="HBB6BD7CE691940CDA059D84FF0516D97"><enum>(A)</enum><text>in subsection (a)(1), by inserting <quote>military installation resilience,</quote> after <quote>master planning,</quote>; </text></subparagraph>

<subparagraph id="HCC8790E98AD845D8B479FC3A68346020"><enum>(B)</enum><text>by redesignating subsections (c) and (d) as subsections (e) and (f), respectively; and</text></subparagraph>

<subparagraph id="H85DD10F6D4894CA0A172DF21C51C5E3D"><enum>(C)</enum><text>by inserting

after subsection (b) the following new subsection:</text>

<quoted-block style="USC" id="H3E2E95DBB2F5435F866AE5867D61DCD9" display-inline="no-display-inline">

<subsection id="HDE2993D64AF94BA7857A750DA35FCBCD"><enum>(c)</enum><header>Military installation resilience component</header><text display-inline="yes-display-inline">To address military installation resilience under subsection (a)(1), each installation master plan shall discuss the following:</text>

<paragraph id="H61CF258267F44E76B10F652E93DB69EF"><enum>(1)</enum><text>Risks and threats to military installation resilience that exist at the time of the development of the plan and that are projected for the future, including from extreme weather events, mean sea level fluctuation, wildfires, flooding, and other changes in environmental conditions.</text></paragraph>

<paragraph id="HBB9CB437871F48AC83B034F2E547249F"><enum>(2)</enum><text>Assets or infrastructure located on the military installation vulnerable to the risks and threats described in paragraph (1), with a special emphasis on assets or infrastructure critical to the mission of the installation and the mission of members of the armed forces.</text></paragraph>

<paragraph id="H1EEAD3579C1E4A039FB19772C880DE44"><enum>(3)</enum><text>Lessons learned from the impacts of extreme weather events, including changes made to the military installation to address such impacts, since the prior master plan developed under this section.</text></paragraph>

<paragraph id="H80B4E96A655A4F11B58A70CEDF9879FA"><enum>(4)</enum><text>Ongoing or planned infrastructure projects or other measures, as of the time of the development of the plan, to mitigate the impacts of the risks and threats described in paragraph (1).</text></paragraph>

<paragraph id="H84EC11E66F4946DF928B869169549A4D"><enum>(5)</enum><text>Community infrastructure and resources located outside the installation (such as medical facilities, transportation systems, and energy infrastructure) that areâ€"</text>

<subparagraph id="HFA0EA16F6FBF48D7A293C3BEA5EAA445"><enum>(A)</enum><text>necessary to maintain mission capability or that impact the resilience of the military installation; and</text></subparagraph>

<subparagraph id="H1FA3D93E954340AE9230F6BF5FCD1E71"><enum>(B)</enum><text>vulnerable to the risks and threats described in paragraph (1).</text></subparagraph></paragraph>

<paragraph id="H7F80C66BD9034780BC9CBDD574A82434"><enum>(6)</enum><text>Agreements in effect or planned, as of the time of the development of the plan, with public or private entities for the purpose of maintaining or enhancing military installation resilience or resilience of the community infrastructure and resources described in paragraph (5).</text></paragraph>

<paragraph id="HC64686356F98456BBD9DB95DE1761120"><enum>(7)</enum><text>Projections from recognized governmental and scientific entities such as the Census Bureau, the National Academies of Sciences, the United States Geological Survey, and the United States Global Change Research Office (or any similar successor entities) with respect to future risks and threats (including the risks and threats described in paragraph (1)) to the resilience of any project considered in the installation master plan during the 50-year lifespan of the installation.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="HB3C9584972CD4584B71E682AC8F0D808"><enum>(2)</enum><header>Report on master plans</header><text display-inline="yes-display-inline">Section 2864 of title 10, United States Code, is amended by inserting after subsection (c), as added by subsection (a), the following new subsection:</text>

<quoted-block style="USC" id="H36EAC4FC7EDD403BA61F8586897E2C27" display-inline="no-display-inline">

<subsection id="HCB62367094214739B722639BD7B348DB"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than March 1 of each year, the Secretary of Defense shall submit to the congressional defense committees a report listing all master plans completed pursuant to this section in the prior calendar

year.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H69527EE062B64F4C93B83258FFD17481"><enum>(b)</enum><header>Authority to carry out military installation resilience projects</header>

<paragraph id="H3118AEA7A10B47C2B95A5BE0C189E2B6"><enum>(1)</enum><header>In general</header><text>Subchapter I of chapter 169 of title 10, United States Code, is amended by adding at the end the following new section:</text>

<quoted-block style="USC" id="H7018E529C5E648708FE85706BDE2881E" display-inline="no-display-inline">

<section commented="no" display-inline="no-display-inline" id="HEDF3E0A026C948C48772AE6CD8BDA53F" section-type="subsequent-section"><enum>2815.</enum><header display-inline="yes-display-inline">Military installation resilience projects</header>

<subsection commented="no" display-inline="no-display-inline" id="H4CC9757D538D4124AD75F2D24FB7AD70"><enum>(a)</enum><header display-inline="yes-display-inline">Projects required</header><text display-inline="yes-display-inline">The Secretary of Defense shall carry out military construction projects for military installation resilience, in accordance with section 2802 of this title.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBD6680595A5340918E4684954843E3FC"><enum>(b)</enum><header display-inline="yes-display-inline">Congressional notification</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H7FC38AB4BAC54E238E2EFE0AD6EDB8D3"><enum>(1)</enum><text display-inline="yes-display-inline">When a decision is made to carry out a project under this section, the Secretary of Defense shall notify the congressional defense committees of that decision.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE92354C6CFA1475D901FC9D22E283F6C" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall include in each notification submitted under paragraph (1) the rationale for how the project wouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H082D3FCBD0B343F18DC4B0B08BABF57D"><enum>(A)</enum><text display-inline="yes-display-inline">enhance military installation resilience;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD2AD67042663483286883 7B5C6016463"><enum>(B)</enum><text display-inline="yes-display-inline">enhance mission assurance;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H935AB5BB71DA466AB5646A60BFAB429E"><enum>(C)</enum><text display-inline="yes-display-inline">support mission critical functions; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD98873A764634819AD62FA84CBAEFFEC"><enum>(D)</enum><text display-inline="yes-display-inline">address known vulnerabilities.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H593B3DCCFF3043768B676AB8D22E93EB"><enum>(c)</enum><header display-inline="yes-display-inline">Timing of projects</header><text display-inline="yes-display-inline">A project may be carried out under this section only after the end of the 14-day period beginning on the date that notification with respect to that project under subsection (b) is received by the congressional defense committees in an electronic medium pursuant to section 480 of this title.</text></subsection>

<subsection id="HDD658FCF4A1A4B7C9399B4AA09A15598"><enum>(d)</enum><header>Annual report</header><text>Not later than 90 days after the end of each fiscal year until December 31, 2025, the Secretary of Defense shall submit to the congressional defense committees a report on the status of the planned and active projects carried out under this section (including completed projects), and shall include in the report with respect to each such project the following information:</text>

<paragraph id="HBB9A43EA655A431BAE2E27EEC2CE2A2D" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The title, location, a brief description of the scope of work, the original project cost estimate, and the current working cost estimate.</text></paragraph>

<paragraph id="H71FBD778CA7A49D3A0585466C75E1270"><enum>(2)</enum><text>The information provided under subsection (b)(2).</text></paragraph>

<paragraph id="H145DD92AD5E94CEA9A8581554685E74B" commented="no" display-inline="no-display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">Such other information as the Secretary considers appropriate.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H88EF083354864E1E9B7BD8C3226DDDAC"><enum>(2)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 169 of such title is amended by inserting after the item relating to section 2814 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H5A8EE3BC35BF41E892DA5E1A7DFBC094" style="USC">

<toc>

<toc-entry bold="off" idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2815. Military installation resilience projects.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HF132FCF9C65B4B78AC35DE1694906D2C" section-type="subsequent-section"><enum>2802.</enum><header>Improved consultation with tribal governments when proposed military construction projects potentially impact Indian tribes</header><text display-inline="no-display-inline">Section 2802 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="H8C3A7CA8D8514612A04082C106194D70" display-inline="no-display-inline">

<subsection id="HC6DA4C2D0A34487281A5EEE4E595DD14"><enum>(f)</enum>

<paragraph id="HCC4CD21E7D714D7C8B82D8A0E0E40CDA" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">In addition to any other applicable consultation requirement pursuant to law or Department of Defense policy, if a proposed military construction project is likely to significantly impact tribal lands, known sacred sites, or tribal treaty rights, the Secretary concerned shall initiate consultation with the tribal government of each impacted Indian tribeâ€"</text>

<subparagraph id="H612882AE2D97447195EBA59238738F70" indent="up1"><enum>(A)</enum><text>to determine the nature and extent of such impact;</text></subparagraph>

<subparagraph id="HFF13076B61F446869D3375496DB1A0A6" indent="up1"><enum>(B)</enum><text>to determine whether such impact can be avoided or mitigated in the design and implementation of the project; and </text></subparagraph>

<subparagraph id="H4682FDD3361546DC91AFA712260755D5" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">if such impact cannot be avoided, to develop feasible measures consistent with applicable law to mitigate the impact and estimate the cost of the mitigation measures.</text></subparagraph></paragraph>

<paragraph id="H43EF1ECA04404DBEA510182702275DA4" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">As part of the Department of Defense Form 1391 submitted to the appropriate committees of Congress for a military construction project covered by paragraph (1), the Secretary concerned, to the extent possible at the time of such submission, shall include a description of the current status of the consultation conducted under such paragraph and specifically address each of the items specified in subparagraphs (A), (B), and (C) of such paragraph.</text></paragraph>

<paragraph id="H86FA23CAC8704C2281771132B59F2CD1" indent="up1"><enum>(3)</enum><text>The requirement under paragraph (1) does not affect

the obligation of the Secretary concerned to comply with any other applicable consultation requirement pursuant to law or Department of Defense policy.</text></paragraph>

<paragraph id="HF7B6627AE62C4AACB7F5DE5FFF9A7CF0" indent="up1"><enum>(4)</enum><text>In this subsection:</text>

<subparagraph id="H90045452EEED48AC8A77AC3748AFE83A"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>Indian tribe</quote> has the meaning given that term in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 5304).</text></subparagraph>

<subparagraph id="H07B0FA493761421293453F7BEFD2B3BE"><enum>(B)</enum><text>The term <quote>tribal government</quote> means the recognized governing body of an Indian tribe.</text></subparagraph>

<subparagraph id="H5B391C47B919415E9D27D9DD445797D6"><enum>(C)</enum><text display-inline="yes-display-inline">The term <quote>sacred site</quote> has the meaning given that term in Executive Order No. 13007, as in effect on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H91DE8FE7ADC743968E9A1477DF79691E"><enum>2803.</enum><header>Increased authority for use of certain appropriations amounts for restoration or replacement of damaged or destroyed facilities</header><text display-inline="no-display-inline">Section 2854(c)(3) of title 10, United States Code, is amended by striking <quote>$50,000,000</quote> and inserting <quote>$100,000,000</quote>.</text></section>

<section id="HE5F8CAE67749454C8D96F8DB2D3B90C4" section-type="subsequent-section"><enum>2804.</enum><header>Amendment of Unified Facilities Criteria to promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience</header>

<subsection id="HF89C5ED958D344D99EEAD5856C1A98CE" display-inline="no-display-inline"><enum>(a)</enum><header>Amendment required</header>

<paragraph id="H79D3DE95DF5C4675B3C4D183457872E9"><enum>(1)</enum><header>In general</header><text>Not later than September 1, 2020, the Secretary of Defense shall amend the Unified Facility Criteria relating to military construction planning and design, to ensure that building practices and standards of the Department of Defense promote military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</text></paragraph>

<paragraph id="HC232342029F847B6856825549D75BF5F"><enum>(2)</enum><header>Considerations and consultation</header><text>In preparing amendments pursuant to paragraph (1), the Secretary of Defenseâ€"</text>

<subparagraph id="HF3CF1F02D0484F6C9A88C3BF797677F0"><enum>(A)</enum><text>shall take into account historical data, current conditions, and sea level rise projections; and</text></subparagraph>

<subparagraph id="H20403BCC981842DC95851B1FC47561F8"><enum>(B)</enum><text>may consult with the heads of other Federal departments and agencies with expertise regarding military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience.</text></subparagraph></paragraph></subsection>

<subsection id="H561C09F80C654B3B82DAF2616F38B993"><enum>(b)</enum><header>Conditional availability of funds</header><text display-inline="yes-display-inline">Not more than 25 percent of the funds authorized to be appropriated for fiscal year 2020 for Department of Defense planning and design accounts relating to military construction projects may be obligated until the date on which the Secretary of Defense submits to the Committees on Armed Services of the House of Representatives and the Senate a certification that the Secretaryâ€"</text>

<paragraph id="H9AB71269C4A441639E02B56E9DCB9442"><enum>(1)</enum><text>has initiated the amendment process required by subsection (a)(1); and</text></paragraph>

<paragraph id="H4F7BC23CBDD644A3BACBF7CAD7F49721"><enum>(2)</enum><text>intends to complete such process by September 1, 2020.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8EFC8B47C11E4AA7A32BC9ED6BDEEF39"><enum>(c)</enum><header display-inline="yes-display-inline">Update of Unified Facilities Criteria to include changing environmental condition projections</header><text display-inline="yes-display-inline">Section 2805(c) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2864 note) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H849BB3CAD76346E1A1FE1F1340C68C46"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>Not later than</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H6B785EE252954CFDB2F43B73D0E50193" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H9873FBEA895C4D7083D12620242FB67A"><enum>(1)</enum><header display-inline="yes-display-inline">Fiscal year 2019</header><text display-inline="yes-display-inline">Not later than</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H304C751A0EA8493D8CAC5EAEF9A892C0"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (1), as designated by paragraph (1), by striking <quote>United Facilities Criteria (UFC) 2-100-01 and UFC 2-100-02</quote> and inserting <quote>Unified Facilities Criteria (UFC) 1-200-01 and UFC 1-200-02</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD04D20220F3E4A42BCC1FB3EE351AA1D"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H360ADE25DFD6464B8B62F78BEB474CFD" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H41FAD0F6DDC14653BD6675A014B04838"><enum>(2)</enum><header display-inline="yes-display-inline">Fiscal year 2020</header>

<subparagraph id="H9F8D270831F64633B571129CA6873ADD"><enum>(A)</enum><header>Amendments required</header><text>Not later than 30 days after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, the Secretary of Defense shall amend the Unified Facilities Criteria as follows:</text>

<clause id="H3DD0C30E4C564DEF8CF1E28710DBEDA6" commented="no" display-inline="no-display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">To require that installations of the Department of Defense assess the risks from extreme weather and related effects, and develop plans to address such risks.</text></clause>

<clause id="H4EDB1DB73ADF4270A9AF9D699AD379DB" commented="no" display-inline="no-display-inline"><enum>(ii)</enum><text display-inline="yes-display-inline">To require in the development of such Criteria the use ofâ€"</text>

<subclause id="HBA9FB4953F82487187CD065842FC81C8" commented="no" display-inline="no-display-inline"><enum>(I)</enum><text display-inline="yes-display-inline">land use change projections through the use of land use and land cover modeling by the United States Geological Survey; and</text></subclause>

<subclause id="HF9681930D75B4535ACBE4F8D377F3D26" commented="no" display-inline="no-display-inline"><enum>(II)</enum><text display-inline="yes-display-inline">weather projectionsâ€"</text>

<item id="HF28EA8D51A6D47A1B573932F6F97B3BF"><enum>(aa)</enum><text>from the United States Global Change Research Program, including in the National Climate Assessment; or</text></item>

<item id="HDD3AD9278CC24B6C8EBC4B9A1A6E70D1"><enum>(bb)</enum><text>from the National Oceanic and Atmospheric Administration, if such projections are more up-to-date than projections under item (aa).</text></item></subclause></clause>

<clause id="HCE13F1E576D84589B4277A8C254DDCEF" commented="no" display-inline="no-

display-inline"><enum>(iii)</enum><text display-inline="yes-display-inline">To require the Secretary of Defense to provide guidance to project designers and master planners on how to use weather projections.</text></clause>

<clause id="H48849A51978943E4B2A1473668449079" commented="no" display-inline="no-display-inline"><enum>(iv)</enum><text display-inline="yes-display-inline">To require the use throughout the Department of the Naval Facilities Engineering Command Climate Change Installation Adaptation and Resilience planning handbook, as amended (or similar publication of the Army Corps of Engineers).</text></clause></subparagraph>

<subparagraph id="H1B226BF1154048BA9F3A9C1EB453E04F"><enum>(B)</enum><header>Notification</header><text display-inline="yes-display-inline">If the Secretary of Defense determines that a projection other than a projection described in subparagraph (A)(ii) is more appropriate for use in amending the Unified Facilities Criteria, the Secretary shall notify the congressional defense committees of such determination, which shall include the rationale underlying such determination and a description of such other projection.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H4237690A0A55477A9E21EF6477BAD7E7"><enum>(d)</enum><header>Implementation of Unified Facilities Criteria amendments</header>

<paragraph id="H79F1B78900DD44609290F4DEDF52724A"><enum>(1)</enum><header>Implementation</header><text display-inline="yes-display-inline">Any Department of Defense Form 1391 submitted to Congress after September 1, 2020 shall comply with the Unified Facility Criteria, as amended pursuant to this section.</text></paragraph>

<paragraph id="H081E0C2F60044E4286672E6EECA863D3"><enum>(2)</enum><header>Certification</header><text display-inline="yes-display-inline">Not later than March 1, 2021, the Secretary of Defense shall certify to the Committees on Armed Services of the House of Representatives and the Senate the completion and full incorporation into military construction planning and designâ€"</text>

<subparagraph id="H73B2D043012446BAB058A0F5B35E182C"><enum>(A)</enum><text>amendments made pursuant to subsection (a); and</text></subparagraph>

<subparagraph id="HD6C6CCDDC1934EBF93F209C10AD31FEE"><enum>(B)</enum><text>amendments made pursuant to section 2805(c) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2864 note), as amended by subsection (c).</text></subparagraph></paragraph></subsection>

<subsection id="H1D094EE942EC459F9EC985FAD6BEEDAE"><enum>(e)</enum><header>Annual review</header><text display-inline="yes-display-inline">Beginning with fiscal year 2022, and annually thereafter, the Secretary of Defense shall conduct a review comparing the Unified Facility Criteria and industry best practices, for the purpose of ensuring that military construction building practices and standards of the Department of Defense relating to military installation resilience, energy resilience, energy and climate resiliency, and cyber resilience remain up-to-date.</text></subsection>

<subsection id="H62AC592881E5418FBDB271BE866D4014"><enum>(f)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H87D39E9B94AD44E3A328705546C9DE16"><enum>(1)</enum><text display-inline="yes-display-inline">The terms <quote>energy resilience</quote> and <quote>military installation resilience</quote> have the meanings given those terms in section 101(e) of title 10, United States Code. </text></paragraph>

<paragraph id="H29E33CCD403E46BE9C9F59C4FA9A4A21"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>energy and climate resiliency</term> has the meaning given that term in section 2864 of title 10, United States Code.</text></paragraph></subsection></section>

<section id="H872CD16C37E346B4A0728D28782C8912" section-type="subsequent-section"><enum>2805.</enum><header>Modification to Department of Defense Form 1391 regarding consideration of potential long-term adverse environmental effects</header>

<subsection id="H079DE366637045D69DFB38F66F67A6AC"><enum>(a)</enum><header>Modification</header>

<paragraph id="H2F53513BE3BD4F2EAEA61629B22CCA05"><enum>(1)</enum><header>Certification requirement</header><text display-inline="yes-display-inline">The Secretary of Defense shall modify Department of Defense Form 1391 to require, with respect to any proposed major or minor military construction project requiring congressional notification or approval, the inclusion of a certification by the Secretary of Defense or the Secretary of the military department concerned that the proposed military construction project takes into considerationâ€"</text>

<subparagraph id="HE4490A2AE3E24236987E68A569EDB52B"><enum>(A)</enum><text display-inline="yes-display-inline">the potential adverse consequences of long-term changes in environmental conditions, such as increasingly frequent extreme weather events, that could affect the military installation resilience of the installation for which the military construction project is proposed; and</text></subparagraph>

<subparagraph id="H97A1FFA6687940E1AAA9FF6049E38ED7"><enum>(B)</enum><text display-inline="yes-display-inline">building requirements in effect for the locality in which the military construction project is proposed and industry best practices that are developed to withstand extreme weather events and other consequences of changes in environmental conditions.</text></subparagraph></paragraph>

<paragraph id="H8D8890EB86EB4292AC0B749F023BCA75"><enum>(2)</enum><header>Elements of certification</header><text display-inline="yes-display-inline">As part of the certification required by paragraph (1) for a proposed military construction project, the Secretary concerned shall identify the potential changes in environmental conditions, such as increasingly frequent extreme weather events, considered and addressed under subparagraphs (A) and (B) of paragraph (1).</text></paragraph></subsection>

<subsection id="H964E046D85274A17B1E6FD8381F75A9B"><enum>(b)</enum><header>Relation to recent modification requirement</header><text display-inline="yes-display-inline">The modification of Department of Defense Form 1391 required by subsection (a) is in addition to, and expands upon, the modification of Department of Defense Form 1391 with respect to flood risk disclosure for military construction required by section 2805(a) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note).</text></subsection>

<subsection id="H9DF47BE9995A45F480992D62355149AC"><enum>(c)</enum><header>Military installation resilience defined</header><text>In this section, the term <quote>military installation resilience</quote> has the meaning given that term in section 101(e)(8) of title 10, United States Code.</text></subsection></section>

<section id="H24F35AFB5B8B41C88CA5F75A86D85212"><enum>2806.</enum><header>Improved flood risk disclosure for military construction</header>

<subsection id="HC2760B4C303A4A5C83FC1A5A6B682C20"><enum>(a)</enum><header>When disclosure required</header><text display-inline="yes-display-inline">Section 2805(a)(1) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amendedâ€"</text>

<paragraph id="HA435E32B296A4D63892D8DFFC9F77A4F"><enum>(1)</enum><text>in subparagraph (A), by inserting after <quote>hazard data</quote> the following: <quote>, or will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project</quote>; and</text></paragraph>

<paragraph id="H16D7F2958EBD495FAAD452F11AF2C897"><enum>(2)</enum><text>in subparagraph (B), by inserting after <quote>floodplain</quote> the following: <quote>or will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project</quote>.</text></paragraph></subsection>

<subsection id="H56749CE18EA143EEA491FA8AD811EF81"><enum>(b)</enum><header>Reporting requirements</header><text display-inline="yes-display-inline">Section 2805(a)(3) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amendedâ€"</text>

<paragraph id="H35437809AD684F909B0B308789F8899C"><enum>(1)</enum><text display-inline="yes-display-inline">in the matter preceding the subparagraphs, by inserting

after <quote>floodplain</quote> the following: <quote>or are to be impacted by projected current and future mean sea level fluctuations over the lifetime of the project</quote>; and</text></paragraph>

<paragraph id="HBA328A9CC949488F85630B664BD68168"><enum>(2)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="OLC" id="HFC725B5C126441E885D2CD4EB76311FB" display-inline="no-display-inline">

<subparagraph id="HCC9B5C0B49CD4131BFCAC20C7175415A"><enum>(D)</enum><text display-inline="yes-display-inline">A description of how the proposed project has taken into account projected current and future mean sea level fluctuations over the lifetime of the project.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H1F8D3128CC8B4C13BD6BBFEDA67223E6"><enum>(c)</enum><header>Mitigation plan assumptions</header><text>Section 2805(a)(4) of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2262; 10 U.S.C. 2802 note) is amendedâ€"</text>

<paragraph id="HE040BE3727244C93AEC36F027A24010C"><enum>(1)</enum><text display-inline="yes-display-inline">in the matter preceding the subparagraphsâ€"</text>

<subparagraph id="HF06F54E51EBB4B87B75348543E147943"><enum>(A)</enum><text>by inserting after <quote>floodplain</quote> the following: <quote>or that will be impacted by projected current and future mean sea level fluctuations over the lifetime of the project</quote>; and</text></subparagraph>

<subparagraph id="HB00C5E5C90874729A1C13ACC2951476E"><enum>(B)</enum><text>by striking <quote>an additional</quote>;</text></subparagraph></paragraph>

<paragraph id="HE78864A4AA004E0A849CB8549163C952"><enum>(2)</enum><text>in subparagraph (A)â€"</text>

<subparagraph id="H5B94799760594D7AAF2B3C2FF07158FF"><enum>(A)</enum><text>by inserting <quote>an additional</quote> before <quote>2 feet</quote>; and</text></subparagraph>

<subparagraph id="H9CD8545FD5B24A16942213073449D930"><enum>(B)</enum><text>by striking <quote>and</quote> at the end of the subparagraph; </text></subparagraph></paragraph>

<paragraph id="H9D80078DAB004164B909E7706745B45E"><enum>(3)</enum><text>in subparagraph (B)â€"</text>

<subparagraph id="HBE545D610AA442D096CB860EBEE0B325"><enum>(A)</enum><text>by inserting <quote>an additional</quote> before <quote>3 feet</quote>; and</text></subparagraph>

<subparagraph id="HDE1D38916C0D4714A55FB3AD37118B96"><enum>(B)</enum><text>by striking the period at the end of the subparagraph and inserting <quote>; and</quote>; and</text></subparagraph></paragraph>

<paragraph id="H1290B26290404872A55EED29CC43F845"><enum>(4)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block style="OLC" id="H0A134B359B3F442B94C2E5270D8C9FE9" display-inline="no-display-inline">

<subparagraph id="H6E25D6C8A82E4A68BA3137F6B405A3B2"><enum>(C)</enum><text display-inline="yes-display-inline">any additional flooding that will result from projected current and future mean sea level fluctuations over the lifetime of the project.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H1385A03C55CF44958D7C3AB7677C8100"><enum>2807.</enum><header>Prioritization of projects in annual report on unfunded requirements for laboratory military construction projects</header><text display-inline="no-display-inline">Section 2806 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 10 U.S.C. 222a note) is amendedâ€"</text>

<paragraph id="H9F4739E1582F44199549551BAED7D0A5"><enum>(1)</enum><text>by striking <quote>Assistant Secretary of Defense for Energy, Installations, and

Environment</quote> and inserting <quote>Under Secretary of Defense for Acquisition and Sustainment</quote>;</text></paragraph>

<paragraph id="H75D3DC0F7C6941F999B3BEE8823DFA52"><enum>(2)</enum><text>by striking <quote>reporting</quote> and inserting <quote>report</quote>; and</text></paragraph>

<paragraph id="H220BABCE6F5D473AA50EC2594EA29210"><enum>(3)</enum><text>by inserting <quote>in prioritized order, with specific accounts and program elements identified,</quote> after <quote>evaluation facilities,</quote>.</text></paragraph></section>

<section id="H3E07B8A8D4084AC38677072CB9A49433"><enum>2808.</enum><header>Technical corrections and improvements to defense access road resilience</header><text display-inline="no-display-inline">Section 210 of title 23, United States Code, is amendedâ€"</text>

<paragraph id="HA423AC29BD1B4B0B83B3DCAFC09C67CB"><enum>(1)</enum><text>in subsection (a), by striking <quote>(a)(1) The Secretary</quote> and all that follows through the end of paragraph (1) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H591534941DD441CEBD0B0BA4B4DF697F" style="OLC">

<subsection id="H89C23C795D32405EA652ED4E90FD4D6E"><enum>(a)</enum><header>Authorization</header>

<paragraph id="H55805375D29943BF8772C7D62BE7F8D5"><enum>(1)</enum><header>In general</header><text>When defense access roads are certified to the Secretary as important to the national defense by the Secretary of Defense or such other official as the President may designate, the Secretary is authorized, out of the funds appropriated for defense access roads, to provide forâ€"</text>

<subparagraph id="HBA3818F95F5947A9AC37CF2F69559007"><enum>(A)</enum><text>the construction and maintenance of defense access roads (including bridges, tubes, tunnels, and culverts or other hydraulic appurtenances on those roads) toâ€"</text>

<clause id="HD7A394E914EF406C82F294B82EDD7F12"><enum>(i)</enum><text>military reservations;</text></clause>

<clause id="H577535453729458B9121B30E61CCE96C"><enum>(ii)</enum><text>defense industry sites;</text></clause>

<clause id="HAB827040B28E42478D2594CBEC2323F3"><enum>(iii)</enum><text>air or sea ports that are necessary for or are planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies; or</text></clause>

<clause id="H3CDFD7D82E8D44F5B043394B5C7DD928"><enum>(iv)</enum><text>sources of raw materials;</text></clause></subparagraph>

<subparagraph id="HBD50A9EE0CDB438FB473A0D8CF54FA4B"><enum>(B)</enum><text>the reconstruction or enhancement of, or improvements to, those roads to ensure the continued effective use of the roads, regardless of current or projected increases in mean tides, recurrent flooding, or other weather-related conditions or natural disasters; and</text></subparagraph>

<subparagraph id="H82186557334443C68305AC71DC45ECDD"><enum>(C)</enum><text>replacing existing highways and highway connections that are shut off from general public use by necessary closures, closures due to mean sea level fluctuation and flooding, or restrictions atâ€"</text>

<clause id="H5162F0E1447B4436AF563ED6D4E089A7"><enum>(i)</enum><text>military reservations;</text></clause>

<clause id="H4FA7ACFA00824D76A57B8070885C83A3"><enum>(ii)</enum><text>air or sea ports that are necessary for or are planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies; or</text></clause>

<clause id="HC0EE09C28251461799AE160D5D211233"><enum>(iii)</enum><text>defense industry sites.</text></clause></subparagraph></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H7DEA89317AD1459D98C0B75820CFB029"><enum>(2)</enum><text>in subsection

(b), by striking <quote>the construction and maintenance of</quote> and inserting <quote>construction, reconstruction, resurfacing, restoration, rehabilitation, and preservation of, or enhancements to,</quote>;</text></paragraph>

<paragraph id="H44856A09480A48B5A87CD2B8D2B0B9F0"><enum>(3)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H30DBCEB1B64842A9BACFD7CBD161B004"><enum>(A)</enum><text>by striking <quote>him</quote> and inserting <quote>the Secretary</quote>;</text></subparagraph>

<subparagraph id="H2B7DD71F121A4381BA1A0338847F8945"><enum>(B)</enum><text>by striking <quote>construction, maintenance, and repair work</quote> and inserting <quote>activities for construction, maintenance, reconstruction, enhancement, improvement, and repair</quote>;</text></subparagraph>

<subparagraph id="HE4C45BA2BD3D404DB2A6B0942F45974D"><enum>(C)</enum><text>by striking <quote>therein</quote> and inserting <quote>in those areas</quote>; and</text></subparagraph>

<subparagraph id="H645D6292A31944E7B1602D62B318C92E"><enum>(D)</enum><text>by striking <quote>condition for such training purposes and for repairing the damage caused to such highways by the operations of men and equipment in such training.</quote> and inserting the following:</text>

<quoted-block display-inline="yes-display-inline" id="HCC0DA5CFFA4A4BE5B749278F3C9FA23B" style="OLC"><text>condition forâ€"</text>

<paragraph id="HF542CB9BAB844BC182CDE7E92720E01C"><enum>(1)</enum><text>that training; and</text></paragraph>

<paragraph id="HB1EAF92F52D74480955A5CF0FCC31245"><enum>(2)</enum><text>repairing the damage to those highways caused byâ€"</text>

<subparagraph id="H7D6A4C6D90174609A2D8505CC0851EA6"><enum>(A)</enum><text>weather-related events, increases in mean high tide levels, recurrent flooding, or natural disasters; or</text></subparagraph>

<subparagraph id="H2610977E184747AC803686ECE906C614"><enum>(B)</enum><text>the operations of men and equipment in such training.</text></subparagraph></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H06F6C25FC298484598AE03B523681097"><enum>(4)</enum><text>in subsection (g)â€"</text>

<subparagraph id="H7983D15D8E484F21B36135D3A9A56ED1"><enum>(A)</enum><text>by striking <quote>he</quote> and inserting <quote>the Secretary</quote>; </text></subparagraph>

<subparagraph id="H172EBB40DB1346C9A94BA9CAB8E33412"><enum>(B)</enum><text>by striking <quote>construction which has been</quote> and inserting <quote>construction and other activities</quote>; and</text></subparagraph>

<subparagraph id="HA211F28EB3684C3EA71875379A3E1348"><enum>(C)</enum><text>by striking <quote>upon his demand</quote> and inserting <quote>upon demand by the Secretary</quote>; and </text></subparagraph></paragraph>

<paragraph id="HAC4BDAA3061543488C097D4C57C5AD5D"><enum>(5)</enum><text>by striking subsection (i) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H58463392D99746368165EF510253CA26" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HE5CF6337AF064BC0987A72091B1CD845"><enum>(i)</enum><header>Repair of certain damages and infrastructure</header><text>The funds appropriated to carry out this section may be used to pay the cost of repairing damage caused, or any infrastructure to mitigate a risk posed, to a defense access road by recurrent or projected recurrent flooding, sea level fluctuation, a natural disaster, or any other current or projected change in applicable environmental conditions, if the Secretary determines that continued access to a military installation, defense industry site, air or sea port necessary for or planned to be used for the deployment or sustainment of members of the Armed Forces, equipment, or supplies, or to a source of raw materials, has been or is

projected to be impacted by those events or conditions.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HB99E622C8E75471C8E2038A62275002F"><enum>2809.</enum><header>Military construction projects for child development centers at military installations</header>

<subsection id="HCB441D1BF44A4979A83B55B6A625923A"><enum>(a)</enum><header>Authorization of additional projects</header><text>In addition to any other military construction projects authorized under this Act, the Secretary of the military department concerned may carry out military construction projects for child development centers at military installations, as specified in the funding table in section 4601.</text></subsection>

<subsection id="H3F742DC5F9D143FAB2666F0C13EA5A1F"><enum>(b)</enum><header>Requiring report as condition of authorization</header>

<paragraph id="H7855CA9A96B54EF98142F747A8F46249"><enum>(1)</enum><header>Report</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary concerned shall submit to the congressional defense committees a report that describes the location, title, and cost, together with a Department of Defense Form 1391, for each project the Secretary concerned proposes to carry out under this section.</text></paragraph>

<paragraph id="H837D1BC52FE745ECB3337A3B2DA8A123"><enum>(2)</enum><header>Timing of availability of funds</header><text>No funds may be obligated or expended for a project under this sectionâ€"</text>

<subparagraph id="HE10F1B480FCE476E93DB7935351682B1"><enum>(A)</enum><text>unless the project is included in the report submitted under paragraph (1); and</text></subparagraph>

<subparagraph id="HB9F775ACC5074DBCB8FE589ED0ECC183"><enum>(B)</enum><text>until the expiration of the 30-day period beginning on the date on which the Secretary concerned submits the report under paragraph (1).</text></subparagraph></paragraph></subsection>

<subsection id="H871446C28466405494EE397949484717"><enum>(c)</enum><header>Expiration of authorization</header><text>Section 2002 shall apply with respect to the authorization of a military construction project under this section in the same manner as such section applies to the authorization of a project contained in titles XXI through XXX.</text></subsection></section>

<section id="HC8478DABCD9246F08ECBD8E3C387DDFA"><enum>2810.</enum><header>Prohibition on use of funds to reduce air base resiliency or demolish protected aircraft shelters in the European theater without creating a similar protection from attack</header><text display-inline="no-display-inline">No funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that reduces air base resiliency or demolishes protected aircraft shelters in the European theater, and the Department may not otherwise implement any such activity, without creating a similar protection from attack in the European theater until such time as the Secretary of Defense certifies to the congressional defense committees that protected aircraft shelters are not required in the European theater.</text></section>

<section id="HE5A30C34FAAC485798C1689439410480"><enum>2811.</enum><header>Prohibition on use of funds to close or return certain bases to the host nation</header><text display-inline="no-display-inline">No funds authorized to be appropriated by this Act for fiscal year 2020 for the Department of Defense may be obligated or expended to implement any activity that closes or returns to the host nation any existing base under the European Consolidation Initiative, and the Department shall not implement any such activity in fiscal year 2020, until the Secretary of Defense certifies that there is no longer a need for a rotational military presence in the European theater.</text></section></subtitle>

<subtitle id="H132B6E55D7FE41689A80956E4AD2F9D6"><enum>B</enum><header>Real Property and Facilities Administration</header>

<section id="H7FB37AC7403440D58D3B6219F509AEDC"><enum>2821.</enum><header>Improved energy security for main operating bases in Europe</header>

<subsection id="H34F49F6D3AEB4633B940712CA814BB8B"><enum>(a)</enum><header>Prohibition

on use of certain energy source</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that each contract for the acquisition of furnished energy for a covered military installation in Europe does not use any energy sourced from inside the Russian Federation as a means of generating the furnished energy for the covered military installation.</text></subsection>

<subsection id="HBC1B7E89E3BC4FADBA89E5BBB10C0462"><enum>(b)</enum><header>Waiver for national security interests</header>

<paragraph id="H5E5E374226C443498907E83D392C42C6"><enum>(1)</enum><header>Waiver authority; certification</header><text display-inline="yes-display-inline">The Secretary of Defense may waive application of subsection (a) to a specific contract for the acquisition of furnished energy for a covered military installation if the Secretary certifies to the congressional defense committees thatâ€"</text>

<subparagraph id="H9DFB549169154F418A076ED9EF82DC56"><enum>(A)</enum><text>the waiver of such subsection is necessary to ensure an adequate supply of furnished energy for the covered military installation; and</text></subparagraph>

<subparagraph id="HE8739007108F4889A48E92DB1AB61918"><enum>(B)</enum><text display-inline="yes-display-inline">the Secretary has balanced these national security requirements against the potential risk associated with reliance upon the Russian Federation for furnished energy.</text></subparagraph></paragraph>

<paragraph id="H95C3D8B6102A4C0FBEAB43DAA4680797"><enum>(2)</enum><header>Submission of waiver notice</header><text display-inline="yes-display-inline">Not later than 14 days before the execution of any energy contract for which a waiver is granted under paragraph (1), the Secretary of Defense shall submit to the congressional defense committees notice of the waiver. The waiver notice shall include the following:</text>

<subparagraph id="H3A9DF073ECFE4C40A75FC5FE06ADDB07"><enum>(A)</enum><text>The rationale for the waiver, including the basis for the certifications required by subparagraphs (A) and (B) of paragraph (1).</text></subparagraph>

<subparagraph id="H5E81A964320246CB89B72450F720D5D5"><enum>(B)</enum><text>An assessment of how the waiver may impact the European energy resiliency strategy.</text></subparagraph>

<subparagraph id="HE28628E5BE004D36A6C6EF40197884AF"><enum>(C)</enum><text>An explanation of the measures the Department of Defense is taking to mitigate the risk of using Russian Federation furnished energy.</text></subparagraph></paragraph></subsection>

<subsection id="H23C253BBAA5C473F85F90CAEC90C6787"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HFA7C92CBAF774871B039D3F43C262ADF"><enum>(1)</enum><text display-inline="yes-display-inline">The term <quote>covered military installation</quote> means a military installation in Europe identified by the Department of Defense as a main operating base. </text></paragraph>

<paragraph id="H23945B454AA14A7C8E497C8BF6D6DC4B"><enum>(2)</enum><text display-inline="yes-display-inline">The term <quote>furnished energy</quote> means energy furnished to a covered military installation in any form and for any purpose, including heating, cooling, and electricity.</text></paragraph></subsection>

<subsection id="H672BD4E8CE644508B3D7195D36E64F5E"><enum>(d)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 2811 of the Military Construction Authorization Act for Fiscal Year 2019 (division B of Public Law 115â€"232; 132 Stat. 2266) is repealed.</text></subsection></section>

<section id="H0E15171F4F3E46C1BFC025DE66D6F01C"><enum>2822.</enum><header>Access to Department of Defense installations for credentialed transportation workers</header><text display-inline="no-display-inline">Section 1050(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 10 U.S.C. 113 note) is amended to read as follows:</text>

<quoted-block style="OLC" id="H66674948EB6843A4BA5D278A6EAE4B49" display-inline="no-display-inline">

<subsection id="H423DDEAAFD7440F989A54FFA18F939E9"><enum>(a)</enum><header>Access to installations for credentialed transportation workers</header><text display-inline="yes-display-inline">The Secretary of Defense, to the extent practicable, shall ensure that the Transportation Worker Identification Credential is accepted as a valid credential for unescorted access to Department of Defense installations by transportation workers.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H8CA32CCD914E481D83B0920FDEEA33AF"><enum>2823.</enum><header>Improved recording and maintaining of Department of Defense real property data</header>

<subsection id="H74980BCAA12E4FF7AC8CE5AE70B7CD4A"><enum>(a)</enum><header>Initial report</header><text display-inline="yes-display-inline">Not later than 150 days after the date of the enactment of this Act, the Undersecretary of Defense for Acquisition and Sustainment shall submit to the congressional defense committees a report that evaluates service-level best practices for recording and maintaining real property data.</text></subsection>

<subsection id="HFF0DA5C00A694820BD8D7BE331FCE936"><enum>(b)</enum><header>Issuance of guidance</header><text display-inline="yes-display-inline">Not later than 300 days after the date of the enactment of this Act, the Undersecretary of Defense for Acquisition and Sustainment shall issue service-wide guidance on the recording and collection of real property data based on the best practices described in the report.</text></subsection></section></subtitle>

<subtitle id="HBA4EA220CF564653A92F8597D60CAC78"><enum>C</enum><header>Land Conveyances</header>

<section id="HC70B3D876BAF44ABB9595FBACB406432" section-type="subsequent-section"><enum>2831.</enum><header>Land conveyance, Hill Air Force Base, Ogden, Utah</header>

<subsection id="H4059054AE8854381AA00A57FDF7E25D8"><enum>(a)</enum><header>Conveyance required</header><text display-inline="yes-display-inline">The Secretary of the Air Force may convey, for no monetary consideration, to the State of Utah or a designee of the State of Utah (in this section referred to as the <quote>State</quote>) all right, title, and interest of the United States in and to a parcel of real property, including improvements thereon, consisting of approximately 35 acres located at Hill Air Force Base commonly known as the <quote>Defense Nontactical Generator and Rail Center</quote> and such real property adjacent to the Center as the parties consider to be appropriate, for the purpose of permitting the State to construct a new interchange for Interstate 15.</text></subsection>

<subsection id="H7EDF186E96C94D28B443FE83A5852482"><enum>(b)</enum><header>Condition precedent</header><text>The conveyance authorized by subsection (a) shall be contingent upon the relocation of the Defense Nontactical Generator and Rail Center.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE89706FF16B14EE7ACDEE9777F85B4A4"><enum>(c)</enum><header display-inline="yes-display-inline">Termination and reentry</header><text display-inline="yes-display-inline">If the State does not meet the conditions required under subsection (d) by the date that is five years after the date of the conveyance authorized by subsection (a), or such later date as the Secretary of the Air Force and the State may agree is reasonably necessary due to unexpected circumstances, the Secretary of the Air Force may terminate such conveyance and reenter the property.</text></subsection>

<subsection id="H6392E6331C5E4E849F04A7EEDA043C36"><enum>(d)</enum><header>Consideration and conditions of conveyance</header><text>In consideration of and as a condition to the conveyance authorized by subsection (a), the State shall agree to the following:</text>

<paragraph id="H7E31D2C6EB404ACFA580EFAE48485E3A"><enum>(1)</enum><text>Not later than two years after the conveyance, the State shall, at no cost to the United States Governmentâ€"</text>

<subparagraph id="H538B6BFCA64B4A3588990465FD2D3F61"><enum>(A)</enum><text>demolish all improvements and associated infrastructure existing on the property; and</text></subparagraph>

<subparagraph id="HEFC2F57793784D8486EFBE8913553B64"><enum>(B)</enum><text>conduct environmental cleanup and remediation of the property, as required by law and approved by the Utah Department of Environmental Quality, for the planned redevelopment and use of the property.</text></subparagraph></paragraph>

<paragraph id="H6EB5A35FFAF04499905AE62C280D8346"><enum>(2)</enum><text>Not later than three years after the completion of the cleanup and remediation under paragraph (1)(B), the State, at no cost to the United States Government, shall construct on Hill Air Force Base a new gate for vehicular and pedestrian traffic in and out of Hill Air Force Base in compliance with all applicable construction and security requirements and such other requirements as the Secretary of the Air Force may consider necessary.</text></paragraph>

<paragraph id="H5F08BCEC9F4848FFBD2D819F28B551EE"><enum>(3)</enum><text>That the State shall coordinate the demolition, cleanup, remediation, design, redevelopment, and construction activities performed pursuant to the conveyance under subsection (a) with the Secretary of the Air Force, the Utah Department of Transportation, and the Utah Department of Environmental Quality.</text></paragraph></subsection>

<subsection id="H56087E975EE14CC4AA0E535B512711A9"><enum>(e)</enum><header>Environmental obligations</header><text display-inline="yes-display-inline">The State shall not have any obligation with respect to cleanup and remediation of an environmental condition on the property to be conveyed under subsection (a) unless the condition was in existence and known before the date of the conveyance or the State exacerbates the condition which then requires further remediation.</text></subsection>

<subsection id="HFC7D9847695B47A0BB4C6DF62BA4BBAC"><enum>(f)</enum><header>Payment of costs of conveyance</header>

<paragraph id="H8DD480BA363D4827BBDEB41D704D8686"><enum>(1)</enum><header>Payment required</header><text>The Secretary of the Air Force shall require the State to cover costs to be incurred by the Secretary, or to reimburse the Secretary for such costs incurred, to carry out the conveyance under subsection (a), including survey costs, costs for environmental documentation, and other administrative costs related to the conveyance. If amounts are collected from the State in advance of the Secretary incurring actual costs, and the amount collected exceeds the costs actually incurred by the Secretary to carry out the conveyance, the Secretary shall refund the excess amount to the State.</text></paragraph>

<paragraph id="H710AF28466C046DEB8390B7EA47CE839"><enum>(2)</enum><header>Treatment of amounts received</header><text>Amounts received as reimbursement under paragraph (1) shall be credited to the fund or account that was used to cover the costs incurred by the Secretary in carrying out the conveyance under subsection (a) or to an appropriate fund or account currently available to the Secretary for the purposes for which the costs were paid. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H49A07B01B07C411C9B68B0D6AA4394DA"><enum>(g)</enum><header>Description of property</header><text>The exact acreage and legal description of the property to be conveyed under subsection (a) shall be determined by a survey satisfactory to the Secretary of the Air Force and the State.</text></subsection>

<subsection id="H15D87BFFF6ED46AA8CD00901301C172A"><enum>(h)</enum><header>Savings provision</header><text display-inline="yes-display-inline">Nothing in this section shall be construed to affect or limit the application of, or any obligation to comply with, any environmental law, including the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.) and the Solid Waste Disposal Act (42 U.S.C. 6901 et seq.).</text></subsection></section>

<section id="HE6653A216E164DB797C0489F9C595F85"><enum>2832.</enum><header>Release of interests retained in Camp Joseph T. Robinson, Arkansas, for use of such land as a veterans cemetery</header>

<subsection id="H18EE8F575C074389B79D324E4159A65D"><enum>(a)</enum><header>Release of retained interests</header>

<paragraph id="H60E2BFD02FF747E28DF87905AC70A02A"><enum>(1)</enum><header>In general</header><text>With respect to a parcel of land at Camp Joseph T. Robinson, Arkansas, consisting of approximately 141.52 acres that lies in a part of section 35, township 3 north, range 12 west, Pulaski County, Arkansas, and comprising a portion of the property conveyed by the United States to the State of Arkansas for training of the National Guard and for other military purposes pursuant to <quote>An Act authorizing the transfer of part of Camp Joseph T. Robinson to the State of Arkansas</quote>, approved June 30, 1950 (64 Stat. 311, chapter 429), the Secretary of the Army may release the terms and conditions imposed, and reversionary interests retained, by the United States under section 2 of such Act, and the right to reenter and use the property retained by the United States under section 3 of such Act.</text></paragraph>

<paragraph id="H10E092CEA0FC430EB1B13ACEF16E032E"><enum>(2)</enum><header>Impact on other rights or interests</header><text>The release of terms and conditions and retained interests under paragraph (1) with respect to the parcel described in such paragraph shall not be construed to alter the rights or interests retained by the United States with respect to the remainder of the real property conveyed to the State of Arkansas under the Act described in such paragraph.</text></paragraph></subsection>

<subsection id="H4B3FA4715773458B98F0259B8D62A372"><enum>(b)</enum><header>Instrument of release and description of property</header>

<paragraph id="H129DFFFDAD9B446F819DA4540E49EB68"><enum>(1)</enum><header>In general</header><text>The Secretary of the Army may execute and file in the appropriate office a deed of release, amended deed, or other appropriate instrument reflecting the release of terms and conditions and retained interests under subsection (a).</text></paragraph>

<paragraph id="H2FD5B600F07A4FC59BB252582DA5168E"><enum>(2)</enum><header>Legal description</header><text>The exact acreage and legal description of the property described in subsection (a) shall be determined by a survey satisfactory to the Secretary of the Army.</text></paragraph></subsection>

<subsection id="H9B821E82EB7A480791563C8A2248B461"><enum>(c)</enum><header>Conditions on release and reversionary interest</header>

<paragraph id="H417B7F189AC14C89BEB065A2442FA7D6"><enum>(1)</enum><header>Expansion of veterans cemetery and reversionary interest</header>

<subparagraph id="HAC4F0837109C4B688B8CD6BBC9663F12"><enum>(A)</enum><header>Expansion of veterans cemetery</header><text>The State of Arkansas may use the parcel of land described in subsection (a)(1) only for the expansion of the Arkansas State Veterans Cemetery.</text></subparagraph>

<subparagraph id="H05C3269FF4D64D20A5C5EB45E2E6E37D"><enum>(B)</enum><header>Reversionary interest</header><text>If the Secretary of the Army determines at any time that the parcel of land described in subsection (a)(1) is not being used in accordance with the purpose specified in subparagraph (A), all right, title, and interest in and to the land, including any improvements thereto, shall, at the option of the Secretary, revert to and become the property of the United States, and the United States shall have the right of immediate entry onto such parcel.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB9ED1CA66E6B4352A72AB8E3419ACCFE"><enum>(2)</enum><header display-inline="yes-display-inline">Additional terms and conditions</header><text display-inline="yes-display-inline">The Secretary of the Army may require in the instrument of release such additional terms and conditions in connection with the release of terms and conditions and retained interests under subsection (a) as the Secretary considers appropriate to protect the interests of the United States.</text></paragraph></subsection>

<subsection id="H8084A417E8164637B65898138892E823"><enum>(d)</enum><header>Payment of administrative costs</header>

<paragraph id="H78E6ABC55BB84445A0052F8BF00118C3"><enum>(1)</enum><header>Payment required</header>

<subparagraph id="H48EE8026DC9B4930AD53E43AD8370161"><enum>(A)</enum><header>In general</header><text>The Secretary of the Army may require the State of Arkansas to cover costs to be incurred by the Secretary, or to reimburse the Secretary for costs

incurred by the Secretary, to carry out the release of terms and conditions and retained interests under subsection (a), including survey costs, costs related to environmental documentation, and other administrative costs related to the release.</text></subparagraph>

<subparagraph id="HFD3FEBA7C2FF4BE4B5C2FB7847A7FC5D"><enum>(B)</enum><header>Refund of amounts</header><text>If amounts paid to the Secretary by the State of Arkansas in advance under subparagraph (A) exceed the costs actually incurred by the Secretary to carry out the release, the Secretary shall refund the excess amount to the State.</text></subparagraph></paragraph>

<paragraph id="H6DE6DDBCA622485588D9704610C5F117"><enum>(2)</enum><header>Treatment of amounts received</header><text>Amounts received under paragraph (1) as reimbursement for costs incurred by the Secretary to carry out the release of terms and conditions and retained interests under subsection (a) shall be credited to the fund or account that was used to cover the costs incurred by the Secretary in carrying out the release. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.</text></paragraph></subsection></section>

<section id="H92FD3C612E7F46DA90B0AF13F2429AC0" section-type="subsequent-section"><enum>2833.</enum><header>Modification of authorized uses of certain property conveyed by the United States in Los Angeles, California</header>

<subsection id="H9B77D0D510444D9ABC3052974D4E5A27"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 2 of Public Law 85â€"236 (71 Stat. 517) is amended in the first sentence by inserting after <quote>for other military purposes</quote> the following: <quote>and for purposes of meeting the needs of the homeless (as that term is defined in section 103 of the McKinney-Vento Homeless Assistance Act (42 U.S.C. 11302))</quote>.</text></subsection>

<subsection id="H5684D635706D472DB1E20571CEF677D2"><enum>(b)</enum><header>Modification of use</header>

<paragraph id="H83215513FE8E4DDF8F93DD1F1140FBDD"><enum>(1)</enum><header>Application</header><text display-inline="yes-display-inline">The State of California shall submit to the Administrator of General Services an application for use of the property conveyed by section 2 of Public Law 85â€"236 for purposes of meeting the needs of the homeless in accordance with the amendment made by subsection (a).</text></paragraph>

<paragraph id="H50AF45DFC9AF44E69BAD4E4D3CCF02F1"><enum>(2)</enum><header>Review of application</header><text display-inline="yes-display-inline">Not later than 60 days after the date of receipt of an application pursuant to paragraph (1), the Administrator and the Secretary of Health and Human Services shall jointly determine whether the use of the property described in the application is a use for purposes of meeting the needs of the homeless.</text></paragraph>

<paragraph id="HCE53595EEEEC4DAD81AC7CF06390243A"><enum>(3)</enum><header>Compatibility with military purposes</header><text display-inline="yes-display-inline">Before executing any instrument of modification of the deed of conveyance, the Administrator and the Secretary shall request a review by the Chief of the National Guard Bureau, in consultation with the Secretary of the Army, to ensure that any modification of the use of the property described in the application is compatible with the current and anticipated future use of the property for training members of the National Guard and other military purposes.</text></paragraph>

<paragraph id="HE057111AF179490AA8F641DC17775AA2"><enum>(4)</enum><header>Modification of instrument of conveyance</header><text display-inline="yes-display-inline">If the Chief of the National Guard Bureau determines pursuant to the review under paragraph (3) that the modification of the use of the property described in the application is compatible with the use of the property for training members of the National Guard and other military purposes, the Administrator shall execute and record in the appropriate office an instrument of modification of the deed of conveyance executed pursuant to Public Law 85â€"236 in order to authorize such use of the property described in the application. The instrument shall be filed within 60 days of such determination and include such additional terms and conditions as the Administrator considers appropriate to protect the interests of the United States.</text></paragraph></subsection></section>

<section id="H62E00DD2D8CE4165A2E77EF9BF36ABF7"><enum>2834.</enum><header>Transfer of administrative jurisdiction over certain parcels of Federal land in Arlington, Virginia</header>

<subsection id="H87BEEF4BA1B141A28D1692FB9F162DA6"><enum>(a)</enum><header>Transfer to the Secretary of the Army</header>

<paragraph id="H66B9FB33660C4F70B78039F3A08A2440"><enum>(1)</enum><header>Transfer</header><text>Administrative jurisdiction over the parcel of Federal land described in paragraph (2) is transferred from the Secretary of the Interior to the Secretary of the Army.</text></paragraph>

<paragraph id="HE433E21314E74A73B3A81F3657EFE20C"><enum>(2)</enum><header>Description of land</header><text>The parcel of Federal land referred to in paragraph (1) is the approximately 16.09-acre parcel of land in Arlington, Virginia, as depicted on the map entitled <quote>Arlington National Cemetery, Memorial Aveâ€"NPS Parcel</quote> and dated February 11, 2019.</text></paragraph></subsection>

<subsection id="HDBB4017A6FFC4E17BCA8E1C3F09BB61E"><enum>(b)</enum><header>Transfer to the Secretary of the Interior</header>

<paragraph id="HFF7C90C6F9E745498639AF243F6316CD"><enum>(1)</enum><header>Transfer</header><text>Administrative jurisdiction over the parcel of Federal land described in paragraph (2) is transferred from the Secretary of the Army to the Secretary of the Interior.</text></paragraph>

<paragraph id="HB3517F2F17B545C0B175D63C3B1EB45F"><enum>(2)</enum><header>Description of land</header><text>The parcel of Federal land referred to in paragraph (1) is the approximately 1.04-acre parcel of land in Arlington, Virginia, as depicted on the map entitled <quote>Arlington National Cemeteryâ€"Chaffee NPS Land Swap</quote> and dated October 31, 2018.</text></paragraph></subsection>

<subsection id="H9CC1ACE09FCF4CF18720B3E431010A5C"><enum>(c)</enum><header>Land surveys</header><text>The exact acreage and legal description of a parcel of Federal land described in subsection (a)(2) or (b)(2) shall be determined by a survey satisfactory to the Secretary of the Army and the Secretary of the Interior.</text></subsection>

<subsection id="H83832879C9884756A966E141DB41B6A0"><enum>(d)</enum><header>Authority to correct errors</header><text>The Secretary of the Army and the Secretary of the Interior may correct any clerical or typographical error in a map described in subsection (a)(2) or (b)(2).</text></subsection>

<subsection id="H6273B4A38E0A4CFCA57B7767A8B50150"><enum>(e)</enum><header>Terms and conditions</header>

<paragraph id="H3B24CC5715764625B3934F4C34F75EB0"><enum>(1)</enum><header>No reimbursement or consideration</header><text>A transfer by subsection (a)(1) or (b)(1) shall be without reimbursement or consideration.</text></paragraph>

<paragraph id="H171420951FC74251B7062ABF762DFB6D"><enum>(2)</enum><header>Continued recreational access</header><text>The use of a bicycle trail or recreational access within a parcel of Federal land described in subsection (a)(2) or (b)(2) in which the use or access is authorized before the date of the enactment of this Act shall be allowed to continue after the transfer of the applicable parcel of Federal land by subsection (a)(1) or (b)(1).</text></paragraph>

<paragraph id="HCAEC25570D7546C591AB7EECE0626955"><enum>(3)</enum><header>Management of parcel transferred to Secretary of the Army</header>

<subparagraph id="H55073A74F6BD4B868404465E2D4892A5"><enum>(A)</enum><header>In general</header><text>The parcel of Federal land transferred to the Secretary of the Army by subsection (a)(1) shall be administered by the Secretary of the Armyâ€"</text>

<clause id="H8D5343EF72374B9A90050781D5148C0E"><enum>(i)</enum><text>as part of Arlington National Cemetery; and</text></clause>

<clause id="H03A88DA18AF94A73A6A3BA8D8BCC5E2E"><enum>(ii)</enum><text>in accordance with applicable law, includingâ€"</text>

<subclause id="H1FBC32B49CA54422BA3D9B29361E73BD"><enum>(I)</enum><text>regulations; and</text></subclause>

<subclause id="H35876A8C432840769AB7287D1A635B10"><enum>(II)</enum><text>section 2409 of title 38, United States Code.</text></subclause></clause></subparagraph>

<subparagraph id="HE7287301F1924BB49FEEBE169F08F49C"><enum>(B)</enum><header>Memorandum of understanding on operation of maintenance of memorial</header>

<clause id="H25A2557B2AD7467EA7B7F6E5C2A720E8"><enum>(i)</enum><header>In general</header><text>The Secretary of the Army shall seek to enter into a memorandum of understanding with the Women in Military Service for America Memorial Foundation, Inc., to define roles and responsibilities for the shared responsibility and resources for operation and maintenance of the Women in Military Service for America Memorial and the surrounding grounds.</text></clause>

<clause id="H74724C8F941449BABAC1A54705DE4512"><enum>(ii)</enum><header>Allocation of amounts</header><text>The Secretary of the Army may, pursuant to the memorandum of understanding described in clause (i), allocate amounts to the foundation described in that clause to support operation and maintenance of the memorial described in that clause.</text></clause></subparagraph></paragraph>

<paragraph id="H4971620353AC428FBE66A3D7B540902B"><enum>(4)</enum><header>Management of parcel transferred to Secretary of the Interior</header><text>The parcel of Federal land transferred to the Secretary of the Interior by subsection (b)(1) shall beâ€"</text>

<subparagraph id="H84AC3DC4B7704944B759D95D17BA9B32"><enum>(A)</enum><text>included within the boundary of Arlington House, The Robert E. Lee Memorial; and</text></subparagraph>

<subparagraph id="H1197B820B3D24A318A6624658FB524BF"><enum>(B)</enum><text>administered by the Secretary of the Interiorâ€"</text>

<clause id="HB9A36AC1B86A49DEB4D5D41F3A250543"><enum>(i)</enum><text>as part of the memorial referred to in subparagraph (A); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H46DB5BFEF2C84F92AA9BCFC12EB19546"><enum>(ii)</enum><text>in accordance with applicable law (including regulations).</text></clause></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="HBC7DDE52EE324F66B8B1892E091B9D2A"><enum>D</enum><header>Military Land Withdrawals</header>

<section id="H7B3BE6684C0F4300B6DA485F3043D525"><enum>2841.</enum><header>Public notice regarding upcoming periods of Secretary of the Navy management of Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area</header>

<subsection id="HC0B9A9FD0C2E4F8DA59E763B774B8082"><enum>(a)</enum><header>Public notice required</header><text display-inline="yes-display-inline">Section 2942(b)(2) of the Military Land Withdrawals Act of 2013 (title XXIX of Public Law 113â€"66; 127 Stat. 1036) is amended by adding at the end the following new subparagraph: </text>

<quoted-block style="OLC" id="H330DFDC11B4F488995867D2ED24758D7" display-inline="no-display-inline">

<subparagraph id="H2B4A8A28D5FB4C60AA02720164341577"><enum>(D)</enum><header>Public notice</header><text display-inline="yes-display-inline">Not later than one year before the date on which a 30-day period of Secretary of the Navy management of the Shared Use Area commences, the Secretary of the Navy, acting through the Resource Management Group established pursuant to section 2944, shall notify the public of such date of commencement and the intention of the Armed Forces to use the Shared Use Area for military training purposes. The Secretary of the Navy, upon notice to the Secretary of the Interior, may waive such public notice in the event of an emergent military training requirement.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H1D7C9BDE57644C0FAB350632CDD6F74C"><enum>(b)</enum><header>Application of amendment</header><text display-inline="yes-display-inline">Subparagraph (D) of

section 2942(b)(2) of the Military Land Withdrawals Act of 2013 (title XXIX of Public Law 113â€"66; 127 Stat. 1036), as added by subsection (a), shall apply to periods of Secretary of the Navy management of the Shared Use Area of the Johnson Valley Off-Highway Vehicle Recreation Area under such section that commence on or after January 1, 2021.</text></subsection></section></subtitle>

<subtitle id="H974C1C05AA9D4551B28D66BE81692DE8"><enum>E</enum><header>White Sands National Park and White Sands Missile Range</header>

<section id="HC741A475793A441590275AE59B6183A9"><enum>2851.</enum><header>White Sands Missile Range Land Enhancements</header>

<subsection id="H69E3D06C613A4AED94210035DE70E0C6"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H29CC3E97E8FA412A8ACF789908DB01BC"><enum>(1)</enum><header>Map</header><text>The term <term>Map</term> means the map entitled <quote>White Sands National Park Proposed Boundary Revision & Transfer of Lands Between National Park Service & Department of the Army</quote>, numbered 142/136,271, and dated February 14, 2017.</text></paragraph>

<paragraph id="HD5813DB35F1841F5BFD42F18E14614FA"><enum>(2)</enum><header>Military munitions</header><text>The term <term>military munitions</term> has the meaning given the term in section 101(e) of title 10, United States Code.</text></paragraph>

<paragraph id="H80CF25A44049493B97427CDF37185D75"><enum>(3)</enum><header>Missile range</header><text>The term <term>missile range</term> means the White Sands Missile Range, New Mexico, administered by the Secretary of the Army.</text></paragraph>

<paragraph id="HBE9E49BCC8D141C68837C32D0E46523B"><enum>(4)</enum><header>Monument</header><text>The term <term>Monument</term> means the White Sands National Monument, New Mexico, established by Presidential Proclamation No. 2025 (54 U.S.C. 320301 note), dated January 18, 1933, and administered by the Secretary of the Interior.</text></paragraph>

<paragraph id="H66D193F997594EB8800934E952FBDF90"><enum>(5)</enum><header>Munitions debris</header><text>The term <term>munitions debris</term> has the meaning given the term in volume 8 of the Department of Defense Manual Number 6055.09-M entitled <quote>DoD Ammunitions and Explosives Safety Standards</quote> and dated February 29, 2008 (as in effect on the date of the enactment of this Act).</text></paragraph>

<paragraph id="H9E8B0EE5377A4D8DBB9EE55B1C427B0D"><enum>(6)</enum><header>Park</header><text>The term <term>Park</term> means the White Sands National Park established by subsection (b)(1).</text></paragraph>

<paragraph id="HF3DF0A64AB464F709FF759E30EFBA41D"><enum>(7)</enum><header>Public Land Order</header><text>The term <term>Public Land Order</term> means Public Land Order 833, dated May 21, 1952 (17 Fed. Reg. 4822).</text></paragraph>

<paragraph id="H2C4777DC1EF3409993A05358819E97F1"><enum>(8)</enum><header>State</header><text>The term <term>State</term> means the State of New Mexico.</text></paragraph></subsection>

<subsection id="HA6EBD42181434D6589C2DF96968B83A8"><enum>(b)</enum><header>White Sands National Park</header>

<paragraph id="H4AC4745CE93A43918CE8D76759534282"><enum>(1)</enum><header>Establishment</header><text>To protect, preserve, and restore its scenic, scientific, educational, natural, geological, historical, cultural, archaeological, paleontological, hydrological, fish, wildlife, and recreational values and to enhance visitor experiences, there is established in the State the White Sands National Park as a unit of the National Park System.</text></paragraph>

<paragraph id="HE3C1E5B4D8DE4061A5FDD4B4A0A2C57A"><enum>(2)</enum><header>Abolishment of White Sands National Monument</header>

<subparagraph

id="H4DAAE0ECBC1E4E479E027E2C1EF5A00C"><enum>(A)</enum><header>Abolishment</header><text>Due to the establishment of the Park, the Monument is abolished.</text></subparagraph>

<subparagraph id="HF875C1D69D4F4CA4AAB609066E444302"><enum>(B)</enum><header>Incorporation</header><text>The land and interests in land that comprise the Monument are incorporated in, and shall be considered to be part of, the Park.</text></subparagraph></paragraph>

<paragraph id="HDDEC3C9D25814A26AFBC74115E75D7EC"><enum>(3)</enum><header>References</header><text>Any reference in a law, map, regulation, document, paper, or other record of the United States to the <quote>White Sands National Monument</quote> shall be considered to be a reference to the <quote>White Sands National Park</quote>.</text></paragraph>

<paragraph id="HD942D04A6B494933A0E5F0FEB0B9BF22"><enum>(4)</enum><header>Availability of Funds</header><text>Any funds available for the Monument shall be available for the Park.</text></paragraph>

<paragraph id="H10D394086B794C8D9954D461CFF0CDF6"><enum>(5)</enum><header>Administration</header><text>The Secretary of the Interior shall administer the Park in accordance withâ€"</text>

<subparagraph id="H12D90AB06A7945A6A4901F6E271C3A1A"><enum>(A)</enum><text>this subsection; and</text></subparagraph>

<subparagraph id="H1C8EFBAAB2E1450D95AA88D67D8A7AB0"><enum>(B)</enum><text>the laws generally applicable to units of the National Park System, including section 100101(a), chapter 1003, sections 100751(a), 100752, 100753, and 102101, and chapter 3201 of title 54, United States Code.</text></subparagraph></paragraph>

<paragraph id="HD61DB646DF5146FEAEC9D33B2FA77CF9"><enum>(6)</enum><header>World Heritage List nomination</header>

<subparagraph id="HF544F85FDB6648A281C2119F43CC6AA6"><enum>(A)</enum><header>County concurrence</header><text>The Secretary of the Interior shall not submit a nomination for the Park to be included on the World Heritage List of the United Nations Educational, Scientific and Cultural Organization unless each county in which the Park is located concurs in the nomination.</text></subparagraph>

<subparagraph id="H7C81208822CA468AA28B96AAF74BDCF7"><enum>(B)</enum><header>Army notification</header><text>Before submitting a nomination for the Park to be included on the World Heritage List of the United Nations Educational, Scientific and Cultural Organization, the Secretary of the Interior shall notify the Secretary of the Army of the intent of the Secretary of the Interior to nominate the Park.</text></subparagraph></paragraph>

<paragraph id="H21AEF76AEC8F42E8959EE2F8471AE2C9"><enum>(7)</enum><header>Effect</header><text>Nothing in this subsection affectsâ€"</text>

<subparagraph id="HF5901EC660D84FA3B3FDD17A5554B5E0"><enum>(A)</enum><text>valid existing rights (including water rights);</text></subparagraph>

<subparagraph id="H137BDC45A4F14249BA27039700FC86ED"><enum>(B)</enum><text>permits or contracts issued by the Monument;</text></subparagraph>

<subparagraph id="HFF5FDA6A38EE459D86BA5FF12730F03F"><enum>(C)</enum><text>existing agreements, including agreements with the Department of Defense;</text></subparagraph>

<subparagraph id="H4AB3927AE8A94A82A96F0B6BBD9C3F59"><enum>(D)</enum><text>the jurisdiction of the Department of Defense regarding the restricted airspace above the Park; or</text></subparagraph>

<subparagraph id="H3923DB9B36B049A4AF2ED0F1F485311B"><enum>(E)</enum><text>the airshed classification of the Park under the <act-name parsable-cite="CAA">Clean Air Act</act-name> (42 U.S.C. 7401 et seq.).</text></subparagraph></paragraph></subsection>

<subsection id="H91464E8DAA744FA5BF8421FA8AD0D897"><enum>(c)</enum><header>Modification of boundaries of White Sands National Park and White Sands Missile Range</header>

<paragraph id="H24034B0DD96F45A384C130C95B14CA2A"><enum>(1)</enum><header>Transfers of administrative jurisdiction</header>

<subparagraph id="HE4F16814F338430EA000BD26C150CE16"><enum>(A)</enum><header>Transfer of administrative jurisdiction to the Secretary of the Interior</header>

<clause id="HFE3FD9CD10F644D58EBB770FF245B974"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">Administrative jurisdiction over the land described in clause (ii) is transferred from the Secretary of the Army to the Secretary of the Interior.</text></clause>

<clause id="H948018A3E676436C9CBA933C0E19044E"><enum>(ii)</enum><header>Description of land</header><text display-inline="yes-display-inline">The land referred to in clause (i) isâ€"</text>

<subclause id="HB805AE2F7B144E3591FBB4DA8C8D6F2F"><enum>(I)</enum><text>the approximately 2,826 acres of land identified as <quote>To NPS, lands inside current boundary</quote> on the Map; and</text></subclause>

<subclause id="H8C82902F0B0449939678B178C9D54121"><enum>(II)</enum><text>the approximately 5,766 acres of land identified as <quote>To NPS, new additions</quote> on the Map.</text></subclause></clause></subparagraph>

<subparagraph id="H234DA33BC65B49C48B4DB7E834259C92"><enum>(B)</enum><header>Transfer of administrative jurisdiction to the Secretary of the Army</header>

<clause id="H4F91152438AC4831A5D8EB74A01942D2"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">Administrative jurisdiction over the land described in clause (ii) is transferred from the Secretary of the Interior to the Secretary of the Army.</text></clause>

<clause id="H8FE5C0C5540F4D48B64C12BB2E238836"><enum>(ii)</enum><header>Description of land</header><text>The land referred to in clause (i) is the approximately 3,737 acres of land identified as <quote>To DOA</quote> on the Map.</text></clause></subparagraph></paragraph>

<paragraph id="HFD32FDEA7D6B4402B194D85BDCA45012"><enum>(2)</enum><header>Boundary modifications</header>

<subparagraph id="HB5DAE72AD34048CD8C359238D8E6420A"><enum>(A)</enum><header>Park</header>

<clause id="H662C7FFED53A44829B23C38E32B32F3D"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">The boundary of the Park is revised to reflect the boundary depicted on the Map.</text></clause>

<clause id="HB36FD4CBC2F447188D231BF2F4DDC7AE"><enum>(ii)</enum><header>Map</header>

<subclause id="H9A40B8738E7C45F7B67070BC14322BE6"><enum>(I)</enum><header>In general</header><text>The Secretary of the Interior, in coordination with the Secretary of the Army, shall prepare and keep on file for public inspection in the appropriate office of the Secretary of the Interior a map and a legal description of the revised boundary of the Park.</text></subclause>

<subclause id="H5E8CF84A4E574B88AB2D1C38CE9E5AB0"><enum>(II)</enum><header>Effect</header><text>The map and legal description under subclause (I) shall have the same force and effect as if included in this section, except that the Secretary of the Interior may correct clerical and typographical errors in the map and legal description.</text></subclause></clause>

<clause id="HD0E34C8CE6C64FCEB7D2A3ACB4AC580E"><enum>(iii)</enum><header>Boundary survey</header><text>As soon as practicable after the date of the establishment of the Park and subject to the availability of funds, the Secretary of the Interior shall complete an official boundary survey of the Park.</text></clause></subparagraph>

<subparagraph id="HBC36637B65D14443B252236AD952F6BA"><enum>(B)</enum><header>Missile range</header>

<clause id="H6C06827B867B4056B3C5601219C5F8DD"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">The boundary of the missile range and the Public Land Order are modified to exclude the land transferred to the

Secretary of the Interior under paragraph (1)(A) and to include the land transferred to the Secretary of the Army under paragraph (1)(B).</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H09DD580EE1D84B90914177B50F3AC2BB"><enum>(ii)</enum><header display-inline="yes-display-inline">Map</header><text display-inline="yes-display-inline">The Secretary of the Interior shall prepare a map and legal description depicting the revised boundary of the missile range.</text></clause></subparagraph>

<subparagraph id="H940F563CE1CE411382871A8EDD510B6E"><enum>(C)</enum><header>Conforming amendment</header><text>Section 2854 of the National Defense Authorization Act for Fiscal Year 1997 (Public Law 104â€"201; 54 U.S.C. 320301 note) is repealed.</text></subparagraph></paragraph>

<paragraph id="HA32837C1079F4929A75460B22168D89C"><enum>(3)</enum><header>Administration</header>

<subparagraph id="H4EBD7F06A2D94A9E85AADD31C4347AB7"><enum>(A)</enum><header>Park</header><text>The Secretary of the Interior shall administer the land transferred under paragraph (1)(A) in accordance with laws (including regulations) applicable to the Park.</text></subparagraph>

<subparagraph id="HE27092B620C248F3A85ECFAD2318E435"><enum>(B)</enum><header>Missile range</header><text>Subject to subparagraph (C), the Secretary of the Army shall administer the land transferred to the Secretary of the Army under paragraph (1)(B) as part of the missile range.</text></subparagraph>

<subparagraph id="HE07D59C991144013B855D1FF4647DB80"><enum>(C)</enum><header>Infrastructure; resource management</header>

<clause commented="no" id="H4835B1B47546462DA95C89B27D96218E"><enum>(i)</enum><header>Range Road 7</header>

<subclause commented="no" id="H5313D3F3CD70409D8657A5A4A2D94D04"><enum>(I)</enum><header>Infrastructure management</header><text>To the maximum extent practicable, in planning, constructing, and managing infrastructure on the land described in subclause (III), the Secretary of the Army shall apply low-impact development techniques and strategies to prevent impacts within the missile range and the Park from stormwater runoff from the land described in that subclause.</text></subclause>

<subclause commented="no" id="H6754C689B93840F4B15BA73B6EA0E084"><enum>(II)</enum><header>Resource management</header><text>The Secretary of the Army shallâ€"</text>

<item commented="no" id="H6DA381A4B15A4E13A4583C1D5EE096FC"><enum>(aa)</enum><text>manage the land described in subclause (III) in a manner consistent with the protection of natural and cultural resources within the missile range and the Park and in accordance with section 101(a)(1)(B) of the Sikes Act (16 U.S.C. 670a(a)(1)(B)), division A of subtitle III of title 54, United States Code, and the Native American Graves Protection and Repatriation Act (25 U.S.C. 3001 et seq.); and</text></item>

<item commented="no" id="H3DAF1054620B44B99E7F3C17C18F986A"><enum>(bb)</enum><text>include the land described in subclause (III) in the integrated natural and cultural resource management plan for the missile range.</text></item></subclause>

<subclause id="H8AD832D4A24947CEAD1EF1828DDB086A"><enum>(III)</enum><header>Description of land</header><text>The land referred to in subclauses (I) and (II) is the land that is transferred to the administrative jurisdiction of the Secretary of the Army under paragraph (1)(B) and located in the area east of Range Road 7 inâ€"</text>

<item commented="no" id="HF990077891234665A54B197F795C137B"><enum>(aa)</enum><text>T. 17 S., R. 5 E., sec. 31;</text></item>

<item commented="no" id="H4E0488A46A44435E8FA7DDAF71C09A4E"><enum>(bb)</enum><text>T. 18 S., R. 5 E.; and</text></item>

<item commented="no" display-inline="no-display-inline" id="H68651CF385664208AB1670C7A8EC5A53"><enum>(cc)</enum><text>T. 19 S., R. 5 E., sec. 5.</text></item></subclause></clause>

<clause id="H90B44A9BDFA8443DBF3C8A0763EC4E6D"><enum>(ii)</enum><header>Fence</header>

<subclause id="H9D6316611E2E4D0BB47CCAA150318743"><enum>(I)</enum><header>In general</header><text>The Secretary of the Army shall continue to allow the Secretary of the Interior to maintain the fence shown on the Map until such time as the Secretary of the Interior determines that the fence is unnecessary for the management of the Park.</text></subclause>

<subclause id="H255412468EE5410995B8B0D601B2189F"><enum>(II)</enum><header>Removal</header><text>If the Secretary of the Interior determines that the fence is unnecessary for the management of the Park under subclause (I), the Secretary of the Interior shall promptly remove the fence at the expense of the Department of the Interior.</text></subclause></clause></subparagraph>

<subparagraph id="H85F2A663F8B54A3EBBA33DD0372ED39D"><enum>(D)</enum><header>Research</header><text>The Secretary of the Army and the Secretary of the Interior may enter into an agreement to allow the Secretary of the Interior to conduct certain research in the area identified as <quote>Cooperative Use Research Area</quote> on the Map.</text></subparagraph>

<subparagraph commented="no" id="H82B19ED934044648907BB94380BB5067"><enum>(E)</enum><header>Military munitions and munitions debris</header>

<clause commented="no" id="HB2CBE8BCFA924010A6BBD138E7139FB5"><enum>(i)</enum><header>Response action</header><text>With respect to any Federal liability, the Secretary of the Army shall remain responsible for any response action addressing military munitions or munitions debris on the land transferred under paragraph (1)(A) to the same extent as on the day before the date of the enactment of this Act.</text></clause>

<clause id="H9A3CB074119342F4A852A516E129C8E1"><enum>(ii)</enum><header>Investigation of military munitions and munitions debris</header>

<subclause id="HC9F04BE5D963412D9720B21CE0917AFE"><enum>(I)</enum><header>In general</header><text>The Secretary of the Interior may request that the Secretary of the Army conduct 1 or more investigations of military munitions or munitions debris on any land transferred under paragraph (1)(A).</text></subclause>

<subclause id="H7833A3CE1DD8437A8507243D3ED459DF"><enum>(II)</enum><header>Access</header><text>The Secretary of the Interior shall give access to the Secretary of the Army to the land covered by a request under subclause (I) for the purposes of conducting the 1 or more investigations under that subclause.</text></subclause>

<subclause id="H41F07A4A337846C4A41A31FD5C2D7770"><enum>(III)</enum><header>Limitation</header><text>An investigation conducted under this clause shall be subject to available appropriations.</text></subclause></clause>

<clause commented="no" id="HFA597C917734473B9EC23BA99EC07C58"><enum>(iii)</enum><header>Applicable law</header><text>Any activities undertaken under this subparagraph shall be carried out in accordance withâ€"</text>

<subclause commented="no" id="H7F972994B80B4DB99900D9C2BDF85F52"><enum>(I)</enum><text>the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9601 et seq.);</text></subclause>

<subclause id="H46752D852684437E9B83ADBAEA6C14C4"><enum>(II)</enum><text>the purposes for which the Park was established; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H1B540DCD2A7C415996B4D5568C1D8EE2"><enum>(III)</enum><text>any other applicable

law.</text></subclause></clause></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="H5EEA16D978B8414EB4C65962CEB23F52"><enum>F</enum><header>Other Matters</header>

<section id="HFDE07F1384954DC291DC060431AB230A"><enum>2861.</enum><header>Installation and maintenance of fire extinguishers in Department of Defense facilities</header><text display-inline="no-display-inline">The Secretary of Defense shall ensure that portable fire extinguishers are installed and maintained in all Department of Defense facilities, in accordance with requirements of national model fire codes developed by the National Fire Protection Association and the International Code Council that require redundancy and extinguishers throughout occupancies regardless of the presence of other suppression systems or alarm systems.</text></section>

<section id="H7A8E512093D54F4599C43D1483573BC8"><enum>2862.</enum><header>Definition of community infrastructure for purposes of military base reuse studies and community planning assistance</header><text display-inline="no-display-inline">Paragraph (4) of section 2391(e) of title 10, United States Code, is amended to read as follows:</text>

<quoted-block style="USC" id="H07F6DCEFA8494ACA9E161BF7E620A773" display-inline="no-display-inline">

<paragraph id="HCBFD1E682A9D4CA0AD0A3BDC34BFF382"><enum>(4)</enum>

<subparagraph id="H96384E8BE87D496D91C18E78442EABF5" display-inline="yes-display-inline"><enum>(A)</enum><text>The term <quote>community infrastructure</quote> means a project or facility described in subparagraph (B) thatâ€"</text>

<clause id="H17C1161186D541388655D95DCC2649EF" indent="up1"><enum>(i)</enum><text>is located off of a military installation; and</text></clause>

<clause id="HF802DB845D214B3AAC7C9EA8486CC0DE" indent="up1"><enum>(ii)</enum><text>isâ€"</text>

<subclause id="HD8A729937CAC4930950D7B8F731E2CB8"><enum>(I)</enum><text>owned by a State or local government; or</text></subclause>

<subclause id="H441CCBBE986D4FCDB56992608DE5FB5A"><enum>(II)</enum><text display-inline="yes-display-inline">a not-for-profit, member-owned utility service.</text></subclause></clause></subparagraph>

<subparagraph id="HD20D7C9B8CC346BBB7DAE53C3F6BAB69" indent="up1"><enum>(B)</enum><text>A project or facility described in this subparagraph is any of the following:</text>

<clause id="HFE82E499ED1247E095850B4907BDF5CD"><enum>(i)</enum><text>Any transportation project.</text></clause>

<clause id="H56D21A4AB524433DA3931D6A598FE33E"><enum>(ii)</enum><text>A school, hospital, police, fire, emergency response, or other community support facility.</text></clause>

<clause id="H27C9F8A3ACE642869899F6DD216DB92B"><enum>(iii)</enum><text>A water, waste-water, telecommunications, electric, gas, or other utility infrastructure project.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H538718FCF73045918DD55BA11F6D6BFC"><enum>2863.</enum><header>Temporary authority for acceptance and use of contributions for certain design and construction projects mutually beneficial to the Department of Defense and the Republic of Korea</header>

<subsection id="H6CCFBECF8DD34C329E25F36EB199F8E6"><enum>(a)</enum><header>Acceptance of contributions</header>

<paragraph id="HDC684B84D91A48AA8EDB411CEC67C324"><enum>(1)</enum><header>In general</header><text>The Secretary concerned may accept cash contributions from the Republic of Korea to carry out the following:</text>

<subparagraph id="H6051AA436F004CF08342A7F4F5BFCCF8"><enum>(A)</enum><text>The design and construction of the Black Hat Intelligence Fusion Center, Camp Humphreys, Republic

of Korea.</text></subparagraph>

<subparagraph id="HE02EB6634F5A418FA9C7874FC795088B"><enum>(B)</enum><text>The design of the Korean Air and Space Operations and Intelligence Center, Osan Air Base, Republic of Korea.</text></subparagraph></paragraph>

<paragraph id="HF928E06F20AF4ABEA89C55F8998B0A5F"><enum>(2)</enum><header>Cost-sharing agreement</header><text>In the event the contribution under paragraph (1) is insufficient to cover the entire cost of the activity authorized under that paragraph, the Secretary concerned shall enter into a cost-sharing agreement with the Republic of Korea detailing the portion of the authorized activity that is to be funded with the contribution and identifying sufficient other funds to undertake the entire authorized activity.</text></paragraph></subsection>

<subsection id="HCE4FB66D6F084F1E80824D087B408BA2"><enum>(b)</enum><header>Establishment of account</header><text>Contributions accepted under subsection (a) shall be placed in an account established by the Secretary concerned and shall remain available until expended as provided in such subsection.</text></subsection>

<subsection id="H7E05C17441914D25BD2FF9ECDF2C2E89"><enum>(c)</enum><header>Notice</header>

<paragraph id="HA2AF36E76D1944A3846531A5B719527E"><enum>(1)</enum><header>In general</header><text>Not later than 14 days before carrying out a project using contributions accepted under subsection (a) for which the estimated cost of the project will exceed the thresholds prescribed by section 2805 of title 10, United States Code, the Secretary concerned shall submit to the congressional defense committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representativesâ€"</text>

<subparagraph id="H623FFBC0CC7B484299ED625C2E9B7154"><enum>(A)</enum><text>a written notice of the decision to carry out the project;</text></subparagraph>

<subparagraph id="HC884A632D4BC4A42A7F4DAC6CDD2BCD2"><enum>(B)</enum><text>a justification for the project; and</text></subparagraph>

<subparagraph id="HC887E7B5EB8540F9B0931AD5F9D70EE3"><enum>(C)</enum><text>the estimated cost of the project.</text></subparagraph></paragraph>

<paragraph id="H9C732DCB41E84883A888EFD4AD15EC9B"><enum>(2)</enum><header>Notice for projects that require cost sharing</header><text>Not later than 14 days before carrying out a project using contributions accepted under subsection (a) for which a cost-sharing agreement is entered into under paragraph (2) of such subsection, the Secretary concerned shall submit to the congressional defense committees in an electronic medium pursuant to section 480 of title 10, United States Codeâ€"</text>

<subparagraph id="HD25DD4CA041A4E0AA6A91217AC5412DB"><enum>(A)</enum><text>a written notice of the acceptance of the contributions for the project;</text></subparagraph>

<subparagraph id="H6D0B157A018148589C026C241B8F2AFA"><enum>(B)</enum><text>a copy of the Department of Defense Form 1391 for the project;</text></subparagraph>

<subparagraph id="H6A0324AD91C64405B7802A758E186C5C"><enum>(C)</enum><text>the estimated cost of the project; and</text></subparagraph>

<subparagraph id="HE9AC605FF71A4760A958A861A74744CA"><enum>(D)</enum><text>details on the cost-sharing agreement with the Republic of Korea.</text></subparagraph></paragraph></subsection>

<subsection id="H160D04186C2945599CCEE40DC53B4D3A"><enum>(d)</enum><header>Expiration of project authority</header>

<paragraph id="H4D112ED324634D849E5F656FDCA92E41"><enum>(1)</enum><header>In general</header><text>The authority to accept contributions and carry out projects under this section expires on September 30, 2030.</text></paragraph>

<paragraph id="H8A5063E411E24E1D9C20937A6E2A51F4"><enum>(2)</enum><header>Continuation of projects</header><text>The expiration of authority under paragraph (1) does not prevent the continuation of any project commenced before the date specified in that paragraph.</text></paragraph></subsection>

<subsection id="H8F323478337D42A793B3E9762B3DE9B8"><enum>(e)</enum><header>Mutually beneficial</header><text>A project described in subsection (a) shall be considered to be mutually beneficial ifâ€"</text>

<paragraph id="HF77316CBBC0545DD84565D33AF946E3E"><enum>(1)</enum><text>the project is in support of a bilateral defense cooperation agreement between the United States and the Republic of Korea; or</text></paragraph>

<paragraph id="H3474F19E802A4D87B7F1B55E8EB60529"><enum>(2)</enum><text>the Secretary concerned determines that the United States may derive a benefit from the project, includingâ€"</text>

<subparagraph id="HACEB54F611AE4DE18CB3C82740B6C8CA"><enum>(A)</enum><text>access to and use of facilities of the military forces of the Republic of Korea;</text></subparagraph>

<subparagraph id="HDD9BC245FE1544048A23D0F760A8DDF8"><enum>(B)</enum><text>ability or capacity for future force posture; and</text></subparagraph>

<subparagraph id="H2C01CC4DFE474C8783959A12376F2579"><enum>(C)</enum><text>increased interoperability between military forces of the Department of Defense and the Republic of Korea. </text></subparagraph></paragraph></subsection>

<subsection id="HE15A1E9564784E988FD03261DE14F0E7"><enum>(f)</enum><header>Secretary concerned defined</header><text>In this section, the term <term>Secretary concerned</term> has the meaning given that term in section 101(9) of title 10, United States Code.</text></subsection></section>

<section id="H00AE00D1429A431583F8A0A10DAEFE9D"><enum>2864.</enum><header>Black start exercises at military installations</header>

<subsection id="HC8B43E5B6E184A3CA47C0D0C57D31C7E"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">Not later than September 30, 2020, the Secretary of Defense shall conduct a black start exercise at three military installations, at least one of which shall be a Joint Base. The exercises shall be conducted at installations at which such an exercise has not previously been conducted, for the purpose of identifying any shortcomings in infrastructure, joint operations, joint coordination, and security that would result from a loss of power at the installation.</text></subsection>

<subsection id="H1F971A36F01C4C179DA84B1C4C25C373"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than June 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that contains a discussion of lessons learned from black start exercises conducted by the Secretary of Defense during the period beginning with the first such exercise and ending on December 31, 2019, including the three most recurring issues identified as a result of such exercises with respect to infrastructure, joint coordination efforts, and security.</text></subsection>

<subsection id="H5ABDE1B4EE7142E8AE437EDD6B598952"><enum>(c)</enum><header>Black start exercise defined</header><text display-inline="yes-display-inline">In this section, the term <quote>black start exercise</quote> means, with respect to a military installation, an exercise in which commercial utility power at the installation is dropped before backup generation assets start, for the purpose ofâ€"</text>

<paragraph id="HAACA4B62AE2D412784CD93E81465059D"><enum>(1)</enum><text>testing the ability of the backup systems to start, transfer the load, and carry the load until commercial power is restored;</text></paragraph>

<paragraph id="HD4CBEAF56625498DB882CAF44452509E"><enum>(2)</enum><text>aligning stakeholders on critical energy requirements to meet mission requirements;</text></paragraph>

<paragraph id="H2B4C2EEF4BAE4BAA97F308F96FA9FBAE"><enum>(3)</enum><text>validating mission operation plans, such as continuity of operations plans;</text></paragraph>

<paragraph id="HC3AE83A90621419AA12EE1DF1EB2EB96"><enum>(4)</enum><text>identifying infrastructure interdependencies; and</text></paragraph>

<paragraph id="HD88D3BBA1E2B4000ACD841BAA3214609"><enum>(5)</enum><text>verifying backup electric power system performance.</text></paragraph></subsection></section>

<section id="H1455187C84F34178B93280F77136F6F6"><enum>2865.</enum><header>Pilot program to extend service life of roads and runways under the jurisdiction of the Secretary of Defense</header>

<subsection id="HB3227B4E7A544BF9B5D554F69AC9C7BA"><enum>(a)</enum><header>Pilot program authorized</header><text>The Secretary of Defense, in consultation with the Secretary of Transportation, may carry out a pilot program to design, build, and test technologies, techniques, and materials in order to extend the service life of roads and runways under the jurisdiction of the Secretary of Defense.</text></subsection>

<subsection id="H843EA863E50145E3AF17B32C1DBD7714"><enum>(b)</enum><header>Scope</header><text>The pilot program under subsection (a) shall include the following:</text>

<paragraph id="H15DA82A36B534408A80D65E90DA98167"><enum>(1)</enum><text>The design, testing, and assembly of technologies and systems suitable for pavement applications.</text></paragraph>

<paragraph id="HCBC7B67DE8AD48DEA50F30CFAD326626"><enum>(2)</enum><text>Research, development, and testing of pavement materials for use in different geographic areas in the United States.</text></paragraph>

<paragraph id="H6127BA6EB10F49D6AA14BA9D0DE1D4D9"><enum>(3)</enum><text>The design and procurement of platforms and equipment to test the performance, cost, feasibility, and effectiveness of the technologies, systems, and materials described in paragraphs (1) and (2).</text></paragraph></subsection>

<subsection id="H4213B25220F44E54BCB28AB1F9E5AA45"><enum>(c)</enum><header>Award of contracts or grants</header>

<paragraph id="H2A33ABA20DCD42118B56EEFC0854B570"><enum>(1)</enum><header>In general</header><text>The Secretary of Defense may carry out the pilot program under subsection (a) through the award of contracts or grants for the designing, building, or testing of technologies, techniques, and materials under the pilot program.</text></paragraph>

<paragraph id="H8B902F5BAC5A459DA7F682AF5272923C"><enum>(2)</enum><header>Merit-based selection</header><text>Any award of a contract or grant under the pilot program under subsection (a) shall be made using merit-based selection procedures.</text></paragraph></subsection>

<subsection id="H7E1A4D78D863492EB5DCC365E7A6298E"><enum>(d)</enum><header>Report</header>

<paragraph id="H9C77E128B84141C884C6ABAC44AE66BA"><enum>(1)</enum><header>In general</header><text>Not later than two years after the commencement of the pilot program under subsection (a), the Secretary of Defense shall submit to the congressional defense committees a report on the pilot program.</text></paragraph>

<paragraph id="HE52D43088E5E409EA47B72D864A6ED05"><enum>(2)</enum><header>Contents</header><text>The report under paragraph (1) with respect to the pilot program shall include the following:</text>

<subparagraph id="H618C0B796CA64A9DB6BAF8555D2C8D49"><enum>(A)</enum><text>An assessment of the effectiveness of activities under the pilot program in improving the service life of roads and runways under the jurisdiction of the Secretary.</text></subparagraph>

<subparagraph id="H539757E02CA74DF98F6FDB644D8618C4"><enum>(B)</enum><text>An analysis of the potential lifetime cost savings and reduction in energy demands associated with the extended service life of such roads and runways.</text></subparagraph></paragraph></subsection>

<subsection id="HCF9C6C5B4FE74A54B658FE476FF9798A"><enum>(e)</enum><header>Termination of authority</header><text>The pilot program under subsection (a) shall terminate on September 30, 2024.</text></subsection></section>

<section id="H5832B5F3FEFC4E88BA6CB4D0CE8F15A7"><enum>2866.</enum><header>Restrictions

on rehabilitation of Over-the-Horizon Backscatter Radar System receiving station, Modoc County, California</header>

<subsection id="H58F692888244469DA2636255971CBFA1"><enum>(a)</enum><header>Restrictions</header><text display-inline="yes-display-inline">Except as provided in subsection (b), the Secretary of the Air Force may not use any funds or resources of the Department of the Air Force to carry out the rehabilitation of the obsolete Over-the-Horizon Backscatter Radar System receiving station located in Modoc National Forest in the State of California.</text></subsection>

<subsection id="H4B977831A8054392A6BD3C22F20601A8"><enum>(b)</enum><header>Exception for removal of perimeter fence</header><text display-inline="yes-display-inline">Notwithstanding subsection (a), the Secretary of the Air Force may use funds and resources of the Department of the Air Forceâ€"</text>

<paragraph id="H76604F05D833435FBBE3AB7487CE4838"><enum>(1)</enum><text>to remove the perimeter fence, which was treated with an arsenic-based weatherproof coating, surrounding the Over-the-Horizon Backscatter Radar System receiving station referred to in such subsection; and</text></paragraph>

<paragraph id="H6965B4075F6D422DB03635ECB54F1298"><enum>(2)</enum><text>to carry out the mitigation of soil contamination associated with such fence.</text></paragraph></subsection>

<subsection id="H6FB99F3AC20E4DA9A0831B53BC770B27"><enum>(c)</enum><header>Sunset</header><text>The restrictions in subsection (a) shall terminate on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2025.</text></subsection></section>

<section id="H08403C7CC9F24725A9F7CB188C701919"><enum>2867.</enum><header>Designation of Sumpter Smith Joint National Guard Base</header>

<subsection id="H55D5E78B1D25434B95A4F7D06CDB9B8C"><enum>(a)</enum><header>Designation</header><text>The Sumpter Smith Air National Guard Base in Birmingham, Alabama, shall after the date of the enactment of this Act be known and designated as the <quote>Sumpter Smith Joint National Guard Base</quote>.</text></subsection>

<subsection id="H4AD11674583E47D68107E1F5E4AA8594"><enum>(b)</enum><header>Reference</header><text> Any reference in any law, regulation, map, document, paper, or other record of the United States to the installation referred to in subsection (a) shall be considered to be a reference to the Sumpter Smith Joint National Guard Base.</text></subsection></section>

<section id="HBCD0F155DBFA41FA8BD83150766105F4"><enum>2868.</enum><header>Santa Ynez Band of Chumash Indians land affirmation</header>

<subsection id="H4C7475C6EACF49C0AE1E55668E0EFDE2"><enum>(a)</enum><header>Short title</header><text>This section may be cited as the <quote><short-title>Santa Ynez Band of Chumash Indians Land Affirmation Act of 2019</short-title></quote>.</text></subsection>

<subsection id="H0DE7A7A5DEEC4953B73C3D0E88493DB9"><enum>(b)</enum><header>Findings</header><text>Congress finds the following:</text>

<paragraph id="HD5C47B8C85C64C28AA766CB5D2A9E083"><enum>(1)</enum><text>On October 13, 2017, the General Council of the Santa Ynez Band of Chumash Indians voted to approve the Memorandum of Agreement between the County of Santa Barbara and the Santa Ynez Band of Chumash Indians regarding the approximately 1,427.28 acres of land, commonly known as Camp 4, and authorized the Tribal Chairman to sign the Memorandum of Agreement.</text></paragraph>

<paragraph id="HCC2FF7A810174B13A9A223D792C18F29"><enum>(2)</enum><text>On October 31, 2017, the Board of Supervisors for the County of Santa Barbara approved the Memorandum of Agreement on Camp 4 and authorized the Chair to sign the Memorandum of Agreement.</text></paragraph>

<paragraph id="H257361019D3D437FAE3836D1C3B6498E"><enum>(3)</enum><text>The Secretary

of the Interior approved the Memorandum of Agreement pursuant to section 2103 of the Revised Statutes (25 U.S.C. 81).</text></paragraph></subsection>

<subsection id="HBDF7F32D98C641D5A990CBE01DAE39CC"><enum>(c)</enum><header>Land to be taken into trust</header>

<paragraph id="H8F5512C5ED054BD4AE893C96BA747D59"><enum>(1)</enum><header>In general</header><text>The approximately 1,427.28 acres of land in Santa Barbara County, CA described in paragraph (3), is hereby taken into trust for the benefit of the Tribe, subject to valid existing rights, contracts, and management agreements related to easements and rights-of-way.</text></paragraph>

<paragraph id="H2B1E3751F0CF4085B3F734B532F2C42B"><enum>(2)</enum><header>Administration</header>

<subparagraph id="H02DEEB99C64340D49D11916CC9360976"><enum>(A)</enum><header>Administration</header><text>The land described in paragraph (3) shall be a part of the Santa Ynez Indian Reservation and administered in accordance with the laws and regulations generally applicable to the land held in trust by the United States for an Indian tribe.</text></subparagraph>

<subparagraph id="HC6E1909993FE460D8F8A34B73A9642D4"><enum>(B)</enum><header>Effect</header><text>For purposes of certain California State laws (including the California Land Conservation Act of 1965, Government Code Section 51200, et seq.), placing the land described in paragraph (3) into trust shall remove any restrictions on the property pursuant to California Government Code Section 51295 or any other provision of such Act.</text></subparagraph></paragraph>

<paragraph id="H1E85440B33084B76AF102F3FFD229C26"><enum>(3)</enum><header>Legal description of lands transferred</header><text>The lands to be taken into trust for the benefit of the Tribe pursuant to this Act are described as follows:</text><list level="paragraph"><list-item>Legal Land Description/Site Location: Real property in the unincorporated area of the County of Santa Barbara, State of California, described as follows: PARCEL 1: (APN: 141â€"121â€"51 AND PORTION OF APN 141â€"140â€"10) LOTS 9 THROUGH 18, INCLUSIVE, OF TRACT 18, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105580 OF OFFICIAL RECORDS. PARCEL 2: (PORTION OF APN: 141â€"140â€"10) LOTS 1 THROUGH 12, INCLUSIVE, OF TRACT 24, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105581 OF OFFICIAL RECORDS. PARCEL 3: (PORTIONS OF APNS: 141â€"230â€"23 AND 141â€"140â€"10) LOTS 19 AND 20 OF TRACT 18 AND THAT PORTION OF LOTS 1, 2, 7, 8, 9, 10, AND 15 THROUGH 20, INCLUSIVE, OF TRACT 16, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT LIES NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE LAND GRANTED TO THE STATE OF CALIFORNIA BY AN EXECUTORâ€™S DEED RECORDED APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF OFFICIAL RECORDS OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105582 OF OFFICIAL RECORDS. PARCEL 4: (APN: 141â€"240â€"02 AND PORTION OF APN: 141â€"140â€"10) LOTS 1 THROUGH 12, INCLUSIVE, OF TRACT 25, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105583 OF OFFICIAL RECORDS. PARCEL 5: (PORTION OF APN: 141â€"230â€"23) THAT PORTION OF LOTS 3 AND 6 OF TRACT 16, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP SHOWING THE SUBDIVISIONS OF THE CANADA DE LOS PINOS OR COLLEGE RANCHO, FILED IN RACK 3, AS MAP 4 IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT LIES NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE LAND GRANTED TO THE STATE OF CALIFORNIA BY AN EXECUTORâ€™S DEED RECORDED APRIL 2, 1968 IN BOOK 2227, PAGE 136 OF OFFICIAL RECORDS OF SAID COUNTY. THIS LEGAL IS MADE PURSUANT TO THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED DECEMBER 5, 2001 AS INSTRUMENT NO. 01â€"105584 OF OFFICIAL RECORDS.</list-item></list></paragraph>

<paragraph id="HF1629A905F3B43A0B6FC52679C3A755B"><enum>(4)</enum><header>Rules of construction</header><text>Nothing in this section shallâ€"</text>

<subparagraph id="H95501B47C6804277B2F56E3A943F2E58"><enum>(A)</enum><text>enlarge, impair, or otherwise affect any right or claim of the Tribe to any land or interest in land that is in existence before the date of the enactment of this Act;</text></subparagraph>

<subparagraph id="H6FE69512E96E41319F30DA5E82D4BC19"><enum>(B)</enum><text>affect any water right of the Tribe in existence before the date of the enactment of this Act; or</text></subparagraph>

<subparagraph id="H91FDB1496E764FE291B25225CDBF12CE"><enum>(C)</enum><text>terminate or limit any access in any way to any right-of-way or right-of-use issued, granted, or permitted before the date of the enactment of this Act.</text></subparagraph></paragraph>

<paragraph id="HFD140238E85B4D92A318EACFA3A23C0D"><enum>(5)</enum><header>Restricted use of transferred lands</header><text>The Tribe may not conduct, on the land described in paragraph (3) taken into trust for the Tribe pursuant to this section, gaming activitiesâ€"</text>

<subparagraph id="H4D5D7E090A7A455CA41645F2E801D418"><enum>(A)</enum><text>as a matter of claimed inherent authority; or</text></subparagraph>

<subparagraph id="H5973AA4DB6FB4383B8BD4551DB3DFAE8"><enum>(B)</enum><text>under any Federal law, including the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.) and regulations promulgated by the Secretary or the National Indian Gaming Commission under that Act.</text></subparagraph></paragraph>

<paragraph id="H589428DE6775443FAC834AEB315E37A0"><enum>(6)</enum><header>Definitions</header><text>For the purposes of this subsection:</text>

<subparagraph id="HB26FCB729FC744F79E175F728AFAD8FD"><enum>(A)</enum><header>Secretary</header><text>The term <quote>Secretary</quote> means the Secretary of the Interior.</text></subparagraph>

<subparagraph id="H12AAF1B1A8FC4F8297985EA8FC130F4C"><enum>(B)</enum><header>Tribe</header><text>The term <quote>Tribe</quote> means the Santa Ynez Band of Chumash Mission Indians.</text></subparagraph></paragraph></subsection></section>

<section id="HC19C52EA87AD4F09B045E4C99ACD9423"><enum>2869.</enum><header>Lands to be taken into trust as part of the reservation of the Lytton Rancheria</header>

<subsection id="H662003A7D46D4CB88F2F792284EE470E"><enum>(a)</enum><header>Findings</header><text>Congress finds the following:</text>

<paragraph id="H20F4132C1C5146948AA49644B5310F7C"><enum>(1)</enum><text display-inline="yes-display-inline">The Lytton Rancheria of California is a federally recognized Indian tribe that lost its homeland after its relationship to the United States was unjustly and unlawfully terminated in 1958. The Tribe was restored to Federal recognition in 1991, but the conditions of its restoration have prevented it from regaining a homeland on its original lands.</text></paragraph>

<paragraph id="H3DA7C979676548B0BEDC39DEEE92D751"><enum>(2)</enum><text>Congress needs to take action to reverse historic injustices that befell the Tribe and that have prevented it from regaining a viable homeland for its people.</text></paragraph>

<paragraph id="H31FD51605E2446838CC48F3480E5E3D1"><enum>(3)</enum><text>Prior to European contact there were as many as 350,000 Indians living in what is now the State of California. By the turn of the 19th century, that number had been reduced to approximately 15,000 individuals, many of them homeless and living in scattered bands and communities.</text></paragraph>

<paragraph id="H63131411B7E34B839666165C3D7C1A1F"><enum>(4)</enum><text>The Lytton Rancheriaâ€™s original homeland was purchased by the United States in 1926 pursuant to congressional authority designed to remedy the unique tragedy that befell the Indians

of California and provide them with reservations called Rancherias to be held in trust by the United States.</text></paragraph>

<paragraph id="H84C5D7870E3A41169B726BD10CD1BA95"><enum>(5)</enum><text>After the Lytton Rancheria lands were purchased by the United States, the Tribe settled on the land and sustained itself for several decades by farming and ranching.</text></paragraph>

<paragraph id="HD7DBF4B8C13C4B29902CA6F41BB729B7"><enum>(6)</enum><text display-inline="yes-display-inline">By the mid-1950s, Federal Indian policy had shifted back towards a policy of terminating the Federal relationship with Indian tribes. In 1958, Congress enacted the Rancheria Act of 1958 (72 Stat. 619), which slated 41 Rancherias in California, including the Lytton Rancheria, for termination after certain conditions were met.</text></paragraph>

<paragraph id="H012668B4CEAC4EBCBCD0E1432FEF4237"><enum>(7)</enum><text display-inline="yes-display-inline">On August 1, 1961, the Federal Government terminated its relationship with the Lytton Rancheria. This termination was illegal because the conditions for termination under the Rancheria Act had never been met. After termination was implemented, the Tribe lost its lands and was left without any means of supporting itself.</text></paragraph>

<paragraph id="HC6B5D41824B4409B99D49FD4234CDF30"><enum>(8)</enum><text>In 1987, the Tribe joined three other tribes in a lawsuit against the United States challenging the illegal termination of their Rancherias. A Stipulated Judgment in the case, <italic>Scotts Valley Band of Pomo Indians of the Sugar Bowl Rancheria</italic> v. <italic>United States</italic>, No. Câ€"86â€"3660 (N.D.Cal. March 22, 1991), restored the Lytton Rancheria to its status as a federally recognized Indian tribe.</text></paragraph>

<paragraph id="H7C09444BB9CE4724A79494C025EEE02D"><enum>(9)</enum><text>The Stipulated Judgment provides that the Lytton Rancheria would have the <quote>individual and collective status and rights</quote> which it had prior to its termination and expressly contemplated the acquisition of trust lands for the Lytton Rancheria.</text></paragraph>

<paragraph id="H9AC1CC6ED214484C8D029F7E48E8AC08"><enum>(10)</enum><text display-inline="yes-display-inline">The Stipulated Judgment contains provisions, included at the request of the local county governments and neighboring landowners, that prohibit the Lytton Rancheria from exercising its full Federal rights on its original homeland in the Alexander Valley.</text></paragraph>

<paragraph id="HE9D597A34AAA4EBEA8411F572F2F036C"><enum>(11)</enum><text>In 2000, approximately 9.5 acres of land in San Pablo, California, was placed in trust status for the Lytton Rancheria for economic development purposes.</text></paragraph>

<paragraph id="H85683427CC1C4E8E9F750D9F44DEE00B"><enum>(12)</enum><text>The Tribe has since acquired, from willing sellers at fair market value, property in Sonoma County near the Tribeâ€™s historic Rancheria. This property, which the Tribe holds in fee status, is suitable for a new homeland for the Tribe.</text></paragraph>

<paragraph id="H590DE1E8C71C4E3CB4F88B0E9D642CEF"><enum>(13)</enum><text>On a portion of the land to be taken into trust, which portion totals approximately 124.12 acres, the Tribe plans to build housing for its members and governmental and community facilities.</text></paragraph>

<paragraph id="HCDBEBC83B5934895A51E57076BC94177"><enum>(14)</enum><text>A portion of the land to be taken into trust is being used for viniculture, and the Tribe intends to develop more of the lands to be taken into trust for viniculture. The Tribeâ€™s investment in the ongoing viniculture operation has reinvigorated the vineyards, which are producing high-quality wines. The Tribe is operating its vineyards on a sustainable basis and is working toward certification of sustainability.</text></paragraph>

<paragraph id="HA9A54042DBC2468EBA2156E85A48CE80"><enum>(15)</enum><text display-inline="yes-display-inline">No gaming shall be conducted on the lands to be taken into trust by this section.</text></paragraph>

<paragraph id="HA502ACFEC5DA48639F734CB834D10725"><enum>(16)</enum><text>No gaming shall be conducted on any lands taken into trust on behalf of the Tribe in Sonoma County after the date of the enactment of this Act.</text></paragraph>

<paragraph id="H33657A8A8F4945DA898AE5C51D769908"><enum>(17)</enum><text>By directing that these lands be taken into trust, the United States will ensure that the Lytton Rancheria will finally have a permanently protected homeland on which the Tribe can once again live communally and plan for future generations. This action is necessary to fully restore the Tribe to the status it had before it was wrongfully terminated in 1961.</text></paragraph>

<paragraph id="HF7EBDF92C3E24958A68042F28DC8F85B"><enum>(18)</enum><text display-inline="yes-display-inline">The Tribe and County of Sonoma have entered into a Memorandum of Agreement as amended in 2018 in which the County agrees to the lands in the County being taken into trust for the benefit of the Tribe in consideration for commitments made by the Tribe.</text></paragraph></subsection>

<subsection id="HEA5E9496ECDA4B648F1235724A064E51"><enum>(b)</enum><header>Definitions</header><text>For the purpose of this section, the following definitions apply:</text>

<paragraph id="H8D6844F155D446DDAF2F1745C3130941"><enum>(1)</enum><header>County</header><text display-inline="yes-display-inline">The term <term>County</term> means Sonoma County, California.</text></paragraph>

<paragraph id="HBCDE1A6419B84E9FB3F19741393260F2"><enum>(2)</enum><header>Secretary</header><text>The term <term>Secretary</term> means the Secretary of the Interior.</text></paragraph>

<paragraph id="H7D2C5B884C2440F2A52E1F15E9F733F6"><enum>(3)</enum><header>Tribe</header><text>The term <term>Tribe</term> means the Lytton Rancheria of California.</text></paragraph></subsection>

<subsection id="H4C310423EB234DDDA870A981800ABABA"><enum>(c)</enum><header>Lands to be taken into trust</header>

<paragraph id="H70B99428E3254A8EBDB9E6B1C758922E"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The land owned by the Tribe and generally depicted on the map titled <quote>Lytton Fee Owned Property to be Taken into Trust</quote> and dated May 1, 2015, is hereby taken into trust for the benefit of the Tribe, subject to valid existing rights, contracts, and management agreements related to easements and rights-of-way.</text></paragraph>

<paragraph id="HE8A0EFBEC0E24172B2A889B9CAAC65A5"><enum>(2)</enum><header>Lands To Be Made Part of the Reservation</header><text>Lands taken into trust under paragraph (1) shall be part of the Tribeâ€™s reservation and shall be administered in accordance with the laws and regulations generally applicable to property held in trust by the United States for an Indian tribe.</text></paragraph></subsection>

<subsection id="H6281CBDA6CDC4AD1AB5A62AB48CF86EC"><enum>(d)</enum><header>Gaming</header>

<paragraph id="HECC8EB74C808439CA213394CA7DD3018"><enum>(1)</enum><header>Lands taken into trust under this section</header><text display-inline="yes-display-inline">Lands taken into trust for the benefit of the Tribe under subsection (c) shall not be eligible for gaming under the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.).</text></paragraph>

<paragraph id="H588CF2AE313C4634A7F6426FAE90D073" commented="no"><enum>(2)</enum><header>Other lands taken into trust</header><text display-inline="yes-display-inline">Lands taken into trust for the benefit of the Tribe in Sonoma County after the date of the enactment of this Act shall not be eligible for gaming under the Indian Gaming Regulatory Act (25 U.S.C. 2701 et seq.).</text></paragraph></subsection>

<subsection id="HEB353EDB70514184AA134EB6B4B71E51"><enum>(e)</enum><header>Applicability of certain law</header><text>Notwithstanding any other provision of law, the Memorandum of Agreement entered into by the Tribe and the County concerning taking land in the County into trust for the benefit of the Tribe, which was approved by the County Board of Supervisors on March 10, 2015, and any addenda and supplement or amendment thereto, is not subject to review or approval of the Secretary in order to be effective, including

review or approval under section 2103 of the Revised Statutes (25 U.S.C. 81).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HDEE60898797B466CAE1A0243BE91E7EB" section-type="subsequent-section"><enum>2870.</enum><header display-inline="yes-display-inline">Little Shell Tribe of Chippewa Indians of Montana</header>

<subsection commented="no" display-inline="no-display-inline" id="H8D7E09F3DC534706B7AE1532DA142701"><enum>(a)</enum><header display-inline="yes-display-inline">Findings</header><text display-inline="yes-display-inline">Congress finds thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H496777B945B843C2B2E5AD839DBE626E"><enum>(1)</enum><text display-inline="yes-display-inline">the Little Shell Tribe of Chippewa Indians is a political successor to signatories of the Pembina Treaty of 1863, under which a large area of land in the State of North Dakota was ceded to the United States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBDC7AF49EBC44D6B983B575B0CAF7A5B"><enum>(2)</enum><text display-inline="yes-display-inline">the Turtle Mountain Band of Chippewa of North Dakota and the Chippewa-Cree Tribe of the Rocky Boyâ€™s Reservation of Montana, which also are political successors to the signatories of the Pembina Treaty of 1863, have been recognized by the Federal Government as distinct Indian tribes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE1F9DC146CE54E5891987096481E4AF4"><enum>(3)</enum><text display-inline="yes-display-inline">the members of the Little Shell Tribe continue to live in the State of Montana, as their ancestors have for more than 100 years since ceding land in the State of North Dakota as described in paragraph (1);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H28EAB63C78BF43A5A31071ACC4349F87"><enum>(4)</enum><text display-inline="yes-display-inline">in the 1930s and 1940s, the Tribe repeatedly petitioned the Federal Government for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3DE5AFA88E364E659E0BC0418E0FBA02"><enum>(5)</enum><text display-inline="yes-display-inline">Federal agents who visited the Tribe and Commissioner of Indian Affairs John Collier attested to the responsibility of the Federal Government for the Tribe and members of the Tribe, concluding that members of the Tribe are eligible for, and should be provided with, trust land, making the Tribe eligible for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF75CA859B0AA4F788CADB472F0F0CFBF"><enum>(6)</enum><text display-inline="yes-display-inline">due to a lack of Federal appropriations during the Depression, the Bureau of Indian Affairs lacked adequate financial resources to purchase land for the Tribe, and the members of the Tribe were denied the opportunity to reorganize;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2E454A9A0C2147B1892497971AA9D1AE"><enum>(7)</enum><text display-inline="yes-display-inline">in spite of the failure of the Federal Government to appropriate adequate funding to secure land for the Tribe as required for reorganization under the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>), the Tribe continued to exist as a separate community, with leaders exhibiting clear political authority;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7C7C488BC8364461B0432534CB029F61"><enum>(8)</enum><text display-inline="yes-display-inline">the Tribe, together with the Turtle Mountain Band of Chippewa of North Dakota and the Chippewa-Cree Tribe of the Rocky Boyâ€™s Reservation of Montana, filed 2 law suits under the Act of August 13, 1946 (60 Stat. 1049) (commonly known as the <quote>Indian Claims Commission Act</quote>), to petition for additional compensation for land ceded to the United States under the Pembina Treaty of 1863 and the McCumber Agreement of 1892;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H53ABEDADF86042D4AF7B097905BDD93B"><enum>(9)</enum><text display-inline="yes-display-inline">in 1971 and 1982, pursuant to Acts of Congress, the tribes received awards for the claims described in paragraph (8);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1B6AE31A39E846348A8B25B9608100B6"><enum>(10)</enum><text display-inline="yes-display-inline">in 1978, the Tribe submitted to the Bureau of Indian Affairs a petition for Federal recognition, which is still pending as of the date of enactment of this Act; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H64A7166142B4452AABE7105F755679C5"><enum>(11)</enum><text display-inline="yes-display-inline">the Federal Government, the State of Montana, and the other federally recognized Indian tribes of the State have had continuous dealings with the recognized political leaders of the Tribe since the 1930s.</text></paragraph></subsection>

<subsection id="H96170317026F4BA797F7FCF04F58A339"><enum>(b)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H94F714E31D294C3DB2068279764D6256"><enum>(1)</enum><header>Member</header><text>The term <quote>member</quote> means an individual who is enrolled in the Tribe pursuant to subsection (f).</text></paragraph>

<paragraph id="HC1AACF33085B44F6835E20637DEBB4EF"><enum>(2)</enum><header>Secretary</header><text> The term <quote>Secretary</quote> means the Secretary of the Interior.</text></paragraph>

<paragraph id="H79BEC22E13D64A9587CA5FAC89371C0B"><enum>(3)</enum><header>Tribe</header><text>The term <quote>Tribe</quote> means the Little Shell Tribe of Chippewa Indians of Montana.</text></paragraph></subsection>

<subsection id="H6CB73219B5574344A21861C7B99C5799"><enum>(c)</enum><header>Federal recognition</header>

<paragraph id="HF65EF984C03C4705AA3926CEA2C14210"><enum>(1)</enum><header>In general</header><text>Federal recognition is extended to the Tribe.</text></paragraph>

<paragraph id="H5FFC8C13328740598ADBDF9FE49B57C5"><enum>(2)</enum><header>Effect of federal laws</header><text>Except as otherwise provided in this section, all Federal laws (including regulations) of general application to Indians and Indian tribes, including the Act of June 18, 1934 (25 U.S.C. 5101 et seq.) (commonly known as the <quote>Indian Reorganization Act</quote>), shall apply to the Tribe and members.</text></paragraph></subsection>

<subsection id="H56023D7AA2634DAFBB894A7EF9F891A2"><enum>(d)</enum><header>Federal services and benefits</header>

<paragraph id="HBDD995A0342842E6B7883B61FC00BFF0"><enum>(1)</enum><header>In general</header><text>Beginning on the date of enactment of this Act, the Tribe and each member shall be eligible for all services and benefits provided by the United States to Indians and federally recognized Indian tribes, without regard toâ€"</text>

<subparagraph id="HEAF8EA63755449948F9496BABA7FDEC7"><enum>(A)</enum><text>the existence of a reservation for the Tribe; or</text></subparagraph>

<subparagraph id="H2176428D14924E0DA3015A7308672C92"><enum>(B)</enum><text>the location of the residence of any member on or near an Indian reservation.</text></subparagraph></paragraph>

<paragraph id="HC3F18B5435CA4D7FAD410824E2996443"><enum>(2)</enum><header>Service area</header><text>For purposes of the delivery of services and benefits to members, the service area of the Tribe shall be considered to be the area comprised of Blaine, Cascade, Glacier, and Hill Counties in the State of Montana.</text></paragraph></subsection>

<subsection

id="HA8156AAF45FD4F7D9320F57AD3D35563"><enum>(e)</enum><header>Reaffirmation of rights</header>

<paragraph id="HF9A53206A8BA4152AEECD8085C1B4138"><enum>(1)</enum><header>In general</header><text>Nothing in this section diminishes any right or privilege of the Tribe or any member that existed before the date of enactment of this Act.</text></paragraph>

<paragraph id="H283462D52EDE40C18A514CA163AA13AF"><enum>(2)</enum><header>Claims of tribe</header><text>Except as otherwise provided in this section, nothing in this section alters or affects any legal or equitable claim of the Tribe to enforce any right or privilege reserved by, or granted to, the Tribe that was wrongfully denied to, or taken from, the Tribe before the date of enactment of this Act.</text></paragraph></subsection>

<subsection id="H7E2C422FB28849DC944150CBC3A14EAE"><enum>(f)</enum><header>Membership roll</header>

<paragraph id="H91A4672999DC4C50AE3B013E35B6E8CE"><enum>(1)</enum><header>In general</header><text>As a condition of receiving recognition, services, and benefits pursuant to this section, the Tribe shall submit to the Secretary, by not later than 18 months after the date of enactment of this Act, a membership roll consisting of the name of each individual enrolled as a member of the Tribe.</text></paragraph>

<paragraph id="H94A4D6BC80C545D6BCA43B01A2C8F2E9"><enum>(2)</enum><header>Determination of membership</header><text>The qualifications for inclusion on the membership roll of the Tribe shall be determined in accordance with sections 1 through 3 of article 5 of the constitution of the Tribe dated September 10, 1977 (including amendments to the constitution).</text></paragraph>

<paragraph id="H8E583EF7C058472DA51F0CBFF4BEC4A2"><enum>(3)</enum><header>Maintenance of roll</header><text>The Tribe shall maintain the membership roll under this subsection.</text></paragraph></subsection>

<subsection id="HEBBED99ED7A84416866E9B9711FB69E1"><enum>(g)</enum><header>Acquisition of land</header>

<paragraph id="H29D1B7EAC7E5439AAC0C8DA79999C8B6"><enum>(1)</enum><header>Homeland</header><text>The Secretary shall acquire, for the benefit of the Tribe, trust title to 200 acres of land within the service area of the Tribe to be used for a tribal land base.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5743F0F7BC274FA2BD1FA228D3954E3F"><enum>(2)</enum><header>Additional land</header><text>The Secretary may acquire additional land for the benefit of the Tribe pursuant to section 5 of the Act of June 18, 1934 (25 U.S.C. 5108) (commonly known as the <quote>Indian Reorganization Act</quote>).</text></paragraph></subsection></section>

<section id="H6BACAE2DC7494F9EA327BB9D1EB4CAC3"><enum>2871.</enum><header>Sense of Congress on restoration of Tyndall Air Force Base</header><text display-inline="no-display-inline">It is the sense of Congress that the Secretary of the Air Force shouldâ€"</text>

<paragraph id="H71B81880E6DF487E88D1303E11B1098A"><enum>(1)</enum><text>restore Tyndall Air Force Base to achieve military installation resilience, as defined in section 101(e)(8) of title 10, United States Code; and</text></paragraph>

<paragraph id="HBCA1C07DCD7D44299F5475380CC1F98B"><enum>(2)</enum><text>use innovative construction methods, materials, designs, and technologies in carrying out such restoration in order to achieve efficiencies, cost savings, resiliency, and capability, which may includeâ€"</text>

<subparagraph id="HDEABE6BD4D814CC3B491BB2F3D27A719"><enum>(A)</enum><text>open architecture design to evolve with the national defense strategy; and</text></subparagraph>

<subparagraph id="H2CC50D2075FA48F78125F133C77D5457"><enum>(B)</enum><text>efficient ergonomic enterprise for members of the Air Force in the 21st century.</text></subparagraph></paragraph></section></subtitle></title>

<title commented="no" id="HD2E20CE1976D48AD8C0AF10ED1C0FEDE" level-type="subsequent" style="OLC"><enum>XXIX</enum><header display-inline="yes-display-inline">Authorization of Overseas Contingency Operations Military Construction and Emergency Military Construction</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HD2E20CE1976D48AD8C0AF10ED1C0FEDE" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB3B5C629DF524326AE389C5335357E72" level="subtitle">Subtitle Aâ€"Overseas Contingency Operations Military Construction</toc-entry>

<toc-entry idref="HEE9722CEAFC344DFB44EFD002A5872AE" level="section">Sec.â€,2901.â€,Authorized Army construction and land acquisition projects.</toc-entry>

<toc-entry idref="HAA84A6B9A26F4E6FA419AC2AADB5EEE4" level="section">Sec.â€,2902.â€,Authorized Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="HC849FC4923A34E4C95DD497D9E805CA1" level="section">Sec.â€,2903.â€,Authorized Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H8086E9A3A94F443DACE306AC852E4A96" level="section">Sec.â€,2904.â€,Authorized Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="H14D0680F94BA4E63843B8914366608BE" level="section">Sec.â€,2905.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="HA1823467D2394A69B3E60CACCC2ED768" level="subtitle">Subtitle Bâ€"Emergency Military Construction</toc-entry>

<toc-entry idref="H2EDF7BF2A13B44D4BB8607738C2F8060" level="section">Sec.â€,2911.â€,Authorization of emergency Navy construction and land acquisition projects.</toc-entry>

<toc-entry idref="HB82A5448F0D14601851BA87120D651B7" level="section">Sec.â€,2912.â€,Authorization of emergency Air Force construction and land acquisition projects.</toc-entry>

<toc-entry idref="H8A22F62C002E4504A444510E307D10C3" level="section">Sec.â€,2913.â€,Authorization of emergency Army National Guard construction and land acquisition projects.</toc-entry>

<toc-entry idref="H93141A781DB24B7E921F9BB301D63C59" level="section">Sec.â€,2914.â€,Authorization of emergency Defense Agencies construction and land acquisition projects.</toc-entry>

<toc-entry idref="HE73348A9CF7B4C8CAD25DC4B8BBA1E1E" level="section">Sec.â€,2915.â€,Authorization of emergency supplemental appropriations for military construction projects.</toc-entry></toc>

<subtitle id="HB3B5C629DF524326AE389C5335357E72"><enum>A</enum><header>Overseas Contingency Operations Military Construction</header>

<section id="HEE9722CEAFC344DFB44EFD002A5872AE"><enum>2901.</enum><header>Authorized Army construction and land acquisition projects</header>

<subsection id="HA865A64BF64943F4823F54CFFDD22C57"><enum>(a)</enum><header>Authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), the Secretary of the Army may acquire real property and carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Army: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Cuba</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Guantanamo Bay Naval Station </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$33,800,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Worldwide Unspecified </entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">European Deterrence Initiative: Various Locations</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$78,412,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HE16A5FE76E464A78B871B600AE6FEF4E"><enum>(b)</enum><header>Report required as condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Army shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.</text></subsection></section>

<section id="HAA84A6B9A26F4E6FA419AC2AADB5EEE4"><enum>2902.</enum><header>Authorized Navy construction and land acquisition projects</header>

<subsection id="HF3ABE71B2CC7447AB8E42FB20B7736CC"><enum>(a)</enum><header>Authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), the Secretary of the Navy may acquire real property and carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Bahrain</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">SW Asia</entry><entry rowsep="0" align="right" leader-modify="force-ldr"

colname="column3">$53,360,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Italy</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Sigonella</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$77,400,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Spain</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Rota</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$69,570,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Worldwide Unspecified</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">European Deterrence Initiative: Various Locations</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$36,211,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HB9332478578B4EE4969E3DC57B99B33C"><enum>(b)</enum><header>Report required as condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.</text></subsection></section>

<section id="HC849FC4923A34E4C95DD497D9E805CA1"><enum>2903.</enum><header>Authorized Air Force construction and land acquisition projects</header>

<subsection id="H47133211380C454E9E335D7458DFE03F"><enum>(a)</enum><header>Authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), the Secretary of the Air Force may acquire real property and carry out the military construction projects for the installations outside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force: Outside the United States</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>Country</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center" colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Iceland</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Keflavik </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$57,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Jordan</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Azraq </entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$66,000,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="force-ldr" colname="column1">Spain</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Moron</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$8,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Worldwide Unspecified</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">European Deterrence Initiative: Various Locations</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$211,211,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H6507CB9A1EC347C4ADFE9978F605F5F0"><enum>(b)</enum><header>Report required as condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the congressional defense committees a report containing a plan to carry out each military construction project authorized in the final item in the table in subsection (a) for an unspecified location for the European Deterrence Initiative. The plan shall include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report has been submitted.</text></subsection></section>

<section id="H8086E9A3A94F443DACE306AC852E4A96"><enum>2904.</enum><header>Authorized Defense Agencies construction and land acquisition projects</header><text display-inline="no-display-inline">The Secretary of Defense may acquire real property and carry out the military construction project for the installation outside the United States, and in the amount, set forth in the following table:</text>

<table align-to-level="section" colsep="1" frame="all" line-rules="all-gen" rowsep="0" rule-weights="4.4.4.0.4.0" table-template-name="Military: 2 text, 1 num, bold hds" table-type=""><ttitle><bold>Defense Agencies: Outside the United States</bold></ttitle>

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="8.9.10" ttitle-size="10"><colspec coldef="txt" colname="column1" colwidth="99pts" min-data-value="95"/><colspec coldef="txt" colname="column2" colwidth="152pts" min-data-value="145"/><colspec coldef="fig" colname="column3" colwidth="65pts" min-data-value="13"/><thead>

<row><entry align="center" colname="column1" morerows="0" namest="column1" rowsep="1"><bold>Country</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2" rowsep="1"><bold>Location</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3" rowsep="1"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="force-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Germany</entry><entry align="left" colname="column2" leader-modify="force-ldr" rowsep="0">Gemersheim</entry><entry align="right" colname="column3" leader-modify="clr-ldr" rowsep="0">$46,000,000</entry></row></tbody></tgroup></table></section>

<section id="H14D0680F94BA4E63843B8914366608BE"><enum>2905.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal years beginning after September 30, 2019, for the military construction projects outside the United States authorized by this subtitle as specified in the funding table in section 4602.</text></section></subtitle>

<subtitle id="HA1823467D2394A69B3E60CACCC2ED768"><enum>B</enum><header>Emergency Military Construction</header>

<section id="H2EDF7BF2A13B44D4BB8607738C2F8060"><enum>2911.</enum><header>Authorization of emergency Navy construction and land acquisition projects</header>

<subsection id="H38166629DE294169B7BDDAA3BB391B89"><enum>(a)</enum><header>Navy authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Navy may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in

the following table:</text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Navy Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32" colwidth="90pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-value="45" colwidth="126pts"/><colspec colnum="4" colname="column5" coldef="fig" min-data-value="20" colwidth="274.50pt"/><thead>

<row><entry namest="column2" morerows="0" align="center" colname="column2"><bold>State or Location</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Installation or Location</bold></entry><entry namest="column5" morerows="0" colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">California</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Naval Air Weapons Station China Lake</entry><entry leader-modify="clr-ldr" colname="column5">$1,152,680,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">North Carolina</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Camp Lejeune</entry><entry leader-modify="clr-ldr" colname="column5">$627,747,000</entry></row>

<row><entry rowsep="0" leader-modify="clr-ldr" colname="column2"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Marine Corps Air Station Cherry Point</entry><entry leader-modify="clr-ldr" colname="column5">$66,551,000</entry></row>

<row><entry rowsep="0" leader-modify="clr-ldr" colname="column2"/><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">NCAS New River</entry><entry leader-modify="clr-ldr" colname="column5">$465,822,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H9701F92289BF4A0C83202CFF47BA6151"><enum>(b)</enum><header>Report required as a condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Navy shall submit to the congressional defense committees a report containing a plan to carry out the military construction projects authorized by this section. The plan shall include an explanation of how each military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report required from the Secretary has been submitted.</text></subsection></section>

<section id="HB82A5448F0D14601851BA87120D651B7"><enum>2912.</enum><header>Authorization of emergency Air Force construction and land acquisition projects</header>

<subsection id="H6FA0B3F598F54382A45DE93F7F989AB0"><enum>(a)</enum><header>Air Force Authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Air Force may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Air Force Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-

typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32" colwidth="90pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-value="45" colwidth="126pts"/><colspec colnum="4" colname="column5" coldef="fig" min-data-value="20" colwidth="162.00pt"/><thead>

<row><entry namest="column2" morerows="0" align="center" colname="column2"><bold>State</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Installation or Location</bold></entry><entry namest="column5" morerows="0" colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Florida</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Tyndall Air Force Base</entry><entry leader-modify="clr-ldr" colname="column5">$1,500,200,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Nebraska</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Offutt Air Force Base</entry><entry rowsep="0" leader-modify="clr-ldr" colname="column5">$140,500,000</entry></row>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">Virginia</entry><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column3">Joint Base Langley-Eustis</entry><entry leader-modify="clr-ldr" colname="column5">$31,000,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H0CC9B0ADD413497687E31D3AFF279DFD"><enum>(b)</enum><header>Report required as condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Air Force shall submit to the Committees on Armed Services of the House of Representatives and the Senate a report containing a plan to carry out the military construction projects authorized by this section. The plan shall include an explanation of how each military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report required from the Secretary has been submitted.</text></subsection></section>

<section id="H8A22F62C002E4504A444510E307D10C3"><enum>2913.</enum><header>Authorization of emergency Army National Guard construction and land acquisition projects</header>

<subsection id="HAE205F73346444D68DEFB7CEEF6E239E"><enum>(a)</enum><header>Army National Guard authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of the Army may acquire real property and carry out military construction projects for the installations or locations inside the United States, and in the amounts, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 2 text, 1 num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Army National Guard Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="8" thead-tbody-ldg-size="8.8.10" grid-typeface="1.1"><colspec colname="column1" coldef="txt" min-data-value="60" colwidth="112pts"/><colspec colname="column2" coldef="txt" min-data-value="124" colwidth="139pts"/><colspec colname="column3" coldef="fig" min-data-value="15" colwidth="142pts"/><thead>

<row><entry namest="column1" morerows="0" rowsep="1" align="center" colname="column1"><bold>State</bold></entry><entry namest="column2" morerows="0" rowsep="1" align="center" colname="column2"><bold>Location</bold></entry><entry namest="column3" morerows="0" rowsep="1" align="center"

colname="column3"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Louisiana</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Pineville</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$16,500,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="force-ldr" colname="column1">Nebraska</entry><entry rowsep="0" align="left" leader-modify="force-ldr" colname="column2">Ashland</entry><entry rowsep="0" align="right" leader-modify="force-ldr" colname="column3">$43,500,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="HAA543484E89B41A8B42B6CFDBDFA19F3"><enum>(b)</enum><header>Report required as condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of the Army shall submit to the congressional defense committees a report containing a plan to carry out the military construction projects authorized by this section. The plan shall include an explanation of how each military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for each proposed project. The Secretary may not commence a project until the report required from the Secretary has been submitted.</text></subsection></section>

<section id="H93141A781DB24B7E921F9BB301D63C59" section-type="subsequent-section"><enum>2914.</enum><header>Authorization of emergency Defense Agencies construction and land acquisition projects</header>

<subsection id="H8ECD717F0CBD4F2D83D49C6D1746F477"><enum>(a)</enum><header>Defense Agencies authorization</header><text display-inline="yes-display-inline">Subject to subsection (b), using amounts appropriated pursuant to the authorization of appropriations in section 2915 and available for military construction projects inside the United States as specified in the funding table in section 4603, the Secretary of Defense may acquire real property and carry out the military construction project for the installation inside the United States, and in the amount, set forth in the following table:</text>

<table table-type="" table-template-name="Military: 3text, 1num, bold hds" align-to-level="section" frame="all" colsep="1" rowsep="0" line-rules="all-gen" rule-weights="4.4.4.0.4.0" subformat="S6211"><ttitle><bold>Defense Agencies</bold><bold> Authorization</bold></ttitle>

<tgroup cols="3" rowsep="0" ttitle-size="10" thead-tbody-ldg-size="8.9.10" grid-typeface="1.1"><colspec colnum="1" colname="column2" coldef="txt" min-data-value="32" colwidth="87pts"/><colspec colnum="2" colname="column3" coldef="txt" min-data-value="45" colwidth="130pts"/><colspec colnum="4" colname="column5" coldef="fig" min-data-value="11" colwidth="126pts"/><thead>

<row><entry namest="column2" morerows="0" align="center" colname="column2"><bold>State or Location</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Installation or Location</bold></entry><entry namest="column5" morerows="0" colname="column5"><bold>Amount</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" leader-modify="force-ldr-bottom" colname="column2">North Carolina</entry><entry rowsep="0" align="left" leader-modify="force-ldr-bottom" colname="column3">Camp Lejeune</entry><entry leader-modify="clr-ldr" colname="column5">$75,313,000</entry></row></tbody></tgroup></table></subsection>

<subsection id="H76CB6F49CD0B4E1D98EC6B92FDA062BF"><enum>(b)</enum><header>Report required as a condition of authorization</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report

containing a plan to carry out the military construction project authorized by this section. The plan shall include an explanation of how the military construction project will incorporate mitigation measures that reduce the threat from extreme weather events, mean sea level fluctuation, flooding, and any other known environmental threat to resilience, including a list of any areas in which there is a variance from the local building requirements and an explanation of the reason for the variance. The plan shall also include a Department of Defense Form 1391 for the proposed project. The Secretary may not commence the project until the report required from the Secretary has been submitted.</text></subsection></section>

<section id="HE73348A9CF7B4C8CAD25DC4B8BBA1E1E" section-type="subsequent-section"><enum>2915.</enum><header>Authorization of emergency supplemental appropriations for military construction projects</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for the Department of Defense for the military construction projects authorized by this subtitle as specified in the funding table in section 4603, in such amounts as may be designated as emergency requirements pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985 (2 U.S.C. 901(b)(2)(A)(i)).
</text></section></subtitle></title>

<title id="H3B0475F819F443EF9CE866205E6DDB69"><enum>XXX</enum><header>Military Housing Privatization Reform</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H3B0475F819F443EF9CE866205E6DDB69" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HBE108208404C4942BC463C9A3C299F01" level="section">Sec.â€,3001.â€,Definitions.</toc-entry>

<toc-entry idref="HE9120F3ED27941CBA0CD131C2B24A9C7" level="subtitle">Subtitle Aâ€"Addition of New Reform Subchapter</toc-entry>

<toc-entry idref="H16CE44487447402FA6371AC59750B528" level="section">Sec.â€,3011.â€,Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing.</toc-entry>

<toc-entry idref="H4341D8F5E6BA4C199B613906E7990C14" level="section">Sec.â€,3012.â€,Designation of Chief Housing Officer for privatized military housing.</toc-entry>

<toc-entry idref="H0E114CAC5DBF4673A1F763D575C55F3F" level="section">Sec.â€,3013.â€,Additional requirements relating to contracts for privatized military housing.</toc-entry>

<toc-entry idref="HEAF017B1125448839C57A4AC8D0AA032" level="section">Sec.â€,3014.â€,Additional requirements relating to management of privatized military housing.</toc-entry>

<toc-entry idref="H0A55DAE39962469BA21C525B1E200C02" level="section">Sec.â€,3015.â€,Consideration of contractor history in contracts for privatized military housing.</toc-entry>

<toc-entry idref="HBAE2EC526E0C4AC681506CDC7D54EE65" level="section">Sec.â€,3016.â€,Additional improvements for management of privatized military housing.</toc-entry>

<toc-entry idref="H780065F84BAD45F59EF9993B9A1F13B6" level="section">Sec.â€,3017.â€,Maintenance work order system for privatized military housing.</toc-entry>

<toc-entry idref="H0900724CF3AB46E688A0FA1202C8B2B5" level="section">Sec.â€,3018.â€,Access by tenants of privatized military housing to maintenance work order system.</toc-entry>

<toc-entry idref="H7E3F14B5717E498DA537CBE3C8C5B82B" level="section">Sec.â€,3019.â€,Access by tenants to historical maintenance information for privatized military housing.</toc-entry>

<toc-entry idref="HF5AC99D8ED744BCE8F8950D653AD65F1"

level="section">Sec.â€,3020.â€,Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing.</toc-entry>

<toc-entry idref="H1F785DDAD89B47568F793E1568035171" level="section">Sec.â€,3021.â€,Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard.</toc-entry>

<toc-entry idref="H110AF8C1ACE6456191725252A5854270" level="section">Sec.â€,3022.â€,Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process.</toc-entry>

<toc-entry idref="H28869CF8CA2F4024B400531871A48E4A" level="section">Sec.â€,3023.â€,Investigation of reports of reprisals relating to privatized military housing and congressional notification.</toc-entry>

<toc-entry idref="HF4E5E0799EDF4E15BB5B4E3A57EC914E" level="section">Sec.â€,3024.â€,Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing.</toc-entry>

<toc-entry idref="H0ABA60F1111F4F4B9203BE8E5EF04B33" level="subtitle">Subtitle Bâ€"Other Amendatory Provisions</toc-entry>

<toc-entry idref="H29964AC174344404A344B89C04201400" level="section">Sec.â€,3031.â€,Installation of carbon monoxide detectors in military family housing.</toc-entry>

<toc-entry idref="H676E1D819FC94210B6AEE88A138E4846" level="section">Sec.â€,3032.â€,Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HD214ECA7AC5D4AEAB0925401110BC2D8" level="section">Sec.â€,3033.â€,Treatment of breach of contract for privatized military housing.</toc-entry>

<toc-entry idref="HF0E89EEBD0F44FB5B63E4D85504EFF86" level="section">Sec.â€,3034.â€,Modification to requirements for window fall prevention devices in military family housing units.</toc-entry>

<toc-entry idref="H0412A1A768964FB4B553B3B80A659755" level="section">Sec.â€,3035.â€,Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel.</toc-entry>

<toc-entry idref="HC31124447D3F43C79918C15CF2155485" level="section">Sec.â€,3036.â€,Modification of authority to make payments to lessors of privatized military housing.</toc-entry>

<toc-entry idref="HB4641358449A42F8B6A8CCF935A33E91" level="section">Sec.â€,3037.â€,Technical correction to definition used to make payments to lessors of privatized military housing.</toc-entry>

<toc-entry idref="H4B6BD8F8958D4D2C9A6B06191E62157A" level="subtitle">Subtitle Câ€"One-Time Reporting Requirements</toc-entry>

<toc-entry idref="HBC92FEB414274F30865802B65D1B03F6" level="section">Sec.â€,3041.â€,Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing.</toc-entry>

<toc-entry idref="HC2738AB6C6E549858FCB95FD22608BE3" level="section">Sec.â€,3042.â€,Plans for creation of councils on privatized military housing.</toc-entry>

<toc-entry idref="HA7A5A766D35149F1AC1EA8B929005B9B" level="section">Sec.â€,3043.â€,Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing.</toc-entry>

<toc-entry idref="HE643FEBED8F841748FBC865E01699694"

level="section">Sec.â€,3044.â€,Inspector General review of Department of Defense oversight of privatized military housing.</toc-entry>

<toc-entry idref="H6EAC4124C2D94D7A87176CF2448CE23A" level="section">Sec.â€,3045.â€,Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing.</toc-entry>

<toc-entry idref="HC8DB389A029840E9BD431A2B11336053" level="subtitle">Subtitle Dâ€"Development of Housing Reform Standards and Processes</toc-entry>

<toc-entry idref="HB31E7365932B43F9B547A67425671ED3" level="section">Sec.â€,3051.â€,Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments.</toc-entry>

<toc-entry idref="H7FD09A269542401FB14AD52D76D1C46F" level="section">Sec.â€,3052.â€,Tool for assessment of hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="HF9184FE860D24A149841598CF5FDB22E" level="section">Sec.â€,3053.â€,Process to identify and address environmental health hazards in Department of Defense housing.</toc-entry>

<toc-entry idref="H5311EF251347415ABF191AA96A16E713" level="section">Sec.â€,3054.â€,Department of Defense policy on lead-based paint testing on military installations.</toc-entry>

<toc-entry idref="H892DDFA392694D6DBA26AC02A23AD367" level="section">Sec.â€,3055.â€,Standard for minimum credentials for health and environmental inspectors of privatized military housing.</toc-entry>

<toc-entry idref="HFC0E0090C56D4F1382DDBE4040994E95" level="section">Sec.â€,3056.â€,Requirements relating to move-in, move-out, and maintenance of privatized military housing.</toc-entry>

<toc-entry idref="H971667DD394E475D970404579A21F157" level="section">Sec.â€,3057.â€,Standardized documentation, templates, and forms for privatized military housing.</toc-entry>

<toc-entry idref="H5FBC08B030D94E00A1B55C485BA9E0E3" level="section">Sec.â€,3058.â€,Satisfaction survey for tenants of military housing.</toc-entry>

<toc-entry idref="H8E321BB80D8640E6B7D29D4CBAF6404F" level="subtitle">Subtitle Eâ€"Other Housing Reform Matters</toc-entry>

<toc-entry idref="H70D6A3159DC64D54892BFE7EAF224611" level="section">Sec.â€,3061.â€,Radon testing of privatized military housing.</toc-entry>

<toc-entry idref="HE63320FE1A2C4EE89F4804C389D59DF4" level="section">Sec.â€,3062.â€,Mitigation of risks posed by certain items in military family housing units.</toc-entry>

<toc-entry idref="HF76EA68C37EA4A48ABF068A67054E9C0" level="section">Sec.â€,3063.â€,Suspension of Resident Energy Conservation Program and related programs for privatized military housing.</toc-entry>

<toc-entry idref="HEF5B36C6655B4E77B211A34644507684" level="section">Sec.â€,3064.â€,Department of the Army pilot program to build and monitor use of single family homes.</toc-entry></toc>

<section commented="no" display-inline="no-display-inline" id="HBE108208404C4942BC463C9A3C299F01" section-type="subsequent-section"><enum>3001.</enum><header display-inline="yes-display-inline">Definitions</header>

<subsection commented="no" display-inline="no-display-inline" id="H915F559620BC49048AF6ADD0C41A96D2"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions generally</header><text display-inline="yes-display-inline">In this title:</text>

<paragraph id="H5A52E2F4658043799BC6BEF681D925D7"><enum>(1)</enum><text display-

inline="yes-display-inline">The term <quote>landlord</quote> means an eligible entity that enters into, or has entered into, a contract as a partner with the Secretary concerned for the acquisition or construction of a housing unit under subchapter IV of chapter 169 of title 10, United States Code. The term includes any agent of the eligible entity or any subsequent lessor who owns, manages, or is otherwise responsible for a housing unit. The term does not include an entity of the Federal Government.</text></paragraph>

<paragraph id="H89A2F2EBBF6D457880D6BD1636E802A4"><enum>(2)</enum><text display-inline="yes-display-inline">The term <term>privatized military housing</term> means military housing provided under subchapter IV of chapter 169 of title 10, United States Code.</text></paragraph>

<paragraph id="H3F1DBCA67C024FF69042818F7297CE12"><enum>(3)</enum><text display-inline="yes-display-inline">The term <quote>tenant</quote> means a member of the armed forces, including a reserve component thereof in an active status, or a dependent of a member of the armed forces who resides at a housing unit, is a party to a lease for a housing unit, or is authorized to act on behalf of the member under subchapters IV and V of chapter 169 of title 10, United States Code, in the event of the assignment or deployment of a member.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3542B6A60A0844E78DFDAE2B54759B97"><enum>(b)</enum><header display-inline="yes-display-inline">New and Revised Title 10 definitions</header><text display-inline="yes-display-inline">Section 2871 of title 10, United States Code, is amendedâ€"</text>

<paragraph id="H3B3E790814344CD8AB52F01E37C1C2B9" commented="no"><enum>(1)</enum><text>in paragraph (4), by adding at the end the following new sentence: <quote>The fact that an agreement between an eligible entity and the Secretary concerned is designated as an agreement rather than a contract shall not be construed to exclude the agreement from the term <quote>contract</quote> for purposes of this subchapter and subchapter V.</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC02DD9DBD44C4209BA587D88C07984CD"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating paragraphs (7) and (8) as paragraphs (11) and (13), respectively;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4A59D5280114B7E84149EBAC994E379"><enum>(3)</enum><text display-inline="yes-display-inline">by inserting after paragraph (6) the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="HD6C2D11B49464508BC8D3AE3C352BEF9" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HFFAAD942940E4527AA94077FD3DD7F53"><enum>(7)</enum><text display-inline="yes-display-inline">The term <term>housing document</term> means a document developed by the Secretary of Defense under section 2890 of this title and known as the Military Housing Privatization Initiative Tenant Bill of Rights or the Military Housing Privatization Initiative Tenant Responsibilities.</text></paragraph>

<paragraph id="H8C6533BFC2384497BCDD0ABB59229D24"><enum>(8)</enum><text>The term <term>housing unit</term> means a unit of family housing or military unaccompanied housing acquired or constructed under this subchapter.</text></paragraph>

<paragraph id="HE02B0D67569E4E6CA913D0D23C3C55D7"><enum>(9)</enum><text>The term <term>incentive fees</term> means any amounts payable to a landlord for meeting or exceeding performance metrics as specified in a contract with the Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6A4C6D1E7F854698BC0310A4BCE8946C"><enum>(10)</enum><text display-inline="yes-display-inline">The term <term>landlord</term> means an eligible entity that enters into, or has entered into, a contract as a partner with the Secretary concerned for the acquisition or construction of a housing unit under this subchapter. The term includes any agent of the eligible entity or any subsequent lessor who owns, manages, or is otherwise responsible for a housing unit. The term does not include an entity of the Federal Government.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H73B1CFE56F684B12914D725DE7E7DE31"><enum>(4)</enum><text display-inline="yes-display-inline">by inserting after paragraph (11), as redesignated by paragraph (2) of this subsection, the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H9D6317B0C20E45C1B84C86FEA9666702" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H2D7FE71CCBF8455ABB4391CE08D94AEE"><enum>(12)</enum><text display-inline="yes-display-inline">The term <term>tenant</term> means a member of the armed forces, including a reserve component thereof in an active status, or a dependent of a member of the armed forces who resides at a housing unit, is a party to a lease for a housing unit, or is authorized to act on behalf of the member under this subchapter and subchapter V of this chapter in the event of the assignment or deployment of a member.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HA6576185773C41B596952C87B8B7BF18" commented="no"><enum>(c)</enum><header>Conforming amendments to existing definitions</header><text>Section 2871 of title 10, United States Code, is further amended in paragraphs (1), (3), and (5) by striking <quote>military</quote> before <quote>housing units</quote>. </text></subsection></section>

<subtitle id="HE9120F3ED27941CBA0CD131C2B24A9C7"><enum>A</enum><header>Addition of New Reform Subchapter</header>

<section id="H16CE44487447402FA6371AC59750B528" section-type="subsequent-section"><enum>3011.</enum><header>Improved accountability and oversight of privatized military housing and protections and responsibilities for tenants of privatized military housing</header>

<subsection id="H302FFB14921443C2AE0FFEE4F6FDF451"><enum>(a)</enum><header>Applicability of definitions</header><text display-inline="yes-display-inline">Section 2871 of title 10, United States Code, as amended by section 3001, is further amended in the matter preceding the paragraphs by inserting <quote>and subchapter V of this chapter</quote> after <quote>this subchapter</quote>.</text></subsection>

<subsection id="H9831A1F867FF4B28A402929FBF5B58C0"><enum>(b)</enum><header>Military housing privatization reforms</header><text display-inline="yes-display-inline">Chapter 169 of title 10, United States Code, is amended by adding at the end the following new subchapter:</text>

<quoted-block style="USC" id="H491ACA21FDCF4F46800976045B537EDC" display-inline="no-display-inline">

<subchapter id="HA4D4546C80964BD7A81C6CEF78EF1B2C"><enum>V</enum><header>Oversight of landlords and protections and responsibilities for tenants of privatized military housing</header>

<section id="HF8BA18798158415386C30CF8B51A59E3"><enum>2890.</enum><header>Rights and responsibilities of tenants of housing units</header>

<subsection id="H0993F8B0F67147428724CA679BE078C9"><enum>(a)</enum><header>Development of Tenant Bill of Rights and Tenant Responsibilities documents</header>

<paragraph id="HAF635BA08D2C447EB3B9E026F2ED38A7" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall develop two separate documents, to be known as the Military Housing Privatization Initiative Tenant Bill of Rights and the Military Housing Privatization Initiative Tenant Responsibilities, for tenants of housing units.</text></paragraph>

<paragraph id="H18FB85D6045342318306679BFFA7FA2F" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Secretary of each military department shall ensure that the housing documents are attached to each lease agreement for a housing unit.</text></paragraph>

<paragraph id="H754B092178E548F7A0C7DCE18C3A7854" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The rights and responsibilities contained in the housing documents are not intended to be exclusive. The omission of a tenant right or

responsibility shall not be construed to deny the existence of such a right or responsibility for tenants.</text></paragraph>

<paragraph id="HC739A6AD869C4E36A2D42DAE86B03080" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">Each contract between the Secretary concerned and a landlord shall incorporate the housing documents and guarantee the rights and responsibilities of tenants who reside in housing units covered by the contract.</text></paragraph>

<paragraph id="HBAB3827533174F52944F587373980862" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall develop the housing documents in coordination with the Secretaries of the military departments.</text></paragraph></subsection>

<subsection id="H9507C6750C2B41F9BF53A80C2CF717EE"><enum>(b)</enum><header>Elements of Tenant Bill of Rights</header><text display-inline="yes-display-inline">At a minimum, the Military Housing Privatization Initiative Tenant Bill of Rights shall address the following rights of tenants of housing units:</text>

<paragraph id="H78F2DC103E1D490FAFDAE57C8C8485BB"><enum>(1)</enum><text>The right to reside in a housing unit and community that meets applicable health and environmental standards.</text></paragraph>

<paragraph id="H2E9E0D282D254DAD9155257CEAD9294F"><enum>(2)</enum><text>The right to reside in a housing unit that has working fixtures, appliances, and utilities and to reside in a community with well-maintained common areas and amenity spaces.</text></paragraph>

<paragraph id="HE44F2FBF0FE24A2EA9C90339887C10F9"><enum>(3)</enum><text>The right to be provided with a maintenance history of the prospective housing unit before signing a lease, as provided in section 2892a of this title.</text></paragraph>

<paragraph id="H8AFE0DE6144A407C8317490911929908"><enum>(4)</enum><text display-inline="yes-display-inline">The right to a written lease with clearly defined rental terms to establish tenancy in a housing unit, including any addendums and other regulations imposed by the landlord regarding occupancy of the housing unit and use of common areas.</text></paragraph>

<paragraph id="H358C998A74D740B3A6CE039D03B777D7"><enum>(5)</enum><text display-inline="yes-display-inline">The right to a plain-language briefing, before signing a lease and 30 days after move-in, by the installation housing office on all rights and responsibilities associated with tenancy of the housing unit, including information regarding the existence of any additional fees authorized by the lease, any utilities payments, the procedures for submitting and tracking work orders, the identity of the military tenant advocate, and the dispute resolution process.</text></paragraph>

<paragraph id="H3637DA4DA9424CC889F0BC65FF4A225C"><enum>(6)</enum><text>The right to have sufficient time and opportunity to prepare and be present for move-in and move-out inspections, including an opportunity to obtain and complete necessary paperwork.</text></paragraph>

<paragraph id="H06CD1E54A3554FD890D9DDE000892125"><enum>(7)</enum><text display-inline="yes-display-inline">The right to report inadequate housing standards or deficits in habitability of the housing unit to the landlord, the chain of command, and housing management office without fear of reprisal or retaliation, as provided in subsection (e), including reprisal or retaliation in the following forms:</text>

<subparagraph id="H17E9D595F8684484BE79A52557C6DF14"><enum>(A)</enum><text display-inline="yes-display-inline">Unlawful recovery of, or attempt to recover, possession of the housing unit.</text></subparagraph>

<subparagraph id="H341BAD13DA1A46A28BC347E665929557"><enum>(B)</enum><text>Unlawfully increasing the rent, decreasing services, or increasing the obligations of a tenant.</text></subparagraph>

<subparagraph id="HD987B6CFBF5548E49E28C19EA1ACCD40"><enum>(C)</enum><text>Interference with a tenant's right to privacy.</text></subparagraph>

<subparagraph id="HB41E10DE92484130871EA0DCFF9E8659"><enum>(D)</enum><text>Harassment of a tenant.</text></subparagraph>

<subparagraph id="HDBAC4AA2F47B4F7F8EC4029BD5DC349B"><enum>(E)</enum><text>Refusal to honor the terms of the lease.</text></subparagraph>

<subparagraph id="HF6BEE1ED335F486BA19CA921CFE9D763"><enum>(F)</enum><text>Interference with the career of a tenant.</text></subparagraph></paragraph>

<paragraph id="HD00C1AFB84EF4EAFA93C25CF6114482B"><enum>(8)</enum><text display-inline="yes-display-inline">The right of access to a military tenant advocate, as provided in section 2894(b)(4) of this title, through the housing management office of the installation of the Department at which the housing unit is located.</text></paragraph>

<paragraph id="H6C9FA86204AD4B9EAB4BC44F4C01F3CB"><enum>(9)</enum><text>The right to receive property management services provided by a landlord that meet or exceed industry standards and that are performed by professionally and appropriately trained, responsive, and courteous customer service and maintenance staff.</text></paragraph>

<paragraph id="H1AFFA449836946059F418514F155830A"><enum>(10)</enum><text>The right to have multiple, convenient methods to communicate directly with the landlord maintenance staff, and to receive consistently honest, accurate, straightforward, and responsive communications.</text></paragraph>

<paragraph id="H433B2EA52EE7410B85B2F635EB62FDE7"><enum>(11)</enum><text>The right to have access to an electronic work order system through which a tenant may request maintenance or repairs of a housing unit and track the progress of the work.</text></paragraph>

<paragraph id="H46BAF94246C34828A24E5E8940A1E54B"><enum>(12)</enum><text>With respect to maintenance and repairs to a housing unit, the right to the following:</text>

<subparagraph id="H460FEE5CE55544D08D8E1D7D6353C482"><enum>(A)</enum><text>Prompt and professional maintenance and repair.</text></subparagraph>

<subparagraph id="HA89393ABB0B34827B4FA44BE90A6F470"><enum>(B)</enum><text>To be informed of the required time frame for maintenance or repairs when a maintenance request is submitted.</text></subparagraph>

<subparagraph id="H016B558F9379472C908EBCCE5D82099C"><enum>(C)</enum><text display-inline="yes-display-inline">In the case of maintenance or repairs necessary to ensure habitability of a housing unit, to prompt relocation into suitable lodging or other housing at no cost to the tenant until the maintenance or repairs are completed.</text></subparagraph></paragraph>

<paragraph id="HDDF1947CC4BB453EB0A15B51A5AC154D"><enum>(13)</enum><text>The right to receive advice from military legal assistance on procedures involving mechanisms for resolving disputes with the property management company or property manager to include mediation, arbitration, and filing claims against a landlord.</text></paragraph>

<paragraph id="H5630FC25B4674CD8BB2980F3FAB0F531"><enum>(14)</enum><text>The right to enter into a dispute resolution process, as provided in section 2894 of this title, should all other methods be exhausted and, in which case, a decision in favor of the tenant may include a reduction in rent or an amount to be reimbursed or credited to the tenant.</text></paragraph>

<paragraph id="H32868625A06348C98A5B3D0848102F3D"><enum>(15)</enum><text>The right to have the tenantâ€™s basic allowance housing payments segregated and held in escrow, with approval of a designated commander, and not used by the property owner, property manager, or landlord pending completion of the dispute resolution process.</text></paragraph>

<paragraph id="H1D7E687AB01F4D148BD0C407D8FF0CA1"><enum>(16)</enum><text>The right to have reasonable, advance notice of any entrance by a landlord, installation housing staff, or chain of command into the housing unit, except in the case of an emergency or abandonment of the housing unit.</text></paragraph>

<paragraph id="HCCDD4609DD4E4252B10722B33A332A13"><enum>(17)</enum><text>The right to not pay non-refundable fees or have application of rent credits arbitrarily held.</text></paragraph>

<paragraph id="H8A763FE05E9F493A9CDA06E23D078D0C"><enum>(18)</enum><text>The right to expect common documents, forms, and processes for housing units will be the same for

all installations of the Department, to the maximum extent applicable without violating local, State, and Federal regulations.</text></paragraph></subsection>

<subsection id="H986A229ECA2B4143BC7CD52E54969C30"><enum>(c)</enum><header>Elements of Tenant Responsibilities</header><text display-inline="yes-display-inline">At a minimum, the Military Housing Privatization Initiative Tenant Responsibilities shall address the following responsibilities of tenants of housing units:</text>

<paragraph id="HFDC3BCC304C64E44AD0940A8F09E67C9"><enum>(1)</enum><text>The responsibility to report in a timely manner any apparent environmental, safety, or health hazards of the housing unit to the landlord and any defective, broken, damaged, or malfunctioning building systems, fixtures, appliances, or other parts of the housing unit, the common areas, or related facilities.</text></paragraph>

<paragraph id="HF37FD966908448ABB0A31B2F21700A02"><enum>(2)</enum><text display-inline="yes-display-inline">The responsibility to maintain standard upkeep of the housing unit as instructed by the housing management office.</text></paragraph>

<paragraph id="H164BC9ABC00D407CACD24801654EDAE3"><enum>(3)</enum><text display-inline="yes-display-inline">The responsibility to conduct oneself as a tenant in a manner that will not disturb neighbors, and to assume responsibility for oneâ€™s actions and those of a family member or guest in the housing unit or common areas.</text></paragraph>

<paragraph id="H931A847B43FB430FA9809B9176FC95A9"><enum>(4)</enum><text display-inline="yes-display-inline">The responsibility not to engage in any inappropriate, unauthorized, or criminal activity in the housing unit or common areas.</text></paragraph>

<paragraph id="H6218A14346764ACB85759EA74B6C1683"><enum>(5)</enum><text display-inline="yes-display-inline">The responsibility to allow the landlord reasonable access to the rental home in accordance with the terms of the tenant lease agreement to allow the landlord to make necessary repairs in a timely manner.</text></paragraph>

<paragraph id="HB512420777E34D69ADFBC8CE06ADE219"><enum>(6)</enum><text display-inline="yes-display-inline">The responsibility to read all lease-related materials provided by the landlord and to comply with the terms of the lease agreement, lease addenda, and any associated rules and guidelines.</text></paragraph></subsection>

<subsection id="HFAB99FEA067547C2AD9C1972087489F7"><enum>(d)</enum><header>Submission to congress and public availability</header>

<paragraph id="HEF45F7C0780D44F5819BAE3F5260A2B7" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">As part of the budget submission for fiscal year 2021, and biennially thereafter, the Secretary of Defense shall submit the then-current housing documents to the congressional defense committees.</text></paragraph>

<paragraph id="HE6FCBEAB4F184353BFD9DCE025D5BE3D" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Any change made to a housing document must be submitted to Congress at least 30 days before the change takes effect. </text></paragraph>

<paragraph id="H40AEF5F697F94584B023AD9B53F1EF38" indent="up1"><enum>(3)</enum><text>Upon submission of a housing document under paragraph (1) or (2), the Secretary of Defense shall publish the housing document on a publicly available Internet website of the Department of Defense.</text></paragraph></subsection></section></subchapter><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HF458AD5FE3D94E56923E8C6EBEB2747F"><enum>(c)</enum><header>Clerical amendments</header>

<paragraph id="H213FDAB48B424FF0A1D936C7321B3AD1"><enum>(1)</enum><header>Table of sections</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by subsection (b), is amended by inserting after the subchapter heading the following table of sections:</text>

<toc container-level="quoted-block-container" quoted-block="no-quoted-block" lowest-level="section" idref="H491ACA21FDCF4F46800976045B537EDC" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry level="section">Sec.</toc-entry>

<toc-entry idref="HF8BA18798158415386C30CF8B51A59E3" level="section">2890. Rights and responsibilities of tenants of housing units.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2890a. Chief Housing Officer.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2891. Requirements relating to contracts for provision of housing units.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2891a. Requirements relating to management of housing units.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2891b. Considerations of eligible entity housing history in contracts for privatized military housing.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2891c. Financial transparency.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2892. Maintenance work order system for housing units.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2892a. Access by tenants to historical maintenance information.</toc-entry>

<toc-entry level="section">2892b. Prohibition on requirement to disclose personally identifiable information in electronic requests for maintenance.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2893. Treatment of incentive fees for landlords of housing units for failure to remedy health or environmental hazards.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2894. â€‚Landlord-tenant dispute resolution process and treatment of certain payments during process.</toc-entry>

<toc-entry idref="HC0A0CE15147146F693C7AB86ED8BB94F" level="section">2894a. Complaint database.</toc-entry></toc></paragraph>

<paragraph id="H65F1F18AB53A438489B00CC31A13298C"><enum>(2)</enum><header>Table of subchapters</header><text display-inline="yes-display-inline">The table of subchapters at the beginning of chapter 169 of title 10, United States Code, is amended by inserting after the item relating to subchapter IV the following new item: </text>

<quoted-block style="OLC" id="H0E34378EA87647C7876FA8669B4080D7" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="subchapter" bold="on"><toc-enum>V.</toc-enum><level-header level="subchapter" bold="on">Oversight of Landlords and Protections and Responsibilities for Tenants of Privatized Military Housing</level-header><target>2890.</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="H4341D8F5E6BA4C199B613906E7990C14" section-type="subsequent-section"><enum>3012.</enum><header>Designation of Chief Housing Officer for privatized military housing</header>

<subsection id="H97DBC6A512CA42ADA953C03557B7E922"><enum>(a)</enum><header>Designation required</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2890 of such title, as added by section 3011 and amended by sections 3023 and 3024, the following new section:</text>

<quoted-block style="USC" id="H8AB3DF21C4A34AA2ACA2708ADAF70CA4" display-inline="no-display-inline">

<section id="H11109A016A3E4E198484330BF718FFF0"><enum>2890a.</enum><header>Chief Housing Officer</header>

<subsection id="H2848B5EEFC394F1FA37D7058DF46F07B"><enum>(a)</enum><header>Designation</header>

<paragraph id="H16020AC5C0E54DE98630BFE93147DAF0" display-inline="yes-display-inline"><enum>(1)</enum><text>The Secretary of Defense shall designate, from among officials of the Department of Defense who are appointed by the President with the advice and consent of the Senate, a Chief Housing Officer who shall oversee housing units.</text></paragraph>

<paragraph id="HFD49E34FAD0B491E9E4CEA151F5EAD74" indent="up1"><enum>(2)</enum><text>The official of the Department of Defense designated as Chief Housing Officer may be assigned duties in addition to the duties as Chief Housing Officer under subsection (b). </text></paragraph></subsection>

<subsection id="H203BEA21746A40DB9D2D5088D1BB0EE6"><enum>(b)</enum><header>Principal Duties</header>

<paragraph id="H8B159C395C5C4B468935B1F1B41A7015" display-inline="yes-display-inline"><enum>(1)</enum><text>The Chief Housing Officer shall oversee all aspects of the provision of housing under subchapter IV and this subchapter, including the following:</text>

<subparagraph id="H966FFA25591B49EA83F98195251FD288" indent="up1"><enum>(A)</enum><text>Creation and standardization of policies and processes regarding housing units.</text></subparagraph>

<subparagraph id="H1F81519693B9483192C764FF573513A7" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Oversight of the administration of any Department of Defense-wide policies regarding housing units, to include, in coordination with the Secretaries of the military departments, the housing documents developed pursuant to section 2890 of this title entitled Military Housing Privatization Initiative Tenant Bill of Rights and Military Housing Privatization Initiative Tenant Responsibilities.</text></subparagraph></paragraph>

<paragraph id="HF60D3AAA7E3B4178ADEE7A5F60928335" indent="up1"><enum>(2)</enum><text>The duties specified in paragraph (1) may not be further delegated.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H08BBCEE778A44349A83C7E52242974C7"><enum>(b)</enum><header>Notification of designation</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Secretary of Defense shall notify the congressional defense committees of the official of the Department of Defense designated as Chief Housing Officer under section 2890a of title 10, United States Code, as added by subsection (a). Any time the designation of Chief Housing Officer changes, the Secretary of Defense shall update the notification of the congressional defense committees within 30 days after the new designation. </text></subsection></section>

<section id="H0E114CAC5DBF4673A1F763D575C55F3F" section-type="subsequent-section"><enum>3013.</enum><header>Additional requirements relating to contracts for privatized military housing</header>

<subsection id="HE1EC77B740FD4383837CD4702216E8A9"><enum>(a)</enum><header>In General</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2890a of such title, as added by section 3012, the following new section:</text>

<quoted-block style="USC" id="H0C030D2451524E1FA01879EA0A6670A9" display-inline="no-display-inline">

<section id="H6E4D8A53560F44BCACF20C8FEB8FE1C0"><enum>2891.</enum><header>Requirements relating to contracts for provision of housing units</header>

<subsection id="H25B1E974826F44D4BEB4512D1C25BC2F"><enum>(a)</enum><header>In General</header><text display-inline="yes-display-inline">The requirements of this section condition contracts entered into using the authorities provided to the Secretary concerned under section 2872 of this title and other authorities provided under subchapter IV of this chapter and this subchapter.</text></subsection>

<subsection id="HDF567B49E3DD4F5093202B613671D1F5"><enum>(b)</enum><header>Exclusion of certain employees</header><text display-inline="yes-display-inline">A landlord providing a housing unit shall prohibit any employee of the landlord who commits work-order fraud under the contract from doing any work under the contract.</text></subsection>

<subsection id="H9C1010BA9CF5455D81CB4EA692D159CA"><enum>(c)</enum><header>Dispute resolution process</header><text>Any decision the commander renders in favor of the tenant in the formal dispute resolution process established pursuant to section 2894 of this title will be taken into consideration in determining whether to pay or withhold all or part of any incentive fees for which a landlord may otherwise be eligible under the contract.</text></subsection>

<subsection id="HF2FE5DC4959E4C9CB559AD29F235089F" commented="no"><enum>(d)</enum><header>Responsibility for certain medical costs</header>

<paragraph id="HC25A1AED7BD64001850FE45E63C2688D" commented="no"><enum>(1)</enum><header>Reimbursement required under certain circumstances</header><text display-inline="yes-display-inline">If the Secretary concerned finds that a landlord fails to maintain safe and sanitary conditions for a housing unit under the contract and that, subject to paragraph (2), these conditions result in a tenant of the housing unit receiving medical evaluations and treatment, the landlord shall be responsible for reimbursing the Department of Defense for any costs incurred by the Department to provide the medical evaluations and treatment to the tenant, whether such evaluations and treatment are provided in a military medical treatment facility or through the TRICARE provider network.</text></paragraph>

<paragraph id="HAB1BDA65BE164FB8A542C7398D739B14" commented="no"><enum>(2)</enum><header>Review process</header><text display-inline="yes-display-inline">Before the Secretary concerned may submit a claim under paragraph (1) to a landlord for reimbursement of Department medical evaluation and treatment costsâ€"</text>

<subparagraph id="HDEED7FC2DC674196B4BED6C3CA79B19D" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">a military medical professional must determine that the tenantâ€™s medical conditions were caused by unsafe and unsanitary conditions of the housing unit; and</text></subparagraph>

<subparagraph id="H51C2B00EB9094FF69E4D1EF1E0A9BD0A" commented="no"><enum>(B)</enum><text>the documentation of the medical evaluation showing causation must be sent to the Director of the Defense Health Agency for review and approval.</text></subparagraph></paragraph>

<paragraph id="H9BD66A03B1EF4471891F445039B1F5BC" commented="no"><enum>(3)</enum><header>Uniform processes and procedures</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this section, the Director of the Defense Health Agency shall develop and publish uniform processes and procedures to be used by medical providers in military medical treatment facilities to make determinations regarding whether environmental hazards within housing units serve as causative factors for medical conditions being evaluated and treated in military medical treatment facilities or through the TRICARE provider network. </text></paragraph></subsection>

<subsection id="HE9590ACB4678473693E8F00563D0597F"><enum>(e)</enum><header>Responsibility for relocation costs</header>

<paragraph id="H618317437191488DA5A4C6B2B357E793"><enum>(1)</enum><header>Permanent relocation</header><text display-inline="yes-display-inline">A landlord providing a housing unit shall pay reasonable relocation costs associated with the permanent relocation of a tenant from the housing unit to a different housing due to health or environmental hazardsâ€"</text>

<subparagraph id="HDF08B054ACDB48C58CB681CFE6AD1E92"><enum>(A)</enum><text>present in the housing unit being vacated through no fault of the tenant; and</text></subparagraph>

<subparagraph id="H69A6CAB5CE934C0FAF3BBFA6E90D4092"><enum>(B)</enum><text>confirmed by the housing management office of the installation for which the housing unit is

provided as making the unit uninhabitable or unable to be remediated safely while tenant occupies the housing unit.</text></subparagraph></paragraph>

<paragraph id="H296E7F3F1535406B8DD0A82D308E4BEF"><enum>(2)</enum><header>Temporary relocation</header><text>The landlord shall pay reasonable relocation costs and actual costs of living, including per diem, associated with the temporary relocation of a tenant to a different housing unit due to health or environmental hazardsâ€"</text>

<subparagraph id="H74A9E0F6912849C4A3B26224C27C25A2"><enum>(A)</enum><text>present in the housing unit being vacated through no fault of the tenant; and</text></subparagraph>

<subparagraph id="H19E315C242A84169AACA7467459CAACC"><enum>(B)</enum><text>confirmed by the housing management office of the installation as making the unit uninhabitable or unable to be remediated safely while tenant occupies the housing unit.</text></subparagraph></paragraph></subsection>

<subsection id="HA99DAA9307CD408EBDC241A5C58E7896"><enum>(f)</enum><header>Maintenance work order system</header><text display-inline="yes-display-inline">A landlord providing a housing unit shall ensure that the maintenance work order system of the landlord (hardware and software) is up to date, includingâ€"</text>

<paragraph id="H0377B7A46B0B49C79472E25AEC57B028"><enum>(1)</enum><text>by providing a reliable mechanism through which a tenant may submit work order requests through an Internet portal and mobile application, which shall incorporate the ability to upload photos, communicate with maintenance personnel, and rate individual service calls;</text></paragraph>

<paragraph id="H011172A8211E4F188D1BA97E13F0D318"><enum>(2)</enum><text>by allowing real-time access to such system by officials of the Department at the installation, major subordinate command, and service-wide levels; and</text></paragraph>

<paragraph id="H8B392DAB17F9421E8519871363843E9C"><enum>(3)</enum><text>by allowing the work order or maintenance ticket to be closed only once the tenant and the head of the housing management office of the installation sign off.</text></paragraph></subsection>

<subsection id="H21127CDB21CD4C1F9C1ED2B35F80B8AC"><enum>(g)</enum><header>Implementation</header><text display-inline="yes-display-inline">The Secretary concerned shall create such legal documents as may be necessary to carry out this section.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H2040F7F1D38F44968EA3A6E1E5DA5C10"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a), shall apply to appropriate legal documents entered into or renewed on or after the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing.</text></subsection>

<subsection id="HB7DDF3AB053F4247958141A058AFA8F5"><enum>(c)</enum><header>Retroactive landlord agreements</header>

<paragraph id="H72B63D35185640FFA7B1E7C2A27ACA86"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to accept the application of the requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a), to appropriate legal documents entered into or renewed before the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing</text></paragraph>

<paragraph id="H0BE889BF212B44E9B303ADA713B55BBF"><enum>(2)</enum><header>Submittal of list to congress</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under paragraph (1) to accept the requirements set forth in section 2891 of title 10, United States Code, as added by subsection (a).</text></paragraph>

<paragraph id="H0BC07AD4FC9A4D70A87E382D3E5BB045"><enum>(3)</enum><header>Consideration of lack of agreement in future contracts</header><text display-inline="yes-display-

inline">The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015,with respect to entering into or renewing any future contracts regarding privatized military housing.</text></paragraph></subsection></section>

<section id="HEAF017B1125448839C57A4AC8D0AA032" section-type="subsequent-section"><enum>3014.</enum><header>Additional requirements relating to management of privatized military housing</header>

<subsection id="HB13A3C90508F4E21AE6C5534F145D12B"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891 of such title, as added by section 3013, the following new section:</text>

<quoted-block style="USC" id="HD9000BC6B417425C93AED4AB1A149764" display-inline="no-display-inline">

<section id="H4401C812CC764D269AD5DE2AFD10F32E"><enum>2891a.</enum><header>Requirements relating to management of housing units</header>

<subsection id="H1B27E3EBE0234B4DAA1085A2F8221156"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall ensure that each contract between the Secretary concerned and a landlord regarding the management of housing units for an installation of the Department of Defense includes the requirements set forth in this section.</text></subsection>

<subsection id="HCDBB3D8900F24B04897546AD00B2D089"><enum>(b)</enum><header>Requirements for installation commanders</header>

<paragraph id="H8A17FF921BBC4049B19E8E2DA0313DC7" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The installation commander shall be responsible forâ€"</text>

<subparagraph id="H25F2E8BCD072486EA493A699FDB91A0B" indent="up1"><enum>(A)</enum><text>reviewing, on an annual basis, the mold mitigation plan and pest control plan of each landlord managing housing units for the installation; and</text></subparagraph>

<subparagraph id="H3158BC82D0BF4621B20350E2055C49AA" indent="up1"><enum>(B)</enum><text>notifying the landlord and the major subordinate command of any deficiencies found in either plan.</text></subparagraph></paragraph>

<paragraph id="H3E6A8FFD23ED4F0797A14CD41E9ADB12" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">In response to a request by the head of the housing management office of an installation, the installation commander shall use the assigned bio-environmental personnel or contractor equivalent at the installation to test housing units for mold, unsafe water conditions, and other health and safety conditions</text></paragraph></subsection>

<subsection id="HE8B9833C84174EEDB8DBDEC1911158A8"><enum>(c)</enum><header>Requirements for housing management office</header>

<paragraph id="H7F655E3742A94ECA86C43BBAC76B2A91" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The head of the housing management office of an installation shall be responsible forâ€"</text>

<subparagraph id="HBAB264F06AE04809B2656F3434D138A2" indent="up1"><enum>(A)</enum><text>conducting a physical inspection of, and approving the habitability of, a vacant housing unit for the installation before the landlord managing the housing unit is authorized to offer the housing unit available for occupancy; </text></subparagraph>

<subparagraph id="H1F20F3DF5B0A49F49DDA6EA8536F7AD7" indent="up1"><enum>(B)</enum><text>conducting a physical inspection of the housing unit upon tenant move-out; and</text></subparagraph>

<subparagraph id="HAA0A69C32B6C40E3B5816B068461D529" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">maintaining all test results relating to the health, environmental, and safety condition of the housing unit and the results of any

inspection conducted by the housing management office, landlord, or third-party contractor for the life of the contract relating to that housing unit.</text></subparagraph></paragraph>

<paragraph id="HEB06581760274E61A3EFD04B870D9B77" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The head of the installation housing management office shall be provided a list of any move-out charges that a landlord seeks to collect from an outgoing tenant.</text></paragraph>

<paragraph id="H41C39D06ACFB448CBACD32CA5CC6A828" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The head of the installation housing management office shall initiate contact with a tenant regarding the satisfaction of the tenant with the housing unit of the tenant not later thanâ€"</text>

<subparagraph id="HCEA928A8137149C0AE21BAFCB90EBA23"><enum>(A)</enum><text>15 days after move-in; and</text></subparagraph>

<subparagraph id="H1C9F36ED98934863BFD8A60744FD345A"><enum>(B)</enum><text>60 days after move-in.</text></subparagraph></paragraph></subsection>

<subsection id="H5CA67F36A9B540768E7F7530B27AE0B5"><enum>(d)</enum><header>Requirements for landlords</header>

<paragraph id="H32A6FE01DADD4F648FACBF41CBF5BADE" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The landlord providing a housing unit shall disclose to the Secretary of Defense any bonus structures offered for community managers and regional executives and any bonus structures relating to maintenance of housing units, in order to minimize the impact of those incentives on the operating budget of the installation for which the housing units are provided.</text></paragraph>

<paragraph id="HFB4E25C2A3D84543AEF9F8A02616FBF3" indent="up1"><enum>(2)</enum><text>With respect to test results relating to the health and safety condition of a housing unit, the landlord providing the housing unit shallâ€"</text>

<subparagraph id="HA65AB67DBC294415936C9982E5131D8A"><enum>(A)</enum><text>not later than three days after receiving the test results, share the results with the tenant of the housing unit and submit the results to the head of the installation housing management office; and</text></subparagraph>

<subparagraph id="H5297AD8E5B814D6E869A70C88917DACF"><enum>(B)</enum><text>include with any environmental hazard test results a simple guide explaining those results, preferably citing standards set forth by the Federal Government relating to environmental hazards.</text></subparagraph></paragraph>

<paragraph id="H413B1C2DE4EF44ACA45944A69F686A77" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Before a prospective tenant signs a lease to occupy a housing unit, the landlord providing the housing unit shall conduct a walkthrough inspection of the housing unitâ€"</text>

<subparagraph id="HFE4E5CC08F7143479D64CAAB08036ADF"><enum>(A)</enum><text>for the prospective tenant; or</text></subparagraph>

<subparagraph id="H5A6B285D97304F2680C6430D40EDF22E"><enum>(B)</enum><text>if the prospective tenant is not able to be present for the inspection, with an official of the housing management office designated by the prospective tenant to conduct the inspection on the tenantâ€™s behalf.</text></subparagraph></paragraph>

<paragraph id="H54C2FC172F8641E698FF0A40321C582E" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">In the event that the installation housing management office determines that a housing unit does not meet minimum health, safety, and welfare standards set forth in Federal, State, and local law as a result of a walkthrough inspection or an inspection conducted under subsection (c), the landlord providing the housing unit shall remediate any issues and make any appropriate repairs to the satisfaction of the housing management office and subject to another inspection by the housing management office.</text></paragraph>

<paragraph id="H858AAF038A1540C986206C1FE1463387" indent="up1"><enum>(5)</enum><text>A landlord providing a housing unit may not conduct any promotional events to encourage tenants to fill out maintenance comment cards or satisfaction surveys of any kind,

without the approval of the chief of the housing management office.</text></paragraph>

<paragraph id="HB07025F62CD24AC18B401BB56F994A64" indent="up1"><enum>(6)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not award an installation of the Department of Defense or an officer or employee of the Department a <quote>Partner of the Year award</quote> or similar award.</text></paragraph>

<paragraph id="H326167BC702045178461A19BA6DF143A" indent="up1"><enum>(7)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not enter into any form of settlement, nondisclosure, or release of liability agreement with a tenant withoutâ€"</text>

<subparagraph id="HA7BA605EC4BA4E5B9697BC8D4F086056"><enum>(A)</enum><text>first notifying the tenant of the tenantâ€™s right to assistance from the legal assistance office at the installation; and</text></subparagraph>

<subparagraph id="H7594EC830B444E0081E5D9AF30253905"><enum>(B)</enum><text>not later than five days before entering into such settlement, nondisclosure, or release of liability agreement, providing a copy of the agreement and terms to the Assistant Secretary of Defense for Sustainment.</text></subparagraph></paragraph>

<paragraph id="HAFFE7DD062FD472FB2678CF8FBDE2A09" indent="up1"><enum>(8)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not change the position of a prospective tenant on a waiting list for a housing unit or remove a prospective tenant from the waiting list in response to the prospective tenant turning down an offer for a housing unit, if the housing unit is determined unsatisfactory by the prospective tenant and the determination is confirmed by the housing management office and the installation commander.</text></paragraph>

<paragraph id="H0ECB0B0AE712402892299A11E083995D" indent="up1"><enum>(9)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall allow employees of the housing management office and other officers and employees of the Department to conductâ€"</text>

<subparagraph id="H6FFA5348E42A47DA81364893EEE77BDD"><enum>(A)</enum><text display-inline="yes-display-inline">with the permission of the tenant of the housing unit as appropriate, physical inspections of the housing unit; and</text></subparagraph>

<subparagraph id="H906AF4F659C349DC86C97926C515330B"><enum>(B)</enum><text display-inline="yes-display-inline">physical inspections of any common areas maintained by the landlord.</text></subparagraph></paragraph>

<paragraph id="H10CCD6D4F0534EDE84DFCC77D7B50C4C" indent="up1"><enum>(10)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall agree to participate in the dispute resolution and payment-withholding processes established pursuant to section 2894 of this title.</text></paragraph>

<paragraph id="HA905E1EE1D04428DAD8BB0DD72693F80" indent="up1"><enum>(11)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall ensure that the needs of enrollees in the Exceptional Family Member Program, or any successor program, are considered in assigning prospective tenants to housing units provided by the landlord.</text></paragraph>

<paragraph id="HBC51DE5AA3484A099A4BA7C0363CCD77" indent="up1"><enum>(12)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall maintain an electronic work order system that enables access by the tenant to view work order history, status, and other relevant information, as required by section 2892 of this title.</text></paragraph>

<paragraph id="H311595A4927D4E3BAD2C439AB59807A8" indent="up1"><enum>(13)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit shall agree to have any agreements or forms to be used by the landlord approved by the Assistant Secretary of Defense for Sustainment, including the following:</text>

<subparagraph id="H6F947B70730B42F19CE63BEE55F9FADC"><enum>(A)</enum><text>A common lease agreement.</text></subparagraph>

<subparagraph id="HCDF4844B49BA4AD4A179A54E2DB4631F"><enum>(B)</enum><text>Any disclosure or nondisclosure forms that could be given to a tenant.</text></subparagraph></paragraph></subsection>

<subsection id="H2D7FBEA885E24E7B8EA6320EAC8DC022"><enum>(e)</enum><header>Prohibition Against Collection of Amounts in Addition to Rent</header>

<paragraph id="H8C9A24D29E9342AC818652340FFA3C2D" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">A landlord providing a housing unit may not impose on a tenant of the housing unit a supplemental payment, such as an out-of-pocket fee, in addition to the amount of rent the landlord charges for a unit of similar size and composition to the housing unit, without regard to whether or not the amount of the any basic allowance for housing under section 403 of title 37 the tenant may receive as a member of the armed forces is less than the amount of the rent.</text></paragraph>

<paragraph id="HE310D9056A8143CB93EE8931ECCB602F" indent="up1"><enum>(2)</enum><text>Nothing in paragraph (1) shall be construedâ€"</text>

<subparagraph id="HD6CF9D5DD5C3443BBBDFFD63FD1AD943"><enum>(A)</enum><text>to prohibit a landlord from imposing an additional paymentâ€"</text>

<clause id="HE334656304C141D892EDF62952EEB520"><enum>(i)</enum><text>for optional services provided to military tenants, such as access to a gym or a parking space;</text></clause>

<clause id="H48765EA4C5884C6C867A3B3B1257F7CD"><enum>(ii)</enum><text>for non-essential utility services, as determined in accordance with regulations promulgated by the Secretary concerned; or</text></clause>

<clause id="HCCD62AD4A659427584FA9DD254C66AA3"><enum>(iii)</enum><text>to recover damages associated with tenant negligence, consistent with subsection (c)(2); or</text></clause></subparagraph>

<subparagraph id="H4AB6F39BD4214F7BAA01F40EEA137FF6"><enum>(B)</enum><text display-inline="yes-display-inline">to limit or otherwise affect the authority of the Secretary concerned to enter into rental guarantee agreements under section 2876 of this title or to make differential lease payments under section 2877 of this title, so long as such agreements or payments do not require a tenant to pay an out-of-pocket fee or payment in addition to the amount of the any basic allowance for housing under section 403 of title 37 the tenant may receive as a member of the armed forces.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H4F58AD525F9C42668796892BB331EC61"><enum>(b)</enum><header>Military department implementation plans</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of each military department shall submit to the congressional defense committees a plan for the implementation by that military department of section 2891a of title 10, United States Code, as added by subsection (a).</text></subsection>

<subsection id="H77F4023B17454D4CA05FB856E14D5824"><enum>(c)</enum><header>Effective date</header><text display-inline="yes-display-inline">The requirements set forth in section 2891a of title 10, United States Code, as added by subsection (a), shall apply to appropriate legal documents entered into or renewed on or after the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing.</text></subsection>

<subsection id="H73CF8273AAEB4DD0BF4047A18033E82A" commented="no"><enum>(d)</enum><header>Repeal of replaced provision</header>

<paragraph id="HFBEEB0A800FB424199C7A032C57FF58F" commented="no"><enum>(1)</enum><header>Repeal</header><text display-inline="yes-display-inline">Section 2886 of title 10, United States Code, is repealed.</text></paragraph>

<paragraph id="HEB953E09A293401FA6C74AA032CBE09D" commented="no"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of subchapter IV of chapter 169 of title 10, United States Code, is amended by striking the item relating to section 2886.</text></paragraph></subsection>

<subsection id="HCE0AD7552992436499301329 1A77D0D4"><enum>(e)</enum><header>Retroactive landlord agreements</header>

<paragraph id="H144610C55F4A4818A0FCF62DDDE8F8A5"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to accept the application of the requirements set forth in section 2891a of title 10, United States Code, as added by subsection (a), to appropriate legal documents entered into or renewed before the date of the enactment of this Act between the Secretary of a military department and a landlord regarding privatized military housing</text></paragraph>

<paragraph id="H79614FBA97F54B3084CC09A0DC502F11"><enum>(2)</enum><header>Submittal of list to congress</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under paragraph (1) to accept the requirements set forth in section 2891a of title 10, United States Code, as added by subsection (a).</text></paragraph>

<paragraph id="H9235F179B1AB466AB7E15D36D18F4EF4"><enum>(3)</enum><header>Consideration of lack of agreement in future contracts</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015, with respect to entering into or renewing any future contracts regarding privatized military housing.</text></paragraph></subsection></section>

<section id="H0A55DAE39962469BA21C525B1E200C02" section-type="subsequent-section"><enum>3015.</enum><header>Consideration of contractor history in contracts for privatized military housing</header><text display-inline="no-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891a of such title, as added by section 3014, the following new section:</text>

<quoted-block style="USC" id="H0D4480E9615D4443B9C8E07D5065FBE5" display-inline="no-display-inline">

<section id="HA6F0A453ED2249168A610CA4BDC848BE"><enum>2891b.</enum><header>Considerations of eligible entity housing history in contracts for privatized military housing</header>

<subsection id="HEC14AF0582814CD68707047B25CF89E7"><enum>(a)</enum><header>Consideration required</header><text display-inline="yes-display-inline">To assist in making a determination whether to enter into a new contract, or renew an existing contract, with an eligible entity, the Secretary of Defense shall develop a standard process by which the Secretary concerned may evaluate the past performance of the eligible entity for purposes of informing future decisions regarding the award of such a contract.</text></subsection>

<subsection id="H38A6A627A7194FA4BCF6930613B3B3C5"><enum>(b)</enum><header>Elements of process</header><text>The process developed under subsection (a) shall include, at a minimum, consideration of the following:</text>

<paragraph id="HCE0DBA8BB9724015A37AA4377415BC87"><enum>(1)</enum><text>Any history of the eligible entity of providing substandard housing.</text></paragraph>

<paragraph id="HF6AD7B8F257645D4B0C003A5396E5891"><enum>(2)</enum><text>The recommendation of the commander of the installation for which housing units will be provided under the contract.</text></paragraph>

<paragraph id="H15E85B9D029B4CB08E788344EC8FEEE5"><enum>(3)</enum><text>The recommendation of the commander of any other installation for which the eligible entity has provided housing units.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HBAE2EC526E0C4AC681506CDC7D54EE65"><enum>3016.</enum><header>Additional improvements for management of privatized military housing</header>

<subsection id="H17271A4D1C8B472FBE2F4138E0C0406B"><enum>(a)</enum><header>Improved financial transparency</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891b of such title, as added by section 3015, the following

new section:</text>

<quoted-block display-inline="no-display-inline" id="H2C3F4B9107A04F5EB4209970DA7888B0" style="USC">

<section id="H109D205048554258BD71034663281C69"><enum>2891c.</enum><header>Financial transparency</header>

<subsection id="HF85C18E577234C4199B23645E64E3472"><enum>(a)</enum><header>Submission of landlord financial information</header>

<paragraph id="H2284299EAB3A4ADDB7D52D6CC4A252C6" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not less frequently than annually, the Secretary of Defense shall require that each landlord submit to the Secretary a report providing information regarding all housing units provided by the landlord.</text></paragraph>

<paragraph id="H260D4F8376804066944DE318B9BAD710" indent="up1"><enum>(2)</enum><text>Information provided under paragraph (1) by a landlord shall include the following:</text>

<subparagraph id="H8AAF04B5514D4CA8A4350DAB2A160889"><enum>(A)</enum><text>A comprehensive summary of the landlordâ€™s financial performance. </text></subparagraph>

<subparagraph id="HE386A5ACF33E4B0F8549B428D97C93D0"><enum>(B)</enum><text display-inline="yes-display-inline">The amount of base management fees relating to all housing units provided by the landlord.</text></subparagraph>

<subparagraph id="HD5C56C67D2624FCCA27CF9388CADA088"><enum>(C)</enum><text>The amount of asset management fees relating to such housing units.</text></subparagraph>

<subparagraph id="HCBFD883259074DF0B6DD1AE232D05DE8"><enum>(D)</enum><text display-inline="yes-display-inline">The amount of preferred return fees relating to such housing units.</text></subparagraph>

<subparagraph id="HA9C041BDA94A4E6D999C6E23F02676EC"><enum>(E)</enum><text>The residual cashflow distributions relating to such housing units.</text></subparagraph>

<subparagraph id="HAAB411065C4349D8B68BF6410240F0DA"><enum>(F)</enum><text>The amount of deferred fees or other fees relating to such housing units.</text></subparagraph></paragraph>

<paragraph id="HDDA11721F64C401EAB36C48BAC494A15" indent="up1"><enum>(3)</enum><text>In this subsection:</text>

<subparagraph id="H13D0DA7D208B488BB4B6C88C20EC5FDB"><enum>(A)</enum><text display-inline="yes-display-inline">The term <quote>base management fees</quote> means the monthly management fees collected for services associated with accepting and processing rent payments, ensuring tenant rent payments, property inspections, maintenance management, and emergency maintenance calls.</text></subparagraph>

<subparagraph id="H9BCDDAFED21B4D4A92184F08E6D496EB"><enum>(B)</enum><text display-inline="yes-display-inline">the term <quote>asset management fees</quote> means fees paid to manage a housing unit for the purpose of ensuring the housing unit is maintained in good condition and making repairs over the lifecycle of the housing unit.</text></subparagraph>

<subparagraph id="H79FB0DD8CE834CCB87504A8741A53150"><enum>(C)</enum><text display-inline="yes-display-inline">the term <quote>preferred return fees</quote> means fees associated with any claims on profits furnished to preferred investors with an interest in the housing unit. </text></subparagraph>

<subparagraph id="H5ABA4D68A92242E4B778384CADCD7021"><enum>(D)</enum><text display-inline="yes-display-inline">the term <quote>residual cashflow distribution</quote> means the steps a specific housing project takes to restructure after it is determined that the project is in an unacceptable financial condition.</text></subparagraph>

<subparagraph id="H073A7CD2DCA84B38A5C5080C9B681D59"><enum>(E)</enum><text display-inline="yes-display-inline">the term <quote>deferred fee</quote> means any fee that was not paid to a person in a calendar year in order to meet other financial obligations of the landlord.</text></subparagraph></paragraph></subsection>

<subsection id="HF4220B499ACF415592652B1D48EA0609"><enum>(b)</enum><header>Availability of information on use of incentive fees</header>

<paragraph id="H01F54E741FF4456D81BBCDB329D43D46" display-inline="yes-display-inline"><enum>(1)</enum><text>Not less frequently than annually, the Secretary of Defense shall publish, on a publicly accessible website, information regarding the use by the Secretary concerned of incentive fees to support contracts for the provision or management of housing units.</text></paragraph>

<paragraph id="HB558D1EC13A64D3AB1599F70CC3DF2C7" indent="up1"><enum>(2)</enum><text>The information provided under paragraph (1) shall include, with respect to each contract, the following:</text>

<subparagraph id="HDAF80A0953084EEFB2CFED693F7A977C"><enum>(A)</enum><text>The applicable incentive fees.</text></subparagraph>

<subparagraph id="H82D21E4A6BA048D0B1725353FED77C28"><enum>(B)</enum><text>The metrics used to determine the incentive fees.</text></subparagraph>

<subparagraph id="H94DF525FA05F4386806DDD9C09659106"><enum>(C)</enum><text>Whether incentive fees were paid in full, or were withheld in part or in full, during the period covered by the release of information.</text></subparagraph>

<subparagraph id="H52D17938AAF7499AA2DC72EF91624AAF"><enum>(D)</enum><text>If any incentive fees were withheld, the reasons for such withholding.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC3907570202C49989FD357D67519929D"><enum>(b)</enum><header>Establishment and availability of complaint database</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2894 of such title, as added by section 3022, the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HF4537220DC414787A8D90E91F5FC01B6" style="USC">

<section id="HBD05A1886F7F433A947E56EB5AB64756"><enum>2894a.</enum><header>Complaint database</header>

<subsection id="H76A67CF07B0B493992ECBFC80F1C302D"><enum>(a)</enum><header>Database required</header><text>The Secretary of Defense shall establish a database of complaints made regarding housing units.</text></subsection>

<subsection id="HBF071B6097324E9BB13C45E8234E6E42"><enum>(b)</enum><header>Public availability</header><text display-inline="yes-display-inline">The database shall be available to the public.</text></subsection>

<subsection id="H4D4660172439402F8902DA029A391745"><enum>(c)</enum><header>Inclusion of tenant complaints</header><text>The Secretary of Defense shall permit a tenant of a housing unit to file a complaint regarding the housing unit for inclusion in the database.</text></subsection>

<subsection id="H601C42D91D2D4363B926AFB4DF7BC624" commented="no"><enum>(d)</enum><header>Inclusion of certain information</header>

<paragraph id="HCB4A3A3EA0CD4E0FABFF26EE662C8A00" display-inline="yes-display-inline" commented="no"><enum>(1)</enum><text>Information accessible in the database regarding a complaint shall include the following:</text>

<subparagraph id="H972B900113444B3BB0219E4173906216" indent="up1"><enum>(A)</enum><text>The name of the installation for which the housing unit is provided.</text></subparagraph>

<subparagraph id="H3EEBE9B90D8B48A985F59032BA2302C6" indent="up1"><enum>(B)</enum><text>The name of the landlord responsible for the housing unit.</text></subparagraph>

<subparagraph id="HDCFE53F3C7204854ACEAB4FDBC87AA6D" indent="up1"><enum>(C)</enum><text>A description of the nature of the complaint.</text></subparagraph></paragraph>

<paragraph id="H319BE9F586004836A6174D123DD7ADFE" indent="up1" commented="no"><enum>(2)</enum><text>The Secretary of Defense may not disclose personally identifiable information through the database.</text></paragraph></subsection>

<subsection id="H4501570770AC4C0D9B94F0B78FF185AA"><enum>(e)</enum><header>Response by landlords</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HDA98EF108EA34E50AE89646A5E49F834"><enum>(1)</enum><text>The Secretary of Defense shall include in any contract with a landlord responsible for a housing unit a requirement that the landlord respond in a timely manner to any complaints included in the database that relate to the housing unit.</text></paragraph>

<paragraph id="H8A7C9FAF1502477981F0FEFAB178F4BA" indent="up1"><enum>(2)</enum><text>The Secretary shall include landlord responses in the database.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HC69677874C204E5CA7D403977E98BADE"><enum>(c)</enum><header>Audits of financial viability of privatized military housing partnerships</header>

<paragraph id="H14510995020446FE96294E39C3908AC5"><enum>(1)</enum><header>Audits required</header><text display-inline="yes-display-inline">The Comptroller General of the United States, in accordance with best audit practices, shall conduct an audit of the financial viability of each partnership for the provision of privatized military housing that the Comptroller General determines were impacted by extreme weather events or other natural disasters occurring during the 36-month period immediately preceding the date of the enactment of this Act.</text></paragraph>

<paragraph id="H7096B6FE16EF40A0A10451C04E614DAB"><enum>(2)</enum><header>Required information</header><text display-inline="yes-display-inline">The audit under paragraph (1) shall assess the following:</text>

<subparagraph id="H7691FEAE00AA4404BC862E16E5AD148D"><enum>(A)</enum><text display-inline="yes-display-inline">The appropriateness of existing insurance caps contained in contracts for privatized military housing.</text></subparagraph>

<subparagraph id="H934537EF01EF4737A3E753F7E5951625"><enum>(B)</enum><text>The structure of the cashflow waterfall, including the impact of expenses relating to disaster recovery.</text></subparagraph></paragraph>

<paragraph id="HF7A186B8FDA34DFB8EF6499DF4402AB4"><enum>(3)</enum><header>Submission to congress</header><text>Not later than February 1, 2021, the Comptroller General shall submit to the Secretary of Defense and the Committees on Armed Services of the Senate and the House of Representatives a report containing the results of the audit conducted under paragraph (1).</text></paragraph></subsection>

<subsection id="HBC0744D2392741C388BA0DF0EA63565C"><enum>(d)</enum><header>Additional information in congressional reports on privatized military housing</header><text display-inline="yes-display-inline">Section 2884(c) of title 10, United States Code, is amended by adding at the end the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H15CF8FF0D75A4747A9ED58B1E7B571E8" style="OLC">

<paragraph id="HF3D84B19B5544CCEAD88F675536254FB"><enum>(7)</enum><text>An assessment of the condition of housing units based on the average age of those units and the estimated time until recapitalization.</text></paragraph>

<paragraph id="HE0B293F567AC47438778B891D4304DF0"><enum>(8)</enum><text>An assessment of tenant complaints.</text></paragraph>

<paragraph id="H823BF43EAA9449EC9C5FA7A23CA1E185"><enum>(9)</enum><text>An assessment of maintenance response times and completion of maintenance requests.</text></paragraph>

<paragraph id="H33B17D4B735D40DFB394715AEBB86248"><enum>(10)</enum><text>An assessment of the dispute resolution process, which shall include a specific analysis of each denied tenant request to withhold rent payments and each instance in which the dispute resolution process resulted in a favorable outcome for the landlord.</text></paragraph>

<paragraph id="HE071E0CC1E544D768623734733E59498"><enum>(11)</enum><text>An assessment of overall customer service for tenants.</text></paragraph>

<paragraph id="HD44E5FF9FB604DB4B49C97B4A1C4213D"><enum>(12)</enum><text>A description of the results of any no-notice housing inspections conducted.</text></paragraph>

<paragraph id="H99AB38FD9B2B45AEB71DE40F8DF3903E"><enum>(13)</enum><text>The results of any resident surveys conducted.</text></paragraph>

<paragraph id="HBE878657A41F4E87B82C98F5BF97AB71"><enum>(14)</enum><text display-inline="yes-display-inline">With regard to issues of lead-based paint in housing units, a summary of data relating to the presence of lead-based paint in such housing units, including the following by military department:</text>

<subparagraph id="HED4F0CEE55C042ECA96E217AD3B91561"><enum>(A)</enum><text>The total number of housing units containing lead-based paint.</text></subparagraph>

<subparagraph id="H5B6181F2F0D84F5DB6C2C132816B2BE8" commented="no"><enum>(B)</enum><text>A description of the reasons for the failure to inspect any housing unit that contains lead-based paint.</text></subparagraph>

<subparagraph id="HD7338157C369486381B473671944BD6B"><enum>(C)</enum><text>A description of all abatement or mitigation efforts completed or underway in housing units containing lead-based paint.</text></subparagraph>

<subparagraph id="HDC85DD0210EE496AA3515F511F4B5277"><enum>(D)</enum><text display-inline="yes-display-inline">A certification as to whether military housing under the jurisdiction of the Secretary concerned complies with requirements relating to lead-based paint, lead-based paint activities, and lead-based paint hazards, as described in section 408 of the Toxic Substances Control Act (15 U.S.C. 2688).</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H780065F84BAD45F59EF9993B9A1F13B6" section-type="subsequent-section"><enum>3017.</enum><header>Maintenance work order system for privatized military housing</header><text display-inline="no-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2891c of such title, as added by section 3016(a), the following new section:</text>

<quoted-block style="USC" id="HA83698C5474D4F899A1CA5D09B64661E" display-inline="no-display-inline">

<section id="H90CACA1F37AE4EB3B3F5386FCD1E3A7D"><enum>2892.</enum><header>Maintenance work order system for housing units</header>

<subsection id="H91F6371F1CB8403E905D5BAA7B4FC1CB"><enum>(a)</enum><header>Electronic work order system required</header><text display-inline="yes-display-inline">The Secretary of Defense shall require that each landlord of a housing unit have an electronic work order system to track all maintenance requests relating to the housing unit.</text></subsection>

<subsection id="H2CCD0429AC6B43CAA16AADEBC958A0D4"><enum>(b)</enum><header>Access by department personnel</header><text display-inline="yes-display-inline">The Secretary of Defense shall require each landlord of a housing unit to provide access to the maintenance work order system of the landlord relating to the housing unit to the following persons:</text>

<paragraph id="HE496183532A44DF8A99BCA0182215858"><enum>(1)</enum><text>Personnel of the housing management office at the installation for which the housing unit is provided.</text></paragraph>

<paragraph id="H36AE71CA079E40359DBDA1A7F80AE3A4"><enum>(2)</enum><text>Personnel of the installation and engineer command or center of the military department concerned.</text></paragraph>

<paragraph id="HCD9FE6AA4B30416993A5572B40656CC9"><enum>(3)</enum><text>Such other personnel of the Department of Defense as the Secretary determines necessary.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H0900724CF3AB46E688A0FA1202C8B2B5" section-type="subsequent-

section"><enum>3018.</enum><header>Access by tenants of privatized military housing to maintenance work order system</header><text display-inline="no-display-inline">Section 2892 of title 10, United States Code, as added by section 3017, is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="H15324A394FD341A78D1CD51871353D1A" display-inline="no-display-inline">

<subsection id="H0F7B3076B8C84D7BA577301E89F694CF"><enum>(c)</enum><header>Access by tenants</header><text display-inline="yes-display-inline">The Secretary of Defense shall require each landlord of a housing unit to provide access to the maintenance work order system of the landlord relating to the housing unit to the tenant of the housing unit to permit the tenant, at a minimum, to track the status and progress of work orders for maintenance requests relating to the housing unit.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H7E3F14B5717E498DA537CBE3C8C5B82B" section-type="subsequent-section"><enum>3019.</enum><header display-inline="yes-display-inline">Access by tenants to historical maintenance information for privatized military housing</header><text display-inline="no-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2892, as added by section 3017 and amended by section 3018, the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HA408AD1F0E43440A974CE1A1CE2B2D16" style="USC">

<section commented="no" display-inline="no-display-inline" id="H5E642C94BECE4CBFB79BAC3C4EC8BD80" section-type="subsequent-section"><enum>2892a.</enum><header display-inline="yes-display-inline">Access by tenants to historical maintenance information</header><text display-inline="no-display-inline">The Secretary concerned shall require each eligible entity or subsequent landlord that offers for lease a housing unit to provide to a prospective tenant of the housing unit, before the prospective tenant moves into the housing unit as a tenant, all information regarding maintenance conducted with respect to that housing unit for the previous seven years. In this section, the term <quote>maintenance</quote> includes any renovations of the housing unit during such period.</text></section><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HF5AC99D8ED744BCE8F8950D653AD65F1" section-type="subsequent-section"><enum>3020.</enum><header>Prohibition on requirement to disclose personally identifiable information in certain requests for maintenance of privatized military housing</header>

<subsection id="H295FDB72B62A4853804E509E91ADCB39"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2892a of such title, as added by section 3019, the following new section:</text>

<quoted-block style="USC" id="H32A6DF68645E4E518B880174DF802B4E" display-inline="no-display-inline">

<section id="H8DB13379A4914EBBBA1FD1245BEC045D"><enum>2892b.</enum><header>Prohibition on requirement to disclose personally identifiable information in requests for certain maintenance</header><text display-inline="no-display-inline">A landlord responsible for a housing unit may not require the disclosure of personally identifiable information as a part of the submission of a request for maintenance regarding a housing unit or common area when the disclosure of personally identifiable information is not needed to identify the location at which such maintenance will be performed.</text></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H84480A29C2EB401F89FFB91451C9DB88"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The prohibition in section 2892b of title 10, United States Code, as added by subsection (a), shall take effect on the date that is one year after the date of the enactment of this Act.</text></subsection></section>

<section id="H1F785DDAD89B47568F793E1568035171" section-type="subsequent-section"><enum>3021.</enum><header>Treatment of incentive fees for landlords of privatized military housing for failure to remedy a health or environmental hazard</header><text display-inline="no-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2892b of such title, as added by section 3020, the following new section:</text>

<quoted-block style="USC" id="HCB7C08D2FA1644A09B4658D7D39F9D01" display-inline="no-display-inline">

<section id="H6340A1DED9E2452A8082521B6466E136"><enum>2893.</enum><header>Treatment of incentive fees for landlords of housing units for failure to remedy health or environmental hazards</header><text display-inline="no-display-inline">The Secretary concerned shall not approve the payment of incentive fees otherwise authorized to be paid to a landlord that the Secretary determines has demonstrated a propensity for failing to remedy, or failing to remedy in a timely manner, a health or environmental hazard at a housing unit provided by the landlord.</text></section><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H110AF8C1ACE6456191725252A5854270" section-type="subsequent-section"><enum>3022.</enum><header>Dispute resolution process for landlord-tenant disputes regarding privatized military housing and requests to withhold payments during dispute resolution process</header>

<subsection id="H287B51A129F24B1397BC65688CDB4F45"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter V of chapter 169 of title 10, United States Code, as added by section 3011, is amended by inserting after section 2893 of such title, as added by section 3021, the following new section:</text>

<quoted-block style="USC" id="H912AA40CAFC04B968745FAA9E98D2F70" display-inline="no-display-inline">

<section id="H5E882EC5663C41C592A063CB10467631"><enum>2894.</enum><header>Landlord-tenant dispute resolution process and treatment of certain payments during process</header>

<subsection id="H1BC1FD99194E47F6914536342CAE794A"><enum>(a)</enum><header>Process required; purpose</header><text display-inline="yes-display-inline">The Secretary concerned shall implement a standardized formal dispute resolution process to ensure the prompt and fair resolution of disputes that arise between landlords providing housing units and tenants residing in housing units concerning maintenance and repairs, damage claims, rental payments, move-out charges, and such other issues relating to housing units as the Secretary determines appropriate.</text></subsection>

<subsection id="H6E02E7AB76634000942642CD868E5F0C"><enum>(b)</enum><header>Process elements</header>

<paragraph id="H687BEE3FD64E42E786589492112C7CC2" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The dispute resolution process shall include the process by which a tenant may request that certain payments otherwise authorized to be paid to a landlord are withheld, as provided in subsection (e).</text></paragraph>

<paragraph id="HC517F77CDDD84F6486CC20C60B528FB2" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The process shall designate the installation or regional commander in charge of oversight of housing units as the deciding authority under the dispute resolution process.</text></paragraph>

<paragraph id="HB1B13F1156E94791A7C3AE88623C88FC" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The Secretary concerned shall establish a standardized mechanism and forms by which a tenant of a housing unit may submit, through online or other means, a request for resolution of a landlord-tenant dispute through the dispute resolution process.</text></paragraph>

<paragraph id="HBB3D50F2B00A437AB26C191BCAA99FF5" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">The Secretary shall ensure that, in preparing a request described in paragraph (3), a tenant has access to advice and assistance from a military housing advocate employed by the military department concerned or a military

legal assistance attorney under section 1044 of this title.</text></paragraph>

<paragraph id="HC74B90316C644899953E1AA5023D948F" indent="up1"><enum>(5)</enum><text display-inline="yes-display-inline">The Secretary concerned shall minimize costs to tenants for participation in the dispute resolution process.</text></paragraph></subsection>

<subsection id="H90798FED64254911A6B0398A6B526808"><enum>(c)</enum><header>Resolution process</header>

<paragraph id="HCA03C8D849C64041A7DD69763F640D63" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Not later than 24 hours after receiving a request from a tenant for resolution of a landlord-tenant dispute through the dispute resolution process, the Secretary concerned shallâ€"</text>

<subparagraph id="H1EB244D5E3A54688BA7B23AD50229332" indent="up1"><enum>(A)</enum><text>notify the tenant that the request has been received;</text></subparagraph>

<subparagraph id="HF93CF2CB929B4FF9880E5E86B8A03352" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">transmit a copy of the request to the installation or regional commander (as the case may be), housing management office responsible for the housing unit, and the landlord of the housing unit; and</text></subparagraph>

<subparagraph id="H40A9C345D921476E8B34A25015B7DF7A" indent="up1"><enum>(C)</enum><text>if the request includes a request to withhold payments under subsection (e),initiate the process under such subsection.</text></subparagraph></paragraph>

<paragraph id="H7764AB9DDB794901B5FFA29574EF43B4" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">For purposes of conducting an assessment necessary to render a decision under the dispute resolution process, both the landlord and representatives of the installation housing management office may access the housing unit at a time and for a duration mutually agreed upon amongst the parties.</text></paragraph>

<paragraph id="HAD9A269DCFC6404C9F13B37A5A611428" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">Not later than seven days after the date on which the request was received by the installation housing management office shall complete an investigation that includes a physical inspection and transmit the results of the investigation to the installation or regional commander (as the case may be).</text></paragraph>

<paragraph id="HFFF47434BA9D44D3A47883A769A4DC11" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">Before making any decision with respect to a dispute under the dispute resolution process, the commander shall certify that the commander has solicited recommendations or information relating to the dispute from the following persons:</text>

<subparagraph id="H5719B1EE30644573ADFCF8D6ACE58953"><enum>(A)</enum><text>The chief of the installation housing management office.</text></subparagraph>

<subparagraph id="HDF1D553EC4084057A42014A040B8FECB"><enum>(B)</enum><text>A representative of the landlord for the housing unit.</text></subparagraph>

<subparagraph id="H8B048435DAA24391AD466778D42E6EFA"><enum>(C)</enum><text>The tenant submitting the request for dispute resolution.</text></subparagraph>

<subparagraph id="HD22E1395D2294FA28066EFB6E9D4C1B3"><enum>(D)</enum><text>A qualified judge advocate or civilian attorney who is a Federal employee.</text></subparagraph>

<subparagraph id="H137D0EEDF624457BB342350F84CF0328"><enum>(E)</enum><text>If the dispute involves maintenance or another facilities-related matter, a civil engineer.</text></subparagraph></paragraph>

<paragraph id="H6D5B330BF92440D08E047F1BF5FD0F8B" indent="up1"><enum>(5)</enum>

<subparagraph id="H72610E825C1C46A28DAD1C5122E24AFF" display-inline="yes-display-inline"><enum>(A)</enum><text>The commander shall make a decision with respect to a request under the dispute resolution process not later than 30 days after the request was submitted.</text></subparagraph>

<subparagraph id="H8B8CE65BCFEF4898A54BFDB75A224559" indent="up1"><enum>(B)</enum><text>The commander may take longer than such 30-day period in limited circumstances as determined by the Secretary of Defense, but in no case shall such a decision be made more than 60 days after the request was submitted.</text></subparagraph></paragraph>

<paragraph id="H838740FEAC91437F98D664DF62292618" indent="up1"><enum>(6)</enum><text>A final decision will be transmitted to the tenant and landlord no later than 30 days from initial receipt by the office of the commander, except as provided in paragraph (5)(B).</text></paragraph>

<paragraph id="H0D010351F0A74E298CE8468CF7E89C0D" indent="up1"><enum>(7)</enum><text>The decision shall include instructions for distribution of any funds that were withheld under subsection (e) and such instructions for the landlord for further remediation as the commander considers necessary.</text></paragraph>

<paragraph id="H21189A3D15964D618B2F22689CDEAA59" indent="up1"><enum>(8)</enum><text display-inline="yes-display-inline">The decision by the commander under this subsection shall be final.</text></paragraph></subsection>

<subsection id="HD64430CFAC2B404A86EF373827D9F035"><enum>(d)</enum><header>Effect of failure to comply with decision</header><text>If the landlord responsible for the housing unit does not remediate the issues in a manner consistent with the instructions contained in the decision rendered under subsection (c) and within a reasonable period of time, as provided in the decision, any amounts payable to the landlord for the housing unit shall be reduced by 10 percent for each period of five days during which the issues remain unremediated.</text></subsection>

<subsection id="H0FF07E66578341DFA9393623DD76087A"><enum>(e)</enum><header>Request to withhold payments during resolution process</header>

<paragraph id="H98FEAE2F54054D6D9C9C3FF6DE74D982" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">As part of the submission of a request for resolution of a landlord-tenant dispute through the dispute resolution process, the tenant may request that all or part of the payments described in paragraph (2) for lease of the housing unit be withheld from the landlord of the housing unit during the period in whichâ€"</text>

<subparagraph id="H9498D27204D74A9CAF22A954758B269F" indent="up1"><enum>(A)</enum><text>the landlord has not met maintenance guidelines and procedures established by the Department of Defense, either through contract or otherwise; or</text></subparagraph>

<subparagraph id="H51FCAEF4352F43EF95B99CC6D0760BC9" indent="up1"><enum>(B)</enum><text>the housing unit is uninhabitable according to State and local law for the jurisdiction in which the housing unit is located.</text></subparagraph></paragraph>

<paragraph id="H7F48786F0B5E40188D53A259146705E6" indent="up1"><enum>(2)</enum><text>Paragraph (1) applies to the following:</text>

<subparagraph id="H0A2DBABADB284F6BBECA54AD7E3A089F"><enum>(A)</enum><text>Any basic allowance for housing payable to the tenant (including for any dependents of the tenant in the tenantâ€™s household) under section 403 of title 37.</text></subparagraph>

<subparagraph id="HB44D06839A6142A090C2030DC5C3140D"><enum>(B)</enum><text>All or part of any pay of a tenant subject to allotment as described in section 2882(c) of this title.</text></subparagraph></paragraph>

<paragraph id="H5A77B1B0EF1A437FA6D1B1BCDFCAA25E" indent="up1"><enum>(3)</enum><text>Upon the submission of a request by a tenant under this subsection and under such procedures as the Secretary of Defense shall establish, the Defense Finance and Accounting Service or such other appropriate office of the Department of Defense as the Secretary shall specify for purposes of such procedures, shall tentatively grant the request and hold any amounts withheld in escrow with notice to the landlord until the conclusion of the dispute resolution process.</text></paragraph></subsection>

<subsection id="H54866FC22CAF45489ED220E1BA751835"><enum>(f)</enum><header>Disclosure of rights</header>

<paragraph id="HC6D7E691A5CD4011A370B8309307DAFA" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Each housing management office of the Department of Defense shall disclose in writing to each new tenant of a housing unit, upon the signing of the lease for the housing unit, the tenantâ€™s rights under this section and the procedures under this section for submitting a request for resolution of a landlord-tenant dispute through the dispute resolution process, including the ability to submit a request to withhold payments during the resolution process.</text></paragraph>

<paragraph id="H722EB6C2FC35424095B762CBD46451A4" indent="up1"><enum>(2)</enum><text>The Secretary of Defense shall ensure that each lease entered into with a tenant for a housing unit clearly expresses, in a separate addendum, the dispute resolution procedures.</text></paragraph></subsection>

<subsection id="HACB4F224F8384E28B39674E859E5E804"><enum>(g)</enum><header>Rule of construction on use of other adjudicative bodies</header><text>Nothing in this section or any other provision of law shall be construed to prohibit a tenant of a housing unit from pursuing a claim against a landlord in any adjudicative body with jurisdiction over the housing unit or the claim.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HEF42FEE8DBB2416C926A27FED84B2738"><enum>(b)</enum><header>Modification of definition of military legal assistance</header><text display-inline="yes-display-inline">Section 1044(d)(3)(B) of title 10, United States Code, is amended by striking <quote>and 1565b(a)(1)(A)</quote> and inserting <quote>1565b(a)(1)(A), and 2894(b)(4)</quote>.</text></subsection>

<subsection id="H70809ACD69734D1585BD695D70EE1D27"><enum>(c)</enum><header>Timing of establishment</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall establish the dispute resolution process required under section 2894 of title 10, United States Code, as added by subsection (a).</text></subsection>

<subsection id="H52F036CE65054455A233A877CAF8C807"><enum>(d)</enum><header>Landlord agreements</header>

<paragraph id="H05527E091E1F470594FCF7F51D9EDADC"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall seek agreement from all landlords to participate in the dispute resolution and payment-withholding processes required under section 2894 of title 10, United States Code, as added by subsection (a).</text></paragraph>

<paragraph id="HBCA59A8696AE4DF2AB98CA53D589CB9C"><enum>(2)</enum><header>Submittal of list to congress</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a list of any landlords that did not agree under paragraph (1) to participate in the dispute resolution and payment-withholding processes.</text></paragraph>

<paragraph id="H9BA89345831D46A99C69B0B992A3C6C3"><enum>(3)</enum><header>Consideration of lack of agreement in future contracts</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretaries of the military departments shall include any lack of agreement under paragraph (1) as past performance considered under section 2891b of title 10, United States Code, as added by section 3015,with respect to entering into or renewing any future contracts regarding privatized military housing.</text></paragraph></subsection></section>

<section id="H28869CF8CA2F4024B400531871A48E4A" section-type="subsequent-section"><enum>3023.</enum><header>Investigation of reports of reprisals relating to privatized military housing and congressional notification</header><text display-inline="no-display-inline">Section 2890 of title 10, United States Code, as added by section 3011, is amended by inserting after subsection (d) the following new subsection:</text>

<quoted-block style="OLC" id="HC1CD6CB0D2DB4FC88610058744688F03" display-inline="no-display-inline">

<subsection id="H1729C18E8D1E46A6B6FA645682B42C5C"><enum>(e)</enum><header>Investigation of reports of reprisals</header>

<paragraph id="HAE6DCE01D3834B93AE502D9613786B9C" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">The Assistant Secretary of Defense for Sustainment shall investigate all reports of reprisal against a member of the armed forces for reporting an issue relating to a housing unit.</text></paragraph>

<paragraph id="H0BBBC63C22B342048A99EAA9AF561E16" indent="up1"><enum>(2)</enum><text>If the Assistant Secretary of Defense for Sustainment determines under paragraph (1) that landlord has retaliated against a member of the armed forces for reporting an issue relating to a housing unit, the Assistant Secretary shallâ€"</text>

<subparagraph id="HC0D3745305E944AAA630C84B38013151"><enum>(A)</enum><text>provide initial notice to the Committees on Armed Services of the Senate and the House of Representatives as soon as practicable after making that determination; and</text></subparagraph>

<subparagraph id="H9AFAA24DA9704516904F6D0E40E1FF39"><enum>(B)</enum><text>following that initial notice, provide an update to such committees every 30 days thereafter until such time as the Assistant Secretary has taken final action with respect to the retaliation.</text></subparagraph></paragraph>

<paragraph id="H932481196248490794 3EBC06447ABC2A" indent="up1"><enum>(3)</enum><text>The Assistant Secretary of Defense for Sustainment shall carry out this subsection in coordination with the Secretary of the military department concerned.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HF4E5E0799EDF4E15BB5B4E3A57EC914E" section-type="subsequent-section"><enum>3024.</enum><header>Prohibition on use of nondisclosure agreements in connection with leases of privatized military housing</header>

<subsection id="HA5EFA2840CB9437E81AA4D70B4796AC0"><enum>(a)</enum><header>Nondisclosure agreements prohibited</header><text display-inline="yes-display-inline">Section 2890 of title 10, United States Code, as added by section 3011, is amended by inserting after subsection (e), as added by section 3023, the following new subsection:</text>

<quoted-block style="OLC" id="H35C9544D62974F4DA832D58B3C3A869A" display-inline="no-display-inline">

<subsection id="H0B4653FF02C248FEBB73CABF70EB8187"><enum>(f)</enum><header>Prohibition on use of nondisclosure agreements</header>

<paragraph id="H072B202DA77E4F8392398938AC7B3BF3" display-inline="yes-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">A tenant or prospective tenant of a housing unit may not be required to sign a nondisclosure agreement in connection with entering into, continuing, or terminating a lease for the housing unit. Any such agreement against the interests of the tenant is invalid.</text></paragraph>

<paragraph id="H91FB81690C4A4D7A8B57EC1685FD540F" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Paragraph (1) shall not apply to a nondisclosure agreement executed as part of the settlement of litigation.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HAE8B266D8BDC4B3ABD89AA49CA78B246"><enum>(b)</enum><header>Implementation</header><text display-inline="yes-display-inline">The Secretary of Defense and the Secretaries of the military departments shall promulgate such regulations as may be necessary to give full force and effect to subsection (f) of section 2890 of title 10, United States Code, as added by subsection (a).</text></subsection>

<subsection id="HD9CE6B7D60A34D0493366C65378BD312"><enum>(c)</enum><header>Retroactive application of amendment</header><text display-inline="yes-display-inline">Subsection (f) of section 2890 of title 10, United States Code, as added by subsection (a), shall apply with respect to any nondisclosure agreement covered by the terms of such subsection (f) regardless of the date on which the agreement was executed.</text></subsection></section></subtitle>

<subtitle id="H0ABA60F1111F4F4B9203BE8E5EF04B33"><enum>B</enum><header>Other Amendatory

Provisions</header>

<section id="H29964AC174344404A344B89C04201400"><enum>3031.</enum><header>Installation of carbon monoxide detectors in military family housing</header><text display-inline="no-display-inline">Section 2821 of title 10, United States Code, is amended by adding at the end the following new subsection:</text>

<quoted-block style="OLC" id="HBCE9AB3DC97349C3B5BBA8FD33E67332" display-inline="no-display-inline">

<subsection id="H5F205A777E3A4B809762172D8D219ADB"><enum>(e)</enum><text display-inline="yes-display-inline">The Secretary concerned shall provide for the installation and maintenance of an appropriate number of carbon monoxide detectors in each unit of military family housing under the jurisdiction of the Secretary.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H676E1D819FC94210B6AEE88A138E4846" section-type="subsequent-section"><enum>3032.</enum><header>Authority to furnish certain services in connection with use of alternative authority for acquisition and improvement of military housing</header><text display-inline="no-display-inline">Section 2872a(b) of title 10, United States Code, is amended by adding at the end the following new paragraphs:</text>

<quoted-block style="OLC" id="HC0AA2701C9BF4CF6A9FC973815F66322" display-inline="no-display-inline">

<paragraph id="HA2CD9FA7CA614C88AA3F170EB1390D96"><enum>(13)</enum><text display-inline="yes-display-inline">Street sweeping.</text></paragraph>

<paragraph id="H8EAFE0DD7752468EA913D1CACBA6EC48"><enum>(14)</enum><text>Tree trimming and removal.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="HD214ECA7AC5D4AEAB0925401110BC2D8" section-type="subsequent-section"><enum>3033.</enum><header>Treatment of breach of contract for privatized military housing</header>

<subsection id="H6BA84646235B4DA9A372E91E0FCF9E7F"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Subchapter IV of chapter 169 of title 10, United States Code, is amended by inserting after section 2872a the following new section:</text>

<quoted-block style="USC" id="H6CDB2680F1344154BF5E435B2C5AB53D" display-inline="no-display-inline">

<section id="H73A80B48E10D48D0BFDEACE641F34F59"><enum>2872b.</enum><header>Treatment of breach of contract</header>

<subsection id="H1C0DAA26077B45CCA4222A3C31064BEF"><enum>(a)</enum><header>Response to material breach</header><text display-inline="yes-display-inline">In the case of a material breach of contract under this subchapter by a party to the contract, the Secretary concerned shall use the authorities available to the Secretary, including withholding amounts to be paid under the contract, to encourage the party to cure the breach.</text></subsection>

<subsection id="HC8D154847C9947B0A4CAF7F358A4A1F0"><enum>(b)</enum><header>Rescinding of Contract</header><text display-inline="yes-display-inline">If a material breach of the contract is not cured in a timely manner, as determined by the Secretary concerned, the Secretary mayâ€"</text>

<paragraph id="HEDAE6998D9DD44F1BB7B7090D866D9C9"><enum>(1)</enum><text>rescind the contract pursuant to the terms of the contract; and</text></paragraph>

<paragraph id="HF0FEA18D50E141279E11C7C78152C651"><enum>(2)</enum><text>prohibit the offending party from entering into a new contract or undertaking expansions of other existing contracts, or both, with the Secretary under this subchapter.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H208B55DB1EFF4547976A41EA0B4B8B83"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at

the beginning of subchapter IV of chapter 169 of title 10, United States Code, is amended by inserting after the item relating to section 2872a the following new item:</text>

<quoted-block style="USC" id="HA8F8249784DB4BFC9EA2C5CD2B02EB44" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">2872b. Treatment of breach of contract.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HF0E89EEBD0F44FB5B63E4D85504EFF86"><enum>3034.</enum><header>Modification to requirements for window fall prevention devices in military family housing units</header>

<subsection id="HED3E2B686414452A9B300FC7B30223C5"><enum>(a)</enum><header>Fall prevention device requirements</header><text>Section 2879(a) of title 10, United States Code, is amendedâ€"</text>

<paragraph id="HC065146E9792482DA61F7A1750056E89"><enum>(1)</enum><text>in paragraph (1), by striking <quote>that protect against unintentional window falls by young children and that are in compliance with applicable International Building Code (IBC) standards</quote> and inserting <quote>described in paragraph (3)</quote>;</text></paragraph>

<paragraph id="H854F5BB0C3A345AD9C62A488D3A5F3FB"><enum>(2)</enum><text display-inline="yes-display-inline">in paragraph (2)â€"</text>

<subparagraph id="H8CA24A27C7F144C087C4B4532D13846C"><enum>(A)</enum><text>in subparagraph (A), by striking <quote>December 11, 2017</quote> and inserting <quote>October 1, 2019</quote>; and</text></subparagraph>

<subparagraph id="H19DF8506FFCF4EB3B695F78C56715D16"><enum>(B)</enum><text>in subparagraph (B), by striking <quote>September 1, 2018</quote> and inserting <quote>October 1, 2019</quote>; and</text></subparagraph></paragraph>

<paragraph id="H7DDF33A78F4C48F4942EEB9078E84BA4"><enum>(3)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block style="USC" id="H8BDE74E154B5434EAFCA6CA48D466AB4" display-inline="no-display-inline">

<paragraph id="HB67A792980AC4D3080995ABAD5DC9361"><enum>(3)</enum><header>Fall prevention device described</header><text display-inline="yes-display-inline">A fall prevention device is a window screen or guard that complies with applicable standards in ASTM standard F2090â€"13 (or any successor standard).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H88A627FF85C14D7C81C2927D610459B6"><enum>(b)</enum><header>Modification to window description</header><text display-inline="yes-display-inline">Section 2879(c) of title 10, United States Code, is amended by striking <quote>24</quote> and inserting <quote>42</quote>. </text></subsection>

<subsection id="H6AD5A355C3884A8CBFC2DEC0F478F19E"><enum>(c)</enum><header>Conforming amendment</header><text display-inline="yes-display-inline">Section 2879(b)(1) of title 10, United States Code, is amended by striking <quote>paragraph (1)</quote> and inserting <quote>paragraph (3)</quote>.</text></subsection></section>

<section id="H0412A1A768964FB4B553B3B80A659755"><enum>3035.</enum><header>Expansion of direct hire authority for Department of Defense for childcare services providers for Department child development centers to include direct hire authority for installation military housing office personnel</header>

<subsection id="HDD3C91DABDCA43188BC61BF1F31C0371"><enum>(a)</enum><header>In general</header><text>Section 559 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1406; 10 U.S.C. 1792 note) is amendedâ€"</text>

<paragraph id="H58FFB478396A4C2385C34C9C1C07B92C"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H01B5AFDD43254C03877BA4FB790BFD62"><enum>(A)</enum><text>in the matter preceding paragraph (1), by inserting <quote>, and individuals to fill vacancies in installation military housing offices,</quote> after <quote>childcare services providers</quote>;</text></subparagraph>

<subparagraph id="H70F5C5E8E72D43E797B15539FD4DF428"><enum>(B)</enum><text>in paragraph (1), by inserting <quote>or for employees at installation military housing offices</quote> before the semicolon; and</text></subparagraph>

<subparagraph id="HAEA64518C6F04399AA2FDBDEA8994D05"><enum>(C)</enum><text>in paragraph (2), by inserting <quote>or for installation military housing office employees</quote> before the period;</text></subparagraph></paragraph>

<paragraph id="H3D084F2053424986A61503ED2C3846F2"><enum>(2)</enum><text>by redesignating subsection (f) as subsection (g); and</text></paragraph>

<paragraph id="H3615DF0221A1433DB54C1D19760911EB"><enum>(3)</enum><text>by inserting after subsection (e) the following new subsection (f):</text>

<quoted-block display-inline="no-display-inline" id="H350810E86EA343E8B01496A1837F3711" style="OLC">

<subsection id="H9F00EC8712204907A1D156BCFF169E6B"><enum>(f)</enum><header>Installation military housing office defined</header><text>The term <term>installation military housing office</term> means any office whose primary function is performing day-to-day supervision of military housing covered by subchapter IV of chapter 169 of title 10, United States Code.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HD512B539CB504250B579B446273B47E0"><enum>(b)</enum><header>Heading and technical amendments</header>

<paragraph id="HEC66761BEFC34331B1BCC0CEDB4A2777"><enum>(1)</enum><header>Heading amendment</header><text>The heading of such section is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HE9F71429EF144FA5A43BA67DE01D97CE" style="OLC">

<section id="HF3AAC90BDF894D648B02C444901B084E"><enum>559.</enum><header>Direct hire authority for Department of Defense for childcare services providers for Department child development centers and employees at installation military housing offices</header></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H125AAAFCBD624A268BE7D14076A10823"><enum>(2)</enum><header>Technical amendment</header><text>Subsection (d) of such section is amended by striking <quote>Oversight and Government Reform</quote> and inserting <quote>Oversight and Reform</quote>.</text></paragraph></subsection>

<subsection id="H578F217456B345129A88F00F6E274617"><enum>(c)</enum><header>Use of existing regulations</header><text>The Secretary of Defense shall use the authority in section 559 of the National Defense Authorization Act for Fiscal Year 2018 granted by the amendments made by this section in a manner consistent with the regulations prescribed for purposes of such section 559 pursuant to subsection (b) of such section 559, without the need to prescribe separate regulations for the use of such authority.</text></subsection></section>

<section id="HC31124447D3F43C79918C15CF2155485" section-type="subsequent-section"><enum>3036.</enum><header>Modification of authority to make payments to lessors of privatized military housing</header>

<subsection id="H7B6E220C3DC544D387F52A323530F0D2"><enum>(a)</enum><header>Modification of payment authority</header><text display-inline="yes-display-inline">Subsection (a) of section 606 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1795; 10 U.S.C. 2871 note) is amended to read as follows:</text>

<quoted-block style="OLC" id="H14C9D3898F7841AFA677F9D6AE707417" display-inline="no-display-inline">

<subsection id="H3E8F5AED3E414A938F959389CD14E712"><enum>(a)</enum><header>Use of funds

in connection with MHPI</header>

<paragraph id="HD32D08601EFC4D699B62D03AA0AC0507"><enum>(1)</enum><header>Payments to lessors generally</header>

<subparagraph id="H3951ACB309D844A9A886ED36BAFEA673"><enum>(A)</enum><header>Payment authority</header><text display-inline="yes-display-inline">Each month beginning with the first month after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary of a military department shall use funds, in an amount determined under subparagraph (B), to make payments to lessors of covered housing in the manner provided by this subsection, as in effect on the day before the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020.</text></subparagraph>

<subparagraph id="H48ECC7CBC142407F943FE25DCE1802AA"><enum>(B)</enum><header>Calculation of monthly payments</header><text display-inline="yes-display-inline">For purposes of making payments under subparagraph (A) for a month, the Secretary of the military department concerned shall determine the amount equal to 2.5 percent of the aggregate of the amounts calculated under section 403(b)(3)(A)(i) of title 37, United States Code, for covered housing under the jurisdiction of the Secretary for that month.</text></subparagraph></paragraph>

<paragraph id="H0D9BDEBAA02E48EBB545DE84A6232D53"><enum>(2)</enum><header>Additional payments to lessors responsible for underfunded projects</header>

<subparagraph id="H58E09690842A47DA850618D1247DE36C"><enum>(A)</enum><header>Payment authority</header><text display-inline="yes-display-inline">Each month beginning with the first month after the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020, each Secretary of a military department shall use funds, in an amount determined under subparagraph (B), to make additional payments to certain lessors responsible for underfunded MHPI housing projects identified pursuant to subparagraph (C) for the purposes of future sustainment, recapitalization, and financial sustainability of the projects. </text></subparagraph>

<subparagraph id="HBC492032B13B47B991939E72E2DA8271"><enum>(B)</enum><header>Calculation of monthly payments</header><text>For purposes of making payments under subparagraph (A) for a month, the Secretary of the military department concerned shall determine the amount equal to 2.5 percent of the aggregate of the amounts calculated under section 403(b)(3)(A)(i) of title 37, United States Code, for covered housing under the jurisdiction of the Secretary for that month.</text></subparagraph>

<subparagraph id="H095715BAC81B43CCBDED941E2B3D4A77"><enum>(C)</enum><header>Identification of underfunded projects</header><text display-inline="yes-display-inline">The Chief Housing Officer of the Department of Defense, in conjunction with the Secretaries of the military departments, shall assess MHPI housing projects for the purpose of identifying all MHPI housing projects that are underfunded. Once identified, the Chief Housing Officer shall prioritize for payments under subparagraph (A) those MHPI housing projects most in need of funding to rectify such underfunding.</text></subparagraph></paragraph>

<paragraph id="HA5B1F2A4B7634B38AC35EA0F7BD3C843"><enum>(3)</enum><header>Alternative authority in event of lack of underfunded projects</header>

<subparagraph id="H5A19B2FD52144C70BEF79B5E2C5AA621"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), if the Chief Housing Officer determines that no MHPI housing projects for a military department require additional funding under paragraph (2) for a month, the Secretary of the military department concerned, in consultation with the Chief Housing Officer, may allocate the funds otherwise available to the Secretary under such paragraph for that month to support improvements designed to enhance the quality of life of members of the uniformed services and their families who reside in MHPI housing.</text></subparagraph>

<subparagraph id="HF3D1A155C6154F9087342BCA1D0F6E31"><enum>(B)</enum><header>Conditions</header><text display-inline="yes-display-inline">Before the Secretary of a military department may allocate funds as authorized by subparagraph (A), the Chief Housing Officer shall certify to the Committees on Armed Services of the Senate and the House of

Representatives that there are no MHPI housing projects for the military department require additional funding under paragraph (2). The certification shall include sufficient details to show why no projects are determined to need the additional funds.</text></subparagraph></paragraph>

<paragraph id="H400FC4CE14D94972AF659C37DAEA981A"><enum>(4)</enum><header>Briefing Required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, and each year thereafter, the Secretary of Defense shall provide a briefing to the Committee on Armed Services of the Senate and the House of Representatives detailing the expenditure of funds under paragraphs (2) and (3), the MHPI housing projects receiving funds under such paragraphs, and any other information the Secretary considers relevant.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H21194CE879E9468CBEC3852018824CF2"><enum>(b)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendment made by this section shall take effect on the date of the enactment of this Act and shall apply with respect to months beginning after that date.</text></subsection></section>

<section id="HB4641358449A42F8B6A8CCF935A33E91"><enum>3037.</enum><header>Technical correction to definition used to make payments to lessors of privatized military housing</header><text display-inline="no-display-inline">Paragraph (3) of section 606(d) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 1796; 10 U.S.C. 2871 note) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HFB49E31D1578478D93D70EA05438105A" style="OLC">

<paragraph id="HE99A1BC6294C476084E0C87ED1B05D81"><enum>(3)</enum><text>The term <term>MHPI housing</term> means housing procured, acquired, constructed, or for which any phase or portion of a project agreement was first finalized and signed, under the alternative authority of subchapter IV of chapter 169 of title 10, United States Code (known as the Military Housing Privatization Initiative), on or before September 30, 2014.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H4B6BD8F8958D4D2C9A6B06191E62157A"><enum>C</enum><header>One-Time Reporting Requirements</header>

<section id="HBC92FEB414274F30865802B65D1B03F6" section-type="subsequent-section"><enum>3041.</enum><header>Report on civilian personnel shortages for appropriate oversight of management of military housing constructed or acquired using alternative authority for acquisition and improvement of military housing</header>

<subsection id="H5A97801792234F23B83A3DCDA4CC4061"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall submit to the congressional defense committees a report containing the following:</text>

<paragraph id="HF929EAE646B64407A97A06B89ACD7FD4"><enum>(1)</enum><text>An evaluation of the extent to which shortages in the number of civilian personnel performing oversight functions at Department of Defense housing management offices or assigned to housing-related functions at headquarters levels contribute to problems regarding the management of privatized military housing.</text></paragraph>

<paragraph id="H2216D0CA1B2143BCBB108839B3A35E9D"><enum>(2)</enum><text display-inline="yes-display-inline">Recommendations to address such personnel shortagesâ€"</text>

<subparagraph id="HF6DB84B2F3DF45EDABA81F167A9250EF"><enum>(A)</enum><text>to eliminate problems regarding the management of privatized military housing;</text></subparagraph>

<subparagraph id="H9EFA850844824C439AB75EF3B3F9B061"><enum>(B)</enum><text>to ensure oversight of the partner's execution of the housing agreement and the delivery of all requirements in accordance with implementing guidance provided by the Secretaries of the military departments;</text></subparagraph>

<subparagraph id="H6D0346094483461CB69C3A63556353F7"><enum>(C)</enum><text>to improve

oversight of and expedite the work-order process; and</text></subparagraph>

<subparagraph id="H7AF53C8EECE14EAC8F932A097A08BD53"><enum>(D)</enum><text>to facilitate a positive experience for members of the Armed Forces and their dependents who reside in privatized military housing.</text></subparagraph></paragraph></subsection>

<subsection id="HB64A1C7AB5564033828024A12F2312AC"><enum>(b)</enum><header>Personnel Recommendations</header><text>As part of the recommendations required by subsection (a)(2), the Secretary of Defense shall identify the following:</text>

<paragraph id="HDD70B4B85975415CB62B64635A20EEA1"><enum>(1)</enum><text>The number of additional personnel who are required, the installation and headquarter locations at which they will be employed, the employment positions they will fill, and the duties they will perform, including a breakdown of duty requirements by function, such as oversight, home inspectors, and maintenance.</text></paragraph>

<paragraph id="HB6D9437C3D0F42C8AD4E3F78E70C21FB"><enum>(2)</enum><text>The number of such additional personnel already hired as of the date on which the report is submitted and their duty locations and the timeline for employing the remaining required personnel identified under paragraph (1).</text></paragraph>

<paragraph id="H5B5035FD53224FC3A6F8057547B14144"><enum>(3)</enum><text display-inline="yes-display-inline">The estimated cost of employing the additional required personnel identified under paragraph (1).</text></paragraph></subsection></section>

<section id="HC2738AB6C6E549858FCB95FD22608BE3" section-type="subsequent-section"><enum>3042.</enum><header>Plans for creation of councils on privatized military housing</header>

<subsection id="H7120EEDAB5B8497A8122B698C76A7D07"><enum>(a)</enum><header>Plans required</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Assistant Secretary of each military department shall submit to the congressional defense committees a plan for the creation within the military department concerned of a council on privatized military housing for the purposes of maintaining adequate oversight of the military housing program and serving as a mechanism to identify and resolve problems regarding privatized military housing.</text></subsection>

<subsection id="H7C0340F4D5CA4D7681884AEA37E482EA"><enum>(b)</enum><header>Plan elements</header><text>The plan for a military department shall includeâ€"</text>

<paragraph id="HB312D712A7D8428AA202F9B8AE55A8FB"><enum>(1)</enum><text display-inline="yes-display-inline">an implementation schedule for the creation the council on privatized military housing;</text></paragraph>

<paragraph id="H4928549B1571408B843B36C72BE72EE0"><enum>(2)</enum><text display-inline="yes-display-inline">proposed members of the council, which shall include, at a minimum, the Assistant Secretary concerned and a representative from the installation housing offices and the civil engineering community; and</text></paragraph>

<paragraph id="H356CB8C7A7CC4A48B70218EAE3243FD2"><enum>(3)</enum><text>the planned frequency of council meetings.</text></paragraph></subsection></section>

<section id="HA7A5A766D35149F1AC1EA8B929005B9B" section-type="subsequent-section"><enum>3043.</enum><header>Plan for establishment of Department of Defense jurisdiction over off-base privatized military housing</header>

<subsection id="HF51146AE5FBA4671986C182CC16AE7C0"><enum>(a)</enum><header>Plan required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a plan to establish jurisdiction by the Department of Defense for law enforcement and other specified purposes, concurrently with local community law enforcement, at locations with privatized military housing that is not located on an installation of the Department of Defense.</text></subsection>

<subsection id="H323D19B95A9C470DA28063E35129B748"><enum>(b)</enum><header>Consultation</header><text>The Secretary of Defense shall prepare the plan in consultation with the Secretaries of the military departments.</text></subsection></section>

<section id="HE643FEBED8F841748FBC865E01699694" section-type="subsequent-section"><enum>3044.</enum><header>Inspector General review of Department of Defense oversight of privatized military housing</header><text display-inline="no-display-inline">Not later than one year after the date of the enactment of this Act, and annually thereafter until 2022, the Inspector General of the Department of Defense shallâ€"</text>

<paragraph id="HE512011C6FF941D0AB0FE1ED443314E1"><enum>(1)</enum><text display-inline="yes-display-inline">conduct, at not less than three military installations, a review of the oversight by the Secretary of Defense of privatized military housing at such installations; and</text></paragraph>

<paragraph id="H5F63D999566E43029B3B3CDB085FEA62"><enum>(2)</enum><text>make publicly available on a website of the Department a summary of the results of the review.</text></paragraph></section>

<section id="H6EAC4124C2D94D7A87176CF2448CE23A"><enum>3045.</enum><header>Information on legal services provided to members of the Armed Forces harmed by health or environmental hazards at military housing</header>

<subsection id="H00D9577F2B2648B7B8339EB6C3E5B1D3"><enum>(a)</enum><header>Report</header><text>Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the congressional defense committees a report on the legal services that the Secretary may provide to members of the Armed Forces who have been harmed by a health or environmental hazard while living in military housing.</text></subsection>

<subsection id="HCB5CD8CFB49B49FC9B1074DADA87B2AC"><enum>(b)</enum><header>Availability of information</header><text>The Secretary of the military department concerned shall make the information contained in the report submitted under subsection (a) available to members of the Armed Forces at all installations of the Department of Defense in the United States.</text></subsection></section></subtitle>

<subtitle id="HC8DB389A029840E9BD431A2B11336053"><enum>D</enum><header>Development of Housing Reform Standards and Processes</header>

<section id="HB31E7365932B43F9B547A67425671ED3" section-type="subsequent-section"><enum>3051.</enum><header>Uniform code of basic standards for privatized military housing and plan to conduct inspections and assessments</header>

<subsection id="HD8FF4A6359C344078BB93CBD5D2CD5E0"><enum>(a)</enum><header>Uniform code</header><text display-inline="yes-display-inline">Not later than February 1, 2021, the Secretary of Defense shall establish and implement a uniform code of basic housing standards for safety, comfort, and habitability for privatized military housing, which shall meet or exceed requirements informed by a nationally recognized, consensus-based, model property maintenance code.</text></subsection>

<subsection id="H382736DA4DBA4A43931D9929DAFD998B"><enum>(b)</enum><header>Inspection and assessment plan</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a Department of Defense plan to contract with qualified home inspectors to conduct a thorough inspection and assessment of the structural integrity and habitability of each unit of privatized military housing. The plan shall include the implementation plan for the uniform code to be established under subsection (a).</text></subsection>

<subsection id="H7BAD205E193340D485C9F458AA399E4E"><enum>(c)</enum><header>Implementation of inspections and assessments</header>

<paragraph id="H1261B063CE854A88A9C661ABD5E5E8B3"><enum>(1)</enum><header>Implementation</header><text display-inline="yes-display-inline">Not later than February 1, 2021, the Secretary of the military department concerned shall commence conducting inspections and assessments of units of privatized military housing pursuant to the plan submitted under subsection (b) to identify issues and ensure compliance with applicable housing codes, including the uniform code established under subsection (a).</text></paragraph>

<paragraph

id="H10BCEDE54EBE45C689F36EDD8FFDC668"><enum>(2)</enum><header>Report</header><text>Not later than March 1, 2021, the Secretary of Defense shall submit to the congressional defense committees a report on the findings of the inspections and assessments conducted under paragraph (1).</text></paragraph></subsection>

<subsection id="HA70F229D261B4D6891E82BD683D089A3"><enum>(d)</enum><header>Qualified home inspectors described</header><text>For purposes of this section, a qualified home inspector must possess the appropriate credentials for the work the inspector will perform, as defined by the respective State in which the work will be performed. A qualified home inspector may not be an employee or in a fiduciary relationship withâ€"</text>

<paragraph id="H38AEFA80315746098D58E1B22B5157A4"><enum>(1)</enum><text>the Federal Government; or</text></paragraph>

<paragraph id="HCA180E04A1004E378F3452FBDB6EA60A"><enum>(2)</enum><text>an individual or entity who owns or manages privatized military housing.</text></paragraph></subsection></section>

<section id="H7FD09A269542401FB14AD52D76D1C46F" section-type="subsequent-section"><enum>3052.</enum><header>Tool for assessment of hazards in Department of Defense housing</header>

<subsection id="HE4029853711148199F5ACE952F16B8B6"><enum>(a)</enum><header>Hazard assessment tool</header>

<paragraph id="H28CA429714E14DE2A8AACAC64872531A"><enum>(1)</enum><header>Development required</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense shall develop an assessment tool, such as a rating system or similar mechanism, to identify and measure health and safety hazards in housing under the jurisdiction of the Department of Defense (including privatized military housing).</text></paragraph>

<paragraph id="H38922151E0144C88997A064569A30DF8"><enum>(2)</enum><header>Components</header><text>The assessment tool shall provide for the identification and measurement of the following hazards:</text>

<subparagraph id="HA6083A280CD440D9B91FD492A60DB80F"><enum>(A)</enum><text display-inline="yes-display-inline">Physiological hazards, including dampness and mold growth, lead-based paint, asbestos and manmade fibers, radiation, biocides, carbon monoxide, and volatile organic compounds.</text></subparagraph>

<subparagraph id="H3DCF6B0813CD4731BE12D2098A2491F2"><enum>(B)</enum><text>Psychological hazards, including ease of access by unlawful intruders, and lighting issues.</text></subparagraph>

<subparagraph id="HEB4DE73C87DA418693277CA7C13FFBE5"><enum>(C)</enum><text>Infection hazards.</text></subparagraph>

<subparagraph id="H56ABD72BE4644DC498793907C75D26B5"><enum>(D)</enum><text>Safety hazards.</text></subparagraph></paragraph>

<paragraph id="HFF51F06F75DA4500B36A67997A7A6263"><enum>(3)</enum><header>Public forums</header><text display-inline="yes-display-inline">In developing the assessment tool, the Secretary of Defense shall provide for multiple public forums at which the Secretary may receive input with respect to such assessment tool from occupants of housing under the jurisdiction of the Department of Defense (including privatized military housing).</text></paragraph>

<paragraph id="H1587F90F0FE94150879116FA7286009C"><enum>(4)</enum><header>Report</header><text>Not later than 210 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the assessment tool.</text></paragraph></subsection>

<subsection id="HDAE49C9C069E4EB09F728A7D029A0DFD"><enum>(b)</enum><header>Hazard assessments</header>

<paragraph id="H45B47913CE9D4D2BA3BAB7D188F5BA39"><enum>(1)</enum><header>Assessments

required</header><text display-inline="yes-display-inline">Not later than one year after the date of the enactment of this Act, the Secretary of Defense, using the assessment tool developed under subsection (a)(1), shall complete a hazard assessment for each housing facility under the jurisdiction of the Department of Defense (including privatized military housing).</text></paragraph>

<paragraph id="H471F44B4D103469AADE57CC8144D054A"><enum>(2)</enum><header>Tenant information</header><text display-inline="yes-display-inline">As soon as practicable after the completion of the hazard assessment conducted for a housing facility under paragraph (1), the Secretary of Defense shall provide to each individual who leases or is assigned to a housing unit in the facility a summary of the results of the assessment. </text></paragraph></subsection></section>

<section id="HF9184FE860D24A149841598CF5FDB22E" section-type="subsequent-section"><enum>3053.</enum><header>Process to identify and address environmental health hazards in Department of Defense housing</header>

<subsection id="HEC856CF9888A4B75B33030B3AE77DDFC"><enum>(a)</enum><header>Process required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Defense, in coordination with the Secretaries of the military departments, shall develop a process to identify, record, and resolve environmental health hazards in housing under the jurisdiction of the Department of Defense (including privatized housing) in a timely manner.</text></subsection>

<subsection id="H74C91AB0C99D41C3B72B262583341202"><enum>(b)</enum><header>Elements of process</header><text>The process developed under subsection (a) shall provide for the following with respect to each identified environmental health hazard:</text>

<paragraph id="H07160CC8DA9646109AC02A1643C539D2"><enum>(1)</enum><text>Categorization of the hazard.</text></paragraph>

<paragraph id="H0129D083FDFC455F9D28EAA770D04189"><enum>(2)</enum><text>Identification of health risks posed by the hazard.</text></paragraph>

<paragraph id="H295B9D92E78C4E40B088CCD655F03D7A"><enum>(3)</enum><text>Identification of the number of housing occupants potentially affected by the hazard.</text></paragraph>

<paragraph id="H18DDB6C9932E4DD8856D348F4B0CD698"><enum>(4)</enum><text>Recording and maintenance of information regarding the hazard.</text></paragraph>

<paragraph id="HE4D0D498B5924F8889C44CAAF97E44E1"><enum>(5)</enum><text>Resolution of the hazard, which shall includeâ€"</text>

<subparagraph id="HE5C574EC337E41A7A0DDDBCFC8025903"><enum>(A)</enum><text>the performance by the Secretary of Defense (or in the case of privatized housing, the landlord) of hazard remediation activities at the affected facility; and</text></subparagraph>

<subparagraph id="HCC9C95A0D2C542DEB40991AEE7FE0ECF"><enum>(B)</enum><text>follow-up by the Secretary of Defense to collect information on medical care related to the hazard sought or received by individuals affected by the hazard.</text></subparagraph></paragraph></subsection>

<subsection id="HF5612D9FC3C84D968BDBE04BBDC67E77"><enum>(c)</enum><header>Coordination</header><text>The Secretary of Defense shall ensure coordination between military treatment facilities, appropriate public health officials, and housing managers at military installations with respect to the development and implementation of the process required by subsection (a).</text></subsection>

<subsection id="HE6D30557BCF443048ED5BA0123725FA5"><enum>(d)</enum><header>Report</header><text>Not later than 210 days after the date of the enactment of this Act, the Secretary of Defense shall submit to the Committees on Armed Services of the Senate and the House of Representatives a report on the process required by subsection (a).</text></subsection></section>

<section id="H5311EF251347415ABF191AA96A16E713" section-type="subsequent-section"><enum>3054.</enum><header>Department of Defense policy on lead-based paint

testing on military installations</header>

<subsection id="H5C5E82ADB14C471785FF83B0D9CEC51A"><enum>(a)</enum><header>Access and testing Policy</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall establish a policy under which the Secretary of the military department concerned may permit a qualified individual to access a military installation for the purpose of conducting testing for the presence of lead-based paint on the installation.</text></subsection>

<subsection id="H1E76AC478C5548C68100672D319A76E8"><enum>(b)</enum><header>Transmission of results</header>

<paragraph id="H4EA2EF63C74349A58D8B42C3A58114F3"><enum>(1)</enum><header>Installations inside the united states</header><text display-inline="yes-display-inline">In the case of military installations located inside the United States, the results of any testing for lead-based paint on a military installation shall be transmitted the following:</text>

<subparagraph id="H14CFD84B1FE948B6BB77EA654C6F5C22"><enum>(A)</enum><text>The civil engineer of the installation.</text></subparagraph>

<subparagraph id="H0947E3E2733D4F8F8FAA6F0FD94C4825"><enum>(B)</enum><text>The housing management office of the installation.</text></subparagraph>

<subparagraph id="H571944092C2D41E69C75FECF1669F500"><enum>(C)</enum><text>The public health organization on the installation.</text></subparagraph>

<subparagraph id="HF497748BC69D475EB509DEB91F7033A8"><enum>(D)</enum><text>The major subordinate command of the Armed Force with jurisdiction over the installation.</text></subparagraph>

<subparagraph id="HF639B930B09E4519B7F71BDA72135077"><enum>(E)</enum><text>If required by law, any relevant Federal, State, and local agencies.</text></subparagraph></paragraph>

<paragraph id="H8CB5B5132FAC4245A44848880D7A563F"><enum>(2)</enum><header>Installations outside the United States</header><text display-inline="yes-display-inline">In the case of military installations located outside the United States, the results of any testing for lead-based paint on a military installation shall be transmitted to the civil engineer or commander of the installation who shall transmit those results to the major subordinate command of the Armed Force with jurisdiction over the installation.</text></paragraph></subsection>

<subsection id="H2C913CB56B664F879037C2907B2DF5FA"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H88C51AA30C2E4BD8903B33E4920036C7"><enum>(1)</enum><text>The term <quote>United States</quote> has the meaning given that term in section 101(a)(1) of title 10, United States Code.</text></paragraph>

<paragraph id="H8C731337C121429394AC54B96F44E181"><enum>(2)</enum><text>The term <quote>qualified individual</quote> means an individual who is certified by the Environmental Protection Agency or by a State asâ€"</text>

<subparagraph id="HC75BC855D6094111A5BAFAFB99E236E8"><enum>(A)</enum><text>a lead-based paint inspector; or</text></subparagraph>

<subparagraph id="H3232E1143BF44AD0A3F1F8DF39A34939"><enum>(B)</enum><text>a lead-based paint risk assessor.</text></subparagraph></paragraph></subsection></section>

<section id="H892DDFA392694D6DBA26AC02A23AD367" section-type="subsequent-section"><enum>3055.</enum><header>Standard for minimum credentials for health and environmental inspectors of privatized military housing</header>

<subsection id="H8F3EB252B72F4F58B9AF58593DE58241"><enum>(a)</enum><header>Development and submission of standard</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report that contains a standard for minimum credentials to be used throughout the Department of Defense for all inspectors of health and environmental hazards at privatized military housing, including inspectors contracted by the Department.</text></subsection>

<subsection id="H2974AFA2C0BB4537B6E54AED78EF2C68"><enum>(b)</enum><header>Inclusion of categories for specific environmental hazards</header><text>The standard submitted under subsection (a) shall include categories for specific environmental hazards such as lead, mold, and radon.</text></subsection></section>

<section id="HFC0E0090C56D4F1382DDBE4040994E95" section-type="subsequent-section"><enum>3056.</enum><header>Requirements relating to move-in, move-out, and maintenance of privatized military housing</header>

<subsection id="HF17D11A421C44D0C811E60CD08EC273B"><enum>(a)</enum><header>Move-in and move-out checklist</header>

<paragraph id="H96432AD8ED4341BAB19746BAE69D188A"><enum>(1)</enum><header>Checklist required</header><text display-inline="yes-display-inline">The Secretary of Defense shall develop a uniform move-in and move-out checklist for use by landlords providing privatized military housing and by tenants of such housing.</text></paragraph>

<paragraph id="H3BA059B8AF104168A3A0CE1009425AEA"><enum>(2)</enum><header>Required move-in element</header><text display-inline="yes-display-inline">A tenant who will occupy a unit of privatized military housing is entitled to be present for an inspection of the housing unit before accepting occupancy of the housing unit to ensure that the unit is habitable and that facilities and common areas of the building are in good repair.</text></paragraph>

<paragraph id="HD9BC6E7E7E45428DBAC057CD20678C6A"><enum>(3)</enum><header>Required move-out element</header><text display-inline="yes-display-inline">A tenant of a unit of privatized military housing is entitled to be present for the move-out inspection of the housing unit and must be given sufficient time to address any concerns related to the tenantâ€™s occupancy of the housing unit.</text></paragraph></subsection>

<subsection id="H209BECC3B87D4FF4AD87241F41AEDA25"><enum>(b)</enum><header>Maintenance checklist</header><text display-inline="yes-display-inline">The Secretary of Defense shallâ€"</text>

<paragraph id="HC480A7BBBD41411DB617EFBF8DD0D7EA"><enum>(1)</enum><text>develop a uniform checklist to be used by housing management offices to validate the completion of all maintenance work related to health and safety issues at privatized military housing; and</text></paragraph>

<paragraph id="HDD0E0F84B4F34535AF8B1046CBB20C68"><enum>(2)</enum><text display-inline="yes-display-inline">require that all maintenance issues and work orders related to health and safety issues at privatized military housing be reported to the commander of the installation for which the housing is provided.</text></paragraph></subsection>

<subsection id="H05A8822D8C4041259A889145ED52D56A"><enum>(c)</enum><header>Consultation</header><text display-inline="yes-display-inline">The Secretary of Defense shall carry out this section in consultation with the Secretaries of the military departments.</text></subsection>

<subsection id="H17E36B5D614043EA9D4719D80A2E5B49"><enum>(d)</enum><header>Deadline</header><text display-inline="yes-display-inline">The uniform checklists required by this section shall be completed not later than 60 days after the date of the enactment of this Act.</text></subsection></section>

<section id="H971667DD394E475D970404579A21F157" section-type="subsequent-section"><enum>3057.</enum><header>Standardized documentation, templates, and forms for privatized military housing</header>

<subsection id="HA965EC29CF7046018518A3C9E4E94B5B"><enum>(a)</enum><header>Development required</header>

<paragraph id="HAAA92EE90C90453DAAA6A1392C28F14A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of Defense shall develop standardized documentation, templates, and forms for use throughout the Department of Defense with respect to privatized military housing. In developing such documentation, templates, and forms, the Secretary shall ensure that, to the maximum extent practicable, the documentation, templates, and forms do not conflict with applicable State and local housing regulations.</text></paragraph>

<paragraph id="H0F61246680D14DEA985FA99585897130"><enum>(2)</enum><header>Initial guidance</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall issue guidance for the development of the following:</text>

<subparagraph id="H2C37A2AE22564AF5BA4706B171BBD0D6"><enum>(A)</enum><text>Policies and standard operating procedures of the Department for privatized military housing.</text></subparagraph>

<subparagraph id="H7DB4704835F74E4B9E8C713ECAE3CBE5"><enum>(B)</enum><text>A universal lease agreement for privatized military housing that includesâ€"</text>

<clause id="HB7E537F5540C47AF9CA1CFEE01E25CEF"><enum>(i)</enum><text display-inline="yes-display-inline">the documents developed pursuant to section 2890 of title 10, United States Code, as added by section 3011, entitled Military Housing Privatization Initiative Tenant Bill of Rights and Military Housing Privatization Initiative Tenant Responsibilities; and</text></clause>

<clause id="HE48D6E5DF3164AAE802DBB24F5385A21"><enum>(ii)</enum><text display-inline="yes-display-inline">any lease addendum required by the law of the State in which the unit of privatized military housing is located. </text></clause></subparagraph></paragraph>

<paragraph id="HF7BF584EFD1447B0980F3FDC2AF5E5B9"><enum>(3)</enum><header>Consultation</header><text display-inline="yes-display-inline">The Secretary of Defense shall carry out this subsection in consultation with the Secretaries of the military departments.</text></paragraph></subsection>

<subsection id="HC42905EBCAA74725854B4D4FDDD318E8"><enum>(b)</enum><header>Military department plans</header><text display-inline="yes-display-inline">Not later than February 1, 2020, the Secretary of each military department shall submit to the congressional defense committees a plan for the implementation of this section by that military department.</text></subsection></section>

<section id="H5FBC08B030D94E00A1B55C485BA9E0E3" section-type="subsequent-section"><enum>3058.</enum><header>Satisfaction survey for tenants of military housing</header>

<subsection id="H15DD2B2F03FD4E4191016584D7873F93"><enum>(a)</enum><header>Survey required</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall require that each installation of the Department of Defense use the same satisfaction survey for tenants of military housing, including privatized military housing.</text></subsection>

<subsection id="HDDFEC8D7F8BF4C22AEAD21F0245E2892"><enum>(b)</enum><header>Form of survey</header><text display-inline="yes-display-inline">The satisfaction survey required by subsection (a) shall be an electronic survey with embedded privacy and security mechanisms.</text></subsection>

<subsection id="HE1A67DE288404DCABC22CA2ACC7E5224"><enum>(c)</enum><header>Privacy and security mechanisms</header><text display-inline="yes-display-inline">The privacy and security mechanisms used in the satisfaction survey required by subsection (a)â€"</text>

<paragraph id="H9580394FD4DE4EE0A45226B6B2A7A5A3"><enum>(1)</enum><text>may include a code unique to the tenant to be surveyed that is sent to the cell phone number of the tenant and required to be entered to access the survey; and</text></paragraph>

<paragraph id="H7AB670E7D0E7460CBA7C3D17B600BB36"><enum>(2)</enum><text display-inline="yes-display-inline">in the case of privatized military housing, shall ensure the survey is not shared with the landlord providing the privatized military housing until the survey is reviewed and the results are tallied by Department of Defense personnel.</text></paragraph></subsection></section></subtitle>

<subtitle id="H8E321BB80D8640E6B7D29D4CBAF6404F"><enum>E</enum><header>Other Housing Reform Matters</header>

<section id="H70D6A3159DC64D54892BFE7EAF224611" section-type="subsequent-section"><enum>3061.</enum><header>Radon testing of privatized military housing</header>

<subsection id="HFF80B711C3F442CB93249ABD55DB7422"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than March 1, 2020, the Secretary of Defense shall submit to the congressional defense committees a report identifying the installations of the Department of Defense that have privatized military housing that should be monitored for levels of radon at or above the action level.</text></subsection>

<subsection id="HFADD0A8FB30C45948BEEF1F79353E5A2"><enum>(b)</enum><header>Testing procedures and standards</header><text display-inline="yes-display-inline">The Secretaries of the military departments shall ensure that landlords providing privatized military housing at installations identified under subsection (a) establish testing procedures that are consistent with then current national consensus standards and are in compliance with applicable Federal, State, and local radon regulations in order to ensure radon levels are below recommended levels established by the Environmental Protection Agency, whether throughâ€"</text>

<paragraph id="HC8AD24B8350A4266BEE78B51B820ABCD"><enum>(1)</enum><text>regular testing of privatized military housing by persons who possess certification pursuant to the proficiency program operated under section 305(a)(2) of the Toxic Substances Control Act (15 U.S.C. 2665(a)(2)); or</text></paragraph>

<paragraph id="H6CD4261BEF7D4B9990BE53162378D92E"><enum>(2)</enum><text display-inline="yes-display-inline">the installation of monitoring equipment in privatized military housing.</text></paragraph></subsection>

<subsection id="HFBFB3160C1974379BD29F7D90FCB264B"><enum>(c)</enum><header>Notification regarding need for mitigation</header><text display-inline="yes-display-inline">If, as a result of testing described in subsection (b), a unit of privatized military housing needs radon mitigation to ensure radon levels are below recommended levels, the landlord providing the housing unit shall submit to the Secretary of the military department concerned, not later than seven days after the determination of the need for radon mitigation, the mitigation plan for the housing unit.</text></subsection></section>

<section id="HE63320FE1A2C4EE89F4804C389D59DF4"><enum>3062.</enum><header>Mitigation of risks posed by certain items in military family housing units</header>

<subsection id="H41610D7693424E619ED4D8920B1980B9"><enum>(a)</enum><header>Anchoring of items by residents</header><text display-inline="yes-display-inline">The Secretary of Defense shall allow a resident of a military family housing unit to anchor any furniture, television, or large appliance to the wall of the unit for purposes of preventing such item from tipping over without incurring a penalty or obligation to repair the wall upon vacating the unit.</text></subsection>

<subsection id="H2FCA0602C370477484BB57A5C2EA8D01"><enum>(b)</enum><header>Anchoring of items for all units</header>

<paragraph id="HB4D54D49CF394832BC4EB2AE490642CA"><enum>(1)</enum><header>Existing units</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Defense shall ensure that all freestanding chests, door chests, armoires, dressers, entertainment centers, bookcases taller than 27 inches, televisions, and large appliances provided by the Department of Defense are securely anchored in each furnished military family housing unit under the jurisdiction of the Department as of the date of the enactment of this Act.</text></paragraph>

<paragraph id="H2C835AD8349D4A8EBAEE781F8136D588"><enum>(2)</enum><header>New units</header><text>The Secretary of Defense shall ensure that all freestanding chests, door chests, armoires, dressers, entertainment centers, bookcases taller than 27 inches, televisions, and large appliances provided by the Department of Defense are securely anchored in each furnished military family housing unit made available after the date of the enactment of this Act.</text></paragraph></subsection></section>

<section id="HF76EA68C37EA4A48ABF068A67054E9C0" section-type="subsequent-section"><enum>3063.</enum><header>Suspension of Resident Energy Conservation Program and related programs for privatized military housing</header>

<subsection id="HD1ADABF5579646769D9544FB5E8873B1"><enum>(a)</enum><header>Suspension required</header><text display-inline="yes-display-inline">The Secretary of Defense shall suspend the initiative of the Department of Defense known as the Resident Energy

Conservation Program and instruct the Secretary of each military department to suspend any program carried out by such Secretary that measures the energy usage for individual units of privatized military housing on installations of the Department of Defense.</text></subsection>

<subsection id="H58220E0AF0F3443C89A55F8674D771C6"><enum>(b)</enum><header>Term of suspension</header><text display-inline="yes-display-inline">Subject to subsection (c), the suspension required by subsection (a) shall remain in effect for an installation of the Department of Defense until the Secretary of Defense certifies to the congressional defense committees that 100 percent of the privatized military housing on the installation is individually metered to each respective unit of privatized military housing on the installation military housing unit and the meter accurately measures the energy usage of the unit.</text></subsection>

<subsection id="H201C35507CB643549BA9EB611DE48ADE"><enum>(c)</enum><header>Termination</header><text display-inline="yes-display-inline">If the Secretary of Defense is unable to make the certification required by subsection (b) for an installation of the Department of Defense before the end of the two-year period beginning on the date of the enactment of this Act, each program suspended pursuant to subsection (a) at that installation shall terminate at the end of such period.</text></subsection></section>

<section id="HEF5B36C6655B4E77B211A34644507684" section-type="subsequent-section"><enum>3064.</enum><header>Department of the Army pilot program to build and monitor use of single family homes</header>

<subsection id="HC09486936B29452BAA01752D2B50FB2D"><enum>(a)</enum><header>In General</header><text display-inline="yes-display-inline">The Secretary of the Army shall carry out a pilot program to build and monitor the use of not fewer than five single family homes for members of the Army and their families.</text></subsection>

<subsection id="H9C95DF1C62E240478E86775A3A59DFA7"><enum>(b)</enum><header>Location</header><text>The Secretary of the Army shall carry out the pilot program at no less than two installations of the Army located in different climate regions of the United States as determined by the Secretary.</text></subsection>

<subsection id="H2389420A14C04D8F8921E499755A9DA0"><enum>(c)</enum><header>Design</header><text>In building homes under the pilot program, the Secretary of the Army shall use the All-American Abode design from the suburban single-family division design by the United States Military Academy.</text></subsection></section></subtitle></title></division>

<division id="HFCE49017ED5D43AE807746067C2E92B1" style="OLC"><enum>C</enum><header>DEPARTMENT OF ENERGY NATIONAL SECURITY AUTHORIZATIONS AND OTHER AUTHORIZATIONS</header>

<toc container-level="division-container" quoted-block="no-quoted-block" lowest-level="section" idref="HFCE49017ED5D43AE807746067C2E92B1" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H8A497E084AA149CEBEE669BD1DEC63CB" level="title">Title XXXIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="H485F58B847A74E569F015B5D5F0DA2E1" level="subtitle">Subtitle Aâ€"National Security Programs and Authorizations</toc-entry>

<toc-entry idref="H5A9BE351E24542F89396B66E37294F20" level="section">Sec.â€,3101.â€,National Nuclear Security Administration.</toc-entry>

<toc-entry idref="H1A7F642E0AF2419B9C3D69AB13344B5A" level="section">Sec.â€,3102.â€,Defense environmental cleanup.</toc-entry>

<toc-entry idref="H76C5707B72634F74A59B7305033BCF1A" level="section">Sec.â€,3103.â€,Other defense activities.</toc-entry>

<toc-entry idref="HBDE35998A6984404834AA92130D89E32" level="section">Sec.â€,3104.â€,Nuclear energy.</toc-entry>

<toc-entry idref="H8AF3EF6B5A5544A69DB4544DDA5C81B9" level="subtitle">Subtitle Bâ€"Program Authorizations, Restrictions, and Limitations</toc-entry>

<toc-entry idref="HCBD5737CC5534095825CAEBA6270CD2A" level="section">Sec.â€,3111.â€,Personnel matters at National Nuclear Security Administration.</toc-entry>

<toc-entry idref="H18FE5D80577246D89BA7F4208C9AEE55" level="section">Sec.â€,3112.â€,Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.</toc-entry>

<toc-entry idref="H4AC0E801BC834B47B57047BC638A9380" level="section">Sec.â€,3113.â€,Office of Cost Estimating and Program Evaluation.</toc-entry>

<toc-entry idref="H4FEE9DAEDAD741B4BC95B603E0ED1DD6" level="section">Sec.â€,3114.â€,Clarification of certain Stockpile Responsiveness Program objectives.</toc-entry>

<toc-entry idref="H2A128C82AE664753B92A9ED84D1A63F2" level="section">Sec.â€,3115.â€,Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities.</toc-entry>

<toc-entry idref="HB6DB28A1159D407DABB18021F8C03F95" level="section">Sec.â€,3116.â€,Modification to certain requirements relating to plutonium pit production capacity.</toc-entry>

<toc-entry idref="H7EDA71AF79D14D2EAE0C62AE6C6043A3" level="section">Sec.â€,3117.â€,Annual certification of shipments to Waste Isolation Pilot Plant.</toc-entry>

<toc-entry idref="H8E39A69442AF493F9CDFA5046FE2D0A8" level="section">Sec.â€,3118.â€,Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development.</toc-entry>

<toc-entry idref="H04087C75D5A34CF083C9F93870F7CB72" level="section">Sec.â€,3119.â€,Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement.</toc-entry>

<toc-entry idref="HF195D21C72C14F26AF8B9C46FC2F0B65" level="section">Sec.â€,3120.â€,Implementation of common financial reporting system for nuclear security enterprise.</toc-entry>

<toc-entry idref="HC842175B8604469B99C0A3D737EA78C8" level="section">Sec.â€,3121.â€,Limitation relating to reclassification of high-level waste.</toc-entry>

<toc-entry idref="H6B83622C4AB54E36B8481FCC85457753" level="section">Sec.â€,3122.â€,National Laboratory Jobs ACCESS Program.</toc-entry>

<toc-entry idref="HB9AC4AE4127749D2AB77ED44A065A8AC" level="subtitle">Subtitle Câ€"Reports and other matters</toc-entry>

<toc-entry idref="HEB53E50EED364BC9AE587A683EBD464F" level="section">Sec.â€,3131.â€,Civil penalties for violations of certain whistleblower protections.</toc-entry>

<toc-entry idref="HB51E27C45E094DF791939A7CB66F0163" level="section">Sec.â€,3132.â€,Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile.</toc-entry>

<toc-entry idref="H5B20F55B296F412AB1AA771A84ECC1AE" level="section">Sec.â€,3133.â€,Repeal of requirement for review relating to enhanced procurement authority.</toc-entry>

<toc-entry idref="H2BFE4989EC2443B2B7659BAC729EA73D" level="section">Sec.â€,3134.â€,Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000.</toc-entry>

<toc-entry idref="HCF9BC291C28E418AAF678AC335819A41" level="section">Sec.â€,3135.â€,Replacement of W78 warhead.</toc-entry>

<toc-entry idref="HA0C1459DB0C2489581011C84EA1F494E" level="section">Sec.â€,3136.â€,Independent review of capabilities for detection,

verification, and monitoring of nuclear weapons and fissile material.</toc-entry>

<toc-entry idref="H8DBA93A6B23349599E6113CFFEEDB376" level="section">Sec.â€,3137.â€,Assessment of high energy density physics.</toc-entry>

<toc-entry idref="HCE510BFD538A417498B0EE455EC457FE" level="section">Sec.â€,3138.â€,Determination of effect of treaty obligations with respect to producing tritium.</toc-entry>

<toc-entry idref="HAC6283D50B6F4EBCAB912212D41138EF" level="section">Sec.â€,3139.â€,Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act.</toc-entry></toc>

<title id="H8A497E084AA149CEBEE669BD1DEC63CB" style="OLC"><enum>XXXI</enum><header>DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</header>

<subtitle id="H485F58B847A74E569F015B5D5F0DA2E1" style="OLC"><enum>A</enum><header>National Security Programs and Authorizations</header>

<section commented="no" display-inline="no-display-inline" id="H5A9BE351E24542F89396B66E37294F20" section-type="subsequent-section"><enum>3101.</enum><header display-inline="yes-display-inline">National Nuclear Security Administration</header>

<subsection commented="no" display-inline="no-display-inline" id="HD61535E151EA4E4BB9CACB0D35A93787"><enum>(a)</enum><header display-inline="yes-display-inline">Authorization of appropriations</header><text display-inline="yes-display-inline">Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for the activities of the National Nuclear Security Administration in carrying out programs as specified in the funding table in section 4701.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA4936E3FC7144DD9AD6359B2C2D0AF42"><enum>(b)</enum><header display-inline="yes-display-inline">Authorization of new plant projects</header><text display-inline="yes-display-inline">From funds referred to in subsection (a) that are available for carrying out plant projects, the Secretary of Energy may carry out new plant projects for the National Nuclear Security Administration as follows:</text><list commented="no" level="paragraph" list-type="none"><list-item commented="no">Project 20â€"Dâ€"931, KL Fuel Development Laboratory, Knolls Atomic Power Laboratory, Schenectady, New York, $23,700,000. </list-item><list-item commented="no">General Purpose Project, PFâ€"4 Power and Communications Systems Upgrade, Los Alamos National Laboratory, Los Alamos, New Mexico, $16,000,000.</list-item></list></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H1A7F642E0AF2419B9C3D69AB13344B5A" section-type="subsequent-section"><enum>3102.</enum><header display-inline="yes-display-inline">Defense environmental cleanup</header>

<subsection commented="no" display-inline="no-display-inline" id="H8C65FC4C18CF4498BAB3293CFA4FAFB0"><enum>(a)</enum><header display-inline="yes-display-inline">Authorization of appropriations</header><text display-inline="yes-display-inline">Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for defense environmental cleanup activities in carrying out programs as specified in the funding table in section 4701.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3D4967BA72E84755A07878EF7919A5AA"><enum>(b)</enum><header display-inline="yes-display-inline">Authorization of new plant projects</header><text display-inline="yes-display-inline">From funds referred to in subsection (a) that are available for carrying out plant projects, the Secretary of Energy may carry out, for defense environmental cleanup activities, the following new plant projects:</text><list commented="no" level="paragraph" list-type="none"><list-item commented="no">Project 20â€"Dâ€"401, Saltstone Disposal Units numbers 10, 11, and 12, Savannah River Site, Aiken, South Carolina, $1,000,000.</list-item><list-item commented="no">Project 20â€"Dâ€"402, Advanced Manufacturing Collaborative, Savannah River Site, Aiken, South Carolina, $50,000,000.</list-item><list-item commented="no">Project 20â€"Uâ€"401, On-Site Waste Disposal Facility (Cell Lines 2 and 3), Portsmouth Site, Pike County, Ohio,

$10,000,000.</list-item></list></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H76C5707B72634F74A59B7305033BCF1A" section-type="subsequent-section"><enum>3103.</enum><header display-inline="yes-display-inline">Other defense activities</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for other defense activities in carrying out programs as specified in the funding table in section 4701.</text></section>

<section commented="no" display-inline="no-display-inline" id="HBDE35998A6984404834AA92130D89E32" section-type="subsequent-section"><enum>3104.</enum><header display-inline="yes-display-inline">Nuclear energy</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated to the Department of Energy for fiscal year 2020 for nuclear energy as specified in the funding table in section 4701.</text></section></subtitle>

<subtitle id="H8AF3EF6B5A5544A69DB4544DDA5C81B9" style="OLC"><enum>B</enum><header>Program Authorizations, Restrictions, and Limitations</header>

<section id="HCBD5737CC5534095825CAEBA6270CD2A" section-type="subsequent-section"><enum>3111.</enum><header>Personnel matters at National Nuclear Security Administration</header>

<subsection id="HCF0820FC74EB4D5AACF37A9E217A1BAB"><enum>(a)</enum><header>Personnel levels of the Office of the Administrator for Nuclear Security</header>

<paragraph id="H8A2CE8332E0945E7A69865C73C109A85"><enum>(1)</enum><header>Personnel levels</header>

<subparagraph id="H43D7A55C35C64AED81D6887D73A9D8BD"><enum>(A)</enum><header>Increase</header><text>Subsection (a) of section 3241A of the National Nuclear Security Administration Act (50 U.S.C. 2441a) is amended by striking <quote>1,690</quote> both places it appears and inserting <quote>1,890</quote>.</text></subparagraph>

<subparagraph id="H0CDDF5CD0F5348998860E27AB8A4328D"><enum>(B)</enum><header>Technical amendments</header><text>Such subsection is further amendedâ€"</text>

<clause id="HD6D259DB30204265973036C94183714B"><enum>(i)</enum><text>in paragraph (1), by striking <quote>By October 1, 2015, the</quote> and inserting <quote>The</quote>; and</text></clause>

<clause id="H411DD15FC337403D9B5948650F4129B6"><enum>(ii)</enum><text>in paragraph (2), by striking <quote>2016</quote> and inserting <quote>2020</quote>.</text></clause></subparagraph></paragraph>

<paragraph id="HE8304DDF1B15460FB728500C8531507D"><enum>(2)</enum><header>Reports on service support contracts</header><text>Subsection (f) of such section is amendedâ€"</text>

<subparagraph id="H487F2311B18F47938598A0942EFA9783"><enum>(A)</enum><text>in the matter preceding paragraph (1), by striking <quote>as of the date of the report</quote> and inserting <quote>for the most recent fiscal year for which data are available</quote>; and</text></subparagraph>

<subparagraph id="H0B1257BABC144909948A68A9FE481205"><enum>(B)</enum><text display-inline="yes-display-inline">by striking paragraph (5) and inserting the following new paragraphs:</text>

<quoted-block display-inline="no-display-inline" id="H99666DFB00F54C27A18B1EBA3DBE6024" style="OLC">

<paragraph id="H299040A2B91E4C8992A079512141E81D"><enum>(5)</enum><text display-inline="yes-display-inline">With respect to each contract identified under paragraph (2)â€"</text>

<subparagraph id="H29BB794BFD6B42E1BD1C7900ED5B2677"><enum>(A)</enum><text display-inline="yes-display-inline">identification of each appropriations account that supports the contract; and</text></subparagraph>

<subparagraph id="H259C62D7697D4567B7A5DC396B4D4E98"><enum>(B)</enum><text display-inline="yes-display-inline">the amount obligated under the contract during the fiscal year, listed by each such account.</text></subparagraph></paragraph>

<paragraph id="HEEA9BB793A5044B58DCCFA3B19547585"><enum>(6)</enum><text>With respect to each appropriations account identified under paragraph (5)(A), the total amount obligated for contracts identified under paragraph (2).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCCD744D07E0D47E88E2006A95DB5095F"><enum>(b)</enum><header display-inline="yes-display-inline">Increase in contracting, program management, scientific, engineering, and technical positions</header><text display-inline="yes-display-inline">Section 3241 of the National Nuclear Security Administration Act (50 U.S.C. 2441) is amended in the first sentence by striking <quote>600</quote> and inserting <quote>800</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H18FE5D80577246D89BA7F4208C9AEE55" section-type="subsequent-section"><enum>3112.</enum><header display-inline="yes-display-inline">Estimation of costs of meeting defense environmental cleanup milestones required by consent orders</header>

<subsection commented="no" display-inline="no-display-inline" id="HF8956AE1B9A941FCA23926CC122290F3"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subtitle A of title XLIV of the Atomic Energy Defense Act (50 U.S.C. 2581 et seq.) is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H5771ED05C02043F5B79443D74D28732D" style="OLC">

<section commented="no" display-inline="no-display-inline" id="H9809621E59E84BFCB6A927065977952B" section-type="subsequent-section"><enum>4409.</enum><header display-inline="yes-display-inline">Estimation of costs of meeting defense environmental cleanup milestones required by consent orders</header><text display-inline="no-display-inline">The Secretary of Energy shall include in the budget justification materials submitted to Congress in support of the Department of Energy budget for each fiscal year (as submitted with the budget of the President under section 1105(a) of title 31, United States Code) a report on the cost, for that fiscal year and the four fiscal years following that fiscal year, of meeting milestones required by a consent order at each defense nuclear facility at which defense environmental cleanup activities are occurring. The report shall include, for each such facilityâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H074BF0D94D2B4BDF97547E58D754DA3E"><enum>(1)</enum><text display-inline="yes-display-inline">a specification of the cost of meeting such milestones during that fiscal year; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3AC197B1870E4A6DA89D44D38E9618FC"><enum>(2)</enum><text display-inline="yes-display-inline">an estimate of the cost of meeting such milestones during the four fiscal years following that fiscal year.</text></paragraph></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H362AF9C34B3547E5839C042B9D786475"><enum>(b)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of contents for the Atomic Energy Defense Act is amended by inserting after the item relating to section 4408 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H5E75E4FAB9FC4139A58E0FD2D995EE2A" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 4409. Estimation of costs of meeting defense environmental cleanup milestones required by consent orders.</toc-entry></toc><after-

quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H4AC0E801BC834B47B57047BC638A9380" section-type="subsequent-section"><enum>3113.</enum><header>Office of Cost Estimating and Program Evaluation</header>

<subsection id="H558283CAEE1443D3819E8B25330C66AB"><enum>(a)</enum><header>Reporting</header><text display-inline="yes-display-inline">Section 3221(b)(1) of the National Nuclear Security Administration Act (50 U.S.C. 2411(b)(1)) is amended by adding at the end the following new sentence: <quote>The Director shall report directly to the Administrator.</quote>.</text></subsection>

<subsection id="H440CC7B73BA94F3F8778D68FBB72D45B"><enum>(b)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Administrator for Nuclear Security shall provide to the congressional defense committees a briefing on the plan of the Administrator to fully staff the Office of Cost Estimating and Program Evaluation of the National Nuclear Security Administration pursuant to section 3221(f) of the National Nuclear Security Administration Act (50 U.S.C. 2411(f)).</text></subsection></section>

<section id="H4FEE9DAEDAD741B4BC95B603E0ED1DD6" section-type="subsequent-section"><enum>3114.</enum><header>Clarification of certain Stockpile Responsiveness Program objectives</header><text display-inline="no-display-inline">Section 4220(c) of the Atomic Energy Defense Act (50 U.S.C. 2538b(c)) is amendedâ€"</text>

<paragraph id="H870CC43C4879405CB38A6E191CB636FF"><enum>(1)</enum><text>in paragraph (3), by striking <quote>capabilities required, including prototypes</quote> and inserting <quote>capabilities as required, such as through the use of prototypes</quote>; and</text></paragraph>

<paragraph id="H542400468E5E415B876DED0F9EA4DFB6"><enum>(2)</enum><text>in paragraph (6)â€"</text>

<subparagraph id="H4B967EBFF149454D92B701065214A9CD"><enum>(A)</enum><text>by striking <quote>in consultation with the Director of National Intelligence</quote> and inserting <quote>in coordination with the Director of National Intelligence</quote>; and</text></subparagraph>

<subparagraph id="HD94CF1FAAFBF46D39DE4880F2A0B5D59"><enum>(B)</enum><text>by inserting <quote>if needed to meet intelligence requirements</quote> after <quote>foreign countries</quote>.</text></subparagraph></paragraph></section>

<section id="H2A128C82AE664753B92A9ED84D1A63F2"><enum>3115.</enum><header>Elimination of limitation on availability of funds relating to submission of annual reports on unfunded priorities</header><text display-inline="no-display-inline">Section 4716 of the Atomic Energy Defense Act (50 U.S.C. 2756) is amendedâ€"</text>

<paragraph id="HD05C0C648EB8448AB119287B7F8DB5C9"><enum>(1)</enum><text>by striking subsection (a) and inserting the following new subsection:</text>

<quoted-block style="OLC" id="HCE4B6886458E4263B7984E58A922E94A" display-inline="no-display-inline">

<subsection id="HCA9FBCE5FF40449F85CD7C0B111D614B"><enum>(a)</enum><header>Annual report or certification</header><text display-inline="yes-display-inline">Not later than 10 days after the date on which the budget of the President for a fiscal year is submitted to Congress pursuant to section 1105(a) of title 31, United States Code, the Administrator shall submit to the Secretary of Energy and the congressional defense committees eitherâ€"</text>

<paragraph id="H018AF0A93844431AB6F7A05429EABF95"><enum>(1)</enum><text>a report on the unfunded priorities of the Administration; or</text></paragraph>

<paragraph id="HC4459D66D9FD48DF8263A774E7D8ADAC"><enum>(2)</enum><text display-inline="yes-display-inline">if the Administrator determines that there are no unfunded priorities to include in such a report, a certification and explanation by the Administrator, without delegation, of the determination.</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H931A3DB8DB014DAEB02A0E8CA939249D"><enum>(2)</enum><text>in subsection (b), by striking <quote>report required by subsection (a)</quote> both places it appears and inserting <quote>report under subsection (a)(1)</quote>;</text></paragraph>

<paragraph id="H4F3AC53D01F34E1A9B85201AAC85EF8F"><enum>(3)</enum><text>by striking subsection (c); and</text></paragraph>

<paragraph id="H46A30A7368DA4BC497BB1004CC09BA4D"><enum>(4)</enum><text>by redesignating subsection (d) as subsection (c).</text></paragraph></section>

<section id="HB6DB28A1159D407DABB18021F8C03F95"><enum>3116.</enum><header>Modification to certain requirements relating to plutonium pit production capacity</header>

<subsection id="H7573FF55B8004C879F4C4F725E305615"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="H831399EA49914A18B36AC631DB7AE9B8"><enum>(1)</enum><text>rebuilding a robust plutonium pit production infrastructure with a capacity of up to 80 pits per year is critical to maintaining the viability of the nuclear weapons stockpile;</text></paragraph>

<paragraph id="H7D50A00A0D1946B3971CF03E4DD9FB81"><enum>(2)</enum><text>that effort will require cooperation from experts across the nuclear security enterprise; and</text></paragraph>

<paragraph id="H00B8004A885C4F92ADB91A8DF7AD1B58"><enum>(3)</enum><text>any further delay to achieving a plutonium sustainment capability to support the planned stockpile life extension programs will result in an unacceptable capability gap to our deterrent posture.</text></paragraph></subsection>

<subsection id="HEA6EA2A686644DECB8BC9CA502BFC21E"><enum>(b)</enum><header>Modification to requirements</header><text display-inline="yes-display-inline">Section 4219 of the Atomic Energy Defense Act (50 U.S.C. 2538a) is amendedâ€"</text>

<paragraph id="H9FC971D0EA4F4D0F89BE5C506AFBFBC8"><enum>(1)</enum><text>in subsection (a), by striking paragraph (5) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HE563CCB314AB42578EF8F2912C66A7DB" style="OLC">

<paragraph id="H652619CEE2584CC08836376E45ABE0C8"><enum>(5)</enum><text>during 2030, produces not less than 80 war reserve plutonium pits.</text></paragraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HCBCE2402F4F34840A68229CC6D43937C"><enum>(2)</enum><text>by striking subsection (b);</text></paragraph>

<paragraph id="H15F33D3FFB674FA3A9095E5A00CB2C1C"><enum>(3)</enum><text>by redesignating subsections (c) and (d) as subsections (b) and (c), respectively;</text></paragraph>

<paragraph id="HD16E7D9AF65E4B658DDBE8F223BC8F00"><enum>(4)</enum><text>in subsection (b), as redesignated by paragraph (2), by striking <quote>2027 (or, if the authority under subsection (b) is exercised, 2029)</quote> and inserting <quote>2030</quote>; and</text></paragraph>

<paragraph id="H116B0DC53AD94870AFBCED6F0A25A434"><enum>(5)</enum><text>in subsection (c), as redesignated by paragraph (2), by striking <quote>subsection (c)</quote> and inserting <quote>subsection (b)</quote>.</text></paragraph></subsection></section>

<section id="H7EDA71AF79D14D2EAE0C62AE6C6043A3" section-type="subsequent-section"><enum>3117.</enum><header>Annual certification of shipments to Waste Isolation Pilot Plant</header><text display-inline="no-display-inline">Section 3115(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2759), as amended by section 3137(b) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232; 132 Stat. 2303), is further amended, in the matter preceding paragraph (1), by striking <quote>three-year period</quote> and inserting <quote>10-year period</quote>.</text></section>

<section id="H8E39A69442AF493F9CDFA5046FE2D0A8"><enum>3118.</enum><header>Extension and modification of pilot program on unavailability for overhead costs of amounts specified for laboratory-directed research and development</header><text display-inline="no-

display-inline">Section 3119 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 50 U.S.C. 2791 note) is amendedâ€"</text>

<paragraph id="H888C858FBDA147C98980AAC7AC039584"><enum>(1)</enum><text>in subsection (c)(2), by striking <quote>three</quote> and inserting <quote>four</quote>; and</text></paragraph>

<paragraph id="H19789B164A084EF187CE648DCC7A5FA1"><enum>(2)</enum><text>in subsection (d)â€"</text>

<subparagraph id="H27A1B9778B7C4BFCB35446B6978174E5"><enum>(A)</enum><text>by striking <quote>Before the termination under subsection (c)(2) of the pilot program required by subsection (a)</quote> and inserting <quote>Not later than February 15, 2020</quote>; and</text></subparagraph>

<subparagraph id="H8F23DC71CD4F41D79EA8A0E772CF49C2"><enum>(B)</enum><text>by inserting before the end period the following: <quote>, including effects on laboratory-directed research and development and other programs</quote>.</text></subparagraph></paragraph></section>

<section id="H04087C75D5A34CF083C9F93870F7CB72"><enum>3119.</enum><header>Modification to limitation on availability of funds for acceleration of nuclear weapons dismantlement</header><text display-inline="no-display-inline">Subsection (a) of section 3125 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2766), as amended by section 3117 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91; 131 Stat. 1890), is amended by striking <quote>$56,000,000</quote> and inserting <quote>$87,000,000</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HF195D21C72C14F26AF8B9C46FC2F0B65" section-type="subsequent-section"><enum>3120.</enum><header display-inline="yes-display-inline">Implementation of common financial reporting system for nuclear security enterprise</header><text display-inline="no-display-inline">Not more than 90 percent of the funds authorized to be appropriated by section 3101 for the National Nuclear Security Administration for fiscal year 2020 for Federal salaries and expenses and available for travel and transportation may be obligated or expended before the date on which the Administrator for Nuclear Security completes implementation of the common financial reporting system for the nuclear security enterprise as required by section 3113(a) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 50 U.S.C. 2512 note).</text></section>

<section id="HC842175B8604469B99C0A3D737EA78C8"><enum>3121.</enum><header>Limitation relating to reclassification of high-level waste</header><text display-inline="no-display-inline">None of the funds authorized to be appropriated by this Act or otherwise made available for fiscal year 2020 for the Department of Energy may be obligated or expended by the Secretary of Energy to apply the interpretation of high-level radioactive waste described in the notice published by the Secretary titled <quote>Supplemental Notice Concerning U.S. Department of Energy Interpretation of High-Level Radioactive Waste</quote> (84 Fed. Reg. 26835), or successor notice, with respect to such waste located in the State of Washington.</text></section>

<section display-inline="no-display-inline" id="H6B83622C4AB54E36B8481FCC85457753" section-type="subsequent-section"><enum>3122.</enum><header>National Laboratory Jobs ACCESS Program</header>

<subsection id="HE7C2CE51B2EE454E9B87BC6CE3BA5FF8"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">On or after the date that is 180 days after the date of the enactment of this Act, the Secretary may establish a program, to be known as the <quote>Department of Energy National Lab Jobs ACCESS Program</quote>, under which the Secretary may award, on a competitive basis, 5-year grants to eligible entities described in subsection (c) for the Federal share of the costs of pre-apprenticeship programs and apprenticeship programs described in subsection (b).</text></subsection>

<subsection id="HB59773F80781445E94A405031B6D7210"><enum>(b)</enum><header>Pre-apprenticeship and apprenticeship programs described</header><text>A pre-apprenticeship program or apprenticeship program described in this subsection is a pre-apprenticeship program or apprenticeship program thatâ€"</text>

<paragraph id="HB61798EE46604D9CB6E928F3BABEDBB7"><enum>(1)</enum><text>leads to recognized postsecondary credentials for secondary school and postsecondary students;</text></paragraph>

<paragraph id="HA6DD6D24801E4A149B2163FA22AE25E9"><enum>(2)</enum><text display-inline="yes-display-inline">is focused on skills and qualifications needed, as determined by the Secretary in consultation with the directors of the National Laboratories, to meet the immediate and ongoing needs of traditional and emerging technician positions (including machinists and cybersecurity technicians) at the National Laboratories and covered facilities of the National Nuclear Security Administration;</text></paragraph>

<paragraph id="H26058FBB9D084934AF7D11E8A5A4754E"><enum>(3)</enum><text>is established in consultation with a National Laboratory or covered facility of the National Nuclear Security Administration;</text></paragraph>

<paragraph id="H53FE3B5F798F43D893C0966DF95572B3"><enum>(4)</enum><text display-inline="yes-display-inline">is registered with and approved by the Secretary of Labor or a State apprenticeship agency; and</text></paragraph>

<paragraph id="HFB2491BCF53C40A19D4367F4F6D9288C"><enum>(5)</enum><text>ensures that participants in the pre-apprenticeship program or apprenticeship program do not displace paid employees.</text></paragraph></subsection>

<subsection id="HB32A91470B554C879FC6915683B00EC3"><enum>(c)</enum><header>Eligible Entities described</header><text display-inline="yes-display-inline">An eligible entity described in this subsection is a workforce intermediary or an eligible sponsor of a pre-apprenticeship program or apprenticeship program thatâ€"</text>

<paragraph id="HF31EB664C7D248CDA77D9CDB1456B9E4"><enum>(1)</enum><text display-inline="yes-display-inline">demonstrates experience in implementing and providing career planning and career pathways toward pre-apprenticeship programs or apprenticeship programs;</text></paragraph>

<paragraph id="H9CF79134376A4F179CD122394CB12C53"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H2571DE3E86FC45B99309DBE0D61E69FC"><enum>(A)</enum><text>has a relationship with a National Laboratory or covered facility of the National Nuclear Security Administration;</text></subparagraph>

<subparagraph id="H8C6D6291B7C94104A07B645A5E58714A" indent="up1"><enum>(B)</enum><text>has knowledge of the technician workforce needs of the laboratory or facility and the associated security requirements of the laboratory or facility; and</text></subparagraph>

<subparagraph id="HD8E1BE670761470C9472501069A1E3DF" indent="up1"><enum>(C)</enum><text>is eligible to enter into an agreement with the laboratory or facility that would be paid for in part or entirely from grant funds received under this section;</text></subparagraph></paragraph>

<paragraph id="H10621E06E3BE429C9327B9B695AC5FB2"><enum>(3)</enum><text display-inline="yes-display-inline">demonstrates the ability to recruit and support individuals who plan to work in relevant technician positions upon the successful completion of the pre-apprenticeship program or apprenticeship program;</text></paragraph>

<paragraph id="HF6FEC976E4CF44F084B40F2CBB190B8D"><enum>(4)</enum><text>provides students who complete the pre-apprenticeship program or apprenticeship program with, or prepares such students for obtaining, a recognized postsecondary credential;</text></paragraph>

<paragraph id="H6C0A8527E57149919399BED86D0CF387"><enum>(5)</enum><text>uses related instruction that is specifically aligned with the needs of the laboratory or facility and utilizes workplace learning advisors and on-the-job training to the greatest extent possible; and</text></paragraph>

<paragraph id="HDAD8829C10AA4A708D29283715AFE1B4"><enum>(6)</enum><text>demonstrates successful outcomes connecting graduates of the pre-apprenticeship program or apprenticeship program to careers relevant to the program.</text></paragraph></subsection>

<subsection
id="H6F10CD9538B646A4ABA7726048D04C30"><enum>(d)</enum><header>Applications</header><te
xt>If the Secretary establishes the program described in subsection (a), an eligible
entity described in subsection (c) seeking a grant under the program shall submit to
the Secretary an application at such time, in such manner, and containing such
information as the Secretary may require.</text></subsection>

<subsection
id="H0F59B791795C424B941FC1D854D8B2D2"><enum>(e)</enum><header>Priority</header><text>I
n selecting eligible entities described in subsection (c) to receive grants under this
section, the Secretary may prioritize an eligible entity thatâ€"</text>

<paragraph id="HDBAF722287B94BCC9A05543567E75CF0"><enum>(1)</enum><text>is a member of
an industry or sector partnership;</text></paragraph>

<paragraph commented="no" id="HAA488034BB4A461FA75CECB5A18A5BCB"><enum>(2)</enum><text
display-inline="yes-display-inline">provides related instruction for a pre-
apprenticeship program or apprenticeship program throughâ€"</text>

<subparagraph commented="no"
id="H56B3B0AF22F84A0FA7CD4787779A3AB1"><enum>(A)</enum><text display-inline="yes-
display-inline">a local educational agency, a secondary school, a provider of adult
education, an area career and technical education school, or an institution of higher
education (such as a community college) that includes basic science, technology, and
mathematics education in the related instruction; or</text></subparagraph>

<subparagraph id="H1185AC6CD3A949D58DE52018B455BA57"><enum>(B)</enum><text>an
apprenticeship program that was registered with the Department of Labor or a State
apprenticeship agency before the date on which the eligible entity applies for the
grant under subsection (d);</text></subparagraph></paragraph>

<paragraph id="H2751A67D3E484C8B98599AFEA0C4AB7B"><enum>(3)</enum><text>works with the
Secretary of Defense, the Secretary of Veterans Affairs, or veterans organizations to
transition members of the Armed Forces and veterans to pre-apprenticeship programs or
apprenticeship programs in a relevant sector;</text></paragraph>

<paragraph id="H5E2F28F6262B4CB0AC7FD4992E42FAC5"><enum>(4)</enum><text>plans to use
the grant to carry out the pre-apprenticeship program or apprenticeship program with an
entity that receives State funding or is operated by a State agency;
and</text></paragraph>

<paragraph id="HCC32BC1509904F009CD712D121C7468E"><enum>(5)</enum><text display-
inline="yes-display-inline">plans to use the grant to carry out the pre-apprenticeship
program or apprenticeship program forâ€"</text>

<subparagraph id="H5FDCF74A49834F02A79F6CE753A574F8"><enum>(A)</enum><text display-
inline="yes-display-inline">young adults ages 16 to 29, inclusive;
or</text></subparagraph>

<subparagraph id="H1BC8E70DBEDB4C989C5F5E4CBD984239"><enum>(B)</enum><text display-
inline="yes-display-inline">individuals with barriers to
employment.</text></subparagraph></paragraph></subsection>

<subsection id="H39F88CBBA89347D0AE826004FAA3479D"><enum>(f)</enum><header>Additional
consideration</header><text>In making grants under this section, the Secretary may
consider regional diversity.</text></subsection>

<subsection id="HC67BAB40E3D14BA3877658E7665CA117"><enum>(g)</enum><header>Limitation
on applications</header><text>An eligible entity described in subsection (c) may not
submit, either individually or as part of a joint application, more than one
application for a grant under this section during any one fiscal
year.</text></subsection>

<subsection id="HA750759FEF3741CD9F9C769D0E9DF6EA"><enum>(h)</enum><header>Limitations
on amount of grant</header><text>The amount of a grant provided under this section may
not, for any 24-month period of the 5-year grant period, exceed
$500,000.</text></subsection>

<subsection id="H3C6550BAB23241CDAB85797858C6F96A"><enum>(i)</enum><header>Non-Federal
share</header><text display-inline="yes-display-inline">The non-Federal share of the
cost of a pre-apprenticeship program or apprenticeship program carried out using a

grant under this section shall be not less than 25 percent of the total cost of the program.</text></subsection>

<subsection id="H11A7AF5200C74FA1B161A3771A205A33"><enum>(j)</enum><header>Technical assistance</header><text>The Secretary may provide technical assistance to eligible entities described in subsection (c) to leverage the existing job training and education programs of the Department of Labor and other relevant programs at appropriate Federal agencies.</text></subsection>

<subsection id="HEBED5B819606471F8CBA98790DCEEB7B"><enum>(k)</enum><header>Report</header>

<paragraph id="H3CB5932AAB8444DE81501D239AF5553C"><enum>(1)</enum><header>In general</header><text>If the Secretary establishes the program described in subsection (a), not less than once every 2 years thereafter, the Secretary shall submit to Congress, and make publicly available on the website of the Department of Energy, a report on the program, includingâ€"</text>

<subparagraph id="H2E6CF56948044EBABC61E8B238905F07"><enum>(A)</enum><text>a description ofâ€"</text>

<clause id="H0515F8D4CCAE4AEDBE6F582AEDEDDC2A"><enum>(i)</enum><text>any entity that receives a grant under this section;</text></clause>

<clause id="H68CEA78203B14314BD599BCD34C6AAF9"><enum>(ii)</enum><text>any activity carried out using a grant under this section; and</text></clause>

<clause id="H8F801D58EFE6435390334F47E9C3751B"><enum>(iii)</enum><text>best practices used to leverage the investment of the Federal Government under this section; and</text></clause></subparagraph>

<subparagraph id="H80FDDDC483784A4B8720BD2E6BC790E4"><enum>(B)</enum><text>an assessment of the results achieved by the program, including the rate of employment for participants after completing a pre-apprenticeship program or apprenticeship program carried out using a grant under this section.</text></subparagraph></paragraph>

<paragraph id="H30BC2C4D0FD94674B89BCC4878D9E079"><enum>(2)</enum><header>Performance reports</header><text display-inline="yes-display-inline">Not later than one year after the establishment of a pre-apprenticeship program or apprenticeship program using a grant awarded under this section, and annually thereafter, the entity carrying out the program shall submit to the Secretary and the Secretary of Labor a report on the effectiveness of the program based on the accountability measures described in clauses (i) and (ii) of section 116(b)(2)(A) of the Workforce Innovation and Opportunity Act (29 U.S.C. 3141(b)(2)(A)).</text></paragraph></subsection>

<subsection id="HFE5C799CED40449E9ACF4A0883532F6B"><enum>(l)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H0567510D18C545719C2A44A8435C7126"><enum>(1)</enum><header>ESEA terms</header><text>The terms <term>local educational agency</term> and <term>secondary school</term> have the meanings given the terms in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801).</text></paragraph>

<paragraph id="HD5C82E67D4D24B8CB3F7566DFCE0DD31"><enum>(2)</enum><header>WIOA terms</header><text>The terms <term>career planning</term>, <term>community-based organization</term>, <term>customized training</term>, <term>economic development agency</term>, <term>individual with a barrier to employment</term>, <term>industry or sector partnership</term>, <term>on-the-job training</term>, <term>recognized postsecondary credential</term>, and <term>workplace learning advisor</term> have the meanings given such terms in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).</text></paragraph>

<paragraph id="HD35752C04EAC4E1E94F54E6A11BAACD8"><enum>(3)</enum><header>Apprenticeship program</header><text>The term <term>apprenticeship program</term> means a program registered under the Act of August 16, 1937 (commonly known as the <quote>National Apprenticeship Act</quote>; 50 Stat. 664, chapter 663; 29 U.S.C. 50 et seq.).</text></paragraph>

<paragraph commented="no"

id="H48E40F8E4D8544C2B8FA1240C4E754CD"><enum>(4)</enum><header>Area career and technical education school</header><text display-inline="yes-display-inline">The term <term>area career and technical education school</term> has the meaning given the term in section 3 of the Carl D. Perkins Career and Technical Education Act of 2006 (20 U.S.C. 2302).</text></paragraph>

<paragraph commented="no" id="HA20BE80FFEAE47AE98F7FE9EF5A938FB"><enum>(5)</enum><header>Community college</header><text>The term <term>community college</term> has the meaning given the term <term>junior or community college</term> in section 312(f) of the Higher Education Act of 1965 (20 U.S.C. 1058(f)).</text></paragraph>

<paragraph id="HC34AE9CF774845D08AB3DEDA147FF48A"><enum>(6)</enum><header>Covered facility of the National Nuclear Security Administration</header><text>The term <term>covered facility of the National Nuclear Security Administration</term> means a national security laboratory or a nuclear weapons production facility as such terms are defined in section 4002 of the Atomic Energy Defense Act (50 U.S.C. 2501).</text></paragraph>

<paragraph id="HD013BEE13D274AF0923C0E1ADDDB629E"><enum>(7)</enum><header>Eligible Sponsor</header><text display-inline="yes-display-inline">The term <term>eligible sponsor</term> means a public organization or nonprofit organization thatâ€"</text>

<subparagraph id="HFFE1DA14D27649F48E93FD0A8C5B9A9C"><enum>(A)</enum><text display-inline="yes-display-inline">with respect to an apprenticeship program, administers the program through a partnership that may includeâ€"</text>

<clause id="H2E9FA31883CA4831B5703A3EDC68DFE4"><enum>(i)</enum><text display-inline="yes-display-inline">an industry or sector partnership;</text></clause>

<clause id="H912ED4836CD244B09E233C8EC1E6C7C9"><enum>(ii)</enum><text>an employer or industry association;</text></clause>

<clause id="H926136E15B104E8392AA0687F166C57B"><enum>(iii)</enum><text>a labor-management organization;</text></clause>

<clause id="H5BA535BFC2C04F738D94CA8334826D65"><enum>(iv)</enum><text>a local workforce development board or State workforce development board;</text></clause>

<clause id="HBC9C6DDDC1AC49ADBB1DF10B6085DCF6"><enum>(v)</enum><text>a 2- or 4-year institution of higher education that offers an educational program leading to an associateâ€™s or bachelorâ€™s degree in conjunction with a certificate of completion of apprenticeship;</text></clause>

<clause id="HFF23BF0BCAB0406BA08B4432D59C073A"><enum>(vi)</enum><text>the Armed Forces (including the National Guard and Reserves);</text></clause>

<clause commented="no" id="HE7D34F1F2A6546008B518BBB524C6C0F"><enum>(vii)</enum><text>a community-based organization; or</text></clause>

<clause id="H00018D0B1B194E09B67FE24F301C1518"><enum>(viii)</enum><text>an economic development agency; and</text></clause></subparagraph>

<subparagraph id="HC1C66C0E74AD4C62A160D883E50EEC7C"><enum>(B)</enum><text display-inline="yes-display-inline">with respect to a pre-apprenticeship program, is a local educational agency, a secondary school, an area career and technical education school, a provider of adult education, a State workforce development board, a local workforce development board, or a community-based organization, that administers the program with any required coordination and necessary approvals from the Secretary of Labor or a State department of labor.</text></subparagraph></paragraph>

<paragraph commented="no" id="HF1CAD0C6F10748FAB794B513F1ADBE8F"><enum>(8)</enum><header>Institution of higher education</header><text>The term <term>institution of higher education</term> has the meaning given the term in section 101 of the Higher Education Act of 1965 (20 U.S.C. 1001).</text></paragraph>

<paragraph id="H2C671B64417E4DECA2A5C4F3E8DC67CB"><enum>(9)</enum><header>Local workforce development board</header><text>The term <term>local workforce development board</term> has the meaning given the term <term>local board</term> in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).</text></paragraph>

<paragraph id="H580A6CD6D9464BB9A653AD46C899FC34"><enum>(10)</enum><header>National Laboratory</header><text>The term <term>National Laboratory</term> has the meaning given the term in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801).</text></paragraph>

<paragraph id="HD952EC0FDE154D9EA372D321D39FC4EA"><enum>(11)</enum><header>Nonprofit organization</header><text>The term <term>nonprofit organization</term> means an organization that is described in section 501(c) of the Internal Revenue Code of 1986 and exempt from tax under section 501(a) of such Code.</text></paragraph>

<paragraph id="HB7C755F49F4842DD9740D20F047760A2"><enum>(12)</enum><header>Pre-apprenticeship program</header><text>The term <term>pre-apprenticeship program</term> means a programâ€"</text>

<subparagraph id="H7E494D1DCAF14A47B914E304630267E6"><enum>(A)</enum><text>designed to prepare individuals to enter and succeed in an apprenticeship program; and</text></subparagraph>

<subparagraph id="HD8AB5BF2294A49B2894DF159FC32CB4B"><enum>(B)</enum><text>that has a documented partnership with at least one, if not more, apprenticeship programs.</text></subparagraph></paragraph>

<paragraph id="H36512B2346EA43919ED6EE85F0A777AE"><enum>(13)</enum><header>Provider of adult education</header><text display-inline="yes-display-inline">The term <term>provider of adult education</term> has the meaning given the term <term>eligible provider</term> in section 203 of the Adult Education and Family Literacy Act (29 U.S.C. 3272).</text></paragraph>

<paragraph id="H72A0026C2A7A4B6A9282DCDB12109BFB"><enum>(14)</enum><header>Related instruction</header><text>The term <term>related instruction</term> means an organized and systematic form of instruction designed to provide an individual in a pre-apprenticeship program or apprenticeship program with the knowledge of the technical subjects related to the intended occupation of the individual after completion of the program.</text></paragraph>

<paragraph id="H8E6698F5CAF84377A38D0A4153A40E7E"><enum>(15)</enum><header>Secretary</header><text>The term <term>Secretary</term> means the Secretary of Energy, in consultation with the Secretary of Labor, except as otherwise specified in this section.</text></paragraph>

<paragraph id="H52A0483EFBC24EA7BC1718F2FA4ABAF3"><enum>(16)</enum><header>Sponsor</header><text>The term <term>sponsor</term> means any person, association, committee, or organization operating a pre-apprenticeship program or apprenticeship program and in whose name the program is (or is to be) registered or approved.</text></paragraph>

<paragraph id="H0081FF8EEB364116A8AFED8EEF1549E5"><enum>(17)</enum><header>State apprenticeship agency</header><text>The term <term>State apprenticeship agency</term> has the meaning given that term in section 29.2 of title 29, Code of Federal Regulations (or any corresponding similar regulation or ruling).</text></paragraph>

<paragraph id="H694E860CF1EE4C4ABBC97AFE6D8DF47C"><enum>(18)</enum><header>State workforce development board</header><text>The term <term>State workforce development board</term> has the meaning given the term <term>State board</term> in section 3 of the Workforce Innovation and Opportunity Act (29 U.S.C. 3102).</text></paragraph>

<paragraph id="HFB0578932AD040CCA5CCB0F7D9F4842C"><enum>(19)</enum><header>Workforce intermediary</header><text display-inline="yes-display-inline">The term <term>workforce intermediary</term>â€"</text>

<subparagraph id="HFA08BB3D10704E469B795F2E78F34857"><enum>(A)</enum><text>means a nonprofit organization thatâ€"</text>

<clause id="HC6575C89F60A495DAEF96E2BE65B9F03"><enum>(i)</enum><text>proactively addresses workforce needs using a dual customer approach, which considers the needs of both employees and employers; and</text></clause>

<clause id="HD6725393DE4A42D6A10D68CDDD2B2F1F"><enum>(ii)</enum><text>has partnered with a sponsor of a pre-apprenticeship program or apprenticeship program or is a sponsor of a pre-apprenticeship program or apprenticeship program;

and</text></clause></subparagraph>

<subparagraph id="HA090BBD7E2014AF294E71CB922107987"><enum>(B)</enum><text display-inline="yes-display-inline">may include a community organization, an employer organization, a community college, a temporary staffing agency, a State workforce development board, a local workforce development board, or a labor or labor-management organization.</text></subparagraph></paragraph></subsection></section></subtitle>

<subtitle id="HB9AC4AE4127749D2AB77ED44A065A8AC"><enum>C</enum><header>Reports and other matters</header>

<section id="HEB53E50EED364BC9AE587A683EBD464F"><enum>3131.</enum><header>Civil penalties for violations of certain whistleblower protections</header><text display-inline="no-display-inline">Section 234A of the Atomic Energy Act of 1954 (42 U.S.C. 2282a) is amendedâ€"</text>

<paragraph id="HD0673BA8338C4BED9BDA9E4A96DBCB47"><enum>(1)</enum><text>in the heading, by inserting <quote><header-in-text level="section" style="other" other-style="nuclear">and Whistleblower</header-in-text></quote> after <quote><header-in-text level="section" style="other" other-style="nuclear">Safety</header-in-text></quote>;</text></paragraph>

<paragraph id="HA194D1C5132A4EA794DFFD0407301967"><enum>(2)</enum><text>in subsection a.â€"</text>

<subparagraph id="H37BC3B15EDE44712A2B5B8663BC24FFB" commented="no"><enum>(A)</enum><text>by inserting <quote>, or who violates any applicable law, rule, regulation, or order related to nuclear safety whistleblower protections,</quote> before <quote>shall be subject to a civil penalty</quote>; and</text></subparagraph>

<subparagraph id="H77866A463CBE4DEC86F1CE29001B63A6"><enum>(B)</enum><text>by adding at the end the following new sentence: <quote>The Secretary of Energy may carry out this section with respect to the National Nuclear Security Administration by acting through the Administrator for Nuclear Security.</quote>; and </text></subparagraph></paragraph>

<paragraph id="H77F92C56E713454BA3A1187F6D5D800C"><enum>(3)</enum><text>by adding at the end the following new subsection:</text>

<quoted-block style="other" id="H3A66C528479D41689BA53FC00AD66965" display-inline="no-display-inline" other-style="nuclear">

<subsection id="HCC89CAA788B84989BCD934D0389A7D94"><enum>e.</enum><text display-inline="yes-display-inline">In this section, the term <quote>nuclear safety whistleblower protections</quote> means the protections for employees of contractors or subcontractors from reprisals pursuant to section 4712 of title 41, United States Code, section 211 of the Energy Reorganization Act of 1974 (42 U.S.C. 5851), or other provisions of Federal law (including rules, regulations, or orders) affording such protections, with respect to disclosures or other activities covered by such protections that relate to nuclear safety.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HB51E27C45E094DF791939A7CB66F0163" section-type="subsequent-section"><enum>3132.</enum><header display-inline="yes-display-inline">Repeal of assessments of adequacy of budget requests relating to nuclear weapons stockpile</header>

<subsection commented="no" display-inline="no-display-inline" id="H671F5F5FCAD148738AF48B5DD450894A"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Section 3255 of the National Nuclear Security Administration Act (50 U.S.C. 2455) is repealed.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF0A356BDB9644D0D82B1A894CB96E71E"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents for the National Nuclear Security Administration Act is amended by striking the item relating to section 3255.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"

id="H5B20F55B296F412AB1AA771A84ECC1AE" section-type="subsequent-section"><enum>3133.</enum><header display-inline="yes-display-inline">Repeal of requirement for review relating to enhanced procurement authority</header><text display-inline="no-display-inline">Section 4806 of the Atomic Energy Defense Act (50 U.S.C. 2786) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H8E6E7B8620634C5E9851577379050471"><enum>(1)</enum><text display-inline="yes-display-inline">by striking subsection (e); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1363F93E37544E8E95BC5EB73CDB4BF0"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsections (f) and (g) as subsections (e) and (f), respectively.</text></paragraph></section>

<section id="H2BFE4989EC2443B2B7659BAC729EA73D"><enum>3134.</enum><header>Improvements to Energy Employees Occupational Illness Compensation Program Act of 2000</header>

<subsection id="HC8939D5E88E844898D2BF12E5B4B1DC9"><enum>(a)</enum><header>Office of Ombudsman</header><text display-inline="yes-display-inline">Section 3686 of the Energy Employees Occupational Illness Compensation Program Act of 2000 (42 U.S.C. 7385sâ€"15) is amendedâ€"</text>

<paragraph id="H31ADD23D7B2C4FCBB311B2A669AF26D2"><enum>(1)</enum><text>in subsection (c)â€"</text>

<subparagraph id="H680069718F3646C094F54B34451430AF"><enum>(A)</enum><text>by redesignating paragraphs (2) and (3) as paragraphs (3) and (4), respectively; and</text></subparagraph>

<subparagraph id="H13460E5425BD47838277092C25B9A1EF"><enum>(B)</enum><text>by inserting after paragraph (1) the following new paragraph:</text>

<quoted-block style="OLC" id="HF0B2BBF425B84E19BE842FA1555FBE3B" display-inline="no-display-inline">

<paragraph id="H761A8942AB91438EB5C795A31FFDAC62"><enum>(2)</enum><text display-inline="yes-display-inline">To provide guidance and assistance to claimants.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H47D6A360025D425CB451DB32CF13A50E"><enum>(2)</enum><text>in subsection (h), by striking <quote>2019</quote> and inserting <quote>2020</quote>.</text></paragraph></subsection>

<subsection id="HBE8783F8AAA04465ADB28A5B407E19EB"><enum>(b)</enum><header>Advisory Board on Toxic Substances and Worker Health</header><text display-inline="yes-display-inline">Section 3687 of the Energy Employees Occupational Illness Compensation Program Act of 2000 (42 U.S.C. 7385sâ€"16) is amendedâ€"</text>

<paragraph id="HAA781A2D91F2482B9D06E590E7A3186D"><enum>(1)</enum><text>in subsection (b)(1)â€"</text>

<subparagraph id="H25F9D36922EC473284730E3CE30A7456"><enum>(A)</enum><text>in subparagraph (C), by striking <quote>; and</quote> and inserting a semicolon;</text></subparagraph>

<subparagraph id="HA30CF4035C434FDA85F3DB72243D0307"><enum>(B)</enum><text display-inline="yes-display-inline">in subparagraph (D), by striking <quote>; and</quote> and inserting a semicolon; and</text></subparagraph>

<subparagraph id="H0631B40E28A449F6AB01E77D79084F48"><enum>(C)</enum><text>by adding after subparagraph (D) the following:</text>

<quoted-block style="OLC" id="H3BDE207091BA46848E410F0804D7D10A" display-inline="no-display-inline">

<subparagraph id="HB8BA22693A34473482DF0781549503BB"><enum>(E)</enum><text display-inline="yes-display-inline">the claims adjudication process generally, including review of procedure manual changes prior to incorporation into the manual and claims for medical benefits; and</text></subparagraph>

<subparagraph id="HCCB349F65EAF4A3D84D5397470A640C5"><enum>(F)</enum><text display-inline="yes-display-inline">such other matters as the Secretary considers appropriate; and</text></subparagraph><after-quoted-block>; </after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H439423CBD41B432DB6896D131A708211"><enum>(2)</enum><text>in subsection (g)â€"</text>

<subparagraph id="H7511BA83DA804265AC0BBDA88E64797A"><enum>(A)</enum><text>by striking <quote>The Secretary of Energy shall</quote> and inserting <quote>The Secretary of Energy and the Secretary of Labor shall each</quote>; and</text></subparagraph>

<subparagraph id="H28E4636E1FF349DD8424D9A0C73C609A"><enum>(B)</enum><text>by adding at the end the following new sentence: <quote>The Secretary of Labor shall make available to the Board the programâ€™s medical director, toxicologist, industrial hygienist and programâ€™s support contractors as requested by the Board.</quote>;</text></subparagraph></paragraph>

<paragraph id="HBDB91038C61445D7B6FAFCFED12155E0"><enum>(3)</enum><text>by redesignating subsections (h) and (i) as subsections (i) and (j), respectively; and</text></paragraph>

<paragraph id="HE6B999CC556743C6AA084CC70EDFDFA5"><enum>(4)</enum><text>by inserting after subsection (g) the following:</text>

<quoted-block style="OLC" id="H8FD9128697AC43B79954049A328BB4BB" display-inline="no-display-inline">

<subsection id="H7A40AB6045C2426DA33E5BA746C9A441"><enum>(h)</enum><header>Response to recommendations</header><text>Not later than 60 days after submission to the Secretary of Labor of the Boardâ€™s recommendations, the Secretary shall respond to the Board in writing, and post on the public internet website of the Department of Labor, a response to the recommendations thatâ€"</text>

<paragraph id="H2BDB8C76C63C4883B0A0481DA5C03937"><enum>(1)</enum><text>includes a statement of whether the Secretary accepts or rejects the Boardâ€™s recommendations;</text></paragraph>

<paragraph id="H20D2CC0325A547F4BFAF73D3AEE33BCD"><enum>(2)</enum><text>if the Secretary accepts the Boardâ€™s recommendations, describes the timeline for when those recommendations will be implemented; and</text></paragraph>

<paragraph id="HD71B0355B08A408DB24BDAF824EABECF"><enum>(3)</enum><text>if the Secretary does not accept the recommendations, describes the reasons the Secretary does not agree and provides all scientific research to the Board supporting that decision.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HCF9BC291C28E418AAF678AC335819A41" section-type="subsequent-section"><enum>3135.</enum><header>Replacement of W78 warhead</header>

<subsection id="H20C1F94715F643139EB14BD469913B6F"><enum>(a)</enum><header>Report</header>

<paragraph id="H5BE9E0D3CD79480895725C14B954397B"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 210 days after the date of the enactment of this Act, the Administrator for Nuclear Security shall submit to the congressional defense committees a report on replacing the W78 warhead.</text></paragraph>

<paragraph id="HE3C5FFBACDD74E079657F825E6C0F6B5"><enum>(2)</enum><header>Matters included</header><text>The report under paragraph (1) shall include the following:</text>

<subparagraph id="H58518609FA814ACF9A5107A10E405E76"><enum>(A)</enum><text display-inline="yes-display-inline">A discussion of the alternatives considered with respect to replacing the W78 warhead, includingâ€"</text>

<clause id="H31D552D4E092417CB4BF1C652D9C0B31"><enum>(i)</enum><text>a description of the technical risks, schedule, and costs for each alternative to replacing the W78 warhead; and</text></clause>

<clause id="HE3D132638C5C4292B3BE8E1D805E0BAA"><enum>(ii)</enum><text>a description of any changes since January 15, 2014, to the requirements for such alternatives.</text></clause></subparagraph>

<subparagraph id="H7EBAD0EB6668476DA97881A04E19FE14"><enum>(B)</enum><text display-inline="yes-display-inline">A review of the matters under subparagraph (A) by the Director for Cost Estimating and Program Evaluation of the National Nuclear Security Administration.</text></subparagraph></paragraph></subsection>

<subsection id="H2DAF0E13BF054B859FF8BAB32EF1A31E"><enum>(b)</enum><header>Independent study</header>

<paragraph id="H659B3A536C6640BF8073F3632E008AAB"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Administrator shall seek to enter into an arrangement with the private scientific advisory group known as JASON to conduct a study of the plan of the Administrator to replace the W78 warhead. Such study shall includeâ€"</text>

<subparagraph id="H6D7B519C234D4184BC57026FE928B8FB"><enum>(A)</enum><text>an assessment of the risks to certification; and</text></subparagraph>

<subparagraph id="HFC5A5B48A53E42B29751A3C87C5C78CA"><enum>(B)</enum><text>the need for planned upgrades to such warhead.</text></subparagraph></paragraph>

<paragraph id="H59262943B72F42AFA1684F46C4DA382B"><enum>(2)</enum><header>Submission</header><text display-inline="yes-display-inline">Not later than 150 days after the date of the enactment of this Act, the Administrator shall submit to the congressional defense committees the study under paragraph (1), without change.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HA0C1459DB0C2489581011C84EA1F494E" section-type="subsequent-section"><enum>3136.</enum><header display-inline="yes-display-inline">Independent review of capabilities for detection, verification, and monitoring of nuclear weapons and fissile material</header>

<subsection id="HCC9B27F642654857A91ADFFEA1D67B0C"><enum>(a)</enum><header>Plan</header><text>Not later than 30 days after the date of the enactment of this Act, the Secretary of Energy, in consultation with the Secretary of Defense, shall seek to enter into a contract with the National Academy of Sciences to conduct an independent review and assessment of United States capabilities for detection, verification, and monitoring of nuclear weapons and fissile material.</text></subsection>

<subsection id="HAD448CAA278A425F93499387278460BE"><enum>(b)</enum><header>Elements</header><text>The review and assessment required by subsection (a) shall include the following:</text>

<paragraph id="HC4450753E2D9476B8AF22DC033B7F5E3"><enum>(1)</enum><text>An evaluation of the current national research enterprise for detection, verification, and monitoring of nuclear weapons and fissile material.</text></paragraph>

<paragraph id="H4D6B1A9D7E434DF6A42D351FCC9FCED5"><enum>(2)</enum><text>Integration of roles, responsibilities, and planning for such detection, verification, and monitoring within the Federal Government.</text></paragraph>

<paragraph id="H139F6754742D4D22A854D9EAEBB1C350"><enum>(3)</enum><text>Opportunities to leverage the national research enterprise to further prevent the proliferation of nuclear weapons and fissile material, including with respect to policy, research and development, and testing and evaluation.</text></paragraph>

<paragraph id="H093200E46A484639A1741A03F41D5BFF"><enum>(4)</enum><text>Opportunities for international engagement for building cooperation and transparency, including bilateral and multilateral efforts, to improve inspections, detection, and monitoring of nuclear weapons and fissile material, and to create incentives for such cooperation and transparency.</text></paragraph>

<paragraph id="H8FB3878CCC89425BAAAD3899B44CC43F"><enum>(5)</enum><text>Opportunities for new or expanded research and development efforts to improve detection and monitoring of, and in-field inspection and analysis capabilities with respect to,

nuclear weapons and fissile materials.</text></paragraph>

<paragraph id="HB4A949E83B8C4CA281A22E7E421ADA7E"><enum>(6)</enum><text>Opportunities for improved coordination between departments and agencies of the Federal Government and the military departments, national laboratories, commercial industry, and academia.</text></paragraph>

<paragraph id="HC555CA69E8C94D5A8E23605EF8DA86B1"><enum>(7)</enum><text>Opportunities for leveraging commercial capabilities.</text></paragraph></subsection>

<subsection id="HC278FABD6A9C469095553A177A099603"><enum>(c)</enum><header>Submission to Congress</header>

<paragraph id="HC7042DAC07014966884F1A6DD0D941A3"><enum>(1)</enum><header>In general</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of Energy shall submit to the congressional defense committees, without change, the findings of the National Academy resulting from the review and assessment conducted under subsection (a).</text></paragraph>

<paragraph id="H341BCF29A2AE464CAAA4771F59DB1A46"><enum>(2)</enum><header>Form</header><text>The findings described in paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H8DBA93A6B23349599E6113CFFEEDB376" section-type="subsequent-section"><enum>3137.</enum><header display-inline="yes-display-inline">Assessment of high energy density physics</header>

<subsection commented="no" display-inline="no-display-inline" id="H5F43913B29D54D74ACC3E22EDABE03ED"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Administrator for Nuclear Security shall enter into an arrangement with the National Academies of Sciences, Engineering, and Medicine to conduct an assessment of recent advances and the current status of research in the field of high energy density physics.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA91C5C6A1E8344619B527C8D13AEB1EE"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The assessment conducted under subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H91F7B820F7444C78850062370C4ED89F"><enum>(1)</enum><text display-inline="yes-display-inline">Theoretical and computational modeling of high energy density material phases, radiation-matter interactions, plasmas atypical of astrophysical conditions, and conditions unique to the National Nuclear Security Administration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H208615C76FF24129BF0055A0EFB3BC7D"><enum>(2)</enum><text display-inline="yes-display-inline">The simulation of such phases, interactions, plasmas, and conditions.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H06B6EF3E83D34B658F8163F50EA77BBF"><enum>(3)</enum><text display-inline="yes-display-inline">Instrumentation and target fabrication.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H180D4AED53B44FDC8BA08A5DC11B6870"><enum>(4)</enum><text display-inline="yes-display-inline">Workforce training.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H810A58DAE01A44E0B1F043817C48EB3B"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of advancements made by other countries in high energy density physics.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEA0909E67EB7443186DD3B039968FE23"><enum>(6)</enum><text display-inline="yes-display-inline">Such others items as are agreed upon by the Administrator and the National Academies.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFEDD644ED39244AD93DDAC49349A6172"><enum>(c)</enum><header display-inline="yes-display-inline">Applicability of internal controls</header><text display-inline="yes-display-inline">The assessment under subsection (a) shall be conducted in accordance with the internal controls of the National Academies.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBA5FC882204249129711412OE5B27207"><enum>(d)</enum><header display-inline="yes-display-inline">Report to Congress</header><text display-inline="yes-display-inline">Not later than 18 months after entering into the arrangement under subsection (a), the National Academies of Sciences, Engineering, and Medicine shall submit to the congressional defense committees a report on the assessment conducted under that subsection.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H91CDF7EDB8CB46439EE57B4EFD9C548C"><enum>(e)</enum><header display-inline="yes-display-inline">High energy density physics defined</header><text display-inline="yes-display-inline">In this section, the term <term>high energy density physics</term> means the physics of matter and radiation atâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H201542D8FCE54712B2F881C3A54E646E"><enum>(1)</enum><text display-inline="yes-display-inline">energy densities exceeding 100,000,000,000 joules per cubic meter; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H596A13BC319B4C37897EEEE3638F699D"><enum>(2)</enum><text display-inline="yes-display-inline">other temperature and pressure ranges within the warm dense matter regime.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HCE510BFD538A417498B0EE455EC457FE" section-type="subsequent-section"><enum>3138.</enum><header display-inline="yes-display-inline">Determination of effect of treaty obligations with respect to producing tritium</header><text display-inline="no-display-inline">Not later than February 15, 2020, the Secretary of Energy shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H138371699AA84763B664EA28C09A8C1A"><enum>(1)</enum><text display-inline="yes-display-inline">determine whether the Agreement for Cooperation on the Uses of Atomic Energy for Mutual Defense Purposes, signed at Washington, July 3, 1958 (9 UST 1028), between the United States and the United Kingdom, permits the United States to obtain low-enriched uranium for the purposes of producing tritium in the United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEB66A8CB1134411BA9E214A26C857240"><enum>(2)</enum><text display-inline="yes-display-inline">submit to the congressional defense committees a report on that determination.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HAC6283D50B6F4EBCAB912212D41138EF" section-type="subsequent-section"><enum>3139.</enum><header display-inline="yes-display-inline">Technical corrections to National Nuclear Security Administration Act and Atomic Energy Defense Act</header>

<subsection commented="no" display-inline="no-display-inline" id="H0D8BE4888B324416ABB4D1E145499D39"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions in National Nuclear Security Administration Act</header><text display-inline="yes-display-inline">Section 3281(2)(A) of the National Nuclear Security Administration Act (50 U.S.C. 2471(2)(A)) is amended by striking <quote>Plant</quote> and inserting <quote>National Security Campus</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H68555073513E4A4AA033CDE3BEE003F7"><enum>(b)</enum><header display-inline="yes-display-inline">Amendments to Atomic Energy Defense Act</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5A62545F98A34F20A76D3824ED605472"><enum>(1)</enum><header display-inline="yes-

display-inline">Definitions</header><text display-inline="yes-display-inline">Section 4002(9)(A) of the Atomic Energy Defense Act (50 U.S.C. 2501(9)(A)) is amended striking <quote>Plant</quote> and inserting <quote>National Security Campus</quote>.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEF103C99AA1342D0A20568185FFB4C66"><enum>(2)</enum><header display-inline="yes-display-inline">Stockpile stewardship, management, and responsiveness plan</header><text display-inline="yes-display-inline">Section 4203 of the Atomic Energy Defense Act (50 U.S.C. 2523) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDF9AEB061CD04A3CA59AEC1DDF45FCD5"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (d)(4)(A)(ii), by striking <quote>quadrennial defense review if such strategy has not been submitted</quote> and inserting <quote>national defense strategy</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H53ABBD25179148E0ADD8E3706F4A3233"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (e)(1)(A)(i), by striking <quote>or the most recent quadrennial defense review, as applicable under subsection (d)(4)(A), and the</quote> and inserting <quote>referred to in subsection (d)(4)(A)(i), the most recent the national defense strategy, and the most recent</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H580579EF36EE4D60B0AE25A7368D7513"><enum>(C)</enum><text display-inline="yes-display-inline">in subsection (f)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="H2D97A0A97BC04A69B23584F110925BFB"><enum>(i)</enum><text display-inline="yes-display-inline">by striking paragraph (4);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H31D8FD6BEAA346118F7299D9CAD90EC9"><enum>(ii)</enum><text display-inline="yes-display-inline">by redesignating paragraph (3) as paragraph (4); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H482B9C59F3CE43EE86227503C3073279"><enum>(iii)</enum><text display-inline="yes-display-inline">by inserting after paragraph (2) the following new paragraph (3):</text>

<quoted-block display-inline="no-display-inline" id="H586DAC4070DC40B68CEC46F82D70BBF0" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HADFF19D0C4A94E9C998DD888CB759016"><enum>(3)</enum><text display-inline="yes-display-inline">The term <term>national defense strategy</term> means the review of the defense programs and policies of the United States that is carried out every four years under section 113(g) of title 10, United States Code.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE2D463D3432A43368AA69183128D266A"><enum>(3)</enum><header display-inline="yes-display-inline">Manufacturing infrastructure for nuclear weapons stockpile</header><text display-inline="yes-display-inline">Section 4212 of the Atomic Energy Defense Act (50 U.S.C. 2532) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1B1E9061E84B4251B7360504ADFE8E3F"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (a)(1), in the matter preceding subparagraph (A), by inserting <quote>most recent</quote> before <quote>Nuclear Posture Review</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0E283B88DE824936A668BCD20CC84B07"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (b)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFCDE05DEEC894880BE0DA42C4890B3C0"><enum>(i)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>Plant</quote> and inserting <quote>National Security Complex</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H306AA741A170441D8FF868ED5E739D95"><enum>(ii)</enum><text display-inline="yes-display-inline">in paragraph (4), by striking <quote>Plant</quote> and inserting <quote>National Security Campus, Kansas City, Missouri</quote>.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2467C8947B774B27B2113FA4CB02795C"><enum>(4)</enum><header display-inline="yes-display-inline">Reports on life extension programs</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H2AFF06A28CF64B498CB4D2F66A214DC4"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Section 4216 of the Atomic Energy Defense Act (50 U.S.C. 2536) is amendedâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HBB5C132D3A494B528AD5398186A9DCF9"><enum>(i)</enum><text display-inline="yes-display-inline">in the section heading, by striking <quote><header-in-text level="section" style="OLC">lifetime</header-in-text></quote> and inserting <quote><header-in-text level="section" style="OLC">life</header-in-text></quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H38CA282D8AAB47CD90E36218D79E7AFB"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking <quote>lifetime</quote> each place it appears and inserting <quote>life</quote>.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA27D3A1BA4474C9396747C3C4CD2B5C4"><enum>(B)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of contents for the Atomic Energy Defense Act is amended by striking the item relating to section 4216 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H249D7E46CF08458E9764C462AFCC582C" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 4216. Reports on life extension programs.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD5501D1CD21D4B90AF819B9DFBD749C5"><enum>(5)</enum><header display-inline="yes-display-inline">Advice on safety, security, and reliability of nuclear weapons stockpile</header><text display-inline="yes-display-inline">Section 4218 of the Atomic Energy Defense Act (50 U.S.C. 2538) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4CF21B70DC60491EA9AC260E77DC16D6"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (d), by striking <quote>or the Commander of the United States Strategic Command</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H25312CC1A9D94171B4C688D9BA1CA220"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (e)(1)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFE52D65EA2D541458BD2DF7BD0D2B002"><enum>(i)</enum><text display-inline="yes-display-inline">by striking <quote>, a member of</quote> and all that follows through <quote>Strategic Command</quote> and inserting <quote>or a member of the Nuclear Weapons Council</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H78F03DC629C844018FA3D5A57B61992D"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking <quote>, member, or Commander</quote> and inserting <quote>or member</quote>.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC0EBA27347CA4C1DA40691982E25A96E"><enum>(6)</enum><header display-inline="yes-display-inline">Life-cycle cost estimates</header><text display-inline="yes-display-

inline">Section 4714(a) of the Atomic Energy Defense Act (50 U.S.C. 2754(a)) is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H56E9DDF68CA342609199DD99B07E2AA2"><enum>(A)</enum><text display-inline="yes-display-inline">by striking <quote>413.3</quote> and inserting <quote>413.3B</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3F7D62774661458EAEBC7F1D331F475D"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting <quote>, or a successor order,</quote> after <quote>assets)</quote>.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD64882E5EF984EC2AF54F30B126EF2D8"><enum>(7)</enum><header display-inline="yes-display-inline">Unfunded priorities</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HCD346F15E0C44050A6B183357B26DB34"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Section 4716 of the Atomic Energy Defense Act (50 U.S.C. 2756) is amended in the section heading by striking <quote><header-in-text level="section" style="OLC">National Nuclear Security Administration</header-in-text></quote> and inserting <quote><header-in-text level="section" style="OLC">Administration</header-in-text></quote>.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0C4D30B571E04FDF982C2008FBDB0ECA"><enum>(B)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of contents for the Atomic Energy Defense Act is amended by striking the item relating to section 4716 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HFDFFFAEB26E340969A525C4236E8EAE1" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 4716. Unfunded priorities of the Administration.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H980F005993424650940C2141AE0E06BE"><enum>(8)</enum><header display-inline="yes-display-inline">Reviews of capital assets acquisition projects</header><text display-inline="yes-display-inline">Section 4733(d)(3)(B) of the Atomic Energy Defense Act (50 U.S.C. 2773(d)(3)(B)) is amended by striking <quote>413.3</quote> and inserting <quote>413.3B</quote>.</text></paragraph></subsection></section></subtitle></title>

<title id="H82B632AE0DDB454E81A43DC37F9A24C3"><enum>XXXII</enum><header>Defense Nuclear Facilities Safety Board</header>

<toc container-level="title-container" quoted-block="yes-quoted-block" lowest-level="section" idref="H82B632AE0DDB454E81A43DC37F9A24C3" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H004D31AA73A24BB9BFE2B36CBEAF04E7" level="section">Sec.â€,3201.â€,Authorization.</toc-entry>

<toc-entry idref="H514F4D5E9E554EC58E9438E0AB823BA5" level="section">Sec.â€,3202.â€,Improvements to Defense Nuclear Facilities Safety Board.</toc-entry>

<toc-entry idref="HD4693032182D4F0C8B47E051258C36F8" level="section">Sec.â€,3203.â€,Membership of Defense Nuclear Facilities Safety Board.</toc-entry></toc>

<section id="H004D31AA73A24BB9BFE2B36CBEAF04E7" section-type="section-one"><enum>3201.</enum><header>Authorization</header><text display-inline="no-display-inline">There are authorized to be appropriated for fiscal year 2020, $29,450,000 for the operation of the Defense Nuclear Facilities Safety Board under chapter 21 of the Atomic Energy Act of 1954 (42 U.S.C. 2286 et seq.).</text></section>

<section commented="no" display-inline="no-display-inline" id="H514F4D5E9E554EC58E9438E0AB823BA5" section-type="subsequent-section"><enum>3202.</enum><header display-inline="yes-display-inline">Improvements to Defense Nuclear Facilities Safety Board</header>

<subsection id="HEA89381D911944698BFCA0451DEEFDAE"><enum>(a)</enum><header>Staff</header>

<paragraph id="HD082F66EC3AD4F5E81E4DA2024747D67"><enum>(1)</enum><header>Executive Director of Operations</header>

<subparagraph id="H2D283DE3F0BB4C4EA24DA46969F69B52"><enum>(A)</enum><header>Establishment of position</header><text display-inline="yes-display-inline">Subsection (b) of section 313 of the Atomic Energy Act of 1954 (42 U.S.C. 2286b) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H17EF3A3CB08E4DFB98D5A6829D5792F0" style="OLC">

<paragraph id="HEA9909472ACE47FD8779CB395592AA3E" indent="up1"><enum>(3)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H3F6D198731CE4796B724E854C9003A54"><enum>(A)</enum><text>The Board shall have an Executive Director of Operations who shall be appointed under section 311(c)(6).</text></subparagraph>

<subparagraph id="HB40C189270D840A186C3300F7BD9C301" indent="up1"><enum>(B)</enum><text>The Executive Director of Operations shall report to the Chairman.</text></subparagraph>

<subparagraph id="H495D42BFCD22412FB57301E86D8286BA" indent="up1"><enum>(C)</enum><text display-inline="yes-display-inline">The Executive Director of Operations shall be the senior employee of the Board responsible forâ€"</text>

<clause id="H96BAEB1E844B4F7F8FCD7C54B4F6E47B"><enum>(i)</enum><text>general administration and technical matters;</text></clause>

<clause id="H4747C265B9044A78ACB17A416B701DEA"><enum>(ii)</enum><text display-inline="yes-display-inline">ensuring that the members of the Board are fully and currently informed with respect to matters for which the members are responsible; and</text></clause>

<clause id="H066375E025DF4256AF2B4BE2CE7C92B6"><enum>(iii)</enum><text>the functions delegated by the Chairman pursuant to section 311(c)(3)(B).</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HED126779B3C64467B33E87498372EC2D"><enum>(B)</enum><header>Delegation of functions</header><text display-inline="yes-display-inline">Paragraph (3) of section 311(c) of such Act (42 U.S.C. 2286(c)) is amendedâ€"</text>

<clause id="H36496A42A05043D68BD44CBF17D39ED5"><enum>(i)</enum><text>by striking <quote>The Chairman</quote> and inserting <quote>(A) The Chairman</quote>; and</text></clause>

<clause id="H621D43AB403442C899E6960893DF27AB"><enum>(ii)</enum><text>by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="H8802C33EA6CB488BA6035EA1F5532A03" style="OLC">

<subparagraph id="H6D716D2326D94D02ADA443D0C13864B4" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">In carrying out subparagraph (A), the Chairman shall delegate to the Executive Director of Operations established under section 313(b)(3) the following functions:</text>

<clause id="H1F4A2B929E054AFFB28EAA079C92B2A2"><enum>(i)</enum><text display-inline="yes-display-inline">Administrative functions of the Board.</text></clause>

<clause id="H02F9E934E29D45999DE7F0ACD4446262"><enum>(ii)</enum><text display-inline="yes-display-inline">Appointment and supervision of employees of the Board not

specified under paragraph (6).</text></clause>

<clause id="HE36134D298EE40588CEB4168AD655B70"><enum>(iii)</enum><text display-inline="yes-display-inline">Distribution of business among the employees and administrative units and offices of the Board.</text></clause>

<clause id="H52263BFF1B2D4D4EBC930F04464E14AB"><enum>(iv)</enum><text display-inline="yes-display-inline">Preparation ofâ€"</text>

<subclause id="H90316E8AF351422981BDAA4932D18EB1"><enum>(I)</enum><text>proposals for the reorganization of the administrative units or offices of the Board;</text></subclause>

<subclause id="H154403CE0255403385A844AF3E78B8CD"><enum>(II)</enum><text>the budget estimate for the Board; and</text></subclause>

<subclause id="HBE282AC792D344BDBBE05C7CA3563BA2"><enum>(III)</enum><text>the proposed distribution of funds according to purposes approved by the Board.</text></subclause></clause></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0977D94C98444EBEB8D39824734109C5"><enum>(2)</enum><header display-inline="yes-display-inline">Provision of information to Board</header><text display-inline="yes-display-inline">Such section 311(c), as amended by paragraph (1)(B), is further amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDD8F2F2F8FDF480D9A4F21FFBBACE896"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (2), by striking <quote>paragraphs (5), (6), and (7)</quote> and inserting <quote>paragraphs (5) and (6)</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H893E777F5D05418D8BAC8ECD2C0B0053"><enum>(B)</enum><text display-inline="yes-display-inline">by striking paragraph (6); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9C4F1B49B75B421DB7CE58BB3D14F8EE"><enum>(C)</enum><text display-inline="yes-display-inline">by redesignating paragraph (7) as paragraph (6).</text></subparagraph></paragraph>

<paragraph id="H47D7FC9EB8924B2E8E054EBD7BC26E4F"><enum>(3)</enum><header>Appointment and removal powers</header><text>Paragraph (6) of such section 311(c), as redesignated by paragraph (2)(C), is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HBAD43ADAFA404647B4A6EA94F5665151" style="OLC">

<paragraph id="H7B24ADFD604A4C38B6654039A47C5C83" indent="up1"><enum>(6)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HA33561DD728F4782862AC82C3B3D9320"><enum>(A)</enum><text>The Chairman, subject to the approval of the Board, shall appoint the senior employees described in subparagraph (C). Any member of the Board may propose to the Chairman an individual to be so appointed.</text></subparagraph>

<subparagraph id="H7112EC03F44448FA81FE347B3C33F261" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">The Chairman, subject to the approval of the Board, may remove a senior employee described in subparagraph (C). Any member of the Board may propose to the Chairman an individual to be so removed.</text></subparagraph>

<subparagraph id="H124C9E8B54C3453AB1681DB996538BEA" indent="up1"><enum>(C)</enum><text>The senior employees described in this subparagraph are the following senior employees of the Board:</text>

<clause id="H70A341994FE6477AB97C2B36D046C19A"><enum>(i)</enum><text display-inline="yes-display-inline">The Executive Director of Operations established under section 313(b)(3).</text></clause>

<clause id="H94408F272BDF4A0A937CF673F1A23D40"><enum>(ii)</enum><text>The general counsel.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H42CA3E504566474DB16C58254063E0B1"><enum>(4)</enum><header display-inline="yes-display-inline">Organization of staff of Board</header><text display-inline="yes-display-inline">Section 313(b) of such Act, as amended by paragraph (1)(A), is further amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4C821D9E29C54F49A57696B592E89B0E"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1)(A), by striking <quote>section 311(c)(7)</quote> and inserting <quote>section 311(c)(6)</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBF34325D72274A6086046067EC0F9F4B"><enum>(B)</enum><text display-inline="yes-display-inline">by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="HF05011A07D7840778A6D77FEAD9EE5C7" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H1B517932182347A4A525910857515F81" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">Subject to the approval of the Board, the Chairman may organize the staff of the Board as the Chairman considers appropriate to best accomplish the mission of the Board described in section 312(a).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" id="HAABDA27492B445A2873AB21B1DC9AA0A"><enum>(5)</enum><header>Temporary personnel levels</header><text display-inline="yes-display-inline">During fiscal year 2020, the Defense Nuclear Facilities Safety Board shall employ not fewer than the equivalent of 100 full-time employees.</text></paragraph></subsection>

<subsection id="HE07C1F9385804EF5ABA8602C4CD6877F"><enum>(b)</enum><header>Public health and safety</header><text>Section 312(a) of such Act (42 U.S.C. 2286a(a)) is amended by inserting before the period at the end the following: <quote>, including with respect to the health and safety of employees and contractors at such facilities</quote>.</text></subsection>

<subsection id="HEA883CD80D5B4107933F69E7C9B8EE58"><enum>(c)</enum><header>Access to facilities, personnel, and information</header><text>Section 314 of such Act (42 U.S.C. 2286c) is amendedâ€"</text>

<paragraph id="H0F382DF08C59444CA8EF7C9C52C1F0E0"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="H146BFB3843A34BF58D8F8767661F011E"><enum>(A)</enum><text>by striking <quote>The Secretary of Energy</quote> and inserting <quote>Except as specifically provided by this section, the Secretary of Energy</quote>;</text></subparagraph>

<subparagraph id="H58404A88D24844D49E31E50A368FA766"><enum>(B)</enum><text>by striking <quote>ready access</quote> both places it appears and inserting <quote>prompt and unfettered access</quote>; and</text></subparagraph>

<subparagraph id="HDD848D4BEF7C40F5AC37210A15476858"><enum>(C)</enum><text>by adding at the end the following new sentence: <quote>The access provided to defense nuclear facilities, personnel, and information under this subsection shall be provided without regard to the hazard or risk category assigned to a facility by the Secretary.</quote>; and</text></subparagraph></paragraph>

<paragraph id="HE9093316E08F4C908E87936EC961E1A9"><enum>(2)</enum><text>by striking subsection (b) and inserting the following new subsections:</text>

<quoted-block display-inline="no-display-inline" id="HA5C0B73E1D4A48D781260ECA921FC2DA" style="OLC">

<subsection commented="no" id="H0F7D2073123D488B87D4299119F490D6"><enum>(b)</enum><header>Authority of Secretary to deny information</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H8C9AB79C70C7434A888E2F1B50321784"><enum>(1)</enum><text>The Secretary may deny

access to information under subsection (a) only to any person whoâ€"</text>

<subparagraph commented="no" id="HAB03DD2FF274402F865D54AE118A2795" indent="up1"><enum>(A)</enum><text>has not been granted an appropriate security clearance or access authorization by the Secretary; or</text></subparagraph>

<subparagraph commented="no" id="HDD1DCD19360045248ABE1A7BDF877A8D" indent="up1"><enum>(B)</enum><text>does not need such access in connection with the duties of such person.</text></subparagraph></paragraph>

<paragraph commented="no" id="HF6CB26159B444F5E83F8A80E7C3083A2" indent="up1"><enum>(2)</enum><text>If the Board requests access to information under subsection (a) in written form, and the Secretary denies access to such information pursuant to paragraph (1)â€"</text>

<subparagraph commented="no" id="H3BCF54D182654D9E9A08674006183325"><enum>(A)</enum><text>the Secretary shall provide the Board notice of such denial in written form; and</text></subparagraph>

<subparagraph commented="no" id="H0479E4442B1F49D084E9A8E975E76522"><enum>(B)</enum><text>not later than January 1 and July 1 of each year beginning in 2020â€"</text>

<clause commented="no" id="HF0DD7338D27B41E492E0BA39D1C8E6BF"><enum>(i)</enum><text>the Board shall submit to the congressional defense committees a report identifying each request for access to information under subsection (a) submitted to the Secretary in written form during the preceding six-month period and denied by the Secretary; and</text></clause>

<clause commented="no" id="H6D00853AD6D64D43B5E08F1BB3B422CD"><enum>(ii)</enum><text>the Secretary shall submit to the congressional defense committees a report identifyingâ€"</text>

<subclause commented="no" id="HA5A0638A1FA349B19A2EE00622E1B617"><enum>(I)</enum><text>each such request denied by the Secretary during that period; and</text></subclause>

<subclause commented="no" id="HB6E68B69778846C2A8FDA8A669DF2366"><enum>(II)</enum><text>the reason for the denial.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" id="H53B18FEE71764772AC9FB32B39721409" indent="up1"><enum>(3)</enum><text>In this subsection, the term <term>congressional defense committees</term> has the meaning given that term in section 101(a) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" id="HD7EEF881E918417988149B97C3E6875D"><enum>(c)</enum><header>Application of nondisclosure protections by Board</header><text display-inline="yes-display-inline">The Board may not publicly disclose information provided under this section if such information is otherwise protected from disclosure by law, including deliberative process information.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD4693032182D4F0C8B47E051258C36F8" section-type="subsequent-section"><enum>3203.</enum><header display-inline="yes-display-inline">Membership of Defense Nuclear Facilities Safety Board</header>

<subsection commented="no" display-inline="no-display-inline" id="H26A4FF01B29549EA8E16D608F41AF2FF"><enum>(a)</enum><header display-inline="yes-display-inline">List of candidates for nomination</header><text display-inline="yes-display-inline">Subsection (b) of section 311 of the Atomic Energy Act of 1954 (42 U.S.C. 2286) is amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H2B1C8B8324FA4855A9CC28F47AE400B0" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H35DF5AABB1D24A139F0E102A5F5CAF68" indent="up1"><enum>(4)</enum><text display-inline="yes-display-inline">The President shall enter into an arrangement with the

National Academy of Sciences under which the National Academy shall maintain a list of individuals who meet the qualifications described in paragraph (1) to assist the President in selecting individuals to nominate for positions as members of the Board.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCAF1BEE6BBC4467ABC2964AABCCF5035"><enum>(b)</enum><header display-inline="yes-display-inline">Terms of members</header>

<paragraph commented="no" display-inline="no-display-inline" id="H44AA2A03F7C94B09ACC64C2224505040"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subsection (d) of such section is amendedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H124A112D93EF48EBAE45F37CD351A3E8"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking the second sentence and inserting the following new sentences: <quote>A member may be reappointed for a second term only if the member was confirmed by the Senate more than two years into the member's first term. A member may not be reappointed for a third term.</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5118A02ED0C8446FB2A12642977F65CA"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (3)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="H8EEF858E83CD405EAB93796E381B09FF"><enum>(i)</enum><text display-inline="yes-display-inline">by striking <quote>Any member</quote> and inserting <quote>(A) Any member</quote>;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9A51B65593ED47E4808FB2D2134E34F1"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking the second sentence; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H072429F9CC6144D08946D946751ABF6A"><enum>(iii)</enum><text display-inline="yes-display-inline">by adding at the end the following new subparagraph:</text>

<quoted-block display-inline="no-display-inline" id="HDBDC0306EB1C46A18F4A76DD5073D9DE" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H7A7859061B11437E8DEA2B2D90B43205" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">A member may not serve after the expiration of the member's term, unless the departure of the member would result in the loss of a quorum for the Board. If more than one member is serving after the expiration of the member's term and a new member is appointed to the Board so that one of the members serving after the expiration of the member's term is no longer necessary to maintain a quorum, the member whose term expired first may no longer serve on the Board.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H577ECE5F621D4DCD82DDE007092E4874"><enum>(2)</enum><header display-inline="yes-display-inline">Effective date</header><text display-inline="yes-display-inline">The amendments made by paragraph (1) shall take effect on the date that is one year after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBD0D31BDAB7242C693951882AB1B655A"><enum>(c)</enum><header display-inline="yes-display-inline">Filling vacancies</header><text display-inline="yes-display-inline">Such subsection is further amended by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H9098B67F0A4E4FC3B1C93AB5978629AE" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H6186B28C88A844AF90A695C728F5D0A0" indent="up1"><enum>(4)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HF42A2A8D108C4F298430EA23046B7BD2"><enum>(A)</enum><text display-inline="yes-display-inline">Not later than 180 days after the expiration of the term of a member of the Board, the President shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HED93C045F9B14354B24849D491459B3F" indent="up1"><enum>(i)</enum><text display-inline="yes-display-inline">submit to the Senate the nomination of an individual to fill the vacancy; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HE051F0F9DCBF4169A74EC00DDF8BE4E8" indent="up1"><enum>(ii)</enum><text display-inline="yes-display-inline">submit to the Committee on Armed Services of the Senate a report that includesâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H0424A2296FEC42F78A07FC23F11D6C1D"><enum>(I)</enum><text display-inline="yes-display-inline">a description of the reasons the President did not submit such a nomination; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H631DAE6C63BF45BE8EFFAD7A06467991"><enum>(II)</enum><text display-inline="yes-display-inline">a plan for submitting such a nomination during the 90-day period following the submission of the report.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD3ABA1C964AF40469E5E1051C0CEF298" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">If the President does not submit to the Senate the nomination of an individual to fill a vacancy during the 90-day period described in subclause (II) of subparagraph (A)(ii), the President shall submit to the Committee on Armed Services a report described in that subparagraph not less frequently than every 90 days until the President submits such a nomination.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section></title>

<title id="HF98B6800B2A54C52B4DB9A17C6D96992"><enum>XXXIV</enum><header>Naval Petroleum Reserves</header>

<toc container-level="legis-body-container" quoted-block="yes-quoted-block" lowest-level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H7972847503C04E5EA998F3FCC0CC3533" level="section">Sec.â€‚3401.â€‚Authorization of appropriations.</toc-entry></toc>

<section id="H7972847503C04E5EA998F3FCC0CC3533" section-type="subsequent-section"><enum>3401.</enum><header>Authorization of appropriations</header>

<subsection id="H3312A6865556463AB68B2CD2E25C9BAC"><enum>(a)</enum><header>Amount</header><text display-inline="yes-display-inline">There are hereby authorized to be appropriated to the Secretary of Energy $14,000,000 for fiscal year 2020 for the purpose of carrying out activities under chapter 869 of title 10, United States Code, relating to the naval petroleum reserves.</text></subsection>

<subsection id="H4DB0536842814701843DADFAA293FFCF"><enum>(b)</enum><header>Period of availability</header><text display-inline="yes-display-inline">Funds appropriated pursuant to the authorization of appropriations in subsection (a) shall remain available until expended.</text></subsection></section></title>

<title id="H7648F8EB2FDC433CADA61A175FD3C8C2"><enum>XXXV</enum><header>Maritime Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H7648F8EB2FDC433CADA61A175FD3C8C2" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H0A6222929FDD4D329A5BEE77121437CA" level="subtitle">Subtitle Aâ€"Maritime Administration</toc-entry>

<toc-entry idref="H2830D7D69B2A4DC280F249D5D3ED371A"

level="section">Sec.â€,3501.â€,Authorization of the Maritime Administration.</toc-entry>

<toc-entry idref="H3F48D62F54DE439EB2084DB623FDCB65" level="section">Sec.â€,3502.â€,Reauthorization of Maritime Security Program.</toc-entry>

<toc-entry idref="H4F4E0E9BB9174A708C6D65368E354100" level="section">Sec.â€,3503.â€,Maritime technical assistance program.</toc-entry>

<toc-entry idref="HDA0356450D884EAA9E2B211E8E322260" level="section">Sec.â€,3504.â€,Appointment of candidates attending sponsored preparatory school.</toc-entry>

<toc-entry idref="H27084D7DE67F490BB5782136118B1964" level="section">Sec.â€,3505.â€,General support program.</toc-entry>

<toc-entry idref="H247A93FED1734DF0A67203B7BF12C853" level="section">Sec.â€,3506.â€,Improvements to the maritime guaranteed loan program.</toc-entry>

<toc-entry idref="H4A070DC293514099B88C789BB709EF29" level="section">Sec.â€,3507.â€,Requirement for small shipyard grantees.</toc-entry>

<toc-entry idref="H80B2DCE1FCF04C2DB20027BE29DDFEC2" level="section">Sec.â€,3508.â€,Salvage recoveries of cargoes.</toc-entry>

<toc-entry idref="H20E19EF20F2846E880E7514B287605DA" level="section">Sec.â€,3509.â€,Salvage recoveries for subrogated ownership of vessels and cargoes.</toc-entry>

<toc-entry idref="H38AC9093817F4937B959A85698754FDE" level="section">Sec.â€,3510.â€,Maritime Occupational Safety and Health Advisory Committee.</toc-entry>

<toc-entry idref="H9A9D15E3D0724D03AB6398BB01492350" level="section">Sec.â€,3511.â€,Military to mariner.</toc-entry>

<toc-entry idref="H57C6C33150CB4D5A831DBC5BB70BCB53" level="section">Sec.â€,3512.â€,Department of Transportation Inspector General Report.</toc-entry>

<toc-entry idref="HFE7FBDE1E4834DC79F5FE8CA48E83ECE" level="section">Sec.â€,3513.â€,Independent study on the United States Merchant Marine Academy.</toc-entry>

<toc-entry idref="HE28CC16F983348AC9AC254B26734359E" level="section">Sec.â€,3514.â€,Port operations, research, and technology.</toc-entry>

<toc-entry idref="H1ACE2AE2CDF54A13A33095C8D21901C7" level="section">Sec.â€,3515.â€,Assessment and report on strategic seaports.</toc-entry>

<toc-entry idref="H446907B097894CCB860D40BBEADFEB23" level="section">Sec.â€,3516.â€,Technical corrections.</toc-entry>

<toc-entry idref="HE9722F70E19F482AB06CAF6944BC7A2E" level="section">Sec.â€,3517.â€,United States Merchant Marine Academy sexual assault prevention and response program.</toc-entry>

<toc-entry idref="H6E0DDB4475A740B7998DB7889FB46157" level="section">Sec.â€,3518.â€,Report on vessels for emerging offshore energy infrastructure.</toc-entry>

<toc-entry idref="H55E93483D21E42AC85D4CA94F3C2094E" level="section">Sec.â€,3519.â€,Report on United States flagged fuel tanker vessel capacity.</toc-entry>

<toc-entry idref="H4F2851F674114657B832A7499116B473" level="subtitle">Subtitle Bâ€"Cable Security Fleet</toc-entry>

<toc-entry idref="H15F03F1584AA4C7893AC3E848D214A42" level="section">Sec.â€,3521.â€,Establishment of Cable Security Fleet.</toc-entry>

<toc-entry idref="H9D419F38677D4A0FB7E08AD8070AB85A" level="subtitle">Subtitle Câ€"Maritime SAFE Act</toc-entry>

<toc-entry idref="H1C6D30885DFB498AB8F991FE6F35F621" level="section">Sec.â€,3531.â€,Short titles.</toc-entry>

<toc-entry idref="H8F13C7101FA547F88E1BF84DC8B9376F" level="section">Sec.â€,3532.â€,Definitions.</toc-entry>

<toc-entry idref="H57F48048E9964F27AD4F56F822D0CCB0" level="section">Sec.â€,3533.â€,Purposes.</toc-entry>

<toc-entry idref="H8B33BE091AE442469F798240642340F0" level="section">Sec.â€,3534.â€,Statement of policy.</toc-entry>

<toc-entry idref="HD94C1803F2534D3A840BE53F8C708EA8" level="part">Part Iâ€"Programs to combat IUU fishing and increase maritime security</toc-entry>

<toc-entry idref="HBD869EC839D24E68B07B4FC15D9DEA96" level="section">Sec.â€,3541.â€,Coordination with international organizations.</toc-entry>

<toc-entry idref="HBCBB8F3974DE4A14B3A18065BFD34780" level="section">Sec.â€,3542.â€,Engagement of diplomatic missions of the United States.</toc-entry>

<toc-entry idref="H97DA4A3679884E32A57C37D9C6A971E7" level="section">Sec.â€,3543.â€,Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states.</toc-entry>

<toc-entry idref="H7048BF4F447D4697860DE537AEB7852C" level="section">Sec.â€,3544.â€,Expansion of existing mechanisms to combat IUU fishing.</toc-entry>

<toc-entry idref="H6E0B43E7474D4BA29A9DB0ED8D773F84" level="section">Sec.â€,3545.â€,Improvement of transparency and traceability programs.</toc-entry>

<toc-entry idref="H85B77DC772FA4C0F877A774CF1A7942D" level="section">Sec.â€,3546.â€,Technology programs.</toc-entry>

<toc-entry idref="H79B1394500B74E70AA1D64D3DEB71817" level="section">Sec.â€,3547.â€,Savings clause.</toc-entry>

<toc-entry idref="H59E9E0BD9AC44846AB2952BC151F87FD" level="part">Part IIâ€"Establishment of interagency working group on IUU fishing</toc-entry>

<toc-entry idref="HC3728AABF2E649A7B8E2FE3110038405" level="section">Sec.â€,3551.â€,Interagency Working Group on IUU Fishing.</toc-entry>

<toc-entry idref="H4B65800BF09E4705994E1F563CCE7D5A" level="section">Sec.â€,3552.â€,Strategic plan.</toc-entry>

<toc-entry idref="H355E1B3697094500B4D23A3C64F14793" level="section">Sec.â€,3553.â€,Reports.</toc-entry>

<toc-entry idref="HD72E3FB1544943D893957861A2ECD78F" level="section">Sec.â€,3554.â€,Gulf of Mexico IUU Fishing Subworking Group.</toc-entry>

<toc-entry idref="HFB4D8BF19A054F8DBF3D80CF4AD9FE25" level="part">Part IIIâ€"Combating human trafficking in connection with the catching and processing of seafood products</toc-entry>

<toc-entry idref="H05B14ED6A589410B9D85FDF0D97E76A0" level="section">Sec.â€,3561.â€,Finding.</toc-entry>

<toc-entry idref="HA540984A09E9452AA2C74DA3401D3162" level="section">Sec.â€,3562.â€,Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking.</toc-entry>

<toc-entry idref="H9F09DE835161493D9A08EB855E707FB6" level="section">Sec.â€,3563.â€,Human trafficking in the seafood supply chain report.</toc-entry>

<toc-entry idref="H3A80A771DE4E4CECBF61676E87195D57" level="part">Part IVâ€"Authorization of appropriations</toc-entry>

<toc-entry idref="H2F6BEFCD30D1479485D3742C050F343D" level="section">Sec.â€,3571.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H2856C782E94A416CB225847AC91A0CCB" level="section">Sec.â€,3572.â€,Accounting of funds.</toc-entry></toc>

<subtitle id="H0A6222929FDD4D329A5BEE77121437CA"><enum>A</enum><header>Maritime Administration</header>

<section commented="no" display-inline="no-display-inline" id="H2830D7D69B2A4DC280F249D5D3ED371A" section-type="subsequent-section"><enum>3501.</enum><header display-inline="yes-display-inline">Authorization of the Maritime Administration</header>

<subsection commented="no" display-inline="no-display-inline" id="HD0A6EE23FA4848B294AAF987A9A92E91"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There are authorized to be appropriated to the Department of Transportation for fiscal year 2020, to be available without fiscal year limitation if so provided in appropriations Acts, for programs associated with maintaining the United States Merchant Marine, the following amounts:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H711DD7BAA4EE438187B57FE1BE74B7CA"><enum>(1)</enum><text display-inline="yes-display-inline">For expenses necessary for operations of the United States Merchant Marine Academy, $95,944,000, of whichâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0EF2448A14F54D3BBDCF981F69F0B3EC"><enum>(A)</enum><text display-inline="yes-display-inline">$77,944,000 shall remain available until September 30, 2021 for Academy operations; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF66B143B3E034839B53FC918B8A4055D"><enum>(B)</enum><text display-inline="yes-display-inline">$18,000,000 shall remain available until expended for capital asset management at the Academy.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6ACED793595B496FB07CFD56DC2A22D2"><enum>(2)</enum><text display-inline="yes-display-inline">For expenses necessary to support the State maritime academies, $50,280,000, of whichâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9D009F62613C4E86B241C607410E90E4"><enum>(A)</enum><text display-inline="yes-display-inline">$2,400,000 shall remain available until September 30, 2021, for the Student Incentive Program;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9BED45411E0E4A6597ADFD89980F4D15"><enum>(B)</enum><text display-inline="yes-display-inline">$6,000,000 shall remain available until expended for direct payments to such academies;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF75E4C98B5AE4D41AD4CF2EB978316F5"><enum>(C)</enum><text display-inline="yes-display-inline">$30,080,000 shall remain available until expended for maintenance and repair of State maritime academy training vessels;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAC3FA467AFAD45079CD91C9826C64A58"><enum>(D)</enum><text display-inline="yes-display-inline">$3,800,000 shall remain available until expended for training ship fuel assistance; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7CA933A6FD664AF99F35EE6AEA3D0CB4"><enum>(E)</enum><text display-inline="yes-display-inline">$8,000,000 shall remain available until expended for offsetting the costs of training ship sharing.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="HA0BF14DB69324431880E37B9A146FF2E"><enum>(3)</enum><text display-inline="yes-display-inline">For expenses necessary to support the National Security Multi-Mission Vessel Program, $600,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7DD1DF3B55634764AEB6A713DAE428B0"><enum>(4)</enum><text display-inline="yes-display-inline">For expenses necessary to support Maritime Administration operations and programs, $60,442,000, of which $5,000,000 shall remain available until expended for activities authorized under section 50307 of title 46, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF29199A1F7B64152A9515FD52E0049A5"><enum>(5)</enum><text display-inline="yes-display-inline">For expenses necessary to dispose of vessels in the National Defense Reserve Fleet, $5,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC407A7716A7643B580B7DF3CD61EAC96"><enum>(6)</enum><text display-inline="yes-display-inline">For expenses necessary to maintain and preserve a United States flag Merchant Marine to serve the national security needs of the United States under chapter 531 of title 46, United States Code, $300,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4CE40563426B4C3FAE19009769086DFF"><enum>(7)</enum><text display-inline="yes-display-inline">For expenses necessary for the loan guarantee program authorized under chapter 537 of title 46, United States Code, $33,000,000, of whichâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H519C8D2BF39B4F629A01B919C521496A"><enum>(A)</enum><text display-inline="yes-display-inline">$30,000,000 may be used for the cost (as defined in section 502(5) of the Federal Credit Reform Act of 1990 (2 U.S.C. 661a(5)) of loan guarantees under the program, which shall remain available until expended; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H26C6EEFE34A54C06A41911588DA08354"><enum>(B)</enum><text display-inline="yes-display-inline">$3,000,000 may be used for administrative expenses relating to loan guarantee commitments under the program.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB975891487C645CC81A38DBB1132CD9D"><enum>(8)</enum><text display-inline="yes-display-inline">For expenses necessary to provide assistance to small shipyards and for maritime training programs under section 54101 of title 46, United States Code, $40,000,000, which shall remain available until expended.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA7CC9A8280C04B6D8E2484F6C001352B"><enum>(9)</enum><text display-inline="yes-display-inline">For expenses necessary to implement the Port and Intermodal Improvement Program, $500,000,000, except that no funds shall be used for a grant award to purchase fully automated cargo handling equipment that is remotely operated or remotely monitored with or without the exercise of human intervention or control, if the Secretary determines such equipment would result in a net loss of jobs within a port or port terminal.</text></paragraph></subsection></section>

<section id="H3F48D62F54DE439EB2084DB623FDCB65" section-type="subsequent-section"><enum>3502.</enum><header>Reauthorization of Maritime Security Program</header>

<subsection id="H433FB59DBDFB431994B9AF9517C5A875"><enum>(a)</enum><header>Award of operating agreements</header><text display-inline="yes-display-inline">Section 53103 of title 46, United States Code, is amended by striking <quote>2025</quote> each place it appears and inserting <quote>2035</quote>.</text></subsection>

<subsection id="HD2E643BC4E004976B010B6D84B2F71B7"><enum>(b)</enum><header>Effectiveness of operating agreements</header><text display-inline="yes-display-inline">Section 53104(a) of title 46, United States Code, is amended by striking <quote>2025</quote> and inserting <quote>2035</quote>.</text></subsection>

<subsection id="HB139B4CA5A8444B08DAA3586537B1057"><enum>(c)</enum><header>Payments</header><text display-inline="yes-display-inline">Section 53106(a)(1) of title 46, United States Code, is amendedâ€"</text>

<paragraph id="H939E50030D3A466D91D8F68041132745"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), by striking <quote>and</quote>;</text></paragraph>

<paragraph id="HEDC4A8CE207B4005ACF5A75673E528E6"><enum>(2)</enum><text>in subparagraph (C), by striking <quote>$3,700,000 for each of fiscal years 2022, 2023, 2024, and 2025.</quote> and inserting <quote>$5,300,000 for each of fiscal years 2022, 2023, 2024, and 2025;</quote>; and</text></paragraph>

<paragraph id="HDEB2053D31AF4572807153EAB1F7839E"><enum>(3)</enum><text>by adding at the end the following new subparagraphs: </text>

<quoted-block style="USC" id="HE655E7F07B744774B5E303438DA1A037" display-inline="no-display-inline">

<subparagraph id="HCCA225AB07984C01BF4EB998B580A31C"><enum>(D)</enum><text display-inline="yes-display-inline">$5,800,000 for each of fiscal years 2026, 2027, and 2028;</text></subparagraph>

<subparagraph id="HB35947D9DE01473A846B24B77AB88BD7"><enum>(E)</enum><text>$6,300,000 for each of fiscal years 2029, 2030, and 2031; and</text></subparagraph>

<subparagraph id="H29AD01C48CEF4AF8AB3AD1ABAF4E39C4"><enum>(F)</enum><text>$6,800,000 for each of fiscal years 2032, 2033, 2034, and 2035.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="HE8F6A03C7C064351871497CB5117B401"><enum>(d)</enum><header>Authorization of appropriations</header><text display-inline="yes-display-inline">Section 53111 of title 46, United States Code, is amendedâ€"</text>

<paragraph id="H4874A232062B4D7488F8F19B0EF5AA7A"><enum>(1)</enum><text>in paragraph (2), by striking <quote>and</quote>;</text></paragraph>

<paragraph id="H6FDB291864C742EA8AED8A625CB11E01"><enum>(2)</enum><text>in paragraph (3), by striking <quote>$222,000,000 for each fiscal year thereafter through fiscal year 2025.</quote> and inserting <quote>$318,000,000 for each of fiscal years 2022, 2023, 2024, and 2025;</quote>; and</text></paragraph>

<paragraph id="H65D0CC72D789443B9D84BF3F7A40453D"><enum>(3)</enum><text>by adding at the end the following new paragraphs:</text>

<quoted-block style="USC" id="HC5F3D1F8BA7B478E9FF57251AE66349C" display-inline="no-display-inline">

<paragraph id="HF90B35B755BC47229623CC19C4BE0159"><enum>(4)</enum><text display-inline="yes-display-inline">$348,000,000 for each of fiscal years 2026, 2027, and 2028;</text></paragraph>

<paragraph id="H4C14A097415C490DB3C4F1216A2B1531"><enum>(5)</enum><text>$378,000,000 for each of fiscal years 2029, 2030, and 2031; and</text></paragraph>

<paragraph id="H50B294058E3A4AE3B3AB03622E1D6B98"><enum>(6)</enum><text>$408,000,000 for each of fiscal years 2032, 2033, 2034, and 2035.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H4F4E0E9BB9174A708C6D65368E354100" section-type="subsequent-section"><enum>3503.</enum><header display-inline="yes-display-inline">Maritime technical assistance program</header><text display-inline="no-display-inline">Section 50307 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H443AE301175F4F02AB664B0CE193DB27"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a), by striking <quote>The Secretary of Transportation may engage in the environmental study</quote> and inserting <quote>The Secretary of Transportation, acting through the Maritime Administrator, shall engage in the

study</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HD3096454CC7A4EBB89AF2639C1FDE625"><enum>(2)</enum><text display-inline="yes-
display-inline">in subsection (b)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline"
id="HAE3EA110ED55481A9980FAE8A2D8EC4C"><enum>(A)</enum><text display-inline="yes-
display-inline">by striking <quote>mayâ€"</quote> and all that follows through
<quote>improvements byâ€"</quote> and inserting <quote>shall identify, study, evaluate,
test, demonstrate, or improve emerging marine technologies and practices to
improveâ€"</quote>;</text></subparagraph>

<subparagraph id="HEF6B7E33F7CF4F6DB8B3B32E5657A263"><enum>(B)</enum><text>by inserting
before subparagraph (A) the following:</text>

<quoted-block style="USC" id="H29F679CC71C24CC592AD4447A43E80CC" display-inline="no-
display-inline">

<paragraph id="H31439E2BADAC45A3BEB1B58C662C9715"><enum>(1)</enum><text display-
inline="yes-display-inline">environmental performance to meet United States Federal and
international standards and guidelines, includingâ€"</text></paragraph><after-quoted-
block>;</after-quoted-block></quoted-block></subparagraph>

<subparagraph id="HB22EAA4FEB5B49BBA3FACD39D2ADB8E2" commented="no" display-inline="no-
display-inline"><enum>(C)</enum><text display-inline="yes-display-inline">in
subparagraph (C), by striking <quote>species; and</quote> and all that follows through
the end of the subsection and inserting â€œspecies; or</text>

<quoted-block display-inline="no-display-inline" id="H56F94A78F69A4DB0BAF07986378B4A41"
style="OLC">

<subparagraph id="H5A7F47257F974F20A466A8AEEE2CB59B" commented="no" display-inline="no-
display-inline"><enum>(D)</enum><text display-inline="yes-display-inline">reducing
propeller cavitation; and</text></subparagraph>

<paragraph id="HFD991336C7564F98BE9734C087A6D1F5" commented="no" display-inline="no-
display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">the
efficiency and safety of domestic maritime industries.</text></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="HA472979C7D574208AE531418BB54E046"><enum>(3)</enum><text display-inline="yes-
display-inline">in subsection (c)(2), by striking <quote>benefits</quote> and inserting
<quote>or other benefits to domestic maritime industries</quote>;
and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"
id="H77F3118C83F04F84B11CD9B2E9CF347B"><enum>(4)</enum><text display-inline="yes-
display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA027E314AB564867BA75937362B873CF"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="HC7EA8DA0ABEF436197E3D0E29B74B9D5"><enum>(e)</enum><header display-inline="yes-
display-inline">Limitations on the use of funds</header><text display-inline="yes-
display-inline">Not more than three percent of the funds appropriated to carry out this
section may be used for administrative purposes.</text></subsection><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline"
id="HDA0356450D884EAA9E2B211E8E322260" section-type="subsequent-
section"><enum>3504.</enum><header display-inline="yes-display-inline">Appointment of
candidates attending sponsored preparatory school</header><text display-inline="no-
display-inline">Section 51303 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline"
id="H7345522FFC934CF29AE14F62C5514CA0"><enum>(1)</enum><text display-inline="yes-
display-inline">by striking <quote>The Secretary</quote> and inserting the
following:</text>

<quoted-block display-inline="no-display-inline" id="H64FC828626D34071B099E06392DFB5F6" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H2AC943091F254CA98F4F58702FA40ACE"><enum>(a)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">The Secretary</text></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8B4C8F01FAD04DAAB9362962FAC30E68"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H487650158BAA46118FC5F97F8E9C70F6" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H1790253A163D48D8A054F624D3515E31"><enum>(b)</enum><header display-inline="yes-display-inline">Appointment of candidates selected for preparatory school sponsorship</header><text display-inline="yes-display-inline">The Secretary of Transportation may appoint each year as cadets at the United States Merchant Marine Academy not more than 40 qualified individuals sponsored by the Academy to attend preparatory school during the academic year prior to entrance in the Academy, and who have successfully met the terms and conditions of sponsorship set by the Academy.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H27084D7DE67F490BB5782136118B1964" section-type="subsequent-section"><enum>3505.</enum><header display-inline="yes-display-inline">General support program</header><text display-inline="no-display-inline">Section 51501 of title 46, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H95C73D9EF9DE40CDB6303779E488F9E6" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HAE229CE7C051486B90DD835D99537732"><enum>(c)</enum><header display-inline="yes-display-inline">American maritime centers of excellence</header><text display-inline="yes-display-inline">The Secretary shall designate each State maritime academy as an American Maritime Center of Excellence.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H247A93FED1734DF0A67203B7BF12C853" section-type="subsequent-section"><enum>3506.</enum><header display-inline="yes-display-inline">Improvements to the maritime guaranteed loan program</header>

<subsection commented="no" display-inline="no-display-inline" id="HA209ACAA71424D6D9FD1686A3C5FD971"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">Section 53701 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC81B236E20D84B94B4626D0E4527D657"><enum>(1)</enum><text display-inline="yes-display-inline">by striking paragraph (5);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H73DA1B69956449DF8C4D2A4983921D5C"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating paragraphs (6) through (15) as paragraphs (5) through (14), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEC6059AA044E47C1A033FE6A82BF8E54"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H41F1141119AB42B4863E3CFBD301F611" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HE70A9E013A824B239F54D2C02D407212"><enum>(15)</enum><header display-inline="yes-

display-inline">Vessel of National Interest</header><text display-inline="yes-display-inline">The term <term>Vessel of National Interest</term> means a vessel deemed to be of national interest that meets characteristics determined by the Administrator, in consultation with the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, or the heads of other Federal agencies, as described in section 53703(d).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE6AD74F16D2A4923B947F829D73F9D16"><enum>(b)</enum><header display-inline="yes-display-inline">Preferred lender</header><text display-inline="yes-display-inline">Subsection (a) of section 53702 of title 46, United States Code, is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H751E85C8F47F44538CA68B545E10CC39" style="OLC">

<subsection id="HEF13F402F6534C328671655C88C41593" commented="no"><enum>(a)</enum><header>In general</header>

<paragraph id="H11BF4C85612C4D69A550E8C051B048CF" commented="no"><enum>(1)</enum><header>Guarantee of payments</header><text display-inline="yes-display-inline">The Secretary or Administrator, on terms the Secretary or Administrator may prescribe, may guarantee or make a commitment to guarantee the payment of the principal of and interest on an obligation eligible to be guaranteed under this chapter. A guarantee or commitment to guarantee shall cover 100 percent of the principal and interest.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H247C84DEE9E346129DD16DA06A4E5464"><enum>(2)</enum><header display-inline="yes-display-inline">Preferred eligible lender</header><text display-inline="yes-display-inline">The Federal Financing Bank shall be the preferred eligible lender of the principal and interest of the guaranteed obligations issued under this chapter.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H156243A7510943D1AE296C214A20B968"><enum>(c)</enum><header display-inline="yes-display-inline">Application and Administration</header><text display-inline="yes-display-inline">Section 53703 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD9E1C7C3AB4D49B9B1A8660C697710AF"><enum>(1)</enum><text display-inline="yes-display-inline">in the section heading, by striking <quote><header-in-text level="section" style="USC">procedures</header-in-text></quote> and inserting <quote><header-in-text level="section" style="USC">and administration</header-in-text></quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE51F7DFC4D604EB3B923B92092C088C2"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HDFB97752C77B4FADB1D1BDEC15424F22" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HC6D380EE66E04C0D90B745BB47E758FC"><enum>(c)</enum><header display-inline="yes-display-inline">Independent analysis</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD7949FB8E6154B9280F5C5D894B020E8"><enum>(1)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">To assess and mitigate the risks due to factors associated with markets, technology, financial, or legal structures related to an application or guarantee under this chapter, the Secretary or Administrator may utilize third party experts, including legal counsel, toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC1EA1CDE4A2B443A8E8AA25AC2AB7556"><enum>(A)</enum><text display-inline="yes-

display-inline">process and review applications under this chapter, including conducting independent analysis and review of aspects of an application;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC48546C60E3A4207974F3A78FCE6F8A5"><enum>(B)</enum><text display-inline="yes-display-inline">represent the Secretary or Administrator in structuring and documenting the obligation guarantee;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5FE716F9AE1941898C5DB56F136A0DE5"><enum>(C)</enum><text display-inline="yes-display-inline">analyze and review aspects of, structure, and document the obligation guarantee during the term of the guarantee;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2E24315059414EFB848EF249C48FF09C"><enum>(D)</enum><text display-inline="yes-display-inline">recommend financial covenants or financial ratios to be met by the applicant during the time a guarantee under this chapter is outstanding that areâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H87DBD7383EB9442E9F7CC4BE315421E2"><enum>(i)</enum><text display-inline="yes-display-inline">based on the financial covenants or financial ratios, if any, that are then applicable to the obligor under private sector credit agreements; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC7B3CB7708C142B2A0C29AB61CDA4C1F"><enum>(ii)</enum><text display-inline="yes-display-inline">in lieu of other financial covenants applicable to the obligor under this chapter with respect to requirements regarding long-term debt-to-equity, minimum working capital, or minimum amount of equity; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7F6F56EC0FE3432BBFB7C984500187A9"><enum>(E)</enum><text display-inline="yes-display-inline">represent the Secretary or Administrator to protect the security interests of the Government relating to an obligation guarantee.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H44E09E5889BE4DE09329BD0C2416871B"><enum>(2)</enum><header display-inline="yes-display-inline">Private sector expert</header><text display-inline="yes-display-inline">Independent analysis, review, and representation conducted under this subsection shall be performed by a private sector expert in the applicable field who is selected by the Secretary or Administrator.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDDE0D346E8DB4F52944DEA2062ADA8D4"><enum>(d)</enum><header display-inline="yes-display-inline">Vessels of National Interest</header>

<paragraph commented="no" display-inline="no-display-inline" id="H147D6343938946E788C549B58CB9F8AB"><enum>(1)</enum><header display-inline="yes-display-inline">Notice of funding</header><text display-inline="yes-display-inline">The Secretary or Administrator may post a notice in the Federal Register regarding the availability of funding for obligation guarantees under this chapter for the construction, reconstruction, or reconditioning of a Vessel of National Interest and include a timeline for the submission of applications for such vessels.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H34ADC58A927949FBA8AAAD725698BC53"><enum>(2)</enum><header display-inline="yes-display-inline">Vessel characteristics</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H2D1788BD47B3440DB2E6776D58F492E9"><enum>(A)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">The Secretary or Administrator, in consultation with the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as service in the Department of the Navy, or the heads of other Federal agencies, shall develop and publish a list of vessel types that would be considered Vessels of National Interest.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBE3369D5DCC348559EFBA9B0EDF568F2"><enum>(B)</enum><header display-inline="yes-display-inline">Review</header><text display-inline="yes-display-inline">Such list shall be reviewed and revised every four years or as necessary, as determined by the Administrator.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H99160A23B8C844ACAD206B33B0394577"><enum>(d)</enum><header display-inline="yes-display-inline">Funding limits</header><text display-inline="yes-display-inline">Section 53704 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1DDECBC1D0C7463A943D609F0CDB711A"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HB5A706F0671A4391BFFA56A2B943A351"><enum>(A)</enum><text display-inline="yes-display-inline">by striking <quote>that amount</quote> and all the follows through <quote>$850,000,000</quote> and inserting <quote>that amount, $850,000,000</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H60367B158BBB49F28320318A98BBEEC5"><enum>(B)</enum><text display-inline="yes-display-inline">by striking <quote>facilities</quote> and all that follows through the end of the subsection and inserting <quote>facilities.</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H529E3F56D5304CB6B1352079887F7725"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (c)(4)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HEFFF458387CB494AAB30981CC6D7CA5C"><enum>(A)</enum><text display-inline="yes-display-inline">by striking subparagraph (A); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC2A4B7B2723F40A0B2893D2F3D72ADA7"><enum>(B)</enum><text display-inline="yes-display-inline">by redesignating subparagraphs (B) through (K), as subparagraphs (A) through (J), respectively.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD55033BB57164C5981C5E3070F05DAAC"><enum>(e)</enum><header display-inline="yes-display-inline">Eligible purposes of obligations</header><text display-inline="yes-display-inline">Section 53706 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H0453B527684C40ABB885439689863DB4"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(1)(A)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7BF688E906CA4E8A84E1A629D36D977C"><enum>(A)</enum><text display-inline="yes-display-inline">in the matter preceding clause (i), by striking <quote>(including an eligible export vessel)</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9097F0AC256E48D7814E3583BD43B8C4"><enum>(B)</enum><text display-inline="yes-display-inline">in clause (iv) by inserting <quote>or</quote> after the semicolon;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2F71EF6D98034328B21F990C8BAF1542"><enum>(C)</enum><text display-inline="yes-display-inline">in clause (v), by striking <quote>; or</quote> and inserting a period; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H66357C716240425389BBBEABAE7FCD10"><enum>(D)</enum><text display-inline="yes-display-inline">by striking clause (vi); and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD7D65AC78C584048AB7C712373938DD7"><enum>(2)</enum><text display-inline="yes-

display-inline">in subsection (c)(1)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7518BAC7D1CC4B9C8A55D98AF7FC8401"><enum>(A)</enum><text display-inline="yes-display-inline">in subparagraph (A), by striking <quote>and</quote> after the semicolon;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H40660D03514B49F995F21BEADB3E39D6"><enum>(B)</enum><text display-inline="yes-display-inline">in subparagraph (B)(ii), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1648237987344FF78D689D037F29CBF6"><enum>(C)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H765E746A62224FE3B6118F4D166BE0AA" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H1ED382B3713D4CF588B03F489C10C9CE"><enum>(C)</enum><text display-inline="yes-display-inline">after applying subparagraphs (A) and (B), Vessels of National Interest.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H012C836E40BF43E4AEC97A8A21EB64D4"><enum>(f)</enum><header display-inline="yes-display-inline">Amount of obligations</header><text display-inline="yes-display-inline">Section 53709(b) of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HDA5CCEED210C461B8018AE5FAEF0C1EB"><enum>(1)</enum><text display-inline="yes-display-inline">by striking paragraphs (3) and (6); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H99E2081410954997B5D0E162ADD0369C"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating paragraphs (4) and (5) as paragraphs (3) and (4), respectively.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5C524CC036264983972EC31477C2A49D"><enum>(g)</enum><header display-inline="yes-display-inline">Contents of obligations</header><text display-inline="yes-display-inline">Section 53710 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5178A78E70C34E4488429AF02000D2F5"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(4)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1FB250147EA24DACB74D309E202AB7C3"><enum>(A)</enum><text display-inline="yes-display-inline">in subparagraph (A)â€"</text>

<clause commented="no" display-inline="no-display-inline" id="H61D2AEF792C9438D8B0E492D4FEBC181"><enum>(i)</enum><text display-inline="yes-display-inline">by striking <quote>or, in the case of</quote> and all that follows through <quote>party</quote>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H3A1BEA1484FF4270A3786F2CF02EC4E2"><enum>(ii)</enum><text display-inline="yes-display-inline">by striking <quote>and</quote> after the semicolon; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H766A4944A8904308A9D2BAAA4A8E9B94"><enum>(B)</enum><text display-inline="yes-display-inline">in subparagraph (B), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4F56740FD0AB41778BC3836AA7E6B18D"><enum>(C)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H0079F2DF13304507B84A8173C52ACEE8"

style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="HB51C553A33404F29A60F9A91143610BD"><enum>(C)</enum><text display-inline="yes-display-inline">documented under the laws of the United States for the term of the guarantee of the obligation or until the obligation is paid in full, whichever is sooner.</text></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H55898E246B5F4973BD92D544EC417B81"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (c)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9485BD50FD204F1A928CBE61CD062978"><enum>(A)</enum><text display-inline="yes-display-inline">in the subsection heading, by inserting <quote><header-in-text level="subsection" style="USC">and Provide for the Financial Stability of the Obligor</header-in-text></quote> after <quote><header-in-text level="subsection" style="USC">Interests</header-in-text></quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5FE3B341186141C893A5788E87AC27FB"><enum>(B)</enum><text display-inline="yes-display-inline">by striking <quote>provisions for the protection of</quote> and inserting â€œprovisions, which shall includeâ€"</text>

<quoted-block display-inline="no-display-inline" id="H273CA37F82C54A71B6570120E92DA26B" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H0B99FC437997460C9ACDB00913E558C9"><enum>(1)</enum><text display-inline="yes-display-inline">provisions for the protection of</text></paragraph><after-quoted-block>; </after-quoted-block></quoted-block></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA4CE1A5231CC4A32BF7EBB88818685DE"><enum>(C)</enum><text display-inline="yes-display-inline">by striking <quote>, and other matters that the Secretary or Administrator may prescribe.</quote> and inserting, <quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE1566D0DE0644BD5A8FB9302BA8CFA71"><enum>(D)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H59F2DD938DDC4408A6576D152587B1AA" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HDB39A091AEFD449C8DD632D978B18531"><enum>(2)</enum><text display-inline="yes-display-inline">any other provisions that the Secretary or Administrator may prescribe.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4EFDD2E235C54043BACA0055AF886821"><enum>(h)</enum><header display-inline="yes-display-inline">Administrative fees</header><text display-inline="yes-display-inline">Section 53713 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H3864A55A130C48E292F08BCAFC329936"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4E757B44040C48D8B825383BAC36E88F"><enum>(A)</enum><text display-inline="yes-display-inline">in the matter preceding paragraph (1), by striking <quote>reasonable forâ€"</quote> and inserting <quote> reasonable for processing the application and monitoring the loan guarantee, including forâ€"</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0AFA5C321ACC4DE996016A6605828C04"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (4), by striking <quote>; and</quote> and inserting <quote>or a deposit fund under section 53716 of this

title;</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2A2D43F5A88C4C4C89CFE961167C77F1"><enum>(C)</enum><text display-inline="yes-display-inline">in paragraph (5), by striking the period at the end and inserting <quote>; and</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB012F6B66FF74606A8B16E625D9C0B47"><enum>(D)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H4F96D40513F04311AAEC531DDA1D1E30" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H0FB67DEA210D45DA8349DB730FFB11E4"><enum>(6)</enum><text display-inline="yes-display-inline">monitoring and providing services related to the obligorâ€™s compliance with any terms related to the obligations, the guarantee, or maintenance of the Secretary or Administratorâ€™s security interests under this chapter.</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2A73E92747194668B5F4F2896691CFB8"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (c)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H67AD87FBE7FD45FBA0B97BC751E0B720"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>under section 53708(d) of this title</quote> and inserting <quote>under section 53703(c) of this title</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDBD10D842BD640D99FF4629DF44C95E1"><enum>(B)</enum><text display-inline="yes-display-inline">by redesignating paragraphs (1) through (3) as subparagraphs (A) through (C), respectively, and adjusting the margins accordingly;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H94406B66610F4F2F96E46408867B2EAD"><enum>(C)</enum><text display-inline="yes-display-inline">by striking <quote>The Secretary</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H13F0B1DE0F534F95B8E67CD6B2BBD90C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H4D3085BC8496406AB57AAF5FD8AC7949"><enum>(1)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">The Secretary</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H31F25ED29A1D4D6981BBAF4CB0944024"><enum>(D)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H9B757640C8B64496B9DC71378DC0B5C8" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H40119FA2A73D4348A95FB387F0FA5BAD"><enum>(2)</enum><header display-inline="yes-display-inline">Fee limitation inapplicable</header><text display-inline="yes-display-inline">Fees collected under this subsection are not subject to the limitation of subsection (b).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEBBEDF2AB043415FAAE33F9C16F99628"><enum>(i)</enum><header display-inline="yes-display-inline">Best practices; eligible export vessels</header><text display-inline="yes-display-inline">Chapter 537 of title 46, United States Code, is further amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6A920FC12DAA4C8182EC1C82C6B6ADCE"><enum>(1)</enum><text display-inline="yes-display-inline">in subchapter I, by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H2DD212BAEABF49308E867569F894389C" style="USC">

<section commented="no" display-inline="no-display-inline" id="H306406CB92DA4C358BA3A479AA56B091" section-type="subsequent-section"><enum>53719.</enum><header display-inline="yes-display-inline">Best practices</header><text display-inline="no-display-inline">The Secretary or Administrator shall ensure that all standard documents and agreements that relate to loan guarantees made pursuant to this chapter are reviewed and updated every four years to ensure that such documents and agreements meet the current commercial best practices to the extent permitted by law.</text></section><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC1E8EA6D26FA420A81E05F556A6D8016"><enum>(2)</enum><text display-inline="yes-display-inline">in subchapter III, by striking section 53732.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF78A577577104CFFB33E4FBDFCFF32F9"><enum>(j)</enum><header display-inline="yes-display-inline">Expedited consideration of low-risk applications</header>

<paragraph id="H25A273103DD04896BAF3380F573EE3BE"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">In accordance with the requirements of this subsection, the Administrator shall establish an administrative process and issue guidance for the expedited consideration of low-risk applications submitted under chapter 537 of title 46, United States Code.</text></paragraph>

<paragraph id="H9FAE005E60F94450A8D69F339C959331"><enum>(2)</enum><header>Stakeholder comment</header><text display-inline="yes-display-inline">Not later than 180 days after the date of enactment of this section, the Administrator of the Maritime Administration shall publish in the Federal Register a notice of a 45-day public comment period to request stakeholder input and recommendations to establish the administrative process required under this subsection, including proposals to assist applicantsâ€"</text>

<subparagraph id="H07B588411C84489AAA327D10FEAB0308"><enum>(A)</enum><text display-inline="yes-display-inline">in the development and submission of initial applications;</text></subparagraph>

<subparagraph id="H9C3C431791154485973FC963A9B4B73A"><enum>(B)</enum><text>in meeting requests for supplemental information made by the Administrator; and</text></subparagraph>

<subparagraph id="H30E67FB8DAD84176941A792EE584359B"><enum>(C)</enum><text>to comply with other requirements made by the Administrator to ensure the expedited consideration of applications.</text></subparagraph></paragraph>

<paragraph id="HCBB96D75AFA841168FE6BABE1461C5F9"><enum>(3)</enum><header>Industry best practices</header><text display-inline="yes-display-inline">The administrative process established under this subsection shall utilize, to the extent practicable, relevant Federal and industry best practices found in the maritime and shipbuilding industries.</text></paragraph>

<paragraph id="HA9D5E91156804BF9A55E4AB2F3328DDA"><enum>(4)</enum><header>Final guidance</header><text display-inline="yes-display-inline">Not later than 90 days after the conclusion of the public comment period required under paragraph (2), the Administrator shall publish in the Federal Register final guidance to assist applicants in the preparation and filing of applications under this subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC5331991C8E046C1930AD6995931D649"><enum>(k)</enum><header display-inline="yes-display-inline">Congressional notification</header>

<paragraph commented="no" display-inline="no-display-inline" id="HFF71A2D979DF4E89BADA23A059893BAE"><enum>(1)</enum><header display-inline="yes-display-inline">Notification</header><text display-inline="yes-display-inline">Not less

than 60 days before reorganizing or consolidating the activities or personnel covered under chapter 537 of title 46, United States Code, the Secretary of Transportation shall notify, in writing, the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Transportation and Infrastructure of the House of Representatives of the proposed reorganization or consolidation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF28946CC9B88419D814A634C4E46E53B"><enum>(2)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">Each notification under paragraph (1) shall include an evaluation of, and justification for, the reorganization or consolidation.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6A76B7A6C56F4ABAB6059F42E4DE5483"><enum>(1)</enum><header display-inline="yes-display-inline">Clerical amendments</header><text display-inline="yes-display-inline">The table of sections at the beginning of chapter 537 of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H0740E522B7F144AD85169565F4740E59"><enum>(1)</enum><text display-inline="yes-display-inline">by inserting after the item relating to section 53718 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HA91D1EB493414CC9938EB5C1F8EE33BE" style="USC">

<toc>

<toc-entry bold="off" level="section">53719. Best practices.</toc-entry></toc><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5102D94AF51A4B50BF95A35249866C78"><enum>(2)</enum><text display-inline="yes-display-inline">by striking the item relating to section 53732.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H4A070DC293514099B88C789BB709EF29" section-type="subsequent-section"><enum>3507.</enum><header display-inline="yes-display-inline">Requirement for small shipyard grantees</header>

<subsection id="HE890462C215C4B45AB97B1FCC1F2565A"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 54101(d) of title 46, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEDB0BD9ED4634CD89FA37D4D9972FA1B"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>Grants awarded</quote> and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H8A51629261CE422691F70B96A5557FA3" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HA8BB35015200430089A8B7FC6840506B"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Grants awarded</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H382B2DC5C1E548FB866BD0134529BB08"><enum>(2)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HEAEE5139375B448BBCFEE99F861F3BF1" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H30C1008F211244B69F7C75FBD21614AF"><enum>(2)</enum><header display-inline="yes-display-inline">Buy America</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HC216E67A981F43E89EFCFBAE181785D4"><enum>(A)</enum><header display-inline="yes-

display-inline">In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), no funds may be obligated by the Administrator of the Maritime Administration under this section, unless each product and material purchased with those funds (including products and materials purchased by a grantee), and including any commercially available off-the-shelf item, isâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4904118BEC484448BD15252393D1807B"><enum>(i)</enum><text display-inline="yes-display-inline">an unmanufactured article, material, or supply that has been mined or produced in the United States; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8281F7F232684251B784111BCB44E41B"><enum>(ii)</enum><text display-inline="yes-display-inline">a manufactured article, material, or supply that has been manufactured in the United States substantially all from articles, materials, or supplies mined, produced, or manufactured in the United States.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0BEBD2AC3A7A46778C393BD24055ADE2"><enum>(B)</enum><header display-inline="yes-display-inline">Exceptions</header>

<clause commented="no" display-inline="no-display-inline" id="H513F3C38DA754FAEB7329866D6551035"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Notwithstanding subparagraph (A), the requirements of that subparagraph shall not apply with respect to a particular product or material if the Administrator determinesâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H2063EDB8C99C4ACAA56877D18AA7ACD2"><enum>(I)</enum><text display-inline="yes-display-inline">that the application of those requirements would be inconsistent with the public interest;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H7F369DDDC37C448DBF4961A8903410DE"><enum>(II)</enum><text display-inline="yes-display-inline">that such product or material is not available in the United States in sufficient and reasonably available quantities, of a satisfactory quality, or on a timely basis; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H1A3F3F3E525C484FA97CB585FD7DDAFB"><enum>(III)</enum><text display-inline="yes-display-inline">that inclusion of a domestic product or material will increase the cost of that product or material by more than 25 percent, with respect to a certain contract between a grantee and that grantee's supplier.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H53468965618B4FB8BA97555B1F6579BB"><enum>(ii)</enum><header display-inline="yes-display-inline">Federal register</header><text display-inline="yes-display-inline">A determination made by the Administrator under this subparagraph shall be published in the Federal Register.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2ACF6B96A0024CB996D9E790DD649128"><enum>(C)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">ln this paragraph:</text>

<clause commented="no" display-inline="no-display-inline" id="HFA41BFC64C4D43C39AE775E0AF5197CB"><enum>(i)</enum><text display-inline="yes-display-inline">The term <term>commercially available off-the-shelf item</term> meansâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HD8C6038CA5DF4E61A61911651FBA71DD"><enum>(I)</enum><text display-inline="yes-display-inline">any item of supply (including construction material) that isâ€"</text>

<item commented="no" display-inline="no-display-inline" id="HAB394EA9A359482BB44D65C80657094F"><enum>(aa)</enum><text display-inline="yes-display-inline">a commercial item, as defined by section 2.101 of title 48, Code of Federal Regulations (as in effect on the date of the enactment of the National Defense Authorization Act for Fiscal Year 2020); and</text></item>

```
<item commented="no" display-inline="no-display-inline"
id="HDECCFA6BA5FF453FADB94D3D7EC335E4"><enum>(bb)</enum><text display-inline="yes-
display-inline">sold in substantial quantities in the commercial marketplace;
and</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline"
id="H7174C9CC7C4A49D1A0EE76E2DE6918BE"><enum>(II)</enum><text display-inline="yes-
display-inline">does not include bulk cargo, as defined in section 40102(4) of this
title, such as agricultural products and petroleum
products.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline"
id="H4A309859EC974886BA682D186E63D348"><enum>(ii)</enum><text display-inline="yes-
display-inline">The term <term>product or material</term> means an article, material,
or supply brought to the site by the recipient for incorporation into the building,
work, or project. The term also includes an item brought to the site preassembled from
articles, materials, or supplies. However, emergency life safety systems, such as
emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems
incorporated into a public building or work and that are produced as complete systems,
are evaluated as a single and distinct construction material regardless of when or how
the individual parts or components of those systems are delivered to the construction
site.</text></clause>

<clause commented="no" display-inline="no-display-inline"
id="HF2BE0749AE7440FFAF3DE1F44F010A71"><enum>(iii)</enum><text display-inline="yes-
display-inline">The term <term>United States</term> includes the District of Columbia,
the Commonwealth of Puerto Rico, the Northern Mariana Islands, Guam, American Samoa,
and the Virgin Islands.</text></clause></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection
id="HF6707219B6CE41F79DD9B91B55E68F65"><enum>(b)</enum><header>Authorization of
appropriations</header><text display-inline="yes-display-inline">Section 54101(i) of
title 46, United States Code, is amendedâ€"</text>

<paragraph id="HEFD30656B80C42748F02558E15C6A28C"><enum>(1)</enum><text>by striking
<quote>2018, 2019, and 2020</quote> and inserting <quote>2020 and 2021</quote>;
and</text></paragraph>

<paragraph id="H55CC7E9F87AD443A8FE056EC309B336B"><enum>(2)</enum><text>by striking
<quote>$35,000,000</quote> and inserting
<quote>$40,000,000</quote>.</text></paragraph></subsection>

<subsection id="HB66DF0710D814D69A58DD1C6EBE91506" display-inline="no-display-
inline"><enum>(c)</enum><header>Notification of committees of certain proposed
obligations</header><text display-inline="yes-display-inline">The first section of
Public Law 85-804 (50 U.S.C. 1431) is amended, in the third sentence, by inserting
<quote>and in addition, the Committee on Transportation and Infrastructure of the House
of Representatives and the Committee on Commerce, Science, and Transportation of the
Senate with respect to contracts, or modifications or amendments to contracts, or
advance payments proposed to be made under this section by the Secretary of the
Department in which the Coast Guard is operating with respect to the acquisition of
Coast Guard cutters or aircraft,</quote> after <quote>House of
Representatives</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline"
id="H80B2DCE1FCF04C2DB20027BE29DDFEC2" section-type="subsequent-
section"><enum>3508.</enum><header display-inline="yes-display-inline">Salvage
recoveries of cargoes</header><text display-inline="no-display-inline">Section 57107 of
title 46, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HA3B9C5E178C546B38C89C424591CEA31"
style="OLC">

<subsection commented="no" display-inline="no-display-inline"
id="H47FF976A559D4C1B81AAAAB373BC2F34"><enum>(c)</enum><header display-inline="yes-
display-inline">Salvaging cargoes</header>

<paragraph id="H259D57D1C25345BAA2F71CDDBAACFD42"><enum>(1)</enum><header>Reimbursable
agreements</header><text display-inline="yes-display-inline">The Secretary of
```

Transportation, acting through the Administrator of the Maritime Administration, may enter into reimbursable agreements with other Federal entities to provide legal services to such entities relating to the salvaging of cargoes for which such entities have custody, or control, or for which for such entities have trustee responsibilities from vessels in the custody or control of the Maritime Administration or its predecessor agencies. The Secretary may receive and retain reimbursement from such entities for all costs incurred related to the provision of such services.
</text></paragraph>

<paragraph id="HAA900786518F45E88096491CEF226712" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header>Amounts received</header><text display-inline="yes-display-inline">Amounts received as reimbursements under this subsection shall be credited to the fund or account that was used to cover the costs incurred by the Secretary or, if the period of availability of obligations for that appropriation has expired, to the appropriation of funds that is currently available to the Secretary for substantially the same purpose. Amounts so credited shall be merged with amounts in such fund or account and shall be available for the same purposes, and subject to the same conditions and limitations, as amounts in such fund or account.</text></paragraph>

<paragraph id="HB12346D51D9441CFBC581CD3A8349586" commented="no" display-inline="no-display-inline"><enum>(3)</enum><header>Advance payments</header><text display-inline="yes-display-inline">Payments made in advance shall be for any part of the estimated cost as determined by the Secretary of Transportation. Adjustments to the amounts paid in advance shall be made as agreed to by the Secretary of Transportation and the head of the ordering agency or unit based on the actual cost of goods or services provided.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H20E19EF20F2846E880E7514B287605DA" section-type="subsequent-section"><enum>3509.</enum><header display-inline="yes-display-inline">Salvage recoveries for subrogated ownership of vessels and cargoes</header>

<subsection id="HDFA842E64C044AC5AF3F127133A480E0"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Chapter 571 of title 46, United States Code, as amended by this title, is further amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HC2893EDD61304B17B640280282AC8B32" style="OLC">

<section id="H9DDC5C0776054EF5B3E694DEF6468871" commented="no" display-inline="no-display-inline"><enum>57111.</enum><header display-inline="yes-display-inline">Salvage recoveries for subrogated ownership of vessels and cargoes</header>

<subsection id="H7C4C98FEEFE24E5C9411AAEBC2AD40B6"><enum>(a)</enum><header>Salvage agreements</header><text display-inline="yes-display-inline">The Secretary of Transportation is authorized to enter into marine salvage agreements for the recoveries, sale, and disposal of sunken or damaged vessels, cargoes, or properties owned or insured by or on behalf of the Maritime Administration, the United States Shipping Board, the U.S. Shipping Bureau, the United States Maritime Commission, or the War Shipping Administration.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H77A98E8F64184DFCBC525156D3342DAF"><enum>(b)</enum><header display-inline="yes-display-inline">Military craft</header><text display-inline="yes-display-inline">The Secretary of Transportation shall consult with the Secretary of the military department concerned prior to engaging in or authorizing any activity under subsection (a) that will disturb sunken military craft, as such term is defined in section 1408(3) of the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005 (Public Law 108â€"375; 10 U.S.C. 113 note).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC9BAE6FCD29F4B5FA8C8C8EE2F7DC92A"><enum>(c)</enum><header display-inline="yes-display-inline">Recoveries</header><text display-inline="yes-display-inline">Notwithstanding any other provision of law, the net proceeds from salvage agreements entered into as authorized in subsection (a) shall remain available until expended and be distributed as follows:</text>

<paragraph id="H654063A0F3D44651A6B84AA858A6CB0F" commented="no" display-inline="no-

display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">Fifty percent shall be available to the Administrator of the Maritime Administration for the payment or reimbursement of expenses incurred by or on behalf of State maritime academies or the United States Merchant Marine Academy for facility and training ship maintenance, repair, and modernization, and for the purchase of simulators and fuel.</text></paragraph>

<paragraph id="H90CB5970359C4B8689D5358CB8120D84" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">The remainder shall be distributed for maritime heritage preservation to the Department of the Interior for grants as authorized by section 308703 of title 54.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HFFCEF82296CD411CA6D5D9219B9D856F"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of sections at the beginning of such chapter, as amended by this title, is further amended by adding at the end the following new item:</text>

<quoted-block style="USC" id="H4BB57BC2FFD3427FB5EF73F412807D69" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">57111. Salvage recoveries for subrogated ownership of vessels and cargoes.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H38AC9093817F4937B959A85698754FDE"><enum>3510.</enum><header>Maritime Occupational Safety and Health Advisory Committee</header><text display-inline="no-display-inline">Section 7 of the Occupational Safety and Health Act of 1970 (29 U.S.C. 656) is amended by adding at the end the following:</text>

<quoted-block style="traditional" id="HA600F3B263EE4EDAA70B71EF49F7E224" display-inline="no-display-inline">

<subsection id="HF7C4A5114EFF42159DB96413A30FE598"><enum>(d)</enum><text display-inline="yes-display-inline">There is established a Maritime Occupational Safety and Health Advisory Committee, which shall be a continuing body and shall provide advice to the Secretary in formulating maritime industry standards and regarding matters pertaining to the administration of this Act related to the maritime industry. The composition of such advisory committee shall be consistent with the advisory committees established under subsection (b). A member of the advisory committee who is otherwise qualified may continue to serve until a successor is appointed. The Secretary may promulgate or amend regulations as necessary to implement this subsection.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="H9A9D15E3D0724D03AB6398BB01492350" section-type="subsequent-section"><enum>3511.</enum><header display-inline="yes-display-inline">Military to mariner</header>

<subsection commented="no" display-inline="no-display-inline" id="HE38887E064A54372BD7AD9135C7829F1"><enum>(a)</enum><header display-inline="yes-display-inline">Credentialing support</header><text display-inline="yes-display-inline">Not later than one year after the date of enactment of this title, the Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Commerce, and the Secretary of Health and Human Services, with respect to the applicable services in their respective departments, and in coordination with one another and with the United States Committee on the Marine Transportation System, and in consultation with the Merchant Marine Personnel Advisory Committee, shall, consistent with applicable law, identify all training and experience within the applicable service that may qualify for merchant mariner credentialing and submit a list of all identified training and experience to the United States Coast Guard National Maritime Center for a determination of whether such training and experience counts for credentialing purposes.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"

id="H100A6F113D8C40FCBF7B4328B69C789E"><enum>(b)</enum><header display-inline="yes-display-inline">Review of applicable service</header><text display-inline="yes-display-inline">The United States Coast Guard Commandant shall make a determination of whether training and experience counts for credentialing purposes, as described in subsection (a), not later than 6 months after the date on which the United States Coast Guard National Maritime Center receives a submission under subsection (a) identifying a training or experience and requesting such a determination.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF7781C41E6CA4B2BA5CC8DC368EF5101"><enum>(c)</enum><header display-inline="yes-display-inline">Fees and services</header><text display-inline="yes-display-inline">The Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, and the Secretary of Commerce, with respect to the applicable services in their respective departments, shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H73FB708CBA6640E49665B7A9837B8FC1"><enum>(1)</enum><text display-inline="yes-display-inline">take all necessary and appropriate actions to provide for the waiver of fees through the National Maritime Center license evaluation, issuance, and examination for members of the uniformed services on active duty, if a waiver is authorized and appropriate, and, if a waiver is not granted, take all necessary and appropriate actions to provide for the payment of fees for members of the uniformed services on active duty by the applicable service to the fullest extent permitted by law;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6F007939F8804593A9EE597AC4EF766D"><enum>(2)</enum><text display-inline="yes-display-inline">direct the applicable services to take all necessary and appropriate actions to provide for Transportation Worker Identification Credential cards for members of the uniformed services on active duty pursuing or possessing a mariner credential, such as implementation of an equal exchange process for members of the uniformed services on active duty at no or minimal cost;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE281E5EAB42044C59606A626889BCCC0"><enum>(3)</enum><text display-inline="yes-display-inline">ensure that members of the applicable services who are to be discharged or released from active duty and who request certification or verification of sea service be provided such certification or verification no later than one month after discharge or release;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE4802E0220C84253AC8238EB6FA0B8E9"><enum>(4)</enum><text display-inline="yes-display-inline">ensure the applicable services have developed, or continue to operate, as appropriate, the online resource known as Credentialing Opportunities On-Line to support separating members of the uniformed services who are seeking information and assistance on merchant mariner credentialing; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1DC326D026FB4165B7AB4344B0A40AE4"><enum>(5)</enum><text display-inline="yes-display-inline">not later than 1 year after the date of enactment of this section, take all necessary and appropriate actions to review and implement service-related medical certifications to merchant mariner credential requirements.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H49F8488F36A04C97846468D1A33A95DF"><enum>(d)</enum><header display-inline="yes-display-inline">Advancing military to mariner within the employer agencies</header>

<paragraph commented="no" display-inline="no-display-inline" id="H911EE262B9B94F41A79882959D925EBF"><enum>(1)</enum><header display-inline="yes-display-inline">In General</header><text display-inline="yes-display-inline">The Secretary of Defense, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, and the Secretary of Commerce shall have direct hiring authority to employ separated members of the uniformed services with valid merchant mariner licenses or sea service experience in support of United States national maritime needs, including the Army Corps of Engineers, U.S. Customs and Border Protection, and the National Oceanic and Atmospheric Administration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE1DCCB16F821489081C7856D5062815B"><enum>(2)</enum><header display-inline="yes-display-inline">Appointments of retired members of the Armed Forces</header><text display-inline="yes-display-inline">Except in the case of positions in the Senior Executive Service, the requirements of section 3326(b) of title 5, United States Code, shall not apply with respect to the hiring of a separated member of the uniformed services under paragraph (1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7074F1CAFE9A4C60A87805D420ED8A68"><enum>(e)</enum><header display-inline="yes-display-inline">Separated member of the uniformed services</header><text display-inline="yes-display-inline">In this section, the term <term>separated member of the uniformed services</term> means an individual whoâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFB947649617144D98174B0E776981C5B"><enum>(1)</enum><text display-inline="yes-display-inline">is retiring or is retired as a member of the uniformed services;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H549971B68356474ABD9DB21C10E9912E"><enum>(2)</enum><text display-inline="yes-display-inline">is voluntarily separating or voluntarily separated from the uniformed services at the end of enlistment or service obligation; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3122F560D009403D94E12458E03E70F5"><enum>(3)</enum><text display-inline="yes-display-inline">is administratively separating or has administratively separated from the uniformed services with an honorable or general discharge characterization.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H57C6C33150CB4D5A831DBC5BB70BCB53" section-type="subsequent-section"><enum>3512.</enum><header display-inline="yes-display-inline">Department of Transportation Inspector General Report</header><text display-inline="no-display-inline">The Inspector General of the Department of Transportation shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H810479D1BE794FF48D73D1EDB0B130DF"><enum>(1)</enum><text display-inline="yes-display-inline">not later than 180 days after the date of enactment of this title, initiate an audit of the Maritime Administrationâ€™s actions to address only those recommendations from Chapter 3 and recommendations 5â€"1, 5â€"2, 5â€"3, 5â€"4, 5â€"5, and 5â€"6 identified by a National Academy of Public Administration panel in the November 2017 report entitled <quote>Maritime Administration: Defining its Mission, Aligning its Programs, and Meeting its Objectives</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H288E8DF1BDF2435E8209200442F794FF"><enum>(2)</enum><text display-inline="yes-display-inline">submit to the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Transportation and Infrastructure of the House of Representatives a report containing the results of that audit once the audit is completed.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HFE7FBDE1E4834DC79F5FE8CA48E83ECE" section-type="subsequent-section"><enum>3513.</enum><header display-inline="yes-display-inline">Independent study on the United States Merchant Marine Academy</header>

<subsection commented="no" display-inline="no-display-inline" id="HE31F48A1913144C58E9AEF6FF5B5E8E7"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of enactment of this title, the Secretary of Transportation shall seek to enter into an agreement with the National Academy of Public Administration (referred to in this section as the <quote>Academy</quote>) to carry out the activities described in this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE4E607B27FA04109BBBEF27D51E3A3CC"><enum>(b)</enum><header display-inline="yes-display-inline">Study elements</header><text display-inline="yes-display-inline">In accordance with the agreement described in subsection (a), the Academy shall conduct a study of the United States Merchant Marine Academy that consists of the

following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H430A15EE477242968FB46E02CFAEE725"><enum>(1)</enum><text display-inline="yes-display-inline">A comprehensive assessment of the United States Merchant Marine Academyâ€™s systems, training, facilities, infrastructure, information technology, and stakeholder engagement.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF92A310C50B04ED2931086BC33682F0A"><enum>(2)</enum><text display-inline="yes-display-inline">Identification of needs and opportunities for modernization to help the United States Merchant Marine Academy keep pace with more modern campuses.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCC915859A9F04CE59E58956D42BDFFD9"><enum>(3)</enum><text display-inline="yes-display-inline">Development of an action plan for the United States Merchant Marine Academy with specific recommendations forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HEFBEBEB5A07E467B9E83F1A6FFF7F4E2"><enum>(A)</enum><text display-inline="yes-display-inline">improvements or updates relating to the opportunities described in paragraph (2); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1F25C6405E894303B4667E0368E226DF"><enum>(B)</enum><text display-inline="yes-display-inline">systemic changes needed to help the United States Merchant Marine Academy achieve its mission of inspiring and educating the next generation of the mariner workforce on a long-term basis.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H025D35E9B03741D089DA06F3350AF405"><enum>(c)</enum><header display-inline="yes-display-inline">Deadline and report</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the agreement described in subsection (a), the Academy shall prepare and submit to the Administrator of the Maritime Administration a report containing the action plan described in subsection (b)(3), including specific findings and recommendations.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HE28CC16F983348AC9AC254B26734359E" section-type="subsequent-section"><enum>3514.</enum><header display-inline="yes-display-inline">Port operations, research, and technology</header>

<subsection commented="no" display-inline="no-display-inline" id="H3BC0DD9BBCFD4D1887432B61B6B82E58"><enum>(a)</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="yes-display-inline">This section may be cited as the <quote><short-title>Ports Improvement Act</short-title></quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0840F6EF447D4FCBB895D04465BC9759"><enum>(b)</enum><header display-inline="yes-display-inline">Port and intermodal improvement program</header><text display-inline="yes-display-inline">Section 50302 of title 46, United States Code, is amended by striking subsection (c) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H31BCCCF4CB444F1EB1CA57CEF63C866E" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H16DA740E3EC34E09893043F5C43730EC"><enum>(c)</enum><header display-inline="yes-display-inline">Port and intermodal improvement program</header>

<paragraph commented="no" display-inline="no-display-inline" id="HFB9873685D874AF99E235DBAB4C2398F"><enum>(1)</enum><header display-inline="yes-display-inline">General authority</header><text display-inline="yes-display-inline">Subject to the availability of appropriations, the Secretary of Transportation shall make grants, on a competitive basis, to eligible applicants to assist in funding eligible projects for the purpose of improving the safety, efficiency, or reliability of the movement of goods through ports and intermodal connections to ports.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBC25EE21DDBF44EEB204DA7B5CAD6C34"><enum>(2)</enum><header display-inline="yes-display-inline">Eligible applicant</header><text display-inline="yes-display-inline">The Secretary may make a grant under this subsection to the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H11AC963865F84309A94916003AF81159"><enum>(A)</enum><text display-inline="yes-display-inline">A State.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6AA31EABF0E6455D817CFFCC62FF8DF8"><enum>(B)</enum><text display-inline="yes-display-inline">A political subdivision of a State, or a local government.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H70834CD36F7344D29DAE2294E8914CC4"><enum>(C)</enum><text display-inline="yes-display-inline">A public agency or publicly chartered authority established by 1 or more States.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3CA6259DA2CF4316A298A69CCB35718B"><enum>(D)</enum><text display-inline="yes-display-inline">A special purpose district with a transportation function.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE0D64D31621E4EFE93322ABC54280232"><enum>(E)</enum><text display-inline="yes-display-inline">An Indian Tribe (as defined in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 5304), without regard to capitalization), or a consortium of Indian Tribes.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3C854B23790046D2A1A977E35B0F2983"><enum>(F)</enum><text display-inline="yes-display-inline">A multistate or multijurisdictional group of entities described in this paragraph.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC089B27C13DB4AE184A0DC9B374FEB30"><enum>(G)</enum><text display-inline="yes-display-inline">A lead entity described in subparagraph (A), (B), (C), (D), (E), or (F) jointly with a private entity or group of private entities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7B344F2AA2E649DAB3F60BF9CA59871E"><enum>(3)</enum><header display-inline="yes-display-inline">Eligible projects</header><text display-inline="yes-display-inline">The Secretary may make a grant under this subsectionâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H55CAB9B46EB7440EA9B98F151317CE60"><enum>(A)</enum><text display-inline="yes-display-inline">for a project, or package of projects, thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4F012930A5934A5999A9889EF144A7FE"><enum>(i)</enum><text display-inline="yes-display-inline">is eitherâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HA0D383404D2F4157B7AF9476DD6EA667"><enum>(I)</enum><text display-inline="yes-display-inline">within the boundary of a port; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H040E6549DE024D7CBEE3C8F01BA2D4D8"><enum>(II)</enum><text display-inline="yes-display-inline">outside the boundary of a port, but is directly related to port operations or to an intermodal connection to a port; and</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="HCD47C088C076498EA467F639A47DB1AF"><enum>(ii)</enum><text display-inline="yes-display-inline">will be used to improve the safety, efficiency, or reliability ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H6261950992D14109A5C722251130C730"><enum>(I)</enum><text display-inline="yes-display-inline">the loading and unloading of goods at the port, such as for marine

terminal equipment;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H66DCEF33DF1E48F8A4064CF56C674A3A"><enum>(II)</enum><text display-inline="yes-display-inline">the movement of goods into, out of, around, or within a port, such as for highway or rail infrastructure, intermodal facilities, freight intelligent transportation systems, and digital infrastructure systems; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H722E1420CDA248648946C3835E5673DF"><enum>(III)</enum><text display-inline="yes-display-inline">environmental mitigation measures and operational improvements directly related to enhancing the efficiency of ports and intermodal connections to ports; or</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD91EA038E6A742B7B964451A126011D2"><enum>(B)</enum><text display-inline="yes-display-inline">notwithstanding paragraph (6)(A)(v), to provide financial assistance to 1 or more projects under subparagraph (A) for development phase activities, including planning, feasibility analysis, revenue forecasting, environmental review, permitting, and preliminary engineering and design work.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H56077831C52B418087BFD3CF774ED6EF"><enum>(4)</enum><header display-inline="yes-display-inline">Prohibited uses</header><text display-inline="yes-display-inline">A grant award under this subsection may not be usedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HAAC5251B1C314F70B2A6B63C7B6C677D"><enum>(A)</enum><text display-inline="yes-display-inline">to finance or refinance the construction, reconstruction, reconditioning, or purchase of a vessel that is eligible for such assistance under chapter 537, unless the Secretary determines such vesselâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H3BF905AD50BF4BEDBAF14682B133F8D7"><enum>(i)</enum><text display-inline="yes-display-inline">is necessary for a project described in paragraph (3)(A)(ii)(III) of this subsection; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H16BDF5E675174D34B4AED1298B232DE4"><enum>(ii)</enum><text display-inline="yes-display-inline">is not receiving assistance under chapter 537; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H501DE2807D164E9C8D56C5602FA528B5"><enum>(B)</enum><text display-inline="yes-display-inline">for any project within a small shipyard (as defined in section 54101).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H94BE1A8C04004DF084C7A91850D8B2EA"><enum>(5)</enum><header display-inline="yes-display-inline">Applications and process</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H28743E1907664E7B83111CBE514019FF"><enum>(A)</enum><header display-inline="yes-display-inline">Applications</header><text display-inline="yes-display-inline">To be eligible for a grant under this subsection, an eligible applicant shall submit to the Secretary an application in such form, at such time, and containing such information as the Secretary considers appropriate.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9E404A3F63E1425BBCAFF52685644A7E"><enum>(B)</enum><header display-inline="yes-display-inline">Solicitation process</header><text display-inline="yes-display-inline">Not later than 60 days after the date that amounts are made available for grants under this subsection for a fiscal year, the Secretary shall solicit grant applications for eligible projects in accordance with this subsection.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0EF3033E86864A298E6233261E6A11C1"><enum>(6)</enum><header display-inline="yes-display-inline">Project selection criteria</header>

<subparagraph commented="no" display-inline="no-display-inline"

id="H31B22D1095934FBC8A8BA73F982019C7"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary may select a project described in paragraph (3) for funding under this subsection if the Secretary determines thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HF937804A7B324510A8B0E3A72341BF81"><enum>(i)</enum><text display-inline="yes-display-inline">the project improves the safety, efficiency, or reliability of the movement of goods through a port or intermodal connection to a port;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HDA325185263E4D76B8E8C093A301E088"><enum>(ii)</enum><text display-inline="yes-display-inline">the project is cost effective;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H037A1261D396403EA18E8D1551035473"><enum>(iii)</enum><text display-inline="yes-display-inline">the eligible applicant has authority to carry out the project;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H18607836B786440AB1E57057609188DA"><enum>(iv)</enum><text display-inline="yes-display-inline">the eligible applicant has sufficient funding available to meet the matching requirements under paragraph (8);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HCC36F349A94C4B0D9D54E54A695D04DE"><enum>(v)</enum><text display-inline="yes-display-inline">the project will be completed without unreasonable delay; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H88FFB35A6CDF43ADAAF9E124729E6CFB"><enum>(vi)</enum><text display-inline="yes-display-inline">the project cannot be easily and efficiently completed without Federal funding or financial assistance available to the project sponsor.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF2C811D5E4DF43C1A3B5212EE5587E2B"><enum>(B)</enum><header display-inline="yes-display-inline">Additional considerations</header><text display-inline="yes-display-inline">In selecting projects described in paragraph (3) for funding under this subsection, the Secretary shall give substantial weight toâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFBA16895527D40E4A04235F698297EE4"><enum>(i)</enum><text display-inline="yes-display-inline">the utilization of non-Federal contributions; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H653269B978044640B56D2328066C68EA"><enum>(ii)</enum><text display-inline="yes-display-inline">the net benefits of the funds awarded under this subsection, considering the cost-benefit analysis of the project, as applicable.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1741E42F9DA44CDB8C04EBA2D955F7C2"><enum>(C)</enum><header display-inline="yes-display-inline">Small projects</header><text display-inline="yes-display-inline">The Secretary may waive the cost-benefit analysis under subparagraph (A)(ii), and establish a simplified, alternative basis for determining whether a project is cost effective, for a small project described in paragraph (7)(B).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H98BFB0324EC7483E8036F642F8C496E0"><enum>(7)</enum><header display-inline="yes-display-inline">Allocation of funds</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HEE1F9EE93C2C48C7807AB89E4D1AACF1"><enum>(A)</enum><header display-inline="yes-display-inline">Geographic distribution</header><text display-inline="yes-display-inline">Not more than 25 percent of the amounts made available for grants under this subsection for a fiscal year may be used to make grants for projects in any 1 State.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8C68DC62C8244593B00CAFBFE253F224"><enum>(B)</enum><header display-inline="yes-

display-inline">Small projects</header><text display-inline="yes-display-inline">The Secretary shall reserve 25 percent of the amounts made available for grants under this subsection each fiscal year to make grants for eligible projects described in paragraph (3)(A) that request the lesser ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4C886D8603EF4BDD8502949BA1581ECF"><enum>(i)</enum><text display-inline="yes-display-inline">10 percent of the amounts made available for grants under this subsection for a fiscal year; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9927BEA5DAF64DD092074A4DCF394EA3"><enum>(ii)</enum><text display-inline="yes-display-inline">$10,000,000.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA725D85B91C14AE49B69E0003263A2A6"><enum>(C)</enum><header display-inline="yes-display-inline">Development phase activities</header><text display-inline="yes-display-inline">Not more than 10 percent of the amounts made available for grants under this subsection for a fiscal year may be used to make grants for development phase activities under paragraph (3)(B).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H23FC7BF7861F4027A942F63353E62A0B"><enum>(8)</enum><header display-inline="yes-display-inline">Federal share of total project costs</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H4C8D360DE1FC43C2B3EC3E2514AF33AB"><enum>(A)</enum><header display-inline="yes-display-inline">Total project costs</header><text display-inline="yes-display-inline">To be eligible for a grant under this subsection, an eligible applicant shall submit to the Secretary an estimate of the total costs of a project under this subsection based on the best available information, including any available engineering studies, studies of economic feasibility, environmental analyses, and information on the expected use of equipment or facilities.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H180812A7A2794CBEBDDCA0620EB1826C"><enum>(B)</enum><header display-inline="yes-display-inline">Federal share</header>

<clause commented="no" display-inline="no-display-inline" id="H994233A8E5C24501A70E391CF23A83E5"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in clause (ii), the Federal share of the total costs of a project under this subsection shall not exceed 80 percent.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H48A9068AC5D24B0D8FB54147E8A07FEA"><enum>(ii)</enum><header display-inline="yes-display-inline">Rural areas</header><text display-inline="yes-display-inline">The Secretary may increase the Federal share of costs above 80 percent for a project located in a rural area.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H75DF552D9BEB408F85C83D0E88EF6B02"><enum>(9)</enum><header display-inline="yes-display-inline">Procedural safeguards</header><text display-inline="yes-display-inline">The Secretary shall issue guidelines to establish appropriate accounting, reporting, and review procedures to ensure thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H36111B1EF5624DD18C3CF664A57E5CD9"><enum>(A)</enum><text display-inline="yes-display-inline">grant funds are used for the purposes for which those funds were made available;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H60B3BA1A5D40434D8661A9CB924CEF2A"><enum>(B)</enum><text display-inline="yes-display-inline">each grantee properly accounts for all expenditures of grant funds; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H023B88EFF412499E8D3903D783019BB7"><enum>(C)</enum><text display-inline="yes-display-inline">grant funds not used for such purposes and amounts not obligated or expended are returned.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDFA46B3574EE48D992F328A63B52B7B7"><enum>(10)</enum><header display-inline="yes-display-inline">Grant conditions</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HEF94E330D6A84F63930EAFFC302868B0"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary shall require as a condition of making a grant under this subsection that a granteeâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HE71BBDD66CD84766A9B56930CF6A540C"><enum>(i)</enum><text display-inline="yes-display-inline">maintain such records as the Secretary considers necessary;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H929D8C655CB045269F86F6BC07CE1B19"><enum>(ii)</enum><text display-inline="yes-display-inline">make the records described in clause (i) available for review and audit by the Secretary; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB2EA6AF4D82145B0A1A3F928B7E14E57"><enum>(iii)</enum><text display-inline="yes-display-inline">periodically report to the Secretary such information as the Secretary considers necessary to assess progress.</text></clause></subparagraph>

<subparagraph id="H0C4D438C6485495893D7D4A465E523B6" commented="no"><enum>(B)</enum><header>Additional requirement</header><text>The Secretary shall apply the same requirements of section 117(k) of title 23, United States Code, to a port project assisted in whole or in part under this section as the Secretary does a port-related freight project under section 117 of title 23, United States Code. </text></subparagraph>

<subparagraph id="H7762C6B5404548289CB5A36BF7D1C4AB" commented="no"><enum>(C)</enum><header>Construction, repair, or alteration of vessels</header><text>With regard to the construction, repair, or alteration of vessels, the same requirements of section 117(k) of title 23, United States Code, shall apply regardless of whether the location of contract performance is known when bids for such work are solicited. </text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H153F4FFD659242388AF3F360B37BB90A"><enum>(11)</enum><header display-inline="yes-display-inline">Administration</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HEC91773882CC42CABF5CC3B57696531F"><enum>(A)</enum><header display-inline="yes-display-inline">Administrative and oversight costs</header><text display-inline="yes-display-inline">The Secretary may retain not more than 2 percent of the amounts appropriated for each fiscal year under this subsection for the administrative and oversight costs incurred by the Secretary to carry out this subsection.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9C417DC760D94D50B5EEDD32FBA3B0DF"><enum>(B)</enum><header display-inline="yes-display-inline">Availability</header>

<clause commented="no" display-inline="no-display-inline" id="H7C570127630E4B258BF32325ACD855DB"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Amounts appropriated for carrying out this subsection shall remain available until expended.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8326EEDC2E1A41E28F06203BB8605F93"><enum>(ii)</enum><header display-inline="yes-display-inline">Unexpended funds</header><text display-inline="yes-display-inline">Amounts awarded as a grant under this subsection that are not expended by the grantee during the 5-year period following the date of the award shall remain available to the Secretary for use for grants under this subsection in a subsequent fiscal year.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="HC3411264CFA3489A8503F89AE66F6C33"><enum>(12)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this subsection:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC8E5FF1044BD4559860CC8DB3E58D07A"><enum>(A)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress</header><text display-inline="yes-display-inline">The term <term>appropriate committees of Congress</term> meansâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H137BDF8A798B42988C16F394BC0922EA"><enum>(i)</enum><text display-inline="yes-display-inline">the <committee-name committee-id="SSCM00">Committee on Commerce, Science, and Transportation of the Senate</committee-name>; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HE9D8B178084943DD9AD5A3E683A5F077"><enum>(ii)</enum><text display-inline="yes-display-inline">the <committee-name committee-id="">Committee on Transportation and Infrastructure of the House of Representatives.</committee-name></text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HCE439EA0410F4000A6980825BA307A6B"><enum>(B)</enum><header display-inline="yes-display-inline">Port</header><text display-inline="yes-display-inline">The term <term>port</term> includesâ€"</text>

<clause id="HB1D0E17E34C34A83BB9C62B28794072C"><enum>(i)</enum><text>any port on the navigable waters of the United States; and</text></clause>

<clause id="HB6A2F2D477E94348A0649E541023ED25"><enum>(ii)</enum><text>any harbor, marine terminal, or other shore side facility used principally for the movement of goods on inland waters. </text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H182BC71B781448CC961182BA411062D2"><enum>(C)</enum><header display-inline="yes-display-inline">Project</header><text display-inline="yes-display-inline">The term <term>project</term> includes construction, reconstruction, environmental rehabilitation, acquisition of property, including land related to the project and improvements to the land, equipment acquisition, and operational improvements.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6E71A95382504CB2BEA0778A705FFA0E"><enum>(D)</enum><header display-inline="yes-display-inline">Rural area</header><text display-inline="yes-display-inline">The term <term>rural area</term> means an area that is outside an urbanized area.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H59D5D12AC4F241FF9459173A15F44770"><enum>(d)</enum><header display-inline="yes-display-inline">Additional authority of the Secretary</header><text display-inline="yes-display-inline">In carrying out this section, the Secretary mayâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9D169E0559BA47BD8099903ABBECDDD0"><enum>(1)</enum><text display-inline="yes-display-inline">coordinate with other Federal agencies to expedite the process established under the National Environmental Policy Act of 1969 (42 U.S.C. 4321 et seq.) for the improvement of port facilities to improve the efficiency of the transportation system, to increase port security, or to provide greater access to port facilities;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H29DBBBB627154FC3AFFD79F095F80511"><enum>(2)</enum><text display-inline="yes-display-inline">seek to coordinate all reviews or requirements with appropriate Federal, State, and local agencies; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7853455EEDF442CAAD09FDB98816DADC"><enum>(3)</enum><text display-inline="yes-display-inline">in addition to any financial assistance provided under subsection (c), provide such technical assistance to port authorities or commissions or their subdivisions and agents.</text></paragraph></subsection><after-quoted-block>.</after-

quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFC6B3CBD078345CB8A511F979A236CFB"><enum>(c)</enum><header display-inline="yes-display-inline">Savings clause</header><text display-inline="yes-display-inline">A repeal made by subsection (b) of this section shall not affect amounts apportioned or allocated before the effective date of the repeal. Such apportioned or allocated funds shall continue to be subject to the requirements to which the funds were subject underâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H3DC6016706474010BDF135F8FE62B660"><enum>(1)</enum><text display-inline="yes-display-inline">section 50302(c) of title 46, United States Code, as in effect on the day before the date of enactment of this title;</text></paragraph>

<paragraph id="HF4C532FF663F4407AD8AA102551DB4A5" commented="no"><enum>(2)</enum><text>section 9008 of the SAFETEA-LU Act (Public Law 109â€"59; 119 Stat. 1926);</text></paragraph>

<paragraph id="HA958D2F6219A41409A423095E41829B5" commented="no"><enum>(3)</enum><text>section 10205 of the SAFETEA-LU Act (Public Law 109â€"59; 119 Stat. 1934); and</text></paragraph>

<paragraph id="H62847BF583CC455D9945DBA684B878D2" commented="no"><enum>(4)</enum><text>section 3512 of the Duncan Hunter National Defense Authorization Act for Fiscal Year 2009 (48 U.S.C. 1421r).
</text></paragraph></subsection>

<subsection id="HF7296187F9684FEE86143DA1E98F395D" commented="no"><enum>(d)</enum><header>Remedial actions</header><text>Section 533 of the Coast Guard Authorization Act of 2016 (Public Law 114â€"120; 130 Stat. 74) is amended by adding at the end the following:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H42100A11E605461590E14B1010C9F1C2">

<subsection id="HFEB7CB9B139E42959A0C4107C7F1E1D5" commented="no"><enum>(f)</enum><header>Remedial actions</header><text>For purposes of the conveyances under this section, the remedial actions required under section 120(h) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. 9620(h)) may be completed by the United States Coast Guard after the date of such conveyance and a deed entered into for such conveyance shall include a clause granting the United States Coast Guard access to the property in any case in which remedial action or corrective action is found to be necessary after the date of such conveyance.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HB543D84F93A046678997CC25B0417AA4" commented="no"><enum>(e)</enum><header>Environmental compliance</header><text>Section 534(a) of the Coast Guard Authorization Act of 2016 (Public Law 114-120; 42 U.S.C. 9620 note) is amendedâ€"</text>

<paragraph id="HC36ABCDE193F43768FA8510E44301921" commented="no"><enum>(1)</enum><text>by striking <quote>Nothing</quote> and inserting <quote>After the date on which the Secretary of the Interior conveys land under section 533 of this Act, nothing</quote>; and</text></paragraph>

<paragraph id="H161B5064AE1F4BD9B75F414F67D79DAC" commented="no"><enum>(2)</enum><text>by inserting <quote>, with respect to contaminants on such land prior to the date on which the land is conveyed</quote> before the period.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H1ACE2AE2CDF54A13A33095C8D21901C7" section-type="subsequent-section"><enum>3515.</enum><header display-inline="yes-display-inline">Assessment and report on strategic seaports</header>

<subsection commented="no" display-inline="no-display-inline" id="H830080925E0743E4B4CFA7301E1EEEBF"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this title, the Secretary of Defense

shall submit to the Committee on Armed Services and the Committee on Transportation and Infrastructure of the House of Representatives and the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate a report on port facilities used for military purposes at ports designated by the Department of Defense as strategic seaports.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H45E75E3BAD2F4BE49AC978BD8B311915"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include, with respect to port facilities included in the report, the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6C521C88B9CB4F309EFEEE4E3CC2B741"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of whether there are structural integrity or other deficiencies in such facilities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9DC6748A795B4239BD1D02981AA97B76"><enum>(2)</enum><text display-inline="yes-display-inline">If there are such deficienciesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D4744C73CCE4D1E8A0FBD1095A55572"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment of infrastructure improvements to such facilities that would be needed to meet, directly or indirectly, national security and readiness requirements;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD172425F35024CF582294930274E4CF9"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the impact on operational readiness of the Armed Forces if such improvements are not undertaken; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H249060E082E94496BF661F6BE432EA23"><enum>(C)</enum><text display-inline="yes-display-inline">an identification of, to the maximum extent practical, all potential funding sources for such improvements from existing authorities.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC36F103B834E4479AE7C8E0246861973"><enum>(3)</enum><text display-inline="yes-display-inline">An identification of the support that would be appropriate for the Department of Defense to provide in the execution of the responsibilities of the Secretary of Transportation under section 50302 of title 46, United States Code, with respect to such facilities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB8E472A811AA46BE916E8B532EF1B027"><enum>(4)</enum><text display-inline="yes-display-inline">If additional statutory or administrative authorities would be required for the provision of support as described in paragraph (3), recommendations for legislative or administrative action to establish such authorities.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCDBE8B4E21264BA7803923D36E2076B8"><enum>(c)</enum><header display-inline="yes-display-inline">Consultation</header><text display-inline="yes-display-inline">The Secretary of Defense shall prepare the report required by subsection (a) in consultation with the Maritime Administrator and the individual responsible for each port facility described in such subsection.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H446907B097894CCB860D40BBEADFEB23" section-type="subsequent-section"><enum>3516.</enum><header display-inline="yes-display-inline">Technical corrections</header>

<subsection commented="no" display-inline="no-display-inline" id="H127D1D7FA7E64A0AADE3C6C18F2FD3AB"><enum>(a)</enum><header display-inline="yes-display-inline">Office of personnel management guidance</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this title, the Director of the Office of Personnel Management, in consultation with the Administrator of the Maritime Administration, shall identify key skills and

competencies necessary to maintain a balance of expertise in merchant marine seagoing service and strategic sealift military service in each of the following positions within the Office of the Commandant of the Merchant Marine Academy:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H977C49F9E7F14E90AFA679F94D61AFBB"><enum>(1)</enum><text display-inline="yes-display-inline">Commandant.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H066799BC75B44ABCBAEE0C4F3F44456C"><enum>(2)</enum><text display-inline="yes-display-inline">Deputy Commandant.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA0F3796BC6884C9BBA029BE6A4F179BB"><enum>(3)</enum><text display-inline="yes-display-inline">Tactical company officers.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0241E2DFA7F742E8AFEDE0C5EBCC445F"><enum>(4)</enum><text display-inline="yes-display-inline">Regimental officers.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7C4E78850DA1415DB4FBC6B7A03F6CE8"><enum>(b)</enum><header display-inline="yes-display-inline">Sea Year compliance</header><text display-inline="yes-display-inline">Section 3514(a)(1)(A) of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 46 U.S.C. 51318 note) is amended by inserting <quote>domestic and international</quote> after <quote>criteria that</quote>.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HE9722F70E19F482AB06CAF6944BC7A2E" section-type="subsequent-section"><enum>3517.</enum><header display-inline="yes-display-inline">United States Merchant Marine Academy sexual assault prevention and response program</header>

<subsection commented="no" display-inline="no-display-inline" id="HB318FF361A134392B63C88D0354259EA"><enum>(a)</enum><header display-inline="yes-display-inline">Implementation of recommendations</header><text display-inline="yes-display-inline">The Secretary of Transportation shall ensure that, not later than 180 days after the date of the enactment of this title, the recommendations in report of the Inspector General of the Department of Transportation on the effectiveness sexual assault prevention and response program of the United States Merchant Marine Academy (mandated under section 3512 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328; 130 Stat. 2786)), are fully implemented.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC92474F612D44883AC5AC761C6D6E2A2"><enum>(b)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this title, the Secretary of Transportation shall submit to Congress a report that includesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC5E4ECF91EE24BBD90AF6D157B22B32F"><enum>(1)</enum><text display-inline="yes-display-inline">confirmation that the recommendations described in subsection (a) have been fully implemented, and explaining how those recommendations have been implemented; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3EBDE8CE378447848C769D603A37CC9E"><enum>(2)</enum><text display-inline="yes-display-inline">if such recommendations have not been fully implemented as of the date of the report, an explanation of why such recommendations have not been fully implemented and a description of the resources that are needed to fully implement such recommendations.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6E0DDB4475A740B7998DB7889FB46157" section-type="subsequent-section"><enum>3518.</enum><header display-inline="yes-display-inline">Report on vessels for emerging offshore energy infrastructure</header>

<subsection commented="no" display-inline="no-display-inline" id="H2F8E6A8B3C7843D894F0BD094145372F"><enum>(a)</enum><header display-inline="yes-

display-inline">In general</header><text display-inline="yes-display-inline">Not later than six months after the date of the enactment of this Act, the Comptroller General of the United States shall submit to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Energy and Natural Resources of the Senate, and the Committee on Transportation and Infrastructure of the House of Representatives a report on the need for vessels documented under chapter 121 of title 46, United States Code, to install, operate, and maintain emerging offshore energy infrastructure, including offshore wind energy.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD8C67006B9344FDAA1EF49E4B4AF2BF0"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report required by subsection (a) shall includeâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HBADC07143ECC464B8116FB90820F6B07"><enum>(1)</enum><text display-inline="yes-display-inline">an inventory of vessels documented under chapter 121 of title 46, United States Code, (including existing vessels and vessels that have the potential to be refurbished) to install, operate, and maintain such emerging offshore energy infrastructure;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4588E92706F74CB1AE30E8AE61AFD860"><enum>(2)</enum><text display-inline="yes-display-inline">a projection of existing vessels needed to meet such emerging offshore energy needs over the next 10 years;</text></paragraph>

<paragraph id="HAE3BFD93F3C04DA98D279D043F236893"><enum>(3)</enum><text display-inline="yes-display-inline">a summary of actions taken or proposed by offshore energy developers and producers, the United States domestic shipbuilding industry, and United States coastwise qualified operators to ensure sufficient vessel capacity in compliance with United States coastwise laws; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H850667988C4E43E7A08F5098B75446DF"><enum>(4)</enum><text display-inline="yes-display-inline">a description of the potential benefits to the United States maritime and shipbuilding industries and to the United States economy associated with the use of United States coastwise qualified vessels to support offshore energy development and production.</text></paragraph></subsection></section>

<section id="H55E93483D21E42AC85D4CA94F3C2094E"><enum>3519.</enum><header>Report on United States flagged fuel tanker vessel capacity</header>

<subsection id="H5888022EA3724AFA986D42573A26CF5F"><enum>(a)</enum><header>Report required</header><text>Concurrent with the budget of the President for fiscal year 2021, as submitted to Congress under section 1105 of title 31, United States Code, the Secretary of Defense shall, in consultation with the Secretary of Transportation, submit to the appropriate committees of Congress a report on the capabilities of the United States to maintain adequate United States-flagged fuel tanker vessel capacity to support the full range of anticipated military operations over each period as follows:</text>

<paragraph id="HCD6E96D0ADA4466085476713027CA404"><enum>(1)</enum><text>In 2020.</text></paragraph>

<paragraph id="H0EA623C982BE4DC2823B88839183FD05"><enum>(2)</enum><text>Between 2020 and 2025.</text></paragraph>

<paragraph id="H14942DBCE1BA435E9710BE49F30B229D"><enum>(3)</enum><text>Between 2020 and 2030.</text></paragraph></subsection>

<subsection id="H7C8BE64DBFFC43D1BC27E51C3E216ED7"><enum>(b)</enum><header>Elements</header><text>The report required by subsection (a) shall include, for each period specified in that subsection, the following:</text>

<paragraph id="H020B5F965F2146239D02FF5E5192FCBF"><enum>(1)</enum><text>A description of current and projected United States-flagged fuel tanker vessel capacity.</text></paragraph>

<paragraph id="HEBDC1CB70DE3496F8927473FC6B7E5C9"><enum>(2)</enum><text>A description of current and projected United States military needs for United States-flagged fuel

tanker vessel capacity, including the most stressing peacetime and wartime requirements.</text></paragraph>

<paragraph id="HF1535D144BDE40F499599EA98C02FB44"><enum>(3)</enum><text>A description and assessment of the number of foreign-flagged tanker vessels required to address United States military needs described pursuant to paragraph (2), including the most stressing peacetime and wartime requirements.</text></paragraph>

<paragraph id="HD4D5D955A4664DBCBAE7FA762B42BE10"><enum>(4)</enum><text>An identification and assessment of any gaps in the capacity described pursuant to paragraph (1) to meet the United States military needs described pursuant to paragraph (2), including quantities of tanker vessels, as well as an assessment of the risk to military objectives due to reliance on foreign-flagged tanker vessels described pursuant to paragraph (3).</text></paragraph>

<paragraph id="H7343AB9D5B8E48FA8DED0E86B3D924C2"><enum>(5)</enum><text>A description and assessment of options to address the gaps identified pursuant to paragraph (4), including the establishment of a program for United States-flagged fuel tanker vessels modeled on the Maritime Security Program.</text></paragraph>

<paragraph id="H09840DA635C9442BAD1A93176EEEABAD"><enum>(6)</enum><text>Such recommendations as the Secretary of Defense considers appropriate in light of the matters set forth in the report.</text></paragraph></subsection>

<subsection id="H18ABB46A189D4B53BD6B4F26247BDEAE"><enum>(c)</enum><header>Form</header><text>The report required by subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H1F7F3910B9BE43B8BC40203EAD80EF34"><enum>(d)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H4CF89E2DBFCE4D0988D9B187CA99E180"><enum>(1)</enum><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="H7364CC53CA734BE1BA82F1CEECC6F7C0"><enum>(A)</enum><text>the Committee on Commerce, Science, and Transportation and the Committee on Armed Services of the Senate; and</text></subparagraph>

<subparagraph id="H45ECC3363C8A449CA2092A104F750A77"><enum>(B)</enum><text>the Committee on Transportation and Infrastructure and the Committee on Armed Services of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HE3A9B51583BA4C49936B851D5EF050DF"><enum>(2)</enum><text>The term <term>Maritime Security Program</term> means the program in connection with the Maritime Security Fleet under chapter 531 of title 46, United States Code.</text></paragraph></subsection></section></subtitle>

<subtitle id="H4F2851F674114657B832A7499116B473"><enum>B</enum><header>Cable Security Fleet</header>

<section id="H15F03F1584AA4C7893AC3E848D214A42"><enum>3521.</enum><header>Establishment of Cable Security Fleet</header>

<subsection id="HDCAF512FD53A4A84A53A8CEE77EA2911"><enum>(a)</enum><header>In general</header><text>Title 46, United States Code, is amended by inserting before chapter 533 the following new chapter:</text>

<quoted-block style="USC" id="HC002C49C1A1441B1AAC922C2E6BB7656" display-inline="no-display-inline">

<chapter id="H0FF458463A7E40D488E69A542DD08462"><enum>532</enum><header>Cable Security Fleet</header>

<toc container-level="chapter-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0FF458463A7E40D488E69A542DD08462" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H9144062EDDBD46A28F3C623F464F426F" level="section">Sec.</toc-entry>

<toc-entry level="section">53201.â€,Definitions.</toc-entry>

<toc-entry idref="H561E0F9BC85A4524BCB07C05B4955EF0" level="section">53202.â€,Establishment of the Cable Security Fleet.</toc-entry>

<toc-entry idref="HE1A815ADA57140B693CB83F5B0A72C50" level="section">53203.â€,Award of operating agreements.</toc-entry>

<toc-entry idref="H3623F453792343868E4C7AD341A4CE98" level="section">53204.â€,Effectiveness of operating agreements.</toc-entry>

<toc-entry idref="HDF3E727EE4CA4FA0A4203C1BBC28A1AC" level="section">53205.â€,Obligations and rights under operating agreements.</toc-entry>

<toc-entry idref="HFE6AD57E883C441C9E6714394D89AA2B" level="section">53206.â€,Payments.</toc-entry>

<toc-entry idref="H155B42AA6FD34653A482664CEA998C7E" level="section">53207.â€,National security requirements.</toc-entry>

<toc-entry idref="H43E8B0AD1647482A9B2ED2622B98674D" level="section">53208.â€,Regulatory relief.</toc-entry>

<toc-entry idref="H3CEEE12635B94AF9A0A2E7307D123AE4" level="section">53209.â€,Authorization of appropriations.</toc-entry></toc>

<section id="H9144062EDDBD46A28F3C623F464F426F"><enum>53201.</enum><header>Definitions</header><text display-inline="no-display-inline">In this chapter:</text>

<paragraph id="H5F748C8607764C20BE7EFDDF95702C92"><enum>(1)</enum><header>Cable services</header><text>The term <quote>cable services</quote> means the installation, maintenance, or repair of submarine cables and related equipment, and related cable vessel operations.</text></paragraph>

<paragraph id="HA5237A7DB4CB4D4D989AFAB5686927EB"><enum>(2)</enum><header>Cable vessel</header><text>The term <quote>cable vessel</quote> means a vesselâ€"</text>

<subparagraph id="HE3FF64DA638743BD938339532E8B5888"><enum>(A)</enum><text>classed as a cable ship or cable vessel by, and designed in accordance with the rules of, the American Bureau of Shipping, or another classification society accepted by the Secretary; and</text></subparagraph>

<subparagraph id="H95939F4FC55E4A2295847575E921870B"><enum>(B)</enum><text>capable of installing, maintaining, and repairing submarine cables.</text></subparagraph></paragraph>

<paragraph id="HD44C66C4AB6A48808385F914E45767DE"><enum>(3)</enum><header>Cable fleet</header><text>The term <quote>Cable Fleet</quote> means the Cable Security Fleet established under section 53202(a).</text></paragraph>

<paragraph id="H9D511013E9D54A90BCDD7172B4661F66"><enum>(4)</enum><header>Contingency agreement</header><text>The term <quote>Contingency Agreement</quote> means the agreement required by section 53207.</text></paragraph>

<paragraph id="H14C37AF03C8447D99F7BACE9724024C9"><enum>(5)</enum><header>Contractor</header><text>The term <quote>Contractor</quote> means an owner or operator of a vessel that enters into an Operating Agreement for a cable vessel with the Secretary under section 53203.</text></paragraph>

<paragraph id="H7CF0C7EFCEF74ACB874D4E22D2AC1223"><enum>(6)</enum><header>Fiscal year</header><text>The term <quote>fiscal year</quote> means any annual period beginning on October 1 and ending on September 30.</text></paragraph>

<paragraph id="H4181FB1EDB824E0E970B4B220AE21EA8"><enum>(7)</enum><header>Operating agency</header><text>The term <quote>Operating Agency</quote> means that agency or component of the Department of Defense so designated by the Secretary of Defense under this chapter.</text></paragraph>

<paragraph id="H4E73DFD1941941F9B6F818A94E67DBE6"><enum>(8)</enum><header>Operating agreement or agreement</header><text>The terms <quote>Operating Agreement</quote> or <quote>Agreement</quote> mean the agreement required by section 53203.</text></paragraph>

<paragraph id="H1B4F0E3EB46749369B6FF9FD34001329"><enum>(9)</enum><header>Person</header><text>The term <quote>person</quote> includes corporations, partnerships, and associations existing under or authorized by the laws of the United States, or any State, Territory, District, or possession thereof, or of any foreign country.</text></paragraph>

<paragraph id="H49ADF2852F62488197DDE6FA49904BF5"><enum>(10)</enum><header>Secretary</header><text>The term <quote>Secretary</quote> means the Secretary of Transportation.</text></paragraph>

<paragraph id="H7A73B1B4A1EA4CFC86BB6E61DB58FB2C"><enum>(11)</enum><header>United states</header><text>The term <quote>United States</quote> includes the States, the District of Columbia, the Commonwealth of Puerto Rico, the Northern Mariana Islands, Guam, American Samoa, and the Virgin Islands.</text></paragraph>

<paragraph id="H79007A876B944DFCB1424754E525D335"><enum>(12)</enum><header>United states citizen trust</header>

<subparagraph id="H14FD3A5AA216433E9C4A334BD615340C"><enum>(A)</enum><text>Subject to paragraph (C), the term <quote>United States citizen trust</quote> means a trust that is qualified under this paragraph.</text></subparagraph>

<subparagraph id="H2ACF081494D34A1F8BD9E4AACE80A89C"><enum>(B)</enum><text>A trust is qualified under this paragraph with respect to a vessel only ifâ€"</text>

<clause id="H4C87F1412A1342AF9D423924D54E1579"><enum>(i)</enum><text>it was created under the laws of a state of the United States;</text></clause>

<clause id="H7F38C801C7CF4E4688F9E0410231729D"><enum>(ii)</enum><text>each of the trustees is a citizen of the United States; and</text></clause>

<clause id="HF67D0CE5A2CC472F80E688D95645BFA7"><enum>(iii)</enum><text>the application for documentation of the vessel under chapter 121 of this title includes the affidavit of each trustee stating that the trustee is not aware of any reason involving a beneficiary of the trust that is not a citizen of the United States, or involving any other person that is not a citizen of the United States, as a result of which the beneficiary or other person would hold more than 25 percent of the aggregate power to influence, or limit the exercise of the authority of, the trustee with respect to matters involving any ownership or operation of the vessel that may adversely affect the interests of the United States.</text></clause></subparagraph>

<subparagraph id="HE5AAD400BBC44B47877B4374103B46A9"><enum>(C)</enum><text>If any person that is not a citizen of the United States has authority to direct, or participate in directing, the trustee for a trust in matters involving any ownership or operation of the vessel that may adversely affect the interests of the United States or in removing a trustee for a trust without cause, either directly or indirectly through the control of another person, the trust is not qualified under this paragraph unless the trust instrument provides that persons who are not citizens of the United States may not hold more than 25 percent of the aggregate authority to direct or remove a trustee.</text></subparagraph>

<subparagraph id="HFF037FBD8EC24D73B55FD6452BC21B49"><enum>(D)</enum><text>This paragraph shall not be considered to prohibit a person who is not a citizen of the United States from holding more than 25 percent of the beneficial interest in a trust.</text></subparagraph></paragraph></section>

<section id="H561E0F9BC85A4524BCB07C05B4955EF0"><enum>53202.</enum><header>Establishment of the Cable Security Fleet</header>

<subsection id="H525F59CE015B4E5A9CCB510935359388"><enum>(a)</enum><header>In general</header>

<paragraph id="HC34A4AB72123407291EF068426A364E2" display-inline="yes-display-inline"><enum>(1)</enum><text>The Secretary, in consultation with the Operating Agency, shall establish a fleet of active, commercially viable, cable vessels to meet national security requirements. The fleet shall consist of privately owned, United States-documented cable vessels for which there are in effect Operating Agreements under this chapter, and shall be known as the Cable Security Fleet.</text></paragraph>

<paragraph id="H5768D07F26A94B05A607D88275F41F16" indent="up1"><enum>(2)</enum><text>The Fleet described under this section shall include two vessels.</text></paragraph></subsection>

<subsection id="H9E8378A2968A4ABF8A835FF12C37DF46"><enum>(b)</enum><header>Vessel eligibility</header><text>A cable vessel is eligible to be included in the Fleet ifâ€"</text>

<paragraph id="H3664197C9D3C47FFA3B7C8BB315686CB"><enum>(1)</enum><text>the vessel meets the requirements of paragraph (1), (2), (3), or (4) of subsection (c);</text></paragraph>

<paragraph id="HC2157E8C8AFD449E8C27D2BB2EF12A59"><enum>(2)</enum><text>the vessel is operated (or in the case of a vessel to be constructed, will be operated) in commercial service providing cable services;</text></paragraph>

<paragraph id="H57502948E9DF4246BF9BE0D640DD2467"><enum>(3)</enum><text>the vessel is 40 years of age or less on the date the vessel is included in the Fleet;</text></paragraph>

<paragraph id="H155042AEA852440DA270318B9F421DA2"><enum>(4)</enum><text>the vessel isâ€"</text>

<subparagraph id="HD07B01898EC24068B56A1156B28C30D7"><enum>(A)</enum><text>determined by the Operating Agency to be suitable for engaging in cable services by the United States in the interest of national security; and</text></subparagraph>

<subparagraph id="H67AB71D519F14722962DFD7F630ABD8F"><enum>(B)</enum><text>determined by the Secretary to be commercially viable, whether independently or taking any payments which are the consequence of participation in the Cable Fleet into account; and</text></subparagraph></paragraph>

<paragraph id="HF8349DCF0F6040F4B1CC40C53D57398B"><enum>(5)</enum><text>the vesselâ€"</text>

<subparagraph id="HF0DAC789C756433B86585D8807266B1B"><enum>(A)</enum><text>is a United States-documented vessel; or</text></subparagraph>

<subparagraph id="HBC6A0903F3234340BF03904CD9518542"><enum>(B)</enum><text>is not a United States-documented vessel, butâ€"</text>

<clause id="H8047BF9616244E72A02D5EB9E73A560C"><enum>(i)</enum><text>the owner of the vessel has demonstrated an intent to have the vessel documented under chapter 121 of this title if it is included in the Cable Fleet; and</text></clause>

<clause id="HAEA927603005417B8862BC9AEC664810"><enum>(ii)</enum><text>at the time an Operating Agreement is entered into under this chapter, the vessel is eligible for documentation under chapter 121 of this title.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H85862EBE266C42019B06E926B4A46228"><enum>(c)</enum><header>Requirements regarding citizenship of owners and operators</header>

<paragraph id="HF8B90F812BF145D382940FC43B27B222"><enum>(1)</enum><header>Vessels owned and operated by section 50501 citizens</header><text>A vessel meets the requirements of this paragraph if, during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be owned and operated by one or more persons that are citizens of the United states under section 50501 of this title.</text></paragraph>

<paragraph id="HD1BB9B280C3E4344B93F34806D88A373"><enum>(2)</enum><header>Vessels owned by a section 50501 citizen, or united states citizen trust, and chartered to a documentation citizen</header><text>A vessel meets the requirements of this paragraph ifâ€"</text>

<subparagraph id="HAFC67820303040AEB69A7F00C8BDBAD6"><enum>(A)</enum><text>during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will beâ€"</text>

<clause id="H21F4E726BD5E4ADA995CF0663BAD20AE"><enum>(i)</enum><text>owned by a person that is a citizen of the United States under section 50501 of this title or that is a United States citizen trust; and</text></clause>

<clause id="H6DBD9FDB624F4BC485610DDA9E8B5288"><enum>(ii)</enum><text>demise chartered to and operated by a personâ€"</text>

<subclause id="HBB6194DB064947A29C282FD589449700"><enum>(I)</enum><text>that is eligible to document the vessel under chapter 121 of this title;</text></subclause>

<subclause id="HCEA33251AAA94312BF7C1E2EC2B37596"><enum>(II)</enum><text>the chairman of the board of directors, chief executive officer, and a majority of the members of the board of directors of which are citizens of the United States under section 50501 of this title, and are appointed and subject to removal only upon approval by the Secretary; and</text></subclause>

<subclause id="HD54C45161FD44F20BC9DEA7D59706A22"><enum>(III)</enum><text>that certifies to the Secretary that there are no treaties, statutes, regulations, or other laws that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter;</text></subclause></clause></subparagraph>

<subparagraph id="HF8A2844071324825B2CB0B9C9FB0AF82"><enum>(B)</enum><text>in the case of a vessel that will be demise chartered to a person that is owned or controlled by another person that is not a citizen of the United States under section 50501 of this title, the other person enters into an agreement with the Secretary not to influence the operation of the vessel in a manner that will adversely affect the interests of the United States; and</text></subparagraph>

<subparagraph id="H64191C3DB21A40449B36D8A2A4DEBBCF"><enum>(C)</enum><text>the Secretary and the Operating Agency notify the Committee on Armed Services and the Committee on Commerce, Science and Transportation of the Senate, and the Committee on Armed Services of the House of Representatives that they concur, and have reviewed the certification required under subparagraph (A)(ii)(III) and determined that there are no legal, operational, or other impediments that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter.</text></subparagraph></paragraph>

<paragraph id="HD914F9BC3038430F92A251B1A9B9DFE3"><enum>(3)</enum><header>Vessel owned and operated by a defense contractor</header><text>A vessel meets the requirements of this paragraph ifâ€"</text>

<subparagraph id="H33C96002D75B47719367B28AE8AA349A"><enum>(A)</enum><text>during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will be owned and operated by a person thatâ€"</text>

<clause id="H3CADAB9B3FD84D5993ACCCD73CD23C77"><enum>(i)</enum><text>is eligible to document a vessel under chapter 121 of this title;</text></clause>

<clause id="H4BE1CDE2EEF94A21AF71B6C6F1F5905C"><enum>(ii)</enum><text>operates or manages other United States-documented vessels for the Secretary of Defense, or charters other vessels to the Secretary of Defense;</text></clause>

<clause id="H57326EB2F00440508BB28B371632B9FC"><enum>(iii)</enum><text>has entered into a special security agreement for purposes of this paragraph with the Secretary of Defense;</text></clause>

<clause id="H1F09A016DB7E48B1823EFD4B1FFB6D05"><enum>(iv)</enum><text>makes the certification described in paragraph (2)(A)(ii)(III); and</text></clause>

<clause id="HAB76425ED60C4ACEB9E2C5FD41625F0B"><enum>(v)</enum><text>in the case of a vessel described in paragraph (2)(B), enters into an agreement referred to in that paragraph; and</text></clause></subparagraph>

<subparagraph id="H14451F582FC6461DA161F7F6B0C7BE6E"><enum>(B)</enum><text>the Secretary and the Secretary of Defense notify the Committee on Armed Services and Committee on Commerce, Science, and Transportation of the Senate and the Committee on Armed Services of the House of Representatives that they have reviewed the certification required by subparagraph (A)(iv) and determined that there are no other legal, operational, or other impediments that would prohibit the Contractor for the vessel from performing its obligations under an Operating Agreement under this chapter.</text></subparagraph></paragraph>

<paragraph id="HC5FCABDC1CA74AC7841C8AD4AACD5948"><enum>(4)</enum><header>Vessel owned by a documentation citizen and chartered to a section 50501 citizen</header><text>A

vessel meets the requirements of this paragraph if, during the period of an Operating Agreement under this chapter that applies to the vessel, the vessel will beâ€"</text>

<subparagraph id="HC59EB705D3FD4D6CA16AFA78C7C018B7"><enum>(A)</enum><text>owned by a person that is eligible to document a vessel under chapter 121 of this title; and</text></subparagraph>

<subparagraph id="H58DF52E4AE57426487E2BFB75D213795"><enum>(B)</enum><text>demise chartered to a person that is a citizen of the United States under section 50501 of this title.</text></subparagraph></paragraph></subsection>

<subsection id="HA7F4F2ED8B774213860A590426DDD50D"><enum>(d)</enum><header>Vessel standards</header>

<paragraph id="HA5DB15C993B64068B91097446BA64D10"><enum>(1)</enum><header>Certificate of inspection</header><text>A cable vessel which the Secretary of the Department in which the Coast Guard is operating determines meets the criteria of subsection (b) of this section but which, on the date of enactment of the Act, is not documented under chapter 121 of this title, shall be eligible for a certificate of inspection if that Secretary determines thatâ€"</text>

<subparagraph id="HED279F29646349B386551B171BFAE6EF"><enum>(A)</enum><text>the vessel is classed by, and designed in accordance with the rules of, the American Bureau of Shipping, or another classification society accepted by that Secretary;</text></subparagraph>

<subparagraph id="HC4C7783BD601439D971E5C718A9113C6"><enum>(B)</enum><text>the vessel complies with applicable international agreements and associated guidelines, as determined by the country in which the vessel was documented immediately before becoming documented under chapter 121; and</text></subparagraph>

<subparagraph id="H2E43DD0EC3544C64832D2DD3C2AE0622"><enum>(C)</enum><text>that country has not been identified by that Secretary as inadequately enforcing international vessel regulations as to that vessel.</text></subparagraph></paragraph>

<paragraph id="HBC60048993CE4A21BFB5812F863F1A72"><enum>(2)</enum><header>Continued eligibility for certificate</header><text>Paragraph (1) does not apply to a vessel after any date on which the vessel fails to comply with the applicable international agreements and associated guidelines referred to in paragraph (1)(B).</text></paragraph>

<paragraph id="HD8F15E511C904C508FBC184AF6CF2E89"><enum>(3)</enum><header>Reliance on classification society</header>

<subparagraph id="H128B8C606387478A99302A1DE82FE8EE"><enum>(A)</enum><header>In general</header><text>The Secretary of the Department in which the Coast Guard is operating may rely on a certification from the American Bureau of Shipping or, subject to subparagraph (B), another classification society accepted by that Secretary to establish that a vessel is in compliance with the requirements of paragraphs (1) and (2).</text></subparagraph>

<subparagraph id="HB3356BD768BE422193F8AF64161DF05F"><enum>(B)</enum><header>Foreign classification society</header><text>The Secretary of the Department in which the Coast Guard is operating may accept certification from a foreign classification society under subparagraph (A) onlyâ€"</text>

<clause id="H3B53A46BF031402A945269FBD026336C"><enum>(i)</enum><text>to the extent that the government of the foreign country in which the society is headquartered provides access on a reciprocal basis to the American Bureau of Shipping; and</text></clause>

<clause id="HEE782AFC77404146BE73EAED07D620D3"><enum>(ii)</enum><text>if the foreign classification society has offices and maintains records in the United States.</text></clause></subparagraph></paragraph></subsection>

<subsection id="H6D7AA0DB6326455FB18EC43E5EDC7E90"><enum>(e)</enum><header>Waiver of age registration</header><text>The Secretary, in conjunction with the Operating Agency, may waive the application of the age restriction under subsection (b)(3) if they jointly determine that the waiverâ€"</text>

<paragraph id="H5AA5002EA8F64C409914EA680B6A468F"><enum>(1)</enum><text>is in the national interest;</text></paragraph>

<paragraph id="H325EF7D14EBB41D4A37DDCD636993437"><enum>(2)</enum><text>the subject cable vessel and any associated operating network is and will continue to be economically viable; and</text></paragraph>

<paragraph id="HF0A512D768EF40F8B0B56A86DBE3F088"><enum>(3)</enum><text>is necessary due to the lack of availability of other vessels and operators that comply with the requirements of this chapter.</text></paragraph></subsection></section>

<section id="HE1A815ADA57140B693CB83F5B0A72C50"><enum>53203.</enum><header>Award of operating agreements</header>

<subsection id="H564F54E9FF6949989FFCE6C31E7ABF06"><enum>(a)</enum><header>In general</header><text>The Secretary shall require, as a condition of including any vessel in the Cable Fleet, that the person that is the owner or operator of the vessel for purposes of section 53202(c) enter into an Operating Agreement with the Secretary under this section.</text></subsection>

<subsection id="H249EAE36E69A4DE3AC57F5DE0C3BE0E3"><enum>(b)</enum><header>Procedure for applications</header>

<paragraph id="HB86311C2FD5A4AB384859168D9971EE9"><enum>(1)</enum><header>Acceptance of applications</header><text>Beginning no later than 60 days after the effective date of this chapter, the Secretary shall accept applications for enrollment of vessels in the Cable Fleet.</text></paragraph>

<paragraph id="HC08531E557254F36A3A65E8A34649C4D"><enum>(2)</enum><header>Action on applications</header><text>Within 120 days after receipt of an application for enrollment of a vessel in the Cable Fleet, the Secretary shall approve the application in conjunction with the Operating Agency, and shall enter into an Operating Agreement with the applicant, or provide in writing the reason for denial of that application.</text></paragraph></subsection>

<subsection id="H86B94FBC5455406D84F50386F25B1042"><enum>(c)</enum><header>Priority for awarding agreements</header><text>Subject to the availability of appropriations, the Secretary shall enter into Operating Agreements with those vessels determined by the Operating Agency, in its sole discretion, to best meet the national security requirements of the United States. After consideration of national security requirements, priority shall be given to an applicant that is a United States citizen under section 50501 of this title.</text></subsection></section>

<section id="H3623F453792343868E4C7AD341A4CE98"><enum>53204.</enum><header>Effectiveness of operating agreements</header>

<subsection id="HB19F41161E714D55A1F41BCE4D67C0C4"><enum>(a)</enum><header>Effectiveness generally</header><text>The Secretary may enter into an Operating Agreement under this chapter for fiscal year 2021. Except as provided in subsection (d), the agreement shall be effective only for one fiscal year, but shall be renewable, subject to available appropriations, for each subsequent year.</text></subsection>

<subsection id="H3FE4BB8BD76D483B8147BED04A5E3B0B"><enum>(b)</enum><header>Vessels under charter to the United States</header><text>Vessels under charter to the United States are eligible to receive payments pursuant to their Operating Agreements.</text></subsection>

<subsection id="H04B9BCFE3ACF48548DAD61E72898F008"><enum>(c)</enum><header>Termination</header>

<paragraph id="H5F99048808E54367A3B682535938FC2A"><enum>(1)</enum><header>Termination by the secretary</header><text>If the Contractor with respect to an Operating Agreement materially fails to comply with the terms of the Agreementâ€"</text>

<subparagraph id="HC6EF977130AE47F598B1449196B4906F"><enum>(A)</enum><text>the Secretary shall notify the Contractor and provide a reasonable opportunity for it to comply with the Operating Agreement;</text></subparagraph>

<subparagraph id="H203B9D434BF64CE6AC019332E9E04158"><enum>(B)</enum><text>the Secretary shall terminate the Operating Agreement if the Contractor fails to achieve such compliance; and</text></subparagraph>

<subparagraph id="H21C49BA7D96B4E629B3D7C3B1D96A29D"><enum>(C)</enum><text>upon such termination, any funds obligated by the Agreement shall be available to the Secretary to carry out this chapter.</text></subparagraph></paragraph>

<paragraph id="HAB5664A1848F4495BE8E620F254FBE7A"><enum>(2)</enum><header>Early termination by a contractor</header><text>An Operating Agreement under this chapter shall terminate on a date specified by the Contractor if the Contractor notifies the Secretary, not fewer than 60 days prior to the effective date of the termination, that the Contractor intends to terminate the Agreement.</text></paragraph></subsection>

<subsection id="HBEF59FEB87744FC9BE466005011B30C2"><enum>(d)</enum><header>Nonrenewal for lack of funds</header><text>If, by the first day of a fiscal year, sufficient funds have not been appropriated under the authority provided by this chapter for that fiscal year for all Operating Agreements, then the Secretary shall notify the Committee on Armed Services and the Committee on Commerce, Science, and Transportation of the Senate and the Committee on Armed Services of the House of Representatives that Operating Agreements authorized under this chapter for which sufficient funds are not available will not be renewed for that fiscal year if sufficient funds are not appropriated by the 60th day of that fiscal year. If only partial funding is appropriated by the 60th day of such fiscal year, then the Secretary, in consultation with the Operating Agency, shall select the vessels to retain under Operating Agreements, based on their determinations of which vessels are most useful for national security. In the event that no funds are appropriated, then no Operating Agreements shall be renewed and each Contractor shall be released from its obligations under the Operating Agreement. Final payments under an Operating Agreement that is not renewed shall be made in accordance with section 53206. To the extent that sufficient funds are appropriated in a subsequent fiscal year, an Operating Agreement that has not been renewed pursuant to this subsection may be reinstated if mutually acceptable to the Secretary, in consultation with the Operating Agency, and the Contractor, provided the vessel remains eligible for participation pursuant to section 53202, without regard to subsection 53202 (b)(3).</text></subsection>

<subsection id="HDFC15DCBED5F44EA8A672DF11A5233EA"><enum>(e)</enum><header>Release of vessels from obligations</header><text>If funds are not appropriated for payments under an Operating Agreement under this chapter for any fiscal year by the 60th day of a fiscal year, and the Secretary, in consultation with the Operating Agency determines to not renew a Contractorâ€™s Operating Agreement for a vessel, thenâ€"</text>

<paragraph id="H36F8BA64F13540FBB3CC101F101BE390"><enum>(1)</enum><text>each vessel covered by the Operating Agreement that is not renewed is thereby released from any further obligation under the Operating Agreement;</text></paragraph>

<paragraph id="HF7AB1D4A47FF4AB99F472387986411B6"><enum>(2)</enum><text>the owner or operator of the vessel whose Operating Agreement was not renewed may transfer and register such vessel under a foreign registry that is acceptable to the Secretary and the Operating Agency, notwithstanding section 56101 of this title; and</text></paragraph>

<paragraph id="H6EF1165B58A04EE4A772A2A8021FC7BF"><enum>(3)</enum><text>if chapter 563 of this title is applicable to such vessel after registration, then the vessel is available to be requisitioned by the Secretary pursuant to chapter 563.</text></paragraph></subsection></section>

<section id="HDF3E727EE4CA4FA0A4203C1BBC28A1AC"><enum>53205.</enum><header>Obligations and rights under operating agreements</header>

<subsection id="HF60DB9E29B544B97BAF28513F3FF351B"><enum>(a)</enum><header>Operation of vessel</header><text>An Operating Agreement under this chapter shall require that, during the period the vessel is operating under the Agreement, the vesselâ€"</text>

<paragraph id="H9DF057BF4F7648F4806C9B1C404B9467"><enum>(1)</enum><text>shall be operated in the trade for Cable Services, or under a charter to the United States; and</text></paragraph>

<paragraph id="H04C5F1E33BAA427082C0F4C3F0A771E1"><enum>(2)</enum><text>shall be documented under chapter 121 of this title.</text></paragraph></subsection>

<subsection id="HC96ABACCBF0143E8AFC7720438D22557"><enum>(b)</enum><header>Annual payments by the secretary</header>

<paragraph id="H68BAD0171855462DA75190147F6B8AD3"><enum>(1)</enum><header>In general</header><text>An Operating Agreement under this chapter shall require, subject to the availability of appropriations, that the Secretary make payment to the Contractor in accordance with section 53206.</text></paragraph>

<paragraph id="H1A4B12D7EEBC43B8A894A679DA24F8F4"><enum>(2)</enum><header>Operating agreement is an obligation of the united states government</header><text>An Operating Agreement under this chapter constitutes a contractual obligation of the United States Government to pay the amounts provided for in the Operating Agreement to the extent of actual appropriations.</text></paragraph></subsection>

<subsection id="HB77070F5FBD247DAA98A5F44BFCB02F0"><enum>(c)</enum><header>Documentation requirement</header><text>Each vessel covered by an Operating Agreement (including an Agreement terminated under section 53204(c)(2)) shall remain documented under chapter 121 of this title, until the date the Operating Agreement would terminate according to its own terms.</text></subsection>

<subsection id="H4A3E558A94C2410CA35BCEABEF9C384D"><enum>(d)</enum><header>National security requirements</header>

<paragraph id="HA9553ECF1AED45D3B86AD2B96C0A0496"><enum>(1)</enum><header>In general</header><text>A Contractor with respect to an Operating Agreement (including an Agreement terminated under section 53204(c)(2)) shall continue to be bound by the provisions of section 53207 until the date the Operating Agreement would terminate according to its terms.</text></paragraph>

<paragraph id="H72E13984566F4D3EB9A5ABF6E4E24A2F"><enum>(2)</enum><header>Contingency agreement with operating agency</header><text>All terms and conditions of a Contingency Agreement entered into under section 53207 shall remain in effect until a date the Operating Agreement would terminate according to its terms, except that the terms of such Contingency Agreement may be modified by the mutual consent of the Contractor, and the Operating Agency.</text></paragraph></subsection>

<subsection id="HEFED8282C5644F63930F1533632C6C6C"><enum>(e)</enum><header>Transfer of operating agreements</header><text>Operating Agreements shall not be transferrable by the Contractor.</text></subsection>

<subsection id="H3ED878A24E7040E1B2FE38A18849C173"><enum>(f)</enum><header>Replacement vessel</header><text>A Contractor may replace a vessel under an Operating Agreement with another vessel that is eligible to be included in the Fleet under section 53202(b), if the Secretary and the Operating Agency jointly determine that the replacement vessel meets national security requirements and approve the replacement.</text></subsection></section>

<section id="HFE6AD57E883C441C9E6714394D89AA2B"><enum>53206.</enum><header>Payments</header>

<subsection id="H497F96CF4C0A48A3A6B370863CD80B43"><enum>(a)</enum><header>Annual payment</header>

<paragraph id="H5726B98DC51540B1BCA2142269B57375"><enum>(1)</enum><header>In general</header><text>The Secretary, subject to availability of appropriations and other provisions of this section, shall pay to the Contractor for an operating agreement, for each vessel that is covered by the operating agreement, an amount equal to $5,000,000 for each fiscal year 2021 through 2035.</text></paragraph>

<paragraph id="H884B3874151E4E908FBFBCFBE8F64433"><enum>(2)</enum><header>Timing</header><text>This amount shall be paid in equal monthly installments at the end of each month. The amount shall not be reduced except as provided by this section.</text></paragraph></subsection>

<subsection id="HC6BC39D7F88A4F8788316A6F3D21A9B2"><enum>(b)</enum><header>Certification required for payment</header><text>As a condition of receiving payment under this section for a fiscal year for a vessel, the Contractor for the vessel shall certify that the vessel has been and will be operated in accordance with section 53205(a)(1) for 365 days in each fiscal year. Up to thirty (30) days during which the vessel is drydocked, surveyed, inspected, or repaired shall be considered days of operation for purposes of

this subsection.</text></subsection>

<subsection id="HD223C1349A1A4533B336C287CC97DFCD"><enum>(c)</enum><header>General limitations</header><text>The Secretary shall not make any payment under this chapter for a vessel with respect to any days for which the vessel isâ€"</text>

<paragraph id="HAABBCDF7B3FA48F98905939B83203476"><enum>(1)</enum><text>not operated or maintained in accordance with an Operating Agreement under this chapter; or</text></paragraph>

<paragraph id="HADF0BECB27BA4C5F9FB1132B8E886A3D"><enum>(2)</enum><text>more than 40 years of age.</text></paragraph></subsection>

<subsection id="H7DD75222467E460788572A7D9A31B179"><enum>(d)</enum><header>Reductions in payments</header><text>With respect to payments under this chapter for a vessel covered by an Operating Agreement, the Secretary shall make a pro rata reduction for each day less than 365 in a fiscal year that the vessel is not operated in accordance with section 53205(a)(1), with days during which the vessel is drydocked or undergoing survey, inspection or repair to be considered days on which the vessel is operated as provided in subsection (b).</text></subsection></section>

<section id="H155B42AA6FD34653A482664CEA998C7E"><enum>53207.</enum><header>National security requirements</header>

<subsection id="HCFE52759C867476DB5B9F3F079222FDB"><enum>(a)</enum><header>Contingency agreement required</header><text>The Secretary shall include in each Operating Agreement under this chapter a requirement that the Contractor enter into a Contingency Agreement with the Operating Agency. The Operating Agency shall negotiate and enter into a Contingency Agreement with each Contractor as promptly as practicable after the Contractor has entered into an Operating Agreement under this chapter.</text></subsection>

<subsection id="H27831DAB7E2045B58B1E8B33B9D4CB3E"><enum>(b)</enum><header>Terms of contingency agreement</header>

<paragraph id="HD60BBBC7EA364F98AC28AA393476193C"><enum>(1)</enum><header>In general</header><text>A Contingency Agreement under this section shall require that a Contractor for a vessel covered by an Operating Agreement under this chapter make the vessel, including all necessary resources to engage in Cable Services required by the Operating Agency, available upon request by the Operating Agency.</text></paragraph>

<paragraph id="H484EBF6A82B84E8D9864BBF2FFFFDC2D"><enum>(2)</enum><header>Terms</header>

<subparagraph id="H67ED7B33AB7E4963A43CA6CEB0ABD665"><enum>(A)</enum><header>In general</header><text>The basic terms of a Contingency Agreement shall be established (subject to subparagraph (B)) by the Operating Agency.</text></subparagraph>

<subparagraph id="H3419F7A5B91745F8A03A857E986D08D1"><enum>(B)</enum><header>Additional terms</header><text>The Operating Agency and a Contractor may agree to additional or modifying terms appropriate to the Contractorâ€™s circumstances.</text></subparagraph></paragraph></subsection>

<subsection id="H4E48E36D0CED404FBE55F9964AC5776D"><enum>(c)</enum><header>Defense measures against unauthorized seizures</header>

<paragraph id="H72A67DA525474C39ADF0440D21B36FBD" display-inline="yes-display-inline"><enum>(1)</enum><text>The Contingency Agreement shall require that any vessel operating under the direction of the Operating Agency operating in area that is designated by the Coast Guard as an area of high risk of piracy shall be equipped with, at a minimum, appropriate non-lethal defense measures to protect the vessel and crew from unauthorized seizure at sea.</text></paragraph>

<paragraph id="HC8E5B6E5E66B4FE195495A3339BCA356" indent="up1"><enum>(2)</enum><text>The Secretary of Defense and the Secretary of the department in which the Coast Guard is operating shall jointly prescribe the non-lethal defense measures that are required under this paragraph.</text></paragraph></subsection>

<subsection id="HA6B22088092E4562BC8DB7CE29589619"><enum>(d)</enum><header>Participation after

expiration of operating agreement</header><text>Except as provided by section 53205(d), the Operating Agency may not require, through a Contingency Agreement or an Operating Agreement, that a Contractor continue to participate in a Contingency Agreement after the Operating Agreement with the Contractor has expired according to its terms or is otherwise no longer in effect.</text></subsection>

<subsection id="HBC664F30772945E881E92145C6302EE4"><enum>(e)</enum><header>Resources made available</header><text>The resources to be made available in addition to the vessel under a Contingency Agreement shall include all equipment, personnel, supplies, management services, and other related services as the Operating Agency may determine to be necessary to provide the Cable Services required by the Operating Agency.</text></subsection>

<subsection id="HA42F44AD7F0047D0BC35DA24E427A8AC"><enum>(f)</enum><header>Compensation</header>

<paragraph id="HDBDE2EF97A974269A279557A749591C1"><enum>(1)</enum><header>In general</header><text>The Operating Agency shall include in each Contingency Agreement provisions under which the Operating Agency shall pay fair and reasonable compensation for use of the vessel and all Cable Services provided pursuant to this section and the Contingency Agreement.</text></paragraph>

<paragraph id="H73FC2FCAC7844092BD0B01757D7662AD"><enum>(2)</enum><header>Specific requirements</header><text>Compensation under this subsectionâ€"</text>

<subparagraph id="HC78F2C6C11BB4AAC9C0AEC9D59D378C5"><enum>(A)</enum><text>shall be at the rate specified in the Contingency Agreement;</text></subparagraph>

<subparagraph id="HC509477C03004F84BD3525A816235243"><enum>(B)</enum><text>shall be provided from the time that a vessel is required by the Operating Agency under the Contingency Agreement until the time it is made available by the Operating Agency available to reenter commercial service; and</text></subparagraph>

<subparagraph id="HE7408AAC5A194A6C87D7A63E53902AA6"><enum>(C)</enum><text>shall be in addition to and shall not in any way reflect amounts payable under section 53206.</text></subparagraph></paragraph></subsection>

<subsection id="H8438725B0E9D461FA73536FC39278916"><enum>(g)</enum><header>Liability of the United States for damages</header>

<paragraph id="HE7737F8F57B842E89E04B0926227AA86"><enum>(1)</enum><header>Limitation on the liability of the U.S</header><text>Except as otherwise provided by law, the Government shall not be liable for disruption of a Contractorâ€™s commercial business or other consequential damages to a Contractor arising from the activation of the Contingency Agreement.</text></paragraph>

<paragraph id="HA4C59D20760D4842934A7BAE822376CE"><enum>(2)</enum><header>Affirmative defense</header><text>In any action in any Federal or State court for breach of third-party contract, there shall be available as an affirmative defense that the alleged breach of contract was caused predominantly by action taken to carry out a Contingent Agreement. Such defense shall not release the party asserting it from any obligation under applicable law to mitigate damages to the greatest extent possible.</text></paragraph></subsection></section>

<section id="H43E8B0AD1647482A9B2ED2622B98674D"><enum>53208.</enum><header>Regulatory relief</header><text display-inline="no-display-inline">The telecommunications and other electronic equipment on an existing vessel that is redocumented under the laws of the United States for operation under an Operating Agreement under this chapter shall be deemed to satisfy all Federal Communication Commission equipment certification requirements, ifâ€"</text>

<paragraph id="H3CDE8B9ACA2A4B9690CE27808FE9F9F1"><enum>(1)</enum><text>such equipment complies with all applicable international agreements and associated guidelines as determined by the country in which the vessel was documented immediately before becoming documented under the laws of the United States;</text></paragraph>

<paragraph id="H809AD2B4784C4127BA1DF033A0A71245"><enum>(2)</enum><text>that country has not been identified by the Secretary of the Department in which the Coast Guard is operating as inadequately enforcing international regulations as to that vessel; and</text></paragraph>

<paragraph id="H78B961F1EE774B739A5EC14B2C2F145F"><enum>(3)</enum><text>at the end of its useful life, such equipment shall be replaced with equipment that meets Federal Communication Commission equipment certification standards.</text></paragraph></section>

<section id="H3CEEE12635B94AF9A0A2E7307D123AE4"><enum>53209.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">There are authorized to be appropriated for payments under section 53206, $10,000,000 for each of the fiscal years 2021 through 2035.</text></section></chapter><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HA5FDF2D7A4A44F859CB53965F9403195"><enum>(b)</enum><header>Conforming amendment</header><text>The table of chapters at the beginning of subtitle V of title 46, United States Code, is amended by inserting before the item relating to chapter 533 the following new item:</text>

<quoted-block style="USC" id="H080B6446529D4CB5BD4894C31DF7920F" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<multi-column-toc-entry level="section" bold="on"><toc-enum>532.</toc-enum><level-header level="section" bold="on">Cable Security Fleet</level-header><target>53201</target></multi-column-toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section></subtitle>

<subtitle commented="no" id="H9D419F38677D4A0FB7E08AD8070AB85A" level-type="subsequent" style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Maritime SAFE Act</header>

<section commented="no" display-inline="no-display-inline" id="H1C6D30885DFB498AB8F991FE6F35F621" section-type="subsequent-section"><enum>3531.</enum><header display-inline="yes-display-inline">Short titles</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote><short-title>Maritime Security and Fisheries Enforcement Act</short-title></quote> or the <quote><short-title>Maritime SAFE Act</short-title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H8F13C7101FA547F88E1BF84DC8B9376F" section-type="subsequent-section"><enum>3532.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H52352C00B07A406B8ED865BD49DF5B33"><enum>(1)</enum><header display-inline="yes-display-inline">AIS</header><text display-inline="yes-display-inline">The term <term>AIS</term> means Automatic Identification System (as defined in section 164.46 of title 33, Code of Federal Regulations, or a similar successor regulation).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE4DDA3F2C62048C7819549AF9BC459E4"><enum>(2)</enum><header display-inline="yes-display-inline">Combined maritime forces</header><text display-inline="yes-display-inline">The term <term>Combined Maritime Forces</term> means the 33-nation naval partnership, originally established in February 2002, which promotes security, stability, and prosperity across approximately 3,200,000 square miles of international waters.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H79DF0D82B5834D27B0CF7FC79EC4AC67"><enum>(3)</enum><header display-inline="yes-display-inline">Exclusive economic zone</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HF30A422994374C95BC1EC0D392376C5C"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Unless otherwise specified by the President as being in the public interest in a writing published in the Federal Register, the term <term>exclusive economic zone</term> meansâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H1364A7D37665421B972F7E5CD6D23CBE"><enum>(i)</enum><text display-inline="yes-display-inline">the area within a zone established by a maritime boundary that has been established by a treaty in force or a treaty that is being provisionally applied by the United States; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2116E9CCD5514E98BFC6736ADFA3EC5B"><enum>(ii)</enum><text display-inline="yes-display-inline">in the absence of a treaty described in clause (i)â€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HF456E724DC964999B4D95C3B110C9115"><enum>(I)</enum><text display-inline="yes-display-inline">a zone, the outer boundary of which is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HD1E78FDC5F754495AB993A69BEAF59D8"><enum>(II)</enum><text display-inline="yes-display-inline">if the distance between the United States and another country is less than 400 nautical miles, a zone, the outer boundary of which is represented by a line equidistant between the United States and the other country.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HFD60848C29B048BF828E153AFF6F4D4A"><enum>(B)</enum><header display-inline="yes-display-inline">Inner boundary</header><text display-inline="yes-display-inline">Without affecting any Presidential Proclamation with regard to the establishment of the United States territorial sea or exclusive economic zone, the inner boundary of the exclusive economic zone isâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H28DAF13569574207AD0D11DFFF846EE3"><enum>(i)</enum><text display-inline="yes-display-inline">in the case of coastal States, a line coterminous with the seaward boundary of each such State (as described in section 4 of the Submerged Lands Act (43 U.S.C. 1312));</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HEC6EE8F23A9B442DBEC7808628BB66E9"><enum>(ii)</enum><text display-inline="yes-display-inline">in the case of the Commonwealth of Puerto Rico, a line that is 3 marine leagues from the coastline of the Commonwealth of Puerto Rico;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC7572428746445619F9D9A2E969C846A"><enum>(iii)</enum><text display-inline="yes-display-inline">in the case of American Samoa, the United States Virgin Islands, Guam, and the Northern Mariana Islands, a line that is 3 geographic miles from the coastlines of American Samoa, the United States Virgin Islands, Guam, or the Northern Mariana Islands, respectively; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0B7B08C9767549FFBCEB15BB3C046552"><enum>(iv)</enum><text display-inline="yes-display-inline">for any possession of the United States not referred to in clause (ii) or (iii), the coastline of such possession.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0EAA820AA5EB487ABE74F46882C1B39C"><enum>(C)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this paragraph may be construed to diminish the authority of the Department of Defense, the Department of the Interior, or any other Federal department or agency.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAEDD364CD9D9490587DF58C0A65A8383"><enum>(4)</enum><header display-inline="yes-display-inline">Food security</header><text display-inline="yes-display-inline">The term <term>food security</term> means access to, and availability, utilization, and stability of, sufficient food to meet caloric and nutritional needs for an active and healthy life.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H91A0CC65330E4479837C36E2D19D4300"><enum>(5)</enum><header display-inline="yes-display-inline">Global record of fishing vessels, refrigerated transport vessels, and

supply vessels</header><text display-inline="yes-display-inline">The term <term>global record of fishing vessels, refrigerated transport vessels, and supply vessels</term> means the Food and Agriculture Organization of the United Nationsâ€™ initiative to rapidly make available certified data from state authorities about vessels and vessel related activities.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H01324CBA8DC84DC5A9136F9B845C96B0"><enum>(6)</enum><header display-inline="yes-display-inline">IUU fishing</header><text display-inline="yes-display-inline">The term <term>IUU fishing</term> means illegal fishing, unreported fishing, or unregulated fishing (as such terms are defined in paragraph 3 of the International Plan of Action to Prevent, Deter, and Eliminate Illegal, Unreported and Unregulated Fishing, adopted at the 24th Session of the Committee on Fisheries in Rome on March 2, 2001).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H66A2803D335B4FE1A15A3DDC9E2D85EA"><enum>(7)</enum><header display-inline="yes-display-inline">Port state measures agreement</header><text display-inline="yes-display-inline">The term <term>Port State Measures Agreement</term> means the Agreement on Port State Measures to Prevent, Deter, and Eliminate Illegal, Unreported, and Unregulated Fishing set forth by the Food and Agriculture Organization of the United Nations, done at Rome, Italy November 22, 2009, and entered into force June 5, 2016, which offers standards for reporting and inspecting fishing activities of foreign-flagged fishing vessels at port.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H83D99B143CF241BEA8BE8D007815EE59"><enum>(8)</enum><header display-inline="yes-display-inline">Priority flag state</header><text display-inline="yes-display-inline">The term <term>priority flag state</term> means a country selected in accordance with section 3552 (b)(3)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H82FE258CF570423985F97D8BC88B4A5C"><enum>(A)</enum><text display-inline="yes-display-inline">whereby the flagged vessels of which actively engage in, knowingly profit from, or are complicit in IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6E104C3CFD434BE3B9E1D310E6B8422D"><enum>(B)</enum><text display-inline="yes-display-inline">that is willing, but lacks the capacity, to monitor or take effective enforcement action against its fleet.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51DB6E47AD744DD7BB193534EC817298"><enum>(9)</enum><header display-inline="yes-display-inline">Priority region</header><text display-inline="yes-display-inline">The term <term>priority region</term> means a region selected in accordance with section 3552 (b)(2)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2ED162C490FA4885A40D91C90929A6A1"><enum>(A)</enum><text display-inline="yes-display-inline">that is at high risk for IUU fishing activity or the entry of illegally caught seafood into the markets of countries in the region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA8EAF0EA22A481FA90DE5AD74A58AA8"><enum>(B)</enum><text display-inline="yes-display-inline">in which countries lack the capacity to fully address the illegal activity described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H003F2FF2690F46808B0049BEF7B812FB"><enum>(10)</enum><header display-inline="yes-display-inline">Regional fisheries management organization</header><text display-inline="yes-display-inline">The term <term>Regional Fisheries Management Organization</term> means an intergovernmental fisheries organization or arrangement, as appropriate, that has the competence to establish conservation and management measures.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBAD3F39FDB2441F8B428FAAD17B19E1D"><enum>(11)</enum><header display-inline="yes-display-inline">Seafood</header><text display-inline="yes-display-inline">The term <term>seafood</term>â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H8DA650923EB242849200CB3D9D4BB4FD"><enum>(A)</enum><text display-inline="yes-display-inline">means marine finfish, mollusks, crustaceans, and all other forms of marine animal and plant life, including those grown, produced, or reared through marine aquaculture operations or techniques; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H29FE3A45D5764A46ACFC61E7583704B7"><enum>(B)</enum><text display-inline="yes-display-inline">does not include marine mammals, turtles, or birds.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAC5057296C6D498DB4996ACD069C880D"><enum>(12)</enum><header display-inline="yes-display-inline">Transnational organized illegal activity</header><text display-inline="yes-display-inline">The term <term>transnational organized illegal activity</term> means criminal activity conducted by self-perpetuating associations of individuals who operate transnationally for the purpose of obtaining power, influence, or monetary or commercial gains, wholly or in part by illegal means, while protecting their activities through a pattern of corruption or violence or through a transnational organizational structure and the exploitation of transnational commerce or communication mechanisms.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H429EA03D147F4CC59DDFD7C5ABFF576C"><enum>(13)</enum><header display-inline="yes-display-inline">Transshipment</header><text display-inline="yes-display-inline">The term <term>transshipment</term> means the use of refrigerated vessels thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1B7FC03F34474360AB1414EBEC505F61"><enum>(A)</enum><text display-inline="yes-display-inline">collect catch from multiple fishing boats;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7EF945FC669042BFBEF0D564353D3226"><enum>(B)</enum><text display-inline="yes-display-inline">carry the accumulated catches back to port; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H10A6B26CEAE84398AC9956644E00BFB4"><enum>(C)</enum><text display-inline="yes-display-inline">deliver supplies to fishing boats, which allows fishing vessels to remain at sea for extended periods without coming into port.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H57F48048E9964F27AD4F56F822D0CCB0" section-type="subsequent-section"><enum>3533.</enum><header display-inline="yes-display-inline">Purposes</header><text display-inline="no-display-inline">The purposes of this subtitle areâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H78070281C9784F7BB711F66BF590ED1F"><enum>(1)</enum><text display-inline="yes-display-inline">to support a whole-of-government approach across the Federal Government to counter IUU fishing and related threats to maritime security;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC4AEEE997FC04096B32B3BFA1A1DE9B1"><enum>(2)</enum><text display-inline="yes-display-inline">to improve data sharing that enhances surveillance, enforcement, and prosecution against IUU fishing and related activities at a global level;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H81C218039D8945C29183A7489AC20B58"><enum>(3)</enum><text display-inline="yes-display-inline">to support coordination and collaboration to counter IUU fishing within priority regions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC80C23AC70CC4B6E805653B18A5B4923"><enum>(4)</enum><text display-inline="yes-display-inline">to increase and improve global transparency and traceability across the seafood supply chain asâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H55D61E505D794C8F99FAAB433D74BA2D"><enum>(A)</enum><text display-inline="yes-

display-inline">a deterrent to IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA4F52DBB9324434A48D5C6ED6D1AD65"><enum>(B)</enum><text display-inline="yes-display-inline">a tool for strengthening fisheries management and food security;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD159BEC48A5E43BEA99CEFE7281EDCB6"><enum>(5)</enum><text display-inline="yes-display-inline">to improve global enforcement operations against IUU fishing through a whole-of-government approach by the United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFD81146E56DD457D876182EF485CA57C"><enum>(6)</enum><text display-inline="yes-display-inline">to prevent the use of IUU fishing as a financing source for transnational organized groups that undermine United States and global security interests.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H8B33BE091AE442469F798240642340F0" section-type="subsequent-section"><enum>3534.</enum><header display-inline="yes-display-inline">Statement of policy</header><text display-inline="no-display-inline">It is the policy of the United Statesâ€•</text>

<paragraph commented="no" display-inline="no-display-inline" id="H32C24AC944654D52ACFC2D088FB131EC"><enum>(1)</enum><text display-inline="yes-display-inline">to take action to curtail the global trade in seafood and seafood products derived from IUU fishing, including its links to forced labor and transnational organized illegal activity;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5352DE3A04284A07B325986A2CC1B112"><enum>(2)</enum><text display-inline="yes-display-inline">to develop holistic diplomatic, military, law enforcement, economic, and capacity-building tools to counter IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7899E070F3B34775AC6163C4EB7C7A9A"><enum>(3)</enum><text display-inline="yes-display-inline">to provide technical assistance to countries in priority regions and priority flag states to combat IUU fishing, including assistanceâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE629AC108E4B4F8FAD077CFF7669D904"><enum>(A)</enum><text display-inline="yes-display-inline">to increase local, national, and regional level capacities to counter IUU fishing through the engagement of law enforcement and security forces;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDE7C214CC84A4735A4D714C63AB21996"><enum>(B)</enum><text display-inline="yes-display-inline">to enhance port capacity and security, including by supporting other countries in working toward the adoption and implementation of the Port State Measures Agreement;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8E9FB241CFD54A38B384D2F459A3CC78"><enum>(C)</enum><text display-inline="yes-display-inline">to combat corruption and increase transparency and traceability in fisheries management and trade;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H904A9C1B274E469CA4137F0A4E1EC9B2"><enum>(D)</enum><text display-inline="yes-display-inline">to enhance information sharing within and across governments and multilateral organizations through the development and use of agreed standards for information sharing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA1EE779B2E2344268E6D4335B80D6816"><enum>(E)</enum><text display-inline="yes-display-inline">to support effective, science-based fisheries management regimes that promote legal and safe fisheries and act as a deterrent to IUU fishing;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF090412E7B0E4D23B6936DF60D70FE1E"><enum>(4)</enum><text display-inline="yes-

display-inline">to promote global maritime security through improved capacity and technological assistance to support improved maritime domain awareness;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1E7ABD8ADDCA48E09C59838888161376"><enum>(5)</enum><text display-inline="yes-display-inline">to engage with priority flag states to encourage the use of high quality vessel tracking technologies where existing enforcement tools are lacking;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H68AF2181C366422586E1D2CF1676FE89"><enum>(6)</enum><text display-inline="yes-display-inline">to engage with multilateral organizations working on fisheries issues, including Regional Fisheries Management Organizations and the Food and Agriculture Organization of the United Nations, to combat and deter IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC875BAB2CE084F96AFF7BD50DD87CB51"><enum>(7)</enum><text display-inline="yes-display-inline">to advance information sharing across governments and multilateral organizations in areas that cross multiple jurisdictions, through the development and use of an agreed standard for information sharing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H62F194643D93459D8E0CCF40B3BD301C"><enum>(8)</enum><text display-inline="yes-display-inline">to continue to use existing and future trade agreements to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H38292513FABF425DA55C6BB95BCD8E01"><enum>(9)</enum><text display-inline="yes-display-inline">to employ appropriate assets and resources of the United States Government in a coordinated manner to disrupt the illicit networks involved in IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCE4FF4C9B87E486EA640DBE00CE7C5EE"><enum>(10)</enum><text display-inline="yes-display-inline">to continue to declassify and make available, as appropriate and practicable, technologies developed by the United States Government that can be used to help counter IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEC92843F10534146B01760B98D5A015E"><enum>(11)</enum><text display-inline="yes-display-inline">to recognize the ties of IUU fishing to transnational organized illegal activity, including human trafficking and illegal trade in narcotics and arms, and as applicable, to focus on illicit activity in a coordinated, cross-cutting manner;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H00424230ED1144919E7FF61A93BF6AF0"><enum>(12)</enum><text display-inline="yes-display-inline">to recognize and respond to poor working conditions, labor abuses, and other violent crimes in the fishing industry;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3CF5D666325542979D66546BDBEAF087"><enum>(13)</enum><text display-inline="yes-display-inline">to increase and improve global transparency and traceability along the seafood supply chain asâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H655074FA730C4C48A4C522179325D1BE"><enum>(A)</enum><text display-inline="yes-display-inline">a deterrent to IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H969D93138CDC4973AF7E2BD5C935F13D"><enum>(B)</enum><text display-inline="yes-display-inline">an approach for strengthening fisheries management and food security; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAA619BA3EBB24BBBA7BDC2C610501AF0"><enum>(14)</enum><text display-inline="yes-display-inline">to promote technological investment and innovation to combat IUU fishing.</text></paragraph></section>

<part commented="no" id="HD94C1803F2534D3A840BE53F8C708EA8" level-type="subsequent"

style="OLC"><enum>I</enum><header display-inline="yes-display-inline">Programs to combat IUU fishing and increase maritime security</header>

<section commented="no" display-inline="no-display-inline" id="HBD869EC839D24E68B07B4FC15D9DEA96" section-type="subsequent-section"><enum>3541.</enum><header display-inline="yes-display-inline">Coordination with international organizations</header><text display-inline="no-display-inline">The Secretary of State, in consultation with the Secretary of Commerce, shall coordinate with Regional Fisheries Management Organizations and the Food and Agriculture Organization of the United Nations, and may coordinate with other relevant international governmental or nongovernmental organizations, or the private sector, as appropriate, to enhance regional responses to IUU fishing and related transnational organized illegal activities.</text></section>

<section commented="no" display-inline="no-display-inline" id="HBCBB8F3974DE4A14B3A18065BFD34780" section-type="subsequent-section"><enum>3542.</enum><header display-inline="yes-display-inline">Engagement of diplomatic missions of the United States</header><text display-inline="no-display-inline">Not later than 1 year after the date of the enactment of this title, each chief of mission (as defined in section 102 of the Foreign Service Act of 1980 (22 U.S.C. 3902)) to a relevant country in a priority region or to a priority flag state may, if the Secretary of State determines such action is appropriateâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9E51FC03769C46179B1A19AB546FA51D"><enum>(1)</enum><text display-inline="yes-display-inline">convene a working group, led by Department of State officials, to examine IUU fishing, which may include stakeholders such asâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1F1E2B67E3804854A2014787AD0FDE57"><enum>(A)</enum><text display-inline="yes-display-inline">United States officials from relevant agencies participating in the interagency Working Group identified in section 3551, foreign officials, nongovernmental organizations, the private sector, and representatives of local fishermen in the region; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H23B997D8335D4E31BEE97CE1FCFC92C0"><enum>(B)</enum><text display-inline="yes-display-inline">experts on IUU fishing, law enforcement, criminal justice, transnational organized illegal activity, defense, intelligence, vessel movement monitoring, and international development operating in or with knowledge of the region; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCA28300CC2F44CE29BF8A3B1C31BDFAC"><enum>(2)</enum><text display-inline="yes-display-inline">designate a counter-IUU Fishing Coordinator from among existing personnel at the mission if the chief of mission determines such action is appropriate.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H97DA4A3679884E32A57C37D9C6A971E7" section-type="subsequent-section"><enum>3543.</enum><header display-inline="yes-display-inline">Assistance by Federal agencies to improve law enforcement within priority regions and priority flag states</header>

<subsection commented="no" display-inline="no-display-inline" id="HAF69205175B6495BAFA37110483653F9"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of State, in consultation with the Secretary of Commerce and the Commandant of the Coast Guard when the Coast Guard is not operating as a service in the Department of the Navy, as well as any other relevant department or agency, shall provide assistance, as appropriate, in accordance with this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H34B52A170433443EA94EF9C72C10EB38"><enum>(b)</enum><header display-inline="yes-display-inline">Law enforcement training and coordination activities</header><text display-inline="yes-display-inline">The officials referred to in subsection (a) shall evaluate opportunities to provide assistance, as appropriate, to countries in priority regions and priority flag states to improve the effectiveness of IUU fishing enforcement, with clear and measurable targets and indicators of success,

includingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF384A58E0E504E6E8E7AD79F743EA2E4"><enum>(1)</enum><text display-inline="yes-display-inline">by assessing and using existing resources, enforcement tools, and legal authorities to coordinate efforts to combat IUU fishing with efforts to combat other illegal trade, including weapons, drugs, and human trafficking;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFE1C4A5EC7E948BBAAD4FE38FD1BD8DD"><enum>(2)</enum><text display-inline="yes-display-inline">by expanding existing IUU fishing enforcement training;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H648C009A3B2149E48FA0A31292A56C5C"><enum>(3)</enum><text display-inline="yes-display-inline">by providing targeted, country- and region-specific training on combating IUU fishing, including in those countries that have not adopted the Port State Measures Agreement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB61F3B622FA8456CB2405705D4C800B5"><enum>(4)</enum><text display-inline="yes-display-inline">by supporting increased effectiveness and transparency of the fisheries enforcement sectors of the governments of such countries; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H69388BA34BAA4D7C833FF4CC3B2E8021"><enum>(5)</enum><text display-inline="yes-display-inline">by supporting increased outreach to stakeholders in the affected communities as key partners in combating and prosecuting IUU fishing.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0FD096E6CF31491087480E3813D438CE"><enum>(c)</enum><header display-inline="yes-display-inline">Implementation of port State measures</header><text display-inline="yes-display-inline">The officials referred to in subsection (a) shall evaluate opportunities to provide assistance, as appropriate, to countries in priority regions and priority flag states to help those states implement programs related to port security and capacity for the purposes of preventing IUU fishing products from entering the global seafood market, including by supporting other countries in working toward the adoption and implementation of the Port State Measures Agreement.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H271AB8CBA43E4BB0B24E5C6C1250238F"><enum>(d)</enum><header display-inline="yes-display-inline">Capacity building for investigations and prosecutions</header><text display-inline="yes-display-inline">The officials referred to in subsection (a), in collaboration with the governments of countries in priority regions and of priority flag states, shall evaluate opportunities to assist those countries in designing and implementing programs in such countries, as appropriate, to increase the capacity of IUU fishing enforcement and customs and border security officers to improve their abilityâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H82FE539723184369AA6DDFE418A2FA0C"><enum>(1)</enum><text display-inline="yes-display-inline">to conduct effective investigations, including using law enforcement techniques such as undercover investigations and the development of informer networks and actionable intelligence;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H720CF865977A461683FE42B23D71F3EC"><enum>(2)</enum><text display-inline="yes-display-inline">to conduct vessel boardings and inspections at sea and associated enforcement actions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H68E14F732C724D898C66D321F78765A0"><enum>(3)</enum><text display-inline="yes-display-inline">to exercise existing shiprider agreements and to enter into and implement new shiprider agreements, as appropriate, including in those countries that have not adopted the Port State Measures Agreement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDC87929851B9479894DD8DD44D82F9BA"><enum>(4)</enum><text display-inline="yes-

display-inline">to conduct vessel inspections at port and associated enforcement actions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H349314736D1849EEAF8FC59006B6BAE2"><enum>(5)</enum><text display-inline="yes-display-inline">to assess technology needs and promote the use of technology to improve monitoring, enforcement, and prosecution of IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD540107FA42D4CA2AAC9A8E13FF46A9A"><enum>(6)</enum><text display-inline="yes-display-inline">to conduct DNA-based and forensic identification of seafood used in trade;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H10DF754CE99243F385D66E94D903A3D8"><enum>(7)</enum><text display-inline="yes-display-inline">to conduct training on techniques, such as collecting electronic evidence and using computer forensics, for law enforcement personnel involved in complex investigations related to international matters, financial issues, and government corruption that include IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDC65E53EF91E478A8F24C880CA29D9BF"><enum>(8)</enum><text display-inline="yes-display-inline">to assess financial flows and the use of financial institutions to launder profits related to IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H45162E7264824ACAAE621191904B917B"><enum>(9)</enum><text display-inline="yes-display-inline">to conduct training on the legal mechanisms that can be used to prosecute those identified in the investigations as alleged perpetrators of IUU fishing and other associated crimes such as trafficking and forced labor; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7193FB065B6E4C519610041E54937B94"><enum>(10)</enum><text display-inline="yes-display-inline">to conduct training to raise awareness of the use of whistleblower information and ways to incentivize whistleblowers to come forward with original information related to IUU fishing.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H03AB6D0197CB4123AF269A27B38D2B96"><enum>(e)</enum><header display-inline="yes-display-inline">Capacity building for information sharing</header><text display-inline="yes-display-inline">The officials referred to in subsection (a) shall evaluate opportunities to provide assistance, as appropriate, to key countries in priority regions and priority flag states in the form of training, equipment, and systems development to build capacity for information sharing related to maritime enforcement and port security.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB8EDA12D0DC54D6C9404275C4E8585A9"><enum>(f)</enum><header display-inline="yes-display-inline">Coordination with other relevant agencies</header><text display-inline="yes-display-inline">The Secretary of State shall coordinate, as appropriate, with the Secretary of Commerce, the Commandant of the Coast Guard when the Coast Guard is not operating as a service in the Department of the Navy, and with other relevant Federal agencies in accordance with this section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H7048BF4F447D4697860DE537AEB7852C" section-type="subsequent-section"><enum>3544.</enum><header display-inline="yes-display-inline">Expansion of existing mechanisms to combat IUU fishing</header>

<subsection id="H62CB8A7515DE4EE39C20DD645E498B56"><enum>(a)</enum><header>Mechanisms to combat IUU fishing</header><text>The Secretary of State, the Administrator of the United States Agency for International Development, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Defense, the Secretary of Commerce, the Attorney General, and the heads of other appropriate Federal agencies shall assess opportunities to combat IUU fishing by expanding, as appropriate, the use of the following mechanisms:</text>

<paragraph commented="no" display-inline="no-display-inline"

id="HF2C9EB169CE04C6494E13EBDDF4317C4"><enum>(1)</enum><text display-inline="yes-display-inline">Including counter-IUU fishing in existing shiprider agreements in which the United States is a party.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H45DCEB5210634161AF414E0B0A8BC6DD"><enum>(2)</enum><text display-inline="yes-display-inline">Entering into shiprider agreements that include counter-IUU fishing with priority flag states and countries in priority regions with which the United States does not already have such an agreement.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2110C6932A014F3BB92DD500A51CF9EC"><enum>(3)</enum><text display-inline="yes-display-inline">Including counter-IUU fishing as part of the mission of the Combined Maritime Forces.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H997EBFEF8A1649B1883B0177FA195BA9"><enum>(4)</enum><text display-inline="yes-display-inline">Including counter-IUU fishing exercises in the annual at-sea exercises conducted by the Department of Defense, in coordination with the United States Coast Guard.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF3954262C2F0479AB2C929B3B0EF73F4"><enum>(5)</enum><text display-inline="yes-display-inline">Creating partnerships similar to the Oceania Maritime Security Initiative and the Africa Maritime Law Enforcement Partnership in other priority regions.</text></paragraph></subsection>

<subsection id="H95DB7FAC75EF4C53A1F0556A516D7F80"><enum>(b)</enum><header>Information sharing</header><text>The Director of National Intelligence, in conjunction with other agencies, as appropriate, shall develop an enterprise approach to appropriately share information and data within the United States Government or with other countries or nongovernmental organizations, or the private sector, as appropriate, on IUU fishing and other connected transnational organized illegal activity occurring in priority regions and elsewhere, including big data analytics and machine learning.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6E0B43E7474D4BA29A9DB0ED8D773F84" section-type="subsequent-section"><enum>3545.</enum><header display-inline="yes-display-inline">Improvement of transparency and traceability programs</header><text display-inline="no-display-inline">The Secretary of State, the Administrator of the United States Agency for International Development, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Commerce, and the heads of other Federal agencies, if merited, shall work, as appropriate, with priority flag states and key countries in priority regionsâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H92A986E4275645B1BCC3F4E456DA25E4"><enum>(1)</enum><text display-inline="yes-display-inline">to increase knowledge within such countries about the United States transparency and traceability standards for imports of seafood and seafood products;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9E6980913E8D4C2D815DF2E9AB946305"><enum>(2)</enum><text display-inline="yes-display-inline">to improve the capacity of seafood industries within such countries through information sharing and training to meet the requirements of transparency and traceability standards for seafood and seafood product imports, including catch documentation and trade tracking programs adopted by relevant regional fisheries management organizations; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HED4F4A4469BB49A6A88FBC1783E5EDA0"><enum>(3)</enum><text display-inline="yes-display-inline">to improve the capacities of government, industry, and civil society groups to develop and implement comprehensive traceability systems thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1D487E628E384E49AA95267113D095B4"><enum>(A)</enum><text display-inline="yes-display-inline">deter IUU fishing;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB428F1FC0B5144D18437678CFE1925E0"><enum>(B)</enum><text display-inline="yes-display-inline">strengthen fisheries management; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1C7615FF96E84EB09FFDE9012647EFEB"><enum>(C)</enum><text display-inline="yes-display-inline">enhance maritime domain awareness.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H85B77DC772FA4C0F877A774CF1A7942D" section-type="subsequent-section"><enum>3546.</enum><header display-inline="yes-display-inline">Technology programs</header><text display-inline="no-display-inline">The Secretary of State, the Administrator of the United States Agency for International Development, the Secretary of the Department in which the Coast Guard is operating when it is not operating as a service in the Department of the Navy, the Secretary of Defense, the Secretary of Commerce, and the heads of other Federal agencies, if merited, shall pursue programs, as appropriate, to expand the role of technology for combating IUU fishing, including byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6C0711D5455342898531C49B82A218B8"><enum>(1)</enum><text display-inline="yes-display-inline">promoting the use of technology to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7F130FB5907547FA9E05294B822233E2"><enum>(2)</enum><text display-inline="yes-display-inline">assessing the technology needs, including vessel tracking technologies and data sharing, in priority regions and priority flag states;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H07ADBE306F764818B38D1C34732E93BF"><enum>(3)</enum><text display-inline="yes-display-inline">engaging with priority flag states to encourage the mandated use of vessel tracking technologies, including vessel monitoring systems, AIS, or other vessel movement monitoring technologies on fishing vessels and transshipment vessels at all times, as appropriate, while at sea as a means to identify IUU fishing activities and the shipment of illegally caught fish products; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H957AFD1691E44F629C0E64642C54C0AD"><enum>(4)</enum><text display-inline="yes-display-inline">building partnerships with the private sector, including universities, nonprofit research organizations, the seafood industry, and the technology, transportation and logistics sectors, to leverage new and existing technologies and data analytics to address IUU fishing.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H79B1394500B74E70AA1D64D3DEB71817" section-type="subsequent-section"><enum>3547.</enum><header display-inline="yes-display-inline">Savings clause</header><text display-inline="no-display-inline">No provision of section 3532 or of this part shall impose, or be interpreted to impose, any duty, responsibility, requirement, or obligation on the Department of Defense, the Department of the Navy, the United States Coast Guard when operating as a service in the Department of Homeland Security, or any official or component of either.</text></section></part>

<part commented="no" id="H59E9E0BD9AC44846AB2952BC151F87FD" level-type="subsequent" style="OLC"><enum>II</enum><header display-inline="yes-display-inline">Establishment of interagency working group on IUU fishing</header>

<section commented="no" display-inline="no-display-inline" id="HC3728AABF2E649A7B8E2FE3110038405" section-type="subsequent-section"><enum>3551.</enum><header display-inline="yes-display-inline">Interagency Working Group on IUU Fishing</header>

<subsection commented="no" display-inline="no-display-inline" id="H8841CF826AF042E99F968362ED4866E1"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There is established a collaborative interagency working group on maritime security and IUU fishing (referred to in this subtitle as the <quote>Working Group</quote>).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H136EE53CA3534186B10631049E1D4BE4"><enum>(b)</enum><header display-inline="yes-display-inline">Members</header><text display-inline="yes-display-inline">The members of the Working Group shall be composed ofâ€"</text>

<paragraph id="HF7C61F750B2F454AAB13F226C0CAE561"><enum>(1)</enum><text>1 chair, who shall rotate between the Secretary of the Department in which the Coast Guard is operating, acting through the Commandant of the Coast Guard, the Secretary of State, and the National Oceanographic and Atmospheric Administration, acting through the Administrator, on a 3-year term;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H976F963A915944EE8A8591EE51F80C0C"><enum>(2)</enum><text display-inline="yes-display-inline">2 deputy chairs, who shall be appointed by their respective agency heads and shall be from a different Department than that of the chair, fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D4E3164FAE54866BF3F1873C8522185"><enum>(A)</enum><text display-inline="yes-display-inline">the Coast Guard;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H06C117EB3C324D499B2ADBF9875B8910"><enum>(B)</enum><text display-inline="yes-display-inline">the Department of State; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H92BE7D55E8FE4881B2784C9E92BFC48F"><enum>(C)</enum><text display-inline="yes-display-inline">the National Oceanic and Atmospheric Administration;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF6BE4591E8B0441A982D3B419A1180F5"><enum>(3)</enum><text display-inline="yes-display-inline">12 members, who shall be appointed by their respective agency heads, fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HFA50CB27431E46778CAC790D84794864"><enum>(A)</enum><text display-inline="yes-display-inline">the Department of Defense;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H679404839AF044ECAE3083EB4A33461C"><enum>(B)</enum><text display-inline="yes-display-inline">the United States Navy;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H48CF008C31CB4EA7B06691866F40559E"><enum>(C)</enum><text display-inline="yes-display-inline">the United States Agency for International Development;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H57792A9F2284418D94A08543BFBBDC8E"><enum>(D)</enum><text display-inline="yes-display-inline">the United States Fish and Wildlife Service;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FB931637BDD48F9ACF0FE5185C3D608"><enum>(E)</enum><text display-inline="yes-display-inline">the Department of Justice;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H747E36B338B04729A6F9688FA5CAA7A0"><enum>(F)</enum><text display-inline="yes-display-inline">the Department of the Treasury;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE38BCFD6890F42B5932A9D1822837D35"><enum>(G)</enum><text display-inline="yes-display-inline">U.S. Customs and Border Protection;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H860C79FF0D2C4DF193195F1E93FBB806"><enum>(H)</enum><text display-inline="yes-display-inline">U.S. Immigration and Customs Enforcement;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H157485BBE0714055B694D77C1877310D"><enum>(I)</enum><text display-inline="yes-display-inline">the Federal Trade Commission;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="HE872E49208504AE5B5960E93F6E62229"><enum>(J)</enum><text display-inline="yes-display-inline">the Department of Agriculture;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H345CA73E77D345D29C6CD6433B70D970"><enum>(K)</enum><text display-inline="yes-display-inline">the Food and Drug Administration; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8E8213A669F744FBAAA2798BE4653360"><enum>(L)</enum><text display-inline="yes-display-inline">the Department of Labor;</text></subparagraph></paragraph>

<paragraph commented="no" id="H3F593B7A118C48E88DCEE44EC5AF9C70"><enum>(4)</enum><text>1 or more members from the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)), who shall be appointed by the Director of National Intelligence; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H300810D245264869BA774485F4B79983"><enum>(5)</enum><text display-inline="yes-display-inline">5 members, who shall be appointed by the President, fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9275DBDBBFDC4F79AE924F2CF9A1A10A"><enum>(A)</enum><text display-inline="yes-display-inline">the National Security Council;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4B41EE357DE64318BBB654DDC42BC9E4"><enum>(B)</enum><text display-inline="yes-display-inline">the Council on Environmental Quality;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H553613B7216A47118988FB32B1C11F7C"><enum>(C)</enum><text display-inline="yes-display-inline">the Office of Management and Budget;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD8AB49133FA44340B80BA2C9C36C83BA"><enum>(D)</enum><text display-inline="yes-display-inline">the Office of Science and Technology Policy; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FD0A20B190749608E1D55D04E7C9010"><enum>(E)</enum><text display-inline="yes-display-inline">the Office of the United States Trade Representative.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF89A029728624F1491CD6426E94AB42D"><enum>(c)</enum><header display-inline="yes-display-inline">Responsibilities</header><text display-inline="yes-display-inline">The Working Group shall ensure an integrated, Federal Government-wide response to IUU fishing globally, including byâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H7C4D7640C2B147F5931EAD8FB0CF9EBB"><enum>(1)</enum><text display-inline="yes-display-inline">improving the coordination of Federal agencies to identify, interdict, investigate, prosecute, and dismantle IUU fishing operations and organizations perpetrating and knowingly benefitting from IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4C90E1C075474E088C428EB05B7684F5"><enum>(2)</enum><text display-inline="yes-display-inline">assessing areas for increased interagency information sharing on matters related to IUU fishing and related crimes;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9328D6833BDC470588947C17DE4F932F"><enum>(3)</enum><text display-inline="yes-display-inline">establishing standards for information sharing related to maritime enforcement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H95F6912DAA3E4534B1B3FB395282285F"><enum>(4)</enum><text display-inline="yes-display-inline">developing a strategy to determine how military assets and intelligence can contribute to enforcement strategies to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H24251C73CA7941AD89408868EEF1FA6F"><enum>(5)</enum><text display-inline="yes-

display-inline">increasing maritime domain awareness relating to IUU fishing and related crimes and developing a strategy to leverage awareness for enhanced enforcement and prosecution actions against IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H178AE51C774A48F299F3EA6DC449B74A"><enum>(6)</enum><text display-inline="yes-display-inline">supporting the adoption and implementation of the Port State Measures Agreement in relevant countries and assessing the capacity and training needs in such countries;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF7F6A24F7D7D47CFA2D801CA5D177CF4"><enum>(7)</enum><text display-inline="yes-display-inline">outlining a strategy to coordinate, increase, and use shiprider agreements between the Department of Defense or the Coast Guard and relevant countries;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBD04A45B664541B68ADCD57AFC8F9B73"><enum>(8)</enum><text display-inline="yes-display-inline">enhancing cooperation with partner governments to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5A1C659E82504AA1A29514AEEE0DF703"><enum>(9)</enum><text display-inline="yes-display-inline">identifying opportunities for increased information sharing between Federal agencies and partner governments working to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1A2EF72E9E4A41EB95EC8AB2208D85E6"><enum>(10)</enum><text display-inline="yes-display-inline">consulting and coordinating with the seafood industry and nongovernmental stakeholders that work to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H714E240CD3C948C8A1116CA13D5CCB42"><enum>(11)</enum><text display-inline="yes-display-inline">supporting the work of collaborative international initiatives to make available certified data from state authorities about vessel and vessel-related activities related to IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4F68A4B2EAB14DADB0F9EBDAF9BD7556"><enum>(12)</enum><text display-inline="yes-display-inline">supporting the identification and certification procedures to address IUU fishing in accordance with the High Seas Driftnet Fishing Moratorium Protection Act (16 U.S.C. 1826d et seq.); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H804F4180D72E4ECFBF09D4DAB041CB06"><enum>(13)</enum><text display-inline="yes-display-inline">publishing annual reports summarizing nonsensitive information about the Working Groupâ€™s efforts to investigate, enforce, and prosecute groups and individuals engaging in IUU fishing.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H4B65800BF09E4705994E1F563CCE7D5A" section-type="subsequent-section"><enum>3552.</enum><header display-inline="yes-display-inline">Strategic plan</header>

<subsection id="H06025E7F157C4BA4986A36A71EBE78EB"><enum>(a)</enum><header>Strategic plan</header><text>Not later than 2 years after the date of the enactment of this title, the Working Group, after consultation with the relevant stakeholders, shall submit to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Foreign Relations of the Senate, the Committee on Appropriations of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, the Committee on Natural Resources of the House of Representatives, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Appropriations of the House of Representatives a 5-year integrated strategic plan on combating IUU fishing and enhancing maritime security, including specific strategies with monitoring benchmarks for addressing IUU fishing in priority regions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H98BEE408026047DA8AB0551FB66C0F3C"><enum>(b)</enum><header display-inline="yes-

display-inline">Identification of priority regions and priority flag states</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2C4357427DEC4887A85765D0BEC5A9C6"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The strategic plan submitted under subsection (a) shall identify priority regions and priority flag states to be the focus of assistance coordinated by the Working Group under section 3551.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2DD020C5073E413BAAF5BB5E0A14533D"><enum>(2)</enum><header display-inline="yes-display-inline">Priority region selection criteria</header><text display-inline="yes-display-inline">In selecting priority regions under paragraph (1), the Working Group shall select regions thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H211B1764C9644CA988097396CE7B9875"><enum>(A)</enum><text display-inline="yes-display-inline">are at high risk for IUU fishing activity or the entry of illegally caught seafood into their markets; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H10DF7C5CDF2E4679914910B8856030AE"><enum>(B)</enum><text display-inline="yes-display-inline">lack the capacity to fully address the issues described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF0EF60B5383D4E4981C0328622C00BF7"><enum>(3)</enum><header display-inline="yes-display-inline">Priority flag states selection criteria</header><text display-inline="yes-display-inline">In selecting priority flag states under paragraph (1), the Working Group shall select countriesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9F3B066998F44BBF9E27F4A34FB5A36C"><enum>(A)</enum><text display-inline="yes-display-inline">the flagged vessels of which actively engage in, knowingly profit from, or are complicit in IUU fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF76B263371234FA69C0B8376AA3DA3B4"><enum>(B)</enum><text display-inline="yes-display-inline">that lack the capacity to police their fleet.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H355E1B3697094500B4D23A3C64F14793" section-type="subsequent-section"><enum>3553.</enum><header display-inline="yes-display-inline">Reports</header><text display-inline="no-display-inline">Not later than 5 years after the submission of the 5-year integrated strategic plan under section 3552, and 5 years after, the Working Group shall submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Foreign Relations of the Senate, the Committee on Appropriations of the Senate, the Committee on the Judiciary of the Senate, the Select Committee on Intelligence of the Senate, the Committee on Agriculture, Nutrition, and Forestry of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, the Committee on Natural Resources of the House of Representatives, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Appropriations of the House of Representatives that containsâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H2A7EC447CFCE416A938157705A8428E5"><enum>(1)</enum><text display-inline="yes-display-inline">a summary of global and regional trends in IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H38B3E3655E7B41FDB303A620D48009F9"><enum>(2)</enum><text display-inline="yes-display-inline">an assessment of the extent of the convergence between transnational organized illegal activity, including human trafficking and forced labor, and IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H07CC2CA222C4411E93DA3B3614F7443C"><enum>(3)</enum><text display-inline="yes-display-inline">an assessment of the topics, data sources, and strategies that would

benefit from increased information sharing and recommendations regarding harmonization of data collection and sharing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5EEE099524034AF78ADD4C7DDEFF007A"><enum>(4)</enum><text display-inline="yes-display-inline">an assessment of assets, including military assets and intelligence, which can be used for either enforcement operations or strategies to combat IUU fishing;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC0C9508D1C9F482A92299403CAAC5A4A"><enum>(5)</enum><text display-inline="yes-display-inline">summaries of the situational threats with respect to IUU fishing in priority regions and an assessment of the capacity of countries within such regions to respond to those threats;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H51D945785DF64299B8019D7A66937C55"><enum>(6)</enum><text display-inline="yes-display-inline">an assessment of the progress of countries in priority regions in responding to those threats as a result of assistance by the United States pursuant to the strategic plan developed under section 3552, includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5A5581E0ECBE479B99BB914D3F88EB6A"><enum>(A)</enum><text display-inline="yes-display-inline">the identification ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H74AF2A2508994645BA82575792B25470"><enum>(i)</enum><text display-inline="yes-display-inline">relevant supply routes, ports of call, methods of landing and entering illegally caught product into legal supply chains, and financial institutions used in each country by participants engaging in IUU fishing; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H3ACF88E3314544149374E9747612F7FF"><enum>(ii)</enum><text display-inline="yes-display-inline">indicators of IUU fishing that are related to money laundering;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0141790B37FF4C0983C118DD6E4DAA5F"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the adherence to, or progress toward adoption of, international treaties related to IUU fishing, including the Port State Measures Agreement, by countries in priority regions;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H65C64DA743FF4FAEAC3B34B678280A36"><enum>(C)</enum><text display-inline="yes-display-inline">an assessment of the implementation by countries in priority regions of seafood traceability or capacity to apply traceability to verify the legality of catch and strengthen fisheries management;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H58EDC30AC432427C8E622B24958F4EC5"><enum>(D)</enum><text display-inline="yes-display-inline">an assessment of the capacity of countries in priority regions to implement shiprider agreements;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H05D8C843E4024C218DDAFF464B600473"><enum>(E)</enum><text display-inline="yes-display-inline">an assessment of the capacity of countries in priority regions to increase maritime domain awareness; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2BA2F5A1A0A046DFBE1D5F7AB900F1C4"><enum>(F)</enum><text display-inline="yes-display-inline">an assessment of the capacity of governments of relevant countries in priority regions to sustain the programs for which the United States has provided assistance under this subtitle;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA214E55E032E4D24ABF29F55B2B83D2B"><enum>(7)</enum><text display-inline="yes-display-inline">an assessment of the capacity of priority flag states to track the movement of and police their fleet, prevent their flagged vessels from engaging in IUU fishing, and enforce applicable laws and regulations; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline"

id="H612985CB7F2A4204A4CE3BB7390774FA"><enum>(8)</enum><text display-inline="yes-display-inline">an assessment of the extent of involvement in IUU fishing of organizations designated as foreign terrorist organizations under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189).</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HD72E3FB1544943D893957861A2ECD78F" section-type="subsequent-section"><enum>3554.</enum><header display-inline="yes-display-inline">Gulf of Mexico IUU Fishing Subworking Group</header>

<subsection commented="no" display-inline="no-display-inline" id="H989456915E2848A3A5C1D8DDCCE682E6"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this title, the Administrator of the National Oceanic and Atmospheric Administration, in coordination with the Commandant of the Coast Guard and the Secretary of State, shall establish a subworking group to address IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCBC46C7205B043F2A33C8C03B453B668"><enum>(b)</enum><header display-inline="yes-display-inline">Functions</header><text display-inline="yes-display-inline">The subworking group established under subsection (a) shall identifyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H85845EDDE35049D5B753E2C5D8E39CFC"><enum>(1)</enum><text display-inline="yes-display-inline">Federal actions taken and policies established during the 5-year period immediately preceding the date of the enactment of this title with respect to IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico, including such actions and policies related toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5A2E027096454742A1C52CA81A400389"><enum>(A)</enum><text display-inline="yes-display-inline">the surveillance, interdiction, and prosecution of any foreign nationals engaged in such fishing; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4D6F80803EE048D3950F117966296582"><enum>(B)</enum><text display-inline="yes-display-inline">the application of the provisions of the High Seas Driftnet Fishing Moratorium Protection Act (16 U.S.C. 1826d et seq.) to any relevant nation, including the status of any past or ongoing consultations and certification procedures;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8715DA76E5E1430A9ABA375C6CFEC6EA"><enum>(2)</enum><text display-inline="yes-display-inline">actions and policies, in addition to the actions and policies described in paragraph (1), each of the Federal agencies described in subsection (a) can take, using existing resources, to combat IUU fishing in the exclusive economic zone of the United States in the Gulf of Mexico; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H22A8A81905554EFAA208F0F342AF753B"><enum>(3)</enum><text display-inline="yes-display-inline">any additional authorities that could assist each such agency in more effectively addressing such IUU fishing.</text></paragraph></subsection>

<subsection id="HF5EAF75207BA46B7B9FC80CFC1C8CBAB"><enum>(c)</enum><header>Report</header><text>Not later than 1 year after the IUU Fishing Subworking Group is established under subsection (a), the group shall submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Transportation and Infrastructure of the House of Representatives, and the Committee on Natural Resources of the House of Representatives that containsâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H522FBDC5572C41079F1513276945CB48"><enum>(1)</enum><text display-inline="yes-display-inline">the findings identified pursuant to subsection (b); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD7D70A46931D42E181F15C38A97E4865"><enum>(2)</enum><text display-inline="yes-

display-inline">a timeline for each of the Federal agencies described in subsection (a) to implement each action or policy identified pursuant to subsection (b)(2).</text></paragraph></subsection></section></part>

<part commented="no" id="HFB4D8BF19A054F8DBF3D80CF4AD9FE25" level-type="subsequent" style="OLC"><enum>III</enum><header display-inline="yes-display-inline">Combating human trafficking in connection with the catching and processing of seafood products</header>

<section commented="no" display-inline="no-display-inline" id="H05B14ED6A589410B9D85FDF0D97E76A0" section-type="subsequent-section"><enum>3561.</enum><header display-inline="yes-display-inline">Finding</header><text display-inline="no-display-inline">Congress finds that human trafficking, including forced labor, is a pervasive problem in the catching and processing of certain seafood products imported into the United States, particularly seafood products obtained through illegal, unreported, and unregulated fishing.</text></section>

<section commented="no" display-inline="no-display-inline" id="HA540984A09E9452AA2C74DA3401D3162" section-type="subsequent-section"><enum>3562.</enum><header display-inline="yes-display-inline">Adding the Secretary of Commerce to the Interagency Task Force to Monitor and Combat Trafficking</header><text display-inline="no-display-inline">Section 105(b) of the Victims of Trafficking and Violence Protection Act of 2000 (22 U.S.C. 7103(b)) is amended by inserting <quote>the Secretary of Commerce,</quote> after <quote>the Secretary of Education,</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H9F09DE835161493D9A08EB855E707FB6" section-type="subsequent-section"><enum>3563.</enum><header display-inline="yes-display-inline">Human trafficking in the seafood supply chain report</header>

<subsection commented="no" display-inline="no-display-inline" id="HE32AAB31084445C4B3CD49E019E79A34"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this title, the Secretary of State and the Administrator of the National Oceanic and Atmospheric Administration shall jointly submit a report to the Committee on Commerce, Science, and Transportation of the Senate, the Committee on Foreign Relations of the Senate, the Committee on Appropriations of the Senate, the Committee on Natural Resources of the House of Representatives, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Appropriations of the House of Representatives that describes the existence of human trafficking, including forced labor, in the supply chains of seafood products imported into the United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0369A8637BF046889B6A7D2D0114DCA5"><enum>(b)</enum><header display-inline="yes-display-inline">Report elements</header><text display-inline="yes-display-inline">The report required under subsection (a) shall includeâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE0A8852E2A754962AB09831049DF5755"><enum>(1)</enum><text display-inline="yes-display-inline">a list of the countries at risk for human trafficking, including forced labor, in their seafood catching and processing industries, and an assessment of such risk for each listed country;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF4E5235486404BB69C37F4F15D890979"><enum>(2)</enum><text display-inline="yes-display-inline">a description of the quantity and economic value of seafood products imported into the United States from the countries on the list compiled pursuant to paragraph (1);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3BF122CBA04245B4B2B16F021A326256"><enum>(3)</enum><text display-inline="yes-display-inline">a description and assessment of the methods, if any, in the countries on the list compiled pursuant to paragraph (1) to trace and account for the manner in which seafood is caught;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE9E0A48027734B0CA8C4280E1842D2D7"><enum>(4)</enum><text display-inline="yes-display-inline">a description of domestic and international enforcement mechanisms to

deter illegal practices in the catching of seafood in the countries on the list compiled pursuant to paragraph (1); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE6C63BDB1C9B4ACB9DAB472DB56A07D3"><enum>(5)</enum><text display-inline="yes-display-inline">such recommendations as the Secretary of State and the Administrator of the National Oceanic and Atmospheric Administration jointly consider appropriate for administrative action to enhance and improve actions against human trafficking, including forced labor, in the catching and processing of seafood products outside of United States waters.</text></paragraph></subsection></section></part>

<part commented="no" id="H3A80A771DE4E4CECBF61676E87195D57" level-type="subsequent" style="OLC"><enum>IV</enum><header display-inline="yes-display-inline">Authorization of appropriations</header>

<section commented="no" display-inline="no-display-inline" id="H2F6BEFCD30D1479485D3742C050F343D" section-type="subsequent-section"><enum>3571.</enum><header display-inline="yes-display-inline">Authorization of appropriations</header>

<subsection commented="no" display-inline="no-display-inline" id="H68B0A32713324A1FBC57A329413BCFC2"><enum>(a)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">Amounts made available to carry out this subtitle shall be derived from amounts appropriated to the relevant agencies and departments.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBDBDF9A6D1904FC19351C432523FDF7C"><enum>(b)</enum><header display-inline="yes-display-inline">No increase in contributions</header><text display-inline="yes-display-inline">Nothing in this subtitle shall be construed to authorize an increase in required or voluntary contributions paid by the United States to any multilateral or international organization.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H2856C782E94A416CB225847AC91A0CCB" section-type="subsequent-section"><enum>3572.</enum><header display-inline="yes-display-inline">Accounting of funds</header><text display-inline="no-display-inline">By not later than 180 days after the date of enactment of this title, the head of each Federal agency receiving or allocating funds to carry out activities under this subtitle shall, to the greatest extent practicable, prepare and submit to Congress a report that provides an accounting of all funds made available under this subtitle to the Federal agency.</text></section></part></subtitle></title></division>

<division id="H53423323806142F8A9771E9B8AB0FA93"><enum>D</enum><header>Funding Tables</header>

<toc container-level="division-container" quoted-block="no-quoted-block" lowest-level="section" idref="H53423323806142F8A9771E9B8AB0FA93" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H5C7626138AAB418BA794B9C136728EBA" level="section">Sec.â€‚4001.â€‚Authorization of amounts in funding tables.</toc-entry>

<toc-entry idref="H3F34024D4E274241BBC2866C9F3F3ECE" level="title">Title XLIâ€"PROCUREMENT</toc-entry>

<toc-entry idref="HE2D0C790530B49D1A9FD3D6C0F57E632" level="section">Sec.â€‚4101.â€‚Procurement.</toc-entry>

<toc-entry idref="H58AE92D47F624F6C89DC7FA667412053" level="section">Sec.â€‚4102.â€‚Procurement for overseas contingency operations.</toc-entry>

<toc-entry idref="H9FE2E96A606D416DAE7F2482DBA0BD12" level="section">Sec.â€‚4103.â€‚Procurement for emergency requirements.</toc-entry>

<toc-entry idref="H59D796276A55425DAD85A8B7A15C4AF4" level="title">Title XLIIâ€"RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</toc-entry>

<toc-entry idref="H3A6FDD1331E841BC8BA6E44813C7309A" level="section">Sec.â€‚4201.â€‚Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H3C76793B607D4E76938BDAB33D1BA4F4" level="section">Sec.â€,4202.â€,Research, development, test, and evaluation for overseas contingency operations.</toc-entry>

<toc-entry idref="HAB5E367C08A44394843B975360A6043F" level="section">Sec.â€,4203.â€,Research, development, test, and evaluation for emergency requirements.</toc-entry>

<toc-entry idref="HFBE65473274543AAB0E95857410DA525" level="title">Title XLIIIâ€"OPERATION AND MAINTENANCE</toc-entry>

<toc-entry idref="H3EA3FD49B70349FB90E1DC84FC8B5D8D" level="section">Sec.â€,4301.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="H07A0507C2A464FA2B2339E6F7E2C0CAA" level="section">Sec.â€,4302.â€,Operation and maintenance for overseas contingency operations.</toc-entry>

<toc-entry idref="HE0737CA1375D4EE79161FC02969B1425" level="section">Sec.â€,4303.â€,Operation and maintenance for emergency requirements.</toc-entry>

<toc-entry idref="H78EFE90C43EA451586C920AFEC833DCC" level="title">Title XLIVâ€"MILITARY PERSONNEL</toc-entry>

<toc-entry idref="H615C2C871A2D4454AA30F79239777C6A" level="section">Sec.â€,4401.â€,Military personnel.</toc-entry>

<toc-entry idref="H8407E68101904344913017FFC2CE761C" level="section">Sec.â€,4402.â€,Military personnel for overseas contingency operations.</toc-entry>

<toc-entry idref="H3D4047D1ADA9471BB74183D189F4B6AC" level="title">Title XLVâ€"OTHER AUTHORIZATIONS</toc-entry>

<toc-entry idref="HD3115B22CF9E4DAEA64255215CD2ED60" level="section">Sec.â€,4501.â€,Other authorizations.</toc-entry>

<toc-entry idref="HB64BF282681944648EBE900D5AB6CBE6" level="section">Sec.â€,4502.â€,Other authorizations for overseas contingency operations.</toc-entry>

<toc-entry idref="H089CF242592B419DB4B26518825B5A7B" level="title">Title XLVIâ€"MILITARY CONSTRUCTION</toc-entry>

<toc-entry idref="H18EB71C0FBA145DE99254084B59C6865" level="section">Sec.â€,4601.â€,Military construction.</toc-entry>

<toc-entry idref="H2C37CDE9828C4FFEB15D3E42D82899BA" level="section">Sec.â€,4602.â€,Military construction for overseas contingency operations.</toc-entry>

<toc-entry idref="H3AE3D0782A59443FAB5198AE36B514F2" level="section">Sec.â€,4603.â€,Military construction for emergency requirements.</toc-entry>

<toc-entry idref="H673D6CFED7F04A8BBF04B586E26A7BD8" level="title">Title XLVIIâ€"DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</toc-entry>

<toc-entry idref="HB4F0A731D3214A369C1E2ABFE783608B" level="section">Sec.â€,4701.â€,Department of energy national security programs.</toc-entry> </toc>

<section id="H5C7626138AAB418BA794B9C136728EBA"><enum>4001.</enum><header>Authorization of amounts in funding tables</header>

<subsection id="HB30BCAAC3D9F4612AE9E430E08B03D1E"><enum>(a)</enum><header>In general</header><text>Whenever a funding table in this division specifies a dollar amount authorized for a project, program, or activity, the obligation and expenditure of the specified dollar amount for the project, program, or activity is hereby authorized, subject to the availability of appropriations.</text></subsection>

<subsection id="HFB2211C2ED9B41149B9A14B453FFFCE4"><enum>(b)</enum><header>Merit-based

decisions</header><text>A decision to commit, obligate, or expend funds with or to a specific entity on the basis of a dollar amount authorized pursuant to subsection (a) shallâ€"</text>

<paragraph id="HDAB317464960429281F346663CA1891A"><enum>(1)</enum><text>be based on merit-based selection procedures in accordance with the requirements of sections 2304(k) and 2374 of title 10, United States Code, or on competitive procedures; and</text></paragraph>

<paragraph id="H629EF7759DEF4C7696A64795008F936F"><enum>(2)</enum><text>comply with other applicable provisions of law.</text></paragraph></subsection>

<subsection id="H7052DD05BD0F416BA523DB14BCBA913E"><enum>(c)</enum><header>Relationship to transfer and programming authority</header><text>An amount specified in the funding tables in this division may be transferred or reprogrammed under a transfer or reprogramming authority provided by another provision of this Act or by other law. The transfer or reprogramming of an amount specified in such funding tables shall not count against a ceiling on such transfers or reprogrammings under section 1001 or section 1522 of this Act or any other provision of law, unless such transfer or reprogramming would move funds between appropriation accounts.</text></subsection>

<subsection id="HA8A1EEA98D874108A63D7080FB705BC1"><enum>(d)</enum><header>Applicability to classified annex</header><text>This section applies to any classified annex that accompanies this Act.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD92D1AAA3383437BB6005242FA2A3940"><enum>(e)</enum><header>Oral written communications</header><text>No oral or written communication concerning any amount specified in the funding tables in this division shall supersede the requirements of this section.</text></subsection></section>

<title id="H3F34024D4E274241BBC2866C9F3F3ECE"><enum> XLI</enum><header>PROCUREMENT</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H3F34024D4E274241BBC2866C9F3F3ECE" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HE2D0C790530B49D1A9FD3D6C0F57E632" level="section">Sec.â€,4101.â€,Procurement.</toc-entry>

<toc-entry idref="H58AE92D47F624F6C89DC7FA667412053" level="section">Sec.â€,4102.â€,Procurement for overseas contingency operations.</toc-entry>

<toc-entry idref="H9FE2E96A606D416DAE7F2482DBA0BD12" level="section">Sec.â€,4103.â€,Procurement for emergency requirements.</toc-entry> </toc>

<section id="HE2D0C790530B49D1A9FD3D6C0F57E632"><enum>4101.</enum><header>Procurement</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Procurement" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="7"><colspec align="center" coldef="txt-no-ldr-no-spread" colname="column1" colnum="0" colwidth="51pts" min-data-value="32"/><colspec coldef="txt" colname="column2" colnum="1" colwidth="277pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="110pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="11" colwidth="113pts" min-data-value="12"/><thead>

<row><entry colname="column1" nameend="column8" namest="column1"><bold>SEC. 4101. PROCUREMENT<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020

<linebreak/>Request</bold></entry><entry align="center" colname="column8" morerows="0" namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FIXED WING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">UTILITY F/W AIRCRAFT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"16,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">RQâ€"11 (RAVEN)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,510</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,420</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,090]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ROTARY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">TACTICAL UNMANNED AIRCRAFT SYSTEM (TUAS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">HELICOPTER, LIGHT UTILITY (LUH)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase for sustainment improvements</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"

rowsep="0">[11,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">AHâ€"64 APACHE BLOCK IIIA REMAN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">806,849</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">798,785</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,064]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">AHâ€"64 APACHE BLOCK IIIA REMAN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">190,870</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">190,870</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">UHâ€"60 BLACKHAWK M MODEL (MYP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,411,540</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,397,740</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">UHâ€"60 BLACKHAWK M MODEL (MYP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">79,572</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">79,572</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">UHâ€"60 BLACK HAWK L AND V MODELS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">169,290</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">169,290</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">CHâ€"47 HELICOPTER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">140,290</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">131,290</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">CHâ€"47 HELICOPTER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,186</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">46,186</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Advance procurement for CHâ€"47F Block II</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[28,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">UNIVERSAL GROUND CONTROL EQUIPMENT (UAS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,090</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">GRAY EAGLE MODS2</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,699</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,699</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">MULTI SENSOR ABN RECON (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,189</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,189</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">AHâ€"64 MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">58,172</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">58,172</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">CHâ€"47 CARGO HELICOPTER MODS (MYP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,785</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,785</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">GRCS SEMA MODS (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,677</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,677</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">ARL SEMA MODS (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,566</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,566</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">EMARSS SEMA MODS (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,859</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,859</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">UTILITY/CARGO AIRPLANE MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,476</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,476</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancy</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">UTILITY HELICOPTER MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,744</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">6,744</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">NETWORK AND MISSION PLAN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">105,442</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">98,442</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">COMMS, NAV SURVEILLANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">164,315</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">164,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">GATM ROLLUP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">30,966</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">30,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">RQâ€"7 UAV MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,983</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,983</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">UAS MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,205</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,205</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GROUND SUPPORT AVIONICS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">AIRCRAFT SURVIVABILITY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,297</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,297</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">SURVIVABILITY CM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,388</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,388</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">CMWS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,999</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,999</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">168,784</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">168,784</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">AVIONICS SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,777</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,777</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">COMMON GROUND EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,624</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,624</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">AIRCREW INTEGRATED SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,255</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">48,255</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left" colname="column2" rowsep="0">AIR TRAFFIC CONTROL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,738</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">LAUNCHER, 2.75 ROCKET</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,201</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,201</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">991</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">991</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,696,429</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>3,671,475</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SURFACE-TO-AIR MISSILE SYSTEM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">SYSTEM INTEGRATION AND TEST PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">113,857</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">113,857</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">M-SHORADâ€"PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">103,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">71,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"32,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">MSE MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">698,603</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">698,603</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">INDIRECT FIRE PROTECTION CAPABILITY INC 2â€"I</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,337</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIR-TO-SURFACE MISSILE SYSTEM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">HELLFIRE SYS SUMMARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">193,284</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">186,084</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">JOINT AIR-TO-GROUND MSLS (JAGM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">233,353</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">199,295</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract and schedule delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"34,058]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ANTI-TANK/ASSAULT MISSILE SYS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">JAVELIN (AAWS-M) SYSTEM SUMMARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">138,405</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">138,405</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">TOW 2 SYSTEM SUMMARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,340</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">107,958</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"6,382]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">TOW 2 SYSTEM SUMMARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">797,213</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">767,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">MLRS REDUCED RANGE PRACTICE ROCKETS (RRPR)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,555</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,555</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">ARMY TACTICAL MSL SYS (ATACMS)â€"SYS SUM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">209,842</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">170,013</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"39,829]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">PATRIOT MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">279,464</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">279,464</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">ATACMS MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">85,320</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">80,320</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">GMLRS MOD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,094</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,094</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">STINGER MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">81,615</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">81,615</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">AVENGER MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,107</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">ITAS/TOW MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,469</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,469</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">MLRS MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,019</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,019</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">HIMARS MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,483</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,483</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,444</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,444</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT & FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">AIR DEFENSE TARGETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,593</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,593</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL MISSILE PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,207,697</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>3,053,228</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF W&TCV, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TRACKED COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">ARMORED MULTI PURPOSE VEHICLE (AMPV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">264,040</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">230,307</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"33,733]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF TRACKED COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">STRYKER (MOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">144,387</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">393,587</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Accelerate Stryker medium caliber weapon systemâ€"Army unfunded priority</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[249,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">STRYKER UPGRADE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">550,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">522,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"27,038]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">BRADLEY PROGRAM (MOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">638,781</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">573,781</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"65,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">M109 FOV MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,756</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,756</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">PALADIN INTEGRATED MANAGEMENT (PIM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">553,425</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">553,425</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">ASSAULT BRIDGE (MOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,821</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">ASSAULT BREACHER VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,697</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,697</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">M88 FOV MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">JOINT ASSAULT BRIDGE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">205,517</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">205,517</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">M1 ABRAMS TANK (MOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">348,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">401,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Test support excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Vehicle protection system for one armored brigade</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[60,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">ABRAMS UPGRADE PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,752,784</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,752,784</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>WEAPONS & OTHER COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,420</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,420</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">GUN AUTOMATIC 30MM M230</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,042</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,958]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">MORTAR SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,907</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,907</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">XM320 GRENADE LAUNCHER MODULE (GLM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">191</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">191</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">PRECISION SNIPER RIFLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,977</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,977</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">COMPACT SEMI-AUTOMATIC SNIPER SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,860</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,860</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">CARBINE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">30,331</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">30,331</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">SMALL ARMSâ€"FIRE CONTROL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,060</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Late contract award</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,060]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">COMMON REMOTELY OPERATED WEAPONS STATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,007</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,007</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">HANDGUN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,174</entry><entry align="left" colname="column8"

leader-modify="clr-ldr" rowsep="0">6,174</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MOD OF WEAPONS AND OTHER COMBAT VEH</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">MKâ€"19 GRENADE MACHINE GUN MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,737</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,737</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">M777 MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,367</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,367</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">M4 CARBINE MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,595</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,595</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">M240 MEDIUM MACHINE GUN MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">SNIPER RIFLES MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,426</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,426</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">M119 MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,269</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,269</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">MORTAR MODIFICATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,693</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,693</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">MODIFICATIONS LESS THAN $5.0M (WOCV-WTCV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,327</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,327</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT & FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (WOCV-WTCV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,066</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,066</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">PRODUCTION BASE SUPPORT (WOCV-WTCV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,651</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,651</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF W&TCV, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>4,715,566</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>4,868,977</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SMALL/MEDIUM CAL AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">CTG, 5.56MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">68,949</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">65,520</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Prior-year carryover</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,429]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">CTG, 7.62MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,228</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">112,228</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Prior-year carryover</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">CTG, HANDGUN, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,807</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,807</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">CTG, .50 CAL, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">63,966</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">63,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">CTG, 20MM, ALL TYPES</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">35,920</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,920</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">CTG, 25MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,990</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,990</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">CTG, 30MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">68,813</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">65,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Prior-year carry over</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,134]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,342]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">CTG, 40MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">103,952</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">103,952</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MORTAR AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">60MM MORTAR, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,580</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">49,580</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancy</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">81MM MORTAR, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,373</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">120MM MORTAR, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">125,452</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">123,452</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TANK AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">CARTRIDGES, TANK, 105MM AND 120MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">171,284</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">120,464</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"50,820]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ARTILLERY AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY CARTRIDGES, 75MM & 105MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,675</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,675</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY PROJECTILE, 155MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">266,037</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">266,037</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">PROJ 155MM EXTENDED RANGE M982</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">57,434</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">57,434</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">271,602</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">268,022</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Cost growth and unjustified product improvements</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,580]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>MINES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">MINES & CLEARING CHARGES, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,433</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,239</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"16,194]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">SHOULDER LAUNCHED MUNITIONS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">74,878</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">74,878</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">ROCKET, HYDRA 70, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">175,994</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">165,994</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess support costs</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">CAD/PAD, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,595</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,595</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">DEMOLITION MUNITIONS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">51,651</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">51,651</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">GRENADES, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,592</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40,592</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">SIGNALS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,609</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,609</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">SIMULATORS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,054</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,054</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISCELLANEOUS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">AMMO COMPONENTS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,261</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,261</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">NON-LETHAL AMMUNITION, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">715</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">715</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION (AMMO)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,213</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">AMMUNITION PECULIAR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,044</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,044</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION (AMMO)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,492</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,492</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">CLOSEOUT LIABILITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">99</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">99</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PRODUCTION BASE SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">INDUSTRIAL FACILITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">474,511</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">474,511</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">CONVENTIONAL MUNITIONS DEMILITARIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">202,512</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">202,512</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">ARMS INITIATIVE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,833</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">3,833</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>2,694,548</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>2,579,349</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">TACTICAL TRAILERS/DOLLY SETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,993</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,993</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">SEMITRAILERS, FLATBED:</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">102,386</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">102,386</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">AMBULANCE, 4 LITTER, 5/4 TON, 4X4</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">127,271</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">127,271</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">GROUND MOBILITY VEHICLES (GMV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,038</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,038</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">996,007</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">976,507</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Army requested transfer to RDTE, A line 169</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Simulator delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">TRUCK, DUMP, 20T (CCE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,838</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,838</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF MEDIUM TACTICAL VEH (FMTV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">72,057</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">138,057</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[66,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">FIRETRUCKS & ASSOCIATED FIREFIGHTING EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,048</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,048</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF HEAVY TACTICAL VEHICLES (FHTV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,969</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,969</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">PLS ESP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,280</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,280</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">30,841</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">95,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[64,344]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">HMMWV RECAPITALIZATION PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,734</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">TACTICAL WHEELED VEHICLE PROTECTION KITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,113</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,113</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">MODIFICATION OF IN SVC EQUIP</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">58,946</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">58,946</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>NON-TACTICAL VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">HEAVY ARMORED VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">791</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">791</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,416</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,416</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">NONTACTICAL VEHICLES, OTHER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,891</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,891</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"JOINT COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">SIGNAL MODERNIZATION PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">153,933</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">143,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess funding for spares</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">TACTICAL NETWORK TECHNOLOGY MOD IN SVC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">387,439</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">411,439</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ITN-M for one armored brigade combat team</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[24,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">SITUATION INFORMATION TRANSPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">46,693</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">46,693</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">JCSE EQUIPMENT (USRDECOM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,075</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,075</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"SATELLITE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">DEFENSE ENTERPRISE WIDEBAND SATCOM SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,189</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">101,189</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,141</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">77,141</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">SHF TERM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,054</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,054</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">ASSURED POSITIONING, NAVIGATION AND TIMING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">41,074</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program cancellation</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">SMART-T (SPACE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,515</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,515</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">GLOBAL BRDCST SVCâ€"GBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">ENROUTE MISSION COMMAND (EMC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,609</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,609</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"C3 SYSTEM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">COE TACTICAL SERVER INFRASTRUCTURE (TSI)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,533</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">57,533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"COMBAT COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">HANDHELD MANPACK SMALL FORM FIT (HMS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">468,026</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">488,026</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> SFAB technology refresh</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">RADIO TERMINAL SET, MIDS LVT(2)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,778</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">SPIDER FAMILY OF NETWORKED MUNITIONS INCR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,930</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left" colname="column2" rowsep="0">UNIFIED COMMAND SUITE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,291</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,291</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">COTS COMMUNICATIONS EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,630</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,630</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF MED COMM FOR COMBAT CASUALTY CARE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,590</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,590</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left" colname="column2" rowsep="0">ARMY COMMUNICATIONS & ELECTRONICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,457</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,457</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"INTELLIGENCE COMM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">CI AUTOMATION ARCHITECTURE (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,470</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,470</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">DEFENSE MILITARY DECEPTION INITIATIVE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,704</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,704</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>INFORMATION SECURITY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF BIOMETRICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">INFORMATION SYSTEM SECURITY PROGRAM-ISSP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,600</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,600</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">COMMUNICATIONS SECURITY (COMSEC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,899</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">147,097</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,802]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">DEFENSIVE CYBER OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">61,962</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">61,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">INSIDER THREAT PROGRAMâ€"UNIT ACTIVITY MONITO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">756</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">756</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left" colname="column2" rowsep="0">PERSISTENT CYBER TRAINING ENVIRONMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"LONG HAUL COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">BASE SUPPORT COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,770</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,770</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"BASE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">INFORMATION SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">159,009</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">159,009</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">EMERGENCY MANAGEMENT MODERNIZATION PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,854</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,854</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left" colname="column2" rowsep="0">HOME STATION MISSION COMMAND CENTERS (HSMCC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,174</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,174</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">297,994</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">265,494</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient budget justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"32,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACT INT REL ACT (TIARA)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left" colname="column2" rowsep="0">JTT/CIBS-M (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,686</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left" colname="column2" rowsep="0">DCGS-A (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">180,350</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">180,350</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column2" rowsep="0">TROJAN (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,368</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,368</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left" colname="column2" rowsep="0">MOD OF IN-SVC EQUIP (INTEL SPT) (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,052</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">59,052</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"ELECTRONIC WARFARE (EW)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">077</entry><entry align="left" colname="column2" rowsep="0">LIGHTWEIGHT COUNTER MORTAR RADAR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,400</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">078</entry><entry align="left" colname="column2" rowsep="0">EW PLANNING & MANAGEMENT TOOLS (EWPMT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,568</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,568</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">079</entry><entry align="left" colname="column2" rowsep="0">AIR VIGILANCE (AV) (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,953</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,953</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">081</entry><entry align="left" colname="column2" rowsep="0">MULTI-FUNCTION ELECTRONIC WARFARE (MFEW) SYST</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,420</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,220</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">083</entry><entry align="left" colname="column2" rowsep="0">COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">501</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">501</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">084</entry><entry align="left" colname="column2" rowsep="0">CI MODERNIZATION (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">121</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">121</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACTICAL SURV. (TAC SURV)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left" colname="column2" rowsep="0">SENTINEL MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">115,210</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">114,210</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess support costs</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left" colname="column2" rowsep="0">NIGHT VISION DEVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">236,604</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">160,379</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-

modify="fl-hang-hier-3" rowsep="0"> Insufficient justification (IVAS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"76,225]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left" colname="column2" rowsep="0">SMALL TACTICAL OPTICAL RIFLE MOUNTED MLRF</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,623</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,623</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column2" rowsep="0">INDIRECT FIRE PROTECTION FAMILY OF SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,127</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,127</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">091</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF WEAPON SIGHTS (FWS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">120,883</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">81,541</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"39,342]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left" colname="column2" rowsep="0">JOINT BATTLE COMMANDâ€"PLATFORM (JBC-P)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">265,667</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">256,567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">095</entry><entry align="left" colname="column2" rowsep="0">JOINT EFFECTS TARGETING SYSTEM (JETS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,720</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,720</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">096</entry><entry align="left" colname="column2" rowsep="0">MOD OF IN-SVC EQUIP (LLDR)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,044</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,044</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">097</entry><entry align="left" colname="column2" rowsep="0">COMPUTER BALLISTICS: LHMBC XM32</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,268</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,268</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">098</entry><entry align="left" colname="column2" rowsep="0">MORTAR FIRE CONTROL SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,199</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,199</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">099</entry><entry align="left" colname="column2" rowsep="0">MORTAR FIRE CONTROL SYSTEMS MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column2" rowsep="0">COUNTERFIRE RADARS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,416</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,416</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACTICAL C2 SYSTEMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">102</entry><entry align="left" colname="column2" rowsep="0">FIRE SUPPORT C2 FAMILY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,197</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,197</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left" colname="column2" rowsep="0">AIR & MSL DEFENSE PLANNING & CONTROL SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,730</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,730</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">104</entry><entry align="left" colname="column2" rowsep="0">IAMD BATTLE COMMAND SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,629</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,629</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">105</entry><entry align="left" colname="column2" rowsep="0">LIFE CYCLE SOFTWARE SUPPORT (LCSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,774</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,774</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">106</entry><entry align="left" colname="column2" rowsep="0">NETWORK MANAGEMENT INITIALIZATION AND SERVICE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,448</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">107</entry><entry align="left" colname="column2" rowsep="0">MANEUVER CONTROL SYSTEM (MCS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">260</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">260</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">108</entry><entry align="left" colname="column2" rowsep="0">GLOBAL COMBAT SUPPORT SYSTEM-ARMY (GCSS-A)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,962</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">109</entry><entry align="left" colname="column2" rowsep="0">INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,674</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Poor business process reengineering</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column2" rowsep="0">RECONNAISSANCE AND SURVEYING INSTRUMENT SET</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">111</entry><entry align="left" colname="column2" rowsep="0">MOD OF IN-SVC EQUIPMENT (ENFIRE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,317</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,317</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"land surveying systems</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[8,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"AUTOMATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">112</entry><entry align="left" colname="column2" rowsep="0">ARMY TRAINING MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,578</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,578</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">113</entry><entry align="left" colname="column2" rowsep="0">AUTOMATED DATA PROCESSING EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">139,342</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">129,342</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">114</entry><entry align="left" colname="column2" rowsep="0">GENERAL FUND ENTERPRISE BUSINESS SYSTEMS FAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,802</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,802</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">115</entry><entry align="left" colname="column2" rowsep="0">HIGH PERF COMPUTING MOD PGM (HPCMP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">67,610</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">67,610</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">116</entry><entry align="left" colname="column2" rowsep="0">CONTRACT WRITING SYSTEM</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">15,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program duplication</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">117</entry><entry align="left" colname="column2" rowsep="0">CSS COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,700</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">118</entry><entry align="left" colname="column2" rowsep="0">RESERVE COMPONENT AUTOMATION SYS (RCAS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,879</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,879</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"AUDIO VISUAL SYS (A/V)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5M (SURVEYING EQUIPMENT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left" colname="column2" rowsep="0">BCT EMERGING TECHNOLOGIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,302</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,302</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"12,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">122A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,910</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CHEMICAL DEFENSIVE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left" colname="column2" rowsep="0">CBRN DEFENSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,828</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,828</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">127</entry><entry align="left" colname="column2" rowsep="0">SMOKE & OBSCURANT FAMILY: SOF (NON AAO ITEM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,050</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,050</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BRIDGING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left" colname="column2" rowsep="0">TACTICAL BRIDGING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,821</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">57,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">129</entry><entry align="left" colname="column2" rowsep="0">TACTICAL BRIDGE, FLOAT-RIBBON</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">57,661</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">57,661</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column2" rowsep="0">BRIDGE SUPPLEMENTAL SET</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,966</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">131</entry><entry align="left" colname="column2" rowsep="0">COMMON BRIDGE TRANSPORTER (CBT) RECAP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,155</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,155</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ENGINEER (NON-CONSTRUCTION) EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">132</entry><entry align="left" colname="column2" rowsep="0">HANDHELD STANDOFF MINEFIELD DETECTION SYS-HST</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,570</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,570</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">133</entry><entry align="left" colname="column2" rowsep="0">GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,025</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,025</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">135</entry><entry align="left" colname="column2" rowsep="0">HUSKY MOUNTED DETECTION SYSTEM (HMDS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">83,082</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,899</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"35,183]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">136</entry><entry align="left" colname="column2" rowsep="0">ROBOTIC COMBAT SUPPORT SYSTEM (RCSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">137</entry><entry align="left" colname="column2" rowsep="0">EOD ROBOTICS SYSTEMS RECAPITALIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,115</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,115</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">138</entry><entry align="left" colname="column2" rowsep="0">ROBOTICS AND APPLIQUE SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,056</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">101,056</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column2" rowsep="0">RENDER SAFE SETS KITS OUTFITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,684</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,684</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">142</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF BOATS AND MOTORS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,245</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,245</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMBAT SERVICE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">143</entry><entry align="left" colname="column2" rowsep="0">HEATERS AND ECU'S</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,336</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,336</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">145</entry><entry align="left" colname="column2" rowsep="0">PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,281</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,281</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">146</entry><entry align="left" colname="column2" rowsep="0">GROUND SOLDIER SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">111,955</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">111,955</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">147</entry><entry align="left" colname="column2" rowsep="0">MOBILE SOLDIER POWER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,364</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,943</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,421]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">149</entry><entry align="left" colname="column2" rowsep="0">FIELD FEEDING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,673</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column2" rowsep="0">CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,622</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,622</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">151</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF ENGR COMBAT AND CONSTRUCTION SETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,451</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,451</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">152</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5M (ENG SPT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,167</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,167</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PETROLEUM EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">154</entry><entry align="left" colname="column2" rowsep="0">DISTRIBUTION SYSTEMS, PETROLEUM & WATER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">74,867</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">74,867</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MEDICAL EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">155</entry><entry align="left" colname="column2" rowsep="0">COMBAT SUPPORT MEDICAL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">68,225</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">68,225</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAINTENANCE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">156</entry><entry align="left" colname="column2" rowsep="0">MOBILE MAINTENANCE EQUIPMENT SYSTEMS</entry><entry

align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,053</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">157</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (MAINT EQ)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,608</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,608</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CONSTRUCTION EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">161</entry><entry align="left" colname="column2" rowsep="0">HYDRAULIC EXCAVATOR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">162</entry><entry align="left" colname="column2" rowsep="0">TRACTOR, FULL TRACKED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,835</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,835</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">163</entry><entry align="left" colname="column2" rowsep="0">ALL TERRAIN CRANES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,936</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,936</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">164</entry><entry align="left" colname="column2" rowsep="0">HIGH MOBILITY ENGINEER EXCAVATOR (HMEE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,188</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,188</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">166</entry><entry align="left" colname="column2" rowsep="0">CONST EQUIP ESP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,790</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,790</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">167</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (CONST EQUIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,381</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,381</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>RAIL FLOAT CONTAINERIZATION EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">168</entry><entry align="left" colname="column2" rowsep="0">ARMY WATERCRAFT ESP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,194</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,194</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">169</entry><entry align="left" colname="column2" rowsep="0">MANEUVER SUPPORT VESSEL (MSV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,185</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left"
colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (FLOAT/RAIL)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,920</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,920</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>GENERATORS</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">171</entry><entry align="left"
colname="column2" rowsep="0">GENERATORS AND ASSOCIATED EQUIP</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">58,566</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">58,566</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">172</entry><entry align="left"
colname="column2" rowsep="0">TACTICAL ELECTRIC POWER RECAPITALIZATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,814</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,814</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>MATERIAL HANDLING EQUIPMENT</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">173</entry><entry align="left"
colname="column2" rowsep="0">FAMILY OF FORKLIFTS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">14,864</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">14,864</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING EQUIPMENT</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">174</entry><entry align="left"
colname="column2" rowsep="0">COMBAT TRAINING CENTERS SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">123,411</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">123,411</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">175</entry><entry align="left"
colname="column2" rowsep="0">TRAINING DEVICES, NONSYSTEM</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">220,707</entry><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">220,707</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">176</entry><entry align="left"
colname="column2" rowsep="0">SYNTHETIC TRAINING ENVIRONMENT (STE)</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,749</entry><entry
align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,749</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-
modify="fl-hang-hier-3" rowsep="0"> Program adjustment</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"
colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">178</entry><entry align="left"
colname="column2" rowsep="0">AVIATION COMBINED ARMS TACTICAL TRAINER</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,840</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,840</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">179</entry><entry align="left" colname="column2" rowsep="0">GAMING TECHNOLOGY IN SUPPORT OF ARMY TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,463</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,463</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TEST MEASURE AND DIG EQUIPMENT (TMD)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column2" rowsep="0">CALIBRATION SETS EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,030</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,030</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">181</entry><entry align="left" colname="column2" rowsep="0">INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">76,980</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">76,980</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">182</entry><entry align="left" colname="column2" rowsep="0">TEST EQUIPMENT MODERNIZATION (TEMOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,415</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,415</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Historical underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">184</entry><entry align="left" colname="column2" rowsep="0">RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,877</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,877</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">185</entry><entry align="left" colname="column2" rowsep="0">PHYSICAL SECURITY SYSTEMS (OPA3)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">82,158</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,158</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">186</entry><entry align="left" colname="column2" rowsep="0">BASE LEVEL COMMON EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,340</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,340</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">187</entry><entry align="left" colname="column2" rowsep="0">MODIFICATION OF IN-SVC EQUIPMENT (OPAâ€"3)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,458</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,458</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">189</entry><entry align="left" colname="column2" rowsep="0">BUILDING, PRE-FAB, RELOCATABLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,400</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left" colname="column2" rowsep="0">SPECIAL EQUIPMENT FOR USER TESTING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,821</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OPA2</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">192</entry><entry align="left" colname="column2" rowsep="0">INITIAL SPARESâ€"C&E</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,757</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,757</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OTHER PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>7,451,301</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>7,284,972</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMBAT AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">F/Aâ€"18E/F (FIGHTER) HORNET</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,748,934</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,730,360</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ECO and ancillary equipment excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,574]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">F/Aâ€"18E/F (FIGHTER) HORNET</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,128</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">51,180</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess engine cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,948]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">JOINT STRIKE FIGHTER CV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,272,301</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,217,821</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Target cost savings</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"54,480]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">JOINT STRIKE FIGHTER CV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">339,053</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">339,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">JSF STOVL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,342,035</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,266,301</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Target cost savings</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"75,734]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">JSF STOVL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">291,804</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">291,804</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">CHâ€"53K (HEAVY LIFT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">807,876</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">807,876</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">CHâ€"53K (HEAVY LIFT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">215,014</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">215,014</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">Vâ€"22 (MEDIUM LIFT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">966,666</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,214,766</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[248,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">Vâ€"22 (MEDIUM LIFT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,104</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">27,104</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">Hâ€"1 UPGRADES (UHâ€"1Y/AHâ€"1Z)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,003</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">53,003</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Production line shutdown excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">MHâ€"60R (MYP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">894</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">894</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">Pâ€"8A POSEIDON</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,206,701</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,680,601</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Line shutdown costs early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"67,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Navy unfunded priority</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[541,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">Eâ€"2D ADV HAWKEYE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">744,484</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">900,284</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Navy unfunded priority</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[173,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NRE excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"17,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">Eâ€"2D ADV HAWKEYE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">190,204</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">190,204</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TRAINER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">ADVANCED HELICOPTER TRAINING SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">261,160</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">261,160</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">KCâ€"130J</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">240,840</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">221,904</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,936]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">KCâ€"130J</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">66,061</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">66,061</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">Fâ€"5</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,676</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,676</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">MQâ€"4 TRITON</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">473,134</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">448,134</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> PGSE excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">MQâ€"4 TRITON</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,139</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,139</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">MQâ€"8 UAV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,957</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,957</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">STUASL0 UAV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,819</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,819</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">VHâ€"92A EXECUTIVE HELO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">658,067</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">647,351</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,716]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">AEA SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,470</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,170</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">AVâ€"8 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,472</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,472</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">ADVERSARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,415</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,415</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">Fâ€"18 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,207,089</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,128,089</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"79,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">Hâ€"53 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">68,385</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">68,385</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">MHâ€"60 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">149,797</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">147,297</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NRE prior year carryover (OSIP 018â€"12)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">Hâ€"1 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,059</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">114,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">EPâ€"3 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,655</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">Eâ€"2 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">117,059</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">117,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">TRAINER A/C SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,616</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,616</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">Câ€"2A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,747</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,747</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">Câ€"130 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">122,671</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">116,786</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> B kit cost growth (OSIP 019â€"14)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,009]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> GFE excess growth (OSIP 019â€"14)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,876]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left" colname="column2" rowsep="0">FEWSG</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">509</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">509</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left" colname="column2" rowsep="0">CARGO/TRANSPORT A/C SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,767</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">Eâ€"6 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">169,827</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">167,216</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,611]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">EXECUTIVE HELICOPTERS SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,933</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">Tâ€"45 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">186,022</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">184,314</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NRE previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,708]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">POWER PLANT CHANGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,136</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,136</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left" colname="column2" rowsep="0">JPATS SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,824</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,824</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column2" rowsep="0">AVIATION LIFE SUPPORT MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,762</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,762</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">COMMON ECM EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">162,839</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">152,839</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">COMMON AVIONICS CHANGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">102,107</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">75,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Computing and displays concurrency and equipment growth early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"27,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">COMMON DEFENSIVE WEAPON SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">ID SYSTEMS</entry><entry align="left" colname="column4"

leader-modify="clr-ldr" rowsep="0">41,437</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">41,437</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">Pâ€"8 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">107,539</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">96,563</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Increment 3 ECP 6 early to need (OSIP 006â€"18)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,976]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">MAGTF EW FOR AVIATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,536</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,536</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">MQâ€"8 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,686</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left" colname="column2" rowsep="0">Vâ€"22 (TILT/ROTOR ACFT) OSPREY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">325,367</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">325,367</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">NEXT GENERATION JAMMER (NGJ)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,223</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,111</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,112]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">Fâ€"35 STOVL SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">65,585</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">65,585</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">Fâ€"35 CV SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,358</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,358</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left" colname="column2" rowsep="0">QRC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">165,016</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">146,558</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,458]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">MQâ€"4 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,994</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,994</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left" colname="column2" rowsep="0">RQâ€"21 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">66,282</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">61,032</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> EO/IR turret upgrades unit cost growth (OSIP 004â€"20)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,166,788</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,146,788</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> MQâ€"4 Triton spares excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SUPPORT EQUIP & FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left" colname="column2" rowsep="0">COMMON GROUND EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">491,025</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">470,025</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Other flight training previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"21,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left" colname="column2" rowsep="0">AIRCRAFT INDUSTRIAL FACILITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">71,335</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">71,335</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column2" rowsep="0">WAR CONSUMABLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">41,086</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,086</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> BRUâ€"61 previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">SPECIAL SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">135,740</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">135,740</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left" colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">892</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">892</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>18,522,204</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>18,961,816</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>WEAPONS PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">TRIDENT II MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,177,251</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,177,251</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT & FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">MISSILE INDUSTRIAL FACILITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,142</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,142</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>STRATEGIC MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">TOMAHAWK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">386,730</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">344,648</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified tooling and facilitization costs</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"42,082]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">AMRAAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">224,502</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">201,502</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">SIDEWINDER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">119,456</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">117,404</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,052]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">STANDARD MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">404,523</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">404,523</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">STANDARD MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">96,085</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">96,085</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">SMALL DIAMETER BOMB II</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">118,466</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">115,828</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,638]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">RAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,765</entry><entry align="left" colname="column8"

leader-modify="clr-ldr" rowsep="0">106,765</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">HELLFIRE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,525</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,525</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">AERIAL TARGETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">145,880</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">145,880</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">DRONES AND DECOYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,479]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">OTHER MISSILE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,388</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,388</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">LRASM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">143,200</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">143,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">LCS OTH MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">38,137</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">38,137</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">ESSM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">128,059</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">110,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Production support excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">HARPOON MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,447</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,447</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left"

colname="column2" rowsep="0">HARM MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">183,740</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">183,740</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">STANDARD MISSILES MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT & FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">WEAPONS INDUSTRIAL FACILITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,958</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,958</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">FLEET SATELLITE COMM FOLLOW-ON</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">67,380</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">67,380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ORDNANCE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">ORDNANCE SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">109,427</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">85,717</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient budget justifcation</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,710]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TORPEDOES AND RELATED EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">SSTD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,561</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,561</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">MKâ€"48 TORPEDO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">130,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[16,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">ASW TARGETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,095</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MOD OF TORPEDOES AND RELATED EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">MKâ€"54 TORPEDO MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">119,453</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">112,013</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> HAAWC cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,440]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">MKâ€"48 TORPEDO ADCAP MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,508</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,508</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">QUICKSTRIKE MINE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,183</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,183</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">TORPEDO SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">79,028</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">79,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">ASW RANGE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,890</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,890</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>DESTINATION TRANSPORTATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry

align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,803</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,803</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GUNS AND GUN MOUNTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">SMALL ARMS AND WEAPONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,797</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,607</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,190]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF GUNS AND GUN MOUNTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">CIWS MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,126</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,126</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">COAST GUARD WEAPONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,980</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,980</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">GUN MOUNT MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">66,376</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">66,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">LCS MODULE WEAPONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,585</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,585</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left" colname="column2" rowsep="0">AIRBORNE MINE NEUTRALIZATION SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,160</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,160</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">126,138</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">124,390</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,748]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL WEAPONS PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>4,235,244</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>4,107,905</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMO, NAVY & MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>NAVY AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">36,028</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,997</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Fuze contract delay and unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,031]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">JDAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">70,413</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">70,413</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">AIRBORNE ROCKETS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,756</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,707</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,049]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">MACHINE GUN AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,793</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,793</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">PRACTICE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,708</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,208</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Q1300 LGTR unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">CARTRIDGES & CART ACTUATED DEVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,738</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">38,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract and schedule delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">AIR EXPENDABLE COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,301</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">67,854</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,447]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">JATOS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,262</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">5 INCH/54 GUN AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,594</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,166</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> MK187 mod 0 projectile unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,428]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">INTERMEDIATE CALIBER GUN AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,193</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,193</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">OTHER SHIP GUN AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,491</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">39,291</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> CART 20MM contract award delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">SMALL ARMS & LANDING PARTY AMMO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,896</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,896</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">PYROTECHNIC AND DEMOLITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,621</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,621</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">AMMUNITION LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,386</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,386</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MARINE CORPS AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">MORTARS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,543</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,543</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Prior year underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">DIRECT SUPPORT MUNITIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">131,765</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">131,765</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">INFANTRY WEAPONS AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">78,056</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,088</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Underexecution and schedule delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"25,968]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">COMBAT SUPPORT MUNITIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,048</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,048</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-

modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">AMMO MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,325</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,325</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY MUNITIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">188,876</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">167,476</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> DA 54 contract delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"21,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,521</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF AMMO, NAVY & MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>981,314</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>892,291</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHIPBUILDING AND CONVERSION, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FLEET BALLISTIC MISSILE SHIPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">OHIO REPLACEMENT SUBMARINE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,698,907</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,821,907</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Submarine supplier development</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[123,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER WARSHIPS</bold></entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">CARRIER REPLACEMENT PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,347,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,042,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Basic construction/conversion excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Restoring acquisition accountability: Transfer CVNâ€"81 only to line 2X</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,285,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002A</entry><entry align="left" colname="column2" rowsep="0">CARRIER REPLACEMENT PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,285,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> For CVNâ€"81 only</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[1,285,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">VIRGINIA CLASS SUBMARINE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,155,946</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,445,946</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Block V program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[1,490,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> SSNâ€"812 program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">VIRGINIA CLASS SUBMARINE ADVANCE PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,769,552</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,969,552</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Advance Procurement in support of a 10th multi-year procurement contract ship only</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">CVN REFUELING OVERHAULS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">647,926</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">631,926</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> CVNâ€"74 RCOH unjustified cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"16,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">CVN REFUELING OVERHAULS ADVANCE PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Restore CVNâ€"75 RCOH</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[16,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">DDG 1000</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">155,944</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">155,944</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">DDGâ€"51</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,099,295</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,033,295</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Basic Construction excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"66,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">DDGâ€"51 ADVANCE PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">224,028</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">484,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Accelerate LLTM for FY21 Flight III destroyers</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[260,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">FFG-FRIGATE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,281,177</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,281,177</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AMPHIBIOUS SHIPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">LPD FLIGHT II</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-

modify="clr-ldr" rowsep="0">525,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> LPDâ€"31 program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[277,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Transfer from line 13</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[247,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">LPD FLIGHT II ADVANCE PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">247,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Transfer to line 12</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"247,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">LHA REPLACEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">650,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> LHAâ€"9 program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[650,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AUXILIARIES, CRAFT AND PRIOR YR PROGRAM COST</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">TAO FLEET OILER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">981,215</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">981,215</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">TAO FLEET OILER ADVANCE PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">73,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">73,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">TOWING, SALVAGE, AND RESCUE SHIP (ATS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">150,282</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">150,282</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">LCU 1700</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">85,670</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">85,670</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">OUTFITTING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">754,679</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">705,721</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Virginia class outfitting excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,958]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">SHIP TO SHORE CONNECTOR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">65,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[65,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">SERVICE CRAFT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">56,289</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">81,789</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Accelerate YPâ€"703 Flight II</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[25,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">COMPLETION OF PY SHIPBUILDING PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,700</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">104,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> UPL EPFâ€"14 conversion</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[49,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL SHIPBUILDING AND CONVERSION, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>23,783,710</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>23,590,052</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, NAVY</bold></entry><entry

align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHIP PROPULSION EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">SURFACE POWER EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,490</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,490</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GENERATORS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">SURFACE COMBATANT HM&E</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,583</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,561</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Twisted rudder installation early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"22]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>NAVIGATION EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">OTHER NAVIGATION EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,404</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">77,404</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SHIPBOARD EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">SUB PERISCOPE, IMAGING AND SUPT EQUIP PROG</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,803</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">160,803</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">DDG MOD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">566,140</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">553,490</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Aegis modernization testing excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Combat system ship qualification trials excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,650]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">FIREFIGHTING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,223</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,223</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">COMMAND AND CONTROL SWITCHBOARD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,086</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,086</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">LHA/LHD MIDLIFE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">95,651</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">79,563</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"16,088]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">POLLUTION CONTROL EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,910</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">SUBMARINE SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,895</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,895</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">VIRGINIA CLASS SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,465</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,465</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">LCS CLASS SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,426</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,426</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">SUBMARINE BATTERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,290</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,297</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Virginia class unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"993]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">LPD CLASS SUPPORT EQUIPMENT</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">46,945</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">46,945</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">DDG 1000 CLASS SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,930</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">STRATEGIC PLATFORM SUPPORT EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,331</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,331</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">DSSP EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,909</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,909</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">CG MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">193,990</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">193,990</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">LCAC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,392</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,392</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">UNDERWATER EOD PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">71,240</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">71,240</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">102,543</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">102,543</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">CHEMICAL WARFARE DETECTORS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,961</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,961</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">SUBMARINE LIFE SUPPORT SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,635</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,635</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>REACTOR PLANT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">REACTOR POWER UNITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,340</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,340</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">REACTOR COMPONENTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">465,726</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">462,749</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decreaseâ€"unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,977]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OCEAN ENGINEERING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">DIVING AND SALVAGE EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,854</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,854</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SMALL BOATS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">STANDARD BOATS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">79,102</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">79,102</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PRODUCTION FACILITIES EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">OPERATING FORCES IPE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">202,238</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">202,238</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SHIP SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">LCS COMMON MISSION MODULES EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">51,553</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">51,553</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">LCS MCM MISSION MODULES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">197,129</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">134,157</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"62,972]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">LCS ASW MISSION MODULES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,754</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,754</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">LCS SUW MISSION MODULES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,566</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,566</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">LCS IN-SERVICE MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">84,972</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Habitability mod (Freedom variant) unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,972]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">SMALL & MEDIUM UUV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,547</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Knifefish early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"29,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>LOGISTIC SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">LSD MIDLIFE & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,269</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40,269</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHIP SONARS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">SPQâ€"9B RADAR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,195</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,195</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">AN/SQQâ€"89 SURF ASW COMBAT SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">125,237</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">125,237</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">SSN ACOUSTIC EQUIPMENT</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">366,968</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">356,953</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Low cost conformal array contract delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,015]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">UNDERSEA WARFARE SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,967</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,967</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ASW ELECTRONIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">SUBMARINE ACOUSTIC WARFARE SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,545</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,545</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">SSTD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,439</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,439</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left" colname="column2" rowsep="0">FIXED SURVEILLANCE SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">128,441</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">128,441</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left" colname="column2" rowsep="0">SURTASS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,923</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,923</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECTRONIC WARFARE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">AN/SLQâ€"32</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">420,154</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">350,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Block 3 kit early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"65,758]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> FMP block 1B3 for SLQâ€"32(V) 6 previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> SEWIP block 1B2 for USCG ship forward fit contract delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,410]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>RECONNAISSANCE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">SHIPBOARD IW EXPLOIT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">194,758</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">193,440</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> SSEE modifications kits unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,318]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left" colname="column2" rowsep="0">AUTOMATED IDENTIFICATION SYSTEM (AIS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,368</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,368</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SHIP ELECTRONIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">COOPERATIVE ENGAGEMENT CAPABILITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,128</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,128</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">NAVAL TACTICAL COMMAND SUPPORT SYSTEM (NTCSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,154</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,154</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left" colname="column2" rowsep="0">ATDLS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,753</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,753</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column2" rowsep="0">NAVY COMMAND AND CONTROL SYSTEM (NCCS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,390</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,390</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">MINESWEEPING SYSTEM REPLACEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,448</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">SHALLOW WATER MCM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,730</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,730</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">NAVSTAR GPS RECEIVERS (SPACE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,674</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">AMERICAN FORCES RADIO AND TV SERVICE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,617</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,617</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">STRATEGIC PLATFORM SUPPORT EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,973</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,973</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AVIATION ELECTRONIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">ASHORE ATC EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">72,406</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">72,406</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">AFLOAT ATC EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">67,410</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">65,779</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ACLS mod kits installations cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,631]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left" colname="column2" rowsep="0">ID SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,059</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,059</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">JOINT PRECISION APPROACH AND LANDING SYSTEM (</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">92,695</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">78,195</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">NAVAL MISSION PLANNING SYSTEMS</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">15,296</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,296</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SHORE ELECTRONIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">TACTICAL/MOBILE C4I SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">36,226</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">36,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left" colname="column2" rowsep="0">DCGS-N</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,788</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,427</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> DCGS-N increment 2 kit unit cost discrepancy</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"361]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">CANES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">426,654</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">395,154</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"31,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left" colname="column2" rowsep="0">RADIAC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,450</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,450</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left" colname="column2" rowsep="0">CANES-INTELL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,713</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,713</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left" colname="column2" rowsep="0">GPETE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,028</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left" colname="column2" rowsep="0">MASF</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,193</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,193</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left" colname="column2" rowsep="0">INTEG COMBAT SYSTEM TEST FACILITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,028</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left" colname="column2" rowsep="0">EMI CONTROL INSTRUMENTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,209</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,209</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">168,436</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">144,636</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NGSSR early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHIPBOARD COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left" colname="column2" rowsep="0">SHIPBOARD TACTICAL COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,853</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> DMR IW and MUOS system procurement afloat previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">SHIP COMMUNICATIONS AUTOMATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">137,861</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">122,380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> STACC cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,481]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left" colname="column2" rowsep="0">COMMUNICATIONS ITEMS UNDER $5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,093</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,493</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Improving funds management: prior year carryover</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUBMARINE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left"

colname="column2" rowsep="0">SUBMARINE BROADCAST SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,833</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,833</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left" colname="column2" rowsep="0">SUBMARINE COMMUNICATION EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,643</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">60,794</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Buoy shape improvement unjustified request</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,849]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SATELLITE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">076</entry><entry align="left" colname="column2" rowsep="0">SATELLITE COMMUNICATIONS SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,841</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,841</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">077</entry><entry align="left" colname="column2" rowsep="0">NAVY MULTIBAND TERMINAL (NMT)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">88,021</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,148</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Afloat ship kit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,055]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Assured C2 modems installation cost excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,818]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHORE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">078</entry><entry align="left" colname="column2" rowsep="0">JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,293</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,293</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CRYPTOGRAPHIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">079</entry><entry align="left" colname="column2" rowsep="0">INFO SYSTEMS SECURITY PROGRAM (ISSP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">166,540</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">166,540</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column2" rowsep="0">MIO INTEL EXPLOITATION TEAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">968</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">968</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CRYPTOLOGIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">081</entry><entry align="left" colname="column2" rowsep="0">CRYPTOLOGIC COMMUNICATIONS EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,090</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER ELECTRONIC SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">083</entry><entry align="left" colname="column2" rowsep="0">COAST GUARD EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">61,370</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">61,370</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SONOBUOYS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left" colname="column2" rowsep="0">SONOBUOYSâ€"ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">260,644</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">310,644</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> UPL sonobuoy increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left" colname="column2" rowsep="0">MINOTAUR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">087</entry><entry align="left" colname="column2" rowsep="0">WEAPONS RANGE SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,843</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">101,843</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left"

colname="column2" rowsep="0">AIRCRAFT SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">145,601</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">135,211</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"10,390]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">089</entry><entry align="left" colname="column2" rowsep="0">ADVANCED ARRESTING GEAR (AAG)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,725</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,725</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column2" rowsep="0">METEOROLOGICAL EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,687</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,407</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ASOS upgrades unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,280]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">092</entry><entry align="left" colname="column2" rowsep="0">LEGACY AIRBORNE MCM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,250</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,918</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Modifications unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"332]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">093</entry><entry align="left" colname="column2" rowsep="0">LAMPS EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">792</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left" colname="column2" rowsep="0">AVIATION SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,415</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,415</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract delay</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">095</entry><entry align="left" colname="column2" rowsep="0">UMCS-UNMAN CARRIER AVIATION(UCA)MISSION CNTRL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,668</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,668</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHIP GUN SYSTEM EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">096</entry><entry align="left" colname="column2" rowsep="0">SHIP GUN SYSTEMS EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,451</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,451</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SHIP MISSILE SYSTEMS EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">097</entry><entry align="left" colname="column2" rowsep="0">HARPOON SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">098</entry><entry align="left" colname="column2" rowsep="0">SHIP MISSILE SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">228,104</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">268,304</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[40,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">099</entry><entry align="left" colname="column2" rowsep="0">TOMAHAWK SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">78,593</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">78,593</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FBM SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column2" rowsep="0">STRATEGIC MISSILE SYSTEMS EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">280,510</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">280,510</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ASW SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">101</entry><entry align="left" colname="column2" rowsep="0">SSN COMBAT CONTROL SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">148,547</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">143,678</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,869]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">102</entry><entry align="left" colname="column2" rowsep="0">ASW SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,130</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">21,130</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER ORDNANCE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left" colname="column2" rowsep="0">EXPLOSIVE ORDNANCE DISPOSAL EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,244</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">104</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,071</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,071</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER EXPENDABLE ORDNANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">105</entry><entry align="left" colname="column2" rowsep="0">ANTI-SHIP MISSILE DECOY SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">41,962</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">41,962</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">106</entry><entry align="left" colname="column2" rowsep="0">SUBMARINE TRAINING DEVICE MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">75,057</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">75,057</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">107</entry><entry align="left" colname="column2" rowsep="0">SURFACE TRAINING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">233,175</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">222,647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> BFFT ship sets excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,515]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> LCS trainer equipment early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,013]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CIVIL ENGINEERING SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">108</entry><entry align="left" colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,562</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,562</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">109</entry><entry align="left" colname="column2" rowsep="0">GENERAL PURPOSE TRUCKS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,974</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,974</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column2" rowsep="0">CONSTRUCTION & MAINTENANCE EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,191</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,191</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">111</entry><entry align="left" colname="column2" rowsep="0">FIRE FIGHTING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,142</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,642</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Contract delays</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">112</entry><entry align="left" colname="column2" rowsep="0">TACTICAL VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,432</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,432</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">114</entry><entry align="left" colname="column2" rowsep="0">POLLUTION CONTROL EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,633</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,633</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">115</entry><entry align="left" colname="column2" rowsep="0">ITEMS UNDER $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">53,467</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">53,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">116</entry><entry align="left" colname="column2" rowsep="0">PHYSICAL SECURITY VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,173</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,173</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPLY SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">117</entry><entry align="left" colname="column2" rowsep="0">SUPPLY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,730</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,730</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">118</entry><entry align="left" colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,389</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,389</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">119</entry><entry align="left" colname="column2" rowsep="0">SPECIAL PURPOSE SUPPLY SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">654,674</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">617,522</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient budget justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"37,152]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TRAINING DEVICES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column2" rowsep="0">TRAINING SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,633</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,633</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">121</entry><entry align="left" colname="column2" rowsep="0">TRAINING AND EDUCATION EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">97,636</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">94,536</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,100]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMAND SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left" colname="column2" rowsep="0">COMMAND SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">66,102</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,434</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Prior year underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,668]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">123</entry><entry align="left" colname="column2" rowsep="0">MEDICAL SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,633</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,633</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">125</entry><entry align="left" colname="column2" rowsep="0">NAVAL MIP SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,097</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,097</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left" colname="column2" rowsep="0">OPERATING FORCES SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,905</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,905</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">127</entry><entry align="left" colname="column2" rowsep="0">C4ISR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">30,146</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">30,146</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left" colname="column2" rowsep="0">ENVIRONMENTAL SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,986</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">129</entry><entry align="left" colname="column2" rowsep="0">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,046</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">160,046</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column2" rowsep="0">ENTERPRISE INFORMATION TECHNOLOGY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">56,899</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">56,899</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">133</entry><entry align="left" colname="column2" rowsep="0">NEXT GENERATION ENTERPRISE SERVICE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">122,832</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">122,832</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">133A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,346</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,346</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">134</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">375,608</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">352,140</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> JPALS spares early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,137]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> LCS spares early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,331]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-

modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OTHER PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>9,652,956</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>9,302,099</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TRACKED COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">AAV7A1 PIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">39,495</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,495</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">AMPHIBIOUS COMBAT VEHICLE 1.1</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">317,935</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">313,131</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess engineering change orders</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,804]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">LAV PIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">60,734</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">60,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ARTILLERY AND OTHER WEAPONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">155MM LIGHTWEIGHT TOWED HOWITZER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,065</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,065</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY WEAPONS SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">100,002</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">90,002</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment previously funded and cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"

rowsep="0">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">WEAPONS AND COMBAT VEHICLES UNDER $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,945</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,945</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">MODIFICATION KITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,760</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,760</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GUIDED MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">GROUND BASED AIR DEFENSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">175,998</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">175,998</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">ANTI-ARMOR MISSILE-JAVELIN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,207</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,207</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">FAMILY ANTI-ARMOR WEAPON SYSTEMS (FOAAWS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,913</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,913</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">ANTI-ARMOR MISSILE-TOW</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">60,501</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">60,501</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,062</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,062</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancy</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMAND AND CONTROL SYSTEMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left"

colname="column2" rowsep="0">COMMON AVIATION COMMAND AND CONTROL SYSTEM (C</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,203</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,203</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> AN/MRQâ€"13 communications subsystems upgrades unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>REPAIR AND TEST EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">REPAIR AND TEST EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,156</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,156</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT (TEL)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">MODIFICATION KITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,945</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,945</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMAND AND CONTROL SYSTEM (NON-TEL)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">ITEMS UNDER $5 MILLION (COMM & ELEC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">112,124</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,424</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"29,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">AIR OPERATIONS C2 SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,408</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,408</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>RADAR + EQUIPMENT (NON-TEL)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">RADAR SYSTEMS</entry><entry align="left" colname="column4"

leader-modify="clr-ldr" rowsep="0">329</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">329</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">GROUND/AIR TASK ORIENTED RADAR (G/ATOR)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">273,022</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">273,022</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>INTELL/COMM EQUIPMENT (NON-TEL)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">GCSS-MC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,484</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,484</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">FIRE SUPPORT SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,488</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,488</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">INTELLIGENCE SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">56,896</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">54,396</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">UNMANNED AIR SYSTEMS (INTEL)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,711</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,711</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">DCGS-MC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,562</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,562</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT (NON-TEL)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">NEXT GENERATION ENTERPRISE NETWORK (NGEN)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,901</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">114,901</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">COMMON COMPUTER RESOURCES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">51,094</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">51,094</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">COMMAND POST SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">108,897</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">108,897</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">RADIO SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">227,320</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">212,320</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Cost growth and early to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">COMM SWITCHING & CONTROL SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,685</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,781</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ECP small form factor previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,904]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">COMM & ELEC INFRASTRUCTURE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,140</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,140</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">27,632</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">27,632</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,535</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,535</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ADMINISTRATIVE VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">COMMERCIAL CARGO VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,913</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,913</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">MOTOR TRANSPORT MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,234</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,234</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">558,107</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">556,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ECP previously funded</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF TACTICAL TRAILERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,693</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,693</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ENGINEER AND OTHER EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">ENVIRONMENTAL CONTROL EQUIP ASSORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">495</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">495</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left" colname="column2" rowsep="0">TACTICAL FUEL SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left" colname="column2" rowsep="0">POWER EQUIPMENT ASSORTED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,441</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,441</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">AMPHIBIOUS SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,101</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,101</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">EOD SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,700</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MATERIALS HANDLING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left"

colname="column2" rowsep="0">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,404</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,404</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GENERAL PROPERTY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">FIELD MEDICAL EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,898</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,898</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">TRAINING DEVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">149,567</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">126,567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ODS unjustified request</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF CONSTRUCTION EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,622</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">35,622</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column2" rowsep="0">ULTRA-LIGHT TACTICAL VEHICLE (ULTV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">647</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,956</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,956</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,470</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,470</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,090,449</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>2,989,541</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">Fâ€"35</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,274,359</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,566,409</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[1,042,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase: Turkish Fâ€"35A Reallocation Initiative</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[440,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Target cost savings</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"190,750]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">Fâ€"35</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">655,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">811,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> UPL Increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[156,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">Fâ€"15E</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,050,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">985,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified non-recurring engineering</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"64,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL AIRLIFT</bold></entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">KCâ€"46A MDAP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,234,529</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,198,529</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"36,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRLIFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">Câ€"130J</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,156</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">404,156</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[392,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">MCâ€"130J</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">871,207</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">857,607</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">MCâ€"130J</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>HELICOPTERS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">COMBAT RESCUE HELICOPTER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">884,235</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">876,035</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSION SUPPORT AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">Câ€"37A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">161,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">147,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">CIVIL AIR PATROL A/C</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,767</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">TARGET DRONES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">130,837</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">130,837</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">COMPASS CALL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">114,095</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">114,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">189,205</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">175,205</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>STRATEGIC AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">Bâ€"2A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,582</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,582</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">Bâ€"1B</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,111</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,111</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ADS-B ahead of need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">Bâ€"52</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,648</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">69,648</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">LARGE AIRCRAFT INFRARED COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,758</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,758</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">Aâ€"10</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">132,069</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">132,069</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">Eâ€"11 BACN/HAG</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">70,027</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">70,027</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">Fâ€"15</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">481,073</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">467,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> ADCP unnecessary due to Fâ€"15X</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"13,306]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">Fâ€"16</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">234,782</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">309,782</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Additional radars</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[75,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">Fâ€"22A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">323,597</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">323,597</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">Fâ€"35 MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">343,590</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">343,590</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">Fâ€"15 EPAW</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">149,047</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">125,417</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Not required because of Fâ€"15X</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"23,630]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">INCREMENT 3.2B</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,213</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">KCâ€"46A MDAP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,213</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Funding ahead of need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRLIFT AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">Câ€"5</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">73,550</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">73,550</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">Câ€"17A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">60,244</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">60,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">Câ€"21</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">216</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">216</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">Câ€"32A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,511</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,511</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">Câ€"37A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">435</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">435</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>TRAINER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">GLIDER MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">138</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">138</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">Tâ€"6</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,826</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,826</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left" colname="column2" rowsep="0">Tâ€"1</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,787</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,787</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left" colname="column2" rowsep="0">Tâ€"38</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,341</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,341</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">Uâ€"2 MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">86,896</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">106,896</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Increase for Uâ€"2 enhancements</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">KCâ€"10A (ATCA)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,108</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,108</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left" colname="column2" rowsep="0">Câ€"12</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,021</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,021</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">VCâ€"25A MOD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,624</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">48,624</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">Câ€"40</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">256</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">256</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left" colname="column2" rowsep="0">Câ€"130</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,066</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">186,066</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> 3.5 Engine Enhancement Package</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[79,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NPâ€"2000 prop blade upgrades</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[55,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column2" rowsep="0">Câ€"130J MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">141,686</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">141,686</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">Câ€"135</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">124,491</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">122,616</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Low cost mods slow execution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> RPI installs</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"875]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">COMPASS CALL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">110,754</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">110,754</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">COMBAT FLIGHT INSPECTIONâ€"CFIN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">508</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">508</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">RCâ€"135</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">227,673</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">227,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">Eâ€"3</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">216,299</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">128,992</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NATO AWACSâ€"Air Force requested transfer to line 88</entry><entry align="left" colname="column4" leader-modify="clr-ldr"

rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"87,307]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">Eâ€"4</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">58,477</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">58,477</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left" colname="column2" rowsep="0">Eâ€"8</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,778</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">48,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Increase for re-engining</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">AIRBORNE WARNING AND CNTRL SYS (AWACS) 40/45</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">36,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">36,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,910</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">Hâ€"1</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,817</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,817</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left" colname="column2" rowsep="0">Hâ€"60</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,879</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,879</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">RQâ€"4 MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,704</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,704</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left" colname="column2" rowsep="0">HC/MCâ€"130 MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">51,482</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">51,482</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left" colname="column2" rowsep="0">OTHER AIRCRAFT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,098</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,098</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9 MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">383,594</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">251,594</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Production rate adjustment of DASâ€"4 sensor</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"132,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left" colname="column2" rowsep="0">CVâ€"22 MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">65,348</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">65,348</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left" colname="column2" rowsep="0">INITIAL SPARES/REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">708,230</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">799,230</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Fâ€"35 spares</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[96,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> RQâ€"4</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMON SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">AIRCRAFT REPLACEMENT SUPPORT EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">84,938</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">84,938</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>POST PRODUCTION SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left" colname="column2" rowsep="0">Bâ€"2A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,403</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,403</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left" colname="column2" rowsep="0">Bâ€"2B</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">42,234</entry><entry align="left" colname="column8"

leader-modify="clr-ldr" rowsep="0">42,234</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left" colname="column2" rowsep="0">Bâ€"52</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,641</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,641</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">076</entry><entry align="left" colname="column2" rowsep="0">Câ€"17A</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">124,805</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">124,805</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">079</entry><entry align="left" colname="column2" rowsep="0">Fâ€"15</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,589</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,589</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">081</entry><entry align="left" colname="column2" rowsep="0">Fâ€"16</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,348</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,348</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">084</entry><entry align="left" colname="column2" rowsep="0">RQâ€"4 POST PRODUCTION CHARGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,246</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,246</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>INDUSTRIAL PREPAREDNESS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left" colname="column2" rowsep="0">INDUSTRIAL RESPONSIVENESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,705</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,705</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>WAR CONSUMABLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">087</entry><entry align="left" colname="column2" rowsep="0">WAR CONSUMABLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,102</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,102</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PRODUCTION CHARGES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left" colname="column2" rowsep="0">OTHER PRODUCTION CHARGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,194,728</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,222,035</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Fâ€"22 NGEN lab excess</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"60,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> NATO AWACSâ€"Air Force requested transfer from line 56</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[87,307]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,193</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,193</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>16,784,279</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>18,569,718</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSILE REPLACEMENT EQUIPMENTâ€"BALLISTIC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">MISSILE REPLACEMENT EQ-BALLISTIC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,888</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,888</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">REPLAC EQUIP & WAR CONSUMABLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left"

colname="column2" rowsep="0">JOINT AIR-TO-GROUND MUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified requirement (JAGM-F)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">JOINT AIR-SURFACE STANDOFF MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">482,525</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">482,525</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">SIDEWINDER (AIMâ€"9X)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,408</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">160,408</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">AMRAAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">332,250</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">332,250</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">PREDATOR HELLFIRE MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">118,860</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">118,860</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">SMALL DIAMETER BOMB</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">275,438</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">275,438</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">SMALL DIAMETER BOMB II</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">212,434</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">200,684</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"11,750]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>INDUSTRIAL FACILITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">INDUSTR'L PREPAREDNS/POL PREVENTION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">801</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">801</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASS IV</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">ICBM FUZE MOD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">ICBM FUZE MOD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,497</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,497</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">MM III MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,831</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">59,705</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Air Force requested transfer</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[8,874]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">AGMâ€"65D MAVERICK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">294</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">294</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">AIR LAUNCH CRUISE MISSILE (ALCM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,387</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">68,513</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Air Force requested transfer</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,874]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSILE SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">MSL SPRS/REPAIR PARTS (INITIAL)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,910</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">REPLEN SPARES/REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">82,490</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">82,490</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPECIAL PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">SPECIAL UPDATE PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">144,553</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">144,553</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">849,521</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">849,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>2,889,187</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>2,869,937</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPACE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPACE PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">ADVANCED EHF</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,894</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,894</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">AF SATELLITE COMM SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">56,298</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">56,298</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">COUNTERSPACE SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,700</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF BEYOND LINE-OF-SIGHT TERMINALS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,020</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,020</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">GENERAL INFORMATION TECHâ€"SPACE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,244</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">GPSIII FOLLOW ON</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">414,625</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">414,625</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">GPS III SPACE SEGMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,466</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,466</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">SPACEBORNE EQUIP (COMSEC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,031</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,031</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">MILSATCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,096</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,096</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">EVOLVED EXPENDABLE LAUNCH VEH(SPACE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,237,635</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,237,635</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">SBIR HIGH (SPACE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">233,952</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">233,952</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">NUDET DETECTION SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,432</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,432</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">ROCKET SYSTEMS LAUNCH PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,473</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,473</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">SPACE FENCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">71,784</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">71,784</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">SPACE MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,330</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">106,330</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">SPACELIFT RANGE SYSTEM SPACE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">118,140</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">118,140</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPACE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPARES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,263</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,263</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL SPACE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>2,414,383</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>2,409,383</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">ROCKETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">133,268</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">115,068</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> APKWS Mk 66 rocket motor price adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"18,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CARTRIDGES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">CARTRIDGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">140,449</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">140,449</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BOMBS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">PRACTICE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,313</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,313</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">85,885</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">85,885</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">JOINT DIRECT ATTACK MUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,066,224</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,034,224</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Tailkit unit cost adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"32,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">B61</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">80,773</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">80,773</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER ITEMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">CAD/PAD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,069</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">47,069</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">EXPLOSIVE ORDNANCE DISPOSAL (EOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,133</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">533</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,291</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,291</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5,000,000</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">1,677</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,677</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FLARES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">FLARES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">36,116</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">36,116</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FUZES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">FUZES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,734</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SMALL ARMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">SMALL ARMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,496</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,496</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>1,667,961</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>1,617,761</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PASSENGER CARRYING VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,238</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,238</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CARGO AND UTILITY VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">MEDIUM TACTICAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,616</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,616</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">CAP VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,040</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"communications</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[1,867]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"vehicles</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[660]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">CARGO AND UTILITY VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,133</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPECIAL PURPOSE VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,027</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,027</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">SECURITY AND TACTICAL VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,315</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">SPECIAL PURPOSE VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,593</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,593</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FIRE FIGHTING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">FIRE FIGHTING/CRASH RESCUE VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,604</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,604</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MATERIALS HANDLING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">MATERIALS HANDLING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,848</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,848</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BASE MAINTENANCE SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">RUNWAY SNOW REMOV AND CLEANING EQU</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,925</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,925</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">BASE MAINTENANCE SUPPORT VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,776</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,776</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMM SECURITY EQUIPMENT(COMSEC)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">COMSEC EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">91,461</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">91,461</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>INTELLIGENCE PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">INTERNATIONAL INTEL TECH & ARCHITECTURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,386</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,386</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">INTELLIGENCE TRAINING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,619</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,619</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">INTELLIGENCE COMM EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,558</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,058</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-

modify="fl-hang-hier-3" rowsep="0"> IMAD unjustified procurement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"3,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECTRONICS PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">AIR TRAFFIC CONTROL & LANDING SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,939</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,939</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">BATTLE CONTROL SYSTEMâ€"FIXED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,063</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,063</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">WEATHER OBSERVATION FORECAST</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,447</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,447</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">STRATEGIC COMMAND AND CONTROL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,090</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">CHEYENNE MOUNTAIN COMPLEX</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,145</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,145</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">MISSION PLANNING SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,508</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,508</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">INTEGRATED STRAT PLAN & ANALY NETWORK (ISPAN)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,901</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,901</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPCL COMM-ELECTRONICS PROJECTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">GENERAL INFORMATION TECHNOLOGY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,933</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">AF GLOBAL COMMAND & CONTROL SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,756</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,756</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">BATTLEFIELD AIRBORNE CONTROL NODE (BACN)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,478</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">48,478</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column2" rowsep="0">MOBILITY COMMAND AND CONTROL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,186</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">21,186</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">AIR FORCE PHYSICAL SECURITY SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">178,361</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">178,361</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">COMBAT TRAINING RANGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">233,993</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">261,993</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Joint threat emitters</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[28,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">MINIMUM ESSENTIAL EMERGENCY COMM N</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">132,648</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">132,648</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">WIDE AREA SURVEILLANCE (WAS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">80,818</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">42,118</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"38,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">C3 COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,036</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,036</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">INTEGRATED PERSONNEL AND PAY SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,900</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Poor agile implementation</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"20,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">GCSS-AF FOS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,226</entry><entry align="left" colname="column8"

leader-modify="clr-ldr" rowsep="0">11,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">DEFENSE ENTERPRISE ACCOUNTING & MGT SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,905</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,905</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">039</entry><entry align="left" colname="column2" rowsep="0">MAINTENANCE REPAIR & OVERHAUL INITIATIVE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,912</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,912</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">THEATER BATTLE MGT C2 SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,337</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">041</entry><entry align="left" colname="column2" rowsep="0">AIR & SPACE OPERATIONS CENTER (AOC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,243</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,243</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIR FORCE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">043</entry><entry align="left" colname="column2" rowsep="0">BASE INFORMATION TRANSPT INFRAST (BITI) WIRED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,530</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">62,280</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Restoring acquisition accountability</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">AFNET</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">147,063</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">147,063</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">JOINT COMMUNICATIONS SUPPORT ELEMENT (JCSE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,505</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,505</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left" colname="column2" rowsep="0">USCENTCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,190</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,190</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">USSTRATCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,244</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,244</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ORGANIZATION AND BASE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">TACTICAL C-E EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">143,757</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">143,757</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column2" rowsep="0">RADIO EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,402</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,402</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">CCTV/AUDIOVISUAL EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,211</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,211</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">BASE COMM INFRASTRUCTURE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,123</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,123</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">COMM ELECT MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PERSONAL SAFETY & RESCUE EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">PERSONAL SAFETY AND RESCUE EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,634</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,634</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>DEPOT PLANT+MTRLS HANDLING EQ</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">POWER CONDITIONING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">MECHANIZED MATERIAL HANDLING EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,901</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,901</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BASE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">BASE PROCURED EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">23,963</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">23,963</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left" colname="column2" rowsep="0">ENGINEERING AND EOD EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,124</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">34,124</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">MOBILITY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,439</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,439</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">FUELS SUPPORT EQUIPMENT (FSE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,255</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,255</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">BASE MAINTENANCE AND SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">38,986</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">38,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPECIAL SUPPORT PROJECTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">DARP RC135</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,716</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,716</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left" colname="column2" rowsep="0">DCGS-AF</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">116,055</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">116,055</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left" colname="column2" rowsep="0">SPECIAL UPDATE PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">835,148</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">835,148</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066A</entry><entry align="left"

colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,292,807</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,292,807</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left" colname="column2" rowsep="0">SPARES AND REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">81,340</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">81,340</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>21,342,857</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>21,303,034</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, OSD</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT, DPAA</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,504</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,504</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT, OSD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,705</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">43,705</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, NSA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">044</entry><entry align="left" colname="column2" rowsep="0">INFORMATION SYSTEMS SECURITY PROGRAM (ISSP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,533</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to DISA for Sharkseer</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, WHS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT, WHS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">507</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">507</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DISA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">INFORMATION SYSTEMS SECURITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,318</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,718</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment for Sharkseer</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[1,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">TELEPORT PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,103</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,103</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,416</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,416</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">DEFENSE INFORMATION SYSTEM NETWORK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,574</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,574</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">WHITE HOUSE COMMUNICATION AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,079</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,079</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">SENIOR LEADERSHIP ENTERPRISE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">78,669</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">78,669</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">JOINT REGIONAL SECURITY STACKS (JRSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">88,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">88,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"

colname="column2" rowsep="0">JOINT SERVICE PROVIDER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">107,907</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">107,907</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DLA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,122</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,122</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DSS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">496</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">496</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, TJS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT, TJS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,905</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,905</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENTâ€"TJS CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,458</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,458</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, MISSILE DEFENSE AGENCY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">028</entry><entry align="left" colname="column2" rowsep="0">THAAD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">425,863</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">388,543</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost savings</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"37,320]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">GROUND BASED MIDCOURSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,471</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,471</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">AEGIS BMD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">600,773</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">565,374</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> SMâ€"3 Block IB multiyear unit cost savings</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"35,399]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">AEGIS BMD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">96,995</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">96,995</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">033</entry><entry align="left" colname="column2" rowsep="0">BMDS AN/TPYâ€"2 RADARS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,046</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,046</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">034</entry><entry align="left" colname="column2" rowsep="0">ARROW 3 UPPER TIER SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">035</entry><entry align="left" colname="column2" rowsep="0">SHORT RANGE BALLISTIC MISSILE DEFENSE (SRBMD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">AEGIS ASHORE PHASE III</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,659</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,659</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">IRON DOME</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">95,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">95,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">AEGIS BMD HARDWARE AND SOFTWARE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">124,986</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">124,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DHRA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">PERSONNEL ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,030</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,030</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">211</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">211</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">OTHER MAJOR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,521</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DODEA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">AUTOMATION/EDUCATIONAL SUPPORT & LOGISTICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,320</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,320</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DCMA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,432</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,432</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DMACT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">MAJOR EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,961</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,961</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">589,366</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">589,366</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AVIATION PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">ROTARY WING UPGRADES AND SUSTAINMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">172,020</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">172,020</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">UNMANNED ISR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,208</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,208</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">NON-STANDARD AVIATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,310</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,310</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">Uâ€"28</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,898</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,898</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">MHâ€"47 CHINOOK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">173,812</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">173,812</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">058</entry><entry align="left" colname="column2" rowsep="0">CVâ€"22 MODIFICATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,256</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,256</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9 UNMANNED AERIAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,338</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,338</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">PRECISION STRIKE PACKAGE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">232,930</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">232,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">AC/MCâ€"130J</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">173,419</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">165,019</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> RFCM realignment to RDAF FVL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"8,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left" colname="column2" rowsep="0">Câ€"130 MODIFICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,582</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,582</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>SHIPBUILDING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">UNDERWATER SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">58,991</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">58,991</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AMMUNITION PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left" colname="column2" rowsep="0">ORDNANCE ITEMS <$5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">279,992</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">279,992</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left" colname="column2" rowsep="0">INTELLIGENCE SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">100,641</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">100,641</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066</entry><entry align="left" colname="column2" rowsep="0">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,522</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,522</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left" colname="column2" rowsep="0">OTHER ITEMS <$5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">103,910</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">103,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left" colname="column2" rowsep="0">COMBATANT CRAFT SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,088</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,088</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left" colname="column2" rowsep="0">SPECIAL PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">63,467</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">63,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column2" rowsep="0">TACTICAL VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,832</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">77,832</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left" colname="column2" rowsep="0">WARRIOR SYSTEMS <$5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">298,480</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">298,480</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">COMBAT MISSION REQUIREMENTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,702</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,702</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">073</entry><entry align="left" colname="column2" rowsep="0">GLOBAL VIDEO SURVEILLANCE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,787</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,787</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left" colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS INTELLIGENCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,175</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,175</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left" colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">282,532</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">282,532</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CBDP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">076</entry><entry align="left" colname="column2" rowsep="0">CHEMICAL BIOLOGICAL SITUATIONAL AWARENESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">162,406</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">162,406</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">077</entry><entry align="left" colname="column2" rowsep="0">CB PROTECTION & HAZARD MITIGATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">188,188</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">183,618</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"4,570]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>5,114,416</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>5,028,727</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>JOINT URGENT OPERATIONAL NEEDS FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>JOINT URGENT OPERATIONAL NEEDS FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">JOINT URGENT OPERATIONAL NEEDS FUND</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">99,200</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"99,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL JOINT URGENT OPERATIONAL NEEDS FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>99,200</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">0</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL PROCUREMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>132,343,701</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>133,100,265</bold></entry></row></tbody></tgroup></table></section>

<section id="H58AE92D47F624F6C89DC7FA667412053"><enum>4102.</enum><header>Procurement for overseas contingency operations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Procurement for Overseas Contingency Operations" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="7"><colspec align="center" coldef="txt-no-ldr-no-spread" colname="column1" colnum="0" colwidth="107pts" min-data-value="32"/><colspec coldef="txt" colname="column2" colnum="1" colwidth="242pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="196pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="11" colwidth="139pts" min-data-value="12"/><thead>

<row><entry colname="column1" nameend="column8" namest="column1"><bold>SEC. 4102. PROCUREMENT FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020 <linebreak/>Request</bold></entry><entry align="center" colname="column8" morerows="0" namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FIXED WING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">MQâ€"1 UAV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">54,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">54,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ROTARY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">CHâ€"47 HELICOPTER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">MULTI SENSOR ABN RECON (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">80,260</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">80,260</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">024</entry><entry align="left" colname="column2" rowsep="0">GRCS SEMA MODS (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">750</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">750</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">EMARSS SEMA MODS (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,180</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,180</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">UTILITY/CARGO AIRPLANE MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,362</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,362</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">NETWORK AND MISSION PLAN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">DEGRADED VISUAL ENVIRONMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">49,450</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">49,450</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>GROUND SUPPORT AVIONICS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">037</entry><entry align="left" colname="column2" rowsep="0">CMWS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">130,219</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">130,219</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">038</entry><entry align="left" colname="column2" rowsep="0">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,310</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,310</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">LAUNCHER GUIDED MISSILE: LONGBOW HELLFIRE XM2</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>381,541</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>381,541</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SURFACE-TO-AIR MISSILE SYSTEM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">M-SHORADâ€"PROCUREMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">158,300</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">158,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">MSE MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,938</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,938</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIR-TO-SURFACE MISSILE SYSTEM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">HELLFIRE SYS SUMMARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">236,265</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">236,265</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ANTI-TANK/ASSAULT MISSILE SYS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">JAVELIN (AAWS-M) SYSTEM SUMMARY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,389</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,389</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">431,596</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">431,596</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">ARMY TACTICAL MSL SYS (ATACMS)â€"SYS SUM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">130,770</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">130,770</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">LETHAL MINIATURE AERIAL MISSILE SYSTEM (LMAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">83,300</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">83,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">STINGER MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">MLRS MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">348,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">336,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"11,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL MISSILE PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>1,438,058</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>1,426,558</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF W&TCV, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TRACKED COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">ARMORED MULTI PURPOSE VEHICLE (AMPV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">221,638</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">221,638</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF TRACKED COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">STRYKER (MOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">IMPROVED RECOVERY VEHICLE (M88A2 HERCULES)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">80,146</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">80,146</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">M1 ABRAMS TANK (MOD)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>WEAPONS & OTHER COMBAT VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">M240 MEDIUM MACHINE GUN (7.62MM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">900</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">MULTI-ROLE ANTI-ARMOR ANTI-PERSONNEL WEAPONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,400</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left"

colname="column2" rowsep="0">MORTAR SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,941</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,941</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">XM320 GRENADE LAUNCHER MODULE (GLM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">526</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">526</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">023</entry><entry align="left" colname="column2" rowsep="0">CARBINE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,183</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,183</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">025</entry><entry align="left" colname="column2" rowsep="0">COMMON REMOTELY OPERATED WEAPONS STATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,182</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,182</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">HANDGUN</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">248</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">248</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MOD OF WEAPONS AND OTHER COMBAT VEH</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">M2 50 CAL MACHINE GUN MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,090</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT OF W&TCV, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>353,454</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>353,454</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SMALL/MEDIUM CAL AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">CTG, 5.56MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">567</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">567</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">CTG, 7.62MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">CTG, HANDGUN, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">CTG, .50 CAL, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">189</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">189</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">CTG, 30MM, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,900</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ARTILLERY AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">PROJ 155MM EXTENDED RANGE M982</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">36,052</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">36,052</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY PROPELLANTS, FUZES AND PRIMERS, ALL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,271</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,271</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">SHOULDER LAUNCHED MUNITIONS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">176</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">176</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">ROCKET, HYDRA 70, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">79,459</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">79,459</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISCELLANEOUS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5 MILLION (AMMO)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT OF AMMUNITION, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>148,682</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>148,682</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF HEAVY TACTICAL VEHICLES (FHTV)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,917</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,917</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">PLS ESP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,941</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,941</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">HVY EXPANDED MOBILE TACTICAL TRUCK EXT SERV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,734</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">62,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">014</entry><entry align="left" colname="column2" rowsep="0">TACTICAL WHEELED VEHICLE PROTECTION KITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">50,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">MODIFICATION OF IN SVC EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"JOINT COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">TACTICAL NETWORK TECHNOLOGY MOD IN SVC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,000</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"SATELLITE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">029</entry><entry align="left" colname="column2" rowsep="0">TRANSPORTABLE TACTICAL COMMAND COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,930</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">ASSURED POSITIONING, NAVIGATION AND TIMING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,778</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">032</entry><entry align="left" colname="column2" rowsep="0">SMART-T (SPACE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">825</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">825</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"COMBAT COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column2" rowsep="0">RADIO TERMINAL SET, MIDS LVT(2)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">350</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">350</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">047</entry><entry align="left" colname="column2" rowsep="0">COTS COMMUNICATIONS EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,400</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF MED COMM FOR COMBAT CASUALTY CARE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,231</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,231</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"INTELLIGENCE COMM</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">CI AUTOMATION ARCHITECTURE (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,200</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"LONG HAUL COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">BASE SUPPORT COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,482</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,482</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMâ€"BASE COMMUNICATIONS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">INFORMATION SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">55,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">INSTALLATION INFO INFRASTRUCTURE MOD PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">75,820</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">75,820</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACT INT REL ACT (TIARA)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">068</entry><entry align="left" colname="column2" rowsep="0">DCGS-A (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">38,613</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">38,613</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column2" rowsep="0">TROJAN (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,337</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,337</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left" colname="column2" rowsep="0">MOD OF IN-SVC EQUIP (INTEL SPT) (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,051</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,051</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left" colname="column2" rowsep="0">BIOMETRIC TACTICAL COLLECTION DEVICES (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"ELECTRONIC WARFARE (EW)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">082</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF PERSISTENT SURVEILLANCE CAP. (MIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">71,493</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,493</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">083</entry><entry align="left" colname="column2" rowsep="0">COUNTERINTELLIGENCE/SECURITY COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,917</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,917</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACTICAL SURV. (TAC SURV)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left" colname="column2" rowsep="0">SENTINEL MODS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">086</entry><entry align="left" colname="column2" rowsep="0">NIGHT VISION DEVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,676</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,676</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left" colname="column2" rowsep="0">JOINT BATTLE COMMANDâ€"PLATFORM (JBC-P)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,568</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,568</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">097</entry><entry align="left" colname="column2" rowsep="0">COMPUTER BALLISTICS: LHMBC XM32</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">570</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">570</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">098</entry><entry align="left" colname="column2" rowsep="0">MORTAR FIRE CONTROL SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,975</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,975</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"TACTICAL C2 SYSTEMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left" colname="column2" rowsep="0">AIR & MSL DEFENSE PLANNING & CONTROL SYS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,331</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">14,331</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ELECT EQUIPâ€"AUTOMATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">112</entry><entry align="left" colname="column2" rowsep="0">ARMY TRAINING MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,014</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">6,014</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">113</entry><entry align="left" colname="column2" rowsep="0">AUTOMATED DATA PROCESSING EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,700</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CHEMICAL DEFENSIVE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">124</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF NON-LETHAL EQUIPMENT (FNLE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,480</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">25,480</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">125</entry><entry align="left" colname="column2" rowsep="0">BASE DEFENSE SYSTEMS (BDS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,110</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">39,984</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"7,126]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left" colname="column2" rowsep="0">CBRN DEFENSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,711</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">17,461</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Unit cost discrepancies</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"1,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BRIDGING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left" colname="column2" rowsep="0">TACTICAL BRIDGING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,884</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,884</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ENGINEER (NON-CONSTRUCTION) EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">133</entry><entry align="left" colname="column2" rowsep="0">GRND STANDOFF MINE DETECTN SYSM (GSTAMIDS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"845]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">135</entry><entry align="left" colname="column2" rowsep="0">HUSKY MOUNTED DETECTION SYSTEM (HMDS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,253</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,071</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program reduction</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"6,182]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">136</entry><entry align="left" colname="column2" rowsep="0">ROBOTIC COMBAT SUPPORT SYSTEM (RCSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,300</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column2" rowsep="0">RENDER SAFE SETS KITS OUTFITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">84,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">84,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMBAT SERVICE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">143</entry><entry align="left" colname="column2" rowsep="0">HEATERS AND ECU'S</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">145</entry><entry align="left" colname="column2" rowsep="0">PERSONNEL RECOVERY SUPPORT SYSTEM (PRSS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,101</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,101</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">146</entry><entry align="left" colname="column2" rowsep="0">GROUND SOLDIER SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,760</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,760</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">148</entry><entry align="left" colname="column2" rowsep="0">FORCE PROVIDER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">56,400</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">56,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column2" rowsep="0">CARGO AERIAL DEL & PERSONNEL PARACHUTE SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,040</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,040</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PETROLEUM EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">154</entry><entry align="left" colname="column2" rowsep="0">DISTRIBUTION SYSTEMS, PETROLEUM & WATER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,986</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,986</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MEDICAL EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">155</entry><entry align="left" colname="column2" rowsep="0">COMBAT SUPPORT MEDICAL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,735</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,735</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CONSTRUCTION EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">159</entry><entry align="left" colname="column2" rowsep="0">SCRAPERS, EARTHMOVING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,669</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,669</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column2" rowsep="0">LOADERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">380</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">162</entry><entry align="left" colname="column2" rowsep="0">TRACTOR, FULL TRACKED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,225</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,225</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">164</entry><entry align="left" colname="column2" rowsep="0">HIGH MOBILITY ENGINEER EXCAVATOR (HMEE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">166</entry><entry align="left" colname="column2" rowsep="0">CONST EQUIP ESP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,870</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,870</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">167</entry><entry align="left" colname="column2" rowsep="0">ITEMS LESS THAN $5.0M (CONST EQUIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">350</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">350</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GENERATORS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">171</entry><entry align="left"

colname="column2" rowsep="0">GENERATORS AND ASSOCIATED EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,436</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MATERIAL HANDLING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">173</entry><entry align="left" colname="column2" rowsep="0">FAMILY OF FORKLIFTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,152</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,152</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TRAINING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">175</entry><entry align="left" colname="column2" rowsep="0">TRAINING DEVICES, NONSYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,106</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,106</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TEST MEASURE AND DIG EQUIPMENT (TMD)</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">181</entry><entry align="left" colname="column2" rowsep="0">INTEGRATED FAMILY OF TEST EQUIPMENT (IFTE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,395</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,395</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">184</entry><entry align="left" colname="column2" rowsep="0">RAPID EQUIPPING SOLDIER SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,122</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">24,122</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">185</entry><entry align="left" colname="column2" rowsep="0">PHYSICAL SECURITY SYSTEMS (OPA3)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,016</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,016</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">187</entry><entry align="left" colname="column2" rowsep="0">MODIFICATION OF IN-SVC EQUIPMENT (OPAâ€"3)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,354</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,354</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">189</entry><entry align="left" colname="column2" rowsep="0">BUILDING, PRE-FAB, RELOCATABLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,654</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">62,654</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL OTHER PROCUREMENT, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>1,131,450</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>1,076,047</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">026</entry><entry align="left" colname="column2" rowsep="0">STUASL0 UAV</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,921</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,921</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9A REAPER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">77,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">77,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MODIFICATION OF AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">036</entry><entry align="left" colname="column2" rowsep="0">EPâ€"3 SERIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,488</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,488</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">046</entry><entry align="left" colname="column2" rowsep="0">SPECIAL PROJECT AIRCRAFT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,498</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,498</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">COMMON ECM EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,406</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,406</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">053</entry><entry align="left" colname="column2" rowsep="0">COMMON DEFENSIVE WEAPON SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,274</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,274</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">062</entry><entry align="left" colname="column2" rowsep="0">QRC</entry><entry align="left" colname="column4" leader-

modify="clr-ldr" rowsep="0">18,458</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">18,458</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>119,045</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>119,045</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>WEAPONS PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">JOINT AIR GROUND MISSILE (JAGM)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">90,966</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">90,966</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">AERIAL TARGETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL WEAPONS PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>97,466</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>97,466</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMO, NAVY & MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>NAVY AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,978</entry><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0">26,978</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">JDAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,263</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,263</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">003</entry><entry align="left" colname="column2" rowsep="0">AIRBORNE ROCKETS, ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,020</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,020</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">MACHINE GUN AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,577</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">33,577</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">PRACTICE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,903</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,903</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">006</entry><entry align="left" colname="column2" rowsep="0">CARTRIDGES & CART ACTUATED DEVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,081</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,081</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">AIR EXPENDABLE COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,911</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,911</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">OTHER SHIP GUN AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,262</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">SMALL ARMS & LANDING PARTY AMMO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,010</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,010</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">013</entry><entry align="left" colname="column2" rowsep="0">PYROTECHNIC AND DEMOLITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">537</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">537</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MARINE CORPS AMMUNITION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">MORTARS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,930</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,930</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left"

colname="column2" rowsep="0">DIRECT SUPPORT MUNITIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,172</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,172</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">INFANTRY WEAPONS AMMUNITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,158</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,158</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">019</entry><entry align="left" colname="column2" rowsep="0">COMBAT SUPPORT MUNITIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">965</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">965</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">021</entry><entry align="left" colname="column2" rowsep="0">ARTILLERY MUNITIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">32,047</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">32,047</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT OF AMMO, NAVY & MC</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>204,814</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>204,814</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER SHIPBOARD EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column2" rowsep="0">UNDERWATER EOD PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ASW ELECTRONIC EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">042</entry><entry align="left" colname="column2" rowsep="0">FIXED SURVEILLANCE SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">310,503</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">310,503</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SONOBUOYS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">085</entry><entry align="left" colname="column2" rowsep="0">SONOBUOYSâ€"ALL TYPES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,910</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,910</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">088</entry><entry align="left" colname="column2" rowsep="0">AIRCRAFT SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,420</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">13,420</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">094</entry><entry align="left" colname="column2" rowsep="0">AVIATION SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER ORDNANCE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">103</entry><entry align="left" colname="column2" rowsep="0">EXPLOSIVE ORDNANCE DISPOSAL EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,307</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">15,307</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CIVIL ENGINEERING SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">108</entry><entry align="left" colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">173</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">173</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">109</entry><entry align="left" colname="column2" rowsep="0">GENERAL PURPOSE TRUCKS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">408</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">408</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">111</entry><entry align="left" colname="column2" rowsep="0">FIRE FIGHTING EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">785</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">785</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SUPPLY SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">117</entry><entry align="left" colname="column2" rowsep="0">SUPPLY EQUIPMENT</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">118</entry><entry align="left" colname="column2" rowsep="0">FIRST DESTINATION TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">510</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">510</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMAND SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left" colname="column2" rowsep="0">COMMAND SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">123</entry><entry align="left" colname="column2" rowsep="0">MEDICAL SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,794</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,794</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">126</entry><entry align="left" colname="column2" rowsep="0">OPERATING FORCES SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,090</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,090</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left" colname="column2" rowsep="0">ENVIRONMENTAL SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">200</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">129</entry><entry align="left" colname="column2" rowsep="0">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,300</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL OTHER PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>357,600</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>357,600</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>GUIDED MISSILES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">GUIDED MLRS ROCKET (GMLRS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,919</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,919</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ENGINEER AND OTHER EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">045</entry><entry align="left" colname="column2" rowsep="0">EOD SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,670</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,670</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>20,589</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>20,589</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">172,240</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">172,240</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">018</entry><entry align="left" colname="column2" rowsep="0">RQâ€"20B PUMA</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,150</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,150</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>STRATEGIC AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">022</entry><entry align="left" colname="column2" rowsep="0">LARGE AIRCRAFT INFRARED COUNTERMEASURES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">53,335</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">53,335</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9 UAS PAYLOADS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">19,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">19,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT SPARES AND REPAIR PARTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">069</entry><entry align="left" colname="column2" rowsep="0">INITIAL SPARES/REPAIR PARTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,560</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">44,560</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMON SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">AIRCRAFT REPLACEMENT SUPPORT EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,025</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,025</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>309,110</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>309,110</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">JOINT AIR-SURFACE STANDOFF MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,900</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">PREDATOR HELLFIRE MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">180,771</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">180,771</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL MISSILE PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>201,671</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>201,671</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT OF AMMUNITION, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ROCKETS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">ROCKETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">84,960</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">84,960</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CARTRIDGES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">002</entry><entry align="left" colname="column2" rowsep="0">CARTRIDGES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,642</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,642</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BOMBS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">GENERAL PURPOSE BOMBS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">545,309</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">545,309</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FLARES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">015</entry><entry align="left" colname="column2" rowsep="0">FLARES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">93,272</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">93,272</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-

modify="clr-ldr" rowsep="0"><bold>FUZES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">016</entry><entry align="left" colname="column2" rowsep="0">FUZES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">157,155</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">157,155</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SMALL ARMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">017</entry><entry align="left" colname="column2" rowsep="0">SMALL ARMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,095</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">6,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT OF AMMUNITION, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>939,433</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>939,433</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PASSENGER CARRYING VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,276</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,276</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CARGO AND UTILITY VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">CARGO AND UTILITY VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,702</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">9,702</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPECIAL PURPOSE VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">005</entry><entry align="left" colname="column2" rowsep="0">JOINT LIGHT TACTICAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,999</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">40,999</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">SPECIAL PURPOSE VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,502</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">52,502</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FIRE FIGHTING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">008</entry><entry align="left" colname="column2" rowsep="0">FIRE FIGHTING/CRASH RESCUE VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,652</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,652</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MATERIALS HANDLING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">MATERIALS HANDLING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,944</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,944</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BASE MAINTENANCE SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column2" rowsep="0">RUNWAY SNOW REMOV AND CLEANING EQU</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,753</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,753</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">BASE MAINTENANCE SUPPORT VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,837</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">11,837</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPCL COMM-ELECTRONICS PROJECTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">GENERAL INFORMATION TECHNOLOGY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">031</entry><entry align="left" colname="column2" rowsep="0">AIR FORCE PHYSICAL SECURITY SYSTEM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,919</entry><entry

align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">106,919</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>ORGANIZATION AND BASE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">048</entry><entry align="left" colname="column2" rowsep="0">TACTICAL C-E EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">306</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">306</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">BASE COMM INFRASTRUCTURE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,300</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PERSONAL SAFETY & RESCUE EQUIP</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">PERSONAL SAFETY AND RESCUE EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,200</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">22,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BASE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">MOBILITY EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,535</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">26,535</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column2" rowsep="0">FUELS SUPPORT EQUIPMENT (FSE)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,040</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,040</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">061</entry><entry align="left" colname="column2" rowsep="0">BASE MAINTENANCE AND SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">20,067</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">20,067</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">066A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,209,066</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,209,066</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,538,098</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>3,538,098</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PROCUREMENT, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DISA</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">TELEPORT PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,800</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">3,800</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">012</entry><entry align="left" colname="column2" rowsep="0">DEFENSE INFORMATION SYSTEM NETWORK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">12,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>MAJOR EQUIPMENT, DEFENSE THREAT REDUCTION AGENCY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">027</entry><entry align="left" colname="column2" rowsep="0">COUNTER IED & IMPROVISED THREAT TECHNOLOGIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,590</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">4,590</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CLASSIFIED PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">049A</entry><entry align="left" colname="column2" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">51,380</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">46,380</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AVIATION PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column2" rowsep="0">MANNED ISR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">051</entry><entry align="left" colname="column2" rowsep="0">MCâ€"12</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">5,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">052</entry><entry align="left" colname="column2" rowsep="0">MHâ€"60 BLACKHAWK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28,100</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28,100</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">054</entry><entry align="left" colname="column2" rowsep="0">UNMANNED ISR</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,207</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">8,207</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">056</entry><entry align="left" colname="column2" rowsep="0">Uâ€"28</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">31,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">31,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">MHâ€"47 CHINOOK</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">059</entry><entry align="left" colname="column2" rowsep="0">MQâ€"9 UNMANNED AERIAL VEHICLE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,900</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">1,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AMMUNITION PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">064</entry><entry align="left" colname="column2" rowsep="0">ORDNANCE ITEMS <$5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">138,252</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">138,252</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT PROGRAMS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">065</entry><entry align="left" colname="column2" rowsep="0">INTELLIGENCE SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">16,500</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">16,500</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">067</entry><entry align="left" colname="column2" rowsep="0">OTHER ITEMS <$5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">28</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">28</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column2" rowsep="0">TACTICAL VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,990</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,990</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">071</entry><entry align="left" colname="column2" rowsep="0">WARRIOR SYSTEMS <$5M</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">37,512</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">37,512</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">COMBAT MISSION REQUIREMENTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,000</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">10,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">074</entry><entry align="left" colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS INTELLIGENCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,594</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">7,594</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">075</entry><entry align="left" colname="column2" rowsep="0">OPERATIONAL ENHANCEMENTS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">45,194</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">45,194</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>447,047</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>442,047</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>NATIONAL GUARD AND RESERVE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">265,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-

modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[265,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL NATIONAL GUARD AND RESERVE EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>265,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>9,688,058</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>9,881,155</bold></entry></row></tbody></tgroup></table></section>

<section id="H9FE2E96A606D416DAE7F2482DBA0BD12"><enum>4103.</enum><header>Procurement for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Procurement for OCO for Base Requirements" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="7"><colspec align="center" coldef="txt-no-ldr-no-spread" colname="column1" colnum="0" colwidth="32pts" min-data-value="32"/><colspec coldef="txt" colname="column2" colnum="1" colwidth="203pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="40pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="11" colwidth="40pts" min-data-value="12"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8" namest="column1"><bold>SEC. 4103. PROCUREMENT FOR EMERGENCY REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020 <linebreak/>Request</bold></entry><entry align="center" colname="column8" morerows="0" namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMAND SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">122</entry><entry align="left" colname="column2" rowsep="0">COMMAND SUPPORT EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">233,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-

modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[233,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>233,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>TACTICAL FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER AIRCRAFT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">055</entry><entry align="left" colname="column2" rowsep="0">RCâ€"135</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">204,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[204,448]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>COMMON SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">072</entry><entry align="left" colname="column2" rowsep="0">AIRCRAFT REPLACEMENT SUPPORT EQUIP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">46,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[46,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL AIRCRAFT PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>250,448</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>PASSENGER CARRYING VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">001</entry><entry align="left" colname="column2" rowsep="0">PASSENGER CARRYING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">994</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[994]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>CARGO AND UTILITY VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">004</entry><entry align="left" colname="column2" rowsep="0">CARGO AND UTILITY VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">126</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[126]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPECIAL PURPOSE VEHICLES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">007</entry><entry align="left" colname="column2" rowsep="0">SPECIAL PURPOSE VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">306</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[306]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>FIRE FIGHTING EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">009</entry><entry align="left" colname="column2" rowsep="0">MATERIALS HANDLING VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">276</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[994]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BASE MAINTENANCE SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">011</entry><entry align="left" colname="column2" rowsep="0">BASE MAINTENANCE SUPPORT VEHICLES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">2,400</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[994]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>BASE SUPPORT EQUIPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">057</entry><entry align="left" colname="column2" rowsep="0">BASE PROCURED EQUIPMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">49,434</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[49,434]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>SPECIAL SUPPORT PROJECTS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">063</entry><entry align="left" colname="column2" rowsep="0">DARP RC135</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">29,438</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" entry-modify="fl-hang-hier-3" rowsep="0"> Equipment replacement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0">[29,438]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2"

rowsep="0"><bold>TOTAL OTHER PROCUREMENT, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>82,974</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" rowsep="0"><bold>TOTAL PROCUREMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr" rowsep="0"><bold>566,422</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H59D796276A55425DAD85A8B7A15C4AF4"><enum> XLII</enum><header>RESEARCH, DEVELOPMENT, TEST, AND EVALUATION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H59D796276A55425DAD85A8B7A15C4AF4" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3A6FDD1331E841BC8BA6E44813C7309A" level="section">Sec.â€,4201.â€,Research, development, test, and evaluation.</toc-entry>

<toc-entry idref="H3C76793B607D4E76938BDAB33D1BA4F4" level="section">Sec.â€,4202.â€,Research, development, test, and evaluation for overseas contingency operations.</toc-entry>

<toc-entry idref="HAB5E367C08A44394843B975360A6043F" level="section">Sec.â€,4203.â€,Research, development, test, and evaluation for emergency requirements.</toc-entry> </toc>

<section id="H3A6FDD1331E841BC8BA6E44813C7309A"><enum>4201.</enum><header>Research, development, test, and evaluation</header>

<table table-type="" table-template-name="Research, Development, Test and Evaluation" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="8" bearoff="2"><colspec align="center" coldef="fig" colname="column1" colnum="0" min-data-value="5" colwidth="44pts"/><colspec coldef="txt-no-ldr-no-spread" colname="column2" colnum="1" min-data-value="46" colwidth="75pts"/><colspec coldef="txt" colname="column3" colnum="2" min-data-value="50" colwidth="436pts"/><colspec coldef="fig" colname="column4" colnum="3" min-data-value="12" colwidth="74pts"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="7" min-data-value="12" colwidth="85pts"/><thead>

<row><entry namest="column1" nameend="column8" morerows="0" colname="column1"><bold>SEC. 4201. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Line</bold></entry><entry namest="column2" morerows="0" align="center" colname="column2"><bold>Program<linebreak/>Element</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Item</bold></entry><entry namest="column4" morerows="0" align="center" colname="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column8" morerows="0" align="center" colname="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-

modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601102A</entry><entry align="left" rowsep="0" colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">297,976</entry><entry align="char" leader-modify="clr-ldr" colname="column8">307,976</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Counter UAS University Research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cyber basic research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601103A</entry><entry align="left" rowsep="0" colname="column3">UNIVERSITY RESEARCH INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">65,858</entry><entry align="char" leader-modify="clr-ldr" colname="column8">75,858</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601104A</entry><entry align="left" rowsep="0" colname="column3">UNIVERSITY AND INDUSTRY RESEARCH CENTERS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">86,164</entry><entry align="char" leader-modify="clr-ldr" colname="column8">95,164</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"artificial intelligence</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> University and industry biotechnology research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601121A</entry><entry align="left" rowsep="0" colname="column3">CYBER COLLABORATIVE RESEARCH ALLIANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,982</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,982</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>454,980</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>483,980</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602141A</entry><entry align="left" rowsep="0" colname="column3">LETHALITY TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,961</entry><entry align="char" leader-modify="clr-ldr" colname="column8">31,961</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"next generation air-breathing propulsion technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">011</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602142A</entry><entry align="left" rowsep="0" colname="column3">ARMY APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,319</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,319</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602143A</entry><entry align="left" rowsep="0" colname="column3">SOLDIER LETHALITY TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">115,274</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,274</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Expeditionary mobile base camp technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> HEROES program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-

ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> UPL MDTF for INDOPACOM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602144A</entry><entry align="left" rowsep="0" colname="column3">GROUND TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,199</entry><entry align="char" leader-modify="clr-ldr" colname="column8">54,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced materials manufacturing process</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Biopolymer structural materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cellulose structural materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> High performance polymers research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Manufacturing research technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602145A</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION COMBAT VEHICLE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">219,047</entry><entry align="char" leader-modify="clr-ldr" colname="column8">225,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Structural thermoplastics</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602146A</entry><entry align="left" rowsep="0" colname="column3">NETWORK C3I TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">114,516</entry><entry align="char" leader-

modify="clr-ldr" colname="column8">117,016</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Next generation SAR small sat</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602147A</entry><entry align="left" rowsep="0" colname="column3">LONG RANGE PRECISION FIRES TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">74,327</entry><entry align="char" leader-modify="clr-ldr" colname="column8">86,327</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Composite tube and propulsion technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Novel printed armament components</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602148A</entry><entry align="left" rowsep="0" colname="column3">FUTURE VERTICLE LIFT TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">93,601</entry><entry align="char" leader-modify="clr-ldr" colname="column8">96,601</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602150A</entry><entry align="left" rowsep="0" colname="column3">AIR AND MISSILE DEFENSE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">50,771</entry><entry align="char" leader-modify="clr-ldr" colname="column8">50,771</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602213A</entry><entry align="left" rowsep="0" colname="column3">C3I APPLIED CYBER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,947</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,947</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602785A</entry><entry align="left" rowsep="0" colname="column3">MANPOWER/PERSONNEL/TRAINING TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,873</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,873</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602787A</entry><entry align="left" rowsep="0" colname="column3">MEDICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">99,155</entry><entry align="char" leader-modify="clr-ldr"

colname="column8">108,955</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Female warfighter performance research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Musculoskeletal injury risk mitigation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[4,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>893,990</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>964,290</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603002A</entry><entry align="left" rowsep="0" colname="column3">MEDICAL ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,030</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,030</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603007A</entry><entry align="left" rowsep="0" colname="column3">MANPOWER, PERSONNEL AND TRAINING ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,038</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,038</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603117A</entry><entry align="left" rowsep="0" colname="column3">ARMY ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">63,338</entry><entry align="char" leader-modify="clr-ldr" colname="column8">63,338</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603118A</entry><entry align="left" rowsep="0" colname="column3">SOLDIER LETHALITY ADVANCED TECHNOLOGY</entry><entry align="left"

leader-modify="clr-ldr" rowsep="0" colname="column4">118,468</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,468</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Improvement of combat helmet suspension systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Thermal mitigation technologies</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603119A</entry><entry align="left" rowsep="0" colname="column3">GROUND ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,593</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,593</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> 100 hour battery</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Ground advanced technology for cold regions</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Lightweight protective and hardening materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Robotic construction research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">059</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603457A</entry><entry align="left" rowsep="0" colname="column3">C3I CYBER ADVANCED DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,769</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,769</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603461A</entry><entry align="left" rowsep="0" colname="column3">HIGH PERFORMANCE COMPUTING MODERNIZATION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">184,755</entry><entry align="char" leader-modify="clr-ldr" colname="column8">224,755</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[40,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603462A</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION COMBAT VEHICLE ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">160,035</entry><entry align="char" leader-modify="clr-ldr" colname="column8">174,035</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Ground vehicle sustainment research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"hydrogen fuel cells</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603463A</entry><entry align="left" rowsep="0" colname="column3">NETWORK C3I ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">106,899</entry><entry align="char" leader-modify="clr-ldr" colname="column8">103,899</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Underexecution</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603464A</entry><entry align="left" rowsep="0" colname="column3">LONG RANGE PRECISION FIRES ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">174,386</entry><entry align="char" leader-modify="clr-ldr" colname="column8">183,386</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Hypersonics research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase missile demonstrations</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603465A</entry><entry align="left" rowsep="0" colname="column3">FUTURE VERTICAL LIFT ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">151,640</entry><entry align="char" leader-modify="clr-ldr" colname="column8">151,640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0603466A</entry><entry align="left" rowsep="0" colname="column3">AIR AND MISSILE DEFENSE ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">60,613</entry><entry align="char" leader-modify="clr-ldr" colname="column8">60,613</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,099,564</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>1,192,564</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603305A</entry><entry align="left" rowsep="0" colname="column3">ARMY MISSLE DEFENSE SYSTEMS INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,987</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,987</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Conventional mission capabilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603327A</entry><entry align="left" rowsep="0" colname="column3">AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,148</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,148</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603619A</entry><entry align="left" rowsep="0" colname="column3">LANDMINE WARFARE AND BARRIERâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">92,915</entry><entry align="char" leader-modify="clr-ldr" colname="column8">92,915</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603639A</entry><entry align="left" rowsep="0" colname="column3">TANK AND MEDIUM CALIBER AMMUNITION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">82,146</entry><entry align="char" leader-modify="clr-ldr" colname="column8">82,146</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603645A</entry><entry align="left" rowsep="0" colname="column3">ARMORED SYSTEM MODERNIZATIONâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">157,656</entry><entry align="char" leader-modify="clr-ldr" colname="column8">157,656</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603747A</entry><entry align="left" rowsep="0" colname="column3">SOLDIER SUPPORT AND SURVIVABILITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,514</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,514</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603766A</entry><entry align="left" rowsep="0" colname="column3">TACTICAL ELECTRONIC SURVEILLANCE SYSTEMâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,890</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603774A</entry><entry align="left" rowsep="0" colname="column3">NIGHT VISION SYSTEMS ADVANCED DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">251,011</entry><entry align="char" leader-modify="clr-ldr" colname="column8">222,791</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> IVAS insufficient justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"28,220]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603779A</entry><entry align="left" rowsep="0" colname="column3">ENVIRONMENTAL QUALITY TECHNOLOGYâ€"DEM/VAL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,132</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,132</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">083</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603790A</entry><entry align="left" rowsep="0" colname="column3">NATO RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,406</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,406</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603801A</entry><entry align="left" rowsep="0" colname="column3">AVIATIONâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">459,290</entry><entry align="char" leader-modify="clr-ldr" colname="column8">534,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase: Future long-range assault aircraft</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[75,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603804A</entry><entry align="left" rowsep="0" colname="column3">LOGISTICS AND ENGINEER EQUIPMENTâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,254</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,254</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603807A</entry><entry align="left" rowsep="0" colname="column3">MEDICAL SYSTEMSâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">31,175</entry><entry align="char" leader-

modify="clr-ldr" colname="column8">31,175</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603827A</entry><entry align="left" rowsep="0" colname="column3">SOLDIER SYSTEMSâ€"ADVANCED DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,113</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,113</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604017A</entry><entry align="left" rowsep="0" colname="column3">ROBOTICS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">115,222</entry><entry align="char" leader-modify="clr-ldr" colname="column8">88,222</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"27,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604021A</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE TECHNOLOGY MATURATION (MIP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,043</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,043</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604100A</entry><entry align="left" rowsep="0" colname="column3">ANALYSIS OF ALTERNATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,023</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,023</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">092</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604113A</entry><entry align="left" rowsep="0" colname="column3">FUTURE TACTICAL UNMANNED AIRCRAFT SYSTEM (FTUAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,745</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,745</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program adjustment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604114A</entry><entry align="left" rowsep="0" colname="column3">LOWER TIER AIR MISSILE DEFENSE (LTAMD) SENSOR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">427,772</entry><entry align="char" leader-modify="clr-ldr" colname="column8">379,772</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Rapid prototyping excess funding</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"48,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">094</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604115A</entry><entry align="left" rowsep="0" colname="column3">TECHNOLOGY MATURATION INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">196,676</entry><entry align="char"

leader-modify="clr-ldr" colname="column8">161,676</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient schedule detail</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"35,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604117A</entry><entry align="left" rowsep="0" colname="column3">MANEUVERâ€"SHORT RANGE AIR DEFENSE (M-SHORAD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">33,100</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess testing cost</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"3,700]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604119A</entry><entry align="left" rowsep="0" colname="column3">ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">115,116</entry><entry align="char" leader-modify="clr-ldr" colname="column8">103,331</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"11,785]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">099</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604121A</entry><entry align="left" rowsep="0" colname="column3">SYNTHETIC TRAINING ENVIRONMENT REFINEMENT & PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">136,761</entry><entry align="char" leader-modify="clr-ldr" colname="column8">111,761</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need (IVAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"25,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604182A</entry><entry align="left" rowsep="0" colname="column3">HYPERSONICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">228,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">389,610</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Transfer from RDTE Defense-Wide, line 124</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[31,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> UPL accelerate Hypersonic Weapons System</entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[130,610]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">102</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604403A</entry><entry align="left" rowsep="0" colname="column3">FUTURE INTERCEPTOR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">103</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604541A</entry><entry align="left" rowsep="0" colname="column3">UNIFIED NETWORK TRANSPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">39,600</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,900]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">104</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604644A</entry><entry align="left" rowsep="0" colname="column3">MOBILE MEDIUM RANGE MISSILE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">106</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305251A</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">52,102</entry><entry align="char" leader-modify="clr-ldr" colname="column8">52,102</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206120A</entry><entry align="left" rowsep="0" colname="column3">ASSURED POSITIONING, NAVIGATION AND TIMING (PNT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">192,562</entry><entry align="char" leader-modify="clr-ldr" colname="column8">150,062</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Project cancellation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"42,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">108</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206308A</entry><entry align="left" rowsep="0" colname="column3">ARMY SPACE SYSTEMS INTEGRATION</entry><entry align="left" leader-

modify="clr-ldr" rowsep="0" colname="column4">104,996</entry><entry align="char" leader-modify="clr-ldr" colname="column8">104,996</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>2,929,355</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>2,920,460</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604201A</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT AVIONICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,164</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,164</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604270A</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,539</entry><entry align="char" leader-modify="clr-ldr" colname="column8">70,539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604601A</entry><entry align="left" rowsep="0" colname="column3">INFANTRY SUPPORT WEAPONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">106,121</entry><entry align="char" leader-modify="clr-ldr" colname="column8">106,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">114</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604604A</entry><entry align="left" rowsep="0" colname="column3">MEDIUM TACTICAL VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,152</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,152</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">115</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604611A</entry><entry align="left" rowsep="0" colname="column3">JAVELIN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,897</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,055</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Qualification testing early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,842]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">116</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604622A</entry><entry align="left" rowsep="0"

colname="column3">FAMILY OF HEAVY TACTICAL VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,745</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,745</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604633A</entry><entry align="left" rowsep="0" colname="column3">AIR TRAFFIC CONTROL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,989</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,989</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604642A</entry><entry align="left" rowsep="0" colname="column3">LIGHT TACTICAL WHEELED VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,465</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,965</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"7,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604645A</entry><entry align="left" rowsep="0" colname="column3">ARMORED SYSTEMS MODERNIZATION (ASM)â€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">310,152</entry><entry align="char" leader-modify="clr-ldr" colname="column8">293,964</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"16,188]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604710A</entry><entry align="left" rowsep="0" colname="column3">NIGHT VISION SYSTEMSâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,732</entry><entry align="char" leader-modify="clr-ldr" colname="column8">166,732</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification (IVAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604713A</entry><entry align="left" rowsep="0" colname="column3">COMBAT FEEDING, CLOTHING, AND EQUIPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,393</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,393</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604715A</entry><entry align="left" rowsep="0" colname="column3">NON-SYSTEM TRAINING DEVICESâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,412</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,412</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604741A</entry><entry align="left" rowsep="0"

colname="column3">AIR DEFENSE COMMAND, CONTROL AND INTELLIGENCEâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">43,502</entry><entry align="char" leader-modify="clr-ldr" colname="column8">43,502</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604742A</entry><entry align="left" rowsep="0" colname="column3">CONSTRUCTIVE SIMULATION SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,636</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,636</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604746A</entry><entry align="left" rowsep="0" colname="column3">AUTOMATIC TEST EQUIPMENT DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,915</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,915</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">126</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604760A</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTIVE INTERACTIVE SIMULATIONS (DIS)â€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,801</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,801</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604768A</entry><entry align="left" rowsep="0" colname="column3">BRILLIANT ANTI-ARMOR SUBMUNITION (BAT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> PFAL excess</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604780A</entry><entry align="left" rowsep="0" colname="column3">COMBINED ARMS TACTICAL TRAINER (CATT) CORE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,241</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,241</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604798A</entry><entry align="left" rowsep="0" colname="column3">BRIGADE ANALYSIS, INTEGRATION AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,634</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,303</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> RCO support excess</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"4,331]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604802A</entry><entry align="left" rowsep="0" colname="column3">WEAPONS AND MUNITIONSâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,023</entry><entry align="char" leader-modify="clr-ldr" colname="column8">181,023</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604804A</entry><entry align="left" rowsep="0"

colname="column3">LOGISTICS AND ENGINEER EQUIPMENTâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">103,226</entry><entry align="char" leader-modify="clr-ldr" colname="column8">103,226</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604805A</entry><entry align="left" rowsep="0" colname="column3">COMMAND, CONTROL, COMMUNICATIONS SYSTEMSâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,595</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,595</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604807A</entry><entry align="left" rowsep="0" colname="column3">MEDICAL MATERIEL/MEDICAL BIOLOGICAL DEFENSE EQUIPMENTâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">48,264</entry><entry align="char" leader-modify="clr-ldr" colname="column8">48,264</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604808A</entry><entry align="left" rowsep="0" colname="column3">LANDMINE WARFARE/BARRIERâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">39,208</entry><entry align="char" leader-modify="clr-ldr" colname="column8">39,208</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604818A</entry><entry align="left" rowsep="0" colname="column3">ARMY TACTICAL COMMAND & CONTROL HARDWARE & SOFTWARE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">140,637</entry><entry align="char" leader-modify="clr-ldr" colname="column8">138,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> CPI2 testing previously funded</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">136</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604820A</entry><entry align="left" rowsep="0" colname="column3">RADAR DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">105,243</entry><entry align="char" leader-modify="clr-ldr" colname="column8">105,243</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604822A</entry><entry align="left" rowsep="0" colname="column3">GENERAL FUND ENTERPRISE BUSINESS SYSTEM (GFEBS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,683</entry><entry align="char" leader-modify="clr-ldr" colname="column8">46,683</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604823A</entry><entry align="left" rowsep="0" colname="column3">FIREFINDER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,294</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,294</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604827A</entry><entry align="left" rowsep="0" colname="column3">SOLDIER SYSTEMSâ€"WARRIOR DEM/VAL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,803</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,803</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604852A</entry><entry align="left" rowsep="0" colname="column3">SUITE OF SURVIVABILITY ENHANCEMENT SYSTEMSâ€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">98,698</entry><entry align="char" leader-modify="clr-ldr" colname="column8">118,698</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase for vehicle active protection system evaluation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604854A</entry><entry align="left" rowsep="0" colname="column3">ARTILLERY SYSTEMSâ€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,832</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,832</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605013A</entry><entry align="left" rowsep="0" colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">126,537</entry><entry align="char" leader-modify="clr-ldr" colname="column8">71,537</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Historical underexecution</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"45,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605018A</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">142,773</entry><entry align="char" leader-modify="clr-ldr" colname="column8">92,073</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Poor business process reengineering</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"50,700]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605028A</entry><entry align="left" rowsep="0" colname="column3">ARMORED MULTI-PURPOSE VEHICLE (AMPV)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">96,730</entry><entry align="char" leader-modify="clr-ldr" colname="column8">92,130</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"4,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">145</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605029A</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED GROUND SECURITY SURVEILLANCE RESPONSE CAPABILITY (IGSSR-C)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,699</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,699</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605030A</entry><entry align="left" rowsep="0" colname="column3">JOINT TACTICAL NETWORK CENTER (JTNC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,882</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,882</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605031A</entry><entry align="left" rowsep="0" colname="column3">JOINT TACTICAL NETWORK (JTN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,808</entry><entry align="char" leader-modify="clr-ldr" colname="column8">40,808</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605033A</entry><entry align="left" rowsep="0" colname="column3">GROUND-BASED OPERATIONAL SURVEILLANCE SYSTEMâ€"EXPEDITIONARY (GBOSS-E)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,847</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,847</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605034A</entry><entry align="left" rowsep="0" colname="column3">TACTICAL SECURITY SYSTEM (TSS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,928</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,928</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">151</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605035A</entry><entry align="left" rowsep="0" colname="column3">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,488</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,488</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">152</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605036A</entry><entry align="left" rowsep="0" colname="column3">COMBATING WEAPONS OF MASS DESTRUCTION (CWMD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605038A</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR BIOLOGICAL CHEMICAL RECONNAISSANCE VEHICLE (NBCRV) SENSOR SUITE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,054</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,054</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">155</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605041A</entry><entry align="left" rowsep="0"

colname="column3">DEFENSIVE CYBER TOOL DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,262</entry><entry align="char" leader-modify="clr-ldr" colname="column8">45,662</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Contract delays</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605042A</entry><entry align="left" rowsep="0" colname="column3">TACTICAL NETWORK RADIO SYSTEMS (LOW-TIER)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,654</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,254</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">157</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605047A</entry><entry align="left" rowsep="0" colname="column3">CONTRACT WRITING SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,682</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">158</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605049A</entry><entry align="left" rowsep="0" colname="column3">MISSILE WARNING SYSTEM MODERNIZATION (MWSM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,539</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605051A</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT SURVIVABILITY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">64,557</entry><entry align="char" leader-modify="clr-ldr" colname="column8">64,557</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605052A</entry><entry align="left" rowsep="0" colname="column3">INDIRECT FIRE PROTECTION CAPABILITY INC 2â€"BLOCK 1</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">243,228</entry><entry align="char" leader-modify="clr-ldr" colname="column8">236,428</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> EMAM development ahead of need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">161</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605053A</entry><entry align="left" rowsep="0"

colname="column3">GROUND ROBOTICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">41,308</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,508</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to requirement</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"12,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">162</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605054A</entry><entry align="left" rowsep="0" colname="column3">EMERGING TECHNOLOGY INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">45,896</entry><entry align="char" leader-modify="clr-ldr" colname="column8">31,616</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Testing and evaluation excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"4,280]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">163</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605203A</entry><entry align="left" rowsep="0" colname="column3">ARMY SYSTEM DEVELOPMENT & DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">164,883</entry><entry align="char" leader-modify="clr-ldr" colname="column8">164,883</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">165</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605450A</entry><entry align="left" rowsep="0" colname="column3">JOINT AIR-TO-GROUND MISSILE (JAGM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605457A</entry><entry align="left" rowsep="0" colname="column3">ARMY INTEGRATED AIR AND MISSILE DEFENSE (AIAMD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">208,938</entry><entry align="char" leader-modify="clr-ldr" colname="column8">193,938</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Testing and evaluation excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605625A</entry><entry align="left" rowsep="0" colname="column3">MANNED GROUND VEHICLE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">378,400</entry><entry align="char" leader-modify="clr-ldr" colname="column8">228,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"

rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"150,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605766A</entry><entry align="left" rowsep="0" colname="column3">NATIONAL CAPABILITIES INTEGRATION (MIP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,835</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,835</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">169</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605812A</entry><entry align="left" rowsep="0" colname="column3">JOINT LIGHT TACTICAL VEHICLE (JLTV) ENGINEERING AND MANUFACTURING DEVELOPMENT PH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,732</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,232</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Army requested realignment from OPA 7</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[4,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605830A</entry><entry align="left" rowsep="0" colname="column3">AVIATION GROUND SUPPORT EQUIPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,664</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,664</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303032A</entry><entry align="left" rowsep="0" colname="column3">TROJANâ€"RH12</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,936</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,936</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304270A</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,675</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,675</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>3,549,431</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>3,189,390</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RDT&E MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604256A</entry><entry align="left" rowsep="0" colname="column3">THREAT SIMULATOR DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,117</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,117</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cybersecurity threat simulation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">177</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604258A</entry><entry align="left" rowsep="0" colname="column3">TARGET SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,327</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,327</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">178</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604759A</entry><entry align="left" rowsep="0" colname="column3">MAJOR T&E INVESTMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">136,565</entry><entry align="char" leader-modify="clr-ldr" colname="column8">136,565</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605103A</entry><entry align="left" rowsep="0" colname="column3">RAND ARROYO CENTER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,113</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,113</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605301A</entry><entry align="left" rowsep="0" colname="column3">ARMY KWAJALEIN ATOLL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">238,691</entry><entry align="char" leader-modify="clr-ldr" colname="column8">238,691</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">181</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605326A</entry><entry align="left" rowsep="0" colname="column3">CONCEPTS EXPERIMENTATION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,922</entry><entry align="char" leader-modify="clr-ldr" colname="column8">36,922</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605601A</entry><entry align="left" rowsep="0" colname="column3">ARMY TEST RANGES AND FACILITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">334,468</entry><entry align="char" leader-modify="clr-ldr" colname="column8">334,468</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605602A</entry><entry align="left" rowsep="0" colname="column3">ARMY TECHNICAL TEST INSTRUMENTATION AND TARGETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,974</entry><entry align="char" leader-modify="clr-ldr" colname="column8">51,974</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"space and missile cybersecurity</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">185</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605604A</entry><entry align="left" rowsep="0" colname="column3">SURVIVABILITY/LETHALITY ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,075</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,075</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">186</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605606A</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT CERTIFICATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,461</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,461</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605702A</entry><entry align="left" rowsep="0" colname="column3">METEOROLOGICAL SUPPORT TO RDT&E ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,233</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,233</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">188</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605706A</entry><entry align="left" rowsep="0" colname="column3">MATERIEL SYSTEMS ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,342</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,342</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605709A</entry><entry align="left" rowsep="0" colname="column3">EXPLOITATION OF FOREIGN ITEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,168</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,168</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">190</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605712A</entry><entry align="left" rowsep="0" colname="column3">SUPPORT OF OPERATIONAL TESTING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">52,723</entry><entry align="char" leader-modify="clr-ldr" colname="column8">52,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605716A</entry><entry align="left" rowsep="0" colname="column3">ARMY EVALUATION CENTER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">60,815</entry><entry align="char" leader-modify="clr-ldr" colname="column8">60,815</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605718A</entry><entry align="left" rowsep="0" colname="column3">ARMY MODELING & SIM X-CMD COLLABORATION & INTEG</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,527</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,527</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605801A</entry><entry align="left" rowsep="0" colname="column3">PROGRAMWIDE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">58,175</entry><entry align="char" leader-modify="clr-ldr" colname="column8">58,175</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">194</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605803A</entry><entry align="left" rowsep="0" colname="column3">TECHNICAL INFORMATION ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,060</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,060</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">195</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605805A</entry><entry align="left" rowsep="0" colname="column3">MUNITIONS STANDARDIZATION, EFFECTIVENESS AND SAFETY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,458</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">196</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605857A</entry><entry align="left" rowsep="0" colname="column3">ENVIRONMENTAL QUALITY TECHNOLOGY MGMT SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,681</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,681</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605898A</entry><entry align="left" rowsep="0" colname="column3">ARMY DIRECT REPORT HEADQUARTERSâ€"R&D - MHA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">53,820</entry><entry align="char" leader-modify="clr-ldr" colname="column8">53,820</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">198</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606001A</entry><entry align="left" rowsep="0" colname="column3">MILITARY GROUND-BASED CREW TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,291</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,291</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">199</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606002A</entry><entry align="left" rowsep="0" colname="column3">RONALD REAGAN BALLISTIC MISSILE DEFENSE TEST SITE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,069</entry><entry align="char" leader-modify="clr-ldr" colname="column8">62,069</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606003A</entry><entry align="left" rowsep="0" colname="column3">COUNTERINTEL AND HUMAN INTEL MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,050</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,050</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">201</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606942A</entry><entry align="left" rowsep="0" colname="column3">ASSESSMENTS AND EVALUATIONS CYBER VULNERABILITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL RDT&E MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,286,625</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>1,287,625</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr"

colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603778A</entry><entry align="left" rowsep="0" colname="column3">MLRS PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,877</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,877</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> HIMARS excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">206</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605024A</entry><entry align="left" rowsep="0" colname="column3">ANTI-TAMPER TECHNOLOGY SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,491</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,491</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">207</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607131A</entry><entry align="left" rowsep="0" colname="column3">WEAPONS AND MUNITIONS PRODUCT IMPROVEMENT PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,645</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,645</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">209</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607134A</entry><entry align="left" rowsep="0" colname="column3">LONG RANGE PRECISION FIRES (LRPF)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">164,182</entry><entry align="char" leader-modify="clr-ldr" colname="column8">164,182</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607136A</entry><entry align="left" rowsep="0" colname="column3">BLACKHAWK PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,039</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,039</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">212</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607137A</entry><entry align="left" rowsep="0" colname="column3">CHINOOK PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">174,371</entry><entry align="char" leader-modify="clr-ldr" colname="column8">168,371</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-

ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">213</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607138A</entry><entry align="left" rowsep="0" colname="column3">FIXED WING PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,545</entry><entry align="char" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"4,545]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">214</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607139A</entry><entry align="left" rowsep="0" colname="column3">IMPROVED TURBINE ENGINE PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">206,434</entry><entry align="char" leader-modify="clr-ldr" colname="column8">206,434</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">216</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607142A</entry><entry align="left" rowsep="0" colname="column3">AVIATION ROCKET SYSTEM PRODUCT IMPROVEMENT AND DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,221</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,130</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Integrated munitions launcher early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"3,091]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607143A</entry><entry align="left" rowsep="0" colname="column3">UNMANNED AIRCRAFT SYSTEM UNIVERSAL PRODUCTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">32,016</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,516</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">218</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607145A</entry><entry align="left" rowsep="0" colname="column3">APACHE FUTURE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,448</entry><entry align="char" leader-modify="clr-ldr" colname="column8">448</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607312A</entry><entry align="left" rowsep="0" colname="column3">ARMY OPERATIONAL SYSTEMS DEVELOPMENT</entry><entry align="left"

leader-modify="clr-ldr" rowsep="0" colname="column4">49,526</entry><entry align="char" leader-modify="clr-ldr" colname="column8">49,526</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">220</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607665A</entry><entry align="left" rowsep="0" colname="column3">FAMILY OF BIOMETRICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,702</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,702</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">221</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607865A</entry><entry align="left" rowsep="0" colname="column3">PATRIOT PRODUCT IMPROVEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">96,430</entry><entry align="char" leader-modify="clr-ldr" colname="column8">63,630</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"32,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">222</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203728A</entry><entry align="left" rowsep="0" colname="column3">JOINT AUTOMATED DEEP OPERATION COORDINATION SYSTEM (JADOCS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">47,398</entry><entry align="char" leader-modify="clr-ldr" colname="column8">47,398</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">223</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203735A</entry><entry align="left" rowsep="0" colname="column3">COMBAT VEHICLE IMPROVEMENT PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">334,463</entry><entry align="char" leader-modify="clr-ldr" colname="column8">290,545</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"41,918]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program support excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">225</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203743A</entry><entry align="left" rowsep="0" colname="column3">155MM SELF-PROPELLED HOWITZER IMPROVEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">214,246</entry><entry align="char" leader-modify="clr-ldr" colname="column8">192,746</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"21,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">226</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203744A</entry><entry align="left" rowsep="0"

colname="column3">AIRCRAFT MODIFICATIONS/PRODUCT IMPROVEMENT PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,486</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,778</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,708]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">227</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203752A</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">144</entry><entry align="char" leader-modify="clr-ldr" colname="column8">144</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203758A</entry><entry align="left" rowsep="0" colname="column3">DIGITIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,270</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,270</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">229</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203801A</entry><entry align="left" rowsep="0" colname="column3">MISSILE/AIR DEFENSE PRODUCT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,287</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,287</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">234</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205412A</entry><entry align="left" rowsep="0" colname="column3">ENVIRONMENTAL QUALITY TECHNOLOGYâ€"OPERATIONAL SYSTEM DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">732</entry><entry align="char" leader-modify="clr-ldr" colname="column8">732</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205456A</entry><entry align="left" rowsep="0" colname="column3">LOWER TIER AIR AND MISSILE DEFENSE (AMD) SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">107,746</entry><entry align="char" leader-modify="clr-ldr" colname="column8">99,746</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Testing excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">236</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205778A</entry><entry align="left" rowsep="0" colname="column3">GUIDED MULTIPLE-LAUNCH ROCKET SYSTEM (GMLRS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">138,594</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,594</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Testing excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">238</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0303028A</entry><entry align="left" rowsep="0" colname="column3">SECURITY AND INTELLIGENCE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,845</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">239</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140A</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,185</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,185</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303141A</entry><entry align="left" rowsep="0" colname="column3">GLOBAL COMBAT SUPPORT SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">68,976</entry><entry align="char" leader-modify="clr-ldr" colname="column8">48,376</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"20,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303150A</entry><entry align="left" rowsep="0" colname="column3">WWMCCS/GLOBAL COMMAND AND CONTROL SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,073</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,073</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">245</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305179A</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED BROADCAST SERVICE (IBS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">459</entry><entry align="char" leader-modify="clr-ldr" colname="column8">459</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">246</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305204A</entry><entry align="left" rowsep="0" colname="column3">TACTICAL UNMANNED AERIAL VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,097</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,097</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">247</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305206A</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,177</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,177</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">248</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305208A</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">38,121</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305232A</entry><entry align="left" rowsep="0" colname="column3">RQâ€"11 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,218</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,218</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">251</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0305233A</entry><entry align="left" rowsep="0" colname="column3">RQâ€"7 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,817</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,817</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0307665A</entry><entry align="left" rowsep="0" colname="column3">BIOMETRICS ENABLED INTELLIGENCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">253</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708045A</entry><entry align="left" rowsep="0" colname="column3">END ITEM INDUSTRIAL PREPAREDNESS ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">59,848</entry><entry align="char" leader-modify="clr-ldr" colname="column8">67,848</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Nanoscale materials manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"additive manufacturing technology insertion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">254</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203142A</entry><entry align="left" rowsep="0" colname="column3">SATCOM GROUND ENVIRONMENT (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,169</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,169</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">255</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1208053A</entry><entry align="left" rowsep="0" colname="column3">JOINT TACTICAL GROUND SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,275</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,275</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">255A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,273</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,273</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,978,826</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>1,819,164</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>â€"159,662</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>12,192,771</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>11,857,473</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601103N</entry><entry align="left" rowsep="0" colname="column3">UNIVERSITY RESEARCH INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">116,850</entry><entry align="char" leader-modify="clr-ldr" colname="column8">146,850</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced radar research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cyber basic research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Defense University research initiatives</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-

modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601152N</entry><entry align="left" rowsep="0" colname="column3">IN-HOUSE LABORATORY INDEPENDENT RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,121</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601153N</entry><entry align="left" rowsep="0" colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">470,007</entry><entry align="char" leader-modify="clr-ldr" colname="column8">470,007</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>605,978</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>635,978</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602114N</entry><entry align="left" rowsep="0" colname="column3">POWER PROJECTION APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,546</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,546</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Hypersonic testing facilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602123N</entry><entry align="left" rowsep="0" colname="column3">FORCE PROTECTION APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">119,517</entry><entry align="char" leader-modify="clr-ldr" colname="column8">166,017</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Carbon capture</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"

rowsep="0" colname="column3"> Electric propulsion research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Energy resilience</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Energy resilience research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Hybrid composite struct. res. enhanced mobility</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Navy power and energy systems technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Test bed for autonomous ship systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">006</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602131M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS LANDING FORCE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">56,604</entry><entry align="char" leader-modify="clr-ldr" colname="column8">61,604</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Interdisciplinary expeditionary cybersecurity research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">007</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602235N</entry><entry align="left" rowsep="0" colname="column3">COMMON PICTURE APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">49,297</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,297</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Coordinate space activities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">008</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602236N</entry><entry align="left" rowsep="0" colname="column3">WARFIGHTER SUSTAINMENT APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">63,825</entry><entry align="char" leader-modify="clr-ldr" colname="column8">63,825</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">009</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602271N</entry><entry align="left" rowsep="0" colname="column3">ELECTROMAGNETIC SYSTEMS APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">83,497</entry><entry align="char" leader-modify="clr-ldr" colname="column8">83,497</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602435N</entry><entry align="left" rowsep="0" colname="column3">OCEAN WARFIGHTING ENVIRONMENT APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">63,894</entry><entry align="char" leader-modify="clr-ldr" colname="column8">63,894</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">011</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602651M</entry><entry align="left" rowsep="0" colname="column3">JOINT NON-LETHAL WEAPONS APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,346</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,346</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602747N</entry><entry align="left" rowsep="0" colname="column3">UNDERSEA WARFARE APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">57,075</entry><entry align="char" leader-modify="clr-ldr" colname="column8">74,075</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Academic partnerships for undersea vehicle research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Resident autonomous undersea robotics</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602750N</entry><entry align="left" rowsep="0" colname="column3">FUTURE NAVAL CAPABILITIES APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">154,755</entry><entry align="char" leader-modify="clr-ldr" colname="column8">154,755</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602782N</entry><entry align="left" rowsep="0" colname="column3">MINE AND EXPEDITIONARY WARFARE APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,074</entry><entry align="char" leader-modify="clr-ldr" colname="column8">36,074</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602792N</entry><entry align="left" rowsep="0" colname="column3">INNOVATIVE NAVAL PROTOTYPES (INP) APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">153,062</entry><entry align="char" leader-modify="clr-ldr" colname="column8">153,062</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602861N</entry><entry align="left" rowsep="0" colname="column3">SCIENCE AND TECHNOLOGY MANAGEMENTâ€"ONR FIELD ACITIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">73,961</entry><entry align="char" leader-modify="clr-ldr" colname="column8">73,961</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>936,453</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>1,006,953</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603123N</entry><entry align="left" rowsep="0" colname="column3">FORCE PROTECTION ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,286</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,286</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603271N</entry><entry align="left" rowsep="0" colname="column3">ELECTROMAGNETIC SYSTEMS ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,499</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,499</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">019</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603640M</entry><entry align="left" rowsep="0" colname="column3">USMC ADVANCED TECHNOLOGY DEMONSTRATION (ATD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">172,847</entry><entry align="char" leader-modify="clr-ldr" colname="column8">177,847</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"modular advanced armed robotic system</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603651M</entry><entry align="left" rowsep="0"

colname="column3">JOINT NON-LETHAL WEAPONS TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,307</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,307</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">021</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603673N</entry><entry align="left" rowsep="0" colname="column3">FUTURE NAVAL CAPABILITIES ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">231,907</entry><entry align="char" leader-modify="clr-ldr" colname="column8">231,907</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">022</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603680N</entry><entry align="left" rowsep="0" colname="column3">MANUFACTURING TECHNOLOGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">60,138</entry><entry align="char" leader-modify="clr-ldr" colname="column8">65,138</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">023</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603729N</entry><entry align="left" rowsep="0" colname="column3">WARFIGHTER PROTECTION ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,849</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,849</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603758N</entry><entry align="left" rowsep="0" colname="column3">NAVY WARFIGHTING EXPERIMENTS AND DEMONSTRATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">67,739</entry><entry align="char" leader-modify="clr-ldr" colname="column8">67,739</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">026</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603782N</entry><entry align="left" rowsep="0" colname="column3">MINE AND EXPEDITIONARY WARFARE ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,335</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,335</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">027</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603801N</entry><entry align="left" rowsep="0" colname="column3">INNOVATIVE NAVAL PROTOTYPES (INP) ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">133,303</entry><entry align="char" leader-modify="clr-ldr" colname="column8">150,330</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Electromagnetic railgun</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Funds excess to requirements</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"7,973]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>742,210</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>769,237</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603207N</entry><entry align="left" rowsep="0" colname="column3">AIR/OCEAN TACTICAL APPLICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">32,643</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,643</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase for 1 REMUS 600 vehicle</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">029</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603216N</entry><entry align="left" rowsep="0" colname="column3">AVIATION SURVIVABILITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,919</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,919</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603251N</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,473</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,473</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">031</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603254N</entry><entry align="left" rowsep="0" colname="column3">ASW SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,172</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,172</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">032</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603261N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIRBORNE RECONNAISSANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,419</entry><entry align="char" leader-

modify="clr-ldr" colname="column8">3,419</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">033</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603382N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED COMBAT SYSTEMS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">64,694</entry><entry align="char" leader-modify="clr-ldr" colname="column8">64,694</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">034</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603502N</entry><entry align="left" rowsep="0" colname="column3">SURFACE AND SHALLOW WATER MINE COUNTERMEASURES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">507,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">310,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Reduce one LUSV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"86,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> VLS concept design and LLTM early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"110,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">035</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603506N</entry><entry align="left" rowsep="0" colname="column3">SURFACE SHIP TORPEDO DEFENSE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,800</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,242</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess sundown costs</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"8,558]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">036</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603512N</entry><entry align="left" rowsep="0" colname="column3">CARRIER SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,997</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,997</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">037</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603525N</entry><entry align="left" rowsep="0" colname="column3">PILOT FISH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">291,148</entry><entry align="char" leader-modify="clr-ldr" colname="column8">186,328</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program adjustment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"104,820]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603527N</entry><entry align="left" rowsep="0" colname="column3">RETRACT LARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,980</entry><entry align="char" leader-modify="clr-ldr"

colname="column8">11,980</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">039</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603536N</entry><entry align="left" rowsep="0" colname="column3">RETRACT JUNIPER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">129,163</entry><entry align="char" leader-modify="clr-ldr" colname="column8">129,163</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603542N</entry><entry align="left" rowsep="0" colname="column3">RADIOLOGICAL CONTROL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">689</entry><entry align="char" leader-modify="clr-ldr" colname="column8">689</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">041</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603553N</entry><entry align="left" rowsep="0" colname="column3">SURFACE ASW</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,137</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603561N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED SUBMARINE SYSTEM DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">148,756</entry><entry align="char" leader-modify="clr-ldr" colname="column8">120,046</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"19,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Project 9710: Unjustified new start</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,710]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">043</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603562N</entry><entry align="left" rowsep="0" colname="column3">SUBMARINE TACTICAL WARFARE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,192</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">044</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603563N</entry><entry align="left" rowsep="0" colname="column3">SHIP CONCEPT ADVANCED DESIGN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">81,846</entry><entry align="char" leader-modify="clr-ldr" colname="column8">57,846</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Future surface combatant concept development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"24,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">045</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603564N</entry><entry align="left" rowsep="0" colname="column3">SHIP PRELIMINARY DESIGN & FEASIBILITY STUDIES</entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">69,084</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,584</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"46,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">046</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603570N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED NUCLEAR POWER SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,652</entry><entry align="char" leader-modify="clr-ldr" colname="column8">181,652</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603573N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED SURFACE MACHINERY SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,408</entry><entry align="char" leader-modify="clr-ldr" colname="column8">155,408</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Surface combatant component-level prototyping</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[125,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603576N</entry><entry align="left" rowsep="0" colname="column3">CHALK EAGLE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">64,877</entry><entry align="char" leader-modify="clr-ldr" colname="column8">64,877</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">049</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603581N</entry><entry align="left" rowsep="0" colname="column3">LITTORAL COMBAT SHIP (LCS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,934</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,934</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603582N</entry><entry align="left" rowsep="0" colname="column3">COMBAT SYSTEM INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,251</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,251</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603595N</entry><entry align="left" rowsep="0" colname="column3">OHIO REPLACEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">419,051</entry><entry align="char" leader-modify="clr-ldr" colname="column8">434,051</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"

rowsep="0" colname="column3"> Accelerate advanced propulsor development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603596N</entry><entry align="left" rowsep="0" colname="column3">LCS MISSION MODULES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">108,505</entry><entry align="char" leader-modify="clr-ldr" colname="column8">105,595</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Available prior year funds due to SUW MP testing delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,910]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">053</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603597N</entry><entry align="left" rowsep="0" colname="column3">AUTOMATED TEST AND ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,653</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">054</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603599N</entry><entry align="left" rowsep="0" colname="column3">FRIGATE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">59,007</entry><entry align="char" leader-modify="clr-ldr" colname="column8">59,007</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">055</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603609N</entry><entry align="left" rowsep="0" colname="column3">CONVENTIONAL MUNITIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,988</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,988</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">056</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603635M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS GROUND COMBAT/SUPPORT SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">86,464</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,477</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification and contract delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"69,987]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603654N</entry><entry align="left" rowsep="0" colname="column3">JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">33,478</entry><entry align="char" leader-modify="clr-ldr" colname="column8">33,478</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">058</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603713N</entry><entry align="left" rowsep="0" colname="column3">OCEAN ENGINEERING TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,619</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,619</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">059</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603721N</entry><entry align="left" rowsep="0" colname="column3">ENVIRONMENTAL PROTECTION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,564</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,564</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603724N</entry><entry align="left" rowsep="0" colname="column3">NAVY ENERGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,514</entry><entry align="char" leader-modify="clr-ldr" colname="column8">49,514</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Battery development and safety enterprise</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[13,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Marine energy systems for sensors and microgrids</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603725N</entry><entry align="left" rowsep="0" colname="column3">FACILITIES IMPROVEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,440</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,440</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603734N</entry><entry align="left" rowsep="0" colname="column3">CHALK CORAL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">346,800</entry><entry align="char" leader-modify="clr-ldr" colname="column8">310,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient budget justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"36,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603739N</entry><entry align="left" rowsep="0" colname="column3">NAVY LOGISTIC PRODUCTIVITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,857</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,857</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603746N</entry><entry align="left" rowsep="0" colname="column3">RETRACT MAPLE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">258,519</entry><entry align="char" leader-modify="clr-ldr" colname="column8">258,519</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603748N</entry><entry align="left" rowsep="0" colname="column3">LINK PLUMERIA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">403,909</entry><entry align="char" leader-modify="clr-ldr" colname="column8">396,509</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient budget justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"7,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">066</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603751N</entry><entry align="left" rowsep="0" colname="column3">RETRACT ELM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">63,434</entry><entry align="char" leader-modify="clr-ldr" colname="column8">63,434</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">067</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603764N</entry><entry align="left" rowsep="0" colname="column3">LINK EVERGREEN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">184,110</entry><entry align="char" leader-modify="clr-ldr" colname="column8">184,110</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">068</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603790N</entry><entry align="left" rowsep="0" colname="column3">NATO RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,697</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,697</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603795N</entry><entry align="left" rowsep="0" colname="column3">LAND ATTACK TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,086</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,086</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603851M</entry><entry align="left" rowsep="0" colname="column3">JOINT NON-LETHAL WEAPONS TESTING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,466</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,466</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">071</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603860N</entry><entry align="left" rowsep="0" colname="column3">JOINT PRECISION APPROACH AND LANDING SYSTEMSâ€"DEM/VAL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,341</entry><entry align="char" leader-modify="clr-ldr" colname="column8">51,341</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603925N</entry><entry align="left" rowsep="0" colname="column3">DIRECTED ENERGY AND ELECTRIC WEAPON SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">118,169</entry><entry align="char" leader-modify="clr-ldr" colname="column8">118,169</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604014N</entry><entry align="left" rowsep="0" colname="column3">F/A â€"18 INFRARED SEARCH AND TRACK (IRST)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">113,456</entry><entry align="char" leader-modify="clr-ldr" colname="column8">112,456</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604027N</entry><entry align="left" rowsep="0" colname="column3">DIGITAL WARFARE OFFICE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">50,120</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,120</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Artificial intelligence development operations unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604028N</entry><entry align="left" rowsep="0" colname="column3">SMALL AND MEDIUM UNMANNED UNDERSEA VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">32,527</entry><entry align="char" leader-modify="clr-ldr" colname="column8">32,527</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">076</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604029N</entry><entry align="left" rowsep="0" colname="column3">UNMANNED UNDERSEA VEHICLE CORE TECHNOLOGIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,376</entry><entry align="char" leader-modify="clr-ldr" colname="column8">54,376</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604030N</entry><entry align="left" rowsep="0" colname="column3">RAPID PROTOTYPING, EXPERIMENTATION AND DEMONSTRATION.</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,197</entry><entry align="char" leader-modify="clr-ldr" colname="column8">36,197</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604031N</entry><entry align="left" rowsep="0" colname="column3">LARGE UNMANNED UNDERSEA VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">68,310</entry><entry align="char" leader-modify="clr-ldr" colname="column8">68,310</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604112N</entry><entry align="left" rowsep="0" colname="column3">GERALD R. FORD CLASS NUCLEAR AIRCRAFT CARRIER (CVN 78â€"80)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">121,310</entry><entry align="char" leader-modify="clr-ldr" colname="column8">112,310</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Integrated digital shipbuilding insufficient budget justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604126N</entry><entry align="left" rowsep="0"

colname="column3">LITTORAL AIRBORNE MCM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,248</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,248</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604127N</entry><entry align="left" rowsep="0" colname="column3">SURFACE MINE COUNTERMEASURES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,735</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,735</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604272N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIR DIRECTIONAL INFRARED COUNTERMEASURES (TADIRCM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">68,346</entry><entry align="char" leader-modify="clr-ldr" colname="column8">58,449</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,897]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604289M</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION LOGISTICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,420</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,420</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Additive manufacturing logistics software pilot</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604320M</entry><entry align="left" rowsep="0" colname="column3">RAPID TECHNOLOGY CAPABILITY PROTOTYPE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,558</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,558</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604454N</entry><entry align="left" rowsep="0" colname="column3">LX (R)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604536N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED UNDERSEA PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,967</entry><entry align="char" leader-modify="clr-ldr" colname="column8">181,967</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604636N</entry><entry align="left" rowsep="0" colname="column3">COUNTER UNMANNED AIRCRAFT SYSTEMS (C-UAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">089</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604659N</entry><entry align="left" rowsep="0" colname="column3">PRECISION STRIKE WEAPONS DEVELOPMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">718,148</entry><entry align="char" leader-modify="clr-ldr" colname="column8">688,148</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604707N</entry><entry align="left" rowsep="0" colname="column3">SPACE AND ELECTRONIC WARFARE (SEW) ARCHITECTURE/ENGINEERING SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,263</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,263</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604786N</entry><entry align="left" rowsep="0" colname="column3">OFFENSIVE ANTI-SURFACE WARFARE WEAPON DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">65,419</entry><entry align="char" leader-modify="clr-ldr" colname="column8">65,419</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">092</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303354N</entry><entry align="left" rowsep="0" colname="column3">ASW SYSTEMS DEVELOPMENTâ€"MIP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,991</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,991</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304240M</entry><entry align="left" rowsep="0" colname="column3">ADVANCED TACTICAL UNMANNED AIRCRAFT SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,157</entry><entry align="char" leader-modify="clr-ldr" colname="column8">39,657</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> KMAX Large Unmanned Logistics System USMC unfunded priority</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[18,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304270N</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENTâ€"MIP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">609</entry><entry align="char" leader-modify="clr-ldr" colname="column8">609</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>5,559,062</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>5,159,880</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">096</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603208N</entry><entry align="left" rowsep="0" colname="column3">TRAINING SYSTEM AIRCRAFT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,514</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,514</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604212N</entry><entry align="left" rowsep="0" colname="column3">OTHER HELO DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,835</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,835</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">098</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604214M</entry><entry align="left" rowsep="0" colname="column3">AVâ€"8B AIRCRAFTâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,441</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,441</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604215N</entry><entry align="left" rowsep="0" colname="column3">STANDARDS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,642</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,642</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">101</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604216N</entry><entry align="left" rowsep="0" colname="column3">MULTI-MISSION HELICOPTER UPGRADE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,196</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,196</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">104</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604230N</entry><entry align="left" rowsep="0" colname="column3">WARFARE SUPPORT SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,601</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,601</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">105</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604231N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL COMMAND SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">77,232</entry><entry align="char" leader-modify="clr-ldr" colname="column8">77,232</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">106</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604234N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED HAWKEYE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">232,752</entry><entry align="char" leader-modify="clr-ldr" colname="column8">232,752</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604245M</entry><entry align="left" rowsep="0" colname="column3">Hâ€"1 UPGRADES</entry><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column4">65,359</entry><entry align="char" leader-modify="clr-ldr" colname="column8">65,359</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604261N</entry><entry align="left" rowsep="0" colname="column3">ACOUSTIC SEARCH SENSORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">47,013</entry><entry align="char" leader-modify="clr-ldr" colname="column8">47,013</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604262N</entry><entry align="left" rowsep="0" colname="column3">Vâ€"22A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">185,105</entry><entry align="char" leader-modify="clr-ldr" colname="column8">190,105</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Increase reliability and reduce vibrations of Vâ€"22 nacelles</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">111</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604264N</entry><entry align="left" rowsep="0" colname="column3">AIR CREW SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,172</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,172</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">112</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604269N</entry><entry align="left" rowsep="0" colname="column3">EAâ€"18</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">143,585</entry><entry align="char" leader-modify="clr-ldr" colname="column8">133,585</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified cost growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604270N</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">116,811</entry><entry align="char" leader-modify="clr-ldr" colname="column8">109,651</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"7,160]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">114</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604273M</entry><entry align="left" rowsep="0" colname="column3">EXECUTIVE HELO DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">187,436</entry><entry align="char" leader-modify="clr-ldr" colname="column8">187,436</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">116</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604274N</entry><entry align="left" rowsep="0"

colname="column3">NEXT GENERATION JAMMER (NGJ)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">524,261</entry><entry align="char" leader-modify="clr-ldr" colname="column8">448,261</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Underexecution</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"76,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604280N</entry><entry align="left" rowsep="0" colname="column3">JOINT TACTICAL RADIO SYSTEMâ€"NAVY (JTRS-NAVY)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">192,345</entry><entry align="char" leader-modify="clr-ldr" colname="column8">190,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604282N</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION JAMMER (NGJ) INCREMENT II</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">111,068</entry><entry align="char" leader-modify="clr-ldr" colname="column8">90,922</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"20,146]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604307N</entry><entry align="left" rowsep="0" colname="column3">SURFACE COMBATANT COMBAT SYSTEM ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">415,625</entry><entry align="char" leader-modify="clr-ldr" colname="column8">413,684</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Aegis development support studies and analysis early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,941]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604311N</entry><entry align="left" rowsep="0" colname="column3">LPDâ€"17 CLASS SYSTEMS INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">640</entry><entry align="char" leader-modify="clr-ldr" colname="column8">640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604329N</entry><entry align="left" rowsep="0" colname="column3">SMALL DIAMETER BOMB (SDB)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">50,096</entry><entry align="char" leader-modify="clr-ldr" colname="column8">50,096</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0604366N</entry><entry align="left" rowsep="0" colname="column3">STANDARD MISSILE IMPROVEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">232,391</entry><entry align="char" leader-modify="clr-ldr" colname="column8">232,391</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604373N</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE MCM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,916</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,916</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604378N</entry><entry align="left" rowsep="0" colname="column3">NAVAL INTEGRATED FIRE CONTROLâ€"COUNTER AIR SYSTEMS ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">33,379</entry><entry align="char" leader-modify="clr-ldr" colname="column8">33,379</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604501N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED ABOVE WATER SENSORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,554</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,554</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">126</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604503N</entry><entry align="left" rowsep="0" colname="column3">SSNâ€"688 AND TRIDENT MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">84,663</entry><entry align="char" leader-modify="clr-ldr" colname="column8">84,663</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604504N</entry><entry align="left" rowsep="0" colname="column3">AIR CONTROL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,923</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,923</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604512N</entry><entry align="left" rowsep="0" colname="column3">SHIPBOARD AVIATION SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,632</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,632</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604518N</entry><entry align="left" rowsep="0" colname="column3">COMBAT INFORMATION CENTER CONVERSION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,094</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,094</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604522N</entry><entry align="left" rowsep="0" colname="column3">AIR AND MISSILE DEFENSE RADAR (AMDR) SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">55,349</entry><entry align="char" leader-modify="clr-ldr" colname="column8">52,349</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Engineering changes testing and evaluation early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604530N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED ARRESTING GEAR (AAG)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">123,490</entry><entry align="char" leader-modify="clr-ldr" colname="column8">123,490</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604558N</entry><entry align="left" rowsep="0" colname="column3">NEW DESIGN SSN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">121,010</entry><entry align="char" leader-modify="clr-ldr" colname="column8">221,010</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Accelerate capability development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604562N</entry><entry align="left" rowsep="0" colname="column3">SUBMARINE TACTICAL WARFARE SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,426</entry><entry align="char" leader-modify="clr-ldr" colname="column8">62,426</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604567N</entry><entry align="left" rowsep="0" colname="column3">SHIP CONTRACT DESIGN/ LIVE FIRE T&E</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,809</entry><entry align="char" leader-modify="clr-ldr" colname="column8">46,809</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604574N</entry><entry align="left" rowsep="0" colname="column3">NAVY TACTICAL COMPUTER RESOURCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,692</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,692</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604601N</entry><entry align="left" rowsep="0" colname="column3">MINE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,964</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,964</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604610N</entry><entry align="left" rowsep="0" colname="column3">LIGHTWEIGHT TORPEDO DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">148,349</entry><entry align="char" leader-modify="clr-ldr" colname="column8">115,541</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"32,808]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604654N</entry><entry align="left" rowsep="0" colname="column3">JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,237</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,237</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604657M</entry><entry align="left" rowsep="0" colname="column3">USMC GROUND COMBAT/SUPPORTING ARMS SYSTEMSâ€"ENG DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604703N</entry><entry align="left" rowsep="0" colname="column3">PERSONNEL, TRAINING, SIMULATION, AND HUMAN FACTORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,500</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604727N</entry><entry align="left" rowsep="0" colname="column3">JOINT STANDOFF WEAPON SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,725</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,225</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604755N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (DETECT & CONTROL)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">192,603</entry><entry align="char" leader-modify="clr-ldr" colname="column8">180,085</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Project 2178 prior year carryover</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"12,518]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604756N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (ENGAGE: HARD KILL)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">137,268</entry><entry align="char" leader-modify="clr-ldr" colname="column8">121,630</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Project 2070 excess test assets</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,638]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">145</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604757N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (ENGAGE: SOFT KILL/EW)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">97,363</entry><entry align="char" leader-modify="clr-ldr" colname="column8">97,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604761N</entry><entry align="left" rowsep="0" colname="column3">INTELLIGENCE ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,710</entry><entry align="char" leader-modify="clr-ldr" colname="column8">26,710</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604771N</entry><entry align="left" rowsep="0" colname="column3">MEDICAL DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,181</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,181</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">148</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604777N</entry><entry align="left" rowsep="0" colname="column3">NAVIGATION/ID SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,755</entry><entry align="char" leader-modify="clr-ldr" colname="column8">40,755</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604800M</entry><entry align="left" rowsep="0" colname="column3">JOINT STRIKE FIGHTER (JSF)â€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,710</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,710</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604800N</entry><entry align="left" rowsep="0" colname="column3">JOINT STRIKE FIGHTER (JSF)â€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,490</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,490</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">153</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605013M</entry><entry align="left" rowsep="0" colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,494</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,494</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605013N</entry><entry align="left" rowsep="0" colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">384,162</entry><entry align="char" leader-modify="clr-ldr" colname="column8">268,364</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"36,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth over FY19 projection</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"79,798]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">155</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605024N</entry><entry align="left" rowsep="0" colname="column3">ANTI-TAMPER TECHNOLOGY SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,882</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,882</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605212M</entry><entry align="left" rowsep="0" colname="column3">CHâ€"53K RDTE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">516,955</entry><entry align="char" leader-modify="clr-ldr" colname="column8">516,955</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">158</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605215N</entry><entry align="left" rowsep="0" colname="column3">MISSION PLANNING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">75,886</entry><entry align="char" leader-modify="clr-ldr" colname="column8">75,886</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605217N</entry><entry align="left" rowsep="0" colname="column3">COMMON AVIONICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">43,187</entry><entry align="char" leader-modify="clr-ldr" colname="column8">43,187</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605220N</entry><entry align="left" rowsep="0" colname="column3">SHIP TO SHORE CONNECTOR (SSC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,909</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,909</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Expand development and use of composite materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">161</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605327N</entry><entry align="left" rowsep="0" colname="column3">T-AO 205 CLASS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,682</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">162</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605414N</entry><entry align="left" rowsep="0" colname="column3">UNMANNED CARRIER AVIATION (UCA)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">671,258</entry><entry align="char" leader-modify="clr-ldr" colname="column8">657,098</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> UMCS excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"14,160]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">163</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605450M</entry><entry align="left" rowsep="0" colname="column3">JOINT AIR-TO-GROUND MISSILE (JAGM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,393</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,393</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">165</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605500N</entry><entry align="left" rowsep="0" colname="column3">MULTI-MISSION MARITIME AIRCRAFT (MMA)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,472</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,472</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605504N</entry><entry align="left" rowsep="0" colname="column3">MULTI-MISSION MARITIME (MMA) INCREMENT III</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">177,234</entry><entry align="char"

leader-modify="clr-ldr" colname="column8">177,234</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605611M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS ASSAULT VEHICLES SYSTEM DEVELOPMENT & DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">77,322</entry><entry align="char" leader-modify="clr-ldr" colname="column8">69,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"2,201]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605813M</entry><entry align="left" rowsep="0" colname="column3">JOINT LIGHT TACTICAL VEHICLE (JLTV) SYSTEM DEVELOPMENT & DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,105</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,105</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">169</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204202N</entry><entry align="left" rowsep="0" colname="column3">DDGâ€"1000</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">111,435</entry><entry align="char" leader-modify="clr-ldr" colname="column8">111,435</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304785N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL CRYPTOLOGIC SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">101,339</entry><entry align="char" leader-modify="clr-ldr" colname="column8">101,339</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">173</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0306250M</entry><entry align="left" rowsep="0" colname="column3">CYBER OPERATIONS TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,406</entry><entry align="char" leader-modify="clr-ldr" colname="column8">26,406</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>6,332,033</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>6,130,663</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604256N</entry><entry align="left" rowsep="0" colname="column3">THREAT SIMULATOR DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">66,678</entry><entry align="char" leader-modify="clr-ldr" colname="column8">66,678</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">175</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604258N</entry><entry align="left" rowsep="0" colname="column3">TARGET SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,027</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,027</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604759N</entry><entry align="left" rowsep="0" colname="column3">MAJOR T&E INVESTMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">85,348</entry><entry align="char" leader-modify="clr-ldr" colname="column8">85,348</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">178</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605152N</entry><entry align="left" rowsep="0" colname="column3">STUDIES AND ANALYSIS SUPPORTâ€"NAVY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,908</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,908</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605154N</entry><entry align="left" rowsep="0" colname="column3">CENTER FOR NAVAL ANALYSES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">47,669</entry><entry align="char" leader-modify="clr-ldr" colname="column8">47,669</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605285N</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION FIGHTER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,698</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,698</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">182</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605804N</entry><entry align="left" rowsep="0" colname="column3">TECHNICAL INFORMATION SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">988</entry><entry align="char" leader-modify="clr-ldr" colname="column8">988</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605853N</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT, TECHNICAL & INTERNATIONAL SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">102,401</entry><entry align="char" leader-modify="clr-ldr" colname="column8">102,401</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605856N</entry><entry align="left" rowsep="0" colname="column3">STRATEGIC TECHNICAL SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,742</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,742</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">186</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0605863N</entry><entry align="left" rowsep="0" colname="column3">RDT&E SHIP AND AIRCRAFT SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">93,872</entry><entry align="char" leader-modify="clr-ldr" colname="column8">93,872</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605864N</entry><entry align="left" rowsep="0" colname="column3">TEST AND EVALUATION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">394,020</entry><entry align="char" leader-modify="clr-ldr" colname="column8">394,020</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">188</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605865N</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL TEST AND EVALUATION CAPABILITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,145</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,145</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605866N</entry><entry align="left" rowsep="0" colname="column3">NAVY SPACE AND ELECTRONIC WARFARE (SEW) SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,773</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,773</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">190</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605867N</entry><entry align="left" rowsep="0" colname="column3">SEW SURVEILLANCE/RECONNAISSANCE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,402</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,402</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605873M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS PROGRAM WIDE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,265</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,265</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605898N</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HQâ€"R&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">39,673</entry><entry align="char" leader-modify="clr-ldr" colname="column8">39,673</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606355N</entry><entry align="left" rowsep="0" colname="column3">WARFARE INNOVATION MANAGEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,750</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,750</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">196</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305327N</entry><entry align="left" rowsep="0" colname="column3">INSIDER THREAT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,645</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,645</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0902498N</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HEADQUARTERS (DEPARTMENTAL SUPPORT ACTIVITIES)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,460</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,460</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>990,464</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>982,464</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">202</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604227N</entry><entry align="left" rowsep="0" colname="column3">HARPOON MODIFICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,302</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,302</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">203</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604840M</entry><entry align="left" rowsep="0" colname="column3">Fâ€"35 C2D2</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">422,881</entry><entry align="char" leader-modify="clr-ldr" colname="column8">422,881</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604840N</entry><entry align="left" rowsep="0" colname="column3">Fâ€"35 C2D2</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">383,741</entry><entry align="char" leader-modify="clr-ldr" colname="column8">383,741</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">205</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607658N</entry><entry align="left" rowsep="0" colname="column3">COOPERATIVE ENGAGEMENT CAPABILITY (CEC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">127,924</entry><entry align="char" leader-modify="clr-ldr" colname="column8">127,924</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">207</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101221N</entry><entry align="left" rowsep="0" colname="column3">STRATEGIC SUB & WEAPONS SYSTEM SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">157,676</entry><entry align="char" leader-modify="clr-ldr" colname="column8">113,492</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> D5LE2 unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"44,184]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">208</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101224N</entry><entry align="left" rowsep="0" colname="column3">SSBN SECURITY TECHNOLOGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">43,354</entry><entry align="char" leader-modify="clr-ldr" colname="column8">43,354</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">209</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101226N</entry><entry align="left" rowsep="0" colname="column3">SUBMARINE ACOUSTIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,815</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,815</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">210</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101402N</entry><entry align="left" rowsep="0" colname="column3">NAVY STRATEGIC COMMUNICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">31,174</entry><entry align="char" leader-modify="clr-ldr" colname="column8">31,174</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204136N</entry><entry align="left" rowsep="0" colname="column3">F/Aâ€"18 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">213,715</entry><entry align="char" leader-modify="clr-ldr" colname="column8">208,215</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Block III support prior year carryover</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"7,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Jet noise reduction research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">213</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204228N</entry><entry align="left" rowsep="0" colname="column3">SURFACE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,389</entry><entry align="char" leader-modify="clr-ldr" colname="column8">36,389</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">214</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204229N</entry><entry align="left" rowsep="0" colname="column3">TOMAHAWK AND TOMAHAWK MISSION PLANNING CENTER (TMPC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">320,134</entry><entry align="char" leader-modify="clr-ldr" colname="column8">286,799</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> JMEWS schedule delays</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"12,098]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Maritime strike schedule delays</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"21,237]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">215</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204311N</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED SURVEILLANCE SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">88,382</entry><entry align="char" leader-modify="clr-ldr" colname="column8">103,382</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Additional TRAPS units</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">216</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204313N</entry><entry align="left" rowsep="0" colname="column3">SHIP-TOWED ARRAY SURVEILLANCE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,449</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,449</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204413N</entry><entry align="left" rowsep="0" colname="column3">AMPHIBIOUS TACTICAL SUPPORT UNITS (DISPLACEMENT CRAFT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,931</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,931</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">218</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204460M</entry><entry align="left" rowsep="0" colname="column3">GROUND/AIR TASK ORIENTED RADAR (G/ATOR)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">23,891</entry><entry align="char" leader-modify="clr-ldr" colname="column8">23,891</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204571N</entry><entry align="left" rowsep="0" colname="column3">CONSOLIDATED TRAINING SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">129,873</entry><entry align="char" leader-modify="clr-ldr" colname="column8">129,873</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">221</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204575N</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE (EW) READINESS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">82,325</entry><entry align="char" leader-modify="clr-ldr" colname="column8">62,434</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Prior year carryover</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"19,891]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">222</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205601N</entry><entry align="left" rowsep="0" colname="column3">HARM IMPROVEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">138,431</entry><entry align="char" leader-modify="clr-ldr" colname="column8">132,371</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> AARGM ER test schedule discrepancy</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,060]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">224</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205620N</entry><entry align="left" rowsep="0" colname="column3">SURFACE ASW COMBAT SYSTEM INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,572</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,572</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">225</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205632N</entry><entry align="left" rowsep="0" colname="column3">MKâ€"48 ADCAP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">85,973</entry><entry align="char" leader-modify="clr-ldr" colname="column8">85,973</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">226</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205633N</entry><entry align="left" rowsep="0" colname="column3">AVIATION IMPROVEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">125,461</entry><entry align="char" leader-modify="clr-ldr" colname="column8">125,461</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">227</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205675N</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL NUCLEAR POWER SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">106,192</entry><entry align="char" leader-modify="clr-ldr" colname="column8">106,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206313M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS COMMUNICATIONS SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">143,317</entry><entry align="char" leader-modify="clr-ldr" colname="column8">134,317</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">229</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206335M</entry><entry align="left" rowsep="0" colname="column3">COMMON AVIATION COMMAND AND CONTROL SYSTEM (CAC2S)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,489</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,489</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">230</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206623M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS GROUND COMBAT/SUPPORTING ARMS SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,788</entry><entry align="char" leader-modify="clr-ldr" colname="column8">51,788</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">231</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206624M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS COMBAT SERVICES SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,761</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,761</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Airborne Power Generation Tech Development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">232</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206625M</entry><entry align="left" rowsep="0" colname="column3">USMC INTELLIGENCE/ELECTRONIC WARFARE SYSTEMS (MIP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,458</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">233</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206629M</entry><entry align="left" rowsep="0" colname="column3">AMPHIBIOUS ASSAULT VEHICLE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,476</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,476</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">234</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207161N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIM MISSILES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,488</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,488</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207163N</entry><entry align="left" rowsep="0" colname="column3">ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">39,029</entry><entry align="char" leader-modify="clr-ldr" colname="column8">39,029</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">239</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303109N</entry><entry align="left" rowsep="0" colname="column3">SATELLITE COMMUNICATIONS (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,344</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,344</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303138N</entry><entry align="left" rowsep="0" colname="column3">CONSOLIDATED AFLOAT NETWORK ENTERPRISE SERVICES (CANES)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,873</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,873</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140N</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">41,853</entry><entry align="char" leader-modify="clr-ldr" colname="column8">41,853</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">243</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305192N</entry><entry align="left" rowsep="0" colname="column3">MILITARY INTELLIGENCE PROGRAM (MIP) ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,913</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,913</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">244</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305204N</entry><entry align="left" rowsep="0" colname="column3">TACTICAL UNMANNED AERIAL VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,451</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,451</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">245</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305205N</entry><entry align="left" rowsep="0" colname="column3">UAS INTEGRATION AND INTEROPERABILITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,315</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,315</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">246</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305208M</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,042</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,042</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">248</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305220N</entry><entry align="left" rowsep="0" colname="column3">MQâ€"4C TRITON</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,784</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,784</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">249</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305231N</entry><entry align="left" rowsep="0" colname="column3">MQâ€"8 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,618</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,618</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305232M</entry><entry align="left" rowsep="0" colname="column3">RQâ€"11 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">509</entry><entry align="char" leader-modify="clr-ldr" colname="column8">509</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">251</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305234N</entry><entry align="left" rowsep="0" colname="column3">SMALL (LEVEL 0) TACTICAL UAS (STUASL0)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,545</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,545</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305239M</entry><entry align="left" rowsep="0" colname="column3">RQâ€"21A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,914</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,914</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">253</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305241N</entry><entry align="left" rowsep="0" colname="column3">MULTI-INTELLIGENCE SENSOR DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,612</entry><entry align="char" leader-modify="clr-ldr" colname="column8">70,612</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">254</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305242M</entry><entry align="left" rowsep="0" colname="column3">UNMANNED AERIAL SYSTEMS (UAS) PAYLOADS (MIP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,704</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,704</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">255</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305421N</entry><entry align="left" rowsep="0" colname="column3">RQâ€"4 MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">202,346</entry><entry align="char" leader-modify="clr-ldr" colname="column8">185,446</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> IFC 5.0 concurrency</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"16,900]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">256</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0308601N</entry><entry align="left" rowsep="0" colname="column3">MODELING AND SIMULATION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,119</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,119</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">257</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0702207N</entry><entry align="left" rowsep="0" colname="column3">DEPOT MAINTENANCE (NON-IF)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">38,182</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,182</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708730N</entry><entry align="left" rowsep="0" colname="column3">MARITIME TECHNOLOGY (MARITECH)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,779</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,779</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203109N</entry><entry align="left" rowsep="0" colname="column3">SATELLITE COMMUNICATIONS (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,868</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,868</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">259A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,613,137</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,613,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>5,104,299</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>4,989,429</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>â€"114,870</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column4"><bold>20,270,499</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>19,674,604</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, AF</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601102F</entry><entry align="left" rowsep="0" colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">356,107</entry><entry align="char" leader-modify="clr-ldr" colname="column8">356,107</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601103F</entry><entry align="left" rowsep="0" colname="column3">UNIVERSITY RESEARCH INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">158,859</entry><entry align="char" leader-modify="clr-ldr" colname="column8">163,859</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601108F</entry><entry align="left" rowsep="0" colname="column3">HIGH ENERGY LASER RESEARCH INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,795</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,795</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>529,761</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>534,761</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-

modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602102F</entry><entry align="left" rowsep="0" colname="column3">MATERIALS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">128,851</entry><entry align="char" leader-modify="clr-ldr" colname="column8">152,851</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced materials high energy x-ray</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[4,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced materials manufacturing flexible biosensors</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced thermal protection systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602201F</entry><entry align="left" rowsep="0" colname="column3">AEROSPACE VEHICLE TECHNOLOGIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">147,724</entry><entry align="char" leader-modify="clr-ldr" colname="column8">147,724</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">006</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602202F</entry><entry align="left" rowsep="0" colname="column3">HUMAN EFFECTIVENESS APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">131,795</entry><entry align="char" leader-modify="clr-ldr" colname="column8">131,795</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">007</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602203F</entry><entry align="left" rowsep="0" colname="column3">AEROSPACE PROPULSION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">198,775</entry><entry align="char" leader-modify="clr-ldr" colname="column8">208,775</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Educational partnership agreements for next generation liquid propulsion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Electrical power/thermal management systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">008</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602204F</entry><entry align="left" rowsep="0" colname="column3">AEROSPACE SENSORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">202,912</entry><entry align="char" leader-modify="clr-ldr" colname="column8">202,912</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602298F</entry><entry align="left" rowsep="0" colname="column3">SCIENCE AND TECHNOLOGY MANAGEMENTâ€" MAJOR HEADQUARTERS ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,968</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,968</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602602F</entry><entry align="left" rowsep="0" colname="column3">CONVENTIONAL MUNITIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">142,772</entry><entry align="char" leader-modify="clr-ldr" colname="column8">142,772</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602605F</entry><entry align="left" rowsep="0" colname="column3">DIRECTED ENERGY TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">124,379</entry><entry align="char" leader-modify="clr-ldr" colname="column8">124,379</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602788F</entry><entry align="left" rowsep="0" colname="column3">DOMINANT INFORMATION SCIENCES AND METHODS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,562</entry><entry align="char" leader-modify="clr-ldr" colname="column8">199,562</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Detection and countering of adversarial UAS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Quantum Information Science Innovation Center</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Quantum science</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602890F</entry><entry align="left" rowsep="0" colname="column3">HIGH ENERGY LASER RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,221</entry><entry align="char" leader-

modify="clr-ldr" colname="column8">44,221</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206601F</entry><entry align="left" rowsep="0" colname="column3">SPACE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">124,667</entry><entry align="char" leader-modify="clr-ldr" colname="column8">124,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,435,626</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>1,487,626</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603112F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED MATERIALS FOR WEAPON SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,586</entry><entry align="char" leader-modify="clr-ldr" colname="column8">41,586</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Metals affordability initiative</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603199F</entry><entry align="left" rowsep="0" colname="column3">SUSTAINMENT SCIENCE AND TECHNOLOGY (S&T)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,249</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,249</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">019</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603203F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED AEROSPACE SENSORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">38,292</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,292</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603211F</entry><entry align="left" rowsep="0" colname="column3">AEROSPACE TECHNOLOGY DEV/DEMO</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">102,949</entry><entry align="char" leader-modify="clr-ldr" colname="column8">202,949</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Low cost attritable aircraft technology</entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">021</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603216F</entry><entry align="left" rowsep="0" colname="column3">AEROSPACE PROPULSION AND POWER TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">113,973</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,973</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced turbine engine gas generator</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Electrical power systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">022</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603270F</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC COMBAT TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">48,408</entry><entry align="char" leader-modify="clr-ldr" colname="column8">48,408</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">023</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603401F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED SPACECRAFT TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,525</entry><entry align="char" leader-modify="clr-ldr" colname="column8">73,525</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Strategic radiation hardened microelectronic processors</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">024</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603444F</entry><entry align="left" rowsep="0" colname="column3">MAUI SPACE SURVEILLANCE SYSTEM (MSSS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,878</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,878</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603456F</entry><entry align="left" rowsep="0" colname="column3">HUMAN EFFECTIVENESS ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,542</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,542</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">026</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603601F</entry><entry align="left" rowsep="0" colname="column3">CONVENTIONAL WEAPONS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">225,817</entry><entry align="char" leader-modify="clr-ldr" colname="column8">225,817</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">027</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603605F</entry><entry align="left" rowsep="0"

colname="column3">ADVANCED WEAPONS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,404</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,404</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603680F</entry><entry align="left" rowsep="0" colname="column3">MANUFACTURING TECHNOLOGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">43,116</entry><entry align="char" leader-modify="clr-ldr" colname="column8">66,116</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced materials and materials manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Aerospace composites manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">029</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603788F</entry><entry align="left" rowsep="0" colname="column3">BATTLESPACE KNOWLEDGE DEVELOPMENT AND DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">56,414</entry><entry align="char" leader-modify="clr-ldr" colname="column8">56,414</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>839,153</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>985,153</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">031</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603260F</entry><entry align="left" rowsep="0" colname="column3">INTELLIGENCE ADVANCED DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,672</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,672</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">032</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603742F</entry><entry align="left" rowsep="0" colname="column3">COMBAT IDENTIFICATION TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,085</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,085</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">033</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603790F</entry><entry align="left" rowsep="0" colname="column3">NATO RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,955</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,955</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">034</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603851F</entry><entry align="left" rowsep="0" colname="column3">INTERCONTINENTAL BALLISTIC MISSILEâ€"DEM/VAL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,109</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,109</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">036</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604002F</entry><entry align="left" rowsep="0" colname="column3">AIR FORCE WEATHER SERVICES RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">772</entry><entry align="char" leader-modify="clr-ldr" colname="column8">772</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">037</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604004F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED ENGINE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">878,442</entry><entry align="char" leader-modify="clr-ldr" colname="column8">878,442</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604015F</entry><entry align="left" rowsep="0" colname="column3">LONG RANGE STRIKEâ€"BOMBER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,003,899</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,003,899</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">039</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604032F</entry><entry align="left" rowsep="0" colname="column3">DIRECTED ENERGY PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> High-value airborne asset protection</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604033F</entry><entry align="left" rowsep="0" colname="column3">HYPERSONICS PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">576,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">576,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">041</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604201F</entry><entry align="left" rowsep="0" colname="column3">PNT RESILIENCY, MODS, AND IMPROVEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">92,600</entry><entry align="char" leader-modify="clr-ldr" colname="column8">124,600</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[32,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604257F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED TECHNOLOGY AND SENSORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">23,145</entry><entry align="char" leader-modify="clr-ldr" colname="column8">23,145</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">043</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604288F</entry><entry align="left" rowsep="0" colname="column3">NATIONAL AIRBORNE OPS CENTER (NAOC) RECAP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,669</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,669</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">044</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604317F</entry><entry align="left" rowsep="0" colname="column3">TECHNOLOGY TRANSFER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">23,614</entry><entry align="char" leader-modify="clr-ldr" colname="column8">23,614</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">045</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604327F</entry><entry align="left" rowsep="0" colname="column3">HARD AND DEEPLY BURIED TARGET DEFEAT SYSTEM (HDBTDS) PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">113,121</entry><entry align="char" leader-modify="clr-ldr" colname="column8">113,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">046</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604414F</entry><entry align="left" rowsep="0" colname="column3">CYBER RESILIENCY OF WEAPON SYSTEMS-ACS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">56,325</entry><entry align="char" leader-modify="clr-ldr" colname="column8">56,325</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604776F</entry><entry align="left" rowsep="0" colname="column3">DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,034</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,034</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604858F</entry><entry align="left" rowsep="0" colname="column3">TECH TRANSITION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">128,476</entry><entry align="char" leader-modify="clr-ldr" colname="column8">134,476</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Rapid repair</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">049</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605230F</entry><entry align="left" rowsep="0" colname="column3">GROUND BASED STRATEGIC DETERRENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">570,373</entry><entry align="char"

leader-modify="clr-ldr" colname="column8">552,395</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"40,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Technical adjustment for NC3</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[22,022]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207100F</entry><entry align="left" rowsep="0" colname="column3">LIGHT ATTACK ARMED RECONNAISSANCE (LAAR) SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207110F</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION AIR DOMINANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,000,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">955,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cost-risk associated with development profile</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"45,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207455F</entry><entry align="left" rowsep="0" colname="column3">THREE DIMENSIONAL LONG-RANGE RADAR (3DELRR)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,290</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,290</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">053</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208099F</entry><entry align="left" rowsep="0" colname="column3">UNIFIED PLATFORM (UP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">054</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305236F</entry><entry align="left" rowsep="0" colname="column3">COMMON DATA LINK EXECUTIVE AGENT (CDL EA)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,910</entry><entry align="char" leader-modify="clr-ldr" colname="column8">36,910</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">055</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305251F</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE OPERATIONS FORCES AND FORCE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">056</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305601F</entry><entry align="left" rowsep="0" colname="column3">MISSION PARTNER ENVIRONMENTS</entry><entry align="left" leader-

modify="clr-ldr" rowsep="0" colname="column4">8,550</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,550</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0306250F</entry><entry align="left" rowsep="0" colname="column3">CYBER OPERATIONS TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">198,864</entry><entry align="char" leader-modify="clr-ldr" colname="column8">240,064</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Accelerate development of Cyber National Mission Force capabilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[13,600]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> ETERNALDARKNESS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[7,100]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Joint Common Access Platform</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[20,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">058</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0306415F</entry><entry align="left" rowsep="0" colname="column3">ENABLED CYBER ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,632</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,632</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901410F</entry><entry align="left" rowsep="0" colname="column3">CONTRACTING INFORMATION TECHNOLOGY SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,830</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,830</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203164F</entry><entry align="left" rowsep="0" colname="column3">NAVSTAR GLOBAL POSITIONING SYSTEM (USER EQUIPMENT) (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">329,948</entry><entry align="char" leader-modify="clr-ldr" colname="column8">329,948</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203710F</entry><entry align="left" rowsep="0" colname="column3">EO/IR WEATHER SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">101,222</entry><entry align="char" leader-modify="clr-ldr" colname="column8">101,222</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206422F</entry><entry align="left" rowsep="0" colname="column3">WEATHER SYSTEM FOLLOW-ON</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">225,660</entry><entry align="char" leader-modify="clr-ldr" colname="column8">205,660</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"20,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206425F</entry><entry align="left" rowsep="0" colname="column3">SPACE SITUATION AWARENESS SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,776</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,776</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206427F</entry><entry align="left" rowsep="0" colname="column3">SPACE SYSTEMS PROTOTYPE TRANSITIONS (SSPT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">142,045</entry><entry align="char" leader-modify="clr-ldr" colname="column8">142,045</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">067</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206438F</entry><entry align="left" rowsep="0" colname="column3">SPACE CONTROL TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">64,231</entry><entry align="char" leader-modify="clr-ldr" colname="column8">59,231</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">068</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206730F</entry><entry align="left" rowsep="0" colname="column3">SPACE SECURITY AND DEFENSE PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">56,385</entry><entry align="char" leader-modify="clr-ldr" colname="column8">56,385</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206760F</entry><entry align="left" rowsep="0" colname="column3">PROTECTED TACTICAL ENTERPRISE SERVICE (PTES)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">105,003</entry><entry align="char" leader-modify="clr-ldr" colname="column8">105,003</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206761F</entry><entry align="left" rowsep="0" colname="column3">PROTECTED TACTICAL SERVICE (PTS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">173,694</entry><entry align="char" leader-modify="clr-ldr" colname="column8">163,694</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">071</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206855F</entry><entry align="left" rowsep="0" colname="column3">EVOLVED STRATEGIC SATCOM (ESS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">172,206</entry><entry align="char" leader-modify="clr-ldr" colname="column8">172,206</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">1206857F</entry><entry align="left" rowsep="0" colname="column3">SPACE RAPID CAPABILITIES OFFICE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">33,742</entry><entry align="char" leader-modify="clr-ldr" colname="column8">23,742</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>8,436,279</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>8,417,501</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604200F</entry><entry align="left" rowsep="0" colname="column3">FUTURE ADVANCED WEAPON ANALYSIS & PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">246,200</entry><entry align="char" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"246,200]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604201F</entry><entry align="left" rowsep="0" colname="column3">PNT RESILIENCY, MODS, AND IMPROVEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">67,782</entry><entry align="char" leader-modify="clr-ldr" colname="column8">148,782</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> UPL M-Code Acceleration</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[81,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604222F</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR WEAPONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,406</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,406</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">076</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604270F</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,066</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,066</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604281F</entry><entry align="left" rowsep="0" colname="column3">TACTICAL DATA NETWORKS ENTERPRISE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">229,631</entry><entry align="char" leader-modify="clr-ldr" colname="column8">210,331</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Prior-year carryover</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"19,300]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604287F</entry><entry align="left" rowsep="0" colname="column3">PHYSICAL SECURITY EQUIPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,700</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604329F</entry><entry align="left" rowsep="0" colname="column3">SMALL DIAMETER BOMB (SDB)â€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">31,241</entry><entry align="char" leader-modify="clr-ldr" colname="column8">41,241</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program efficiency initiative</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604429F</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE ELECTRONIC ATTACK</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604602F</entry><entry align="left" rowsep="0" colname="column3">ARMAMENT/ORDNANCE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,043</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,043</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604604F</entry><entry align="left" rowsep="0" colname="column3">SUBMUNITIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,045</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,045</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">083</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604617F</entry><entry align="left" rowsep="0" colname="column3">AGILE COMBAT SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,944</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,944</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604706F</entry><entry align="left" rowsep="0" colname="column3">LIFE SUPPORT SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,624</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,624</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604735F</entry><entry align="left" rowsep="0" colname="column3">COMBAT TRAINING RANGES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,365</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,365</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604800F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"35â€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,628</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,628</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604932F</entry><entry align="left" rowsep="0" colname="column3">LONG RANGE STANDOFF WEAPON</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">712,539</entry><entry align="char" leader-modify="clr-ldr" colname="column8">712,539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604933F</entry><entry align="left" rowsep="0" colname="column3">ICBM FUZE MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">161,199</entry><entry align="char" leader-modify="clr-ldr" colname="column8">161,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">089</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605030F</entry><entry align="left" rowsep="0" colname="column3">JOINT TACTICAL NETWORK CENTER (JTNC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,414</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,414</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605056F</entry><entry align="left" rowsep="0" colname="column3">OPEN ARCHITECTURE MANAGEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">30,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">30,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605221F</entry><entry align="left" rowsep="0" colname="column3">KCâ€"46</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">59,561</entry><entry align="char" leader-modify="clr-ldr" colname="column8">59,561</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">094</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605223F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED PILOT TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">348,473</entry><entry align="char" leader-modify="clr-ldr" colname="column8">348,473</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605229F</entry><entry align="left" rowsep="0" colname="column3">COMBAT RESCUE HELICOPTER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">247,047</entry><entry align="char" leader-modify="clr-ldr" colname="column8">247,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">098</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605931F</entry><entry align="left" rowsep="0" colname="column3">Bâ€"2 DEFENSIVE MANAGEMENT SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">294,400</entry><entry align="char" leader-modify="clr-ldr" colname="column8">294,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">099</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101125F</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR WEAPONS MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,564</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,564</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101213F</entry><entry align="left" rowsep="0" colname="column3">MINUTEMAN SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">101</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207171F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"15 EPAWSS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">47,322</entry><entry align="char" leader-modify="clr-ldr" colname="column8">47,322</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">102</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207328F</entry><entry align="left" rowsep="0" colname="column3">STAND IN ATTACK WEAPON</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">162,840</entry><entry align="char" leader-modify="clr-ldr" colname="column8">162,840</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">103</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207701F</entry><entry align="left" rowsep="0" colname="column3">FULL COMBAT MISSION TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,797</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,797</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">106</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401310F</entry><entry align="left" rowsep="0" colname="column3">Câ€"32 EXECUTIVE TRANSPORT RECAPITALIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,930</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,930</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401319F</entry><entry align="left" rowsep="0" colname="column3">VCâ€"25B</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">757,923</entry><entry align="char" leader-modify="clr-ldr" colname="column8">757,923</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">108</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0701212F</entry><entry align="left" rowsep="0" colname="column3">AUTOMATED TEST SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,787</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,787</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203176F</entry><entry align="left" rowsep="0" colname="column3">COMBAT SURVIVOR EVADER LOCATOR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203269F</entry><entry align="left" rowsep="0" colname="column3">GPS III FOLLOW-ON (GPS IIIF)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">462,875</entry><entry align="char" leader-modify="clr-ldr" colname="column8">452,875</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">111</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203940F</entry><entry align="left" rowsep="0" colname="column3">SPACE SITUATION AWARENESS OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">76,829</entry><entry align="char" leader-modify="clr-ldr" colname="column8">56,829</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> GBOSS unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"20,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">112</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206421F</entry><entry align="left" rowsep="0" colname="column3">COUNTERSPACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,037</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,037</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206422F</entry><entry align="left" rowsep="0" colname="column3">WEATHER SYSTEM FOLLOW-ON</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,237</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,237</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">114</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206425F</entry><entry align="left" rowsep="0" colname="column3">SPACE SITUATION AWARENESS SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">412,894</entry><entry align="char" leader-modify="clr-ldr" colname="column8">412,894</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">116</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206431F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED EHF MILSATCOM (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">117,290</entry><entry align="char" leader-modify="clr-ldr" colname="column8">117,290</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206432F</entry><entry align="left" rowsep="0" colname="column3">POLAR MILSATCOM (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">427,400</entry><entry align="char" leader-modify="clr-ldr" colname="column8">401,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Prior year carryover</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"26,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206433F</entry><entry align="left" rowsep="0" colname="column3">WIDEBAND GLOBAL SATCOM (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,920</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,920</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206441F</entry><entry align="left" rowsep="0" colname="column3">SPACE BASED INFRARED SYSTEM (SBIRS) HIGH EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206442F</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION OPIR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,395,278</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,395,278</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206445F</entry><entry align="left" rowsep="0" colname="column3">COMMERCIAL SATCOM (COMSATCOM) INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">5,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Accelerate integration of COMSATCOM capabilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206853F</entry><entry align="left" rowsep="0" colname="column3">NATIONAL SECURITY SPACE LAUNCH PROGRAM (SPACE)â€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">432,009</entry><entry align="char" leader-modify="clr-ldr" colname="column8">432,009</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>6,929,244</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>6,703,744</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604256F</entry><entry align="left" rowsep="0" colname="column3">THREAT SIMULATOR DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">59,693</entry><entry align="char" leader-

modify="clr-ldr" colname="column8">59,693</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604759F</entry><entry align="left" rowsep="0" colname="column3">MAJOR T&E INVESTMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">181,663</entry><entry align="char" leader-modify="clr-ldr" colname="column8">219,663</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Telemetry extension SATCOM relay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> UPL M-Code Acceleration</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[36,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605101F</entry><entry align="left" rowsep="0" colname="column3">RAND PROJECT AIR FORCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,258</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,258</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605712F</entry><entry align="left" rowsep="0" colname="column3">INITIAL OPERATIONAL TEST & EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,793</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,793</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605807F</entry><entry align="left" rowsep="0" colname="column3">TEST AND EVALUATION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">717,895</entry><entry align="char" leader-modify="clr-ldr" colname="column8">717,895</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605826F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- GLOBAL POWER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">258,667</entry><entry align="char" leader-modify="clr-ldr" colname="column8">258,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605827F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- GLOBAL VIG & COMBAT SYS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">251,992</entry><entry align="char" leader-modify="clr-ldr" colname="column8">251,992</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605828F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- GLOBAL REACH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">149,191</entry><entry align="char" leader-modify="clr-ldr" colname="column8">149,191</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605829F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- CYBER, NETWORK, & BUS SYS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">235,360</entry><entry

align="char" leader-modify="clr-ldr" colname="column8">235,360</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605830F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- GLOBAL BATTLE MGMT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">160,196</entry><entry align="char" leader-modify="clr-ldr" colname="column8">160,196</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605831F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- CAPABILITY INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">220,255</entry><entry align="char" leader-modify="clr-ldr" colname="column8">220,255</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605832F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- ADVANCED PRGM TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,392</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,392</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">136</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605833F</entry><entry align="left" rowsep="0" colname="column3">ACQ WORKFORCE- NUCLEAR SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">133,231</entry><entry align="char" leader-modify="clr-ldr" colname="column8">133,231</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605898F</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HQâ€"R&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,590</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,590</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605976F</entry><entry align="left" rowsep="0" colname="column3">FACILITIES RESTORATION AND MODERNIZATIONâ€"TEST AND EVALUATION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">88,445</entry><entry align="char" leader-modify="clr-ldr" colname="column8">88,445</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605978F</entry><entry align="left" rowsep="0" colname="column3">FACILITIES SUSTAINMENTâ€"TEST AND EVALUATION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,424</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606017F</entry><entry align="left" rowsep="0" colname="column3">REQUIREMENTS ANALYSIS AND MATURATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,715</entry><entry align="char" leader-modify="clr-ldr" colname="column8">62,715</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606398F</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HQâ€"T&E</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,013</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,013</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0308602F</entry><entry align="left" rowsep="0" colname="column3">ENTEPRISE INFORMATION SERVICES (EIS)</entry><entry align="left"

leader-modify="clr-ldr" rowsep="0" colname="column4">17,128</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,128</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0702806F</entry><entry align="left" rowsep="0" colname="column3">ACQUISITION AND MANAGEMENT SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,913</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,913</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0804731F</entry><entry align="left" rowsep="0" colname="column3">GENERAL SKILL TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,475</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,475</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1001004F</entry><entry align="left" rowsep="0" colname="column3">INTERNATIONAL ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,071</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,071</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206116F</entry><entry align="left" rowsep="0" colname="column3">SPACE TEST AND TRAINING RANGE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,942</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,942</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">148</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206392F</entry><entry align="left" rowsep="0" colname="column3">SPACE AND MISSILE CENTER (SMC) CIVILIAN WORKFORCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">167,810</entry><entry align="char" leader-modify="clr-ldr" colname="column8">167,810</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206398F</entry><entry align="left" rowsep="0" colname="column3">SPACE & MISSILE SYSTEMS CENTERâ€"MHA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,170</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,170</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206860F</entry><entry align="left" rowsep="0" colname="column3">ROCKET SYSTEMS LAUNCH PROGRAM (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,192</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">151</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206864F</entry><entry align="left" rowsep="0" colname="column3">SPACE TEST PROGRAM (STP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,097</entry><entry align="char" leader-modify="clr-ldr" colname="column8">26,097</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>2,916,571</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>2,954,571</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-

modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">152</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604003F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED BATTLE MANAGEMENT SYSTEM (ABMS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,611</entry><entry align="char" leader-modify="clr-ldr" colname="column8">33,611</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"sensor fusion and artificial intelligence technology</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604233F</entry><entry align="left" rowsep="0" colname="column3">SPECIALIZED UNDERGRADUATE FLIGHT TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,584</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,584</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604776F</entry><entry align="left" rowsep="0" colname="column3">DEPLOYMENT & DISTRIBUTION ENTERPRISE R&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">903</entry><entry align="char" leader-modify="clr-ldr" colname="column8">903</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">157</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604840F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"35 C2D2</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">694,455</entry><entry align="char" leader-modify="clr-ldr" colname="column8">694,455</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">158</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605018F</entry><entry align="left" rowsep="0" colname="column3">AF INTEGRATED PERSONNEL AND PAY SYSTEM (AF-IPPS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,567</entry><entry align="char" leader-modify="clr-ldr" colname="column8">40,567</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0605024F</entry><entry align="left" rowsep="0" colname="column3">ANTI-TAMPER TECHNOLOGY EXECUTIVE AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">47,193</entry><entry align="char" leader-modify="clr-ldr" colname="column8">47,193</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605117F</entry><entry align="left" rowsep="0" colname="column3">FOREIGN MATERIEL ACQUISITION AND EXPLOITATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,083</entry><entry align="char" leader-modify="clr-ldr" colname="column8">70,083</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">161</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605278F</entry><entry align="left" rowsep="0" colname="column3">HC/MCâ€"130 RECAP RDT&E</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,218</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,218</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">162</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606018F</entry><entry align="left" rowsep="0" colname="column3">NC3 INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,917</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,917</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">164</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101113F</entry><entry align="left" rowsep="0" colname="column3">Bâ€"52 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">325,974</entry><entry align="char" leader-modify="clr-ldr" colname="column8">325,974</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">165</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101122F</entry><entry align="left" rowsep="0" colname="column3">AIR-LAUNCHED CRUISE MISSILE (ALCM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,217</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,217</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101126F</entry><entry align="left" rowsep="0" colname="column3">Bâ€"1B SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101127F</entry><entry align="left" rowsep="0" colname="column3">Bâ€"2 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">97,276</entry><entry align="char" leader-modify="clr-ldr" colname="column8">97,276</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101213F</entry><entry align="left" rowsep="0" colname="column3">MINUTEMAN SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">128,961</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,961</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101316F</entry><entry align="left" rowsep="0" colname="column3">WORLDWIDE JOINT STRATEGIC COMMUNICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,177</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,177</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">171</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0101324F</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED STRATEGIC PLANNING & ANALYSIS NETWORK</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,261</entry><entry align="char" leader-modify="clr-ldr" colname="column8">24,261</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0101328F</entry><entry align="left" rowsep="0" colname="column3">ICBM REENTRY VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">75,571</entry><entry align="char" leader-modify="clr-ldr" colname="column8">41,271</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"34,300]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0102110F</entry><entry align="left" rowsep="0" colname="column3">UHâ€"1N REPLACEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">170,975</entry><entry align="char" leader-modify="clr-ldr" colname="column8">170,975</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205219F</entry><entry align="left" rowsep="0" colname="column3">MQâ€"9 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">154,996</entry><entry align="char" leader-modify="clr-ldr" colname="column8">127,296</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"27,700]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">178</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207131F</entry><entry align="left" rowsep="0" colname="column3">Aâ€"10 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,816</entry><entry align="char" leader-modify="clr-ldr" colname="column8">36,816</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207133F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"16 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">193,013</entry><entry align="char" leader-modify="clr-ldr" colname="column8">193,013</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207134F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"15E SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">336,079</entry><entry align="char" leader-modify="clr-ldr" colname="column8">319,829</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified Fâ€"15C requirements</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"16,250]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">181</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0207136F</entry><entry align="left" rowsep="0" colname="column3">MANNED DESTRUCTIVE SUPPRESSION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,521</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,521</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">182</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207138F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"22A SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">496,298</entry><entry align="char" leader-modify="clr-ldr" colname="column8">496,298</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207142F</entry><entry align="left" rowsep="0" colname="column3">Fâ€"35 SQUADRONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">99,943</entry><entry align="char" leader-modify="clr-ldr" colname="column8">99,943</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207161F</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIM MISSILES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,314</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,314</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">185</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207163F</entry><entry align="left" rowsep="0" colname="column3">ADVANCED MEDIUM RANGE AIR-TO-AIR MISSILE (AMRAAM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">55,384</entry><entry align="char" leader-modify="clr-ldr" colname="column8">55,384</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">186</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207227F</entry><entry align="left" rowsep="0" colname="column3">COMBAT RESCUEâ€"PARARESCUE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">281</entry><entry align="char" leader-modify="clr-ldr" colname="column8">281</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207247F</entry><entry align="left" rowsep="0" colname="column3">AF TENCAP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,365</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,365</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">188</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207249F</entry><entry align="left" rowsep="0" colname="column3">PRECISION ATTACK SYSTEMS PROCUREMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,696</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,696</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207253F</entry><entry align="left" rowsep="0" colname="column3">COMPASS CALL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,888</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,888</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">190</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207268F</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT ENGINE COMPONENT IMPROVEMENT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">112,505</entry><entry align="char" leader-modify="clr-ldr" colname="column8">112,505</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0207325F</entry><entry align="left" rowsep="0" colname="column3">JOINT AIR-TO-SURFACE STANDOFF MISSILE (JASSM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">78,498</entry><entry align="char" leader-modify="clr-ldr" colname="column8">78,498</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207410F</entry><entry align="left" rowsep="0" colname="column3">AIR & SPACE OPERATIONS CENTER (AOC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">114,864</entry><entry align="char" leader-modify="clr-ldr" colname="column8">114,864</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207412F</entry><entry align="left" rowsep="0" colname="column3">CONTROL AND REPORTING CENTER (CRC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,109</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,109</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">194</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207417F</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE WARNING AND CONTROL SYSTEM (AWACS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">67,996</entry><entry align="char" leader-modify="clr-ldr" colname="column8">67,996</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">195</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207418F</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIRBORNE CONTROL SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,462</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,462</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207431F</entry><entry align="left" rowsep="0" colname="column3">COMBAT AIR INTELLIGENCE SYSTEM ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,668</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,668</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">198</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207444F</entry><entry align="left" rowsep="0" colname="column3">TACTICAL AIR CONTROL PARTY-MOD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,217</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,217</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207452F</entry><entry align="left" rowsep="0" colname="column3">DCAPES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,910</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,910</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">201</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207573F</entry><entry align="left" rowsep="0" colname="column3">NATIONAL TECHNICAL NUCLEAR FORENSICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,788</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,788</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">202</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207590F</entry><entry align="left" rowsep="0" colname="column3">SEEK EAGLE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,237</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,237</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">203</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0207601F</entry><entry align="left" rowsep="0" colname="column3">USAF MODELING AND SIMULATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,725</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,725</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207605F</entry><entry align="left" rowsep="0" colname="column3">WARGAMING AND SIMULATION CENTERS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,316</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,316</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">205</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207610F</entry><entry align="left" rowsep="0" colname="column3">BATTLEFIELD ABN COMM NODE (BACN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,946</entry><entry align="char" leader-modify="clr-ldr" colname="column8">26,946</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">206</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0207697F</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED TRAINING AND EXERCISES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,303</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,303</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">207</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208006F</entry><entry align="left" rowsep="0" colname="column3">MISSION PLANNING SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">71,465</entry><entry align="char" leader-modify="clr-ldr" colname="column8">71,465</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">208</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208007F</entry><entry align="left" rowsep="0" colname="column3">TACTICAL DECEPTION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,446</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,446</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">209</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208064F</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL HQâ€"CYBER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,602</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,602</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">210</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208087F</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED CYBER WARFARE OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,178</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,178</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208088F</entry><entry align="left" rowsep="0" colname="column3">AF DEFENSIVE CYBERSPACE OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,609</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,609</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">212</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208097F</entry><entry align="left" rowsep="0" colname="column3">JOINT CYBER COMMAND AND CONTROL (JCC2)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,603</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,603</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">213</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0208099F</entry><entry align="left" rowsep="0" colname="column3">UNIFIED PLATFORM (UP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">84,702</entry><entry align="char" leader-modify="clr-ldr" colname="column8">84,702</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0301025F</entry><entry align="left" rowsep="0" colname="column3">GEOBASE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,723</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">220</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0301112F</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR PLANNING AND EXECUTION SYSTEM (NPES)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,190</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,190</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">226</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0301401F</entry><entry align="left" rowsep="0" colname="column3">AIR FORCE SPACE AND CYBER NON-TRADITIONAL ISR FOR BATTLESPACE AWARENESS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,575</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,575</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">227</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0302015F</entry><entry align="left" rowsep="0" colname="column3">Eâ€"4B NATIONAL AIRBORNE OPERATIONS CENTER (NAOC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,173</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,623</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unclear acquisition strategy</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"27,550]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303131F</entry><entry align="left" rowsep="0" colname="column3">MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,543</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,543</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">229</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303133F</entry><entry align="left" rowsep="0" colname="column3">HIGH FREQUENCY RADIO SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,881</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,881</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">230</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140F</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,726</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,726</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">232</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303142F</entry><entry align="left" rowsep="0" colname="column3">GLOBAL FORCE MANAGEMENTâ€"DATA INITIATIVE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,210</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,210</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">234</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304115F</entry><entry align="left" rowsep="0" colname="column3">MULTI DOMAIN COMMAND AND CONTROL (MDC2)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">150,880</entry><entry align="char" leader-modify="clr-ldr" colname="column8">150,880</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304260F</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE SIGINT ENTERPRISE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">102,667</entry><entry align="char" leader-modify="clr-ldr" colname="column8">85,167</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Common development ahead of need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"8,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"9,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">236</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304310F</entry><entry align="left" rowsep="0" colname="column3">COMMERCIAL ECONOMIC ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,431</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,431</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">239</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305015F</entry><entry align="left" rowsep="0" colname="column3">C2 AIR OPERATIONS SUITEâ€"C2 INFO SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,313</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,313</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305020F</entry><entry align="left" rowsep="0" colname="column3">CCMD INTELLIGENCE INFORMATION TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,121</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,121</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305022F</entry><entry align="left" rowsep="0" colname="column3">ISR MODERNIZATION & AUTOMATION DVMT (IMAD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"16,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">242</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305099F</entry><entry align="left" rowsep="0" colname="column3">GLOBAL AIR TRAFFIC MANAGEMENT (GATM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,544</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,544</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">243</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305111F</entry><entry align="left" rowsep="0" colname="column3">WEATHER SERVICE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,461</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,461</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Commercial weather data pilot</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">244</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305114F</entry><entry align="left" rowsep="0" colname="column3">AIR TRAFFIC CONTROL, APPROACH, AND LANDING SYSTEM (ATCALS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,651</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,651</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">245</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305116F</entry><entry align="left" rowsep="0" colname="column3">AERIAL TARGETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,448</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,448</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">248</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305128F</entry><entry align="left" rowsep="0" colname="column3">SECURITY AND INVESTIGATIVE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">425</entry><entry align="char" leader-modify="clr-ldr" colname="column8">425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">249</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305145F</entry><entry align="left" rowsep="0" colname="column3">ARMS CONTROL IMPLEMENTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,546</entry><entry align="char" leader-modify="clr-ldr" colname="column8">54,546</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305146F</entry><entry align="left" rowsep="0" colname="column3">DEFENSE JOINT COUNTERINTELLIGENCE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,858</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,858</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305179F</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED BROADCAST SERVICE (IBS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,728</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,728</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">253</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305202F</entry><entry align="left" rowsep="0" colname="column3">DRAGON Uâ€"2</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">38,939</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,939</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">255</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305206F</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">122,909</entry><entry align="char"

leader-modify="clr-ldr" colname="column8">132,909</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase for Gorgon Stare sensor enhancements</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">256</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305207F</entry><entry align="left" rowsep="0" colname="column3">MANNED RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,787</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,787</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">257</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305208F</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,009</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,009</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305220F</entry><entry align="left" rowsep="0" colname="column3">RQâ€"4 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">191,733</entry><entry align="char" leader-modify="clr-ldr" colname="column8">191,733</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305221F</entry><entry align="left" rowsep="0" colname="column3">NETWORK-CENTRIC COLLABORATIVE TARGETING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,757</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,757</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">260</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305238F</entry><entry align="left" rowsep="0" colname="column3">NATO AGS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">32,567</entry><entry align="char" leader-modify="clr-ldr" colname="column8">32,567</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">261</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305240F</entry><entry align="left" rowsep="0" colname="column3">SUPPORT TO DCGS ENTERPRISE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,774</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,774</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">262</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305600F</entry><entry align="left" rowsep="0" colname="column3">INTERNATIONAL INTELLIGENCE TECHNOLOGY AND ARCHITECTURES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,515</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,515</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">263</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305881F</entry><entry align="left" rowsep="0" colname="column3">RAPID CYBER ACQUISITION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,383</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,383</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">264</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305984F</entry><entry align="left" rowsep="0" colname="column3">PERSONNEL RECOVERY COMMAND & CTRL (PRC2)</entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,133</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,133</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">265</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0307577F</entry><entry align="left" rowsep="0" colname="column3">INTELLIGENCE MISSION DATA (IMD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,614</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,614</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">266</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401115F</entry><entry align="left" rowsep="0" colname="column3">Câ€"130 AIRLIFT SQUADRON</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">140,425</entry><entry align="char" leader-modify="clr-ldr" colname="column8">101,425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Contract award savings</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"39,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">267</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401119F</entry><entry align="left" rowsep="0" colname="column3">Câ€"5 AIRLIFT SQUADRONS (IF)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,223</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,223</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">268</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401130F</entry><entry align="left" rowsep="0" colname="column3">Câ€"17 AIRCRAFT (IF)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,101</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,101</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">269</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401132F</entry><entry align="left" rowsep="0" colname="column3">Câ€"130J PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,640</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">270</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401134F</entry><entry align="left" rowsep="0" colname="column3">LARGE AIRCRAFT IR COUNTERMEASURES (LAIRCM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,424</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">272</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401219F</entry><entry align="left" rowsep="0" colname="column3">KCâ€"10S</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">274</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0401318F</entry><entry align="left" rowsep="0" colname="column3">CVâ€"22</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,906</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,906</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">276</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0408011F</entry><entry align="left" rowsep="0" colname="column3">SPECIAL TACTICS / COMBAT CONTROL</entry><entry align="left" leader-

modify="clr-ldr" rowsep="0" colname="column4">3,629</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,629</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">277</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0702207F</entry><entry align="left" rowsep="0" colname="column3">DEPOT MAINTENANCE (NON-IF)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,890</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">278</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708055F</entry><entry align="left" rowsep="0" colname="column3">MAINTENANCE, REPAIR & OVERHAUL SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,311</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,311</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">279</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708610F</entry><entry align="left" rowsep="0" colname="column3">LOGISTICS INFORMATION TECHNOLOGY (LOGIT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,065</entry><entry align="char" leader-modify="clr-ldr" colname="column8">16,065</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">280</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708611F</entry><entry align="left" rowsep="0" colname="column3">SUPPORT SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">539</entry><entry align="char" leader-modify="clr-ldr" colname="column8">539</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">281</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0804743F</entry><entry align="left" rowsep="0" colname="column3">OTHER FLIGHT TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,057</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,057</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">282</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0808716F</entry><entry align="left" rowsep="0" colname="column3">OTHER PERSONNEL ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">283</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901202F</entry><entry align="left" rowsep="0" colname="column3">JOINT PERSONNEL RECOVERY AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,060</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,060</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">284</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901218F</entry><entry align="left" rowsep="0" colname="column3">CIVILIAN COMPENSATION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,809</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,809</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">285</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901220F</entry><entry align="left" rowsep="0" colname="column3">PERSONNEL ADMINISTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,476</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,476</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">286</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901226F</entry><entry align="left" rowsep="0" colname="column3">AIR FORCE STUDIES AND ANALYSIS AGENCY</entry><entry align="left"

leader-modify="clr-ldr" rowsep="0" colname="column4">1,443</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,443</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">287</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901538F</entry><entry align="left" rowsep="0" colname="column3">FINANCIAL MANAGEMENT INFORMATION SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,323</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,323</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">288</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901554F</entry><entry align="left" rowsep="0" colname="column3">DEFENSE ENTERPRISE ACNTNG AND MGT SYS (DEAMS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">46,789</entry><entry align="char" leader-modify="clr-ldr" colname="column8">46,789</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">289</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1201017F</entry><entry align="left" rowsep="0" colname="column3">GLOBAL SENSOR INTEGRATED ON NETWORK (GSIN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,647</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,647</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">290</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1201921F</entry><entry align="left" rowsep="0" colname="column3">SERVICE SUPPORT TO STRATCOMâ€"SPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">988</entry><entry align="char" leader-modify="clr-ldr" colname="column8">988</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">291</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1202140F</entry><entry align="left" rowsep="0" colname="column3">SERVICE SUPPORT TO SPACECOM ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,863</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,863</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">293</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203001F</entry><entry align="left" rowsep="0" colname="column3">FAMILY OF ADVANCED BLOS TERMINALS (FAB-T)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">197,388</entry><entry align="char" leader-modify="clr-ldr" colname="column8">177,388</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> FET schedule slip</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">294</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203110F</entry><entry align="left" rowsep="0" colname="column3">SATELLITE CONTROL NETWORK (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">61,891</entry><entry align="char" leader-modify="clr-ldr" colname="column8">61,891</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">297</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203173F</entry><entry align="left" rowsep="0" colname="column3">SPACE AND MISSILE TEST AND EVALUATION CENTER</entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,566</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,566</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">298</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203174F</entry><entry align="left" rowsep="0" colname="column3">SPACE INNOVATION, INTEGRATION AND RAPID TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">43,292</entry><entry align="char" leader-modify="clr-ldr" colname="column8">43,292</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">300</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203182F</entry><entry align="left" rowsep="0" colname="column3">SPACELIFT RANGE SYSTEM (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,837</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,837</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">301</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203265F</entry><entry align="left" rowsep="0" colname="column3">GPS III SPACE SEGMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,440</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,440</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">302</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203400F</entry><entry align="left" rowsep="0" colname="column3">SPACE SUPERIORITY INTELLIGENCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,428</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,428</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">303</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203614F</entry><entry align="left" rowsep="0" colname="column3">JSPOC MISSION SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">72,762</entry><entry align="char" leader-modify="clr-ldr" colname="column8">72,762</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">304</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203620F</entry><entry align="left" rowsep="0" colname="column3">NATIONAL SPACE DEFENSE CENTER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,653</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">306</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203873F</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE RADARS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,881</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,881</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">308</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203913F</entry><entry align="left" rowsep="0" colname="column3">NUDET DETECTION SYSTEM (SPACE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">49,300</entry><entry align="char" leader-modify="clr-ldr" colname="column8">49,300</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">309</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203940F</entry><entry align="left" rowsep="0" colname="column3">SPACE SITUATION AWARENESS OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,834</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">310</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206423F</entry><entry align="left" rowsep="0"

colname="column3">GLOBAL POSITIONING SYSTEM IIIâ€"OPERATIONAL CONTROL SEGMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">445,302</entry><entry align="char" leader-modify="clr-ldr" colname="column8">445,302</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">311</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206770F</entry><entry align="left" rowsep="0" colname="column3">ENTERPRISE GROUND SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">138,870</entry><entry align="char" leader-modify="clr-ldr" colname="column8">99,070</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Contract award delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"39,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">311A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,351,506</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,229,506</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Classified reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"122,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>24,851,488</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>24,501,388</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>â€"350,100</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>45,938,122</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>45,584,744</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, DW</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601000BR</entry><entry align="left" rowsep="0" colname="column3">DTRA BASIC RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">26,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601101E</entry><entry align="left" rowsep="0" colname="column3">DEFENSE RESEARCH SCIENCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">432,284</entry><entry align="char" leader-modify="clr-ldr" colname="column8">432,284</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601110D8Z</entry><entry align="left" rowsep="0" colname="column3">BASIC RESEARCH INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">48,874</entry><entry align="char" leader-modify="clr-ldr" colname="column8">68,874</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> DEPSCOR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">004</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601117E</entry><entry align="left" rowsep="0" colname="column3">BASIC OPERATIONAL MEDICAL RESEARCH SCIENCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,122</entry><entry align="char" leader-modify="clr-ldr" colname="column8">54,122</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">005</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601120D8Z</entry><entry align="left" rowsep="0" colname="column3">NATIONAL DEFENSE EDUCATION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">92,074</entry><entry align="char" leader-modify="clr-ldr" colname="column8">102,074</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Civics education grant program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Submarine industrial base workforce training and education</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">006</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601228D8Z</entry><entry align="left" rowsep="0" colname="column3">HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/MINORITY INSTITUTIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">30,708</entry><entry align="char" leader-modify="clr-ldr" colname="column8">46,708</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Aerospace research and education</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[14,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">007</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0601384BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">45,238</entry><entry align="char" leader-modify="clr-ldr" colname="column8">45,238</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL BASIC RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>729,300</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>775,300</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">008</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602000D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT MUNITIONS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,306</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,306</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">009</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602115E</entry><entry align="left" rowsep="0"

colname="column3">BIOMEDICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">97,771</entry><entry align="char" leader-modify="clr-ldr" colname="column8">97,771</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">011</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602234D8Z</entry><entry align="left" rowsep="0" colname="column3">LINCOLN LABORATORY RESEARCH PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">52,317</entry><entry align="char" leader-modify="clr-ldr" colname="column8">52,317</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">012</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602251D8Z</entry><entry align="left" rowsep="0" colname="column3">APPLIED RESEARCH FOR THE ADVANCEMENT OF S&T PRIORITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,200</entry><entry align="char" leader-modify="clr-ldr" colname="column8">55,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Computer modeling of PFAS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"8,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">013</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602303E</entry><entry align="left" rowsep="0" colname="column3">INFORMATION & COMMUNICATIONS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">442,556</entry><entry align="char" leader-modify="clr-ldr" colname="column8">437,556</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">014</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602383E</entry><entry align="left" rowsep="0" colname="column3">BIOLOGICAL WARFARE DEFENSE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,588</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,588</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">015</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602384BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">202,587</entry><entry align="char" leader-modify="clr-ldr" colname="column8">215,087</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[12,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">016</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0602668D8Z</entry><entry align="left" rowsep="0" colname="column3">CYBER SECURITY RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,118</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,118</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Academic cyber institutes</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">017</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602702E</entry><entry align="left" rowsep="0" colname="column3">TACTICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">337,602</entry><entry align="char" leader-modify="clr-ldr" colname="column8">337,602</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">018</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602715E</entry><entry align="left" rowsep="0" colname="column3">MATERIALS AND BIOLOGICAL TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">223,976</entry><entry align="char" leader-modify="clr-ldr" colname="column8">223,976</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">019</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602716E</entry><entry align="left" rowsep="0" colname="column3">ELECTRONICS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">332,192</entry><entry align="char" leader-modify="clr-ldr" colname="column8">326,192</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602718BR</entry><entry align="left" rowsep="0" colname="column3">COUNTER WEAPONS OF MASS DESTRUCTION APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">179,096</entry><entry align="char" leader-modify="clr-ldr" colname="column8">174,096</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">021</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602751D8Z</entry><entry align="left" rowsep="0" colname="column3">SOFTWARE ENGINEERING INSTITUTE (SEI) APPLIED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,580</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,580</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">022</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160401BB</entry><entry align="left" rowsep="0" colname="column3">SOF TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,569</entry><entry align="char" leader-modify="clr-ldr" colname="column8">40,569</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>2,049,458</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>2,049,158</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">023</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603000D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT MUNITIONS ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,779</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,779</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">024</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603121D8Z</entry><entry align="left" rowsep="0" colname="column3">SO/LIC ADVANCED DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603122D8Z</entry><entry align="left" rowsep="0" colname="column3">COMBATING TERRORISM TECHNOLOGY SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,517</entry><entry align="char" leader-modify="clr-ldr" colname="column8">75,517</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">026</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603133D8Z</entry><entry align="left" rowsep="0" colname="column3">FOREIGN COMPARATIVE TESTING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,970</entry><entry align="char" leader-modify="clr-ldr" colname="column8">24,970</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603160BR</entry><entry align="left" rowsep="0" colname="column3">COUNTER WEAPONS OF MASS DESTRUCTION ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">340,065</entry><entry align="char" leader-modify="clr-ldr" colname="column8">338,575</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,490]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">029</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603176C</entry><entry align="left" rowsep="0" colname="column3">ADVANCED CONCEPTS AND PERFORMANCE ASSESSMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,208</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,208</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603178C</entry><entry align="left" rowsep="0" colname="column3">WEAPONS TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> MD72 program termination</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">031</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603180C</entry><entry align="left" rowsep="0" colname="column3">ADVANCED RESEARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,674</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,674</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced carbon-carbon composites manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[7,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">032</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603225D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT DOD-DOE MUNITIONS TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,773</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,773</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">033</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603286E</entry><entry align="left" rowsep="0" colname="column3">ADVANCED AEROSPACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">279,741</entry><entry align="char" leader-modify="clr-ldr" colname="column8">279,741</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">034</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603287E</entry><entry align="left" rowsep="0" colname="column3">SPACE PROGRAMS AND TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">202,606</entry><entry align="char" leader-modify="clr-ldr" colname="column8">172,606</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> RSGS program delays</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">035</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603288D8Z</entry><entry align="left" rowsep="0" colname="column3">ANALYTIC ASSESSMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,429</entry><entry align="char" leader-modify="clr-

ldr" colname="column8">19,429</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">036</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603289D8Z</entry><entry align="left" rowsep="0" colname="column3">ADVANCED INNOVATIVE ANALYSIS AND CONCEPTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,645</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,645</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">037</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603291D8Z</entry><entry align="left" rowsep="0" colname="column3">ADVANCED INNOVATIVE ANALYSIS AND CONCEPTSâ€"MHA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,668</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,668</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603294C</entry><entry align="left" rowsep="0" colname="column3">COMMON KILL VEHICLE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,600</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,600</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603342D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE INNOVATION UNIT (DIU)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,398</entry><entry align="char" leader-modify="clr-ldr" colname="column8">29,398</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">041</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603375D8Z</entry><entry align="left" rowsep="0" colname="column3">TECHNOLOGY INNOVATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">60,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">30,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">042</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603384BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAMâ€"ADVANCED DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">172,486</entry><entry align="char" leader-modify="clr-ldr" colname="column8">172,486</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">043</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603527D8Z</entry><entry align="left" rowsep="0" colname="column3">RETRACT LARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">159,688</entry><entry align="char" leader-modify="clr-ldr" colname="column8">159,688</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">044</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603618D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT ELECTRONIC ADVANCED TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,063</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,063</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">045</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603648D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT CAPABILITY TECHNOLOGY DEMONSTRATIONS</entry><entry align="left"

leader-modify="clr-ldr" rowsep="0" colname="column4">107,359</entry><entry align="char" leader-modify="clr-ldr" colname="column8">89,859</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program reduction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"17,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">046</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603662D8Z</entry><entry align="left" rowsep="0" colname="column3">NETWORKED COMMUNICATIONS CAPABILITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,858</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,858</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">047</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603680D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE-WIDE MANUFACTURING SCIENCE AND TECHNOLOGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">96,397</entry><entry align="char" leader-modify="clr-ldr" colname="column8">116,397</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Additive manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Integrated silicon based lasers</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603680S</entry><entry align="left" rowsep="0" colname="column3">MANUFACTURING TECHNOLOGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,834</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">049</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603699D8Z</entry><entry align="left" rowsep="0" colname="column3">EMERGING CAPABILITIES TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">80,911</entry><entry align="char" leader-modify="clr-ldr" colname="column8">80,911</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603712S</entry><entry align="left" rowsep="0" colname="column3">GENERIC LOGISTICS R&D TECHNOLOGY DEMONSTRATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,817</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,817</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">051</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603716D8Z</entry><entry align="left" rowsep="0"

colname="column3">STRATEGIC ENVIRONMENTAL RESEARCH PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">66,157</entry><entry align="char" leader-modify="clr-ldr" colname="column8">66,157</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">052</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603720S</entry><entry align="left" rowsep="0" colname="column3">MICROELECTRONICS TECHNOLOGY DEVELOPMENT AND SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">171,771</entry><entry align="char" leader-modify="clr-ldr" colname="column8">171,771</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">053</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603727D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT WARFIGHTING PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,846</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,846</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">054</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603739E</entry><entry align="left" rowsep="0" colname="column3">ADVANCED ELECTRONICS TECHNOLOGIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">128,616</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,616</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">055</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603760E</entry><entry align="left" rowsep="0" colname="column3">COMMAND, CONTROL AND COMMUNICATIONS SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">232,134</entry><entry align="char" leader-modify="clr-ldr" colname="column8">232,134</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">056</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603766E</entry><entry align="left" rowsep="0" colname="column3">NETWORK-CENTRIC WARFARE TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">512,424</entry><entry align="char" leader-modify="clr-ldr" colname="column8">507,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603767E</entry><entry align="left" rowsep="0" colname="column3">SENSOR TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">163,903</entry><entry align="char" leader-modify="clr-ldr" colname="column8">163,903</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">058</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603769D8Z</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED LEARNING ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,723</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">059</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603781D8Z</entry><entry align="left" rowsep="0" colname="column3">SOFTWARE ENGINEERING INSTITUTE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,111</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,111</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603826D8Z</entry><entry align="left" rowsep="0"

colname="column3">QUICK REACTION SPECIAL PROJECTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">47,147</entry><entry align="char" leader-modify="clr-ldr" colname="column8">47,147</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">061</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603833D8Z</entry><entry align="left" rowsep="0" colname="column3">ENGINEERING SCIENCE & TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,376</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,376</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">062</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603924D8Z</entry><entry align="left" rowsep="0" colname="column3">HIGH ENERGY LASER ADVANCED TECHNOLOGY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">85,223</entry><entry align="char" leader-modify="clr-ldr" colname="column8">85,223</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">063</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603941D8Z</entry><entry align="left" rowsep="0" colname="column3">TEST & EVALUATION SCIENCE & TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">175,574</entry><entry align="char" leader-modify="clr-ldr" colname="column8">185,574</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase to support NDS technologies</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">064</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603950D8Z</entry><entry align="left" rowsep="0" colname="column3">NATIONAL SECURITY INNOVATION NETWORK</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">065</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604055D8Z</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL ENERGY CAPABILITY IMPROVEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,536</entry><entry align="char" leader-modify="clr-ldr" colname="column8">53,900</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"16,636]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">066</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303310D8Z</entry><entry align="left" rowsep="0" colname="column3">CWMD SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">28,907</entry><entry align="char" leader-modify="clr-ldr" colname="column8">28,907</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">068</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160402BB</entry><entry align="left" rowsep="0" colname="column3">SOF ADVANCED TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">89,154</entry><entry align="char" leader-modify="clr-ldr" colname="column8">89,154</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">1206310SDA</entry><entry align="left" rowsep="0" colname="column3">SPACE SCIENCE AND TECHNOLOGY RESEARCH AND DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>3,742,088</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>3,673,462</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603161D8Z</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E ADC&P</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,695</entry><entry align="char" leader-modify="clr-ldr" colname="column8">42,695</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">071</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603600D8Z</entry><entry align="left" rowsep="0" colname="column3">WALKOFF</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">92,791</entry><entry align="char" leader-modify="clr-ldr" colname="column8">92,791</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603821D8Z</entry><entry align="left" rowsep="0" colname="column3">ACQUISITION ENTERPRISE DATA & INFORMATION SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,659</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,659</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">073</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603851D8Z</entry><entry align="left" rowsep="0" colname="column3">ENVIRONMENTAL SECURITY TECHNICAL CERTIFICATION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">66,572</entry><entry align="char" leader-modify="clr-ldr" colname="column8">68,572</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> ESTCP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[2,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603881C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">302,761</entry><entry

align="char" leader-modify="clr-ldr" colname="column8">302,761</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">075</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603882C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE MIDCOURSE DEFENSE SEGMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,156,506</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,237,606</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Common booster engineering early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Homeland Defense Radar-Hawaii delay</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"30,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> RKV cancellationâ€"on demand communications</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"13,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> RKV Program Terminationâ€"Trasfer from RD,DW 109 for SLEP program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[140,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">076</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603884BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAMâ€"DEM/VAL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">83,662</entry><entry align="char" leader-modify="clr-ldr" colname="column8">83,662</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">077</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603884C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE SENSORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">283,487</entry><entry align="char" leader-modify="clr-ldr" colname="column8">283,487</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">078</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603890C</entry><entry align="left" rowsep="0" colname="column3">BMD ENABLING PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">571,507</entry><entry align="char" leader-modify="clr-ldr" colname="column8">571,507</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603891C</entry><entry align="left" rowsep="0" colname="column3">SPECIAL PROGRAMSâ€"MDA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">377,098</entry><entry align="char" leader-modify="clr-ldr" colname="column8">512,098</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3"

rowsep="0" colname="column3"> Classified unfunded priority</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[135,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603892C</entry><entry align="left" rowsep="0" colname="column3">AEGIS BMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">727,479</entry><entry align="char" leader-modify="clr-ldr" colname="column8">699,479</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"28,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">081</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603896C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE COMMAND AND CONTROL, BATTLE MANAGEMENT AND COMMUNICATI</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">564,206</entry><entry align="char" leader-modify="clr-ldr" colname="column8">562,706</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> IBCS integration delays</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">082</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603898C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE JOINT WARFIGHTER SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,532</entry><entry align="char" leader-modify="clr-ldr" colname="column8">51,532</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">083</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603904C</entry><entry align="left" rowsep="0" colname="column3">MISSILE DEFENSE INTEGRATION & OPERATIONS CENTER (MDIOC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">56,161</entry><entry align="char" leader-modify="clr-ldr" colname="column8">56,161</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">084</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603906C</entry><entry align="left" rowsep="0" colname="column3">REGARDING TRENCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,424</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,424</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603907C</entry><entry align="left" rowsep="0" colname="column3">SEA BASED X-BAND RADAR (SBX)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">128,156</entry><entry align="char" leader-modify="clr-ldr" colname="column8">128,156</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">086</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603913C</entry><entry align="left" rowsep="0" colname="column3">ISRAELI COOPERATIVE PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">300,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">087</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603914C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE TEST</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">395,924</entry><entry align="char" leader-modify="clr-ldr" colname="column8">395,924</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">088</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603915C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE TARGETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">554,171</entry><entry align="char" leader-modify="clr-ldr" colname="column8">554,171</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">089</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603920D8Z</entry><entry align="left" rowsep="0" colname="column3">HUMANITARIAN DEMINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,820</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,880]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603923D8Z</entry><entry align="left" rowsep="0" colname="column3">COALITION WARFARE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,316</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,316</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">091</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604016D8Z</entry><entry align="left" rowsep="0" colname="column3">DEPARTMENT OF DEFENSE CORROSION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,365</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,365</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">092</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604115C</entry><entry align="left" rowsep="0" colname="column3">TECHNOLOGY MATURATION INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">303,458</entry><entry align="char" leader-modify="clr-ldr" colname="column8">269,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cancel Neutral Particle Beam</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"34,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">093</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604132D8Z</entry><entry align="left" rowsep="0" colname="column3">MISSILE DEFEAT PROJECT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,816</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified budget requestâ€"program transitioned to services</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"7,816]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604181C</entry><entry align="left" rowsep="0" colname="column3">HYPERSONIC DEFENSE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">157,425</entry><entry align="char" leader-modify="clr-ldr" colname="column8">157,425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">096</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604250D8Z</entry><entry align="left" rowsep="0" colname="column3">ADVANCED INNOVATIVE TECHNOLOGIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,312,735</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,312,735</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Hypervelocity Gun Weapon System</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[80,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"80,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604294D8Z</entry><entry align="left" rowsep="0" colname="column3">TRUSTED & ASSURED MICROELECTRONICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">542,421</entry><entry align="char" leader-modify="clr-ldr" colname="column8">547,421</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Trusted and assured microelectronics research</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">098</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604331D8Z</entry><entry align="left" rowsep="0" colname="column3">RAPID PROTOTYPING PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">100,957</entry><entry align="char" leader-modify="clr-ldr" colname="column8">50,957</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Uncoordinated prototyping efforts</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"50,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">099</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604341D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE INNOVATION UNIT (DIU) PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">92,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">92,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604400D8Z</entry><entry align="left" rowsep="0" colname="column3">DEPARTMENT OF DEFENSE (DOD) UNMANNED SYSTEM COMMON DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column4">3,021</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,021</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">102</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604672C</entry><entry align="left" rowsep="0" colname="column3">HOMELAND DEFENSE RADARâ€"HAWAII (HDR-H)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">274,714</entry><entry align="char" leader-modify="clr-ldr" colname="column8">173,598</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Funding acceleration early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"60,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Radar foundation and thermal control system early to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"41,116]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">103</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604673C</entry><entry align="left" rowsep="0" colname="column3">PACIFIC DISCRIMINATING RADAR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,711</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,711</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">104</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604682D8Z</entry><entry align="left" rowsep="0" colname="column3">WARGAMING AND SUPPORT FOR STRATEGIC ANALYSIS (SSA)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,751</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,751</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">105</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604775BR</entry><entry align="left" rowsep="0" colname="column3">DEFENSE RAPID INNOVATION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,021</entry><entry align="char" leader-modify="clr-ldr" colname="column8">14,021</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">107</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604826J</entry><entry align="left" rowsep="0" colname="column3">JOINT C5 CAPABILITY DEVELOPMENT, INTEGRATION AND INTEROPERABILITY ASSESSMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,062</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,062</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">108</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604873C</entry><entry align="left" rowsep="0" colname="column3">LONG RANGE DISCRIMINATION RADAR (LRDR)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">136,423</entry><entry align="char" leader-modify="clr-ldr" colname="column8">136,423</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">109</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604874C</entry><entry align="left" rowsep="0" colname="column3">IMPROVED HOMELAND DEFENSE INTERCEPTORS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">412,363</entry><entry align="char" leader-modify="clr-ldr" colname="column8">272,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> RKV Termination â€" transfer to RD,DW 075 for SLEP program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"140,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604876C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE TERMINAL DEFENSE SEGMENT TEST</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,137</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,137</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">111</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604878C</entry><entry align="left" rowsep="0" colname="column3">AEGIS BMD TEST</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">169,822</entry><entry align="char" leader-modify="clr-ldr" colname="column8">169,822</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">112</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604879C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE SENSOR TEST</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">105,530</entry><entry align="char" leader-modify="clr-ldr" colname="column8">105,530</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">113</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604880C</entry><entry align="left" rowsep="0" colname="column3">LAND-BASED SMâ€"3 (LBSM3)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">38,352</entry><entry align="char" leader-modify="clr-ldr" colname="column8">38,352</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">115</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604887C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE MIDCOURSE SEGMENT TEST</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">98,139</entry><entry align="char" leader-modify="clr-ldr" colname="column8">98,139</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">117</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0300206R</entry><entry align="left" rowsep="0" colname="column3">ENTERPRISE INFORMATION TECHNOLOGY SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,600</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,600</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">118</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303191D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT ELECTROMAGNETIC TECHNOLOGY (JET) PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,191</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,191</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">119</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305103C</entry><entry align="left" rowsep="0" colname="column3">CYBER SECURITY INITIATIVE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,138</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,138</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206410SDA</entry><entry align="left" rowsep="0" colname="column3">SPACE TECHNOLOGY DEVELOPMENT AND PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">85,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">55,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Missile defense studies realignment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"30,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">121</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206893C</entry><entry align="left" rowsep="0" colname="column3">SPACE TRACKING & SURVEILLANCE SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,849</entry><entry align="char" leader-modify="clr-ldr" colname="column8">35,849</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">122</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206895C</entry><entry align="left" rowsep="0" colname="column3">BALLISTIC MISSILE DEFENSE SYSTEM SPACE PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,565</entry><entry align="char" leader-modify="clr-ldr" colname="column8">135,565</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Hypersonic and Ballistic Tracking Space Sensor</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[108,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">122A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604011D8Z</entry><entry align="left" rowsep="0" colname="column3">NEXT GENERATION INFORMATION COMMUNICATIONS TECHNOLOGY (5G)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">275,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> NTTR and additional AF installation 5G network</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[175,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>9,797,493</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>10,015,041</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-

modify="clr-ldr"><bold>SYSTEM DEVELOPMENT AND DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">123</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604161D8Z</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR AND CONVENTIONAL PHYSICAL SECURITY EQUIPMENT RDT&E SDD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,276</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,276</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">124</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604165D8Z</entry><entry align="left" rowsep="0" colname="column3">PROMPT GLOBAL STRIKE CAPABILITY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">107,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">76,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Transfer to RDTE, Army Line 100</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"31,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">125</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604384BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAMâ€"EMD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">384,047</entry><entry align="char" leader-modify="clr-ldr" colname="column8">374,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">126</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604771D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT TACTICAL INFORMATION DISTRIBUTION SYSTEM (JTIDS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,102</entry><entry align="char" leader-modify="clr-ldr" colname="column8">40,102</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">127</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605000BR</entry><entry align="left" rowsep="0" colname="column3">COUNTER WEAPONS OF MASS DESTRUCTION SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,100</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">128</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605013BL</entry><entry align="left" rowsep="0" colname="column3">INFORMATION TECHNOLOGY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,070</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,070</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">129</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605021SE</entry><entry align="left" rowsep="0" colname="column3">HOMELAND PERSONNEL SECURITY INITIATIVE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,295</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,295</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0605022D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE EXPORTABILITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,615</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,615</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">131</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605027D8Z</entry><entry align="left" rowsep="0" colname="column3">OUSD(C) IT DEVELOPMENT INITIATIVES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,653</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">132</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605070S</entry><entry align="left" rowsep="0" colname="column3">DOD ENTERPRISE SYSTEMS DEVELOPMENT AND DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,378</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,378</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">133</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605075D8Z</entry><entry align="left" rowsep="0" colname="column3">CMO POLICY AND INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,618</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,618</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">134</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605080S</entry><entry align="left" rowsep="0" colname="column3">DEFENSE AGENCY INITIATIVES (DAI)â€"FINANCIAL SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,944</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,944</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">135</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605090S</entry><entry align="left" rowsep="0" colname="column3">DEFENSE RETIRED AND ANNUITANT PAY SYSTEM (DRAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,609</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,609</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">136</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605210D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE-WIDE ELECTRONIC PROCUREMENT CAPABILITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,619</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,619</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">137</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605294D8Z</entry><entry align="left" rowsep="0" colname="column3">TRUSTED & ASSURED MICROELECTRONICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">175,032</entry><entry align="char" leader-modify="clr-ldr" colname="column8">175,032</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">138</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140BL</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">425</entry><entry align="char" leader-modify="clr-ldr" colname="column8">425</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">139</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303141K</entry><entry align="left" rowsep="0" colname="column3">GLOBAL COMBAT SUPPORT SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,578</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,578</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0305304D8Z</entry><entry align="left" rowsep="0" colname="column3">DOD ENTERPRISE ENERGY INFORMATION MANAGEMENT (EEIM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,373</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,373</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">141</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305310D8Z</entry><entry align="left" rowsep="0" colname="column3">CWMD SYSTEMS: SYSTEM DEVELOPMENT AND DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,854</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,854</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL SYSTEM DEVELOPMENT AND DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>841,588</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>800,588</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">142</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603829J</entry><entry align="left" rowsep="0" colname="column3">JOINT CAPABILITY EXPERIMENTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604774D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE READINESS REPORTING SYSTEM (DRRS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,724</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,724</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">144</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604875D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT SYSTEMS ARCHITECTURE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,593</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,593</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">145</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604940D8Z</entry><entry align="left" rowsep="0" colname="column3">CENTRAL TEST AND EVALUATION INVESTMENT DEVELOPMENT (CTEIP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">260,267</entry><entry align="char" leader-modify="clr-ldr" colname="column8">260,267</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">146</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604942D8Z</entry><entry align="left" rowsep="0" colname="column3">ASSESSMENTS AND EVALUATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">30,834</entry><entry align="char" leader-modify="clr-ldr" colname="column8">30,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">147</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605001E</entry><entry align="left" rowsep="0" colname="column3">MISSION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">68,498</entry><entry align="char" leader-modify="clr-ldr" colname="column8">68,498</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">148</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605100D8Z</entry><entry align="left" rowsep="0" colname="column3">JOINT MISSION ENVIRONMENT TEST CAPABILITY (JMETC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">83,091</entry><entry align="char" leader-modify="clr-ldr" colname="column8">89,091</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Cyber range development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">149</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605104D8Z</entry><entry align="left" rowsep="0" colname="column3">TECHNICAL STUDIES, SUPPORT AND ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,079</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,079</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605126J</entry><entry align="left" rowsep="0" colname="column3">JOINT INTEGRATED AIR AND MISSILE DEFENSE ORGANIZATION (JIAMDO)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,038</entry><entry align="char" leader-modify="clr-ldr" colname="column8">70,038</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">152</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605142D8Z</entry><entry align="left" rowsep="0" colname="column3">SYSTEMS ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,140</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,140</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">153</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605151D8Z</entry><entry align="left" rowsep="0" colname="column3">STUDIES AND ANALYSIS SUPPORTâ€"OSD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,759</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,759</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">154</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605161D8Z</entry><entry align="left" rowsep="0" colname="column3">NUCLEAR MATTERS-PHYSICAL SECURITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,307</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,307</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">155</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605170D8Z</entry><entry align="left" rowsep="0" colname="column3">SUPPORT TO NETWORKS AND INFORMATION INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,441</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,441</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">156</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605200D8Z</entry><entry align="left" rowsep="0" colname="column3">GENERAL SUPPORT TO USD (INTELLIGENCE)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,700</entry><entry align="char"

leader-modify="clr-ldr" colname="column8">1,700</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">157</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605384BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">110,363</entry><entry align="char" leader-modify="clr-ldr" colname="column8">110,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">166</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605790D8Z</entry><entry align="left" rowsep="0" colname="column3">SMALL BUSINESS INNOVATION RESEARCH (SBIR)/ SMALL BUSINESS TECHNOLOGY TRANSFER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,568</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,568</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">167</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605797D8Z</entry><entry align="left" rowsep="0" colname="column3">MAINTAINING TECHNOLOGY ADVANTAGE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,936</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,936</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">168</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605798D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE TECHNOLOGY ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,875</entry><entry align="char" leader-modify="clr-ldr" colname="column8">19,875</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> National Science, Technology, and Security Roundtable with Academia</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">169</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605801KA</entry><entry align="left" rowsep="0" colname="column3">DEFENSE TECHNICAL INFORMATION CENTER (DTIC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">57,716</entry><entry align="char" leader-modify="clr-ldr" colname="column8">57,716</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605803SE</entry><entry align="left" rowsep="0" colname="column3">R&D IN SUPPORT OF DOD ENLISTMENT, TESTING AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,448</entry><entry align="char" leader-modify="clr-ldr" colname="column8">34,448</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">171</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605804D8Z</entry><entry align="left" rowsep="0" colname="column3">DEVELOPMENT TEST AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,203</entry><entry align="char" leader-modify="clr-ldr" colname="column8">22,203</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">172</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605898E</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HQâ€"R&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,208</entry><entry align="char" leader-modify="clr-ldr" colname="column8">13,208</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">173</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column2">0605998KA</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HQâ€"DEFENSE TECHNICAL INFORMATION CENTER (DTIC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,027</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,027</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606100D8Z</entry><entry align="left" rowsep="0" colname="column3">BUDGET AND PROGRAM ASSESSMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,017</entry><entry align="char" leader-modify="clr-ldr" colname="column8">8,017</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">175</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606225D8Z</entry><entry align="left" rowsep="0" colname="column3">ODNA TECHNOLOGY AND RESOURCE ANALYSIS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,194</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,194</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">176</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606589D8W</entry><entry align="left" rowsep="0" colname="column3">DEFENSE DIGITAL SERVICE (DDS) DEVELOPMENT SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,000</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">179</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0203345D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE OPERATIONS SECURITY INITIATIVE (DOSI)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,037</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,037</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0204571J</entry><entry align="left" rowsep="0" colname="column3">JOINT STAFF ANALYTICAL SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,216</entry><entry align="char" leader-modify="clr-ldr" colname="column8">9,216</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">183</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303166J</entry><entry align="left" rowsep="0" colname="column3">SUPPORT TO INFORMATION OPERATIONS (IO) CAPABILITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">553</entry><entry align="char" leader-modify="clr-ldr" colname="column8">553</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">184</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303260D8Z</entry><entry align="left" rowsep="0" colname="column3">DEFENSE MILITARY DECEPTION PROGRAM OFFICE (DMDPO)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,014</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,014</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">185</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305172K</entry><entry align="left" rowsep="0" colname="column3">COMBINED ADVANCED APPLICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">58,667</entry><entry align="char" leader-modify="clr-ldr" colname="column8">48,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">187</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305245D8Z</entry><entry align="left" rowsep="0" colname="column3">INTELLIGENCE CAPABILITIES AND INNOVATION INVESTMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,081</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,081</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">189</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0307588D8Z</entry><entry align="left" rowsep="0" colname="column3">ALGORITHMIC WARFARE CROSS FUNCTIONAL TEAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">221,235</entry><entry align="char" leader-modify="clr-ldr" colname="column8">221,235</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">191</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0804768J</entry><entry align="left" rowsep="0" colname="column3">COCOM EXERCISE ENGAGEMENT AND TRAINING TRANSFORMATION (CE2T2)â€"NON-MHA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">40,073</entry><entry align="char" leader-modify="clr-ldr" colname="column8">40,073</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">192</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0808709SE</entry><entry align="left" rowsep="0" colname="column3">DEFENSE EQUAL OPPORTUNITY MANAGEMENT INSTITUTE (DEOMI)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">100</entry><entry align="char" leader-modify="clr-ldr" colname="column8">100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">193</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0901598C</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT HQâ€"MDA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">27,065</entry><entry align="char" leader-modify="clr-ldr" colname="column8">27,065</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">194</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0903235K</entry><entry align="left" rowsep="0" colname="column3">JOINT SERVICE PROVIDER (JSP)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,090</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,090</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">194A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">51,471</entry><entry align="char" leader-modify="clr-ldr" colname="column8">51,471</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,354,628</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>1,353,628</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-

modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">195</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604130V</entry><entry align="left" rowsep="0" colname="column3">ENTERPRISE SECURITY SYSTEM (ESS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,945</entry><entry align="char" leader-modify="clr-ldr" colname="column8">7,945</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">196</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604532K</entry><entry align="left" rowsep="0" colname="column3">JOINT ARTIFICIAL INTELLIGENCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">208,834</entry><entry align="char" leader-modify="clr-ldr" colname="column8">208,834</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">197</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605127T</entry><entry align="left" rowsep="0" colname="column3">REGIONAL INTERNATIONAL OUTREACH (RIO) AND PARTNERSHIP FOR PEACE INFORMATION MANA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,947</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,947</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">198</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605147T</entry><entry align="left" rowsep="0" colname="column3">OVERSEAS HUMANITARIAN ASSISTANCE SHARED INFORMATION SYSTEM (OHASIS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">310</entry><entry align="char" leader-modify="clr-ldr" colname="column8">310</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">199</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607210D8Z</entry><entry align="left" rowsep="0" colname="column3">INDUSTRIAL BASE ANALYSIS AND SUSTAINMENT SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,051</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,551</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Advanced systems manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Rare earth element production</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[3,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607310D8Z</entry><entry align="left" rowsep="0" colname="column3">CWMD SYSTEMS: OPERATIONAL SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,734</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,734</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">201</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607327T</entry><entry align="left" rowsep="0"

colname="column3">GLOBAL THEATER SECURITY COOPERATION MANAGEMENT INFORMATION SYSTEMS (G-TSCMIS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,800</entry><entry align="char" leader-modify="clr-ldr" colname="column8">10,350</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Excess growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"4,450]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">202</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0607384BP</entry><entry align="left" rowsep="0" colname="column3">CHEMICAL AND BIOLOGICAL DEFENSE (OPERATIONAL SYSTEMS DEVELOPMENT)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,023</entry><entry align="char" leader-modify="clr-ldr" colname="column8">54,023</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">203</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208043J</entry><entry align="left" rowsep="0" colname="column3">PLANNING AND DECISION AID SYSTEM (PDAS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,537</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,537</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">204</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208045K</entry><entry align="left" rowsep="0" colname="column3">C4I INTEROPERABILITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">64,122</entry><entry align="char" leader-modify="clr-ldr" colname="column8">64,122</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">210</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0302019K</entry><entry align="left" rowsep="0" colname="column3">DEFENSE INFO INFRASTRUCTURE ENGINEERING AND INTEGRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,798</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,798</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">211</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303126K</entry><entry align="left" rowsep="0" colname="column3">LONG-HAUL COMMUNICATIONSâ€"DCS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,166</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,166</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">212</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303131K</entry><entry align="left" rowsep="0" colname="column3">MINIMUM ESSENTIAL EMERGENCY COMMUNICATIONS NETWORK (MEECN)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,383</entry><entry align="char" leader-modify="clr-ldr" colname="column8">17,383</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">214</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303136G</entry><entry align="left" rowsep="0" colname="column3">KEY MANAGEMENT INFRASTRUCTURE (KMI)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,516</entry><entry align="char" leader-modify="clr-ldr" colname="column8">54,516</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">215</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140D8Z</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">67,631</entry><entry align="char" leader-modify="clr-ldr" colname="column8">92,631</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> AI and Cyber Center of Excellence</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[25,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">216</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140G</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">289,080</entry><entry align="char" leader-modify="clr-ldr" colname="column8">287,198</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment to DISA for Sharkseer</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[â€"1,882]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303140K</entry><entry align="left" rowsep="0" colname="column3">INFORMATION SYSTEMS SECURITY PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">42,796</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,678</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment for Sharkseer</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[1,882]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">218</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303150K</entry><entry align="left" rowsep="0" colname="column3">GLOBAL COMMAND AND CONTROL SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,218</entry><entry align="char" leader-modify="clr-ldr" colname="column8">25,218</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">219</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303153K</entry><entry align="left" rowsep="0" colname="column3">DEFENSE SPECTRUM ORGANIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,698</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,698</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">220</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303228K</entry><entry align="left" rowsep="0" colname="column3">JOINT REGIONAL SECURITY STACKS (JRSS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,077</entry><entry align="char" leader-modify="clr-ldr" colname="column8">18,077</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">222</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303430K</entry><entry align="left" rowsep="0" colname="column3">FEDERAL INVESTIGATIVE SERVICES INFORMATION TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">44,001</entry><entry align="char" leader-modify="clr-ldr" colname="column8">44,001</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305128V</entry><entry align="left" rowsep="0" colname="column3">SECURITY AND INVESTIGATIVE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,400</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">232</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305186D8Z</entry><entry align="left" rowsep="0" colname="column3">POLICY R&D PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,301</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,301</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">233</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305199D8Z</entry><entry align="left" rowsep="0" colname="column3">NET CENTRICITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,384</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,384</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">235</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305208BB</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,359</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,359</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">238</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305208K</entry><entry align="left" rowsep="0" colname="column3">DISTRIBUTED COMMON GROUND/SURFACE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,981</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,981</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">241</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305327V</entry><entry align="left" rowsep="0" colname="column3">INSIDER THREAT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,964</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,964</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">242</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305387D8Z</entry><entry align="left" rowsep="0" colname="column3">HOMELAND DEFENSE TECHNOLOGY TRANSFER PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,221</entry><entry align="char" leader-modify="clr-ldr" colname="column8">2,221</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">250</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708012K</entry><entry align="left" rowsep="0" colname="column3">LOGISTICS SUPPORT ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,361</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,361</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">251</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708012S</entry><entry align="left" rowsep="0" colname="column3">PACIFIC DISASTER CENTERS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,770</entry><entry align="char" leader-modify="clr-ldr" colname="column8">1,770</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0708047S</entry><entry align="left" rowsep="0" colname="column3">DEFENSE PROPERTY ACCOUNTABILITY SYSTEM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,679</entry><entry align="char" leader-modify="clr-ldr" colname="column8">3,679</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">254</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1105219BB</entry><entry align="left" rowsep="0" colname="column3">MQâ€"9 UAV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,697</entry><entry align="char" leader-modify="clr-ldr" colname="column8">20,697</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">256</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160403BB</entry><entry align="left" rowsep="0" colname="column3">AVIATION SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">245,795</entry><entry align="char" leader-modify="clr-ldr" colname="column8">262,995</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increaseâ€"Future Vertical Lift</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,800]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> UPL FVL realignment from RFCM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8">[8,400]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">257</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160405BB</entry><entry align="left" rowsep="0" colname="column3">INTELLIGENCE SYSTEMS DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,484</entry><entry align="char" leader-modify="clr-ldr" colname="column8">15,484</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160408BB</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL ENHANCEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">166,922</entry><entry align="char" leader-modify="clr-ldr" colname="column8">166,922</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160431BB</entry><entry align="left" rowsep="0" colname="column3">WARRIOR SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">62,332</entry><entry align="char" leader-modify="clr-ldr" colname="column8">62,332</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">260</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160432BB</entry><entry align="left" rowsep="0" colname="column3">SPECIAL PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,805</entry><entry align="char" leader-modify="clr-ldr" colname="column8">21,805</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">261</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160434BB</entry><entry align="left" rowsep="0" colname="column3">UNMANNED ISR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,377</entry><entry align="char" leader-modify="clr-ldr" colname="column8">37,377</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">262</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160480BB</entry><entry align="left" rowsep="0" colname="column3">SOF TACTICAL VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,150</entry><entry align="char" leader-modify="clr-ldr" colname="column8">11,150</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">263</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160483BB</entry><entry align="left" rowsep="0" colname="column3">MARITIME SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">72,626</entry><entry align="char" leader-modify="clr-ldr" colname="column8">72,626</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">264</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160489BB</entry><entry align="left" rowsep="0" colname="column3">GLOBAL VIDEO SURVEILLANCE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,363</entry><entry align="char" leader-modify="clr-ldr" colname="column8">5,363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">265</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160490BB</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL ENHANCEMENTS INTELLIGENCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,962</entry><entry align="char" leader-modify="clr-ldr" colname="column8">12,962</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">266</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1203610K</entry><entry align="left" rowsep="0" colname="column3">TELEPORT PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,158</entry><entry align="char" leader-modify="clr-ldr" colname="column8">6,158</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">266A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,542,640</entry><entry align="char" leader-modify="clr-ldr" colname="column8">4,542,640</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>6,258,398</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>6,304,648</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>46,250</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>24,772,953</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>24,971,825</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL TEST & EVAL, DEFENSE</bold></entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">001</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605118OTE</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL TEST AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">93,291</entry><entry align="char" leader-modify="clr-ldr" colname="column8">93,291</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">002</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605131OTE</entry><entry align="left" rowsep="0" colname="column3">LIVE FIRE TEST AND EVALUATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">69,172</entry><entry align="char" leader-modify="clr-ldr" colname="column8">69,172</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">003</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605814OTE</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL TEST ACTIVITIES AND ANALYSES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">58,737</entry><entry align="char" leader-modify="clr-ldr" colname="column8">58,737</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-2" rowsep="0" colname="column3"><bold> SUBTOTAL MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>221,200</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>221,200</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATIONAL TEST & EVAL, DEFENSE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>221,200</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>221,200</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="char" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL RDT&E</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>103,395,545</bold></entry><entry align="char" leader-modify="clr-ldr" colname="column8"><bold>102,309,846</bold></entry></row></tbody></tgroup></table></sect

ion>

<section id="H3C76793B607D4E76938BDAB33D1BA4F4"><enum>4202.</enum><header>Research, development, test, and evaluation for overseas contingency operations</header>

<table table-type="" table-template-name="RDT and E for Overseas Contingency Operations" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="8" bearoff="2"><colspec align="center" coldef="fig" colname="column1" colnum="0" min-data-value="5" colwidth="37pts"/><colspec coldef="txt-no-ldr-no-spread" colname="column2" colnum="1" min-data-value="42" colwidth="70pts"/><colspec coldef="txt" colname="column3" colnum="2" min-data-value="50" colwidth="307pts"/><colspec coldef="fig" colname="column4" colnum="3" min-data-value="10" colwidth="78pts"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="7" min-data-value="11" colwidth="101pts"/><thead>

<row><entry namest="column1" nameend="column8" morerows="0" colname="column1"><bold>SEC. 4202. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Line</bold></entry><entry namest="column2" morerows="0" align="center" colname="column2"><bold>Program<linebreak/>Element</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Item</bold></entry><entry namest="column4" morerows="0" align="center" colname="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column8" morerows="0" align="center" colname="column8"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">074</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603327A</entry><entry align="left" rowsep="0" colname="column3">AIR AND MISSILE DEFENSE SYSTEMS ENGINEERING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">500</entry><entry align="left" leader-modify="clr-ldr" colname="column8">500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">079</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603747A</entry><entry align="left" rowsep="0" colname="column3">SOLDIER SUPPORT AND SURVIVABILITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">085</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603804A</entry><entry align="left" rowsep="0" colname="column3">LOGISTICS AND ENGINEER EQUIPMENTâ€"ADV DEV</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,085</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,085</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">095</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604117A</entry><entry align="left" rowsep="0" colname="column3">MANEUVERâ€"SHORT RANGE AIR DEFENSE (M-SHORAD)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">0</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"6,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">097</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604119A</entry><entry align="left" rowsep="0" colname="column3">ARMY ADVANCED COMPONENT DEVELOPMENT & PROTOTYPING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,529</entry><entry align="left" leader-modify="clr-ldr" colname="column8">4,529</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">105</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604785A</entry><entry align="left" rowsep="0" colname="column3">INTEGRATED BASE DEFENSE (BUDGET ACTIVITY 4)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>17,114</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>17,114</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">151</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605035A</entry><entry align="left" rowsep="0" colname="column3">COMMON INFRARED COUNTERMEASURES (CIRCM)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,770</entry><entry align="left" leader-modify="clr-ldr" colname="column8">11,770</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">159</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605051A</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT SURVIVABILITY DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">77,420</entry><entry align="left" leader-modify="clr-ldr" colname="column8">77,420</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">163</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0605203A</entry><entry align="left" rowsep="0" colname="column3">ARMY SYSTEM DEVELOPMENT & DEMONSTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,527</entry><entry

align="left" leader-modify="clr-ldr" colname="column8">19,527</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">174</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0304270A</entry><entry align="left" rowsep="0" colname="column3">ELECTRONIC WARFARE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,200</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,200</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>111,917</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>111,917</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RDT&E MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0606003A</entry><entry align="left" rowsep="0" colname="column3">COUNTERINTEL AND HUMAN INTEL MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,875</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,875</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL RDT&E MANAGEMENT SUPPORT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,875</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,875</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">238</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0303028A</entry><entry align="left" rowsep="0"

colname="column3">SECURITY AND INTELLIGENCE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,904</entry><entry align="left" leader-modify="clr-ldr" colname="column8">22,904</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">246</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305204A</entry><entry align="left" rowsep="0" colname="column3">TACTICAL UNMANNED AERIAL VEHICLES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">34,100</entry><entry align="left" leader-modify="clr-ldr" colname="column8">34,100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">247</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0305206A</entry><entry align="left" rowsep="0" colname="column3">AIRBORNE RECONNAISSANCE SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">14,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">252</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0307665A</entry><entry align="left" rowsep="0" colname="column3">BIOMETRICS ENABLED INTELLIGENCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,214</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,214</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>73,218</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>73,218</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>204,124</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>198,124</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr"

colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">028</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603207N</entry><entry align="left" rowsep="0" colname="column3">AIR/OCEAN TACTICAL APPLICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,400</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">038</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603527N</entry><entry align="left" rowsep="0" colname="column3">RETRACT LARCH</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">22,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">057</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603654N</entry><entry align="left" rowsep="0" colname="column3">JOINT SERVICE EXPLOSIVE ORDNANCE DEVELOPMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,178</entry><entry align="left" leader-modify="clr-ldr" colname="column8">14,178</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">069</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603795N</entry><entry align="left" rowsep="0" colname="column3">LAND ATTACK TECHNOLOGY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,428</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,428</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>40,006</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>40,006</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">143</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604755N</entry><entry align="left" rowsep="0" colname="column3">SHIP SELF DEFENSE (DETECT & CONTROL)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,122</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,122</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL SYSTEM DEVELOPMENT & DEMONSTRATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,122</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,122</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-

modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">228</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0206313M</entry><entry align="left" rowsep="0" colname="column3">MARINE CORPS COMMUNICATIONS SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">15,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">15,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">259A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">108,282</entry><entry align="left" leader-modify="clr-ldr" colname="column8">108,282</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>123,282</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>123,282</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>164,410</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>164,410</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, AF</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">048</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604858F</entry><entry align="left" rowsep="0" colname="column3">TECH TRANSITION PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,450</entry><entry align="left" leader-modify="clr-ldr" colname="column8">26,450</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">072</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1206857F</entry><entry align="left" rowsep="0" colname="column3">SPACE RAPID CAPABILITIES OFFICE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,885</entry><entry align="left" leader-modify="clr-ldr" colname="column8">17,885</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT & PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>44,335</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>44,335</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">177</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0205671F</entry><entry align="left" rowsep="0" colname="column3">JOINT COUNTER RCIED ELECTRONIC WARFARE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">4,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">217</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0208288F</entry><entry align="left" rowsep="0" colname="column3">INTEL DATA APPLICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,200</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,200</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">311A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">78,713</entry><entry align="left" leader-

modify="clr-ldr" colname="column8">78,713</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEMS DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>83,913</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>83,913</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>128,248</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>128,248</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, DW</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0602134BR</entry><entry align="left" rowsep="0" colname="column3">COUNTER IMPROVISED-THREAT ADVANCED STUDIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,677</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,677</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL APPLIED RESEARCH</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,677</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,677</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-

modify="clr-ldr"><bold>ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">025</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603122D8Z</entry><entry align="left" rowsep="0" colname="column3">COMBATING TERRORISM TECHNOLOGY SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">25,230</entry><entry align="left" leader-modify="clr-ldr" colname="column8">25,230</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">027</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0603134BR</entry><entry align="left" rowsep="0" colname="column3">COUNTER IMPROVISED-THREAT SIMULATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">49,528</entry><entry align="left" leader-modify="clr-ldr" colname="column8">49,528</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL ADVANCED TECHNOLOGY DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>74,758</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>74,758</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">094</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0604134BR</entry><entry align="left" rowsep="0" colname="column3">COUNTER IMPROVISED-THREAT DEMONSTRATION, PROTOTYPE DEVELOPMENT, AND TESTING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">113,590</entry><entry align="left" leader-modify="clr-ldr" colname="column8">113,590</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL ADVANCED COMPONENT DEVELOPMENT AND PROTOTYPES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>113,590</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>113,590</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-

modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">258</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160408BB</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL ENHANCEMENTS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">726</entry><entry align="left" leader-modify="clr-ldr" colname="column8">726</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">259</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160431BB</entry><entry align="left" rowsep="0" colname="column3">WARRIOR SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">6,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">261</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1160434BB</entry><entry align="left" rowsep="0" colname="column3">UNMANNED ISR</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">5,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">266A</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">9999999999</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">200,199</entry><entry align="left" leader-modify="clr-ldr" colname="column8">200,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>SUBTOTAL OPERATIONAL SYSTEM DEVELOPMENT</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>211,925</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>211,925</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, DW</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>401,950</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>401,950</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" rowsep="0"

colname="column3"><bold>TOTAL RDT&E</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>898,732</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>892,732</bold></entry></row></tbody></tgroup></table></section>

<section id="HAB5E367C08A44394843B975360A6043F"><enum>4203.</enum><header>Research, development, test, and evaluation for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="RDT and E for OCO for Base Requirements" table-type="">

<tgroup bearoff="2" cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="8"><colspec align="center" coldef="fig" colname="column1" colnum="0" colwidth="17pts" min-data-value="5"/><colspec coldef="txt-no-ldr-no-spread" colname="column2" colnum="1" colwidth="42pts" min-data-value="42"/><colspec coldef="txt" colname="column3" colnum="2" colwidth="179pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="33pts" min-data-value="10"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="7" colwidth="37pts" min-data-value="11"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8" namest="column1"><bold>SEC. 4203. RESEARCH, DEVELOPMENT, TEST, AND EVALUATION FOR EMERGENCY REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>Program<linebreak/>Element</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column8" morerows="0" namest="column8"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">187</entry><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0">0605864N</entry><entry align="left" colname="column3" rowsep="0">TEST AND EVALUATION SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">129,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[129,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-

modify="clr-ldr"><bold>129,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>RESEARCH, DEVELOPMENT, TEST & EVAL, AF</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>MANAGEMENT SUPPORT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">128</entry><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0">0605807F</entry><entry align="left" colname="column3" rowsep="0">TEST AND EVALUATION SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">14,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[14,436]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">138</entry><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0">0605976F</entry><entry align="left" colname="column3" rowsep="0">FACILITIES RESTORATION AND MODERNIZATIONâ€"TEST AND EVALUATION SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">1,060</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[1,060]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL RESEARCH, DEVELOPMENT, TEST & EVAL, AF</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr"><bold>15,496</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL RDT&E</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left"

colname="column8" leader-modify="clr-ldr"><bold>144,496</bold></entry></row></tbody></tgroup></table></section></title>

<title id="HFBE65473274543AAB0E95857410DA525"><enum> XLIII</enum><header>OPERATION AND MAINTENANCE</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HFBE65473274543AAB0E95857410DA525" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H3EA3FD49B70349FB90E1DC84FC8B5D8D" level="section">Sec.â€,4301.â€,Operation and maintenance.</toc-entry>

<toc-entry idref="H07A0507C2A464FA2B2339E6F7E2C0CAA" level="section">Sec.â€,4302.â€,Operation and maintenance for overseas contingency operations.</toc-entry>

<toc-entry idref="HE0737CA1375D4EE79161FC02969B1425" level="section">Sec.â€,4303.â€,Operation and maintenance for emergency requirements.</toc-entry> </toc>

<section id="H3EA3FD49B70349FB90E1DC84FC8B5D8D"><enum>4301.</enum><header>Operation and maintenance</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Operation and Maintenance" table-type="">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8"><colspec align="center" coldef="fig" colname="column1" colnum="0" colwidth="57pts" min-data-value="5"/><colspec coldef="txt" colname="column3" colnum="2" colwidth="495pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="84pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="7" colwidth="94pts" min-data-value="12"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8" namest="column1"><bold>SEC. 4301. OPERATION AND MAINTENANCE<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column8" morerows="0" namest="column8"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">MANEUVER UNITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,735,922</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,398,674</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"

colname="column8" leader-modify="clr-ldr">[â€"260,548]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"76,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">MODULAR SUPPORT BRIGADES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">127,815</entry><entry align="char" colname="column8" leader-modify="clr-ldr">124,665</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"3,150]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">ECHELONS ABOVE BRIGADE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">716,356</entry><entry align="char" colname="column8" leader-modify="clr-ldr">709,356</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">THEATER LEVEL ASSETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">890,891</entry><entry align="char" colname="column8" leader-modify="clr-ldr">878,891</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"12,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,232,477</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,222,977</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"9,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">AVIATION ASSETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,355,606</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,269,106</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"86,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"

colname="column3" rowsep="0">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,882,315</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,664,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Female personal protective equipment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"1,100,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"120,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES SYSTEMS READINESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">417,069</entry><entry align="char" colname="column8" leader-modify="clr-ldr">446,269</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> UPL MDTF INDOPACOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[29,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,633,327</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,608,327</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,047,933</entry><entry align="char" colname="column8" leader-modify="clr-ldr">8,002,933</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"45,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,326,840</entry><entry align="char" colname="column8" leader-modify="clr-ldr">4,326,840</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">405,612</entry><entry

align="char" colname="column8" leader-modify="clr-ldr">405,612</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">US AFRICA COMMAND</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">251,511</entry><entry align="char" colname="column8" leader-modify="clr-ldr">243,011</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"8,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left" colname="column3" rowsep="0">US EUROPEAN COMMAND</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">146,358</entry><entry align="char" colname="column8" leader-modify="clr-ldr">146,358</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column3" rowsep="0">US SOUTHERN COMMAND</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">191,840</entry><entry align="char" colname="column8" leader-modify="clr-ldr">209,840</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Multi-Mission Support Vessel</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left" colname="column3" rowsep="0">US FORCES KOREA</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">57,603</entry><entry align="char" colname="column8" leader-modify="clr-ldr">57,603</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSPACE OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">423,156</entry><entry align="char" colname="column8" leader-modify="clr-ldr">423,156</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSECURITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">551,185</entry><entry align="char" colname="column8" leader-modify="clr-ldr">551,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>26,393,816</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>24,689,118</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-

modify="clr-ldr" rowsep="0"><bold>MOBILIZATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left" colname="column3" rowsep="0">STRATEGIC MOBILITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">380,577</entry><entry align="char" colname="column8" leader-modify="clr-ldr">380,577</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left" colname="column3" rowsep="0">ARMY PREPOSITIONED STOCKS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">362,942</entry><entry align="char" colname="column8" leader-modify="clr-ldr">362,942</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left" colname="column3" rowsep="0">INDUSTRIAL PREPAREDNESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,637</entry><entry align="char" colname="column8" leader-modify="clr-ldr">5,637</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Advanced Manufacturing COE Tech Roadmapping</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>748,156</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>749,156</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">250</entry><entry align="left" colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">157,175</entry><entry align="char" colname="column8" leader-modify="clr-ldr">157,175</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">260</entry><entry align="left" colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,739</entry><entry align="char" colname="column8" leader-modify="clr-ldr">55,739</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left" colname="column3" rowsep="0">ONE STATION UNIT TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,300</entry><entry align="char" colname="column8" leader-modify="clr-ldr">62,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left" colname="column3" rowsep="0">SENIOR RESERVE OFFICERS TRAINING CORPS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">538,357</entry><entry align="char" colname="column8" leader-modify="clr-ldr">538,357</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left" colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">969,813</entry><entry align="char" colname="column8" leader-modify="clr-ldr">969,813</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left" colname="column3" rowsep="0">FLIGHT TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,234,049</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,234,049</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left" colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">218,338</entry><entry align="char" colname="column8" leader-modify="clr-ldr">218,338</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left" colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">554,659</entry><entry align="char" colname="column8" leader-modify="clr-ldr">552,659</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess travel request</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">330</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">716,056</entry><entry align="char" colname="column8" leader-modify="clr-ldr">706,056</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth for recruiting</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left" colname="column3" rowsep="0">EXAMINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">185,034</entry><entry align="char" colname="column8" leader-modify="clr-ldr">185,034</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">350</entry><entry align="left" colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">214,275</entry><entry align="char" colname="column8" leader-modify="clr-ldr">214,275</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left" colname="column3" rowsep="0">CIVILIAN EDUCATION AND TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">147,647</entry><entry align="char" colname="column8" leader-modify="clr-ldr">147,647</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left" colname="column3" rowsep="0">JUNIOR RESERVE OFFICER TRAINING CORPS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">173,812</entry><entry align="char" colname="column8" leader-modify="clr-ldr">173,812</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"

rowsep="0"><bold>5,227,254</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>5,215,254</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">390</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">559,229</entry><entry align="char" colname="column8" leader-modify="clr-ldr">559,229</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left" colname="column3" rowsep="0">CENTRAL SUPPLY ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">929,944</entry><entry align="char" colname="column8" leader-modify="clr-ldr">928,944</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess personnel</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left" colname="column3" rowsep="0">LOGISTIC SUPPORT ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">629,981</entry><entry align="char" colname="column8" leader-modify="clr-ldr">629,981</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left" colname="column3" rowsep="0">AMMUNITION MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">458,771</entry><entry align="char" colname="column8" leader-modify="clr-ldr">451,771</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">430</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">428,768</entry><entry align="char" colname="column8" leader-modify="clr-ldr">418,768</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">440</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,512,736</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,472,736</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-

modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">450</entry><entry align="left" colname="column3" rowsep="0">MANPOWER MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">272,738</entry><entry align="char" colname="column8" leader-modify="clr-ldr">272,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left" colname="column3" rowsep="0">OTHER PERSONNEL SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">391,869</entry><entry align="char" colname="column8" leader-modify="clr-ldr">361,869</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">470</entry><entry align="left" colname="column3" rowsep="0">OTHER SERVICE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,901,165</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,881,165</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified headquarters growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">480</entry><entry align="left" colname="column3" rowsep="0">ARMY CLAIMS ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">198,765</entry><entry align="char" colname="column8" leader-modify="clr-ldr">191,265</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Historical underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">490</entry><entry align="left" colname="column3" rowsep="0">REAL ESTATE MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">226,248</entry><entry align="char" colname="column8" leader-modify="clr-ldr">226,248</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">500</entry><entry align="left" colname="column3" rowsep="0">FINANCIAL MANAGEMENT AND AUDIT READINESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">315,489</entry><entry align="char" colname="column8" leader-modify="clr-ldr">292,489</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"23,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">510</entry><entry align="left" colname="column3" rowsep="0">INTERNATIONAL MILITARY HEADQUARTERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">427,254</entry><entry align="char" colname="column8" leader-modify="clr-ldr">427,254</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">520</entry><entry align="left" colname="column3" rowsep="0">MISC. SUPPORT OF OTHER NATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">43,248</entry><entry align="char" colname="column8" leader-modify="clr-ldr">43,248</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">565</entry><entry align="left" colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,347,053</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,347,053</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>9,643,258</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>9,504,758</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>42,012,484</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>40,158,286</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, ARMY RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">MODULAR SUPPORT BRIGADES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">11,927</entry><entry align="char" colname="column8" leader-modify="clr-ldr">11,927</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">ECHELONS ABOVE BRIGADE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">533,015</entry><entry align="char" colname="column8" leader-modify="clr-ldr">533,015</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">THEATER LEVEL ASSETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">119,517</entry><entry align="char" colname="column8" leader-modify="clr-ldr">118,101</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"

colname="column8" leader-modify="clr-ldr">[â€"1,416]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">550,468</entry><entry align="char" colname="column8" leader-modify="clr-ldr">543,468</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">AVIATION ASSETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">86,670</entry><entry align="char" colname="column8" leader-modify="clr-ldr">85,170</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"1,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">390,061</entry><entry align="char" colname="column8" leader-modify="clr-ldr">388,661</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess civilian increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"1,400]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES SYSTEMS READINESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,890</entry><entry align="char" colname="column8" leader-modify="clr-ldr">101,890</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,503</entry><entry align="char" colname="column8" leader-modify="clr-ldr">48,503</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">598,907</entry><entry align="char" colname="column8" leader-modify="clr-ldr">594,707</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"4,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">444,376</entry><entry align="char" colname="column8" leader-modify="clr-ldr">444,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,095</entry><entry align="char" colname="column8" leader-modify="clr-ldr">22,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSPACE OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,288</entry><entry align="char" colname="column8" leader-modify="clr-ldr">3,288</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSECURITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,655</entry><entry align="char" colname="column8" leader-modify="clr-ldr">7,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>2,918,372</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>2,902,856</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,533</entry><entry align="char" colname="column8" leader-modify="clr-ldr">14,533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,231</entry><entry align="char" colname="column8" leader-modify="clr-ldr">17,231</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,304</entry><entry align="char" colname="column8" leader-modify="clr-ldr">14,304</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left" colname="column3" rowsep="0">MANPOWER MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,129</entry><entry align="char" colname="column8" leader-modify="clr-ldr">6,129</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">58,541</entry><entry align="char"

colname="column8" leader-modify="clr-ldr">58,541</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>110,738</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>110,738</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left" colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">â€"25,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>â€"25,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, ARMY RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,029,110</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>2,988,594</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, ARNG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">MANEUVER UNITS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">805,671</entry><entry align="char" colname="column8" leader-modify="clr-ldr">775,671</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">MODULAR SUPPORT BRIGADES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">195,334</entry><entry align="char" colname="column8" leader-modify="clr-ldr">193,334</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">ECHELONS ABOVE BRIGADE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">771,048</entry><entry align="char" colname="column8" leader-modify="clr-ldr">770,548</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">THEATER LEVEL ASSETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">94,726</entry><entry align="char" colname="column8" leader-modify="clr-ldr">94,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,696</entry><entry align="char" colname="column8" leader-modify="clr-ldr">35,185</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"advanced trauma training program</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[1,489]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">AVIATION ASSETS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">981,819</entry><entry align="char" colname="column8" leader-modify="clr-ldr">973,819</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"8,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">743,206</entry><entry align="char" colname="column8" leader-modify="clr-ldr">743,206</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES SYSTEMS READINESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">50,963</entry><entry align="char"

colname="column8" leader-modify="clr-ldr">50,963</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">258,278</entry><entry align="char" colname="column8" leader-modify="clr-ldr">254,028</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"4,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,153,076</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,133,076</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,113,475</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,113,475</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,001,042</entry><entry align="char" colname="column8" leader-modify="clr-ldr">987,042</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSPACE OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,448</entry><entry align="char" colname="column8" leader-modify="clr-ldr">8,448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIESâ€"CYBERSECURITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,768</entry><entry align="char" colname="column8" leader-modify="clr-ldr">7,768</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>7,218,550</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>7,140,789</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left" colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-

modify="clr-ldr">â€"20,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>â€"20,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,890</entry><entry align="char" colname="column8" leader-modify="clr-ldr">9,890</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">71,070</entry><entry align="char" colname="column8" leader-modify="clr-ldr">71,070</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">68,213</entry><entry align="char" colname="column8" leader-modify="clr-ldr">62,213</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column3" rowsep="0">MANPOWER MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,628</entry><entry align="char" colname="column8" leader-modify="clr-ldr">8,628</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left" colname="column3" rowsep="0">OTHER PERSONNEL SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">250,376</entry><entry align="char" colname="column8" leader-modify="clr-ldr">250,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left" colname="column3" rowsep="0">REAL ESTATE MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,676</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,676</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-

modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>410,853</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>404,853</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, ARNG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>7,629,403</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>7,525,642</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">MISSION AND OTHER FLIGHT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">5,309,109</entry><entry align="char" colname="column8" leader-modify="clr-ldr">4,659,109</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"600,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">FLEET AIR TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,284,828</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,249,828</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"35,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">AVIATION TECHNICAL DATA & ENGINEERING SERVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,299</entry><entry align="char" colname="column8" leader-modify="clr-

ldr">59,299</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">AIR OPERATIONS AND SAFETY SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">155,896</entry><entry align="char" colname="column8" leader-modify="clr-ldr">155,896</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">AIR SYSTEMS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">719,107</entry><entry align="char" colname="column8" leader-modify="clr-ldr">719,107</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,154,181</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,154,181</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">AIRCRAFT DEPOT OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">60,402</entry><entry align="char" colname="column8" leader-modify="clr-ldr">59,202</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"1,200]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">AVIATION LOGISTICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,241,421</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,219,421</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"22,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">MISSION AND OTHER SHIP OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,097,262</entry><entry align="char" colname="column8" leader-modify="clr-ldr">3,547,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"450,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"100,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">SHIP OPERATIONS SUPPORT & TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,031,792</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,029,792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess civilian growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"2,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">SHIP DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,061,298</entry><entry align="char" colname="column8" leader-modify="clr-ldr">8,714,298</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[653,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">SHIP DEPOT OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,073,641</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,066,141</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"7,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column3" rowsep="0">COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,378,856</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,364,856</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">SPACE SYSTEMS AND SURVEILLANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">276,245</entry><entry align="char" colname="column8" leader-modify="clr-ldr">273,745</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"2,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column3" rowsep="0">WARFARE TACTICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">675,209</entry><entry align="char" colname="column8" leader-modify="clr-ldr">675,209</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">OPERATIONAL METEOROLOGY AND OCEANOGRAPHY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">389,516</entry><entry align="char" colname="column8" leader-modify="clr-ldr">389,516</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left" colname="column3" rowsep="0">COMBAT SUPPORT FORCES</entry><entry align="left"

colname="column4" leader-modify="clr-ldr" rowsep="0">1,536,310</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,126,310</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"400,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column3" rowsep="0">EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">161,579</entry><entry align="char" colname="column8" leader-modify="clr-ldr">161,579</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left" colname="column3" rowsep="0">COMBATANT COMMANDERS CORE OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,521</entry><entry align="char" colname="column8" leader-modify="clr-ldr">59,521</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left" colname="column3" rowsep="0">COMBATANT COMMANDERS DIRECT MISSION SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">93,978</entry><entry align="char" colname="column8" leader-modify="clr-ldr">98,978</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Posture site assessments INDOPACOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left" colname="column3" rowsep="0">MILITARY INFORMATION SUPPORT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,641</entry><entry align="char" colname="column8" leader-modify="clr-ldr">8,641</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">496,385</entry><entry align="char" colname="column8" leader-modify="clr-ldr">496,385</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left" colname="column3" rowsep="0">FLEET BALLISTIC MISSILE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,423,339</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,423,339</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left" colname="column3" rowsep="0">WEAPONS MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">924,069</entry><entry align="char" colname="column8" leader-modify="clr-ldr">895,032</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"29,037]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">250</entry><entry align="left" colname="column3" rowsep="0">OTHER WEAPON SYSTEMS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">540,210</entry><entry align="char" colname="column8" leader-modify="clr-ldr">540,210</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">260</entry><entry align="left" colname="column3" rowsep="0">ENTERPRISE INFORMATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,131,627</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,111,627</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left" colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,029,634</entry><entry align="char" colname="column8" leader-modify="clr-ldr">3,029,634</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,414,943</entry><entry align="char" colname="column8" leader-modify="clr-ldr">4,414,943</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>42,788,298</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>41,703,061</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>MOBILIZATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left" colname="column3" rowsep="0">SHIP PREPOSITIONING AND SURGE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">942,902</entry><entry align="char" colname="column8" leader-modify="clr-ldr">942,902</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left" colname="column3" rowsep="0">READY RESERVE FORCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">352,044</entry><entry align="char" colname="column8" leader-modify="clr-ldr">352,044</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left" colname="column3" rowsep="0">SHIP ACTIVATIONS/INACTIVATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">427,555</entry><entry align="char" colname="column8" leader-modify="clr-ldr">427,555</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left" colname="column3" rowsep="0">EXPEDITIONARY HEALTH SERVICES SYSTEMS</entry><entry

align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">137,597</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">137,597</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">330</entry><entry align="left"
colname="column3" rowsep="0">COAST GUARD SUPPORT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">24,604</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">24,604</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0"><bold>1,884,702</bold></entry><entry align="char" colname="column8" leader-
modify="clr-ldr"><bold>1,884,702</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-
ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left"
colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">150,765</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">150,765</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">350</entry><entry align="left"
colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">11,584</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">11,584</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left"
colname="column3" rowsep="0">RESERVE OFFICERS TRAINING CORPS</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">159,133</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">159,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left"
colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">911,316</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">891,316</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">380</entry><entry align="left"
colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">185,211</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">186,261</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Program increase: Sea Cadets</entry><entry
align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[1,050]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">390</entry><entry align="left" colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">267,224</entry><entry align="char" colname="column8" leader-modify="clr-ldr">267,224</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">209,252</entry><entry align="char" colname="column8" leader-modify="clr-ldr">204,252</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left" colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">88,902</entry><entry align="char" colname="column8" leader-modify="clr-ldr">88,902</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left" colname="column3" rowsep="0">CIVILIAN EDUCATION AND TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">67,492</entry><entry align="char" colname="column8" leader-modify="clr-ldr">67,492</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">430</entry><entry align="left" colname="column3" rowsep="0">JUNIOR ROTC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">55,164</entry><entry align="char" colname="column8" leader-modify="clr-ldr">55,164</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>2,106,043</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>2,082,093</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">440</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,143,358</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,103,358</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">450</entry><entry align="left" colname="column3" rowsep="0">CIVILIAN MANPOWER AND PERSONNEL MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">178,342</entry><entry align="char" colname="column8" leader-modify="clr-ldr">175,342</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess civilian growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left" colname="column3" rowsep="0">MILITARY MANPOWER AND PERSONNEL MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">418,413</entry><entry align="char" colname="column8" leader-modify="clr-ldr">418,413</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">490</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">157,465</entry><entry align="char" colname="column8" leader-modify="clr-ldr">157,465</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">510</entry><entry align="left" colname="column3" rowsep="0">PLANNING, ENGINEERING, AND PROGRAM SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">485,397</entry><entry align="char" colname="column8" leader-modify="clr-ldr">490,397</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> REPO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">520</entry><entry align="left" colname="column3" rowsep="0">ACQUISITION, LOGISTICS, AND OVERSIGHT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">654,137</entry><entry align="char" colname="column8" leader-modify="clr-ldr">647,137</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"7,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">530</entry><entry align="left" colname="column3" rowsep="0">INVESTIGATIVE AND SECURITY SERVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">718,061</entry><entry align="char" colname="column8" leader-modify="clr-ldr">718,061</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">645</entry><entry align="left" colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">591,535</entry><entry align="char" colname="column8" leader-modify="clr-ldr">591,535</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>4,346,708</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>4,301,708</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"

colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">650</entry><entry align="left" colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">â€"20,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>â€"20,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>51,125,751</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>49,951,564</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">OPERATIONAL FORCES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">968,224</entry><entry align="char" colname="column8" leader-modify="clr-ldr">727,224</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess civilian growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-

modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">FIELD LOGISTICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,278,533</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,064,533</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"14,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">232,991</entry><entry align="char" colname="column8" leader-modify="clr-ldr">232,991</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">MARITIME PREPOSITIONING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">100,396</entry><entry align="char" colname="column8" leader-modify="clr-ldr">100,396</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">203,580</entry><entry align="char" colname="column8" leader-modify="clr-ldr">203,580</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,559,034</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,559,034</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,253,776</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,223,776</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>6,596,534</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>6,111,534</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">21,240</entry><entry align="char" colname="column8" leader-modify="clr-ldr">21,240</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,168</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,168</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,601</entry><entry align="char" colname="column8" leader-modify="clr-ldr">106,601</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">49,095</entry><entry align="char" colname="column8" leader-modify="clr-ldr">49,095</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">407,315</entry><entry align="char" colname="column8" leader-modify="clr-ldr">407,315</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">210,475</entry><entry align="char" colname="column8" leader-modify="clr-ldr">210,475</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">42,810</entry><entry align="char" colname="column8" leader-modify="clr-ldr">42,810</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column3" rowsep="0">JUNIOR ROTC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,183</entry><entry align="char" colname="column8" leader-modify="clr-ldr">25,183</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>863,887</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>863,887</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"

colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE TRANSPORTATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">29,894</entry><entry align="char" colname="column8" leader-modify="clr-ldr">29,894</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">384,352</entry><entry align="char" colname="column8" leader-modify="clr-ldr">384,352</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">225</entry><entry align="left" colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">52,057</entry><entry align="char" colname="column8" leader-modify="clr-ldr">52,057</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>466,303</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>466,303</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>7,926,724</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>7,441,724</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, NAVY RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">MISSION AND OTHER FLIGHT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">654,220</entry><entry align="char" colname="column8" leader-modify="clr-ldr">629,220</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"

colname="column3" rowsep="0">INTERMEDIATE MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">8,767</entry><entry align="char" colname="column8" leader-modify="clr-ldr">8,767</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">108,236</entry><entry align="char" colname="column8" leader-modify="clr-ldr">108,236</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">AIRCRAFT DEPOT OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">463</entry><entry align="char" colname="column8" leader-modify="clr-ldr">463</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">AVIATION LOGISTICS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,014</entry><entry align="char" colname="column8" leader-modify="clr-ldr">26,014</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">SHIP OPERATIONS SUPPORT & TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">583</entry><entry align="char" colname="column8" leader-modify="clr-ldr">583</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">COMBAT COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">17,883</entry><entry align="char" colname="column8" leader-modify="clr-ldr">17,883</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">COMBAT SUPPORT FORCES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">128,079</entry><entry align="char" colname="column8" leader-modify="clr-ldr">128,079</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">356</entry><entry align="char" colname="column8" leader-modify="clr-ldr">356</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">ENTERPRISE INFORMATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,133</entry><entry align="char" colname="column8" leader-modify="clr-ldr">26,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,397</entry><entry align="char" colname="column8" leader-modify="clr-ldr">35,397</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,376</entry><entry align="char" colname="column8" leader-modify="clr-ldr">101,376</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>1,107,507</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>1,082,507</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,888</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,888</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">MILITARY MANPOWER AND PERSONNEL MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">12,778</entry><entry align="char" colname="column8" leader-modify="clr-ldr">12,778</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column3" rowsep="0">ACQUISITION AND PROGRAM MANAGEMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,943</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,943</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>17,609</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>17,609</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, NAVY RES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>1,125,116</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>1,100,116</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, MC RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">OPERATING FORCES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,484</entry><entry align="char" colname="column8" leader-modify="clr-ldr">106,484</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">DEPOT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">18,429</entry><entry align="char" colname="column8" leader-modify="clr-ldr">18,429</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,516</entry><entry align="char" colname="column8" leader-modify="clr-ldr">47,516</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">106,073</entry><entry align="char" colname="column8" leader-modify="clr-ldr">106,073</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>278,502</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>278,502</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,574</entry><entry align="char" colname="column8" leader-modify="clr-ldr">13,574</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>13,574</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>13,574</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, MC RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>292,076</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>292,076</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr"

rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-
modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left"
colname="column3" rowsep="0">PRIMARY COMBAT FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">729,127</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">729,127</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left"
colname="column3" rowsep="0">COMBAT ENHANCEMENT FORCES</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">1,318,770</entry><entry
align="char" colname="column8" leader-modify="clr-ldr">918,770</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"400,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left"
colname="column3" rowsep="0">AIR OPERATIONS TRAINING (OJT, MAINTAIN
SKILLS)</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">1,486,790</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">1,446,790</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left"
colname="column3" rowsep="0">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry
align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">3,334,792</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">3,299,792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-
modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char"
colname="column8" leader-modify="clr-ldr">[â€"35,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left"
colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION &
MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">4,142,435</entry><entry align="char" colname="column8" leader-modify="clr-
ldr">4,142,435</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left"
colname="column3" rowsep="0">CYBERSPACE SUSTAINMENT</entry><entry align="left"
colname="column4" leader-modify="clr-ldr" rowsep="0">228,811</entry><entry align="char"
colname="column8" leader-modify="clr-ldr">228,811</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-
definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left"
colname="column3" rowsep="0">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM
SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr"
rowsep="0">8,329,364</entry><entry align="char" colname="column8" leader-modify="clr-

ldr">8,347,364</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Expansion of Conditions Based Maintenance Plus (CBM+)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">FLYING HOUR PROGRAM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,048,773</entry><entry align="char" colname="column8" leader-modify="clr-ldr">3,418,773</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"550,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"80,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATIONS SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,223,982</entry><entry align="char" colname="column8" leader-modify="clr-ldr">6,933,982</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"90,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"200,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">GLOBAL C3I AND EARLY WARNING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">964,553</entry><entry align="char" colname="column8" leader-modify="clr-ldr">964,553</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">OTHER COMBAT OPS SPT PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,032,307</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,026,161</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"6,146]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">670,076</entry><entry align="char" colname="column8" leader-modify="clr-ldr">670,076</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">LAUNCH FACILITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">179,980</entry><entry align="char" colname="column8" leader-modify="clr-ldr">179,980</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">150</entry><entry align="left" colname="column3" rowsep="0">SPACE CONTROL SYSTEMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">467,990</entry><entry align="char" colname="column8" leader-modify="clr-ldr">464,390</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"3,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">US NORTHCOM/NORAD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">184,655</entry><entry align="char" colname="column8" leader-modify="clr-ldr">184,655</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">170</entry><entry align="left" colname="column3" rowsep="0">US STRATCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">478,357</entry><entry align="char" colname="column8" leader-modify="clr-ldr">478,357</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column3" rowsep="0">US CYBERCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">323,121</entry><entry align="char" colname="column8" leader-modify="clr-ldr">347,921</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Accelerate development of Cyber National Mission Force capabilities</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[1,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Cyber National Mission Force mobile & modular hunt forward kit</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[5,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> ETERNALDARKNESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[18,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left" colname="column3" rowsep="0">US CENTCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">160,989</entry><entry align="char" colname="column8" leader-modify="clr-ldr">160,989</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left" colname="column3" rowsep="0">US SOCOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">6,225</entry><entry align="char" colname="column8" leader-modify="clr-ldr">6,225</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left" colname="column3" rowsep="0">US TRANSCOM</entry><entry align="left" colname="column4"

leader-modify="clr-ldr" rowsep="0">544</entry><entry align="char" colname="column8" leader-modify="clr-ldr">544</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left" colname="column3" rowsep="0">CENTCOM CYBERSPACE SUSTAINMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,073</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,073</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left" colname="column3" rowsep="0">USSPACECOM</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">70,588</entry><entry align="char" colname="column8" leader-modify="clr-ldr">70,588</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">235</entry><entry align="left" colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,322,944</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,316,694</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"6,250]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>36,707,246</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>35,339,050</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>MOBILIZATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left" colname="column3" rowsep="0">AIRLIFT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,158,142</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,158,142</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">250</entry><entry align="left" colname="column3" rowsep="0">MOBILIZATION PREPAREDNESS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">138,672</entry><entry align="char" colname="column8" leader-modify="clr-ldr">130,172</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"8,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>1,296,814</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>1,288,314</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">260</entry><entry align="left" colname="column3" rowsep="0">OFFICER ACQUISITION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">130,835</entry><entry align="char" colname="column8" leader-modify="clr-ldr">130,835</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left" colname="column3" rowsep="0">RECRUIT TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">26,021</entry><entry align="char" colname="column8" leader-modify="clr-ldr">26,021</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left" colname="column3" rowsep="0">RESERVE OFFICERS TRAINING CORPS (ROTC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">121,391</entry><entry align="char" colname="column8" leader-modify="clr-ldr">121,391</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left" colname="column3" rowsep="0">SPECIALIZED SKILL TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">454,539</entry><entry align="char" colname="column8" leader-modify="clr-ldr">414,539</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left" colname="column3" rowsep="0">FLIGHT TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">600,565</entry><entry align="char" colname="column8" leader-modify="clr-ldr">600,565</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left" colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">282,788</entry><entry align="char" colname="column8" leader-modify="clr-ldr">282,788</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left" colname="column3" rowsep="0">TRAINING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">123,988</entry><entry align="char" colname="column8" leader-modify="clr-ldr">113,988</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">330</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">167,731</entry><entry align="char" colname="column8" leader-modify="clr-ldr">162,731</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left" colname="column3" rowsep="0">EXAMINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">4,576</entry><entry align="char" colname="column8" leader-modify="clr-ldr">4,576</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">350</entry><entry align="left" colname="column3" rowsep="0">OFF-DUTY AND VOLUNTARY EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">211,911</entry><entry align="char" colname="column8" leader-modify="clr-ldr">211,911</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left" colname="column3" rowsep="0">CIVILIAN EDUCATION AND TRAINING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">219,021</entry><entry align="char" colname="column8" leader-modify="clr-ldr">219,021</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left" colname="column3" rowsep="0">JUNIOR ROTC</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">62,092</entry><entry align="char" colname="column8" leader-modify="clr-ldr">62,092</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>2,405,458</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>2,350,458</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">380</entry><entry align="left" colname="column3" rowsep="0">LOGISTICS OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">664,926</entry><entry align="char" colname="column8" leader-modify="clr-ldr">664,926</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">390</entry><entry align="left" colname="column3" rowsep="0">TECHNICAL SUPPORT ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">101,483</entry><entry align="char" colname="column8" leader-modify="clr-ldr">101,483</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">892,480</entry><entry align="char"

colname="column8" leader-modify="clr-ldr">892,480</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left" colname="column3" rowsep="0">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">152,532</entry><entry align="char" colname="column8" leader-modify="clr-ldr">122,532</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left" colname="column3" rowsep="0">OTHER SERVICEWIDE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,254,089</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,204,089</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Remove one-time fiscal year 2019 increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">430</entry><entry align="left" colname="column3" rowsep="0">CIVIL AIR PATROL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">30,070</entry><entry align="char" colname="column8" leader-modify="clr-ldr">37,200</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Improved emergency crew readiness</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[7,130]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left" colname="column3" rowsep="0">INTERNATIONAL SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">136,110</entry><entry align="char" colname="column8" leader-modify="clr-ldr">136,110</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">465</entry><entry align="left" colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,269,624</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,269,624</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>4,501,314</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>4,428,444</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>44,910,832</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>43,406,266</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, SPACE FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">BASE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">72,436</entry><entry align="char" colname="column8" leader-modify="clr-ldr">72,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>72,436</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>72,436</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, SPACE FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>72,436</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>72,436</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, AF RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">PRIMARY COMBAT FORCES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,781,413</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,756,413</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Delay in KCâ€"46 aircraft delivery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">MISSION SUPPORT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">209,650</entry><entry align="char" colname="column8" leader-modify="clr-ldr">204,150</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">494,235</entry><entry align="char" colname="column8" leader-modify="clr-ldr">484,235</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">128,746</entry><entry align="char" colname="column8" leader-modify="clr-ldr">128,746</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">256,512</entry><entry align="char" colname="column8" leader-modify="clr-ldr">256,512</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">BASE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">414,626</entry><entry align="char" colname="column8" leader-modify="clr-ldr">414,626</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,673</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,673</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,286,855</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>3,246,355</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-

modify="clr-ldr" rowsep="0"><bold>ADMINISTRATION AND SERVICEWIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">69,436</entry><entry align="char" colname="column8" leader-modify="clr-ldr">69,436</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">22,124</entry><entry align="char" colname="column8" leader-modify="clr-ldr">22,124</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">MILITARY MANPOWER AND PERS MGMT (ARPC)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">10,946</entry><entry align="char" colname="column8" leader-modify="clr-ldr">10,946</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">OTHER PERS SUPPORT (DISABILITY COMP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">7,009</entry><entry align="char" colname="column8" leader-modify="clr-ldr">7,009</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">AUDIOVISUAL</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">448</entry><entry align="char" colname="column8" leader-modify="clr-ldr">448</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMINISTRATION AND SERVICEWIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>109,963</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>109,963</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, AF RESERVE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>3,396,818</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>3,356,318</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, ANG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">AIRCRAFT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,497,967</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,472,967</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Delay in KCâ€"46 aircraft delivery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">MISSION SUPPORT OPERATIONS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">600,377</entry><entry align="char" colname="column8" leader-modify="clr-ldr">585,377</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">879,467</entry><entry align="char" colname="column8" leader-modify="clr-ldr">879,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">400,734</entry><entry align="char" colname="column8" leader-modify="clr-ldr">400,734</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,299,089</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,299,089</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">BASE SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">911,775</entry><entry align="char" colname="column8" leader-modify="clr-ldr">911,775</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE SUSTAINMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,742</entry><entry align="char" colname="column8" leader-modify="clr-ldr">24,742</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">25,507</entry><entry align="char" colname="column8" leader-modify="clr-ldr">25,507</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-

modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>6,639,658</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>6,599,658</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMINISTRATION AND SERVICE-WIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">47,215</entry><entry align="char" colname="column8" leader-modify="clr-ldr">47,215</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">RECRUITING AND ADVERTISING</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">40,356</entry><entry align="char" colname="column8" leader-modify="clr-ldr">40,356</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMINISTRATION AND SERVICE-WIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>87,571</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>87,571</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">110</entry><entry align="left" colname="column3" rowsep="0">UNDISTRIBUTED</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">â€"30,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Maintain program affordability: Overestimation of civilian FTE targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>â€"30,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, ANG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>6,727,229</bold></entry><entry align="char" colname="column8" leader-

modify="clr-ldr"><bold>6,657,229</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION AND MAINTENANCE, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">JOINT CHIEFS OF STAFF</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">409,542</entry><entry align="char" colname="column8" leader-modify="clr-ldr">392,542</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease unaccounted for</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"12,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Remove one-time fiscal year 2019 costs</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">020</entry><entry align="left" colname="column3" rowsep="0">JOINT CHIEFS OF STAFFâ€"CE2T2</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">579,179</entry><entry align="char" colname="column8" leader-modify="clr-ldr">579,179</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">030</entry><entry align="left" colname="column3" rowsep="0">JOINT CHIEFS OF STAFFâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,598</entry><entry align="char" colname="column8" leader-modify="clr-ldr">24,598</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,075,762</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,070,262</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Classified adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND CYBERSPACE ACTIVITIES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,409</entry><entry align="char" colname="column8" leader-modify="clr-ldr">14,409</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND INTELLIGENCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">501,747</entry><entry align="char" colname="column8" leader-modify="clr-ldr">486,953</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> DCGSâ€"SOF - excess to need</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,794]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decreaseâ€"SOCRATES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND MAINTENANCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">559,300</entry><entry align="char" colname="column8" leader-modify="clr-ldr">544,300</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Projected underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND MANAGEMENT/OPERATIONAL HEADQUARTERS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">177,928</entry><entry align="char" colname="column8" leader-modify="clr-ldr">177,928</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">925,262</entry><entry align="char" colname="column8" leader-modify="clr-ldr">899,762</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Base support underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Operational support underexecution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"9,600]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growthâ€"C4IAS Saas</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">100</entry><entry align="left" colname="column3" rowsep="0">SPECIAL OPERATIONS COMMAND THEATER FORCES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,764,738</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,250,038</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"14,700]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to OCO</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"500,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>7,032,465</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>6,439,971</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">120</entry><entry align="left" colname="column3" rowsep="0">DEFENSE ACQUISITION UNIVERSITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">180,250</entry><entry align="char" colname="column8" leader-modify="clr-ldr">180,250</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">130</entry><entry align="left" colname="column3" rowsep="0">JOINT CHIEFS OF STAFF</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">100,610</entry><entry align="char" colname="column8" leader-modify="clr-ldr">100,610</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">140</entry><entry align="left" colname="column3" rowsep="0">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">33,967</entry><entry align="char" colname="column8" leader-modify="clr-ldr">33,967</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>314,827</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>314,827</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">160</entry><entry align="left" colname="column3" rowsep="0">CIVIL MILITARY PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">165,707</entry><entry align="char" colname="column8" leader-modify="clr-ldr">260,007</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> IRT Increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[14,300]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> National Guard Youth Challenge Program support</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"STARBASE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">180</entry><entry align="left" colname="column3" rowsep="0">DEFENSE CONTRACT AUDIT AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">627,467</entry><entry align="char" colname="column8" leader-modify="clr-ldr">627,467</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">190</entry><entry align="left" colname="column3" rowsep="0">DEFENSE CONTRACT AUDIT AGENCYâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,362</entry><entry align="char" colname="column8" leader-modify="clr-ldr">3,362</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">200</entry><entry align="left" colname="column3" rowsep="0">DEFENSE CONTRACT MANAGEMENT AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,438,068</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,418,068</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program decrease</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">210</entry><entry align="left" colname="column3" rowsep="0">DEFENSE CONTRACT MANAGEMENT AGENCYâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">24,391</entry><entry align="char" colname="column8" leader-modify="clr-ldr">24,391</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">220</entry><entry align="left" colname="column3" rowsep="0">DEFENSE HUMAN RESOURCES ACTIVITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">892,438</entry><entry align="char" colname="column8" leader-modify="clr-ldr">882,438</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Defense Manpower Data Centerâ€"Excess Growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Enterprise Operations Centerâ€"Excess Growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">230</entry><entry align="left" colname="column3" rowsep="0">DEFENSE INFORMATION SYSTEMS AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,012,885</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,992,885</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">240</entry><entry align="left" colname="column3" rowsep="0">DEFENSE INFORMATION SYSTEMS AGENCYâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">601,223</entry><entry align="char" colname="column8" leader-modify="clr-ldr">636,360</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Sharkseer transfer</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[35,137]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left" colname="column3" rowsep="0">DEFENSE LEGAL SERVICES AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">34,632</entry><entry align="char" colname="column8" leader-modify="clr-ldr">34,632</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left" colname="column3" rowsep="0">DEFENSE LOGISTICS AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">415,699</entry><entry align="char" colname="column8" leader-modify="clr-ldr">435,199</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"PTAP</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[19,500]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">290</entry><entry align="left" colname="column3" rowsep="0">DEFENSE MEDIA ACTIVITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">202,792</entry><entry align="char" colname="column8" leader-modify="clr-ldr">202,792</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">300</entry><entry align="left" colname="column3" rowsep="0">DEFENSE PERSONNEL ACCOUNTING AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">144,881</entry><entry align="char" colname="column8" leader-modify="clr-ldr">144,881</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">310</entry><entry align="left" colname="column3" rowsep="0">DEFENSE SECURITY COOPERATION AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">696,884</entry><entry align="char" colname="column8" leader-modify="clr-ldr">666,884</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Assessment, monitoring, and evaluation</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[11,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-

modify="fl-hang-hier-3" rowsep="0"> Security cooperation account</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"11,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unjustified growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"30,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">320</entry><entry align="left" colname="column3" rowsep="0">DEFENSE SECURITY SERVICE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">889,664</entry><entry align="char" colname="column8" leader-modify="clr-ldr">889,664</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">340</entry><entry align="left" colname="column3" rowsep="0">DEFENSE SECURITY SERVICEâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,220</entry><entry align="char" colname="column8" leader-modify="clr-ldr">9,220</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">360</entry><entry align="left" colname="column3" rowsep="0">DEFENSE TECHNICAL INFORMATION CENTER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">3,000</entry><entry align="char" colname="column8" leader-modify="clr-ldr">3,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">370</entry><entry align="left" colname="column3" rowsep="0">DEFENSE TECHNOLOGY SECURITY ADMINISTRATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">35,626</entry><entry align="char" colname="column8" leader-modify="clr-ldr">35,626</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">380</entry><entry align="left" colname="column3" rowsep="0">DEFENSE THREAT REDUCTION AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">568,133</entry><entry align="char" colname="column8" leader-modify="clr-ldr">568,133</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">400</entry><entry align="left" colname="column3" rowsep="0">DEFENSE THREAT REDUCTION AGENCYâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">13,339</entry><entry align="char" colname="column8" leader-modify="clr-ldr">13,339</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">410</entry><entry align="left" colname="column3" rowsep="0">DEPARTMENT OF DEFENSE EDUCATION ACTIVITY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">2,932,226</entry><entry align="char" colname="column8" leader-modify="clr-ldr">2,912,226</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Remove one-time fiscal year 2019 increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"50,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Overestimation of civilian FTE targets</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"impact aid for children with

severe disabilites</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Program increaseâ€"impact aid to schools with military dependents</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[40,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">420</entry><entry align="left" colname="column3" rowsep="0">MISSILE DEFENSE AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">522,529</entry><entry align="char" colname="column8" leader-modify="clr-ldr">509,859</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> THAAD prior year under-execution</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"12,670]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">450</entry><entry align="left" colname="column3" rowsep="0">OFFICE OF ECONOMIC ADJUSTMENT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">59,513</entry><entry align="char" colname="column8" leader-modify="clr-ldr">134,513</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Defense Community Infrastructure Program (DCIP)</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[75,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">460</entry><entry align="left" colname="column3" rowsep="0">OFFICE OF THE SECRETARY OF DEFENSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">1,604,738</entry><entry align="char" colname="column8" leader-modify="clr-ldr">1,625,738</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Bien Hoa dioxin cleanup</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[15,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> CDC study</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Emerging contaminants</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[1,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Excess growth</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"37,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Interstate compacts for licensure and

credentialing</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[4,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Military aviation safety commission</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[3,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Readiness and Environmental Protection Initiative increase</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[25,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">470</entry><entry align="left" colname="column3" rowsep="0">OFFICE OF THE SECRETARY OF DEFENSEâ€"CYBER</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">48,783</entry><entry align="char" colname="column8" leader-modify="clr-ldr">48,783</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">480</entry><entry align="left" colname="column3" rowsep="0">SPACE DEVELOPMENT AGENCY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">44,750</entry><entry align="char" colname="column8" leader-modify="clr-ldr">34,750</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">500</entry><entry align="left" colname="column3" rowsep="0">WASHINGTON HEADQUARTERS SERVICES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">324,001</entry><entry align="char" colname="column8" leader-modify="clr-ldr">296,201</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Insufficient justification</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"27,800]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">505</entry><entry align="left" colname="column3" rowsep="0">CLASSIFIED PROGRAMS</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">15,816,598</entry><entry align="char" colname="column8" leader-modify="clr-ldr">15,757,457</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Classified adjustment</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"24,004]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Realignment to DISA for Sharkseer</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[â€"35,137]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>30,132,549</bold></entry><entry align="char" colname="column8" leader-

modify="clr-ldr"><bold>30,167,875</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>37,479,841</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>36,922,673</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>â€"557,168</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>US COURT OF APPEALS FOR ARMED FORCES, DEF</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ADMINISTRATION AND ASSOCIATED ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">US COURT OF APPEALS FOR THE ARMED FORCES, DEFENSE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">14,771</entry><entry align="char" colname="column8" leader-modify="clr-ldr">14,771</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ADMINISTRATION AND ASSOCIATED ACTIVITIES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>14,771</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>14,771</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL US COURT OF APPEALS FOR ARMED FORCES, DEF</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>14,771</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>14,771</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>DOD ACQUISITION WORKFORCE DEVELOPMENT FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ACQUISITION WORKFORCE DEVELOPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">ACQ WORKFORCE DEV FD</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">400,000</entry><entry align="char" colname="column8" leader-modify="clr-ldr">400,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL ACQUISITION WORKFORCE DEVELOPMENT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>400,000</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>400,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL DOD ACQUISITION WORKFORCE DEVELOPMENT FUND</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>400,000</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>400,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>HUMANITARIAN ASSISTANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">OVERSEAS HUMANITARIAN, DISASTER AND CIVIC AID</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">108,600</entry><entry align="char" colname="column8" leader-modify="clr-ldr">117,663</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Increase for foreign disaster relief</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[6,822]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Increase for humanitarian mine action program</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[2,241]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL HUMANITARIAN ASSISTANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>108,600</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>117,663</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OVERSEAS HUMANITARIAN, DISASTER, AND CIVIC AID</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>108,600</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>117,663</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>COOPERATIVE THREAT REDUCTION ACCOUNT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>COOPERATIVE THREAT REDUCTION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">010</entry><entry align="left" colname="column3" rowsep="0">COOPERATIVE THREAT REDUCTION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">338,700</entry><entry align="char" colname="column8" leader-modify="clr-ldr">358,700</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Cooperative biological engagement</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[20,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL COOPERATIVE THREAT REDUCTION</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>338,700</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>358,700</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL COOPERATIVE THREAT REDUCTION

ACCOUNT</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>338,700</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>358,700</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>DEPARTMENT OF THE ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">050</entry><entry align="left" colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, ARMY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">207,518</entry><entry align="char" colname="column8" leader-modify="clr-ldr">212,518</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Perfluorinated chemicals</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEPARTMENT OF THE ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>207,518</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>212,518</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION, ARMY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>207,518</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>290,582</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>DEPARTMENT OF THE NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, NAVY</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">335,932</entry><entry align="char" colname="column8" leader-modify="clr-ldr">350,932</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Perfluorinated chemicals</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[5,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Unexploded ordnance remediation</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[10,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEPARTMENT OF THE NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>335,932</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>350,932</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>335,932</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>418,996</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>DEPARTMENT OF THE AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">070</entry><entry align="left" colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, AIR FORCE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">302,744</entry><entry align="char" colname="column8" leader-modify="clr-ldr">365,808</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Perfluorinated chemicals</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr">[63,064]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEPARTMENT OF THE AIR FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>302,744</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>365,808</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION, AIR

FORCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>302,744</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>385,808</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">080</entry><entry align="left" colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION, DEFENSE-WIDE</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">9,105</entry><entry align="char" colname="column8" leader-modify="clr-ldr">9,105</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>9,105</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>9,105</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION, DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>9,105</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>92,169</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>ENVIRONMENTAL RESTORATION FORMERLY USED SITES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">090</entry><entry align="left" colname="column3" rowsep="0">ENVIRONMENTAL RESTORATION FORMERLY USED SITES</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">216,499</entry><entry align="char" colname="column8" leader-modify="clr-ldr">216,499</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"><bold> SUBTOTAL DEFENSE-WIDE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>216,499</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>216,499</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL ENVIRONMENTAL RESTORATION FORMERLY USED SITES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>216,499</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>216,499</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="char" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-4" rowsep="0"><bold> TOTAL OPERATION & MAINTENANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>207,661,689</bold></entry><entry align="char" colname="column8" leader-modify="clr-ldr"><bold>201,610,944</bold></entry></row></tbody></tgroup></table></section>

<section id="H07A0507C2A464FA2B2339E6F7E2C0CAA"><enum>4302.</enum><header>Operation and maintenance for overseas contingency operations</header>

<table table-type="" table-template-name="Operation and Maintenance for Overseas Contingency Operations" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8" bearoff="2"><colspec align="center" coldef="fig" colname="column1" colnum="0" min-data-value="5" colwidth="60pts"/><colspec coldef="txt" colname="column3" colnum="2" min-data-value="50" colwidth="265pts"/><colspec coldef="fig" colname="column4" colnum="3" min-data-value="12" colwidth="100pts"/><colspec char="]" charoff="0" coldef="fig" colname="column8" colnum="7" min-data-value="12" colwidth="79pts" align="char"/><thead>

<row><entry namest="column1" nameend="column8" morerows="0" colname="column1"><bold>SEC. 4302. OPERATION AND MAINTENANCE FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Line</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>Item</bold></entry><entry namest="column4" morerows="0" align="center" colname="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column8" morerows="0" align="center" colname="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">MANEUVER UNITS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,410,874</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,671,422</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[260,548]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">ECHELONS ABOVE BRIGADE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,502</entry><entry align="left" leader-modify="clr-ldr" colname="column8">26,502</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0" colname="column3">THEATER LEVEL ASSETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,274,490</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,259,490</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"15,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0" colname="column3">LAND FORCES OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">136,288</entry><entry align="left" leader-modify="clr-ldr" colname="column8">136,288</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">AVIATION ASSETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">300,240</entry><entry align="left" leader-modify="clr-ldr" colname="column8">300,240</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0" colname="column3">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,415,009</entry><entry align="left" leader-modify="clr-ldr" colname="column8">4,510,009</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"5,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[1,100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0" colname="column3">LAND FORCES SYSTEMS READINESS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,985</entry><entry align="left" leader-modify="clr-ldr" colname="column8">29,985</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0" colname="column3">LAND FORCES DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">86,931</entry><entry align="left" leader-modify="clr-ldr" colname="column8">86,931</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">115,706</entry><entry align="left"

leader-modify="clr-ldr" colname="column8">115,706</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0" colname="column3">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">72,657</entry><entry align="left" leader-modify="clr-ldr" colname="column8">72,657</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0" colname="column3">ADDITIONAL ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,397,586</entry><entry align="left" leader-modify="clr-ldr" colname="column8">6,385,586</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"12,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0" colname="column3">COMMANDER'S EMERGENCY RESPONSE PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,500</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Insufficient justification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"2,500]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0" colname="column3">RESET</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,048,896</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,048,896</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0" colname="column3">US AFRICA COMMAND</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">203,174</entry><entry align="left" leader-modify="clr-ldr" colname="column8">203,174</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0" colname="column3">US EUROPEAN COMMAND</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">173,676</entry><entry align="left" leader-modify="clr-ldr" colname="column8">173,676</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE ACTIVITIESâ€"CYBERSPACE OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">188,529</entry><entry align="left" leader-modify="clr-ldr" colname="column8">188,529</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">210</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE ACTIVITIESâ€"CYBERSECURITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,682</entry><entry align="left" leader-modify="clr-ldr" colname="column8">5,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>15,891,225</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>17,217,273</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MOBILIZATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">230</entry><entry align="left" rowsep="0" colname="column3">ARMY PREPOSITIONED STOCKS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">131,954</entry><entry align="left" leader-modify="clr-ldr" colname="column8">131,954</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>131,954</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>131,954</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">390</entry><entry align="left" rowsep="0" colname="column3">SERVICEWIDE TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">721,014</entry><entry align="left" leader-modify="clr-ldr" colname="column8">721,014</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">400</entry><entry align="left" rowsep="0" colname="column3">CENTRAL SUPPLY ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">66,845</entry><entry align="left" leader-modify="clr-ldr" colname="column8">66,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">410</entry><entry align="left" rowsep="0" colname="column3">LOGISTIC SUPPORT ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,309</entry><entry align="left" leader-modify="clr-ldr" colname="column8">9,309</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">420</entry><entry align="left" rowsep="0" colname="column3">AMMUNITION MANAGEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">23,653</entry><entry align="left" leader-modify="clr-ldr" colname="column8">23,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0" colname="column3">OTHER PERSONNEL SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">109,019</entry><entry align="left" leader-modify="clr-ldr" colname="column8">109,019</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">490</entry><entry align="left" rowsep="0" colname="column3">REAL ESTATE MANAGEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">251,355</entry><entry align="left" leader-

modify="clr-ldr" colname="column8">251,355</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">565</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,568,564</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,568,564</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>2,749,759</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>2,749,759</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>18,772,938</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>20,098,986</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, ARMY RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">ECHELONS ABOVE BRIGADE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,440</entry><entry align="left" leader-modify="clr-ldr" colname="column8">20,440</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">689</entry><entry align="left" leader-modify="clr-ldr" colname="column8">689</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,463</entry><entry align="left" leader-modify="clr-ldr" colname="column8">16,463</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>37,592</bold></entry><entry align="left" leader-modify="clr-

ldr" colname="column8"><bold>37,592</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, ARMY RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>37,592</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>37,592</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, ARNG</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">MANEUVER UNITS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">45,896</entry><entry align="left" leader-modify="clr-ldr" colname="column8">45,896</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">MODULAR SUPPORT BRIGADES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">180</entry><entry align="left" leader-modify="clr-ldr" colname="column8">180</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">ECHELONS ABOVE BRIGADE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,982</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,982</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0" colname="column3">THEATER LEVEL ASSETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">548</entry><entry align="left" leader-modify="clr-ldr" colname="column8">548</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">AVIATION ASSETS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,229</entry><entry align="left" leader-modify="clr-ldr" colname="column8">9,229</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0" colname="column3">FORCE READINESS OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,584</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,584</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">22,063</entry><entry align="left" leader-modify="clr-ldr" colname="column8">22,063</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0" colname="column3">MANAGEMENT AND OPERATIONAL HEADQUARTERS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">606</entry><entry align="left" leader-modify="clr-ldr" colname="column8">606</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>83,088</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>83,088</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0" colname="column3">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">203</entry><entry align="left" leader-modify="clr-ldr" colname="column8">203</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>203</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>203</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, ARNG</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>83,291</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>83,291</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>AFGHANISTAN SECURITY FORCES FUND</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"

leader-modify="clr-ldr"><bold>AFGHAN NATIONAL ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0" colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,313,047</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,313,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0" colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">37,152</entry><entry align="left" leader-modify="clr-ldr" colname="column8">37,152</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0" colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">120,868</entry><entry align="left" leader-modify="clr-ldr" colname="column8">120,868</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0" colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">118,591</entry><entry align="left" leader-modify="clr-ldr" colname="column8">118,591</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN NATIONAL ARMY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,589,658</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,589,658</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>AFGHAN NATIONAL POLICE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0" colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">422,806</entry><entry align="left" leader-modify="clr-ldr" colname="column8">422,806</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0" colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,358</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,358</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0" colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">127,081</entry><entry align="left" leader-modify="clr-ldr" colname="column8">127,081</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0" colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">108,112</entry><entry align="left" leader-modify="clr-ldr" colname="column8">108,112</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN NATIONAL POLICE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>660,357</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>660,357</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>AFGHAN AIR FORCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0" colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">893,829</entry><entry align="left" leader-modify="clr-ldr" colname="column8">893,829</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0" colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,611</entry><entry align="left" leader-modify="clr-ldr" colname="column8">8,611</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">190</entry><entry align="left" rowsep="0" colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">566,967</entry><entry align="left" leader-modify="clr-ldr" colname="column8">566,967</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0" colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">356,108</entry><entry align="left" leader-modify="clr-ldr" colname="column8">356,108</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN AIR FORCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,825,515</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,825,515</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>AFGHAN SPECIAL SECURITY FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">210</entry><entry align="left" rowsep="0" colname="column3">SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">437,909</entry><entry align="left" leader-modify="clr-ldr" colname="column8">437,909</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">220</entry><entry align="left" rowsep="0"

colname="column3">INFRASTRUCTURE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,131</entry><entry align="left" leader-modify="clr-ldr" colname="column8">21,131</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">230</entry><entry align="left" rowsep="0" colname="column3">EQUIPMENT AND TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">153,806</entry><entry align="left" leader-modify="clr-ldr" colname="column8">153,806</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0" colname="column3">TRAINING AND OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">115,602</entry><entry align="left" leader-modify="clr-ldr" colname="column8">115,602</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL AFGHAN SPECIAL SECURITY FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>728,448</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>728,448</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">245</entry><entry align="left" rowsep="0" colname="column3">UNDISTRIBUTED</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">â€"300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified request</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"300,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>â€"300,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL AFGHANISTAN SECURITY FORCES FUND</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>4,803,978</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>4,503,978</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr"

colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">IRAQ</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">745,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">545,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Transfer to DSCA Security Cooperation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">SYRIA</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">300,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,045,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>845,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL COUNTER ISIS TRAIN AND EQUIP FUND (CTEF)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,045,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>845,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"

leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">MISSION AND OTHER FLIGHT OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">373,047</entry><entry align="left" leader-modify="clr-ldr" colname="column8">973,047</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[600,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">AVIATION TECHNICAL DATA & ENGINEERING SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">816</entry><entry align="left" leader-modify="clr-ldr" colname="column8">816</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0" colname="column3">AIR OPERATIONS AND SAFETY SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">9,582</entry><entry align="left" leader-modify="clr-ldr" colname="column8">9,582</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0" colname="column3">AIR SYSTEMS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">197,262</entry><entry align="left" leader-modify="clr-ldr" colname="column8">197,262</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">168,246</entry><entry align="left" leader-modify="clr-ldr" colname="column8">168,246</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT DEPOT OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,594</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,594</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0" colname="column3">AVIATION LOGISTICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,618</entry><entry align="left" leader-modify="clr-ldr" colname="column8">10,618</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0" colname="column3">MISSION AND OTHER SHIP OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,485,108</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,935,108</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[450,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"

colname="column3">SHIP OPERATIONS SUPPORT & TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">20,334</entry><entry align="left" leader-modify="clr-ldr" colname="column8">20,334</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0" colname="column3">SHIP DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,365,615</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,365,615</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0" colname="column3">COMBAT COMMUNICATIONS AND ELECTRONIC WARFARE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">58,092</entry><entry align="left" leader-modify="clr-ldr" colname="column8">58,092</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0" colname="column3">SPACE SYSTEMS AND SURVEILLANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">18,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">18,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0" colname="column3">WARFARE TACTICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,984</entry><entry align="left" leader-modify="clr-ldr" colname="column8">16,984</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL METEOROLOGY AND OCEANOGRAPHY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,382</entry><entry align="left" leader-modify="clr-ldr" colname="column8">29,382</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0" colname="column3">COMBAT SUPPORT FORCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">608,870</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,008,870</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[400,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0" colname="column3">EQUIPMENT MAINTENANCE AND DEPOT OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,799</entry><entry align="left" leader-modify="clr-ldr" colname="column8">7,799</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0" colname="column3">COMBATANT COMMANDERS DIRECT MISSION SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,800</entry><entry align="left" leader-modify="clr-ldr" colname="column8">24,800</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">220</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">363</entry><entry align="left" leader-modify="clr-ldr" colname="column8">363</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0" colname="column3">WEAPONS MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">486,188</entry><entry align="left" leader-modify="clr-ldr" colname="column8">486,188</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">250</entry><entry align="left" rowsep="0" colname="column3">OTHER WEAPON SYSTEMS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,189</entry><entry align="left" leader-modify="clr-ldr" colname="column8">12,189</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">270</entry><entry align="left" rowsep="0" colname="column3">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">68,667</entry><entry align="left" leader-modify="clr-ldr" colname="column8">68,667</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">280</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATING SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">219,099</entry><entry align="left" leader-modify="clr-ldr" colname="column8">219,099</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>6,184,655</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>7,634,655</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MOBILIZATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">320</entry><entry align="left" rowsep="0" colname="column3">EXPEDITIONARY HEALTH SERVICES SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,580</entry><entry align="left" leader-modify="clr-ldr" colname="column8">17,580</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">330</entry><entry align="left" rowsep="0" colname="column3">COAST GUARD SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">190,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">190,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>207,580</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>207,580</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">370</entry><entry align="left" rowsep="0"

colname="column3">SPECIALIZED SKILL TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">52,161</entry><entry align="left" leader-modify="clr-ldr" colname="column8">52,161</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>52,161</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>52,161</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">440</entry><entry align="left" rowsep="0" colname="column3">ADMINISTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">8,475</entry><entry align="left" leader-modify="clr-ldr" colname="column8">8,475</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0" colname="column3">MILITARY MANPOWER AND PERSONNEL MANAGEMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,653</entry><entry align="left" leader-modify="clr-ldr" colname="column8">7,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">490</entry><entry align="left" rowsep="0" colname="column3">SERVICEWIDE TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">70,683</entry><entry align="left" leader-modify="clr-ldr" colname="column8">70,683</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">520</entry><entry align="left" rowsep="0" colname="column3">ACQUISITION, LOGISTICS, AND OVERSIGHT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,130</entry><entry align="left" leader-modify="clr-ldr" colname="column8">11,130</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">530</entry><entry align="left" rowsep="0" colname="column3">INVESTIGATIVE AND SECURITY SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,559</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,559</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">645</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,754</entry><entry align="left" leader-modify="clr-ldr" colname="column8">17,754</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>117,254</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>117,254</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr"

colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, NAVY</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>6,561,650</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>8,011,650</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, MARINE CORPS</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">OPERATIONAL FORCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">714,653</entry><entry align="left" leader-modify="clr-ldr" colname="column8">914,653</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[200,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">FIELD LOGISTICS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">232,508</entry><entry align="left" leader-modify="clr-ldr" colname="column8">432,508</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[200,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">54,101</entry><entry align="left" leader-modify="clr-ldr" colname="column8">54,101</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">2,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATING SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,570</entry><entry align="left" leader-modify="clr-ldr" colname="column8">24,570</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,027,832</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,427,832</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0" colname="column3">TRAINING SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">30,459</entry><entry align="left" leader-modify="clr-ldr" colname="column8">30,459</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>30,459</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>30,459</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0" colname="column3">SERVICEWIDE TRANSPORTATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">61,400</entry><entry align="left" leader-modify="clr-ldr" colname="column8">61,400</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">225</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,100</entry><entry align="left" leader-modify="clr-ldr" colname="column8">5,100</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>66,500</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>66,500</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, MARINE CORPS</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,124,791</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,524,791</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, NAVY RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">INTERMEDIATE MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">510</entry><entry align="left" leader-modify="clr-ldr" colname="column8">510</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">AIRCRAFT DEPOT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,628</entry><entry align="left" leader-modify="clr-ldr" colname="column8">11,628</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0" colname="column3">COMBAT SUPPORT FORCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,898</entry><entry align="left" leader-modify="clr-ldr" colname="column8">10,898</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>23,036</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>23,036</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, NAVY RES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>23,036</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>23,036</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, MC RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">OPERATING FORCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">7,627</entry><entry align="left" leader-modify="clr-ldr" colname="column8">7,627</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATING SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,080</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,080</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>8,707</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>8,707</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, MC RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>8,707</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>8,707</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, AIR FORCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">PRIMARY COMBAT FORCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">163,632</entry><entry align="left" leader-modify="clr-ldr" colname="column8">163,632</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"

stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">COMBAT ENHANCEMENT FORCES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,049,170</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,449,170</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[400,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">AIR OPERATIONS TRAINING (OJT, MAINTAIN SKILLS)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">111,808</entry><entry align="left" leader-modify="clr-ldr" colname="column8">111,808</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0" colname="column3">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">408,699</entry><entry align="left" leader-modify="clr-ldr" colname="column8">408,699</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0" colname="column3">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">147,264</entry><entry align="left" leader-modify="clr-ldr" colname="column8">147,264</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE SUSTAINMENT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">10,061</entry><entry align="left" leader-modify="clr-ldr" colname="column8">10,061</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0" colname="column3">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">953,594</entry><entry align="left" leader-modify="clr-ldr" colname="column8">953,594</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">080</entry><entry align="left" rowsep="0" colname="column3">FLYING HOUR PROGRAM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">2,495,266</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,045,266</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[550,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0" colname="column3">BASE OPERATIONS SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,538,120</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,738,120</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[200,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0" colname="column3">GLOBAL C3I AND EARLY WARNING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">13,863</entry><entry align="left" leader-modify="clr-ldr" colname="column8">13,863</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">110</entry><entry align="left" rowsep="0" colname="column3">OTHER COMBAT OPS SPT PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">272,020</entry><entry align="left" leader-modify="clr-ldr" colname="column8">272,020</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">120</entry><entry align="left" rowsep="0" colname="column3">CYBERSPACE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">17,657</entry><entry align="left" leader-modify="clr-ldr" colname="column8">17,657</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">130</entry><entry align="left" rowsep="0" colname="column3">TACTICAL INTEL AND OTHER SPECIAL ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">36,098</entry><entry align="left" leader-modify="clr-ldr" colname="column8">36,098</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">140</entry><entry align="left" rowsep="0" colname="column3">LAUNCH FACILITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">391</entry><entry align="left" leader-modify="clr-ldr" colname="column8">391</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">150</entry><entry align="left" rowsep="0" colname="column3">SPACE CONTROL SYSTEMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">39,990</entry><entry align="left" leader-modify="clr-ldr" colname="column8">39,990</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">160</entry><entry align="left" rowsep="0" colname="column3">US NORTHCOM/NORAD</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">725</entry><entry align="left" leader-modify="clr-ldr" colname="column8">725</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">170</entry><entry align="left" rowsep="0" colname="column3">US STRATCOM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">926</entry><entry align="left" leader-modify="clr-ldr" colname="column8">926</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0" colname="column3">US CYBERCOM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">35,189</entry><entry align="left" leader-modify="clr-ldr" colname="column8">35,189</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">190</entry><entry align="left" rowsep="0" colname="column3">US CENTCOM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">163,015</entry><entry align="left" leader-modify="clr-ldr" colname="column8">163,015</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0" colname="column3">US SOCOM</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">19,000</entry><entry align="left" leader-modify="clr-ldr" colname="column8">19,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>7,476,488</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>8,626,488</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>MOBILIZATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0" colname="column3">AIRLIFT OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,271,439</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,271,439</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">250</entry><entry align="left" rowsep="0" colname="column3">MOBILIZATION PREPAREDNESS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">109,682</entry><entry align="left" leader-modify="clr-ldr" colname="column8">109,682</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL MOBILIZATION</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>1,381,121</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>1,381,121</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>TRAINING AND RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">260</entry><entry align="left" rowsep="0" colname="column3">OFFICER ACQUISITION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">200</entry><entry align="left" leader-modify="clr-ldr" colname="column8">200</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">270</entry><entry align="left" rowsep="0" colname="column3">RECRUIT TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">352</entry><entry align="left" leader-modify="clr-ldr" colname="column8">352</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">290</entry><entry align="left" rowsep="0" colname="column3">SPECIALIZED SKILL TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">26,802</entry><entry align="left" leader-modify="clr-ldr" colname="column8">26,802</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">300</entry><entry align="left" rowsep="0" colname="column3">FLIGHT TRAINING</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">844</entry><entry align="left" leader-modify="clr-ldr" colname="column8">844</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">310</entry><entry align="left" rowsep="0" colname="column3">PROFESSIONAL DEVELOPMENT EDUCATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,199</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,199</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">320</entry><entry align="left" rowsep="0" colname="column3">TRAINING SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,320</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,320</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL TRAINING AND RECRUITING</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>30,717</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>30,717</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UNDISTRIBUTED</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">380</entry><entry align="left" rowsep="0" colname="column3">LOGISTICS OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">164,701</entry><entry align="left" leader-modify="clr-ldr" colname="column8">164,701</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">390</entry><entry align="left" rowsep="0" colname="column3">TECHNICAL SUPPORT ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">11,608</entry><entry align="left" leader-modify="clr-ldr" colname="column8">11,608</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">400</entry><entry align="left" rowsep="0" colname="column3">ADMINISTRATION</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">4,814</entry><entry align="left" leader-modify="clr-ldr" colname="column8">4,814</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">410</entry><entry align="left" rowsep="0" colname="column3">SERVICEWIDE COMMUNICATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">145,204</entry><entry align="left" leader-modify="clr-ldr" colname="column8">145,204</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">420</entry><entry align="left" rowsep="0" colname="column3">OTHER SERVICEWIDE ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">98,841</entry><entry align="left" leader-modify="clr-ldr" colname="column8">98,841</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0" colname="column3">INTERNATIONAL SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">29,890</entry><entry align="left" leader-modify="clr-ldr" colname="column8">29,890</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">465</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-

ldr" rowsep="0" colname="column4">52,995</entry><entry align="left" leader-modify="clr-ldr" colname="column8">52,995</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN & SRVWD ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>508,053</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>508,053</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, AIR FORCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>9,396,379</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>10,546,379</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, AF RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">24,188</entry><entry align="left" leader-modify="clr-ldr" colname="column8">24,188</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">BASE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">5,570</entry><entry align="left" leader-modify="clr-ldr" colname="column8">5,570</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>29,758</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>29,758</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, AF

RESERVE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>29,758</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>29,758</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATION & MAINTENANCE, ANG</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0" colname="column3">MISSION SUPPORT OPERATIONS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,666</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,666</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">030</entry><entry align="left" rowsep="0" colname="column3">DEPOT PURCHASE EQUIPMENT MAINTENANCE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">66,944</entry><entry align="left" leader-modify="clr-ldr" colname="column8">66,944</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">050</entry><entry align="left" rowsep="0" colname="column3">CONTRACTOR LOGISTICS SUPPORT AND SYSTEM SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">93,620</entry><entry align="left" leader-modify="clr-ldr" colname="column8">93,620</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0" colname="column3">BASE SUPPORT</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">12,679</entry><entry align="left" leader-modify="clr-ldr" colname="column8">12,679</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>176,909</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>176,909</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, ANG</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>176,909</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>176,909</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr"

colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATION AND MAINTENANCE, DEFENSE-
WIDE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4"/><entry align="left" leader-modify="clr-ldr"
colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3"
leader-modify="clr-ldr"><bold>OPERATING FORCES</bold></entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-
modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0"
colname="column3">JOINT CHIEFS OF STAFF</entry><entry align="left" leader-modify="clr-
ldr" rowsep="0" colname="column4">21,866</entry><entry align="left" leader-modify="clr-
ldr" colname="column8">21,866</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">020</entry><entry align="left" rowsep="0"
colname="column3">JOINT CHIEFS OF STAFFâ€"CE2T2</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4">6,634</entry><entry align="left" leader-
modify="clr-ldr" colname="column8">6,634</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">040</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND COMBAT DEVELOPMENT
ACTIVITIES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0"
colname="column4">1,121,580</entry><entry align="left" leader-modify="clr-ldr"
colname="column8">1,111,580</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Classified adjustment</entry><entry align="left" leader-
modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-
ldr" colname="column8">[â€"10,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">060</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND INTELLIGENCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">1,328,201</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">1,328,201</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">070</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND MAINTENANCE</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">399,845</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">399,845</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">090</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND OPERATIONAL SUPPORT</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">138,458</entry><entry
align="left" leader-modify="clr-ldr" colname="column8">103,458</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3"
rowsep="0" colname="column3"> Projected underexecutionâ€"communications</entry><entry
align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left"
leader-modify="clr-ldr" colname="column8">[â€"35,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr"
stub-hierarchy="1" colname="column1">100</entry><entry align="left" rowsep="0"
colname="column3">SPECIAL OPERATIONS COMMAND THEATER FORCES</entry><entry align="left"
leader-modify="clr-ldr" rowsep="0" colname="column4">808,729</entry><entry align="left"
leader-modify="clr-ldr" colname="column8">1,308,729</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Realignment from base</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[500,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL OPERATING FORCES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>3,825,313</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>4,280,313</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">180</entry><entry align="left" rowsep="0" colname="column3">DEFENSE CONTRACT AUDIT AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,810</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,810</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">200</entry><entry align="left" rowsep="0" colname="column3">DEFENSE CONTRACT MANAGEMENT AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">21,723</entry><entry align="left" leader-modify="clr-ldr" colname="column8">21,723</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">230</entry><entry align="left" rowsep="0" colname="column3">DEFENSE INFORMATION SYSTEMS AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">81,133</entry><entry align="left" leader-modify="clr-ldr" colname="column8">81,133</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">240</entry><entry align="left" rowsep="0" colname="column3">DEFENSE INFORMATION SYSTEMS AGENCYâ€"CYBER</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">3,455</entry><entry align="left" leader-modify="clr-ldr" colname="column8">3,455</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">270</entry><entry align="left" rowsep="0" colname="column3">DEFENSE LEGAL SERVICES AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">196,124</entry><entry align="left" leader-modify="clr-ldr" colname="column8">196,124</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">290</entry><entry align="left" rowsep="0" colname="column3">DEFENSE MEDIA ACTIVITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">14,377</entry><entry align="left" leader-modify="clr-ldr" colname="column8">14,377</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">310</entry><entry align="left" rowsep="0" colname="column3">DEFENSE SECURITY COOPERATION AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,927,217</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,677,217</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Security cooperation account, unjustified

growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"37,030]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Transfer from CTEF Iraq</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[100,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Transfer of funds to Ukraine Security Assistance Initiative</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"250,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[â€"62,970]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">380</entry><entry align="left" rowsep="0" colname="column3">DEFENSE THREAT REDUCTION AGENCY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">317,558</entry><entry align="left" leader-modify="clr-ldr" colname="column8">317,558</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">410</entry><entry align="left" rowsep="0" colname="column3">DEPARTMENT OF DEFENSE EDUCATION ACTIVITY</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">31,620</entry><entry align="left" leader-modify="clr-ldr" colname="column8">31,620</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">460</entry><entry align="left" rowsep="0" colname="column3">OFFICE OF THE SECRETARY OF DEFENSE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">16,666</entry><entry align="left" leader-modify="clr-ldr" colname="column8">16,666</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">500</entry><entry align="left" rowsep="0" colname="column3">WASHINGTON HEADQUARTERS SERVICES</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">6,331</entry><entry align="left" leader-modify="clr-ldr" colname="column8">6,331</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">505</entry><entry align="left" rowsep="0" colname="column3">CLASSIFIED PROGRAMS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4">1,924,785</entry><entry align="left" leader-modify="clr-ldr" colname="column8">1,924,785</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL ADMIN & SRVWIDE ACTIVITIES</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>4,542,799</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>4,292,799</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION AND MAINTENANCE, DEFENSE-WIDE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column4"><bold>8,368,112</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>8,573,112</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE, DEFENSE-WIDE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>205,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UKRAINE SECURITY ASSISTANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"><bold>UKRAINE SECURITY ASSISTANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">010</entry><entry align="left" rowsep="0" colname="column3">UKRAINE SECURITY ASSISTANCE INITIATIVE</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">300,000</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[50,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"> Transfer of funds from Defense Security Cooperation Agency</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8">[250,000]</entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-3" rowsep="0" colname="column3"><bold> SUBTOTAL UKRAINE SECURITY ASSISTANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>300,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL UKRAINE SECURITY ASSISTANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>300,000</bold></entry></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" rowsep="0" colname="column3" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"/><entry align="left" leader-modify="clr-ldr" colname="column8"/></row>

<row><entry align="center" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"/><entry align="left" entry-modify="fl-hang-hier-4" rowsep="0" colname="column3"><bold> TOTAL OPERATION & MAINTENANCE</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column4"><bold>50,432,141</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column8"><bold>54,968,189</bold></entry></row></tbody></tgroup></table></section>

<section id="HE0737CA1375D4EE79161FC02969B1425"><enum>4303.</enum><header>Operation and maintenance for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Operations and Maintenance for Emergency Appropriations" table-type="">

<tgroup bearoff="2" cols="4" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8"><colspec align="center" coldef="fig" colname="column1" colnum="0" colwidth="19pts" min-data-value="5"/><colspec coldef="txt" colname="column3" colnum="2" colwidth="203pts" min-data-value="50"/><colspec coldef="fig" colname="column4" colnum="3" colwidth="47pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column8" colnum="7" colwidth="43pts" min-data-value="11"/><thead>

<row><entry colname="column1" morerows="0" nameend="column8" namest="column1"><bold>SEC. 4303. OPERATION AND MAINTENANCE FOR EMERGENCY REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Line</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3"><bold>Item</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column8" morerows="0" namest="column8"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">270</entry><entry align="left" colname="column3" rowsep="0">SUSTAINMENT, RESTORATION AND MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">462,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Earthquake damage repair</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[370,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-

definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Navy Working Capital Fund earthquake recovery losses</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[92,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">280</entry><entry align="left" colname="column3" rowsep="0">BASE OPERATING SUPPORT</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">9,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Earthquake damage recovery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[9,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL OPERATION & MAINTENANCE, NAVY</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr"><bold>471,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">060</entry><entry align="left" colname="column3" rowsep="0">SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">6,000</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Earthquake damage repair</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[6,000]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL OPERATION & MAINTENANCE, MARINE CORPS</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr"><bold>6,000</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATION & MAINTENANCE, ANG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left"

colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"><bold>OPERATING FORCES</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">040</entry><entry align="left" colname="column3" rowsep="0">FACILITIES SUSTAINMENT, RESTORATION & MODERNIZATION</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column8" leader-modify="clr-ldr">58,900</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-3" rowsep="0"> Hurricane recovery</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr">[58,900]</entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL OPERATION & MAINTENANCE, ANG</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr"><bold>58,900</bold></entry></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column8" leader-modify="clr-ldr"/></row>

<row><entry align="center" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" rowsep="0"><bold>TOTAL OPERATION & MAINTENANCE</bold></entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column8" leader-modify="clr-ldr"><bold>535,900</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H78EFE90C43EA451586C920AFEC833DCC"><enum> XLIV</enum><header>MILITARY PERSONNEL</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H78EFE90C43EA451586C920AFEC833DCC" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H615C2C871A2D4454AA30F79239777C6A" level="section">Sec.â€,4401.â€,Military personnel.</toc-entry>

<toc-entry idref="H8407E68101904344913017FFC2CE761C" level="section">Sec.â€,4402.â€,Military personnel for overseas contingency operations.</toc-entry> </toc>

<section id="H615C2C871A2D4454AA30F79239777C6A"><enum>4401.</enum><header>Military personnel</header>

<table table-type="" table-template-name="Military Personnel" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8" bearoff="2"><colspec coldef="txt" colname="column1" colnum="0" min-data-value="80" rowsep="0" colwidth="226pts"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column2" colnum="1" min-data-value="12" colwidth="47pts"/><colspec coldef="fig" colname="column6" colnum="5" min-data-value="12" colwidth="47pts" align="char" char="]" charoff="0"/><thead>

<row><entry namest="column1" nameend="column6" morerows="0" align="center" colname="column1"><bold>SEC. 4401. MILITARY PERSONNEL<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Item</bold></entry><entry namest="column2" morerows="0" align="center" colname="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column6" morerows="0" align="center" colname="column6"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">Military Personnel Appropriations</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">143,476,503</entry><entry align="left" leader-modify="clr-ldr" colname="column6">142,676,503</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">Historical unobligated balances</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6">[â€"800,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">Medicare-Eligible Retiree Health Fund Contributions</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">7,816,815</entry><entry align="left" leader-modify="clr-ldr" colname="column6">7,816,815</entry></row></tbody></tgroup></table></section>

<section id="H8407E68101904344913017FFC2CE761C"><enum>4402.</enum><header>Military personnel for overseas contingency operations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Military Personnel for Overseas Contingency Operations" table-type="">

<tgroup bearoff="2" cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8"><colspec coldef="txt" colname="column1" colnum="0" colwidth="273.75pt" min-data-value="80" rowsep="0"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column2" colnum="1" colwidth="249.25pt" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column6" colnum="5" colwidth="256.50pt" min-data-value="12"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column6" namest="column1"><bold>SEC. 4402. MILITARY PERSONNEL FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Item</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column6" morerows="0" namest="column6"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Military Personnel Appropriations</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">4,485,808</entry><entry align="left" colname="column6" leader-modify="clr-ldr">4,485,808</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>Total, Military Personnel Appropriations</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>4,485,808</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>4,485,808</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H3D4047D1ADA9471BB74183D189F4B6AC"><enum> XLV</enum><header>OTHER AUTHORIZATIONS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-

level="section" idref="H3D4047D1ADA9471BB74183D189F4B6AC" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HD3115B22CF9E4DAEA64255215CD2ED60" level="section">Sec.â€,4501.â€,Other authorizations.</toc-entry>

<toc-entry idref="HB64BF282681944648EBE900D5AB6CBE6" level="section">Sec.â€,4502.â€,Other authorizations for overseas contingency operations.</toc-entry> </toc>

<section id="HD3115B22CF9E4DAEA64255215CD2ED60"><enum>4501.</enum><header>Other authorizations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Other Authorizations" table-type="">

<tgroup bearoff="2" cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8"><colspec coldef="txt" colname="column1" colnum="0" colwidth="226pts" min-data-value="80" rowsep="0"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column2" colnum="1" colwidth="47pts" min-data-value="12"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column6" colnum="5" colwidth="47pts" min-data-value="12"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column6" namest="column1"><bold>SEC. 4501. OTHER AUTHORIZATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Program Title</bold></entry><entry align="center" colname="column2" morerows="0" namest="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column6" morerows="0" namest="column6"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND, ARMY</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">INDUSTRIAL OPERATIONS</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">57,467</entry><entry align="left" colname="column6" leader-modify="clr-ldr">57,467</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">SUPPLY MANAGEMENTâ€"ARMY</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">32,130</entry><entry align="left" colname="column6" leader-modify="clr-ldr">32,130</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, ARMY</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>89,597</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>89,597</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND, AIR FORCE</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>TRANSPORTATION</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">SUPPLIES AND MATERIALS</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">92,499</entry><entry align="left" colname="column6" leader-modify="clr-ldr">92,499</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, AIR FORCE</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>92,499</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>92,499</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND, DEFENSE-WIDE</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">SUPPLY CHAIN MANAGEMENTâ€"DEF</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">49,085</entry><entry align="left" colname="column6" leader-modify="clr-ldr">49,085</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, DEFENSE-WIDE</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>49,085</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>49,085</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>WORKING CAPITAL FUND, DECA</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">WORKING CAPITAL FUND, DECA</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">995,030</entry><entry align="left" colname="column6" leader-modify="clr-ldr">995,030</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL WORKING CAPITAL FUND, DECA</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>995,030</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>995,030</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">200,000</entry><entry align="left" colname="column6" leader-modify="clr-ldr">200,000</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL WCF, DEF COUNTERINTELLIGENCE & SECURITY AGENCY</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr"

rowsep="0"><bold>200,000</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>200,000</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>CHEM AGENTS & MUNITIONS DESTRUCTION</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">OPERATION & MAINTENANCE</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">107,351</entry><entry align="left" colname="column6" leader-modify="clr-ldr">107,351</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">RDT&E</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">875,930</entry><entry align="left" colname="column6" leader-modify="clr-ldr">875,930</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">PROCUREMENT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">2,218</entry><entry align="left" colname="column6" leader-modify="clr-ldr">2,218</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL CHEM AGENTS & MUNITIONS DESTRUCTION</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>985,499</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>985,499</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">COUNTER-NARCOTICS SUPPORT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">581,739</entry><entry align="left" colname="column6" leader-modify="clr-ldr">532,818</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Realignment of National Guard Bureau funding</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[â€"30,921]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Unjustified growth</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[â€"18,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">DRUG DEMAND REDUCTION PROGRAM</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">120,922</entry><entry align="left" colname="column6" leader-modify="clr-ldr">120,922</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">NATIONAL GUARD COUNTER-DRUG PROGRAM</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">91,370</entry><entry align="left" colname="column6" leader-modify="clr-ldr">122,291</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Realignment of National Guard Bureau funding</entry><entry align="char"

colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[30,921]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">NATIONAL GUARD COUNTER-DRUG SCHOOLS</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">5,371</entry><entry align="left" colname="column6" leader-modify="clr-ldr">5,371</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>799,402</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>781,402</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>OFFICE OF THE INSPECTOR GENERAL</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">359,022</entry><entry align="left" colname="column6" leader-modify="clr-ldr">359,022</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">OFFICE OF THE INSPECTOR GENERALâ€"CYBER</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">1,179</entry><entry align="left" colname="column6" leader-modify="clr-ldr">1,179</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">2,965</entry><entry align="left" colname="column6" leader-modify="clr-ldr">2,965</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">333</entry><entry align="left" colname="column6" leader-modify="clr-ldr">333</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL OFFICE OF THE INSPECTOR GENERAL</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>363,499</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>363,499</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"><bold>DEFENSE HEALTH PROGRAM</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">IN-HOUSE CARE</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">9,570,615</entry><entry align="left" colname="column6" leader-modify="clr-ldr">9,320,615</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Unjustified growth</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[â€"250,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-

hierarchy="1">PRIVATE SECTOR CARE</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">15,041,006</entry><entry align="left" colname="column6" leader-modify="clr-ldr">15,002,506</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Historical underexecution</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[â€"38,500]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">CONSOLIDATED HEALTH SUPPORT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">1,975,536</entry><entry align="left" colname="column6" leader-modify="clr-ldr">1,986,536</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Wounded Warrior Service Dog program</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[11,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">INFORMATION MANAGEMENT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">2,004,588</entry><entry align="left" colname="column6" leader-modify="clr-ldr">1,998,938</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Historical underexecution</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[â€"5,650]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">MANAGEMENT ACTIVITIES</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">333,246</entry><entry align="left" colname="column6" leader-modify="clr-ldr">333,246</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">EDUCATION AND TRAINING</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">793,810</entry><entry align="left" colname="column6" leader-modify="clr-ldr">793,310</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Other costs excess growth</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[â€"3,000]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"> Program increaseâ€"specialized medical pilot program</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr">[2,500]</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">BASE OPERATIONS/COMMUNICATIONS</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">2,093,289</entry><entry align="left" colname="column6" leader-modify="clr-ldr">2,093,289</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D RESEARCH</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">12,621</entry><entry align="left" colname="column6" leader-modify="clr-ldr">12,621</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D EXPLORATRY DEVELOPMENT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">84,266</entry><entry align="left" colname="column6" leader-modify="clr-ldr">84,266</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D ADVANCED DEVELOPMENT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">279,766</entry><entry align="left" colname="column6" leader-modify="clr-ldr">279,766</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D DEMONSTRATION/VALIDATION</entry><entry align="char"

colname="column2" leader-modify="clr-ldr" rowsep="0">128,055</entry><entry align="left" colname="column6" leader-modify="clr-ldr">128,055</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D ENGINEERING DEVELOPMENT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">143,527</entry><entry align="left" colname="column6" leader-modify="clr-ldr">143,527</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D MANAGEMENT AND SUPPORT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">67,219</entry><entry align="left" colname="column6" leader-modify="clr-ldr">67,219</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">R&D CAPABILITIES ENHANCEMENT</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">16,819</entry><entry align="left" colname="column6" leader-modify="clr-ldr">16,819</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">PROC INITIAL OUTFITTING</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">26,135</entry><entry align="left" colname="column6" leader-modify="clr-ldr">26,135</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">PROC REPLACEMENT & MODERNIZATION</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">225,774</entry><entry align="left" colname="column6" leader-modify="clr-ldr">225,774</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">PROC JOINT OPERATIONAL MEDICINE INFORMATION SYSTEM</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">314</entry><entry align="left" colname="column6" leader-modify="clr-ldr">314</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">PROC MILITARY HEALTH SYSTEMâ€"DESKTOP TO DATACENTER</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">73,010</entry><entry align="left" colname="column6" leader-modify="clr-ldr">73,010</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">PROC DOD HEALTHCARE MANAGEMENT SYSTEM MODERNIZATION</entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0">129,091</entry><entry align="left" colname="column6" leader-modify="clr-ldr">129,091</entry></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL DEFENSE HEALTH PROGRAM</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>32,998,687</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>32,715,037</bold></entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column6" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2"><bold>TOTAL OTHER AUTHORIZATIONS</bold></entry><entry align="char" colname="column2" leader-modify="clr-ldr" rowsep="0"><bold>36,573,298</bold></entry><entry align="left" colname="column6" leader-modify="clr-ldr"><bold>36,271,648</bold></entry></row></tbody></tgroup></table></section>

<section id="HB64BF282681944648EBE900D5AB6CBE6"><enum>4502.</enum><header>Other authorizations for overseas contingency operations</header>

<table table-type="" table-template-name="Other Authorizations for Overseas Contingency Operations" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8" bearoff="2"><colspec coldef="txt" colname="column1" colnum="0" min-data-value="80" rowsep="0" colwidth="337pts"/><colspec align="char" char="]" charoff="0"

coldef="fig" colname="column2" colnum="1" min-data-value="12" colwidth="47pts"/><colspec coldef="fig" colname="column6" colnum="5" min-data-value="12" colwidth="47pts" align="char" char="]" charoff="0"/><thead>

<row><entry namest="column1" nameend="column6" morerows="0" align="center" colname="column1"><bold>SEC. 4502. OTHER AUTHORIZATIONS FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Program Title</bold></entry><entry namest="column2" morerows="0" align="center" colname="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column6" morerows="0" align="center" colname="column6"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>WORKING CAPITAL FUND, ARMY</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>INDUSTRIAL OPERATIONS</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">SUPPLY MANAGEMENTâ€"ARMY</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">20,100</entry><entry align="left" leader-modify="clr-ldr" colname="column6">20,100</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>TOTAL WORKING CAPITAL FUND, ARMY</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>20,100</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column6"><bold>20,100</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">COUNTER-NARCOTICS SUPPORT</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">163,596</entry><entry align="left" leader-modify="clr-ldr" colname="column6">163,596</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>TOTAL DRUG INTERDICTION & CTR-DRUG ACTIVITIES, DEF</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>163,596</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column6"><bold>163,596</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>OFFICE OF THE INSPECTOR GENERAL</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">OFFICE OF THE INSPECTOR GENERAL</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">24,254</entry><entry align="left" leader-modify="clr-ldr" colname="column6">24,254</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>TOTAL OFFICE OF THE INSPECTOR GENERAL</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>24,254</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column6"><bold>24,254</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>DEFENSE HEALTH PROGRAM</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">IN-HOUSE CARE</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">57,459</entry><entry align="left" leader-modify="clr-ldr" colname="column6">57,459</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">PRIVATE SECTOR CARE</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">287,487</entry><entry align="left" leader-modify="clr-ldr" colname="column6">287,487</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1">CONSOLIDATED HEALTH SUPPORT</entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2">2,800</entry><entry align="left" leader-modify="clr-ldr" colname="column6">2,800</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>TOTAL DEFENSE HEALTH PROGRAM</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>347,746</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column6"><bold>347,746</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column6"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>TOTAL OTHER AUTHORIZATIONS</bold></entry><entry align="char" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>555,696</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column6"><bold>555,696</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H089CF242592B419DB4B26518825B5A7B"><enum> XLVI</enum><header>MILITARY CONSTRUCTION</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H089CF242592B419DB4B26518825B5A7B" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H18EB71C0FBA145DE99254084B59C6865" level="section">Sec.â€,4601.â€,Military construction.</toc-entry>

<toc-entry idref="H2C37CDE9828C4FFEB15D3E42D82899BA" level="section">Sec.â€,4602.â€,Military construction for overseas contingency operations.</toc-entry>

<toc-entry idref="H3AE3D0782A59443FAB5198AE36B514F2" level="section">Sec.â€,4603.â€,Military construction for emergency requirements.</toc-

entry> </toc>

<section id="H18EB71C0FBA145DE99254084B59C6865"><enum>4601.</enum><header>Military construction</header>

<table table-type="" table-template-name="Military Construction" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="5" rowsep="0" bearoff="2" ttitle-size="8" thead-tbody-ldg-size="6.6.8" grid-typeface="1.1"><colspec colnum="0" colname="column1" coldef="txt-no-ldr-no-spread" min-data-value="45" colwidth="45pts"/><colspec colnum="2" colname="column3" coldef="txt-no-ldr" min-data-value="40" colwidth="64pts"/><colspec colnum="3" colname="column4" coldef="txt" min-data-value="80" colwidth="131.25pt"/><colspec colnum="4" colname="column5" coldef="fig" min-data-value="11" colwidth="59.75pt"/><colspec colnum="8" colname="column9" align="char" char="]" charoff="0" coldef="fig" min-data-value="11" colwidth="104pts"/><thead>

<row><entry namest="column1" nameend="column9" morerows="0" rowsep="1" align="center" colname="column1"><bold>SEC. 4601. MILITARY CONSTRUCTION<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Account</bold></entry><entry namest="column3" morerows="0" align="center" colname="column3"><bold>State/Country and Installation</bold></entry><entry namest="column4" morerows="0" align="center" colname="column4"><bold>Project Title</bold></entry><entry namest="column5" morerows="0" align="center" colname="column5"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column9" morerows="0" align="center" colname="column9"><bold>Conference <linebreak/>Authorized</bold></entry></row></thead>

<tbody>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Alabama</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Redstone Arsenal</entry><entry rowsep="0" align="left" colname="column4">Aircraft and Flight Equipment Building</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">38,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">38,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Colorado</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Carson</entry><entry rowsep="0" align="left" colname="column4">Company Operations Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">71,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">71,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Gordon</entry><entry rowsep="0" align="left" colname="column4">Cyber Instructional Fac (Admin/Command)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">107,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">67,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hunter Army Airfield</entry><entry rowsep="0" align="left" colname="column4">Aircraft Maintenance Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">62,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">62,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Hawaii</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Shafter</entry><entry rowsep="0" align="left" colname="column4">Command and Control Facility, Incr 5</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">60,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Honduras</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Soto Cano Air Base</entry><entry rowsep="0" align="left" colname="column4">Aircraft Maintenance Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">34,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">34,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Kentucky</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Campbell</entry><entry rowsep="0" align="left" colname="column4">Automated Infantry Platoon Battle Course</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">7,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">7,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Campbell</entry><entry rowsep="0" align="left" colname="column4">Easements</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">3,200</entry><entry align="left" leader-modify="clr-ldr" colname="column9">3,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Campbell</entry><entry rowsep="0" align="left" colname="column4">General Purpose Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">51,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">51,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Kwajalein</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Kwajalein Atoll</entry><entry rowsep="0" align="left" colname="column4">Air Traffic Control Tower and Terminal</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">40,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Massachusetts</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">U.S. Army Natick Soldier Systems Center</entry><entry rowsep="0" align="left" colname="column4">Human Engineering Lab</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">50,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">50,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Michigan</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Detroit Arsenal</entry><entry rowsep="0" align="left" colname="column4">Substation</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">24,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">24,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">New York</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Drum</entry><entry rowsep="0" align="left" colname="column4">Railhead</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">21,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left"

entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Drum</entry><entry rowsep="0" align="left" colname="column4">Unmanned Aerial Vehicle Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">23,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">23,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">North Carolina</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Bragg</entry><entry rowsep="0" align="left" colname="column4">Dining Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Oklahoma</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Sill</entry><entry rowsep="0" align="left" colname="column4">Adv Individual Training Barracks Cplx, Ph2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">73,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">73,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Carlisle Barracks</entry><entry rowsep="0" align="left" colname="column4">General Instruction Building</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">98,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">South Carolina</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Jackson</entry><entry rowsep="0" align="left" colname="column4">Reception Complex, Ph2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">54,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">54,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Texas</entry><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Corpus Christi Army Depot</entry><entry rowsep="0" align="left" colname="column4">Powertrain Facility (Machine Shop)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">86,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">86,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Hood</entry><entry rowsep="0" align="left" colname="column4">Barracks</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">32,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">32,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Hood</entry><entry rowsep="0" align="left" colname="column4">Vehicle Bridge</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Virginia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Belvoir</entry><entry rowsep="0" align="left" colname="column4">Secure Operations and Admin Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">60,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Langley-Eustis</entry><entry rowsep="0" align="left" colname="column4">Adv Individual Training Barracks Cplx, Ph4</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">55,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">55,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Lewis-McChord</entry><entry rowsep="0" align="left" colname="column4">Information Systems Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">46,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">46,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"

leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Child Development Centers</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Host Nation Support</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">31,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">94,099</entry><entry align="left" leader-modify="clr-ldr" colname="column9">94,099</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">70,600</entry><entry align="left" leader-modify="clr-ldr" colname="column9">70,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Worldwide Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">211,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Army Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>1,453,499</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>1,270,999</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Arizona</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"

colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Yuma</entry><entry rowsep="0" align="left" colname="column4">Bachelor Enlisted Quarters</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">99,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Yuma</entry><entry rowsep="0" align="left" colname="column4">Hangar 95 Renovation & Addition</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">90,160</entry><entry align="left" leader-modify="clr-ldr" colname="column9">90,160</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Australia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Darwin</entry><entry rowsep="0" align="left" colname="column4">Aircraft Parking Apron</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">50,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Bahrain Island</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">SW Asia</entry><entry rowsep="0" align="left" colname="column4">Electrical System Upgrade</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">53,360</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Pendleton</entry><entry rowsep="0" align="left" colname="column4">62 Area Mess Hall and Consolidated Warehouse</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">71,700</entry><entry align="left" leader-modify="clr-ldr" colname="column9">71,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Pendleton</entry><entry rowsep="0" align="left" colname="column4">I MEF Consolidated Information Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">113,869</entry><entry align="left" leader-modify="clr-ldr"

colname="column9">38,869</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Miramar</entry><entry rowsep="0" align="left" colname="column4">Child Development Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">37,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air Weapons Station China Lake</entry><entry rowsep="0" align="left" colname="column4">Runway & Taxiway Extension</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">64,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">64,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air Weapons Station China Lake</entry><entry rowsep="0" align="left" colname="column4">Unspecified Military Constructionâ€"Earthquake Damage Recovery</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base Coronado</entry><entry rowsep="0" align="left" colname="column4">Aircraft Paint Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">79,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base Coronado</entry><entry rowsep="0" align="left" colname="column4">Navy Vâ€"22 Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">86,830</entry><entry align="left" leader-modify="clr-ldr" colname="column9">86,830</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base San Diego</entry><entry rowsep="0" align="left" colname="column4">Pier 8 Replacement (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">59,353</entry><entry align="left" leader-modify="clr-ldr" colname="column9">59,353</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base San Diego</entry><entry rowsep="0" align="left" colname="column4">PMO Facility Repair</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">9,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Weapons Station Seal Beach</entry><entry rowsep="0" align="left" colname="column4">Ammunition Pier</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">95,310</entry><entry align="left" leader-modify="clr-ldr" colname="column9">60,310</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"

entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Weapons Station Seal Beach</entry><entry rowsep="0" align="left" colname="column4">Missile Magazine</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">28,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Alert Force Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">64,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">64,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Connecticut</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Submarine Base New London</entry><entry rowsep="0" align="left" colname="column4">SSN Berthing Pier 32</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">72,260</entry><entry align="left" leader-modify="clr-ldr" colname="column9">72,260</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">District of Columbia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Observatory</entry><entry rowsep="0" align="left" colname="column4">Master Time Clocks & Operations Fac (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">75,600</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Florida</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Blount Island</entry><entry rowsep="0" align="left" colname="column4">Police Station and EOC Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air Station Jacksonville</entry><entry rowsep="0" align="left" colname="column4">Targeting & Surveillance Syst Prod Supp Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">32,420</entry><entry align="left" leader-modify="clr-ldr" colname="column9">32,420</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column3">Guam</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region Marianas</entry><entry rowsep="0" align="left" colname="column4">Bachelor Enlisted Quarters H</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">164,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">34,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region Marianas</entry><entry rowsep="0" align="left" colname="column4">EOD Compound Facilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">61,900</entry><entry align="left" leader-modify="clr-ldr" colname="column9">61,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region Marianas</entry><entry rowsep="0" align="left" colname="column4">Machine Gun Range (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">91,287</entry><entry align="left" leader-modify="clr-ldr" colname="column9">91,287</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Hawaii</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Kaneohe Bay</entry><entry rowsep="0" align="left" colname="column4">Bachelor Enlisted Quarters</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">13,4050</entry><entry align="left" leader-modify="clr-ldr" colname="column9">65,490</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Ammunition Depot West Loch</entry><entry rowsep="0" align="left" colname="column4">Magazine Consolidation, Phase 1</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">53,790</entry><entry align="left" leader-modify="clr-ldr" colname="column9">53,790</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Italy</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air Station Sigonella</entry><entry rowsep="0" align="left" colname="column4">Communications Station</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">77,400</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column3">Japan</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fleet Activities Yokosuka</entry><entry rowsep="0" align="left" colname="column4">Pier 5 (Berths 2 and 3)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">17,4692</entry><entry align="left" leader-modify="clr-ldr" colname="column9">100,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Iwakuni</entry><entry rowsep="0" align="left" colname="column4">VTOL Padâ€"South</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">15,870</entry><entry align="left" leader-modify="clr-ldr" colname="column9">15,870</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Saint Inigoes</entry><entry rowsep="0" align="left" colname="column4">Air Traffic Control Tower</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">North Carolina</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left" colname="column4">10th Marines Himars Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">35,110</entry><entry align="left" leader-modify="clr-ldr" colname="column9">35,110</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left" colname="column4">2nd MARDIV/2nd MLG Ops Center Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">60,130</entry><entry align="left" leader-modify="clr-ldr" colname="column9">60,130</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left" colname="column4">2nd Radio BN Complex, Phase 2 (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">25,650</entry><entry align="left" leader-modify="clr-ldr" colname="column9">25,650</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left"

entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left" colname="column4">ACV-AAV Maintenance Facility Upgrades</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">11,570</entry><entry align="left" leader-modify="clr-ldr" colname="column9">11,570</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left" colname="column4">II MEF Operations Center Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,2200</entry><entry align="left" leader-modify="clr-ldr" colname="column9">92,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Cherry Point</entry><entry rowsep="0" align="left" colname="column4">Aircraft Maintenance Hangar (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">73,970</entry><entry align="left" leader-modify="clr-ldr" colname="column9">73,970</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Cherry Point</entry><entry rowsep="0" align="left" colname="column4">ATC Tower & Airfield Operations</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">61,340</entry><entry align="left" leader-modify="clr-ldr" colname="column9">61,340</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Cherry Point</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35 Training and Simulator Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">53,230</entry><entry align="left" leader-modify="clr-ldr" colname="column9">53,230</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station Cherry Point</entry><entry rowsep="0" align="left" colname="column4">Flightline Utility Modernization (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">51,860</entry><entry align="left" leader-modify="clr-ldr" colname="column9">51,860</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Air Station New River</entry><entry rowsep="0" align="left" colname="column4">CHâ€"53K Cargo Loading Trainer</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">11,320</entry><entry align="left" leader-modify="clr-ldr" colname="column9">11,320</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Philadelphia</entry><entry rowsep="0" align="left" colname="column4">Machinery Control Development Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">74,630</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">South Carolina</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Parris Island</entry><entry rowsep="0" align="left" colname="column4">Range Improvements & Modernization Phase 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">37,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Utah</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hill Air Force Base</entry><entry rowsep="0" align="left" colname="column4">D5 Missile Motor Receipt/Storage Fac (Inc)</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">50,520</entry><entry align="left" leader-modify="clr-ldr" colname="column9">50,520</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Virginia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Marine Corps Base Quantico</entry><entry rowsep="0" align="left" colname="column4">Wargaming Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">143,350</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,350</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Station Norfolk</entry><entry rowsep="0" align="left" colname="column4">Mariner Skills Training Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">79,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">79,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Station Norfolk</entry><entry rowsep="0" align="left" colname="column4">MHâ€"60 & CMVâ€"22B Corrison Control and Paint Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">60,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Portsmouth Naval Shipyard</entry><entry rowsep="0" align="left" colname="column4">Dry Dock Flood Protection Improvements</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">48,930</entry><entry align="left" leader-modify="clr-ldr" colname="column9">48,930</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yorktown Naval Weapons Station</entry><entry rowsep="0" align="left" colname="column4">NMC Ordnance Facilities Recapitalization Phase 1</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">59,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Bremerton</entry><entry rowsep="0" align="left" colname="column4">Dry Dock 4 & Pier 3 Modernization</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">51,010</entry><entry align="left" leader-modify="clr-ldr" colname="column9">51,010</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Keyport</entry><entry rowsep="0" align="left" colname="column4">Undersea Vehicle Maintenance Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">25,050</entry><entry align="left" leader-modify="clr-ldr" colname="column9">25,050</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base Kitsap</entry><entry rowsep="0" align="left" colname="column4">Seawolf Service Pier Cost-to-Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">48,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Child Development Centers</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">62,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">167,715</entry><entry align="left" leader-modify="clr-ldr" colname="column9">167,715</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">81,237</entry><entry align="left" leader-modify="clr-ldr" colname="column9">81,237</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Navy Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>2,805,743</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>2,774,961</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Alaska</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Eielson Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35 AME Storage Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">8,600</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Arkansas</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Little Rock Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Câ€"130H/J Fuselage Trainer Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">47,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">47,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Little Rock Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Dormitory Cost-to-Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">7,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Australia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"

colname="column3">Tindal</entry><entry rowsep="0" align="left"
colname="column4">APRâ€"RAAF Tindal/Earth Covered Magazine</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">11,600</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">11,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Tindal</entry><entry rowsep="0" align="left" colname="column4">APR-
RAAF Tindal/Bulk Storage Tanks</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">59,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">59,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">ADAL Aerial Port
Squadron Materiel Warehouse</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">17,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">KCâ€"46A Alter
B181/B185/B187 Squad Ops/AMU</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">6,600</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">6,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Travis Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">KCâ€"46A Regional
Maintenance Training Facility</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">19,500</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">19,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column3">Colorado</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"
colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Peterson Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">SOCNORTH Theater
Operational Support Facility</entry><entry rowsep="0" align="left" leader-modify="clr-
ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">54,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"
entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Schriever Air
Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Space
Operations Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"
colname="column5">148,000</entry><entry align="left" leader-modify="clr-ldr"
colname="column9">73,449</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left"

entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">United States Air Force Academy</entry><entry rowsep="0" align="left" colname="column4">Consolidate Cadet Prep School Dormitory</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">49,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Cyprus</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Royal Air Force Akrotiri</entry><entry rowsep="0" align="left" colname="column4">New Dormitory for 1 ERS</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">27,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Moody Air Force Base</entry><entry rowsep="0" align="left" colname="column4">41 RQS HHâ€"60W Apron</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Guam</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region Marianas</entry><entry rowsep="0" align="left" colname="column4">Munitions Storage Igloos III</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">65,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">65,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Illinois</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Scott Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Joint Operations & Mission Planning Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">100,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">100,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Japan</entry><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yokota Air Base</entry><entry rowsep="0" align="left" colname="column4">Fuel Receipt & Distribution Upgrade</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,400</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Jordan</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Azraq</entry><entry rowsep="0" align="left" colname="column4">Air Traffic Control Tower</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">24,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Azraq</entry><entry rowsep="0" align="left" colname="column4">Munitions Storage Area</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">42,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Mariana Islands</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Tinian</entry><entry rowsep="0" align="left" colname="column4">Airfield Development Phase 1</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">109,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Tinian</entry><entry rowsep="0" align="left" colname="column4">Fuel Tanks W/ Pipeline/Hydrant System</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">109,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Tinian</entry><entry rowsep="0" align="left" colname="column4">Parking Apron</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">98,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">25,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left"

leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Andrews</entry><entry rowsep="0" align="left" colname="column4">Presidential Aircraft Recap Complex Inc 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">86,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">86,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Massachusetts</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hanscom Air Force Base</entry><entry rowsep="0" align="left" colname="column4">MIT-Lincoln Lab (West Lab CSL/MIF) Inc 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">135,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">80,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Whiteman Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Vehicle Ops and MX Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Montana</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Malmstrom Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Weapons Storage and Maintenance Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">235,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">59,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Nevada</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Nellis Air Force Base</entry><entry rowsep="0" align="left" colname="column4">365th ISR Group Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"

colname="column5">57,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">57,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Nellis Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35 Munitions Maintenance Facilities Cost-to-Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">3,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Nellis Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35A Munitions Assembly Conveyor Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">8,200</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">New Mexico</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Holloman Air Force Base</entry><entry rowsep="0" align="left" colname="column4">NC3 Support WRM Storage/Shipping Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Kirtland Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Combat Rescue Helicopter Simulator (CRH) ADAL</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">15,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">15,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Kirtland Air Force Base</entry><entry rowsep="0" align="left" colname="column4">UHâ€"1 Replacement Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">22,400</entry><entry align="left" leader-modify="clr-ldr" colname="column9">22,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">North Dakota</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Minot Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Helo/Trfops/AMUfacility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">5,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">5,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Ohio</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-

ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Wright-Patterson Air Force Base</entry><entry rowsep="0" align="left" colname="column4">ADAL Intelligence Prod. Complex (NASIC) Inc 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">120,900</entry><entry align="left" leader-modify="clr-ldr" colname="column9">120,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Texas</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San Antonio</entry><entry rowsep="0" align="left" colname="column4">AFPC B-Wing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">36,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San Antonio</entry><entry rowsep="0" align="left" colname="column4">Aquatics Tank</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">69,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">69,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San Antonio</entry><entry rowsep="0" align="left" colname="column4">BMT Recruit Dormitory 8</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">110,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">110,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San Antonio</entry><entry rowsep="0" align="left" colname="column4">T-X ADAL Ground Based Trng Sys (GBTS) Sim</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">9,300</entry><entry align="left" leader-modify="clr-ldr" colname="column9">9,300</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base San Antonio</entry><entry rowsep="0" align="left" colname="column4">T-X MX Trng Sys Centrailized Trng Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">19,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">19,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">United Kingdom</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Royal Air Force Lakenheath</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35A PGM

Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">14,300</entry><entry align="left" leader-modify="clr-ldr" colname="column9">14,300</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Utah</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hill Air Force Base</entry><entry rowsep="0" align="left" colname="column4">GBSD Mission Integration Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">108,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hill Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Joint Advanced Tactical Missile Storage Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">6,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">6,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fairchild Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated TFI Base Operations</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">31,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fairchild Air Force Base</entry><entry rowsep="0" align="left" colname="column4">SERE Pipeline Dormitory Cost-to-Complete</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Child Development Centers</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning

and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">142,148</entry><entry align="left" leader-modify="clr-ldr" colname="column9">142,148</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">79,682</entry><entry align="left" leader-modify="clr-ldr" colname="column9">79,682</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Wyoming</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">F. E. Warren Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Helo/TRF Ops/AMU and Alert Fac</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">18,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Air Force Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>2,179,230</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>1,723,579</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Beale Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Hydrant Fuel System Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">33,700</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Pendleton</entry><entry rowsep="0" align="left" colname="column4">Ambul Care Center/Dental Clinic Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">17,700</entry><entry

align="left" leader-modify="clr-ldr" colname="column9">17,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Mountain Viewâ€"63 RSC</entry><entry rowsep="0" align="left" colname="column4">Install Microgrid Controller, 750 Kw PV, and 750 Kwh Battery Storage</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">9,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air Weapons Station China Lake</entry><entry rowsep="0" align="left" colname="column4">Energy Storage System</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">NSA Monterey</entry><entry rowsep="0" align="left" colname="column4">Cogeneration Plant at B236</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">10,540</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">CONUS Classified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Classified Location</entry><entry rowsep="0" align="left" colname="column4">Battalion Complex, Ph 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">82,200</entry><entry align="left" leader-modify="clr-ldr" colname="column9">82,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Florida</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Eglin Air Froce Base</entry><entry rowsep="0" align="left" colname="column4">SOF Combined Squadron Ops Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">16,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hurlburt Field</entry><entry rowsep="0" align="left" colname="column4">SOF AMU & Weapons Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">72,923</entry><entry align="left" leader-modify="clr-ldr" colname="column9">72,923</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hurlburt Field</entry><entry rowsep="0" align="left"

colname="column4">SOF Combined Squadron Operations Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">16,513</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,513</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Hurlburt Field</entry><entry rowsep="0" align="left" colname="column4">SOF Maintenance Training Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">18,950</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Air Station Key West</entry><entry rowsep="0" align="left" colname="column4">SOF Watercraft Maintenance Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">16,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Germany</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Geilenkirchen Air Base</entry><entry rowsep="0" align="left" colname="column4">Ambulatory Care Center/Dental Clinic</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">30,479</entry><entry align="left" leader-modify="clr-ldr" colname="column9">30,479</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Ramstein</entry><entry rowsep="0" align="left" colname="column4">Landstuhl Elementary School</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">66,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Guam</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Region Marianas</entry><entry rowsep="0" align="left" colname="column4">Xray Wharf Refueling Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">19,200</entry><entry align="left" leader-modify="clr-ldr" colname="column9">19,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base Guam</entry><entry rowsep="0" align="left" colname="column4">NSA Anderson Smart Grid and ICS Infrustructure</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,970</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Hawaii</entry><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" align="left" colname="column4">Install 500kw Covered Parking PV System & Electric Vehicle Charging Stations B479</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Pearl Harbor-Hickam</entry><entry rowsep="0" align="left" colname="column4">SOF Undersea Operational Training Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">67,700</entry><entry align="left" leader-modify="clr-ldr" colname="column9">67,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Japan</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yokosuka</entry><entry rowsep="0" align="left" colname="column4">Kinnick High School Inc 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">130,386</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yokota Air Base</entry><entry rowsep="0" align="left" colname="column4">Bulk Storage Tanks PH1</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">116,305</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Yokota Air Base</entry><entry rowsep="0" align="left" colname="column4">Pacific East District Superintendent's Office</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">20,106</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,106</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Bethesda Naval Hospital</entry><entry rowsep="0" align="left" colname="column4">MEDCEN Addition/Altertion Incr 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">96,900</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"

align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Detrick</entry><entry rowsep="0" align="left" colname="column4">Medical Research Acquisition Building</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">27,846</entry><entry align="left" leader-modify="clr-ldr" colname="column9">27,846</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Meade</entry><entry rowsep="0" align="left" colname="column4">NSAW Recapitalize Building #3 Inc 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">426,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">426,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">NSA Bethesda</entry><entry rowsep="0" align="left" colname="column4">Chiller 3â€"9 Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">13,840</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">South Potomac</entry><entry rowsep="0" align="left" colname="column4">IH Water Projectâ€"CBIRF/IHEODTD/Housing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,460</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Mississippi</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Columbus Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Fuel Facilities Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">16,800</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Leonard Wood</entry><entry rowsep="0" align="left" colname="column4">Hospital Replacement Incr 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">50,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">50,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">St. Louis</entry><entry rowsep="0" align="left" colname="column4">Next NGA West (N2W) Complex Phase 2 Inc. 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">218,800</entry><entry align="left" leader-modify="clr-ldr" colname="column9">118,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">New Mexico</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">White Sands Missile Range</entry><entry rowsep="0" align="left" colname="column4">Install Microgrid, 700kw PV, 150 Kw Generator, and Batteries</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">5,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">North Carolina</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Lejeune</entry><entry rowsep="0" align="left" colname="column4">SOF Marine Raider Regiment HQ</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">13,400</entry><entry align="left" leader-modify="clr-ldr" colname="column9">13,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Bragg</entry><entry rowsep="0" align="left" colname="column4">SOF Assessment and Selection Training Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,103</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,103</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Bragg</entry><entry rowsep="0" align="left" colname="column4">SOF Human Platform-Force Generation Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">43,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">43,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Bragg</entry><entry rowsep="0" align="left" colname="column4">SOF Operations Support Bldg</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">29,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">29,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Oklahoma</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Tulsa IAP</entry><entry rowsep="0" align="left" colname="column4">Fuels Storage Complex</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">18,900</entry><entry align="left" leader-modify="clr-ldr" colname="column9">18,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Rhode Island</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Quonset State Airport</entry><entry rowsep="0" align="left" colname="column4">Fuels Storage Complex Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">11,600</entry><entry align="left" leader-modify="clr-ldr" colname="column9">11,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">South Carolina</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Charleston</entry><entry rowsep="0" align="left" colname="column4">Medical Consolidated Storage & Distrib Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">33,300</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,300</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">South Dakota</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Ellsworth Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Hydrant Fuel System Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">24,800</entry><entry align="left" leader-modify="clr-ldr" colname="column9">24,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Texas</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Swift</entry><entry rowsep="0" align="left" colname="column4">Install Microgrid, 650KW OV, & 500 KW Generator</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort Hood</entry><entry rowsep="0" align="left" colname="column4">Install a Central Energy Plant</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Virginia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Defense Distribution Depot Richmond</entry><entry rowsep="0" align="left" colname="column4">Operations Center Phase 2</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">98,800</entry><entry align="left" leader-modify="clr-ldr" colname="column9">33,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Expeditionary Base Little Creekâ€"Fort Story</entry><entry rowsep="0" align="left" colname="column4">SOF NSWGâ€"10 Operations Support Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">32,600</entry><entry align="left" leader-modify="clr-ldr" colname="column9">32,600</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Expeditionary Base Little Creekâ€"Fort Story</entry><entry rowsep="0" align="left" colname="column4">SOF NSWG2 JSOTF Ops Training Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">13,004</entry><entry align="left" leader-modify="clr-ldr" colname="column9">13,004</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">NRO Headquarters</entry><entry rowsep="0" align="left" colname="column4">Intergration System Upgrades</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">66</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Pentagon</entry><entry rowsep="0" align="left" colname="column4">Backup Generator</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">8,670</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,670</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Pentagon</entry><entry rowsep="0" align="left" colname="column4">Control Tower & Fire Day Station</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">20,132</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,132</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Training Center Dam Neck</entry><entry rowsep="0" align="left" colname="column4">SOF Demolition Training Compound Expansion</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,770</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,770</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"

colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Lewis-McChord</entry><entry rowsep="0" align="left" colname="column4">SOF 22 STS Operations Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">47,700</entry><entry align="left" leader-modify="clr-ldr" colname="column9">47,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Naval Base Kitsap</entry><entry rowsep="0" align="left" colname="column4">Keyport Main Substation Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">23,670</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Wisconsin</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Gen Mitchell IAP</entry><entry rowsep="0" align="left" colname="column4">POL Facilities Replacement</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">25,900</entry><entry align="left" leader-modify="clr-ldr" colname="column9">25,900</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Classified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Classified Location</entry><entry rowsep="0" align="left" colname="column4">Mission Support Compound</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">52,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">52,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Contingency Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">0</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Energy Resilience and Conserv. Invest. Prog.</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">150,000</entry><entry

align="left" leader-modify="clr-ldr" colname="column9">150,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">ERCIP Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Exercise Related Minor Construction</entry><entry rowsep="0"
align="left" leader-modify="clr-ldr" colname="column5">11,770</entry><entry
align="left" leader-modify="clr-ldr" colname="column9">11,770</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">15,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">29,679</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">29,679</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">35,472</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">35,472</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">4,890</entry><entry align="left" leader-modify="clr-
ldr" colname="column9">4,890</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-
modify="clr-ldr" colname="column5">14,400</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">14,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"
colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left"
colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left"
leader-modify="clr-ldr" colname="column5">3,000</entry><entry align="left" leader-
modify="clr-ldr" colname="column9">3,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"
leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0"
align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"

colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">31,464</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,464</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">3,228</entry><entry align="left" leader-modify="clr-ldr" colname="column9">3,228</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">8,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">4,950</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">52,532</entry><entry align="left" leader-modify="clr-ldr" colname="column9">52,532</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">63,382</entry><entry align="left" leader-modify="clr-ldr" colname="column9">63,382</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">27,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">27,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design: Military Installation Resiliency</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">30,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">10,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">10,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Def-Wide</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">16,736</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,736</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Defense-Wide Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>2,504,190</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>2,267,595</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">NATO</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">NATO Security Investment Program</entry><entry rowsep="0" align="left" colname="column4">NATO Security Investment Program</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">144,040</entry><entry align="left" leader-modify="clr-ldr" colname="column9">144,040</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>NATO Security Investment Program Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>144,040</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>144,040</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0"

align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Alabama</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Anniston Army Depot</entry><entry rowsep="0" align="left" colname="column4">Enlisted Transient Barracks</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">34,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Foley</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Roberts</entry><entry rowsep="0" align="left" colname="column4">Automated Multipurpose Machine Gun Range</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Idaho</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Orchard Combat Training Center</entry><entry rowsep="0" align="left" colname="column4">Railroad Tracks</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">29,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">29,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Havre de Grace</entry><entry rowsep="0" align="left" colname="column4">Combined Support Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr"

colname="column5">12,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Massachusetts</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Edwards</entry><entry rowsep="0" align="left" colname="column4">Automated Multipurpose Machine Gun Range</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">9,700</entry><entry align="left" leader-modify="clr-ldr" colname="column9">9,700</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Minnesota</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">New Ulm</entry><entry rowsep="0" align="left" colname="column4">National Guard Vehicle Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">11,200</entry><entry align="left" leader-modify="clr-ldr" colname="column9">11,200</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Mississippi</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Shelby</entry><entry rowsep="0" align="left" colname="column4">Automated Multipurpose Machine Gun Range</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">8,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Springfield</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Nebraska</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Bellevue</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">29,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">29,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">New Hampshire</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Concord</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">5,950</entry><entry align="left" leader-modify="clr-ldr" colname="column9">5,950</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">New York</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Jamaica Armory</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">91,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Moon Township</entry><entry rowsep="0" align="left" colname="column4">Combined Support Maintenance Shop</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">23,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">23,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Vermont</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Jericho</entry><entry rowsep="0" align="left" colname="column4">General Instruction Buiilding</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">30,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Washington</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Richland</entry><entry rowsep="0" align="left" colname="column4">National Guard Readiness Center</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">11,400</entry><entry align="left" leader-modify="clr-ldr" colname="column9">11,400</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">20,469</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,469</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">15,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Army National Guard Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>210,819</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>365,819</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Delaware</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Newark</entry><entry rowsep="0" align="left" colname="column4">Army

Reserve Center/BMA</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">21,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">21,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Wisconsin</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Fort McCoy</entry><entry rowsep="0" align="left" colname="column4">Transient Training Barracks</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">25,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">25,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">6,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">6,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Army Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">8,928</entry><entry align="left" leader-modify="clr-ldr" colname="column9">8,928</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Army Reserve Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>60,928</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>60,928</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Louisiana</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">N/MC Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">New Orleans</entry><entry rowsep="0" align="left" colname="column4">Entry Control Facility Upgrades</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">25,260</entry><entry align="left" leader-modify="clr-ldr" colname="column9">25,260</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">N/MC Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">4,780</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,780</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">N/MC Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">24,915</entry><entry align="left" leader-modify="clr-ldr" colname="column9">24,915</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Naval Reserve Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>54,955</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>54,955</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">California</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Moffett Air National Guard Base</entry><entry rowsep="0" align="left" colname="column4">Fuels/Corrosion Control Hanger and Shops</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">57,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Savannah/Hilton Head IAP</entry><entry rowsep="0" align="left" colname="column4">Consolidated Joint Air Dominance Hangar/Shops</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">24,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">24,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Missouri</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Rosecrans Memorial Airport</entry><entry rowsep="0" align="left" colname="column4">Câ€"130 Flight Simulator Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">9,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">9,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Puerto Rico</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Luis Munoz-Marin IAP</entry><entry rowsep="0" align="left" colname="column4">Communications Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Luis Munoz-Marin IAP</entry><entry rowsep="0" align="left" colname="column4">Maintenance Hangar</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">37,500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">36,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Wisconsin</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Truax Field</entry><entry rowsep="0" align="left" colname="column4">Fâ€"35 Simulator Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">14,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">14,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Truax

Field</entry><entry rowsep="0" align="left" colname="column4">Fighter Alert Shelters</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">20,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">20,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">31,471</entry><entry align="left" leader-modify="clr-ldr" colname="column9">31,471</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">Air NG</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Various Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">17,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">17,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Air National Guard Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>165,971</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>221,471</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Georgia</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Robins Air Force Base</entry><entry rowsep="0" align="left" colname="column4">Consolidated Misssion Complex Phase 3</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">43,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">43,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Maryland</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr"

colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Joint Base Andrews</entry><entry rowsep="0" align="left" colname="column4">AES Training Admin Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">15,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Minnesota</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Minneapolis-St.paul IAP</entry><entry rowsep="0" align="left" colname="column4">Aerial Port Facility</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">9,800</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">4,604</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,604</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">AF Res</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Unspecified Minor Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,146</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,146</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Military Construction, Air Force Reserve Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>59,750</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>84,550</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Germany</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Baumholder</entry><entry rowsep="0" align="left" colname="column4">Family Housing Improvements</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">29,983</entry><entry align="left" leader-modify="clr-ldr" colname="column9">29,983</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Korea</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Camp Humphreys</entry><entry rowsep="0" align="left" colname="column4">Family Housing New Construction Incr 4</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">83,167</entry><entry align="left" leader-modify="clr-ldr" colname="column9">83,167</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Pennsylvania</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Tobyhanna Army Depot</entry><entry rowsep="0" align="left" colname="column4">Family Housing Replacement Construction</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">19,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">19,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Family Housing P & D</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">9,222</entry><entry align="left" leader-modify="clr-ldr" colname="column9">14,222</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Construction, Army Total</bold></entry><entry

rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>141,372</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>146,372</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">24,027</entry><entry align="left" leader-modify="clr-ldr" colname="column9">24,027</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Housing Privitization Support</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">18,627</entry><entry align="left" leader-modify="clr-ldr" colname="column9">63,627</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">128,938</entry><entry align="left" leader-modify="clr-ldr" colname="column9">128,938</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">81,065</entry><entry align="left" leader-modify="clr-ldr" colname="column9">135,798</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Management</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">38,898</entry><entry align="left" leader-modify="clr-ldr" colname="column9">38,898</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Miscellaneous</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">484</entry><entry align="left" leader-modify="clr-ldr" colname="column9">484</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr"

colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Services</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">10,156</entry><entry align="left" leader-modify="clr-ldr" colname="column9">10,156</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Army</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">55712</entry><entry align="left" leader-modify="clr-ldr" colname="column9">55712</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Operation And Maintenance, Army Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>357,907</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>457,640</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Construction Improvements</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">41,798</entry><entry align="left" leader-modify="clr-ldr" colname="column9">41,798</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning & Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">3,863</entry><entry align="left" leader-modify="clr-ldr" colname="column9">3,863</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">USMC DPRI/Guam Planning and Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">2,000</entry><entry align="left" leader-modify="clr-ldr" colname="column9">2,000</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr"

colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Construction, Navy And Marine Corps Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>47,661</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>47,661</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">19,009</entry><entry align="left" leader-modify="clr-ldr" colname="column9">19,009</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Housing Privatization Support</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">21,975</entry><entry align="left" leader-modify="clr-ldr" colname="column9">81,575</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">64,126</entry><entry align="left" leader-modify="clr-ldr" colname="column9">64,126</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">82,611</entry><entry align="left" leader-modify="clr-ldr" colname="column9">137,344</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Management</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">50,122</entry><entry align="left" leader-modify="clr-ldr" colname="column9">50,122</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Miscellaneous</entry><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column5">151</entry><entry align="left" leader-modify="clr-ldr" colname="column9">151</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Services</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">16,647</entry><entry align="left" leader-modify="clr-ldr" colname="column9">16,647</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops Navy</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">63,229</entry><entry align="left" leader-modify="clr-ldr" colname="column9">63,229</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Operation And Maintenance, Navy And Marine Corps Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>317,870</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>432,203</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Germany</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Spangdahlem Air Base</entry><entry rowsep="0" align="left" colname="column4">Construct Deficit Military Family Housing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">53,584</entry><entry align="left" leader-modify="clr-ldr" colname="column9">53,584</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Construction Improvements</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">46,638</entry><entry align="left" leader-modify="clr-ldr" colname="column9">46,638</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Con AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Planning & Design</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">3,409</entry><entry align="left" leader-modify="clr-ldr" colname="column9">3,409</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Construction, Air Force Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>103,631</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>103,631</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">30,283</entry><entry align="left" leader-modify="clr-ldr" colname="column9">30,283</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Housing Privatization</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">22,593</entry><entry align="left" leader-modify="clr-ldr" colname="column9">53,793</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">15,768</entry><entry align="left" leader-modify="clr-ldr" colname="column9">15,768</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">117,704</entry><entry align="left" leader-modify="clr-ldr" colname="column9">172,437</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1"

leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Management</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">56,022</entry><entry align="left" leader-modify="clr-ldr" colname="column9">56,022</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Miscellaneous</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">2,144</entry><entry align="left" leader-modify="clr-ldr" colname="column9">2,144</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Services</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">7,770</entry><entry align="left" leader-modify="clr-ldr" colname="column9">7,770</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops AF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">42,732</entry><entry align="left" leader-modify="clr-ldr" colname="column9">42,732</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Operation And Maintenance, Air Force Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>295,016</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>380,949</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">82</entry><entry align="left" leader-modify="clr-ldr" colname="column9">82</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0"

align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Furnishings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">645</entry><entry align="left" leader-modify="clr-ldr" colname="column9">645</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">12,906</entry><entry align="left" leader-modify="clr-ldr" colname="column9">12,906</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Leasing</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">39,222</entry><entry align="left" leader-modify="clr-ldr" colname="column9">39,222</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Maintenance</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">32</entry><entry align="left" leader-modify="clr-ldr" colname="column9">32</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">13</entry><entry align="left" leader-modify="clr-ldr" colname="column9">13</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FH Ops DW</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Utilities</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">4,100</entry><entry align="left" leader-modify="clr-ldr" colname="column9">4,100</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Family Housing Operation And Maintenance, Defense-Wide Total </bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>57,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>57,000</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-

modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">FHIF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Administrative Expensesâ€"FHIF</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">3,045</entry><entry align="left" leader-modify="clr-ldr" colname="column9">3,045</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>DOD Family Housing Improvement Fund Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>3,045</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold><act-name>3,045</act-name></bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">UHIF</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Administrative Expensesâ€"UHIF</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">500</entry><entry align="left" leader-modify="clr-ldr" colname="column9">500</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Unaccompanied Housing Improvement Fund Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>500</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>500</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">BRAC</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified Locations</entry><entry rowsep="0" align="left" colname="column4">Base Realignment and Closure</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">66,111</entry><entry align="left" leader-modify="clr-ldr" colname="column9">94,111</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Base Realignment and Closureâ€"Army Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>66,111</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>94,111</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">BRAC</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Base Realignment & Closure</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">158,349</entry><entry align="left" leader-modify="clr-ldr" colname="column9">216,349</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Base Realignment and Closureâ€"Navy Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>158,349</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>216,349</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left"

leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Worldwide Unspecified</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">BRAC</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Unspecified Worldwide Locations</entry><entry rowsep="0" align="left" colname="column4">Dod BRAC Activitiesâ€"Air Force</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">54,066</entry><entry align="left" leader-modify="clr-ldr" colname="column9">82,066</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Base Realignment and Closureâ€"Air Force Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>54,066</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>82,066</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3">Prior Year Savings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1">PYS</entry><entry rowsep="0" align="left" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3">Prior Year Savings</entry><entry rowsep="0" align="left" colname="column4">Prior Year Savings</entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5">0</entry><entry align="left" leader-modify="clr-ldr" colname="column9">â€"64685</entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Prior Year Savings Total</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>0</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>â€"64,685</bold></entry></row>

<row><entry rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="1" leader-modify="clr-ldr" colname="column1"/><entry rowsep="0" align="left" entry-

modify="fl-hang-hier-2" leader-modify="clr-ldr" colname="column3"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column4"/><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"/><entry align="left" leader-modify="clr-ldr" colname="column9"/></row>

<row><entry namest="column1" nameend="column4" rowsep="0" align="left" stub-definition="txt-ldr" stub-hierarchy="4" leader-modify="force-ldr" colname="column1"><bold>Total, Military Construction</bold></entry><entry rowsep="0" align="left" leader-modify="clr-ldr" colname="column5"><bold>11,241,653</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column9"><bold>10,925,739</bold></entry></row></tbody></tgroup></table></section>

<section id="H2C37CDE9828C4FFEB15D3E42D82899BA"><enum>4602.</enum><header>Military construction for overseas contingency operations</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Military Construction for Overseas Contingency Operations" table-type="">

<tgroup bearoff="1" cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="8"><colspec coldef="txt-no-ldr-no-spread" colname="column1" colnum="0" colwidth="111pts" min-data-value="26"/><colspec coldef="txt-no-spread" colname="column3" colnum="2" colwidth="183pts" min-data-value="70"/><colspec coldef="txt" colname="column4" colnum="3" colwidth="240pts" min-data-value="80"/><colspec coldef="fig" colname="column5" colnum="4" colwidth="95pts" min-data-value="11"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column9" colnum="8" colwidth="92pts" min-data-value="11"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column9" namest="column1"><bold>SEC. 4602. MILITARY CONSTRUCTION FOR OVERSEAS CONTINGENCY OPERATIONS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Service</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3"><bold>State/Country and Installation</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>Project</bold></entry><entry align="center" colname="column5" morerows="0" namest="column5"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column9" morerows="0" namest="column9"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Guantanamo Bay, Cuba</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Guantanamo Bay Naval Station</entry><entry align="left" colname="column4" rowsep="0">OCO: Communications Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">22,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">22,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Guantanamo Bay Naval Station</entry><entry align="left" colname="column4" rowsep="0">OCO: Detention Legal Office and Comms Ctr</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">11,800</entry><entry align="left" colname="column9" leader-modify="clr-ldr">11,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left"

colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Guantanamo Bay Naval Station</entry><entry align="left" colname="column4" rowsep="0">OCO: High Value Detention Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">88,500</entry><entry align="left" colname="column9" leader-modify="clr-ldr">0</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Worldwide Unspecified</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI/OCO Planning and Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">19,498</entry><entry align="left" colname="column9" leader-modify="clr-ldr">19,498</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Bulk Fuel Storage</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">36,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">36,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Information Systems Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">6,200</entry><entry align="left" colname="column9" leader-modify="clr-ldr">6,200</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Minor Construction</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">5,220</entry><entry align="left" colname="column9" leader-modify="clr-ldr">5,220</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">Unspecified Worldwide Construction</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">9,200,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">0</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Various Worldwide Locations Europe</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">36,212</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military

Construction, Army Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">9,389,218</entry><entry align="left" colname="column9" leader-modify="clr-ldr">136,930</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Bahrain</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">SW Asia</entry><entry align="left" colname="column4" rowsep="0">Electrical System Upgrade</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">53,360</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Italy</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Sigonella</entry><entry align="left" colname="column4" rowsep="0">Communications Station</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">77,400</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Spain</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Rota</entry><entry align="left" colname="column4" rowsep="0">EDI: In-Transit Munitions Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">9,960</entry><entry align="left" colname="column9" leader-modify="clr-ldr">9,960</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Rota</entry><entry align="left" colname="column4" rowsep="0">EDI: Joint Mobility Center</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">46,840</entry><entry align="left" colname="column9" leader-modify="clr-ldr">46,840</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Rota</entry><entry align="left" colname="column4" rowsep="0">EDI: Small Craft Berthing Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">12,770</entry><entry align="left" colname="column9" leader-modify="clr-ldr">12,770</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Worldwide Unspecified</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">Planning and Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">25,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">25,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Various Worldwide Locations Europe</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">36,211</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military Construction, Navy Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">94,570</entry><entry align="left" colname="column9" leader-modify="clr-ldr">261,541</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Iceland</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Keflavik</entry><entry align="left" colname="column4" rowsep="0">EDI: Airfield Upgradesâ€"Dangerous Cargo Pad</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">18,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">18,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Keflavik</entry><entry align="left" colname="column4" rowsep="0">EDI: Beddown Site Prep</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">7,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">7,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Keflavik</entry><entry align="left" colname="column4" rowsep="0">EDI: Expand Parking Apron</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">32,000</entry><entry

align="left" colname="column9" leader-modify="clr-ldr">32,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Jordan</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Azraq</entry><entry align="left" colname="column4" rowsep="0">Air Traffic Control Tower</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">24,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Azraq</entry><entry align="left" colname="column4" rowsep="0">Munitions Storage Area</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">42,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Spain</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Moron</entry><entry align="left" colname="column4" rowsep="0">EDI: Hot Cargo Pad</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">8,500</entry><entry align="left" colname="column9" leader-modify="clr-ldr">8,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Worldwide Unspecified</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified</entry><entry align="left" colname="column4" rowsep="0">Planning & Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">60,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: ECAOS DABS/FEV EMEDS Storage</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">107,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">107,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Hot Cargo Pad</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">29,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">29,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Unspecified Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Munitions

Storage Area</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">39,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">39,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: Various Worldwide Locations Europe</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">36,211</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: P&D</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">61,438</entry><entry align="left" colname="column9" leader-modify="clr-ldr">61,438</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Various Worldwide Locations</entry><entry align="left" colname="column4" rowsep="0">EDI: UMMC</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">12,800</entry><entry align="left" colname="column9" leader-modify="clr-ldr">12,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military Construction, Air Force Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">314,738</entry><entry align="left" colname="column9" leader-modify="clr-ldr">476,949</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Germany</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Gemersheim</entry><entry align="left" colname="column4" rowsep="0">EDI: Logistics Distribution Center Annex</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">46,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">46,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military

Construction,Defense-Wide Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">46,000</entry><entry align="left" colname="column9" leader-modify="clr-ldr">46,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"><bold>Total, Military Construction</bold></entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"><bold>9,844,526</bold></entry><entry align="left" colname="column9" leader-modify="clr-ldr"><bold>921,420</bold></entry></row></tbody></tgroup></table></section>

<section id="H3AE3D0782A59443FAB5198AE36B514F2"><enum>4603.</enum><header>Military construction for emergency requirements</header>

<table align-to-level="section" colsep="1" frame="topbot" line-rules="hor-ver" rowsep="0" rule-weights="4.4.4.0.0.0" table-template-name="Military Construction for OCO for Base Requirements" table-type="">

<tgroup bearoff="1" cols="5" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.6.8" ttitle-size="8"><colspec coldef="txt-no-ldr-no-spread" colname="column1" colnum="0" colwidth="26pts" min-data-value="26"/><colspec coldef="txt-no-ldr-no-spread" colname="column3" colnum="2" colwidth="70pts" min-data-value="70"/><colspec coldef="txt" colname="column4" colnum="3" colwidth="138pts" min-data-value="80"/><colspec coldef="fig" colname="column5" colnum="4" colwidth="37pts" min-data-value="11"/><colspec align="char" char="]" charoff="0" coldef="fig" colname="column9" colnum="8" colwidth="37pts" min-data-value="11"/><thead>

<row><entry align="center" colname="column1" morerows="0" nameend="column9" namest="column1"><bold>SEC. 4603. MILITARY CONSTRUCTION FOR EMERGENCY REQUIREMENTS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry align="center" colname="column1" morerows="0" namest="column1"><bold>Service</bold></entry><entry align="center" colname="column3" morerows="0" namest="column3"><bold>State/Country and Installation</bold></entry><entry align="center" colname="column4" morerows="0" namest="column4"><bold>Project</bold></entry><entry align="center" colname="column5" morerows="0" namest="column5"><bold>FY 2020<linebreak/> Request</bold></entry><entry align="center" colname="column9" morerows="0" namest="column9"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">California</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Planning and Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">89,320</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Hanger 3 Replacement, Apron, Taxiway & Utilities for RDT&E</entry><entry align="left" colname="column5" leader-modify="clr-ldr"

rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">514,600</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Aircraft Parking Apron in Support of Hanger 2 Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">50,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Michelson Mission Systems Intergration Laboratory</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">202,340</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Magazines & Inert Storage Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">138,930</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Air Operations Facility & Air Traffic Control Tower</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">70,900</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Naval Air Weapons Station China Lake</entry><entry align="left" colname="column4" rowsep="0">Community Support Facilities</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">85,790</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">North Carolina</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">Courthouse Bay Fire Station Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">21,336</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">Hadnot Point Fire Station Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">21,931</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">Hadnot Point Mess Hall Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">66,023</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">II MEF Simulation/Training Center Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">74,487</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">LOGCOM CSP Warehouse Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">35,874</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">LSSS Facility Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">26,815</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">MC Advisor Battalion HQS Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">30,109</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">MCCSSS Log Ops School</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">179,617</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">MCES Applied Instruction Facility Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">95,599</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">NCIS Facilities Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">22,594</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">PMO Facility Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr"

rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">34,718</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">WTBN Headquarters Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">18,644</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS Cherry Point</entry><entry align="left" colname="column4" rowsep="0">Physical Security Compliance</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">52,300</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS Cherry Point</entry><entry align="left" colname="column4" rowsep="0">BTâ€"11 Range Operations Center Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">14,251</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS New River</entry><entry align="left" colname="column4" rowsep="0">Câ€"12W Aircraft Maintenance Hangar Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">36,295</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS New River</entry><entry align="left" colname="column4" rowsep="0">Bachelor Enlisted Quarters Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">62,104</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS New River</entry><entry align="left" colname="column4" rowsep="0">CNATT Classroom Building Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">114,706</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Navy</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">MCAS New River</entry><entry align="left" colname="column4" rowsep="0">CHâ€"53K Maintenance Hangar Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">252,717</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military Construction, Navy Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-

modify="clr-ldr">2,312,800</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Florida</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">325th Fighting Wing HQ Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">38,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Aerospace & Operational Physiology Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">12,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Aircraft MX Fuel Cell Hangar</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">37,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Aircraft Wash Rack</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">9,100</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Airfield Drainage</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">144,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Auxiliary Ground Equipment Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">22,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Chapel</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry

align="left" colname="column9" leader-modify="clr-ldr">26,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Community Commons Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">64,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Deployment Center/Flight Line Dining/AAFES</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">43,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Dorm Complex Phase 1</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">145,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Dorm Complex Phase 2</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">131,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Emergency Management, EOC, Alt CP</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">20,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Flightlineâ€"Muns Storage, 7000 Area</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">36,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Lodging Facilities Phase 1</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">90,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Lodging Facilities Phase 2</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">89,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force

Base</entry><entry align="left" colname="column4" rowsep="0">Operations Group/Maintenance Group HQ</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">24,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Ops/Aircraft Maintenance Unit/Hangar #2</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">74,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Ops/Aircraft Maintenance Unit/Hangar #3</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">75,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">OSS/Radar Approach Control Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">37,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Planning and Design</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">52,400</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Security Forces Mobility Storage Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">6,700</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Simulator Facility</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">38,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Site Development, Utilities & Demo Phase 2</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">141,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Small Arms Range</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">26,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Special Purpose Vehicle Maintenance</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">20,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Tyndall AFB Gate Complexes</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">75,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Tyndall Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Weapons Load Training Hangar</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">25,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Nebraska</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Emergency Power Microgrid</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">43,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Flightline Hangars Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">10,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Lake Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">6,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Logistics Readiness Squadron Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">18,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Offutt Air Force Base</entry><entry align="left" colname="column4" rowsep="0">Security Campus</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">63,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Virginia</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">AF</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Joint Base Langley-Eustis</entry><entry align="left" colname="column4" rowsep="0">Dormitory</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">31,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military Construction, Air Force Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">1,671,700</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">North Carolina</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">Ambulatory Care Center (Camp Geiger)</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">17,821</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">Ambulatory Care Center (Camp Johnson)</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">27,492</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Def-Wide</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Camp Lejeune</entry><entry align="left" colname="column4" rowsep="0">MARSOC ITC Team Facility Replacement</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">30,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military Construction, Defense-Wide Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">75,313</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Louisiana</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army NG</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Pineville</entry><entry align="left" colname="column4" rowsep="0">National Guard Readiness Center</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">16,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0">Nebraska</entry><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army NG</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Ashland</entry><entry align="left" colname="column4" rowsep="0">Training Site, Various Facilities</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">35,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1">Army NG</entry><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0">Ashland</entry><entry align="left" colname="column4" rowsep="0">Flood Control Levee/Floodwall</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">8,500</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4">Military Construction, Army National Guard Total</entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0">0</entry><entry align="left" colname="column9" leader-modify="clr-ldr">60,000</entry></row>

<row><entry align="left" colname="column1" leader-modify="clr-ldr" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"/><entry align="left" colname="column3" entry-modify="fl-hang-hier-2" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column4" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"/><entry align="left" colname="column9" leader-modify="clr-ldr"/></row>

<row><entry align="left" colname="column1" leader-modify="force-ldr" nameend="column4" namest="column1" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"><bold>Total, Military Construction</bold></entry><entry align="left" colname="column5" leader-modify="clr-ldr" rowsep="0"><bold>0</bold></entry><entry align="left" colname="column9" leader-modify="clr-ldr"><bold>4,119,813</bold></entry></row></tbody></tgroup></table></section></title>

<title id="H673D6CFED7F04A8BBF04B586E26A7BD8"><enum> XLVII</enum><header>DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H673D6CFED7F04A8BBF04B586E26A7BD8" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB4F0A731D3214A369C1E2ABFE783608B" level="section">Sec.â€,4701.â€,Department of Energy national security programs.</toc-entry> </toc>

<section id="HB4F0A731D3214A369C1E2ABFE783608B"><enum>4701.</enum><header>Department of Energy national security programs</header>

<table table-type="" table-template-name="Department of Energy National Security Programs" align-to-level="section" frame="topbot" colsep="1" rowsep="0" line-rules="hor-ver" rule-weights="4.4.4.0.0.0">

<tgroup cols="3" grid-typeface="1.1" rowsep="0" thead-tbody-ldg-size="6.7.9" ttitle-size="8" bearoff="2"><colspec coldef="txt" colname="column1" colnum="0" min-data-value="180" rowsep="0" colwidth="242pts"/><colspec coldef="fig" colname="column2" colnum="1" min-data-value="11" colwidth="39pts"/><colspec coldef="fig" colname="column5" colnum="5" min-data-value="11" colwidth="39pts" align="char" char="]" charoff="0"/><thead>

<row><entry namest="column1" nameend="column5" morerows="0" align="center" colname="column1"><bold>SEC. 4701. DEPARTMENT OF ENERGY NATIONAL SECURITY PROGRAMS<linebreak/>(In Thousands of Dollars)</bold></entry></row>

<row><entry namest="column1" morerows="0" align="center" colname="column1"><bold>Program</bold></entry><entry namest="column2" morerows="0" align="center" colname="column2"><bold>FY 2020<linebreak/> Request</bold></entry><entry namest="column5" morerows="0" align="center" colname="column5"><bold>Conference<linebreak/> Authorized</bold></entry></row></thead>

<tbody>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Discretionary Summary By Appropriation</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Energy And Water Development, And Related Agencies</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Appropriation Summary:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Energy Programs</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Nuclear Energy</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">137,808</entry><entry align="left" leader-modify="clr-ldr" colname="column5">137,808</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Atomic Energy Defense Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"><bold>National nuclear security administration:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Weapons activities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">12,408,603</entry><entry align="left" leader-modify="clr-ldr" colname="column5">12,444,780</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Defense nuclear nonproliferation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1,993,302</entry><entry align="left" leader-modify="clr-ldr" colname="column5">2,020,814</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Naval reactors</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1,648,396</entry><entry align="left" leader-modify="clr-ldr" colname="column5">1,633,396</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Federal salaries and expenses</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">434,699</entry><entry align="left" leader-modify="clr-ldr" colname="column5">434,699</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1"><bold>Total, National nuclear security administration</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>16,485,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>16,533,689</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"><bold>Environmental and other defense activities:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Defense environmental cleanup</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">5,506,501</entry><entry align="left" leader-modify="clr-ldr" colname="column5">5,527,732</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Other defense activities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1,035,339</entry><entry align="left" leader-modify="clr-ldr" colname="column5">885,839</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Defense nuclear waste disposal</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">26,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">0</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1"><bold>Total, Environmental & other defense

activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>6,567,840</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>6,413,571</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Atomic Energy Defense Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>23,052,840</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>22,947,260</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Discretionary Funding</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>23,190,648</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>23,085,068</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Nuclear Energy</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Idaho sitewide safeguards and security</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">137,808</entry><entry align="left" leader-modify="clr-ldr" colname="column5">137,808</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Nuclear Energy</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>137,808</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>137,808</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Weapons Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Directed stockpile work</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Life extension programs and major alterations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">B61â€"12 Life extension program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">792,611</entry><entry align="left" leader-modify="clr-ldr" colname="column5">792,611</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W76â€"2 Modification program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">10,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">10,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W88 Alt 370</entry><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2">304,186</entry><entry align="left" leader-modify="clr-ldr" colname="column5">304,186</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W80â€"4 Life extension program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">898,551</entry><entry align="left" leader-modify="clr-ldr" colname="column5">898,551</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W87â€"1 Modification Program (formerly IW1)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">112,011</entry><entry align="left" leader-modify="clr-ldr" colname="column5">112,011</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Life extension programs and major alterations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>2,117,359</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>2,117,359</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Stockpile systems</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">B61 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">71,232</entry><entry align="left" leader-modify="clr-ldr" colname="column5">71,232</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W76 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">89,804</entry><entry align="left" leader-modify="clr-ldr" colname="column5">89,804</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W78 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">81,299</entry><entry align="left" leader-modify="clr-ldr" colname="column5">81,299</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W80 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">85,811</entry><entry align="left" leader-modify="clr-ldr" colname="column5">85,811</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">B83 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">51,543</entry><entry align="left" leader-modify="clr-ldr" colname="column5">51,543</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W87 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">98,262</entry><entry align="left" leader-modify="clr-ldr" colname="column5">98,262</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">W88 Stockpile systems</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">157,815</entry><entry align="left" leader-modify="clr-ldr" colname="column5">157,815</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Stockpile systems</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>635,766</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>635,766</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"

colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Weapons dismantlement and disposition</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Operations and maintenance</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">47,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">47,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1" leader-modify="clr-ldr"><bold>Program increase</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Stockpile services</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Production support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">543,964</entry><entry align="left" leader-modify="clr-ldr" colname="column5">543,964</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Research and development support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">39,339</entry><entry align="left" leader-modify="clr-ldr" colname="column5">39,339</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">R&D certification and safety</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">236,235</entry><entry align="left" leader-modify="clr-ldr" colname="column5">236,235</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Management, technology, and production</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">305,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">305,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Stockpile services</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,124,538</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,124,538</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Strategic materials</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Uranium sustainment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">94,146</entry><entry align="left" leader-modify="clr-ldr" colname="column5">94,146</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Plutonium sustainment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">712,440</entry><entry align="left" leader-modify="clr-ldr" colname="column5">712,440</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Tritium sustainment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">269,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">269,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Lithium sustainment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">28,800</entry><entry align="left" leader-modify="clr-ldr" colname="column5">28,800</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Domestic uranium enrichment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">140,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">140,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Strategic materials sustainment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">256,808</entry><entry align="left" leader-modify="clr-ldr" colname="column5">256,808</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Strategic materials</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,501,194</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,501,194</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Directed stockpile work</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>5,426,357</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>5,426,357</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Research, development, test and evaluation (RDT&E)</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Science</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Advanced certification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">57,710</entry><entry align="left" leader-modify="clr-ldr" colname="column5">57,710</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Primary assessment technologies</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">95,169</entry><entry align="left" leader-modify="clr-ldr" colname="column5">95,169</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Dynamic materials properties</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">133,800</entry><entry align="left" leader-modify="clr-ldr" colname="column5">133,800</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Advanced radiography</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">32,544</entry><entry align="left" leader-modify="clr-

ldr" colname="column5">32,544</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Secondary assessment technologies</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">77,553</entry><entry align="left" leader-modify="clr-ldr" colname="column5">77,553</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Academic alliances and partnerships</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">44,625</entry><entry align="left" leader-modify="clr-ldr" colname="column5">44,625</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Enhanced Capabilities for Subcritical Experiments</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">145,160</entry><entry align="left" leader-modify="clr-ldr" colname="column5">145,160</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Science</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>586,561</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>586,561</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Engineering</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Enhanced surety</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">46,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">46,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Delivery Environments (formerly Weapons Systems Engineering Assessment Technology)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">35,945</entry><entry align="left" leader-modify="clr-ldr" colname="column5">35,945</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Nuclear survivability</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">53,932</entry><entry align="left" leader-modify="clr-ldr" colname="column5">53,932</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Enhanced surveillance</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">57,747</entry><entry align="left" leader-modify="clr-ldr" colname="column5">57,747</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Stockpile Responsiveness</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">39,830</entry><entry align="left" leader-modify="clr-ldr" colname="column5">80,630</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Program expansion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[40,800]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Engineering </bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>233,954</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>274,754</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3"

colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Inertial confinement fusion ignition and high yield</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Ignition and Other Stockpile Programs</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">55,649</entry><entry align="left" leader-modify="clr-ldr" colname="column5">55,649</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Diagnostics, cryogenics and experimental support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">66,128</entry><entry align="left" leader-modify="clr-ldr" colname="column5">66,128</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Pulsed power inertial confinement fusion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">8,571</entry><entry align="left" leader-modify="clr-ldr" colname="column5">8,571</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Joint program in high energy density laboratory plasmas</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">12,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">12,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Facility operations and target production</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">338,247</entry><entry align="left" leader-modify="clr-ldr" colname="column5">343,247</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[5,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Inertial confinement fusion and high yield</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>480,595</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>485,595</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Advanced simulation and computing</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Advanced simulation and computing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">789,849</entry><entry align="left" leader-modify="clr-ldr" colname="column5">789,849</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">18â€"Dâ€"620, Exascale Computing Facility Modernization Project, LLNL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">50,000</entry><entry align="left" leader-modify="clr-ldr"

colname="column5">50,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>50,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>50,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Advanced simulation and computing</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>839,849</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>839,849</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Advanced manufacturing</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Additive manufacturing</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">18,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">18,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Component manufacturing development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">48,410</entry><entry align="left" leader-modify="clr-ldr" colname="column5">52,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">UFR listâ€"technology maturation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[3,590]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Process technology development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">69,998</entry><entry align="left" leader-modify="clr-ldr" colname="column5">69,998</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Advanced manufacturing</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>136,908</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>140,498</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, RDT&E</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>2,277,867</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>2,327,257</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Infrastructure and operations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Operations of facilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">905,000</entry><entry align="left"

leader-modify="clr-ldr" colname="column5">905,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Safety and environmental operations</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">119,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">119,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Maintenance and repair of facilities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">456,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">456,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Recapitalization:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Infrastructure and safety</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">447,657</entry><entry align="left" leader-modify="clr-ldr" colname="column5">447,657</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Capability based investments</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">135,341</entry><entry align="left" leader-modify="clr-ldr" colname="column5">135,341</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Recapitalization</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>582,998</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>582,998</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">19â€"Dâ€"670, 138kV Power Transmission System Replacement, NNSS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">6,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">6,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">18â€"Dâ€"690, Lithium Processing Facility, Yâ€"12 (formerly Lithium Production Capability, Yâ€"12)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">32,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">32,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">18â€"Dâ€"650, Tritium Finishing Facility, SRS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">27,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">27,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">17â€"Dâ€"640, U1a Complex Enhancements Project, NNSS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">35,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">35,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">15â€"Dâ€"612, Emergency Operations Center, LLNL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">5,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">5,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"

colname="column1">15â€"Dâ€"611, Emergency Operations Center, SNL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">4,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">4,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">15â€"Dâ€"301, HE Science & Engineering Facility, PX</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">123,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">123,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">06â€"Dâ€"141 Uranium processing facility Yâ€"12, Oak Ridge, TN</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">745,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">745,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">04â€"Dâ€"125, Chemistry and Metallurgy Research Replacement Project, LANL</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">168,444</entry><entry align="left" leader-modify="clr-ldr" colname="column5">168,444</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,145,444</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,145,444</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Infrastructure and operations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>3,208,442</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>3,208,442</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Secure transportation asset</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Operations and equipment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">209,502</entry><entry align="left" leader-modify="clr-ldr" colname="column5">209,502</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">107,660</entry><entry align="left" leader-modify="clr-ldr" colname="column5">107,660</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Secure transportation asset</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>317,162</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>317,162</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Defense nuclear security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Operations and maintenance</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">778,213</entry><entry align="left" leader-modify="clr-ldr" colname="column5">765,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Excess to need</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"13,213]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Defense nuclear security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>778,213</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>765,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Information technology and cybersecurity</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">309,362</entry><entry align="left" leader-modify="clr-ldr" colname="column5">309,362</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Legacy contractor pensions</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">91,200</entry><entry align="left" leader-modify="clr-ldr" colname="column5">91,200</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Weapons Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>12,408,603</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>12,444,780</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Defense Nuclear Nonproliferation</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Defense Nuclear Nonproliferation Programs</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Global material security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4"

colname="column1">International nuclear security</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">48,839</entry><entry align="left" leader-modify="clr-ldr" colname="column5">48,839</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Domestic radiological security</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">90,513</entry><entry align="left" leader-modify="clr-ldr" colname="column5">90,513</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">International radiological security</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">60,827</entry><entry align="left" leader-modify="clr-ldr" colname="column5">78,907</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Secure additional radiologic materials</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[18,080]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Nuclear smuggling detection and deterrence</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">142,171</entry><entry align="left" leader-modify="clr-ldr" colname="column5">142,171</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Global material security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>342,350</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>360,430</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Material management and minimization</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">HEU reactor conversion</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">114,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">99,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"15,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Nuclear material removal</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">32,925</entry><entry align="left" leader-modify="clr-ldr" colname="column5">32,925</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Material disposition</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">186,608</entry><entry align="left" leader-modify="clr-ldr" colname="column5">186,608</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Material management & minimization</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>333,533</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>318,533</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Nonproliferation and arms control</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">137,267</entry><entry align="left" leader-modify="clr-ldr" colname="column5">137,267</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Defense nuclear nonproliferation R&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">495,357</entry><entry align="left" leader-modify="clr-ldr" colname="column5">499,789</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Additional verification and detection effort</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[4,432]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Nonproliferation Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">18â€"Dâ€"150 Surplus Plutonium Disposition Project</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">79,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">79,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">99â€"Dâ€"143 Mixed Oxide (MOX) Fuel Fabrication Facility, SRS</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">220,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">220,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Low-enriched uranium research and development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0</entry><entry align="left" leader-modify="clr-ldr" colname="column5">20,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[20,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Nonproliferation construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>299,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>299,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Defense Nuclear Nonproliferation Programs</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,607,507</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,635,019</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Legacy contractor pensions</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">13,700</entry><entry align="left" leader-modify="clr-ldr" colname="column5">13,700</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Nuclear counterterrorism and incident response program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">372,095</entry><entry align="left" leader-modify="clr-ldr" colname="column5">372,095</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">DPRK phased denuclearization long-term monitoring and

verification</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0</entry><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Defense Nuclear Nonproliferation</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,993,302</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>2,020,814</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold/></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold/></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold/></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Naval Reactors</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Naval reactors development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">531,205</entry><entry align="left" leader-modify="clr-ldr" colname="column5">516,205</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Unjustified growth</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"15,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Columbia-Class reactor systems development</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">75,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">75,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">S8G Prototype refueling</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">155,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">155,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Naval reactors operations and infrastructure</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">553,591</entry><entry align="left" leader-modify="clr-ldr" colname="column5">553,591</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">20-Dâ€"931, KL Fuel Development Laboratory</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">23,700</entry><entry align="left" leader-modify="clr-ldr" colname="column5">23,700</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">19â€"Dâ€"930, KS Overhead Piping</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">20,900</entry><entry align="left" leader-modify="clr-ldr" colname="column5">20,900</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">14â€"Dâ€"901 Spent fuel handling recapitalization project, NRF</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">238,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">238,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>282,600</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>282,600</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">50,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">50,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Naval Reactors</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,648,396</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,633,396</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Federal Salaries And Expenses</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">434,699</entry><entry align="left" leader-modify="clr-ldr" colname="column5">434,699</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Office Of The Administrator</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>434,699</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>434,699</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Defense Environmental Cleanup</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Closure sites:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Closure sites administration</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">4,987</entry><entry align="left" leader-modify="clr-ldr" colname="column5">4,987</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1"

colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Richland:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">River corridor and other cleanup operations</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">139,750</entry><entry align="left" leader-modify="clr-ldr" colname="column5">139,750</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Central plateau remediation</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">472,949</entry><entry align="left" leader-modify="clr-ldr" colname="column5">522,949</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[50,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Richland community and regulatory support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">5,121</entry><entry align="left" leader-modify="clr-ldr" colname="column5">5,121</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">18â€"Dâ€"404 WESF Modifications and Capsule Storage</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">11,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">11,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>11,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>11,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Hanford site</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>628,820</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>678,820</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Office of River Protection:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Waste Treatment Immobilization Plant Commissioning</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">15,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">15,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Rad liquid tank waste stabilization and disposition</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">677,460</entry><entry align="left" leader-modify="clr-ldr" colname="column5">705,460</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Program increase</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[28,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">18â€"Dâ€"16 Waste treatment and immobilization plantâ€"LBL/Direct feed LAW</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">640,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">640,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">01â€"Dâ€"16 D, High-level waste facility</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">30,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">25,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"5,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">01â€"Dâ€"16 Eâ€"Pretreatment Facility</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">20,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">15,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"5,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>690,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>680,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">ORP Low-level waste offsite disposal</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">10,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">10,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Office of River Protection</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,392,460</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,410,460</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Idaho National Laboratory:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Idaho cleanup and waste disposition</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">331,354</entry><entry align="left" leader-modify="clr-ldr" colname="column5">331,354</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Idaho community and regulatory support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">3,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">3,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Idaho National Laboratory</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>334,854</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>334,854</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>NNSA sites and Nevada off-sites</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Lawrence Livermore National Laboratory</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">1,727</entry><entry align="left" leader-modify="clr-ldr" colname="column5">1,727</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">LLNL Excess facilities D&D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">128,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">55,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"73,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Nuclear facility D & D</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Separations Process Research Unit</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">15,300</entry><entry align="left" leader-modify="clr-ldr" colname="column5">15,300</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Nevada</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">60,737</entry><entry align="left" leader-modify="clr-ldr" colname="column5">60,737</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Sandia National Laboratories</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">2,652</entry><entry align="left" leader-modify="clr-ldr" colname="column5">2,652</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Los Alamos National Laboratory</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">195,462</entry><entry align="left" leader-modify="clr-ldr" colname="column5">195,462</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, NNSA sites and Nevada off-sites</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>403,878</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>330,878</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Oak Ridge Reservation:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">OR Nuclear facility D & D</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">93,693</entry><entry align="left" leader-modify="clr-ldr" colname="column5">93,693</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, OR Nuclear facility D & D</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>93,693</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>93,693</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">U233 Disposition Program</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">45,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">45,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>OR cleanup and waste disposition</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">OR cleanup and disposition</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">82,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">82,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">17â€"Dâ€"401 On-site waste disposal facility</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">15,269</entry><entry align="left" leader-modify="clr-ldr" colname="column5">10,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="6" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"5,269]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">14â€"Dâ€"403 Outfall 200 Mercury Treatment Facility</entry><entry

align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">49,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">49,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>64,269</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>59,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, OR cleanup and waste disposition</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>146,269</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>141,000</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">OR community & regulatory support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">4,819</entry><entry align="left" leader-modify="clr-ldr" colname="column5">4,819</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">OR technology development and deployment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">3,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">3,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Oak Ridge Reservation</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>292,781</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>287,512</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Savannah River Sites:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Savannah River risk management operations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Savannah River risk management operations</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">490,613</entry><entry align="left" leader-modify="clr-ldr" colname="column5">515,613</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">18â€"Dâ€"402, Emergency Operations Center</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">6,792</entry><entry align="left" leader-modify="clr-ldr" colname="column5">6,792</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, risk management operations</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0"

colname="column2"><bold>497,405</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>522,405</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">SR community and regulatory support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">4,749</entry><entry align="left" leader-modify="clr-ldr" colname="column5">11,249</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Radioactive liquid tank waste stabilization and disposition</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">797,706</entry><entry align="left" leader-modify="clr-ldr" colname="column5">797,706</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">20-Dâ€"402 Advanced Manufacturing Collaborative Facility (AMC)</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">50,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">50,000</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">20-Dâ€"401 Saltstone Disposal Unit #10, 11, 12</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">19â€"Dâ€"701 SR Security sytem replacement</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0</entry><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">18â€"Dâ€"402 Saltstone Disposal Unit #8/9</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">51,750</entry><entry align="left" leader-modify="clr-ldr" colname="column5">51,750</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">17â€"Dâ€"402 Saltstone Disposal Unit #7</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">40,034</entry><entry align="left" leader-modify="clr-ldr" colname="column5">40,034</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="5" colname="column1">05â€"Dâ€"405 Salt waste processing facility, Savannah River Site</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">20,988</entry><entry align="left" leader-modify="clr-ldr" colname="column5">20,988</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>163,272</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>163,272</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Savannah River site</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,463,132</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>1,494,632</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr"

colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Waste Isolation Pilot Plant</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Waste Isolation Pilot Plant</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">299,088</entry><entry align="left" leader-modify="clr-ldr" colname="column5">299,088</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1" leader-modify="clr-ldr"><bold>Construction:</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">15â€"Dâ€"411 Safety significant confinement ventilation system, WIPP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">58,054</entry><entry align="left" leader-modify="clr-ldr" colname="column5">58,054</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">15â€"Dâ€"412 Exhaust shaft, WIPP</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">34,500</entry><entry align="left" leader-modify="clr-ldr" colname="column5">34,500</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1"><bold>Total, Construction</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>92,554</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>92,554</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Waste Isolation Pilot Plant</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>391,642</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>391,642</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">278,908</entry><entry align="left" leader-modify="clr-ldr" colname="column5">278,908</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Program support</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">12,979</entry><entry align="left" leader-modify="clr-ldr" colname="column5">12,979</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Safeguards and Security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Safeguards and Security</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">317,622</entry><entry align="left" leader-modify="clr-ldr" colname="column5">317,622</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Safeguards and Security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>317,622</bold></entry><entry align="left" leader-modify="clr-

ldr" colname="column5"><bold>317,622</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Use of prior year balances</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">â€"15,562</entry><entry align="left" leader-modify="clr-ldr" colname="column5">â€"15,562</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Defense Environmental Cleanup</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>5,506,501</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>5,527,732</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Other Defense Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Environment, health, safety and security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Environment, health, safety and security</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">139,628</entry><entry align="left" leader-modify="clr-ldr" colname="column5">139,628</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">72,881</entry><entry align="left" leader-modify="clr-ldr" colname="column5">72,881</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Environment, Health, Safety and Security</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>212,509</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>212,509</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Independent enterprise assessments</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Independent enterprise assessments</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">24,068</entry><entry align="left" leader-modify="clr-ldr" colname="column5">24,068</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">57,211</entry><entry align="left" leader-modify="clr-ldr" colname="column5">54,711</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Non-defense function realignment</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"2,500]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Independent enterprise assessments</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>81,279</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>78,779</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Specialized security activities</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">254,578</entry><entry align="left" leader-modify="clr-ldr" colname="column5">254,578</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Office of Legacy Management</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Legacy management</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">283,767</entry><entry align="left" leader-modify="clr-ldr" colname="column5">142,767</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"141,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Program direction</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">19,262</entry><entry align="left" leader-modify="clr-ldr" colname="column5">19,262</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Office of Legacy Management</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>303,029</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>162,029</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"><bold>Defense related administrative support</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Chief financial officer</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">54,538</entry><entry align="left" leader-modify="clr-ldr" colname="column5">54,538</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Chief information officer</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">124,554</entry><entry align="left" leader-modify="clr-ldr" colname="column5">118,554</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="4" colname="column1">Program decrease</entry><entry align="left" leader-modify="clr-ldr"

rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"6,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1"><bold>Total, Defense related administrative support</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>179,092</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>173,092</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Office of Hearings and Appeals</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">4,852</entry><entry align="left" leader-modify="clr-ldr" colname="column5">4,852</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Subtotal, Other Defense Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,035,339</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>885,839</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Other Defense Activities</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>1,035,339</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>885,839</bold></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold/></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold/></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold/></entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"/><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1" leader-modify="clr-ldr"><bold>Defense Nuclear Waste Disposal</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"/><entry align="left" leader-modify="clr-ldr" colname="column5"/></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="2" colname="column1">Yucca Mountain and interim storage</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">26,000</entry><entry align="left" leader-modify="clr-ldr" colname="column5">0</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="3" colname="column1">Program cut</entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2">0</entry><entry align="left" leader-modify="clr-ldr" colname="column5">[â€"26,000]</entry></row>

<row><entry align="left" rowsep="0" stub-definition="txt-ldr" stub-hierarchy="1" colname="column1"><bold>Total, Defense Nuclear Waste Disposal</bold></entry><entry align="left" leader-modify="clr-ldr" rowsep="0" colname="column2"><bold>26,000</bold></entry><entry align="left" leader-modify="clr-ldr" colname="column5"><bold>0</bold></entry></row></tbody></tgroup></table></section></title></division>

<division id="HB8DCCA768CBE454BA5A9F92E578BAD87" style="OLC"><enum>E</enum><header>Intelligence authorizations for fiscal years 2018, 2019, and 2020</header>

<section id="H7FE0C908254F4AC480D7F349998E9E27" section-type="section-one"><enum>5001.</enum><header>Short title</header><text display-inline="no-display-

inline">This division may be cited as the <quote><short-title>Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020</short-title></quote>.</text></section>

<section id="H3436A847759C4EE59673A17F72FDE1B8"><enum>5002.</enum><header>Subdivisions and table of contents</header>

<subsection id="H9BAE2AC298E2401B9062FE8165BCEA1C"><enum>(a)</enum><header>Divisions</header><text> This division is organized into two subdivisions as follows:</text>

<paragraph id="HEA6B066D95B74B748DACC86F7A08C602"><enum>(1)</enum><text>Subdivision 1â€"Intelligence Authorizations for Fiscal Year 2020.</text></paragraph>

<paragraph id="H4FB5AEEA45BA4280928AD31DA0F688F8"><enum>(2)</enum><text display-inline="yes-display-inline">Subdivision 2â€"Intelligence Authorizations for Fiscal Years 2018 and 2019.</text></paragraph></subsection>

<subsection id="H756ABDAE2C794B1F94DFC162538EA187"><enum>(b)</enum><header>Table of contents</header><text display-inline="yes-display-inline">The table of contents for this division is as follows:</text>

<toc container-level="legis-body-container" quoted-block="no-quoted-block" lowest-level="section" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HB8DCCA768CBE454BA5A9F92E578BAD87" level="division">Division Eâ€"Intelligence authorizations for fiscal years 2018, 2019, and 2020</toc-entry>

<toc-entry idref="H7FE0C908254F4AC480D7F349998E9E27" level="section">Sec.â€‚5001.â€‚Short title.</toc-entry>

<toc-entry idref="H3436A847759C4EE59673A17F72FDE1B8" level="section">Sec.â€‚5002.â€‚Subdivisions and table of contents.</toc-entry>

<toc-entry idref="HB2DC41A832154EE4B873C9242CBEAD46" level="section">Sec.â€‚5003.â€‚Definitions.</toc-entry>

<toc-entry idref="HA0F8886D715E452B9075804935B8DF60" level="subdivision">Subdivision 1â€"Intelligence authorizations for fiscal year 2020</toc-entry>

<toc-entry idref="H92834765015F4CA6833813B30F7FE1F1" level="section">Sec.â€‚5100.â€‚Table of contents.</toc-entry>

<toc-entry idref="HD058FB935EF849A781B41996A479F276" level="title">Title LIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H9A9B5E5D2E394384AC600D1C192492B4" level="section">Sec.â€‚5101.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H7038E2A7F9CF4BCFA0CF7E9E838960B5" level="section">Sec.â€‚5102.â€‚Classified schedule of authorizations.</toc-entry>

<toc-entry idref="H4DCD0CDCC40C4F1ABB4D0294409F17AC" level="section">Sec.â€‚5103.â€‚Intelligence community management account.</toc-entry>

<toc-entry idref="H2B2A2C9DA5B249C8ABA3227307254249" level="title">Title LIIâ€"Central intelligence agency retirement and disability system</toc-entry>

<toc-entry idref="HE0474AF12B1F49C2A14F01820240FA04" level="section">Sec.â€‚5201.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H3F50D0F236064CF48C144250D855B808" level="title">Title LIIIâ€"Intelligence community matters</toc-entry>

<toc-entry idref="HBA8F8E346BF941A280BC80EC4DB52571" level="subtitle">Subtitle Aâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H958AA3D00124431EBBFE937CE8541296" level="section">Sec.â€‚5301.â€‚Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="H45DEA937923843DC8E44091CBEA3D7CA"

level="section">Sec.â€,5302.â€,Increase in employee compensation and benefits authorized by law.</toc-entry>

<toc-entry idref="H85AB0ACC72E242FEABAD2BD07C7D3CBE" level="section">Sec.â€,5303.â€,Expansion of scope of protections for identities of covert agents.</toc-entry>

<toc-entry idref="HEC8030F911774244A1DEA8A64AD1F358" level="section">Sec.â€,5304.â€,Required counterintelligence assessments, briefings, notifications, and reports.</toc-entry>

<toc-entry idref="HABD6D01F4DAE4BF483C8718EE051A646" level="section">Sec.â€,5305.â€,Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.</toc-entry>

<toc-entry idref="H406EC3F0B5AA4A46B30C97A4A75671E9" level="section">Sec.â€,5306.â€,Intelligence community public-private talent exchange.</toc-entry>

<toc-entry idref="H6391EACD1430473785468E3B489A8F57" level="section">Sec.â€,5307.â€,Assessment of contracting practices to identify certain security and counterintelligence concerns.</toc-entry>

<toc-entry idref="H647E8F87256144D9A667881FBF4C7E46" level="subtitle">Subtitle Bâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="H1608D7B42BAF4DBB845E1C3EF5EC80BC" level="section">Sec.â€,5321.â€,Establishment of Climate Security Advisory Council.</toc-entry>

<toc-entry idref="H21B33AC9B7F745D98C43BA10B3543FF3" level="section">Sec.â€,5322.â€,Foreign Malign Influence Response Center.</toc-entry>

<toc-entry idref="HC25424E8D5514C2B93B7117A5E39EDE1" level="section">Sec.â€,5323.â€,Encouragement of cooperative actions to detect and counter foreign influence operations.</toc-entry>

<toc-entry idref="H1E6EF6D24563496DB5F4A0D05FD60360" level="section">Sec.â€,5324.â€,Transfer of National Intelligence University to the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC3B67608FB7648299F442FF572629969" level="subtitle">Subtitle Câ€"Inspector General of the Intelligence Community</toc-entry>

<toc-entry idref="HEFCD83129CFD419EABC8398C199C455C" level="section">Sec.â€,5331.â€,Definitions.</toc-entry>

<toc-entry idref="HEAEFD8763F894527888D6AE19A9D9500" level="section">Sec.â€,5332.â€,Inspector General external review panel.</toc-entry>

<toc-entry idref="H814045AA8750430E8616D445A8245DEF" level="section">Sec.â€,5333.â€,Harmonization of whistleblower processes and procedures.</toc-entry>

<toc-entry idref="HD5B5B981A3194CF498D8DF0257C0C299" level="section">Sec.â€,5334.â€,Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="H6060BF867C9C432AA2911B4AEB668D3F" level="section">Sec.â€,5335.â€,Report on cleared whistleblower attorneys.</toc-entry>

<toc-entry idref="HB73E1AB5EBBA48D399F6FC41C7AF7B29" level="subtitle">Subtitle Dâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="H3F8158894A2B4F8EB8DF7CCCA065C682" level="section">Sec.â€,5341.â€,Clarification of certain authority of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H0630CFC8136247158B3446BB86FAE07B" level="title">Title LIVâ€"Security clearances</toc-entry>

<toc-entry idref="HDC16D81968F146FBB7BC7DFB379CD295" level="section">Sec.â€,5401.â€,Improving visibility into the security clearance

process.</toc-entry>

<toc-entry idref="H793AA16146154AB18D9D846751D6262E" level="section">Sec.â€‚5402.â€‚Making certain policies and execution plans relating to personnel clearances available to industry partners.</toc-entry>

<toc-entry idref="HB24532E7193E493CB985C5BF7EA6CE86" level="title">Title LVâ€"Matters relating to foreign countries</toc-entry>

<toc-entry idref="H8A63699D5B0D4C7BAC086549C4E6CE8F" level="subtitle">Subtitle Aâ€"Matters relating to Russia</toc-entry>

<toc-entry idref="H318C9766AA6A42EF90C8D3C81F4BE769" level="section">Sec.â€‚5501.â€‚Annual reports on influence operations and campaigns in the United States by the Russian Federation.</toc-entry>

<toc-entry idref="HB4636101AF834D19AE3443BE468E48B2" level="section">Sec.â€‚5502.â€‚Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.</toc-entry>

<toc-entry idref="HB23ABE4421FC4E2680C185094FC1821F" level="section">Sec.â€‚5503.â€‚Assessments of intentions of political leadership of the Russian Federation.</toc-entry>

<toc-entry idref="H7DE43AE89F4D43678630C3BFBA479CA6" level="subtitle">Subtitle Bâ€"Matters relating to China</toc-entry>

<toc-entry idref="H71501824B055421D895BBD45AD4F2077" level="section">Sec.â€‚5511.â€‚Annual reports on influence operations and campaigns in the United States by the Communist Party of China.</toc-entry>

<toc-entry idref="H29AB6741EC584A739471044154F8C431" level="section">Sec.â€‚5512.â€‚Report on repression of ethnic Muslim minorities in the Xinjiang region of the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="HBAE689C6E88E475ABCB7FEB8017C9E4A" level="section">Sec.â€‚5513.â€‚Report on efforts by Peopleâ€™s Republic of China to influence election in Taiwan.</toc-entry>

<toc-entry idref="H32C9FB0317DF41BE84B01539012BB83D" level="subtitle">Subtitle Câ€"Matters relating to other countries</toc-entry>

<toc-entry idref="H2E12AF03DB4C49E68AC5524DBF8E4206" level="section">Sec.â€‚5521.â€‚Sense of Congress and report on Iranian efforts in Syria and Lebanon.</toc-entry>

<toc-entry idref="H705E37E324ED48E0B410EF66C50350D7" level="section">Sec.â€‚5522.â€‚Assessments regarding the Northern Triangle and Mexico.</toc-entry>

<toc-entry idref="HF16FB199216543BFB4365469179023B0" level="title">Title LVIâ€"Federal Efforts Against Domestic Terrorism</toc-entry>

<toc-entry idref="H3D1AACD2DD794691AFED056732E77239" level="section">Sec.â€‚5601.â€‚Definitions.</toc-entry>

<toc-entry idref="HC342F13818FA43B3BD6D778BB5FF9F47" level="section">Sec.â€‚5602.â€‚Strategic intelligence assessment of and reports on domestic terrorism.</toc-entry>

<toc-entry idref="H5D7CCBEC94AE4A509E379C6F1E194B59" level="title">Title LVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="HCD6A9D1363444EC68A3DAA28BBCF268E" level="subtitle">Subtitle Aâ€"Reports and briefings</toc-entry>

<toc-entry idref="H94EBFC9EA2194684BC3A651994AD30E6" level="section">Sec.â€‚5701. â€‚Modification of requirements for submission to Congress of certain reports.</toc-entry>

<toc-entry idref="HB7AE6ABD05CF4508835672EACE3F79CE" level="section">Sec.â€‚5702.â€‚Increased transparency regarding counterterrorism budget of the United States.</toc-entry>

<toc-entry idref="H60411C9A885D4105BFAC86F89DA4B6A2" level="section">Sec.â€,5703.â€,Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.</toc-entry>

<toc-entry idref="HD254CD7BB1154776A14778C24A593FD4" level="section">Sec.â€,5704.â€,Collection, analysis, and dissemination of workforce data.</toc-entry>

<toc-entry idref="H160CF69B17BC4643BD40B1B324E6A5AF" level="section">Sec.â€,5705.â€,Plan for strengthening the supply chain intelligence function.</toc-entry>

<toc-entry idref="HB0BDC7BEA97941A4BD952246C6B82995" level="section">Sec.â€,5706.â€,Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.</toc-entry>

<toc-entry idref="HCEAE4BB82B1447D19B490EAD1F5A6407" level="section">Sec.â€,5707.â€,Report by Director of National Intelligence on fifth-generation wireless network technology.</toc-entry>

<toc-entry idref="HE9E2F5359D814C1387A3F3189394A387" level="section">Sec.â€,5708.â€,Report on use by intelligence community of facial recognition technology.</toc-entry>

<toc-entry idref="H9F8E94711F714EE2AE22A519D05526A0" level="section">Sec.â€,5709.â€,Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.</toc-entry>

<toc-entry idref="H9AC5392694954CD48F9E545E6CD39888" level="section">Sec.â€,5710.â€,Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.</toc-entry>

<toc-entry idref="HC79C1226FCA54061BD29B5ECC9DF6B74" level="section">Sec.â€,5711.â€,Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning.</toc-entry>

<toc-entry idref="HDDEAB4A04A9545D8ADD7D59F3B788D20" level="section">Sec.â€,5712.â€,Report on best practices to protect privacy and civil liberties of Chinese Americans.</toc-entry>

<toc-entry idref="H3BE8E815174B4FBB806EE7CC4B0F2EC1" level="section">Sec.â€,5713.â€,Oversight of foreign influence in academia.</toc-entry>

<toc-entry idref="H001399F5F99C41B7AB228CD8DDC60DBF" level="section">Sec.â€,5714.â€,Report on death of Jamal Khashoggi.</toc-entry>

<toc-entry idref="HD37D333FA299428EA112499A43AA3239" level="section">Sec.â€,5715.â€,Report on terrorist screening database.</toc-entry>

<toc-entry idref="H811891E93D414595BD2AE7D8F2A62E1F" level="section">Sec.â€,5716.â€,Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.</toc-entry>

<toc-entry idref="H4E200CCEF0A14F7B90D83CE282F8812B" level="section">Sec.â€,5717.â€,Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.</toc-entry>

<toc-entry idref="H86C52FFAD9734447B91D20638AEF5BE5" level="section">Sec.â€,5718.â€,Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.</toc-entry>

<toc-entry idref="H8EB3543C9CBA49B99D57FDF3FB2B661E" level="subtitle">Subtitle Bâ€"Other matters</toc-entry>

<toc-entry idref="HB50DC87075D048EE9FD0E450C82C5838" level="section">Sec.â€,5721.â€,Whistleblower disclosures to Congress and committees of Congress.</toc-entry>

<toc-entry idref="H8FD86B1167AF4F72829D43115AE34B5E" level="section">Sec.â€,5722.â€,Task force on illicit financing of espionage and foreign

influence operations.</toc-entry>

<toc-entry idref="H70DB963E967243ABA39DAB65724DF09B" level="section">Sec.â€,5723.â€,Establishment of fifth-generation technology prize competition.</toc-entry>

<toc-entry idref="H9316BE87718645CE878A96BEBD26BD8F" level="section">Sec.â€,5724.â€,Establishment of deepfakes prize competition.</toc-entry>

<toc-entry idref="HFC66A95E52444AD09F018610047A74EA" level="section">Sec.â€,5725.â€,Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.</toc-entry>

<toc-entry idref="H5044E2E9A2F8404B893C7FB08E8BE225" level="section">Sec.â€,5726.â€,Securing energy infrastructure.</toc-entry>

<toc-entry idref="H3C9F44B606494BE18C3B6E4144C172BA" level="subdivision">Subdivision 2â€"Intelligence authorizations for fiscal years 2018 and 2019</toc-entry>

<toc-entry idref="HA4C32C81984349F585D28F573092EAAD" level="section">Sec.â€,6100.â€,Table of contents.</toc-entry>

<toc-entry idref="HF471018E95D3451987F39634ADF98103" level="title">Title LXIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H93D0B8DDD8444DD392F9EAF4F1EB9F91" level="section">Sec.â€,6101.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H9CCA382A40BE4E1EB57EBFEC69766EE5" level="section">Sec.â€,6102.â€,Intelligence Community Management Account.</toc-entry>

<toc-entry idref="H1941F3384F68499AAD3C530AB82FA799" level="title">Title LXIIâ€"Central Intelligence Agency Retirement and Disability System</toc-entry>

<toc-entry idref="HE0048FE5CF154E14B72973608CF41B84" level="section">Sec.â€,6201.â€,Authorization of appropriations.</toc-entry>

<toc-entry idref="H01EFBADEE15242C787248855107883A7" level="section">Sec.â€,6202.â€,Computation of annuities for employees of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H26A8ADF05E8C4AC18D535ABC8908990E" level="title">Title LXIIIâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H387D04E5B9BC45AC87A21A2D7A1D40A7" level="section">Sec.â€,6301.â€,Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="HBB4201AD2D80471B850C9B5477533278" level="section">Sec.â€,6302.â€,Increase in employee compensation and benefits authorized by law.</toc-entry>

<toc-entry idref="HB3BDD4148D8F44978E3708E9A1AB9BBE" level="section">Sec.â€,6303.â€,Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.</toc-entry>

<toc-entry idref="H2549E2990682439B9D29965E8A928D8A" level="section">Sec.â€,6304.â€,Modification of appointment of Chief Information Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="HB7D2D6EAB6E647C5B3CC7216291FF6EB" level="section">Sec.â€,6305.â€,Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.</toc-entry>

<toc-entry idref="HAC5382FD94B245D79776565C2CB44C10" level="section">Sec.â€,6306.â€,Supply Chain and Counterintelligence Risk Management Task Force.</toc-entry>

<toc-entry idref="H590C58D2167D4C52AAEBDC26D45EB18B" level="section">Sec.â€,6307.â€,Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and

entities.</toc-entry>

<toc-entry idref="HABF8136409004B5DBDBD70E987B4A892" level="section">Sec.â€,6308.â€,Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.</toc-entry>

<toc-entry idref="H4756AEB503FB4497AD2076B7C2064305" level="section">Sec.â€,6309.â€,Elimination of sunset of authority relating to management of supply-chain risk.</toc-entry>

<toc-entry idref="H4845C337EFD04DA282C8EA672405604A" level="section">Sec.â€,6310.â€,Limitations on determinations regarding certain security classifications.</toc-entry>

<toc-entry idref="H696DD650FC7D487BBC8E1D50481A69CA" level="section">Sec.â€,6311.â€,Joint Intelligence Community Council.</toc-entry>

<toc-entry idref="H820B95A01F614C35B58CC8F7611E950B" level="section">Sec.â€,6312.â€,Intelligence community information technology environment.</toc-entry>

<toc-entry idref="H31993E77858341C18A812DA20964B990" level="section">Sec.â€,6313.â€,Report on development of secure mobile voice solution for intelligence community.</toc-entry>

<toc-entry idref="HBFEF307F60624071A6604E4E30D175FC" level="section">Sec.â€,6314.â€,Policy on minimum insider threat standards.</toc-entry>

<toc-entry idref="H575DD635B3DE43BEBBF6E5A31B5857B5" level="section">Sec.â€,6315.â€,Submission of intelligence community policies.</toc-entry>

<toc-entry idref="H283D7581DDF547EEAF7F525857C27E0D" level="section">Sec.â€,6316.â€,Expansion of intelligence community recruitment efforts.</toc-entry>

<toc-entry idref="H26DF4719F12C4F2B886337305E480D08" level="title">Title LXIVâ€"Matters relating to elements of the intelligence community</toc-entry>

<toc-entry idref="H27A0504866A7439AB65810978679FAE4" level="subtitle">Subtitle Aâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HCD1E23FB5A56436EBCCD712DAF73F0C1" level="section">Sec.â€,6401.â€,Authority for protection of current and former employees of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HBDE6C9D2FEEF4E649253B900B74F3038" level="section">Sec.â€,6402.â€,Designation of the program manager-information-sharing environment.</toc-entry>

<toc-entry idref="H243BD1383A8749B0BCA1F17B5909D330" level="section">Sec.â€,6403.â€,Technical modification to the executive schedule.</toc-entry>

<toc-entry idref="H40A23CD9E28B4BDAA83121619C878EDB" level="section">Sec.â€,6404.â€,Chief Financial Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="H7EECC9BE3DC5407B95E457D134868783" level="section">Sec.â€,6405.â€,Chief Information Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="HF23AEC065B7243E39B5F17BFD901BDC5" level="subtitle">Subtitle Bâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC062FC4B69B243ADA4063B125B2C45A1" level="section">Sec.â€,6411.â€,Central Intelligence Agency subsistence for personnel assigned to austere locations.</toc-entry>

<toc-entry idref="HB2B451D4663D4427BC8EA30695F05647" level="section">Sec.â€,6412.â€,Special rules for certain monthly workersâ€™ compensation payments and other payments for Central Intelligence Agency

personnel.</toc-entry>

<toc-entry idref="HF7D8C4A752F842DD8DF8C3CD48430A90" level="section">Sec.â€'6413.â€'Expansion of security protective service jurisdiction of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H3246620099BC4EF0BD48AC63E4FC611D" level="section">Sec.â€'6414.â€'Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H1D3DE17AEF3D497C82CDED6AA4217F42" level="subtitle">Subtitle Câ€"Office of Intelligence and Counterintelligence of Department of Energy</toc-entry>

<toc-entry idref="H6C1C0689CDA147C68309CAFFD73F499F" level="section">Sec.â€'6421.â€'Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.</toc-entry>

<toc-entry idref="H58979EEB87654020ACA5C6B4E04CD4E0" level="section">Sec.â€'6422.â€'Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.</toc-entry>

<toc-entry idref="H2F150296565C41859B66306616C931DE" level="subtitle">Subtitle Dâ€"Other elements</toc-entry>

<toc-entry idref="H04B1226426A64152831C23DBBCDCC5A3" level="section">Sec.â€'6431.â€'Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.</toc-entry>

<toc-entry idref="H421C8ECF43AC400E95340F329225DA42" level="section">Sec.â€'6432.â€'Notice not required for private entities.</toc-entry>

<toc-entry idref="HF1C9404EBBF646BAB2421362B42BADC0" level="section">Sec.â€'6433.â€'Establishment of advisory board for National Reconnaissance Office.</toc-entry>

<toc-entry idref="H5A7903231B1647838C2438F649CCE182" level="section">Sec.â€'6434.â€'Collocation of certain Department of Homeland Security personnel at field locations.</toc-entry>

<toc-entry idref="HAD3715B98F5548B6941AA22A55A463BD" level="title">Title LXVâ€"Election matters</toc-entry>

<toc-entry idref="HC0E15BEFA5CC4FB792447558D20C0A9B" level="section">Sec.â€'6501.â€'Report on cyber attacks by foreign governments against United States election infrastructure.</toc-entry>

<toc-entry idref="H6E9949DDD7A04DF58B11E64DA636518E" level="section">Sec.â€'6502.â€'Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.</toc-entry>

<toc-entry idref="HCA219979EAF64F8E905F790CE5786D9F" level="section">Sec.â€'6503.â€'Assessment of foreign intelligence threats to Federal elections.</toc-entry>

<toc-entry idref="H34EA0AFB7EC244E5BC353624C3C6F610" level="section">Sec.â€'6504.â€'Strategy for countering Russian cyber threats to United States elections.</toc-entry>

<toc-entry idref="H9E9EE992B5524C27AB5E182EE3A87E1B" level="section">Sec.â€'6505.â€'Assessment of significant Russian influence campaigns directed at foreign elections and referenda.</toc-entry>

<toc-entry idref="H46F86161A3004B3283010888A2CDBBDA" level="section">Sec.â€'6506.â€'Information sharing with State election officials.</toc-entry>

<toc-entry idref="H08CEB965AECC4E11847C00613504AF47" level="section">Sec.â€'6507.â€'Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.</toc-entry>

<toc-entry idref="HA708194394B44776B1A5E1E83ABA782F" level="section">Sec.â€'6508.â€'Designation of counterintelligence officer to lead

election security matters.</toc-entry>

<toc-entry idref="H8B69F17B95054B95B07935C3BF5B7A9D" level="title">Title LXVIâ€"Security clearances</toc-entry>

<toc-entry idref="H2A2D95D2C8EE456CA6454FF7B19AD21B" level="section">Sec.â€,6601.â€,Definitions.</toc-entry>

<toc-entry idref="H79E4B4EA29744BBBB589DE744D6F1A5F" level="section">Sec.â€,6602.â€,Reports and plans relating to security clearances and background investigations.</toc-entry>

<toc-entry idref="HEF159E8739A946C187EB05A3DBA2CA5D" level="section">Sec.â€,6603.â€,Improving the process for security clearances.</toc-entry>

<toc-entry idref="HFAE4018BF54B417DAFF118B0D35D5834" level="section">Sec.â€,6604.â€,Goals for promptness of determinations regarding security clearances.</toc-entry>

<toc-entry idref="HD0149C30DA9445F0A77279A2933D18FE" level="section">Sec.â€,6605.â€,Security Executive Agent.</toc-entry>

<toc-entry idref="HF8EA4DA5EC4F4A839A6968F1D3416B9F" level="section">Sec.â€,6606.â€,Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H2D0B1EDB85F345DBA6C13AE6DA085549" level="section">Sec.â€,6607.â€,Report on clearance in person concept.</toc-entry>

<toc-entry idref="HC7EC09228D9C4F61AE32F3CB0379AA64" level="section">Sec.â€,6608.â€,Reports on reciprocity for security clearances inside of departments and agencies.</toc-entry>

<toc-entry idref="H576EBAD66BC24249BF42BD8481EDBB38" level="section">Sec.â€,6609.â€,Intelligence community reports on security clearances.</toc-entry>

<toc-entry idref="HE2486D57B40D4263862EE5DE59C88CD3" level="section">Sec.â€,6610.â€,Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.</toc-entry>

<toc-entry idref="H8DD811FFE14A4157B2FFFAE382C3207D" level="section">Sec.â€,6611.â€,Information-sharing program for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H71676BA4CBCC405A9B93DC45493DB42F" level="section">Sec.â€,6612.â€,Report on protections for confidentiality of whistleblower-related communications.</toc-entry>

<toc-entry idref="H3DDE7ECFB14F442E9406BFA01E3AFAB5" level="section">Sec.â€,6613.â€,Reports on costs of security clearance background investigations.</toc-entry>

<toc-entry idref="HCF9705B6E60D47148DB7A5B1D79097BE" level="title">Title LXVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="H92A9BF77D1A243CAA49BEA13C4932BE9" level="subtitle">Subtitle Aâ€"Matters relating to Russia and other foreign powers</toc-entry>

<toc-entry idref="H43705B5071224877BC30A6424A1E2FC5" level="section">Sec.â€,6701.â€,Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.</toc-entry>

<toc-entry idref="H0F3E460AC7294CC2B471DCEE2DB6464C" level="section">Sec.â€,6702.â€,Assessment of threat finance relating to Russia.</toc-entry>

<toc-entry idref="HD82FB6E0334047FDA732076EF5BF6E98" level="section">Sec.â€,6703.â€,Notification of an active measures campaign.</toc-entry>

<toc-entry idref="HCB5B8407F8A444159109309E95D8A293"

level="section">Sec.â€,6704.â€,Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States.</toc-entry>

<toc-entry idref="H3E82E8EFFA8C4F02B3C23B48BD4EAA9D" level="section">Sec.â€,6705.â€,Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.</toc-entry>

<toc-entry idref="HD6622CF63A9646BA9BD0BBCD8B56B2B3" level="section">Sec.â€,6706.â€,Expansion of scope of committee to counter active measures.</toc-entry>

<toc-entry idref="H6493A058B8384A13B5F5FC8C606287A2" level="subtitle">Subtitle Bâ€"Reports</toc-entry>

<toc-entry idref="HCB4AD073A899425FBC54EBF6C788D5C5" level="section">Sec.â€,6711.â€,Technical correction to Inspector General study.</toc-entry>

<toc-entry idref="HC57D647A077B450DB656495F1E249B7C" level="section">Sec.â€,6712.â€,Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.</toc-entry>

<toc-entry idref="HE83EE0D2A8164BD392CC3375973658DA" level="section">Sec.â€,6713.â€,Review of intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="H90D3D9D56A5C43EE97E25742CC9A693B" level="section">Sec.â€,6714.â€,Report on role of Director of National Intelligence with respect to certain foreign investments.</toc-entry>

<toc-entry idref="H12AC0FE1CCB444FE9E629CE4AF2194D0" level="section">Sec.â€,6715.â€,Report on surveillance by foreign governments against United States telecommunications networks.</toc-entry>

<toc-entry idref="H49D06B0B9CF3495480A850F58B113437" level="section">Sec.â€,6716.â€,Biennial report on foreign investment risks.</toc-entry>

<toc-entry idref="H58D9EC351CE04514B2F366B15E25FD72" level="section">Sec.â€,6717.â€,Modification of certain reporting requirement on travel of foreign diplomats.</toc-entry>

<toc-entry idref="H26C625979DDC4FCA8B216CDD13F88547" level="section">Sec.â€,6718.â€,Semiannual reports on investigations of unauthorized disclosures of classified information.</toc-entry>

<toc-entry idref="H01AE55D3200B4EFE8C30F992F0B7B8CF" level="section">Sec.â€,6719.â€,Congressional notification of designation of covered intelligence officer as persona non grata.</toc-entry>

<toc-entry idref="H024F2DCC127E49EABB92BF3EFF457507" level="section">Sec.â€,6720.â€,Reports on intelligence community participation in vulnerabilities equities process of Federal Government.</toc-entry>

<toc-entry idref="H26EF17E617604B2CAFBEECF86A7D74AD" level="section">Sec.â€,6721.â€,Inspectors General reports on classification.</toc-entry>

<toc-entry idref="H059ED63BAC2141E687B8A458A11F1C2E" level="section">Sec.â€,6722.â€,Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.</toc-entry>

<toc-entry idref="HE14D9B8958E8480EB0413B2346EF38F6" level="section">Sec.â€,6723.â€,Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.</toc-entry>

<toc-entry idref="H33D63586260D4AE1A0CF116D14CE9CF1" level="section">Sec.â€,6724.â€,Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.</toc-entry>

<toc-entry idref="HE52693724CA34C11B878657480D55C9F" level="section">Sec.â€,6725.â€,Reports on intelligence community loan repayment and

related programs.</toc-entry>

<toc-entry idref="H826C5803723C4967BF41B9507C65A9B0" level="section">Sec.â€‚6726.â€‚Repeal of certain reporting requirements.</toc-entry>

<toc-entry idref="H115B8CE564684B92AC4B10C86BDF03B1" level="section">Sec.â€‚6727.â€‚Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="H7F6F46529D68421C9779809702BE6B8D" level="section">Sec.â€‚6728.â€‚Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.</toc-entry>

<toc-entry idref="HA66CD97902704FA8BA8034698D429E47" level="section">Sec.â€‚6729.â€‚Intelligence assessment of North Korea revenue sources.</toc-entry>

<toc-entry idref="HC557C2E6CCC4435F89C9FAA916840E78" level="section">Sec.â€‚6730.â€‚Report on possible exploitation of virtual currencies by terrorist actors.</toc-entry>

<toc-entry idref="HE8F1ADC6F86E471EB57AE5BD3591E3DC" level="subtitle">Subtitle Câ€"Other matters</toc-entry>

<toc-entry idref="HE1AA8A7332B34F34B94E08D1ED4A67CA" level="section">Sec.â€‚6741.â€‚Public Interest Declassification Board.</toc-entry>

<toc-entry idref="H57F8EFBBC8DB4C61B8E9D358B28B8075" level="section">Sec.â€‚6742.â€‚Technical and clerical amendments to the National Security Act of 1947.</toc-entry>

<toc-entry idref="HA06794052EDA4EA892895CB851C5B036" level="section">Sec.â€‚6743.â€‚Bug bounty programs.</toc-entry>

<toc-entry idref="HD6F22D67E3D440E4BA34B4330B4BC05F" level="section">Sec.â€‚6744.â€‚Technical amendments related to the Department of Energy.</toc-entry>

<toc-entry idref="H951FBA23494B4D91ADEF11E6EA075B90" level="section">Sec.â€‚6745.â€‚Sense of Congress on notification of certain disclosures of classified information.</toc-entry>

<toc-entry idref="H06202E76B5D04824BB95B12BCC6B9AF4" level="section">Sec.â€‚6746.â€‚Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.</toc-entry>

<toc-entry idref="HF48721251FB34793AA8FFF67B5FB1C67" level="section">Sec.â€‚6747.â€‚Sense of Congress on WikiLeaks.</toc-entry></toc></subsection></section>

<section id="HB2DC41A832154EE4B873C9242CBEAD46"><enum>5003.</enum><header>Definitions</header><text display-inline="no-display-inline">In this division:</text>

<paragraph id="H028B4C7DD1AE47DF8AFB810FE4C10C42"><enum>(1)</enum><header>Congressional intelligence committees</header><text>The term <term>congressional intelligence committees</term> has the meaning given such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph>

<paragraph id="H96B66872F8EA487A81242E9F4976165F"><enum>(2)</enum><header>Intelligence community</header><text display-inline="yes-display-inline">The term <term>intelligence community</term> has the meaning given such term in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></paragraph></section>

<subdivision id="HA0F8886D715E452B9075804935B8DF60"><enum>1</enum><header>Intelligence authorizations for fiscal year 2020</header>

<section id="H92834765015F4CA6833813B30F7FE1F1"><enum>5100.</enum><header>Table of contents</header><text display-inline="no-display-inline">The table of contents for this subdivision is as follows:</text>

<toc container-level="subdivision-container" quoted-block="no-quoted-block" lowest-level="section" idref="HA0F8886D715E452B9075804935B8DF60" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H92834765015F4CA6833813B30F7FE1F1" level="section">Sec.â€‚5100.â€‚Table of contents.</toc-entry>

<toc-entry idref="HD058FB935EF849A781B41996A479F276" level="title">Title LIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H9A9B5E5D2E394384AC600D1C192492B4" level="section">Sec.â€‚5101.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H7038E2A7F9CF4BCFA0CF7E9E838960B5" level="section">Sec.â€‚5102.â€‚Classified schedule of authorizations.</toc-entry>

<toc-entry idref="H4DCD0CDCC40C4F1ABB4D0294409F17AC" level="section">Sec.â€‚5103.â€‚Intelligence community management account.</toc-entry>

<toc-entry idref="H2B2A2C9DA5B249C8ABA3227307254249" level="title">Title LIIâ€"Central intelligence agency retirement and disability system</toc-entry>

<toc-entry idref="HE0474AF12B1F49C2A14F01820240FA04" level="section">Sec.â€‚5201.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H3F50D0F236064CF48C144250D855B808" level="title">Title LIIIâ€"Intelligence community matters</toc-entry>

<toc-entry idref="HBA8F8E346BF941A280BC80EC4DB52571" level="subtitle">Subtitle Aâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H958AA3D00124431EBBFE937CE8541296" level="section">Sec.â€‚5301.â€‚Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="H45DEA937923843DC8E44091CBEA3D7CA" level="section">Sec.â€‚5302.â€‚Increase in employee compensation and benefits authorized by law.</toc-entry>

<toc-entry idref="H85AB0ACC72E242FEABAD2BD07C7D3CBE" level="section">Sec.â€‚5303.â€‚Expansion of scope of protections for identities of covert agents.</toc-entry>

<toc-entry idref="HEC8030F911774244A1DEA8A64AD1F358" level="section">Sec.â€‚5304.â€‚Required counterintelligence assessments, briefings, notifications, and reports.</toc-entry>

<toc-entry idref="HABD6D01F4DAE4BF483C8718EE051A646" level="section">Sec.â€‚5305.â€‚Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program.</toc-entry>

<toc-entry idref="H406EC3F0B5AA4A46B30C97A4A75671E9" level="section">Sec.â€‚5306.â€‚Intelligence community public-private talent exchange.</toc-entry>

<toc-entry idref="H6391EACD1430473785468E3B489A8F57" level="section">Sec.â€‚5307.â€‚Assessment of contracting practices to identify certain security and counterintelligence concerns.</toc-entry>

<toc-entry idref="H647E8F87256144D9A667881FBF4C7E46" level="subtitle">Subtitle Bâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="H1608D7B42BAF4DBB845E1C3EF5EC80BC" level="section">Sec.â€‚5321.â€‚Establishment of Climate Security Advisory Council.</toc-entry>

<toc-entry idref="H21B33AC9B7F745D98C43BA10B3543FF3" level="section">Sec.â€‚5322.â€‚Foreign Malign Influence Response Center.</toc-entry>

<toc-entry idref="HC25424E8D5514C2B93B7117A5E39EDE1" level="section">Sec.â€‚5323.â€‚Encouragement of cooperative actions to detect and counter foreign influence operations.</toc-entry>

<toc-entry idref="H1E6EF6D24563496DB5F4A0D05FD60360" level="section">Sec.â€,5324.â€,Transfer of National Intelligence University to the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HC3B67608FB7648299F442FF572629969" level="subtitle">Subtitle Câ€"Inspector General of the Intelligence Community</toc-entry>

<toc-entry idref="HEFCD83129CFD419EABC8398C199C455C" level="section">Sec.â€,5331.â€,Definitions.</toc-entry>

<toc-entry idref="HEAEFD8763F894527888D6AE19A9D9500" level="section">Sec.â€,5332.â€,Inspector General external review panel.</toc-entry>

<toc-entry idref="H814045AA8750430E8616D445A8245DEF" level="section">Sec.â€,5333.â€,Harmonization of whistleblower processes and procedures.</toc-entry>

<toc-entry idref="HD5B5B981A3194CF498D8DF0257C0C299" level="section">Sec.â€,5334.â€,Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="H6060BF867C9C432AA2911B4AEB668D3F" level="section">Sec.â€,5335.â€,Report on cleared whistleblower attorneys.</toc-entry>

<toc-entry idref="HB73E1AB5EBBA48D399F6FC41C7AF7B29" level="subtitle">Subtitle Dâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="H3F8158894A2B4F8EB8DF7CCCA065C682" level="section">Sec.â€,5341.â€,Clarification of certain authority of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H0630CFC8136247158B3446BB86FAE07B" level="title">Title LIVâ€"Security clearances</toc-entry>

<toc-entry idref="HDC16D81968F146FBB7BC7DFB379CD295" level="section">Sec.â€,5401.â€,Improving visibility into the security clearance process.</toc-entry>

<toc-entry idref="H793AA16146154AB18D9D846751D6262E" level="section">Sec.â€,5402.â€,Making certain policies and execution plans relating to personnel clearances available to industry partners.</toc-entry>

<toc-entry idref="HB24532E7193E493CB985C5BF7EA6CE86" level="title">Title LVâ€"Matters relating to foreign countries</toc-entry>

<toc-entry idref="H8A63699D5B0D4C7BAC086549C4E6CE8F" level="subtitle">Subtitle Aâ€"Matters relating to Russia</toc-entry>

<toc-entry idref="H318C9766AA6A42EF90C8D3C81F4BE769" level="section">Sec.â€,5501.â€,Annual reports on influence operations and campaigns in the United States by the Russian Federation.</toc-entry>

<toc-entry idref="HB4636101AF834D19AE3443BE468E48B2" level="section">Sec.â€,5502.â€,Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin.</toc-entry>

<toc-entry idref="HB23ABE4421FC4E2680C185094FC1821F" level="section">Sec.â€,5503.â€,Assessments of intentions of political leadership of the Russian Federation.</toc-entry>

<toc-entry idref="H7DE43AE89F4D43678630C3BFBA479CA6" level="subtitle">Subtitle Bâ€"Matters relating to China</toc-entry>

<toc-entry idref="H71501824B055421D895BBD45AD4F2077" level="section">Sec.â€,5511.â€,Annual reports on influence operations and campaigns in the United States by the Communist Party of China.</toc-entry>

<toc-entry idref="H29AB6741EC584A739471044154F8C431" level="section">Sec.â€,5512.â€,Report on repression of ethnic Muslim minorities in the Xinjiang region of the Peopleâ€™s Republic of China.</toc-entry>

<toc-entry idref="HBAE689C6E88E475ABCB7FEB8017C9E4A" level="section">Sec.â€,5513.â€,Report on efforts by Peopleâ€™s Republic of China to

influence election in Taiwan.</toc-entry>

<toc-entry idref="H32C9FB0317DF41BE84B01539012BB83D" level="subtitle">Subtitle Câ€"Matters relating to other countries</toc-entry>

<toc-entry idref="H2E12AF03DB4C49E68AC5524DBF8E4206" level="section">Sec.â€,5521.â€,Sense of Congress and report on Iranian efforts in Syria and Lebanon.</toc-entry>

<toc-entry idref="H705E37E324ED48E0B410EF66C50350D7" level="section">Sec.â€,5522.â€,Assessments regarding the Northern Triangle and Mexico.</toc-entry>

<toc-entry idref="HF16FB199216543BFB4365469179023B0" level="title">Title LVIâ€"Federal Efforts Against Domestic Terrorism</toc-entry>

<toc-entry idref="H3D1AACD2DD794691AFED056732E77239" level="section">Sec.â€,5601.â€,Definitions.</toc-entry>

<toc-entry idref="HC342F13818FA43B3BD6D778BB5FF9F47" level="section">Sec.â€,5602.â€,Strategic intelligence assessment of and reports on domestic terrorism.</toc-entry>

<toc-entry idref="H5D7CCBEC94AE4A509E379C6F1E194B59" level="title">Title LVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="HCD6A9D1363444EC68A3DAA28BBCF268E" level="subtitle">Subtitle Aâ€"Reports and briefings</toc-entry>

<toc-entry idref="H94EBFC9EA2194684BC3A651994AD30E6" level="section">Sec.â€,5701. â€,Modification of requirements for submission to Congress of certain reports.</toc-entry>

<toc-entry idref="HB7AE6ABD05CF4508835672EACE3F79CE" level="section">Sec.â€,5702.â€,Increased transparency regarding counterterrorism budget of the United States.</toc-entry>

<toc-entry idref="H60411C9A885D4105BFAC86F89DA4B6A2" level="section">Sec.â€,5703.â€,Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations.</toc-entry>

<toc-entry idref="HD254CD7BB1154776A14778C24A593FD4" level="section">Sec.â€,5704.â€,Collection, analysis, and dissemination of workforce data.</toc-entry>

<toc-entry idref="H160CF69B17BC4643BD40B1B324E6A5AF" level="section">Sec.â€,5705.â€,Plan for strengthening the supply chain intelligence function.</toc-entry>

<toc-entry idref="HB0BDC7BEA97941A4BD952246C6B82995" level="section">Sec.â€,5706.â€,Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China.</toc-entry>

<toc-entry idref="HCEAE4BB82B1447D19B490EAD1F5A6407" level="section">Sec.â€,5707.â€,Report by Director of National Intelligence on fifth-generation wireless network technology.</toc-entry>

<toc-entry idref="HE9E2F5359D814C1387A3F3189394A387" level="section">Sec.â€,5708.â€,Report on use by intelligence community of facial recognition technology.</toc-entry>

<toc-entry idref="H9F8E94711F714EE2AE22A519D05526A0" level="section">Sec.â€,5709.â€,Report on deepfake technology, foreign weaponization of deepfakes, and related notifications.</toc-entry>

<toc-entry idref="H9AC5392694954CD48F9E545E6CD39888" level="section">Sec.â€,5710.â€,Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress.</toc-entry>

<toc-entry idref="HC79C1226FCA54061BD29B5ECC9DF6B74" level="section">Sec.â€,5711.â€,Analysis of and periodic briefings on major initiatives

of intelligence community in artificial intelligence and machine learning.</toc-entry>

<toc-entry idref="HDDEAB4A04A9545D8ADD7D59F3B788D20" level="section">Sec.â€,5712.â€,Report on best practices to protect privacy and civil liberties of Chinese Americans.</toc-entry>

<toc-entry idref="H3BE8E815174B4FBB806EE7CC4B0F2EC1" level="section">Sec.â€,5713.â€,Oversight of foreign influence in academia.</toc-entry>

<toc-entry idref="H001399F5F99C41B7AB228CD8DDC60DBF" level="section">Sec.â€,5714.â€,Report on death of Jamal Khashoggi.</toc-entry>

<toc-entry idref="HD37D333FA299428EA112499A43AA3239" level="section">Sec.â€,5715.â€,Report on terrorist screening database.</toc-entry>

<toc-entry idref="H811891E93D414595BD2AE7D8F2A62E1F" level="section">Sec.â€,5716.â€,Report containing threat assessment on terrorist use of conventional and advanced conventional weapons.</toc-entry>

<toc-entry idref="H4E200CCEF0A14F7B90D83CE282F8812B" level="section">Sec.â€,5717.â€,Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community.</toc-entry>

<toc-entry idref="H86C52FFAD9734447B91D20638AEF5BE5" level="section">Sec.â€,5718.â€,Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center.</toc-entry>

<toc-entry idref="H8EB3543C9CBA49B99D57FDF3FB2B661E" level="subtitle">Subtitle Bâ€"Other matters</toc-entry>

<toc-entry idref="HB50DC87075D048EE9FD0E450C82C5838" level="section">Sec.â€,5721.â€,Whistleblower disclosures to Congress and committees of Congress.</toc-entry>

<toc-entry idref="H8FD86B1167AF4F72829D43115AE34B5E" level="section">Sec.â€,5722.â€,Task force on illicit financing of espionage and foreign influence operations.</toc-entry>

<toc-entry idref="H70DB963E967243ABA39DAB65724DF09B" level="section">Sec.â€,5723.â€,Establishment of fifth-generation technology prize competition.</toc-entry>

<toc-entry idref="H9316BE87718645CE878A96BEBD26BD8F" level="section">Sec.â€,5724.â€,Establishment of deepfakes prize competition.</toc-entry>

<toc-entry idref="HFC66A95E52444AD09F018610047A74EA" level="section">Sec.â€,5725.â€,Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers.</toc-entry>

<toc-entry idref="H5044E2E9A2F8404B893C7FB08E8BE225" level="section">Sec.â€,5726.â€,Securing energy infrastructure.</toc-entry> </toc></section>

<title id="HD058FB935EF849A781B41996A479F276"><enum>LI</enum><header>Intelligence activities</header>

<section id="H9A9B5E5D2E394384AC600D1C192492B4"><enum>5101.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">Funds are hereby authorized to be appropriated for fiscal year 2020 for the conduct of the intelligence and intelligence-related activities of the following elements of the United States Government:</text>

<paragraph id="H5943B8ACF07245B894B686E985AE6E3A"><enum>(1)</enum><text>The Office of the Director of National Intelligence.</text></paragraph>

<paragraph id="H2AC395023D91407A9FE0E9BAB2749101"><enum>(2)</enum><text>The Central Intelligence Agency.</text></paragraph>

<paragraph id="HA880419899934C3E844DF9D60E0F9EE7"><enum>(3)</enum><text>The Department of Defense.</text></paragraph>

<paragraph id="H1DAC0EAE332446498773168032312685"><enum>(4)</enum><text>The Defense Intelligence Agency.</text></paragraph>

<paragraph id="HFFAF229FDD16436BB3A7C226B3CEF618"><enum>(5)</enum><text>The National Security Agency.</text></paragraph>

<paragraph id="HB02006C639D14489859161B72289DE7A"><enum>(6)</enum><text>The Department of the Army, the Department of the Navy, and the Department of the Air Force.</text></paragraph>

<paragraph id="HAF6E224466154FA18D068DA8015614E9"><enum>(7)</enum><text>The Coast Guard.</text></paragraph>

<paragraph id="HCC390C5EA05A45BE870B4035F0D9E295"><enum>(8)</enum><text>The Department of State.</text></paragraph>

<paragraph id="HD748530E681E47AFB9F90F38940CB531"><enum>(9)</enum><text>The Department of the Treasury.</text></paragraph>

<paragraph id="HE656915080694DCD90E157908EF31DAB"><enum>(10)</enum><text>The Department of Energy.</text></paragraph>

<paragraph id="HE33CBAAD27424D5899384702452EA418"><enum>(11)</enum><text>The Department of Justice.</text></paragraph>

<paragraph id="H1E092DF7C3504C0EAA9B8D87A0924E66"><enum>(12)</enum><text>The Federal Bureau of Investigation.</text></paragraph>

<paragraph id="HACFF7A0FFA5B467B9B5477132C435F89"><enum>(13)</enum><text>The Drug Enforcement Administration.</text></paragraph>

<paragraph id="H24BBF071F644458DB16D73306D2D9038"><enum>(14)</enum><text>The National Reconnaissance Office.</text></paragraph>

<paragraph id="H8AD18C7B539D43FE938FF25AA5C759D1"><enum>(15)</enum><text>The National Geospatial-Intelligence Agency.</text></paragraph>

<paragraph id="H8D72E0B470FC45F8B415097E1EBC7F39"><enum>(16)</enum><text>The Department of Homeland Security.</text></paragraph></section>

<section id="H7038E2A7F9CF4BCFA0CF7E9E838960B5"><enum>5102.</enum><header>Classified schedule of authorizations</header>

<subsection id="HDD522660DC3B48589A70142E010FFAAB"><enum>(a)</enum><header>Specifications of amounts</header><text>The amounts authorized to be appropriated under section 5101 for the conduct of the intelligence activities of the elements listed in paragraphs (1) through (16) of section 5101, are those specified in the classified Schedule of Authorizations prepared to accompany this division.</text></subsection>

<subsection id="HFE7D8C6F40604E71B4228FB7B204B328"><enum>(b)</enum><header>Availability of classified schedule of authorizations</header>

<paragraph id="H79C1A1DED51A4BB1A4A78DA44E9CB233"><enum>(1)</enum><header>Availability</header><text>The classified Schedule of Authorizations referred to in subsection (a) shall be made available to the Committee on Appropriations of the Senate, the Committee on Appropriations of the House of Representatives, and to the President.</text></paragraph>

<paragraph id="H61391E887CA24E01AD5A06A8080AF850"><enum>(2)</enum><header>Distribution by the president</header><text>Subject to paragraph (3), the President shall provide for suitable distribution of the classified Schedule of Authorizations referred to in subsection (a), or of appropriate portions of such Schedule, within the executive branch.</text></paragraph>

<paragraph id="H6F584FA4D7994CF19A88307A12B6EF67"><enum>(3)</enum><header>Limits on disclosure</header><text>The President shall not publicly disclose the classified Schedule of Authorizations or any portion of such Schedule exceptâ€"</text>

<subparagraph id="H57919FA1B6C248E9A40691F8462E34D1"><enum>(A)</enum><text>as provided in section 601(a) of the Implementing Recommendations of the 9/11 Commission Act of

2007 (50 U.S.C. 3306(a));</text></subparagraph>

<subparagraph id="HE3580DA2B2DC45A4AC360C8EE75555BB"><enum>(B)</enum><text>to the extent necessary to implement the budget; or</text></subparagraph>

<subparagraph id="HE2C6AC19DB104CD38056DA200176084C"><enum>(C)</enum><text>as otherwise required by law.</text></subparagraph></paragraph></subsection></section>

<section id="H4DCD0CDCC40C4F1ABB4D0294409F17AC"><enum>5103.</enum><header>Intelligence community management account</header>

<subsection id="HEC0FFB833DA84C37977DC7679CC9740A"><enum>(a)</enum><header>Authorization of appropriations</header><text display-inline="yes-display-inline">There is authorized to be appropriated for the Intelligence Community Management Account of the Director of National Intelligence for fiscal year 2020 the sum of $565,637,000. </text></subsection>

<subsection id="H781D9FE1D8724819AFECFC57C181D8A6"><enum>(b)</enum><header>Classified authorization of appropriations</header><text>In addition to amounts authorized to be appropriated for the Intelligence Community Management Account by subsection (a), there are authorized to be appropriated for the Intelligence Community Management Account for fiscal year 2020 such additional amounts as are specified in the classified Schedule of Authorizations referred to in section 5102(a).</text></subsection></section></title>

<title id="H2B2A2C9DA5B249C8ABA3227307254249"><enum>LII</enum><header>Central intelligence agency retirement and disability system</header>

<section id="HE0474AF12B1F49C2A14F01820240FA04"><enum>5201.</enum><header>Authorization of appropriations</header><text display-inline="no-display-inline">There is authorized to be appropriated for the Central Intelligence Agency Retirement and Disability Fund $514,000,000 for fiscal year 2020.</text></section></title>

<title commented="no" id="H3F50D0F236064CF48C144250D855B808" level-type="subsequent"><enum>LIII</enum><header display-inline="yes-display-inline">Intelligence community matters</header>

<subtitle commented="no" id="HBA8F8E346BF941A280BC80EC4DB52571" level-type="subsequent" style="OLC"><enum>A</enum><header display-inline="yes-display-inline">General intelligence community matters</header>

<section id="H958AA3D00124431EBBFE937CE8541296"><enum>5301.</enum><header>Restriction on conduct of intelligence activities</header><text display-inline="no-display-inline">The authorization of appropriations by this subdivision shall not be deemed to constitute authority for the conduct of any intelligence activity which is not otherwise authorized by the Constitution or the laws of the United States.</text></section>

<section id="H45DEA937923843DC8E44091CBEA3D7CA"><enum>5302.</enum><header>Increase in employee compensation and benefits authorized by law</header><text display-inline="no-display-inline">Appropriations authorized by this subdivision for salary, pay, retirement, and other benefits for Federal employees may be increased by such additional or supplemental amounts as may be necessary for increases in such compensation or benefits authorized by law.</text></section>

<section commented="no" display-inline="no-display-inline" id="H85AB0ACC72E242FEABAD2BD07C7D3CBE" section-type="subsequent-section"><enum>5303.</enum><header display-inline="yes-display-inline">Expansion of scope of protections for identities of covert agents</header><text display-inline="no-display-inline">Section 605(4) of the National Security Act of 1947 (50 U.S.C. 3126(4)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD34033A3103B48B0ADB543D93F081294"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (A)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H90724568FBB341448AA489FB629CE3E3"><enum>(A)</enum><text display-inline="yes-display-inline">by striking clause (ii);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="H0FC028618B5641539D4F67F511578BC0"><enum>(B)</enum><text display-inline="yes-display-inline">in clause (i), by striking <quote>, and</quote> and inserting <quote>; or</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HECEDC91AA4DB4EE6B72F8F2EA91C6249"><enum>(C)</enum><text display-inline="yes-display-inline">by striking <quote>agencyâ€"</quote> and all that follows through <quote>whose identity</quote> and inserting <quote>agency whose identity</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCBD7A027BDA847B482FA688B3247FDCA"><enum>(2)</enum><text display-inline="yes-display-inline">in subparagraph (B)(i), by striking <quote>resides and acts outside the United States</quote> and inserting <quote>acts</quote>.</text></paragraph></section>

<section id="HEC8030F911774244A1DEA8A64AD1F358" section-type="subsequent-section"><enum>5304.</enum><header>Required counterintelligence assessments, briefings, notifications, and reports</header>

<subsection id="H76C240481EF24E5284DA53DFF494BF70"><enum>(a)</enum><header>Foreign counterintelligence and cybersecurity threats to Federal election campaigns</header>

<paragraph id="H48675513D4FF4428821EFA09C8643135"><enum>(1)</enum><header>Reports required</header>

<subparagraph id="HBDD2414EE2454E8191A934541FFA4303"><enum>(A)</enum><header>In general</header><text>As provided in subparagraph (B), with respect to an election for Federal office, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis and the Director of the Federal Bureau of Investigation, shall make publicly available on an internet website an advisory report on foreign counterintelligence and cybersecurity threats to campaigns of candidates for Federal office. Each such report, consistent with the protection of sources and methods, shall include the following:</text>

<clause id="HE43BB59689CA4945B10B407F206969C2"><enum>(i)</enum><text display-inline="yes-display-inline">A description of foreign counterintelligence and cybersecurity threats to campaigns of candidates for Federal office.</text></clause>

<clause id="HC049ECCED4044ED19BAD88D50F06F047"><enum>(ii)</enum><text>A summary of best practices that campaigns of candidates for Federal office can employ in seeking to counter such threats.</text></clause>

<clause id="HD365A97A074349ABB0C3AD0ED8CAA100"><enum>(iii)</enum><text>An identification of publicly available resources, including United States Government resources, for countering such threats.</text></clause></subparagraph>

<subparagraph id="HB4A1D1EDB08B46A2937C86B80FE4D349" commented="no"><enum>(B)</enum><header>Schedule for submittal</header>

<clause id="H0361D609FDA24356BADE6F7B1C4200F3"><enum>(i)</enum><header>In general</header><text>Except as provided by clause (ii), with respect to an election for Federal office, a report under this subsection shall be first made available not later than the date that is 1 year before the date of such election, and may be subsequently revised as the Director of National Intelligence determines appropriate.</text></clause>

<clause id="HB7674208CEE74D5085708F7ABD148B07"><enum>(ii)</enum><header>2020 elections</header><text display-inline="yes-display-inline">With respect to an election for Federal office that occurs during 2020, the report under this subsection shall be first made available not later than the date that is 60 days after the date of the enactment this Act, and may be subsequently revised as the Director of National Intelligence determines appropriate.</text></clause></subparagraph>

<subparagraph id="H5DECCDFF27DD421888F91169C70E92A4" commented="no"><enum>(C)</enum><header>Information to be included</header><text>A report under this subsection shall reflect the most current information available to the Director of National Intelligence regarding foreign counterintelligence and cybersecurity threats.</text></subparagraph></paragraph>

<paragraph id="HDFB97CF7A2904F7C82983511AAB70952"><enum>(2)</enum><header>Treatment of campaigns subject to heightened threats</header><text display-inline="yes-display-

inline">If the Director of the Federal Bureau of Investigation and the Under Secretary of Homeland Security for Intelligence and Analysis jointly determine that a campaign of a candidate for Federal office is subject to a heightened foreign counterintelligence or cybersecurity threat, the Director and the Under Secretary, consistent with the protection of sources and methods, may make available additional information to the appropriate representatives of such campaign.</text></paragraph></subsection>

<subsection id="H17E7165C26DE499C85661D733EB211BE"><enum>(b)</enum><header>Briefings on counterintelligence activities of the Federal Bureau of Investigation</header>

<paragraph id="H186F318252E74820A295B45B07CF91AD"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.), is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HC761BF6C66FA430CA6F84B2327FBACF8" style="OLC">

<section id="H374872790557479C998F1ED7FC56FC95"><enum>512.</enum><header>Briefings and notifications on counterintelligence activities of the Federal Bureau of Investigation</header>

<subsection id="HD9C704711F18439986B18CBDE27E6D58"><enum>(a)</enum><header>Quarterly briefings</header><text display-inline="yes-display-inline">In addition to, and without any derogation of, the requirement under section 501 to keep the congressional intelligence committees fully and currently informed of the intelligence and counterintelligence activities of the United States, not less frequently than once each quarter, or more frequently if requested by the congressional intelligence committees, the Director of the Federal Bureau of Investigation shall provide to the congressional intelligence committees a briefing on the counterintelligence activities of the Federal Bureau of Investigation. Such briefings shall include, at a minimum, an overview and update ofâ€"</text>

<paragraph id="H72BCC3D709F24790983E1DC23EEB9540"><enum>(1)</enum><text display-inline="yes-display-inline">the counterintelligence posture of the Bureau;</text></paragraph>

<paragraph id="H80BC8BC2E2EB467F93E03CA03E5B9C8B"><enum>(2)</enum><text display-inline="yes-display-inline">counterintelligence investigations; and</text></paragraph>

<paragraph id="HA87E4AB025A740E9A8745EF45CAA60B5"><enum>(3)</enum><text display-inline="yes-display-inline">any other information relating to the counterintelligence activities of the Bureau that the Director determines necessary.</text></paragraph></subsection>

<subsection id="HA75CA395B64F40698E178A00D5DE2A91"><enum>(b)</enum><header>Notifications</header><text display-inline="yes-display-inline">In addition to the quarterly briefings under subsection (a), the Director of the Federal Bureau of Investigation shall promptly notify the congressional intelligence committees of any counterintelligence investigation carried out by the Bureau with respect to any counterintelligence risk or threat that is related to an election or campaign for Federal office.</text></subsection>

<subsection id="H92911B419FD840D7813BA1360C4A7BAE"><enum>(c)</enum><header>Guidelines</header>

<paragraph id="HE5AA4243562B4A97BA040149796494A0"><enum>(1)</enum><header>Development and consultation</header><text display-inline="yes-display-inline">The Director shall develop guidelines governing the scope of the briefings provided under subsection (a), the notifications provided under subsection (b), and the information required by section 5304(a)(2) of the Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019, and 2020. The Director shall consult the congressional intelligence committees during such development.</text></paragraph>

<paragraph id="H6A5B75092B9045A19153A09DCDBC2E5D"><enum>(2)</enum><header>Submission</header><text>The Director shall submit to the congressional intelligence committeesâ€"</text>

<subparagraph id="H43455D921A4E4DA0A030E04878FD1F16"><enum>(A)</enum><text>the guidelines under paragraph (1) upon issuance; and</text></subparagraph>

<subparagraph id="H2F8970AA2F4C4D71B57372E66D6B55BC"><enum>(B)</enum><text>any updates to such guidelines by not later than 15 days after making such update.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph id="H3FE23984D2074D1BA1D0374536FE7A0B"><enum>(2)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of contents at the beginning of such Act is amended by inserting after the item relating to section 511 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H498F9A6BA05F4508AFBB079F877C2041" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 512. Briefings and notifications on counterintelligence activities of the Federal Bureau of Investigation.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H37AF62A1214C410D8AFBF359634B6C31" commented="no" display-inline="no-display-inline"><enum>(c)</enum><header display-inline="yes-display-inline">Director of National Intelligence assessment of foreign interference in Federal elections</header>

<paragraph id="H814FC40D049B4F9BB5C207C6E873A694" commented="no" display-inline="no-display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">Assessments required</header><text display-inline="yes-display-inline">Not later than 45 days after the end of a Federal election cycle, the Director of National Intelligence, in consultation with the heads of such other executive departments and agencies as the Director considers appropriate, shallâ€"</text>

<subparagraph id="H748DEA68E9244A5E869946361C0249AA" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">conduct an assessment of any information indicating that a foreign government, or any person acting as an agent of or on behalf of a foreign government, has acted with the intent or purpose of interfering in elections for Federal office occurring during the Federal election cycle; and</text></subparagraph>

<subparagraph id="HBDE3C5D4E0F644BAA5FA7570BD118C48" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">transmit the findings of the Director with respect to the assessment conducted under subparagraph (A), along with such supporting information as the Director considers appropriate, to the following:</text>

<clause id="H3A6BFB274A6C4828A2B5B12352BC27DB" commented="no" display-inline="no-display-inline"><enum>(i)</enum><text display-inline="yes-display-inline">The President.</text></clause>

<clause id="H9D159A93EE1E4F57A6C3A5937B73F468" commented="no" display-inline="no-display-inline"><enum>(ii)</enum><text display-inline="yes-display-inline">The Secretary of State.</text></clause>

<clause id="H81142763EA2A4FF5B5FBC60CA5F6AA6B" commented="no" display-inline="no-display-inline"><enum>(iii)</enum><text display-inline="yes-display-inline">The Secretary of the Treasury.</text></clause>

<clause id="HAA68EFD46A0D493790486AEBA5F823B8" commented="no" display-inline="no-display-inline"><enum>(iv)</enum><text display-inline="yes-display-inline">The Secretary of Defense.</text></clause>

<clause id="H3729C0C5257040BDAAB4F80FDE728642" commented="no" display-inline="no-display-inline"><enum>(v)</enum><text display-inline="yes-display-inline">The Attorney General.</text></clause>

<clause id="H12BC641D0D0C4240BE258DC4A105CED8" commented="no" display-inline="no-display-inline"><enum>(vi)</enum><text display-inline="yes-display-inline">The Secretary of Homeland Security.</text></clause>

<clause id="H5ADE5A25F85C41FEA604C3AF2B30ED14" commented="no" display-inline="no-display-inline"><enum>(vii)</enum><text display-inline="yes-display-inline">Congress.</text></clause></subparagraph></paragraph>

<paragraph id="H44039BA0A4CC4240BB22BFC02FA566BB" commented="no" display-inline="no-

display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">An assessment conducted under paragraph (1)(A), with respect to an act described in such paragraph, shall identify, to the maximum extent ascertainable, the following:</text>

<subparagraph id="H8AD8C123B24342BF90E149C8364D8562" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The nature of any foreign interference and any methods employed to execute the act.</text></subparagraph>

<subparagraph id="H63C18AFF6F924981B3072763EB414C93" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">The persons involved.</text></subparagraph>

<subparagraph id="H0D544832624843A18D792EDBECBAC7B2" commented="no" display-inline="no-display-inline"><enum>(C)</enum><text display-inline="yes-display-inline">The foreign government or governments that authorized, directed, sponsored, or supported the act.</text></subparagraph></paragraph>

<paragraph id="HAF0EF35DFAA24C9FA3AE9BA03C636107" commented="no" display-inline="no-display-inline"><enum>(3)</enum><header display-inline="yes-display-inline">Publication</header><text display-inline="yes-display-inline">The Director shall, not later than 60 days after the end of a Federal election cycle, make available to the public, to the greatest extent possible consistent with the protection of sources and methods, the findings transmitted under paragraph (1)(B).</text></paragraph>

<paragraph id="H89C8C86DC18648388819752836CC83D65"><enum>(4)</enum><header>Federal election cycle defined</header><text display-inline="yes-display-inline">In this section, the term <quote>Federal election cycle</quote> means the period which begins on the day after the date of a regularly scheduled general election for Federal office and which ends on the date of the first regularly scheduled general election for Federal office held after such date.</text></paragraph>

<paragraph id="H5B6CF40486EF4568A5D58F7A69AE352F"><enum>(5)</enum><header>Effective date</header><text>This subsection shall apply with respect to the Federal election cycle that began during November 2018, and each succeeding Federal election cycle.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HABD6D01F4DAE4BF483C8718EE051A646" section-type="subsequent-section"><enum>5305.</enum><header display-inline="yes-display-inline">Inclusion of security risks in program management plans required for acquisition of major systems in National Intelligence Program</header><text display-inline="no-display-inline">Section 102A(q)(1)(A) of the National Security Act of 1947 (50 U.S.C. 3024(q)(1)(A)) is amended by inserting <quote>security risks,</quote> after <quote>schedule,</quote>.</text></section>

<section id="H406EC3F0B5AA4A46B30C97A4A75671E9" section-type="subsequent-section"><enum>5306.</enum><header>Intelligence community public-private talent exchange</header>

<subsection id="H37D1D68B222D473287BD10A17F6E657E"><enum>(a)</enum><header>Policies, processes, and procedures required</header><text>Not later than 270 days after the date of the enactment of this Act, the Director of National Intelligence shall develop policies, processes, and procedures to facilitate the rotation of personnel of the intelligence community to the private sector, and personnel from the private sector to the intelligence community.</text></subsection>

<subsection id="HCF6EC5E3CECD42778CE7AE76C853DDCF"><enum>(b)</enum><header>Detail authority</header><text>Under policies developed by the Director pursuant to subsection (a), pursuant to a written agreement with a private-sector organization, and with the consent of the employee, a head of an element of the intelligence community may arrange for the temporary detail of an employee of such element to such private-sector organization, or from such private-sector organization to such element under this section.</text></subsection>

<subsection id="H8229D39CF1624C73BB6A9E90A2E0ACAF"><enum>(c)</enum><header>Agreements</header>

<paragraph id="H82EEE4D167E94531B4EE266D338D0394"><enum>(1)</enum><header>In general</header><text>A head of an element of the intelligence community exercising the authority of the head under subsection (a) shall provide for a written agreement among the element of the intelligence community, the private-sector organization, and the employee concerned regarding the terms and conditions of the employeeâ€™s detail under this section. The agreementâ€"</text>

<subparagraph id="H69416008D2284BEA8EB2F2C8AA7AF031"><enum>(A)</enum><text>shall require that the employee of the element, upon completion of the detail, serve in the element, or elsewhere in the civil service if approved by the head of the element, for a period that is at least equal to the length of the detail;</text></subparagraph>

<subparagraph id="H75B47BE6664640D8920B9885D3A55C66"><enum>(B)</enum><text>shall provide that if the employee of the element fails to carry out the agreement, such employee shall be liable to the United States for payment of all nonsalary and benefit expenses of the detail, unless that failure was for good and sufficient reason, as determined by the head of the element;</text></subparagraph>

<subparagraph id="H4766974DD85041388711B023222E30FE"><enum>(C)</enum><text>shall contain language informing such employee of the prohibition on sharing, using, or otherwise improperly handling classified or unclassified nonpublic information for the benefit or advantage of the private-sector organization;</text></subparagraph>

<subparagraph id="HD76E1764EB454709A5F08E7AEC4FDCCD"><enum>(D)</enum><text display-inline="yes-display-inline">shall contain language governing the handling of classified information by such employee during the detail; and</text></subparagraph>

<subparagraph id="H9EC7583755934C62814B30C0ED040C2E"><enum>(E)</enum><text>shall contain language requiring the employee to acknowledge the obligations of the employee under section 1905 of title 18, United States Code.</text></subparagraph></paragraph>

<paragraph id="HC98F94F0E403499AB0551EB50C2A2876"><enum>(2)</enum><header>Amount of liability</header><text>An amount for which an employee is liable under paragraph (1) shall be treated as a debt due the United States.</text></paragraph>

<paragraph id="H3A04CFB95CC5421BA17D88A400323E81"><enum>(3)</enum><header>Waiver</header><text>The head of an element of the intelligence community may waive, in whole or in part, collection of a debt described in paragraph (2) based on a determination that the collection would be against equity and good conscience and not in the best interests of the United States, after taking into account any indication of fraud, misrepresentation, fault, or lack of good faith on the part of the employee.</text></paragraph></subsection>

<subsection id="H67E70448A73740FF8ADD26D05DB6C0A1"><enum>(d)</enum><header>Termination</header><text>A detail under this section may, at any time and for any reason, be terminated by the head of the element of the intelligence community concerned or the private-sector organization concerned.</text></subsection>

<subsection id="H59A3FC5A024C445EBB7DA1BE1D1F38D5"><enum>(e)</enum><header>Duration</header>

<paragraph id="HF75C03740C404DA5863F53D9B8EBC9CA"><enum>(1)</enum><header>In general</header><text>A detail under this section shall be for a period of not less than 3 months and not more than 2 years, renewable up to a total of 3 years.</text></paragraph>

<paragraph id="H73FE33E0EC0849C8A9743E6452F82C43"><enum>(2)</enum><header>Longer periods</header><text>A detail under this section may be for a period in excess of 2 years, but not more than 3 years, if the head of the element making the detail determines that such detail is necessary to meet critical mission or program requirements.</text></paragraph>

<paragraph id="H4CCEE512C1E440CCB62EAA74119EB5F8"><enum>(3)</enum><header>Limitation</header><text>No employee of an element of the intelligence community may be detailed under this section for more than a total of 5 years, inclusive of all such details.</text></paragraph></subsection>

<subsection id="H76D7A7A2DE364516BA02CE2A9299A5AD"><enum>(f)</enum><header>Status of

Federal employees detailed to private-Sector organizations</header>

<paragraph id="H6AE84C7EDF0E46F7AC13E4EB1071F8F4"><enum>(1)</enum><header>In general</header><text>An employee of an element of the intelligence community who is detailed to a private-sector organization under this section shall be considered, during the period of detail, to be on a regular work assignment in the element. The written agreement established under subsection (c)(1) shall address the specific terms and conditions related to the employeeâ€™s continued status as a Federal employee.</text></paragraph>

<paragraph id="H78172217D8D94F278D181ED6B475CC4C"><enum>(2)</enum><header>Requirements</header><text>In establishing a temporary detail of an employee of an element of the intelligence community to a private-sector organization, the head of the element shallâ€"</text>

<subparagraph id="HC6BC4DA97AEE4834A1AD7C2B84F13419"><enum>(A)</enum><text>certify that the temporary detail of such employee shall not have an adverse or negative impact on mission attainment or organizational capabilities associated with the detail; and</text></subparagraph>

<subparagraph id="H89B724C8244B478F9846BCF1ABFE0B26"><enum>(B)</enum><text>in the case of an element of the intelligence community in the Department of Defense, ensure that the normal duties and functions of such employees are not, as a result of and during the course of such temporary detail, performed or augmented by contractor personnel in violation of the provisions of section 2461 of title 10, United States Code.</text></subparagraph></paragraph></subsection>

<subsection id="H258198F00CA347E39C1E4791DE9DA0D2"><enum>(g)</enum><header>Terms and conditions for private-Sector employees</header><text>An employee of a private-sector organization who is detailed to an element of the intelligence community under this sectionâ€"</text>

<paragraph id="H4203DE35E63D4E1498A27B6BEBDC6C2A"><enum>(1)</enum><text>shall continue to receive pay and benefits from the private-sector organization from which such employee is detailed and shall not receive pay or benefits from the element, except as provided in paragraph (2);</text></paragraph>

<paragraph id="H4D6AD2EC898F43028F3CBE4659495C3A"><enum>(2)</enum><text>is deemed to be an employee of the element for the purposes ofâ€"</text>

<subparagraph id="H976E189D49824F0AA4AA0E7487AD6BC5"><enum>(A)</enum><text>chapters 73 and 81 of title 5, United States Code;</text></subparagraph>

<subparagraph id="H3B19140CDA774E028606B95B6A8D5CCE"><enum>(B)</enum><text>sections 201, 203, 205, 207, 208, 209, 603, 606, 607, 643, 654, 1905, and 1913 of title 18, United States Code;</text></subparagraph>

<subparagraph id="HD33BAA6E015849F5B7A60D3F83CDF742"><enum>(C)</enum><text>sections 1343, 1344, and 1349(b) of title 31, United States Code;</text></subparagraph>

<subparagraph id="H3924EF30F1A848369075C1F3E3F9CB30"><enum>(D)</enum><text>chapter 171 of title 28, United States Code (commonly known as the <quote>Federal Tort Claims Act</quote>) and any other Federal tort liability statute;</text></subparagraph>

<subparagraph id="HE974527EC35C493A9B24E3A0C9337B03"><enum>(E)</enum><text>the Ethics in Government Act of 1978 (5 U.S.C. App.); and</text></subparagraph>

<subparagraph id="H620534E90B9D4DDC9F6827F88638A5B3"><enum>(F)</enum><text>chapter 21 of title 41, United States Code;</text></subparagraph></paragraph>

<paragraph id="H6343323B9BCE4856A342246EBABC7DE2"><enum>(3)</enum><text>may perform work that is considered inherently governmental in nature only when requested in writing by the head of the element;</text></paragraph>

<paragraph id="H50F66147E5D74A548F862B97282F807D"><enum>(4)</enum><text>may not be used to circumvent any limitation or restriction on the size of the workforce of the element;</text></paragraph>

<paragraph id="H0916955FB20B4B51B3251F312BD4DCB7"><enum>(5)</enum><text>shall be subject to the same requirements applicable to an employee performing the same functions and duties proposed for performance by the private-sector employee; and</text></paragraph>

<paragraph id="HCD8110B5DB3B4A6BAB8CD40F6BB3E066"><enum>(6)</enum><text>in the case of an element of the intelligence community in the Department of Defense, may not be used to circumvent the provisions of section 2461 of title 10, United States Code.</text></paragraph></subsection>

<subsection id="H9B39082548814EFA9A849792432C587A"><enum>(h)</enum><header>Prohibition against charging certain costs to the federal government</header><text>A private-sector organization may not charge an element of the intelligence community or any other agency of the Federal Government, as direct costs under a Federal contract, the costs of pay or benefits paid by the organization to an employee detailed to an element of the intelligence community under this section for the period of the detail and any subsequent renewal periods.</text></subsection>

<subsection id="HAB8930EFB0D0408884C5342A8E99B442"><enum>(i)</enum><header>Additional administrative matters</header><text>In carrying out this section, the Director, pursuant to procedures developed under subsection (a)â€"</text>

<paragraph id="H4A4E288B97CE411D93BABFC2997065A8"><enum>(1)</enum><text>shall, to the degree practicable, ensure that small business concerns are represented with respect to details authorized by this section;</text></paragraph>

<paragraph id="H274B3FECFFD14C70AE842E087931521D"><enum>(2)</enum><text>may, notwithstanding any other provision of law, establish criteria for elements of the intelligence community to use appropriated funds to reimburse small business concerns for the salaries and benefits of its employees during the periods when the small business concern agrees to detail its employees to the intelligence community under this section;</text></paragraph>

<paragraph id="H16D1872EE57B409FB13BFF848D6BEDB0"><enum>(3)</enum><text>shall take into consideration the question of how details under this section might best be used to help meet the needs of the intelligence community, including with respect to the training of employees;</text></paragraph>

<paragraph id="HEC8396C902B2473B8D2BE3A322635E50"><enum>(4)</enum><text>shall take into consideration areas of private-sector expertise that are critical to the intelligence community; and</text></paragraph>

<paragraph id="H7F21031D8ACB45FAA907CC7EC7EA6473"><enum>(5)</enum><text>shall establish oversight mechanisms to determine whether the public-private exchange authorized by this section improves the efficiency and effectiveness of the intelligence community.</text></paragraph></subsection>

<subsection id="H6DE724603F9E445B9509821452D687A1"><enum>(j)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H65239FA1745B4089985D54DBF8C58973"><enum>(1)</enum><header>Detail</header><text>The term <term>detail</term> means, as appropriate in the context in which such term is usedâ€"</text>

<subparagraph id="HF40E66EDB26E4274AB652579986F8DC5"><enum>(A)</enum><text>the assignment or loan of an employee of an element of the intelligence community to a private-sector organization without a change of position from the intelligence community element that employs the individual; or</text></subparagraph>

<subparagraph id="H1B6444D0CDD348A2888798B32E50BA49"><enum>(B)</enum><text>the assignment or loan of an employee of a private-sector organization to an element of the intelligence community without a change of position from the private-sector organization that employs the individual.</text></subparagraph></paragraph>

<paragraph id="HF1DED3355490489C89A9931B192CCFA1"><enum>(2)</enum><header>Private-sector organization</header><text>The term <term>private-sector organization</term> meansâ€"</text>

<subparagraph id="H7051E7ED802043BA96108F1CCF7329BA"><enum>(A)</enum><text>a for-profit organization; or</text></subparagraph>

<subparagraph id="HAC15C0DB97FF4A4D851B7A836A8E2171"><enum>(B)</enum><text>a not-for-profit organization.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H387517CF1A0949649E96100BC78AF425"><enum>(3)</enum><header>Small business concern</header><text>The term <term>small business concern</term> has the meaning given such term in section 3703(e)(2) of title 5, United States Code.</text></paragraph></subsection></section>

<section id="H6391EACD1430473785468E3B489A8F57" section-type="subsequent-section"><enum>5307.</enum><header>Assessment of contracting practices to identify certain security and counterintelligence concerns</header>

<subsection id="HFBE8AF29BAA84C0EA8C0F75E8AF0B60B"><enum>(a)</enum><header>Assessment</header>

<paragraph id="HBA3BE6D56C53435684ACB4A2DD0E1F77"><enum>(1)</enum><header>Contracting practices</header><text display-inline="yes-display-inline">The Director of National Intelligence shall conduct an assessment of the authorities, policies, processes, and standards used by the elements of the intelligence community to ensure that the elements appropriately weigh security and counterintelligence risks in awarding a contract to a contractor thatâ€"</text>

<subparagraph id="H4C387DA5697F436CB27531DC7B370AC9"><enum>(A)</enum><text>carries out any joint research and development activities with a covered foreign country; or</text></subparagraph>

<subparagraph id="H60C30E51995A4B869271273CB0FA17EA"><enum>(B)</enum><text>performs any contract or other agreement entered into with a covered foreign country.</text></subparagraph></paragraph>

<paragraph id="HD2072AEA0957466A953ECD35B3D0FC6D"><enum>(2)</enum><header>Elements</header><text>The assessment under paragraph (1) shall include the following:</text>

<subparagraph id="HBA2924E014E0414FAF24980C46AE6E24"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment of whether the authorities, policies, processes, and standards specified in paragraph (1) sufficiently identify security and counterintelligence concerns.</text></subparagraph>

<subparagraph id="HB938746CCD4A4A46902815DDF1751AE0"><enum>(B)</enum><text display-inline="yes-display-inline">Identification of any authority gaps in such authorities, policies, processes, and standards that prevent the intelligence community from considering the activities specified in subparagraphs (A) and (B) of paragraph (1) when evaluating offers for a contract.</text></subparagraph></paragraph>

<paragraph id="H5C526C87E5F0485086AD9C86E15FB0C3"><enum>(3)</enum><header>Consultation</header><text>In carrying out paragraph (1), the Director shall consult with each head of an element of the intelligence community.</text></paragraph></subsection>

<subsection id="H0C7185ACED694629B629301CD18EE93E"><enum>(b)</enum><header>Report</header>

<paragraph id="HB6C2D7F015BE42CB938B6C36D70F663D"><enum>(1)</enum><header>Requirement</header><text>Not later than 180 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees a report on the assessment under subsection (a)(1).</text></paragraph>

<paragraph id="H030E694C584045FBB334951C1C76E4CB"><enum>(2)</enum><header>Matters included</header><text>The report under paragraph (1) shall include the following:</text>

<subparagraph id="H03BBB7517B6449E683EB8FF51BD0B36F"><enum>(A)</enum><text>The assessment under subsection (a)(1).</text></subparagraph>

<subparagraph id="H66BBF73A9BF04D7F9C215FD5020F8977"><enum>(B)</enum><text display-inline="yes-display-inline">An identification of any known contractors that haveâ€"</text>

<clause id="H81A66CC3E7FB401B82FE0D2E4DCDBD99"><enum>(i)</enum><text display-inline="yes-display-inline">carried out activities specified in subparagraphs (A) and (B) of subsection (a)(1); and</text></clause>

<clause id="H5B3C73EC55BD4D0BB24A4DB6451FB954"><enum>(ii)</enum><text>submitted an offer for a contract with an element of the intelligence community.</text></clause></subparagraph>

<subparagraph id="H21E46397201F46248B08B81613E64994"><enum>(C)</enum><text display-inline="yes-display-inline">A description of the steps that the Director and the heads of the elements of the intelligence community took to identify contractors under subparagraph (B).</text></subparagraph></paragraph>

<paragraph id="H16369AA5E5ED4EBDB6ADEE78AFE27392"><enum>(3)</enum><header>Form</header><text>The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection id="H8CE09BCA4C8A49BC9633A3A28EBDD4E3"><enum>(c)</enum><header>Covered foreign country defined</header><text>In this section, the term <term>covered foreign country</term> means the government, or any entity affiliated with the military or intelligence services of, the following foreign countries:</text>

<paragraph id="HB72175074F1D46149E46613F59339530"><enum>(1)</enum><text>The Peopleâ€™s Republic of China.</text></paragraph>

<paragraph id="HDDEA836736F04F2A98FBEC92F8A56FEA"><enum>(2)</enum><text>The Russian Federation.</text></paragraph>

<paragraph id="H149965C1158241FEB70322EF109F5D2F"><enum>(3)</enum><text>The Democratic Peopleâ€™s Republic of Korea.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA4F81334585746C28B9A5C3E822849FF"><enum>(4)</enum><text>The Islamic Republic of Iran.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H814ABB5D68EF42A89FC974173EB19060"><enum>(5)</enum><text>Such other countries as the Director considers appropriate.</text></paragraph></subsection></section></subtitle>

<subtitle commented="no" id="H647E8F87256144D9A667881FBF4C7E46" level-type="subsequent" style="OLC"><enum>B</enum><header>Office of the Director of National Intelligence</header>

<section id="H1608D7B42BAF4DBB845E1C3EF5EC80BC" section-type="subsequent-section"><enum>5321.</enum><header>Establishment of Climate Security Advisory Council</header>

<subsection id="H4E36302E266D4691BB95AF21F7838333"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">Title I of the National Security Act of 1947 (50 U.S.C. 3021 et seq.) is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="HFB1C3BBE77034A5783A4E337ADD0AB04" style="OLC">

<section id="HF2558764BA2F49C99DDF2EFC37BBD265"><enum>120.</enum><header>Climate Security Advisory Council</header>

<subsection id="H3862039BB9254BA99934B1281A991376"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The Director of National Intelligence shall establish a Climate Security Advisory Council for the purpose ofâ€"</text>

<paragraph id="H775C3DCCAB7149C595A31EC4D87F56CD"><enum>(1)</enum><text>assisting intelligence analysts of various elements of the intelligence community with respect to analysis of climate security and its impact on the areas of focus of such analysts;</text></paragraph>

<paragraph id="H39610AB3C99B4707814483FD67667970"><enum>(2)</enum><text>facilitating coordination between the elements of the intelligence community and elements of the Federal Government that are not elements of the intelligence community in collecting data on, and conducting analysis of, climate change and climate security; and</text></paragraph>

<paragraph id="H45AECB76232A46AE9225924CC08C7298"><enum>(3)</enum><text>ensuring that the intelligence community is adequately prioritizing climate change in carrying out its activities.</text></paragraph></subsection>

<subsection id="HD469A6505AB24559B3BDA22795D74B87"><enum>(b)</enum><header>Composition of Council</header>

<paragraph id="HBA18E690D8754048ADD9BACA28E12183"><enum>(1)</enum><header>Members</header><text>The Council shall be composed of the following individuals appointed by the Director of National Intelligence:</text>

<subparagraph id="H893AF98784C74EDC9ADFF8635ABBC6BE"><enum>(A)</enum><text>An appropriate official from the National Intelligence Council, who shall chair the Council.</text></subparagraph>

<subparagraph id="H57DBAE4053634F67A4D6DE4424F5678D"><enum>(B)</enum><text>The lead official with respect to climate and environmental security analysis fromâ€"</text>

<clause id="H1D4AD56C61AA4B40A9AD40CC240E067E"><enum>(i)</enum><text>the Central Intelligence Agency;</text></clause>

<clause id="H0E13D86ACC7441939207E514D5053AE8"><enum>(ii)</enum><text>the Bureau of Intelligence and Research of the Department of State;</text></clause>

<clause id="H4391E85338974C7C90B9DE90B8116629"><enum>(iii)</enum><text>the National Geospatial-Intelligence Agency;</text></clause>

<clause id="H41EEE3CD8461452987CA3542527876EB"><enum>(iv)</enum><text>the Office of Intelligence and Counterintelligence of the Department of Energy;</text></clause>

<clause id="H7DDFF9205A5E42BAB37F1736249CCEBE"><enum>(v)</enum><text>the Office of the Under Secretary of Defense for Intelligence; and</text></clause>

<clause id="H4FA0210A523E41BDA6A0D311159365CB"><enum>(vi)</enum><text>the Defense Intelligence Agency.</text></clause></subparagraph>

<subparagraph id="H1BA98BDACFAD4B558364F3E2759895EC"><enum>(C)</enum><text display-inline="yes-display-inline">Three appropriate officials from elements of the Federal Government that are not elements of the intelligence community that are responsible forâ€"</text>

<clause id="H91E8D8EAE5034A13950BFFDFB86C4B91"><enum>(i)</enum><text>providing decision makers with a predictive understanding of the climate;</text></clause>

<clause id="H4315EE7C50224EDEA99F7A207AF8DF2A"><enum>(ii)</enum><text>making observations of our Earth system that can be used by the public, policymakers, and to support strategic decisions; or</text></clause>

<clause id="H2B3398FE6D144318951BF85BBFAA7358"><enum>(iii)</enum><text>coordinating Federal research and investments in understanding the forces shaping the global environment, both human and natural, and their impacts on society.</text></clause></subparagraph>

<subparagraph id="H6AD5438B64F343A7AF66D328828FE35A"><enum>(D)</enum><text>Any other officials as the Director of National Intelligence or the chair of the Council may determine appropriate.</text></subparagraph></paragraph>

<paragraph id="H17EB373497F640FFACFFFFDB5972B670"><enum>(2)</enum><header>Responsibilities of chair</header><text>The chair of the Council shall have responsibility forâ€"</text>

<subparagraph id="HF93A37C0628241E2BA2B6B61E9EAB2B0"><enum>(A)</enum><text>identifying agencies to supply individuals from elements of the Federal Government that are not elements of the intelligence community;</text></subparagraph>

<subparagraph id="H58E0BCC840C94F9B9101958EFB84C0F8"><enum>(B)</enum><text>securing the permission of the relevant agency heads for the participation of such individuals on the Council; and</text></subparagraph>

<subparagraph id="H5932F40D1B174488A52C6E56140C7101"><enum>(C)</enum><text>any other duties that the Director of National Intelligence may

direct.</text></subparagraph></paragraph></subsection>

<subsection id="HA19A8EE44C904F8D98E4A8D9B8A02FDD"><enum>(c)</enum><header>Duties and responsibilities of Council</header><text>The Council shall carry out the following duties and responsibilities:</text>

<paragraph id="H7C9F23DA094A45818D4A9A68F9A53930"><enum>(1)</enum><text display-inline="yes-display-inline">To meet at least quarterly toâ€"</text>

<subparagraph id="HBB0F8E65FCB74F2CAEA5FC8ADC3BEA59"><enum>(A)</enum><text>exchange appropriate data between elements of the intelligence community and elements of the Federal Government that are not elements of the intelligence community;</text></subparagraph>

<subparagraph id="H612A7C360ED8447A84249B82D2031E35"><enum>(B)</enum><text>discuss processes for the routine exchange of such data and implementation of such processes; and</text></subparagraph>

<subparagraph id="HECFC73FBED7A4060B19B060457333581"><enum>(C)</enum><text>prepare summaries of the business conducted at each meeting.</text></subparagraph></paragraph>

<paragraph id="H14EBC9DB5AF6485D9D3E0AC298CD77F4"><enum>(2)</enum><text display-inline="yes-display-inline">To assess and determine best practices with respect to the analysis of climate security, including identifying publicly available information and intelligence acquired through clandestine means that enables such analysis.</text></paragraph>

<paragraph id="H775DE15E522A4BE286303159777F5AE2"><enum>(3)</enum><text display-inline="yes-display-inline">To assess and identify best practices with respect to prior efforts of the intelligence community to analyze climate security.</text></paragraph>

<paragraph id="HACFB3C4BAD9D40D1890A81DABB13DBCD"><enum>(4)</enum><text display-inline="yes-display-inline">To assess and describe best practices for identifying and disseminating climate security indicators and warnings.</text></paragraph>

<paragraph id="H5D259D08C9204E58A805D072106242DE"><enum>(5)</enum><text display-inline="yes-display-inline">To recommend methods of incorporating analysis of climate security and the best practices identified under paragraphs (2) through (4) into existing analytic training programs.</text></paragraph>

<paragraph id="HD7444603382F43889EE89D740B75F30B"><enum>(6)</enum><text display-inline="yes-display-inline">To consult, as appropriate, with other elements of the intelligence community that conduct analysis of climate change or climate security and elements of the Federal Government that are not elements of the intelligence community that conduct analysis of climate change or climate security, for the purpose of sharing information about ongoing efforts and avoiding duplication of existing efforts.</text></paragraph>

<paragraph id="H8A9970DE08B543CFA5A69FE8A1A4A9FC"><enum>(7)</enum><text display-inline="yes-display-inline">To work with elements of the intelligence community that conduct analysis of climate change or climate security and elements of the Federal Government that are not elements of the intelligence community that conduct analysis of climate change or climate securityâ€"</text>

<subparagraph id="HEED7F88AAC384AADAB1349FE7BC3A774"><enum>(A)</enum><text>to exchange appropriate data between such elements, establish processes, procedures and practices for the routine exchange of such data, discuss the implementation of such processes; and</text></subparagraph>

<subparagraph id="H604DED86AFBD4FEDB773E2E5A4FB47F5"><enum>(B)</enum><text display-inline="yes-display-inline">to enable and facilitate the sharing of findings and analysis between such elements.</text></subparagraph></paragraph>

<paragraph id="HECC74CC3550C4BA9A1710931C58E6A54"><enum>(8)</enum><text display-inline="yes-display-inline">To assess whether the elements of the intelligence community that conduct analysis of climate change or climate security may inform the research direction of academic work and the sponsored work of the United States Government.</text></paragraph>

<paragraph id="HBA51143E9D5B45D4B59469D906D60C0F"><enum>(9)</enum><text display-inline="yes-display-inline">At the discretion of the chair of the Council, to convene

conferences of analysts and nonintelligence community personnel working on climate change or climate security on subjects that the chair shall direct.</text></paragraph></subsection>

<subsection id="H5F14E38FEA4542AE84D2BF917E8CD575"><enum>(d)</enum><header>Sunset</header><text>The Council shall terminate on the date that is 4 years after the date of the enactment of this section.</text></subsection>

<subsection id="H96E8E9C0AD674FD5A4585C4032F01591"><enum>(e)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H34369726DAEC4DBB82F084DE7DA30BE9"><enum>(1)</enum><header>Climate security</header><text>The term <term>climate security</term> means the effects of climate change on the following:</text>

<subparagraph id="H65593EAECEEC495DB9B89843BA834981"><enum>(A)</enum><text>The national security of the United States, including national security infrastructure.</text></subparagraph>

<subparagraph id="H77CFC1D5AA74448FBA4A09CBE50A1199"><enum>(B)</enum><text>Subnational, national, and regional political stability.</text></subparagraph>

<subparagraph id="HC4E70C07D6E64DBE80145EBB75E54BDF"><enum>(C)</enum><text display-inline="yes-display-inline">The security of allies and partners of the United States.</text></subparagraph>

<subparagraph id="HE57C8B13CF814BE6B1A5C5F89F94069B"><enum>(D)</enum><text>Ongoing or potential political violence, including unrest, rioting, guerrilla warfare, insurgency, terrorism, rebellion, revolution, civil war, and interstate war.</text></subparagraph></paragraph>

<paragraph id="H3EDEF139ABE54101A5F174DAC0C61423"><enum>(2)</enum><header>Climate intelligence indications and warnings</header><text>The term <term>climate intelligence indications and warnings</term> means developments relating to climate security with the potential toâ€"</text>

<subparagraph id="H71FF3AE81D5547819AD049EBB9D9094C"><enum>(A)</enum><text>imminently and substantially alter the political stability or degree of human security in a country or region; or</text></subparagraph>

<subparagraph id="HB9E51BDB0EEA4BA398B8A74E63BBF8FA"><enum>(B)</enum><text display-inline="yes-display-inline">imminently and substantially threatenâ€"</text>

<clause id="HF231D77199CB4FCCAAA694FF47EF8E07"><enum>(i)</enum><text>the national security of the United States;</text></clause>

<clause id="H2F01EFD3278B460EA18EA54D5385F163"><enum>(ii)</enum><text>the military, political, or economic interests of allies and partners of the United States; or</text></clause>

<clause id="HDC7887F6FA1042D9B62494CE2DD94136"><enum>(iii)</enum><text>citizens of the United States abroad.</text></clause></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H83DCC3FE876C4D79AAE1D3745806D138"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents in the first section of the National Security Act of 1947 is amended by inserting after the item relating to section 119B the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H9E0596331C84492CB7A3F8B08D099BB6" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 120. Climate Security Advisory Council.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC593825BE4914DDE90BFA02DEDA19B39"><enum>(c)</enum><header>Initial

appointments</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall appoint the members of the Council under section 120 of the National Security Act of 1947, as added by subsection (a).</text></subsection></section>

<section id="H21B33AC9B7F745D98C43BA10B3543FF3" section-type="subsequent-section" display-inline="no-display-inline"><enum>5322.</enum><header>Foreign Malign Influence Response Center</header>

<subsection id="H66E6132CBB604B85BC0012CD8FC7DF2C"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">The National Security Act of 1947 (50 U.S.C. 3001 et seq.) is amended by inserting after section 119B the following new section:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="HE519BC59F2944100A45AFCA0C4182E40">

<section id="H4ABFA4CC10C343B0B7BEF728CC6C1A58"><enum>119C.</enum><header>Foreign Malign Influence Response Center</header>

<subsection id="H2A72A60935694D78A946A2A84E90211A"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">There is within the Office of the Director of National Intelligence a Foreign Malign Influence Response Center (in this section referred to as the <quote>Center</quote>).</text></subsection>

<subsection id="H05DF46690A454CEAA85C3FB494D0EA8B"><enum>(b)</enum><header>Functions and composition</header><text>The Center shallâ€"</text>

<paragraph id="H2D35730E833845A691CE53504ABD036D"><enum>(1)</enum><text>be comprised of analysts from all elements of the intelligence community, including elements with diplomatic and law enforcement functions;</text></paragraph>

<paragraph id="H83BD5303DF1A4EDC9332F533D73940D5"><enum>(2)</enum><text display-inline="yes-display-inline">have access to all intelligence and other reporting possessed or acquired by the United States Government pertaining to foreign malign influence; </text></paragraph>

<paragraph id="H839838394A914A8899C68CC7109AC7FE"><enum>(3)</enum><text>serve as the primary organization in the United States Government for analyzing and integrating all intelligence possessed or acquired by the United States Government pertaining to foreign malign influence; and</text></paragraph>

<paragraph id="H1D8E22BB554B49EB80074C4E571ACA10"><enum>(4)</enum><text display-inline="yes-display-inline">provide to employees and officers of the Federal Government in policy-making positions and Congress comprehensive assessments, and indications and warnings, of foreign malign influence.</text></paragraph></subsection>

<subsection id="H0E75DB3010F546AFBD80C50F5FA88677"><enum>(c)</enum><header>Director</header>

<paragraph id="HC0014BFA324F429E893CC4DDF6F63638"><enum>(1)</enum><header>Appointment</header><text display-inline="yes-display-inline">There is a Director of the Center, who shall be the head of the Center, and who shall be appointed by the Director of National Intelligence.</text></paragraph>

<paragraph id="H20C128E425C64A6C91DDA4C8BDA7FF70"><enum>(2)</enum><header>Role</header><text>The Director of the Center shallâ€"</text>

<subparagraph id="HD1BB1E3EDE604AC4B47CD91B233FCB96"><enum>(A)</enum><text display-inline="yes-display-inline">report directly to the Director of National Intelligence;</text></subparagraph>

<subparagraph id="HC30BA268371A424A9FFA6DA898A9A220"><enum>(B)</enum><text>carry out the functions under subsection (b); and</text></subparagraph>

<subparagraph id="HC29F70ABA6AE4ADFA29C0A5617F0BEF9"><enum>(C)</enum><text display-inline="yes-display-inline">at the request of the President or the Director of National Intelligence, develop and provide recommendations for potential responses by the United

States to foreign malign influence.</text></subparagraph></paragraph></subsection>

<subsection id="HDD8EE3853910408D849B342FB90CF28A"><enum>(d)</enum><header>Annual reports</header>

<paragraph id="H18BEB7DDC3C346E6A0782E459F0C034D"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">In addition to the matters submitted pursuant to subsection (b)(4), at the direction of the Director of National Intelligence, but not less than once each year, the Director of the Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on foreign malign influence.</text></paragraph>

<paragraph id="H716A67E29771412DAD062D0BD6AFBC8B"><enum>(2)</enum><header>Matters included</header><text>Each report under paragraph (1) shall include, with respect to the period covered by the report, a discussion of the following:</text>

<subparagraph id="HFC0F08DD94F142BA96C47BFF95F4D2AD"><enum>(A)</enum><text display-inline="yes-display-inline">The most significant activities of the Center.</text></subparagraph>

<subparagraph id="H68AA3C81CB3F4301A72A505759EE7C3C"><enum>(B)</enum><text display-inline="yes-display-inline">Any recommendations the Director determines necessary for legislative or other actions to improve the ability of the Center to carry out its functions, including recommendations regarding the protection of privacy and civil liberties.</text></subparagraph></paragraph></subsection>

<subsection id="H4509CD79C28E4813829C264297B042E1"><enum>(e)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H8A7A9343F71B4EFB8D128879554D1F8A"><enum>(1)</enum><header>Covered foreign country</header><text>The term <quote>covered foreign country</quote> means the following:</text>

<subparagraph id="HEFB125A22362431AB8DD1EC4802DCEC0" display-inline="no-display-inline"><enum>(A)</enum><text>The Russian Federation.</text></subparagraph>

<subparagraph id="H9B17A73DD2C14958A8B9E265A31BFBF3"><enum>(B)</enum><text>The Islamic Republic of Iran.</text></subparagraph>

<subparagraph id="H1265F522275347B18EE1392B356FDCBA"><enum>(C)</enum><text>The Democratic Peopleâ€™s Republic of Korea.</text></subparagraph>

<subparagraph id="H2F61638CBB6C410CBC464223AB71C8D3"><enum>(D)</enum><text>The Peopleâ€™s Republic of China.</text></subparagraph>

<subparagraph id="H2810F2AF8F6D417A82C48C569892FB6B"><enum>(E)</enum><text>Any other foreign country that the Director of the Center determines appropriate for purposes of this section.</text></subparagraph></paragraph>

<paragraph id="H79D0346C5506403B9A85E1C0A8130336"><enum>(2)</enum><header>Foreign malign influence</header><text display-inline="yes-display-inline">The term <quote>foreign malign influence</quote> means any hostile effort undertaken by, at the direction of, or on behalf of or with the substantial support of, the government of a covered foreign country with the objective of influencing, through overt or covert meansâ€"</text>

<subparagraph id="H3A8506D68E1D49CCAE415467C4FD8023"><enum>(A)</enum><text>the political, military, economic, or other policies or activities of the United States Government or State or local governments, including any election within the United States; or</text></subparagraph>

<subparagraph id="H8E6C8041221F45D089F75DF46949CB3D"><enum>(B)</enum><text>the public opinion within the United States.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HDE4DA4AAD9C94FD9B85946239841E34D"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents at the beginning of such Act is amended by inserting after the item relating to section 119B the following new item:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H2A7E804A76A046EE8BB6D2A1A5140E77">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 119C. Foreign Malign Influence Response Center.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8F2B46E681494FD485990A49905541CB"><enum>(c)</enum><header>Conforming amendment</header><text>Section 507(a) of such Act (50 U.S.C. 3106) is amended by adding at the end the following new paragraph:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H6CE890882F9444E983272D81B188BDB7">

<paragraph id="HB4E25FB0085E45A783E6D2E3655A7B6B"><enum>(6)</enum><text display-inline="yes-display-inline">An annual report submitted under section 119C(d)(1).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HC25424E8D5514C2B93B7117A5E39EDE1" section-type="subsequent-section"><enum>5323.</enum><header>Encouragement of cooperative actions to detect and counter foreign influence operations</header>

<subsection commented="no" id="H5DDBA262DB814D8580643325BC27BB2E"><enum>(a)</enum><header>Findings</header><text>Congress makes the following findings:</text>

<paragraph commented="no" id="H3B1FBE615D9E45969813DE66D2B24723"><enum>(1)</enum><text>The Russian Federation, through military intelligence units, also known as the <quote>GRU</quote>, and Kremlin-linked troll organizations often referred to as the <quote>Internet Research Agency</quote>, deploy information warfare operations against the United States, its allies and partners, with the goal of advancing the strategic interests of the Russian Federation.</text></paragraph>

<paragraph commented="no" id="H5C620B1E76B94CFF9A7AFC8411B4FA05"><enum>(2)</enum><text>One line of effort deployed as part of these information warfare operations is the weaponization of social media platforms with the goals of intensifying societal tensions, undermining trust in governmental institutions within the United States, its allies and partners in the West, and generally sowing division, fear, and confusion.</text></paragraph>

<paragraph commented="no" id="H25A34FA5AF8F4ACCB00C229F7DE7BCA4"><enum>(3)</enum><text>These information warfare operations are a threat to the national security of the United States and that of the allies and partners of the United States. As former Director of National Intelligence Dan Coats stated, <quote>These actions are persistent, they are pervasive and they are meant to undermine Americaâ€™s democracy.</quote>.</text></paragraph>

<paragraph commented="no" id="H028DB3E3DC854039B56C18402AAEEA9F"><enum>(4)</enum><text>These information warfare operations continue to evolve and increase in sophistication.</text></paragraph>

<paragraph commented="no" id="HA6637A76F3E94A11A1C3685C020210D6"><enum>(5)</enum><text display-inline="yes-display-inline">Other foreign adversaries and hostile non-state actors are increasingly adopting similar tactics of deploying information warfare operations against the West, such as recent state-backed operations from China around the Hong Kong protests identified by social media companies.</text></paragraph>

<paragraph commented="no" id="H99C8A5ED2E30419180E8F745692A62B8"><enum>(6)</enum><text>Technological advances, including artificial intelligence, will only make it more difficult in the future to detect fraudulent accounts, deceptive material posted on social media, and malign behavior on social media platforms.</text></paragraph>

<paragraph commented="no" id="H5138FD2427A34C998214105210DEFFFA"><enum>(7)</enum><text display-inline="yes-display-inline">Because these information warfare operations are deployed within and across private social media platforms, the companies that own these platforms have a responsibility to detect and facilitate the removal or neutralization

of foreign adversary networks operating clandestinely on their
platforms.</text></paragraph>

<paragraph commented="no"
id="HB51497FF71EE4A55865DF734A4C65E41"><enum>(8)</enum><text>The social media companies
are inherently technologically sophisticated and adept at rapidly analyzing large
amounts of data and developing software-based solutions to diverse and ever-changing
challenges on their platforms, which makes them well-equipped to address the threat
occurring on their platforms.</text></paragraph>

<paragraph commented="no"
id="H6BF40C0CA7BF4181B42BDD8145033F09"><enum>(9)</enum><text>Independent analyses
confirmed Kremlin-linked threat networks, based on data provided by several social
media companies to the Select Committee on Intelligence of the Senate, thereby
demonstrating that it is possible to discern both broad patterns of cross-platform
information warfare operations and specific fraudulent behavior on social media
platforms.</text></paragraph>

<paragraph commented="no" id="H2B93DE0D90994661A0D8E5B5E1432E24"><enum>(10)</enum><text
display-inline="yes-display-inline">General Paul Nakasone, Director of the National
Security Agency, emphasized the importance of these independent analyses to the
planning and conducting of military cyber operations to frustrate Kremlin-linked
information warfare operations against the 2018 mid-term elections. General Nakasone
stated that the reports <quote>were very, very helpful in terms of being able to
understand exactly what our adversary was trying to do to build dissent within our
nation.</quote>.</text></paragraph>

<paragraph commented="no"
id="HC4B111173D53453EBD82AECBE2988188"><enum>(11)</enum><text>Institutionalizing
ongoing robust, independent, and vigorous analysis of data related to foreign threat
networks within and across social media platforms will help counter ongoing information
warfare operations against the United States, its allies, and its
partners.</text></paragraph>

<paragraph commented="no"
id="H9EF6B594C3E045DA842F567A461F366B"><enum>(12)</enum><text>Archiving and disclosing
to the public the results of these analyses by the social media companies and trusted
third-party experts in a transparent manner will serve to demonstrate that the social
media companies are detecting and removing foreign malign activities from their
platforms while protecting the privacy of the people of the United States and will
build public understanding of the scale and scope of these foreign threats to our
democracy, since exposure is one of the most effective means to build
resilience.</text></paragraph></subsection>

<subsection commented="no"
id="H73C52CBD0CE54DA3A8C74D9C401C73A6"><enum>(b)</enum><header>Sense of
Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph commented="no"
id="HFF17B8B70EDC4F819E622C10D010E661"><enum>(1)</enum><text>the social media companies
should cooperate among themselves and with independent organizations and researchers on
a sustained and regular basis to share and analyze data and indicators relevant to
foreign information warfare operations within and across their platforms in order to
detect and counter foreign information warfare operations that threaten the national
security of the United States and its allies and partners;</text></paragraph>

<paragraph id="HBB3C981E728B46ED921071C05597AF0A"><enum>(2)</enum><text display-
inline="yes-display-inline">information from law enforcement and the intelligence
community is also important in assisting efforts by these social media companies to
identify foreign information warfare operations;</text></paragraph>

<paragraph commented="no"
id="H8ADCD065B0004715869914D320DBB36B"><enum>(3)</enum><text>these analytic efforts
should be organized in such a fashion as to meet the highest standards of ethics,
confidentiality, and privacy protection of the people of the United States, while still
allowing timely research access to relevant data;</text></paragraph>

<paragraph commented="no" id="HA0F18DB88F9C49308A74A2C60C9554EC"><enum>(4)</enum><text
display-inline="yes-display-inline">these analytic efforts should be undertaken as soon
as possible to facilitate countering ongoing state or state-backed foreign information

warfare operations and to aid in preparations for the United States Presidential and congressional elections in 2020 and beyond;</text></paragraph>

<paragraph commented="no" id="HCE5A6441117044529DEC8402CF96C0AB"><enum>(5)</enum><text>the structure and operations of social media companies make them well positioned to work with independent organizations and researchers to address foreign adversary threat networks within and across their platforms, and these efforts could be conducted without direct Government involvement, direction, or regulation; and</text></paragraph>

<paragraph commented="no" id="HE47962DE6E9F4A0BB879FFA8D3D2F4DE"><enum>(6)</enum><text>if the social media industry fails to take sufficient action to address foreign adversary threat networks operating within or across their platforms, Congress would have to consider additional safeguards for ensuring that this threat is effectively mitigated.</text></paragraph></subsection>

<subsection commented="no" id="H7BD6F81A087D4A8998C37F8CEF806453"><enum>(c)</enum><header>Authority to facilitate establishment of Social Media Data and Threat Analysis Center</header>

<paragraph commented="no" id="HD3CEF42CCC924C7FA974B93612F8DF2C"><enum>(1)</enum><header>Authority</header><text> The Director of National Intelligence, in coordination with the Secretary of Defense, may facilitate, by grant or contract or under an existing authority of the Director, the establishment of a Social Media Data and Threat Analysis Center with the functions described in paragraph (2) at an independent, nonprofit organization.</text></paragraph>

<paragraph commented="no" id="H882415BB30204E5C85CFCDC6EA484555"><enum>(2)</enum><header>Functions</header><text> The functions described in this paragraph are the following:</text>

<subparagraph commented="no" id="H8171148026D4466ABA485BF685B05D4D"><enum>(A)</enum><text>Acting as a convening and sponsoring authority for cooperative social media data analysis of foreign threat networks involving social media companies and third-party experts, nongovernmental organizations, data journalists, Federally funded research and development centers, academic researchers, traditional media, and international counterparts, as appropriate.</text></subparagraph>

<subparagraph commented="no" id="HA1161D35D164403381A0E91567AD5FF7"><enum>(B)</enum><text>Facilitating analysis of foreign influence operation, within and across the individual social media platforms as well as hacking and leaking campaigns, and other tactics, and related unlawful activities that fund or subsidize such operations.</text></subparagraph>

<subparagraph commented="no" id="HAE5CA136F0DE4321A240A5FA3336F3DB"><enum>(C)</enum><text>Developing processes to share information from government entities on foreign influence operations with the individual social media companies to inform threat analysis, and working with the Office of the Director of National Intelligence as appropriate.</text></subparagraph>

<subparagraph commented="no" id="HC835BA3B4CEE412F80D83CDD6033FFD1"><enum>(D)</enum><text>Determining and making public criteria for identifying which companies, organizations, or researchers qualify for inclusion in the activities of the Center, and inviting entities that fit the criteria to join.</text></subparagraph>

<subparagraph commented="no" id="HFF3AB46871C34EE9A3F5291234F29FE6"><enum>(E)</enum><text>Determining jointly with the social media companies what data and metadata related to indicators of foreign adversary threat networks from their platforms and business operations will be made available for access and analysis.</text></subparagraph>

<subparagraph commented="no" id="H2D7A45006A5143F5AB26936F792A93DE"><enum>(F)</enum><text>Developing and making public the criteria and standards that must be met for companies, other organizations, and individual researchers to access and analyze data relating to foreign adversary threat networks within and across social media platforms and publish or otherwise use

the results.</text></subparagraph>

<subparagraph commented="no" id="H9E7CB1ADBD8748FFA2A7CC8397AD5252"><enum>(G)</enum><text>Developing and making public the ethical standards for investigation of foreign threat networks and use of analytic results and for protection of the privacy of the customers and users of the social media platforms and of the proprietary information of the social media companies.</text></subparagraph>

<subparagraph commented="no" id="H8B598A14A56A43DC850D420F3D44401F"><enum>(H)</enum><text>Developing technical, contractual, and procedural controls to prevent misuse of data, including any necessary auditing procedures, compliance checks, and review mechanisms.</text></subparagraph>

<subparagraph commented="no" id="H7E1C1BAEBF74483D8097A80FEFA82D9A"><enum>(I)</enum><text>Developing and making public criteria and conditions under which the Center shall share information with the appropriate Government agencies regarding threats to national security from, or violations of the law involving, foreign activities on social media platforms.</text></subparagraph>

<subparagraph commented="no" id="H75B8DE1A3B5C4E209B624832FB664FA1"><enum>(J)</enum><text display-inline="yes-display-inline">Hosting a searchable archive aggregating information related to foreign influence and disinformation operations to build a collective understanding of the threats and facilitate future examination consistent with privacy protections.</text></subparagraph>

<subparagraph id="HD2EA9AE625F6420EB196F0A19F3B48C9"><enum>(K)</enum><text>Developing data standards to harmonize the sharing of information pursuant to this paragraph.</text></subparagraph></paragraph></subsection>

<subsection commented="no" id="H0C673F1B0CCF407FAA525D5E5F65EB9B"><enum>(d)</enum><header>Reporting and notifications</header><text>If the Director of National Intelligence chooses to use funds under subsection (c)(1) to facilitate the establishment of the Center, the Director of the Center shallâ€"</text>

<paragraph commented="no" id="HA6FA0CF55CBC4FBB9BD823628BB55AFD"><enum>(1)</enum><text display-inline="yes-display-inline">not later than 180 days after the date of the enactment of this Act, submit to appropriate congressional committees a report onâ€"</text>

<subparagraph commented="no" id="HED8BB3E86A3941FCAE088E0270ED8AA2"><enum>(A)</enum><text>the estimated funding needs of the Center for fiscal year 2021 and for subsequent years;</text></subparagraph>

<subparagraph commented="no" id="H19F5E085ACEB4B45B382DD2BB692C4D0"><enum>(B)</enum><text>such statutory protections from liability as the Director considers necessary for the Center, participating social media companies, and participating third-party analytical participants;</text></subparagraph>

<subparagraph commented="no" id="H428328C6FC5442D98C072D3207F9F6D7"><enum>(C)</enum><text>such statutory penalties as the Director considers necessary to ensure against misuse of data by researchers; and</text></subparagraph>

<subparagraph commented="no" id="HAAD992D435A14EBEBBFAE4E4EF89139A"><enum>(D)</enum><text>such changes to the Centerâ€™s mission to fully capture broader unlawful activities that intersect with, complement, or support information warfare tactics; and</text></subparagraph></paragraph>

<paragraph commented="no" id="H6E0B10D409F6420CAC4F52E1582EAC5F"><enum>(2)</enum><text>not less frequently than once each year, submit to the Director of National Intelligence, the Secretary of Defense, and the appropriate congressional committees a reportâ€"</text>

<subparagraph commented="no"

id="H188277F79D404193A4113021134F5BD1"><enum>(A)</enum><text>that assessesâ€"</text>

<clause commented="no" id="H4954D3369A8D4260979654CABF80A10D"><enum>(i)</enum><text>degree of cooperation and commitment from the social media companies to the mission of the Center; and</text></clause>

<clause commented="no" id="H8EBBC59FBCEB4910A15A3FAEEFF71B2D"><enum>(ii)</enum><text display-inline="yes-display-inline">effectiveness of the Center in detecting and facilitating the removal or neutralization of clandestine foreign information warfare operations from social media platforms; and</text></clause></subparagraph>

<subparagraph commented="no" id="HD6CA9AC73BBC411F81714A9814700644"><enum>(B)</enum><text>includes such recommendations for legislative or administrative action as the Center considers appropriate to carry out the functions of the Center.</text></subparagraph></paragraph></subsection>

<subsection commented="no" id="H537D7BCA90CE4C0A8EAD3D312EB19673"><enum>(e)</enum><header>Periodic reporting to the public</header><text>The Director of the Center shallâ€"</text>

<paragraph commented="no" id="H1BFC37757C8E47FCA7DF911CFA5FACCE"><enum>(1)</enum><text>once each quarter, make available to the public a report on key trends in foreign influence and disinformation operations, including any threats to campaigns and elections, to inform the public of the United States; and</text></paragraph>

<paragraph commented="no" id="H2928F324D4DF4D2CA3B9DAE36067C40D"><enum>(2)</enum><text>as the Director considers necessary, provide more timely assessments relating to ongoing disinformation campaigns.</text></paragraph></subsection>

<subsection commented="no" id="HBF69AB26D97B47AA895C179A82F7BFB2"><enum>(f)</enum><header>Funding</header><text>Of the amounts appropriated or otherwise made available to the National Intelligence Program (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)) in fiscal year 2020 and 2021, the Director of National Intelligence may use up to $30,000,000 to carry out this section.</text></subsection>

<subsection commented="no" id="H3992B227CD62428CA55BEB3DE3B9C244"><enum>(g)</enum><header>Definition of appropriate congressional committees</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph commented="no" id="HEE81D905106A4C60929B617107BF031A"><enum>(1)</enum><text>the Committee on Armed Services of the Senate;</text></paragraph>

<paragraph commented="no" id="H9B1E68F7545E4C5C943EDDF201FB53A2"><enum>(2)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate;</text></paragraph>

<paragraph commented="no" id="H5A3A34F56145439E9BDC8ADEFE7C27EA"><enum>(3)</enum><text>the Committee on Foreign Relations of the Senate;</text></paragraph>

<paragraph commented="no" id="H73122C3A12924424894D9DA28B37B785"><enum>(4)</enum><text>the Committee on the Judiciary of the Senate;</text></paragraph>

<paragraph commented="no" id="HEACB5C38E38C463383CA6BF6BFC2A9CF"><enum>(5)</enum><text>the Select Committee on Intelligence of the Senate;</text></paragraph>

<paragraph commented="no" id="H15227ED297EB468F8D19C3B94A64D511"><enum>(6)</enum><text>the Committee on Armed Services of the House of Representatives;</text></paragraph>

<paragraph commented="no" id="H32A0D17A77BD400F99EB1B68B58831A9"><enum>(7)</enum><text>the Committee on Homeland

Security of the House of Representatives;</text></paragraph>

<paragraph commented="no" id="H321E7A76301A4285A83A7896676DA883"><enum>(8)</enum><text>the Committee on Foreign Affairs of the House of Representatives;</text></paragraph>

<paragraph commented="no" id="H208CFF5747274B349661694AF31E9AFA"><enum>(9)</enum><text>the Committee on the Judiciary of the House of Representatives; and</text></paragraph>

<paragraph commented="no" id="HD52FACB5ACF4457290092EDC91DDC0DE"><enum>(10)</enum><text>the Permanent Select Committee on Intelligence of the House of Representatives.</text></paragraph></subsection></section>

<section id="H1E6EF6D24563496DB5F4A0D05FD60360" section-type="subsequent-section" display-inline="no-display-inline" commented="no"><enum>5324.</enum><header>Transfer of National Intelligence University to the Office of the Director of National Intelligence</header>

<subsection id="H5020B6B3713B4B488DDA9E606B04B872" commented="no"><enum>(a)</enum><header>Transfer</header><text display-inline="yes-display-inline">Upon the submission of the joint certifications under subsection (b)(1), the Secretary of Defense and the Director of National Intelligence shall take such actions that the Director determines necessary to transfer the National Intelligence University from the Defense Intelligence Agency to the Director of National Intelligence.</text></subsection>

<subsection id="HE29C1DB4A9DC461DA18566E2F9CD34E8" commented="no"><enum>(b)</enum><header>Joint certifications</header>

<paragraph id="H668CEB3E9B64486FB91399241C06A18D" commented="no"><enum>(1)</enum><header>Requirement</header><text display-inline="yes-display-inline">Except as provided by paragraph (2), as soon as practicable after the date of the enactment of this Act, but not later than 18 months after the date of such enactment, the Secretary of Defense and the Director of National Intelligence shall jointly submit to the appropriate congressional committees written certifications of each of the following:</text>

<subparagraph id="HE0C4F7336D304CFEAA04725A982B2CB7" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">The Middle States Commission on Higher Education has provided regional academic accreditation for the National Intelligence University before the date of the certification, or will provide such academic accreditation as of the date on which the University is transferred under subsection (a).</text></subparagraph>

<subparagraph id="H1714107773244528B73DDCD84A5CFBDF" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">Members of the Armed Forces attending the University will be eligible to receive credit for Phase I joint professional military education.</text></subparagraph>

<subparagraph id="H06108237744344118A06DAAD4B069880" commented="no" display-inline="no-display-inline"><enum>(C)</enum><text display-inline="yes-display-inline">The Secretary of Education has informed the Director of National Intelligence that the Secretary has recommended approval of the degrees to be conferred pursuant to subsection (e)(2) or will provide such recommended approval as of the date on which the University is transferred under subsection (a).</text></subparagraph>

<subparagraph id="H3A14DE8D1BD9424881FBA9B4EFD37E5B" commented="no" display-inline="no-display-inline"><enum>(D)</enum><text display-inline="yes-display-inline">The Director of National Intelligence, in collaboration with the Secretary of Defense, has established an appropriate governance model for the University.</text></subparagraph>

<subparagraph id="H28EEF4FB9AA44FD0A626BCD94320F54C" commented="no" display-inline="no-display-inline"><enum>(E)</enum><text display-inline="yes-display-inline">The Secretary of Defense shall use the University to provide personnel of the Department of Defense with advanced intelligence education.</text></subparagraph></paragraph>

<paragraph id="H50CCC54A3A4C4A548244BC7FEA2938E1" commented="no"><enum>(2)</enum><header>Failure to certify</header>

<subparagraph id="H67B5DD2A00294A149AC00420E68E38A9" commented="no"><enum>(A)</enum><header>Actions required</header><text>If the Secretary of Defense and the Director of National Intelligence fail to submit the certifications under paragraph (1) by the date specified in such paragraph, the Secretary and the Director shallâ€"</text>

<clause id="H700CD153896743D18EEC894484DDD57B" commented="no"><enum>(i)</enum><text>jointly submit to the appropriate congressional committees a report on such failure by not later than 21 months after the date of the enactment of this Act; and</text></clause>

<clause id="H75E49EAB87504AEA9FAFF6A29281DBD5" commented="no"><enum>(ii)</enum><text>jointly submit such certifications as soon as practicable.</text></clause></subparagraph>

<subparagraph id="HB6AEBFE56BD944FF8E59C81A81719927" commented="no"><enum>(B)</enum><header>Contents of report</header><text>The report under subparagraph (A)(i) shall contain the following:</text>

<clause id="HA0EA77D01DF0449FA9A27C6C26AFE716" commented="no"><enum>(i)</enum><text display-inline="yes-display-inline">A description of the progress made toward fulfilling the conditions described in such paragraph as of the date of the report.</text></clause>

<clause id="H657822AA9565479B8E72672871B68440" commented="no"><enum>(ii)</enum><text>A description of any obstacles preventing the fulfillment of such conditions.</text></clause>

<clause id="H298A9D67DDA64E75AC770E6D661B78A0" commented="no"><enum>(iii)</enum><text>The estimated dates of completion for the fulfillment of such conditions and the submission of the certifications.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HBA711022464D4D09A213ACA5ABACB5DF" commented="no"><enum>(c)</enum><header>Briefing</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, the Director of the Defense Intelligence Agency, and the President of the National Intelligence University shall jointly provide to the appropriate congressional committees a briefing on the plan to carry out the transfer under subsection (a), including with respect toâ€"</text>

<paragraph id="HEC061BFC203E49688A839DB9C45B583B" commented="no"><enum>(1)</enum><text>ensuring the provision of services to all elements of the intelligence community;</text></paragraph>

<paragraph id="H218387DB1CFD4E028B53312D9CBB916E" commented="no"><enum>(2)</enum><text>employing a military cadre at the University; and</text></paragraph>

<paragraph id="H401028E8AA574982BD842412CEC4FC6B" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">addressing the current accreditation status of the National Intelligence University with the Middle States Commission on Higher Education.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H18674E958BD8490DA578DC55EE7B2FCC"><enum>(d)</enum><header display-inline="yes-display-inline">Cost estimates of transfer</header>

<paragraph commented="no" display-inline="no-display-inline" id="HA136C47821154AD7B68A21B072B759E4"><enum>(1)</enum><header display-inline="yes-display-inline">Requirement</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary of Defense and the Director of National Intelligence shall jointly submit to the appropriate congressional committees an estimate ofâ€"</text>

<subparagraph id="HB76DE0AACFF6479FB1D3A00BF2128DC5" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">the annual costs of operating the National Intelligence University; and</text></subparagraph>

<subparagraph id="H600CCEE8067E4CDCB892398DA9F94BF7" commented="no"><enum>(B)</enum><text>the costs to the Federal Government of

transferring the National Intelligence University to the Director of National Intelligence.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H745CE41A1D1E48CD9D07321FF2CC1997"><enum>(2)</enum><header display-inline="yes-display-inline">Inclusion of indirect costs</header><text display-inline="yes-display-inline">The estimate submitted under paragraph (1) shall include all indirect costs, including with respect to human resources, security, facilities, and information technology.</text></paragraph></subsection>

<subsection id="H7BD55D83936D49A786CF1BD7E25BF0EE" display-inline="no-display-inline" commented="no"><enum>(e)</enum><header>Degree-granting authority</header>

<paragraph id="H3A1C7F21ADBD4C5F8E2CB6D1F76C0545" commented="no"><enum>(1)</enum><header>Regulations</header><text display-inline="yes-display-inline">Beginning on the date on which the National Intelligence University is transferred under subsection (a), under regulations prescribed by the Director of National Intelligence, the President of the National Intelligence University may, upon the recommendation of the faculty of the University, confer appropriate degrees upon graduates who meet the degree requirements.</text></paragraph>

<paragraph id="HF48F0ACAF0A142838DD8690EA69A9A47"><enum>(2)</enum><header>Limitation</header><text display-inline="yes-display-inline">A degree may not be conferred under this section unlessâ€"</text>

<subparagraph id="HA69920A5184C46F39E5336F56B51685E"><enum>(A)</enum><text display-inline="yes-display-inline">the Secretary of Education has recommended approval of the degree in accordance with the Federal Policy Governing Granting of Academic Degrees by Federal Agencies; and</text></subparagraph>

<subparagraph id="H7A592C263B394676A66004A8AAF441F4"><enum>(B)</enum><text display-inline="yes-display-inline">the University is accredited by the appropriate civilian academic accrediting agency or organization to award the degree, as determined by the Secretary of Education.</text></subparagraph></paragraph></subsection>

<subsection id="HF41305C3E0BF4B639E29DCCD8D8569C0" display-inline="no-display-inline" commented="no"><enum>(f)</enum><header>Congressional notification requirements</header>

<paragraph id="H8D214AC5738C46289ED24E6FBBB7AC53" commented="no"><enum>(1)</enum><header>Actions on nonaccreditation</header><text display-inline="yes-display-inline">Beginning on the date on which the National Intelligence University is transferred under subsection (a), the Director of National Intelligence shall promptlyâ€"</text>

<subparagraph id="H372D142C54494F018AC3BC4D4EF07292" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">notify the congressional intelligence committees of any action by the Middle States Commission on Higher Education, or other appropriate academic accrediting agency or organization, to not accredit the University to award any new or existing degree; and</text></subparagraph>

<subparagraph id="HC128412592F74F9EB33F3E8EC818978D" commented="no"><enum>(B)</enum><text>submit to such committees a report containing an explanation of any such action.</text></subparagraph></paragraph>

<paragraph id="H903DBBEC43184429A08ED474087A464D" commented="no"><enum>(2)</enum><header>Modification or redesignation of degree-granting authority</header><text display-inline="yes-display-inline">Beginning on the date on which the National Intelligence University is transferred under subsection (a), upon any modification or redesignation of existing degree-granting authority, the Director shall submit to the congressional intelligence committees a report containing the rationale for the proposed modification or redesignation and any subsequent recommendation of the Secretary of Education with respect to the proposed modification or redesignation.</text></paragraph></subsection>

<subsection id="H883D7C87DB5F489DAF87AB64120CB46D" display-inline="no-display-inline" commented="no"><enum>(g)</enum><header>Conforming repeal</header>

<paragraph id="H97DECD9BC61B4D4A8868AFF85959E540" commented="no"><enum>(1)</enum><header>In general</header><text>Section 2161 of title

10, United States Code, is repealed, and the table of sections at the beginning of chapter 108 of such title is amended by striking the item relating to such section 2161.</text></paragraph>

<paragraph id="HF7C8626983334CC0A339524429DCFADC" commented="no"><enum>(2)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by paragraph (1) shall take effect on the date on which the Secretary of Defense and the Director of National Intelligence jointly submit the joint certifications under subsection (b)(1). The Secretary and the Director shall jointly notify the Law Revision Counsel of the House of Representatives of the submission of the certifications so that the Law Revision Counsel may execute the amendments made by paragraph (1).</text></paragraph></subsection>

<subsection id="H36CEAECA59974885A094690EAFF7E0A0"><enum>(h)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HB2D6335429CC4830A46A19344C036886" commented="no" display-inline="no-display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">Appropriate congressional committees</header><text display-inline="yes-display-inline">The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HD9CC71B4C840441CBF358F101708B87C" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional intelligence committees; and</text></subparagraph>

<subparagraph id="H2860F0F9D4AF4DBCA3A99B226E870DFB" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">the Committees on Armed Services of the Senate and House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H2244871BD26E4E62B8E0CC3CA84D8DCE"><enum>(2)</enum><header>Phase I joint professional military education</header><text display-inline="yes-display-inline">The term <quote>Phase I joint professional military education</quote> has the meaning given that term pursuant to section 2154 of title 10, United States Code.</text></paragraph></subsection></section></subtitle>

<subtitle commented="no" id="HC3B67608FB7648299F442FF572629969" level-type="subsequent" style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Inspector General of the Intelligence Community</header>

<section commented="no" display-inline="no-display-inline" id="HEFCD83129CFD419EABC8398C199C455C" section-type="subsequent-section"><enum>5331.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD7EC3A68DA1540F694E533DAF1C47031"><enum>(1)</enum><header display-inline="yes-display-inline">Whistleblower</header><text display-inline="yes-display-inline">The term <term>whistleblower</term> means a person who makes a whistleblower disclosure.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4346CECCDFDB4A2EBF65471B93C40A35"><enum>(2)</enum><header display-inline="yes-display-inline">Whistleblower disclosure</header><text display-inline="yes-display-inline">The term <term>whistleblower disclosure</term> means a disclosure that is protected under section 1104 of the National Security Act of 1947 (50 U.S.C. 3234) or section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)).</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HEAEFD8763F894527888D6AE19A9D9500" section-type="subsequent-section"><enum>5332.</enum><header display-inline="yes-display-inline">Inspector General external review panel</header>

<subsection commented="no" display-inline="no-display-inline" id="H9A3D98D099DB45CB8B2454E5A70BC06B"><enum>(a)</enum><header display-inline="yes-display-inline">Authority to convene external review panels</header>

<paragraph commented="no" display-inline="no-display-inline"

id="H7F3D3CD883894F35874998DE6C452576"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 6718, is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H0A0631527D99435CB747F4B698A5FC78" style="OLC">

<section commented="no" display-inline="no-display-inline" id="H9968FA22A9404EB9BA6893E10EEAB322" section-type="subsequent-section"><enum>1106.</enum><header display-inline="yes-display-inline">Inspector General external review panel</header>

<subsection commented="no" display-inline="no-display-inline" id="HCC5ECB984B9F4B268140E060CC37A3A8"><enum>(a)</enum><header display-inline="yes-display-inline">Request for review</header><text display-inline="yes-display-inline">An individual with a claim described in subsection (b) may submit to the Inspector General of the Intelligence Community a request for a review of such claim by an external review panel convened under subsection (c).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBACD638699064473BD472BD5D4FBF798"><enum>(b)</enum><header display-inline="yes-display-inline">Claims and individuals described</header><text display-inline="yes-display-inline">A claim described in this subsection is anyâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA0D95D365AC84F2D9D29AB15791EF923"><enum>(1)</enum><text display-inline="yes-display-inline">claim by an individualâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6AAFEA827D6F490EA88895FB8D8F84DE"><enum>(A)</enum><text display-inline="yes-display-inline">that the individual has been subjected to a personnel action that is prohibited under section 1104; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8C14D704F5044E6FBCFAE187C273F118"><enum>(B)</enum><text display-inline="yes-display-inline">who has exhausted the applicable review process for the claim pursuant to enforcement of such section; or</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H47DD153C46554D77A8408578B77D6364"><enum>(2)</enum><text display-inline="yes-display-inline">claim by an individualâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1291445303404C209ADD57DD7CE33532"><enum>(A)</enum><text display-inline="yes-display-inline">that he or she has been subjected to a reprisal prohibited by paragraph (1) of section 3001(j) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBE585CA6986B4079827E6B3F5B056428"><enum>(B)</enum><text display-inline="yes-display-inline">who received a decision on an appeal regarding that claim under paragraph (4) of such section.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8683ABBC3B0F41EABBAC7223CB3DAB53"><enum>(c)</enum><header display-inline="yes-display-inline">External review panel convened</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE36FABAC589A47B8A1ACD3C92F4BEA51"><enum>(1)</enum><header display-inline="yes-display-inline">Discretion to convene</header><text display-inline="yes-display-inline">Upon receipt of a request under subsection (a) regarding a claim, the Inspector General of the Intelligence Community may, at the discretion of the Inspector General, convene an external review panel under this subsection to review the claim.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3166416766654EBA949C70D7711CB44B"><enum>(2)</enum><header display-inline="yes-display-inline">Membership</header>

<subparagraph commented="no" display-inline="no-display-inline"

id="HD41D3CE7324140038ED6EFE878FF7963"><enum>(A)</enum><header display-inline="yes-display-inline">Composition</header><text display-inline="yes-display-inline">An external review panel convened under this subsection shall be composed of three members as follows:</text>

<clause commented="no" display-inline="no-display-inline" id="H7102BC0FE06049DD993B49E20ACF340D"><enum>(i)</enum><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H42F6A71EB11D4C378874EB315E1E6EEA"><enum>(ii)</enum><text display-inline="yes-display-inline">Except as provided in subparagraph (B), two members selected by the Inspector General as the Inspector General considers appropriate on a case-by-case basis from among inspectors general of the following:</text>

<subclause commented="no" display-inline="no-display-inline" id="HC96A3C939FB74A0DA79CE7FE95DE19CB"><enum>(I)</enum><text display-inline="yes-display-inline">The Department of Defense.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H8BE2DBCA607843E4BE511825C19C91E9"><enum>(II)</enum><text display-inline="yes-display-inline">The Department of Energy.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HD7EAAB43634D4D22BF488355951EAD3F"><enum>(III)</enum><text display-inline="yes-display-inline">The Department of Homeland Security.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H90804AD4186147AB881BA5D6F32811F6"><enum>(IV)</enum><text display-inline="yes-display-inline">The Department of Justice.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HACD45756738D4560B582A40805EA4635"><enum>(V)</enum><text display-inline="yes-display-inline">The Department of State.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H838AD8237C324B9884F3EEBE8BB18C68"><enum>(VI)</enum><text display-inline="yes-display-inline">The Department of the Treasury.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HE64DF85BFBB541ED95030B0166C18C88"><enum>(VII)</enum><text display-inline="yes-display-inline">The Central Intelligence Agency.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HBBBD943EFF73483EA30D7B8610C1808E"><enum>(VIII)</enum><text display-inline="yes-display-inline">The Defense Intelligence Agency.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H0067BF4614954D8CA227963A817E6ACD"><enum>(IX)</enum><text display-inline="yes-display-inline">The National Geospatial-Intelligence Agency.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H4BFF4972E43644BA883E7E523BCFC380"><enum>(X)</enum><text display-inline="yes-display-inline">The National Reconnaissance Office.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HCDA223618549401D9C9022721F43AC57"><enum>(XI)</enum><text display-inline="yes-display-inline">The National Security Agency.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H33FD289AEF6046CBAB9E95DBD208F416"><enum>(B)</enum><header display-inline="yes-display-inline">Limitation</header><text display-inline="yes-display-inline">An inspector general of an agency may not be selected to sit on the panel under subparagraph (A)(ii) to review any matter relating to a decision made by such agency.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD91D748EB6F84CA18858ABAA3C1EF799"><enum>(C)</enum><header display-inline="yes-display-inline">Chairperson</header>

<clause commented="no" display-inline="no-display-inline"

id="H1D2872F3F67E4189BBF54ABF6B12D528"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Except as provided in clause (ii), the chairperson of any panel convened under this subsection shall be the Inspector General of the Intelligence Community.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2B332C370BF54440AE32DB213C25F621"><enum>(ii)</enum><header display-inline="yes-display-inline">Conflicts of interest</header><text display-inline="yes-display-inline">If the Inspector General of the Intelligence Community finds cause to recuse himself or herself from a panel convened under this subsection, the Inspector General of the Intelligence Community shallâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H5040F7FEAFAA4A96B608E85983901CDF"><enum>(I)</enum><text display-inline="yes-display-inline">select a chairperson from inspectors general of the elements listed under subparagraph (A)(ii) whom the Inspector General of the Intelligence Community considers appropriate; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HB25E76A72BAB4456B4256096EA26B901"><enum>(II)</enum><text display-inline="yes-display-inline">notify the congressional intelligence committees of such selection.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H27E565C51C44447BB56AD2A3906418F1"><enum>(3)</enum><header display-inline="yes-display-inline">Period of review</header><text display-inline="yes-display-inline">Each external review panel convened under this subsection to review a claim shall complete review of the claim no later than 270 days after the date on which the Inspector General convenes the external review panel.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEC31F0EDA35143BA9A62F8E2890813BA"><enum>(d)</enum><header display-inline="yes-display-inline">Remedies</header>

<paragraph commented="no" display-inline="no-display-inline" id="H96CFC86697444239BF19C74527BB6324"><enum>(1)</enum><header display-inline="yes-display-inline">Panel recommendations</header><text display-inline="yes-display-inline">If an external review panel convened under subsection (c) determines, pursuant to a review of a claim submitted by an individual under subsection (a), that the individual was the subject of a personnel action prohibited under section 1104 or was subjected to a reprisal prohibited by section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)(1)), the panel may recommend that the agency head take corrective actionâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H29CE0750A9AB4009A251546F52B9177B"><enum>(A)</enum><text display-inline="yes-display-inline">in the case of an employee or former employeeâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H10682E8D6AF64A8E84BE127DC29A8179"><enum>(i)</enum><text display-inline="yes-display-inline">to return the employee or former employee, as nearly as practicable and reasonable, to the position such employee or former employee would have held had the reprisal not occurred; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HA6271038C9E44620BB73DC0D209B57B9"><enum>(ii)</enum><text display-inline="yes-display-inline">reconsider the employee's or former employee's eligibility for access to classified information consistent with national security; or</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H079B74376A954DE3BDC598057CF19CA4"><enum>(B)</enum><text display-inline="yes-display-inline">in any other case, such other action as the external review panel considers appropriate.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H025F17C154964B3F90CD2EC4AA26C372"><enum>(2)</enum><header display-inline="yes-display-inline">Agency action</header>

<subparagraph commented="no" display-inline="no-display-inline"

id="HECD46760E75543DD957BEC17947A550C"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date on which the head of an agency receives a recommendation from an external review panel under paragraph (1), the head shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H71DF37E37C5242FBA2BB63D0A8D3CA9A"><enum>(i)</enum><text display-inline="yes-display-inline">give full consideration to such recommendation; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H786C683548B345BEB31B7CA9E56CF917"><enum>(ii)</enum><text display-inline="yes-display-inline">inform the panel and the Director of National Intelligence of what action the head has taken with respect to the recommendation.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF0C3C13D8F6B494E8022CBE7C41FC853"><enum>(B)</enum><header display-inline="yes-display-inline">Failure to inform</header><text display-inline="yes-display-inline">The Director shall notify the President of any failures to comply with subparagraph (A)(ii).</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB455B9D4F0D14FC8AAA69A6BD7BF2FD6"><enum>(e)</enum><header display-inline="yes-display-inline">Annual reports</header>

<paragraph commented="no" display-inline="no-display-inline" id="H454510C6A4EC4A2CBACE35AB241B73E0"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not less frequently than once each year, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees and the Director of National Intelligence a report on the activities under this section during the previous year.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE38DF45EB6664288BA166D97FE70759A"><enum>(2)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">Subject to such limitations as the Inspector General of the Intelligence Community considers necessary to protect the privacy of an individual who has made a claim described in subsection (b), each report submitted under paragraph (1) shall include, for the period covered by the report, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HCB7A848B762D422492E3584DEDC0302A"><enum>(A)</enum><text display-inline="yes-display-inline">The determinations and recommendations made by the external review panels convened under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H74A3BDF6B53A49E4B9A28959FD39680A"><enum>(B)</enum><text display-inline="yes-display-inline">The responses of the heads of agencies that received recommendations from the external review panels.</text></subparagraph></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD5308B37421E4917B8D1BDCDE7776FC3"><enum>(2)</enum><header display-inline="yes-display-inline">Table of contents amendment</header><text display-inline="yes-display-inline">The table of contents in the first section of the National Security Act of 1947, as amended by section 6718, is amended by adding at the end the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H398C171A2DE446B69F35A0AF767CB2A5" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 1106. Inspector General external review panel.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB8280BD613F24FF3BBFDB1FDCD859522"><enum>(b)</enum><header display-inline="yes-

display-inline">Recommendation on addressing whistleblower appeals relating to reprisal complaints against inspectors general</header>

<paragraph commented="no" display-inline="no-display-inline" id="H378B4B572EB640E0AF96A2ACB3278D44"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, shall submit to the congressional intelligence committees a recommendation on how to ensure thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HCB6EBE034261461783C49D01B7EEF2AE"><enum>(A)</enum><text display-inline="yes-display-inline">a whistleblower in the intelligence community who has a complaint against an inspector general in the intelligence community and who alleges a reprisal, has available the adjudication and review provided under section 1104 of the National Security Act of 1947 (50 U.S.C. 3234); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5CCE8A912ED44C41BDBF4DB2E17E6FAC"><enum>(B)</enum><text display-inline="yes-display-inline">any such whistleblower who has exhausted the applicable review process may request an external review panel and receive one, at the discretion of the Inspector General of the Intelligence Community.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5817D3A88FCE460E8A9072F0BA2E1DB8"><enum>(2)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The recommendation submitted pursuant to paragraph (1) shall include the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HEA320A6C71424344B4409B79E85A745B"><enum>(A)</enum><text display-inline="yes-display-inline">A discussion of whether and to what degree section 1106 of the National Security Act of 1947, as added by subsection (a)(1), provides appropriate authorities and mechanisms to provide an external review panel as described in paragraph (1) of this subsection and for the purposes described in such paragraph.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD78A0B7E5CB84AE1A477928C92D24658"><enum>(B)</enum><text display-inline="yes-display-inline">Such recommendations for legislative or administrative action as the Inspector General may have with respect to providing an external review panel as described in paragraph (1) and for the purposes described in such paragraph.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H814045AA8750430E8616D445A8245DEF" section-type="subsequent-section"><enum>5333.</enum><header display-inline="yes-display-inline">Harmonization of whistleblower processes and procedures</header>

<subsection commented="no" display-inline="no-display-inline" id="H4719AF3BA7874C5BAED88212FB8062E2"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in coordination with the Intelligence Community Inspectors General Forum, shall develop recommendations, applicable to all inspectors general of elements of the intelligence community, regarding the harmonization, where appropriate, of instructions, policies, and directives relating to processes, procedures, and timelines for claims and appeals relating to allegations of personnel actions prohibited under section 1104 of the National Security Act of 1947 or reprisals prohibited by section 3001(j)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3341(j)(1)).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB9C0F242F1EA42219957B3A140C37109"><enum>(b)</enum><header display-inline="yes-display-inline">Transparency and protection</header><text display-inline="yes-display-inline">In developing recommendations under subsection (a), the Inspector General of the Intelligence Community shall make efforts to maximize transparency and protect whistleblowers.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD5B5B981A3194CF498D8DF0257C0C299" section-type="subsequent-

section"><enum>5334.</enum><header display-inline="yes-display-inline">Oversight by Inspector General of the Intelligence Community over intelligence community whistleblower matters</header>

<subsection id="HD40CCF3ACD93423FAFFF4A63F50F03C1"><enum>(a)</enum><header>System for notification of information relating to complaints by whistleblowers within the intelligence community</header><text>Subject to subsection (b), not later than 1 year after the date of the enactment of this Act, the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, shall establish a system whereby the Inspector General of the Intelligence Community is notified in near real time of the following:</text>

<paragraph id="HBF250F6DAF0C4F2B893EDAFBB6D2C93B"><enum>(1)</enum><text>Submission of complaints by whistleblowers to inspectors general of elements of the intelligence community relating to the programs and activities under the jurisdiction of the Director of National Intelligence, and information related to such complaints.</text></paragraph>

<paragraph id="H92719E826B604F75A4473085B9CA4D4C"><enum>(2)</enum><text>Actions taken by an inspector general of an element of the Intelligence Community relating to such complaints.</text></paragraph></subsection>

<subsection id="H77504ECCEDBE485B8A0411BB43B99C5E"><enum>(b)</enum><header>Policies for implementation</header>

<paragraph id="HBF74B0E649E44BC49880DF0E9EE19304"><enum>(1)</enum><header>In general</header><text>The system established under subsection (a) may not be implemented until the Inspector General of the Intelligence Community, in consultation with the Intelligence Community Inspectors General Forum, has developed and released to each of the inspectors general of the elements of the intelligence community written policies regarding the implementation of such subsection.</text></paragraph>

<paragraph id="H5393581963FC4E42A369909DFE4726E5"><enum>(2)</enum><header>Requirements</header><text>The policies required by paragraph (1) shallâ€"</text>

<subparagraph id="HA31D4A97AE8443C28E54A0A8D30213C0"><enum>(A)</enum><text>protect the privacy of whistleblowers, including by preventing dissemination without the consent of the whistleblower, of any information submitted previously by a whistleblower to an inspector general of an element of the intelligence community; and</text></subparagraph>

<subparagraph id="HC0C7D8D9773D4F3F839D79DCBCD96426"><enum>(B)</enum><text>ensure compliance with the requirements of subsection (a), whileâ€"</text>

<clause id="H83414992497744A49BE13CDCB2ACF700"><enum>(i)</enum><text>ensuring that the Inspector General of the Intelligence Community can oversee whistleblower policies and practices and identify matters that, in the judgment of the Inspector General of the Intelligence Community, may be the subject of an investigation, inspection, audit, or review by the Inspector General of the Intelligence Community; and</text></clause>

<clause id="H603EC1242AFE43ACA8144186476A771E"><enum>(ii)</enum><text>avoiding the imposition of inappropriate resource burdens on inspectors general of elements of the intelligence community.</text></clause></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H6060BF867C9C432AA2911B4AEB668D3F" section-type="subsequent-section"><enum>5335.</enum><header display-inline="yes-display-inline">Report on cleared whistleblower attorneys</header>

<subsection commented="no" display-inline="no-display-inline" id="H38D94B8DA0DD4F25AFC28448711CCCDA"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the Inspector General of the Intelligence Community and the Intelligence Community Inspectors General Forum, submit to the congressional intelligence committees a report on access to cleared attorneys by whistleblowers in the intelligence community.</text></subsection>

<subsection commented="no" display-inline="no-display-inline"

id="H186AF940266F4056A9E6E7D79BE80427"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report submitted pursuant to subsection (a) shall include the following with respect to the 3-year period preceding the date of the report:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5143C798E10D4735A055E0745D333176"><enum>(1)</enum><text display-inline="yes-display-inline">The number of whistleblowers in the intelligence community who requested, through formal submission or verbal request, to retain a cleared attorney and at what stage they requested an attorney.</text></paragraph>

<paragraph id="H182D0CF14C6B4CC0817ACC8400425E20" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">The number of such limited security agreements approved, rejected, or pending.</text></paragraph>

<paragraph id="H2D95B31D2950421293F3109B93219BC4" commented="no" display-inline="no-display-inline"><enum>(3)</enum><text display-inline="yes-display-inline">The scope and clearance levels of such limited security agreements.</text></paragraph>

<paragraph id="HB009FE24052F4671953396A90D4E37DC" commented="no" display-inline="no-display-inline"><enum>(4)</enum><text display-inline="yes-display-inline">The number of such whistleblowers represented by cleared counsel.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCA6BE08C88894A4C943E6DF7CCC7FFD3"><enum>(5)</enum><text display-inline="yes-display-inline">Recommendations for legislative or administrative action to ensure that whistleblowers in the intelligence community have access to cleared attorneys, including improvements to the limited security agreement process and such other options as the Inspector General of the Intelligence Community considers appropriate.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H74B9E87E097843EEAE8CA74A187912D7"><enum>(c)</enum><header display-inline="yes-display-inline">Survey</header><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community shall ensure that the report submitted under subsection (a) is based onâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H378CF7A8577A40E0B685358F17F2CDEB"><enum>(1)</enum><text display-inline="yes-display-inline">data from a survey of whistleblowers whose identity may be shared, as appropriate, with the Inspector General of the Intelligence Community by means of the system established pursuant to section 5334;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H98EA46DCA1CF46759B84728DFDD9BBC9"><enum>(2)</enum><text display-inline="yes-display-inline">information obtained from the inspectors general of the intelligence community; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6D5F411748734E09806311A1AE115D02"><enum>(3)</enum><text display-inline="yes-display-inline">information from such other sources as may be identified by the Inspector General of the Intelligence Community.</text></paragraph></subsection></section></subtitle>

<subtitle id="HB73E1AB5EBBA48D399F6FC41C7AF7B29"><enum>D</enum><header>Central Intelligence Agency</header>

<section id="H3F8158894A2B4F8EB8DF7CCCA065C682" commented="no"><enum>5341.</enum><header>Clarification of certain authority of the Central Intelligence Agency</header><text display-inline="no-display-inline">Section 8(a)(1) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3510(a)(1)) is amended by inserting before <quote>rental of</quote> the following: <quote>payment of death benefits in cases in which the circumstances of the death of an employee of the Agency, a detailee of the Agency or other employee of another department or agency of the Federal Government assigned to the Agency, or an individual affiliated with the Agency (as determined by the Director), is not covered by section 11, other similar provisions of Federal law, or any regulation issued by the Director providing death benefits, but that the Director determines such payment appropriate;</quote>.</text></section></subtitle></title>

<title id="H0630CFC8136247158B3446BB86FAE07B"><enum>LIV</enum><header>Security clearances</header>

<section commented="no" display-inline="no-display-inline" id="HDC16D81968F146FBB7BC7DFB379CD295" section-type="subsequent-section"><enum>5401.</enum><header display-inline="yes-display-inline">Improving visibility into the security clearance process</header>

<subsection commented="no" display-inline="no-display-inline" id="HD584FB1E1FD44EA99AC4EB9AFB901A66"><enum>(a)</enum><header display-inline="yes-display-inline">Definition of Security Executive Agent</header><text display-inline="yes-display-inline">In this section, the term <term>Security Executive Agent</term> means the officer serving as the Security Executive Agent pursuant to section 803 of the National Security Act of 1947, as added by section 6605.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD262576CA3494D3B9A38F4C29DDA1C77"><enum>(b)</enum><header display-inline="yes-display-inline">Policy required</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent shall issue a policy that requires the head of each Federal agency to create, not later than December 31, 2023, an electronic portal that can be used by human resources personnel and applicants for security clearances to view information about the status of an application for a security clearance and the average time required for each phase of the security clearance process.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H793AA16146154AB18D9D846751D6262E" section-type="subsequent-section"><enum>5402.</enum><header display-inline="yes-display-inline">Making certain policies and execution plans relating to personnel clearances available to industry partners</header>

<subsection commented="no" display-inline="no-display-inline" id="H5508B2806FAA4ED384D6E7DA89C6C129"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H79472682D44C4D9FA11ADF2BB90271B1"><enum>(1)</enum><header display-inline="yes-display-inline">Security Executive Agent</header><text display-inline="yes-display-inline">The term <term>Security Executive Agent</term> means the officer serving as the Security Executive Agent pursuant to section 803 of the National Security Act of 1947, as added by section 6605.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H312E9C0BCD3F4666A36736CAB380F733"><enum>(2)</enum><header display-inline="yes-display-inline">Appropriate industry partner</header><text display-inline="yes-display-inline">The term <term>appropriate industry partner</term> means a contractor, licensee, or grantee (as defined in section 101(a) of Executive Order 12829 (50 U.S.C. 3161 note; relating to National Industrial Security Program), as in effect on the day before the date of the enactment of this Act) that is participating in the National Industrial Security Program established by such Executive Order.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HB2F1B171E59A4A209FBACE899411CDAC"><enum>(b)</enum><header display-inline="yes-display-inline">Sharing of policies and plans required</header><text display-inline="yes-display-inline">Each head of a Federal agency shall share policies and plans relating to security clearances with appropriate industry partners directly affected by such policies and plans in a manner consistent with the protection of national security as well as the goals and objectives of the National Industrial Security Program administered pursuant to Executive Order 12829 (50 U.S.C. 3161 note; relating to the National Industrial Security Program).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0EDA3DAA65624238B1865663E3A7AAB4"><enum>(c)</enum><header display-inline="yes-display-inline">Development of policies and procedures required</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Director of the National Industrial

Security Program shall jointly develop policies and procedures by which appropriate industry partners with proper security clearances and a need to know can have appropriate access to the policies and plans shared pursuant to subsection (b) that directly affect those industry partners.</text></subsection></section></title>

<title id="HB24532E7193E493CB985C5BF7EA6CE86"><enum>LV</enum><header>Matters relating to foreign countries</header>

<subtitle id="H8A63699D5B0D4C7BAC086549C4E6CE8F"><enum>A</enum><header>Matters relating to Russia</header>

<section id="H318C9766AA6A42EF90C8D3C81F4BE769" display-inline="no-display-inline" section-type="subsequent-section"><enum>5501.</enum><header>Annual reports on influence operations and campaigns in the United States by the Russian Federation</header>

<subsection id="H468C48F6EF624C4585B869602647AB59"><enum>(a)</enum><header>Reports</header><text>Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 5511, is further amended by adding at the end the following new section:</text>

<quoted-block style="OLC" id="H19BEB470ADD347BEB956A7E6E41B86E7">

<section id="HC25582D71100448A89634BB868533C0D"><enum>1108.</enum><header>Annual reports on influence operations and campaigns in the United States by the Russian Federation</header>

<subsection id="H6C8AE4D1A88246C29D46E4F3621DC04D"><enum>(a)</enum><header>Requirement</header><text>On an annual basis, the Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees a report on the influence operations and campaigns in the United States conducted by the Russian Federation.</text></subsection>

<subsection id="HABCAEFEDB07046ADA89CD4DC7B6FE69F"><enum>(b)</enum><header>Contents</header><text>Each report under subsection (a) shall include the following:</text>

<paragraph id="H14870F58E1AF4771AF6ED4418B4EE583"><enum>(1)</enum><text>A description and listing of the Russian organizations and persons involved in influence operations and campaigns operating in the United States as of the date of the report.</text></paragraph>

<paragraph id="H9B0A2E7A7CE94F6C92103035D354F53F"><enum>(2)</enum><text>An assessment of organizations that are associated with or receive funding from organizations and persons identified in paragraph (1), particularly such entities operating in the United States.</text></paragraph>

<paragraph id="HF588C03BEF4743888408825D3525AF44"><enum>(3)</enum><text>A description of the efforts by the organizations and persons identified in paragraph (1) to target, coerce, and influence populations within the United States.</text></paragraph>

<paragraph id="H9E0D0C18A8DE4C7D83FCDE2DC5B81AEC"><enum>(4)</enum><text>An assessment of the activities of the organizations and persons identified in paragraph (1) designed to influence the opinions of elected leaders of the United States or candidates for election in the United States.</text></paragraph>

<paragraph id="H6179AA275B6C4DEEB6A4F91DF6B0FD2E"><enum>(5)</enum><text>With respect to reports submitted after the first report, an assessment of the change in goals, tactics, techniques, and procedures of the influence operations and campaigns conducted by the organizations and persons identified in paragraph (1).</text></paragraph></subsection>

<subsection id="H9D28D7BEEE6D49DFB94003580E9EB191"><enum>(c)</enum><header>Coordination</header><text>In carrying out subsection (a), the Director shall coordinate with the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Director of the National Security Agency, and any other relevant head of an element of the intelligence community.</text></subsection>

<subsection id="H0896C8D6049B4D969D126C52FDCF5D66"><enum>(d)</enum><header>Form</header><text>Each

report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H17C2C4C4D8DE44BE9C5A3E2B0A966E95"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of contents in the first section of the National Security Act of 1947, as amended by section 5511, is further amended by inserting after the item relating to section 1107 the following new item:</text>

<quoted-block style="OLC" id="H58760AA95940433C94B97B8EB2C313D4">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec.â€,1108.â€,Annual reports on influence operations and campaigns in the United States by the Russian Federation.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H17E9FB2C45614B34B143C21B903B5DC4"><enum>(c)</enum><header>Initial report</header><text>The Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees the first report under section 1108 of the National Security Act of 1947, as added by subsection (a), by not later than 180 days after the date of the enactment of this Act.</text></subsection></section>

<section id="HB4636101AF834D19AE3443BE468E48B2"><enum>5502.</enum><header>Assessment of legitimate and illegitimate financial and other assets of Vladimir Putin</header>

<subsection id="H25F902483F604814B07AADE3590081AD"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress that the United States should do more to expose the corruption of Vladimir Putin, whose ill-gotten wealth is perhaps the most powerful global symbol of his dishonesty and his persistent efforts to undermine the rule of law and democracy in the Russian Federation.</text></subsection>

<subsection id="H057B6C5162BD4ABFAA09076E47069137"><enum>(b)</enum><header>Assessment</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence shall submit to the appropriate congressional committees an assessment, based on all sources of intelligence, on the net worth and financial and other assets, legitimate as well as illegitimate, of Vladimir Putin and his family members, includingâ€"</text>

<paragraph id="HDBD403148B5547DDB6C3008266E58C5F"><enum>(1)</enum><text>the estimated net worth of Vladimir Putin and his family members;</text></paragraph>

<paragraph id="HCE8CA72E49CF47389055BDBBAEAAD214"><enum>(2)</enum><text>a description of their legitimately and illegitimately obtained assets, including all real, personal, and intellectual property, bank or investment or similar accounts, and any other financial or business interests or holdings, including those outside of Russia;</text></paragraph>

<paragraph id="H516B537057754EA9848540BB92EA67AA"><enum>(3)</enum><text display-inline="yes-display-inline">the details of the legitimately and illegitimately obtained assets, including real, personal, and intellectual property, bank or investment or similar accounts, and any other financial or business interests or holdings, including those outside of Russia, that are owned or controlled by, accessible to, or otherwise maintained for the benefit of Vladimir Putin, including their nature, location, manner of acquisition, value, and publicly named owner (if other than Vladimir Putin);</text></paragraph>

<paragraph id="HE68DC1D240DF4F8F82E56E6052EA9DB3"><enum>(4)</enum><text>the methods used by Vladimir Putin or others acting at his direction, with his knowledge, or for his benefit, to conceal Putinâ€™s interest in his accounts, holdings, or other assets, including the establishment of <quote>front</quote> or shell companies and the use of intermediaries; and</text></paragraph>

<paragraph id="HA98A035D2DE24415ADB3C28CEC0B5C9D"><enum>(5)</enum><text>an identification of the most significant senior Russian political figures, oligarchs, and any other persons who have engaged in activity intended to conceal the true financial condition of Vladimir Putin.</text></paragraph></subsection>

<subsection commented="no"
id="HC34030A182B84435A055F12CF21C554B"><enum>(c)</enum><header>Form</header><text>The
assessment required under subsection (b) shall be submitted eitherâ€"</text>

<paragraph commented="no"
id="H18CD02D0C6244B86B087057F38186560"><enum>(1)</enum><text>in unclassified form to
the extent consistent with the protection of intelligence sources and methods, and may
include a classified annex; or</text></paragraph>

<paragraph commented="no"
id="HCF442DDD16EC4CD1B5B40ABAE01FA0F3"><enum>(2)</enum><text>simultaneously as both an
unclassified version and a classified version.</text></paragraph></subsection>

<subsection id="HF6221349075F4DCFB6D9BDC3A6402DC9"><enum>(d)</enum><header>Appropriate
congressional committees defined</header><text>In this section, the term
<term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H06648AAFB6AB4878BF58BAB2B8F64D76"><enum>(1)</enum><text>the Select
Committee on Intelligence, the Committee on Foreign Relations, the Committee on
Banking, Housing, and Urban Affairs, and the Committee on Finance of the Senate;
and</text></paragraph>

<paragraph id="HC00A149C69EF4BBE90A2527EAF0A762E"><enum>(2)</enum><text>the Permanent
Select Committee on Intelligence, Committee on Foreign Affairs, the Committee on
Financial Services, and the Committee on Ways and Means of the House of
Representatives.</text></paragraph></subsection></section>

<section id="HB23ABE4421FC4E2680C185094FC1821F"><enum>5503.</enum><header>Assessments
of intentions of political leadership of the Russian Federation</header>

<subsection id="H0B52FD4FC85844AE92B1FB40C1EA5DC6"><enum>(a)</enum><header>In
general</header><text display-inline="yes-display-inline">Not later than 90 days after
the date of the enactment of this Act, consistent with the protection of intelligence
sources and methods, the Director of National Intelligence, and the head of any element
of the intelligence community that the Director determines appropriate, shall submit to
the appropriate congressional committees each of the assessments described in
subsection (b).</text></subsection>

<subsection id="H79755C60E19D4040AED3FF73905F335E"><enum>(b)</enum><header>Assessments
described</header><text display-inline="yes-display-inline">The assessments described
in this subsection are assessments based on intelligence obtained from all sources that
assess the current intentions of the political leadership of the Russian Federation
with respect to the following:</text>

<paragraph id="HF8DE6EB760FA433A863FCE1181BC980B"><enum>(1)</enum><text display-
inline="yes-display-inline">Potential military action against members of the North
Atlantic Treaty Organization (NATO).</text></paragraph>

<paragraph id="HC4DDB176EC69469885C98AC6D60504AC"><enum>(2)</enum><text display-
inline="yes-display-inline">Potential responses to an enlarged United States or NATO
military presence in eastern Europe or to increased United States military support for
allies and partners in the region, such as the provision of additional lethal military
equipment to Ukraine or Georgia.</text></paragraph>

<paragraph id="H8461706AD80E43C3BA66CFAAF7F56388"><enum>(3)</enum><text display-
inline="yes-display-inline">Potential actions taken for the purpose of exploiting
perceived divisions among the governments of Russiaâ€™s Western
adversaries.</text></paragraph></subsection>

<subsection
id="H684D6AE2C7CE4B29A91BACF9420A34BC"><enum>(c)</enum><header>Form</header><text
display-inline="yes-display-inline">Each assessment required under subsection (a) may
be submitted in classified form but shall also include an unclassified executive
summary, consistent with the protection of intelligence sources and
methods.</text></subsection>

<subsection id="HCAE6BAA7608A41739276FF5237EE3BFD"><enum>(d)</enum><header>Appropriate
congressional committees</header><text>In this section, the term <term>appropriate
congressional committees</term> meansâ€"</text>

<paragraph id="HD4D0C1581D0147C3896FA9C2A6346907"><enum>(1)</enum><text display-

inline="yes-display-inline">the Permanent Select Committee on Intelligence, the Committee on Foreign Affairs, and the Committee on Armed Services of the House of Representatives; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H017D4016543A4EA1A14CDFEFE0CA1A60"><enum>(2)</enum><text>the Select Committee on Intelligence, the Committee on Foreign Relations, and the Committee on Armed Services of the Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="H7DE43AE89F4D43678630C3BFBA479CA6"><enum>B</enum><header>Matters relating to China</header>

<section id="H71501824B055421D895BBD45AD4F2077" section-type="subsequent-section"><enum>5511.</enum><header>Annual reports on influence operations and campaigns in the United States by the Communist Party of China</header>

<subsection id="H5C10801E893B42E2A8971B8CB6DAD8F3"><enum>(a)</enum><header>Reports</header><text display-inline="yes-display-inline">Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.), as amended by section 5332, is further amended by adding at the end the following new section:</text>

<quoted-block style="OLC" id="H19650EE63D2A401CB91FBEEB2263B099" display-inline="no-display-inline">

<section id="HCB35F09588624231809AE728FA388344"><enum>1107.</enum><header>Annual reports on influence operations and campaigns in the United States by the Communist Party of China</header>

<subsection id="H28F787951470442EB654D019E48BEFC1"><enum>(a)</enum><header>Requirement</header><text display-inline="yes-display-inline">On an annual basis, consistent with the protection of intelligence sources and methods, the Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on the influence operations and campaigns in the United States conducted by the Communist Party of China.</text></subsection>

<subsection id="H082AAFD351F84AA8A696671042662AC7"><enum>(b)</enum><header>Contents</header><text display-inline="yes-display-inline">Each report under subsection (a) shall include the following:</text>

<paragraph id="HAC54C9279D4C4309A2F95B4E536277E4"><enum>(1)</enum><text display-inline="yes-display-inline">A description of the organization of the United Front Work Department of the Peopleâ€™s Republic of China, or the successors of the United Front Work Department, and the links between the United Front Work Department and the Central Committee of the Communist Party of China.</text></paragraph>

<paragraph id="H6D7638FA2B7B4C068D64294D88F596EE"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the degree to which organizations that are associated with or receive funding from the United Front Work Department, particularly such entities operating in the United States, are formally tasked by the Chinese Communist Party or the Government of China.</text></paragraph>

<paragraph id="H45211AE999D04793A38E4239B32A052A"><enum>(3)</enum><text display-inline="yes-display-inline">A description of the efforts by the United Front Work Department and subsidiary organizations of the United Front Work Department to target, coerce, and influence foreign populations, particularly those of ethnic Chinese descent.</text></paragraph>

<paragraph id="H6889A7A88DF24EE89D2FB323E20BE2A9"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of attempts by the Chinese Embassy, consulates, and organizations affiliated with the Chinese Communist Party (including, at a minimum, the United Front Work Department) to influence the United States-based Chinese Student Scholar Associations.</text></paragraph>

<paragraph id="HBFCB5047500F42C4846D29474A0A64A0"><enum>(5)</enum><text display-inline="yes-display-inline">A description of the evolution of the role of the United Front Work Department under the leadership of the President of

China.</text></paragraph>

<paragraph id="HA92F8C4238FA4D5F904B511633BF4ACC"><enum>(6)</enum><text display-inline="yes-display-inline">An assessment of the activities of the United Front Work Department designed to influence the opinions of elected leaders of the United States, or candidates for elections in the United States, with respect to issues of importance to the Chinese Communist Party.</text></paragraph>

<paragraph id="H12301D834DE34579B86B5030818234F1"><enum>(7)</enum><text display-inline="yes-display-inline">A listing of all known organizations affiliated with the United Front Work Department that are operating in the United States as of the date of the report.</text></paragraph>

<paragraph id="HB98F9D9B1E2141768274A6BA414823D8"><enum>(8)</enum><text display-inline="yes-display-inline">With respect to reports submitted after the first report, an assessment of the change in goals, tactics, techniques, and procedures of the influence operations and campaigns conducted by the Chinese Communist Party.</text></paragraph></subsection>

<subsection id="H3FBD17DF59994CA1AAA9FC8A71318AB0"><enum>(c)</enum><header>Coordination</header><text>In carrying out subsection (a), the Director shall coordinate with the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Director of the National Security Agency, and any other relevant head of an element of the intelligence community.</text></subsection>

<subsection id="H6B9178A01057457584997512E4AD2F3E"><enum>(d)</enum><header>Form</header><text display-inline="yes-display-inline">Each report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H5A08EFDB4F554F6A830A1216F3A82C75"><enum>(b)</enum><header>Clerical amendment</header><text display-inline="yes-display-inline">The table of contents in the first section of the National Security Act of 1947, as amended by section 5332, is further amended by inserting after the item relating to section 1106 the following new item:</text>

<quoted-block style="OLC" id="HBB8714571C264A6694A9C9E4EA712381" display-inline="no-display-inline">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 1107. Annual reports on influence operations and campaigns in the United States by the Communist Party of China.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HE42CD8D360EA462C957E1B68488B0B02"><enum>(c)</enum><header>Initial report</header><text display-inline="yes-display-inline">The Director of the National Counterintelligence and Security Center shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate the first report under section 1107 of the National Security Act of 1947, as added by subsection (a), by not later than 180 days after the date of the enactment of this Act.</text></subsection></section>

<section id="H29AB6741EC584A739471044154F8C431" section-type="subsequent-section"><enum>5512.</enum><header>Report on repression of ethnic Muslim minorities in the Xinjiang region of the Peopleâ€™s Republic of China</header>

<subsection id="H7E21BB2328F64A7E8785359D5A157D33"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 150 days after the date of the enactment of this Act, consistent with the protection of intelligence sources and methods, the Director of National Intelligence shall, in consultation with the Secretary of State, submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on activity by the Peopleâ€™s Republic of China to repress ethnic Muslim minorities in the Xinjiang region of China.</text></subsection>

<subsection

id="H23A450E629DE4C1E95ED0AE97665D125"><enum>(b)</enum><header>Contents</header><text display-inline="yes-display-inline">The report under subsection (a) shall include the following:</text>

<paragraph id="HB17503AA5D474391AE963C1F4F574574"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the number of individuals detained in <quote>political reeducation camps</quote>, and the conditions in such camps for detainees, in the Xinjiang region of China, including whether detainees endure torture, forced renunciation of faith, or other mistreatment.</text></paragraph>

<paragraph id="H7DC4B890EE564E959948F0745B2E9A0F"><enum>(2)</enum><text display-inline="yes-display-inline">A description, as possible, of the geographic location of such camps.</text></paragraph>

<paragraph id="H8EC7A9712ECB428795DEB89B5DC0A839"><enum>(3)</enum><text>A description, as possible, of the methods used by China to <quote>reeducate</quote> detainees and the elements of China responsible for such <quote>reeducation</quote>.</text></paragraph>

<paragraph id="H930AEA0B2B814C4697ED5993EFD247F8"><enum>(4)</enum><text>A description of any forced labor in such camps, and any labor performed in regional factories for low wages under the threat of being sent back to <quote>political reeducation camps</quote>.</text></paragraph>

<paragraph id="HE0C7124930D04A25B40DCF360C76BCD0"><enum>(5)</enum><text display-inline="yes-display-inline">An assessment of the level of access China grants to foreign persons observing the situation in Xinjiang and a description of measures used to impede efforts to monitor the conditions in Xinjiang.</text></paragraph>

<paragraph id="H51B799DFB8CF4D4A80B2A3279A8AFB7B"><enum>(6)</enum><text display-inline="yes-display-inline">An assessment of the surveillance, detection, and control methods used by China to target ethnic minorities, including new <quote>high-tech</quote> policing models and a description of any civil liberties or privacy protections provided under such models.</text></paragraph>

<paragraph id="HDA49387DFDF04771A8FD2FEB6157CA7A"><enum>(7)</enum><text display-inline="yes-display-inline">An assessment and identification of the technological and financial support provided by United States-based companies, including technological support for the development of facial recognition capabilities or technologies for digital surveillance, social control, or censorship, and financial support, including from financial institutions, investment vehicles, and pension funds, to China-based companies or Chinese government entities providing material support to the digital surveillance or repression of Uyghur and other ethnic minorities in Xinjiang by the Xinjiang authorities.</text></paragraph></subsection>

<subsection id="HEEA6182CED1640D980C7A3B11C2028E8"><enum>(c)</enum><header>Coordination</header><text display-inline="yes-display-inline">The Director of National Intelligence shall carry out subsection (a) in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the National Geospatial-Intelligence Agency, and the head of any other agency of the Federal Government that the Director of National Intelligence determines appropriate.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCE21A8A5F1DF4AE5B24DA7B8FBD8FFB6"><enum>(d)</enum><header>Form</header><text display-inline="yes-display-inline">The report submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="HBAE689C6E88E475ABCB7FEB8017C9E4A" section-type="subsequent-section"><enum>5513.</enum><header>Report on efforts by Peopleâ€™s Republic of China to influence election in Taiwan</header>

<subsection id="H2FCAC1BEF0944EB18C0B2BBEB006344C"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Consistent with section 3(c) of the Taiwan Relations Act (Public Law 96â€"8; 22 U.S.C. 3302(c)), and consistent with the protection of intelligence sources and methods, not later than 45 days after the date of the election for the President and Vice President of Taiwan in 2020, the Director of National Intelligence shall submit to the congressional intelligence committees, the

Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on anyâ€"</text>

<paragraph id="H91C8A5064FF74625BC2A54B1964E2254"><enum>(1)</enum><text display-inline="yes-display-inline">influence operations conducted by China to interfere in or undermine such election; and</text></paragraph>

<paragraph id="H09A5DAFDDEAB4A7A870D1B82DE5ABD04"><enum>(2)</enum><text>efforts by the United States to disrupt such operations.</text></paragraph></subsection>

<subsection id="HB7CF9AFB3FAE45A988D246386858FBF3"><enum>(b)</enum><header>Elements</header><text display-inline="yes-display-inline">The report under subsection (a) shall include the following:</text>

<paragraph id="H3C92EA928CB64C42B46F6FEE4FAB7D2A"><enum>(1)</enum><text display-inline="yes-display-inline">A description of any significant efforts by the intelligence community to coordinate technical and material support for Taiwan to identify, disrupt, and combat influence operations specified in subsection (a)(1).</text></paragraph>

<paragraph id="H19AE41C253314BE3974E0E6F03AF62E5"><enum>(2)</enum><text display-inline="yes-display-inline">A description of any efforts by the United States Government to build the capacity of Taiwan to disrupt external efforts that degrade a free and fair election process.</text></paragraph>

<paragraph id="H8B3EF63BA79848A5A4BAD9517C74543D"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of whether and to what extent China conducted influence operations specified in subsection (a)(1), and, if such operations occurredâ€"</text>

<subparagraph id="HF3FD3CC4405E46C28A8BBE07AA3688F7"><enum>(A)</enum><text display-inline="yes-display-inline">a comprehensive list of specific governmental and nongovernmental entities of China that were involved in supporting such operations and a description of the role of each such entity; and</text></subparagraph>

<subparagraph id="HFAF420C69AD5470B8B514F6E8B70BA38"><enum>(B)</enum><text display-inline="yes-display-inline">an identification of any tactics, techniques, and procedures used in such operations. </text></subparagraph></paragraph></subsection>

<subsection id="H8F07E100C0824C5385B8B80206826285"><enum>(c)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section></subtitle>

<subtitle id="H32C9FB0317DF41BE84B01539012BB83D"><enum>C</enum><header>Matters relating to other countries</header>

<section id="H2E12AF03DB4C49E68AC5524DBF8E4206"><enum>5521.</enum><header>Sense of Congress and report on Iranian efforts in Syria and Lebanon</header>

<subsection id="HDF490C02D7674928BAECF43911E231AD"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress that, regardless of the ultimate number of United States military personnel deployed to Syria, it is a vital interest of the United States to prevent the Islamic Republic of Iran, Hizballah, and other Iranian-backed forces from establishing a strong and enduring presence in Syria that can be used to project power in the region and threaten the United States and its allies, including Israel.</text></subsection>

<subsection id="H21653E511C1B4B24943AC32A2679752D"><enum>(b)</enum><header>Report</header>

<paragraph id="HD016260DD922407482566CF652604B56"><enum>(1)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Secretary of State and the Secretary of Defense, shall submit to the appropriate congressional committees a report that assessesâ€"</text>

<subparagraph id="HA9D745271C8E46F3B0AB169D714CCCB1"><enum>(A)</enum><text>efforts by Iran to establish long-term influence in Syria through military, political, economic, social, and cultural means;</text></subparagraph>

<subparagraph id="H207AFDD0DE5C41BDADE5CFC4C502ACF3"><enum>(B)</enum><text>the degree to which Iranian support of proxy forces in Syria and Lebanon contributes to Iranian strategy with respect to the region; and</text></subparagraph>

<subparagraph id="H70A9E1CBF1214F20B9532E70DCB54DF5"><enum>(C)</enum><text>the threat posed by the efforts described in subparagraph (A) to United States interests and allies.</text></subparagraph></paragraph>

<paragraph id="HCF50F19732F2495D886D7BFBECA66236"><enum>(2)</enum><header>Elements</header><text>The report under paragraph (1) shall include each of the following:</text>

<subparagraph id="H8B6FF2650BCB417FAB8CE675DEEA0750"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment ofâ€"</text>

<clause id="H496D1D23371F419A8EA6D7058E3B2861"><enum>(i)</enum><text>how Iran and Iranian-backed forces, including the Islamic Revolutionary Guard Corps and Hizballah, have provided or are currently providing manpower, training, weapons, equipment, and funding to the Syrian government led by President Bashar al-Assad;</text></clause>

<clause id="H1E9B6E929AB34133907BE3AFABFA7890"><enum>(ii)</enum><text>the support provided by Iran and Hizballah to Shia militias operating in Syria composed of domestic fighters from Syria and foreign fighters from countries such as Afghanistan, Iraq, Lebanon, and Pakistan;</text></clause>

<clause id="H14FB2BBF71014350AFA0860890B8C1C2"><enum>(iii)</enum><text display-inline="yes-display-inline">operational lessons learned by Hizballah based on the recent experiences of Hizballah in Syria;</text></clause>

<clause id="HCC8676540EF74818866B41B808B8D365"><enum>(iv)</enum><text>the threat posed by Iran and Iranian-backed forces toâ€"</text>

<subclause id="H37E1008F7CD14C8A87A4A60A90CDA302"><enum>(I)</enum><text>the al-Tanf garrison; and</text></subclause>

<subclause id="H552AA32DA8384158A40844F0A3D312D4"><enum>(II)</enum><text>areas of northeast Syria that are currently controlled by local partner forces of the United States;</text></subclause></clause>

<clause id="HDC2A008418A14D6180ED85C63D77B1E3"><enum>(v)</enum><text>the degree to which efforts of the United States to sustain and strengthen Kurdish forces in Syria may undermine the influence of Iran and Iranian-backed forces in Syria;</text></clause>

<clause id="H75313941D60D4FC59EC7CB119601C6C6"><enum>(vi)</enum><text>how Iran and Iranian-backed forces seek to enhance the long-term influence of such entities in Syria through non-military means such as purchasing strategic real estate in Syria, constructing Shia religious centers and schools, securing loyalty from Sunni tribes in exchange for material assistance, and inducing the Assad government to open Farsi-language departments at Syrian universities; </text></clause>

<clause id="HB8A33B0E685E4B1382380E33AF3D7020"><enum>(vii)</enum><text>whether the prominent role of Iran in Syria, including the influence of Iran over government institutions, may increase the likelihood of the reconstitution of the Islamic State of Iraq and Syria in Syria; and</text></clause>

<clause id="H9321A2D9691042DDA2C0A5389065D2B0"><enum>(viii)</enum><text display-inline="yes-display-inline">the provision of goods, services, or technology transferred by Iran or its affiliates to Hizballah for the purpose of indigenously manufacturing or otherwise producing missiles.</text></clause></subparagraph>

<subparagraph id="H017316F7E0D74ECD99A3AF7932B358F1"><enum>(B)</enum><text display-inline="yes-display-inline">An analysis ofâ€"</text>

<clause id="HC4F5C051C4DC4ED4A2AE182F0357027C"><enum>(i)</enum><text>how Iran is working with the Russian Federation, Turkey, and other countries to increase the influence of Iran in Syria; </text></clause>

<clause id="HDF82C28D9708499A8A4E91813BCFAB3D"><enum>(ii)</enum><text>the goals of Iran in Syria, including, but not limited to, protecting the Assad government, increasing the regional influence of Iran, threatening Israel from a more proximate location, building weapon-production facilities and other military infrastructure, and securing a land bridge to connect Iran through Iraq and Syria to the stronghold of Hizballah in

southern Lebanon; and</text></clause>

<clause id="H3FB97508771C445C9429E07ACC494A20"><enum>(iii)</enum><text display-inline="yes-display-inline">the foreign and domestic supply chains that significantly facilitate, support, or otherwise aid acquisition or development by Hizballah of missile production facilities, including the geographic distribution of such foreign and domestic supply chains.</text></clause></subparagraph>

<subparagraph id="H375E8D1487AF4B049338AA87A684C5A2"><enum>(C)</enum><text display-inline="yes-display-inline">A description ofâ€"</text>

<clause id="H2F92C9F627AC4C73828C6CB02DBE112B"><enum>(i)</enum><text>how the efforts of Iran to transfer advanced weapons to Hizballah and to establish a military presence in Syria has led to direct and repeated confrontations with Israel; </text></clause>

<clause id="H2D1123EFA18D4DF39148C7DEADE5D128"><enum>(ii)</enum><text>the intelligence and military support that the United States provides to Israel to help Israel identify and appropriately address specific threats to Israel from Iran and Iranian-backed forces in Syria;</text></clause>

<clause id="H44B9D120FBFD4DBAB0299C240A0BDBBB"><enum>(iii)</enum><text display-inline="yes-display-inline">the threat posed to Israel and other allies of the United States in the Middle East resulting from the transfer of arms or related material, or other support, by Iran to Hizballah and other proxies;</text></clause>

<clause id="HAB0A74BD85A94A35B4319747C8215BED"><enum>(iv)</enum><text display-inline="yes-display-inline">Iranian and Iranian-controlled personnel operating within Syria, including Hizballah, Shiite militias, and Revolutionary Guard Corps forces of Iran, and the number and geographic distribution of such personnel;</text></clause>

<clause id="HEAC296FF9613443D8C9908F3F9030ACC"><enum>(v)</enum><text display-inline="yes-display-inline">any rocket-producing facilities in Lebanon for nonstate actors, including whether such facilities were assessed to be built at the direction of Hizballah leadership, Iranian leadership, or in consultation between Iranian leadership and Hizballah leadership; and</text></clause>

<clause id="HBB58FEB10C294B94AF47C8E56A725A62"><enum>(vi)</enum><text display-inline="yes-display-inline">Iranian expenditures in the previous calendar year on military and terrorist activities outside the country, including the amount of such expenditures with respect to each of Hizballah, Houthi rebels in Yemen, Hamas, proxy forces in Iraq and Syria, ballistic missile research and testing, and any other entity, country, or activity that the Director determines as destabilizing to the Middle East region.</text></clause></subparagraph></paragraph>

<paragraph id="H76433B9F4D234838ABBE6CA6DC558936"><enum>(3)</enum><header>Form of report</header><text display-inline="yes-display-inline">The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph>

<paragraph id="HEDA9275866A44496AB9A7C5CE7825929"><enum>(4)</enum><header>Definitions</header><text>In this subsection: </text>

<subparagraph id="H42BC6180B08A4C788F707790463D8F6D"><enum>(A)</enum><header>Appropriate congressional committees</header><text>the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<clause id="H561A462DB0DD4CE4804BBFC9EC73CFE3"><enum>(i)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Relations, and the Select Committee on Intelligence of the Senate; and</text></clause>

<clause id="H763CD67F00284D849355F27F102919AA"><enum>(ii)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, and the Permanent Select Committee on Intelligence of the House of Representatives.</text></clause></subparagraph>

<subparagraph id="H4939E91ACB5E40989D5FDA1FF22D33CA"><enum>(B)</enum><header>Arms or related material</header><text>The term <term>arms or related material</term> meansâ€"</text>

<clause id="H936DB80E90384605BB01E2DE59563808"><enum>(i)</enum><text>nuclear, biological, chemical, or radiological weapons or materials or components of such weapons;</text></clause>

<clause id="HD82ED5E448F14AE786DEE9878F0A614E"><enum>(ii)</enum><text>ballistic or cruise missile weapons or materials or components of such weapons;</text></clause>

<clause id="HAA4AB62244BE48118165DFA3588A5212"><enum>(iii)</enum><text>destabilizing numbers and types of advanced conventional weapons;</text></clause>

<clause id="HC3C2A260A8AA4ADA9BEDE7D4281C2010"><enum>(iv)</enum><text>defense articles or defense services, as those terms are defined in paragraphs (3) and (4), respectively, of section 47 of the Arms Export Control Act (22 U.S.C. 2794);</text></clause>

<clause id="H820D6B34F69946E790270E0F0090A126"><enum>(v)</enum><text>defense information, as that term is defined in section 644 of the Foreign Assistance Act of 1961 (22 U.S.C. 2403); or</text></clause>

<clause id="H3276E9AC788C4D5A83BF744138293210" commented="no" display-inline="no-display-inline"><enum>(vi)</enum><text>items designated by the President for purposes of the United States Munitions List under section 38(a)(1) of the Arms Export Control Act (22 U.S.C. 2778(a)(1)).</text></clause></subparagraph></paragraph></subsection></section>

<section id="H705E37E324ED48E0B410EF66C50350D7" display-inline="no-display-inline" section-type="subsequent-section"><enum>5522.</enum><header>Assessments regarding the Northern Triangle and Mexico</header>

<subsection id="H8A57B21A1D234BF8B4559B6E76B431E3"><enum>(a)</enum><header>Assessment</header>

<paragraph id="HC6FF93EC7DE6474FBB54576C320FCEF0"><enum>(1)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis, the Assistant Secretary of State for Intelligence and Research, the Chief of Intelligence of the Drug Enforcement Administration, and other appropriate officials in the intelligence community, shall submit to the appropriate congressional committees a report containing a comprehensive assessment of drug trafficking, human trafficking, and human smuggling activities in the Northern Triangle and Mexico.</text></paragraph>

<paragraph id="H2055F1645DF84285AE2C5798EFB55C73"><enum>(2)</enum><header>Matters included</header><text>The report under paragraph (1) shall include, at a minimum, the following:</text>

<subparagraph id="H4A00C2FFFE93435C966F5098B4769F51"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment of the effect of drug trafficking, human trafficking, and human smuggling on the security and economic situation in the Northern Triangle.</text></subparagraph>

<subparagraph id="H33D65E5F4F2B44E586D388F5123679EB"><enum>(B)</enum><text display-inline="yes-display-inline">An assessment of the effect of the activities of drug trafficking organizations on the migration of persons from the Northern Triangle to the United States-Mexico border.</text></subparagraph>

<subparagraph id="HC34E9D7CEB934081B0719C6EB6A4F710"><enum>(C)</enum><text display-inline="yes-display-inline">A summary of any relevant activities by elements of the intelligence community in relation to drug trafficking, human trafficking, and human smuggling in the Northern Triangle and Mexico.</text></subparagraph>

<subparagraph id="HDF5E99D84D204F91A7E6D4BB53035C97"><enum>(D)</enum><text display-inline="yes-display-inline">An assessment of methods and routes used by drug trafficking organizations, human traffickers, and human smugglers to move drugs, persons, or both from the Northern Triangle and Mexico to the United States.</text></subparagraph>

<subparagraph id="HFCD4F35038F34B5B901EBEE902C8C704"><enum>(E)</enum><text display-inline="yes-display-inline">An assessment of the intersection between the activities of drug trafficking organizations, human traffickers and human smugglers, and other

organized criminal groups in the Northern Triangle and Mexico.</text></subparagraph>

<subparagraph id="HF934305DB27342268C667567C74C0B13"><enum>(F)</enum><text display-inline="yes-display-inline">An assessment of the illicit funds and financial transactions that support the activities of drug trafficking organizations, human traffickers, and human smugglers, and connected criminal enterprises, in the Northern Triangle and Mexico.</text></subparagraph>

<subparagraph id="H4A9F20A6200D4C3FBFD0C6B2032B4D24"><enum>(G)</enum><text display-inline="yes-display-inline">A comprehensive review of the current collection priorities of the intelligence community for the Northern Triangle and Mexico, as of the date of the enactment of this Act, in order to identify whether such priorities are appropriate and sufficient in light of the threat posed by the activities of drug trafficking organizations and human traffickers and human smugglers to the security of the United States and the Western Hemisphere.</text></subparagraph></paragraph>

<paragraph id="HC438318DC54C4196984608F2827F5D3E"><enum>(3)</enum><header>Form</header><text display-inline="yes-display-inline">The report required by paragraph (1) may be submitted in classified form, but if so submitted, shall contain an unclassified summary.</text></paragraph>

<paragraph id="HF6415E73C8B142409E1AEED03D67C112"><enum>(4)</enum><header>Availability</header><text display-inline="yes-display-inline">The report under paragraph (1), or the unclassified summary of the report described in paragraph (3), shall be made publicly available.</text></paragraph></subsection>

<subsection id="HCC3B97D418C84CA5B7B5ADF3A2C587E4"><enum>(b)</enum><header>Briefings</header>

<paragraph id="H98C8F832ECF94CE8A80D5BF22288D370"><enum>(1)</enum><header>Semiannual requirement</header><text>Not later than 90 days after the date on which the report under subsection (a) is submitted, and every 180 days thereafter for a 5-year period, the Director of National Intelligence shall provide to the congressional intelligence committees a briefing on the intelligence communityâ€™s collection priorities and activities in the Northern Triangle and Mexico with a focus on the threat posed by the activities of drug trafficking organizations and human traffickers and human smugglers to the security of the United States and the Western Hemisphere.</text></paragraph>

<paragraph id="HB39D6C1EA557459BA165805F182489E3"><enum>(2)</enum><header>Matters included</header><text>Each briefing under paragraph (1) shall include a description of the funds expended by the intelligence community on the efforts described in such paragraph during the preceding fiscal year, except the first such briefing shall cover fiscal years 2018 and 2019.</text></paragraph></subsection>

<subsection id="H89AC8EF78722484CB1547B3328473175"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H5D554E0342BB4B37B5DED9C998306A14"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H2FDE986C45F94601846CCC656D020F73"><enum>(A)</enum><text>the Committee on Foreign Affairs, the Committee on Homeland Security, and the Permanent Select Committee on Intelligence of the House of Representatives; and</text></subparagraph>

<subparagraph id="H41F95BBEDBDC441CA680025A2EA4AA40"><enum>(B)</enum><text>the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, and the Select Committee on Intelligence of the Senate.</text></subparagraph></paragraph>

<paragraph id="H26C3A8E5CD9E458897447CD23960DE80" commented="no"><enum>(2)</enum><header>Human trafficking</header><text display-inline="yes-display-inline">The term <term>human trafficking</term> has the meaning given the term <term>severe forms of trafficking in persons</term> by section 103 of the Victims of Trafficking and Violence Protection Act of 2000 (22 U.S.C. 7102).</text></paragraph>

<paragraph id="HDAAEE988C8F84C51B4F89C6E651582BE"><enum>(3)</enum><header>Northern Triangle</header><text display-inline="yes-display-inline">The term <term>Northern Triangle</term> means El Salvador, Guatemala, and Honduras.</text></paragraph></subsection></section></subtitle></title>

<title id="HF16FB199216543BFB4365469179023B0" commented="no"><enum>LVI</enum><header>Federal Efforts Against Domestic Terrorism</header>

<section id="H3D1AACD2DD794691AFED056732E77239" commented="no"><enum>5601.</enum><header>Definitions</header><text display-inline="no-display-inline">In this title:</text>

<paragraph id="H8225C5CE94BD4EFFAF6B2832D513FB56" commented="no"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H0B7E7C62E5574F209477A8F2D6A85280" commented="no"><enum>(A)</enum><text>the Permanent Select Committee on Intelligence, the Committee on Homeland Security, and the Committee on the Judiciary of the House of Representatives; and</text></subparagraph>

<subparagraph id="H1F84AA52D118407D874AD662FF98B640" commented="no"><enum>(B)</enum><text>the Select Committee on Intelligence, the Committee on Homeland Security and Governmental Affairs, and the Committee on the Judiciary of the Senate.</text></subparagraph></paragraph>

<paragraph id="H82C1348522334E45A8331E9C336CB87C" commented="no"><enum>(2)</enum><header>Domestic terrorism</header><text>The term <term>domestic terrorism</term> has the meaning given that term in section 2331 of title 18, United States Code.</text></paragraph>

<paragraph id="H329335991F7444EF9EB788A672A20A20" commented="no"><enum>(3)</enum><header>Hate crime</header><text>The term <term>hate crime</term> means a criminal offense underâ€"</text>

<subparagraph id="H68737DAB7E074D438402EAFABA082C01" commented="no"><enum>(A)</enum><text>sections 241, 245, 247, and 249 of title 18, United States Code; and</text></subparagraph>

<subparagraph id="HCE3DDB97F26B47EDB23B17F473349454" commented="no"><enum>(B)</enum><text>section 3631 of title 42, United States Code.</text></subparagraph></paragraph>

<paragraph id="H9B50F5FE779045639F552ED486E952CA" commented="no"><enum>(4)</enum><header>International terrorism</header><text>The term <term>international terrorism</term> has the meaning given that term in section 2331 of title 18, United States Code.</text></paragraph>

<paragraph id="HFCE908BD1012444CBB9E84145FBA835D" commented="no"><enum>(5)</enum><header>Terms in Attorney Generalâ€™s Guidelines for Domestic FBI Operations</header><text display-inline="yes-display-inline">The terms <term>assessments</term>, <term>full investigations</term>, <term>enterprise investigations</term>, <term>predicated investigations</term>, and <term>preliminary investigations</term> have the meanings given those terms in the most recent, approved version of the Attorney Generalâ€™s Guidelines for Domestic FBI Operations (or successor).</text></paragraph>

<paragraph id="HCF8F8DF1AB9441C8B68447F65D0A4A3C" commented="no"><enum>(6)</enum><header>Terms in FBI budget materials</header><text>The terms <term>Consolidated Strategy Guide</term>, <term>Field Office Strategic Plan</term>, <term>Integrated Program Management Process</term>, and <term>Threat Review and Prioritization</term> have the meanings given those terms in the materials submitted to Congress by the Attorney General in support of the Federal Bureau of Investigation budget for fiscal year 2020.</text></paragraph>

<paragraph id="H2B943518EBD94063A0EA4720E3FE4C0D" commented="no"><enum>(7)</enum><header>Terrorism</header><text>The term <term>terrorism</term> includes domestic terrorism and international terrorism.</text></paragraph>

<paragraph id="HDD2909D88CDB4757B4C916853C61E9F7" commented="no"><enum>(8)</enum><header>Terrorism information</header><text display-inline="yes-display-inline">The term <term>terrorism information</term> has the meaning given that term in section 1016(a) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485).</text></paragraph>

<paragraph id="H647295F4EDCA4D458DD80FEBE634BA7A" commented="no"><enum>(9)</enum><header>Time utilization and recordkeeping data</header><text>The term <term>time utilization and recordkeeping data</term> means data collected on resource utilization and workload activity of personnel of the Federal Bureau of Investigation in accordance with Federal law.</text></paragraph></section>

<section id="HC342F13818FA43B3BD6D778BB5FF9F47" section-type="subsequent-section" commented="no"><enum>5602.</enum><header>Strategic intelligence assessment of and reports on domestic terrorism</header>

<subsection id="HD491D9516A3B4D75A9620A46F15826FC" commented="no"><enum>(a)</enum><header>Report on standardization of terminology and procedures relating to domestic terrorism</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall jointlyâ€"</text>

<paragraph id="HD4A264EA3E184C129CA6CB2A28DCE5C0" commented="no"><enum>(1)</enum><text>develop, to the fullest extent feasible and for purposes of internal recordkeeping and tracking, uniform and standardizedâ€"</text>

<subparagraph id="H5782BB5273004F0FA0F5ED5D0BA4A861" commented="no"><enum>(A)</enum><text>definitions of the terms <term>domestic terrorism</term>, <term>act of domestic terrorism</term>, <term>domestic terrorism groups</term>, and any other commonly used terms with respect to domestic terrorism;</text></subparagraph>

<subparagraph id="H3BDDB911D2004161AE8D9F1FFAEF5E2A" commented="no"><enum>(B)</enum><text>methodologies for tracking incidents of domestic terrorism; and</text></subparagraph>

<subparagraph id="H6893CD75A5EE457684C09B35F2A7E3D5" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">descriptions of categories and subcategories ofâ€"</text>

<clause id="H87853C9550BD471A89895ED0C92D3DC8" commented="no"><enum>(i)</enum><text>domestic terrorism; and</text></clause>

<clause id="H882E0D62948F43E69E4246F57D2E8AD6" commented="no"><enum>(ii)</enum><text>ideologies relating to domestic terrorism;</text></clause></subparagraph></paragraph>

<paragraph id="HC82D763872E14B4182DB7DDD8F457004" commented="no"><enum>(2)</enum><text>submit to the appropriate congressional committees a report containing the information developed under paragraph (1).</text></paragraph></subsection>

<subsection id="HCE965CD2C5BD4A40B3DCF1A29FA73E8E" commented="no"><enum>(b)</enum><header>Report containing strategic intelligence assessment and data on domestic terrorism</header>

<paragraph id="H61C11E105AE24ED1B99C770A139493C6" commented="no"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall jointly submit to the appropriate congressional committees a report on domestic terrorism containing the following:</text>

<subparagraph id="HFDC3FC9F36D34C32BF21AAD695405F83" commented="no"><enum>(A)</enum><text>The strategic intelligence assessment under paragraph (2).</text></subparagraph>

<subparagraph id="H13493785919C4192B3DE3EC67AA4E761" commented="no"><enum>(B)</enum><text>The discussion of activities under paragraph (3).</text></subparagraph>

<subparagraph id="H5EC5B2CF983C43A9AFDBCCDBE6D8591A" commented="no"><enum>(C)</enum><text>Data on domestic terrorism under paragraph (4).</text></subparagraph>

<subparagraph id="H4C7EFB6B7E9E4985BAE8D15AC80F29B3" commented="no"><enum>(D)</enum><text>Recommendations under paragraph (5).</text></subparagraph></paragraph>

<paragraph id="H60613F09ADBD48BCB921E2479DB8C0A0" commented="no"><enum>(2)</enum><header>Strategic intelligence assessment</header>

<subparagraph id="HC155796EEE604CE184B39A5F5100B4F3" commented="no"><enum>(A)</enum><header>Assessment required</header><text display-inline="yes-display-inline">The Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall prepare and include in the report under paragraph (1) a strategic intelligence assessment of domestic terrorism in the United States during fiscal years 2017, 2018, and 2019.</text></subparagraph>

<subparagraph id="HF9B9426DA0EE4A5CADB1AB75E266DF89" commented="no"><enum>(B)</enum><header>Standards</header><text display-inline="yes-display-inline">The Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall ensure that the strategic assessment under subparagraph (A) complies with the analytic integrity and tradecraft standards of the intelligence community.</text></subparagraph></paragraph>

<paragraph id="H04FCB0B21E084CB3B9DE2ECD394FA871" commented="no"><enum>(3)</enum><header>Discussion of activities</header><text display-inline="yes-display-inline">The report under paragraph (1) shall discuss and compare the following with respect to each applicable element of the intelligence community:</text>

<subparagraph id="HDACD8251355648D6BEDF029F68A5861A" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">The criteria for opening, managing, and closing domestic and international terrorism investigations.</text></subparagraph>

<subparagraph id="HDAD398A10E9E4B56850F00B046E8EDF9" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">Standards and procedures for the Federal Bureau of Investigation with respect to the review, prioritization, and mitigation of domestic and international terrorism threats in the United States.</text></subparagraph>

<subparagraph id="HD464433157714B4F8C14FA1A771A3EA0" commented="no"><enum>(C)</enum><text display-inline="yes-display-inline">The planning (including plans of analysis of the Federal Bureau of Investigation, Department of Homeland Security, and National Counterterrorism Center), development, production, analysis, and evaluation of intelligence and intelligence products relating to terrorism, noting any differences with respect to domestic terrorism and international terrorism.</text></subparagraph>

<subparagraph id="H040020D879BF4F7C8030E67494C7715F" commented="no"><enum>(D)</enum><text display-inline="yes-display-inline">The sharing of information relating to domestic and international terrorism by and betweenâ€"</text>

<clause id="H72A0B410BFE24FFDA52533F087F0A72C" commented="no"><enum>(i)</enum><text display-inline="yes-display-inline">the Federal Government;</text></clause>

<clause id="HF9D833CF68D54F93A2C861334B9A240F" commented="no"><enum>(ii)</enum><text display-inline="yes-display-inline">State, local, Tribal, territorial, and foreign governments;</text></clause>

<clause id="H99F78A304DC342AE92F341EDCC7C3232" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">the appropriate congressional

committees;</text></clause>

<clause id="HB4C7914A80994189AE3EDFD672ACDB01" commented="no"><enum>(iv)</enum><text display-inline="yes-display-inline">nongovernmental organizations; and</text></clause>

<clause id="H382B8FB6888E43E6940070371E4501CC" commented="no"><enum>(v)</enum><text>the private sector.</text></clause></subparagraph>

<subparagraph id="H7314D8FC54214783808C2651AF1F20F6" commented="no"><enum>(E)</enum><text display-inline="yes-display-inline">The criteria and methodology used by the Federal Bureau of Investigation to identify or assign terrorism classifications to investigations of domestic terrorism.</text></subparagraph>

<subparagraph id="HB46D45A5C00F4D78BB1F0EB679A41715" commented="no"><enum>(F)</enum><text display-inline="yes-display-inline">Compliance by the Federal Government with privacy, civil rights, and civil liberties policies and protections applicable to the production of the report under paragraph (1), including protections against the public release of names or other personally identifiable information of individuals involved in incidents, investigations, indictments, prosecutions, or convictions for which data is reported under this section.</text></subparagraph>

<subparagraph id="HB632F1DF9D70416886184E6E86A72150" commented="no"><enum>(G)</enum><text display-inline="yes-display-inline">Information regarding any training or resources provided by the Federal Bureau of Investigation, the Department of Homeland Security, or the National Counterterrorism Center, to assist Federal, State, local, and Tribal law enforcement agencies in understanding, detecting, deterring, and investigating acts of domestic terrorism, including the date, type, subject, and recipient agencies of such training or resources.</text></subparagraph></paragraph>

<paragraph id="HF1F5781055F9421BA212075053A728AF" commented="no"><enum>(4)</enum><header>Data on domestic terrorism</header>

<subparagraph id="H94073D202326405396BBF733619C9865" commented="no"><enum>(A)</enum><header>Data required</header><text>In accordance with subparagraph (B), the report under paragraph (1) shall include the following data for the period beginning on January 1, 2009, and ending on the date of the enactment of this Act:</text>

<clause id="HBC374B897A554367BA816F0D082EE172" commented="no"><enum>(i)</enum><text>For each completed or attempted incident of domestic terrorism that has occurred in the United States during such periodâ€"</text>

<subclause id="H64FE44F78AD24A98813C3AEDB0B21F4B" commented="no"><enum>(I)</enum><text>a description of such incident;</text></subclause>

<subclause id="H6E0ADA866D4344B496262313C6694457" display-inline="no-display-inline" commented="no"><enum>(II)</enum><text display-inline="yes-display-inline">the date and location of such incident;</text></subclause>

<subclause id="H16FE6259ABE843A3BC560E27E31A9368" display-inline="no-display-inline" commented="no"><enum>(III)</enum><text>the number and type of completed and attempted Federal nonviolent crimes committed during such incident;</text></subclause>

<subclause id="H3B8147DFAE574313ACC03AD70E158A35" commented="no"><enum>(IV)</enum><text display-inline="yes-display-inline">the number and type of completed and attempted Federal and State property crimes committed during such incident, including an estimate of economic damages resulting from such crimes; and</text></subclause>

<subclause id="HEC9A4F35CFA34396B2378D46176DF37B" commented="no"><enum>(V)</enum><text>the number and type of completed and attempted Federal violent crimes committed during such incident, including the number of people injured or killed as a result of such crimes.</text></subclause></clause>

<clause id="H6C7FA29DA3B441489920BD939548F30D" commented="no"><enum>(ii)</enum><text>For such periodâ€"</text>

<subclause id="H7BCF55AFCF1B4952B9965614D5B46C43"

commented="no"><enum>(I)</enum><text>an identification of each assessment, preliminary investigation, full investigation, and enterprise investigation with a nexus to domestic terrorism opened, pending, or closed by the Federal Bureau of Investigation;</text></subclause>

<subclause id="HF8F88B3442C44ABB998059566119EC79" commented="no"><enum>(II)</enum><text>the number of assessments or investigations identified under subclause (I) associated with each domestic terrorism investigative classification (including subcategories);</text></subclause>

<subclause id="H84E127B423F646DA94329CCC7ECB79C8" commented="no"><enum>(III)</enum><text>the number of assessments or investigations described in subclause (II) initiated as a result of a referral or investigation by a Federal, State, local, Tribal, territorial, or foreign government, of a hate crime; </text></subclause>

<subclause id="HB387B8FBAA9246628B30B53CD771DF4D" commented="no"><enum>(IV)</enum><text>the number of Federal criminal charges with a nexus to domestic terrorism, including the number of indictments and complaints associated with each domestic terrorism investigative classification (including subcategories), a summary of the allegations contained in each such indictment, the disposition of the prosecution, and, if applicable, the sentence imposed as a result of a conviction on such charges;</text></subclause>

<subclause id="HD0B0BFC6BA6A45D982BC33C02BFECFA9" commented="no"><enum>(V)</enum><text>referrals of incidents of domestic terrorism by or to State, local, Tribal, territorial, or foreign governments, to or by departments or agencies of the Federal Government, for investigation or prosecution, including the number of such referrals associated with each domestic terrorism investigation classification (including any subcategories), and a summary of each such referral that includes the rationale for such referral and the disposition of the applicable Federal investigation or prosecution;</text></subclause>

<subclause id="H911673399E7049B49C20B8DF7E4A6CF2" commented="no"><enum>(VI)</enum><text>intelligence products produced by the intelligence community relating to domestic terrorism, including, with respect to the Federal Bureau of Investigation, the number of such products associated with each domestic terrorism investigative classification (including any subcategories);</text></subclause>

<subclause id="HDE92E4CD5EAC44E681AD39335967CE69" commented="no"><enum>(VII)</enum><text>with respect to the Federal Bureau of Investigationâ€"</text>

<item id="H3BF470A69BFD4119A6C782C2B8421079" commented="no"><enum>(aa)</enum><text display-inline="yes-display-inline">the number of staff (expressed in terms of full-time equivalents and positions) working on matters relating to domestic terrorism described in subclauses (I) through (VI); and</text></item>

<item id="H1A0B0BEAB9BB49DDA36FD299AFD45D5D" commented="no"><enum>(bb)</enum><text>a summary of time utilization and recordkeeping data for personnel working on such matters, including the number or percentage of such personnel associated with each domestic terrorism investigative classification (including any subcategories) in the FBI Headquarters Operational Divisions and Field Divisions;</text></item></subclause>

<subclause id="HFD131745BDCD41998AB564B756CB1E99" display-inline="no-display-inline" commented="no"><enum>(VIII)</enum><text display-inline="yes-display-inline">with respect to the Office of Intelligence and Analysis of the Department of Homeland Security, the number of staff (expressed in terms of full-time equivalents and positions) working on matters relating to domestic terrorism described in subclauses (I) through (VI); and</text></subclause>

<subclause id="HE2A545C8331640FAAB926F3E645DC695" commented="no"><enum>(IX)</enum><text>with respect to the National Counterterrorism Center, the number of staff (expressed in terms of full-time equivalents and positions) working on matters relating to domestic terrorism described in subclauses (I) through (VI), and the applicable legal authorities relating to the activities of such staff.</text></subclause></clause></subparagraph>

<subparagraph id="HDF384950A4B74AF0AE84168A8922DE5E"

commented="no"><enum>(B)</enum><header>Collection and compilation</header><text display-inline="yes-display-inline">The requirement to submit data under paragraph (1)â€"</text>

<clause id="H9883540DB175438C995135B93AD5A1DA" commented="no"><enum>(i)</enum><text>may not be construed to require the creation or maintenance of any record that the Federal Bureau of Investigation, the Department of Homeland Security, or the National Counterterrorism Center, as the case may be, does not maintain in the ordinary course of business or pursuant to another provision of law; and</text></clause>

<clause id="H8FEDC70DE9234E7D85D497C5644399E0" commented="no"><enum>(ii)</enum><text>shall be carried out by collecting, compiling, or otherwise using data and records that such entities otherwise maintain or create.</text></clause></subparagraph>

<subparagraph id="HD25D0C52E67C43E3B63A3EFBB8F9D4F1" commented="no"><enum>(C)</enum><header>Format</header><text>The information required under subparagraph (A) may be provided in a format that uses the marking associated with the Central Records System (or any successor system) of the Federal Bureau of Investigation.</text></subparagraph></paragraph>

<paragraph id="H26E3526CB11245F2884085D463C15920" commented="no"><enum>(5)</enum><header>Recommendations</header>

<subparagraph id="H9AEE7D5766BF4B97871CB6FF4F68B8FD" commented="no"><enum>(A)</enum><header>In general</header><text>The report under paragraph (1) shall include recommendations, including any constitutional analysis conducted relating to such recommendations, with respect to the following:</text>

<clause id="HD8F20A6CD5884AEBA685A5C548400F64" commented="no"><enum>(i)</enum><text>The necessity of changing authorities, roles, resources, or responsibilities within the Federal Government to more effectively prevent and counter domestic terrorism activities.</text></clause>

<clause id="H077D504683DE4A94B4B9BDF7D4EE2655" commented="no"><enum>(ii)</enum><text>Measures necessary to ensure the protection of privacy and civil liberties in the carrying out of activities relating to countering domestic terrorism.</text></clause></subparagraph>

<subparagraph id="H17EE46B8295545B0BFA26B3CC9910ADB" commented="no"><enum>(B)</enum><header>Consultation</header><text display-inline="yes-display-inline">In developing recommendations pursuant to subparagraph (A)(ii), the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence, may seek the advice of the Privacy and Civil Liberties Oversight Board.</text></subparagraph></paragraph></subsection>

<subsection id="HFDDEA9DE84C6443D9588BCC4A888C4E8" commented="no"><enum>(c)</enum><header>Provision of other documents and materials</header>

<paragraph id="HFFF0B11BC14F46EDB22FB9D710DB179A" commented="no"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Together with the report under subsection (b)(1), the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall also submit to the appropriate congressional committees the following documents and materials in complete and unredacted form:</text>

<subparagraph id="HE05242070D034BA99EB5D07807F01B82" commented="no"><enum>(A)</enum><text>With respect to the Federal Bureau of Investigation, at a minimum, the most recent, approved versions ofâ€"</text>

<clause id="HA004D653BB2D4304981355D2E7D0218F" commented="no"><enum>(i)</enum><text>the Attorney Generalâ€™s Guidelines for Domestic FBI Operations (or any successor);</text></clause>

<clause id="HCC06B0A24D3544459DE8AC90146D6EE0" commented="no"><enum>(ii)</enum><text display-inline="yes-display-inline">the FBI Domestic Investigations and Operations Guide (or any successor);</text></clause>

<clause id="HF8A6A2BCC9084A8CBF7445DF6DFD39B6" commented="no"><enum>(iii)</enum><text>the FBI Counterterrorism Policy Guide (or any successor); and</text></clause>

<clause id="H617EE15C51694501A8CCE4AE8EF7E3B4" commented="no"><enum>(iv)</enum><text>materials sufficient to show the rankings of domestic terrorism in relation to other threats within the Threat Review and Prioritization process, with respect to the headquarters and each field office of the Federal Bureau of Investigation.</text></clause></subparagraph>

<subparagraph id="H9BC906A2C3B8419AB70145B47E704EB0" commented="no"><enum>(B)</enum><text>With respect to the intelligence communityâ€"</text>

<clause id="HB0686369FC5B4A9E8CB1B87A39C2B635" commented="no"><enum>(i)</enum><text>a list of all intelligence products described in subsection (b)(4)(A)(ii)(VI); and</text></clause>

<clause id="HAEB5566D63BE4877954C1F0F0D621531" commented="no"><enum>(ii)</enum><text>a means of accessing each such product.</text></clause></subparagraph></paragraph>

<paragraph id="H1396C9EAF5EE4FE4969D8DDD5E304C2A" commented="no"><enum>(2)</enum><header>Nonduplication</header><text display-inline="yes-display-inline">If any documents or materials required under paragraph (1) have been previously submitted to the appropriate congressional committees under such paragraph and have not been modified since such submission, the Director of the Federal Bureau of Investigation, the Secretary of Homeland Security, and the Director of National Intelligence may provide a list of such documents or materials in lieu of making the submission under paragraph (1) for those documents or materials.</text></paragraph></subsection>

<subsection id="H2B00D869581F4E6396668C0CCDA4320B" commented="no"><enum>(d)</enum><header>Annual updates</header><text display-inline="yes-display-inline">During the 5-year period following the date of the submission of the reports under subsections (b) and (c), the Director of the Federal Bureau of Investigation and the Secretary of Homeland Security, in consultation with the Director of National Intelligence in a manner consistent with the authorities and responsibilities of such Director, shall jointly submit to the appropriate congressional committees annual updates to the reports submitted under subsections (a), (b), and (c).</text></subsection>

<subsection id="H4644F72E877B4B3B9C394E77CAED6F94" commented="no"><enum>(e)</enum><header>Classification and public release</header><text display-inline="yes-display-inline">The reports under subsections (a), (b), and (d) shall beâ€"</text>

<paragraph id="H43A79724791743079BFE8DC9CE828C31" commented="no"><enum>(1)</enum><text>unclassified, but may contain a classified annex;</text></paragraph>

<paragraph id="HCDC1618C53D946ACBC5F7B5800B632CE" display-inline="no-display-inline" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">with respect to the unclassified portion of the report, made available on the public internet websites of the Federal Bureau of Investigation, the Department of Homeland Security, and the National Counterterrorism Centerâ€"</text>

<subparagraph id="H9865027E038145FCBDA90A00F29614B7" commented="no"><enum>(A)</enum><text>not later than 30 days after submission to the appropriate congressional committees; and</text></subparagraph>

<subparagraph id="H4352071F540A4F30BA2635902AE5B243" commented="no"><enum>(B)</enum><text>in an electronic format that is fully indexed and searchable; and</text></subparagraph></paragraph>

<paragraph id="H5DB57E3E34664B7FABBF44CA2C27EE5A" commented="no"><enum>(3)</enum><text>with respect to a classified annex, submitted to the appropriate congressional committees in an electronic format that is fully indexed and searchable. </text></paragraph></subsection>

<subsection id="H474E88AA2EE648AABA0594238C50D082" display-inline="no-display-inline" commented="no"><enum>(f)</enum><header>Information quality</header><text display-

inline="yes-display-inline">The reports under subsections (a), (b), and (d), to the extent applicable, shall comply with the guidelines issued by the Director of the Office of Management and Budget pursuant to section 515 of title V of the Consolidated Appropriations Act, 2001 (Public Law 106â€"554; 114 Stat. 2763Aâ€"154). </text></subsection></section></title>

<title id="H5D7CCBEC94AE4A509E379C6F1E194B59" style="OLC"><enum>LVII</enum><header>Reports and other matters</header>

<subtitle id="HCD6A9D1363444EC68A3DAA28BBCF268E"><enum>A</enum><header>Reports and briefings</header>

<section id="H94EBFC9EA2194684BC3A651994AD30E6" section-type="subsequent-section"><enum>5701. </enum><header>Modification of requirements for submission to Congress of certain reports</header>

<subsection id="HF435D28FCC1E4D9BA9A6A007FA3497FF"><enum>(a)</enum><header>Modification of reports relating to Guantanamo Bay</header>

<paragraph id="H8FFEB9B56EB24020B0D8A798528A5BA0"><enum>(1)</enum><header>Modification</header><text>Section 506I(b) of the National Security Act of 1947 (50 U.S.C. 3105(b)) is amended by striking <quote>once every 6 months</quote> and inserting <quote>annually</quote>.</text></paragraph>

<paragraph id="H36080751B7EB46888DA8C4E20D11E968"><enum>(2)</enum><header>Modification</header><text>Section 319(a) of the Supplemental Appropriations Act, 2009 (10 U.S.C. 801 note) is amended by striking <quote>every 90 days</quote> and inserting <quote>annually</quote>.</text></paragraph></subsection>

<subsection id="HAF4384ADFE5740159FF783600A654E5D"><enum>(b)</enum><header>Modification to reports on analytic integrity</header><text display-inline="yes-display-inline">Subsection (c) of section 1019 of the Intelligence Reform and Terrorism Prevention Act of 2004 (50 U.S.C. 3364) is amendedâ€"</text>

<paragraph id="HF49B15E1D14840118BE274B14AE01451"><enum>(1)</enum><text>in the heading, by striking <quote><header-in-text level="subsection" style="OLC">reports</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">briefings</header-in-text></quote>; and</text></paragraph>

<paragraph id="H918A6CDAD2C04FB7A8FB7CE33F994EE6"><enum>(2)</enum><text>by striking <quote>submit to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a report containing</quote> and inserting <quote>provide to the congressional intelligence committees, the heads of the relevant elements of the intelligence community, and the heads of analytic training departments a briefing with</quote>.</text></paragraph></subsection>

<subsection id="HF6CA3F56AD7149DC87A3C336537E8993"><enum>(c)</enum><header>Repeal of reports relating to intelligence functions</header><text display-inline="yes-display-inline">Section 506J of the National Security Act of 1947 (50 U.S.C. 3105a) is repealed and the table of contents in the first section of such Act is amended by striking the item relating to section 506J.</text></subsection>

<subsection id="HD478CF90A77F4F5692659AFE1A4DA0B1" commented="no"><enum>(d)</enum><header>Modification of required reports relating to entertainment industry</header><text display-inline="yes-display-inline">Section 308 of the Intelligence Authorization Act for Fiscal Year 2017 (50 U.S.C. 3332) is amendedâ€"</text>

<paragraph id="HA51A9242C2594EB58EE11B82B0DDE9A7" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (b)(2)â€"</text>

<subparagraph id="HDAC60DACC1CC4255ABDB9AF06B8E6CD9" commented="no"><enum>(A)</enum><text>by striking <quote>paragraph (1) shallâ€"</quote> and all that follows through <quote>permit an element</quote> and insert <quote>paragraph (1) shall permit an element</quote>;</text></subparagraph>

<subparagraph id="H1A37548886254FA9953B8822C82EC95C" commented="no"><enum>(B)</enum><text>by striking <quote>approval; and</quote> and

inserting <quote>approval.</quote>; and</text></subparagraph>

<subparagraph id="H58A2DE79DBF44C21952953E43E021036" commented="no"><enum>(C)</enum><text>by striking subparagraph (B); and</text></subparagraph></paragraph>

<paragraph id="H8AF0746288454E18A57622A2A747695B" commented="no"><enum>(2)</enum><text>by striking subsection (c) and inserting the following new subsection:</text>

<quoted-block style="OLC" id="H2C557A3FDB534F35912070DB322FA81E" display-inline="no-display-inline">

<subsection id="H41638CA5FDAF4B44A9C45C6E0FB4903A"><enum>(c)</enum><header>Information on prior year engagements</header><text display-inline="yes-display-inline">At the written request of either of the congressional intelligence committees, the Director of National Intelligence shall submit to such committees information with respect to engagements occurring during the calendar year prior to the year during which such request is made. Such information may includeâ€"</text>

<paragraph id="HCA88ABA91C6C4950A60A8FA051E6EDEB"><enum>(1)</enum><text display-inline="yes-display-inline">a description of the nature and duration of each such engagement;</text></paragraph>

<paragraph id="HCB26F70649D3430EAE28B888F842303C"><enum>(2)</enum><text>the cost incurred by the United States Government for each such engagement;</text></paragraph>

<paragraph id="H5745959BBA884F909A72F9187636AB46"><enum>(3)</enum><text>a description of the benefits to the United States Government for each such engagement;</text></paragraph>

<paragraph id="HD3B2B225889A45DDB4F02DF0EED0EBC5"><enum>(4)</enum><text>a determination of whether any information was declassified, and whether any classified information was improperly disclosed, for each such engagement; and</text></paragraph>

<paragraph id="H79A56AC2EEF146909F8C2527429451CC"><enum>(5)</enum><text>a description of the work produced through each such engagement.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section>

<section id="HB7AE6ABD05CF4508835672EACE3F79CE" section-type="subsequent-section"><enum>5702.</enum><header>Increased transparency regarding counterterrorism budget of the United States</header>

<subsection id="H578DF842878F48BB9ADA2E51271E648C"><enum>(a)</enum><header>Findings</header><text display-inline="yes-display-inline">Congress finds the following:</text>

<paragraph id="H984CCE4705B4483C9B5D830CA4579C61"><enum>(1)</enum><text>Consistent with section 601(a) of the Implementing Recommendations of the 9/11 Commission Act of 2007 (50 U.S.C. 3306(a)), the recent practice of the intelligence community has been to release to the publicâ€"</text>

<subparagraph id="HB20685BE495A43379D852F959DB9934A"><enum>(A)</enum><text>around the date on which the President submits to Congress a budget for a fiscal year pursuant to section 1105 of title 31, United States Code, the <quote>top-line</quote> amount of total funding requested for the National Intelligence Program for such fiscal year; and</text></subparagraph>

<subparagraph id="H75E432AB17E84A158FBF2F46BFDAF115"><enum>(B)</enum><text>the amount of requested and appropriated funds for the National Intelligence Program and Military Intelligence Program for certain prior fiscal years, consistent with the protection of intelligence sources and methods.</text></subparagraph></paragraph>

<paragraph id="H9602BC145DF840F9A90E7E2D9056C07F"><enum>(2)</enum><text>The Directorate of Strategic Operational Planning of the National Counterterrorism Center is responsible for producing an annual National Counterterrorism Budget report, which examines the alignment of intelligence and other resources in the applicable fiscal year budget with the counterterrorism goals and areas of focus in the National Strategy for Counterterrorism.</text></paragraph></subsection>

<subsection id="H2893E1A06584435595D3D7054D60A21C"><enum>(b)</enum><header>Sense of

Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H507E0839DDDC412FAF9A22F9C94867BE"><enum>(1)</enum><text>despite the difficulty of compiling and releasing to the public comprehensive information on the resource commitments of the United States to counterterrorism activities and programs, including with respect to such activities and programs of the intelligence community, the United States Government could take additional steps to enhance the understanding of the public with respect to such resource commitments, in a manner consistent with the protection of intelligence sources and methods and other national security interests; and</text></paragraph>

<paragraph id="H68456D7554C542ED965BA8514A911D7A"><enum>(2)</enum><text>the United States Government should release to the public as much information as possible regarding the funding of counterterrorism activities and programs, including activities and programs of the intelligence community, in a manner consistent with the protection of intelligence sources and methods and other national security interests.</text></paragraph></subsection>

<subsection id="HA635843D891F4FA598E89AA44477E453"><enum>(c)</enum><header>Briefing on public release of information</header>

<paragraph id="HB68204B730194B24AC61DA1A06773F1C"><enum>(1)</enum><header>Requirement</header><text>Not later than 90 days after the date of the enactment of this Act, and not later than 90 days after the beginning of each fiscal year thereafter, the President shall ensure that the congressional intelligence committees receive a briefing from appropriate personnel of the United States Government on the feasibility of releasing to the public additional information relating to counterterrorism efforts of the intelligence community.</text></paragraph>

<paragraph id="H9EDEF14D31F1461697C293A5064D6E0F"><enum>(2)</enum><header>Elements</header><text display-inline="yes-display-inline">Each briefing required by paragraph (1) shall include a discussion of the feasibility ofâ€"</text>

<subparagraph id="H33038922BD0543D9920C9EE4E0728B5C"><enum>(A)</enum><text>subject to paragraph (3), releasing to the public the National Counterterrorism Budget report described in subsection (a)(2) for the prior fiscal year; and</text></subparagraph>

<subparagraph id="HB2A3EF7B73AE4D8482D56FB7ED0E00F6"><enum>(B)</enum><text display-inline="yes-display-inline">declassifying other reports, documents, or activities of the intelligence community relating to counterterrorism and releasing such information to the public in a manner consistent with the protection of intelligence sources and methods and other national security interests.</text></subparagraph></paragraph>

<paragraph id="H57927EBEE7CB4102BE1ADD0EB6A04728"><enum>(3)</enum><header>Release of National Counterterrorism Budget report</header><text display-inline="yes-display-inline">The President may satisfy the requirement under paragraph (2)(A) during a fiscal year by, not later than 90 days after the beginning of the fiscal year, releasing to the public the National Counterterrorism Budget report (with any redactions the Director determines necessary to protect intelligence sources and methods and other national security interests) for the prior fiscal year.</text></paragraph></subsection></section>

<section id="H60411C9A885D4105BFAC86F89DA4B6A2"><enum>5703.</enum><header>Study on role of retired and former personnel of intelligence community with respect to certain foreign intelligence operations</header>

<subsection commented="no" id="H8E721E18D3724DE8B1E53EC8F4216727"><enum>(a)</enum><header>Study</header><text display-inline="yes-display-inline">The Director of National Intelligence shall conduct a study on former intelligence personnel providing covered intelligence assistance.</text></subsection>

<subsection id="H12A162DC1220487B80DFADCE63FD53CC"><enum>(b)</enum><header>Elements</header><text>The study under subsection (a) shall include the following:</text>

<paragraph id="HF5D2BED7DAE74C7EAFD0B2DC1BBB1530"><enum>(1)</enum><text>An

identification of, and discussion of the effectiveness of, existing laws, policies, procedures, and other measures relevant to the ability of elements of the intelligence community to prevent former intelligence personnel from providing covered intelligence assistanceâ€"</text>

<subparagraph id="H7237E715319C4F879E64D88EB7C2B8B8"><enum>(A)</enum><text>without proper authorization; or</text></subparagraph>

<subparagraph id="HB025753993FB49E29D3241FF7B619D1F"><enum>(B)</enum><text>in a manner that would violate legal or policy controls if the personnel performed such assistance while working for the United States Government; and</text></subparagraph></paragraph>

<paragraph id="H2D988047884C4132B04C1694D7C88538"><enum>(2)</enum><text>Make recommendations for such legislative, regulatory, policy, or other changes as may be necessary to ensure that the United States consistently meets the objectives described in paragraph (1).</text></paragraph></subsection>

<subsection id="H6976A34A81B74A82A09C05310FD3004B"><enum>(c)</enum><header>Report and plan</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Committee on Homeland Security of the House of Representativesâ€"</text>

<paragraph id="HA40E514346B6427398882C56A3B3C1A1"><enum>(1)</enum><text>a report on the findings of the Director with respect to each element of the study under subsection (a); and</text></paragraph>

<paragraph id="H5D21BC469489467886B96BC0DEB5E317"><enum>(2)</enum><text>a plan to implement any recommendations made by the Director that the Director may implement without changes to Federal law.</text></paragraph></subsection>

<subsection id="H1D5E990EE8B04016BD63C3DB429FD39F"><enum>(d)</enum><header>Form</header><text>The report and plan under subsection (c) may be submitted in classified form.</text></subsection>

<subsection id="HFB2A00F3EDA84E8D8D246485C6A43B60"><enum>(e)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="HA88E0109F6C54A04A48179BF2315D425"><enum>(1)</enum><header>Covered intelligence assistance</header><text>The term <term>covered intelligence assistance</term> means assistanceâ€"</text>

<subparagraph id="H3A6F34DEC658448D98AE26CD44C3ED03"><enum>(A)</enum><text display-inline="yes-display-inline">provided by former intelligence personnel directly to, or for the benefit of, the government of a foreign country or indirectly to, or for the benefit of, such a government through a company or other entity; and</text></subparagraph>

<subparagraph id="HDDD7B23BF42847D4935A326C767AD909"><enum>(B)</enum><text>that relates to intelligence, military, or law enforcement activities of a foreign country, including with respect to operations that involve abuses of human rights, violations of the laws of the United States, or infringements on the privacy rights of United States persons.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9C3714FFD14A43C98296A2208804338E"><enum>(2)</enum><header>Former intelligence personnel</header><text>The term <term>former intelligence personnel</term> means retired or former personnel of the intelligence community, including civilian employees of elements of the intelligence community, members of the Armed Forces, and contractors of elements of the intelligence community.</text></paragraph></subsection></section>

<section display-inline="no-display-inline" id="HD254CD7BB1154776A14778C24A593FD4" section-type="subsequent-section" commented="no"><enum>5704.</enum><header>Collection, analysis, and dissemination of workforce data</header>

<subsection id="H0CC51F0A6EB34C3387D36CF337F52CD3" commented="no"><enum>(a)</enum><header>Modification of requirement for annual report on hiring and retention of minority employees</header>

<paragraph id="HBB1EA117CEDE4B73BE9F4C221E969967" commented="no" display-inline="no-display-inline"><enum>(1)</enum><header display-inline="yes-display-inline">Expansion of period of report</header><text>Subsection (a) of section 114 of the National Security Act of 1947 (50 U.S.C. 3050) is amended by inserting <quote>and the preceding 5 fiscal years</quote> after <quote>fiscal year</quote>.</text></paragraph>

<paragraph id="HBD33FFA26DD94AF9B9BF2E2380F5BCF0" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header display-inline="yes-display-inline">Clarification on disaggregation of data</header><text display-inline="yes-display-inline">Subsection (b) of such section is amended, in the matter before paragraph (1), by striking <quote>disaggregated data by category of covered person from each element of the intelligence community</quote> and inserting <quote>data, disaggregated by category of covered person and by element of the intelligence community,</quote>.</text></paragraph></subsection>

<subsection id="HEC2EC0C2F5BA485BA5EC72572B3CFBF0" commented="no"><enum>(b)</enum><header>Initial reporting</header>

<paragraph id="HF932F3C581FC4ABB837ADFC1352106D3" commented="no"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, and subject to paragraph (3), the Director of National Intelligence shall make available to the public, the appropriate congressional committees, and the workforce of the intelligence community a report which includes aggregate demographic data and other information regarding the diversity and inclusion efforts of the workforce of the intelligence community.</text></paragraph>

<paragraph id="HCC6421CC807543989026355FB70C14BE" commented="no"><enum>(2)</enum><header>Contents</header><text>A report made available under paragraph (1)â€"</text>

<subparagraph id="H1CD6D4B6FB974758883B943DC1848DEC" commented="no"><enum>(A)</enum><text>shall include unclassified reports and barrier analyses relating to diversity and inclusion efforts;</text></subparagraph>

<subparagraph id="HE7EA3FD629A547CE99C804180C268922" commented="no"><enum>(B)</enum><text>shall include aggregate demographic dataâ€"</text>

<clause id="H53A6E98FBA634AB2A685DDFACEAB1721" commented="no"><enum>(i)</enum><text>by segment of the workforce of the intelligence community and grade or rank;</text></clause>

<clause id="HE90975DA0039467EA3EC46595AF20AE5" commented="no"><enum>(ii)</enum><text>relating to attrition and promotion rates;</text></clause>

<clause id="HB27798D4A2EE4AB8BDD8415E3A63A77E" commented="no"><enum>(iii)</enum><text>that addresses the compliance of the intelligence community with validated inclusion metrics, such as the New Inclusion Quotient index score; and</text></clause>

<clause id="HFEA83B6A34FE41CB84393620F2C17319" commented="no"><enum>(iv)</enum><text>that provides demographic comparisons to the relevant nongovernmental labor force and the relevant civilian labor force;</text></clause></subparagraph>

<subparagraph id="H97AF4A5C9D72486E9D97FC728D3A183D" commented="no"><enum>(C)</enum><text>shall include an analysis of applicant flow data, including the percentage and level of positions for which data are collected, and a discussion of any resulting policy changes or recommendations;</text></subparagraph>

<subparagraph id="HCBAF0B2DAAB3478E98E11D5EE24C640C" commented="no"><enum>(D)</enum><text>shall include demographic data relating to participants in professional development programs of the intelligence community and the rate of placement into senior positions for participants in such programs;</text></subparagraph>

<subparagraph id="H6117C5BD4AFF49BFB502B4E58239F310" commented="no"><enum>(E)</enum><text>shall include any voluntarily collected demographic data relating to the membership of any external advisory committee or board to which individuals in senior positions in the intelligence community appoint members;

and</text></subparagraph>

<subparagraph id="H01422AAF3BAD496CA499E60C84A41A04" commented="no"><enum>(F)</enum><text>may include data in proportions or percentages to account for concerns relating to the protection of classified information.</text></subparagraph></paragraph></subsection>

<subsection id="HE14C21D1B6A940BAA264BF6820AAACB7" commented="no"><enum>(c)</enum><header>Updates</header><text>After making available a report under subsection (b), the Director of National Intelligence shall annually provide a report (which may be provided as part of an annual report required under another provision of law) to the workforce of the intelligence community (including senior leadership), the public, and the appropriate congressional committees that includesâ€"</text>

<paragraph id="H34584559895C4E1CA1C35DBCB02536A6" commented="no"><enum>(1)</enum><text>demographic data and information on the status of diversity and inclusion efforts of the intelligence community;</text></paragraph>

<paragraph id="H168C462CD6A1417E861039EEC57C7496" commented="no"><enum>(2)</enum><text>an analysis of applicant flow data, including the percentage and level of positions for which data are collected, and a discussion of any resulting policy changes or recommendations; and</text></paragraph>

<paragraph id="H833AC6BE645744A28F31378A05964AB9" commented="no"><enum>(3)</enum><text>demographic data relating to participants in professional development programs of the intelligence community and the rate of placement into senior positions for participants in such programs.</text></paragraph></subsection>

<subsection id="H7D6961F027D64EE2902424CFCB1BEAFE" commented="no"><enum>(d)</enum><header>Expand the collection and analysis of voluntary applicant flow data</header>

<paragraph id="H7E18737C787D40A584D9496680BEAE44" commented="no"><enum>(1)</enum><header>In general</header><text>The Director of National Intelligence shall develop a system to collect and analyze applicant flow data for as many positions within the intelligence community as practicable, in order to identify areas for improvement in attracting diverse talent, with particular attention to senior and management positions.</text></paragraph>

<paragraph id="H85A6A9B7DB554573A7070D54719C8C7C" commented="no"><enum>(2)</enum><header>Phased implementation</header><text>The collection of applicant flow data may be implemented by the Director of National Intelligence in a phased approach commensurate with the resources available to the intelligence community.</text></paragraph></subsection>

<subsection id="H6F913D89823E40559E3CDC7AE04B5A16" commented="no"><enum>(e)</enum><header>Identify additional categories for voluntary data collection of current employees</header>

<paragraph id="HED3F6A9A81034D98B8EB946E6FA4B7E1" commented="no"><enum>(1)</enum><header>In general</header><text>The Director of National Intelligence may submit to the Office of Management and Budget and to the appropriate congressional committees a recommendation regarding whether the intelligence community should voluntarily collect more detailed data on demographic categories in addition to the race and ethnicity categories specified in the statistical policy directive issued by the Office of Management and Budget entitled <quote>Standards for Maintaining, Collecting, and Presenting Federal Data on Race and Ethnicity</quote>.</text></paragraph>

<paragraph id="H862814AFA3F84F84803CA4B741AC8A1E" commented="no"><enum>(2)</enum><header>Process</header><text>In making a recommendation under paragraph (1), the Director of National Intelligence shallâ€"</text>

<subparagraph id="H2DE0853C45A6471D9184B342E6917CAE" commented="no"><enum>(A)</enum><text>engage in close consultation with internal stakeholders, such as employee resource or affinity groups;</text></subparagraph>

<subparagraph id="HBB61CC5305A547EAACF49E60D4767DC3" commented="no"><enum>(B)</enum><text>ensure that there is clear communication with the

workforce of the intelligence communityâ€"</text>

<clause id="HDDB98733BB244BF593537215FBEF4B4D" commented="no"><enum>(i)</enum><text>to explain the purpose of the potential collection of such data; and</text></clause>

<clause id="H0BB29562E88F465194A93FDDB29A7EAB" commented="no"><enum>(ii)</enum><text>regarding legal protections relating to any anticipated use of such data; and</text></clause></subparagraph>

<subparagraph id="H3EEC60341A2547059EF1C38086829DE7" commented="no"><enum>(C)</enum><text>ensure adherence to relevant standards and guidance issued by the Federal Government.</text></subparagraph></paragraph></subsection>

<subsection display-inline="no-display-inline" id="H21F6219C8CF24F59A37E640ABE6F7218" commented="no"><enum>(f)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H5E3B1DCA9B3A4CCB8A303B691D9DF124" commented="no"><enum>(1)</enum><header>Applicant flow data</header><text>The term <term>applicant flow data</term> means data that tracks the rate of applications for job positions among demographic categories.</text></paragraph>

<paragraph id="H9E451B4D82FF4EF1ACFC45A94DC14B86" commented="no"><enum>(2)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H4D5CCAF51126444AA75616A0DE49C231" commented="no"><enum>(A)</enum><text>the Committee on Foreign Relations, the Committee on Armed Services, the Committee on Homeland Security and Governmental Affairs, the Select Committee on Intelligence, and the Committee on Appropriations of the Senate; and</text></subparagraph>

<subparagraph id="H19779F36DDC14045BC3DE5E54E6B0962" commented="no"><enum>(B)</enum><text>the Committee on Foreign Affairs, the Committee on Armed Services, the Committee on Homeland Security, the Permanent Select Committee on Intelligence, and the Committee on Appropriations of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="HAE2F7F5651C54A7E95C56D9AB4366D80" commented="no"><enum>(3)</enum><header>Diversity</header><text>The term <term>diversity</term> means diversity of persons based on gender, race, ethnicity, disability status, veteran status, sexual orientation, gender identity, national origin, and other demographic categories.</text></paragraph></subsection></section>

<section display-inline="no-display-inline" id="H160CF69B17BC4643BD40B1B324E6A5AF" section-type="subsequent-section"><enum>5705.</enum><header>Plan for strengthening the supply chain intelligence function</header>

<subsection id="H46CC912E32204EBAA1FB6931199FE8F2"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of the National Counterintelligence and Security Center, in coordination with the Director of the Defense Counterintelligence and Security Agency and other interagency partners, shall submit to the appropriate congressional committees a plan for strengthening the supply chain intelligence function.</text></subsection>

<subsection id="HD4CC62F8ECC145B1A7F9237C9B48D079"><enum>(b)</enum><header>Elements</header><text>The plan submitted under subsection (a) shall address the following:</text>

<paragraph commented="no" id="H28E1C1DB5DBB4D7DA700A5A30ED0B562"><enum>(1)</enum><text>The appropriate workforce model, including size, mix, and seniority, from the elements of the intelligence community and other interagency partners.</text></paragraph>

<paragraph commented="no" id="H54121999639145A287C92F453997092E"><enum>(2)</enum><text>The budgetary resources necessary to implement the plan.</text></paragraph>

<paragraph commented="no" id="HB3DB8F84515A41728AFDA2907EB3AAC0"><enum>(3)</enum><text>The appropriate governance structure within the intelligence community and with interagency partners.</text></paragraph>

<paragraph commented="no" id="H9289AC1CCB0D43E2AFEC829B795776B9"><enum>(4)</enum><text>The authorities necessary to implement the plan.</text></paragraph></subsection>

<subsection id="H6DB79A3AABDA4F94A07C92034BC5381A" commented="no"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HE5417513EE17484C903C9FDCB5D19F29" commented="no"><enum>(1)</enum><text>the congressional intelligence committees; and</text></paragraph>

<paragraph id="H743078185192412AB3DFF7A24EE2875C" commented="no"><enum>(2)</enum><text>the Committees on Armed Services of the House of Representatives and the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HB0BDC7BEA97941A4BD952246C6B82995" section-type="subsequent-section"><enum>5706.</enum><header display-inline="yes-display-inline">Comprehensive economic assessment of investment in key United States technologies by companies or organizations linked to China</header>

<subsection commented="no" display-inline="no-display-inline" id="H7313408FC2E141CA8722431FB1331B7B"><enum>(a)</enum><header display-inline="yes-display-inline">Assessment required</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Director of the National Counterintelligence and Security Center, the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Secretary of the Treasury, and the heads of such other Federal agencies as the Director of National Intelligence considers appropriate, shall submit to the congressional intelligence committees a comprehensive economic assessment of investment in key United States technologies, including emerging technologies, by companies or organizations linked to China, including the implications of these investments for the national security of the United States.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HE061C8E7B2BA417D87FAC9D83C6D3BA6"><enum>(b)</enum><header display-inline="yes-display-inline">Form of assessment</header><text display-inline="yes-display-inline">The assessment submitted under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="HCEAE4BB82B1447D19B490EAD1F5A6407" section-type="subsequent-section"><enum>5707.</enum><header>Report by Director of National Intelligence on fifth-generation wireless network technology</header>

<subsection commented="no" display-inline="no-display-inline" id="H3560F83C82A741C28EA265D9D4AFD971"><enum>(a)</enum><header>Definition of appropriate committees of Congress</header><text>In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H87DB8DA419104ADC863C5086174D576C"><enum>(1)</enum><text>the congressional intelligence committees;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFD13152830F24A0EAABFED6391602278"><enum>(2)</enum><text>the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB9227DAFA8974185947A0CE0CA13FA84"><enum>(3)</enum><text>Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection>

<subsection id="HEBF36835F16A4EB0AACDEA3E9780DF84"><enum>(b)</enum><header>Report</header><text

display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate committees of Congress a report onâ€"</text>

<paragraph id="H893EA416783E4826BD9041928ACE4203"><enum>(1)</enum><text display-inline="yes-display-inline">the threat to the national security of the United States posed by the global and regional adoption of fifth-generation wireless network (known as <quote>5G</quote>) technology built by foreign companies;</text></paragraph>

<paragraph display-inline="no-display-inline" id="H7DDAABB3BFB341EB9BB954F92E32E326"><enum>(2)</enum><text display-inline="yes-display-inline">the threat to the national security of the United States posed by telecommunications companies that are subject to the jurisdiction of a foreign adversary; and</text></paragraph>

<paragraph id="H200E00DDA0FC44FF839CB413FD142BA3"><enum>(3)</enum><text display-inline="yes-display-inline">possible efforts to mitigate the threat.</text></paragraph></subsection>

<subsection id="H8FB574F438E240AA95A15011AA0ADDF5"><enum>(c)</enum><header>Contents</header><text display-inline="yes-display-inline">The report under subsection (b) shall includeâ€"</text>

<paragraph id="H26ACE97108D8427484B5F2266B4F02E5"><enum>(1)</enum><text display-inline="yes-display-inline">the timeline and scale of global and regional adoption of foreign fifth-generation wireless network technology;</text></paragraph>

<paragraph id="H61388585A3754F8A9548FE85236C2B58"><enum>(2)</enum><text display-inline="yes-display-inline">the implications of such global and regional adoption on the cyber and espionage threat to the United States, the interests of the United States, and the cyber and collection capabilities of the United States;</text></paragraph>

<paragraph display-inline="no-display-inline" id="H004679C11C71429A90DAA08B26D5BF59"><enum>(3)</enum><text display-inline="yes-display-inline">the threat to the national security of the United States from acquisition, importation, transfer, installation, or use of any communications technology by any person subject to the jurisdiction of the United States that involves communications technology designed, developed, manufactured or supplied by, controlled by, or subject to, the jurisdiction of a foreign adversary; and</text></paragraph>

<paragraph id="HF1AF6310EF57443380BBAA1A4EC0FD85"><enum>(4)</enum><text display-inline="yes-display-inline">the effect of possible mitigation efforts, including with respect toâ€"</text>

<subparagraph id="HA53CAB4FD0B14E57BB374367CA2DEC92"><enum>(A)</enum><text display-inline="yes-display-inline">a policy of the United States Government promoting the use of strong, end-to-end encryption for data transmitted over fifth-generation wireless networks;</text></subparagraph>

<subparagraph id="H30E034ADAD7C4DD78432FE9765050880"><enum>(B)</enum><text display-inline="yes-display-inline">a policy of the United States Government promoting or funding free, open-source implementation of fifth-generation wireless network technology;</text></subparagraph>

<subparagraph id="HA7D67810EAFD4A39AABBDF04057151EA"><enum>(C)</enum><text display-inline="yes-display-inline">subsidies or incentives provided by the United States Government that could be used to promote the adoption of secure fifth-generation wireless network technology developed by companies of the United States or companies of allies of the United States; and</text></subparagraph>

<subparagraph id="H7FF7E61BF64A48AD8348401D15CDEAEA"><enum>(D)</enum><text display-inline="yes-display-inline">a strategy by the United States Government to reduce foreign influence and political pressure in international standard-setting bodies.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD4C1F94E38384DE296D32B85221E7EA7"><enum>(d)</enum><header>Form</header><text display-inline="yes-display-inline">The report submitted under subsection (b) shall be submitted in unclassified form, but may include a classified

annex.</text></subsection></section>

<section display-inline="no-display-inline" id="HE9E2F5359D814C1387A3F3189394A387" section-type="subsequent-section"><enum>5708.</enum><header>Report on use by intelligence community of facial recognition technology</header>

<subsection id="H5FDEEAB12C094C8ABE106CBF3C97C321"><enum>(a)</enum><header>Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H2D713DDAA0094AC8943864A7046BC47A"><enum>(1)</enum><text display-inline="yes-display-inline">the use of facial recognition technology for the purpose of suppressing or burdening criticism or dissent, or for disadvantaging persons based on their ethnicity, race, gender, sexual orientation, or religion, is contrary to the values of the United States;</text></paragraph>

<paragraph id="H6655C049022940E6BB1E1FF7D9780DB1"><enum>(2)</enum><text display-inline="yes-display-inline">the United States Government should not engage in the sale or transfer of facial recognition technology to any country that is using such technology for the suppression of human rights; and</text></paragraph>

<paragraph id="H8D024FDC6FE646FABE1C6A27770EB0AD"><enum>(3)</enum><text display-inline="yes-display-inline">it is incumbent upon the intelligence community to develop clear policies and procedures that prevent the abuse of facial recognition technology.</text></paragraph></subsection>

<subsection id="HB65DA00C3CCA43949BF8FA794A2178DD"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a report on the use of facial recognition technology by the intelligence community. Such report shall include each of the following:</text>

<paragraph id="HA172CAC399C24FC7B2C91F188C83E677"><enum>(1)</enum><text display-inline="yes-display-inline">An analysis of the current use of facial recognition technology by the intelligence community.</text></paragraph>

<paragraph id="HEA5B5DA1E6E04212AA9FDAE6F41F5A92"><enum>(2)</enum><text>An analysis of the accuracy of facial recognition technology, including a discussion of the appropriate threshold for use, and data disaggregated by race, gender, ethnicity, and age.</text></paragraph>

<paragraph id="HB7F675A0FA244F47B20EC0038892E70B"><enum>(3)</enum><text>Whether the Government has adequate procedures in place to audit or test technology they purchase to assess its accuracy, including on the basis of race, gender, ethnicity, and age.</text></paragraph>

<paragraph id="HDD254D7DF72849D3BC4472767702122D"><enum>(4)</enum><text>The extent to which the intelligence community has codified policies governing the use of facial recognition technology that adequately prevent adverse impacts on privacy, civil rights, and civil liberties.</text></paragraph>

<paragraph id="HA2250FD9900040398F448A4A7E4CC2D0"><enum>(5)</enum><text>An analysis of the ability of the intelligence community to use facial recognition technology to identify individuals in a way that respects constitutional rights, civil rights, civil liberties, and privacy of such individuals.</text></paragraph>

<paragraph id="H52C4388759694664BFB6FEC429438F48"><enum>(6)</enum><text>Identification of risks and safeguards to uphold the constitutional rights, civil rights, civil liberties, and privacy of individuals, including for communities of color and religious minorities.</text></paragraph>

<paragraph id="HED7C67C57D814D1386BD99019BDE5DDC"><enum>(7)</enum><text>Whether such technology is deployed in public areas or on photos of public areas in a manner that could raise First Amendment concerns.</text></paragraph>

<paragraph id="HF945770415D94EDEB86A9D2E2A00502A"><enum>(8)</enum><text>An identification of existing policies, procedures, or practices that permit the sharing of facial recognition data and technology with foreign governments or other non-United States Government entities.</text></paragraph>

<paragraph id="H2E4D72CD698D4B359009529BDCD7B863"><enum>(9)</enum><text>An identification of measures in place to protect data security.</text></paragraph>

<paragraph id="HF0E0F7EDDA0C4397BB1B335CFEEC3C23"><enum>(10)</enum><text>An identification of any redress procedures to address complaints in cases where the use of facial recognition resulted in harm to an individual.</text></paragraph>

<paragraph id="H4F6EAC943DD942A3B71944085D52A021"><enum>(11)</enum><text>An analysis of existing transparency, oversight, and audits of the use of facial recognition to measure the efficacy of the technology on an ongoing basis, as measured against the cost and impact on individual rights.</text></paragraph></subsection>

<subsection id="HE983F2AAD57C478C8419692313BB716A"><enum>(c)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection id="H452BE8CDD0764EDCA79012F0D907D108"><enum>(d)</enum><header>Facial recognition data defined</header><text display-inline="yes-display-inline">In this section, the term <term>facial recognition data</term> means any unique attribute or feature of the face of an end user that is used by facial recognition technology to assign a unique, persistent identifier, or for the unique personal identification of a specific individual.</text></subsection></section>

<section display-inline="no-display-inline" id="H9F8E94711F714EE2AE22A519D05526A0" section-type="subsequent-section"><enum>5709.</enum><header>Report on deepfake technology, foreign weaponization of deepfakes, and related notifications</header>

<subsection id="H4740FDA48E7F46698768B571E060B010"><enum>(a)</enum><header>Report on foreign weaponization of deepfakes and deepfake technology</header>

<paragraph id="H80B11097631246C3AF07D76A097B89E3"><enum>(1)</enum><header>Report Required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees a report onâ€"</text>

<subparagraph id="H3B617A69394F44ECB068660B270AB411"><enum>(A)</enum><text>the potential national security impacts of machine-manipulated media (commonly known as <quote>deepfakes</quote>); and</text></subparagraph>

<subparagraph id="HEE65236E265A4058A454EC878B435C00"><enum>(B)</enum><text>the actual or potential use of machine-manipulated media by foreign governments to spread disinformation or engage in other malign activities.</text></subparagraph></paragraph>

<paragraph id="HFEBE0AC18A5B4AEBB6F8A0F7B422A9FB"><enum>(2)</enum><header>Matters to be included</header><text display-inline="yes-display-inline">The report under subsection (a) shall include the following:</text>

<subparagraph id="H2ECCBFE2692640E78CC1E0036CCA06DC"><enum>(A)</enum><text>An assessment of the technical capabilities of foreign governments, including foreign intelligence services, foreign government-affiliated entities, and foreign individuals, with respect to machine-manipulated media, machine-generated text, generative adversarial networks, and related machine-learning technologies, includingâ€"</text>

<clause id="HE55DCF1ECF734CBCA6B9E44E5C1E88FF"><enum>(i)</enum><text>an assessment of the technical capabilities of the Peopleâ€™s Republic of China and the Russian Federation with respect to the production and detection of machine-manipulated media; and</text></clause>

<clause id="H556307CDC851463E92F5A16453CC13E6"><enum>(ii)</enum><text>an annex describing those governmental elements within China and Russia known to have supported or facilitated machine-manipulated media research, development, or dissemination, as well as any civil-military fusion, private-sector, academic, or nongovernmental entities which have meaningfully participated in such activities.</text></clause></subparagraph>

<subparagraph id="H685E2DCF55BD493B944077EE9FED9EF1"><enum>(B)</enum><text>An updated assessment of how foreign governments, including foreign intelligence services, foreign government-affiliated entities, and foreign individuals, could use or are using

machine-manipulated media and machine-generated text to harm the national security interests of the United States, including an assessment of the historic, current, or potential future efforts of China and Russia to use machine-manipulated media, including with respect toâ€"</text>

<clause id="H2C387D80AE92423E94EA63E216BA3A20"><enum>(i)</enum><text>the overseas or domestic dissemination of misinformation;</text></clause>

<clause id="H65D775C8DB7944A1A6AE7E9D9D160BA6"><enum>(ii)</enum><text>the attempted discrediting of political opponents or disfavored populations; and</text></clause>

<clause id="H2D09EB6DCD50467EAC589EEC16E5B4C8"><enum>(iii)</enum><text>intelligence or influence operations directed against the United States, allies or partners of the United States, or other jurisdictions believed to be subject to Chinese or Russian interference.</text></clause></subparagraph>

<subparagraph id="H338EF070B10D47EDB36D39843D9E96A6"><enum>(C)</enum><text display-inline="yes-display-inline">An updated identification of the countertechnologies that have been or could be developed and deployed by the United States Government, or by the private sector with Government support, to deter, detect, and attribute the use of machine-manipulated media and machine-generated text by foreign governments, foreign-government affiliates, or foreign individuals, along with an analysis of the benefits, limitations and drawbacks of such identified counter-technologies, including any emerging concerns related to privacy.</text></subparagraph>

<subparagraph id="H35556D3E54BC458BB02C1D74F12B22D1"><enum>(D)</enum><text>An identification of the offices within the elements of the intelligence community that have, or should have, lead responsibility for monitoring the development of, use of, and response to machine-manipulated media and machine-generated text, includingâ€"</text>

<clause id="H0A1B1BB275474DBEB6BFE683CEEDB375"><enum>(i)</enum><text>a description of the coordination of such efforts across the intelligence community;</text></clause>

<clause id="H11B49202AD4D4C12BF03592F948CEBA2"><enum>(ii)</enum><text>a detailed description of the existing capabilities, tools, and relevant expertise of such elements to determine whether a piece of media has been machine manipulated or machine generated, including the speed at which such determination can be made, the confidence level of the element in the ability to make such a determination accurately, and how increasing volume and improved quality of machine-manipulated media or machine-generated text may negatively impact such capabilities; and</text></clause>

<clause id="H40E5D9248D234023BE7985F6B10F5EFE"><enum>(iii)</enum><text>a detailed description of planned or ongoing research and development efforts intended to improve the ability of the intelligence community to detect machine-manipulated media and machine-generated text.</text></clause></subparagraph>

<subparagraph id="H275381194A414080BA053E517D941FD2"><enum>(E)</enum><text>A description of any research and development activities carried out or under consideration to be carried out by the intelligence community, including the Intelligence Advanced Research Projects Activity, relevant to machine-manipulated media and machine-generated text detection technologies.</text></subparagraph>

<subparagraph id="H76F7F56728814891A9A348D39A152D7B"><enum>(F)</enum><text>Updated recommendations regarding whether the intelligence community requires additional legal authorities, financial resources, or specialized personnel to address the national security threat posed by machine-manipulated media and machine-generated text.</text></subparagraph>

<subparagraph id="H5BB0F3E9D932455F88A80550692D4CA8"><enum>(G)</enum><text>Other additional information the Director determines appropriate.</text></subparagraph></paragraph></subsection>

<subsection id="H64E1EDB006664956984B720B7173130F"><enum>(b)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></subsection>

<subsection display-inline="no-display-inline" id="H45136A096E3C49358A6E21C31F026838"><enum>(c)</enum><header>Requirement for notification</header><text>The Director of National Intelligence, in cooperation with

the heads of any other relevant departments or agencies of the Federal Government, shall notify the congressional intelligence committees each time the Director of National Intelligence determinesâ€"</text>

<paragraph id="HFEFB9627D2F64DE4B68357C9AC182BC5"><enum>(1)</enum><text>there is credible information or intelligence that a foreign entity has attempted, is attempting, or will attempt to deploy machine-manipulated media or machine-generated text aimed at the elections or domestic political processes of the United States; and</text></paragraph>

<paragraph id="H1DAC02BB8B524951BE76E099C9CF53C4"><enum>(2)</enum><text>that such intrusion or campaign can be attributed to a foreign government, a foreign government-affiliated entity, or a foreign individual.</text></paragraph></subsection>

<subsection id="H9FCD9F78F11C412B9B07BBC8D4FD85F0"><enum>(d)</enum><header>Annual update</header><text display-inline="yes-display-inline">Upon submission of the report in subsection (a), on an annual basis, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees any significant updates with respect to the matters described in subsection (a).</text></subsection>

<subsection id="H9AD45ED50898432D82E38872A6325429"><enum>(e)</enum><header>Definitions</header>

<paragraph id="H6E4EDA6180834EF7A6F5F93CA389E330"><enum>(1)</enum><header>Machine-generated text</header><text>The term <term>machine-generated text</term> means text generated using machine-learning techniques in order to resemble writing in natural language.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8B4248B8AA234F188D59F449187E5B4A"><enum>(2)</enum><header>Machine-manipulated media</header><text>The term <term>machine-manipulated media</term> has the meaning given that term in section 5724.</text></paragraph></subsection></section>

<section id="H9AC5392694954CD48F9E545E6CD39888"><enum>5710.</enum><header>Annual report by Comptroller General of the United States on cybersecurity and surveillance threats to Congress</header>

<subsection commented="no" display-inline="no-display-inline" id="H5196F561D4364180BCC4DA9F36744A7A"><enum>(a)</enum><header display-inline="yes-display-inline">Annual report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Comptroller General of the United States shall submit to the congressional intelligence committees a report on cybersecurity and surveillance threats to Congress.</text></subsection>

<subsection id="HC8E9CF9FE7AF401CAD35360BBD5D7873"><enum>(b)</enum><header>Statistics</header><text display-inline="yes-display-inline">Each report submitted under subsection (a) shall include statistics on cyber attacks and other incidents of espionage or surveillance targeted against Senators or the immediate families or staff of the Senators, and Representatives, Delegates, and the Resident Commissioner, or the immediate families or staff of the Representatives, Delegates, and the Resident Commissioner, in which the nonpublic communications and other private information of such targeted individuals were lost, stolen, or otherwise subject to unauthorized access.</text></subsection>

<subsection id="H40823ECE3940449881C515D44D82C860"><enum>(c)</enum><header>Consultation</header><text>In preparing a report to be submitted under subsection (a), the Comptroller General shall consult with the Director of National Intelligence, the Secretary of Homeland Security, the Sergeant at Arms of the House of Representatives, and the Sergeant at Arms and Doorkeeper of the Senate.</text></subsection>

<subsection id="HAE3231BAE39240B88A88FF8D695B3BBD"><enum>(d)</enum><header>Form</header><text>The report under subsection (a), including the contents of the report in subsection (b), shall be submitted in unclassified form, but may include a classified annex to protect sources and methods and any appropriate redactions of personally identifiable information.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HC79C1226FCA54061BD29B5ECC9DF6B74" section-type="subsequent-section"><enum>5711.</enum><header display-inline="yes-display-inline">Analysis of and periodic briefings on major initiatives of intelligence community in artificial intelligence and machine learning</header>

<subsection commented="no" display-inline="no-display-inline" id="H7CBBC8DF06244DB096BB9DCA055713BC"><enum>(a)</enum><header display-inline="yes-display-inline">Analysis</header>

<paragraph commented="no" display-inline="no-display-inline" id="H89575F69D07647AF9E2283689E231338"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the heads of such elements of the intelligence community as the Director considers appropriateâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7989EC2565C14982A4B9FA8C8068F40F"><enum>(A)</enum><text display-inline="yes-display-inline">complete a comprehensive analysis of the major initiatives of the intelligence community in artificial intelligence and machine learning; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4B688D3388CE4B6ABDC8CD8F1C448E01"><enum>(B)</enum><text display-inline="yes-display-inline">provide to the congressional intelligence committees a briefing on the findings of the Director with respect to the analysis conducted pursuant to subparagraph (A).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1009E81FE6004A109612632D6AB909CF"><enum>(2)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The analysis conducted under paragraph (1)(A) shall include analyses of how the initiatives described in such paragraphâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7CA8D6D8A95949A8A829B20BF002A11A"><enum>(A)</enum><text display-inline="yes-display-inline">correspond with the strategy of the intelligence community entitled <quote>Augmenting Intelligence Using Machines</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6FCB9A698085451B9D9217F843AF8B89"><enum>(B)</enum><text display-inline="yes-display-inline">complement each other and avoid unnecessary duplication;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H87B027E316384D478864684CA31514B8"><enum>(C)</enum><text display-inline="yes-display-inline">are coordinated with the efforts of the Defense Department on artificial intelligence, including efforts at the Joint Artificial Intelligence Center and Project Maven; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8FA3D6165A4C4270ABC10945B8DA3678"><enum>(D)</enum><text display-inline="yes-display-inline">leverage advances in artificial intelligence and machine learning in the private sector.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1892D19F2F8344049EAC46BC33DC7C14"><enum>(b)</enum><header display-inline="yes-display-inline">Periodic briefings</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, not less frequently than twice each year thereafter until the date that is 2 years after the date of the enactment of this Act, and not less frequently than once each year thereafter until the date that is 7 years after the date of the enactment of this Act, the Director and the Chief Information Officer of the Department of Defense shall jointly provide to the congressional intelligence committees and congressional defense committees (as defined in section 101 of title 10, United States Code) briefings with updates on activities relating to, and the progress of, their respective artificial intelligence and machine learning initiatives, particularly the Augmenting Intelligence Using Machines initiative and the Joint Artificial Intelligence Center.</text></subsection></section>

<section display-inline="no-display-inline" id="HDDEAB4A04A9545D8ADD7D59F3B788D20" section-type="subsequent-section"><enum>5712.</enum><header>Report on best practices to protect privacy and civil liberties of Chinese Americans</header>

<subsection id="H700C104777D34413AD8557914202BA36"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HC3733EAD59094F9F9AD8464B273A36EC"><enum>(1)</enum><text>the Peopleâ€™s Republic of China appears to be specifically targeting the Chinese-American community for intelligence purposes;</text></paragraph>

<paragraph id="HDB58A1C268114074A6FA96C2CE068988"><enum>(2)</enum><text>such targeting carries a substantial risk that the loyalty of such Americans may be generally questioned and lead to unacceptable stereotyping, targeting, and racial profiling;</text></paragraph>

<paragraph id="H64E8B03A4B3A48EC88AAC0A5148C7BDF"><enum>(3)</enum><text>the United States Government has a duty to warn and protect all Americans including those of Chinese descent from these intelligence efforts by the Peopleâ€™s Republic of China;</text></paragraph>

<paragraph id="HD3EBA728AA9748F98459FFAC6FF93259"><enum>(4)</enum><text>the broad stereotyping, targeting, and racial profiling of Americans of Chinese descent is contrary to the values of the United States and reinforces the flawed narrative perpetuated by the Peopleâ€™s Republic of China that ethnically Chinese individuals worldwide have a duty to support the Peopleâ€™s Republic of China; and</text></paragraph>

<paragraph id="HE84E62F61F8045B480DC5C7C2721F212"><enum>(5)</enum><text>the United States efforts to combat the Peopleâ€™s Republic of Chinaâ€™s intelligence activities should actively safeguard and promote the constitutional rights of all Chinese Americans.</text></paragraph></subsection>

<subsection id="HD3B8D5F336C047CBA5DD4DE4A09A157E"><enum>(b)</enum><header>Report</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, acting through the Office of Civil Liberties, Privacy, and Transparency, in coordination with the civil liberties and privacy officers of the elements of the intelligence community, shall submit a report to the congressional intelligence committees containingâ€"</text>

<paragraph id="H8D8B0332903B4D07B2878152D9C90A61"><enum>(1)</enum><text display-inline="yes-display-inline">a review of how the policies, procedures, and practices of the intelligence community that govern the intelligence activities and operations targeting the Peopleâ€™s Republic of China affect policies, procedures, and practices relating to the privacy and civil liberties of Americans of Chinese descent who may be targets of espionage and influence operations by China; and</text></paragraph>

<paragraph id="H55A1DDB562A4422C88EDA01A9D17531A"><enum>(2)</enum><text>recommendations to ensure that the privacy and civil liberties of Americans of Chinese descent are sufficiently protected.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6DA2B7826C7F44A7B227A29343434CA4"><enum>(c)</enum><header>Form</header><text>The report under subsection (b) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H3BE8E815174B4FBB806EE7CC4B0F2EC1" section-type="subsequent-section"><enum>5713.</enum><header display-inline="yes-display-inline">Oversight of foreign influence in academia</header>

<subsection commented="no" display-inline="no-display-inline" id="H394BEF98AEB84980A687329062F07D40"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC24B60E88EC8410E9434BAAFD61C193F"><enum>(1)</enum><header display-inline="yes-display-inline">Covered institution of higher education</header><text display-inline="yes-display-inline">The term <term>covered institution of higher

education</term> means an institution described in section 102 of the Higher Education Act of 1965 (20 U.S.C. 1002) that receives Federal funds in any amount and for any purpose.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF59702CDEE7A413E9A484EA5E0331A01"><enum>(2)</enum><header display-inline="yes-display-inline">Sensitive research subject</header><text display-inline="yes-display-inline">The term <term>sensitive research subject</term> means a subject of research that is carried out at a covered institution of higher education that receives funds that were appropriated forâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HC4C9AEBC6BCC4C9AA0F63A56D33E48CD"><enum>(A)</enum><text display-inline="yes-display-inline">the National Intelligence Program; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE590DA3AE7D54072A8C04848457BA5E3"><enum>(B)</enum><text display-inline="yes-display-inline">any Federal agency the Director of National Intelligence deems appropriate.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7F19557C043B410F8A43E6638AEA48AD"><enum>(b)</enum><header display-inline="yes-display-inline">Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act and not less frequently than once each year thereafter, the Director of National Intelligence, in consultation with such elements of the intelligence community as the Director considers appropriate and consistent with the privacy protections afforded to United States persons, shall submit to congressional intelligence committees a report on risks to sensitive research subjects posed by foreign entities in order to provide Congress and covered institutions of higher education with more complete information on these risks and to help ensure academic freedom.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H38127DA19C99432091BB58642469231C"><enum>(c)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The report required by subsection (b) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H569BB1F1DD3841AB80F6B670ABC15248"><enum>(1)</enum><text display-inline="yes-display-inline">A list of sensitive research subjects that could affect national security.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H86FD3649BCD04BC28DEB0E031E57D329"><enum>(2)</enum><text display-inline="yes-display-inline">A list of foreign entities, including governments, corporations, nonprofit organizations and for-profit organizations, and any subsidiary or affiliate of such an entity, that the Director determines pose a counterintelligence, espionage (including economic espionage), or other national security threat with respect to sensitive research subjects.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB99C292DA21943679B0B09876C78C64D"><enum>(3)</enum><text display-inline="yes-display-inline">A list of any known or suspected attempts by foreign entities to exert pressure on covered institutions of higher education, including attempts to limit freedom of speech, propagate misinformation or disinformation, or to influence professors, researchers, or students.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H707BFD4268A64011867B931759470C8C"><enum>(4)</enum><text display-inline="yes-display-inline">Recommendations for collaboration between covered institutions of higher education and the intelligence community to mitigate threats to sensitive research subjects associated with foreign influence in academia, including any necessary legislative or administrative action.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H59D1B0D4EB9A4FFFBFA6D8864EC191BD"><enum>(d)</enum><header display-inline="yes-display-inline">Congressional notifications required</header><text display-inline="yes-display-inline">Not later than 30 days after the date on which the Director identifies a change to either list described in paragraph (1) or (2) of subsection (c), the Director shall notify the congressional intelligence committees of the

change.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H001399F5F99C41B7AB228CD8DDC60DBF" section-type="subsequent-section"><enum>5714.</enum><header display-inline="yes-display-inline">Report on death of Jamal Khashoggi</header>

<subsection commented="no" display-inline="no-display-inline" id="H8222D04AE5F94F14995A1D4F46BA3A2D"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to Congress a report on the death of Jamal Khashoggi, consistent with protecting sources and methods. Such report shall include identification of those who carried out, participated in, ordered, or were otherwise complicit in or responsible for the death of Jamal Khashoggi.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H80ABE65C0CC44095928D4416EC01251B"><enum>(b)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report submitted under subsection (a) shall be submitted in unclassified form.</text></subsection></section>

<section id="HD37D333FA299428EA112499A43AA3239" display-inline="no-display-inline" section-type="subsequent-section" commented="no"><enum>5715.</enum><header>Report on terrorist screening database</header>

<subsection id="HAF46C7CE93EB44EFA62EC56D2B0E87EB" commented="no"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence and the Secretary of State shall jointly submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on the terrorist screening database of the Federal Bureau of Investigation.</text></subsection>

<subsection id="HE054A7A669024BB987D0754551736E4A" commented="no"><enum>(b)</enum><header>Matters included</header><text display-inline="yes-display-inline">The report under subsection (a) shall identify the following:</text>

<paragraph id="H35DBA393280D4B5BB67729618E73DC1A" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">Which foreign countries receive access to the terrorist screening database.</text></paragraph>

<paragraph id="H23D176EB0BCC4C10BBE7736DC8686462" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">Which foreign countries have successfully petitioned to add individuals to the terrorist screening database.</text></paragraph>

<paragraph id="H9C83904D55344B86ACF566DB1C92F8BA" commented="no"><enum>(3)</enum><text display-inline="yes-display-inline">What standards exist for determining which countries get access to the terrorist screening database.</text></paragraph>

<paragraph id="H9CCE542581194DD09D94FC9195848EFE" commented="no"><enum>(4)</enum><text display-inline="yes-display-inline">The extent to which the human rights record of the government of a foreign country is considered in the determination to give the country access to the terrorist screening database.</text></paragraph>

<paragraph id="HD635695DDFDF43D0A3F17BF1DCC5922E" commented="no"><enum>(5)</enum><text display-inline="yes-display-inline">What procedures, if any, exist to remove access to the terrorist screening database from a foreign country.</text></paragraph>

<paragraph id="H81DEF636C90A4A08937B40E4CABE0039" commented="no"><enum>(6)</enum><text display-inline="yes-display-inline">What procedures, if any, exist to inform an individual, or the legal counsel of an individual, of the placement of the individual on the terrorist screening database.</text></paragraph></subsection>

<subsection id="H17EAF22729E9451493DD320917D28BA2" commented="no"><enum>(c)</enum><header>Form</header><text>The report under subsection (a) shall be submitted in unclassified form, but may include a classified annex. </text></subsection></section>

<section id="H811891E93D414595BD2AE7D8F2A62E1F" display-inline="no-display-inline" section-type="subsequent-section" commented="no"><enum>5716.</enum><header>Report containing threat assessment on terrorist use of conventional and advanced conventional weapons</header>

<subsection id="H3AC08141A0E64F818CA778121AE4D98A" commented="no"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter for a period of 4 years, the Under Secretary of Homeland Security for Intelligence and Analysis, in coordination with the Director of the Federal Bureau of Investigation, shall develop and submit to the entities in accordance with subsection (b) a report containing a threat assessment regarding the availability of conventional weapons, including conventional weapons lacking serial numbers, and advanced conventional weapons, for use in furthering acts of terrorism, including the provision of material support or resources to a foreign terrorist organization and to individuals or groups supporting or engaging in domestic terrorism.</text></subsection>

<subsection id="HBE0E5D2EAE52435C949B24D2FD709380" commented="no"><enum>(b)</enum><header>Dissemination of report</header><text>Consistent with the protection of classified and confidential unclassified information, the Under Secretary shallâ€"</text>

<paragraph id="H1F8F85BA61C94F69A14A28070EDD1B36" commented="no"><enum>(1)</enum><text>submit the initial report required under subsection (a) to Federal, State, local, and Tribal law enforcement officials, including officials who operate within State, local, and regional fusion centers under the Department of Homeland Security State, Local, and Regional Fusion Center Initiative established by section 210A of the Homeland Security Act of 2002 (6 U.S.C. 124h); and</text></paragraph>

<paragraph id="HAFDA8B24423140C2AD22EFB9DC397BE7" commented="no"><enum>(2)</enum><text>submit each report required under subsection (a) to the appropriate congressional committees.</text></paragraph></subsection>

<subsection id="H840B74E0588D4E31B83AE5F92CEB4E7B" commented="no"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H8808A33F23874FA0BE2B45CF4BE9D34E" commented="no"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="H39EB2838594A4C269381CF09D58699E3" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">the Permanent Select Committee on Intelligence, the Committee on Homeland Security, and the Committee on the Judiciary of the House of Representatives; and</text></subparagraph>

<subparagraph id="H723DDFCE1AFA48D9895DA4A82B205EBE" commented="no"><enum>(B)</enum><text>the Select Committee on Intelligence, the Committee on Homeland Security and Governmental Affairs, and the Committee on the Judiciary of the Senate.</text></subparagraph></paragraph>

<paragraph id="H817FB4F0F45B42A7AADBB2C5A171F881" commented="no"><enum>(2)</enum><header>Domestic terrorism</header><text>The term <quote>domestic terrorism</quote> has the meaning given that term in section 2331 of title 18, United States Code.</text></paragraph>

<paragraph id="HAEFA2F2F8BBA467786E02B05F036709F" commented="no"><enum>(3)</enum><header>Foreign terrorist organization</header><text display-inline="yes-display-inline">The term <quote>foreign terrorist organization</quote> means an organization designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189). </text></paragraph></subsection></section>

<section id="H4E200CCEF0A14F7B90D83CE282F8812B" display-inline="no-display-inline" section-type="subsequent-section"><enum>5717.</enum><header>Assessment of homeland security vulnerabilities associated with certain retired and former personnel of the intelligence community</header>

<subsection id="HCD013DA060AA47228C23FF7E2D455E88"><enum>(a)</enum><header>Assessment required</header><text display-inline="yes-display-inline">Not later than the date that is 120 days after submission of the report required under section 5703, and annually thereafter, the Director of National Intelligence, in coordination with the Under Secretary of Homeland Security for Intelligence and Analysis, the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, and the Director of the Defense Counterintelligence and Security Agency, shall submit to the appropriate congressional committees an assessment of the homeland security vulnerabilities associated with retired and former personnel of the intelligence community providing covered intelligence assistance.</text></subsection>

<subsection id="H58AA86FCBEEB4E539AAD0C3DF6FD08A2"><enum>(b)</enum><header>Form</header><text display-inline="yes-display-inline">The assessment under subsection (a) may be submitted in classified form.</text></subsection>

<subsection id="H9BEA40CCD9AE4AF092475C3EC8C203C5"><enum>(c)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HDE03D85A278748E694C4A4295D72734B"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="H8D0070B8BCF947968A375BB4CFC6AF7A"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H605B5AF3A21443A1BE74613C78BA9FA9"><enum>(B)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph id="HB578285BF1EF45378A6F3445975CCCE9"><enum>(C)</enum><text>the Committee on Homeland Security of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H5D217BC8C4EC42FE83F35F67EF75EC18"><enum>(2)</enum><header>Covered intelligence assistance</header><text>The term <quote>covered intelligence assistance</quote> has the meaning given that term in section 5703.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H86C52FFAD9734447B91D20638AEF5BE5" section-type="subsequent-section"><enum>5718.</enum><header display-inline="yes-display-inline">Study on feasibility and advisability of establishing Geospatial-Intelligence Museum and learning center</header>

<subsection commented="no" display-inline="no-display-inline" id="H12B457E085884F7B9056F206B08E90D4"><enum>(a)</enum><header display-inline="yes-display-inline">Study required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of the National Geospatial-Intelligence Agency shall complete a study on the feasibility and advisability of establishing a Geospatial-Intelligence Museum and learning center.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC19DA84C5EB640EBB44D743D068843CF"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The study required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9EFE6A69725047B9BC1ADB4FADE88EEE"><enum>(1)</enum><text display-inline="yes-display-inline">Identifying the costs, opportunities, and challenges of establishing the museum and learning center as described in such subsection.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H067C443DF3ED4F679806396403A935BB"><enum>(2)</enum><text display-inline="yes-display-inline">Developing recommendations concerning such establishment.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H822592535BAC4A9AB2D15D2B0507B266"><enum>(3)</enum><text display-inline="yes-

display-inline">Identifying and reviewing lessons learned from the establishment of the Cyber Center for Education and Innovation-Home of the National Cryptologic Museum under section 7781(a) of title 10, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H06060A9F00404BEC95C09CC84E0F6525"><enum>(c)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director shall submit to the congressional intelligence committees and the congressional defense committees (as defined in section 101 of title 10, United States Code) a report on the findings of the Director with respect to the study completed under subsection (a).</text></subsection></section></subtitle>

<subtitle id="H8EB3543C9CBA49B99D57FDF3FB2B661E"><enum>B</enum><header>Other matters</header>

<section id="HB50DC87075D048EE9FD0E450C82C5838" section-type="subsequent-section" display-inline="no-display-inline"><enum>5721.</enum><header>Whistleblower disclosures to Congress and committees of Congress</header><text display-inline="no-display-inline">Section 2302 of title 5, United States Code, is amendedâ€"</text>

<paragraph id="H7B29859E2CF941A699FAF616E7329F5A"><enum>(1)</enum><text>in subsection (b)(8)â€"</text>

<subparagraph id="H03E5899B9CA94EADB47E7307F4CF47C5"><enum>(A)</enum><text>in subparagraph (A), by striking <quote>; or</quote> and inserting a semicolon;</text></subparagraph>

<subparagraph id="H30A96B08A0BC49B8B7A24498161E3B5A"><enum>(B)</enum><text>in subparagraph (B)(ii), by striking the semicolon at the end and inserting <quote>; or</quote>; and</text></subparagraph>

<subparagraph id="HFB7A912F153645988D6CCDD79920F2B1"><enum>(C)</enum><text>by inserting after subparagraph (B) the following new subparagraph:</text>

<quoted-block style="USC" id="H8D75E4D760E7495F9E89D435EA6C32F8" display-inline="no-display-inline">

<subparagraph id="HE91270EC767D489B816657F0EAD5FFBC"><enum>(C)</enum><text display-inline="yes-display-inline">any disclosure to Congress (including any committee of Congress) by any employee of an agency or applicant for employment at an agency of information described in subparagraph (B) that isâ€"</text>

<clause id="HE54D77F0ADE3400F9457535BC1E8493C"><enum>(i)</enum><text display-inline="yes-display-inline">not classified; or</text></clause>

<clause id="HD65E9A315F9F472093036BC8A8C5CD2D"><enum>(ii)</enum><text display-inline="yes-display-inline">if classifiedâ€"</text>

<subclause id="H02118DD0B31343889249BCDC08480812"><enum>(I)</enum><text display-inline="yes-display-inline">has been classified by the head of an agency that is not an element of the intelligence community (as defined by section 3 of the National Security Act of 1947 (50 U.S.C. 3003)); and</text></subclause>

<subclause id="H3676242F1740418A9BA80F50E2DA0E8F"><enum>(II)</enum><text>does not reveal intelligence sources and methods.</text></subclause></clause></subparagraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph id="H4DF83DA3DE9043D9A502FECAF093A531"><enum>(2)</enum><text>in subsection (c)(2)(C)(iii)(III), by inserting after <quote>Congress</quote> the following: <quote>(including any committee of Congress with respect to information that is not classified or, if classified, has been classified by the head of an agency that is not an element of the intelligence community and does not reveal intelligence sources and methods)</quote>.</text></paragraph></section>

<section id="H8FD86B1167AF4F72829D43115AE34B5E" section-type="subsequent-section"><enum>5722.</enum><header>Task force on illicit financing of espionage and foreign influence operations</header>

<subsection id="H04FBC59EB63D43F885AD61AECBA71E9B"><enum>(a)</enum><header>Establishment</header><t

ext display-inline="yes-display-inline">Not later than 30 days after the date of the
enactment of this Act, the Director of National Intelligence shall establish a task
force to study and assess the illicit financing of espionage and foreign influence
operations directed at the United States.</text></subsection>

<subsection
id="H252CDF39335345AABBB4945C6F51DCF6"><enum>(b)</enum><header>Membership</header><text
display-inline="yes-display-inline">The task force shall be composed of the following
individuals (or designees of the individual):</text>

<paragraph id="HA89D3025ADF04CE7A3404E3C78A48E2A"><enum>(1)</enum><text display-
inline="yes-display-inline">The Director of the Central Intelligence
Agency.</text></paragraph>

<paragraph id="H59BC8C9CD377432293860CA0B3B73587"><enum>(2)</enum><text>The Director of
the Federal Bureau of Investigation.</text></paragraph>

<paragraph id="HBD96D5EA097D4F3496D939A062B4DF4E"><enum>(3)</enum><text>The Assistant
Secretary of the Treasury for Intelligence and Analysis.</text></paragraph>

<paragraph id="HDFB782A8C75E4B0D8EF6DFC0302B5465"><enum>(4)</enum><text>The Assistant
Secretary of State for Intelligence and Research.</text></paragraph>

<paragraph id="HCF5DE618C4E04616A7D8AB83F341956A"><enum>(5)</enum><text>Such other
heads of the elements of the intelligence community that the Director of National
Intelligence determines appropriate.</text></paragraph></subsection>

<subsection id="H62A345DAC8254002BFC8A9478F72FEAF"><enum>(c)</enum><header>Chairperson;
Meetings</header>

<paragraph
id="H4CEF7352D1244BA0A9EAD42924B554C7"><enum>(1)</enum><header>Chairperson</header><tex
t display-inline="yes-display-inline">The Director of National Intelligence shall
appoint a senior official within the Office of the Director of National Intelligence to
serve as the chairperson of the task force.</text></paragraph>

<paragraph
id="H342CC65C1AC44334ABA070D8F8B96DFA"><enum>(2)</enum><header>Meetings</header><text>T
he task force shall meet regularly but not less frequently than on a quarterly
basis.</text></paragraph></subsection>

<subsection
id="HA1CEC925E7FA4DC9A8F479DB69B3175F"><enum>(d)</enum><header>Reports</header>

<paragraph id="HBFBA628F0B544AD191E8F9BC0E4A1F66"><enum>(1)</enum><header>Initial
report</header><text display-inline="yes-display-inline">Not later than 180 days after
the date of the enactment of this Act, the task force shall submit to the appropriate
congressional committees a report on the illicit financing of espionage and foreign
influence operations directed at the United States. The report shall address the
following:</text>

<subparagraph id="H91059A8C4EAE412297F2CF923DF07A68"><enum>(A)</enum><text display-
inline="yes-display-inline">The extent of the collection by the intelligence community,
from all sources (including the governments of foreign countries), of intelligence and
information relating to illicit financing of espionage and foreign influence operations
directed at the United States, and any gaps in such collection.</text></subparagraph>

<subparagraph id="H3FEF3E6AA79D4F20B867A4015FDD7A06"><enum>(B)</enum><text>Any specific
legal, regulatory, policy, or other prohibitions, or financial, human, technical, or
other resource limitations or constraints, that have affected the ability of the
Director of National Intelligence or other heads of relevant elements of the
intelligence community in collecting or analyzing intelligence or information relating
to illicit financing of espionage and foreign influence operations directed at the
United States.</text></subparagraph>

<subparagraph id="H366E91D51DA64EC68304879AEE02947D"><enum>(C)</enum><text display-
inline="yes-display-inline">The methods, as of the date of the report, by which hostile
governments of foreign countries or foreign organizations, and any groups or persons
acting on behalf of or with the support of such governments or organizations, seek to
disguise or obscure relationships between such governments, organizations, groups, or
persons and United States persons, for the purpose of conducting espionage or foreign

influence operations directed at the United States, including by exploiting financial laws, systems, or instruments, of the United States.</text></subparagraph>

<subparagraph id="HF87F08736E654BAFBAAD60D262BF84C4"><enum>(D)</enum><text>The existing practices of the intelligence community for ensuring that intelligence and information relating to the illicit financing of espionage and foreign influence operations is analyzed and shared with other elements of the intelligence community, and any recommendations for improving such analysis and sharing.</text></subparagraph></paragraph>

<paragraph id="H750FD7A482904EBDABB31259FCF56D0F"><enum>(2)</enum><header>Annual update</header><text>Not later than 1 year after the date of the enactment of this Act, and each year thereafter through the date specified in subsection (e), the task force shall submit to the appropriate congressional committees an update on the report.</text></paragraph>

<paragraph id="HC39DCFD0E5B14063BB95BF5C6503BE01"><enum>(3)</enum><header>Form</header><text>Each report submitted under this subsection may be submitted in classified form, but if submitted in such form, shall include an unclassified summary.</text></paragraph></subsection>

<subsection id="H4CCC425D909944E79432973119E54AA1"><enum>(e)</enum><header>Termination</header><text>The task force shall terminate on January 1, 2025.</text></subsection>

<subsection id="H109711D386C745948AE97074D14E8E0B"><enum>(f)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means the following:</text>

<paragraph id="H2EB7218E75DF4D928C7FC5C2B8DF1505"><enum>(1)</enum><text>The congressional intelligence committees.</text></paragraph>

<paragraph id="HBE7A95A856EC4B03B93252A9A3929317"><enum>(2)</enum><text>The Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3357E5CA4DA945C8B8E3A4B47099AC02"><enum>(3)</enum><text display-inline="yes-display-inline">The Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.</text></paragraph></subsection></section>

<section id="H70DB963E967243ABA39DAB65724DF09B"><enum>5723.</enum><header>Establishment of fifth-generation technology prize competition</header>

<subsection id="H73BF8A16AAE34CA796596B335F4D6DCC"><enum>(a)</enum><header>Prize competition</header><text display-inline="yes-display-inline">Pursuant to section 24 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3719), the Director of National Intelligence, acting through the Director of the Intelligence Advanced Research Projects Agency, shall carry out a program to award prizes competitively to stimulate research and development relevant to fifth-generation technology.</text></subsection>

<subsection id="H94C71AE39D5348E5B905AB74DBB27722"><enum>(b)</enum><header>Prize amount</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Director may award not more than a total of $5,000,000 to one or more winners of the prize competition.</text></subsection>

<subsection id="H035C6CA8434B4864A9A810A367D464F0"><enum>(c)</enum><header>Consultation</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Director may consult with the heads of relevant departments and agencies of the Federal Government.</text></subsection>

<subsection commented="no" id="H8DC1C1BB5F064B8B9BE654180B7F73C9"><enum>(d)</enum><header>Fifth-generation technology defined</header><text display-inline="yes-display-inline">In this section, the term <term>fifth-generation technology</term> means hardware, software, or other technologies relating to fifth-generation wireless networks (known as <quote>5G</quote>).</text></subsection></section>

<section id="H9316BE87718645CE878A96BEBD26BD8F"><enum>5724.</enum><header>Establishment of deepfakes prize competition</header>

<subsection id="H906157EA2391402A95482DC85AAC0E5F"><enum>(a)</enum><header>Prize competition</header><text display-inline="yes-display-inline">Pursuant to section 24 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3719), the Director of National Intelligence, acting through the Director of the Intelligence Advanced Research Projects Agency, shall carry out a program to award prizes competitively to stimulate the research, development, or commercialization of technologies to automatically detect machine-manipulated media.</text></subsection>

<subsection id="H21CD8AB686A343F0ABF6214891591856"><enum>(b)</enum><header>Prize amount</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Director may award not more than a total of $5,000,000 to one or more winners of the prize competition.</text></subsection>

<subsection id="HAE32BEC62A13414495FECB797CBDFA40"><enum>(c)</enum><header>Consultation</header><text display-inline="yes-display-inline">In carrying out the program under subsection (a), the Director may consult with the heads of relevant departments and agencies of the Federal Government.</text></subsection>

<subsection id="HE1F5635B0CC44CFC8065B54F14ACE0B9"><enum>(d)</enum><header>Machine-Manipulated media defined</header><text display-inline="yes-display-inline">In this section, the term <term>machine-manipulated media</term> means video, image, or audio recordings generated or substantially modified using machine-learning techniques in order to falsely depict events, to falsely depict the speech or conduct of an individual, or to depict individuals who do not exist.</text></subsection></section>

<section display-inline="no-display-inline" id="HFC66A95E52444AD09F018610047A74EA" section-type="subsequent-section" commented="no"><enum>5725.</enum><header>Identification of and countermeasures against certain International Mobile Subscriber Identity-catchers</header>

<subsection id="HACD020EE7E874BF3975643E46AB8AE2D" commented="no"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Director of National Intelligence and the Director of the Federal Bureau of Investigation, in collaboration with the Under Secretary of Homeland Security for Intelligence and Analysis, and the heads of such other Federal, State, or local agencies as the Directors determine appropriate, and in accordance with applicable law and policy, mayâ€"</text>

<paragraph id="HAD7E9E7F58994BB298357B55CC0A5B50" commented="no"><enum>(1)</enum><text>undertake an effort to identify International Mobile Subscriber Identity-catchers operated within the United States byâ€"</text>

<subparagraph id="HFE5E5785DEB14090BD2378B2C347A055"><enum>(A)</enum><text>hostile foreign governments; and</text></subparagraph>

<subparagraph id="HD26C17381C364B8F89CB8EBC4473FCEF"><enum>(B)</enum><text display-inline="yes-display-inline">individuals who have violated a criminal law of the United States or of any State, or who have committed acts that would be a criminal violation if committed within the jurisdiction of the United States or any State; and</text></subparagraph></paragraph>

<paragraph id="H0273EC54694A4B94A72CDFC06AD101DF"><enum>(2)</enum><text display-inline="yes-display-inline">when appropriate, develop countermeasures against such International Mobile Subscriber Identity-catchers, with prioritization given to such International Mobile Subscriber Identity-catchers identified in the National Capital Region.</text></paragraph></subsection>

<subsection id="H3AB9A0607C084E2EB33BD37F0607973D"><enum>(b)</enum><header>Briefing required</header><text>Prior to developing countermeasures under subsection (a)(2), the Director of National Intelligence and the Director of the Federal Bureau of Investigation shall provide a briefing to the appropriate congressional committees onâ€"</text>

<paragraph id="H0A6DD188CCCB4B0E9DAB5F75AF95C044"><enum>(1)</enum><text>the use of International Mobile Subscriber Identity-catchers operated within the United States by the individuals and governments described in subsection (a)(1);</text></paragraph>

<paragraph id="H93BB1F29E3344A6A82EBB57EFA7BBCEB"><enum>(2)</enum><text display-inline="yes-display-inline">potential countermeasures by the intelligence community against such International Mobile Subscriber Identity-catchers; and</text></paragraph>

<paragraph id="HA5489D36156A42D9ABBCC296191A98F2"><enum>(3)</enum><text>any legal or policy limitations with respect to the development or carrying out of such countermeasures.</text></paragraph></subsection>

<subsection id="HCEB8F6EC8EBA4038A801919FC8D22AE1" commented="no"><enum>(c)</enum><header>Definitions</header>

<paragraph id="HEC5A4248B649432DA9CAB13C7A6DEA4E"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <quote>appropriate congressional committees</quote> meansâ€"</text>

<subparagraph id="H7101DD258CB2444B996345DE4341B4C3"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H51527E8BFA884F7BB4AB91511F0ECC78"><enum>(B)</enum><text>the Committee on Homeland Security of the House of Representatives and the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph id="HF5A4B7848E8E436AAD758820B6E7A9D5"><enum>(C)</enum><text>the Committees on the Judiciary of the House of Representatives and the Senate.</text></subparagraph></paragraph>

<paragraph id="HD79A1A0F07BC4618AB1155830D1CAAED"><enum>(2)</enum><header>International Mobile Subscriber Identity-catcher</header><text>The term <quote>International Mobile Subscriber Identity-catcher</quote> means a device used for intercepting mobile phone identifying information and location data. </text></paragraph></subsection></section>

<section display-inline="no-display-inline" id="H5044E2E9A2F8404B893C7FB08E8BE225" section-type="subsequent-section"><enum>5726.</enum><header>Securing energy infrastructure</header>

<subsection id="H6F61AE6287F04459887A362BB50CFDFA"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph display-inline="no-display-inline" id="H19DA312F6F354C60BC36A89B97EE2743"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HB0AA4352B86A4B7E9503FA4B07C570DE"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H84B32CC9509B4FDF96130805BB348899"><enum>(B)</enum><text>the Committee on Homeland Security and Governmental Affairs and the <committee-name committee-id="">Committee on Energy and Natural Resources of the Senate</committee-name>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8D94BDF6FE764920B873D007C3DA517C"><enum>(C)</enum><text>the Committee on Homeland Security and the <committee-name committee-id="">Committee on Energy and Commerce of the House of Representatives</committee-name>.</text></subparagraph></paragraph>

<paragraph id="H75FD9E1153894E4EA4D60DE0057A65DE"><enum>(2)</enum><header>Covered entity</header><text>The term <term>covered entity</term> means an entity identified pursuant to section 9(a) of Executive Order No. 13636 of February 12, 2013 (78 Fed. Reg. 11742), relating to identification of critical infrastructure where a cybersecurity incident could reasonably result in catastrophic regional or national effects on public health or safety, economic security, or national security.</text></paragraph>

<paragraph id="HD7C283D3CA164236B92D498D815FD7A8"><enum>(3)</enum><header>Exploit</header><text>The term <term>exploit</term> means a software tool designed to take advantage of a security vulnerability.</text></paragraph>

<paragraph id="H1105B4BB60AE43468DFAFC1B0422166A"><enum>(4)</enum><header>Industrial control system</header><text display-inline="yes-display-inline">The term

<term>industrial control system</term> means an operational technology used to measure, control, or manage industrial functions, and includes supervisory control and data acquisition systems, distributed control systems, and programmable logic or embedded controllers.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDF387BF575DD4E5CB1D9EB5E934534EC"><enum>(5)</enum><header>National Laboratory</header><text>The term <term>National Laboratory</term> has the meaning given the term in section 2 of the Energy Policy Act of 2005 (42 U.S.C. 15801).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC33D49E952114EA788EED7613CF2C366"><enum>(6)</enum><header>Program</header><text>Th e term <term>Program</term> means the pilot program established under subsection (b).</text></paragraph>

<paragraph id="H0202AB059A3C42068567B8B17269DC60"><enum>(7)</enum><header>Secretary</header><text> Except as otherwise specifically provided, the term <term>Secretary</term> means the Secretary of Energy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAB57FF7AE1CD482293AB01B14720430F"><enum>(8)</enum><header>Security vulnerability</header><text>The term <term>security vulnerability</term> means any attribute of hardware, software, process, or procedure that could enable or facilitate the defeat of a security control.</text></paragraph></subsection>

<subsection id="H6D3B5708389645F58A98F20B256BB475"><enum>(b)</enum><header>Pilot program for securing energy infrastructure</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary shall establish a 2-year control systems implementation pilot program within the National Laboratories for the purposes ofâ€"</text>

<paragraph id="HB554B58E784D4B2DB22BB8D70525342D"><enum>(1)</enum><text>partnering with covered entities in the energy sector (including critical component manufacturers in the supply chain) that voluntarily participate in the Program to identify new classes of security vulnerabilities of the covered entities; and</text></paragraph>

<paragraph id="HF6547303547E46DDA8C84E449AC5EDC2"><enum>(2)</enum><text display-inline="yes-display-inline">evaluating technology and standards, in partnership with covered entities, to isolate and defend industrial control systems of covered entities from security vulnerabilities and exploits in the most critical systems of the covered entities, includingâ€"</text>

<subparagraph id="HDB39C0432F744ECF9C4D239EA490D647"><enum>(A)</enum><text>analog and nondigital control systems;</text></subparagraph>

<subparagraph id="H09D6720D4BE149F3ACD0D5FF4617510D"><enum>(B)</enum><text>purpose-built control systems; and</text></subparagraph>

<subparagraph id="HCC316768808A4639B3B2A943F702071D"><enum>(C)</enum><text>physical controls.</text></subparagraph></paragraph></subsection>

<subsection id="H26DC5E8C50DE436AB8B2DD37C3AB735C"><enum>(c)</enum><header>Working group To evaluate program standards and develop strategy</header>

<paragraph id="HF80F33EA7CA74171834ED7A9A361AA39"><enum>(1)</enum><header>Establishment</header><t ext>The Secretary shall establish a working groupâ€"</text>

<subparagraph id="H015A3340D95A41A39156CB16EB9F4016"><enum>(A)</enum><text>to evaluate the technology and standards used in the Program under subsection (b)(2); and</text></subparagraph>

<subparagraph id="HCA5FDC793BE54FCA80F4BD109D20C16F"><enum>(B)</enum><text>to develop a national cyber-informed engineering strategy to isolate and defend covered entities from security vulnerabilities and exploits in the most critical systems of the covered entities.</text></subparagraph></paragraph>

<paragraph id="HAAA7FF98DA2A4AE792CD4D13ACE1ED05"><enum>(2)</enum><header>Membership</header><text

>The working group established under paragraph (1) shall be composed of not fewer than 10 members, to be appointed by the Secretary, at least 1 member of which shall represent each of the following:</text>

<subparagraph id="HC0544C5BB9B644AC8B615B7362D040F9"><enum>(A)</enum><text>The Department of Energy.</text></subparagraph>

<subparagraph id="HE0404AA0D25A4C2F8C2E6D119DC572E4"><enum>(B)</enum><text>The energy industry, including electric utilities and manufacturers recommended by the Energy Sector coordinating councils.</text></subparagraph>

<subparagraph id="HF478275448914AFEA8F03BAED2590C56"><enum>(C)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H2ED68F3CCC4E430799525E403ADF8D55"><enum>(i)</enum><text>The Department of Homeland Security; or</text></clause>

<clause id="HAE5C8CC694A14E61B30FF45D7DFE3F6E" indent="up1"><enum>(ii)</enum><text>the Industrial Control Systems Cyber Emergency Response Team.</text></clause></subparagraph>

<subparagraph id="H5226A6581A2D45F2A6ED9903116D2CCC"><enum>(D)</enum><text>The North American Electric Reliability Corporation.</text></subparagraph>

<subparagraph id="H22D6C21802544A519F3DC03B9E45D9DB"><enum>(E)</enum><text>The Nuclear Regulatory Commission.</text></subparagraph>

<subparagraph id="H75B5482242D449B68742FF27190E6C67"><enum>(F)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H1A0155B2E875435C81D64A117C5ECC00"><enum>(i)</enum><text>The Office of the Director of National Intelligence; or</text></clause>

<clause id="HA52518ACBFED46A38DC525F36DE97476" indent="up1"><enum>(ii)</enum><text>the intelligence community (as defined in section 3 of the National Security Act of 1947 (50 U.S.C. 3003)).</text></clause></subparagraph>

<subparagraph id="H6FE60864D78745F2A91796BED1A5FB00"><enum>(G)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H5AC67743899449E5BBFD61DDE400EC0F"><enum>(i)</enum><text>The Department of Defense; or</text></clause>

<clause id="H48603E7C7E8F42138A1FB9A86FDBF219" indent="up1"><enum>(ii)</enum><text>the Assistant Secretary of Defense for Homeland Security and America's Security Affairs.</text></clause></subparagraph>

<subparagraph id="H3BFDBA01F23C4063B84C3695C465E6E1"><enum>(H)</enum><text>A State or regional energy agency.</text></subparagraph>

<subparagraph id="H58485B5C4A804DD18C2894A6C9C8CE55"><enum>(I)</enum><text>A national research body or academic institution.</text></subparagraph>

<subparagraph id="HA914F513159343489130D3779D916FDA"><enum>(J)</enum><text>The National Laboratories.</text></subparagraph></paragraph></subsection>

<subsection id="HF35B2DE03F954D8A9EBE1C2FF1D7013E"><enum>(d)</enum><header>Reports on the Program</header>

<paragraph id="H4CAAFA248D94490CBA6F42EEEBEE4C6D"><enum>(1)</enum><header>Interim report</header><text>Not later than 180 days after the date on which funds are first disbursed under the Program, the Secretary shall submit to the appropriate congressional committees an interim report thatâ€"</text>

<subparagraph id="HC96AFCD53F344182A371F808113DE2C8"><enum>(A)</enum><text display-inline="yes-display-inline">describes the results of the Program;</text></subparagraph>

<subparagraph id="H352E4CA468564E4B8013384D6593FE52"><enum>(B)</enum><text display-inline="yes-display-inline">includes an analysis of the feasibility of each method studied under the Program; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7721B4047FEC4C11928DA97ADD43796A"><enum>(C)</enum><text display-inline="yes-

display-inline">describes the results of the evaluations conducted by the working group established under subsection (c)(1).</text></subparagraph></paragraph>

<paragraph id="HAA5F452C54C446E6873EC7E9BDF05685"><enum>(2)</enum><header>Final report</header><text display-inline="yes-display-inline">Not later than 2 years after the date on which funds are first disbursed under the Program, the Secretary shall submit to the appropriate congressional committees a final report thatâ€"</text>

<subparagraph id="HF198160FAA434F07A441F46BA0DDE4D4"><enum>(A)</enum><text display-inline="yes-display-inline">describes the results of the Program;</text></subparagraph>

<subparagraph id="HFC29830B44FD4723A71F345405AE184E"><enum>(B)</enum><text display-inline="yes-display-inline">includes an analysis of the feasibility of each method studied under the Program; and</text></subparagraph>

<subparagraph id="H1BF58CA587E24648A77FB69AE361B132"><enum>(C)</enum><text display-inline="yes-display-inline">describes the results of the evaluations conducted by the working group established under subsection (c)(1).</text></subparagraph></paragraph></subsection>

<subsection id="H900C909C7D7849BCBFCD955860D7A46E"><enum>(e)</enum><header>Exemption from disclosure</header><text>Information shared by or with the Federal Government or a State, Tribal, or local government under this sectionâ€"</text>

<paragraph id="HEC3AE26467CD404983EB21054B824A75"><enum>(1)</enum><text>shall be deemed to be voluntarily shared information;</text></paragraph>

<paragraph id="HCA073B0AB13D46239FCEF33A24E974BB"><enum>(2)</enum><text>shall be exempt from disclosure under section 552 of title 5, United States Code, or any provision of any State, Tribal, or local freedom of information law, open government law, open meetings law, open records law, sunshine law, or similar law requiring the disclosure of information or records; and</text></paragraph>

<paragraph id="H44DF7F519F8F4071A606EC213EF0AB76"><enum>(3)</enum><text display-inline="yes-display-inline">shall be withheld from the public, without discretion, under section 552(b)(3) of title 5, United States Code, and any provision of any State, Tribal, or local law requiring the disclosure of information or records.</text></paragraph></subsection>

<subsection id="H2B16DFE666ED40FB929C50903C84083A"><enum>(f)</enum><header>Protection from liability</header>

<paragraph id="H9C67E438152543349F9A43964C710914"><enum>(1)</enum><header>In general</header><text>A cause of action against a covered entity for engaging in the voluntary activities authorized under subsection (b)â€"</text>

<subparagraph id="H124086BCF9CC4FCD8A27C149E8CB414E"><enum>(A)</enum><text>shall not lie or be maintained in any court; and</text></subparagraph>

<subparagraph id="H4AD853ADCAB84E8DBE432762A8D550FD"><enum>(B)</enum><text>shall be promptly dismissed by the applicable court.</text></subparagraph></paragraph>

<paragraph id="H38663418FFB640F099F98E8B2F5B7E3E"><enum>(2)</enum><header>Voluntary activities</header><text>Nothing in this section subjects any covered entity to liability for not engaging in the voluntary activities authorized under subsection (b).</text></paragraph></subsection>

<subsection id="HABC69C3007BF424FBB9035A1A456CA8D"><enum>(g)</enum><header>No new regulatory authority for Federal agencies</header><text>Nothing in this section authorizes the Secretary or the head of any other department or agency of the Federal Government to issue new regulations.</text></subsection>

<subsection id="H2990C5BE40174C2DA2A4F8889EDA5D3F"><enum>(h)</enum><header>Authorization of appropriations</header>

<paragraph id="HF51D167EBB90429A905008E1E04B9519"><enum>(1)</enum><header>Pilot Program</header><text>There is authorized to be appropriated $10,000,000 to carry out subsection (b).</text></paragraph>

<paragraph id="H848F0FA97FE146B29FE8AD9757860BBC"><enum>(2)</enum><header>Working Group and Report</header><text>There is authorized to be appropriated $1,500,000 to carry out

subsections (c) and (d).</text></paragraph>

<paragraph id="HC0447C5CD68E44DAB8AD6CFED696D14B"><enum>(3)</enum><header>Availability</header><text>Amounts made available under paragraphs (1) and (2) shall remain available until expended.</text></paragraph></subsection></section></subtitle></title></subdivision>

<subdivision id="H3C9F44B606494BE18C3B6E4144C172BA"><enum>2</enum><header>Intelligence authorizations for fiscal years 2018 and 2019</header>

<section id="HA4C32C81984349F585D28F573092EAAD"><enum>6100.</enum><header>Table of contents</header><text display-inline="no-display-inline">The table of contents for this subdivision is as follows:</text>

<toc container-level="subdivision-container" quoted-block="no-quoted-block" lowest-level="section" idref="H3C9F44B606494BE18C3B6E4144C172BA" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HA4C32C81984349F585D28F573092EAAD" level="section">Sec.â€‚6100.â€‚Table of contents.</toc-entry>

<toc-entry idref="HF471018E95D3451987F39634ADF98103" level="title">Title LXIâ€"Intelligence activities</toc-entry>

<toc-entry idref="H93D0B8DDD8444DD392F9EAF4F1EB9F91" level="section">Sec.â€‚6101.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H9CCA382A40BE4E1EB57EBFEC69766EE5" level="section">Sec.â€‚6102.â€‚Intelligence Community Management Account.</toc-entry>

<toc-entry idref="H1941F3384F68499AAD3C530AB82FA799" level="title">Title LXIIâ€"Central Intelligence Agency Retirement and Disability System</toc-entry>

<toc-entry idref="HE0048FE5CF154E14B72973608CF41B84" level="section">Sec.â€‚6201.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H01EFBADEE15242C787248855107883A7" level="section">Sec.â€‚6202.â€‚Computation of annuities for employees of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H26A8ADF05E8C4AC18D535ABC8908990E" level="title">Title LXIIIâ€"General intelligence community matters</toc-entry>

<toc-entry idref="H387D04E5B9BC45AC87A21A2D7A1D40A7" level="section">Sec.â€‚6301.â€‚Restriction on conduct of intelligence activities.</toc-entry>

<toc-entry idref="HBB4201AD2D80471B850C9B5477533278" level="section">Sec.â€‚6302.â€‚Increase in employee compensation and benefits authorized by law.</toc-entry>

<toc-entry idref="HB3BDD4148D8F44978E3708E9A1AB9BBE" level="section">Sec.â€‚6303.â€‚Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions.</toc-entry>

<toc-entry idref="H2549E2990682439B9D29965E8A928D8A" level="section">Sec.â€‚6304.â€‚Modification of appointment of Chief Information Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="HB7D2D6EAB6E647C5B3CC7216291FF6EB" level="section">Sec.â€‚6305.â€‚Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule.</toc-entry>

<toc-entry idref="HAC5382FD94B245D79776565C2CB44C10" level="section">Sec.â€‚6306.â€‚Supply Chain and Counterintelligence Risk Management Task Force.</toc-entry>

<toc-entry idref="H590C58D2167D4C52AAEBDC26D45EB18B" level="section">Sec.â€‚6307.â€‚Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities.</toc-entry>

<toc-entry idref="HABF8136409004B5DBDBD70E987B4A892" level="section">Sec.â€,6308.â€,Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack.</toc-entry>

<toc-entry idref="H4756AEB503FB4497AD2076B7C2064305" level="section">Sec.â€,6309.â€,Elimination of sunset of authority relating to management of supply-chain risk.</toc-entry>

<toc-entry idref="H4845C337EFD04DA282C8EA672405604A" level="section">Sec.â€,6310.â€,Limitations on determinations regarding certain security classifications.</toc-entry>

<toc-entry idref="H696DD650FC7D487BBC8E1D50481A69CA" level="section">Sec.â€,6311.â€,Joint Intelligence Community Council.</toc-entry>

<toc-entry idref="H820B95A01F614C35B58CC8F7611E950B" level="section">Sec.â€,6312.â€,Intelligence community information technology environment.</toc-entry>

<toc-entry idref="H31993E77858341C18A812DA20964B990" level="section">Sec.â€,6313.â€,Report on development of secure mobile voice solution for intelligence community.</toc-entry>

<toc-entry idref="HBFEF307F60624071A6604E4E30D175FC" level="section">Sec.â€,6314.â€,Policy on minimum insider threat standards.</toc-entry>

<toc-entry idref="H575DD635B3DE43BEBBF6E5A31B5857B5" level="section">Sec.â€,6315.â€,Submission of intelligence community policies.</toc-entry>

<toc-entry idref="H283D7581DDF547EEAF7F525857C27E0D" level="section">Sec.â€,6316.â€,Expansion of intelligence community recruitment efforts.</toc-entry>

<toc-entry idref="H26DF4719F12C4F2B886337305E480D08" level="title">Title LXIVâ€"Matters relating to elements of the intelligence community</toc-entry>

<toc-entry idref="H27A0504866A7439AB65810978679FAE4" level="subtitle">Subtitle Aâ€"Office of the Director of National Intelligence</toc-entry>

<toc-entry idref="HCD1E23FB5A56436EBCCD712DAF73F0C1" level="section">Sec.â€,6401.â€,Authority for protection of current and former employees of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="HBDE6C9D2FEEF4E649253B900B74F3038" level="section">Sec.â€,6402.â€,Designation of the program manager-information-sharing environment.</toc-entry>

<toc-entry idref="H243BD1383A8749B0BCA1F17B5909D330" level="section">Sec.â€,6403.â€,Technical modification to the executive schedule.</toc-entry>

<toc-entry idref="H40A23CD9E28B4BDAA83121619C878EDB" level="section">Sec.â€,6404.â€,Chief Financial Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="H7EECC9BE3DC5407B95E457D134868783" level="section">Sec.â€,6405.â€,Chief Information Officer of the Intelligence Community.</toc-entry>

<toc-entry idref="HF23AEC065B7243E39B5F17BFD901BDC5" level="subtitle">Subtitle Bâ€"Central Intelligence Agency</toc-entry>

<toc-entry idref="HC062FC4B69B243ADA4063B125B2C45A1" level="section">Sec.â€,6411.â€,Central Intelligence Agency subsistence for personnel assigned to austere locations.</toc-entry>

<toc-entry idref="HB2B451D4663D4427BC8EA30695F05647" level="section">Sec.â€,6412.â€,Special rules for certain monthly workersâ€™ compensation payments and other payments for Central Intelligence Agency personnel.</toc-entry>

<toc-entry idref="HF7D8C4A752F842DD8DF8C3CD48430A90" level="section">Sec.â€,6413.â€,Expansion of security protective service jurisdiction of the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H3246620099BC4EF0BD48AC63E4FC611D" level="section">Sec.â€,6414.â€,Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency.</toc-entry>

<toc-entry idref="H1D3DE17AEF3D497C82CDED6AA4217F42" level="subtitle">Subtitle Câ€"Office of Intelligence and Counterintelligence of Department of Energy</toc-entry>

<toc-entry idref="H6C1C0689CDA147C68309CAFFD73F499F" level="section">Sec.â€,6421.â€,Consolidation of Department of Energy Offices of Intelligence and Counterintelligence.</toc-entry>

<toc-entry idref="H58979EEB87654020ACA5C6B4E04CD4E0" level="section">Sec.â€,6422.â€,Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement.</toc-entry>

<toc-entry idref="H2F150296565C41859B66306616C931DE" level="subtitle">Subtitle Dâ€"Other elements</toc-entry>

<toc-entry idref="H04B1226426A64152831C23DBBCDCC5A3" level="section">Sec.â€,6431.â€,Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community.</toc-entry>

<toc-entry idref="H421C8ECF43AC400E95340F329225DA42" level="section">Sec.â€,6432.â€,Notice not required for private entities.</toc-entry>

<toc-entry idref="HF1C9404EBBF646BAB2421362B42BADC0" level="section">Sec.â€,6433.â€,Establishment of advisory board for National Reconnaissance Office.</toc-entry>

<toc-entry idref="H5A7903231B1647838C2438F649CCE182" level="section">Sec.â€,6434.â€,Collocation of certain Department of Homeland Security personnel at field locations.</toc-entry>

<toc-entry idref="HAD3715B98F5548B6941AA22A55A463BD" level="title">Title LXVâ€"Election matters</toc-entry>

<toc-entry idref="HC0E15BEFA5CC4FB792447558D20C0A9B" level="section">Sec.â€,6501.â€,Report on cyber attacks by foreign governments against United States election infrastructure.</toc-entry>

<toc-entry idref="H6E9949DDD7A04DF58B11E64DA636518E" level="section">Sec.â€,6502.â€,Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election.</toc-entry>

<toc-entry idref="HCA219979EAF64F8E905F790CE5786D9F" level="section">Sec.â€,6503.â€,Assessment of foreign intelligence threats to Federal elections.</toc-entry>

<toc-entry idref="H34EA0AFB7EC244E5BC353624C3C6F610" level="section">Sec.â€,6504.â€,Strategy for countering Russian cyber threats to United States elections.</toc-entry>

<toc-entry idref="H9E9EE992B5524C27AB5E182EE3A87E1B" level="section">Sec.â€,6505.â€,Assessment of significant Russian influence campaigns directed at foreign elections and referenda.</toc-entry>

<toc-entry idref="H46F86161A3004B3283010888A2CDBBDA" level="section">Sec.â€,6506.â€,Information sharing with State election officials.</toc-entry>

<toc-entry idref="H08CEB965AECC4E11847C00613504AF47" level="section">Sec.â€,6507.â€,Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices.</toc-entry>

<toc-entry idref="HA708194394B44776B1A5E1E83ABA782F" level="section">Sec.â€,6508.â€,Designation of counterintelligence officer to lead election security matters.</toc-entry>

<toc-entry idref="H8B69F17B95054B95B07935C3BF5B7A9D" level="title">Title LXVIâ€"Security clearances</toc-entry>

<toc-entry idref="H2A2D95D2C8EE456CA6454FF7B19AD21B" level="section">Sec.â€,6601.â€,Definitions.</toc-entry>

<toc-entry idref="H79E4B4EA29744BBBB589DE744D6F1A5F" level="section">Sec.â€,6602.â€,Reports and plans relating to security clearances and background investigations.</toc-entry>

<toc-entry idref="HEF159E8739A946C187EB05A3DBA2CA5D" level="section">Sec.â€,6603.â€,Improving the process for security clearances.</toc-entry>

<toc-entry idref="HFAE4018BF54B417DAFF118B0D35D5834" level="section">Sec.â€,6604.â€,Goals for promptness of determinations regarding security clearances.</toc-entry>

<toc-entry idref="HD0149C30DA9445F0A77279A2933D18FE" level="section">Sec.â€,6605.â€,Security Executive Agent.</toc-entry>

<toc-entry idref="HF8EA4DA5EC4F4A839A6968F1D3416B9F" level="section">Sec.â€,6606.â€,Report on unified, simplified, Governmentwide standards for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H2D0B1EDB85F345DBA6C13AE6DA085549" level="section">Sec.â€,6607.â€,Report on clearance in person concept.</toc-entry>

<toc-entry idref="HC7EC09228D9C4F61AE32F3CB0379AA64" level="section">Sec.â€,6608.â€,Reports on reciprocity for security clearances inside of departments and agencies.</toc-entry>

<toc-entry idref="H576EBAD66BC24249BF42BD8481EDBB38" level="section">Sec.â€,6609.â€,Intelligence community reports on security clearances.</toc-entry>

<toc-entry idref="HE2486D57B40D4263862EE5DE59C88CD3" level="section">Sec.â€,6610.â€,Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities.</toc-entry>

<toc-entry idref="H8DD811FFE14A4157B2FFFAE382C3207D" level="section">Sec.â€,6611.â€,Information-sharing program for positions of trust and security clearances.</toc-entry>

<toc-entry idref="H71676BA4CBCC405A9B93DC45493DB42F" level="section">Sec.â€,6612.â€,Report on protections for confidentiality of whistleblower-related communications.</toc-entry>

<toc-entry idref="H3DDE7ECFB14F442E9406BFA01E3AFAB5" level="section">Sec.â€,6613.â€,Reports on costs of security clearance background investigations.</toc-entry>

<toc-entry idref="HCF9705B6E60D47148DB7A5B1D79097BE" level="title">Title LXVIIâ€"Reports and other matters</toc-entry>

<toc-entry idref="H92A9BF77D1A243CAA49BEA13C4932BE9" level="subtitle">Subtitle Aâ€"Matters relating to Russia and other foreign powers</toc-entry>

<toc-entry idref="H43705B5071224877BC30A6424A1E2FC5" level="section">Sec.â€,6701.â€,Limitation relating to establishment or support of cybersecurity unit with the Russian Federation.</toc-entry>

<toc-entry idref="H0F3E460AC7294CC2B471DCEE2DB6464C" level="section">Sec.â€,6702.â€,Assessment of threat finance relating to Russia.</toc-entry>

<toc-entry idref="HD82FB6E0334047FDA732076EF5BF6E98" level="section">Sec.â€,6703.â€,Notification of an active measures campaign.</toc-entry>

<toc-entry idref="HCB5B8407F8A444159109309E95D8A293" level="section">Sec.â€,6704.â€,Notification of travel by accredited diplomatic and

consular personnel of the Russian Federation in the United States.</toc-entry>

<toc-entry idref="H3E82E8EFFA8C4F02B3C23B48BD4EAA9D" level="section">Sec.â€,6705.â€,Report and annual briefing on Iranian expenditures supporting foreign military and terrorist activities.</toc-entry>

<toc-entry idref="HD6622CF63A9646BA9BD0BBCD8B56B2B3" level="section">Sec.â€,6706.â€,Expansion of scope of committee to counter active measures.</toc-entry>

<toc-entry idref="H6493A058B8384A13B5F5FC8C606287A2" level="subtitle">Subtitle Bâ€"Reports</toc-entry>

<toc-entry idref="HCB4AD073A899425FBC54EBF6C788D5C5" level="section">Sec.â€,6711.â€,Technical correction to Inspector General study.</toc-entry>

<toc-entry idref="HC57D647A077B450DB656495F1E249B7C" level="section">Sec.â€,6712.â€,Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security.</toc-entry>

<toc-entry idref="HE83EE0D2A8164BD392CC3375973658DA" level="section">Sec.â€,6713.â€,Review of intelligence community whistleblower matters.</toc-entry>

<toc-entry idref="H90D3D9D56A5C43EE97E25742CC9A693B" level="section">Sec.â€,6714.â€,Report on role of Director of National Intelligence with respect to certain foreign investments.</toc-entry>

<toc-entry idref="H12AC0FE1CCB444FE9E629CE4AF2194D0" level="section">Sec.â€,6715.â€,Report on surveillance by foreign governments against United States telecommunications networks.</toc-entry>

<toc-entry idref="H49D06B0B9CF3495480A850F58B113437" level="section">Sec.â€,6716.â€,Biennial report on foreign investment risks.</toc-entry>

<toc-entry idref="H58D9EC351CE04514B2F366B15E25FD72" level="section">Sec.â€,6717.â€,Modification of certain reporting requirement on travel of foreign diplomats.</toc-entry>

<toc-entry idref="H26C625979DDC4FCA8B216CDD13F88547" level="section">Sec.â€,6718.â€,Semiannual reports on investigations of unauthorized disclosures of classified information.</toc-entry>

<toc-entry idref="H01AE55D3200B4EFE8C30F992F0B7B8CF" level="section">Sec.â€,6719.â€,Congressional notification of designation of covered intelligence officer as persona non grata.</toc-entry>

<toc-entry idref="H024F2DCC127E49EABB92BF3EFF457507" level="section">Sec.â€,6720.â€,Reports on intelligence community participation in vulnerabilities equities process of Federal Government.</toc-entry>

<toc-entry idref="H26EF17E617604B2CAFBEECF86A7D74AD" level="section">Sec.â€,6721.â€,Inspectors General reports on classification.</toc-entry>

<toc-entry idref="H059ED63BAC2141E687B8A458A11F1C2E" level="section">Sec.â€,6722.â€,Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics.</toc-entry>

<toc-entry idref="HE14D9B8958E8480EB0413B2346EF38F6" level="section">Sec.â€,6723.â€,Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy.</toc-entry>

<toc-entry idref="H33D63586260D4AE1A0CF116D14CE9CF1" level="section">Sec.â€,6724.â€,Study on the feasibility of encrypting unclassified wireline and wireless telephone calls.</toc-entry>

<toc-entry idref="HE52693724CA34C11B878657480D55C9F" level="section">Sec.â€,6725.â€,Reports on intelligence community loan repayment and related programs.</toc-entry>

<toc-entry idref="H826C5803723C4967BF41B9507C65A9B0" level="section">Sec.â€,6726.â€,Repeal of certain reporting requirements.</toc-entry>

<toc-entry idref="H115B8CE564684B92AC4B10C86BDF03B1" level="section">Sec.â€,6727.â€,Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence.</toc-entry>

<toc-entry idref="H7F6F46529D68421C9779809702BE6B8D" level="section">Sec.â€,6728.â€,Briefing on Federal Bureau of Investigation offering permanent residence to sources and cooperators.</toc-entry>

<toc-entry idref="HA66CD97902704FA8BA8034698D429E47" level="section">Sec.â€,6729.â€,Intelligence assessment of North Korea revenue sources.</toc-entry>

<toc-entry idref="HC557C2E6CCC4435F89C9FAA916840E78" level="section">Sec.â€,6730.â€,Report on possible exploitation of virtual currencies by terrorist actors.</toc-entry>

<toc-entry idref="HE8F1ADC6F86E471EB57AE5BD3591E3DC" level="subtitle">Subtitle Câ€"Other matters</toc-entry>

<toc-entry idref="HE1AA8A7332B34F34B94E08D1ED4A67CA" level="section">Sec.â€,6741.â€,Public Interest Declassification Board.</toc-entry>

<toc-entry idref="H57F8EFBBC8DB4C61B8E9D358B28B8075" level="section">Sec.â€,6742.â€,Technical and clerical amendments to the National Security Act of 1947.</toc-entry>

<toc-entry idref="HA06794052EDA4EA892895CB851C5B036" level="section">Sec.â€,6743.â€,Bug bounty programs.</toc-entry>

<toc-entry idref="HD6F22D67E3D440E4BA34B4330B4BC05F" level="section">Sec.â€,6744.â€,Technical amendments related to the Department of Energy.</toc-entry>

<toc-entry idref="H951FBA23494B4D91ADEF11E6EA075B90" level="section">Sec.â€,6745.â€,Sense of Congress on notification of certain disclosures of classified information.</toc-entry>

<toc-entry idref="H06202E76B5D04824BB95B12BCC6B9AF4" level="section">Sec.â€,6746.â€,Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States.</toc-entry>

<toc-entry idref="HF48721251FB34793AA8FFF67B5FB1C67" level="section">Sec.â€,6747.â€,Sense of Congress on WikiLeaks.</toc-entry></toc></section>

<title commented="no" id="HF471018E95D3451987F39634ADF98103" level-type="subsequent"><enum>LXI</enum><header display-inline="yes-display-inline">Intelligence activities</header>

<section commented="no" display-inline="no-display-inline" id="H93D0B8DDD8444DD392F9EAF4F1EB9F91" section-type="subsequent-section"><enum>6101.</enum><header display-inline="yes-display-inline">Authorization of appropriations</header>

<subsection commented="no" display-inline="no-display-inline" id="H2DC30DE441364E559E3E8504F0ADA3C2"><enum>(a)</enum><header>Fiscal year 2019</header><text display-inline="yes-display-inline">Funds that were appropriated for fiscal year 2019 for the conduct of the intelligence and intelligence-related activities of the following elements of the United States Government are hereby authorized:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF60CC127B71F4EE4889197F83E86CBFC"><enum>(1)</enum><text display-inline="yes-display-inline">The Office of the Director of National Intelligence.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H77109A0BA4B44FF1BB818545DF7F15AD"><enum>(2)</enum><text display-inline="yes-

display-inline">The Central Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H83245B4BB20E49F3B2D00F1B8D743E3D"><enum>(3)</enum><text display-inline="yes-display-inline">The Department of Defense.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB1F921DBBCC044E1B5DD6742C6929A72"><enum>(4)</enum><text display-inline="yes-display-inline">The Defense Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H97F0B2F9939F4E569729DE6F05F742AE"><enum>(5)</enum><text display-inline="yes-display-inline">The National Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2DC4BA858889464B9A2319DAAC4B5253"><enum>(6)</enum><text display-inline="yes-display-inline">The Department of the Army, the Department of the Navy, and the Department of the Air Force.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDC91F5C4A2E4444E99233C98EE09A0D3"><enum>(7)</enum><text display-inline="yes-display-inline">The Coast Guard.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H45B373935D074703A137650EA1114D0A"><enum>(8)</enum><text display-inline="yes-display-inline">The Department of State.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD14503D9FDA744BFB9488AAEA343628D"><enum>(9)</enum><text display-inline="yes-display-inline">The Department of the Treasury.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H210CCB27821D48CCB8CC2B29BC93306A"><enum>(10)</enum><text display-inline="yes-display-inline">The Department of Energy.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H03635241229B4DA8859D88EC356C5F43"><enum>(11)</enum><text display-inline="yes-display-inline">The Department of Justice.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H057BC2F010D64EF281297D6D9A614A45"><enum>(12)</enum><text display-inline="yes-display-inline">The Federal Bureau of Investigation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD2AD91A541844EA88CC76BA5DEC1711B"><enum>(13)</enum><text display-inline="yes-display-inline">The Drug Enforcement Administration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB6146E01C4E847CDBB7E0482FDE81637"><enum>(14)</enum><text display-inline="yes-display-inline">The National Reconnaissance Office.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H09123DDDED9043A1A26C1C64DF607FB7"><enum>(15)</enum><text display-inline="yes-display-inline">The National Geospatial-Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HED4C52C37D14402DBD8537DA7DB19EFE"><enum>(16)</enum><text display-inline="yes-display-inline">The Department of Homeland Security.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H15FBB977D5A340009F980B632D913B32"><enum>(b)</enum><header>Fiscal year 2018</header><text>Funds that were appropriated for fiscal year 2018 for the conduct of the intelligence and intelligence-related activities of the elements of the United States set forth in subsection (a) are hereby authorized.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H9CCA382A40BE4E1EB57EBFEC69766EE5" section-type="subsequent-section"><enum>6102.</enum><header display-inline="yes-display-inline">Intelligence Community Management Account</header><text display-inline="no-display-inline">The amounts that were appropriated for the Intelligence Community Management Account of the Director of National Intelligence for fiscal years 2018 and 2019 are hereby authorized.</text></section></title>

<title commented="no" id="H1941F3384F68499AAD3C530AB82FA799" level-type="subsequent"><enum>LXII</enum><header display-inline="yes-display-inline">Central Intelligence Agency Retirement and Disability System</header>

<section commented="no" display-inline="no-display-inline" id="HE0048FE5CF154E14B72973608CF41B84" section-type="subsequent-section"><enum>6201.</enum><header display-inline="yes-display-inline">Authorization of appropriations</header><text display-inline="no-display-inline">The amounts that were appropriated for the Central Intelligence Agency Retirement and Disability Fund for fiscal years 2018 and 2019 are hereby authorized.</text></section>

<section id="H01EFBADEE15242C787248855107883A7"><enum>6202.</enum><header>Computation of annuities for employees of the Central Intelligence Agency</header>

<subsection id="HDAE39A1E0FF446CAA67F85CE8195DB7D"><enum>(a)</enum><header>Computation of annuities</header>

<paragraph id="H7ADF1CF2248E4E65A68C0BE3837C2B1F"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Section 221 of the Central Intelligence Agency Retirement Act (50 U.S.C. 2031) is amendedâ€"</text>

<subparagraph id="H929B1044E6D4463EB17463B7F0EBCDE1"><enum>(A)</enum><text display-inline="yes-display-inline">in subsection (a)(3)(B), by striking the period at the end and inserting <quote>, as determined by using the annual rate of basic pay that would be payable for full-time service in that position.</quote>;</text></subparagraph>

<subparagraph id="H4F3DACA3411B4EE598E3C7CBEFE2E1E3"><enum>(B)</enum><text display-inline="yes-display-inline">in subsection (b)(1)(C)(i), by striking <quote>12-month</quote> and inserting <quote>2-year</quote>;</text></subparagraph>

<subparagraph id="H11FF672BDD8B4E16A47F8B15C7958AD0"><enum>(C)</enum><text>in subsection (f)(2), by striking <quote>one year</quote> and inserting <quote>two years</quote>;</text></subparagraph>

<subparagraph id="H4E69905564BB469D84B6315191E46784"><enum>(D)</enum><text>in subsection (g)(2), by striking <quote>one year</quote> each place such term appears and inserting <quote>two years</quote>;</text></subparagraph>

<subparagraph commented="no" id="HE33B6602C6E840EAAA02816106B2EAD1"><enum>(E)</enum><text>by redesignating subsections (h), (i), (j), (k), and (l) as subsections (i), (j), (k), (l), and (m), respectively; and</text></subparagraph>

<subparagraph commented="no" id="H154B26C5A0A145BCB98445B998030BE7"><enum>(F)</enum><text>by inserting after subsection (g) the following:</text>

<quoted-block display-inline="no-display-inline" id="H8178984AC2D84A2BB37F5A1E38A6A0D1" style="OLC">

<subsection id="H14F0FD613DA74345A3A175039EF252F9"><enum>(h)</enum><header>Conditional election of insurable interest survivor annuity by participants married at the time of retirement</header>

<paragraph id="H21E82EC5F9C444209D159F0F271B9142"><enum>(1)</enum><header> Authority to make designation</header><text>Subject to the rights of former spouses under subsection (b) and section 222, at the time of retirement a married participant found by the Director to be in good health may elect to receive an annuity reduced in accordance with subsection (f)(1)(B) and designate in writing an individual having an insurable interest in the participant to receive an annuity under the system after the participant's death, except that any such election to provide an insurable interest survivor annuity to the participant's spouse shall only be effective if the participant's spouse waives the spousal right to a survivor annuity under this Act. The amount of the annuity shall be equal to 55 percent of the participant's reduced annuity.</text></paragraph>

<paragraph id="HFAAC8646451C4AB0AA3DCA6EF2041C3D"><enum>(2)</enum><header>Reduction in participant's annuity</header><text>The annuity payable to the participant making such election shall be reduced by 10 percent of an annuity computed under subsection (a) and by an additional 5 percent for each full 5 years the designated individual is younger than the participant. The total reduction under this subparagraph may not exceed 40

percent.</text></paragraph>

<paragraph id="H70033445F9C143FD9E0219CB5C733753"><enum>(3)</enum><header>Commencement of survivor annuity</header><text>The annuity payable to the designated individual shall begin on the day after the retired participant dies and terminate on the last day of the month before the designated individual dies.</text></paragraph>

<paragraph id="H107EC2CFFB204C7CA7A9D8BA766CF673"><enum>(4)</enum><header>Recomputation of participant's annuity on death of designated individual</header><text>An annuity that is reduced under this subsection shall, effective the first day of the month following the death of the designated individual, be recomputed and paid as if the annuity had not been so reduced.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" id="H2B8CF507D3FE487BAE8862F29B1FE29C"><enum>(2)</enum><header>Conforming amendments</header>

<subparagraph commented="no" id="H9642B889B8634D03913E369C3869CFF7"><enum>(A)</enum><header>Central Intelligence Agency Retirement Act</header><text>The Central Intelligence Agency Retirement Act (50 U.S.C. 2001 et seq.) is amendedâ€"</text>

<clause commented="no" id="HF5F3FDB336EF45AAA0B5D3BF3E858207"><enum>(i)</enum><text>in section 232(b)(1) (50 U.S.C. 2052(b)(1)), by striking <quote>221(h),</quote> and inserting <quote>221(i),</quote>; and</text></clause>

<clause commented="no" id="H0A8AE3D8D51B4C19A9D08DA52476C811"><enum>(ii)</enum><text>in section 252(h)(4) (50 U.S.C. 2082(h)(4)), by striking <quote>221(k)</quote> and inserting <quote>221(l)</quote>.</text></clause></subparagraph>

<subparagraph commented="no" id="HED8BAC6EFD5E4BCC8731601CDFA3A750"><enum>(B)</enum><header>Central Intelligence Agency Act of 1949</header><text>Subsection (a) of section 14 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3514(a)) is amended by striking <quote>221(h)(2), 221(i), 221(l),</quote> and inserting <quote>221(i)(2), 221(j), 221(m),</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" id="H24DB492E6F5D4951B31EF2A72C7F92C9"><enum>(b)</enum><header>Annuities for former spouses</header><text>Subparagraph (B) of section 222(b)(5) of the Central Intelligence Agency Retirement Act (50 U.S.C. 2032(b)(5)(B)) is amended by striking <quote>one year</quote> and inserting <quote>two years</quote>.</text></subsection>

<subsection commented="no" id="H7A4A6B860BA04A559C57170D8FF99AC3"><enum>(c)</enum><header>Prior service credit</header><text>Subparagraph (A) of section 252(b)(3) of the Central Intelligence Agency Retirement Act (50 U.S.C. 2082(b)(3)(A)) is amended by striking <quote>October 1, 1990</quote> both places that term appears and inserting <quote>March 31, 1991</quote>.</text></subsection>

<subsection commented="no" id="H918D6C37F69B4FE5B7A51CEAFA0C62D8"><enum>(d)</enum><header>Reemployment compensation</header><text>Section 273 of the Central Intelligence Agency Retirement Act (50 U.S.C. 2113) is amendedâ€"</text>

<paragraph commented="no" id="H96263237454445C5917F2BBBC568B9CD"><enum>(1)</enum><text>by redesignating subsections (b) and (c) as subsections (c) and (d), respectively; and</text></paragraph>

<paragraph commented="no" id="H1BCDA0AEF917419EB6EC5C49908D0B6A"><enum>(2)</enum><text>by inserting after subsection (a) the following:</text>

<quoted-block display-inline="no-display-inline" id="HDA04963308D245D2AFA6E0D9C1296AC8" style="OLC">

<subsection commented="no" id="HC79FF763787A45509AD6E8854BEB2766"><enum>(b)</enum><header>Part-Time reemployed annuitants</header><text>The Director shall have the authority to reemploy an annuitant

on a part-time basis in accordance with section 8344(l) of title 5, United States Code.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" id="HC0D031D6F107426F9FC7ADEFB2D1EBEE"><enum>(e)</enum><header>Effective date and application</header><text>The amendments made by subsection (a)(1)(A) and subsection (c) shall take effect as if enacted on October 28, 2009, and shall apply to computations or participants, respectively, as of such date.</text></subsection></section></title>

<title id="H26A8ADF05E8C4AC18D535ABC8908990E"><enum>LXIII</enum><header>General intelligence community matters</header>

<section commented="no" display-inline="no-display-inline" id="H387D04E5B9BC45AC87A21A2D7A1D40A7" section-type="subsequent-section"><enum>6301.</enum><header>Restriction on conduct of intelligence activities</header><text display-inline="no-display-inline">The authorization of appropriations by this subdivision shall not be deemed to constitute authority for the conduct of any intelligence activity which is not otherwise authorized by the Constitution or the laws of the United States.</text></section>

<section display-inline="no-display-inline" id="HBB4201AD2D80471B850C9B5477533278"><enum>6302.</enum><header>Increase in employee compensation and benefits authorized by law</header><text display-inline="no-display-inline">Appropriations authorized by this subdivision for salary, pay, retirement, and other benefits for Federal employees may be increased by such additional or supplemental amounts as may be necessary for increases in such compensation or benefits authorized by law.</text></section>

<section display-inline="no-display-inline" id="HB3BDD4148D8F44978E3708E9A1AB9BBE"><enum>6303.</enum><header>Modification of special pay authority for science, technology, engineering, or mathematics positions and addition of special pay authority for cyber positions</header><text display-inline="no-display-inline">Section 113B of the National Security Act of 1947 (50 U.S.C. 3049a) is amendedâ€"</text>

<paragraph display-inline="no-display-inline" id="H8CA9AD311C8F4780B342746692674BD9"><enum>(1)</enum><text display-inline="yes-display-inline">by amending subsection (a) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H40E1652C9DEB45BA9DDD12A90BE3F90E" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H9A0DB3BA74CD413383849A75AECA9E55"><enum>(a)</enum><header display-inline="yes-display-inline">Special rates of pay for positions requiring expertise in science, technology, engineering, or mathematics</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2B3ED4F95DCA4E58A366F2338057DD1F"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Notwithstanding part III of title 5, United States Code, the head of each element of the intelligence community may, for one or more categories of positions in such element that require expertise in science, technology, engineering, or mathematicsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H00278627A3F0492EB9E9BC2C1198B4CE"><enum>(A)</enum><text display-inline="yes-display-inline">establish higher minimum rates of pay; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEE354C7A4CA6448494592A3F41E88EE1"><enum>(B)</enum><text display-inline="yes-display-inline">make corresponding increases in all rates of pay of the pay range for each grade or level, subject to subsection (b) or (c), as applicable.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAAF93BF2562C44F6A94A895C1191A8C6"><enum>(2)</enum><header>Treatment</header><text display-inline="yes-display-inline">The special rate supplements resulting from the establishment of higher rates under paragraph (1) shall be basic pay for the same or

similar purposes as those specified in section 5305(j) of title 5, United States Code.</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph display-inline="no-display-inline" id="H7BF78F9AC4224B7F9B0F0D2697E1033F"><enum>(2)</enum><text>by redesignating subsections (b) through (f) as subsections (c) through (g), respectively;</text></paragraph>

<paragraph display-inline="no-display-inline" id="HE4711D413A9945DBB13DF8BF70A41958"><enum>(3)</enum><text>by inserting after subsection (a) the following:</text>

<quoted-block display-inline="no-display-inline" id="HFFADD1E18FBE4503AC537D740DE3133B" style="OLC">

<subsection id="HD4332110743E46BEA7AE0EFF95B25964"><enum>(b)</enum><header>Special rates of pay for cyber positions</header>

<paragraph id="H072B3586A4E44CF6AC1C30A7911FDB6E"><enum>(1)</enum><header>In general</header><text>Notwithstanding subsection (c), the Director of the National Security Agency may establish a special rate of payâ€"</text>

<subparagraph id="HC5079FC39FF44D51B7ECBE0B4F7CBEF8"><enum>(A)</enum><text>not to exceed the rate of basic pay payable for level II of the Executive Schedule under section 5313 of title 5, United States Code, if the Director certifies to the Under Secretary of Defense for Intelligence, in consultation with the Under Secretary of Defense for Personnel and Readiness, that the rate of pay is for positions that perform functions that execute the cyber mission of the Agency; or</text></subparagraph>

<subparagraph id="H2504E11D41744DC3859F9261289A559B"><enum>(B)</enum><text>not to exceed the rate of basic pay payable for the Vice President of the United States under section 104 of title 3, United States Code, if the Director certifies to the Secretary of Defense, by name, individuals that have advanced skills and competencies and that perform critical functions that execute the cyber mission of the Agency.</text></subparagraph></paragraph>

<paragraph id="HE2ACB84263544D768EA08CB8F4F0C374"><enum>(2)</enum><header>Pay limitation</header><text>Employees receiving a special rate under paragraph (1) shall be subject to an aggregate pay limitation that parallels the limitation established in section 5307 of title 5, United States Code, except thatâ€"</text>

<subparagraph id="H92A1155F8A714F70BF24626A17E24A79"><enum>(A)</enum><text display-inline="yes-display-inline">any allowance, differential, bonus, award, or other similar cash payment in addition to basic pay that is authorized under title 10, United States Code, (or any other applicable law in addition to title 5 of such Code, excluding the Fair Labor Standards Act of 1938 (29 U.S.C. 201 et seq.)) shall also be counted as part of aggregate compensation; and</text></subparagraph>

<subparagraph id="HE056E0DB540C47C9B947310B870E9C35"><enum>(B)</enum><text>aggregate compensation may not exceed the rate established for the Vice President of the United States under section 104 of title 3, United States Code.</text></subparagraph></paragraph>

<paragraph id="HF140B2E138134086B5B7C3D3D7D798E6"><enum>(3)</enum><header>Limitation on number of recipients</header><text>The number of individuals who receive basic pay established under paragraph (1)(B) may not exceed 100 at any time.</text></paragraph>

<paragraph id="HD74EB6A7538644449F2F2233600EE6C8"><enum>(4)</enum><header>Limitation on use as comparative reference</header><text>Notwithstanding any other provision of law, special rates of pay and the limitation established under paragraph (1)(B) may not be used as comparative references for the purpose of fixing the rates of basic pay or maximum pay limitations of qualified positions under section 1599f of title 10, United States Code, or section 226 of the Homeland Security Act of 2002 (6 U.S.C. 147).</text></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph display-inline="no-display-inline" id="HBEAEB78766124BAF874F0E8F2178DE5D"><enum>(4)</enum><text>in subsection (c), as redesignated by paragraph (2), by striking <quote>A minimum</quote> and inserting <quote>Except as provided in subsection (b), a minimum</quote>;</text></paragraph>

<paragraph id="H82784BC215F64C97870C975E602D1A37"><enum>(5)</enum><text display-inline="yes-display-inline">in subsection (d), as redesignated by paragraph (2), by inserting <quote>or (b)</quote> after <quote>by subsection (a)</quote>; and</text></paragraph>

<paragraph id="H2008468FD5AB4258920C1B5D2629CABF"><enum>(6)</enum><text>in subsection (g), as redesignated by paragraph (2)â€"</text>

<subparagraph id="H68BD88C5A0134FFD8B014D07FF8225B6"><enum>(A)</enum><text display-inline="yes-display-inline">in paragraph (1), by striking <quote>Not later than 90 days after the date of the enactment of the Intelligence Authorization Act for Fiscal Year 2017</quote> and inserting <quote>Not later than 90 days after the date of the enactment of the <short-title>Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018 and 2019</short-title></quote>; and</text></subparagraph>

<subparagraph commented="no" id="H5F5FE2BAB4314DE1961D492E05AD89FA"><enum>(B)</enum><text>in paragraph (2)(A), by inserting <quote>or (b)</quote> after <quote>subsection (a)</quote>.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H2549E2990682439B9D29965E8A928D8A" section-type="subsequent-section"><enum>6304.</enum><header display-inline="yes-display-inline">Modification of appointment of Chief Information Officer of the Intelligence Community</header><text display-inline="no-display-inline">Section 103G(a) of the National Security Act of 1947 (50 U.S.C. 3032(a)) is amended by striking <quote>President</quote> and inserting <quote>Director</quote>.</text></section>

<section id="HB7D2D6EAB6E647C5B3CC7216291FF6EB"><enum>6305.</enum><header>Director of National Intelligence review of placement of positions within the intelligence community on the Executive Schedule</header>

<subsection id="H9FB5C347CC474EDC9899DC47C7588E31"><enum>(a)</enum><header>Review</header><text display-inline="yes-display-inline">The Director of National Intelligence, in coordination with the Director of the Office of Personnel Management, shall conduct a review of positions within the intelligence community regarding the placement of such positions on the Executive Schedule under subchapter II of chapter 53 of title 5, United States Code. In carrying out such review, the Director of National Intelligence, in coordination with the Director of the Office of Personnel Management, shall determineâ€"</text>

<paragraph id="HA3693EF5764C47548FCFE1051EC9AF41"><enum>(1)</enum><text display-inline="yes-display-inline">the standards under which such review will be conducted;</text></paragraph>

<paragraph id="HC991A4BC48994D4E971F75EE8E119B44"><enum>(2)</enum><text>which positions should or should not be on the Executive Schedule; and</text></paragraph>

<paragraph id="H2C8580F4C60546B0B983CDD352105716"><enum>(3)</enum><text>for those positions that should be on the Executive Schedule, the level of the Executive Schedule at which such positions should be placed.</text></paragraph></subsection>

<subsection id="H2EDB935BDC844CE5A2C1A2EA2412CE10"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 60 days after the date on which the review under subsection (a) is completed, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Homeland Security and Governmental Affairs of the Senate, and the Committee on Oversight and Reform of the House of Representatives an unredacted report describing the standards by which the review was conducted and the outcome of the review.</text></subsection></section>

<section id="HAC5382FD94B245D79776565C2CB44C10"><enum>6306.</enum><header>Supply Chain and Counterintelligence Risk Management Task Force</header>

<subsection id="H19B3B0E5275F417389CBC319E7ED0C72"><enum>(a)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means the following:</text>

<paragraph id="H3ECCF6C799424A3C8C40E4186DB039D8"><enum>(1)</enum><text display-

inline="yes-display-inline">The congressional intelligence committees.</text></paragraph>

<paragraph id="H985C35EE78D64C9D83F8AFD6C397777E"><enum>(2)</enum><text display-inline="yes-display-inline">The Committee on Armed Services and the Committee on Homeland Security and Governmental Affairs of the Senate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE10A3D1B1F7F4030B094D3A214885FB0"><enum>(3)</enum><text display-inline="yes-display-inline">The Committee on Armed Services, the Committee on Homeland Security, and the Committee on Oversight and Reform of the House of Representatives.</text></paragraph></subsection>

<subsection id="H029FE338E0BB461E8A1A7A53F0211538"><enum>(b)</enum><header>Requirement to establish</header><text>The Director of National Intelligence shall establish a Supply Chain and Counterintelligence Risk Management Task Force to standardize information sharing between the intelligence community and the acquisition community of the United States Government with respect to the supply chain and counterintelligence risks.</text></subsection>

<subsection id="H527CD45D105A4C62B38F82B00FD96052"><enum>(c)</enum><header>Members</header><text>The Supply Chain and Counterintelligence Risk Management Task Force established under subsection (b) shall be composed ofâ€"</text>

<paragraph id="H0F427B0A8F944558B2DF9E186AC64C0E"><enum>(1)</enum><text>a representative of the Defense Security Service of the Department of Defense;</text></paragraph>

<paragraph id="H5955D53729524C19B3EC1E9C0444E504"><enum>(2)</enum><text>a representative of the General Services Administration;</text></paragraph>

<paragraph id="HE701CE36D9EB4FBB8777D84D9276708E"><enum>(3)</enum><text>a representative of the Office of Federal Procurement Policy of the Office of Management and Budget;</text></paragraph>

<paragraph id="H253EE2EC72BD458AB70504638AF4C436"><enum>(4)</enum><text>a representative of the Department of Homeland Security;</text></paragraph>

<paragraph id="HCB856B26EDDB4D6CB96B44F68FCD9FFF"><enum>(5)</enum><text>a representative of the Federal Bureau of Investigation;</text></paragraph>

<paragraph id="HAD546855D1134FC9B646415972DD3DFF"><enum>(6)</enum><text display-inline="yes-display-inline">the Director of the National Counterintelligence and Security Center; and</text></paragraph>

<paragraph id="H3C2D392F9E9A42BEB42BF79844778290"><enum>(7)</enum><text>any other members the Director of National Intelligence determines appropriate.</text></paragraph></subsection>

<subsection id="H57C9666C260448D3943A5D94B82E94B9"><enum>(d)</enum><header>Security clearances</header><text display-inline="yes-display-inline">Each member of the Supply Chain and Counterintelligence Risk Management Task Force established under subsection (b) shall have a security clearance at the top secret level and be able to access sensitive compartmented information.</text></subsection>

<subsection id="H5E348964162E4A95819FF7F0F0330317"><enum>(e)</enum><header>Annual report</header><text>The Supply Chain and Counterintelligence Risk Management Task Force established under subsection (b) shall submit to the appropriate congressional committees an annual report that describes the activities of the Task Force during the previous year, including identification of the supply chain, cybersecurity, and counterintelligence risks shared with the acquisition community of the United States Government by the intelligence community.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H590C58D2167D4C52AAEBDC26D45EB18B" section-type="subsequent-section"><enum>6307.</enum><header display-inline="yes-display-inline">Consideration of adversarial telecommunications and cybersecurity infrastructure when sharing intelligence with foreign governments and entities</header><text display-inline="no-display-inline">Whenever the head of an element of the intelligence community enters into an intelligence-sharing agreement with a foreign government or any other foreign

entity, the head of the element shall consider the pervasiveness of telecommunications and cybersecurity infrastructure, equipment, and services provided by adversaries of the United States, particularly China and Russia, or entities of such adversaries in the country or region of the foreign government or other foreign entity entering into the agreement.</text></section>

<section id="HABF8136409004B5DBDBD70E987B4A892"><enum>6308.</enum><header>Cyber protection support for the personnel of the intelligence community in positions highly vulnerable to cyber attack</header>

<subsection id="H433E59F406C84A0489CE1E281CE67293"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="HCA94B1281DE4438BB0F61B8E9139FB1C"><enum>(1)</enum><header>Personal accounts</header><text>The term <term>personal accounts</term> means accounts for online and telecommunications services, including telephone, residential internet access, email, text and multimedia messaging, cloud computing, social media, health care, and financial services, used by personnel of the intelligence community outside of the scope of their employment with elements of the intelligence community.</text></paragraph>

<paragraph id="H877D9F32209D480C9F3B1F58549A14DD"><enum>(2)</enum><header>Personal technology devices</header><text>The term <term>personal technology devices</term> means technology devices used by personnel of the intelligence community outside of the scope of their employment with elements of the intelligence community, including networks to which such devices connect.</text></paragraph></subsection>

<subsection id="HE4DAAACC8D7447779A0ADBBFF931F984"><enum>(b)</enum><header>Authority To provide cyber protection support</header>

<paragraph id="H52AC8AB8714E4295983E78FBC1E95CF7"><enum>(1)</enum><header>In general</header><text>Subject to a determination by the Director of National Intelligence, the Director may provide cyber protection support for the personal technology devices and personal accounts of the personnel described in paragraph (2).</text></paragraph>

<paragraph id="H3D1791E222FC4F0286FBEA9A740A2D70"><enum>(2)</enum><header>At-risk personnel</header><text>The personnel described in this paragraph are personnel of the intelligence communityâ€"</text>

<subparagraph id="HF40755A7DD8E4E2DBA2E39098750A378"><enum>(A)</enum><text>who the Director determines to be highly vulnerable to cyber attacks and hostile information collection activities because of the positions occupied by such personnel in the intelligence community; and</text></subparagraph>

<subparagraph id="H81E1D5AAB7974A25A100A4CAC8A9409F"><enum>(B)</enum><text>whose personal technology devices or personal accounts are highly vulnerable to cyber attacks and hostile information collection activities.</text></subparagraph></paragraph></subsection>

<subsection id="H1C17054589A64A088A10870077DE0062"><enum>(c)</enum><header>Nature of cyber protection support</header><text>Subject to the availability of resources, the cyber protection support provided to personnel under subsection (b) may include training, advice, assistance, and other services relating to cyber attacks and hostile information collection activities.</text></subsection>

<subsection id="HA50BACE5DA9743B89E4C4D71002B5CCC"><enum>(d)</enum><header>Limitation on support</header><text>Nothing in this section shall be construedâ€"</text>

<paragraph id="H1B8C6C917381429FAAE3F5583D1426B6"><enum>(1)</enum><text>to encourage personnel of the intelligence community to use personal technology devices for official business; or</text></paragraph>

<paragraph id="HBE0607E687A5471B8142F11568278D29"><enum>(2)</enum><text>to authorize cyber protection support for senior intelligence community personnel using personal devices, networks, and personal accounts in an official capacity.</text></paragraph></subsection>

<subsection id="H8BEB23684A8F46A7B57884809F6DEE48"><enum>(e)</enum><header>Report</header><text>Not

later than 180 days after the date of the enactment of this Act, the Director shall
submit to the congressional intelligence committees a report on the provision of cyber
protection support under subsection (b). The report shall includeâ€"</text>

<paragraph id="HE7229968331B48A9A748F8599FB4A096"><enum>(1)</enum><text>a description
of the methodology used to make the determination under subsection (b)(2);
and</text></paragraph>

<paragraph id="HCBAC3F61B85944A2ABE6333D240231C4"><enum>(2)</enum><text>guidance for
the use of cyber protection support and tracking of support requests for personnel
receiving cyber protection support under subsection
(b).</text></paragraph></subsection></section>

<section id="H4756AEB503FB4497AD2076B7C2064305"><enum>6309.</enum><header>Elimination
of sunset of authority relating to management of supply-chain risk</header><text
display-inline="no-display-inline">Section 309 of the Intelligence Authorization Act
for Fiscal Year 2012 (Public Law 112â€"87; 50 U.S.C. 3329 note) is amended by striking
subsection (g).</text></section>

<section commented="no" display-inline="no-display-inline"
id="H4845C337EFD04DA282C8EA672405604A" section-type="subsequent-
section"><enum>6310.</enum><header display-inline="yes-display-inline">Limitations on
determinations regarding certain security classifications</header>

<subsection commented="no" display-inline="no-display-inline"
id="HBCCAB4A11D0847829B11990AB6AFAADF"><enum>(a)</enum><header>Prohibition</header><tex
t display-inline="yes-display-inline">An officer of an element of the intelligence
community who has been nominated by the President for a position that requires the
advice and consent of the Senate may not make a classification decision with respect to
information related to such officer's nomination.</text></subsection>

<subsection
id="HCB5A2755813A47B1A0588FC3D6F86603"><enum>(b)</enum><header>Classification
determinations</header>

<paragraph id="H6100B3D046C64068A4CFEAD8223AA9D6"><enum>(1)</enum><header>In
general</header><text>Except as provided in paragraph (2), in a case in which an
officer described in subsection (a) has been nominated as described in such subsection
and classification authority rests with the officer or another officer who reports
directly to such officer, a classification decision with respect to information
relating to the officer shall be made by the Director of National
Intelligence.</text></paragraph>

<paragraph id="HF7C44BA5F6384D199E609CF6FC48470A"><enum>(2)</enum><header>Nominations
of Director of National Intelligence</header><text>In a case described in paragraph (1)
in which the officer nominated is the Director of National Intelligence, the
classification decision shall be made by the Principal Deputy Director of National
Intelligence.</text></paragraph></subsection>

<subsection
id="HAF0CCA4B567C4149928AA6E2A170CD55"><enum>(c)</enum><header>Reports</header><text>Wh
enever the Director or the Principal Deputy Director makes a decision under subsection
(b), the Director or the Principal Deputy Director, as the case may be, shall submit to
the congressional intelligence committees a report detailing the reasons for the
decision.</text></subsection></section>

<section id="H696DD650FC7D487BBC8E1D50481A69CA"><enum>6311.</enum><header>Joint
Intelligence Community Council</header>

<subsection
id="HAFFEEA9C38604FCD879005BAD515DFC9"><enum>(a)</enum><header>Meetings</header><text>S
ection 101A(d) of the National Security Act of 1947 (50 U.S.C. 3022(d)) is
amendedâ€"</text>

<paragraph id="HBDC3B66479284807977B5DB931F7102D"><enum>(1)</enum><text>by striking
<quote>regular</quote>; and</text></paragraph>

<paragraph id="HCAC904BC92164B32972C54233CF5E0E3"><enum>(2)</enum><text>by inserting
<quote>as the Director considers appropriate</quote> after
<quote>Council</quote>.</text></paragraph></subsection>

<subsection id="H62ED69CB9E714CA18729EEBC1940D77F"><enum>(b)</enum><header>Report on function and utility of the Joint Intelligence Community Council</header>

<paragraph id="H4AB8A036AF2042B39A0481EFE39ABD59"><enum>(1)</enum><header>In general</header><text>No later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Executive Office of the President and members of the Joint Intelligence Community Council, shall submit to the congressional intelligence committees a report on the function and utility of the Joint Intelligence Community Council.</text></paragraph>

<paragraph id="HB36B95A0BF1B4121840084E1E2F7EAD3"><enum>(2)</enum><header>Contents</header><text>The report required by paragraph (1) shall include the following:</text>

<subparagraph id="H1C7F6906E8E44B1EB1DA6E49C6A4543E"><enum>(A)</enum><text>The number of physical or virtual meetings held by the Council per year since the Councilâ€™s inception.</text></subparagraph>

<subparagraph id="HFE67BBCB1CA24A38B5F0A080DBF47DB0"><enum>(B)</enum><text>A description of the effect and accomplishments of the Council.</text></subparagraph>

<subparagraph id="H3EB5F0937A06497095686475907A38C8"><enum>(C)</enum><text>An explanation of the unique role of the Council relative to other entities, including with respect to the National Security Council and the Executive Committee of the intelligence community.</text></subparagraph>

<subparagraph id="HE4D2CA17F58745D086CFDD5F94F48801"><enum>(D)</enum><text>Recommendations for the future role and operation of the Council.</text></subparagraph>

<subparagraph id="H59815701AC5642769DD18E6732A1620E"><enum>(E)</enum><text>Such other matters relating to the function and utility of the Council as the Director considers appropriate.</text></subparagraph></paragraph>

<paragraph id="HF4C5A5083B7648AA85A5E55C477525B7"><enum>(3)</enum><header>Form</header><text>The report submitted under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection></section>

<section id="H820B95A01F614C35B58CC8F7611E950B"><enum>6312.</enum><header>Intelligence community information technology environment</header>

<subsection id="HFE02E34974C440C78F8BD33A19AECC4D"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H7DAF2B8B346C4677912BE55C019FA322"><enum>(1)</enum><header>Core service</header><text>The term <term>core service</term> means a capability that is available to multiple elements of the intelligence community and required for consistent operation of the intelligence community information technology environment.</text></paragraph>

<paragraph id="HEB2BFB48C8DB419B92CDB5BA7EF892D4"><enum>(2)</enum><header>Intelligence community information technology environment</header><text>The term <term>intelligence community information technology environment</term> means all of the information technology services across the intelligence community, including the data sharing and protection environment across multiple classification domains.</text></paragraph></subsection>

<subsection id="H2A0B3BE7F32447F69D0D792FAD8EC3A6"><enum>(b)</enum><header>Roles and responsibilities</header>

<paragraph id="H3FCD24F5720C4B4AA20647F0B14A5207"><enum>(1)</enum><header>Director of National Intelligence</header><text display-inline="yes-display-inline">The Director of National Intelligence shall be responsible for coordinating the performance by elements of the intelligence community of the intelligence community information technology environment, including each of the following:</text>

<subparagraph id="H5B9E414C9B1E4075A2585EFC9E2638DF"><enum>(A)</enum><text>Ensuring compliance with all applicable environment rules and regulations of such environment.</text></subparagraph>

<subparagraph id="H6D5B9612BAE7441E8081CB7FFBB93F3A"><enum>(B)</enum><text>Ensuring measurable performance goals exist for such environment.</text></subparagraph>

<subparagraph id="H8D5793756AC34D65A3959B1399739B48"><enum>(C)</enum><text>Documenting standards and practices of such environment.</text></subparagraph>

<subparagraph id="H79ADA6F474E24146BED40AC8DDF54C37"><enum>(D)</enum><text>Acting as an arbiter among elements of the intelligence community related to any disagreements arising out of the implementation of such environment.</text></subparagraph>

<subparagraph id="HD59B365DB993409F8CF5125B9AC700B1"><enum>(E)</enum><text>Delegating responsibilities to the elements of the intelligence community and carrying out such other responsibilities as are necessary for the effective implementation of such environment.</text></subparagraph></paragraph>

<paragraph id="H26C6B680269448E3AACA064908963A81"><enum>(2)</enum><header>Core service providers</header><text>Providers of core services shall be responsible forâ€"</text>

<subparagraph id="HDA4F45568ADC4CBEB8C1EC7084F99CC7"><enum>(A)</enum><text>providing core services, in coordination with the Director of National Intelligence; and</text></subparagraph>

<subparagraph id="H98A9B84F9FBF4CCD900586EC6418BF3E"><enum>(B)</enum><text>providing the Director with information requested and required to fulfill the responsibilities of the Director under paragraph (1).</text></subparagraph></paragraph>

<paragraph id="H09EB47E73D1C43B2A9516FEB636016B6"><enum>(3)</enum><header>Use of core services</header>

<subparagraph id="HB14BC00C511E4369A084284CFCC06C53"><enum>(A)</enum><header>In general</header><text>Except as provided in subparagraph (B), each element of the intelligence community shall use core services when such services are available.</text></subparagraph>

<subparagraph id="H39D2B3E982E443B989C3AB4F8B01FA46"><enum>(B)</enum><header>Exception</header><text> The Director of National Intelligence may provide for a written exception to the requirement under subparagraph (A) if the Director determines there is a compelling financial or mission need for such exception.</text></subparagraph></paragraph></subsection>

<subsection id="H3EC047FFD6F94E338B264B526518C51C"><enum>(c)</enum><header>Management accountability</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall designate and maintain one or more accountable executives of the intelligence community information technology environment to be responsible forâ€"</text>

<paragraph id="H7B1933B1A9CC43738B8094B99C4F301B"><enum>(1)</enum><text>management, financial control, and integration of such environment;</text></paragraph>

<paragraph id="HC525DA5491794070ADFE2DD55EADD5DC"><enum>(2)</enum><text>overseeing the performance of each core service, including establishing measurable service requirements and schedules;</text></paragraph>

<paragraph id="HD1AEB19C0BB647FE8C7E674471CEBF7A"><enum>(3)</enum><text display-inline="yes-display-inline">to the degree feasible, ensuring testing of each core service of such environment, including testing by the intended users, to evaluate performance against measurable service requirements and to ensure the capability meets user requirements; and</text></paragraph>

<paragraph id="H13F1104146D743CE9F0E759F8B564268"><enum>(4)</enum><text>coordinate transition or restructuring efforts of such environment, including phaseout of legacy systems.</text></paragraph></subsection>

<subsection id="H18692BCF3C36499A865264E3EC2C403B"><enum>(d)</enum><header>Security plan</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall develop and maintain a security plan for the intelligence community information technology environment.</text></subsection>

<subsection id="H1AD624DD3B34467C9516542EBBC2C0B0"><enum>(e)</enum><header>Long-Term roadmap</header><text>Not later than 180 days after the date of the enactment of this Act, and during each of the second and fourth fiscal quarters thereafter, the Director

of National Intelligence shall submit to the congressional intelligence committees a long-term roadmap that shall include each of the following:</text>

<paragraph id="H4377AF4D4CAB4733BA36C6F174B5CED0"><enum>(1)</enum><text>A description of the minimum required and desired core service requirements, includingâ€"</text>

<subparagraph id="H908FD41158644FBD9B5D5FF7B215B20D"><enum>(A)</enum><text>key performance parameters; and</text></subparagraph>

<subparagraph id="HECD99CDFE8AE4A3098B411138348CA39"><enum>(B)</enum><text>an assessment of current, measured performance.</text></subparagraph></paragraph>

<paragraph id="H5BF64AEBDECC454E9205C70000EDD81F"><enum>(2)</enum><text>Implementation milestones for the intelligence community information technology environment, including each of the following:</text>

<subparagraph id="H549E757C950B41F9B76D4697F588E106"><enum>(A)</enum><text>A schedule for expected deliveries of core service capabilities during each of the following phases:</text>

<clause id="H349B151EAB74476B97CA4910F036DDC4"><enum>(i)</enum><text>Concept refinement and technology maturity demonstration.</text></clause>

<clause id="HBE2AC30B24624EDB8D10B82D4F638D16"><enum>(ii)</enum><text>Development, integration, and demonstration.</text></clause>

<clause id="H886CEC2751CB408B9CCE051627727E6F"><enum>(iii)</enum><text>Production, deployment, and sustainment.</text></clause>

<clause id="HAD906F4BB2B74EEA87F82FEB781601F8"><enum>(iv)</enum><text>System retirement.</text></clause></subparagraph>

<subparagraph id="H75CAB927BA6A4CA598D18D01CE50BCAE"><enum>(B)</enum><text>Dependencies of such core service capabilities.</text></subparagraph>

<subparagraph id="HC974E3207FC24C1FB92030E1E621685E"><enum>(C)</enum><text>Plans for the transition or restructuring necessary to incorporate core service capabilities.</text></subparagraph>

<subparagraph id="HDB4776C62AC148658FCFE55DDCD2DCFF"><enum>(D)</enum><text>A description of any legacy systems and discontinued capabilities to be phased out.</text></subparagraph></paragraph>

<paragraph id="H4B6159DA94F04CBF951E4605E70D1592"><enum>(3)</enum><text>Such other matters as the Director determines appropriate.</text></paragraph></subsection>

<subsection id="H3CE58C7854E54BF695C3BE9ABDCD5700"><enum>(f)</enum><header>Business plan</header><text>Not later than 180 days after the date of the enactment of this Act, and during each of the second and fourth fiscal quarters thereafter, the Director of National Intelligence shall submit to the congressional intelligence committees a business plan that includes each of the following:</text>

<paragraph id="H6025B19D3B844DBB843A7030F7C034D0"><enum>(1)</enum><text>A systematic approach to identify core service funding requests for the intelligence community information technology environment within the proposed budget, including multiyear plans to implement the long-term roadmap required by subsection (e).</text></paragraph>

<paragraph id="HA704CADD827D49DFB1B212453967BD1A"><enum>(2)</enum><text>A uniform approach by which each element of the intelligence community shall identify the cost of legacy information technology or alternative capabilities where services of the intelligence community information technology environment will also be available.</text></paragraph>

<paragraph id="H7E44B2B2A42E416D9716A956D8BA0D59"><enum>(3)</enum><text>A uniform effort by which each element of the intelligence community shall identify transition and restructuring costs for new, existing, and retiring services of the intelligence community information technology environment, as well as services of such environment that have changed designations as a core service.</text></paragraph></subsection>

<subsection id="HCFEB497B8DAA4497935172F4A69F5683"><enum>(g)</enum><header>Quarterly presentations</header><text>Beginning not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall provide to the

congressional intelligence committees quarterly updates regarding ongoing implementation of the intelligence community information technology environment as compared to the requirements in the most recently submitted security plan required by subsection (d), long-term roadmap required by subsection (e), and business plan required by subsection (f).</text></subsection>

<subsection id="HDBFA108429DA44AAAF57003FDF9B5D2F"><enum>(h)</enum><header>Additional notifications</header><text>The Director of National Intelligence shall provide timely notification to the congressional intelligence committees regarding any policy changes related to or affecting the intelligence community information technology environment, new initiatives or strategies related to or impacting such environment, and changes or deficiencies in the execution of the security plan required by subsection (d), long-term roadmap required by subsection (e), and business plan required by subsection (f).</text></subsection>

<subsection id="H7947571DA53D4486BBD595958E7D31E5"><enum>(i)</enum><header>Sunset</header><text>The section shall have no effect on or after September 30, 2024.</text></subsection></section>

<section id="H31993E77858341C18A812DA20964B990"><enum>6313.</enum><header>Report on development of secure mobile voice solution for intelligence community</header>

<subsection id="H94C33A1590204A19B905B99DBB95EEFD"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Director of the Central Intelligence Agency and the Director of the National Security Agency, shall submit to the congressional intelligence committees a classified report on the feasibility, desirability, cost, and required schedule associated with the implementation of a secure mobile voice solution for the intelligence community.</text></subsection>

<subsection id="HFD7B0628C50740929BC7B06398EF6FAA"><enum>(b)</enum><header>Contents</header><text display-inline="yes-display-inline">The report required by subsection (a) shall include, at a minimum, the following:</text>

<paragraph id="H662EC890A3C84A2188CF1181B8607AC4"><enum>(1)</enum><text display-inline="yes-display-inline">The benefits and disadvantages of a secure mobile voice solution.</text></paragraph>

<paragraph id="HC9C93F00A1584E4A845E128A91245C67"><enum>(2)</enum><text display-inline="yes-display-inline">Whether the intelligence community could leverage commercially available technology for classified voice communications that operates on commercial mobile networks in a secure manner and identifying the accompanying security risks to such networks.</text></paragraph>

<paragraph id="HE9717567F1BE41F78349C26CCFCE1690"><enum>(3)</enum><text display-inline="yes-display-inline">A description of any policies or community guidance that would be necessary to govern the potential solution, such as a process for determining the appropriate use of a secure mobile telephone and any limitations associated with such use.</text></paragraph></subsection></section>

<section id="HBFEF307F60624071A6604E4E30D175FC"><enum>6314.</enum><header>Policy on minimum insider threat standards</header>

<subsection id="HC7B5A345ECDD488CAFD4DB2F49D6826B"><enum>(a)</enum><header>Policy required</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence shall establish a policy for minimum insider threat standards that is consistent with the National Insider Threat Policy and Minimum Standards for Executive Branch Insider Threat Programs.</text></subsection>

<subsection id="HE76AE20196C646F2AD067D973C3DD94D"><enum>(b)</enum><header>Implementation</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the head of each element of the intelligence community shall implement the policy established under subsection (a).</text></subsection></section>

<section id="H575DD635B3DE43BEBBF6E5A31B5857B5"><enum>6315.</enum><header>Submission of

intelligence community policies</header>

<subsection commented="no" display-inline="no-display-inline" id="HC1D882A8F1954FC79A732ECF27D77918"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5F2DE1ED6F69476D8E41571A28762AB3"><enum>(1)</enum><header>Electronic repository</header><text display-inline="yes-display-inline">The term <term>electronic repository</term> means the electronic distribution mechanism, in use as of the date of the enactment of this Act, or any successor electronic distribution mechanism, by which the Director of National Intelligence submits to the congressional intelligence committees information.</text></paragraph>

<paragraph id="H2080C296DF6D4C86A6481BA0A297C2E3"><enum>(2)</enum><header>Policy</header><text>The term <term>policy</term>, with respect to the intelligence community, includes unclassified or classifiedâ€"</text>

<subparagraph id="HF684571C6C964F16B8C36DFCF43ABB89"><enum>(A)</enum><text>directives, policy guidance, and policy memoranda of the intelligence community;</text></subparagraph>

<subparagraph id="H9590D87A48A04513AB81A3A14B2E5208"><enum>(B)</enum><text>executive correspondence of the Director of National Intelligence; and</text></subparagraph>

<subparagraph id="H6330EAC359494912B78DAE47016646B9"><enum>(C)</enum><text>any equivalent successor policy instruments.</text></subparagraph></paragraph></subsection>

<subsection id="H0896800A51794383BE96549CE2107D6C"><enum>(b)</enum><header>Submission of policies</header>

<paragraph id="H06E742B236CD42AFB02DE2156D40970E"><enum>(1)</enum><header>Current policy</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees using the electronic repository all nonpublicly available policies issued by the Director of National Intelligence for the intelligence community that are in effect as of the date of the submission.</text></paragraph>

<paragraph id="HC2102728A70443C982638068BBDBCD36"><enum>(2)</enum><header>Continuous updates</header><text display-inline="yes-display-inline">Not later than 15 days after the date on which the Director of National Intelligence issues, modifies, or rescinds a policy of the intelligence community, the Director shallâ€"</text>

<subparagraph id="H4592A43FCDE848848E7838B167B06A69"><enum>(A)</enum><text>notify the congressional intelligence committees of such addition, modification, or removal; and</text></subparagraph>

<subparagraph id="H3E7D7AA606384BBEB7A216562A59298F"><enum>(B)</enum><text display-inline="yes-display-inline">update the electronic repository with respect to such addition, modification, or removal.</text></subparagraph></paragraph></subsection></section>

<section id="H283D7581DDF547EEAF7F525857C27E0D"><enum>6316.</enum><header>Expansion of intelligence community recruitment efforts</header><text display-inline="no-display-inline">In order to further increase the diversity of the intelligence community workforce, not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with heads of elements of the Intelligence Community, shall create, implement, and submit to the congressional intelligence committees a written plan to ensure that rural and underrepresented regions are more fully and consistently represented in such elementsâ€™ employment recruitment efforts. Upon receipt of the plan, the congressional committees shall have 60 days to submit comments to the Director of National Intelligence before such plan shall be implemented.</text></section></title>

<title id="H26DF4719F12C4F2B886337305E480D08"><enum>LXIV</enum><header>Matters relating to elements of the intelligence community</header>

<subtitle id="H27A0504866A7439AB65810978679FAE4"><enum>A</enum><header>Office of the Director of National Intelligence</header>

<section id="HCD1E23FB5A56436EBCCD712DAF73F0C1"><enum>6401.</enum><header>Authority for protection of current and former employees of the Office of the Director of National Intelligence</header><text display-inline="no-display-inline">Section 5(a)(4) of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3506(a)(4)) is amended by striking <quote>such personnel of the Office of the Director of National Intelligence as the Director of National Intelligence may designate;</quote> and inserting <quote>current and former personnel of the Office of the Director of National Intelligence and their immediate families as the Director of National Intelligence may designate;</quote>.</text></section>

<section id="HBDE6C9D2FEEF4E649253B900B74F3038"><enum>6402.</enum><header>Designation of the program manager-information-sharing environment</header>

<subsection id="HAB724770DB0346378463102809755 3A2"><enum>(a)</enum><header>Information-sharing environment</header><text>Section 1016(b) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485(b)) is amendedâ€"</text>

<paragraph id="HEE638774FBDA4446906A8D8CFF3C6AED"><enum>(1)</enum><text>in paragraph (1), by striking <quote>President</quote> and inserting <quote>Director of National Intelligence</quote>; and</text></paragraph>

<paragraph id="HC7714CEDEFCD4D59836A2D1BF1CCF9C1"><enum>(2)</enum><text>in paragraph (2), by striking <quote>President</quote> both places that term appears and inserting <quote>Director of National Intelligence</quote>.</text></paragraph></subsection>

<subsection id="H8A3EBB8A295342ECA863FDAEBD60A249"><enum>(b)</enum><header>Program manager</header><text>Section 1016(f)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004 (6 U.S.C. 485(f)(1)) is amended by striking <quote>The individual designated as the program manager shall serve as program manager until removed from service or replaced by the President (at the President's sole discretion).</quote> and inserting <quote>Beginning on the date of the enactment of the Damon Paul Nelson and Matthew Young Pollard Intelligence Authorization Act for Fiscal Years 2018, 2019 and 2020, each individual designated as the program manager shall be appointed by the Director of National Intelligence.</quote>.</text></subsection></section>

<section id="H243BD1383A8749B0BCA1F17B5909D330"><enum>6403.</enum><header>Technical modification to the executive schedule</header><text display-inline="no-display-inline">Section 5315 of title 5, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HAA7DA849B59747678A8314B3D805E7D6" style="OLC"><list level="section"><list-item>Director of the National Counterintelligence and Security Center.</list-item></list><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section id="H40A23CD9E28B4BDAA83121619C878EDB"><enum>6404.</enum><header>Chief Financial Officer of the Intelligence Community</header><text display-inline="no-display-inline">Section 103I(a) of the National Security Act of 1947 (50 U.S.C. 3034(a)) is amended by adding at the end the following new sentence: <quote>The Chief Financial Officer shall report directly to the Director of National Intelligence.</quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="H7EECC9BE3DC5407B95E457D134868783"><enum>6405.</enum><header>Chief Information Officer of the Intelligence Community</header><text display-inline="no-display-inline">Section 103G(a) of the National Security Act of 1947 (50 U.S.C. 3032(a)) is amended by adding at the end the following new sentence: <quote>The Chief Information Officer shall report directly to the Director of National Intelligence.</quote>.</text></section></subtitle>

<subtitle id="HF23AEC065B7243E39B5F17BFD901BDC5"><enum>B</enum><header>Central Intelligence Agency</header>

<section id="HC062FC4B69B243ADA4063B125B2C45A1"><enum>6411.</enum><header>Central Intelligence Agency subsistence for personnel assigned to austere locations</header><text display-inline="no-display-inline">Subsection (a) of section 5 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3506) is amendedâ€"</text>

<paragraph id="H83BE07C6A9CC45FDA259C6CA5D2737E0"><enum>(1)</enum><text display-

inline="yes-display-inline">in paragraph (1), by striking <quote>(50 U.S.C. 403â€"4a).,</quote> and inserting <quote>(50 U.S.C. 403â€"4a),</quote>;</text></paragraph>

<paragraph id="H993ACCD1D07D46C29B33F86D754D3C9C"><enum>(2)</enum><text>in paragraph (6), by striking <quote>and</quote> at the end;</text></paragraph>

<paragraph id="HE1C6465E427649A4B7B83904C638A5E8"><enum>(3)</enum><text>in paragraph (7), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph id="HA9D5B51F9B424A9691DE7B1DD136C7DA"><enum>(4)</enum><text>by adding at the end the following new paragraph:</text>

<quoted-block display-inline="no-display-inline" id="H482475A5C48B4904BDD0BF06D6E496F2" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H5A209ED727294161BC078FE962EEEB24"><enum>(8)</enum><text display-inline="yes-display-inline">Upon the approval of the Director, provide, during any fiscal year, with or without reimbursement, subsistence to any personnel assigned to an overseas location designated by the Agency as an austere location.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HB2B451D4663D4427BC8EA30695F05647" commented="no"><enum>6412.</enum><header>Special rules for certain monthly workersâ€™ compensation payments and other payments for Central Intelligence Agency personnel</header>

<subsection id="H20ECDC05074645C0BC70E4BC2361B37B" commented="no"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Central Intelligence Agency Act of 1949 (50 U.S.C. 3501 et seq.) is amended by inserting after section 19 the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H06BAF953012B4836B54DB4248A13392D" style="OLC">

<section commented="no" id="HB2A20428197A42A8B8D786DAA22C6650"><enum>19A.</enum><header>Special rules for certain individuals injured by reason of war, insurgency, hostile act, terrorist activities, or incidents designated by the Director</header>

<subsection commented="no" id="HA2D941E6C7E44BB4AF29EBF7095074CE"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H475981789F604CADA09B393FD188A775" commented="no"><enum>(1)</enum><header>Covered dependent</header><text>The term <term>covered dependent</term> means a family member (as defined by the Director) of a covered employee who, on or after September 11, 2001â€"</text>

<subparagraph id="H4020E04F8EF246CA815C947DB19E1C8B" commented="no"><enum>(A)</enum><text>accompanies the covered employee to an assigned duty station in a foreign country; and</text></subparagraph>

<subparagraph id="H7C07FC26550241E09903F1A935D4C8D8" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">becomes injured by reason of a qualifying injury.</text></subparagraph></paragraph>

<paragraph id="HEF3C3E63748F4D1BAA5D3505E66FA051" commented="no"><enum>(2)</enum><header>Covered employee</header><text>The term <term>covered employee</term> means an officer or employee of the Central Intelligence Agency who, on or after September 11, 2001, becomes injured by reason of a qualifying injury.</text></paragraph>

<paragraph id="HDC69F521FE0842A6902315B4323BE7EC" commented="no"><enum>(3)</enum><header>Covered individual</header><text display-inline="yes-display-inline">The term <term>covered individual</term> means an individual whoâ€"</text>

<subparagraph id="H1CE07303DA5841ECAA9D7E4801BFC4E3" commented="no"><enum>(A)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HCA7823B475B74863A78F2941E1D78A57"><enum>(i)</enum><text display-inline="yes-display-inline">is detailed to the Central Intelligence Agency from other agencies of the United States Government or from the Armed Forces; or</text></clause>

<clause id="HE31E8F36733D47249555A72C175AA331" indent="up1" commented="no"><enum>(ii)</enum><text display-inline="yes-display-inline">is affiliated with the Central Intelligence Agency, as determined by the Director; and</text></clause></subparagraph>

<subparagraph id="HBC8E417EE570453EA5F622517EF605E2" commented="no"><enum>(B)</enum><text>who, on or after September 11, 2001, becomes injured by reason of a qualifying injury.</text></subparagraph></paragraph>

<paragraph commented="no" id="HF39AAE8AE9014D0FBA395632295E5E42"><enum>(4)</enum><header>Qualifying injury</header><text display-inline="yes-display-inline">The term <term>qualifying injury</term> means the following:</text>

<subparagraph id="H371EA658C475403AB025C014E610F100" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">With respect to a covered dependent, an injury incurredâ€"</text>

<clause id="HC786F78AEC604E828F15A5FB98F00C54" commented="no"><enum>(i)</enum><text display-inline="yes-display-inline">during a period in which the covered dependent is accompanying the covered employee to an assigned duty station in a foreign country;</text></clause>

<clause id="H9DB3EE3B62C6400E83B607B397FD392A" commented="no"><enum>(ii)</enum><text display-inline="yes-display-inline">in connection with war, insurgency, hostile act, terrorist activity, or an incident designated for purposes of this section by the Director; and</text></clause>

<clause id="H205014B6E42744A0BBCC052506B8FC10" commented="no"><enum>(iii)</enum><text display-inline="yes-display-inline">that was not the result of the willful misconduct of the covered dependent.</text></clause></subparagraph>

<subparagraph id="H9D11B2F9331B41BA8B6A3DF7E2D37561" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">With respect to a covered employee or a covered individualâ€"</text>

<clause id="H9C4FEB0F93F643CAB56283EE6EE1DDA2" commented="no"><enum>(i)</enum><text>an injury incurredâ€"</text>

<subclause id="H91C96ACA50CA4E09B65936EC38CAFBD8" commented="no"><enum>(I)</enum><text display-inline="yes-display-inline">during a period of assignment to a duty station in a foreign country; </text></subclause>

<subclause id="H71A9D18B029B45AB9C7B51997C24CA97" commented="no"><enum>(II)</enum><text display-inline="yes-display-inline">in connection with war, insurgency, hostile act, or terrorist activity; and</text></subclause>

<subclause id="HB647659E55DF4F9F8E63B2389DEF1700" commented="no"><enum>(III)</enum><text display-inline="yes-display-inline">that was not the result of the willful misconduct of the covered employee or the covered individual; or</text></subclause></clause>

<clause id="HB2931A50AD5F42B0BFF4F2F3D2FB06A7" commented="no"><enum>(ii)</enum><text>an injury incurredâ€"</text>

<subclause id="H3FDAEE629885492CA783ADEE4BE22D8B" commented="no"><enum>(I)</enum><text>in connection with an incident designated for purposes of this section by the Director; and</text></subclause>

<subclause id="H2698854B4012421BAD90E245306DD845" commented="no"><enum>(II)</enum><text display-inline="yes-display-inline">that was not the result of the willful misconduct of the covered employee or the covered individual.</text></subclause></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBD3B81F97EA54FCAAEDF82E5C22C049A"><enum>(b)</enum><header>Adjustment of compensation for certain injuries</header>

<paragraph commented="no" display-inline="no-display-inline" id="H5B3EB66EB99D41CF9EFEC25CA00E90E0"><enum>(1)</enum><header>Increase</header><text display-inline="yes-display-inline">The Director may increase the amount of monthly compensation paid to a covered employee under section 8105 of title 5, United States Code. Subject to paragraph (2), the Director may determine the amount of each such increase by taking into accountâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H76E32D54E99142F78245BC6FF37F4046"><enum>(A)</enum><text>the severity of the qualifying injury;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBD5EC97649E34CE997C2114DE95FD4BF"><enum>(B)</enum><text display-inline="yes-display-inline">the circumstances by which the covered employee became injured; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBF43FB3F774A441B93D932B60746B68B"><enum>(C)</enum><text display-inline="yes-display-inline">the seniority of the covered employee.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1F8E1C52878A4FB08A7616D6C7136D29"><enum>(2)</enum><header>Maximum</header><text display-inline="yes-display-inline">Notwithstanding chapter 81 of title 5, United States Code, the total amount of monthly compensation increased under paragraph (1) may not exceed the monthly pay of the maximum rate of basic pay for GSâ€"15 of the General Schedule under section 5332 of such title.</text></paragraph></subsection>

<subsection id="H052508F702E3433F919BC77F314316FD" commented="no"><enum>(c)</enum><header>Costs for treating qualifying injuries</header><text display-inline="yes-display-inline">The Director may pay the costs of treating a qualifying injury of a covered employee, a covered individual, or a covered dependent, or may reimburse a covered employee, a covered individual, or a covered dependent for such costs, that are not otherwise covered by chapter 81 of title 5, United States Code, or other provision of Federal law.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H84691FB008704443AFE093CC936C5B2B" commented="no"><enum>(b)</enum><header>Regulations</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Director of the Central Intelligence Agency shallâ€"</text>

<paragraph id="HFBEFF1232B45456FB2556E9D1ED3AF28" commented="no"><enum>(1)</enum><text>prescribe regulations ensuring the fair and equitable implementation of section 19A of the Central Intelligence Agency Act of 1949, as added by subsection (a); and</text></paragraph>

<paragraph id="HFD4DFE4308CF46C2887EEF599569E593" commented="no"><enum>(2)</enum><text>submit to the congressional intelligence committees such regulations.</text></paragraph></subsection>

<subsection id="HB556419576F54DBF829D3583186229A0" commented="no"><enum>(c)</enum><header>Application</header><text display-inline="yes-display-inline">Section 19A of the Central Intelligence Agency Act of 1949, as added by subsection (a), shall apply with respect toâ€"</text>

<paragraph id="HD7AADAD16EE44C819A19E286308D92DA" commented="no"><enum>(1)</enum><text display-inline="yes-display-inline">payments made to covered employees (as defined in such section) under section 8105 of title 5, United States Code, beginning on or after the date of the enactment of this Act; and</text></paragraph>

<paragraph id="H9AF48003E6EA475FAED056DB807BD136" commented="no"><enum>(2)</enum><text>treatment described in subsection (b) of such section 19A occurring on or after the date of the enactment of this Act.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HF7D8C4A752F842DD8DF8C3CD48430A90" section-type="subsequent-section"><enum>6413.</enum><header display-inline="yes-display-inline">Expansion of

security protective service jurisdiction of the Central Intelligence Agency</header><text display-inline="no-display-inline">Subsection (a)(1) of section 15 of the Central Intelligence Agency Act of 1949 (50 U.S.C. 3515(a)(1)) is amendedâ€"</text>

<paragraph id="H09365C2839344F649D5898A8C4F0273F" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (B), by striking <quote>500 feet;</quote> and inserting <quote>500 yards;</quote>; and</text></paragraph>

<paragraph id="H12E985E682784C68B0568D9A12208262" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">in subparagraph (D), by striking <quote>500 feet.</quote> and inserting <quote>500 yards.</quote>.</text></paragraph></section>

<section id="H3246620099BC4EF0BD48AC63E4FC611D"><enum>6414.</enum><header>Repeal of foreign language proficiency requirement for certain senior level positions in the Central Intelligence Agency</header>

<subsection id="H8D15BF3DA5324DD7BAC1470CB853B9EF"><enum>(a)</enum><header>Repeal of foreign language proficiency requirement</header><text>Section 104A of the National Security Act of 1947 (50 U.S.C. 3036) is amended by striking subsection (g).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD5414EFB13A14727B41B4F725D2BC63D"><enum>(b)</enum><header>Conforming repeal of report requirement</header><text display-inline="yes-display-inline">Section 611 of the Intelligence Authorization Act for Fiscal Year 2005 (Public Law 108â€"487) is amended by striking subsection (c).</text></subsection></section></subtitle>

<subtitle id="H1D3DE17AEF3D497C82CDED6AA4217F42"><enum>C</enum><header>Office of Intelligence and Counterintelligence of Department of Energy</header>

<section id="H6C1C0689CDA147C68309CAFFD73F499F"><enum>6421.</enum><header>Consolidation of Department of Energy Offices of Intelligence and Counterintelligence</header>

<subsection id="HAE3A7BDDA61D4650B196382B1F61D75C"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Section 215 of the Department of Energy Organization Act (42 U.S.C. 7144b) is amended to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H4778287AD70E4790A0E8523EDA151438" style="traditional">

<section id="H21C7748453D34678B95C2C79EB17A59E"><enum>215.</enum><header>Office of Intelligence and Counterintelligence</header>

<subsection commented="no" display-inline="yes-display-inline" id="H2CC1618E161E45F79C681230BE5653BF"><enum>(a)</enum><header>Definitions</header><text>In this section, the terms <term>intelligence community</term> and <term>National Intelligence Program</term> have the meanings given such terms in section 3 of the National Security Act of 1947 (50 U.S.C. 3003).</text></subsection>

<subsection id="H6F49A23458DE4C5D929628E6255E203A"><enum>(b)</enum><header>In general</header><text display-inline="yes-display-inline">There is in the Department an Office of Intelligence and Counterintelligence. Such office shall be under the National Intelligence Program.</text></subsection>

<subsection id="H9F4E4F8FAF59437AADCF92E75C125BED"><enum>(c)</enum><header>Director</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HE12F45E7D4E14EE1B62025DBAE01CEC1"><enum>(1)</enum><text display-inline="yes-display-inline">The head of the Office shall be the Director of the Office of Intelligence and Counterintelligence, who shall be an employee in the Senior Executive Service, the Senior Intelligence Service, the Senior National Intelligence Service, or any other Service that the Secretary, in coordination with the Director of National Intelligence, considers appropriate. The Director of the Office shall report directly to the Secretary.</text></paragraph>

<paragraph id="HC9902448C9384EAEBFAD02C040A9ED7F" indent="up1"><enum>(2)</enum><text>The Secretary shall select an individual to serve as

the Director from among individuals who have substantial expertise in matters relating to the intelligence community, including foreign intelligence and counterintelligence.</text></paragraph></subsection>

<subsection id="HE22DBC9769A64E2FBD02FBC94C9ABA0B"><enum>(d)</enum><header>Duties</header>

<paragraph commented="no" display-inline="yes-display-inline" id="HE488C529EC6F4AB0BA227BDFA950AF0E"><enum>(1)</enum><text display-inline="yes-display-inline">Subject to the authority, direction, and control of the Secretary, the Director shall perform such duties and exercise such powers as the Secretary may prescribe.</text></paragraph>

<paragraph id="H374A218E299D4A46B05816574FC133E3" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">The Director shall be responsible for establishing policy for intelligence and counterintelligence programs and activities at the Department.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H6A390B89B52B41F3BBD17E073CCB4F1A"><enum>(b)</enum><header>Conforming repeal</header><text display-inline="yes-display-inline">Section 216 of the Department of Energy Organization Act (42 U.S.C. 7144c) is hereby repealed.</text></subsection>

<subsection id="H620AA6F3C3E249CB9D07E2E1FAF33F3D"><enum>(c)</enum><header>Clerical amendment</header><text>The table of contents at the beginning of the Department of Energy Organization Act is amended by striking the items relating to sections 215 and 216 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H446A41ADDBE947EF9D27DC19BE27E5E2" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 215. Office of Intelligence and Counterintelligence.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H58979EEB87654020ACA5C6B4E04CD4E0"><enum>6422.</enum><header>Repeal of Department of Energy Intelligence Executive Committee and budget reporting requirement</header><text display-inline="no-display-inline">Section 214 of the Department of Energy Organization Act (42 U.S.C. 7144a) is amendedâ€"</text>

<paragraph id="H3179D634CEC140F2BB30B9AEC8AF69F3"><enum>(1)</enum><text>by striking <quote>(a)</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDD55BFA9452D4D208DD5DF60BA69CCC2"><enum>(2)</enum><text>by striking subsections (b) and (c).</text></paragraph></section></subtitle>

<subtitle id="H2F150296565C41859B66306616C931DE"><enum>D</enum><header>Other elements</header>

<section id="H04B1226426A64152831C23DBBCDCC5A3"><enum>6431.</enum><header>Plan for designation of counterintelligence component of Defense Security Service as an element of intelligence community</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence and Under Secretary of Defense for Intelligence, in coordination with the Director of the National Counterintelligence and Security Center, shall submit to the congressional intelligence committees, the Committee on Armed Services of the Senate, and the Committee on Armed Services of the House of Representatives a plan to designate the counterintelligence component of the Defense Security Service of the Department of Defense as an element of the intelligence community by not later than January 1, 2021. Such plan shallâ€"</text>

<paragraph id="H3771CFF18155471D80A0C1F411F492A0"><enum>(1)</enum><text>address the implications of such designation on the authorities, governance, personnel, resources, information technology, collection, analytic products, information sharing, and business processes of the Defense Security Service and the intelligence community; and</text></paragraph>

<paragraph id="HBBD7A2A00F404BB2A5B973A9DE0DEEEF"><enum>(2)</enum><text display-

inline="yes-display-inline">not address the personnel security functions of the Defense Security Service.</text></paragraph></section>

<section id="H421C8ECF43AC400E95340F329225DA42"><enum>6432.</enum><header>Notice not required for private entities</header><text display-inline="no-display-inline">Section 3553 of title 44, United States Code, is amendedâ€"</text>

<paragraph id="H4EF13A7157E5424485E2A68D7D8E86FC"><enum>(1)</enum><text>by redesignating subsection (j) as subsection (k); and</text></paragraph>

<paragraph id="H4AF0525866264184996 84C467ED17D1D"><enum>(2)</enum><text>by inserting after subsection (i) the following:</text>

<quoted-block display-inline="no-display-inline" id="HC53713DC225640F3B37001C449DAA6A0" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="HF056D9E9BB8A436FA0A31D6B1FC934D1"><enum>(j)</enum><header>Rule of construction</header><text>Nothing in this section shall be construed to require the Secretary to provide notice to any private entity before the Secretary issues a binding operational directive under subsection (b)(2).</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section id="HF1C9404EBBF646BAB2421362B42BADC0"><enum>6433.</enum><header>Establishment of advisory board for National Reconnaissance Office</header>

<subsection id="H9BE5953EFCDC4ECF8B329A306392DA65"><enum>(a)</enum><header>Establishment</header><text display-inline="yes-display-inline">Section 106A of the National Security Act of 1947 (50 U.S.C. 3041a) is amended by adding at the end the following new subsection:</text>

<quoted-block display-inline="no-display-inline" id="H2C873181C3F245D1821466D1CF853346" style="OLC">

<subsection id="HE1174D69951B43C1874D7A0997D8DA7C"><enum>(d)</enum><header>Advisory board</header>

<paragraph id="H597EF3EF915B45629B676E13C1CAD538"><enum>(1)</enum><header>Establishment</header><text display-inline="yes-display-inline">There is established in the National Reconnaissance Office an advisory board (in this section referred to as the <quote>Board</quote>).</text></paragraph>

<paragraph id="HF49ADED494694BCE80BA1C3DD08ED900"><enum>(2)</enum><header>Duties</header><text>The Board shallâ€"</text>

<subparagraph id="H79068394999F4DF6877A931635AD4DC1"><enum>(A)</enum><text display-inline="yes-display-inline">study matters relating to the mission of the National Reconnaissance Office, including with respect to promoting innovation, competition, and resilience in space, overhead reconnaissance, acquisition, and other matters; and</text></subparagraph>

<subparagraph id="H8431323F68F14637A3D829A62CA4AAC4"><enum>(B)</enum><text>advise and report directly to the Director with respect to such matters.</text></subparagraph></paragraph>

<paragraph id="HC06216ADB58140D1934A79D028FC1F1A"><enum>(3)</enum><header>Members</header>

<subparagraph id="H9AD8E17CB6BB480CB47CC23786312088"><enum>(A)</enum><header>Number and appointment</header>

<clause id="H802720322A494D8CB546FC8353967464"><enum>(i)</enum><header>In general</header><text display-inline="yes-display-inline">The Board shall be composed of five members appointed by the Director from among individuals with demonstrated academic, government, business, or other expertise relevant to the mission and functions of the National Reconnaissance Office.</text></clause>

<clause id="HAF4117B56DBF43BFBE652AD74D82D8EE"><enum>(ii)</enum><header>Notification</header><t

ext>Not later than 30 days after the date on which the Director appoints a member to the Board, the Director shall notify the congressional intelligence committees and the congressional defense committees (as defined in section 101(a) of title 10, United States Code) of such appointment.</text></clause></subparagraph>

<subparagraph id="H8DEEB3AAEFFB4017973CA12620AC259A"><enum>(B)</enum><header>Terms</header><text>Each member shall be appointed for a term of 2 years. Except as provided by subparagraph (C), a member may not serve more than three terms.</text></subparagraph>

<subparagraph id="HE6D78A664A8E48E89BF35E639B1B4197"><enum>(C)</enum><header>Vacancy</header><text display-inline="yes-display-inline"><italic/>Any member appointed to fill a vacancy occurring before the expiration of the term for which the memberâ€™s predecessor was appointed shall be appointed only for the remainder of that term. A member may serve after the expiration of that memberâ€™s term until a successor has taken office.</text></subparagraph>

<subparagraph id="H72A5C04EE4A7400D9B8B21E7BD7142D6"><enum>(D)</enum><header>Chair</header><text>The Board shall have a Chair, who shall be appointed by the Director from among the members.</text></subparagraph>

<subparagraph id="H6446C6031E7648B48392867DF1F68845"><enum>(E)</enum><header>Travel expenses</header><text display-inline="yes-display-inline">Each member shall receive travel expenses, including per diem in lieu of subsistence, in accordance with applicable provisions under subchapter I of chapter 57 of title 5, United States Code.</text></subparagraph>

<subparagraph id="H23A5E93D5E8B4DCEB074883F8F1B7BDF"><enum>(F)</enum><header>Executive Secretary</header><text display-inline="yes-display-inline">The Director may appoint an executive secretary, who shall be an employee of the National Reconnaissance Office, to support the Board.</text></subparagraph></paragraph>

<paragraph id="H68D15E43FEA84E16AA37263DF4A1DC09"><enum>(4)</enum><header>Meetings</header><text>The Board shall meet not less than quarterly, but may meet more frequently at the call of the Director.</text></paragraph>

<paragraph id="H1981A6612B5A485F81EDB2A2AED72B65"><enum>(5)</enum><header>Reports</header><text>Not later than March 31 of each year, the Board shall submit to the Director and to the congressional intelligence committees a report on the activities and significant findings of the Board during the preceding year.</text></paragraph>

<paragraph id="HAF188FBA9D6B449D85F2921B2C4A1029"><enum>(6)</enum><header>Nonapplicability of certain requirements</header><text display-inline="yes-display-inline">The Federal Advisory Committee Act (5 U.S.C. App.) shall not apply to the Board.</text></paragraph>

<paragraph id="H4827430518404899BBAFE8AC88092A84"><enum>(7)</enum><header>Termination</header><text display-inline="yes-display-inline">The Board shall terminate on the date that is 3 years after the date of the first meeting of the Board.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0E2A0FF3D7FA4A45A77C05B861CEDE02"><enum>(b)</enum><header>Initial appointments</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of the National Reconnaissance Office shall appoint the initial five members to the advisory board under subsection (d) of section 106A of the National Security Act of 1947 (50 U.S.C. 3041a), as added by subsection (a).</text></subsection></section>

<section id="H5A7903231B1647838C2438F649CCE182"><enum>6434.</enum><header>Collocation of certain Department of Homeland Security personnel at field locations</header>

<subsection id="H405F4D465A874F0FAD601EBED23F77EF"><enum>(a)</enum><header>Identification of

opportunities for collocation</header><text>Not later than 60 days after the date of the enactment of this Act, the Under Secretary of Homeland Security for Intelligence and Analysis shall identify, in consultation with the Commissioner of U.S. Customs and Border Protection, the Administrator of the Transportation Security Administration, the Director of U.S. Immigration and Customs Enforcement, and the heads of such other elements of the Department of Homeland Security as the Under Secretary considers appropriate, opportunities for collocation of officers of the Office of Intelligence and Analysis in the field outside of the greater Washington, District of Columbia, area in order to support operational units from U.S. Customs and Border Protection, the Transportation Security Administration, U.S. Immigration and Customs Enforcement, and other elements of the Department of Homeland Security.</text></subsection>

<subsection id="H1DFC62B1F87B4B689B21B107D7C9E285"><enum>(b)</enum><header>Plan for collocation</header><text>Not later than 120 days after the date of the enactment of this Act, the Under Secretary shall submit to the congressional intelligence committees a report that includes a plan for collocation as described in subsection (a).</text></subsection></section></subtitle></title>

<title id="HAD3715B98F5548B6941AA22A55A463BD"><enum>LXV</enum><header>Election matters</header>

<section id="HC0E15BEFA5CC4FB792447558D20C0A9B"><enum>6501.</enum><header>Report on cyber attacks by foreign governments against United States election infrastructure</header>

<subsection id="H408C218CF5ED4B11AC053FC8EC55E38B"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H09469C31EFD94452842A512C39869C04"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H01562C89BDE940559CBDCD496EDFB3AF"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional intelligence committees;</text></subparagraph>

<subparagraph id="HF5D1EFCE767047A6AC5C85F96BABC3FD"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs of the Senate;</text></subparagraph>

<subparagraph id="H86E4FDAC30EC4C60991C9A3F847701E2"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security of the House of Representatives;</text></subparagraph>

<subparagraph id="HD024D4A4EFE84908B38BFA303709E19C"><enum>(D)</enum><text>the Committee on Foreign Relations of the Senate; and</text></subparagraph>

<subparagraph id="H83A967BF82414089AE66AB98B7F52546"><enum>(E)</enum><text>the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H89442C60C84E4E468299931F13051B1F"><enum>(2)</enum><header>Congressional leadership</header><text>The term <term>congressional leadership</term> includes the following:</text>

<subparagraph id="H5BF7DC4CA0204A6984B9E5E79DCF5D05"><enum>(A)</enum><text>The majority leader of the Senate.</text></subparagraph>

<subparagraph id="H73F3EC2D2D70411697D983E0349A36E6"><enum>(B)</enum><text>The minority leader of the Senate.</text></subparagraph>

<subparagraph id="H13D18D83512E47B1B73C8B10EAB495BD"><enum>(C)</enum><text>The Speaker of the House of Representatives.</text></subparagraph>

<subparagraph id="H12A0C49E907E403486C0F307AB617D9C"><enum>(D)</enum><text>The minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2BE038C559BA4FB4AFD5EC583D9BD8F6"><enum>(3)</enum><header>State</header><text>The term <term>State</term> means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United

States.</text></paragraph></subsection>

<subsection id="HFC01F507E8864FD998B236616CB6C2ED"><enum>(b)</enum><header>Report required</header><text>Not later than 60 days after the date of the enactment of this Act, the Under Secretary of Homeland Security for Intelligence and Analysis shall submit to congressional leadership and the appropriate congressional committees a report on cyber attacks and attempted cyber attacks by foreign governments on United States election infrastructure in States and localities in connection with the 2016 Presidential election in the United States and such cyber attacks or attempted cyber attacks as the Under Secretary anticipates against such infrastructure. Such report shall identify the States and localities affected and shall include cyber attacks and attempted cyber attacks against voter registration databases, voting machines, voting-related computer networks, and the networks of Secretaries of State and other election officials of the various States.</text></subsection>

<subsection id="H2748B12044FD42568337001720C92130"><enum>(c)</enum><header>Form</header><text>The report submitted under subsection (b) shall be submitted in unclassified form, but may include a classified annex.</text></subsection></section>

<section id="H6E9949DDD7A04DF58B11E64DA636518E"><enum>6502.</enum><header>Review of intelligence community's posture to collect against and analyze Russian efforts to influence the Presidential election</header>

<subsection id="H474B037AFB5B4BF186B163323496252A"><enum>(a)</enum><header>Review required</header><text>Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence shallâ€"</text>

<paragraph id="H41E3363297FF46A1A95A2F75E6D8F39F"><enum>(1)</enum><text>complete an after action review of the posture of the intelligence community to collect against and analyze efforts of the Government of Russia to interfere in the 2016 Presidential election in the United States; and</text></paragraph>

<paragraph id="HA7D2D9BB81014FC19F9C493E014D60D3"><enum>(2)</enum><text>submit to the congressional intelligence committees a report on the findings of the Director with respect to such review.</text></paragraph></subsection>

<subsection id="HF930FCB0CFA346879CEC1AC5D840C3CC"><enum>(b)</enum><header>Elements</header><text>The review required by subsection (a) shall include, with respect to the posture and efforts described in paragraph (1) of such subsection, the following:</text>

<paragraph id="H11793250BEF24342B6ADF99751FA290C"><enum>(1)</enum><text>An assessment of whether the resources of the intelligence community were properly aligned to detect and respond to the efforts described in subsection (a)(1).</text></paragraph>

<paragraph id="H39C552D1391E415D9F1C5ACEF0C162AE"><enum>(2)</enum><text>An assessment of the information sharing that occurred within elements of the intelligence community.</text></paragraph>

<paragraph id="HAED31EA647E145A690C901C27C0BCDDD"><enum>(3)</enum><text>An assessment of the information sharing that occurred between elements of the intelligence community.</text></paragraph>

<paragraph id="H429EFFFC3D214E68958D6926C8A7AFD9"><enum>(4)</enum><text>An assessment of applicable authorities necessary to collect on any such efforts and any deficiencies in those authorities.</text></paragraph>

<paragraph id="H764798D7585B4F049928E7A705FAA629"><enum>(5)</enum><text>A review of the use of open source material to inform analysis and warning of such efforts.</text></paragraph>

<paragraph id="H7DE7C526326C4F9A9F5CB46AE1E763C3"><enum>(6)</enum><text>A review of the use of alternative and predictive analysis.</text></paragraph></subsection>

<subsection id="HEA4A12E28C2147C186666BB5FB2AA0E5"><enum>(c)</enum><header>Form of report</header><text>The report required by subsection (a)(2) shall be submitted to the congressional intelligence committees in a classified form.</text></subsection></section>

<section id="HCA219979EAF64F8E905F790CE5786D9F"><enum>6503.</enum><header>Assessment of

foreign intelligence threats to Federal elections</header>

<subsection id="H06662D695D9B4BAD9E268701CDCFDCB7"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph display-inline="no-display-inline" id="H3B765399580942B8BD253BCA4BE50A9E"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H13D84186FDF44C168767242A33796439"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H9D40FA1AD97F4F0688F612FA4C1425E4"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph id="HF394C03423744134A67DFF1014B4B7BB"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H575468321F0C4939AFB762D8C1FC82A1"><enum>(2)</enum><header>Congressional leadership</header><text>The term <term>congressional leadership</term> includes the following:</text>

<subparagraph id="H26018360058E4F919396F35FE742F648"><enum>(A)</enum><text>The majority leader of the Senate.</text></subparagraph>

<subparagraph id="HEA7B254ADDE442EAAF70D810FE2C594A"><enum>(B)</enum><text>The minority leader of the Senate.</text></subparagraph>

<subparagraph id="H4E9FA73B651348AEBEFE43EA44AA4D22"><enum>(C)</enum><text>The Speaker of the House of Representatives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF7E3753FB99D426FABBE9D8B9354DB41"><enum>(D)</enum><text>The minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBBEC234BC8EE482886189B1E1BE731EB"><enum>(3)</enum><header>Security vulnerability</header><text>The term <term>security vulnerability</term> has the meaning given such term in section 102 of the Cybersecurity Information Sharing Act of 2015 (6 U.S.C. 1501).</text></paragraph></subsection>

<subsection id="HA2102AFC3E5647258449586DB9F37D9C"><enum>(b)</enum><header>In general</header><text>The Director of National Intelligence, in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the Federal Bureau of Investigation, the Secretary of Homeland Security, and the heads of other relevant elements of the intelligence community, shallâ€"</text>

<paragraph id="H9201F9D30E7942169BBA4C5B2110BFFF"><enum>(1)</enum><text>commence not later than 1 year before any regularly scheduled Federal election occurring after December 31, 2018, and complete not later than 180 days before such election, an assessment of security vulnerabilities of State election systems; and</text></paragraph>

<paragraph id="H8F4416558F3844329B7856AD72D27693"><enum>(2)</enum><text>not later than 180 days before any regularly scheduled Federal election occurring after December 31, 2018, submit a report on such security vulnerabilities and an assessment of foreign intelligence threats to the election toâ€"</text>

<subparagraph id="H123A220593A649FB8A932B90238B5FB2"><enum>(A)</enum><text>congressional leadership; and</text></subparagraph>

<subparagraph id="H5C9D49FC9F014D93B67B11CA27C5F868"><enum>(B)</enum><text display-inline="yes-display-inline">the appropriate congressional committees.</text></subparagraph></paragraph></subsection>

<subsection id="H99717A04D0FA4BE682FB3FA62A5DB77F"><enum>(c)</enum><header>Update</header><text>Not later than 90 days before any regularly scheduled Federal election occurring after December 31, 2018, the Director of National Intelligence shallâ€"</text>

<paragraph id="HD7B35EE38C804A82A2D23B26AFCCBB39"><enum>(1)</enum><text>update the assessment of foreign intelligence threats to that election; and</text></paragraph>

<paragraph id="H6BEE175A275542B4B07A6616E73ABFE8"><enum>(2)</enum><text>submit the updated assessment toâ€"</text>

<subparagraph id="H92CAFF73DBE94AE88224CDE9291CBD30"><enum>(A)</enum><text>congressional leadership; and</text></subparagraph>

<subparagraph id="HE7A94EF7BCCC4F3F978E89F08A49D226"><enum>(B)</enum><text display-inline="yes-display-inline">the appropriate congressional committees.</text></subparagraph></paragraph></subsection></section>

<section id="H34EA0AFB7EC244E5BC353624C3C6F610"><enum>6504.</enum><header>Strategy for countering Russian cyber threats to United States elections</header>

<subsection id="H31DF26A14B804524B998F6EF372B6A40"><enum>(a)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means the following:</text>

<paragraph id="H10A8EEB6F1BC46FE915B32F6AAC5C04D"><enum>(1)</enum><text display-inline="yes-display-inline">The congressional intelligence committees.</text></paragraph>

<paragraph id="HB5B19EB71BC74AA1B9EF615684CD72C8"><enum>(2)</enum><text display-inline="yes-display-inline">The Committee on Armed Services and the Committee on Homeland Security and Governmental Affairs of the Senate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2F0428CEB7D145109A3828B80B8DAFF2"><enum>(3)</enum><text display-inline="yes-display-inline">The Committee on Armed Services and the Committee on Homeland Security of the House of Representatives.</text></paragraph>

<paragraph id="H672220EF88154460B56C8D99037A9492"><enum>(4)</enum><text>The Committee on Foreign Relations of the Senate.</text></paragraph>

<paragraph id="H017333EA886E4C24A8514D044045DA52"><enum>(5)</enum><text>The Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection>

<subsection id="H1EE7673117E94107869706C409546CF6"><enum>(b)</enum><header>Requirement for a strategy</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Secretary of Homeland Security, the Director of the Federal Bureau of Investigation, the Director of the Central Intelligence Agency, the Secretary of State, the Secretary of Defense, and the Secretary of the Treasury, shall develop a whole-of-government strategy for countering the threat of Russian cyber attacks and attempted cyber attacks against electoral systems and processes in the United States, including Federal, State, and local election systems, voter registration databases, voting tabulation equipment, and equipment and processes for the secure transmission of election results.</text></subsection>

<subsection id="H1452D5AAC083459B8208C4B04451F4A4"><enum>(c)</enum><header>Elements of the strategy</header><text>The strategy required by subsection (b) shall include the following elements:</text>

<paragraph id="H9AA5EA3713BC426CA6B937364469D8AD"><enum>(1)</enum><text>A whole-of-government approach to protecting United States electoral systems and processes that includes the agencies and departments indicated in subsection (b) as well as any other agencies and departments of the United States, as determined appropriate by the Director of National Intelligence and the Secretary of Homeland Security.</text></paragraph>

<paragraph id="H70092BDF91834BE2A37B8779C79A6C9E"><enum>(2)</enum><text>Input solicited from Secretaries of State of the various States and the chief election officials of the States.</text></paragraph>

<paragraph id="H918254599460470980EFEBEC6D688FCD"><enum>(3)</enum><text>Technical security measures, including auditable paper trails for voting machines, securing wireless and internet connections, and other technical safeguards.</text></paragraph>

<paragraph id="H66A5534EC0264844AA873480D8792C39"><enum>(4)</enum><text>Detection of cyber threats, including attacks and attempted attacks by Russian government or nongovernment cyber threat actors.</text></paragraph>

<paragraph id="HF8277F18A5E7484D92733D8908CE91C9"><enum>(5)</enum><text>Improvements in the identification and attribution of Russian government or nongovernment cyber threat actors.</text></paragraph>

<paragraph id="H934DE353AF4A42B0B5FB26EB20E37800"><enum>(6)</enum><text>Deterrence, including actions and measures that could or should be undertaken against or communicated to the Government of Russia or other entities to deter attacks against, or interference with, United States election systems and processes.</text></paragraph>

<paragraph id="H5BA187A3817C44CCA99FECB1ACD0642F"><enum>(7)</enum><text>Improvements in Federal Government communications with State and local election officials.</text></paragraph>

<paragraph id="H91D656761BC3494392132E5DFF7084CC"><enum>(8)</enum><text>Public education and communication efforts.</text></paragraph>

<paragraph id="HCAA7FF59B25C48ABA655E32013344868"><enum>(9)</enum><text>Benchmarks and milestones to enable the measurement of concrete steps taken and progress made in the implementation of the strategy.</text></paragraph></subsection>

<subsection id="HF3B35448CAF84B26B26327E71DA7A24D"><enum>(d)</enum><header>Congressional briefing</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence and the Secretary of Homeland Security shall jointly brief the appropriate congressional committees on the strategy developed under subsection (b).</text></subsection></section>

<section id="H9E9EE992B5524C27AB5E182EE3A87E1B" section-type="subsequent-section"><enum>6505.</enum><header>Assessment of significant Russian influence campaigns directed at foreign elections and referenda</header>

<subsection id="H62979D7011564E74981CD95AA8D439BD"><enum>(a)</enum><header>Russian influence campaign defined</header><text display-inline="yes-display-inline">In this section, the term <term>Russian influence campaign</term> means any effort, covert or overt, and by any means, attributable to the Russian Federation directed at an election, referendum, or similar process in a country other than the Russian Federation or the United States.</text></subsection>

<subsection id="H92175F87C067413C820EFFD1B98744C8"><enum>(b)</enum><header>Assessment required</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing an analytical assessment of the most significant Russian influence campaigns, if any, conducted during the 3-year period preceding the date of the enactment of this Act, as well as the most significant current or planned such Russian influence campaigns, if any. Such assessment shall includeâ€"</text>

<paragraph id="H8BC39545991E43208BD10F70EC4A00B2"><enum>(1)</enum><text display-inline="yes-display-inline">a summary of such significant Russian influence campaigns, including, at a minimum, the specific means by which such campaigns were conducted, are being conducted, or likely will be conducted, as appropriate, and the specific goal of each such campaign;</text></paragraph>

<paragraph id="H857B24DC837B4534B89CB02FEAF499FD"><enum>(2)</enum><text>a summary of any defenses against or responses to such Russian influence campaigns by the foreign state holding the elections or referenda;</text></paragraph>

<paragraph id="H487A91BC30A84A2C8E9CC66B6F4380F7"><enum>(3)</enum><text display-inline="yes-display-inline">a summary of any relevant activities by elements of the intelligence community undertaken for the purpose of assisting the government of such foreign state in defending against or responding to such Russian influence campaigns;

and</text></paragraph>

<paragraph id="HC3DF1A657ECB4FBE90517C6F62F87390"><enum>(4)</enum><text>an assessment of the effectiveness of such defenses and responses described in paragraphs (2) and (3).</text></paragraph></subsection>

<subsection id="H85E9591CC3F04B4BB0F4640EEEB0DE05"><enum>(c)</enum><header>Form</header><text display-inline="yes-display-inline">The report required by subsection (b) may be submitted in classified form, but if so submitted, shall contain an unclassified summary.</text></subsection></section>

<section id="H46F86161A3004B3283010888A2CDBBDA"><enum>6506.</enum><header>Information sharing with State election officials</header>

<subsection commented="no" display-inline="no-display-inline" id="H627B762FCB8E459E950D7052777C3DFA"><enum>(a)</enum><header>State defined</header><text>In this section, the term <term>State</term> means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.</text></subsection>

<subsection id="HAD086C9CB1384EF98DECD23682BC7E0C"><enum>(b)</enum><header>Security clearances</header>

<paragraph id="HC7D956ABDA2947C2B08C34AFD475FF73"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 30 days after the date of the enactment of this Act, the Director of National Intelligence shall support the Under Secretary of Homeland Security for Intelligence and Analysis, and any other official of the Department of Homeland Security designated by the Secretary of Homeland Security, in sponsoring a security clearance up to the top secret level for each eligible chief election official of a State or the District of Columbia, and additional eligible designees of such election official as appropriate, at the time that such election official assumes such position.</text></paragraph>

<paragraph id="H9874B8A2EA4E4FCE8E167CEA1B70E9DF"><enum>(2)</enum><header>Interim clearances</header><text display-inline="yes-display-inline">Consistent with applicable policies and directives, the Director of National Intelligence may issue interim clearances, for a period to be determined by the Director, to a chief election official as described in paragraph (1) and up to one designee of such official under such paragraph.</text></paragraph></subsection>

<subsection id="HBEB19DD47C574F1DBA8053C5F0B77493"><enum>(c)</enum><header>Information sharing</header>

<paragraph id="HFB732D82180D400DB5FCD694C8CDE205"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">The Director of National Intelligence shall assist the Under Secretary of Homeland Security for Intelligence and Analysis and the Under Secretary responsible for overseeing critical infrastructure protection, cybersecurity, and other related programs of the Department (as specified in section 103(a)(1)(H) of the Homeland Security Act of 2002 (6 U.S.C. 113(a)(1)(H))) with sharing any appropriate classified information related to threats to election systems and to the integrity of the election process with chief election officials and such designees who have received a security clearance under subsection (b).</text></paragraph>

<paragraph id="H0F6B806A4B36479385CA44D7246FF690"><enum>(2)</enum><header>Coordination</header><text display-inline="yes-display-inline">The Under Secretary of Homeland Security for Intelligence and Analysis shall coordinate with the Director of National Intelligence and the Under Secretary responsible for overseeing critical infrastructure protection, cybersecurity, and other related programs of the Department (as specified in section 103(a)(1)(H) of the Homeland Security Act of 2002 (6 U.S.C. 113(a)(1)(H))) to facilitate the sharing of information to the affected Secretaries of State or States.</text></paragraph></subsection></section>

<section id="H08CEB965AECC4E11847C00613504AF47" section-type="subsequent-section"><enum>6507.</enum><header>Notification of significant foreign cyber intrusions and active measures campaigns directed at elections for Federal offices</header>

<subsection

id="H8981C50E4DCC429E9373418FA5A895F7"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph commented="no" id="HF094EF3A11A843658A3C8547533203B7"><enum>(1)</enum><header>Active measures campaign</header><text display-inline="yes-display-inline">The term <term>active measures campaign</term> means a foreign semi-covert or covert intelligence operation.</text></paragraph>

<paragraph commented="no" id="HA3B331AEDABC44BA80A7E2F9BB8692EF"><enum>(2)</enum><header>Candidate, election, and political party</header><text display-inline="yes-display-inline">The terms <term>candidate</term>, <term>election</term>, and <term>political party</term> have the meanings given those terms in section 301 of the Federal Election Campaign Act of 1971 (52 U.S.C. 30101).</text></paragraph>

<paragraph display-inline="no-display-inline" id="H2A2D82BC92A142B8A93287FD197496D5"><enum>(3)</enum><header>Congressional leadership</header><text>The term <term>congressional leadership</term> includes the following:</text>

<subparagraph id="HE406FB1E817F494CA3C0D1C2E00EF73F"><enum>(A)</enum><text>The majority leader of the Senate.</text></subparagraph>

<subparagraph id="HCA6008A19DBF4ACFB5F32E76B6D56746"><enum>(B)</enum><text>The minority leader of the Senate.</text></subparagraph>

<subparagraph id="HFA57A2E9F9BF4B19B098395B468E5DD5"><enum>(C)</enum><text>The Speaker of the House of Representatives.</text></subparagraph>

<subparagraph id="H89F6C77CF23A4DC3AB86C49DFD9ECBD3"><enum>(D)</enum><text>The minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H71B210ACFE8241DE8A81848C04E74479"><enum>(4)</enum><header>Cyber intrusion</header><text display-inline="yes-display-inline">The term <term>cyber intrusion</term> means an electronic occurrence that actually or imminently jeopardizes, without lawful authority, electronic election infrastructure, or the integrity, confidentiality, or availability of information within such infrastructure.</text></paragraph>

<paragraph commented="no" id="H9627922F8C30450B9FCD353FD464D218"><enum>(5)</enum><header>Electronic election infrastructure</header><text display-inline="yes-display-inline">The term <term>electronic election infrastructure</term> means an electronic information system of any of the following that is related to an election for Federal office:</text>

<subparagraph commented="no" id="HF67B341FE72A4A229813D66CD7706FD4"><enum>(A)</enum><text>The Federal Government.</text></subparagraph>

<subparagraph commented="no" id="HB887754D97EA484BA6C6EAB6E885D5BE"><enum>(B)</enum><text>A State or local government.</text></subparagraph>

<subparagraph commented="no" id="H6ED4C3678D664E89BDA731A2998CEA89"><enum>(C)</enum><text>A political party.</text></subparagraph>

<subparagraph commented="no" id="HE8F6B12187014A0395FC7804F3FF1AD1"><enum>(D)</enum><text display-inline="yes-display-inline">The election campaign of a candidate.</text></subparagraph></paragraph>

<paragraph commented="no" id="H44DA283283BF400CBE5EBA768F9566DD"><enum>(6)</enum><header>Federal office</header><text display-inline="yes-display-inline">The term <term>Federal office</term> has the meaning given that term in section 301 of the Federal Election Campaign Act of 1971 (52 U.S.C. 30101).</text></paragraph>

<paragraph id="HC79C0E0689444A19A307AFC8E2BC3C34"><enum>(7)</enum><header>High confidence</header><text>The term <term>high confidence</term>, with respect to a determination, means that the determination is based on high-quality information from

multiple sources.</text></paragraph>

<paragraph id="H19B58462B27445CCB4EC2F9B467850E3"><enum>(8)</enum><header>Moderate confidence</header><text display-inline="yes-display-inline">The term <term>moderate confidence</term>, with respect to a determination, means that a determination is credibly sourced and plausible but not of sufficient quality or corroborated sufficiently to warrant a higher level of confidence.</text></paragraph>

<paragraph id="H48F4B1F41C424F6A8A2B6A80A40AEBBD"><enum>(9)</enum><header>Other appropriate congressional committees</header><text>The term <term>other appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HD160833128994C7698D1BDED530DA506"><enum>(A)</enum><text>the Committee on Armed Services, the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, and the Committee on Appropriations of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0A033C72870448F38D4DC76D75735294"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Foreign Affairs, the Committee on Homeland Security, and the Committee on Appropriations of the House of Representatives.</text></subparagraph></paragraph></subsection>

<subsection id="H0D39B683BF3F4076AA1F8CE681A8FDD5"><enum>(b)</enum><header>Determinations of significant foreign cyber intrusions and active measures campaigns</header><text display-inline="yes-display-inline">The Director of National Intelligence, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security shall jointly carry out subsection (c) if such Directors and the Secretary jointly determineâ€"</text>

<paragraph id="HA28F2C412BF0495F925D994B7144AAB0"><enum>(1)</enum><text>that on or after the date of the enactment of this Act, a significant foreign cyber intrusion or active measures campaign intended to influence an upcoming election for any Federal office has occurred or is occurring; and</text></paragraph>

<paragraph id="HEB35A198A4EF47D780A565C4913932CA"><enum>(2)</enum><text>with moderate or high confidence, that such intrusion or campaign can be attributed to a foreign state or to a foreign nonstate person, group, or other entity.</text></paragraph></subsection>

<subsection id="H995BBE2C9A854A2FB43EB26F8B5A2569"><enum>(c)</enum><header>Briefing</header>

<paragraph id="HB63BC9EC557C4EAAA71540E8A7406757"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 14 days after making a determination under subsection (b), the Director of National Intelligence, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security shall jointly provide a briefing to the congressional leadership, the congressional intelligence committees and, consistent with the protection of sources and methods, the other appropriate congressional committees. The briefing shall be classified and address, at a minimum, the following:</text>

<subparagraph id="H488F3083254F441E96BBE8DDBCAE473D"><enum>(A)</enum><text display-inline="yes-display-inline">A description of the significant foreign cyber intrusion or active measures campaign, as the case may be, covered by the determination.</text></subparagraph>

<subparagraph id="H1529DF2672D84FEC95DCAEC6D0BF0A08"><enum>(B)</enum><text display-inline="yes-display-inline">An identification of the foreign state or foreign nonstate person, group, or other entity, to which such intrusion or campaign has been attributed.</text></subparagraph>

<subparagraph id="H8CF026832F7E4DCF87E35C6028C2561B"><enum>(C)</enum><text display-inline="yes-display-inline">The desirability and feasibility of the public release of information about the cyber intrusion or active measures campaign.</text></subparagraph>

<subparagraph id="HC6C76D6D894048FAA2FE594C4B9726C3"><enum>(D)</enum><text>Any other information such Directors and the Secretary jointly determine appropriate.</text></subparagraph></paragraph>

<paragraph id="HDE400935550749C2B6A20D848157411D"><enum>(2)</enum><header>Electronic election infrastructure briefings</header><text display-inline="yes-display-inline">With respect to a significant foreign cyber intrusion covered by a determination under subsection (b), the Secretary of Homeland Security, in consultation with the Director of National Intelligence and the Director of the Federal Bureau of Investigation, shall offer to the owner or operator of any electronic election infrastructure directly affected by such intrusion, a briefing on such intrusion, including steps that may be taken to mitigate such intrusion. Such briefing may be classified and made available only to individuals with appropriate security clearances.</text></paragraph>

<paragraph id="HE74607F58CCC4F4180669B2390071860"><enum>(3)</enum><header>Protection of sources and methods</header><text display-inline="yes-display-inline">This subsection shall be carried out in a manner that is consistent with the protection of sources and methods.</text></paragraph></subsection></section>

<section id="HA708194394B44776B1A5E1E83ABA782F"><enum>6508.</enum><header>Designation of counterintelligence officer to lead election security matters</header>

<subsection id="HB07E0D62CE4E4FD6805236FF64F92EBF"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Director of National Intelligence shall designate a national counterintelligence officer within the National Counterintelligence and Security Center to lead, manage, and coordinate counterintelligence matters relating to election security.</text></subsection>

<subsection id="H9AE991339A7741C9937107CE92F578F3"><enum>(b)</enum><header>Additional responsibilities</header><text>The person designated under subsection (a) shall also lead, manage, and coordinate counterintelligence matters relating to risks posed by interference from foreign powers (as defined in section 101 of the Foreign Intelligence Surveillance Act of 1978 (50 U.S.C. 1801)) to the following:</text>

<paragraph id="H11154C46C4244597B3C8D817985CB747"><enum>(1)</enum><text>The Federal Government election security supply chain.</text></paragraph>

<paragraph id="HE0AD671F2D1A41EDB8C8918B2EE26E8E"><enum>(2)</enum><text>Election voting systems and software.</text></paragraph>

<paragraph id="HE5AC946D792E46B3B500D8D2EC859C22"><enum>(3)</enum><text>Voter registration databases.</text></paragraph>

<paragraph id="H8C364F8E55B542D09B8BCA81DB7835E3"><enum>(4)</enum><text>Critical infrastructure related to elections.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAF3ACAE39B9B4D0B8F24C3ECC188258B"><enum>(5)</enum><text>Such other Government goods and services as the Director of National Intelligence considers appropriate.</text></paragraph></subsection></section></title>

<title id="H8B69F17B95054B95B07935C3BF5B7A9D" style="OLC"><enum>LXVI</enum><header>Security clearances</header>

<section id="H2A2D95D2C8EE456CA6454FF7B19AD21B"><enum>6601.</enum><header>Definitions</header><text display-inline="no-display-inline">In this title:</text>

<paragraph id="HB353EAE7097C42ABA9132718C871C181"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HA51EA6B5AC384816A0F6C8048990EE2E"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H623944808B474859BB8F02B7AEECB6CD"><enum>(B)</enum><text>the <committee-name committee-id="">Committee on Armed Services of the Senate</committee-name>;</text></subparagraph>

<subparagraph id="H8E521DE1F3DB4FB5B934223E93E18DE6"><enum>(C)</enum><text>the <committee-name committee-id="">Committee on Appropriations of the Senate</committee-name>;</text></subparagraph>

<subparagraph id="HE8E1B88501A348919BCBCEAE7FBDF294"><enum>(D)</enum><text>the <committee-name committee-id="">Committee on Homeland Security and Governmental Affairs

of the Senate</committee-name>;</text></subparagraph>

<subparagraph id="HA676190418C24F819F813CD3C0030DFE"><enum>(E)</enum><text>the <committee-name committee-id="">Committee on Armed Services of the House of Representatives</committee-name>;</text></subparagraph>

<subparagraph id="H32BC11FA60C84CA3A99094658E00EAF3"><enum>(F)</enum><text>the <committee-name committee-id="">Committee on Appropriations of the House of Representatives</committee-name>;</text></subparagraph>

<subparagraph id="HBDCFB13B38A54CA5B58BD2271D20C211"><enum>(G)</enum><text>the <committee-name committee-id="">Committee on Homeland Security of the House of Representatives</committee-name>; and</text></subparagraph>

<subparagraph id="H64982C5E40694C9CA8D4F0787E819743"><enum>(H)</enum><text>the <committee-name committee-id="">Committee on Oversight and Reform of the House of Representatives</committee-name>.</text></subparagraph></paragraph>

<paragraph id="HA01815D7840B4C81869D5CC98F0AC9DA"><enum>(2)</enum><header>Appropriate industry partner</header><text>The term <term>appropriate industry partner</term> means a contractor, licensee, or grantee (as defined in section 101(a) of Executive Order No. 12829 (50 U.S.C. 3161 note; relating to National Industrial Security Program)) that is participating in the National Industrial Security Program established by such Executive order.</text></paragraph>

<paragraph id="H6F9D6E3269A547B18E61ED1F1E04F925"><enum>(3)</enum><header>Continuous vetting</header><text>The term <term>continuous vetting</term> has the meaning given such term in Executive Order No. 13467 (50 U.S.C. 3161 note; relating to reforming processes for determining suitability for government employment, fitness for contractor employees, and eligibility for access to classified national security information).</text></paragraph>

<paragraph id="H9B1BDBD4AED6450489E68577B9A168D5"><enum>(4)</enum><header>Council</header><text>The term <term>Council</term> means the Security, Suitability, and Credentialing Performance Accountability Council established pursuant to such Executive order, or any successor entity.</text></paragraph>

<paragraph id="H94DC8C689C20496BA43DDD96C001C3E0" commented="no"><enum>(5)</enum><header>Reciprocity</header><text display-inline="yes-display-inline">The term <quote>reciprocity</quote> means reciprocal recognition by Federal departments and agencies of eligibility for access to classified information.</text></paragraph>

<paragraph id="H57135997B55E4F839F50724F5C98637E"><enum>(6)</enum><header>Security Executive Agent</header><text>The term <term>Security Executive Agent</term> means the officer serving as the Security Executive Agent pursuant to section 803 of the National Security Act of 1947, as added by section 6605.</text></paragraph>

<paragraph id="H889D50AF73954322A576B7D0A2F5C386"><enum>(7)</enum><header>Suitability and Credentialing Executive Agent</header><text>The term <term>Suitability and Credentialing Executive Agent</term> means the Director of the Office of Personnel Management acting as the Suitability and Credentialing Executive Agent in accordance with Executive Order No. 13467 (50 U.S.C. 3161 note; relating to reforming processes related to suitability for Government employment, fitness for contractor employees, and eligibility for access to classified national security information), or any successor entity.</text></paragraph></section>

<section id="H79E4B4EA29744BBBB589DE744D6F1A5F"><enum>6602.</enum><header>Reports and plans relating to security clearances and background investigations</header>

<subsection id="H04DA3971D6A34A5CA51083ED4D41EE83"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HF0C941D3F76B4D42A380F4BC59A53655"><enum>(1)</enum><text>ensuring the trustworthiness and security of the workforce, facilities, and information of the Federal Government is of the highest priority to national security and public safety;</text></paragraph>

<paragraph id="HE936ECD21B1D408FB9F248B97252A2F4"><enum>(2)</enum><text>the President and Congress should prioritize the modernization of the personnel security framework to

improve its efficiency, effectiveness, and accountability;</text></paragraph>

<paragraph id="HCDE80C258C4E426FB0F97C1BF561DBF1"><enum>(3)</enum><text>the current system for background investigations for security clearances, suitability and fitness for employment, and credentialing lacks efficiencies and capabilities to meet the current threat environment, recruit and retain a trusted workforce, and capitalize on modern technologies; and</text></paragraph>

<paragraph id="H058C3A44DB2C4A6C9936F04A7805E026"><enum>(4)</enum><text>changes to policies or processes to improve this system should be vetted through the Council to ensure standardization, portability, and reciprocity in security clearances across the Federal Government.</text></paragraph></subsection>

<subsection id="H25F78DDE4E2544C8823927A5F5299D1F"><enum>(b)</enum><header>Accountability plans and reports</header>

<paragraph id="H9D4FA9312DE641ECB29975143F1B0502"><enum>(1)</enum><header>Plans</header><text>Not later than 90 days after the date of the enactment of this Act, the Council shall submit to the appropriate congressional committees and make available to appropriate industry partners the following:</text>

<subparagraph id="HDFDFAF8FF7EF4D409F1D2CE958B7EC18"><enum>(A)</enum><text>A plan, with milestones, to reduce the background investigation inventory to 200,000, or an otherwise sustainable steady-level, by the end of year 2020. Such plan shall include notes of any required changes in investigative and adjudicative standards or resources.</text></subparagraph>

<subparagraph id="HB074A692AC5F45B68E988115FF60DC2C"><enum>(B)</enum><text>A plan to consolidate the conduct of background investigations associated with the processing for security clearances in the most effective and efficient manner in the Defense Counterintelligence and Security Agency. Such plan shall address required funding, personnel, contracts, information technology, field office structure, policy, governance, schedule, transition costs, and effects on stakeholders.</text></subparagraph></paragraph>

<paragraph id="H153EA941026C424D90AEDCD5EDDBA69F"><enum>(2)</enum><header>Report on the future of personnel security</header>

<subparagraph id="H7AFE4D2B805948429B36CD792AFADF0B"><enum>(A)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a report on the future of personnel security to reflect changes in threats, the workforce, and technology.</text></subparagraph>

<subparagraph id="HC1ABA3E65AB14FB299986E3FBBEF004A"><enum>(B)</enum><header>Contents</header><text>The report submitted under subparagraph (A) shall include the following:</text>

<clause id="H437F8A5745FC446EBB1C2BE92A915223"><enum>(i)</enum><text>A risk framework for granting and renewing access to classified information.</text></clause>

<clause id="HE79A1DA0B2CC489C8CB3B6309DC07BED"><enum>(ii)</enum><text>A discussion of the use of technologies to prevent, detect, and monitor threats.</text></clause>

<clause id="H834EA36648094FDFBBE9C3D0324A2D56"><enum>(iii)</enum><text>A discussion of efforts to address reciprocity and portability.</text></clause>

<clause id="HAA7BC9E0FBA14D6AB3AFF53DC9F11490"><enum>(iv)</enum><text>A discussion of the characteristics of effective insider threat programs.</text></clause>

<clause id="HA95104618CFD492698A896F3D5B3F8C4"><enum>(v)</enum><text>An analysis of how to integrate data from continuous vetting, insider threat programs, and human resources data.</text></clause>

<clause id="H4506DB171A0F411390BA16F6EB56A359"><enum>(vi)</enum><text>Recommendations on interagency governance.</text></clause></subparagraph></paragraph>

<paragraph id="H6037F82580E54A6CA40B42E02BFB53D5"><enum>(3)</enum><header>Plan for implementation</header><text>Not later than 180 days after the date of the enactment of

this Act, the Chairman of the Council, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to implement the reportâ€™s framework and recommendations submitted under paragraph (2)(A).</text></paragraph>

<paragraph id="H0BA9387EC32742F39682F6B5322CCA4C"><enum>(4)</enum><header>Congressional notifications</header><text>Not less frequently than quarterly, the Security Executive Agent shall make available to the public a report regarding the status of the disposition of requests received from departments and agencies of the Federal Government for a change to, or approval under, the Federal investigative standards, the national adjudicative guidelines, continuous vetting, or other national policy regarding personnel security.</text></paragraph></subsection></section>

<section id="HEF159E8739A946C187EB05A3DBA2CA5D"><enum>6603.</enum><header>Improving the process for security clearances</header>

<subsection id="H4CB79C2BBB964A65BC990112F116453F"><enum>(a)</enum><header>Reviews</header><text>No t later than 180 days after the date of the enactment of this Act, the Security Executive Agent, in coordination with the members of the Council, shall submit to the appropriate congressional committees and make available to appropriate industry partners a report that includes the following:</text>

<paragraph id="H7F00CFF9061946A1930D635606D55996"><enum>(1)</enum><text display-inline="yes-display-inline">A review of whether the information requested on the Questionnaire for National Security Positions (Standard Form 86) and by the Federal Investigative Standards prescribed by the Suitability and Credentialing Executive Agent and the Security Executive Agent appropriately supports the adjudicative guidelines under Security Executive Agent Directive 4 (known as the <quote>National Security Adjudicative Guidelines</quote>). Such review shall include identification of whether any such information currently collected is unnecessary to support the adjudicative guidelines.</text></paragraph>

<paragraph id="H5E7584C2031A44FFB54FE6F0733BC02F"><enum>(2)</enum><text>An assessment of whether such Questionnaire, Standards, and guidelines should be revised to account for the prospect of a holder of a security clearance becoming an insider threat.</text></paragraph>

<paragraph id="HE6C5DC8482AA4AE6AB14FC6B0291290F"><enum>(3)</enum><text>Recommendations to improve the background investigation process byâ€"</text>

<subparagraph id="H1A46C8B58D924080B262C3673C04A8F7"><enum>(A)</enum><text>simplifying the Questionnaire for National Security Positions (Standard Form 86) and increasing customer support to applicants completing such Questionnaire;</text></subparagraph>

<subparagraph id="H570073D463AD419B9E2080D7F74AF12E"><enum>(B)</enum><text>using remote techniques and centralized locations to support or replace field investigation work;</text></subparagraph>

<subparagraph id="HBE8946640F04408D90872E1ED9014633"><enum>(C)</enum><text>using secure and reliable digitization of information obtained during the clearance process;</text></subparagraph>

<subparagraph id="H075F6BF6AEA84EFA85C222D49FEDEB38"><enum>(D)</enum><text>building the capacity of the background investigation workforce; and</text></subparagraph>

<subparagraph id="H7E1AD4DAB2F64CAE8262273910957F5B"><enum>(E)</enum><text>replacing periodic reinvestigations with continuous vetting techniques in all appropriate circumstances.</text></subparagraph></paragraph></subsection>

<subsection id="H06487845E9594816BA4A75F953D3043B"><enum>(b)</enum><header>Policy, strategy, and implementation</header><text>Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent shall, in coordination with the members of the Council, establish the following:</text>

<paragraph id="H2DF7628BD1A34C9C8BB83ECA998C38D3"><enum>(1)</enum><text>A policy and implementation plan for the issuance of interim security clearances.</text></paragraph>

<paragraph id="HAC8A25EC4D164C8BAD048BA740BA2489"><enum>(2)</enum><text>A policy and implementation plan to ensure contractors are treated consistently in the security clearance process across agencies and departments of the United States as compared to

employees of such agencies and departments. Such policy shall addressâ€"</text>

<subparagraph id="H0BA5BEF458A14E43A8A1CAC5E634BA2F"><enum>(A)</enum><text>prioritization of processing security clearances based on the mission the contractors will be performing;</text></subparagraph>

<subparagraph id="H3DF25B78DF5341EA8CAD3E0653A644EB"><enum>(B)</enum><text>standardization in the forms that agencies issue to initiate the process for a security clearance;</text></subparagraph>

<subparagraph id="HFDA10D456DF84F19948C1D979FA79F19"><enum>(C)</enum><text>digitization of background investigation-related forms;</text></subparagraph>

<subparagraph id="H37DE9D700F83452F8856863CA6AB9E51"><enum>(D)</enum><text>use of the polygraph;</text></subparagraph>

<subparagraph id="H9D794DC5DB63428F8945E86098BAFF4D"><enum>(E)</enum><text>the application of the adjudicative guidelines under Security Executive Agent Directive 4 (known as the <quote>National Security Adjudicative Guidelines</quote>);</text></subparagraph>

<subparagraph id="HADE7B3F8622E47DA9076C10F2C653531"><enum>(F)</enum><text>reciprocal recognition of clearances across agencies and departments of the United States, regardless of status of periodic reinvestigation;</text></subparagraph>

<subparagraph id="HDFD88B5F8DE648C3A9A1588530BD81B1"><enum>(G)</enum><text>tracking of clearance files as individuals move from employment with an agency or department of the United States to employment in the private sector;</text></subparagraph>

<subparagraph id="HC5C5D616269940D0A8AFF60B52610CE2"><enum>(H)</enum><text>collection of timelines for movement of contractors across agencies and departments;</text></subparagraph>

<subparagraph id="H66DF158F724C48AC919DD49267EC1B0C"><enum>(I)</enum><text>reporting on security incidents and job performance, consistent with section 552a of title 5, United States Code (commonly known as the <quote>Privacy Act of 1974</quote>), that may affect the ability to hold a security clearance;</text></subparagraph>

<subparagraph id="H59701F1F03CB4BF4AE182B3F8132F1A9"><enum>(J)</enum><text>any recommended changes to the Federal Acquisition Regulations (FAR) necessary to ensure that information affecting contractor clearances or suitability is appropriately and expeditiously shared between and among agencies and contractors; and</text></subparagraph>

<subparagraph id="H2BF7E9B8D4E641FF99C10AE53B90C108"><enum>(K)</enum><text>portability of contractor security clearances between or among contracts at the same agency and between or among contracts at different agencies that require the same level of clearance.</text></subparagraph></paragraph>

<paragraph id="H50946E88EDF6496A85A65B27F0BB9DD4"><enum>(3)</enum><text>A strategy and implementation plan thatâ€"</text>

<subparagraph id="H81EAB97D5F3C4115BEFFE4AD671D0F73"><enum>(A)</enum><text>provides for periodic reinvestigations as part of a security clearance determination only on an as-needed, risk-based basis;</text></subparagraph>

<subparagraph id="H2CA4D8A0C80B4609AA0A9B4ECF488E3A"><enum>(B)</enum><text>includes actions to assess the extent to which automated records checks and other continuous vetting methods may be used to expedite or focus reinvestigations; and</text></subparagraph>

<subparagraph id="HDC8FD5BD82DA4DD7B8C12C973F2F1FF5"><enum>(C)</enum><text>provides an exception to the requirement under subparagraph (A) for certain populations if the Security Executive Agentâ€"</text>

<clause id="HEF5249139F96443D93B56563C2ACCF1A"><enum>(i)</enum><text>determines such populations require reinvestigations at regular intervals; and</text></clause>

<clause id="H912FDDC5E8C34F76AD8D061DE94765D2"><enum>(ii)</enum><text>provides written justification to the appropriate congressional committees for any such

determination.</text></clause></subparagraph></paragraph>

<paragraph id="H81D416E72C9A4548B4A50C700E2B0E46"><enum>(4)</enum><text>A policy and implementation plan for agencies and departments of the United States, as a part of the security clearance process, to accept automated records checks generated pursuant to a security clearance applicantâ€™s employment with a prior employer.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC4290157DCA044A7A9F13A2E7418AE3E"><enum>(5)</enum><text>A policy for the use of certain background information on individuals collected by the private sector for background investigation purposes.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H715C2FF016F84153975C5782FB08FD37"><enum>(6)</enum><text>Uniform standards for agency continuous vetting programs to ensure quality and reciprocity in accepting enrollment in a continuous vetting program as a substitute for a periodic investigation for continued access to classified information.</text></paragraph></subsection></section>

<section id="HFAE4018BF54B417DAFF118B0D35D5834"><enum>6604.</enum><header>Goals for promptness of determinations regarding security clearances</header>

<subsection commented="no" display-inline="no-display-inline" id="H51BD0D155CE04F1584FFD184F01CFF0C"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Council shall reform the security clearance process with the objective that, by December 31, 2021, 90 percent of all determinations, other than determinations regarding populations identified under section 6603(b)(3)(C), regardingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE4756F8A25A1444B8931FF1F10763606"><enum>(1)</enum><text display-inline="yes-display-inline">security clearancesâ€"</text>

<subparagraph id="H9EAA2899126D4E27ABA525C292A0D5B3"><enum>(A)</enum><text>at the secret level are issued in 30 days or fewer; and</text></subparagraph>

<subparagraph id="H28CF2B1E40814ED38DDC71BDEBC86CE7"><enum>(B)</enum><text>at the top secret level are issued in 90 days or fewer; and</text></subparagraph></paragraph>

<paragraph id="HCA574F0E67D74CA3BDEA29AAB8DADA99"><enum>(2)</enum><text>reciprocity of security clearances at the same level are recognized in 2 weeks or fewer.</text></paragraph></subsection>

<subsection id="H80C85A6E393C4E6799C1CE3A2DB860AD"><enum>(b)</enum><header>Certain reinvestigations</header><text>The Council shall reform the security clearance process with the goal that by December 31, 2021, reinvestigation on a set periodicity is not required for more than 10 percent of the population that holds a security clearance.</text></subsection>

<subsection id="HDF6B50B542294C94A6FC9E89D8C7A5C9"><enum>(c)</enum><header>Equivalent metrics</header>

<paragraph id="H03D523B97BF8470194DF1F861D256206"><enum>(1)</enum><header>In general</header><text>If the Council develops a set of performance metrics that it certifies to the appropriate congressional committees should achieve substantially equivalent outcomes as those outlined in subsections (b) and (c), the Council may use those metrics for purposes of compliance within this provision.</text></paragraph>

<paragraph id="H38CB36E24C3B44AB9720700172C4C616"><enum>(2)</enum><header>Notice</header><text>If the Council uses the authority provided by paragraph (1) to use metrics as described in such paragraph, the Council shall, not later than 30 days after communicating such metrics to departments and agencies, notify the appropriate congressional committees that it is using such authority.</text></paragraph></subsection>

<subsection id="H1F88AA183E084570945A966DAD97568B"><enum>(d)</enum><header>Plan</header><text>Not later than 180 days after the date of the enactment of this Act, the Council shall submit to the appropriate congressional committees and make available to appropriate industry partners a plan to carry out this section. Such plan shall include recommended interim milestones for the goals set forth in subsections (b) and (c) for 2019, 2020,

and 2021.</text></subsection></section>

<section id="HD0149C30DA9445F0A77279A2933D18FE"><enum>6605.</enum><header>Security Executive Agent</header>

<subsection id="H08F235F53506442D9AE9EC8816DE1F3D"><enum>(a)</enum><header>In general</header><text>Title VIII of the National Security Act of 1947 (50 U.S.C. 3161 et seq.) is amendedâ€"</text>

<paragraph id="H071380B17A884A8ABB35B8F632DA68E9"><enum>(1)</enum><text>by redesignating sections 803 and 804 as sections 804 and 805, respectively; and</text></paragraph>

<paragraph id="HC46057D020B747C6A6B0CF2D8DB84D13"><enum>(2)</enum><text>by inserting after section 802 the following:</text>

<quoted-block display-inline="no-display-inline" id="H226C708B274F4340B28F7A49D5E17C77" style="OLC">

<section id="HCDFFBCB4BE744420886D3DBB31BCCC87"><enum>803.</enum><header>Security Executive Agent</header>

<subsection id="H8F0AC7D96CF546D8A257AD3E35587AC6"><enum>(a)</enum><header>In general</header><text>The Director of National Intelligence, or such other officer of the United States as the President may designate, shall serve as the Security Executive Agent for all departments and agencies of the United States.</text></subsection>

<subsection id="H45A73D4D1ADB4B058A5EBB4DBB493132"><enum>(b)</enum><header>Duties</header><text>The duties of the Security Executive Agent are as follows:</text>

<paragraph id="HBC53078B29C6401987D9996ACEA64B92"><enum>(1)</enum><text>To direct the oversight of investigations, reinvestigations, adjudications, and, as applicable, polygraphs for eligibility for access to classified information or eligibility to hold a sensitive position made by any Federal agency.</text></paragraph>

<paragraph id="H80A85961570C4D568C0BFB1B4BBD5914"><enum>(2)</enum><text>To review the national security background investigation and adjudication programs of Federal agencies to determine whether such programs are being implemented in accordance with this section.</text></paragraph>

<paragraph id="HE55ABB1FB67F4346A5FAE0AA610E79D4"><enum>(3)</enum><text>To develop and issue uniform and consistent policies and procedures to ensure the effective, efficient, timely, and secure completion of investigations, polygraphs, and adjudications relating to determinations of eligibility for access to classified information or eligibility to hold a sensitive position.</text></paragraph>

<paragraph id="HBDC3EDEFF4FC42028302DE783DBE16B7"><enum>(4)</enum><text>Unless otherwise designated by law, to serve as the final authority to designate a Federal agency or agencies to conduct investigations of persons who are proposed for access to classified information or for eligibility to hold a sensitive position to ascertain whether such persons satisfy the criteria for obtaining and retaining access to classified information or eligibility to hold a sensitive position, as applicable.</text></paragraph>

<paragraph id="H3652656510C14D45B6E87985BF4F102F"><enum>(5)</enum><text>Unless otherwise designated by law, to serve as the final authority to designate a Federal agency or agencies to determine eligibility for access to classified information or eligibility to hold a sensitive position in accordance with Executive Order No. 12968 (50 U.S.C. 3161 note; relating to access to classified information).</text></paragraph>

<paragraph id="HC1BEB1F9E52B4646B70E36FA32D26E12"><enum>(6)</enum><text display-inline="yes-display-inline">To review and approve the policies of the Federal agencies that ensure reciprocal recognition of eligibility for access to classified information or eligibility to hold a sensitive position among Federal agencies, and to act as the final authority to arbitrate and resolve disputes among such agencies involving the reciprocity of investigations and adjudications of eligibility.</text></paragraph>

<paragraph id="H74BAFE5366774B19B91E5BC415E3CD01"><enum>(7)</enum><text>To execute all other duties assigned to the Security Executive Agent by law.</text></paragraph></subsection>

<subsection id="H1708329E4B904741A30E27EAB5387AE8"><enum>(c)</enum><header>Authorities</header><text>The Security Executive Agent shallâ€"</text>

<paragraph id="HE0AC412E9410463E9B16CA2E632B4600"><enum>(1)</enum><text>issue guidelines and instructions to the heads of Federal agencies to ensure appropriate uniformity, centralization, efficiency, effectiveness, timeliness, and security in processes relating to determinations by such agencies of eligibility for access to classified information or eligibility to hold a sensitive position, including such matters as investigations, polygraphs, adjudications, and reciprocity;</text></paragraph>

<paragraph id="HB5BC1003387C478B9BBC3D1ACC2135E8"><enum>(2)</enum><text>have the authority to grant exceptions to, or waivers of, national security investigative requirements, including issuing implementing or clarifying guidance, as necessary;</text></paragraph>

<paragraph id="HC6B67A2C26A44AEF934728CAEAA60267"><enum>(3)</enum><text>have the authority to assign, in whole or in part, to the head of any Federal agency (solely or jointly) any of the duties of the Security Executive Agent described in subsection (b) or the authorities described in paragraphs (1) and (2), provided that the exercise of such assigned duties or authorities is subject to the oversight of the Security Executive Agent, including such terms and conditions (including approval by the Security Executive Agent) as the Security Executive Agent determines appropriate; and</text></paragraph>

<paragraph id="H0DB3F2CB3224472AA44C9B43B6708412"><enum>(4)</enum><text>define and set standards for continuous vetting for continued access to classified information and for eligibility to hold a sensitive position.</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H28FD46F3ECAC45B3A8B38E343003F222"><enum>(b)</enum><header>Report on recommendations for revising authorities</header><text>Not later than 30 days after the date on which the Chairman of the Council submits to the appropriate congressional committees the report required by section 6602(b)(2)(A), the Chairman shall submit to the appropriate congressional committees such recommendations as the Chairman may have for revising the authorities of the Security Executive Agent.</text></subsection>

<subsection id="H7A9DE7D729F14BE5B1F649BF9C748E9E"><enum>(c)</enum><header>Conforming amendment</header><text>Section 103H(j)(4)(A) of such Act (50 U.S.C. 3033(j)(4)(A)) is amended by striking <quote>in section 804</quote> and inserting <quote>in section 805</quote>.</text></subsection>

<subsection id="HFFD58072AE6F424DB4E5C1747D91C1DA"><enum>(d)</enum><header>Clerical amendment</header><text>The table of contents in the matter preceding section 2 of such Act (50 U.S.C. 3002) is amended by striking the items relating to sections 803 and 804 and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="HE61CB38336A641C6A7A0D14DDC9F0E97" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 803. Security Executive Agent.</toc-entry>

<toc-entry bold="off" level="section">Sec. 804. Exceptions.</toc-entry>

<toc-entry bold="off" level="section">Sec. 805. Definitions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="HF8EA4DA5EC4F4A839A6968F1D3416B9F"><enum>6606.</enum><header>Report on unified, simplified, Governmentwide standards for positions of trust and security clearances</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent, in coordination with the other members of the Council, shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a report regarding the advisability and the risks, benefits, and costs to the Government and to industry of consolidating to not more than three tiers for positions of trust and security clearances.</text></section>

<section id="H2D0B1EDB85F345DBA6C13AE6DA085549"><enum>6607.</enum><header>Report on clearance in person concept</header>

<subsection id="HDB807C68AB5347DEA80671F377322958"><enum>(a)</enum><header>Sense of congress</header><text>It is the sense of Congress that to reflect the greater mobility of the modern workforce, alternative methodologies merit analysis to allow greater flexibility for individuals moving in and out of positions that require access to classified information, while still preserving security.</text></subsection>

<subsection id="HBF0CDC3A563142C7B835E12E382D7BE3"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent shall submit to the appropriate congressional committees and make available to appropriate industry partners a report that describes the requirements, feasibility, and advisability of implementing a clearance in person concept described in subsection (c).</text></subsection>

<subsection id="HD2F1AFB12EEC498A92F572393965C1D8"><enum>(c)</enum><header>Clearance in person concept</header><text display-inline="yes-display-inline">The clearance in person conceptâ€"</text>

<paragraph id="HC19AD76A609C4F14A8433A525EE16329"><enum>(1)</enum><text display-inline="yes-display-inline">permits an individual who once held a security clearance to maintain his or her eligibility for access to classified information, networks, and facilities for up to 3 years after the individualâ€™s eligibility for access to classified information would otherwise lapse; and</text></paragraph>

<paragraph id="H0A94694345484CD89DE42A933857DB2B"><enum>(2)</enum><text display-inline="yes-display-inline">recognizes, unless otherwise directed by the Security Executive Agent, an individualâ€™s security clearance and background investigation as current, regardless of employment status, contingent on enrollment in a continuous vetting program.</text></paragraph></subsection>

<subsection id="H0C71764C766442368110638E0492AD24"><enum>(d)</enum><header>Contents</header><text display-inline="yes-display-inline">The report required under subsection (b) shall addressâ€"</text>

<paragraph id="H1C0499DF8D03412B8D43DC4B7D3095D7"><enum>(1)</enum><text>requirements for an individual to voluntarily remain in a continuous vetting program validated by the Security Executive Agent even if the individual is not in a position requiring access to classified information;</text></paragraph>

<paragraph id="HC3E77AA5083A494393279291AB80BFAC"><enum>(2)</enum><text>appropriate safeguards for privacy;</text></paragraph>

<paragraph id="HABCDD8B8A2E44E50922D5692580309ED"><enum>(3)</enum><text>advantages to government and industry;</text></paragraph>

<paragraph id="HAEE4A6B7CA514E91BD60DC4AAD072F64"><enum>(4)</enum><text>the costs and savings associated with implementation;</text></paragraph>

<paragraph id="H8440AE97841B43A288C6DB7F72528B98"><enum>(5)</enum><text>the risks of such implementation, including security and counterintelligence risks;</text></paragraph>

<paragraph id="H316F1AD16A9A4B63BDC68B566C874C2B"><enum>(6)</enum><text>an appropriate funding model; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H060DB97FAE68430C9C5A2FC2A3379B62"><enum>(7)</enum><text>fairness to small companies and independent contractors.</text></paragraph></subsection></section>

<section id="HC7EC09228D9C4F61AE32F3CB0379AA64"><enum>6608.</enum><header>Reports on reciprocity for security clearances inside of departments and agencies</header>

<subsection id="H3ED5064477A34160B69DF94B962844AE"><enum>(a)</enum><header>Reports to Security Executive Agent</header><text>The head of each Federal department or agency shall submit an annual report to the Security Executive Agent that, with respect to the period covered by the reportâ€"</text>

<paragraph id="HCF85264AB0B642E4A6B76AD9EA444427"><enum>(1)</enum><text display-

inline="yes-display-inline">identifies the number of individuals whose security clearances took more than 2 weeks for reciprocity recognition after such individuals move to another part of such department or agency; and</text></paragraph>

<paragraph id="HFFC89BE51A4E4DCFA4ECF252B9D9C07E"><enum>(2)</enum><text>breaks out the information described in paragraph (1) by type of clearance and the reasons for any delays.</text></paragraph></subsection>

<subsection id="H2EC1A4E262DB4EA2B82FE4395A1A2C08"><enum>(b)</enum><header>Annual report</header><text>Not less frequently than once each year, the Security Executive Agent shall submit to the appropriate congressional committees and make available to industry partners a report that summarizes the information received pursuant to subsection (b) during the period covered by such report.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H576EBAD66BC24249BF42BD8481EDBB38" section-type="subsequent-section"><enum>6609.</enum><header display-inline="yes-display-inline">Intelligence community reports on security clearances</header>

<subsection id="H6A42335F12464D58AD671A25BE5C8B66"><enum>(a)</enum><header>Sense of Congress</header><text>It is the sense of Congress thatâ€"</text>

<paragraph id="HC1283654AF6E491B95AB579AAF25A419"><enum>(1)</enum><text>despite sustained efforts by Congress and the executive branch, an unacceptable backlog in processing and adjudicating security clearances persists, both within elements of the intelligence community and in other departments of the Federal Government, with some processing times exceeding a year or even more;</text></paragraph>

<paragraph id="H6C636CC070214D31BF9241F9A3C958C7"><enum>(2)</enum><text>the protracted clearance timetable threatens the ability of elements of the intelligence community to hire and retain highly qualified individuals, and thus to fulfill the missions of such elements;</text></paragraph>

<paragraph id="H44E7FC9416FA4C74A8E260EBA1F47379"><enum>(3)</enum><text>the prospect of a lengthy clearance process deters some such individuals from seeking employment with the intelligence community in the first place, and, when faced with a long wait time, those with conditional offers of employment may opt to discontinue the security clearance process and pursue different opportunities;</text></paragraph>

<paragraph id="HE28CACD67A4347F781EEEBA0971F4BC6"><enum>(4)</enum><text>now more than ever, therefore, the broken security clearance process badly needs fundamental reform; and</text></paragraph>

<paragraph id="H777F8DAE818743E0A9BA1C25B8814131"><enum>(5)</enum><text>in the meantime, to ensure the ability of elements of the intelligence community to hire and retain highly qualified personnel, elements should consider, to the extent possible and consistent with national security, permitting new employees to enter on duty immediately or nearly so, and to perform, on a temporary basis pending final adjudication of their security clearances, work that either does not require a security clearance or requires only a low-level interim clearance.</text></paragraph></subsection>

<subsection id="H74AC680810BD4DAFAC8DB79B631B4A5D"><enum>(b)</enum><header>Reports required</header><text display-inline="yes-display-inline">Section 506H of the National Security Act of 1947 (50 U.S.C. 3104) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H82B9E241B7C44564910FC650623F0033"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(1)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HD116B0C2A3DC4FC2AE28D94CDAC17FAE"><enum>(A)</enum><text display-inline="yes-display-inline">in subparagraph (A)(ii), by adding <quote>and</quote> at the end;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEC12BD7BBBD94E6796A0C0760E976EC5"><enum>(B)</enum><text display-inline="yes-display-inline">in subparagraph (B)(ii), by striking <quote>; and</quote> and inserting a period; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="HA826801AAD14486DB6497EB88246C900"><enum>(C)</enum><text display-inline="yes-display-inline">by striking subparagraph (C);</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE3CF6EA5A1754E15ABBC9EE58A84D2C4"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsection (b) as subsection (c);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7594252520A54CEC835842D0033F19E8"><enum>(3)</enum><text display-inline="yes-display-inline">by inserting after subsection (a) the following:</text>

<quoted-block display-inline="no-display-inline" id="HC4F94F5239C64840A16AD47AFF0F4EDC" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H1B6220AA59884D8B869547F3D2E12E41"><enum>(b)</enum><header display-inline="yes-display-inline">Intelligence community reports</header>

<paragraph commented="no" display-inline="yes-display-inline" id="H9509C2BAFBA649568D84BC9621844FB9"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HB0A76814BAE94872B1A31C4927693A16"><enum>(A)</enum><text display-inline="yes-display-inline">Not later than March 1 of each year, the Director of National Intelligence shall submit a report to the congressional intelligence committees, the <committee-name committee-id="SSGA00">Committee on Homeland Security and Governmental Affairs of the Senate</committee-name>, the <committee-name committee-id="">Committee on Homeland Security of the House of Representatives</committee-name>, and the <committee-name committee-id="">Committee on Oversight and Reform of the House of Representatives</committee-name> regarding the security clearances processed by each element of the intelligence community during the preceding fiscal year.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H36C044C3CD2A43F1A58E93AAF2FC3CCF" indent="up2"><enum>(B)</enum><text display-inline="yes-display-inline">The Director shall submit to the <committee-name committee-id="SSAS00">Committee on Armed Services of the Senate</committee-name> and the <committee-name committee-id="">Committee on Armed Services of the House of Representatives</committee-name> such portions of the report submitted under subparagraph (A) as the Director determines address elements of the intelligence community that are within the Department of Defense.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H29D8FC2724794F539F318F49ED7673E6" indent="up2"><enum>(C)</enum><text display-inline="yes-display-inline">Each report submitted under this paragraph shall separately identify security clearances processed for Federal employees and contractor employees sponsored by each such element.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H26FF52C311F546559030355036EE2DE2" indent="up1"><enum>(2)</enum><text display-inline="yes-display-inline">Each report submitted under paragraph (1)(A) shall include, for each element of the intelligence community for the fiscal year covered by the report, the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2074DA4946554CFBAFBCE2E416959AEC"><enum>(A)</enum><text display-inline="yes-display-inline">The total number of initial security clearance background investigations sponsored for new applicants.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD0A61C37805F4870B940CE6260B79282"><enum>(B)</enum><text display-inline="yes-display-inline">The total number of security clearance periodic reinvestigations sponsored for existing employees.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA0AEBE2808854FA5A14747F17351A3D7"><enum>(C)</enum><text display-inline="yes-display-inline">The total number of initial security clearance background investigations for new applicants that were adjudicated with notice of a determination provided to the prospective applicant, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline"

id="H226FCA5C6B4B48E4BA4A936E97F27C8B"><enum>(i)</enum><text display-inline="yes-display-inline">the total number of such adjudications that were adjudicated favorably and granted access to classified information; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HFB09DEB325A74380824FEF610E476F60"><enum>(ii)</enum><text display-inline="yes-display-inline">the total number of such adjudications that were adjudicated unfavorably and resulted in a denial or revocation of a security clearance.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0A1C670855304D438CF9454A5FA9DE9D"><enum>(D)</enum><text display-inline="yes-display-inline">The total number of security clearance periodic background investigations that were adjudicated with notice of a determination provided to the existing employee, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H6C7AE907F2B1464DBA44FB55E56D99B8"><enum>(i)</enum><text display-inline="yes-display-inline">the total number of such adjudications that were adjudicated favorably; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HF7797B6075C442789D573052804B3E24"><enum>(ii)</enum><text display-inline="yes-display-inline">the total number of such adjudications that were adjudicated unfavorably and resulted in a denial or revocation of a security clearance.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HAA01DC121AB443AF8092992D20C9FE76"><enum>(E)</enum><text display-inline="yes-display-inline">The total number of pending security clearance background investigations, including initial applicant investigations and periodic reinvestigations, that were not adjudicated as of the last day of such year and that remained pending, categorized as follows:</text>

<clause commented="no" display-inline="no-display-inline" id="H8AA00D54900F4FC19044D275340369EC"><enum>(i)</enum><text display-inline="yes-display-inline">For 180 days or shorter.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H58364E1D1A364AE6AFEE258E02B5EDEB"><enum>(ii)</enum><text display-inline="yes-display-inline">For longer than 180 days, but shorter than 12 months.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H6391281A059B4F71931AF9EC5BAEE9D7"><enum>(iii)</enum><text display-inline="yes-display-inline">For 12 months or longer, but shorter than 18 months.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H9A8F0142CF214F9989AD3E7BF802476F"><enum>(iv)</enum><text display-inline="yes-display-inline">For 18 months or longer, but shorter than 24 months.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H4F57B881E29C41CF8365CA52F5A069BC"><enum>(v)</enum><text display-inline="yes-display-inline">For 24 months or longer.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9B392E28D3F2448688DBA0C8A6BC2880"><enum>(F)</enum><text display-inline="yes-display-inline">For any security clearance determinations completed or pending during the year preceding the year for which the report is submitted that have taken longer than 12 months to completeâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HF5B225E569934581A55416AAE51A5C4D"><enum>(i)</enum><text display-inline="yes-display-inline">an explanation of the causes for the delays incurred during the period covered by the report; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H70DDCBE2A9A84083BE6DB5638BA11854"><enum>(ii)</enum><text display-inline="yes-display-inline">the number of such delays involving a polygraph requirement.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="HCC68305C2BBA4FAF997A16E4FBF8AECB"><enum>(G)</enum><text display-inline="yes-display-inline">The percentage of security clearance investigations, including initial and periodic reinvestigations, that resulted in a denial or revocation of a security clearance.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H91593F2FE00D4E358888ECE418EE6CA3"><enum>(H)</enum><text display-inline="yes-display-inline">The percentage of security clearance investigations that resulted in incomplete information.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1B923D4D69294A60A849E9FC80DE27FD"><enum>(I)</enum><text display-inline="yes-display-inline">The percentage of security clearance investigations that did not result in enough information to make a decision on potentially adverse information.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1210DEA486D6434CA9133A326F5FC1D8" indent="up1"><enum>(3)</enum><text display-inline="yes-display-inline">The report required under this subsection shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H65811A76D8F64FAF9ADF506840A66674"><enum>(4)</enum><text display-inline="yes-display-inline">in subsection (c), as redesignated, by striking <quote>subsection (a)(1)</quote> and inserting <quote>subsections (a)(1) and (b)</quote>.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HE2486D57B40D4263862EE5DE59C88CD3" section-type="subsequent-section"><enum>6610.</enum><header display-inline="yes-display-inline">Periodic report on positions in the intelligence community that can be conducted without access to classified information, networks, or facilities</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 5 years thereafter, the Director of National Intelligence shall submit to the congressional intelligence committees a report that reviews the intelligence community for which positions can be conducted without access to classified information, networks, or facilities, or may only require a security clearance at the secret level.</text></section>

<section id="H8DD811FFE14A4157B2FFFAE382C3207D"><enum>6611.</enum><header>Information-sharing program for positions of trust and security clearances</header>

<subsection id="HECD3921690DE4DEC9DA6A3BA593C5CED"><enum>(a)</enum><header>Program required</header>

<paragraph id="H01ABE5352F2D4EBBBD876955FA5168C5"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall establish and implement a program to share between and among agencies of the Federal Government and industry partners of the Federal Government relevant background information regarding individuals applying for and currently occupying national security positions and positions of trust, in order to ensure the Federal Government maintains a trusted workforce.</text></paragraph>

<paragraph id="HF09B559255FA47BF9E53C5F7B9CC3008"><enum>(2)</enum><header>Designation</header><text>The program established under paragraph (1) shall be known as the <quote>Trusted Information Provider Program</quote> (in this section referred to as the <quote>Program</quote>).</text></paragraph></subsection>

<subsection id="H68E4736CEAE94935B32DDE8BC91436B3"><enum>(b)</enum><header>Privacy safeguards</header><text>The Security Executive Agent and the Suitability and Credentialing Executive Agent shall ensure that the Program includes such safeguards for privacy as the Security Executive Agent and the Suitability and Credentialing Executive Agent consider appropriate.</text></subsection>

<subsection id="HE01D9C5F7F3C483B95E0F7E433BA12D2"><enum>(c)</enum><header>Provision of information to the Federal Government</header><text>The Program shall include

requirements that enable investigative service providers and agencies of the Federal Government to leverage certain pre-employment information gathered through private-sector means during the employment or military recruiting process, and other relevant security or human resources information obtained during employment with or for the Federal Government, that satisfy Federal investigative standards, while safeguarding personnel privacy.</text></subsection>

<subsection id="H47A35BAC6D39459A9143A01C67F5DDFD"><enum>(d)</enum><header>Information and records</header><text>The information and records considered under the Program shall include the following:</text>

<paragraph id="HF55FEA5C0AE34722874E7D755C8435C3"><enum>(1)</enum><text>Date and place of birth.</text></paragraph>

<paragraph id="H6BA58EC6AE0348B68740476AD1EB73FF"><enum>(2)</enum><text>Citizenship or immigration and naturalization information.</text></paragraph>

<paragraph id="H997FA25B564344D59DA13E110E389F05"><enum>(3)</enum><text>Education records.</text></paragraph>

<paragraph id="H5EE76EB88F65420FB91FED0BB8DF8FD6"><enum>(4)</enum><text>Employment records.</text></paragraph>

<paragraph id="H9FC9354DEB90474A849BFC48F6076BA9"><enum>(5)</enum><text>Employment or social references.</text></paragraph>

<paragraph id="H923A85129B9A4F6F838486A812048277"><enum>(6)</enum><text>Military service records.</text></paragraph>

<paragraph id="H795505E4B29A45EE910C5A11F5FCC0C9"><enum>(7)</enum><text>State and local law enforcement checks.</text></paragraph>

<paragraph id="H0B0FC0ADA72D471F831704485A3A2D85"><enum>(8)</enum><text>Criminal history checks.</text></paragraph>

<paragraph id="H27CD8589544C4DDD962A26841A37E1ED"><enum>(9)</enum><text>Financial records or information.</text></paragraph>

<paragraph id="H71AF2D76D6D14076B65F942CBCB00668"><enum>(10)</enum><text>Foreign travel, relatives, or associations.</text></paragraph>

<paragraph id="H7F3B93DED9C748E9A6339E92D3823F18"><enum>(11)</enum><text>Social media checks.</text></paragraph>

<paragraph id="H21EA8D05EB7F44BC91E5D922F3895B94"><enum>(12)</enum><text>Such other information or records as may be relevant to obtaining or maintaining national security, suitability, fitness, or credentialing eligibility.</text></paragraph></subsection>

<subsection id="H02984AF22AF34B01B02562AACED5403D"><enum>(e)</enum><header>Implementation plan</header>

<paragraph id="H518C12DB0AD14CECAB36CC38CD1800F8"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a plan for the implementation of the Program.</text></paragraph>

<paragraph id="H096FD05D6B0B40E7A3FEDA0C96B7DCA1"><enum>(2)</enum><header>Elements</header><text>The plan required by paragraph (1) shall include the following:</text>

<subparagraph id="H3CE2467B265943ED880B6641A977332E"><enum>(A)</enum><text>Mechanisms that address privacy, national security, suitability or fitness, credentialing, and human resources or military recruitment processes.</text></subparagraph>

<subparagraph id="H22E73E30266247C0A966146805B83923"><enum>(B)</enum><text>Such recommendations for legislative or administrative action as the Security Executive Agent and the Suitability and Credentialing Executive Agent consider appropriate to carry out or improve the Program.</text></subparagraph></paragraph></subsection>

<subsection id="HB1BDCB594FFA42179CE5A25F0D00F1FF"><enum>(f)</enum><header>Plan for pilot program on two-way information sharing</header>

<paragraph id="HED1A499A05B447189643F81912679F39"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a plan for the implementation of a pilot program to assess the feasibility and advisability of expanding the Program to include the sharing of information held by the Federal Government related to contract personnel with the security office of the employers of those contractor personnel.</text></paragraph>

<paragraph id="H2229A1ADA4D7463D8ACBA438A6723BBC"><enum>(2)</enum><header>Elements</header><text>The plan required by paragraph (1) shall include the following:</text>

<subparagraph id="HA110BFD117CA4C57A6137813D840B15E"><enum>(A)</enum><text>Mechanisms that address privacy, national security, suitability or fitness, credentialing, and human resources or military recruitment processes.</text></subparagraph>

<subparagraph id="H3665682C798849EAB9EABF1ADED15353"><enum>(B)</enum><text>Such recommendations for legislative or administrative action as the Security Executive Agent and the Suitability and Credentialing Executive Agent consider appropriate to carry out or improve the pilot program.</text></subparagraph></paragraph></subsection>

<subsection id="HCE425C4423014A21B7F26D890B322C10"><enum>(g)</enum><header>Review</header><text>Not later than 1 year after the date of the enactment of this Act, the Security Executive Agent and the Suitability and Credentialing Executive Agent shall jointly submit to the appropriate congressional committees and make available to appropriate industry partners a review of the plans submitted under subsections (e)(1) and (f)(1) and utility and effectiveness of the programs described in such plans.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H71676BA4CBCC405A9B93DC45493DB42F" section-type="subsequent-section"><enum>6612.</enum><header>Report on protections for confidentiality of whistleblower-related communications</header><text display-inline="no-display-inline">Not later than 180 days after the date of the enactment of this Act, the Security Executive Agent shall, in coordination with the Inspector General of the Intelligence Community, submit to the appropriate congressional committees a report detailing the controls employed by the intelligence community to ensure that continuous vetting programs, including those involving user activity monitoring, protect the confidentiality of whistleblower-related communications.</text></section>

<section commented="no" display-inline="no-display-inline" id="H3DDE7ECFB14F442E9406BFA01E3AFAB5" section-type="subsequent-section"><enum>6613.</enum><header display-inline="yes-display-inline">Reports on costs of security clearance background investigations</header>

<subsection commented="no" display-inline="no-display-inline" id="H3E440796D0B34573B05BD1FE72F47E82"><enum>(a)</enum><header display-inline="yes-display-inline">Reports</header><text display-inline="yes-display-inline">Not later than March 1, 2020, and each year thereafter through 2022, the Security Executive Agent, in coordination with the Council, shall submit to the appropriate congressional committees a report on the resources expended by each agency of the Federal Government during the fiscal year prior to the date of the report for processing security clearance background investigations and continuous vetting programs, disaggregated by tier and whether the individual was a Government employee or contractor.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7FCDB88689FF4C7EB0FE7BD7FC988D24"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">Each report submitted under subsection (a) shall include, for the period covered by the reportâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H099DAC74EACF428F8A840EC69DAF783E"><enum>(1)</enum><text display-inline="yes-display-inline">the costs of background investigations;</text></paragraph>

<paragraph id="H70A32F9AD93F4AFC95F9FD7D28AE6BB3"><enum>(2)</enum><text>the costs of reinvestigations;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB8F6D244ACA0437C9E1DEA7A521F961F"><enum>(3)</enum><text display-inline="yes-display-inline">the costs associated with background investigations and reinvestigations for Government personnel;</text></paragraph>

<paragraph id="HDE92F532F67B48BB8AF7090ADB19BC4C"><enum>(4)</enum><text display-inline="yes-display-inline">the costs associated with background investigations and reinvestigations for contract personnel;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H96C846DE3D934682A198C4FAF85DE015"><enum>(5)</enum><text display-inline="yes-display-inline">costs associated with continuous evaluation initiatives monitoring for personnel for whom a background investigation or reinvestigation was conducted, other than costs associated with adjudication;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H672957E9F1AF4A85B208E3E134C80AB4"><enum>(6)</enum><text display-inline="yes-display-inline">the average cost per person for each type of background investigation; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9A1FE0175D424B20B370482A3D3C1FF0"><enum>(7)</enum><text display-inline="yes-display-inline">a summary of transfers and reprogrammings that were executed to support the processing of security clearances.</text></paragraph></subsection></section></title>

<title id="HCF9705B6E60D47148DB7A5B1D79097BE"><enum>LXVII</enum><header>Reports and other matters</header>

<subtitle id="H92A9BF77D1A243CAA49BEA13C4932BE9"><enum>A</enum><header>Matters relating to Russia and other foreign powers</header>

<section id="H43705B5071224877BC30A6424A1E2FC5"><enum>6701.</enum><header>Limitation relating to establishment or support of cybersecurity unit with the Russian Federation</header>

<subsection id="H135E5B4DE95E411CA4D7E0FF6AA1B6D0"><enum>(a)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HC462393768554BBE98AE816518B55A4D"><enum>(1)</enum><text>the congressional intelligence committees;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7785F039460D46D0A349E40B678FF19C"><enum>(2)</enum><text>the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H4B336CE0AB6344A49D93B1B05B22E7DE"><enum>(3)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></paragraph></subsection>

<subsection id="H022490F9AD2A427990F7DB02F28F7B29"><enum>(b)</enum><header>Limitation</header>

<paragraph id="HFB36AABA37794672958039D2B71FD7CE"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">No amount may be expended by the Federal Government, other than the Department of Defense, to enter into or implement any bilateral agreement between the United States and the Russian Federation regarding cybersecurity, including the establishment or support of any cybersecurity unit, unless, at least 30 days prior to the conclusion of any such agreement, the Director of National Intelligence submits to the appropriate congressional committees a report on such agreement that includes the elements required by subsection (c).</text></paragraph>

<paragraph id="HAA799C75598243378811D88822023818"><enum>(2)</enum><header>Department of Defense agreements</header><text display-inline="yes-display-inline">Any agreement

between the Department of Defense and the Russian Federation regarding cybersecurity shall be conducted in accordance with section 1232 of the National Defense Authorization Act for Fiscal Year 2017 (Public Law 114â€"328), as amended by section 1231 of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115â€"91).</text></paragraph></subsection>

<subsection id="H35446FEE616B42DC8C378736A571AF6D"><enum>(c)</enum><header>Elements</header><text display-inline="yes-display-inline">If the Director submits a report under subsection (b) with respect to an agreement, such report shall include a discussion of each of the following:</text>

<paragraph id="H670C876F80054940A0365934A8FA9121"><enum>(1)</enum><text>The purpose of the agreement.</text></paragraph>

<paragraph id="HA6E95B12F6084BB48835AF500E50CB98"><enum>(2)</enum><text>The nature of any intelligence to be shared pursuant to the agreement.</text></paragraph>

<paragraph id="HB2F4A7FFBA56461F8135947CDD20B38B"><enum>(3)</enum><text>The expected value to national security resulting from the implementation of the agreement.</text></paragraph>

<paragraph id="HC93BC5881DA244B2A1A1F4B5F6449B02"><enum>(4)</enum><text>Such counterintelligence concerns associated with the agreement as the Director may have and such measures as the Director expects to be taken to mitigate such concerns.</text></paragraph></subsection>

<subsection id="HC1FD4146ADBE4CAA9BBEB5AB09E04ED4"><enum>(d)</enum><header>Rule of construction</header><text display-inline="yes-display-inline">This section shall not be construed to affect any existing authority of the Director of National Intelligence, the Director of the Central Intelligence Agency, or another head of an element of the intelligence community, to share or receive foreign intelligence on a case-by-case basis.</text></subsection></section>

<section id="H0F3E460AC7294CC2B471DCEE2DB6464C"><enum>6702.</enum><header>Assessment of threat finance relating to Russia</header>

<subsection id="H8440D2B289B441F79B7930A256135443"><enum>(a)</enum><header>Threat finance defined</header><text>In this section, the term <term>threat finance</term> meansâ€"</text>

<paragraph id="H0A539DBE910947A7BAB71714A5B1031E"><enum>(1)</enum><text display-inline="yes-display-inline">the financing of cyber operations, global influence campaigns, intelligence service activities, proliferation, terrorism, or transnational crime and drug organizations;</text></paragraph>

<paragraph id="HE0D7BE5EF5EB48A28B8310BE387865F9"><enum>(2)</enum><text>the methods and entities used to spend, store, move, raise, conceal, or launder money or value, on behalf of threat actors;</text></paragraph>

<paragraph id="H66321C6F068B489ABBFFB87DE4D4D35E"><enum>(3)</enum><text>sanctions evasion; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB16B66B39CB74710A57CB64E62751392"><enum>(4)</enum><text>other forms of threat finance activity domestically or internationally, as defined by the President.</text></paragraph></subsection>

<subsection id="HF977CABABE5E44ACB065D2DD40B00A2F"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Assistant Secretary of the Treasury for Intelligence and Analysis, shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report containing an assessment of Russian threat finance. The assessment shall be based on intelligence from all sources, including from the Office of Terrorism and Financial Intelligence of the Department of the Treasury.</text></subsection>

<subsection id="H2FE52FFFF9374BBDA0EB3345895A54CB"><enum>(c)</enum><header>Elements</header><text

display-inline="yes-display-inline">The report required by subsection (b) shall include each of the following:</text>

<paragraph id="H8A63BDB4874C4286ADC5149CA20FBF23"><enum>(1)</enum><text display-inline="yes-display-inline">A summary of leading examples from the 3-year period preceding the date of the submittal of the report of threat finance activities conducted by, for the benefit of, or at the behest ofâ€"</text>

<subparagraph id="H6CD65565381545D3B114D46B49CB6C17"><enum>(A)</enum><text>officials of the Government of Russia;</text></subparagraph>

<subparagraph id="HB1AA556FB8644BAFBFEFF86183A60AC3"><enum>(B)</enum><text>persons subject to sanctions under any provision of law imposing sanctions with respect to Russia;</text></subparagraph>

<subparagraph id="H8FAEB9E8DF454B479C7401FD6D20400A"><enum>(C)</enum><text>Russian nationals subject to sanctions under any other provision of law; or</text></subparagraph>

<subparagraph id="HA7C8CDD985B643809AD481B2D347C8AD"><enum>(D)</enum><text>Russian oligarchs or organized criminals.</text></subparagraph></paragraph>

<paragraph id="H712573A427B446EBA7FA2DBE7F2A1D95"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment with respect to any trends or patterns in threat finance activities relating to Russia, including common methods of conducting such activities and global nodes of money laundering used by Russian threat actors described in paragraph (1) and associated entities.</text></paragraph>

<paragraph id="HF2500EEE1DEE4FA3987E90082BF6881C"><enum>(3)</enum><text display-inline="yes-display-inline">An assessment of any connections between Russian individuals involved in money laundering and the Government of Russia.</text></paragraph>

<paragraph id="HB372A864AAEE4287ACF0F6535A7EE0D2"><enum>(4)</enum><text>A summary of engagement and coordination with international partners on threat finance relating to Russia, especially in Europe, including examples of such engagement and coordination.</text></paragraph>

<paragraph id="H675A68BCCD0348F0ACBC2DCEF18CA2A2"><enum>(5)</enum><text>An identification of any resource and collection gaps.</text></paragraph>

<paragraph id="H36B7C72AD4BA4A9D88F285A0A0A0FE47"><enum>(6)</enum><text display-inline="yes-display-inline">An identification ofâ€"</text>

<subparagraph id="HE54736D04C2341CB9059F38F6E850CC3"><enum>(A)</enum><text>entry points of money laundering by Russian and associated entities into the United States;</text></subparagraph>

<subparagraph id="H23DBA8C4F8714B389F421678ECF1D2E4"><enum>(B)</enum><text>any vulnerabilities within the United States legal and financial system, including specific sectors, which have been or could be exploited in connection with Russian threat finance activities; and</text></subparagraph>

<subparagraph id="H24940C9E22D445B8A1C7F5CA27D1D30B"><enum>(C)</enum><text>the counterintelligence threat posed by Russian money laundering and other forms of threat finance, as well as the threat to the United States financial system and United States efforts to enforce sanctions and combat organized crime.</text></subparagraph></paragraph>

<paragraph id="H66D5D11E935445CDBB68BDDC41FA14D1"><enum>(7)</enum><text>Any other matters the Director determines appropriate.</text></paragraph></subsection>

<subsection id="H9DC7466629634DE3B095421D9BF98DA2"><enum>(d)</enum><header>Form of report</header><text display-inline="yes-display-inline">The report required under subsection (b) may be submitted in classified form.</text></subsection></section>

<section id="HD82FB6E0334047FDA732076EF5BF6E98"><enum>6703.</enum><header>Notification of an active measures campaign</header>

<subsection id="H56588436C9104AE1B994A573FC67D3A5"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H5B6883A65CCF468A8D5BE4F00CD54022"><enum>(1)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H30B25C0B287A4BE7ACC22D6DB082D9C6"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H48B17104D6474F4EAA22CEBB60F10FC2"><enum>(B)</enum><text>the Committee on Armed Services of the Senate and the Committee on Armed Services of the House of Representatives; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA50528B6436340DE8737057FBF819CB9"><enum>(C)</enum><text>the Committee on Foreign Relations of the Senate and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph></paragraph>

<paragraph display-inline="no-display-inline" id="H1ECAA3A85C4F4EAB9D3D942BEF4AB723"><enum>(2)</enum><header>Congressional leadership</header><text>The term <term>congressional leadership</term> includes the following:</text>

<subparagraph id="H21F3850DE56D4F64B4FC44DED1FB3FF4"><enum>(A)</enum><text>The majority leader of the Senate.</text></subparagraph>

<subparagraph id="H6142141DB43E44C6B3DC7050592D7137"><enum>(B)</enum><text>The minority leader of the Senate.</text></subparagraph>

<subparagraph id="HF0B73F35C736491AAA6CFB83269AAB75"><enum>(C)</enum><text>The Speaker of the House of Representatives.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H28AB9479C27A4FF78B2B40B4E65A06A6"><enum>(D)</enum><text>The minority leader of the House of Representatives.</text></subparagraph></paragraph></subsection>

<subsection id="H2E373A878E0D4DA787011069E53E1178"><enum>(b)</enum><header>Requirement for notification</header><text display-inline="yes-display-inline">The Director of National Intelligence, in cooperation with the Director of the Federal Bureau of Investigation and the head of any other relevant agency, shall notify the congressional leadership and the chairman and vice chairman or ranking member of each of the appropriate congressional committees, and of other relevant committees of jurisdiction, each time the Director of National Intelligence determines there is credible information that a foreign power has, is, or will attempt to employ a covert influence or active measures campaign with regard to the modernization, employment, doctrine, or force posture of the nuclear deterrent or missile defense.</text></subsection>

<subsection id="H612108FF698E4726BAA51E5B9BC7DB2F"><enum>(c)</enum><header>Content of notification</header><text>Each notification required by subsection (b) shall include information concerning actions taken by the United States to expose or halt an attempt referred to in subsection (b).</text></subsection></section>

<section id="HCB5B8407F8A444159109309E95D8A293"><enum>6704.</enum><header>Notification of travel by accredited diplomatic and consular personnel of the Russian Federation in the United States</header><text display-inline="no-display-inline">In carrying out the advance notification requirements set out in section 502 of the Intelligence Authorization Act for Fiscal Year 2017 (division N of Public Law 115â€"31; 131 Stat. 825; 22 U.S.C. 254a note), the Secretary of State shallâ€"</text>

<paragraph id="H3DEB375060D040C8A39ACF5B27D521F7"><enum>(1)</enum><text display-inline="yes-display-inline">ensure that the Russian Federation provides notification to the Secretary of State at least 2 business days in advance of all travel that is subject to such requirements by accredited diplomatic and consular personnel of the Russian Federation in the United States, and take necessary action to secure full compliance by Russian personnel and address any noncompliance; and</text></paragraph>

<paragraph id="H10425CA02FAB4C07A560923C74BA8850"><enum>(2)</enum><text>provide notice of travel described in paragraph (1) to the Director of National Intelligence and the Director of the Federal Bureau of Investigation within 1 hour of receiving notice of such travel.</text></paragraph></section>

<section id="H3E82E8EFFA8C4F02B3C23B48BD4EAA9D"><enum>6705.</enum><header>Report and annual briefing on Iranian expenditures supporting foreign military and terrorist

activities</header>

<subsection id="H5BF5A26FE8EA436CA173517ED460A120" display-inline="no-display-inline"><enum>(a)</enum><header>Report</header>

<paragraph id="HE8D7ADFC97EF4D7BBC304C25E8556764"><enum>(1)</enum><header>Report required</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a report, and not less frequently than once each year thereafter provide a briefing to Congress, describing Iranian expenditures in the previous calendar year on military and terrorist activities outside the country, including each of the following:</text>

<subparagraph id="H7727C117103C4C838681B85E270DD0E4"><enum>(A)</enum><text display-inline="yes-display-inline">The amount spent in such calendar year on activities by the Islamic Revolutionary Guard Corps, including activities providing support forâ€"</text>

<clause id="H0EED235F544E40CE95CEC12FD077AEB4"><enum>(i)</enum><text>Hizballah;</text></clause>

<clause id="H27D4DF88C6B74CE5AAB52A1B11B95572"><enum>(ii)</enum><text>Houthi rebels in Yemen;</text></clause>

<clause id="H99327AAA82AC4616AF01BD70797ED464"><enum>(iii)</enum><text>Hamas;</text></clause>

<clause id="H13D642D498D34660BAA81C6D508D6D22"><enum>(iv)</enum><text>proxy forces in Iraq and Syria; or</text></clause>

<clause id="HAE7FC7811E8C4068BA11E8A4C7458CDF"><enum>(v)</enum><text>any other entity or country the Director determines to be relevant.</text></clause></subparagraph>

<subparagraph id="H8FED569DAE544B169436B260DCC5C5C5"><enum>(B)</enum><text>The amount spent in such calendar year for ballistic missile research and testing or other activities that the Director determines are destabilizing to the Middle East region.</text></subparagraph></paragraph>

<paragraph id="H3FE87379B5FD4E299DB72CBFAADC2B0F"><enum>(2)</enum><header>Form</header><text display-inline="yes-display-inline">The report required under subsection (a) shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection id="HCF27322A56864B87B815671036676A67"><enum>(b)</enum><header>Annual briefing</header><text>Following the submission of the report under subsection (a), the Director shall annually provide a briefing to the congressional intelligence committees on the information described in such subsection.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD6622CF63A9646BA9BD0BBCD8B56B2B3" section-type="subsequent-section"><enum>6706.</enum><header display-inline="yes-display-inline">Expansion of scope of committee to counter active measures</header>

<subsection id="HF52C13A0276B470EAE5DDC8AADF96C34" commented="no" display-inline="no-display-inline"><enum>(a)</enum><header display-inline="yes-display-inline">Scope of committee to counter active measures</header><text display-inline="yes-display-inline">Section 501 of the Intelligence Authorization Act for Fiscal Year 2017 (Public Law 115â€"31; 50 U.S.C. 3001 note) is amendedâ€"</text>

<paragraph id="H7ACC1EB02A2643B280601EF3F211C028" commented="no" display-inline="no-display-inline"><enum>(1)</enum><text display-inline="yes-display-inline">in subsections (a) through (h)â€"</text>

<subparagraph id="HCAA560B8DF694D9DB3EB9C5E5CD04958" commented="no" display-inline="no-display-inline"><enum>(A)</enum><text display-inline="yes-display-inline">by inserting <quote>, the People's Republic of China, the Islamic Republic of Iran, the Democratic People's Republic of Korea, or other nation state</quote> after <quote>Russian Federation</quote> each place it appears; and</text></subparagraph>

<subparagraph id="H73E95E8CD8EB46EF87D36F9A3906F484" commented="no" display-inline="no-display-inline"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting <quote>, China, Iran, North Korea, or other nation state</quote> after

<quote>Russia</quote> each place it appears; and</text></subparagraph></paragraph>

<paragraph id="HDD1048A842844004A458E1BFD5ADEDF6" commented="no" display-inline="no-display-inline"><enum>(2)</enum><text display-inline="yes-display-inline">in the section heading, by inserting <quote><header-in-text level="section" style="OLC">, the People's Republic of China, the Islamic Republic of Iran, the Democratic People's Republic of Korea, or other nation state</header-in-text></quote> after <quote><header-in-text level="section" style="OLC">Russian Federation</header-in-text></quote>.</text></paragraph></subsection>

<subsection id="HC93DC8BBB30E400482BDAE57FA03D4B7" commented="no" display-inline="no-display-inline"><enum>(b)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of contents in section 1(b) of such Act is amended by striking the item relating to section 501 and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HCB02712D8CBB4412882F8BAA42C679C5" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 501. Committee to counter active measures by the Russian Federation, the People's Republic of China, the Islamic Republic of Iran, the Democratic People's Republic of Korea, and other nation states to exert covert influence over peoples and governments.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section></subtitle>

<subtitle id="H6493A058B8384A13B5F5FC8C606287A2"><enum>B</enum><header>Reports</header>

<section id="HCB4AD073A899425FBC54EBF6C788D5C5"><enum>6711.</enum><header>Technical correction to Inspector General study</header><text display-inline="no-display-inline">Section 11001(d) of title 5, United States Code, is amendedâ€"</text>

<paragraph id="H4639C9E22D1644718D99996C68968DD2"><enum>(1)</enum><text>in the subsection heading, by striking <quote><header-in-text level="subsection" style="OLC">Audit</header-in-text></quote> and inserting <quote><header-in-text level="subsection" style="OLC">Review</header-in-text></quote>;</text></paragraph>

<paragraph id="H54A5ED23CA084569802FA9E18BBFAE63"><enum>(2)</enum><text>in paragraph (1), by striking <quote>audit</quote> and inserting <quote>review</quote>; and</text></paragraph>

<paragraph id="H4B0FD82AAC1F446F82A10B9E919A628C"><enum>(3)</enum><text>in paragraph (2), by striking <quote>audit</quote> and inserting <quote>review</quote>.</text></paragraph></section>

<section id="HC57D647A077B450DB656495F1E249B7C"><enum>6712.</enum><header>Reports on authorities of the Chief Intelligence Officer of the Department of Homeland Security</header>

<subsection id="HCB8502E5AA3E4AC994025ADD011F0B49"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H0D23124E61AC495BA340DDC580B843F8"><enum>(1)</enum><header>Appropriate committees of Congress</header><text>The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph id="HE9270C05BB6046419325802FB5F96A17"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="HE273D43270D3441C87ED9C25F38B0721"><enum>(B)</enum><text>the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph id="HD94D1FB10F174800815F19D04F492433"><enum>(C)</enum><text>the Committee on Homeland Security of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H585614BF49E44CDAA7FB283F608AF15A"><enum>(2)</enum><header>Homeland Security Intelligence Enterprise</header><text>The term <term>Homeland Security Intelligence Enterprise</term> has the meaning given such term in Department of

Homeland Security Instruction Number 264â€"01â€"001, or successor authority.</text></paragraph></subsection>

<subsection id="H3B00A77DC25E488F803F66A0152AB417"><enum>(b)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Secretary of Homeland Security, in consultation with the Under Secretary of Homeland Security for Intelligence and Analysis, shall submit to the appropriate committees of Congress a report on the authorities of the Under Secretary.</text></subsection>

<subsection id="H465AF6B6E2CD44DC9E80A4DE7EEF6256"><enum>(c)</enum><header>Elements</header><text>The report required by subsection (b) shall include each of the following:</text>

<paragraph id="H6C685DC120D44536BBDC85D3E4951BAA"><enum>(1)</enum><text>An analysis of whether the Under Secretary has the legal and policy authority necessary to organize and lead the Homeland Security Intelligence Enterprise, with respect to intelligence, and, if not, a description ofâ€"</text>

<subparagraph id="H06566D36D0974DC09341C5987CA65644"><enum>(A)</enum><text>the obstacles to exercising the authorities of the Chief Intelligence Officer of the Department and the Homeland Security Intelligence Council, of which the Chief Intelligence Officer is the chair; and</text></subparagraph>

<subparagraph id="HDBCB94B6CF2F4209BFAAEE4AF96D850D"><enum>(B)</enum><text>the legal and policy changes necessary to effectively coordinate, organize, and lead intelligence activities of the Department of Homeland Security.</text></subparagraph></paragraph>

<paragraph id="H6FF8D949BDE44D24AC4D4DA1F4C3EB6B"><enum>(2)</enum><text>A description of the actions that the Secretary has taken to address the inability of the Under Secretary to require components of the Department, other than the Office of Intelligence and Analysis of the Department toâ€"</text>

<subparagraph id="H2CDD3263A34E404F8045E9773B4DFBC8"><enum>(A)</enum><text>coordinate intelligence programs; and</text></subparagraph>

<subparagraph id="HD097C94306F942E3BF14A2E768C1232D"><enum>(B)</enum><text>integrate and standardize intelligence products produced by such other components.</text></subparagraph></paragraph></subsection></section>

<section id="HE83EE0D2A8164BD392CC3375973658DA"><enum>6713.</enum><header>Review of intelligence community whistleblower matters</header>

<subsection id="H001B5B5EC6DD46DBAD30F287EE6A222F"><enum>(a)</enum><header>Review of whistleblower matters</header><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community, in consultation with the inspectors general for the Central Intelligence Agency, the National Security Agency, the National Geospatial-Intelligence Agency, the Defense Intelligence Agency, and the National Reconnaissance Office, shall conduct a review of the authorities, policies, investigatory standards, and other practices and procedures relating to intelligence community whistleblower matters, with respect to such inspectors general.</text></subsection>

<subsection id="H1BF8C012EE2646ADA5DDB45ED56281C8"><enum>(b)</enum><header>Objective of review</header><text display-inline="yes-display-inline">The objective of the review required under subsection (a) is to identify any discrepancies, inconsistencies, or other issues, which frustrate the timely and effective reporting of intelligence community whistleblower matters to appropriate inspectors general and to the congressional intelligence committees, and the fair and expeditious investigation and resolution of such matters.</text></subsection>

<subsection id="HD3C585E406E54C12898779DC2F267520"><enum>(c)</enum><header>Conduct of review</header><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community shall take such measures as the Inspector General determines necessary in order to ensure that the review required by subsection (a) is conducted in an independent and objective fashion.</text></subsection>

<subsection id="HA0689E113D774A39BB6C5C6E8101D7A8"><enum>(d)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Inspector General of the Intelligence Community shall submit to the congressional intelligence committees a written report containing the results of

the review required under subsection (a), along with recommendations to improve the timely and effective reporting of intelligence community whistleblower matters to inspectors general and to the congressional intelligence committees and the fair and expeditious investigation and resolution of such matters.</text></subsection></section>

<section id="H90D3D9D56A5C43EE97E25742CC9A693B"><enum>6714.</enum><header>Report on role of Director of National Intelligence with respect to certain foreign investments</header>

<subsection id="H7A177A1F40124C2995B344016E6DD0A4"><enum>(a)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the heads of the elements of the intelligence community determined appropriate by the Director, shall submit to the congressional intelligence committees a report on the role of the Director in preparing analytic materials in connection with the evaluation by the Federal Government of national security risks associated with potential foreign investments into the United States.</text></subsection>

<subsection id="HA8EB8B76A2F24727AAABE8D5913D8087"><enum>(b)</enum><header>Elements</header><text>The report under subsection (a) shall includeâ€"</text>

<paragraph id="H1701496B7BF449998BE118E83D7CE739"><enum>(1)</enum><text display-inline="yes-display-inline">a description of the current process for the provision of the analytic materials described in subsection (a);</text></paragraph>

<paragraph id="H445C7AE79BC0426E9F94C5A7433896F3"><enum>(2)</enum><text display-inline="yes-display-inline">an identification of the most significant benefits and drawbacks of such process with respect to the role of the Director, including the sufficiency of resources and personnel to prepare such materials; and</text></paragraph>

<paragraph id="HFFD14F4E6A5944548D3917AF727338AC"><enum>(3)</enum><text>recommendations to improve such process.</text></paragraph></subsection></section>

<section id="H12AC0FE1CCB444FE9E629CE4AF2194D0"><enum>6715.</enum><header>Report on surveillance by foreign governments against United States telecommunications networks</header>

<subsection id="H2917A50A9B3644B2BABD9488607CCA48"><enum>(a)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> means the following:</text>

<paragraph id="HF534DA15A2544117BDD9F230AC4C8C71"><enum>(1)</enum><text display-inline="yes-display-inline">The congressional intelligence committees.</text></paragraph>

<paragraph id="HF029D2BE2748409DAC6A543E33A519AE"><enum>(2)</enum><text display-inline="yes-display-inline">The Committee on the Judiciary and the Committee on Homeland Security and Governmental Affairs of the Senate.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD20724424C664B919B3C8E865C7DD659"><enum>(3)</enum><text display-inline="yes-display-inline">The Committee on the Judiciary and the Committee on Homeland Security of the House of Representatives.</text></paragraph></subsection>

<subsection id="HF0BB2C2EB8C5473392812EE2171905AC"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall, in coordination with the Director of the Central Intelligence Agency, the Director of the National Security Agency, the Director of the Federal Bureau of Investigation, and the Secretary of Homeland Security, submit to the appropriate congressional committees a report describingâ€"</text>

<paragraph id="H6EED123ACE7949F898B946B69A1B133A"><enum>(1)</enum><text>any attempts known to the intelligence community by foreign governments to exploit cybersecurity vulnerabilities in United States telecommunications networks (including Signaling System No. 7) to target for surveillance United States persons, including employees of the Federal Government; and</text></paragraph>

<paragraph id="HC7074D2C25D04E28B4687AB27055A762"><enum>(2)</enum><text>any actions, as of the date of the enactment of this Act, taken by the intelligence community to protect agencies and personnel of the United States Government from surveillance conducted by foreign governments.</text></paragraph></subsection></section>

<section id="H49D06B0B9CF3495480A850F58B113437"><enum>6716.</enum><header>Biennial report on foreign investment risks</header>

<subsection id="H3AEB8C5D750A484696B66614D835401A"><enum>(a)</enum><header>Intelligence community interagency working group</header>

<paragraph id="H31E300D3EE624B639AFF7CC9A7ADC513"><enum>(1)</enum><header>Requirement to establish</header><text display-inline="yes-display-inline">The Director of National Intelligence shall establish an intelligence community interagency working group to prepare the biennial reports required by subsection (b).</text></paragraph>

<paragraph id="H34D57D20B72B4E6FAE25E55FC4F006BD"><enum>(2)</enum><header>Chairperson</header><text display-inline="yes-display-inline">The Director of National Intelligence shall serve as the chairperson of such interagency working group.</text></paragraph>

<paragraph id="H81417CC10D1449D0819040248341D031"><enum>(3)</enum><header>Membership</header><text display-inline="yes-display-inline">Such interagency working group shall be composed of representatives of each element of the intelligence community that the Director of National Intelligence determines appropriate.</text></paragraph></subsection>

<subsection id="H7B939EF19A9640F0A6A96E5962287E48"><enum>(b)</enum><header>Biennial report on foreign investment risks</header>

<paragraph id="HC9793EC21CAB48F8A586612EDF60EAD2"><enum>(1)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act and not less frequently than once every 2 years thereafter, the Director of National Intelligence shall submit to the appropriate congressional committees a report on foreign investment risks prepared by the interagency working group established under subsection (a).</text></paragraph>

<paragraph id="H88FDD71D750D402EA19EE54CEB89476C"><enum>(2)</enum><header>Elements</header><text>Each report required by paragraph (1) shall include identification, analysis, and explanation of the following:</text>

<subparagraph id="H088714D51F934A11A8695A69E87D310D"><enum>(A)</enum><text>Any current or projected major threats to the national security of the United States with respect to foreign investment.</text></subparagraph>

<subparagraph id="H3DE90287778043809DF53B76A73390DF"><enum>(B)</enum><text>Any strategy used by a foreign country that such interagency working group has identified to be a country of special concern to use foreign investment to target the acquisition of critical technologies, critical materials, or critical infrastructure.</text></subparagraph>

<subparagraph id="HFB9C8706DEA14988BE2279ED0A53785F"><enum>(C)</enum><text display-inline="yes-display-inline">Any economic espionage efforts directed at the United States by a foreign country, particularly such a country of special concern.</text></subparagraph></paragraph></subsection>

<subsection id="HEC86203965E944469642A201AD5A57AA"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <quote>appropriate congressional committees</quote> meansâ€"</text>

<paragraph id="H2DFAFD1CFF6C417FAF9D5E26232DA20F"><enum>(1)</enum><text display-inline="yes-display-inline">the congressional intelligence committees;</text></paragraph>

<paragraph id="H1FEECD5F143248D181C7370AD68AFDF5"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Homeland Security and Governmental Affairs and the Committee on Foreign Relations of the Senate; and</text></paragraph>

<paragraph id="HDD854E80428B4AD79E9FD72F1DAAF70B"><enum>(3)</enum><text>the Committee on Homeland Security and the Committee on Foreign Affairs of the House of

Representatives.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H58D9EC351CE04514B2F366B15E25FD72"><enum>6717.</enum><header display-inline="yes-display-inline">Modification of certain reporting requirement on travel of foreign diplomats</header><text display-inline="no-display-inline">Section 502(d)(2) of the Intelligence Authorization Act for Fiscal Year 2017 (Public Law 115â€"31) is amended by striking <quote>the number</quote> and inserting <quote>a best estimate</quote>.</text></section>

<section id="H26C625979DDC4FCA8B216CDD13F88547"><enum>6718.</enum><header>Semiannual reports on investigations of unauthorized disclosures of classified information</header>

<subsection id="H85D31BDFF84A4B52BD88AEAA2E37997E"><enum>(a)</enum><header>In general</header><text>Title XI of the National Security Act of 1947 (50 U.S.C. 3231 et seq.) is amended by adding at the end the following new section:</text>

<quoted-block display-inline="no-display-inline" id="H2796A0911A614739BE6035348F1E2B9C" style="OLC">

<section id="H1B4D32E12AE746D9A4834659E849E3F1"><enum>1105.</enum><header>Semiannual reports on investigations of unauthorized disclosures of classified information</header>

<subsection id="H3E56E38E7EDA425E8087D3EA0B3C84CF"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H87DDEB0BFDA4452895088A066680FA11"><enum>(1)</enum><header>Covered official</header><text>The term <term>covered official</term> meansâ€"</text>

<subparagraph id="H2C600F79D4B54DF991BEF8D7BB3A49EB"><enum>(A)</enum><text>the heads of each element of the intelligence community; and</text></subparagraph>

<subparagraph id="HA77B3656BE8A419988F1116DF1A7D8D8"><enum>(B)</enum><text>the inspectors general with oversight responsibility for an element of the intelligence community.</text></subparagraph></paragraph>

<paragraph id="H38880629B7D64068A9D631DDDCB6028C"><enum>(2)</enum><header>Investigation</header><text>The term <term>investigation</term> means any inquiry, whether formal or informal, into the existence of an unauthorized public disclosure of classified information.</text></paragraph>

<paragraph id="HB34939C795A8498A958027F2FF7E507E"><enum>(3)</enum><header>Unauthorized disclosure of classified information</header><text>The term <term>unauthorized disclosure of classified information</term> means any unauthorized disclosure of classified information to any recipient.</text></paragraph>

<paragraph id="HE018D0067F154FE9969BA5F58BCDFC81"><enum>(4)</enum><header>Unauthorized public disclosure of classified information</header><text>The term <term>unauthorized public disclosure of classified information</term> means the unauthorized disclosure of classified information to a journalist or media organization.</text></paragraph></subsection>

<subsection id="H64AD219F6FC14B6F9C2C618223121258"><enum>(b)</enum><header>Intelligence community reporting</header>

<paragraph id="H95BC6191796A4A309A572FA4C7DFCE55"><enum>(1)</enum><header>In general</header><text>Not less frequently than once every 6 months, each covered official shall submit to the congressional intelligence committees a report on investigations of unauthorized public disclosures of classified information.</text></paragraph>

<paragraph id="H4DC795DC27764072845234924617DF3C"><enum>(2)</enum><header>Elements</header><text>Each report submitted under paragraph (1) shall include, with respect to the preceding 6-month period, the following:</text>

<subparagraph id="H855D5EB53D9748ABBAC4675BF54EB647"><enum>(A)</enum><text>The number of investigations opened by the covered official regarding an unauthorized public

disclosure of classified information.</text></subparagraph>

<subparagraph id="HC68E3303750D4917A053A9AB5B72438A"><enum>(B)</enum><text>The number of investigations completed by the covered official regarding an unauthorized public disclosure of classified information.</text></subparagraph>

<subparagraph id="HD1503BC952A9415AACD14F999FCFA375"><enum>(C)</enum><text>Of the number of such completed investigations identified under subparagraph (B), the number referred to the Attorney General for criminal investigation.</text></subparagraph></paragraph></subsection>

<subsection id="H1EE4B5D6D0654851B64609522C4C232C"><enum>(c)</enum><header>Department of Justice reporting</header>

<paragraph id="H53CA1343EE824CF796676AE76B65615A"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not less frequently than once every 6 months, the Assistant Attorney General for National Security of the Department of Justice, in consultation with the Director of the Federal Bureau of Investigation, shall submit to the congressional intelligence committees, the Committee on the Judiciary of the Senate, and the Committee on the Judiciary of the House of Representatives a report on the status of each referral made to the Department of Justice from any element of the intelligence community regarding an unauthorized disclosure of classified information made during the most recent 365-day period or any referral that has not yet been closed, regardless of the date the referral was made.</text></paragraph>

<paragraph id="H35A372D7E17A4AB583E1F6CF2BC45DDC"><enum>(2)</enum><header>Contents</header><text>Each report submitted under paragraph (1) shall include, for each referral covered by the report, at a minimum, the following:</text>

<subparagraph id="H5586C078D97140D1A89E77A11C3A62DF"><enum>(A)</enum><text>The date the referral was received.</text></subparagraph>

<subparagraph id="HED6B96A3C2EB498B8E40D6A535C2DC5B"><enum>(B)</enum><text>A statement indicating whether the alleged unauthorized disclosure described in the referral was substantiated by the Department of Justice.</text></subparagraph>

<subparagraph id="H96C72CD6CAEC4A48B2567EDB235B6150"><enum>(C)</enum><text>A statement indicating the highest level of classification of the information that was revealed in the unauthorized disclosure.</text></subparagraph>

<subparagraph id="H55DA995B5902470E817C7F37C9029B85"><enum>(D)</enum><text>A statement indicating whether an open criminal investigation related to the referral is active.</text></subparagraph>

<subparagraph id="HF4AC2E6DD5D54B24BFFB63E2C92BEAF6"><enum>(E)</enum><text>A statement indicating whether any criminal charges have been filed related to the referral.</text></subparagraph>

<subparagraph id="HCB481854BA084DBEA1072CB749F18490"><enum>(F)</enum><text>A statement indicating whether the Department of Justice has been able to attribute the unauthorized disclosure to a particular entity or individual.</text></subparagraph></paragraph></subsection>

<subsection id="H03D247C5D9F947EBA89D65DCAAA1822E"><enum>(d)</enum><header>Form of reports</header><text>Each report submitted under this section shall be submitted in unclassified form, but may have a classified annex.</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="HBF7493A7AF9C4117B210BAC166AEBE23"><enum>(b)</enum><header>Clerical amendment</header><text>The table of contents in the first section of the National Security Act of 1947 is amended by inserting after the item relating to section 1104 the following new item:</text>

<quoted-block id="H255B0ED6CD5B470DABD0D38BD7A9144B" style="OLC">

<toc>

<toc-entry idref="H1B4D32E12AE746D9A4834659E849E3F1" level="section">Sec. 1105. Semiannual reports on investigations of unauthorized disclosures of classified

information.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section id="H01AE55D3200B4EFE8C30F992F0B7B8CF"><enum>6719.</enum><header>Congressional notification of designation of covered intelligence officer as persona non grata</header>

<subsection id="H12E89D1B44844F85A2A26C035E151F7F"><enum>(a)</enum><header>Covered intelligence officer defined</header><text>In this section, the term <term>covered intelligence officer</term> meansâ€"</text>

<paragraph id="H55E7BAD6678745519DA71A29A3966659"><enum>(1)</enum><text>a United States intelligence officer serving in a post in a foreign country; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H54599AC6204545058A4ACD717762036D"><enum>(2)</enum><text>a known or suspected foreign intelligence officer serving in a United States post.</text></paragraph></subsection>

<subsection id="H4DED0E12AC94411D812A219C13DBEC15"><enum>(b)</enum><header>Requirement for reports</header><text>Not later than 72 hours after a covered intelligence officer is designated as a persona non grata, the Director of National Intelligence, in consultation with the Secretary of State, shall submit to the congressional intelligence committees, the Committee on Foreign Relations of the Senate, and the Committee on Foreign Affairs of the House of Representatives a notification of that designation. Each such notification shall includeâ€"</text>

<paragraph id="HEEFE82EB079F410DBD9568A46846A4B0"><enum>(1)</enum><text>the date of the designation;</text></paragraph>

<paragraph id="HBE47914793104E90BB0527A0AD1AA2E1"><enum>(2)</enum><text>the basis for the designation; and</text></paragraph>

<paragraph id="H08970B5E1CFF4A6F8C627D95319EDD17"><enum>(3)</enum><text>a justification for the expulsion.</text></paragraph></subsection></section>

<section id="H024F2DCC127E49EABB92BF3EFF457507"><enum>6720.</enum><header>Reports on intelligence community participation in vulnerabilities equities process of Federal Government</header>

<subsection id="HA92C09EFCA394E52B67DF3BF6533F72B"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H71868A732E604F79BC703348F3922E0E"><enum>(1)</enum><header>Vulnerabilities Equities Policy and Process document</header><text>The term <term>Vulnerabilities Equities Policy and Process document</term> means the executive branch document entitled <quote>Vulnerabilities Equities Policy and Process</quote> dated November 15, 2017.</text></paragraph>

<paragraph id="H814761262DD34F96AEB2D9D1FA57BEE2"><enum>(2)</enum><header>Vulnerabilities Equities Process</header><text>The term <term>Vulnerabilities Equities Process</term> means the interagency review of vulnerabilities, pursuant to the Vulnerabilities Equities Policy and Process document or any successor document.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H46DD7945303B4D57B0BF074783549A1E"><enum>(3)</enum><header>Vulnerability</header><text>The term <term>vulnerability</term> means a weakness in an information system or its components (for example, system security procedures, hardware design, and internal controls) that could be exploited or could affect confidentiality, integrity, or availability of information.</text></paragraph></subsection>

<subsection id="H57DFEFD221A647F08BD4FDC403321FCB"><enum>(b)</enum><header>Reports on process and criteria under Vulnerabilities Equities Policy and Process</header>

<paragraph id="H515AA63A70A949ADA45A4E683A8347FD"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees a written report describingâ€"</text>

<subparagraph id="H4ED94DC3619F4C4CB22830DF9B04E79F"><enum>(A)</enum><text>with respect to each element of the intelligence communityâ€"</text>

<clause id="H196D6BECC9964A5A82CF7E8988A85B71"><enum>(i)</enum><text>the title of the official or officials responsible for determining whether, pursuant to criteria contained in the Vulnerabilities Equities Policy and Process document or any successor document, a vulnerability must be submitted for review under the Vulnerabilities Equities Process; and</text></clause>

<clause id="HE5D257C99C704806B7F3FDECE8A64B7D"><enum>(ii)</enum><text>the process used by such element to make such determination; and</text></clause></subparagraph>

<subparagraph id="HEDFD4B2549B646109F3DC8C68C733072"><enum>(B)</enum><text>the roles or responsibilities of that element during a review of a vulnerability submitted to the Vulnerabilities Equities Process.</text></subparagraph></paragraph>

<paragraph id="HDC33C7C40695499390F450476983B470"><enum>(2)</enum><header>Changes to process or criteria</header><text>Not later than 30 days after any significant change is made to the process and criteria used by any element of the intelligence community for determining whether to submit a vulnerability for review under the Vulnerabilities Equities Process, such element shall submit to the congressional intelligence committees a report describing such change.</text></paragraph>

<paragraph id="HA3C37EC7E39948C4859E4C36DB9649E3"><enum>(3)</enum><header>Form of reports</header><text>Each report submitted under this subsection shall be submitted in unclassified form, but may include a classified annex.</text></paragraph></subsection>

<subsection id="H11A4AF51CE674F1AAD58E537FA21604A"><enum>(c)</enum><header>Annual reports</header>

<paragraph id="HDA136D5D4D8546DA8345261FD44752FE"><enum>(1)</enum><header>In general</header><text>Not less frequently than once each calendar year, the Director of National Intelligence shall submit to the congressional intelligence committees a classified report containing, with respect to the previous yearâ€"</text>

<subparagraph id="H66D3238F86B24FCF8C1360218EB4D7ED"><enum>(A)</enum><text>the number of vulnerabilities submitted for review under the Vulnerabilities Equities Process;</text></subparagraph>

<subparagraph id="H37D4BACD123642A1B481D73EC2560CBD"><enum>(B)</enum><text>the number of vulnerabilities described in subparagraph (A) disclosed to each vendor responsible for correcting the vulnerability, or to the public, pursuant to the Vulnerabilities Equities Process; and</text></subparagraph>

<subparagraph id="HCD29A7ECA5924577A19C6F7945B479DA"><enum>(C)</enum><text display-inline="yes-display-inline">the aggregate number, by category, of the vulnerabilities excluded from review under the Vulnerabilities Equities Process, as described in paragraph 5.4 of the Vulnerabilities Equities Policy and Process document.</text></subparagraph></paragraph>

<paragraph id="H82D3CE68486943418914FE1F56103D13"><enum>(2)</enum><header>Unclassified information</header><text>Each report submitted under paragraph (1) shall include an unclassified appendix that containsâ€"</text>

<subparagraph id="HB27FB0B614CE4DD294EC380BDB4A988E"><enum>(A)</enum><text>the aggregate number of vulnerabilities disclosed to vendors or the public pursuant to the Vulnerabilities Equities Process; and</text></subparagraph>

<subparagraph id="HFBAF724C43BC442C9BCAF460AAC60509"><enum>(B)</enum><text>the aggregate number of vulnerabilities disclosed to vendors or the public pursuant to the Vulnerabilities Equities Process known to have been patched.</text></subparagraph></paragraph>

<paragraph id="HCFA5B024732942D4AB544514050B44BC"><enum>(3)</enum><header>Nonduplication</header><text>The Director of National Intelligence may forgo submission of an annual report required under this subsection for a calendar year, if the Director notifies the intelligence committees in writing that, with respect to the same calendar year, an annual report required by paragraph 4.3 of the Vulnerabilities Equities Policy and Process document already has been submitted to Congress, and such annual report contains the information that would otherwise be required to be included in an annual

report under this subsection.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H26EF17E617604B2CAFBEECF86A7D74AD" section-type="subsequent-section"><enum>6721.</enum><header display-inline="yes-display-inline">Inspectors General reports on classification</header>

<subsection commented="no" display-inline="no-display-inline" id="H5513FC24645949E38876BDCED1A6FED1"><enum>(a)</enum><header display-inline="yes-display-inline">Reports required</header><text display-inline="yes-display-inline">Not less than once per year in each of the three fiscal years immediately following the date of the enactment of this Act, each Inspector General listed in subsection (b) shall submit to the congressional intelligence committees a report that includes, with respect to the department or agency of the Inspector General, analyses of the following with respect to the prior fiscal year:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5B4E351CCD2F4E8BA7C02916A7A0E185"><enum>(1)</enum><text display-inline="yes-display-inline">The accuracy of the application of classification and handling markers on a representative sample of finished reports, including such reports that are compartmented.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H459CC3FEDA624EA1B1057C4C80622C3D"><enum>(2)</enum><text display-inline="yes-display-inline">Compliance with declassification procedures.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H562BBD14A4F04CE4B7E7E666E61219AA"><enum>(3)</enum><text display-inline="yes-display-inline">The effectiveness of processes for identifying topics of public or historical importance that merit prioritization for a declassification review.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5B92FF786ACF45E08D74F6DD6E1B8888"><enum>(b)</enum><header display-inline="yes-display-inline">Inspectors General listed</header><text display-inline="yes-display-inline">The Inspectors General listed in this subsection are as follows:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HEE7108306E8148AEA315CC6ED3B9D805"><enum>(1)</enum><text display-inline="yes-display-inline">The Inspector General of the Intelligence Community.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9C77440ACE214B83BADFE9E7DABC7B92"><enum>(2)</enum><text display-inline="yes-display-inline">The Inspector General of the Central Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBCAB930E57D74421A0E39881C2D6025B"><enum>(3)</enum><text display-inline="yes-display-inline">The Inspector General of the National Security Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9D235C6B4F28411DAC48CAB71C31E470"><enum>(4)</enum><text display-inline="yes-display-inline">The Inspector General of the Defense Intelligence Agency.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3C4C05499EE448C59C02F686C59D80EB"><enum>(5)</enum><text display-inline="yes-display-inline">The Inspector General of the National Reconnaissance Office.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6706427827A144AD9C034AF9BFEE1B34"><enum>(6)</enum><text display-inline="yes-display-inline">The Inspector General of the National Geospatial-Intelligence Agency.</text></paragraph></subsection></section>

<section id="H059ED63BAC2141E687B8A458A11F1C2E" commented="no"><enum>6722.</enum><header>Reports and briefings on national security effects of global water insecurity and emerging infectious disease and pandemics</header>

<subsection id="H57CE738CA5B94321B6DAB373BA1CC855" commented="no"><enum>(a)</enum><header>Global water insecurity</header>

<paragraph id="H2FD06C40E1334729858E29E5AA4E0DB1" commented="no"><enum>(1)</enum><header>Report</header>

<subparagraph id="HD482082118DB495EA51234C55F51AE51" commented="no"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a report on the implications of water insecurity on the national security interests of the United States, including consideration of social, economic, agricultural, and environmental factors.</text></subparagraph>

<subparagraph id="HA57517BC65DB4C9DB95F169A830D2E64" commented="no"><enum>(B)</enum><header>Assessment scope and focus</header><text>The report submitted under subparagraph (A) shall include an assessment of water insecurity described in such subsection with a global scope, but focus on areas of the worldâ€"</text>

<clause id="HD9417E0A38EB4D7BBD7B6167D910685F" commented="no"><enum>(i)</enum><text>of strategic, economic, or humanitarian interest to the United Statesâ€"</text>

<subclause id="H89AC34D0C83746C5AAF406DAB152FB28" commented="no"><enum>(I)</enum><text>that are, as of the date of the report, at the greatest risk of instability, conflict, human insecurity, or mass displacement; or</text></subclause>

<subclause id="H7F431793DAC34D48899B806E580023A5" commented="no"><enum>(II)</enum><text>where challenges relating to water insecurity are likely to emerge and become significant during the 5-year or the 20-year period beginning on the date of the report; and</text></subclause></clause>

<clause id="H83A9957EE31A4871A3A76617BDE92999" commented="no"><enum>(ii)</enum><text>where challenges relating to water insecurity are likely to imperil the national security interests of the United States or allies of the United States.</text></clause></subparagraph>

<subparagraph id="H3CD6DAC1A82C478F8C500B47037E9CA5" commented="no"><enum>(C)</enum><header>Consultation</header><text display-inline="yes-display-inline">In researching the report required by subparagraph (A), the Director shall consult withâ€"</text>

<clause id="HC0C2DB66E2E942A3975771B037089499" commented="no"><enum>(i)</enum><text>such stakeholders within the intelligence community, the Department of Defense, and the Department of State as the Director considers appropriate; and</text></clause>

<clause id="H454632F9177941058E5EEBBBCF3D4690" commented="no"><enum>(ii)</enum><text>such additional Federal agencies and persons in the private sector as the Director considers appropriate.</text></clause></subparagraph>

<subparagraph id="H712CA519C7CF4B9AA21880D131D38C9D" commented="no" display-inline="no-display-inline"><enum>(D)</enum><header>Form</header><text display-inline="yes-display-inline">The report submitted under subparagraph (A) shall be submitted in unclassified form, but may include a classified annex.</text></subparagraph></paragraph>

<paragraph id="H2A59CC62C6AE4499B7C0A77C4026BCCE" commented="no"><enum>(2)</enum><header>Quinquennial briefings</header><text display-inline="yes-display-inline">Beginning on the date that is 5 years after the date on which the Director submits the report under paragraph (1), and every 5 years thereafter, the Director shall provide to the committees specified in such paragraph a briefing that updates the matters contained in the report.</text></paragraph></subsection>

<subsection id="H511932823EA24AB5AE6B6133349683DD" commented="no"><enum>(b)</enum><header>Emerging infectious disease and pandemics</header>

<paragraph id="HEB8A99F86882453399A4A9250B74BFCF"><enum>(1)</enum><header>Report</header>

<subparagraph id="H388A97B0FB7D4B90BD6297CE2A60B69A" commented="no"><enum>(A)</enum><header>In general</header><text>Not later than 120 days after the date of the enactment of this Act, the Director of National Intelligence shall submit to the appropriate congressional committees a report on the anticipated geopolitical effects of emerging infectious disease (including deliberate, accidental, and naturally occurring infectious disease threats) and pandemics, and their implications on the national security of the United States.</text></subparagraph>

<subparagraph id="HDE48E5D920E14EA98177797D40323448" commented="no"><enum>(B)</enum><header>Contents</header><text>The report under subparagraph (A) shall include an assessment ofâ€"</text>

<clause id="HCBA1D7E86E864698971934F38D14D8F3" commented="no"><enum>(i)</enum><text>the economic, social, political, and security risks, costs, and impacts of emerging infectious diseases on the United States and the international political and economic system;</text></clause>

<clause id="HBFF34820E4E349E1AA6748513249B5FE" commented="no"><enum>(ii)</enum><text>the economic, social, political, and security risks, costs, and impacts of a major transnational pandemic on the United States and the international political and economic system; and</text></clause>

<clause id="H64C2B3407C8A46558DF24E41DF27726D" commented="no"><enum>(iii)</enum><text>contributing trends and factors to the matters assessed under clauses (i) and (ii).</text></clause></subparagraph>

<subparagraph id="HC416CF6088D74AFF8C3C5089AF674E97" commented="no"><enum>(C)</enum><header>Examination of response capacity</header><text>In examining the risks, costs, and impacts of emerging infectious disease and a possible transnational pandemic under subparagraph (B), the Director of National Intelligence shall also examine in the report under subparagraph (A) the response capacity within affected countries and the international system. In considering response capacity, the Director shall includeâ€"</text>

<clause id="H4EE2D4B38AD04A4BA661187D091B9398" commented="no"><enum>(i)</enum><text>the ability of affected nations to effectively detect and manage emerging infectious diseases and a possible transnational pandemic;</text></clause>

<clause id="H26585874F3BE4234B5C3A139174FDA39" commented="no"><enum>(ii)</enum><text>the role and capacity of international organizations and nongovernmental organizations to respond to emerging infectious disease and a possible pandemic, and their ability to coordinate with affected and donor nations; and</text></clause>

<clause id="HAEC304A3FCF14E5799BB4CA41418E7BE" commented="no"><enum>(iii)</enum><text>the effectiveness of current international frameworks, agreements, and health systems to respond to emerging infectious diseases and a possible transnational pandemic.</text></clause></subparagraph></paragraph>

<paragraph id="H5B9B6DB212F44B6F9D538F545008A40D" commented="no" display-inline="no-display-inline"><enum>(2)</enum><header>Quinquennial briefings</header><text display-inline="yes-display-inline">Beginning on the date that is 5 years after the date on which the Director submits the report under paragraph (1), and every 5 years thereafter, the Director shall provide to the congressional intelligence committees a briefing that updates the matters contained in the report.</text></paragraph>

<paragraph id="H0C4273DAF70C453098BF90B27D58227E" commented="no"><enum>(3)</enum><header>Form</header><text>The report under paragraph (1) and the briefings under paragraph (2) may be classified.</text></paragraph>

<paragraph id="H14E1A281BD824F21A0A1678D24C53DF5" commented="no"><enum>(4)</enum><header>Appropriate congressional committees defined</header><text>In this subsection, the term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HA3C0D21E07204ED4AAF74CDC58E665E1" commented="no"><enum>(A)</enum><text>the congressional intelligence committees;</text></subparagraph>

<subparagraph id="H2BF9C218F2994975A13F7BE620239D0B" commented="no"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs, the Committee on Armed Services, the Committee on Energy and Commerce, and the Committee on Appropriations of the House of Representatives; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H83F9165605DF4478B45512E389A2E3D0"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations, the Committee on Armed Services, the Committee on Health, Education, Labor, and Pensions, and the Committee on Appropriations of the Senate.</text></subparagraph></paragraph></subsection></section>

<section id="HE14D9B8958E8480EB0413B2346EF38F6"><enum>6723.</enum><header>Annual report on memoranda of understanding between elements of intelligence community and other entities of the United States Government regarding significant operational activities or policy</header><text display-inline="no-display-inline">Section 311 of the Intelligence Authorization Act for Fiscal Year 2017 (50 U.S.C. 3313) is amendedâ€"</text>

<paragraph id="HF4103D6E7CB9443B83E52FB78CAA6366"><enum>(1)</enum><text>by redesignating subsection (b) as subsection (c); and</text></paragraph>

<paragraph id="HE0AB14F2A79444A5A5438667D6CB10F0"><enum>(2)</enum><text>by striking subsection (a) and inserting the following:</text>

<quoted-block display-inline="no-display-inline" id="H4F6DF0423A644004BBFFA7C7EBCD7522" style="OLC">

<subsection id="H3F492F1FA7034A91995D2FF85460AA57"><enum>(a)</enum><header>In general</header><text>Each year, concurrent with the annual budget request submitted by the President to Congress under section 1105 of title 31, United States Code, each head of an element of the intelligence community shall submit to the congressional intelligence committees a report that lists each memorandum of understanding or other agreement regarding significant operational activities or policy entered into during the most recently completed fiscal year between or among such element and any other entity of the United States Government.</text></subsection>

<subsection id="H576308C35EF7408294F26EABFFD8CA3E"><enum>(b)</enum><header>Provision of documents</header><text>Each head of an element of an intelligence community who receives a request from the Select Committee on Intelligence of the Senate or the Permanent Select Committee on Intelligence of the House of Representatives for a copy of a memorandum of understanding or other document listed in a report submitted by the head under subsection (a) shall submit to such committee the requested copy as soon as practicable after receiving such request.</text></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H33D63586260D4AE1A0CF116D14CE9CF1" section-type="subsequent-section"><enum>6724.</enum><header display-inline="yes-display-inline">Study on the feasibility of encrypting unclassified wireline and wireless telephone calls</header>

<subsection commented="no" display-inline="no-display-inline" id="HCF8F3F0A1D764F339598881858A8AA0A"><enum>(a)</enum><header display-inline="yes-display-inline">Study required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence shall complete and submit to the congressional intelligence committees a study on the feasibility of encrypting unclassified wireline and wireless telephone calls between personnel in the intelligence community.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC1C23968B417444B80B7FF04985E7DEA"><enum>(b)</enum><header display-inline="yes-display-inline">Briefing</header><text display-inline="yes-display-inline">Not later than 90 days after the date on which the Director submits the study required by subsection (a), the Director shall provide to the congressional intelligence committees a briefing on the Director's findings with respect to such study.</text></subsection></section>

<section display-inline="no-display-inline" id="HE52693724CA34C11B878657480D55C9F"><enum>6725.</enum><header>Reports on intelligence community loan repayment and related programs</header>

<subsection id="HF99CE368B96646D2905A89BD3E13F641"><enum>(a)</enum><header>Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H999C193623DE49B9BA4D2078BE3050FE"><enum>(1)</enum><text display-inline="yes-display-inline">there should be established, through the issuing of an Intelligence Community Directive or otherwise, an intelligence-community-wide program for student loan repayment, student loan forgiveness, financial counseling, and related matters, for employees of the intelligence community;</text></paragraph>

<paragraph id="H731EF7EF666043AD8AEC77B915795A0F"><enum>(2)</enum><text display-inline="yes-display-inline">creating such a program would enhance the ability of the elements of the intelligence community to recruit, hire, and retain highly qualified personnel, including with respect to mission-critical and hard-to-fill positions;</text></paragraph>

<paragraph id="H5A155C618ADB4DBD940885888A20F624"><enum>(3)</enum><text>such a program, including with respect to eligibility requirements, should be designed so as to maximize the ability of the elements of the intelligence community to recruit, hire, and retain highly qualified personnel, including with respect to mission-critical and hard-to-fill positions; and</text></paragraph>

<paragraph id="HC8B862060A02486D973278470EDDB6CE"><enum>(4)</enum><text display-inline="yes-display-inline">to the extent possible, such a program should be uniform throughout the intelligence community and publicly promoted by each element of the intelligence community to both current employees of the element as well as to prospective employees of the element.</text></paragraph></subsection>

<subsection id="H9A34E83FB1314862BBA166A6AD8EAA12"><enum>(b)</enum><header>Report on potential intelligence community-Wide program</header>

<paragraph id="H238F24B9D36C495BA43EE6543FA9E493"><enum>(1)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Director of National Intelligence, in cooperation with the heads of the elements of the intelligence community and the heads of any other appropriate department or agency of the Federal Government, shall submit to the congressional intelligence committees a report on potentially establishing and carrying out an intelligence-community-wide program for student loan repayment, student loan forgiveness, financial counseling, and related matters, as described in subsection (a).</text></paragraph>

<paragraph id="H1FFE10AD71FA47FCAA470601BE4141EE"><enum>(2)</enum><header>Matters included</header><text>The report under paragraph (1) shall include, at a minimum, the following:</text>

<subparagraph id="H3F5994A77523402EB1BE06C3D640D840"><enum>(A)</enum><text>A description of the financial resources that the elements of the intelligence community would require to establish and initially carry out the program specified in paragraph (1).</text></subparagraph>

<subparagraph id="H9E4CD7C237E84BE5A87F3B60EAEC194D"><enum>(B)</enum><text display-inline="yes-display-inline">A description of the practical steps to establish and carry out such a program.</text></subparagraph>

<subparagraph id="H9264E923B21B4A8AAF2DEF34722052B6"><enum>(C)</enum><text>The identification of any legislative action the Director determines necessary to establish and carry out such a program.</text></subparagraph></paragraph></subsection>

<subsection id="HDC5D7737E0C048F7B1D435BEE9D00234"><enum>(c)</enum><header>Annual reports on established programs</header>

<paragraph commented="no" display-inline="no-display-inline" id="H1F35CF7D7BEC4720BEAC3F36F0C90E11"><enum>(1)</enum><header>Covered programs defined</header><text display-inline="yes-display-inline">In this subsection, the term <term>covered programs</term> means any loan repayment program, loan forgiveness program, financial counseling program, or similar program, established pursuant to title X of the National Security Act of 1947 (50 U.S.C. 3191 et seq.) or any other provision of law that may be administered or used by an element of the intelligence community.</text></paragraph>

<paragraph id="HA7A346F531A3463992B0E7B88F2CCD13"><enum>(2)</enum><header>Annual

reports required</header><text>Not less frequently than once each year, the Director of National Intelligence shall submit to the congressional intelligence committees a report on the covered programs. Each such report shall include, with respect to the period covered by the report, the following:</text>

<subparagraph id="H438409BF0FC0402586CABB5EDD3AF7A2"><enum>(A)</enum><text>The number of personnel from each element of the intelligence community who used each covered program.</text></subparagraph>

<subparagraph id="H1C56799738E346198921350FD921B3B2"><enum>(B)</enum><text>The total amount of funds each element expended for each such program.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA466136D242F476AB0BFBCD92D5232FC"><enum>(C)</enum><text display-inline="yes-display-inline">A description of the efforts made by each element to promote each covered program pursuant to both the personnel of the element of the intelligence community and to prospective personnel.</text></subparagraph></paragraph></subsection></section>

<section id="H826C5803723C4967BF41B9507C65A9B0"><enum>6726.</enum><header>Repeal of certain reporting requirements</header>

<subsection id="H0AE3C67019DE4616AF103D8CA4D69020"><enum>(a)</enum><header>Correcting long-Standing material weaknesses</header><text display-inline="yes-display-inline">Section 368 of the Intelligence Authorization Act for Fiscal Year 2010 (Public Law 110â€"259; 50 U.S.C. 3051 note) is hereby repealed.</text></subsection>

<subsection id="H16D3197A1C024DDEAA1F2A70EBC3A73C"><enum>(b)</enum><header>Interagency threat assessment and coordination group</header><text>Section 210D of the Homeland Security Act of 2002 (6 U.S.C. 124k) is amendedâ€"</text>

<paragraph id="HC84130EB6E5D4C05B978DC9A334052A3"><enum>(1)</enum><text>by striking subsection (c); and</text></paragraph>

<paragraph id="HF0B4E9E7663F4291A59C3651AC6CBADD"><enum>(2)</enum><text>by redesignating subsections (d) through (i) as subsections (c) through (h), respectively; and</text></paragraph>

<paragraph id="H35BF7DE45A744504A3FB94CC52AF91FF"><enum>(3)</enum><text>in subsection (c), as so redesignatedâ€"</text>

<subparagraph id="H4F9CB68F3156426FB2086BEF665AA439"><enum>(A)</enum><text>in paragraph (8), by striking <quote>; and</quote> and inserting a period; and</text></subparagraph>

<subparagraph id="HEA49144A6105456FAFE836FA6602EDED"><enum>(B)</enum><text>by striking paragraph (9).</text></subparagraph></paragraph></subsection>

<subsection id="H1D211375CD11441C9C65BF15F6D181D0"><enum>(c)</enum><header>Inspector General report</header><text>Section 8H of the Inspector General Act of 1978 (5 U.S.C. App.) is amendedâ€"</text>

<paragraph id="H71B54C1EDEC040679931E5FF5D1A0314"><enum>(1)</enum><text>by striking subsection (g); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2F0C1DB5D5074EE9BFE3BB949BD0A2FD"><enum>(2)</enum><text display-inline="yes-display-inline">by redesignating subsections (h) and (i) as subsections (g) and (h), respectively.</text></paragraph></subsection></section>

<section commented="no" id="H115B8CE564684B92AC4B10C86BDF03B1"><enum>6727.</enum><header>Inspector General of the Intelligence Community report on senior executives of the Office of the Director of National Intelligence</header>

<subsection commented="no" id="H26A9D66308434F68863436FA01D6D591"><enum>(a)</enum><header>Senior Executive Service position defined</header><text display-inline="yes-display-inline">In this section, the term <term>Senior Executive Service position</term> has the meaning given that term in section 3132(a)(2) of title 5, United States Code, and includes any position above the GSâ€"15, step 10, level of the General Schedule under section 5332 of such title.</text></subsection>

<subsection commented="no"
id="H53596756BEAA44D182C0B57FC53BC78F"><enum>(b)</enum><header>Report</header><text
display-inline="yes-display-inline">Not later than 90 days after the date of the
enactment of this Act, the Inspector General of the Intelligence Community shall submit
to the congressional intelligence committees a report on the number of Senior Executive
Service positions in the Office of the Director of National
Intelligence.</text></subsection>

<subsection commented="no"
id="H14707DE3234D4128B9E3F30D2BE3B478"><enum>(c)</enum><header>Matters
included</header><text>The report under subsection (b) shall include the
following:</text>

<paragraph commented="no" id="HC683C6D9510B4ED696E546B2F3CDB050"><enum>(1)</enum><text
display-inline="yes-display-inline">The number of required Senior Executive Service
positions for the Office of the Director of National Intelligence.</text></paragraph>

<paragraph id="HF227AEFB385047489F5B99F84BC98B19"><enum>(2)</enum><text>Whether such
requirements are reasonably based on the mission of the Office.</text></paragraph>

<paragraph id="HA0CDE5C034CA4D4B9D4DBD37E8536CEF"><enum>(3)</enum><text display-
inline="yes-display-inline">A discussion of how the number of the Senior Executive
Service positions in the Office compare to the number of senior positions at comparable
organizations.</text></paragraph></subsection>

<subsection
id="H58ADCDA1EC2142B2821F59C4DF6ECC6A"><enum>(d)</enum><header>Cooperation</header><tex
t display-inline="yes-display-inline">The Director of National Intelligence shall
provide to the Inspector General of the Intelligence Community any information
requested by the Inspector General of the Intelligence Community that is necessary to
carry out this section by not later than 14 calendar days after the date on which the
Inspector General of the Intelligence Community makes such
request.</text></subsection></section>

<section id="H7F6F46529D68421C9779809702BE6B8D"><enum>6728.</enum><header>Briefing on
Federal Bureau of Investigation offering permanent residence to sources and
cooperators</header><text display-inline="no-display-inline">Not later than 30 days
after the date of the enactment of this Act, the Director of the Federal Bureau of
Investigation shall provide to the congressional intelligence committees a briefing on
the ability of the Federal Bureau of Investigation to offer, as an inducement to
assisting the Bureau, permanent residence within the United States to foreign
individuals who are sources or cooperators in counterintelligence or other national-
security-related investigations. The briefing shall address the following:</text>

<paragraph id="HD2A52E003E16436F934C3D8562EB2CAB"><enum>(1)</enum><text>The extent to
which the Bureau may make such offers, whether independently or in conjunction with
other agencies and departments of the United States Government, including a discussion
of the authorities provided by section 101(a)(15)(S) of the Immigration and Nationality
Act (8 U.S.C. 1101(a)(15)(S)), section 7 of the Central Intelligence Agency Act (50
U.S.C. 3508), and any other provision of law under which the Bureau may make such
offers.</text></paragraph>

<paragraph id="H1583DBADF874403A84BFCFE4A43BBD0E"><enum>(2)</enum><text>An overview of
the policies and operational practices of the Bureau with respect to making such
offers.</text></paragraph>

<paragraph id="HC1BF2D7C636C4E56BCA284E7F879D711"><enum>(3)</enum><text>The sufficiency
of such policies and practices with respect to inducing individuals to cooperate with,
serve as sources for such investigations, or both.</text></paragraph>

<paragraph id="H1C643202C7F54A7ABC2613C0C7591A6B"><enum>(4)</enum><text>Whether the
Director recommends any legislative actions to improve such policies and practices,
particularly with respect to the counterintelligence efforts of the
Bureau.</text></paragraph></section>

<section id="HA66CD97902704FA8BA8034698D429E47"><enum>6729.</enum><header>Intelligence
assessment of North Korea revenue sources</header>

<subsection id="H6A8A01090F6549FF91485611B17A2617"><enum>(a)</enum><header>Assessment
required</header><text display-inline="yes-display-inline">Not later than 180 days

after the date of the enactment of this Act, the Director of National Intelligence, in coordination with the Assistant Secretary of State for Intelligence and Research and the Assistant Secretary of the Treasury for Intelligence and Analysis, shall produce an intelligence assessment of the revenue sources of the North Korean regime. Such assessment shall include revenue from the following sources:</text>

<paragraph id="H0C91A580FBBE4B868D5D984FAF275B69"><enum>(1)</enum><text>Trade in coal, iron, and iron ore.</text></paragraph>

<paragraph id="HE11EF79C6BFE49AF955962F1301177FF"><enum>(2)</enum><text>The provision of fishing rights to North Korean territorial waters.</text></paragraph>

<paragraph id="H944782FCD2034E3E8744DF6031EBB1C4"><enum>(3)</enum><text>Trade in gold, titanium ore, vanadium ore, copper, silver, nickel, zinc, or rare earth minerals, and other stores of value.</text></paragraph>

<paragraph id="HECDE2026A30F42A4BE100CA0CE2334C4"><enum>(4)</enum><text>Trade in textiles.</text></paragraph>

<paragraph id="H8F40C0BAA8B342F394FE952AE00FBE09"><enum>(5)</enum><text>Sales of conventional defense articles and services.</text></paragraph>

<paragraph id="HCF623B7FB1B54DEAB134AD61841785C5"><enum>(6)</enum><text>Sales of controlled goods, ballistic missiles, and other associated items.</text></paragraph>

<paragraph id="H815FC69FFE9A46E29173774B86776B35"><enum>(7)</enum><text>Other types of manufacturing for export, as the Director of National Intelligence considers appropriate.</text></paragraph>

<paragraph id="H998F4C271E114AA49B79D00480024FDB"><enum>(8)</enum><text>The exportation of workers from North Korea in a manner intended to generate significant revenue, directly or indirectly, for use by the government of North Korea.</text></paragraph>

<paragraph id="H97ED0BFB9F5B4BE398BFD659E9C53DA8"><enum>(9)</enum><text>The provision of nonhumanitarian goods (such as food, medicine, and medical devices) and services by other countries.</text></paragraph>

<paragraph id="HB98D919CD0E14887A23E6929A586270B"><enum>(10)</enum><text>The provision of services, including banking and other support, including by entities located in the Russian Federation, China, and Iran.</text></paragraph>

<paragraph id="HC96ABF30663D43DAAD5B4D4359611228"><enum>(11)</enum><text>Online commercial activities of the Government of North Korea, including online gambling.</text></paragraph>

<paragraph id="HD2EFF55F91C145A982CC0E9D31319582"><enum>(12)</enum><text>Criminal activities, including cyber-enabled crime and counterfeit goods.</text></paragraph></subsection>

<subsection id="H5E9F6827F0A4422C935464514F9F2E78"><enum>(b)</enum><header>Elements</header><text>The assessment required under subsection (a) shall include an identification of each of the following:</text>

<paragraph id="H1729594EA46E42E6A24DD63BCD948888"><enum>(1)</enum><text>The sources of North Koreaâ€™s funding.</text></paragraph>

<paragraph id="HA099D9CE0E1341658D99C27E644FE6C0"><enum>(2)</enum><text>Financial and nonfinancial networks, including supply chain management, transportation, and facilitation, through which North Korea accesses the United States and international financial systems and repatriates and exports capital, goods, and services; and</text></paragraph>

<paragraph id="HF11D2FBB1479484D8BABA3283902B50E"><enum>(3)</enum><text>the global financial institutions, money services business, and payment systems that assist North Korea with financial transactions.</text></paragraph></subsection>

<subsection id="HE6D7B0EE558647BCA49E7D2CA67ECA70"><enum>(c)</enum><header>Submittal to congress</header><text display-inline="yes-display-inline">Upon completion of the assessment required under subsection (a), the Director of National Intelligence shall submit to the congressional intelligence committees, the Committee on Foreign Affairs of the House of Representatives, and the Committee on Foreign Relations of the Senate a

copy of such assessment.</text></subsection></section>

<section id="HC557C2E6CCC4435F89C9FAA916840E78"><enum>6730.</enum><header>Report on possible exploitation of virtual currencies by terrorist actors</header>

<subsection id="H918568B6F9BB40EC87B7C019AC952D78"><enum>(a)</enum><header>Short title</header><text>This section may be cited as the <quote><short-title>Stop Terrorist Use of Virtual Currencies Act</short-title></quote>.</text></subsection>

<subsection id="H7DA04B98B36247DB86E484BAFC42A217"><enum>(b)</enum><header>Report</header><text display-inline="yes-display-inline">Not later than 1 year after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the Secretary of the Treasury and the Under Secretary of Homeland Security for Intelligence and Analysis, shall submit to Congress a report on the possible exploitation of virtual currencies by terrorist actors. Such report shall include the following elements:</text>

<paragraph id="HDAD530755C8145AAA48BF5B8A9E96973"><enum>(1)</enum><text display-inline="yes-display-inline">An assessment of the means and methods by which international terrorist organizations and State sponsors of terrorism use virtual currencies.</text></paragraph>

<paragraph id="HAFDBBF2E438E42B293E7EA06E0D59913"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment of the use by terrorist organizations and state sponsors of terrorism of virtual currencies compared to the use by such organizations and states of other forms of financing to support operations, including an assessment of the collection posture of the intelligence community on the use of virtual currencies by such organizations and states.</text></paragraph>

<paragraph id="H7D545464832D411DB32750D00DCF4AEC"><enum>(3)</enum><text display-inline="yes-display-inline">A description of any existing legal impediments that inhibit or prevent the intelligence community from collecting information on or helping prevent the use of virtual currencies by international terrorist organizations and state sponsors of terrorism and an identification of any gaps in existing law that could be exploited for illicit funding by such organizations and States.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFAD1CF1C3181462B8193D969CBB8544A"><enum>(c)</enum><header>Form of report</header><text>The report required by subsection (b) shall be submitted in unclassified form, but may include a classified annex. </text></subsection>

<subsection id="H213BEE58D1BD494E880569A34950CE68"><enum>(d)</enum><header>Dissemination to State and local partners</header><text>Consistent with the protection of classified and confidential unclassified information, the Under Secretary shall share the report required by subsection (b) with State, local, and regional officials who operate within State, local, and regional fusion centers through the Department of Homeland Security State, Local, and Regional Fusion Center Initiative established in section 210A of the Homeland Security Act of 2002 (6 U.S.C. 124h).</text></subsection></section></subtitle>

<subtitle id="HE8F1ADC6F86E471EB57AE5BD3591E3DC"><enum>C</enum><header>Other matters</header>

<section commented="no" display-inline="no-display-inline" id="HE1AA8A7332B34F34B94E08D1ED4A67CA"><enum>6741.</enum><header display-inline="yes-display-inline">Public Interest Declassification Board</header>

<subsection id="HE151296C1A9841A984CF446B3D774B8E" commented="no"><enum>(a)</enum><header>Meetings</header><text display-inline="yes-display-inline">Section 703(e) of the Public Interest Declassification Act of 2000 (Public Law 106â€"567; 50 U.S.C. 3161 note) is amended by striking <quote>funds.</quote> and inserting <quote>funds, but shall meet in person not less frequently than on a quarterly basis.</quote>. </text></subsection>

<subsection id="H1D6F29B1AC114436B20C78E0721A5B35" commented="no"><enum>(b)</enum><header>Removal of sunset</header><text display-inline="yes-display-inline">Section 710 of the Public Interest Declassification Act of 2000 (Public Law 106â€"567; 50 U.S.C. 3161 note) is amendedâ€"</text>

<paragraph id="H8EEB3AE761BC42EE97055FB6B7AE6528" commented="no"><enum>(1)</enum><text>by striking subsection (b);</text></paragraph>

<paragraph id="H3B4E257B0BD145AA98CFB599158845E3" commented="no"><enum>(2)</enum><text>in the section heading, by striking <quote><header-in-text level="section" style="OLC">; Sunset</header-in-text></quote>; and</text></paragraph>

<paragraph id="HC683781A43F4405EB66DA3BD0A0160B8" commented="no"><enum>(3)</enum><text>by striking <quote>(a) <header-in-text level="subsection" style="OLC">Effective date.â€"</header-in-text></quote>.</text></paragraph></subsection>

<subsection id="HEF417CD00BDF4E369DD99184E8860260" commented="no"><enum>(c)</enum><header>Status of Board</header><text display-inline="yes-display-inline">Notwithstanding section 710(b) of the Public Interest Declassification Act of 2000 (Public Law 106â€"567; 50 U.S.C. 3161 note) as in effect on the day before the date of the enactment of this Actâ€"</text>

<paragraph id="HBA81838E358F4E0CAD6323BE73E45321" commented="no"><enum>(1)</enum><text>the Public Interest Declassification Board shall be deemed to not have terminated for purposes of the appointment of members to the Board;</text></paragraph>

<paragraph id="H198AB7B5BF224E79AED3D7638A3AD817" commented="no"><enum>(2)</enum><text display-inline="yes-display-inline">section 703(h) of such Act shall not apply with respect to the period beginning on December 31, 2018, and ending on the day before the date of the enactment of this Act; and </text></paragraph>

<paragraph id="HE9872B65B86A4B63911472D1B1B88E67" commented="no"><enum>(3)</enum><text>the length of the terms of the members serving on the Board as of December 30, 2018, shall be calculated by not counting the period specified in paragraph (2).</text></paragraph></subsection></section>

<section id="H57F8EFBBC8DB4C61B8E9D358B28B8075"><enum>6742.</enum><header>Technical and clerical amendments to the National Security Act of 1947</header>

<subsection id="HE296EA67401547FBB1D269CFA8812648"><enum>(a)</enum><header>Table of contents</header><text display-inline="yes-display-inline">The table of contents at the beginning of the National Security Act of 1947 (50 U.S.C. 3001 et seq.) is amendedâ€"</text>

<paragraph id="HFF9F4BF0DDFA4012A4F414DF7475573A"><enum>(1)</enum><text>by inserting after the item relating to section 2 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HCD86DFF8019F4827BFD7238AABE67CE0" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 3. Definitions.</toc-entry></toc><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="H54066E14FE274511955DC3BE4105D2B0"><enum>(2)</enum><text>by striking the item relating to section 107;</text></paragraph>

<paragraph id="HA9526253C3B34FEAB28741A3455CBA59"><enum>(3)</enum><text>by striking the item relating to section 113B and inserting the following new item:</text>

<quoted-block display-inline="no-display-inline" id="H031C8A6CA809447B86B5B3EC894441DD" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 113B. Special pay authority for science, technology, engineering, or mathematics positions.</toc-entry></toc><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD1045AFBF12643E4A7E19316291640B8"><enum>(4)</enum><text>by striking the items relating to sections 202, 203, 204, 208, 209, 210, 211, 212, 213, and 214; and</text></paragraph>

<paragraph id="HC3A268312F1C42DDA960A75374F0544A"><enum>(5)</enum><text>by inserting after the item relating to section 311 the following new item:</text>

<quoted-block display-inline="no-display-inline" id="HDA25D4E1FCF44C62A9E64E32A7AF30C2" style="OLC">

<toc regeneration="no-regeneration">

<toc-entry level="section">Sec. 312. Repealing and saving provisions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H59F446B3C6374E8D8BC2EECC7D52946B"><enum>(b)</enum><header>Other technical corrections</header><text>Such Act is further amendedâ€"</text>

<paragraph id="HA9711A5A028A42FC82AB6C8370E5B1DB"><enum>(1)</enum><text>in section 102Aâ€"</text>

<subparagraph id="HBE19012F9FA54CAAA4A30818A30DEF75"><enum>(A)</enum><text>in subparagraph (G) of paragraph (1) of subsection (g), by moving the margins of such subparagraph 2 ems to the left; and</text></subparagraph>

<subparagraph id="H395050743A6943B2B469CC2036DDD1B9"><enum>(B)</enum><text>in paragraph (3) of subsection (v), by moving the margins of such paragraph 2 ems to the left;</text></subparagraph></paragraph>

<paragraph id="H026A5FDA757B46729EC70E2DD686EC6F"><enum>(2)</enum><text display-inline="yes-display-inline">in section 106â€"</text>

<subparagraph id="H21500911381548D3B86E78BEB1D1438C"><enum>(A)</enum><text>by inserting <quote>Sec. 106.</quote> before <quote>(a)</quote> and conforming the typeface and typestyle accordingly; and</text></subparagraph>

<subparagraph id="H2B2CEE9E37764D14B8E3A96F43DC08F3"><enum>(B)</enum><text>in subparagraph (I) of paragraph (2) of subsection (b), by moving the margins of such subparagraph 2 ems to the left;</text></subparagraph></paragraph>

<paragraph commented="no" id="HBE3EE02A487F4402B2F7954EE99C07FA"><enum>(3)</enum><text>by striking section 107;</text></paragraph>

<paragraph id="H89E2B4F35B3A4F5790DA63DD2D4A437E"><enum>(4)</enum><text>in section 108(c), by striking <quote>in both a classified and an unclassified form</quote> and inserting <quote>to Congress in classified form, but may include an unclassified summary</quote>;</text></paragraph>

<paragraph id="HE04F25FEDA584DCAB8DBDA4D7089982E"><enum>(5)</enum><text>in section 112(c)(1), by striking <quote>section 103(c)(7)</quote> and inserting <quote>section 102A(i)</quote>;</text></paragraph>

<paragraph commented="no" id="H125F7C76650F44AF91B3D47F227C68E8"><enum>(6)</enum><text display-inline="yes-display-inline">by amending section 201 to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="H749415ECBD53460E95E07C92830520C6" style="OLC">

<section commented="no" id="HA7CC317E4D7F41FAAEFA320C41961803"><enum>201.</enum><header>Department of Defense</header><text display-inline="no-display-inline">Except to the extent inconsistent with the provisions of this Act or other provisions of law, the provisions of title 5, United States Code, shall be applicable to the Department of Defense.</text></section><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph id="HD075CA68CE4E4DBBBC40A29B9A47BD69"><enum>(7)</enum><text>in section 205, by redesignating subsections (b) and (c) as subsections (a) and (b), respectively;</text></paragraph>

<paragraph id="HE97E33A4A5294AE9B2AB6981ED42924C"><enum>(8)</enum><text>in section 206, by striking <quote>(a)</quote>;</text></paragraph>

<paragraph id="H2B6C2A1E84D34CE7BFFA2829C8AAD8CE"><enum>(9)</enum><text>in section 207,

by striking <quote>(c)</quote>;</text></paragraph>

<paragraph id="H09B2B2119ACD4C7FAE39B4E06B2CA9F0"><enum>(10)</enum><text>in section 308(a), by striking <quote>this Act</quote> and inserting <quote>sections 2, 101, 102, 103, and 303 of this Act</quote>;</text></paragraph>

<paragraph id="H3F8EC7A9690440538D0C3A4DFEF91CBC"><enum>(11)</enum><text>by redesignating section 411 as section 312;</text></paragraph>

<paragraph id="H049F6744D2164024B287D817A2C394AE"><enum>(12)</enum><text>in section 503â€"</text>

<subparagraph id="H6BB0A06A9BFA47E8A72AD3BBD80DBA3C"><enum>(A)</enum><text>in paragraph (5) of subsection (c)â€"</text>

<clause id="HF3CD079C27CB4A7AB5218483B23B5178"><enum>(i)</enum><text>by moving the margins of such paragraph 4 ems to the left; and</text></clause>

<clause id="H88E6A8B6A46A40A591B99BCF2394E16E"><enum>(ii)</enum><text>by moving the margins of subparagraph (B) of such paragraph 2 ems to the left; and</text></clause></subparagraph>

<subparagraph id="HA77D3B4CFB5C4D9492E8CF1038F953CA"><enum>(B)</enum><text>in paragraph (2) of subsection (d), by moving the margins of such paragraph 2 ems to the left; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H32E70088D51C431B93596B16ABB629E1"><enum>(13)</enum><text>in subparagraph (B) of paragraph (3) of subsection (a) of section 504, by moving the margins of such subparagraph 2 ems to the right.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HA06794052EDA4EA892895CB851C5B036" section-type="subsequent-section"><enum>6743.</enum><header display-inline="yes-display-inline">Bug bounty programs</header>

<subsection commented="no" display-inline="no-display-inline" id="H5486E275732C40D9903F166EB6C0FD3A"><enum>(a)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H2B7B95E24AA34B82BFA93F7FB40D82CB"><enum>(1)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress</header><text display-inline="yes-display-inline">The term <term>appropriate committees of Congress</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H50B6D79329454111B03714B15D315928"><enum>(A)</enum><text display-inline="yes-display-inline">the congressional intelligence committees;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB4F5EDB74E3C4C56966228C912BBE3FD"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Homeland Security and Governmental Affairs of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H623D92405B4D472C8561F3F22661483D"><enum>(C)</enum><text display-inline="yes-display-inline">the Committee on Armed Services and the Committee on Homeland Security of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H07D52324C0FB48E79F476B2B3E70A9F6"><enum>(2)</enum><header display-inline="yes-display-inline">Bug bounty program</header><text display-inline="yes-display-inline">The term <term>bug bounty program</term> means a program under which an approved computer security specialist or security researcher is temporarily authorized to identify and report vulnerabilities within the information system of an agency or department of the United States in exchange for compensation.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8462689B7D244F9E9AFBF541C4601B37"><enum>(3)</enum><header display-inline="yes-display-inline">Information system</header><text display-inline="yes-display-

inline">The term <term>information system</term> has the meaning given that term in section 3502 of title 44, United States Code.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H27785BCCD7424D7BB681B7978FB7D76A"><enum>(b)</enum><header display-inline="yes-display-inline">Bug bounty program plan</header>

<paragraph commented="no" display-inline="no-display-inline" id="HA5C3F0183598406EB2C7A60D208E395D"><enum>(1)</enum><header display-inline="yes-display-inline">Requirement</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of Homeland Security, in consultation with the Secretary of Defense, shall submit to appropriate committees of Congress a strategic plan for appropriate agencies and departments of the United States to implement bug bounty programs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFAE1F5110A4246A4A381C60AF3CEEBDA"><enum>(2)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">The plan required by paragraph (1) shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H27ED67228E814EDA8737782608DE7ABE"><enum>(A)</enum><text display-inline="yes-display-inline">an assessment ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H67C1F1BEE33A434DA15007BFCBBF0F16"><enum>(i)</enum><text display-inline="yes-display-inline">the <quote>Hack the Pentagon</quote> pilot program carried out by the Department of Defense in 2016 and subsequent bug bounty programs in identifying and reporting vulnerabilities within the information systems of the Department of Defense; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1B7A8050899C4BBDABE9435DE4C32A0E"><enum>(ii)</enum><text display-inline="yes-display-inline">private sector bug bounty programs, including such programs implemented by leading technology companies in the United States; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H761ADC9EF37845ABBCDC0AD6862B4627"><enum>(B)</enum><text display-inline="yes-display-inline">recommendations on the feasibility of initiating bug bounty programs at appropriate agencies and departments of the United States.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD6F22D67E3D440E4BA34B4330B4BC05F" section-type="subsequent-section"><enum>6744.</enum><header display-inline="yes-display-inline">Technical amendments related to the Department of Energy</header>

<subsection commented="no" display-inline="no-display-inline" id="H67CC6E570CCA44689A741CB31163EEEF"><enum>(a)</enum><header display-inline="yes-display-inline">National Nuclear Security Administration Act</header><text display-inline="yes-display-inline">Section 3233(b) of the National Nuclear Security Administration Act (50 U.S.C. 2423(b)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9B1EEA068EDD4E40A57FFDD1BB0710DA"><enum>(1)</enum><text display-inline="yes-display-inline">by striking <quote>Administration</quote> and inserting <quote>Department</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD26B1D15CF94432DB088537112CDC1D8"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting <quote>Intelligence and</quote> after <quote>the Office of</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HF276C392E2E24395A04EFFF65C107C28"><enum>(b)</enum><header display-inline="yes-display-inline">Atomic Energy Defense Act</header><text display-inline="yes-display-inline">Section 4524(b)(2) of the Atomic Energy Defense Act (50 U.S.C. 2674(b)(2)) is amended by inserting <quote>Intelligence and</quote> after <quote>The Director of</quote>.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7840411D4B674A3D92E669A560192197"><enum>(c)</enum><header display-inline="yes-display-inline">National Security Act of 1947</header><text display-inline="yes-display-inline">Paragraph (2) of section 106(b) of the National Security Act of 1947 (50 U.S.C. 3041(b)(2)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H90A64EAAA8AD4848B4164DAB4F5F99F8"><enum>(1)</enum><text display-inline="yes-display-inline">in subparagraph (E), by inserting <quote>and Counterintelligence</quote> after <quote>Office of Intelligence</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H068457EFF9B54E9D8F4B2D96C807C606"><enum>(2)</enum><text display-inline="yes-display-inline">by striking subparagraph (F); and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1DFADA3AF798495B9C0FCC4C14428981"><enum>(3)</enum><text display-inline="yes-display-inline">by redesignating subparagraphs (G), (H), and (I) as subparagraphs (F), (G), and (H), respectively.</text></paragraph></subsection></section>

<section id="H951FBA23494B4D91ADEF11E6EA075B90"><enum>6745.</enum><header>Sense of Congress on notification of certain disclosures of classified information</header>

<subsection id="H9BADA5526A494B0381CC85B2A446083A"><enum>(a)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H832FF5729D4946D59010A2994B198DEC"><enum>(1)</enum><header>Adversary foreign government</header><text>The term <term>adversary foreign government</term> means the government of any of the following foreign countries:</text>

<subparagraph id="HD34FED998F2242409CEE86249350B2C1"><enum>(A)</enum><text>North Korea.</text></subparagraph>

<subparagraph id="H2B526BFA7F3C45BA8CF31181B505C83D"><enum>(B)</enum><text>Iran.</text></subparagraph>

<subparagraph id="H45363757400446509FF5E7B0A24A7FC9"><enum>(C)</enum><text>China.</text></subparagraph>

<subparagraph id="H75EE648D4C5A49309EC268BA2FFB34F3"><enum>(D)</enum><text>Russia.</text></subparagraph>

<subparagraph id="H2750648032234CD6956AF2A8B31EDADE"><enum>(E)</enum><text>Cuba.</text></subparagraph></paragraph>

<paragraph id="H2063D5473D93466CAEE44DEF20D1CD75"><enum>(2)</enum><header>Covered classified information</header><text>The term <term>covered classified information</term> means classified information that wasâ€"</text>

<subparagraph id="HB3D4ED600D4C463887AD184FFAB48B0C"><enum>(A)</enum><text>collected by an element of the intelligence community; or</text></subparagraph>

<subparagraph id="H1642322C4A0542B6B5325D6337F1D4EA"><enum>(B)</enum><text>provided by the intelligence service or military of a foreign country to an element of the intelligence community.</text></subparagraph></paragraph>

<paragraph id="HC2A101D1BEFD49A39D31C6A41FBE37F2"><enum>(3)</enum><header>Established intelligence channels</header><text>The term <term>established intelligence channels</term> means methods to exchange intelligence to coordinate foreign intelligence relationships, as established pursuant to law by the Director of National Intelligence, the Director of the Central Intelligence Agency, the Director of the National Security Agency, or other head of an element of the intelligence community.</text></paragraph>

<paragraph id="HEEA8D89ED71F4004AB415D6CD0F39329"><enum>(4)</enum><header>Individual in the executive branch</header><text display-inline="yes-display-inline">The term

<term>individual in the executive branch</term> means any officer or employee of the executive branch, including individualsâ€"</text>

<subparagraph id="H63A652B7F7FE4495AE0D2005721611E3"><enum>(A)</enum><text>occupying a position specified in article II of the Constitution;</text></subparagraph>

<subparagraph id="H9F9CB8AEED104757B14BD5B1A2CD52CC"><enum>(B)</enum><text>appointed to a position by an individual described in subparagraph (A); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H939EFE42A75F453E8D07278B8B06F3E7"><enum>(C)</enum><text>serving in the civil service or the Senior Executive Service (or similar service for senior executives of particular departments or agencies).</text></subparagraph></paragraph></subsection>

<subsection id="HF949CD089B1D4B4487841A371C7347FC"><enum>(b)</enum><header>Findings</header><text display-inline="yes-display-inline">Congress finds that section 502 of the National Security Act of 1947 (50 U.S.C. 3092) requires elements of the intelligence community to keep the congressional intelligence committees <quote>fully and currently informed</quote> about all <quote>intelligence activities</quote> of the United States, and to <quote>furnish to the congressional intelligence committees any information or material concerning intelligence activities * * * which is requested by either of the congressional intelligence committees in order to carry out its authorized responsibilities.</quote>.</text></subsection>

<subsection id="H278C1E2E473B42E8BB6F83DCC0CCC32F"><enum>(c)</enum><header>Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="H539212DD05BE4D9EA81C672C8BA9B0BE"><enum>(1)</enum><text display-inline="yes-display-inline">section 502 of the National Security Act of 1947 (50 U.S.C. 3092), together with other intelligence community authorities, obligates an element of the intelligence community to submit to the congressional intelligence committees written notification, by not later than 7 days after becoming aware, that an individual in the executive branch has disclosed covered classified information to an official of an adversary foreign government using methods other than established intelligence channels; and</text></paragraph>

<paragraph id="HAA2CAA3796714E5D8409503D7262BC03"><enum>(2)</enum><text>each such notification should includeâ€"</text>

<subparagraph commented="no" id="H836316D2812749FD8BC995388E21E582"><enum>(A)</enum><text display-inline="yes-display-inline">the date and place of the disclosure of classified information covered by the notification;</text></subparagraph>

<subparagraph commented="no" id="H2130628BBC1745D8B7501F8A1FCD4091"><enum>(B)</enum><text>a description of such classified information;</text></subparagraph>

<subparagraph commented="no" id="H8C6AD92484B949749EF59A051B605A78"><enum>(C)</enum><text>identification of the individual who made such disclosure and the individual to whom such disclosure was made; and</text></subparagraph>

<subparagraph commented="no" id="H786DC43F03904CD0846966368DCBFD85"><enum>(D)</enum><text>a summary of the circumstances of such disclosure.</text></subparagraph></paragraph></subsection></section>

<section id="H06202E76B5D04824BB95B12BCC6B9AF4"><enum>6746.</enum><header>Sense of Congress on consideration of espionage activities when considering whether or not to provide visas to foreign individuals to be accredited to a United Nations mission in the United States</header><text display-inline="no-display-inline">It is the sense of the Congress that the Secretary of State, in considering whether or not to provide a visa to a foreign individual to be accredited to a United Nations mission in the United States, should considerâ€"</text>

<paragraph id="HC46A340A76F44098AF3C064F6E282B26"><enum>(1)</enum><text display-inline="yes-display-inline">known and suspected intelligence activities, espionage activities, including activities constituting precursors to espionage, carried out by

the individual against the United States, foreign allies of the United States, or foreign partners of the United States; and</text></paragraph>

<paragraph id="H24771794ED024D18AD75618196BC3A20"><enum>(2)</enum><text display-inline="yes-display-inline">the status of an individual as a known or suspected intelligence officer for a foreign adversary.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HF48721251FB34793AA8FFF67B5FB1C67" section-type="subsequent-section"><enum>6747.</enum><header display-inline="yes-display-inline">Sense of Congress on WikiLeaks</header><text display-inline="no-display-inline">It is the sense of Congress that WikiLeaks and the senior leadership of WikiLeaks resemble a nonstate hostile intelligence service often abetted by state actors and should be treated as such a service by the United States.</text></section></subtitle></title></subdivision></division>

<division id="HD98AC52D30A941DBA1DBB556A1D9F069"><enum>F</enum><header>Other Matters</header>

<title commented="no" id="H0C093F2F974D4201A98DA0F58620B615" level-type="subsequent" style="OLC"><enum>LXXI</enum><header display-inline="yes-display-inline">Sanctions with respect to North Korea</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0C093F2F974D4201A98DA0F58620B615" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H44DF69B4E5CC4147A97C6D1B5EDE69B7" level="section">Sec.â€‚7101.â€‚Short title.</toc-entry>

<toc-entry idref="H7C85CE1BDEC548209D36A4BA2ADF35CA" level="subtitle">Subtitle Aâ€"Sanctions with respect to North Korea</toc-entry>

<toc-entry idref="HDF7C98DF75C7445F90C2E7EAA16F24AB" level="section">Sec.â€‚7111.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="HF6397D2C8B91475DA5C9087179D56BDB" level="section">Sec.â€‚7112.â€‚Definitions.</toc-entry>

<toc-entry idref="H83CEA2EC2ADE4AA58E94E873BCA9C096" level="part">Part Iâ€"Expansion of sanctions and related matters</toc-entry>

<toc-entry idref="HF6B36A5123A9403C88FF91E2B3B3FECE" level="section">Sec.â€‚7121.â€‚Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.</toc-entry>

<toc-entry idref="H60C3FA292BB045A4A3358A4BD3E52EB8" level="section">Sec.â€‚7122.â€‚Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016.</toc-entry>

<toc-entry idref="H15619872EE274AD580B828059120E856" level="section">Sec.â€‚7123.â€‚Extension of applicability period of proliferation prevention sanctions.</toc-entry>

<toc-entry idref="H78AB4F6D67FD4D4CB887C4BBF9F618ED" level="section">Sec.â€‚7124.â€‚Opposition to assistance by the international financial institutions.</toc-entry>

<toc-entry idref="H4307523D94784BDB81AA4AF128DFCB71" level="section">Sec.â€‚7125.â€‚Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism.</toc-entry>

<toc-entry idref="HC095A4BF28B448A1B4B4508EAF3D57AF" level="section">Sec.â€‚7126.â€‚Report and briefings on compliance, penalties, and technical assistance.</toc-entry>

<toc-entry idref="HC893B04EDE2F4A33A51E2D9BE387D1CA" level="section">Sec.â€‚7127.â€‚Sense of Congress on identification and blocking of property of North Korean officials.</toc-entry>

<toc-entry idref="H78B4E39009824D1E8FF5BB7B667CA2BB" level="section">Sec.â€‚7128.â€‚Modification of report on implementation of United

Nations Security Council resolutions by other governments.</toc-entry>

<toc-entry idref="H53FFC418052A46998464A71261AA4198" level="section">Sec.â€,7129.â€,Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system.</toc-entry>

<toc-entry idref="H6435ACB9F0554E5187060DAED6342059" level="part">Part IIâ€"Congressional review and oversight</toc-entry>

<toc-entry idref="H8E625325C1964EA291A4C70249D3BB69" level="section">Sec.â€,7131.â€,Notification of termination or suspension of sanctions.</toc-entry>

<toc-entry idref="H3AFFEAAB7D02498AB2BD71812D984443" level="section">Sec.â€,7132.â€,Reports on certain licensing actions.</toc-entry>

<toc-entry idref="H89CDF0080452407D8145B39208462695" level="section">Sec.â€,7133.â€,Report and briefings on financial networks and financial methods of the Government of North Korea.</toc-entry>

<toc-entry idref="H5A0781D842F8409F907CDE0D4E602CAB" level="section">Sec.â€,7134.â€,Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea.</toc-entry>

<toc-entry idref="HFD2E671879704FFCA2E295384EF3562A" level="part">Part IIIâ€"General matters</toc-entry>

<toc-entry idref="H3B64087F9F64418386D454D2AA7874E1" level="section">Sec.â€,7141.â€,Rulemaking.</toc-entry>

<toc-entry idref="HB89452CFA7104F7CBAA20E65EDC3485F" level="section">Sec.â€,7142.â€,Authority to consolidate reports.</toc-entry>

<toc-entry idref="H0AE198741DBA460A81982E9911B79EB9" level="section">Sec.â€,7143.â€,Waivers, exemptions, and termination.</toc-entry>

<toc-entry idref="H4A3326A5F6D94B94A9D9D687C189A2DC" level="section">Sec.â€,7144.â€,Procedures for review of classified and certain other information.</toc-entry>

<toc-entry idref="HD38BEB76CC4C4E43B0E7934710BDD923" level="section">Sec.â€,7145.â€,Briefing on resourcing of sanctions programs.</toc-entry>

<toc-entry idref="HABB1AF76D2BF46509794CDCD0C015565" level="section">Sec.â€,7146.â€,Briefing on proliferation financing.</toc-entry>

<toc-entry idref="HD3C7774FD46B4A9FB7F9EDDA872B07CD" level="section">Sec.â€,7147.â€,Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H43045D7D917243C79794A63A0B77A2C5" level="subtitle">Subtitle Bâ€"Financial industry guidance to halt trafficking</toc-entry>

<toc-entry idref="HE45E375426414637B294E47F5A4A0C77" level="section">Sec.â€,7151.â€,Short title.</toc-entry>

<toc-entry idref="HC20EA4DDD18947C082A8928BE0F4901A" level="section">Sec.â€,7152.â€,Sense of Congress.</toc-entry>

<toc-entry idref="H330B5197AA46432F97DE7AFB323D7097" level="section">Sec.â€,7153.â€,Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence.</toc-entry>

<toc-entry idref="H4B4BCE3E4E944B169A2554C1D3A79AE8" level="section">Sec.â€,7154.â€,Strengthening the role of anti-money laundering and other financial tools in combating human trafficking.</toc-entry>

<toc-entry idref="HA98756C4C812455583C06E42B76B5FE7" level="section">Sec.â€,7155.â€,Sense of Congress on resources to combat human trafficking.</toc-entry> </toc>

<section commented="no" display-inline="no-display-inline" id="H44DF69B4E5CC4147A97C6D1B5EDE69B7" section-type="subsequent-

section"><enum>7101.</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="no-display-inline">This title may be cited as the <quote><short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title></quote>.</text></section>

<subtitle commented="no" id="H7C85CE1BDEC548209D36A4BA2ADF35CA" level-type="subsequent" style="OLC"><enum>A</enum><header display-inline="yes-display-inline">Sanctions with respect to North Korea</header>

<section commented="no" display-inline="no-display-inline" id="HDF7C98DF75C7445F90C2E7EAA16F24AB" section-type="subsequent-section"><enum>7111.</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD72B4CA7B7784E2DA79887CD5988F332"><enum>(1)</enum><text display-inline="yes-display-inline">the United States is committed to working with its allies and partners to halt the nuclear and ballistic missile programs of North Korea through a policy of maximum pressure and diplomatic engagement;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5485A48AB7F044F1AF1444DFAC7D8D08"><enum>(2)</enum><text display-inline="yes-display-inline">the imposition of sanctions, including those under this title, should not be construed to limit the authority of the President to fully engage in diplomatic negotiations to further the policy objective described in paragraph (1);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0D5A3BFBCB2845379399C3262874C866"><enum>(3)</enum><text display-inline="yes-display-inline">the successful use of sanctions to halt the nuclear and ballistic missile programs of North Korea is part of a broader diplomatic and economic strategy that relies on effective coordination among relevant Federal agencies and officials, as well as with international partners of the United States; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H64B3642198784429834011FDB6C42F6C"><enum>(4)</enum><text display-inline="yes-display-inline">the coordination described in paragraph (3) should include proper vetting of external messaging and communications from all parts of the Executive branch to ensure that those communications are an intentional component of and aligned with the strategy of the United States with respect to North Korea.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HF6397D2C8B91475DA5C9087179D56BDB" section-type="subsequent-section"><enum>7112.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle, the terms <term>applicable Executive order</term>, <term>applicable United Nations Security Council resolution</term>, <term>appropriate congressional committees</term>, <term>Government of North Korea</term>, <term>North Korea</term>, <term>North Korean financial institution</term>, and <term>North Korean person</term> have the meanings given those terms in section 3 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9202).</text></section>

<part commented="no" id="H83CEA2EC2ADE4AA58E94E873BCA9C096" level-type="subsequent" style="OLC"><enum>I</enum><header display-inline="yes-display-inline">Expansion of sanctions and related matters</header>

<section commented="no" display-inline="no-display-inline" id="HF6B36A5123A9403C88FF91E2B3B3FECE" section-type="subsequent-section"><enum>7121.</enum><header display-inline="yes-display-inline">Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons</header>

<subsection commented="no" display-inline="no-display-inline" id="H8EDD13C6BCBC45D4BE1A74F233D1A1E6"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Title II of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9221 et seq.) is amended by inserting after section 201A the following:</text>

<quoted-block display-inline="no-display-inline" id="HE38B63127BFD4DE5B3365EFBC0486D68" style="OLC">

<section commented="no" display-inline="no-display-inline" id="HCE834B8C6AD44779BC67B84DD797226F" section-type="subsequent-section"><enum>201B.</enum><header display-inline="yes-display-inline">Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons</header>

<subsection commented="no" display-inline="no-display-inline" id="H82A0652CF45D4F32916755AACF1AD4A1"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Secretary of the Treasury shall impose one or more of the sanctions described in subsection (b) with respect to a foreign financial institution that the Secretary determines, in consultation with the Secretary of State, knowingly, on or after the date that is 120 days after the date of the enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, provides significant financial services to any person designated for the imposition of sanctions with respect to North Korea underâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H5D35920B17B244058F7D186E184B1EC1"><enum>(1)</enum><text display-inline="yes-display-inline">subsection (a), (b), or (g) of section 104;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8C8B928373F9400F9256CE3EA455E3B5"><enum>(2)</enum><text display-inline="yes-display-inline">an applicable Executive order; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H17EC6DAA9C8C44FD81E7038EC6215604"><enum>(3)</enum><text display-inline="yes-display-inline">an applicable United Nations Security Council resolution.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H078DEAF638F14C29B8F6310F383B733E"><enum>(b)</enum><header display-inline="yes-display-inline">Sanctions described</header><text display-inline="yes-display-inline">The sanctions that may be imposed with respect to a foreign financial institution subject to subsection (a) are the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD3D7CC590D5744E185B592FF0FE77D41"><enum>(1)</enum><header display-inline="yes-display-inline">Asset blocking</header><text display-inline="yes-display-inline">The Secretary may block and prohibit, pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.), all transactions in all property and interests in property of the foreign financial institution if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H17536CCB40E74DEC8DBD051D6E36D77C"><enum>(2)</enum><header display-inline="yes-display-inline">Restrictions on correspondent and payable-through accounts</header><text display-inline="yes-display-inline">The Secretary may prohibit, or impose strict conditions on, the opening or maintaining in the United States of a correspondent account or a payable-through account by the foreign financial institution.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HEAB3640C74DA4177812F1B30EB08A9D3"><enum>(c)</enum><header display-inline="yes-display-inline">Implementation; penalties</header>

<paragraph commented="no" display-inline="no-display-inline" id="H4CD45D79E7444F409D643CC25317069D"><enum>(1)</enum><header display-inline="yes-display-inline">Implementation</header><text display-inline="yes-display-inline">The President may exercise all authorities provided under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0EE27E17AB10438294712480ADB6309F"><enum>(2)</enum><header display-inline="yes-display-inline">Penalties</header><text display-inline="yes-display-inline">A person

that violates, attempts to violate, conspires to violate, or causes a violation of this section or any regulation, license, or order issued to carry out this section shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H260AAAA425F246D98DB3C759A05189D0"><enum>(d)</enum><header display-inline="yes-display-inline">Regulations</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, the President shall, as appropriate, prescribe regulations to carry out this section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBC90E0E6E3D44E4599C38FF5EDD46800"><enum>(e)</enum><header display-inline="yes-display-inline">Exception relating to importation of goods</header>

<paragraph commented="no" display-inline="no-display-inline" id="H6562197CB8364A24B05993DEAC45D12A"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Notwithstanding section 404(b) or any provision of this section, the authorities and requirements to impose sanctions under this section shall not include the authority or a requirement to impose sanctions on the importation of goods.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H373D1F527F874569BB5264083F3989D6"><enum>(2)</enum><header display-inline="yes-display-inline">Good defined</header><text display-inline="yes-display-inline">In this subsection, the term <term>good</term> means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD2041434876E4B28B2F52FA4480AEEE9"><enum>(f)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HDAD622321C6643EFB61612B6D1B76BA1"><enum>(1)</enum><header display-inline="yes-display-inline">Account; correspondent account; payable-through account</header><text display-inline="yes-display-inline">The terms <term>account</term>, <quote>correspondent account</quote>, and <quote>payable-through account</quote> have the meanings given those terms in section 5318A of title 31, United States Code.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE29BF1744B214B469954FF45EDAD2C4B"><enum>(2)</enum><header display-inline="yes-display-inline">Foreign financial institution</header><text display-inline="yes-display-inline">The term <term>foreign financial institution</term> has the meaning given that term in section 510.309 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0D30EAEE842D45619F42928CC2B71830"><enum>(3)</enum><header display-inline="yes-display-inline">Knowingly</header><text display-inline="yes-display-inline">The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.</text></paragraph></subsection></section>

<section commented="no" id="H632222B404544E1FBE6878F03B5153FD"><enum>201C.</enum><header>Prohibition on transactions with certain sanctioned persons by persons owned or controlled by United States financial institutions</header>

<subsection id="H42C163244ECE4C4CBE5EFA0B2FD0ED96"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, the Secretary of the Treasury, in consultation with the Secretary of State, shall prohibit an entity owned or controlled by a United States financial

institution and established or maintained outside the United States from knowingly engaging in any transaction described in subsection (b) directly or indirectly with the Government of North Korea or any person designated for the imposition of sanctions with respect to North Korea underâ€"</text>

<paragraph id="H9FFDC4ACEED14CD29107C172747F2086"><enum>(1)</enum><text>subsection (a), (b), or (g) of section 104;</text></paragraph>

<paragraph id="H416D72116C624FB482D01D3F9884064B"><enum>(2)</enum><text>an applicable Executive order; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC7A4136D0CB8444FAB1AA818D6C01E66"><enum>(3)</enum><text display-inline="yes-display-inline">an applicable United Nations Security Council resolution.</text></paragraph></subsection>

<subsection id="H2D86C77E56984FACB368E15221EA5C6F"><enum>(b)</enum><header>Transactions described</header><text>A transaction described in this subsection is a transaction that would be prohibited by an order or regulation issued pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) if the transaction were engaged in in the United States or by a United States person.</text></subsection>

<subsection id="H15ED2517B9204943A51168F6F596CF3C"><enum>(c)</enum><header>Civil penalties</header><text>The civil penalty provided for in section 206(b) of the International Emergency Economic Powers Act (50 U.S.C. 1705(b)) shall apply to a United States financial institution to the same extent that such penalty applies to a person that commits an unlawful act described in section 206(a) of that Act if an entity owned or controlled by the United States financial institution and established or maintained outside the United States violates, attempts to violate, conspires to violate, or causes a violation of any order or regulation issued to implement subsection (a).</text></subsection>

<subsection id="H2CE1CE72845B416B8CC8014AD984DBF4"><enum>(d)</enum><header>United States financial institution defined</header><text>In this section, the term <term>United States financial institution</term> has the meaning given the term <quote>U.S. financial institution</quote> in section 510.328 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling).</text></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H92371C91C5A64EFEBC88CDDFFDD8B9C9"><enum>(b)</enum><header display-inline="yes-display-inline">Clerical amendment</header><text display-inline="yes-display-inline">The table of contents for the North Korea Sanctions and Policy Enhancement Act of 2016 is amended by inserting after the item relating to section 201A the following:</text>

<quoted-block display-inline="no-display-inline" id="H6925E69FB5C346AAACA7F79B72CF65CC" style="OLC">

<toc>

<toc-entry bold="off" level="section">Sec. 201B. Sanctions with respect to foreign financial institutions that provide financial services to certain sanctioned persons.</toc-entry>

<toc-entry bold="off" level="section">Sec. 201C. Prohibition on transactions with certain sanctioned persons by persons owned or controlled by United States financial institutions.</toc-entry></toc><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" id="H60C3FA292BB045A4A3358A4BD3E52EB8"><enum>7122.</enum><header>Mandatory designations under North Korea Sanctions and Policy Enhancement Act of 2016</header>

<subsection commented="no" id="H58FEE49035E84912A4797EA788AFF621"><enum>(a)</enum><header>In general</header><text>Section 104 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9214) is amendedâ€"</text>

<paragraph commented="no"

id="HDBB5ECFBD0424061AB269F4A0005D5EB"><enum>(1)</enum><text>by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H611EDB2E1F3E45D0BEDAAE735C8232B8" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H5AEEB427BD0D47A3BAD03BD802931BE1"><enum>(g)</enum><header display-inline="yes-display-inline">Additional mandatory designations</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE72AD6C99FB74E0CBBB25713B52091AB"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Except as provided in section 208, the President shall designate under this subsection any person that the President determinesâ€"</text>

<subparagraph commented="no" id="HF59B3C649AE6434A8C34F99DF18B1256"><enum>(A)</enum><text>knowingly, directly or indirectly, engages in the importation from or exportation to North Korea of significant quantities ofâ€"</text>

<clause commented="no" id="H23CEB65971F640EAA4526E0D3883BE46"><enum>(i)</enum>

<subclause commented="no" display-inline="yes-display-inline" id="H661815D958B84B6A99605D8C71B15D74"><enum>(I)</enum><text>coal, textiles, seafood, iron, or iron ore; or</text></subclause>

<subclause commented="no" id="HF61EFA1E332C47A188444A78DA0CF561" indent="up1"><enum>(II)</enum><text>refined petroleum products or crude oil above limits set by the United Nations Security Council and with which the United States concurs; or</text></subclause></clause>

<clause commented="no" id="HA5701E8F3E7B45F19FB50AE4DE3865DC"><enum>(ii)</enum><text>services or technology related to goods specified in clause (i);</text></clause></subparagraph>

<subparagraph commented="no" id="H9D58040EE6AB488FACC2E6EC7873D8E3"><enum>(B)</enum><text>knowingly facilitates a significant transfer of funds or property of the Government of North Korea that materially contributes to any violation of an applicable United Nations Security Council resolution;</text></subparagraph>

<subparagraph commented="no" id="H9E160604B41E407EAE2AF02E7F2F8812"><enum>(C)</enum><text>knowingly, directly or indirectly, engages in, facilitates, or is responsible for the exportation of workers from North Korea, or the employment of such workers, in a manner that generates significant revenue, directly or indirectly, for use by the Government of North Korea or by the Workers' Party of Korea;</text></subparagraph>

<subparagraph commented="no" id="HC13448105FCD45E5B14009BD011D2D02"><enum>(D)</enum><text>knowingly, directly or indirectly, sells or transfers a significant number of vessels to North Korea, except as specifically approved by the United Nations Security Council;</text></subparagraph>

<subparagraph commented="no" id="HF3165883B15449B1838987F48B50F3F9"><enum>(E)</enum><text>knowingly engages in a significant activity to charter, insure, register, facilitate the registration of, or maintain insurance or a registration for, a vessel owned, controlled, commanded, or crewed by a North Korean person; or</text></subparagraph>

<subparagraph commented="no" id="HBCB7F84DDA724369AA7A96270716C422"><enum>(F)</enum><text>knowingly contributes to and participates inâ€"</text>

<clause commented="no" id="HF9F59EB50C9A4349ADAED1B113D046DE"><enum>(i)</enum><text>a significant act of bribery of an official of the Government of North Korea or any person acting for or on behalf of that official;</text></clause>

<clause commented="no" id="H03383AD31045407EA71A8B9578512C29"><enum>(ii)</enum><text>the misappropriation, theft, or embezzlement of a significant amount of public funds by, or for the benefit

of, an official of the Government of North Korea or any person acting for or on behalf of that official; or</text></clause>

<clause commented="no" id="HCEE5B3399FDA4D74B93DD4A34D27BAAD"><enum>(iii)</enum><text>the use of any proceeds of any activity described in subparagraph (A) or (B).</text></clause></subparagraph></paragraph></subsection><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" id="H138868D9296E44919F8DA9A117B4A56C"><enum>(2)</enum><text>in subsection (c), by inserting <quote>or (g)</quote> after <quote>subsection (a)</quote>;</text></paragraph>

<paragraph commented="no" id="H2E0E0FB5EF804E03A395E87DFDBE72A8"><enum>(3)</enum><text>in subsection (d)â€"</text>

<subparagraph commented="no" id="HCC45737E09F94F0297A3EFBD6BECA66C"><enum>(A)</enum><text>by striking <quote>or</quote> the first place it appears and inserting a comma; and</text></subparagraph>

<subparagraph commented="no" id="H162E95A9518C4EFB8375BC1C3D8D6B7F"><enum>(B)</enum><text>by inserting <quote>, or (g)</quote> after <quote>(b)</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" id="HB7BC800F5A5B4FBD816653FAFCE23CAC"><enum>(4)</enum><text>in subsection (e)â€"</text>

<subparagraph commented="no" id="H5A4534F8D2C14FEE99E338A01A755161"><enum>(A)</enum><text>by striking <quote>or</quote> the last place it appears and inserting a comma; and</text></subparagraph>

<subparagraph commented="no" id="H10DE49D35B5846A2AE18DA8510F2A221"><enum>(B)</enum><text>by inserting <quote>, or (g)</quote> after <quote>(b)</quote>.</text></subparagraph></paragraph></subsection>

<subsection commented="no" id="H3A1AE541D18A482B8B8F6D76553C93F7"><enum>(b)</enum><header>Conforming amendments</header><text>The North Korea Sanctions and Policy Enhancement Act of 2016 is amendedâ€"</text>

<paragraph commented="no" id="H6BC59A38589042E780B520524155D530"><enum>(1)</enum><text>in section 3(4) (22 U.S.C. 9202(4))â€"</text>

<subparagraph commented="no" id="H96787ED07D53421C9B1918CDB02B44A7"><enum>(A)</enum><text>by striking <quote>or</quote> the first place it appears and inserting a comma; and</text></subparagraph>

<subparagraph commented="no" id="H6073C52C7EBE4BA2AFBBD9C989BBD634"><enum>(B)</enum><text>by inserting <quote>, or (g)</quote> after <quote>(b)</quote>; and</text></subparagraph></paragraph>

<paragraph commented="no" id="H811CAA627D444BBBBCA0651ED5C9F963"><enum>(2)</enum><text>in section 102 (22 U.S.C. 9212)â€"</text>

<subparagraph commented="no" id="H17701DAAC1C249D2A6A24D59E17A6A77"><enum>(A)</enum><text>in subsection (a), by inserting <quote>or (g)</quote> after <quote>section 104(a)</quote> each place it appears; and</text></subparagraph>

<subparagraph commented="no" id="HBF1B3D276C52435AB36EBE2947F43104"><enum>(B)</enum><text>in subsection (b)(1)â€"</text>

<clause commented="no" id="H7663C9DD25C849C2864ACD764D1688F0"><enum>(i)</enum><text>by striking <quote>and</quote> the first place it appears and inserting a comma;

and</text></clause>

<clause commented="no" id="H68A5464FF92B4D409194DAF14E6D0E93"><enum>(ii)</enum><text>by inserting <quote>, and (g)</quote> after <quote>(b)</quote>; and</text></clause></subparagraph></paragraph>

<paragraph commented="no" id="HD4179D7CBB1F49B182F3AD83A4A01737"><enum>(3)</enum><text>in section 204 (22 U.S.C. 9224), by inserting <quote>or (g)</quote> after <quote>section 104(a)</quote> each place it appears; and</text></paragraph>

<paragraph commented="no" id="HFA16C1A85ACD42D3B534A44E06D5B856"><enum>(4)</enum><text>in section 302(b)(3) (22 U.S.C. 9241(b)(3)) is amended by striking <quote>section 104(b)(1)(M)</quote> and inserting <quote>section 104(g)(1)(C)</quote>.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H15619872EE274AD580B828059120E856" section-type="subsequent-section"><enum>7123.</enum><header display-inline="yes-display-inline">Extension of applicability period of proliferation prevention sanctions</header><text display-inline="no-display-inline">Section 203(b)(2) of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9223(b)(2)) is amended by striking <quote>2 years</quote> and inserting <quote>5 years</quote>.</text></section>

<section id="H78AB4F6D67FD4D4CB887C4BBF9F618ED"><enum>7124.</enum><header>Opposition to assistance by the international financial institutions</header>

<subsection id="HC0DD34B3023E4D9C91BD34AD69F83323"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Bretton Woods Agreements Act (22 U.S.C. 286 et seq.) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H187F398DA82F4FA0B43087505DF585B3" style="OLC">

<section id="H1AF76FE6F0EF4A8182FF6EDF5C740650"><enum>73.</enum><header>Opposition to assistance for any government that fails to implement sanctions on North Korea</header>

<subsection id="H055D7CC92E574417A10CCAD8C956EB02"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The Secretary of the Treasury shall instruct the United States Executive Director at each international financial institution (as defined in section 1701(c) of the International Financial Institutions Act (22 U.S.C. 262r(c))) that it is the policy of the United States to oppose the provision by that institution of financial assistance to a foreign government, other than assistance to support basic human needs, if the President determines that, in the year preceding consideration of approval of such assistance, the government has knowingly failed to adequately enforce sanctions under an applicable United Nations Security Council resolution (as defined in section 3 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9202)).</text></subsection>

<subsection id="H9C05829ED8D548C1BB9F88CA89A64801"><enum>(b)</enum><header>Waiver</header><text display-inline="yes-display-inline">The President may waive subsection (a) for up to 180 days at a time with respect to a foreign government if the Presidentâ€"</text>

<paragraph id="H0C98079865944C8B9BCAABCDED5E69C8"><enum>(1)</enum><text display-inline="yes-display-inline">determines thatâ€"</text>

<subparagraph id="H341C856A68E9478D93E7FF8B2691DE64"><enum>(A)</enum><text display-inline="yes-display-inline">the failure of the foreign government described in subsection (a) is due exclusively to a lack of capacity on the part of the foreign government;</text></subparagraph>

<subparagraph id="H19BE402DEE4745708EF877821D9637FD"><enum>(B)</enum><text display-inline="yes-display-inline">the foreign government is taking effective steps to prevent recurrence of such failure; or</text></subparagraph>

<subparagraph id="H6C6AB6C267CB4789876F57F1CB437DEA"><enum>(C)</enum><text>the waiver is in the national security interests of the United States; and</text></subparagraph></paragraph>

<paragraph id="H06D8FFAF863948F5B3388928F70456B1"><enum>(2)</enum><text>submits to Congress a report on the reasons for the determination under paragraph (1).</text></paragraph></subsection></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H3DC4E4A3B3B44273A4BF981B942FB5C1"><enum>(b)</enum><header>Termination</header><text>Effective on the date that is 10 years after the date of the enactment of this Act, section 73 of the Bretton Woods Agreements Act, as added by subsection (a), is repealed.</text></subsection></section>

<section id="H4307523D94784BDB81AA4AF128DFCB71"><enum>7125.</enum><header>Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism</header>

<subsection id="HB42AC55FFD24495490A5D8DE74131366"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">Title XVI of the International Financial Institutions Act (22 U.S.C. 262p et seq.) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HAA9C835DE4064FC68C37D51C60774C39" style="OLC">

<section id="H5780CB802F404C128897B1906AB51F99"><enum>1629.</enum><header>Support for capacity of the International Monetary Fund to prevent money laundering and financing of terrorism</header><text display-inline="no-display-inline">The Secretary of the Treasury shall instruct the United States Executive Director at the International Monetary Fund to use the voice and vote of the United States to support the increased use of the administrative budget of the Fund for technical assistance that strengthens the capacity of members of the Fund to prevent money laundering and the financing of terrorism.</text></section><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HBAC4A7BD040242A89F8F620A6590B729"><enum>(b)</enum><header display-inline="yes-display-inline">Termination</header><text display-inline="yes-display-inline">Effective on the date that is 5 years after the date of the enactment of this Act, section 1629 of the International Financial Institutions Act, as added by subsection (a), is repealed.</text></subsection>

<subsection id="H7650488CC7B144E4820CEE4E47D8AD05"><enum>(c)</enum><header>National advisory council report to Congress</header><text>The Chairman of the National Advisory Council on International Monetary and Financial Policies shall include in each report required by section 1701 of the International Financial Institutions Act (22 U.S.C. 262r) after the date of the enactment of this Act and before December 31, 2023, a description ofâ€"</text>

<paragraph id="H7A4AD8FBA2C1459EBC7DE017F880B46F"><enum>(1)</enum><text>the activities of the International Monetary Fund in the fiscal year covered by the report to provide technical assistance that strengthens the capacity of members of the Fund to prevent money laundering and the financing of terrorism, and the effectiveness of the assistance; and</text></paragraph>

<paragraph id="H913BCC8ECCBC4020A224001E385AC31D"><enum>(2)</enum><text>the efficacy of efforts by the United States to support such technical assistance through the use of the Fundâ€™s administrative budget, and the level of such support.</text></paragraph></subsection></section>

<section id="HC095A4BF28B448A1B4B4508EAF3D57AF"><enum>7126.</enum><header>Report and briefings on compliance, penalties, and technical assistance</header>

<subsection id="HB96178B1C7E04433B112250AFC461610"><enum>(a)</enum><header>Report required</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury shall submit to the committees specified in subsection (d) a report that includesâ€"</text>

<paragraph commented="no" id="H1305FCABCEF6402FADB75838F9DB64FF"><enum>(1)</enum><text display-inline="yes-display-inline">a list of financial institutions that, during the period beginning on the date that is one year before the date of the enactment of this Act and ending on the date of the report, knowingly facilitated a significant

transaction or transactions or provided significant financial services forâ€"</text>

<subparagraph commented="no" id="H3EA489156E9D4B14BA1C9636FC7FEADD"><enum>(A)</enum><text display-inline="yes-display-inline">any North Korean person designated under an applicable Executive order;</text></subparagraph>

<subparagraph commented="no" id="H1494E8D1E401472490E11ADEF6865827"><enum>(B)</enum><text display-inline="yes-display-inline">any North Korean person that knowingly facilitates the transfer of bulk cash or covered goods (as defined under section 1027.100 of title 31, Code of Federal Regulations (or any corresponding similar regulation or ruling));</text></subparagraph>

<subparagraph commented="no" id="HE6D0983C1CE646F6A887AD057F442E16"><enum>(C)</enum><text display-inline="yes-display-inline">any person that knowingly invests in, or participates in a joint venture with, an entity in which the Government of North Korea participates or an entity that is created or organized under the laws of North Korea;</text></subparagraph>

<subparagraph commented="no" id="H3E102DAA99104FAC8960344F861D87EB"><enum>(D)</enum><text display-inline="yes-display-inline">any person that knowingly provides financial services, including through a subsidiary or joint venture, in North Korea;</text></subparagraph>

<subparagraph commented="no" id="HDE18690765FA466EB76160484B60CC3B"><enum>(E)</enum><text display-inline="yes-display-inline">any person that knowingly provides specialized teaching, training, or information or provides material or technological support to a North Korean person thatâ€"</text>

<clause commented="no" id="H19A8227B813A483EA120636F59003DF8"><enum>(i)</enum><text>may contribute to North Koreaâ€™s development and proliferation of weapons of mass destruction, including systems designed in whole or in part for the delivery of such weapons; or</text></clause>

<clause commented="no" id="H0E99E1C0E62341C88114BB22DED4C34C"><enum>(ii)</enum><text>may contribute to significant activities undermining cybersecurity; and</text></clause></subparagraph></paragraph>

<paragraph id="H344F45011B8C4ED9B2A576EE62439A20"><enum>(2)</enum><text display-inline="yes-display-inline">a description of efforts by the Department of the Treasury during the period described in paragraph (1), through outreach, consultations, technical assistance, or other appropriate activities, to strengthen the capacity of financial institutions and foreign governments to prevent the provision of financial services benefitting any person subject to sanctions underâ€"</text>

<subparagraph id="HAA96DE8E992C4D1EA8BE9DADD5627EF8"><enum>(A)</enum><text display-inline="yes-display-inline">this Act or an amendment made by this Act;</text></subparagraph>

<subparagraph id="H1CA09B8393C84493ADA4DD188B9BEB8A"><enum>(B)</enum><text>an applicable Executive order; or</text></subparagraph>

<subparagraph id="H031BEA01E0094D4EACE0272CE3150753"><enum>(C)</enum><text>an applicable United Nations Security Council resolution.</text></subparagraph></paragraph></subsection>

<subsection id="HC3CDBFC4861742A5BE055BD6A4CFDCFC"><enum>(b)</enum><header>Annual briefings</header><text>Not later than one year after the submission of the report required by subsection (a), and annually thereafter until the date that is 5 years after the date of the enactment of this Act, the Secretary of the Treasury shall brief the committees specified in subsection (d) on the matters covered by the report for the one-year period preceding the briefing.</text></subsection>

<subsection id="HA3A5ED9D72EE40A5B1F18CC629154430"><enum>(c)</enum><header>Testimony required</header><text display-inline="yes-display-inline">Upon request of either of the committees specified in subsection (d), the Under Secretary of the Treasury for Terrorism and Financial Crimes shall testify to explain the effects of this Act and the amendments made by this Act on North Koreaâ€™s access to illicit finance

channels.</text></subsection>

<subsection id="HFD83DCD937F0460D8F42D49E3FE665AB"><enum>(d)</enum><header>Committees specified</header><text>The committees specified in this subsection areâ€"</text>

<paragraph id="HD4B36E936524483BA770657EDFC6C986"><enum>(1)</enum><text>the Committee on Financial Services of the House of Representatives; and</text></paragraph>

<paragraph id="H522C61E6890E4040928E32B6F177E6BA"><enum>(2)</enum><text>the Committee on Banking, Housing, and Urban Affairs of the Senate.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HC893B04EDE2F4A33A51E2D9BE387D1CA" section-type="subsequent-section"><enum>7127.</enum><header display-inline="yes-display-inline">Sense of Congress on identification and blocking of property of North Korean officials</header><text display-inline="no-display-inline">It is the sense of Congress that the President shouldâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H4CBAC959CA854D4990D0946F00BE924A"><enum>(1)</enum><text display-inline="yes-display-inline">encourage international collaboration to counter the money laundering, terrorist financing, and proliferation financing threats emanating from North Korea; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7D13C3A3E45C448ABE644A032E6E48A4"><enum>(2)</enum><text display-inline="yes-display-inline">prioritize multilateral efforts to identify and blockâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H84CBA7A7471A4A99BC045D2B0C65FF00"><enum>(A)</enum><text display-inline="yes-display-inline">any property owned or controlled by a North Korean official; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9EB19679CAFE41DCA12E41279626B11A"><enum>(B)</enum><text display-inline="yes-display-inline">any significant proceeds of kleptocracy by the Government of North Korea or a North Korean official.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H78B4E39009824D1E8FF5BB7B667CA2BB" section-type="subsequent-section"><enum>7128.</enum><header display-inline="yes-display-inline">Modification of report on implementation of United Nations Security Council resolutions by other governments</header><text display-inline="no-display-inline">Section 317 of the Korean Interdiction and Modernization of Sanctions Act (title III of Public Law 115â€"44; 131 Stat. 950) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H16D25765EC874A67B265451CA6389C1C"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF375997DB3104135829A9C7FED3E3AF9"><enum>(A)</enum><text display-inline="yes-display-inline">in the matter preceding paragraph (1), by striking <quote>Not later than 180 days after the date of the enactment of this Act, and annually thereafter for 5 years,</quote> and inserting <quote>Not later than 180 days after the date of the enactment of the <short-title>Otto Warmbier North Korea Nuclear Sanctions and Enforcement Act of 2019</short-title>, and annually thereafter for 5 years,</quote>;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA15B5616A7454E1694203D60CA619C76"><enum>(B)</enum><text display-inline="yes-display-inline">in paragraph (3), by striking <quote>; or</quote> and inserting a semicolon;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC5A6BA8838A042B4A826C0FA4CFBEBC5"><enum>(C)</enum><text display-inline="yes-display-inline">by redesignating paragraph (4) as paragraph (8); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline"

id="H1970F5CB64A14D1C9EA28FB4579BE44E"><enum>(D)</enum><text display-inline="yes-display-inline">by inserting after paragraph (3) the following:</text>

<quoted-block display-inline="no-display-inline" id="H74E27DAE3FAB492AB8EE179501A6B44B" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HAC5AE207498A4DF593558ECA58CA4FF6"><enum>(4)</enum><text display-inline="yes-display-inline">prohibit, in the territories of such countries or by persons subject to the jurisdiction of such governments, the opening of new joint ventures or cooperative entities with North Korean persons or the expansion of existing joint ventures through additional investments, whether or not for or on behalf of the Government of North Korea, unless such joint ventures or cooperative entities have been approved by the committee of the United Nations Security Council established by United Nations Security Council Resolution 1718 (2006);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H98D4DE27F8D042D4886FAB0489D5CE3E"><enum>(5)</enum><text display-inline="yes-display-inline">prohibit the unauthorized clearing of funds by North Korean financial institutions through financial institutions subject to the jurisdiction of such governments;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDE3633FB905F4358BF96EC3946AF78A6"><enum>(6)</enum><text display-inline="yes-display-inline">prohibit the unauthorized conduct of commercial trade with North Korea that is prohibited under applicable United Nations Security Council resolutions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBBD6DBDFE2BD4886930702A8A3A9E102"><enum>(7)</enum><text display-inline="yes-display-inline">prevent the provision of significant financial services to North Korean persons or the transfer of such services to North Korean persons to, through, or from the territories of such countries or by persons subject to the jurisdiction of such governments; or</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H02582FFD54954F4EACDA438F2D214D56"><enum>(2)</enum><text display-inline="yes-display-inline">by amending subsection (c) to read as follows:</text>

<quoted-block display-inline="no-display-inline" id="HDF0356C0A9344B619F296593CD275AEF" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H51644B6F0CAE4BE5B764C14204A0BB35"><enum>(c)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H638A3A94E7394D3084E23DBB71104B97"><enum>(1)</enum><header display-inline="yes-display-inline">Appropriate congressional committees and leadership</header><text display-inline="yes-display-inline">The term <term>appropriate congressional committees and leadership</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7F6149238DF04B6AAACA6CF20F76FC62"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the majority and minority leaders of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB6720A5DE2B045AA8D503584D1BCF141"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Speaker, the majority leader, and the minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H543E7AA5D4244E0EBD52138B31D2113F"><enum>(2)</enum><header display-inline="yes-display-inline">Applicable United Nations Security Council resolution; North Korean financial institution; North Korean person</header><text display-inline="yes-display-

inline">The terms <quote>applicable United Nations Security Council resolution</quote>, <quote>North Korean financial institution</quote>, and <quote>North Korean person</quote> have the meanings given those terms in section 3 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9202).</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H53FFC418052A46998464A71261AA4198" section-type="subsequent-section"><enum>7129.</enum><header display-inline="yes-display-inline">Report on use by the Government of North Korea of beneficial ownership rules to access the international financial system</header>

<subsection commented="no" display-inline="no-display-inline" id="H83B11ECC94884E88993FC56574923513"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury, in consultation with the Secretary of State, shall submit to the appropriate congressional committees a report setting forth the findings of the Secretary regarding how the Government of North Korea is exploiting the laws of countries other than the United States with respect to the beneficial owner of an entity in order to access the international financial system.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0747A083590C40C9B77DC72A71FDBB45"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The Secretary shall include in the report required under subsection (a) proposals for such legislative and administrative action as the Secretary considers appropriate to combat the abuse by the Government of North Korea of shell companies and other similar entities subject to the jurisdiction of governments other than the United States Government to avoid or evade sanctions.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3D9630B7EE904026A7197BD0F654855E"><enum>(c)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required by subsection (a) shall be submitted in unclassified form but may include a classified annex.</text></subsection></section></part>

<part commented="no" id="H6435ACB9F0554E5187060DAED6342059" level-type="subsequent" style="OLC"><enum>II</enum><header display-inline="yes-display-inline">Congressional review and oversight</header>

<section commented="no" display-inline="no-display-inline" id="H8E625325C1964EA291A4C70249D3BB69" section-type="subsequent-section"><enum>7131.</enum><header display-inline="yes-display-inline">Notification of termination or suspension of sanctions</header><text display-inline="no-display-inline">Before taking any action to terminate or suspend the application of sanctions under this subtitle or an amendment made by this subtitle, the President shall notify the appropriate congressional committees of the Presidentâ€™s intent to take the action and the reasons for the action.</text></section>

<section commented="no" display-inline="no-display-inline" id="H3AFFEAAB7D02498AB2BD71812D984443" section-type="subsequent-section"><enum>7132.</enum><header display-inline="yes-display-inline">Reports on certain licensing actions</header>

<subsection commented="no" display-inline="no-display-inline" id="H8F2634AE88E548359E0AD038370EB289"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H80F99911DD9646AE949A5860D6A4A5E8"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and every 180 days thereafter, the President shall submit to the committees specified in paragraph (2) a report on the operation of the system for issuing licenses for transactions under covered regulatory provisions during the preceding 180-day period that includesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H531386903A2E4439B88F0FBEAD32A243"><enum>(A)</enum><text display-inline="yes-

display-inline">the number and types of such licenses applied for during that period; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA49EBB6DB31148F2BD5FB1F69CE77D60"><enum>(B)</enum><text display-inline="yes-display-inline">the number of such licenses issued during that period and information identifying the person receiving each such license.</text></subparagraph></paragraph>

<paragraph id="H2AA70E891D3E4BC5ACB8EC7D35D34934"><enum>(2)</enum><header>Committees specified</header><text>The committees specified in this paragraph are the following:</text>

<subparagraph id="H8C83B1461CC548B8B9D594B0A0831DFB"><enum>(A)</enum><text>The Committee on Financial Services and the Committee on Foreign Affairs of the House of Representatives.</text></subparagraph>

<subparagraph id="HE3CF57F6CE994C1983869D6DF296858F"><enum>(B)</enum><text>The Committee on Banking, Housing, and Urban Affairs and the Committee on Foreign Relations of the Senate.</text></subparagraph></paragraph></subsection>

<subsection id="H234DB371938C43D4989DE1796C53F326"><enum>(b)</enum><header>Submission of copies of licenses on request</header><text>The Secretary of the Treasury shall expeditiously provide a copy of any license identified in a report required by subsection (a)(1) to the Committee on Financial Services of the House of Representatives and the Committee on Banking, Housing, and Urban Affairs of the Senate if an appropriate Member of Congress requests a copy of that license not later than 30 days after submission of the report.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9B238318BACE45DE8E78147DA1E53F8E"><enum>(c)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">Each report required by subsection (a), and each copy of a license submitted under subsection (b), shall be submitted in unclassified form but may include a classified annex.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H297E050720FE4F82AB8F15AEA6CFD9FF"><enum>(d)</enum><header display-inline="yes-display-inline">Definitions</header><text>In this section:</text>

<paragraph id="HC960B5DEC4464CBB947CA6507341D84C"><enum>(1)</enum><header>Appropriate Member of Congress</header><text>The term <term>appropriate Member of Congress</term> meansâ€"</text>

<subparagraph id="HDC71D28AFF9345F388AD6C78D050CA16"><enum>(A)</enum><text>the chairman or ranking member of the Committee on Financial Services of the House of Representatives; or</text></subparagraph>

<subparagraph id="HB4F9D9E3FE41463E8B287054E97ED1BA"><enum>(B)</enum><text>the chairman or ranking member of the Committee on Banking, Housing, and Urban Affairs of the Senate.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0399623C17794CAE9A54BB0D6E7CF93E"><enum>(2)</enum><header display-inline="yes-display-inline">Covered regulatory provision</header><text display-inline="yes-display-inline">The term <term>covered regulatory provision</term> means any of the following provisions, as in effect on the day before the date of the enactment of this Act and as such provisions relate to North Korea:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H53A604EC573F47C7848F40F2AC0898B1"><enum>(A)</enum><text display-inline="yes-display-inline">Part 743, 744, or 746 of title 15, Code of Federal Regulations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H384E68AFEB2448FDA4D7CD4F80652EC8"><enum>(B)</enum><text display-inline="yes-display-inline">Part 510 of title 31, Code of Federal Regulations.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0814298BC7734058B590496F13F7872A"><enum>(C)</enum><text display-inline="yes-display-inline">Any other provision of title 31, Code of Federal

Regulations.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H89CDF0080452407D8145B39208462695" section-type="subsequent-section"><enum>7133.</enum><header display-inline="yes-display-inline">Report and briefings on financial networks and financial methods of the Government of North Korea</header>

<subsection commented="no" display-inline="no-display-inline" id="H92FE647156CE422292A5CCE392D5FC24"><enum>(a)</enum><header display-inline="yes-display-inline">Report required</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF06E9883E44D48E49168FEF611DCA04F"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the President shall submit to the appropriate congressional committees a report on sources of external support for the Government of North Korea that includesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HA61540D5F01B4810B079D5F8EF32CD97"><enum>(A)</enum><text display-inline="yes-display-inline">a description of the methods used by the Government of North Korea to deal in, transact in, or conceal the ownership, control, or origin of, goods and services exported by North Korea;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDF8CE597F7B6419684BA098D289631EA"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of the relationship between the proliferation of weapons of mass destruction by the Government of North Korea and the financial industry or financial institutions;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC6774476C06947A481BE11D8F7868A8A"><enum>(C)</enum><text display-inline="yes-display-inline">an assessment of the relationship between the acquisition by the Government of North Korea of military expertise, equipment, and technology and the financial industry or financial institutions;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H17770735ADD543CAADBD6140CC71A830"><enum>(D)</enum><text display-inline="yes-display-inline">a description of the export by any person to the United States of goods, services, or technology that are made with significant amounts of North Korean labor, material, or goods, including minerals, manufacturing, seafood, overseas labor, or other exports from North Korea;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H95ADA94514854F788877731F87875F41"><enum>(E)</enum><text display-inline="yes-display-inline">an assessment of the involvement of any person in human trafficking involving citizens or nationals of North Korea;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H814D2F3150844B918302A577ACCDB974"><enum>(F)</enum><text display-inline="yes-display-inline">a description of how the President plans to address the flow of funds generated by activities described in subparagraphs (A) through (E), including through the use of sanctions or other means;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6BC498CF857D42C1AFC82EA3A8C04E0B"><enum>(G)</enum><text display-inline="yes-display-inline">an assessment of the extent to which the Government of North Korea engages in criminal activities, including money laundering, to support that Government;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE08A7E00C0444FD79E757F89724BA4C4"><enum>(H)</enum><text display-inline="yes-display-inline">information relating to the identification, blocking, and release of property described in section 201B(b)(1) of the North Korea Sanctions and Policy Enhancement Act of 2016, as added by section 7121;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBE09DFA73DC440B4A9F27BBD8147149B"><enum>(I)</enum><text display-inline="yes-display-inline">a description of the metrics used to measure the effectiveness of law

enforcement and diplomatic initiatives of Federal, State, and foreign governments to comply with the provisions of applicable United Nations Security Council resolutions; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7B0380022BB94663BBBCFD94D64891BC"><enum>(J)</enum><text display-inline="yes-display-inline">an assessment of the effectiveness of programs within the financial industry to ensure compliance with United States sanctions, applicable United Nations Security Council resolutions, and applicable Executive orders.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H408B4912B95A40A993309897517994 7A"><enum>(2)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">The report required by paragraph (1) shall be submitted in unclassified form but may include a classified annex.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDF93C49144634F97B04531DF561594FB"><enum>(b)</enum><header display-inline="yes-display-inline">Briefings</header><text>Not later than one year after the submission of the report required by subsection (a), and annually thereafter until the date that is 5 years after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the matters covered by the report for the one-year period preceding the briefing.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAC8AB606047A48F29AE07CC86904B8F3"><enum>(c)</enum><header display-inline="yes-display-inline">Interagency coordination</header><text display-inline="yes-display-inline">The President shall ensure that any information collected pursuant to subsection (a) is shared among the Federal departments and agencies involved in investigations described in section 102(b) of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9212(b)).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H5A0781D842F8409F907CDE0D4E602CAB" section-type="subsequent-section"><enum>7134.</enum><header display-inline="yes-display-inline">Report on countries of concern with respect to transshipment, reexportation, or diversion of certain items to North Korea</header>

<subsection commented="no" display-inline="no-display-inline" id="H3D0A76BFE6A84DFD839B254C05AEEC78"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter through 2023, the Director of National Intelligence shall submit to the President, the Secretary of Defense, the Secretary of Commerce, the Secretary of State, the Secretary of the Treasury, and the appropriate congressional committees a report that identifies all countries that the Director determines are of concern with respect to transshipment, reexportation, or diversion of items subject to the provisions of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, to an entity owned or controlled by the Government of North Korea.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9A5F7DE4862D442CB614483CEA1939E9"><enum>(b)</enum><header display-inline="yes-display-inline">Form</header><text display-inline="yes-display-inline">Each report required by subsection (a) shall be submitted in unclassified form but may include a classified annex.</text></subsection></section></part>

<part commented="no" id="HFD2E671879704FFCA2E295384EF3562A" level-type="subsequent"><enum>III</enum><header display-inline="yes-display-inline">General matters</header>

<section commented="no" display-inline="no-display-inline" id="H3B64087F9F64418386D454D2AA7874E1" section-type="subsequent-section"><enum>7141.</enum><header display-inline="yes-display-inline">Rulemaking</header><text display-inline="no-display-inline">The President shall prescribe such rules and regulations as may be necessary to carry out this subtitle and amendments made by this subtitle.</text></section>

<section commented="no" display-inline="no-display-inline"

id="HB89452CFA7104F7CBAA20E65EDC3485F" section-type="subsequent-section"><enum>7142.</enum><header display-inline="yes-display-inline">Authority to consolidate reports</header>

<subsection commented="no" display-inline="no-display-inline" id="HD44D8B860FF942C8BB4371079D7E2386"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Any and all reports required to be submitted to the appropriate congressional committees under this subtitle or an amendment made by this subtitle that are subject to a deadline for submission consisting of the same unit of time may be consolidated into a single report that is submitted pursuant to that deadline.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H25A46ACFE4624BFB8F687E5EF4100D4A"><enum>(b)</enum><header display-inline="yes-display-inline">Contents</header><text display-inline="yes-display-inline">Any reports consolidated under subsection (a) shall contain all information required under this subtitle or an amendment made by this subtitle and any other elements that may be required by existing law.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0AE198741DBA460A81982E9911B79EB9" section-type="subsequent-section"><enum>7143.</enum><header display-inline="yes-display-inline">Waivers, exemptions, and termination</header>

<subsection commented="no" display-inline="no-display-inline" id="H3DC06B6434104A809C5D985199C78E0E"><enum>(a)</enum><header display-inline="yes-display-inline">Application and modification of exemptions from and waivers of North Korea Sanctions and Policy Enhancement Act of 2016</header><text display-inline="yes-display-inline">Section 208 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9228) is amended by inserting <quote>201B, 201C,</quote> after <quote>201A,</quote> each place it appears.</text></subsection>

<subsection commented="no" id="H79E09F9FCAF6425FA03888CA1F9088D2"><enum>(b)</enum><header>Suspension</header>

<paragraph commented="no" id="H9D27911CD4704F7F9A58C8F6662A1BBF"><enum>(1)</enum><header>In general</header><text display-inline="yes-display-inline">Subject to section 7131, the President may suspend the application of any provision of or amendment made by this subtitle (other than section 7147 of this title or section 201B(e) of the North Korea Sanctions and Policy Enhancement Act of 2016, as added by section 7121 of this title) with respect to an entity, individual, or transaction, for renewable periods of not more than 180 days each if, before such a suspension or renewal of such a suspension takes effect, the President submits to the appropriate congressional committeesâ€"</text>

<subparagraph commented="no" id="H8BB1AE00147A48D5AE50CEF15F9C9223"><enum>(A)</enum><text display-inline="yes-display-inline">a certification thatâ€"</text>

<clause commented="no" id="HD52A750ECCBC40BFB19125A316A2093E"><enum>(i)</enum><text>the Government of North Korea hasâ€"</text>

<subclause commented="no" id="H5D56E5E897234B0D97D9CCC3735A303F"><enum>(I)</enum><text>committed to the verifiable suspension of North Koreaâ€™s proliferation and testing of weapons of mass destruction, including systems designed in whole or in part for the delivery of such weapons; and</text></subclause>

<subclause commented="no" id="HB350DB12A9A7479F8DAF0D7B16544973"><enum>(II)</enum><text>has agreed to multilateral talks including the Government of the United States, with the goal of permanently and verifiably limiting North Koreaâ€™s weapons of mass destruction and ballistic missile programs; or</text></subclause></clause>

<clause commented="no" id="H5C306E1FD5284625890554AF2C869910"><enum>(ii)</enum><text display-inline="yes-display-inline">the suspension is vital to the national security interests of the United States; and</text></clause></subparagraph>

<subparagraph commented="no" id="HF02335B34B874F9EABD25BE1332EBCA6"><enum>(B)</enum><text display-inline="yes-

display-inline">if the President submits a certification under subparagraph (A)(ii), an explanation of the reasons the suspension is vital to the national security interests of the United States.</text></subparagraph></paragraph>

<paragraph id="HDD2CBB11F67B44D28D65755BB8B23C49"><enum>(2)</enum><header>Conforming amendment</header><text>Section 401(a) of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9251(a)) is amended by inserting <quote>(other than section 104(g), 201B, or 201C)</quote> after <quote>such titles)</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFFFB003D729940F6971CF5AC8DA6C725"><enum>(c)</enum><header display-inline="yes-display-inline">Termination</header><text display-inline="yes-display-inline">Subject to section 7131, any requirement to impose sanctions under this subtitle or the amendments made by this subtitle, and any sanctions imposed pursuant to this subtitle or any such amendment, shall terminate on the date on which the President makes the certification described in section 402 of the North Korea Sanctions and Policy Enhancement Act of 2016 (22 U.S.C. 9252).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H4A3326A5F6D94B94A9D9D687C189A2DC" section-type="subsequent-section"><enum>7144.</enum><header display-inline="yes-display-inline">Procedures for review of classified and certain other information</header>

<subsection commented="no" display-inline="no-display-inline" id="H4A169D5D4C0541FAAF311201A09A7CFC"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">If a finding under this subtitle or an amendment made by this subtitle, a prohibition, condition, or penalty imposed as a result of any such finding, or a penalty imposed under this subtitle or an amendment made by this subtitle, is based on classified information (as defined in section 1(a) of the Classified Information Procedures Act (18 U.S.C. App.)), law enforcement information, or any other information protected from disclosure by statute, and a court reviews the finding or the imposition of the prohibition, condition, or penalty, the Secretary of the Treasury may submit such information to the court ex parte and in camera.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4F61B82E128E489E97246021663900F0"><enum>(b)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section shall be construed to confer or imply any right to judicial review of any finding under this subtitle or an amendment made by this subtitle, any prohibition, condition, or penalty imposed as a result of any such finding, or any penalty imposed under this subtitle or an amendment made by this subtitle.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD38BEB76CC4C4E43B0E7934710BDD923" section-type="subsequent-section"><enum>7145.</enum><header display-inline="yes-display-inline">Briefing on resourcing of sanctions programs</header><text display-inline="no-display-inline">Not later than 30 days after the date of the enactment of this Act, the Secretary of the Treasury shall provide to the appropriate congressional committees a briefing onâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HA204C9A1688B49AB9082EB85B2725FE3"><enum>(1)</enum><text display-inline="yes-display-inline">the resources allocated by the Department of the Treasury to support each sanctions program administered by the Department; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEB515FE2409646D08F3922937B3FD5DB"><enum>(2)</enum><text display-inline="yes-display-inline">recommendations for additional authorities or resources necessary to expand the capacity or capability of the Department related to implementation and enforcement of such programs.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HABB1AF76D2BF46509794CDCD0C015565" section-type="subsequent-section"><enum>7146.</enum><header display-inline="yes-display-inline">Briefing on proliferation financing</header>

<subsection commented="no" display-inline="no-display-inline"

id="H02224C818AA44C72A872B87BF400D044"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 60 days after the date of the enactment of this Act, the Secretary of the Treasury, in consultation with the Secretary of State, shall provide to the appropriate congressional committees a briefing on addressing proliferation finance.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H22D573E501EC4380BA337C288794CD34"><enum>(b)</enum><header display-inline="yes-display-inline">Elements</header><text display-inline="yes-display-inline">The briefing required by subsection (a) shall include the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H9FD7D01C5CBC419B8F1B8C877B71C3E9"><enum>(1)</enum><text display-inline="yes-display-inline">The Department of the Treasuryâ€™s description of the principles underlying appropriate methods for combating the financing of the proliferation of weapons of mass destruction.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCD05BD33DE90406E939DE5F147AB2A93"><enum>(2)</enum><text display-inline="yes-display-inline">An assessment ofâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE325FFF870AB4B5182C8ECA45C93E3F5"><enum>(A)</enum><text display-inline="yes-display-inline">Federal financial regulatory agency oversight, including by the Financial Crimes Enforcement Network, of United States financial institutions and the adoption by their foreign subsidiaries, branches, and correspondent institutions of the principles described under paragraph (1); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0CA7B2DF193849E8A0DBD3467CB044E9"><enum>(B)</enum><text display-inline="yes-display-inline">whether financial institutions in foreign jurisdictions known by the United States intelligence and law enforcement communities to be jurisdictions through which North Korea moves substantial sums of licit and illicit finance are applying a risk-based approach to proliferation financing, and if that approach is comparable to the approach required by United States financial institution supervisors.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2EC63562F59A4F90B0DB33860B02ABF0"><enum>(3)</enum><text display-inline="yes-display-inline">A survey of the technical assistance the Office of Technical Assistance of the Department of the Treasury and other appropriate Executive branch offices currently provide foreign governments on implementing counter-proliferation financing best practices.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H991A0E31C9EB4413AEC7C408C0019C8E"><enum>(4)</enum><text display-inline="yes-display-inline">An assessment of the ability of foreign subsidiaries, branches, and correspondent institutions of United States financial institutions to implement a risk-based approach to proliferation financing.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HD3C7774FD46B4A9FB7F9EDDA872B07CD"><enum>7147.</enum><header>Exception relating to importation of goods</header>

<subsection commented="no" id="H6D498221CC00490F9395DD0F91C431C5"><enum>(a)</enum><header>In general</header><text display-inline="yes-display-inline">The authorities and requirements to impose sanctions authorized under this subtitle or any amendment made by this subtitle shall not include the authority or requirement to impose sanctions on the importation of goods.</text></subsection>

<subsection commented="no" id="HF70E7509BC8E43B6965A3806F1838178"><enum>(b)</enum><header>Good defined</header><text>In this section, the term <quote>good</quote> means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></subsection></section></part></subtitle>

<subtitle commented="no" id="H43045D7D917243C79794A63A0B77A2C5" level-type="subsequent"

style="OLC"><enum>B</enum><header display-inline="yes-display-inline">Financial industry guidance to halt trafficking</header>

<section commented="no" display-inline="no-display-inline" id="HE45E375426414637B294E47F5A4A0C77" section-type="subsequent-section"><enum>7151.</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote><short-title>Financial Industry Guidance to Halt Trafficking Act</short-title></quote> or the <quote><short-title>FIGHT Act</short-title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HC20EA4DDD18947C082A8928BE0F4901A" section-type="subsequent-section"><enum>7152.</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H962F1E39BB32482C8B47E116F53458C2"><enum>(1)</enum><text display-inline="yes-display-inline">the President should aggressively apply, as appropriate, existing sanctions for human trafficking authorized under section 111 of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7108);</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H340833644466498F80D5E9DACB8AF9CB"><enum>(2)</enum><text display-inline="yes-display-inline">the Financial Crimes Enforcement Network of the Department of the Treasury should continueâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H83A797A910C24934A03BF67AB90BD1B2"><enum>(A)</enum><text display-inline="yes-display-inline">to monitor reporting required under subchapter II of chapter 53 of title 31, United States Code (commonly known as the <quote>Bank Secrecy Act</quote>) and to update advisories, as warranted;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8AD7662B22CE46308917D28A87E9BFF1"><enum>(B)</enum><text display-inline="yes-display-inline">to periodically review its advisories to provide covered financial institutions, as appropriate, with a list of new <quote>red flags</quote> for identifying activities of concern, particularly human trafficking;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H5811D17A77F441178CF5DC2CDD81B92D"><enum>(C)</enum><text display-inline="yes-display-inline">to encourage entities covered by the advisories described in subparagraph (B) to incorporate relevant elements provided in the advisories into their current transaction and account monitoring systems or in policies, procedures, and training on human trafficking to enable financial institutions to maintain ongoing efforts to examine transactions and accounts;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE0D8A222639A4B799E61CBBA0907926F"><enum>(D)</enum><text display-inline="yes-display-inline">to use geographic targeting orders, as appropriate, to impose additional reporting and recordkeeping requirements under section 5326(a) of title 31, United States Code, to carry out the purposes of, and prevent evasions of, the Bank Secrecy Act; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA06BE61277B341F7B1254D42620C1CFB"><enum>(E)</enum><text display-inline="yes-display-inline">to utilize the Bank Secrecy Act Advisory Group and other relevant entities to identify opportunities for nongovernmental organizations to share relevant actionable information on human traffickersâ€™ use of the financial sector for nefarious purposes;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDDB29F5DA99C40659A9C06C37F91F417"><enum>(3)</enum><text display-inline="yes-display-inline">Federal banking regulators, the Department of the Treasury, relevant law enforcement agencies, and the Human Smuggling and Trafficking Center, in partnership with representatives from the United States financial community, should adopt regular forms of sharing information to disrupt human trafficking, including developing protocols and procedures to share actionable information between and among

covered institutions, law enforcement, and the United States intelligence community;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB34992225C5343AE88DF6056ADE1084E"><enum>(4)</enum><text display-inline="yes-display-inline">training frontline bank and money service business employees, school teachers, law enforcement officers, foreign service officers, counselors, and the general public is an important factor in identifying trafficking victims;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB36C8E6B93204790ABC58156457BCA82"><enum>(5)</enum><text display-inline="yes-display-inline">the Department of Homeland Securityâ€™s Blue Campaign, training by the BEST Employers Alliance, and similar efforts by industry, human rights, and nongovernmental organizations focused on human trafficking provide good examples of current efforts to educate employees of critical sectors with respect to how to save victims and disrupt trafficking networks;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H878D7E5048DF446080F1891231811C27"><enum>(6)</enum><text display-inline="yes-display-inline">the President should intensify diplomatic efforts, bilaterally and in appropriate international fora such as the United Nations, to develop and implement a coordinated, consistent, multilateral strategy for addressing the international financial networks supporting human trafficking; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC24EBF60A78A45829D2BC051A40EB815"><enum>(7)</enum><text display-inline="yes-display-inline">in deliberations between the United States Government and any foreign country, including through participation in the Egmont Group of Financial Intelligence Units, regarding money laundering, corruption, and transnational crimes, the United States Government shouldâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H2556BB15E89443798468394B2C7F1104"><enum>(A)</enum><text display-inline="yes-display-inline">encourage cooperation by foreign governments and relevant international fora in identifying the extent to which the proceeds from human trafficking are being used to facilitate terrorist financing, corruption, or other illicit financial crimes;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7FA8CD9A46AE4C9BBB5A2A3CD60785E5"><enum>(B)</enum><text display-inline="yes-display-inline">encourage cooperation by foreign governments and relevant international fora in identifying the nexus between human trafficking and money laundering;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9F6647156BDD4F96BA5DF40F612AB17A"><enum>(C)</enum><text display-inline="yes-display-inline">advance policies that promote the cooperation of foreign governments, through information sharing, training, or other measures, in the enforcement of this subtitle;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD51A60763D2042E8B8D94951D25683FA"><enum>(D)</enum><text display-inline="yes-display-inline">encourage other countries to assess their human trafficking and money laundering risks in light of updated guidance provided by the Financial Action Task Force in 2018; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDDB960A83DC4467C8BDD4C94EBE7624C"><enum>(E)</enum><text display-inline="yes-display-inline">encourage the Egmont Group of Financial Intelligence Units to study the extent to which human trafficking operations are being used for money laundering, terrorist financing, or other illicit financial purposes.</text></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H330B5197AA46432F97DE7AFB323D7097" section-type="subsequent-section"><enum>7153.</enum><header display-inline="yes-display-inline">Coordination of human trafficking issues by the Office of Terrorism and Financial Intelligence</header>

<subsection commented="no" display-inline="no-display-inline"

id="H925DF6D451F0433C9159DAD23385175C"><enum>(a)</enum><header display-inline="yes-display-inline">Functions</header><text display-inline="yes-display-inline">Section 312(a)(4) of title 31, United States Code, is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HF32515AEDF9442BFAB76364CE8F52844"><enum>(1)</enum><text display-inline="yes-display-inline">by redesignating subparagraphs (E), (F), and (G) as subparagraphs (F), (G), and (H), respectively; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HADB897095866496DB6454C212C0B0745"><enum>(2)</enum><text display-inline="yes-display-inline">by inserting after subparagraph (D) the following:</text>

<quoted-block display-inline="no-display-inline" id="H5BB7833665C846FA85AD5E59664C2929" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="HF7088A1EA00F4DB6AA87596382719AE7"><enum>(E)</enum><text display-inline="yes-display-inline">combating illicit financing relating to human trafficking;</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HA5C1CD8875094FCDAA84E27DCA00290C"><enum>(b)</enum><header display-inline="yes-display-inline">Interagency coordination</header><text display-inline="yes-display-inline">Section 312(a) of such title is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H5732DD6C255546DEA327D080A82966C3" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H2CE986AF636640DAA8985C977231534B"><enum>(8)</enum><header display-inline="yes-display-inline">Interagency coordination</header><text display-inline="yes-display-inline">The Secretary of the Treasury, after consultation with the Undersecretary for Terrorism and Financial Crimes, shall designate an office within the OTFI that shall coordinate efforts to combat the illicit financing of human trafficking withâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H3CDC265BE3A44E3ABC700117CB9E0E73"><enum>(A)</enum><text display-inline="yes-display-inline">other offices of the Department of the Treasury;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H49AA653DEB524B54ACCAF14F45780E5A"><enum>(B)</enum><text display-inline="yes-display-inline">other Federal agencies, includingâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HBFE825DECEEE4C63A8179592750197EB"><enum>(i)</enum><text display-inline="yes-display-inline">the Office to Monitor and Combat Trafficking in Persons of the Department of State; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H89D6916B847C489DAFE92B5816799286"><enum>(ii)</enum><text display-inline="yes-display-inline">the Interagency Task Force to Monitor and Combat Trafficking;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC3EF6B69D3AA47C4A9C8504C606F20EF"><enum>(C)</enum><text display-inline="yes-display-inline">State and local law enforcement agencies; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0836A93D10AC4E4ABDBB372B5CCFA626"><enum>(D)</enum><text display-inline="yes-display-inline">foreign governments.</text></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H4B4BCE3E4E944B169A2554C1D3A79AE8" section-type="subsequent-section"><enum>7154.</enum><header display-inline="yes-display-inline">Strengthening the role of anti-money laundering and other financial tools in combating human trafficking</header>

<subsection commented="no" display-inline="no-display-inline" id="H421C9AC36869480BA681E349833EF07C"><enum>(a)</enum><header display-inline="yes-display-inline">Interagency task force recommendations targeting money laundering related to human trafficking</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2FB74CBA0244469587D1FF67F53AB062"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 270 days after the date of the enactment of this Act, the Interagency Task Force to Monitor and Combat Trafficking, with the concurrence of the Secretary of State and the Secretary of the Treasury, shall submit to the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, and the Committee on the Judiciary of the Senate, the Committee on Financial Services, the Committee on Foreign Affairs, and the Committee on the Judiciary of the House of Representatives, and each appropriate Federal banking agencyâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5A84DD3A26BF44088AEEBAE1EA88246E"><enum>(A)</enum><text display-inline="yes-display-inline">an analysis of anti-money laundering efforts of the United States Government, United States financial institutions, and international financial institutions (as defined in section 1701(c) of the International Financial Institutions Act (22 U.S.C. 262r(c))) related to human trafficking; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H3600C8FC05F74DC79F36B160C58FE051"><enum>(B)</enum><text display-inline="yes-display-inline">appropriate legislative, administrative, and other recommendations to strengthen efforts against money laundering related to human trafficking.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H815CF03C3A444FB8988D93808570028F"><enum>(2)</enum><header display-inline="yes-display-inline">Required recommendations</header><text display-inline="yes-display-inline">The recommendations under paragraph (1) shall includeâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H9FE2E0068EAA4F4BBAEF5CB690F70ACA"><enum>(A)</enum><text display-inline="yes-display-inline">best practices based on successful anti-human trafficking programs currently in place at domestic and international financial institutions that are suitable for broader adoption;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9FF64F5CC9CD49D59E7883D5F7465511"><enum>(B)</enum><text display-inline="yes-display-inline">feedback from stakeholders, including victims of severe forms of trafficking in persons, advocates of persons at risk of becoming victims of severe forms of trafficking in persons, the United States Advisory Council on Human Trafficking, civil society organizations, and financial institutions on policy proposals derived from the analysis conducted by the task force referred to in paragraph (1) that would enhance the efforts and programs of financial institutions to detect and deter money laundering related to human trafficking, including any recommended changes to internal policies, procedures, and controls related to human trafficking;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HABE3D44F2F8740239F5C31D8BDD98D2B"><enum>(C)</enum><text display-inline="yes-display-inline">any recommended changes to training programs at financial institutions to better equip employees to deter and detect money laundering related to human trafficking; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H10E1EDF18FCA41C48CD56E44996F0D77"><enum>(D)</enum><text display-inline="yes-display-inline">any recommended changes to expand human trafficking-related information sharing among financial institutions and between such financial institutions, appropriate law enforcement agencies, and appropriate Federal agencies.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4D5F49B2435F435490242B14C03CCF6C"><enum>(b)</enum><header display-inline="yes-display-inline">Additional reporting requirement</header><text display-inline="yes-display-inline">Section 105(d)(7) of the Trafficking Victims Protection Act of 2000 (22

U.S.C. 7103(d)(7)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H37A6823CD3204F2187591632277BD8F9"><enum>(1)</enum><text display-inline="yes-display-inline">in the matter preceding subparagraph (A)â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H066D00A597244CE0A7897A264E5A638F"><enum>(A)</enum><text display-inline="yes-display-inline">by inserting <quote>the Committee on Financial Services,</quote> after <quote>the Committee on Foreign Affairs</quote>; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4F9D649E707848B0BC6C2B7F908D8484"><enum>(B)</enum><text display-inline="yes-display-inline">by inserting <quote>the Committee on Banking, Housing, and Urban Affairs,</quote> after <quote>the Committee on Foreign Relations,</quote>;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA257FB9666604C7895F570EE6DB57CF3"><enum>(2)</enum><text display-inline="yes-display-inline">in subparagraph (Q)(vii), by striking <quote>; and</quote> and inserting a semicolon;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB52D47796DE141189ED7A25357B44EEB"><enum>(3)</enum><text display-inline="yes-display-inline">in subparagraph (R), by striking the period at the end and inserting <quote>; and</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H34448867E6AE4C2CAEEB66905A819B66"><enum>(4)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H4973DC16A2D54A0CBCE600439B34022B" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H2D2AD0F271044D42877D778DD0F4C3F9"><enum>(S)</enum><text display-inline="yes-display-inline">the efforts of the United States to eliminate money laundering related to human trafficking and the number of investigations, arrests, indictments, and convictions in money laundering cases with a nexus to human trafficking.</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H21E9F364A60B41489A35D641FC55DCEF"><enum>(c)</enum><header display-inline="yes-display-inline">Required review of procedures</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, the Federal Financial Institutions Examination Council, in consultation with the Secretary of the Treasury, victims of severe forms of trafficking in persons, advocates of persons at risk of becoming victims of severe forms of trafficking in persons, the United States Advisory Council on Trafficking, civil society organizations, the private sector, and appropriate law enforcement agencies, shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H91375F5F9DDF409882CCC2D9AA06FA1D"><enum>(1)</enum><text display-inline="yes-display-inline">review and enhance training and examination procedures to improve the surveillance capabilities of anti-money laundering programs and programs countering the financing of terrorism to detect human trafficking-related financial transactions;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC1586D15A27C444FA11F7C278142F9F7"><enum>(2)</enum><text display-inline="yes-display-inline">review and enhance procedures for referring potential human trafficking cases to the appropriate law enforcement agency; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCF2D9D6D460F4FA4B6E929E285FE1046"><enum>(3)</enum><text display-inline="yes-display-inline">determine, as appropriate, whether requirements for financial institutions and covered financial institutions are sufficient to detect and deter money laundering related to human trafficking.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"

id="H8847B883523F47C1AFF82D1871E62F4B"><enum>(d)</enum><header display-inline="yes-display-inline">Limitations</header><text display-inline="yes-display-inline">Nothing in this section shall be construed toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE8280B16ED7345E69F270CB7B24F6C5F"><enum>(1)</enum><text display-inline="yes-display-inline">grant rulemaking authority to the Interagency Task Force to Monitor and Combat Trafficking; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5ACB5052C6EB4F0BB487F496A197D9F6"><enum>(2)</enum><text display-inline="yes-display-inline">authorize financial institutions to deny services to or violate the privacy of victims of trafficking, victims of severe forms of trafficking, or individuals not responsible for promoting severe forms of trafficking in persons.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HA98756C4C812455583C06E42B76B5FE7" section-type="subsequent-section"><enum>7155.</enum><header display-inline="yes-display-inline">Sense of Congress on resources to combat human trafficking</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1A8E0D4B8FF04F8C9BE440FCA36B977B"><enum>(1)</enum><text display-inline="yes-display-inline">adequate funding should be provided for critical Federal efforts to combat human trafficking;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HEDBBEF50FE58428DAE2DE4C5EF24B1FA"><enum>(2)</enum><text display-inline="yes-display-inline">the Department of the Treasury should have the appropriate resources to vigorously investigate human trafficking networks under section 111 of the Trafficking Victims Protection Act of 2000 (22 U.S.C. 7108) and other relevant statutes and Executive orders;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6EE57AD138B047A6AA7BB3B96B88FEC5"><enum>(3)</enum><text display-inline="yes-display-inline">the Department of the Treasury and the Department of Justice should each have the capacity and appropriate resources to support technical assistance to develop foreign partnersâ€™ ability to combat human trafficking through strong national anti-money laundering programs and programs countering the financing of terrorism;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H151AF821A245473FAF218C158E7BA73F"><enum>(4)</enum><text display-inline="yes-display-inline">each United States Attorneyâ€™s Office should be provided appropriate funding to increase the number of personnel for community education and outreach and investigative support and forensic analysis related to human trafficking; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H47305D3E5E95472CB8A02646344EB303"><enum>(5)</enum><text display-inline="yes-display-inline">the Department of State should be provided additional resources, as necessary, to carry out the Survivors of Human Trafficking Empowerment Act (section 115 of Public Law 114â€"22; 129 Stat. 243).</text></paragraph></section></subtitle></title>

<title commented="no" id="H0FFAEF5E070D42A4B6B251B68929F6AF" level-type="subsequent" style="OLC"><enum>LXXII</enum><header display-inline="yes-display-inline">Sanctions with respect to foreign traffickers of illicit synthetic opioids</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H0FFAEF5E070D42A4B6B251B68929F6AF" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H4DF2AE9CCBBD46C58485C67BDCD1F53C" level="section">Sec.â€,7201.â€,Short title.</toc-entry>

<toc-entry idref="HB0DC354833774EDA94B5E0ED5C608AE4" level="section">Sec.â€,7202.â€,Sense of Congress.</toc-entry>

<toc-entry idref="HCD4D31BDB5064BA8AFBD65AE23CC8343" level="section">Sec.â€,7203.â€,Definitions.</toc-entry>

<toc-entry idref="H83F6621E01C4471EA80E85BD20C62BD9" level="subtitle">Subtitle Aâ€"Sanctions with Respect to Foreign Opioid Traffickers</toc-entry>

<toc-entry idref="H319373E8BDCE468F82B9074EBFF951FC" level="section">Sec.â€‚7211.â€‚Identification of foreign opioid traffickers.</toc-entry>

<toc-entry idref="HAC5A6A2B419F4F4585BFF9CCA0DC7C34" level="section">Sec.â€‚7212.â€‚Imposition of sanctions.</toc-entry>

<toc-entry idref="HD78AED92A22749A1BE79C509097B34CD" level="section">Sec.â€‚7213.â€‚Description of sanctions.</toc-entry>

<toc-entry idref="H0A7EE67AC9C34BF3A94D850BE16A5A52" level="section">Sec.â€‚7214.â€‚Waivers.</toc-entry>

<toc-entry idref="HFDAC67476ED0430DBC0224F39CB6C1EA" level="section">Sec.â€‚7215.â€‚Procedures for judicial review of classified information.</toc-entry>

<toc-entry idref="H14AF2349B226440DA764701C63A6F487" level="section">Sec.â€‚7216.â€‚Briefings on implementation.</toc-entry>

<toc-entry idref="H0D5E089DCADE4C0ABD12D0079402D4CE" level="section">Sec.â€‚7217.â€‚Inclusion of additional material in International Narcotics Control Strategy Report.</toc-entry>

<toc-entry idref="H4296E375781D44929BFCB10331E42A6D" level="subtitle">Subtitle Bâ€"Commission on Combating Synthetic Opioid Trafficking</toc-entry>

<toc-entry idref="H46D8F2057A184686A3AF61D9E1FFD63C" level="section">Sec.â€‚7221.â€‚Commission on combating synthetic opioid trafficking.</toc-entry>

<toc-entry idref="HF8093314EC1747B786CF3DB7144DF2F3" level="subtitle">Subtitle Câ€"Other Matters</toc-entry>

<toc-entry idref="H514B399333DC4027B6A18DB0472BCFA8" level="section">Sec.â€‚7231.â€‚Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers.</toc-entry>

<toc-entry idref="H453E0301D2EA46DAB2E96871DB3EE2FB" level="section">Sec.â€‚7232.â€‚Authorization of appropriations.</toc-entry>

<toc-entry idref="H90A3C830C63F4655B25F378C5846E22F" level="section">Sec.â€‚7233.â€‚Regulatory authority.</toc-entry>

<toc-entry idref="H26E3627690474A0FB0F902CF1BD8FAE4" level="section">Sec.â€‚7234.â€‚Termination.</toc-entry>

<toc-entry idref="H728C15087AE546479099AD8EC659FDFB" level="section">Sec.â€‚7235.â€‚Exception relating to importation of goods.</toc-entry></toc>

<section commented="no" display-inline="no-display-inline" id="H4DF2AE9CCBBD46C58485C67BDCD1F53C" section-type="subsequent-section"><enum>7201.</enum><header display-inline="yes-display-inline">Short title</header><text display-inline="no-display-inline">This title may be cited as the <quote><short-title>Fentanyl Sanctions Act</short-title></quote>.</text></section>

<section commented="no" display-inline="no-display-inline" id="HB0DC354833774EDA94B5E0ED5C608AE4" section-type="subsequent-section"><enum>7202.</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD2E7B94E022640F9AC3C495A6D9D1A47"><enum>(1)</enum><text display-inline="yes-display-inline">the United States should apply economic and other financial sanctions to foreign traffickers of illicit opioids to protect the national security, foreign policy, and economy of the United States and the health of the people of the United States;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD3F571B42CAF4BC38A45F9D6372AB134"><enum>(2)</enum><text display-inline="yes-display-inline">it is imperative that the People's Republic of China follow through on full implementation of the new regulations, adopted May 1, 2019, to treat all fentanyl analogues as controlled substances under the laws of the People's Republic of China, including by devoting sufficient resources for implementation and strict enforcement of the new regulations; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAA939970D0B64D8EBE61CCCF89089A35"><enum>(3)</enum><text display-inline="yes-display-inline">the effective enforcement of the new regulations should result in diminished trafficking of illicit fentanyl originating from the Peopleâ€™s Republic of China into the United States.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HCD4D31BDB5064BA8AFBD65AE23CC8343" section-type="subsequent-section"><enum>7203.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this title:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC9701C6E0A934B9594E394FCC30AFCD3"><enum>(1)</enum><header display-inline="yes-display-inline">Alien; national; national of the United States</header><text display-inline="yes-display-inline">The terms <term>alien</term>, <term>national</term>, and <term>national of the United States</term> have the meanings given those terms in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H320F6962760248D79E691E2FFB2B7B41"><enum>(2)</enum><header display-inline="yes-display-inline">Appropriate congressional committees and leadership</header><text display-inline="yes-display-inline">The term <term>appropriate congressional committees and leadership</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H793CCAE23D2342B49D329586BE79C6F2"><enum>(A)</enum><text display-inline="yes-display-inline">the Committee on Appropriations, the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, the Committee on Homeland Security and Governmental Affairs, the Committee on the Judiciary, the Select Committee on Intelligence, and the majority leader and the minority leader of the Senate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H128F92E9785346539A2C6A7505A3D10F"><enum>(B)</enum><text display-inline="yes-display-inline">the Committee on Appropriations, the Committee on Armed Services, the Committee on Financial Services, the Committee on Foreign Affairs, the Committee on Homeland Security, the Committee on the Judiciary, the Committee on Oversight and Reform, the Permanent Select Committee on Intelligence, and the Speaker and the minority leader of the House of Representatives.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H56AF2C545A0D47F993EED0D7CED6321C"><enum>(3)</enum><header display-inline="yes-display-inline">Controlled substance; listed chemical</header><text display-inline="yes-display-inline">The terms <term>controlled substance</term>, <term>listed chemical</term>, <term>narcotic drug</term>, and <term>opioid</term> have the meanings given those terms in section 102 of the Controlled Substances Act (21 U.S.C. 802).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE38EAE3BEB074F8DA15C68B31B97901C"><enum>(4)</enum><header display-inline="yes-display-inline">Entity</header><text display-inline="yes-display-inline">The term <term>entity</term> means a partnership, joint venture, association, corporation, organization, network, group, or subgroup, or any form of business collaboration.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H27BAFE75ED38427DADE82AC10D9EC0DC"><enum>(5)</enum><header display-inline="yes-display-inline">Foreign opioid trafficker</header><text display-inline="yes-display-inline">The term <term>foreign opioid trafficker</term> means any foreign person that the President determines plays a significant role in opioid

trafficking.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAE15E2A0332148DEB039AE250B061655"><enum>(6)</enum><header display-inline="yes-display-inline">Foreign person</header><text display-inline="yes-display-inline">The term <term>foreign person</term>â€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HADDC443BC9A44BE883D7FBA33224A3A0"><enum>(A)</enum><text display-inline="yes-display-inline">meansâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H25E11E42D38440BB810804B6C220CB6D"><enum>(i)</enum><text display-inline="yes-display-inline">any citizen or national of a foreign country; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H14F71D1D0EFB471EB3424112DCB5E2D0"><enum>(ii)</enum><text display-inline="yes-display-inline">any entity not organized under the laws of the United States or a jurisdiction within the United States; and</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H47DC103FF23F47EA843F9C216BF4EB67"><enum>(B)</enum><text display-inline="yes-display-inline">does not include the government of a foreign country.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H38A1C7771BE8456DB60F45656198CA52"><enum>(7)</enum><header display-inline="yes-display-inline">Knowingly</header><text display-inline="yes-display-inline">The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H3631657C52C042DBB8EE7348B85DF6A9"><enum>(8)</enum><header display-inline="yes-display-inline">Opioid trafficking</header><text display-inline="yes-display-inline">The term <term>opioid trafficking</term> means any illicit activityâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H746158B31FCC4FE5AD67321A2CFD413A"><enum>(A)</enum><text display-inline="yes-display-inline">to produce, manufacture, distribute, sell, or knowingly finance or transportâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4285FD05B0964300B3A61E1781496B73"><enum>(i)</enum><text display-inline="yes-display-inline">synthetic opioids, including controlled substances that are synthetic opioids and listed chemicals that are synthetic opioids; or</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HBBAC1F4B22D54C31BCE2769A4B21D20C"><enum>(ii)</enum><text display-inline="yes-display-inline">active pharmaceutical ingredients or chemicals that are used in the production of controlled substances that are synthetic opioids;</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2AA5616124A347E0A05A52F462DCA0B9"><enum>(B)</enum><text display-inline="yes-display-inline">to attempt to carry out an activity described in subparagraph (A); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0136FC37ECED420784620CDD2FEA46A2"><enum>(C)</enum><text display-inline="yes-display-inline">to assist, abet, conspire, or collude with other persons to carry out such an activity.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8C4D4360E15E4CD6ABE5069006F069AF"><enum>(9)</enum><header display-inline="yes-display-inline">Person</header><text display-inline="yes-display-inline">The term <term>person</term> means an individual or entity.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1550FDBEBDF446018848BF680F2BC267"><enum>(10)</enum><header display-inline="yes-display-inline">United States person</header><text display-inline="yes-display-

inline">The term <term>United States person</term> meansâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H434881AA4FBC4C0D87E61FA865C86F0C"><enum>(A)</enum><text display-inline="yes-display-inline">any citizen or national of the United States;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H74DD9B5DFB0242849FC9F0A4EA85BF30"><enum>(B)</enum><text display-inline="yes-display-inline">any alien lawfully admitted for permanent residence in the United States;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF76A65D620EB409DA16A5CCD3B5909CC"><enum>(C)</enum><text display-inline="yes-display-inline">any entity organized under the laws of the United States or any jurisdiction within the United States (including a foreign branch of such an entity); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H618CD7E78B1D49C1ABFD1ABC0CE43887"><enum>(D)</enum><text display-inline="yes-display-inline">any person located in the United States.</text></subparagraph></paragraph></section>

<subtitle commented="no" id="H83F6621E01C4471EA80E85BD20C62BD9" level-type="subsequent"><enum>A</enum><header display-inline="yes-display-inline">Sanctions with Respect to Foreign Opioid Traffickers</header>

<section commented="no" display-inline="no-display-inline" id="H319373E8BDCE468F82B9074EBFF951FC" section-type="subsequent-section"><enum>7211.</enum><header display-inline="yes-display-inline">Identification of foreign opioid traffickers</header>

<subsection commented="no" display-inline="no-display-inline" id="H5E23817E9CAF48AAA4498F0A16A689B5"><enum>(a)</enum><header display-inline="yes-display-inline">Public report</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2FBC44F33F024A5A945E29211ECA588A"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The President shall submit to the appropriate congressional committees and leadership, in accordance with subsection (c), a reportâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H663F3333443E48ADBDA425F1F173C3C0"><enum>(A)</enum><text display-inline="yes-display-inline">identifying the foreign persons that the President determines are foreign opioid traffickers;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8BCC327B6B0040C48440E4B0A9251FEE"><enum>(B)</enum><text display-inline="yes-display-inline">detailing progress the President has made in implementing this subtitle; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0FACDCEA060B49EAA28EF80D0CE43838"><enum>(C)</enum><text display-inline="yes-display-inline">providing an update on cooperative efforts with the governments of Mexico, the Peopleâ€™s Republic of China, and other countries of concern with respect to combating foreign opioid traffickers.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H949DB9D61F254225BB58217FC1F86495"><enum>(2)</enum><header display-inline="yes-display-inline">Identification of additional persons</header><text display-inline="yes-display-inline">If, at any time after submitting a report required by paragraph (1) and before the submission of the next such report, the President determines that a foreign person not identified in the report is a foreign opioid trafficker, the President shall submit to the appropriate congressional committees and leadership an additional report containing the information required by paragraph (1) with respect to the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6F7B8B1C75534263B8EDB7276D1D25F9"><enum>(3)</enum><header display-inline="yes-display-inline">Exclusion</header><text display-inline="yes-display-inline">The President shall not be required to include in a report under paragraph (1) or (2) any

persons with respect to which the United States has imposed sanctions before the date of the report under this subtitle or any other provision of law with respect to opioid trafficking.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE16A50F7593A4999835D0E6E7B93B55D"><enum>(4)</enum><header display-inline="yes-display-inline">Form of report</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H413429D7FAB344F489826AAEE1FE040B"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Each report required by paragraph (1) or (2) shall be submitted in unclassified form but may include a classified annex.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H14E36F2D22F0431C84061BA710B5045A"><enum>(B)</enum><header display-inline="yes-display-inline">Availability to public</header><text display-inline="yes-display-inline">The unclassified portion of a report required by paragraph (1) or (2) shall be made available to the public.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H37E80C4CBA6A457AB8F3AE5AEAF082FB"><enum>(b)</enum><header display-inline="yes-display-inline">Classified report</header>

<paragraph commented="no" display-inline="no-display-inline" id="HFEF3E65310304196ACEA9219F6405EF7"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The President shall submit to the appropriate congressional committees and leadership, in accordance with subsection (c), a report, in classified formâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5C76146B816E44829985FA5C7CB49A52"><enum>(A)</enum><text display-inline="yes-display-inline">describing in detail the status of sanctions imposed under this subtitle, including the personnel and resources directed toward the imposition of such sanctions during the preceding fiscal year;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1193BCFB5AC64FA4AA4CB63836775D37"><enum>(B)</enum><text display-inline="yes-display-inline">providing background information with respect to persons newly identified as foreign opioid traffickers and their illicit activities;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H19A0F5E382E34EF1BC8BDB3C278F0965"><enum>(C)</enum><text display-inline="yes-display-inline">describing actions the President intends to undertake or has undertaken to implement this subtitle; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF7BF7A4786884A29BCC12FB6A3289299"><enum>(D)</enum><text display-inline="yes-display-inline">providing a strategy for identifying additional foreign opioid traffickers.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1889DDF410B643869AF284F116CDB30D"><enum>(2)</enum><header display-inline="yes-display-inline">Effect on other reporting requirements</header><text display-inline="yes-display-inline">The report required by paragraph (1) is in addition to, and in no way delimits or restricts, the obligations of the President to keep Congress fully and currently informed pursuant to the provisions of the National Security Act of 1947 (50 U.S.C. 3001 et seq.).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H7BD32EFE8F96455EA77003179173500A"><enum>(c)</enum><header display-inline="yes-display-inline">Submission of reports</header><text display-inline="yes-display-inline">Not later than 180 days after the date of the enactment of this Act, and annually thereafter until the date that is 5 years after such date of enactment, the President shall submit the reports required by subsections (a) and (b) to the appropriate congressional committees and leadership.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H51E43CE7C49044F1B74A2C08C62B74FB"><enum>(d)</enum><header display-inline="yes-

display-inline">Exclusion of certain information</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2761F0713C2541FFB3EF15254C0F00D0"><enum>(1)</enum><header display-inline="yes-display-inline">Intelligence</header><text display-inline="yes-display-inline">Notwithstanding any other provision of this section, a report required by subsection (a) or (b) shall not disclose the identity of any person if the Director of National Intelligence determines that such disclosure could compromise an intelligence operation, activity, source, or method of the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7CC3F72EEC664893BFDB5B0578AA065D"><enum>(2)</enum><header display-inline="yes-display-inline">Law enforcement</header><text display-inline="yes-display-inline">Notwithstanding any other provision of this section, a report required by subsection (a) or (b) shall not disclose the identity of any person if the Attorney General, in coordination, as appropriate, with the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of the Treasury, the Secretary of State, and the head of any other appropriate Federal law enforcement agency, determines that such disclosure could reasonably be expectedâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H275BE875D0A84BFB805DBF03171FF5FB"><enum>(A)</enum><text display-inline="yes-display-inline">to compromise the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution that furnished information on a confidential basis;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC3ED62E8CB30468B8EFA7644CC637F22"><enum>(B)</enum><text display-inline="yes-display-inline">to jeopardize the integrity or success of an ongoing criminal investigation or prosecution;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H07AB3611F013407E879977B2C4DFB267"><enum>(C)</enum><text display-inline="yes-display-inline">to endanger the life or physical safety of any person; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H68B9BDF5E901489CBC9EF31053321E6F"><enum>(D)</enum><text display-inline="yes-display-inline">to cause substantial harm to physical property.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H925D903FC90748169C361F04E2FE749D"><enum>(3)</enum><header display-inline="yes-display-inline">Notification required</header><text display-inline="yes-display-inline">If the Director of National Intelligence makes a determination under paragraph (1) or the Attorney General makes a determination under paragraph (2), the Director or the Attorney General, as the case may be, shall notify the appropriate congressional committees and leadership of the determination and the reasons for the determination.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBAA35CB518664404B50855B347A263F1"><enum>(4)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section may be construed to authorize or compel the disclosure of information determined by the President to be law enforcement information, classified information, national security information, or other information the disclosure of which is prohibited by any other provision of law.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H72FFD68076A04F498945B9B76CC12F88"><enum>(e)</enum><header display-inline="yes-display-inline">Provision of information required for reports</header><text display-inline="yes-display-inline">The Secretary of the Treasury, the Attorney General, the Secretary of Defense, the Secretary of State, the Secretary of Homeland Security, and the Director of National Intelligence shall consult among themselves and provide to the President and the Director of the Office of National Drug Control Policy the appropriate and necessary information to enable the President to submit the reports required by subsection (a).</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HAC5A6A2B419F4F4585BFF9CCA0DC7C34" section-type="subsequent-section"><enum>7212.</enum><header display-inline="yes-display-inline">Imposition of sanctions</header><text display-inline="no-display-inline">The President shall impose five or more of the sanctions described in section 7213 with respect to each foreign person that is an entity, and four or more of such sanctions with respect to each foreign person that is an individual, thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H4CCD480C85E3472BA816D991487BFAA5"><enum>(1)</enum><text display-inline="yes-display-inline">is identified as a foreign opioid trafficker in a report submitted under section 7211(a); or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2FA1D10F1C2F472FB3D1AEB9A2BF4EE9"><enum>(2)</enum><text display-inline="yes-display-inline">the President determines is owned, controlled, directed by, knowingly supplying or sourcing precursors for, or knowingly acting for or on behalf of, such a foreign opioid trafficker.</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="HD78AED92A22749A1BE79C509097B34CD" section-type="subsequent-section"><enum>7213.</enum><header display-inline="yes-display-inline">Description of sanctions</header>

<subsection commented="no" display-inline="no-display-inline" id="H13DD128740434390B2761A7E41E7EB9B"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The sanctions that may be imposed with respect to a foreign person under section 7212 are the following:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H57AD4ACE42044F058AD4E352D1E64A7E"><enum>(1)</enum><header display-inline="yes-display-inline">Loans from United States financial institutions</header><text display-inline="yes-display-inline">The United States Government may prohibit any United States financial institution from making loans or providing credits to the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H7C2D00EFC2454EDB93DBB0F7391BA4A0"><enum>(2)</enum><header display-inline="yes-display-inline">Prohibitions on financial institutions</header><text display-inline="yes-display-inline">The following prohibitions may be imposed with respect to a foreign person that is a financial institution:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H18E1ABE487464C2BBF49557AF4E26515"><enum>(A)</enum><header display-inline="yes-display-inline">Prohibition on designation as primary dealer</header><text display-inline="yes-display-inline">Neither the Board of Governors of the Federal Reserve System nor the Federal Reserve Bank of New York may designate, or permit the continuation of any prior designation of, the financial institution as a primary dealer in United States Government debt instruments.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA22C18B1E4864FE4B2940A80A133690D"><enum>(B)</enum><header display-inline="yes-display-inline">Prohibition on service as a repository of Government funds</header><text display-inline="yes-display-inline">The financial institution may not serve as agent of the United States Government or serve as repository for United States Government funds.</text></subparagraph><continuation-text commented="no" continuation-text-level="paragraph">The imposition of either sanction under subparagraph (A) or (B) shall be treated as one sanction for purposes of section 7212, and the imposition of both such sanctions shall be treated as 2 sanctions for purposes of that section.</continuation-text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H96F78D7F822144FC99C786B637035294"><enum>(3)</enum><header display-inline="yes-display-inline">Procurement ban</header><text display-inline="yes-display-inline">The United States Government may not procure, or enter into any contract for the procurement of, any goods or services from the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF79DB1CAAE664E88AF1B8006A08BBB37"><enum>(4)</enum><header display-inline="yes-

display-inline">Foreign exchange</header><text display-inline="yes-display-inline">The President may, pursuant to such regulations as the President may prescribe, prohibit any transactions in foreign exchange that are subject to the jurisdiction of the United States and in which the foreign person has any interest.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD7FFBFCB043B49E99162C623C5793DA7"><enum>(5)</enum><header display-inline="yes-display-inline">Banking transactions</header><text display-inline="yes-display-inline">The President may, pursuant to such regulations as the President may prescribe, prohibit any transfers of credit or payments between financial institutions or by, through, or to any financial institution, to the extent that such transfers or payments are subject to the jurisdiction of the United States and involve any interest of the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9EA4F90687E24EA1BA0DEE5D77D86C3C"><enum>(6)</enum><header display-inline="yes-display-inline">Property transactions</header><text display-inline="yes-display-inline">The President may, pursuant to such regulations as the President may prescribe, prohibit any person fromâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HE0CE973CA79A4E889402D377F780EB0B"><enum>(A)</enum><text display-inline="yes-display-inline">acquiring, holding, withholding, using, transferring, withdrawing, or transporting any property that is subject to the jurisdiction of the United States and with respect to which the foreign person has any interest;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H161C0E84F186439DA9D02D14B8527522"><enum>(B)</enum><text display-inline="yes-display-inline">dealing in or exercising any right, power, or privilege with respect to such property; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE4F4A30890E641CC86E10251BC7A014A"><enum>(C)</enum><text display-inline="yes-display-inline">conducting any transaction involving such property.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6CF2DCE5A51843B4A2DD82CA55AEFD62"><enum>(7)</enum><header display-inline="yes-display-inline">Ban on investment in equity or debt of sanctioned person</header><text display-inline="yes-display-inline">The President may, pursuant to such regulations or guidelines as the President may prescribe, prohibit any United States person from investing in or purchasing significant amounts of equity or debt instruments of the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAFA544CC65D1497A819707A64C529502"><enum>(8)</enum><header display-inline="yes-display-inline">Exclusion of corporate officers</header><text display-inline="yes-display-inline">The President may direct the Secretary of State to deny a visa to, and the Secretary of Homeland Security to exclude from the United States, any alien that the President determines is a corporate officer or principal of, or a shareholder with a controlling interest in, the foreign person.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5D65AA68DE734D6AAB9C598DC9E4CB86"><enum>(9)</enum><header display-inline="yes-display-inline">Sanctions on principal executive officers</header><text display-inline="yes-display-inline">The President may impose on the principal executive officer or officers of the foreign person, or on individuals performing similar functions and with similar authorities as such officer or officers, any of the sanctions described in paragraphs (1) through (8) that are applicable.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H72A5392131ED4AC7827F1989900F5D8B"><enum>(b)</enum><header display-inline="yes-display-inline">Penalties</header><text display-inline="yes-display-inline">A person that violates, attempts to violate, conspires to violate, or causes a violation of any regulation, license, or order issued to carry out subsection (a) shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1E696D5E6162433797D8DD254E34C561"><enum>(c)</enum><header display-inline="yes-display-inline">Exceptions</header>

<paragraph commented="no" display-inline="no-display-inline" id="H17BACA5ABA1242CABBCD807843FBC483"><enum>(1)</enum><header display-inline="yes-display-inline">Intelligence and law enforcement activities</header><text display-inline="yes-display-inline">Sanctions under this section shall not apply with respect toâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H6B442CB725624F5D83C40FDA1483B276"><enum>(A)</enum><text display-inline="yes-display-inline">any activity subject to the reporting requirements under title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H9E919A7CC3794308A942525AF120BB56"><enum>(B)</enum><text display-inline="yes-display-inline">any authorized intelligence or law enforcement activities of the United States.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H0F977F9DA4A04C0EAEB3B0E095335841"><enum>(2)</enum><header display-inline="yes-display-inline">Exception to comply with United Nations headquarters agreement</header><text display-inline="yes-display-inline">Sanctions under subsection (a)(8) shall not apply to an alien if admitting the alien into the United States is necessary to permit the United States to comply with the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967, or other applicable international obligations.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0B670306378A46A58516F5A833D13774"><enum>(d)</enum><header display-inline="yes-display-inline">Implementation</header><text display-inline="yes-display-inline">The President may exercise all authorities provided under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H0A7EE67AC9C34BF3A94D850BE16A5A52" section-type="subsequent-section"><enum>7214.</enum><header display-inline="yes-display-inline">Waivers</header>

<subsection commented="no" display-inline="no-display-inline" id="H91B4647C5A2245DCAC92491B6BA01F51"><enum>(a)</enum><header display-inline="yes-display-inline">Waiver for State-owned entities in countries that cooperate in multilateral anti-trafficking efforts</header>

<paragraph commented="no" display-inline="no-display-inline" id="H735D9734D5C34AE396B05845EA3F0095"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The President may waive for a period of not more than 12 months the application of sanctions under this subtitle with respect to an entity that is owned or controlled, directly or indirectly, by a foreign government or any political subdivision, agency, or instrumentality of a foreign government, if, not less than 15 days before the waiver is to take effect, the President certifies to the appropriate congressional committees and leadership that the foreign government is closely cooperating with the United States in efforts to prevent opioid trafficking.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H50DF6E2F9626406CBE9C1654FB088870"><enum>(2)</enum><header display-inline="yes-display-inline">Certification</header><text display-inline="yes-display-inline">The President may certify under paragraph (1) that a foreign government is closely cooperating with the United States in efforts to prevent opioid trafficking if that government isâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDB31D8A0824A4603B0732F9DFED0B6B7"><enum>(A)</enum><text display-inline="yes-display-inline">implementing domestic laws to schedule all fentanyl analogues as controlled substances; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H16086D5BBA5E4C468F439AE94CD0050A"><enum>(B)</enum><text display-inline="yes-display-inline">doing two or more of the following:</text>

<clause commented="no" display-inline="no-display-inline" id="H456563C7FFCE4A78B2EFC1118155E601"><enum>(i)</enum><text display-inline="yes-display-inline">Implementing substantial improvements in regulations involving the chemical and pharmaceutical production and export of illicit opioids.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB8132B564163474781734 4633F3B3E44"><enum>(ii)</enum><text display-inline="yes-display-inline">Implementing substantial improvements in judicial regulations to combat transnational criminal organizations that traffic opioids.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H29C9FC93EB06407EA634C41CD56418DA"><enum>(iii)</enum><text display-inline="yes-display-inline">Increasing efforts to prosecute foreign opioid traffickers.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2D25D8C791A042878FAB23A7578937B9"><enum>(iv)</enum><text display-inline="yes-display-inline">Increasing intelligence sharing and law enforcement cooperation with the United States with respect to opioid trafficking.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5D159AD081E44343872BA27CB2B81B41"><enum>(3)</enum><header display-inline="yes-display-inline">Subsequent renewal of waiver</header><text display-inline="yes-display-inline">The President may renew a waiver under paragraph (1) for subsequent periods of not more than 12 months each if, not less than 15 days before the renewal is to take effect, the Secretary of State certifies to the appropriate congressional committees and leadership that the government of the country to which the waiver applies has effectively implemented and is effectively enforcing the measures that formed the basis for the certification under paragraph (2).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9A12E65A0F0145C78F13E983E93B793D"><enum>(b)</enum><header display-inline="yes-display-inline">Waivers for national security and access to prescription medications</header>

<paragraph commented="no" display-inline="no-display-inline" id="H6A67C77076734E34946021FEA6DC8979"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The President may waive the application of sanctions under this subtitle if the President determines that the application of such sanctions would harmâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H1AE2F73F230F402F8EA89FE913109BD1"><enum>(A)</enum><text display-inline="yes-display-inline">the national security interests of the United States; or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H119EB0BEC9FD470985D19EA32F2A0A10"><enum>(B)</enum><text display-inline="yes-display-inline">subject to paragraph (2), the access of United States persons to prescription medications.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB5CA75539C674F2FBE5519EA329DD360"><enum>(2)</enum><header display-inline="yes-display-inline">Monitoring</header><text display-inline="yes-display-inline">The President shall establish a monitoring program to verify that a person that receives a waiver under paragraph (1)(B) is not trafficking illicit opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H902750ECEA6742DEBBC4A65F0D075485"><enum>(3)</enum><header display-inline="yes-display-inline">Notification</header><text display-inline="yes-display-inline">Not later than 15 days after making a determination under paragraph (1), the President shall notify the appropriate congressional committees and leadership of the determination and the reasons for the determination.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"

id="H23F45B277965458DA6116B3782673BCB"><enum>(c)</enum><header display-inline="yes-display-inline">Humanitarian waiver</header><text display-inline="yes-display-inline">The President may waive, for renewable periods of 180 days, the application of the sanctions under this subtitle if the President certifies to the appropriate congressional committees and leadership that the waiver is necessary for the provision of humanitarian assistance.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HFDAC67476ED0430DBC0224F39CB6C1EA" section-type="subsequent-section"><enum>7215.</enum><header display-inline="yes-display-inline">Procedures for judicial review of classified information</header>

<subsection commented="no" display-inline="no-display-inline" id="H48ACEEDAA1E64B5A8D901AAE760BD012"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">If a finding under this subtitle, or a prohibition, condition, or penalty imposed as a result of any such finding, is based on classified information (as defined in section 1(a) of the Classified Information Procedures Act (18 U.S.C. App.)) and a court reviews the finding or the imposition of the prohibition, condition, or penalty, the President may submit such information to the court ex parte and in camera.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H19A1C211EE574541848A66E8D101C2F3"><enum>(b)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section shall be construedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H43010B48D6B247F2BEF21709C77F2D6F"><enum>(1)</enum><text display-inline="yes-display-inline">to confer or imply any right to judicial review of any finding under this subtitle, or any prohibition, condition, or penalty imposed as a result of any such finding; or</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H827D95D7474E4242A12459DE6F4EB915"><enum>(2)</enum><text>to limit or restrict any other practice, procedure, right, remedy, or safeguard thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H5515ED2380294FAAACE7B2335370D6F6"><enum>(A)</enum><text>relates to the protection of classified information; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HEEE6129B907C494481FDE38B1E1C98BA"><enum>(B)</enum><text>is available to the United States in connection with any type of administrative hearing, litigation, or other proceeding.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H14AF2349B226440DA764701C63A6F487" section-type="subsequent-section"><enum>7216.</enum><header display-inline="yes-display-inline">Briefings on implementation</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, and every 180 days thereafter until the date that is 5 years after such date of enactment, the President, acting through the Secretary of State and the Director of National Intelligence, in coordination with the Secretary of the Treasury, shall provide to the appropriate congressional committees and leadership a comprehensive briefing on efforts to implement this subtitle.</text></section>

<section commented="no" display-inline="no-display-inline" id="H0D5E089DCADE4C0ABD12D0079402D4CE" section-type="subsequent-section"><enum>7217.</enum><header display-inline="yes-display-inline">Inclusion of additional material in International Narcotics Control Strategy Report</header>

<subsection commented="no" display-inline="no-display-inline" id="H9B1C35FEC5AD450D8C75CC97E205D0BC"><enum>(a)</enum><header display-inline="yes-display-inline">Sense of Congress</header><text display-inline="yes-display-inline">It is the sense of Congress that, in order to apply economic and other financial sanctions to foreign traffickers of illicit opioids to protect the national security, foreign policy, and economy of the United Statesâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HC1F7751BE4C04684958873D0B3FED565"><enum>(1)</enum><text display-inline="yes-

display-inline">the President should instruct the Secretary of State to intensify diplomatic efforts, both in appropriate international fora such as the United Nations, the Group of Seven, the Group of Twenty, and trilaterally and bilaterally with partners of the United States, to combat foreign opioid trafficking, including by working to establish a multilateral sanctions regime with respect to foreign opioid trafficking; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H959D819DE93943C2A702C249DE44F111"><enum>(2)</enum><text display-inline="yes-display-inline">the Secretary of State, in consultation with the Secretary of the Treasury, should intensify efforts to maintain and strengthen the coalition of countries formed to combat foreign opioid trafficking.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD31AB265D19B4637A307968E83B4F0E1"><enum>(b)</enum><header display-inline="yes-display-inline">Amendment to Foreign Assistance Act of 1961</header><text display-inline="yes-display-inline">Section 489(a) of the Foreign Assistance Act of 1961 (22 U.S.C. 2291(a)) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H1BF977FEA8494CEAA6079B6367C85F3C" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HF8D174094B2B40998E8B38579BBF8410"><enum>(9)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="HBB5F62C3F5F042ADA2BD128473A866A1"><enum>(A)</enum><text display-inline="yes-display-inline">An assessment conducted by the Secretary of State, in consultation with the Secretary of the Treasury and the Director of National Intelligence, of the extent to which any diplomatic efforts described in section 7217(a) of the <short-title>Fentanyl Sanctions Act</short-title> have been successful.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA95A2E0E0AB34A828883AE79ACF70F93" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">Each assessment required by subparagraph (A) shall include an identification ofâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H5E7C05F4D52D4C4980D7DC1C145B37FD"><enum>(i)</enum><text display-inline="yes-display-inline">the countries the governments of which have agreed to undertake measures to apply economic or other financial sanctions to foreign traffickers of illicit opioids and a description of those measures; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1DBC8BBA55A141F09BEF4E713180384A"><enum>(ii)</enum><text display-inline="yes-display-inline">the countries the governments of which have not agreed to measures described in clause (i), and, with respect to those countries, other measures the Secretary of State recommends that the United States take to apply economic and other financial sanctions to foreign traffickers of illicit opioids.</text></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection></section></subtitle>

<subtitle commented="no" id="H4296E375781D44929BFCB10331E42A6D" level-type="subsequent"><enum>B</enum><header display-inline="yes-display-inline">Commission on Combating Synthetic Opioid Trafficking</header>

<section commented="no" display-inline="no-display-inline" id="H46D8F2057A184686A3AF61D9E1FFD63C" section-type="subsequent-section"><enum>7221.</enum><header display-inline="yes-display-inline">Commission on combating synthetic opioid trafficking</header>

<subsection commented="no" display-inline="no-display-inline" id="H86C097AAF1094C6C8E035C73B3719C62"><enum>(a)</enum><header display-inline="yes-display-inline">Establishment</header>

<paragraph commented="no" display-inline="no-display-inline" id="H252BE5A3EB294AC298A8E0EA7D4B8B60"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">There is established a commission to develop a consensus on a strategic approach to combating the flow of synthetic opioids into the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFB69000C70AC4739AA1C5B9511980113"><enum>(2)</enum><header display-inline="yes-display-inline">Designation</header><text display-inline="yes-display-inline">The commission established under paragraph (1) shall be known as the <quote>Commission on Combating Synthetic Opioid Trafficking</quote> (in this section referred to as the <quote>Commission</quote>).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H2F9B8FE2BF8C480C9960D55D49537069"><enum>(b)</enum><header display-inline="yes-display-inline">Membership</header>

<paragraph commented="no" display-inline="no-display-inline" id="H7ADD9472F7C54C7B9CADF9C22614EF2D"><enum>(1)</enum><header display-inline="yes-display-inline">Composition</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H989C24AF30194B3CB88C2FD175685D24"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), the Commission shall be composed of the following members:</text>

<clause id="HEC149837332C46F08BAE00F1A3A35C47"><enum>(i)</enum><text>The Director of the Office of National Drug Control Policy.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H22FBB3E81083493A92C14B3754D9CB95"><enum>(ii)</enum><text display-inline="yes-display-inline">The Administrator of the Drug Enforcement Administration.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H452059D6E7DE4B8FBDCAABB5F7CC69A7"><enum>(iii)</enum><text display-inline="yes-display-inline">The Secretary of Homeland Security.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1F56904264C84C0D8B3FCA4A8AB156AA"><enum>(iv)</enum><text display-inline="yes-display-inline">The Secretary of Defense.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H4F9B8C6F797349C99576C80F3E7A2BD8"><enum>(v)</enum><text display-inline="yes-display-inline">The Secretary of the Treasury.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0A577FF1ECCA4E44B67302690B3B8436"><enum>(vi)</enum><text display-inline="yes-display-inline">The Secretary of State.</text></clause>

<clause id="HE4332E2A0D1D47CEB64543B08686003F"><enum>(vii)</enum><text>The Director of National Intelligence.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H83FBFD72311A4F558F4159D4E26458B0"><enum>(viii)</enum><text display-inline="yes-display-inline">Two members appointed by the majority leader of the Senate, one of whom shall be a Member of the Senate and one of whom shall not be.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD63D1909CCE549329F6D92150BC98927"><enum>(ix)</enum><text display-inline="yes-display-inline">Two members appointed by the minority leader of the Senate, one of whom shall be a Member of the Senate and one of whom shall not be.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H42BC1B08F2E74BB7845F4E5AC1B39AD4"><enum>(x)</enum><text display-inline="yes-display-inline">Two members appointed by the Speaker of the House of Representatives, one of whom shall be a Member of the House of Representatives and one of whom shall not be.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD038139BC89642119F821BA70A2427F6"><enum>(xi)</enum><text display-inline="yes-display-inline">Two members appointed by the minority leader of the House of Representatives, one of whom shall be a Member of the House of Representatives and one of whom shall not be.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H360B29341BE545E3B447CE5C85A747CA"><enum>(B)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HEBE5ED7C7A254C40BE618DECD4A58E7B"><enum>(i)</enum><text display-inline="yes-display-inline">The members of the Commission who are not Members of Congress and who are appointed under clauses (viii) through (xi) of subparagraph (A) shall be individuals who are nationally recognized for expertise, knowledge, or experience inâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H85849C755EF54B72834AAE1A59A0A041" indent="up1"><enum>(I)</enum><text display-inline="yes-display-inline">transnational criminal organizations conducting synthetic opioid trafficking;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H322EC096CC364711A355A16AA62499AB" indent="up1"><enum>(II)</enum><text display-inline="yes-display-inline">the production, manufacturing, distribution, sale, or transportation of synthetic opioids; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HC6EF11F8607E4703BAD74B8DD8AC832F" indent="up1"><enum>(III)</enum><text display-inline="yes-display-inline">relations betweenâ€"</text>

<item commented="no" display-inline="no-display-inline" id="HED0B43E15D79437FA3A6DC6E5A204852"><enum>(aa)</enum><text display-inline="yes-display-inline">the United States; and</text></item>

<item commented="no" display-inline="no-display-inline" id="HD694724777454BE89AAF20EAF3284866"><enum>(bb)</enum><text display-inline="yes-display-inline">the Peopleâ€™s Republic of China, Mexico, or any other country of concern with respect to trafficking in synthetic opioids.</text></item></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H47D27FCC2910499DB3DC75604714483F" indent="up1"><enum>(ii)</enum><text display-inline="yes-display-inline">An official who appoints members of the Commission may not appoint an individual as a member of the Commission if the individual possesses any personal or financial interest in the discharge of any of the duties of the Commission.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0276A8C6C6EE49DE838A1DA4A798C65C" indent="up1"><enum>(iii)</enum>

<subclause commented="no" display-inline="yes-display-inline" id="H9ED9E68D87D14818B6C9EF9BED9C7088"><enum>(I)</enum><text display-inline="yes-display-inline">All members of the Commission described in clause (i) shall possess an appropriate security clearance in accordance with applicable provisions of law concerning the handling of classified information.</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HC3052A3BEE1B4FA2AA3E929DBC8AC7C3" indent="up1"><enum>(II)</enum><text display-inline="yes-display-inline">For the purpose of facilitating the activities of the Commission, the Director of National Intelligence shall expedite to the fullest degree possible the processing of security clearances that are necessary for members of the Commission.</text></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H69CF397B396F48AD98A17CEF20E95483"><enum>(2)</enum><header display-inline="yes-display-inline">Co-chairs</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HEDAAD717F2C34359847B0E17DE6F3634"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Commission shall have 2 co-chairs, selected from among the members of the Commission, one of whom shall be a member of the majority party and one of whom shall be a member of the minority party.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB41FEB6387344438BFD1137D0838A90A"><enum>(B)</enum><header display-inline="yes-display-inline">Selection</header><text display-inline="yes-display-inline">The individuals who serve as the co-chairs of the Commission shall be jointly agreed upon by the President, the majority leader of the Senate, the minority leader of the Senate,

the Speaker of the House of Representatives, and the minority leader of the House of Representatives.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H539136132CF9426D95BB4EC7A78864CB"><enum>(c)</enum><header display-inline="yes-display-inline">Duties</header><text display-inline="yes-display-inline">The duties of the Commission are as follows:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H84456FC6DDE140E899C0804190C28A97"><enum>(1)</enum><text display-inline="yes-display-inline">To define the core objectives and priorities of the strategic approach described in subsection (a)(1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCB0A8069BD374CE5B024E913148B7E2C"><enum>(2)</enum><text display-inline="yes-display-inline">To weigh the costs and benefits of various strategic options to combat the flow of synthetic opioids from the Peopleâ€™s Republic of China, Mexico, and other countries of concern with respect to trafficking in synthetic opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HBDE99EA0F0964F9086A4610FAFDB26AD"><enum>(3)</enum><text display-inline="yes-display-inline">To evaluate whether the options described in paragraph (2) are exclusive or complementary, the best means for executing such options, and how the United States should incorporate and implement such options within the strategic approach described in subsection (a)(1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H77AB664EB98E44A08F6C6A02AFD96A33"><enum>(4)</enum><text display-inline="yes-display-inline">To review and make determinations on the difficult choices present within such options, among them what norms-based regimes the United States should seek to establish to encourage the effective regulation of dangerous synthetic opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDB17577B065140B796594F034C70A6C7"><enum>(5)</enum><text display-inline="yes-display-inline">To report on efforts by actors in the Peopleâ€™s Republic of China to subvert United States laws and to supply illicit synthetic opioids to persons in the United States, including up-to-date estimates of the scale of illicit synthetic opioids flows from the Peopleâ€™s Republic of China.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H9D8D904DA04C49F3A49FED17EF887F45"><enum>(6)</enum><text display-inline="yes-display-inline">To report on the deficiencies in the regulation of pharmaceutical and chemical production of controlled substances and export controls with respect to such substances in the Peopleâ€™s Republic of China and other countries that allow opioid traffickers to subvert such regulations and controls to traffic illicit opioids into the United States.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H94BE78C58B42436A914EB7260380F616"><enum>(7)</enum><text display-inline="yes-display-inline">To report on the scale of contaminated or counterfeit drugs originating from Mexico, the Peopleâ€™s Republic of China, India, and other countries of concern with respect to the exportation of contaminated or counterfeit drugs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6B87491CDE0E41FBA1A15276D2D2E0EB"><enum>(8)</enum><text display-inline="yes-display-inline">To report on how the United States could work more effectively with subnational and local officials in the Peopleâ€™s Republic of China and other countries to combat the illicit production of synthetic opioids.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H240D0AFDC995484DA163712911113AC1"><enum>(9)</enum><text display-inline="yes-display-inline">In weighing the options for defending the United States against the dangers of trafficking in synthetic opioids, to consider possible structures and authorities that need to be established, revised, or augmented within the Federal Government.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline"

id="H8C93E15A7B814D2B86B632D88237C831"><enum>(d)</enum><header display-inline="yes-display-inline">Functioning of Commission</header><text display-inline="yes-display-inline">The provisions of subsections (c), (d), (e), (g), (h), (i), and (m) of section 1652 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Public Law 115â€"232) shall apply to the Commission to the same extent and in the same manner as such provisions apply to the commission established under that section, except thatâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6379DA2BFADB4C5EA5D20B05E0B7AEE6"><enum>(1)</enum><text display-inline="yes-display-inline">subsection (c)(1) of that section shall be applied and administered by substituting <quote>30 days</quote> for <quote>45 days</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC12E8886722644769DD3B69F4221100D"><enum>(2)</enum><text display-inline="yes-display-inline">subsection (g)(4)(A) of that section shall be applied and administered by inserting <quote>and the Attorney General</quote> after <quote>Secretary of Defense</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H38D71B7DE38645E6949E75649B9C6ADB"><enum>(3)</enum><text display-inline="yes-display-inline">subsections (h)(2)(A) and (i)(1)(A) of that section shall be applied and administered by substituting <quote>level V of the Executive Schedule under section 5316</quote> for <quote>level IV of the Executive Schedule under section 5315</quote>.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H960DF8E2266A4E43BE46D71DB0DC0EE6"><enum>(e)</enum><header display-inline="yes-display-inline">Treatment of information provided to Commission</header>

<paragraph commented="no" display-inline="no-display-inline" id="HD4D326F6280C41FD9FB28179EC68AE11"><enum>(1)</enum><header display-inline="yes-display-inline">Information relating to national security</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HB8BD6AFFB43C42FFA723221770D0BDC3"><enum>(A)</enum><header display-inline="yes-display-inline">Responsibility of Director of National Intelligence</header><text display-inline="yes-display-inline">The Director of National Intelligence shall assume responsibility for the handling and disposition of any information related to the national security of the United States that is received, considered, or used by the Commission under this section.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD05ACC5A0609489B83BB5D99746F30A9"><enum>(B)</enum><header display-inline="yes-display-inline">Access after termination of Commission</header><text display-inline="yes-display-inline">Notwithstanding any other provision of law, after the termination of the Commission under subsection (h), only the members and designated staff of the appropriate congressional committees and leadership, the Director of National Intelligence (and the designees of the Director), and such other officials of the executive branch as the President may designate shall have access to information related to the national security of the United States that is received, considered, or used by the Commission.</text></subparagraph></paragraph>

<paragraph id="H8AE0DE9AB98A42D5BD597FB157F18310"><enum>(2)</enum><header>Information provided by Congress</header><text>The Commission may obtain information from any Member, committee, or office of Congress, including information related to the national security of the United States, only with the consent of the Member, committee, or office involved and only in accordance with any applicable rules and procedures of the House of Representatives or Senate (as the case may be) governing the provision of such information by Members, committees, and offices of Congress to entities in the executive branch.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFEE1CD7E57454B6B8915099135CBACC9"><enum>(f)</enum><header display-inline="yes-display-inline">Reports</header><text display-inline="yes-display-inline">The Commission shall submit to the appropriate congressional committees and leadershipâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HD447058C36924433A714C48B48292F64"><enum>(1)</enum><text display-inline="yes-

display-inline">not later than 270 days after the date of the enactment of this Act, an initial report on the activities and recommendations of the Commission under this section; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HAF79681713F54F228A5CEADF3E3BFB92"><enum>(2)</enum><text display-inline="yes-display-inline">not later than 270 days after the submission of the initial report under paragraph (1), a final report on the activities and recommendations of the Commission under this section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H1E2CD34C04664075A4B20A25E9DDFD38"><enum>(g)</enum><header display-inline="yes-display-inline">Termination</header>

<paragraph commented="no" display-inline="no-display-inline" id="HC20B1C7DBB4C43609D799124FF384E24"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Commission, and all the authorities of this section, shall terminate at the end of the 120-day period beginning on the date on which the final report required by subsection (f)(2) is submitted to the appropriate congressional committees and leadership.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1C90DADE981C457D83CD129F03D97333"><enum>(2)</enum><header display-inline="yes-display-inline">Winding up of affairs</header><text display-inline="yes-display-inline">The Commission may use the 120-day period described in paragraph (1) for the purposes of concluding its activities, including providing testimony to Congress concerning the final report required by subsection (f)(2) and disseminating the report.</text></paragraph></subsection></section></subtitle>

<subtitle commented="no" id="HF8093314EC1747B786CF3DB7144DF2F3" level-type="subsequent" style="OLC"><enum>C</enum><header display-inline="yes-display-inline">Other Matters</header>

<section commented="no" display-inline="no-display-inline" id="H514B399333DC4027B6A18DB0472BCFA8" section-type="subsequent-section"><enum>7231.</enum><header display-inline="yes-display-inline">Director of National Intelligence program on use of intelligence resources in efforts to sanction foreign opioid traffickers</header>

<subsection commented="no" display-inline="no-display-inline" id="HE661405D58E945A1820735D4307A1272"><enum>(a)</enum><header display-inline="yes-display-inline">Program required</header>

<paragraph commented="no" display-inline="no-display-inline" id="H992010C46E344AFB957ED36B7CC5E675"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Director of National Intelligence shall, in consultation with the Director of the Office of National Drug Control Policy, carry out a program to allocate and enhance use of resources of the intelligence community, including intelligence collection and analysis, to assist the Secretary of the Treasury, the Secretary of State, and the Administrator of the Drug Enforcement Administration in efforts to identify and impose sanctions with respect to foreign opioid traffickers under subtitle A.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H744F74C3C53D4F3384B9F64A16FA8411"><enum>(2)</enum><header display-inline="yes-display-inline">Focus on illicit finance</header><text display-inline="yes-display-inline">To the extent practicable, efforts described in paragraph (1) shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0F19B3EC9A954D219B52C69BECE8B1DB"><enum>(A)</enum><text display-inline="yes-display-inline">take into account specific illicit finance risks related to narcotics trafficking; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7822A36E7B2C4646837FF8E9072425FB"><enum>(B)</enum><text display-inline="yes-display-inline">be developed in consultation with the Undersecretary of the Treasury for Terrorism and Financial Crimes, appropriate officials of the Office of Intelligence and Analysis of the Department of the Treasury, the Director of the Financial Crimes

Enforcement Network, and appropriate Federal law enforcement agencies.</text></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H8751B24816564BBCBA5C6EF69543BE63"><enum>(b)</enum><header display-inline="yes-display-inline">Review of counternarcotics efforts of the intelligence community</header><text display-inline="yes-display-inline">The Director of National Intelligence shall, in coordination with the Director of the Office of National Drug Control Policy, carry out a comprehensive review of the current intelligence collection priorities of the intelligence community for counternarcotics purposes in order to identify whether such priorities are appropriate and sufficient in light of the number of lives lost in the United States each year due to use of illegal drugs.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HAF56D43F02EB4B7F80E14FA110E85F99"><enum>(c)</enum><header display-inline="yes-display-inline">Reports</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF4E03AD374834B09814C2B532E07E9DB"><enum>(1)</enum><header display-inline="yes-display-inline">Quarterly reports on program</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, and every 90 days thereafter, the Director of National Intelligence and the Director of the Office of National Drug Control Policy shall jointly submit to the appropriate congressional committees and leadership a report on the status and accomplishments of the program required by subsection (a) during the 90-day period ending on the date of the report. The first report under this paragraph shall also include a description of the amount of funds devoted by the intelligence community to the efforts described in subsection (a) during each of fiscal years 2017 and 2018.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA9816B7596FE4B93BB6EF212329FCD98"><enum>(2)</enum><header display-inline="yes-display-inline">Report on review</header><text display-inline="yes-display-inline">Not later than 120 days after the date of the enactment of this Act, the Director of National Intelligence, in consultation with the Director of the Office of National Drug Control Policy and other relevant agencies, shall submit to the appropriate congressional committees and leadershipâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HAE936F78740D4D8286014D8106CFA760"><enum>(A)</enum><text display-inline="yes-display-inline">a comprehensive description of the results of the review required by subsection (b); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBEFB23C9313140D58B79F4252434305C"><enum>(B)</enum><text display-inline="yes-display-inline">an assessment of whetherâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H2BFB55C238674FFAAFB9E98C178A6B6D"><enum>(i)</enum><text display-inline="yes-display-inline">the priorities described in that subsection are appropriate and sufficient in light of the number of lives lost in the United States each year due to use of illegal drugs; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H95EA9062F7A945B78F830A845CC90417"><enum>(ii)</enum><text display-inline="yes-display-inline">any changes to such priorities are necessary.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H9ACDB415B22E41219C0F180A6F8DBA52"><enum>(d)</enum><header display-inline="yes-display-inline">Intelligence community defined</header><text display-inline="yes-display-inline">In this section, the term <term>intelligence community</term> has the meaning given that term in section 3(4) of the National Security Act of 1947 (50 U.S.C. 3003(4)).</text></subsection></section>

<section id="H453E0301D2EA46DAB2E96871DB3EE2FB"><enum>7232.</enum><header>Authorization of appropriations</header>

<subsection id="H5871F5F9210246E2B9A68C175D5DD731"><enum>(a)</enum><header>Department of the Treasury</header><text>There are authorized to be appropriated to the Secretary

of the Treasury such sums as may be necessary for fiscal year 2020 to carry out operations and activities of the Department of the Treasury solely for purposes of carrying out this title.</text></subsection>

<subsection id="HC5BE410B9B254D80997305BF89B309C9"><enum>(b)</enum><header>Commission on Combating Synthetic Opioid Trafficking</header><text>Of the amount authorized to be appropriated by section 1403 for fiscal year 2020 and available for Drug Interdiction and Counter-Drug Activities, Defense-wide, as specified in the funding table in section 4501, the Secretary of Defense may, notwithstanding section 2215 of title 10, United States Code, transfer $5,000,000 to the Commission on Combating Synthetic Opioid Trafficking established under section 7221 in order to carry out the duties of the Commission.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H627EB071D6854C5A9F953D124AFDA388"><enum>(c)</enum><header display-inline="yes-display-inline">Supplement not supplant</header><text display-inline="yes-display-inline">Amounts authorized to be appropriated by subsection (a) shall supplement and not supplant other amounts available to carry out operations and activities described in such subsections.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC0DCB23383E04B899E9B2C59B5624DBE"><enum>(d)</enum><header display-inline="yes-display-inline">Notification requirement</header><text display-inline="yes-display-inline">Amounts authorized to be appropriated by subsection (a) may not be obligated until 15 days after the date on which the President notifies the appropriate committees of Congress of the President's intention to obligate such funds.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5A79F7FF3F36474D9DED927177CC5E02"><enum>(e)</enum><header display-inline="yes-display-inline">Appropriate committees of Congress defined</header><text display-inline="yes-display-inline">In this section, the term <term>appropriate committees of Congress</term> meansâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H99CB7093BBDB41988E45F8754CEECD55"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Banking, Housing, and Urban Affairs, the Committee on Foreign Relations, the Select Committee on Intelligence, the Committee on the Judiciary, and the Committee on Appropriations of the Senate; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H5E56E7F0EE09499E8736D1820B085FDF"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Armed Services, the Committee on Financial Services, the Committee on Foreign Affairs, the Permanent Select Committee on Intelligence, the Committee on Oversight and Reform, and the Committee on Appropriations of the House of Representatives.</text></paragraph></subsection></section>

<section id="H90A3C830C63F4655B25F378C5846E22F"><enum>7233.</enum><header>Regulatory authority</header><text display-inline="no-display-inline">Not later than 90 days after the date of the enactment of this Act, the President shall issue such regulations as are necessary to carry out this title, including guidance with respect to what activities are included under the definition of <quote>opioid trafficking</quote> under section 7203(8).</text></section>

<section commented="no" display-inline="no-display-inline" id="H26E3627690474A0FB0F902CF1BD8FAE4" section-type="subsequent-section"><enum>7234.</enum><header display-inline="yes-display-inline">Termination</header><text display-inline="no-display-inline">The provisions of this title, and any sanctions imposed pursuant to this title, shall terminate on the date that is 7 years after the date of the enactment of this Act.</text></section>

<section commented="no" display-inline="no-display-inline" id="H728C15087AE546479099AD8EC659FDFB" section-type="subsequent-section"><enum>7235.</enum><header display-inline="yes-display-inline">Exception relating to importation of goods</header>

<subsection commented="no" display-inline="no-display-inline" id="HFCC26295CB4B4531B3386941ABA952F9"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The authorities and requirements to impose sanctions under this title shall not include the

authority or a requirement to impose sanctions on the importation of goods.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD5943BAA71A046389BEA4785DA6BC204"><enum>(b)</enum><header display-inline="yes-display-inline">Good defined</header><text display-inline="yes-display-inline">In this section, the term <term>good</term> means any article, natural or manmade substance, material, supply, or manufactured product, including inspection and test equipment, and excluding technical data.</text></subsection></section></subtitle></title>

<title id="HDBB58B69FDE94B1DA903A84D0A760FE8"><enum>LXXIII</enum><header>PFAS</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HDBB58B69FDE94B1DA903A84D0A760FE8" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HED397240AFF54DF4885AE6B958018563" level="section">Sec.â€,7301.â€,Short title.</toc-entry>

<toc-entry idref="H11D8372011F24B898CC8A350D0081F90" level="section">Sec.â€,7302.â€,Definition of Administrator.</toc-entry>

<toc-entry idref="H23DCB2DC92C74C3A89436A15B9327892" level="subtitle">Subtitle Aâ€"Drinking Water</toc-entry>

<toc-entry idref="H1EC9A198CDA64445B41C6D4BF9766784" level="section">Sec.â€,7311.â€,Monitoring and detection.</toc-entry>

<toc-entry idref="HBF8188FDDE20462E819E57F03A466332" level="section">Sec.â€,7312.â€,Drinking water state revolving funds.</toc-entry>

<toc-entry idref="H3180014AA4B54227AA787A80FFB424C4" level="subtitle">Subtitle Bâ€"PFAS Release Disclosure</toc-entry>

<toc-entry idref="H9CEBA7D796834310B290592473915EE8" level="section">Sec.â€,7321.â€,Additions to toxics release inventory.</toc-entry>

<toc-entry idref="H25F76D5A3E124FB08C879826CA7EB741" level="subtitle">Subtitle Câ€"USGS Performance Standard</toc-entry>

<toc-entry idref="H7BED045F594B4EA0BC2410D6603EBB60" level="section">Sec.â€,7331.â€,Definitions.</toc-entry>

<toc-entry idref="H7067C8CB4F90412FB00227CA4489C95B" level="section">Sec.â€,7332.â€,Performance standard for the detection of highly fluorinated compounds.</toc-entry>

<toc-entry idref="H1F0CC1E0897146AA89CBBEAF8519BB9D" level="section">Sec.â€,7333.â€,Nationwide sampling.</toc-entry>

<toc-entry idref="HA975B0963CCC49D9A09FB5B5F986402B" level="section">Sec.â€,7334.â€,Data usage.</toc-entry>

<toc-entry idref="H3A850A2A455543CF8DD5376535F85BFA" level="section">Sec.â€,7335.â€,Collaboration.</toc-entry>

<toc-entry idref="HF8B60576203842E2BBD1B0151431A5F2" level="subtitle">Subtitle Dâ€"Emerging Contaminants</toc-entry>

<toc-entry idref="HCAB87C64E9294BAF9E0DA2BC9EFB8E8D" level="section">Sec.â€,7341.â€,Definitions.</toc-entry>

<toc-entry idref="H5CC88D1BF3E34192BAFD1BAA3CFBDACE" level="section">Sec.â€,7342.â€,Research and coordination plan for enhanced response on emerging contaminants.</toc-entry>

<toc-entry idref="H664A33B4BB5C418F9265084FB3B3068C" level="subtitle">Subtitle Eâ€"Toxic Substances Control Act</toc-entry>

<toc-entry idref="H8D5383DCF6CF49FA8AF0802952C04FD3" level="section">Sec.â€,7351.â€,PFAS data call.</toc-entry>

<toc-entry idref="HC7F4C0C99C0349D284FE3808F43CC367"

level="section">Sec.â€‚7352.â€‚Significant new use rule for long-chain PFAS.</toc-entry>

<toc-entry idref="H98BEB48371AD4486A76808F004F67BC7" level="subtitle">Subtitle Fâ€"Other Matters</toc-entry>

<toc-entry idref="HAFADD4CC7CD74732896B7255E5B2B0A6" level="section">Sec.â€‚7361.â€‚PFAS destruction and disposal guidance.</toc-entry>

<toc-entry idref="H3F16FE52F8F24708B34A62613D445620" level="section">Sec.â€‚7362.â€‚PFAS research and development.</toc-entry> </toc>

<section id="HED397240AFF54DF4885AE6B958018563" commented="no"><enum>7301.</enum><header>Short title</header><text display-inline="no-display-inline">This title may be cited as the <quote><short-title>PFAS Act of 2019</short-title></quote>. </text></section>

<section id="H11D8372011F24B898CC8A350D0081F90"><enum>7302.</enum><header>Definition of Administrator</header><text display-inline="no-display-inline">In this title, the term <quote>Administrator</quote> means the Administrator of the Environmental Protection Agency.</text></section>

<subtitle id="H23DCB2DC92C74C3A89436A15B9327892"><enum>A</enum><header>Drinking Water</header>

<section commented="no" display-inline="no-display-inline" id="H1EC9A198CDA64445B41C6D4BF9766784" section-type="subsequent-section"><enum>7311.</enum><header display-inline="yes-display-inline">Monitoring and detection</header>

<subsection commented="no" display-inline="no-display-inline" id="HD23979DAD8CA4D588CC8EC20D9D6550D"><enum>(a)</enum><header display-inline="yes-display-inline">Monitoring program for unregulated contaminants</header>

<paragraph commented="no" display-inline="no-display-inline" id="HC809461B926B4677935445F12A602955"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Administrator shall include each substance described in paragraph (2) in the fifth publication of the list of unregulated contaminants to be monitored under section 1445(a)(2)(B)(i) of the Safe Drinking Water Act (42 U.S.C. 300jâ€"4(a)(2)(B)(i)).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H2C419EF3CD774B8FB8EE6502726A70E0"><enum>(2)</enum><header display-inline="yes-display-inline">Substances described</header><text display-inline="yes-display-inline">The substances referred to in paragraph (1) are perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl substancesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HF025540688764A5597E815CE90B9585E"><enum>(A)</enum><text display-inline="yes-display-inline">for which a method to measure the level in drinking water has been validated by the Administrator; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H77F7552E77B94106BEA431047F0C4D5E"><enum>(B)</enum><text display-inline="yes-display-inline">that are not subject to a national primary drinking water regulation.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA4FAE3257784483F929092FC2A004973"><enum>(3)</enum><header display-inline="yes-display-inline">Exception</header><text display-inline="yes-display-inline">The perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl substances included in the list of unregulated contaminants to be monitored under section 1445(a)(2)(B)(i) of the Safe Drinking Water Act (42 U.S.C. 300jâ€"4(a)(2)(B)(i)) under paragraph (1) shall not count towards the limit of 30 unregulated contaminants to be monitored by public water systems under that section.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H949A71D937064EF294812566EE4272CA"><enum>(b)</enum><header display-inline="yes-

display-inline">Applicability</header>

<paragraph commented="no" display-inline="no-display-inline" id="H61FD6974DD4547B0B946CA3B7C36876E"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Administrator shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H7880205E2EA946708D941F04B5E117EB"><enum>(A)</enum><text display-inline="yes-display-inline">require public water systems serving more than 10,000 persons to monitor for the substances described in subsection (a)(2);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H129A92068B23432888DA7BED4078922E"><enum>(B)</enum><text display-inline="yes-display-inline">subject to paragraph (2) and the availability of appropriations, require public water systems serving not fewer than 3,300 and not more than 10,000 persons to monitor for the substances described in subsection (a)(2); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H21F2379E430F40DDA71B36910E1B8884"><enum>(C)</enum><text display-inline="yes-display-inline">subject to paragraph (2) and the availability of appropriations, ensure that only a representative sample of public water systems serving fewer than 3,300 persons are required to monitor for the substances described in subsection (a)(2).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HCEE81CB8D70C47CFB34D183937D86C4F"><enum>(2)</enum><header display-inline="yes-display-inline">Requirement</header><text display-inline="yes-display-inline">If the Administrator determines that there is not sufficient laboratory capacity to carry out the monitoring required under subparagraphs (B) and (C) of paragraph (1), the Administrator may waive the monitoring requirements in those subparagraphs.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1468D623988F4E2B8E1E97C01F9C3B9C"><enum>(3)</enum><header display-inline="yes-display-inline">Funds</header><text display-inline="yes-display-inline">The Administrator shall pay the reasonable cost of such testing and laboratory analysis as is necessary to carry out the monitoring required under subparagraphs (B) and (C) of paragraph (1) usingâ€"</text>

<subparagraph id="H49945139E8A5400B8FA33B417F9BB6F5" commented="no"><enum>(A)</enum><text display-inline="yes-display-inline">funds made available pursuant to subsection (a)(2)(H) or subsection (j)(5) of section 1445 of the Safe Drinking Water Act (42 U.S.C. 300jâ€"4); or</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H63410AA23DD5439C8C663BD2C17EFFC2"><enum>(B)</enum><text display-inline="yes-display-inline">any other funds made available for that purpose.</text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HBF8188FDDE20462E819E57F03A466332" section-type="subsequent-section"><enum>7312.</enum><header display-inline="yes-display-inline">Drinking water state revolving funds</header><text display-inline="no-display-inline">Section 1452 of the Safe Drinking Water Act (42 U.S.C. 300jâ€"12) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB4531FFFE91A4236B617694C847C8725"><enum>(1)</enum><text display-inline="yes-display-inline">in subsection (a)(2), by adding at the end the following:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H1D5BA691C87B47F08005BA1A1CE339C8" style="OLC">

<subparagraph commented="no" display-inline="no-display-inline" id="H56082C3990ED4AE48AA2951418B26992"><enum>(G)</enum><header display-inline="yes-display-inline">Emerging contaminants</header>

<clause commented="no" display-inline="no-display-inline" id="HB040301958B547DEAE4C4FBA164B189F"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-

inline">Notwithstanding any other provision of law and subject to clause (ii), amounts deposited under subsection (t) in a State loan fund established under this section may only be used to provide grants for the purpose of addressing emerging contaminants, with a focus on perfluoroalkyl and polyfluoroalkyl substances.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HB5C04232BB5345318206A6F07B0470C0"><enum>(ii)</enum><header display-inline="yes-display-inline">Requirements</header>

<subclause commented="no" display-inline="no-display-inline" id="H3A946F2A07204A45AC83CB5FAFF7C860"><enum>(I)</enum><header display-inline="yes-display-inline">Small and disadvantaged communities</header><text display-inline="yes-display-inline">Not less than 25 percent of the amounts described in clause (i) shall be used to provide grants toâ€"</text>

<item commented="no" display-inline="no-display-inline" id="HFD5CFE6B874F44B4928193BD4F6022F4"><enum>(aa)</enum><text display-inline="yes-display-inline">disadvantaged communities (as defined in subsection (d)(3)); or</text></item>

<item commented="no" display-inline="no-display-inline" id="H5F569BBB3DCD483385498A9554622FF7"><enum>(bb)</enum><text display-inline="yes-display-inline">public water systems serving fewer than 25,000 persons.</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HA96CC83D79E245E1A0856594F2B2C60D"><enum>(II)</enum><header display-inline="yes-display-inline">Priorities</header><text display-inline="yes-display-inline">In selecting the recipient of a grant using amounts described in clause (i), a State shall use the priorities described in subsection (b)(3)(A).</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H69534391DB60421B9DACA1B0B2D46852"><enum>(iii)</enum><header display-inline="yes-display-inline">No increased bonding authority</header><text display-inline="yes-display-inline">The amounts deposited in the State loan fund of a State under subsection (t) may not be used as a source of payment of, or security for (directly or indirectly), in whole or in part, any obligation the interest on which is exempt from the tax imposed under chapter 1 of the Internal Revenue Code of 1986.</text></clause></subparagraph><after-quoted-block>;</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC31ABD7264FC4265B3334B11D5707CEC"><enum>(2)</enum><text display-inline="yes-display-inline">in subsection (m)(1), in the matter preceding subparagraph (A), by striking <quote>this section</quote> and inserting <quote>this section, except for subsections (a)(2)(G) and (t)</quote>; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H24E1C6DDC9034EFC9322FA01498F1FFD"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H7CB55699EE574270A454FB874BB51D8E" style="OLC">

<subsection commented="no" display-inline="no-display-inline" id="H8AC233E8FFDB4778A997F1BAC9FC293D"><enum>(t)</enum><header display-inline="yes-display-inline">Emerging contaminants</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF602706E47FC4E31B25DA7C7266327CD"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Amounts made available under this subsection shall be allotted to a State as if allotted under subsection (a)(1)(D) as a capitalization grant, for deposit into the State loan fund of the State, for the purposes described in subsection (a)(2)(G).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H75CDC8773FBD4358B8850E73D727AC1F"><enum>(2)</enum><header display-inline="yes-display-inline">Authorization of appropriations</header><text display-inline="yes-display-inline">There is authorized to be appropriated to carry out this subsection $100,000,000 for each of fiscal years 2020 through 2024, to remain available until

expended.</text></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></section></subtitle>

<subtitle id="H3180014AA4B54227AA787A80FFB424C4"><enum>B</enum><header>PFAS Release Disclosure</header>

<section commented="no" display-inline="no-display-inline" id="H9CEBA7D796834310B290592473915EE8" section-type="subsequent-section"><enum>7321.</enum><header display-inline="yes-display-inline">Additions to toxics release inventory</header>

<subsection commented="no" display-inline="no-display-inline" id="H75C86B06FD4949628054A0BBDC9097BB"><enum>(a)</enum><header display-inline="yes-display-inline">Definition of toxics release inventory</header><text display-inline="yes-display-inline">In this section, the term <term>toxics release inventory</term> means the list of toxic chemicals subject to the requirements of section 313(c) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(c)).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H32E6CEABB1824F00B7A68A9C7F356059"><enum>(b)</enum><header display-inline="yes-display-inline">Immediate inclusion</header>

<paragraph commented="no" display-inline="no-display-inline" id="HF1B33A0E03BE4ECD8E4525AB3BEA6F70"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subsection (e), beginning January 1 of the calendar year following the date of enactment of this Act, the following chemicals shall be deemed to be included in the toxics release inventory:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H0E314CE25E3049679EC7E9FB5494405F"><enum>(A)</enum><text display-inline="yes-display-inline">Perfluorooctanoic acid (commonly referred to as <quote>PFOA</quote>) (Chemical Abstracts Service No. 335â€"67â€"1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2403E5A0E982427D9BE58C65EB72FCD1"><enum>(B)</enum><text display-inline="yes-display-inline">The salts associated with the chemical described in subparagraph (A) (Chemical Abstracts Service Nos. 3825â€"26â€"1, 335â€"95â€"5, and 68141â€"02â€"6).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4A8E3D33EB964F8BB2E6A6B8B3000AEB"><enum>(C)</enum><text display-inline="yes-display-inline">Perfluorooctane sulfonic acid (commonly referred to as <quote>PFOS</quote>) (Chemical Abstracts Service No. 1763â€"23â€"1).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA1FB263534DC44C3B930DD50DDA04F55"><enum>(D)</enum><text display-inline="yes-display-inline">The salts associated with the chemical described in subparagraph (C) (Chemical Abstracts Service Nos. 2795â€"39â€"3, 29457â€"72â€"5, 56773â€"42â€"3, 29081â€"56â€"9, and 70225â€"14â€"8).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC4EC5EACFFC74B7CBB3518B1BDE8AF19"><enum>(E)</enum><text display-inline="yes-display-inline">A perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances that isâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H05A3ABC0D3404202B4AE7654350105B2"><enum>(i)</enum><text display-inline="yes-display-inline">listed as an active chemical substance in the February 2019 update to the inventory under section 8(b)(1) of the Toxic Substances Control Act (15 U.S.C. 2607(b)(1)); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0BDEB56B9CC44DFDAC108D57BC89995F"><enum>(ii)</enum><text display-inline="yes-display-inline">on the date of enactment of this Act, subject to the provisions ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H761097C318C74E86BB7DA732F2D2D883"><enum>(I)</enum><text display-inline="yes-

display-inline">section 721.9582 of title 40, Code of Federal Regulations; or</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HA837A7BB89DB4FED890BEFBFF6FE2095"><enum>(II)</enum><text display-inline="yes-display-inline">section 721.10536 of title 40, Code of Federal Regulations.</text></subclause></clause></subparagraph>

<subparagraph id="H1E00CFA2583646358966291476D69F0A" commented="no"><enum>(F)</enum><text display-inline="yes-display-inline">Hexafluoropropylene oxide dimer acid (commonly referred to as <quote>GenX</quote>) (Chemical Abstracts Service No. 13252â€"13â€"6).</text></subparagraph>

<subparagraph id="HE23ED9F7860342D2B9848344CE2C3E91" commented="no"><enum>(G)</enum><text>The compound associated with the chemical described in subparagraph (F) identified by Chemical Abstracts Service No. 62037â€"80â€"3.</text></subparagraph>

<subparagraph id="H7564D2D37AC74DC4AB8FBFBF4F5B1AC6" commented="no"><enum>(H)</enum><text display-inline="yes-display-inline">Perfluorononanoic acid (commonly referred to as <quote>PFNA</quote>) (Chemical Abstracts Service No. 375â€"95â€"1). </text></subparagraph>

<subparagraph id="H75E5909D9D21459EA25C51086C690DA4" commented="no"><enum>(I)</enum><text display-inline="yes-display-inline">Perfluorohexanesulfonic acid (commonly referred to as <quote>PFHxS</quote>) (Chemical Abstracts Service No. 355â€"46â€"4).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H33449F2F3A9F48B3A3B975267AF50B7E"><enum>(2)</enum><header display-inline="yes-display-inline">Threshold for reporting</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H6C7157AB7FF54C00AF2D54967D14A2E4"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), the threshold for reporting the chemicals described in paragraph (1) under section 313 of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023) is 100 pounds.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6543330896FC46CEBADEF26202CDAC70"><enum>(B)</enum><header display-inline="yes-display-inline">Revisions</header><text display-inline="yes-display-inline">Not later than 5 years after the date of enactment of this Act, the Administrator shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H71190C10C72F4684BD98D6D046182228"><enum>(i)</enum><text display-inline="yes-display-inline">determine whether revision of the threshold under subparagraph (A) is warranted for any chemical described in paragraph (1); and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0B964B0C5A2141BE9FD6D21AD17F3E62"><enum>(ii)</enum><text display-inline="yes-display-inline">if the Administrator determines a revision to be warranted under clause (i), initiate a revision under section 313(f)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(f)(2)).</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HDFF55CD35F9C472F907D5DE1296D1245"><enum>(c)</enum><header display-inline="yes-display-inline">Inclusion following assessment</header>

<paragraph commented="no" display-inline="no-display-inline" id="H1E2E210FB15847C09F50F7AE0D5B4703"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header>

<subparagraph id="H7C9C91CA87FC49979AF4B40D00C90486"><enum>(A)</enum><header>Date of inclusion</header><text display-inline="yes-display-inline">Subject to subsection (e), notwithstanding section 313 of the Emergency Planning and Community Right-To-Know Act of 1986, a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances not described in subsection (b)(1) shall be deemed to be included in the toxics release inventory beginning January 1 of the calendar year after

any of the following dates:</text>

<clause id="H48A1094A271143668EC97D63CE230D64" commented="no" display-inline="no-display-inline"><enum>(i)</enum><header display-inline="yes-display-inline">Final toxicity value</header><text display-inline="yes-display-inline">The date on which the Administrator finalizes a toxicity value for the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances.</text></clause>

<clause id="H97B429BB694C453793CBF6AC32E14DCE" commented="no" display-inline="no-display-inline"><enum>(ii)</enum><header display-inline="yes-display-inline">Significant new use rule</header><text display-inline="yes-display-inline">The date on which the Administrator makes a covered determination for the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances.</text></clause>

<clause id="H121CCC6242434049BFCDD44DF05BB1A4" commented="no" display-inline="no-display-inline"><enum>(iii)</enum><header display-inline="yes-display-inline">Addition to existing significant new use rule</header><text display-inline="yes-display-inline">The date on which the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is added to a list of substances covered by a covered determination.</text></clause>

<clause id="H4437E9053E90427E87F64CE9EDEECD18" commented="no" display-inline="no-display-inline"><enum>(iv)</enum><header display-inline="yes-display-inline">Addition as active chemical substance</header><text display-inline="yes-display-inline">The date on which the perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances to which a covered determination applies isâ€"</text>

<subclause id="H1E7C29A88CEA4AEAA561D2BEF56AF0F4" commented="no"><enum>(I)</enum><text display-inline="yes-display-inline">added to the list published under paragraph (1) of section 8(b) of the Toxic Substances Control Act and designated as an active chemical substance under paragraph (5)(A) of such section; or</text></subclause>

<subclause id="HE2D8146D77D74D26911711902CCCF984" commented="no"><enum>(II)</enum><text>designated as an active chemical substance on such list under paragraph (5)(B) of such section.</text></subclause></clause></subparagraph>

<subparagraph id="HCF8794CF478541F0AA835AAF68518BC9" commented="no"><enum>(B)</enum><header>Covered determination</header><text display-inline="yes-display-inline">For purposes of this paragraph, a covered determination is a determination made, by rule, under section 5(a)(2) of the Toxic Substances Control Act that a use of a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is a significant new use (except such a determination made in connection with a determination described in section 5(a)(3)(B) or section 5(a)(3)(C) of such Act).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD4C53FD6E1DD43BE97975A5B820380DB"><enum>(2)</enum><header display-inline="yes-display-inline">Threshold for reporting</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HC646509D5A584450972434AD56D6F3AA"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Subject to subparagraph (B), notwithstanding subsection (f)(1) of section 313 of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023), the threshold for reporting under such section 313 the substances and classes of substances included in the toxics release inventory under paragraph (1) is 100 pounds.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H52DE938E98704CCB81C56CB01A295456"><enum>(B)</enum><header display-inline="yes-display-inline">Revisions</header><text display-inline="yes-display-inline">Not later than 5 years after the date on which a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances is included in the toxics release inventory under paragraph (1), the Administrator shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HAC66BC43AB934151BBE127F50D20DE31"><enum>(i)</enum><text display-inline="yes-display-inline">determine whether revision of the threshold under subparagraph (A) is warranted for the substance or class of substances; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HA172D1AD40FB4D0D81D994BB584069C7"><enum>(ii)</enum><text display-inline="yes-display-inline">if the Administrator determines a revision to be warranted under clause (i), initiate a revision under section 313(f)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(f)(2)).</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H6742E751F3E34CE89B1F37F39D93FB31"><enum>(d)</enum><header display-inline="yes-display-inline">Inclusion following determination</header>

<paragraph commented="no" display-inline="no-display-inline" id="HE0246601249746D2BD7D7FAF4FFB9D0E"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 2 years after the date of enactment of this Act, the Administrator shall determine whether the substances and classes of substances described in paragraph (2) meet any one of the criteria described in section 313(d)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(d)(2)) for inclusion in the toxics release inventory.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H28F281DDBF7E43908BC49BE381490709"><enum>(2)</enum><header display-inline="yes-display-inline">Substances described</header><text display-inline="yes-display-inline">The substances and classes of substances referred to in paragraph (1) are perfluoroalkyl and polyfluoroalkyl substances and classes of perfluoroalkyl and polyfluoroalkyl substances not described in subsection (b)(1), includingâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H422476D2DE0D4D11BE71E012B359A95E"><enum>(A)</enum><text display-inline="yes-display-inline">perfluoro[(2-pentafluoroethoxy-ethoxy)acetic acid] ammonium salt (Chemical Abstracts Service No. 908020â€"52â€"0);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H24BBCE9D6D334284816B9A6E8E22658E"><enum>(B)</enum><text display-inline="yes-display-inline">2,3,3,3-tetrafluoro 2â€"(1,1,2,3,3,3-hexafluoro)â€"2â€"(trifluoromethoxy) propanoyl fluoride (Chemical Abstracts Service No. 2479â€"75â€"6);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDEF3715AA0784B0A93FEDFD0A8AA1068"><enum>(C)</enum><text display-inline="yes-display-inline">2,3,3,3-tetrafluoro 2â€"(1,1,2,3,3,3-hexafluoro)â€"2â€"(trifluoromethoxy) propionic acid (Chemical Abstracts Service No. 2479â€"73â€"4);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H6361AC4318DC441E8F621CA76BF2977F"><enum>(D)</enum><text display-inline="yes-display-inline">3H-perfluoro-3-[(3-methoxy-propoxy) propanoic acid] (Chemical Abstracts Service No. 919005â€"14â€"4);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD7C8F0114B174BF286CFB2F6CD05BB75"><enum>(E)</enum><text display-inline="yes-display-inline">the salts associated with the chemical described in subparagraph (D) (Chemical Abstracts Service Nos. 958445â€"44â€"8, 1087271â€"46â€"2, and NOCAS 892452);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB2E6C3BECEBB44169126D8A59D4D3480"><enum>(F)</enum><text display-inline="yes-display-inline">1-octanesulfonic acid 3,3,4,4,5,5,6,6,7,7,8,8-tridecafluoro-potassium salt (Chemical Abstracts Service No. 59587â€"38â€"1);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC6E4975DFA2F4467AD7EB0BA368F8316"><enum>(G)</enum><text display-inline="yes-display-inline">perfluorobutanesulfonic acid (Chemical Abstracts Service No. 375â€"73â€"5);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDFE2E114B1B54F7F90AF0E24C8302833"><enum>(H)</enum><text display-inline="yes-display-inline">1â€"Butanesulfonic acid, 1,1,2,2,3,3,4,4,4-nonafluoro-potassium salt (Chemical Abstracts Service No. 29420â€"49â€"3);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HE6EF7C7ACE934761B1B0A8250203E200"><enum>(I)</enum><text display-inline="yes-display-inline">the component associated with the chemical described in subparagraph (H) (Chemical Abstracts Service No. 45187â€"15â€"3);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HFCBC0536374F4DD69A7C38C851CCE2BB"><enum>(J)</enum><text display-inline="yes-display-inline">heptafluorobutyric acid (Chemical Abstracts Service No. 375â€"22â€"4);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8BEDF78DC79A4AA1B70BC83496E07D73"><enum>(K)</enum><text display-inline="yes-display-inline">perfluorohexanoic acid (Chemical Abstracts Service No. 307â€"24â€"4);</text></subparagraph>

<subparagraph id="HC348295404D34AAC886200877B6C8275" commented="no"><enum>(L)</enum><text display-inline="yes-display-inline">the compound associated with the chemical described in subsection (b)(1)(F) identified by Chemical Abstracts Service No. 2062â€"98â€"8;</text></subparagraph>

<subparagraph id="H67A1B9DBF14743D580F948706F9775D8"><enum>(M)</enum><text display-inline="yes-display-inline">perfluoroheptanoic acid (commonly referred to as <quote>PFHpA</quote>) (Chemical Abstracts Service No. 375â€"85â€"9);</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA17F6104691C49F49EAC07CBD0BFE226"><enum>(N)</enum><text display-inline="yes-display-inline">each perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances for which a method to measure levels in drinking water has been validated by the Administrator; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HDFCBB69B97004FC1A5B880CCD1CA7074"><enum>(O)</enum><text display-inline="yes-display-inline">a perfluoroalkyl and polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances other than the chemicals described in subparagraphs (A) through (N) that is used to manufacture fluorinated polymers, as determined by the Administrator.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1743F9E4B54943B89E70981A177EA4B5"><enum>(3)</enum><header display-inline="yes-display-inline">Addition to toxics release inventory</header><text display-inline="yes-display-inline">Subject to subsection (e), if the Administrator determines under paragraph (1) that a substance or a class of substances described in paragraph (2) meets any one of the criteria described in section 313(d)(2) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(d)(2)), the Administrator shall revise the toxics release inventory in accordance with such section 313(d) to include that substance or class of substances not later than 2 years after the date on which the Administrator makes the determination.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H746D4AC9D16D4ADF9E797C89D5F3D396"><enum>(e)</enum><header display-inline="yes-display-inline">Confidential business information</header>

<paragraph commented="no" display-inline="no-display-inline" id="H40CF053F4085472B9D1D5A03F7F8110D"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Prior to including on the toxics release inventory pursuant to subsection (b)(1), (c)(1), or (d)(3) any perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances the chemical identity of which is subject to a claim of a person of protection from disclosure under subsection (a) of section 552 of title 5, United States Code, pursuant to subsection (b)(4) of that section, the Administrator shallâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HDB3A79841D0A474BAACE78EAC61CDCC5"><enum>(A)</enum><text display-inline="yes-display-inline">review any such claim of protection from disclosure; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H39DE57722784426A92BA9B18F161BB50"><enum>(B)</enum><text display-inline="yes-

display-inline">require that person to reassert and substantiate or resubstantiate that claim in accordance with section 14(f) of the Toxic Substances Control Act (15 U.S.C. 2613(f)).</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H26C4FC3B2D0B4CB4B3CC9E363BFEBF20"><enum>(2)</enum><header display-inline="yes-display-inline">Nondisclosure of protection information</header><text display-inline="yes-display-inline">If the Administrator determines that the chemical identity of a perfluoroalkyl or polyfluoroalkyl substance or class of perfluoroalkyl or polyfluoroalkyl substances qualifies for protection from disclosure pursuant to paragraph (1), the Administrator shall include the substance or class of substances, as applicable, on the toxics release inventory in a manner that does not disclose the protected information.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H0408773364534B729C0D8E609343CBBC"><enum>(f)</enum><header display-inline="yes-display-inline">Emergency Planning and Community Right-To-Know Act of 1986</header><text display-inline="yes-display-inline">Section 313(c) of the Emergency Planning and Community Right-To-Know Act of 1986 (42 U.S.C. 11023(c)) is amendedâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB69254F54F314760A5BFACC9E9BB0D17"><enum>(1)</enum><text display-inline="yes-display-inline">by striking the period at the end and inserting <quote>; and</quote>;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H931A06A3569B41D7961A1EC3694D4C3C"><enum>(2)</enum><text display-inline="yes-display-inline">by striking <quote>are those chemicals</quote> and inserting the following: â€œareâ€"</text>

<quoted-block display-inline="no-display-inline" id="H25FFCDAE0EEC4B07AA37DD3FEF59F0E3" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HC246C7E8C2B343D0B6CD8B07D1A1CE95"><enum>(1)</enum><text display-inline="yes-display-inline">the chemicals</text></paragraph><after-quoted-block>; and</after-quoted-block></quoted-block></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1EF780CA991C4431B050B07BE5548D15"><enum>(3)</enum><text display-inline="yes-display-inline">by adding at the end the following:</text>

<quoted-block act-name="" display-inline="no-display-inline" id="H37D662D4E244445991BDE1AA3C1DE84B" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="HDFC83E3E1F66473391157C9536708264"><enum>(2)</enum><text display-inline="yes-display-inline">the chemicals included on such list under subsections (b)(1), (c)(1), and (d)(3) of section 7321 of the <short-title>PFAS Act of 2019</short-title>.</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection></section></subtitle>

<subtitle id="H25F76D5A3E124FB08C879826CA7EB741"><enum>C</enum><header>USGS Performance Standard</header>

<section commented="no" display-inline="no-display-inline" id="H7BED045F594B4EA0BC2410D6603EBB60" section-type="subsequent-section"><enum>7331.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline" id="H375385819A6147D7B55F9665A8CCAEB9"><enum>(1)</enum><header display-inline="yes-display-inline">Director</header><text display-inline="yes-display-inline">The term <term>Director</term> means the Director of the United States Geological Survey.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1C38417A389240FB8BFA64E95AECE552"><enum>(2)</enum><header display-inline="yes-display-inline">Highly fluorinated compound</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H179FC1A33E6E41398384C2F04B9DE63D"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The term <term>highly fluorinated compound</term> means a perfluoroalkyl substance or a polyfluoroalkyl substance with at least one fully fluorinated carbon atom.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7993ADB3779641DCA69E04958ADC6737"><enum>(B)</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="yes-display-inline">In this paragraph:</text>

<clause commented="no" display-inline="no-display-inline" id="H0C76D4F15D3D46469F4E00FD6580C340"><enum>(i)</enum><header display-inline="yes-display-inline">Fully fluorinated carbon atom</header><text display-inline="yes-display-inline">The term <term>fully fluorinated carbon atom</term> means a carbon atom on which all the hydrogen substituents have been replaced by fluorine.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H075044FC35A14D05AC4D68810CF97148"><enum>(ii)</enum><header display-inline="yes-display-inline">Perfluoroalkyl substance</header><text display-inline="yes-display-inline">The term <term>perfluoroalkyl substance</term> means a chemical of which all of the carbon atoms are fully fluorinated carbon atoms.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H04A99E3261FB49A4B25FD4A1F66F01AD"><enum>(iii)</enum><header display-inline="yes-display-inline">Polyfluoroalkyl substance</header><text display-inline="yes-display-inline">The term <term>polyfluoroalkyl substance</term> means a chemical containing at least one fully fluorinated carbon atom and at least one carbon atom that is not a fully fluorinated carbon atom.</text></clause></subparagraph></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H7067C8CB4F90412FB00227CA4489C95B" section-type="subsequent-section"><enum>7332.</enum><header display-inline="yes-display-inline">Performance standard for the detection of highly fluorinated compounds</header>

<subsection commented="no" display-inline="no-display-inline" id="HBABEB21EDF694FDD974A21EE17E64894"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Director, in consultation with the Administrator, shall establish a performance standard for the detection of highly fluorinated compounds.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HCD3068E22AF54A40AEFC9AD27ABDA9A8"><enum>(b)</enum><header display-inline="yes-display-inline">Emphasis</header>

<paragraph commented="no" display-inline="no-display-inline" id="H8D312EDC23C44C8D861EDC225E48F2B4"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">In developing the performance standard under subsection (a), the Director shall emphasize the ability to detect as many highly fluorinated compounds present in the environment as possible using validated analytical methods thatâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H569BCCCD0DCF44A384EB737879EFB795"><enum>(A)</enum><text display-inline="yes-display-inline">achieve limits of quantitation (as defined in the document of the United States Geological Survey entitled <quote>Analytical Methods for Chemical Analysis of Geologic and Other Materials, U.S. Geological Survey</quote> and dated 2002); and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HBA11517B2919407E859C9EBA3C892E4B"><enum>(B)</enum><text display-inline="yes-display-inline">are as sensitive as is feasible and practicable.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HA248DD4E651F4CD9B821C2DFB2C8AE48"><enum>(2)</enum><header display-inline="yes-display-inline">Requirement</header><text display-inline="yes-display-inline">In developing the performance standard under subsection (a), the Director mayâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HEEBC897CC5DF49D889D4EE6F0B396D04"><enum>(A)</enum><text display-inline="yes-display-inline">develop quality assurance and quality control measures to ensure accurate sampling and testing;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H86482869196B40D4A4E12AAE494B852B"><enum>(B)</enum><text display-inline="yes-display-inline">develop a training program with respect to the appropriate method of sample collection and analysis of highly fluorinated compounds; and</text></subparagraph>

<subparagraph id="H8879B1E13E16401286A8B9A691428686"><enum>(C)</enum><text>coordinate as necessary with the Administrator, including, if appropriate, to develop methods to detect individual and different highly fluorinated compounds simultaneously. </text></subparagraph></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H1F0CC1E0897146AA89CBBEAF8519BB9D" section-type="subsequent-section"><enum>7333.</enum><header display-inline="yes-display-inline">Nationwide sampling</header>

<subsection commented="no" display-inline="no-display-inline" id="HEA13841349B64915BF7835DA9705CC2A"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Director shall carry out a nationwide sampling to determine the concentration of highly fluorinated compounds in estuaries, lakes, streams, springs, wells, wetlands, rivers, aquifers, and soil using the performance standard developed under section 7332(a).</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HD8E625ED9334446F8A7FBE34A91EAB1A"><enum>(b)</enum><header display-inline="yes-display-inline">Requirements</header><text display-inline="yes-display-inline">In carrying out the sampling under subsection (a), the Director shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H8608FFA690B84A919B5A16B0254B24D3"><enum>(1)</enum><text display-inline="yes-display-inline">first carry out the sampling at sources of drinking water near locations with known or suspected releases of highly fluorinated compounds;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H50E8C9F271D64F04BA6E8C5DA68A2F75"><enum>(2)</enum><text display-inline="yes-display-inline">when carrying out sampling of sources of drinking water under paragraph (1), carry out the sampling prior to and, at the request of the Administrator, after any treatment of the water;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HFE3C17BB3BDC417891405EC89CD58A3D"><enum>(3)</enum><text display-inline="yes-display-inline">survey for ecological exposure to highly fluorinated compounds, with a priority in determining direct human exposure through drinking water; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HED7FEE326A68489DA4A5A3F51892319E"><enum>(4)</enum><text display-inline="yes-display-inline">consult withâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HBFDAF720BE5C44389CAF89361D421310"><enum>(A)</enum><text display-inline="yes-display-inline">States to determine areas that are a priority for sampling; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H72CB327CEA96403DBE564536984B214C"><enum>(B)</enum><text display-inline="yes-display-inline">the Administratorâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HC46ED83B93394361A1419B09B373888D"><enum>(i)</enum><text display-inline="yes-display-inline">to enhance coverage of the sampling; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HE59386CC0331424EB3FE89793A9686C9"><enum>(ii)</enum><text display-inline="yes-

display-inline">to avoid unnecessary duplication.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H94735AE6C44442D4A3446787F6A0F134"><enum>(c)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 120 days after the completion of the sampling under subsection (a), the Director shall prepare a report describing the results of the sampling and submit the report toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H1D6AE71AB8634762A31BCE30C053B058"><enum>(1)</enum><text display-inline="yes-display-inline">the Committee on Environment and Public Works and the Committee on Energy and Natural Resources of the Senate;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H638FEF5896D1418F8EB21F94153D2486"><enum>(2)</enum><text display-inline="yes-display-inline">the Committee on Energy and Commerce and the Committee on Natural Resources of the House of Representatives;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8ED14F86C1B54527A10FF3350BD81D89"><enum>(3)</enum><text display-inline="yes-display-inline">the Senators of each State in which the Director carried out the sampling; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD2EB3E64D2494E10B18C68F99F288DE3"><enum>(4)</enum><text display-inline="yes-display-inline">each Member of the House of Representatives who represents a district in which the Director carried out the sampling.</text></paragraph></subsection></section>

<section commented="no" display-inline="no-display-inline" id="HA975B0963CCC49D9A09FB5B5F986402B" section-type="subsequent-section"><enum>7334.</enum><header display-inline="yes-display-inline">Data usage</header>

<subsection commented="no" display-inline="no-display-inline" id="H23C1A4807FBF459EB1F16ECB2DADF22A"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Director shall provide the sampling data collected under section 7333 toâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H54124FF91B554686878606F5BDB08641"><enum>(1)</enum><text display-inline="yes-display-inline">the Administrator; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB3B70F9FFE5246B7A73E350E45DD53C3"><enum>(2)</enum><text display-inline="yes-display-inline">other Federal and State regulatory agencies on request.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H60ED92C196ED457E8944F9E65C1A4913"><enum>(b)</enum><header display-inline="yes-display-inline">Usage</header><text display-inline="yes-display-inline">The sampling data provided under subsection (a) shall be used to inform and enhance assessments of exposure, likely health and environmental impacts, and remediation priorities.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H3A850A2A455543CF8DD5376535F85BFA" section-type="subsequent-section"><enum>7335.</enum><header display-inline="yes-display-inline">Collaboration</header><text display-inline="no-display-inline">In carrying out this subtitle, the Director shall collaborate withâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H6B722D761E2E41CDB01E9AAD24DBBD2B"><enum>(1)</enum><text display-inline="yes-display-inline">appropriate Federal and State regulators;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HF25657CDA3874706A04F06A4DC0954AC"><enum>(2)</enum><text display-inline="yes-display-inline">institutions of higher education;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H296C40EF242E4B20A469D351D00D8CE1"><enum>(3)</enum><text display-inline="yes-display-inline">research institutions; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H28612415399A4BF9A180ED4FF87474E6"><enum>(4)</enum><text display-inline="yes-display-inline">other expert stakeholders.</text></paragraph></section></subtitle>

<subtitle id="HF8B60576203842E2BBD1B0151431A5F2"><enum>D</enum><header>Emerging Contaminants</header>

<section commented="no" display-inline="no-display-inline" id="HCAB87C64E9294BAF9E0DA2BC9EFB8E8D" section-type="subsequent-section"><enum>7341.</enum><header display-inline="yes-display-inline">Definitions</header><text display-inline="no-display-inline">In this subtitle:</text>

<paragraph commented="no" display-inline="no-display-inline" id="HCD963959B5BB4DE89AB0496A513677AF"><enum>(1)</enum><header display-inline="yes-display-inline">Contaminant</header><text display-inline="yes-display-inline">The term <term>contaminant</term> means any physical, chemical, biological, or radiological substance or matter in water.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8D05334A1F374C359BC901429B56ECF8"><enum>(2)</enum><header display-inline="yes-display-inline">Contaminant of emerging concern; emerging contaminant</header><text display-inline="yes-display-inline">The terms <term>contaminant of emerging concern</term> and <term>emerging contaminant</term> mean a contaminantâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HB8FA420D079C4684B9A5F3F2A60BDBBA"><enum>(A)</enum><text display-inline="yes-display-inline">for which the Administrator has not promulgated a national primary drinking water regulation; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD8355C8D203D48A69EE20423CC40274C"><enum>(B)</enum><text display-inline="yes-display-inline">that may have an adverse effect on the health of individuals.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HDEDF0F6F78C84BE5BC5DF5E5110DF34C"><enum>(3)</enum><header display-inline="yes-display-inline">Federal research strategy</header><text display-inline="yes-display-inline">The term <term>Federal research strategy</term> means the coordinated cross-agency plan for addressing critical research gaps related to detecting, assessing exposure to, and identifying the adverse health effects of emerging contaminants in drinking water developed by the Office of Science and Technology Policy in response to the report of the Committee on Appropriations of the Senate accompanying S. 1662 of the 115th Congress (S. Rept. 115â€"139).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H8A3C782556B84DE1A2A3B598CB0F832A"><enum>(4)</enum><header display-inline="yes-display-inline">Technical assistance and support</header><text display-inline="yes-display-inline">The term <term>technical assistance and support</term> includesâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HEF82A3DC2AE046CA878F79290ED0A963"><enum>(A)</enum><text display-inline="yes-display-inline">assistance withâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H022A1679E1E1470DBDCEEE21B692FED8"><enum>(i)</enum><text display-inline="yes-display-inline">identifying appropriate analytical methods for the detection of contaminants;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H313F6FC3B76B418AA282A18727A604EC"><enum>(ii)</enum><text display-inline="yes-display-inline">understanding the strengths and limitations of the analytical methods described in clause (i);</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H12F2D6FD2C154CCFA846DE80D11AA1CF"><enum>(iii)</enum><text display-inline="yes-

display-inline">troubleshooting the analytical methods described in clause (i);</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1F953859F38240959733F64428A35E07"><enum>(B)</enum><text display-inline="yes-display-inline">providing advice on laboratory certification program elements;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H0B40FE05B7CF4DD09D3BBEDB095463F7"><enum>(C)</enum><text display-inline="yes-display-inline">interpreting sample analysis results;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD0CFEB0031764E2FA1DE0F4552ECB68B"><enum>(D)</enum><text display-inline="yes-display-inline">providing training with respect to proper analytical techniques;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H797D6E6E393C4F2FA3A8429B307554BC"><enum>(E)</enum><text display-inline="yes-display-inline">identifying appropriate technology for the treatment of contaminants; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H30539C85F6A64457A1A87BB3B92B1128"><enum>(F)</enum><text display-inline="yes-display-inline">analyzing samples, ifâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H1ADF537F93904E1D9F4E2B1100397E0C"><enum>(i)</enum><text display-inline="yes-display-inline">the analysis cannot be otherwise obtained in a practicable manner otherwise; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD7867DE757704F178133A26168EBD998"><enum>(ii)</enum><text display-inline="yes-display-inline">the capability and capacity to perform the analysis is available at a Federal facility.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD47227D5112740808A480711AAB18BB7"><enum>(5)</enum><header display-inline="yes-display-inline">Working Group</header><text display-inline="yes-display-inline">The term <term>Working Group</term> means the Working Group established under section 7342(b)(1).</text></paragraph></section>

<section commented="no" display-inline="no-display-inline" id="H5CC88D1BF3E34192BAFD1BAA3CFBDACE" section-type="subsequent-section"><enum>7342.</enum><header display-inline="yes-display-inline">Research and coordination plan for enhanced response on emerging contaminants</header>

<subsection commented="no" display-inline="no-display-inline" id="H8A3D1DCA22DE4A1AA572C9D706E80E84"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Administrator shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HFFB0C932B1634A379EE83D3D1319B47B"><enum>(1)</enum><text display-inline="yes-display-inline">review Federal effortsâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H851452B2C7CD4B2EB3D30D19E5D60CBF"><enum>(A)</enum><text display-inline="yes-display-inline">to identify, monitor, and assist in the development of treatment methods for emerging contaminants; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB3F94FDA963B40C9B95F6FDCDD77B261"><enum>(B)</enum><text display-inline="yes-display-inline">to assist States in responding to the human health risks posed by contaminants of emerging concern; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H403646C318934384AFCA65F62AA45DF3"><enum>(2)</enum><text display-inline="yes-display-inline">in collaboration with owners and operators of public water systems, States, and other interested stakeholders, establish a strategic plan for improving the Federal efforts referred to in paragraph (1).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H97284233FDFC4780A667B32962D4A076"><enum>(b)</enum><header display-inline="yes-display-inline">Interagency working group on emerging contaminants</header>

<paragraph commented="no" display-inline="no-display-inline" id="HBC0AE00D21C649969F636F93ACB1319B"><enum>(1)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of enactment of this Act, the Administrator and the Secretary of Health and Human Services shall jointly establish a Working Group to coordinate the activities of the Federal Government to identify and analyze the public health effects of drinking water contaminants of emerging concern.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB049ED3416E34BB3A35B793C50B24A75"><enum>(2)</enum><header display-inline="yes-display-inline">Membership</header><text display-inline="yes-display-inline">The Working Group shall include representatives of the following:</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H016ED02AAEB7404F8F59EEB6D06B4F54"><enum>(A)</enum><text display-inline="yes-display-inline">The Environmental Protection Agency, appointed by the Administrator.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H11B59367315040B7A88AFD7C0744D2CE"><enum>(B)</enum><text display-inline="yes-display-inline">The following agencies, appointed by the Secretary of Health and Human Services:</text>

<clause commented="no" display-inline="no-display-inline" id="HD8C8EB7B795E472BB0D7540B1BC02A1F"><enum>(i)</enum><text display-inline="yes-display-inline">The National Institutes of Health.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H484F806ED8DF4A8183C3ED2032024BAD"><enum>(ii)</enum><text display-inline="yes-display-inline">The Centers for Disease Control and Prevention.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1F7307D23F764EC683EDD11408480FA3"><enum>(iii)</enum><text display-inline="yes-display-inline">The Agency for Toxic Substances and Disease Registry.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HC25AD0B4805A46F2A23B822849A66E1F"><enum>(C)</enum><text display-inline="yes-display-inline">The United States Geological Survey, appointed by the Secretary of the Interior.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H23BBDCC8CC154DA69648E34617C45337"><enum>(D)</enum><text display-inline="yes-display-inline">Any other Federal agency the assistance of which the Administrator determines to be necessary to carry out this subsection, appointed by the head of the respective agency.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC395BA06CD3142E4826D27C4A4DAEC8F"><enum>(3)</enum><header display-inline="yes-display-inline">Existing working group</header><text display-inline="yes-display-inline">The Administrator may expand or modify the duties of an existing working group to perform the duties of the Working Group under this subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HFFD9B6656F1F4F44AF0B024F0CC70474"><enum>(c)</enum><header display-inline="yes-display-inline">National Emerging Contaminant Research Initiative</header>

<paragraph commented="no" display-inline="no-display-inline" id="H2055E2CAD78C4BE9B4DBE8F111FB4D1B"><enum>(1)</enum><header display-inline="yes-display-inline">Federal research strategy</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HE45AA1D4D2414B2A8266AE1D26932292"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 180 days after the date of enactment of this Act, the Director of the Office of Science and Technology Policy (referred to in this subsection as the

<quote>Director</quote>) shall coordinate with the heads of the agencies described in subparagraph (C) to establish a research initiative, to be known as the <quote>National Emerging Contaminant Research Initiative</quote>, that shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H303165822F9D42D4A0FEBB0FFACB9C4C"><enum>(i)</enum><text display-inline="yes-display-inline">use the Federal research strategy to improve the identification, analysis, monitoring, and treatment methods of contaminants of emerging concern; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HABB4065ABE9846B6B5BC152C26EC1B7C"><enum>(ii)</enum><text display-inline="yes-display-inline">develop any necessary program, policy, or budget to support the implementation of the Federal research strategy, including mechanisms for joint agency review of research proposals, for interagency cofunding of research activities, and for information sharing across agencies.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1081FDB28B7046688EBF924DC9CD81ED"><enum>(B)</enum><header display-inline="yes-display-inline">Research on emerging contaminants</header><text display-inline="yes-display-inline">In carrying out subparagraph (A), the Director shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H4F33D4AF4ECD40E3A0C260EC0DEBC761"><enum>(i)</enum><text display-inline="yes-display-inline">take into consideration consensus conclusions from peer-reviewed, pertinent research on emerging contaminants; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H8DE803A4FE674F7C9B9623A92203EE59"><enum>(ii)</enum><text display-inline="yes-display-inline">in consultation with the Administrator, identify priority emerging contaminants for research emphasis.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H054A28AC43D342BB996DCAB3E0293A32"><enum>(C)</enum><header display-inline="yes-display-inline">Federal participation</header><text display-inline="yes-display-inline">The agencies referred to in subparagraph (A) includeâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H6C877FD9C76C42D3AC3679537434E4B6"><enum>(i)</enum><text display-inline="yes-display-inline">the National Science Foundation;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H4ADB60194BCB4014A54F8BA21A6D3532"><enum>(ii)</enum><text display-inline="yes-display-inline">the National Institutes of Health;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HDD3D9946044D4AF69B85CF1940843AFF"><enum>(iii)</enum><text display-inline="yes-display-inline">the Environmental Protection Agency;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H36A63A8FEEC4475EA9EF3D0CA0B1D5A8"><enum>(iv)</enum><text display-inline="yes-display-inline">the National Institute of Standards and Technology;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H4FB2CB8130FA427E8CE93AD0DBFDD930"><enum>(v)</enum><text display-inline="yes-display-inline">the United States Geological Survey; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H0FF1B6CA4F6E499AB4FD0F93A80D4CC8"><enum>(vi)</enum><text display-inline="yes-display-inline">any other Federal agency that contributes to research in water quality, environmental exposures, and public health, as determined by the Director.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8EB038885D934FAFBF19AE84AE38F933"><enum>(D)</enum><header display-inline="yes-display-inline">Participation from additional entities</header><text display-inline="yes-display-inline">In carrying out subparagraph (A), the Director shall consult with nongovernmental organizations, State and local governments, and science and research institutions determined by the Director to have scientific or material interest in the National Emerging Contaminant Research Initiative.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H69C307FEAA2D422A955500E0A79C329C"><enum>(2)</enum><header display-inline="yes-display-inline">Implementation of research recommendations</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H7BAB2564F56747B1BEA86E8C35D7C3D9"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 1 year after the date on which the Director and heads of the agencies described in paragraph (1)(C) establish the National Emerging Contaminant Research Initiative under paragraph (1)(A), the head of each agency described in paragraph (1)(C) shallâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HF6D970F28FAC49EB99F47EEB39482FF2"><enum>(i)</enum><text display-inline="yes-display-inline">issue a solicitation for research proposals consistent with the Federal research strategy and that agencyâ€™s mission; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H2D2D7862AF234DB9BD5EC2EE334189A1"><enum>(ii)</enum><text display-inline="yes-display-inline">make grants to applicants that submit research proposals consistent with the Federal research strategy and in accordance with subparagraph (B).</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H1D49CD53AA2049E484361B602F665311"><enum>(B)</enum><header display-inline="yes-display-inline">Selection of research proposals</header><text display-inline="yes-display-inline">The head of each agency described in paragraph (1)(C) shall select research proposals to receive grants under this paragraph on the basis of merit, using criteria identified by the head of each such agency, including the likelihood that the proposed research will result in significant progress toward achieving the objectives identified in the Federal research strategy.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H48260A5E3CAB41CC80F7C149280857FD"><enum>(C)</enum><header display-inline="yes-display-inline">Eligible entities</header><text display-inline="yes-display-inline">Any entity or group of 2 or more entities may submit to the head of each agency described in paragraph (1)(C) a research proposal in response to the solicitation for research proposals described in subparagraph (A)(i), including, consistent with that agencyâ€™s grant policiesâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H33F10E8FBDC3452D8E6A3D9C3EC2FAA3"><enum>(i)</enum><text display-inline="yes-display-inline">State and local agencies;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HD6E3894FE88A4F19BDC81955243395EC"><enum>(ii)</enum><text display-inline="yes-display-inline">public institutions, including public institutions of higher education;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5340A7389EE341F2B492821F09C127A6"><enum>(iii)</enum><text display-inline="yes-display-inline">private corporations; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HACA4E99FEA454C42A549F6059563C484"><enum>(iv)</enum><text display-inline="yes-display-inline">nonprofit organizations.</text></clause></subparagraph></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H208FD0F92BDE43C7BF85C6C4531BCE1E"><enum>(d)</enum><header display-inline="yes-display-inline">Federal technical assistance and support for States</header>

<paragraph commented="no" display-inline="no-display-inline" id="HFF8C105156704EB38AB90279DD363B6B"><enum>(1)</enum><header display-inline="yes-display-inline">Study</header>

<subparagraph commented="no" display-inline="no-display-inline" id="HE8E4ACFCD3C14A54B69E66DFF32D0006"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 1 year after the date of enactment of this Act, the Administrator shall conduct a study on actions the Administrator can take to increase technical assistance and

support for States with respect to emerging contaminants in drinking water samples.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HD87BB099B4864F248E14EE5716224758"><enum>(B)</enum><header display-inline="yes-display-inline">Contents of study</header><text display-inline="yes-display-inline">In carrying out the study described in subparagraph (A), the Administrator shall identifyâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="H143BBD2704524E8CBD5940DC082D1C25"><enum>(i)</enum><text display-inline="yes-display-inline">methods and effective treatment options to increase technical assistance and support with respect to emerging contaminants to States, including identifying opportunities for States to improve communication with various audiences about the risks associated with emerging contaminants;</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H1ED4EBDBF1DC4E9DB6A2DB5FC8D8CD61"><enum>(ii)</enum><text display-inline="yes-display-inline">means to facilitate access to qualified contract testing laboratory facilities that conduct analyses for emerging contaminants; and</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HC35C60959B2B4681923EE74D13AA36C0"><enum>(iii)</enum><text display-inline="yes-display-inline">actions to be carried out at existing Federal laboratory facilities, including the research facilities of the Administrator, to provide technical assistance and support for States that require testing facilities for emerging contaminants.</text></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H30B145E6A53646EF96BE0038851A4315"><enum>(C)</enum><header display-inline="yes-display-inline">Availability of analytical resources</header><text display-inline="yes-display-inline">In carrying out the study described in subparagraph (A), the Administrator shall considerâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HE4D7A3AF695645CBA57BB1A924B72B03"><enum>(i)</enum><text display-inline="yes-display-inline">the availability ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H5149BB07795146D6B64250AE372194EB"><enum>(I)</enum><text display-inline="yes-display-inline">Federal and non-Federal laboratory capacity; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H0224E2269FDF4A4DB750166551615264"><enum>(II)</enum><text display-inline="yes-display-inline">validated methods to detect and analyze contaminants; and</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="HC75B24F5B1DE4AF6A5AE844762F33251"><enum>(ii)</enum><text display-inline="yes-display-inline">other factors determined to be appropriate by the Administrator.</text></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H73829AEA382A46BD806E45D3BF7E7E94"><enum>(2)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not later than 18 months after the date of enactment of this Act, the Administrator shall submit to Congress a report describing the results of the study described in paragraph (1).</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H61ED1418EEC24EADA2733A166F3D980D"><enum>(3)</enum><header display-inline="yes-display-inline">Program to provide Federal assistance to States</header>

<subparagraph commented="no" display-inline="no-display-inline" id="H82432DF1AD154C149DA4632103404A12"><enum>(A)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 3 years after the date of enactment of this Act, based on the findings in the report described in paragraph (2), the Administrator shall develop a program to provide technical assistance and support to eligible States for the testing and analysis of emerging contaminants.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H8E54024809784A55B7A5316CD439B15C"><enum>(B)</enum><header display-inline="yes-display-inline">Application</header>

<clause commented="no" display-inline="no-display-inline" id="H67C3B9CB25DB4AD2AC65D7AF12D8C908"><enum>(i)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">To be eligible for technical assistance and support under this paragraph, a State shall submit to the Administrator an application at such time, in such manner, and containing such information as the Administrator may require.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="H5C8A037C0541497786D4C49F907BD517"><enum>(ii)</enum><header display-inline="yes-display-inline">Criteria</header><text display-inline="yes-display-inline">The Administrator shall evaluate an application for technical assistance and support under this paragraph on the basis of merit using criteria identified by the Administrator, includingâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H0DA9B4EEEDC7423FBA831A94DF16D0BB"><enum>(I)</enum><text display-inline="yes-display-inline">the laboratory facilities available to the State;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H06C77687A21A47648AE5A9C72491580E"><enum>(II)</enum><text display-inline="yes-display-inline">the availability and applicability of existing analytical methodologies;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HB969A5630AE4409EB7CFF53CDDC2E0C3"><enum>(III)</enum><text display-inline="yes-display-inline">the potency and severity of the emerging contaminant, if known; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HB24BB16AEA8C478F9A9911F148CE844F"><enum>(IV)</enum><text display-inline="yes-display-inline">the prevalence and magnitude of the emerging contaminant.</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H72D8726821C741EF9BDCE6473C2E513B"><enum>(iii)</enum><header display-inline="yes-display-inline">Prioritization</header><text display-inline="yes-display-inline">In selecting States to receive technical assistance and support under this paragraph, the Administratorâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="H613404A9831E4C0387542DA348AFA50C"><enum>(I)</enum><text display-inline="yes-display-inline">shall give priority to States with affected areas primarily in financially distressed communities;</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HFCBA100D1AB841E095E77064527CBE13"><enum>(II)</enum><text display-inline="yes-display-inline">mayâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H7A4804C5195F4E0BB81B4CA5DDFE35C0"><enum>(aa)</enum><text display-inline="yes-display-inline">waive the application process in an emergency situation; and</text></item>

<item commented="no" display-inline="no-display-inline" id="HDE92F1737526448A8DF0D4C562578D47"><enum>(bb)</enum><text display-inline="yes-display-inline">require an abbreviated application process for the continuation of work specified in a previously approved application that continues to meet the criteria described in clause (ii); and</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H35482A26DE1445B4B85446FF11B21A2F"><enum>(III)</enum><text display-inline="yes-display-inline">shall consider the relative expertise and availability ofâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H065806EB407B463AAD76012DC5CF2F29"><enum>(aa)</enum><text display-inline="yes-display-inline">Federal and non-Federal laboratory capacity available to the State;</text></item>

<item commented="no" display-inline="no-display-inline" id="H0010B049ECB54532AF7A8DB78E98FABB"><enum>(bb)</enum><text display-inline="yes-display-inline">analytical resources available to the State; and</text></item>

<item commented="no" display-inline="no-display-inline" id="H6786AF3B8C1942ACB0DF59375C14938B"><enum>(cc)</enum><text display-inline="yes-display-inline">other types of technical assistance available to the State.</text></item></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H4FF7B61AD9A54C08ACD5D5099391FDF1"><enum>(C)</enum><header display-inline="yes-display-inline">Database of available resources</header><text display-inline="yes-display-inline">The Administrator shall establish and maintain a database of resources available through the program developed under subparagraph (A) to assist States with testing for emerging contaminants thatâ€"</text>

<clause commented="no" display-inline="no-display-inline" id="HFD6E7CF748FE49DE9FF367E2A44DF286"><enum>(i)</enum><text display-inline="yes-display-inline">isâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HD46D2FC2C5944D389CCD287FCC7FD8E1"><enum>(I)</enum><text display-inline="yes-display-inline">available to States and stakeholder groups determined by the Administrator to have scientific or material interest in emerging contaminants, includingâ€"</text>

<item commented="no" display-inline="no-display-inline" id="H63E91B58A2E9421BA9C0E2724452D4A8"><enum>(aa)</enum><text display-inline="yes-display-inline">drinking water and wastewater utilities;</text></item>

<item commented="no" display-inline="no-display-inline" id="H544E8A64AA16409384250105B0170E44"><enum>(bb)</enum><text display-inline="yes-display-inline">laboratories;</text></item>

<item commented="no" display-inline="no-display-inline" id="H5FFA84C966794980AB77F57AB396DC7F"><enum>(cc)</enum><text display-inline="yes-display-inline">Federal and State emergency responders;</text></item>

<item commented="no" display-inline="no-display-inline" id="H124363031214428C93D0D4B6B8968954"><enum>(dd)</enum><text display-inline="yes-display-inline">State primacy agencies;</text></item>

<item commented="no" display-inline="no-display-inline" id="HBD989841DCC7441E9F8204B853A7E0EB"><enum>(ee)</enum><text display-inline="yes-display-inline">public health agencies; and</text></item>

<item commented="no" display-inline="no-display-inline" id="HF6E9CF3C86E04AFB854DC806A5BE0D6B"><enum>(ff)</enum><text display-inline="yes-display-inline">water associations;</text></item></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HC7E2F94823C04F7399363D701895FA72"><enum>(II)</enum><text display-inline="yes-display-inline">searchable; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="H0EB7FA1F4659485ABA47B2CF9E2ED985"><enum>(III)</enum><text display-inline="yes-display-inline">accessible through the website of the Administrator; and</text></subclause></clause>

<clause commented="no" display-inline="no-display-inline" id="H7DE0F46E2F4342E2BF881C76C098D23B"><enum>(ii)</enum><text display-inline="yes-display-inline">includes a description ofâ€"</text>

<subclause commented="no" display-inline="no-display-inline" id="HB962AF48764F4F5E82A5CB6B206D2B3C"><enum>(I)</enum><text display-inline="yes-display-inline">qualified contract testing laboratory facilities that conduct analyses for emerging contaminants; and</text></subclause>

<subclause commented="no" display-inline="no-display-inline" id="HE1B295B4138E41AEA78734A4A4B67116"><enum>(II)</enum><text display-inline="yes-display-inline">the resources available in Federal laboratory facilities to test for

emerging contaminants.</text></subclause></clause></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H88F80E1CA35C4D04922D9EB3779C5CB2"><enum>(D)</enum><header display-inline="yes-display-inline">Water Contaminant Information Tool</header><text display-inline="yes-display-inline">The Administrator shall integrate the database established under subparagraph (C) into the Water Contaminant Information Tool of the Environmental Protection Agency.</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H88F1EC4A183642B890367676D723F2F1"><enum>(4)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">Of the amounts available to the Administrator, the Administrator may use not more than $15,000,000 in a fiscal year to carry out this subsection.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HC3AF878DFA3A40C5A09EF3CE27D9A3EF"><enum>(e)</enum><header display-inline="yes-display-inline">Report</header><text display-inline="yes-display-inline">Not less frequently than once every 2 years until 2029, the Administrator shall submit to Congress a report that describes the progress made in carrying out this subtitle.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H659F0FC28F9C40E0968F492F8891D3A7"><enum>(f)</enum><header display-inline="yes-display-inline">Effect</header><text display-inline="yes-display-inline">Nothing in this section modifies any obligation of a State, local government, or Indian Tribe with respect to treatment methods for, or testing or monitoring of, drinking water.</text></subsection></section></subtitle>

<subtitle id="H664A33B4BB5C418F9265084FB3B3068C"><enum>E</enum><header>Toxic Substances Control Act</header>

<section id="H8D5383DCF6CF49FA8AF0802952C04FD3" commented="no"><enum>7351.</enum><header>PFAS data call</header><text display-inline="no-display-inline">Section 8(a) of the Toxic Substances Control Act (15 U.S.C. 2607(a)) is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="HC611D037E26C4A2EB395CDD647DD5A75" style="OLC">

<paragraph commented="no" display-inline="no-display-inline" id="H9472605781984B61ABAC403CDE9EE7B5"><enum>(7)</enum><header display-inline="yes-display-inline">PFAS data</header><text display-inline="yes-display-inline">Not later than January 1, 2023, the Administrator shall promulgate a rule in accordance with this subsection requiring each person who has manufactured a chemical substance that is a perfluoroalkyl or polyfluoroalkyl substance in any year since January 1, 2011, to submit to the Administrator a report that includes, for each year since January 1, 2011, the information described in subparagraphs (A) through (G) of paragraph (2).</text></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></section>

<section commented="no" display-inline="no-display-inline" id="HC7F4C0C99C0349D284FE3808F43CC367" section-type="subsequent-section"><enum>7352.</enum><header display-inline="yes-display-inline">Significant new use rule for long-chain PFAS</header><text display-inline="no-display-inline">Not later than June 22, 2020, the Administrator shall take final action on the proposed rule entitled <quote>Long-Chain Perfluoroalkyl Carboxylate and Perfluoroalkyl Sulfonate Chemical Substances; Significant New Use Rule</quote> (80 Fed. Reg. 2885 (January 21, 2015)).</text></section></subtitle>

<subtitle id="H98BEB48371AD4486A76808F004F67BC7"><enum>F</enum><header>Other Matters</header>

<section commented="no" display-inline="no-display-inline" id="HAFADD4CC7CD74732896B7255E5B2B0A6" section-type="subsequent-section"><enum>7361.</enum><header display-inline="yes-display-inline">PFAS destruction and disposal guidance</header>

<subsection commented="no" display-inline="no-display-inline"

id="H0F66FA9A4610452E959329ACC450C5F1"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">Not later than 1 year after the date of enactment of this Act, the Administrator shall publish interim guidance on the destruction and disposal of perfluoroalkyl and polyfluoroalkyl substances and materials containing perfluoroalkyl and polyfluoroalkyl substances, includingâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H3B796453119B4AE7B7E8B1C092B4D878"><enum>(1)</enum><text display-inline="yes-display-inline">aqueous film-forming foam;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H59A84F6D97A34CF5AB2B2D8068AB2F01"><enum>(2)</enum><text display-inline="yes-display-inline">soil and biosolids;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H6EEAE376F41E40D28C0D59B1BD22E813"><enum>(3)</enum><text display-inline="yes-display-inline">textiles, other than consumer goods, treated with perfluoroalkyl and polyfluoroalkyl substances; </text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HD3BB79FAC364468FAB27CCDC66CFF052"><enum>(4)</enum><text display-inline="yes-display-inline">spent filters, membranes, resins, granular carbon, and other waste from water treatment;</text></paragraph>

<paragraph id="H684BEA2E06014D9AA3A6F9126794BC02"><enum>(5)</enum><text display-inline="yes-display-inline">landfill leachate containing perfluoroalkyl and polyfluoroalkyl substances; and</text></paragraph>

<paragraph id="HAB970507BDD742EF887CC7969673B2B7"><enum>(6)</enum><text display-inline="yes-display-inline">solid, liquid, or gas waste streams containing perfluoroalkyl and polyfluoroalkyl substances from facilities manufacturing or using perfluoroalkyl and polyfluoroalkyl substances.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H3111722D90EF45B2AD74FF9DEA1907BC"><enum>(b)</enum><header display-inline="yes-display-inline">Considerations; inclusions</header><text display-inline="yes-display-inline">The interim guidance under subsection (a) shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="H0F32EF551B7C4D24BB89CB9CE06BD5E2"><enum>(1)</enum><text display-inline="yes-display-inline">take into considerationâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="HA88CB99274894EBAB8E96C5E74D9EBAA"><enum>(A)</enum><text display-inline="yes-display-inline">the potential for releases of perfluoroalkyl and polyfluoroalkyl substances during destruction or disposal, including through volatilization, air dispersion, or leachate; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HA3F34569E6304496B3A047B761AB73F4"><enum>(B)</enum><text display-inline="yes-display-inline">potentially vulnerable populations living near likely destruction or disposal sites; and</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H1EFCFBA35E2D4FC1916842DF6A2FB0AF"><enum>(2)</enum><text display-inline="yes-display-inline">provide guidance on testing and monitoring air, effluent, and soil near potential destruction or disposal sites for releases described in paragraph (1)(A).</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H4CF93694AAC0449595D0BB507EDC5422"><enum>(c)</enum><header display-inline="yes-display-inline">Revisions</header><text display-inline="yes-display-inline">The Administrator shall publish revisions to the interim guidance under subsection (a) as the Administrator determines to be appropriate, but not less frequently than once every 3 years.</text></subsection></section>

<section commented="no" display-inline="no-display-inline" id="H3F16FE52F8F24708B34A62613D445620" section-type="subsequent-section"><enum>7362.</enum><header display-inline="yes-display-inline">PFAS research and development</header>

<subsection commented="no" display-inline="no-display-inline" id="H6D74A51BCCBA4AECB69CF8A41D41C584"><enum>(a)</enum><header display-inline="yes-display-inline">In general</header><text display-inline="yes-display-inline">The Administrator, acting through the Assistant Administrator for the Office of Research and Development, shallâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HE7504DD7D7D244019F313789F916432D"><enum>(1)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H93E30CD84F26444E98BA69DB6D1923D5"><enum>(A)</enum><text display-inline="yes-display-inline">further examine the effects of perfluoroalkyl and polyfluoroalkyl substances on human health and the environment; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H64D4F786C9C34901B439FCCB208C89C4" indent="up1"><enum>(B)</enum><text display-inline="yes-display-inline">make publicly available information relating to the findings under subparagraph (A);</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB480E0A578B74E1785D437F182239039"><enum>(2)</enum><text display-inline="yes-display-inline">develop a process for prioritizing which perfluoroalkyl and polyfluoroalkyl substances, or classes of perfluoroalkyl and polyfluoroalkyl substances, should be subject to additional research efforts that is based onâ€"</text>

<subparagraph commented="no" display-inline="no-display-inline" id="H8F85FBD77E73429788EDA245B6E484A8"><enum>(A)</enum><text display-inline="yes-display-inline">the potential for human exposure to the substances or classes of substances;</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HB1789C6B21054651A77D830DB8FCC21F"><enum>(B)</enum><text display-inline="yes-display-inline">the potential toxicity of the substances or classes of substances; and</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="HF97C0C7FC7DA4498BD94DD2EB9D8E603"><enum>(C)</enum><text display-inline="yes-display-inline">information available about the substances or classes of substances;</text></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HC557526BE4794B89B0B9C2322E95E9E1"><enum>(3)</enum><text display-inline="yes-display-inline">develop new tools to characterize and identify perfluoroalkyl and polyfluoroalkyl substances in the environment, including in drinking water, wastewater, surface water, groundwater, solids, and the air;</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H301EC45E734E45E98B8F1008FDCCD303"><enum>(4)</enum><text display-inline="yes-display-inline">evaluate approaches for the remediation of contamination by perfluoroalkyl and polyfluoroalkyl substances in the environment; and</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HB808C356FDA24B0C9961978A5C7FBC8D"><enum>(5)</enum><text display-inline="yes-display-inline">develop and implement new tools and materials to communicate with the public about perfluoroalkyl and polyfluoroalkyl substances.</text></paragraph></subsection>

<subsection commented="no" display-inline="no-display-inline" id="HED3342C64DD9412191035C52F337E459"><enum>(b)</enum><header display-inline="yes-display-inline">Funding</header><text display-inline="yes-display-inline">There is authorized to be appropriated to the Administrator to carry out this section $15,000,000 for each of fiscal years 2020 through 2024.</text></subsection></section></subtitle></title>

<title id="H33AF29B4ED9641448ED12EA47377ABDF"><enum>LXXIV</enum><header>Caesar Syria Civilian Protection Act of 2019</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="H33AF29B4ED9641448ED12EA47377ABDF" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H04E4833126C04369A848EDB8348EE208" level="section">Sec.â€,7401.â€,Short title.</toc-entry>

<toc-entry idref="HE62577A94BBA4722AC5A30A1B230EB90" level="section">Sec.â€,7402.â€,Statement of policy.</toc-entry>

<toc-entry idref="H366930B2C6794A4785E7ABE9E1E870F3" level="subtitle">Subtitle Aâ€"Additional actions in connection with the national emergency with respect to Syria</toc-entry>

<toc-entry idref="H9FB2DBAAE44F4C11A2DA073E7003DC98" level="section">Sec.â€,7411.â€,Measures with respect to Central Bank of Syria.</toc-entry>

<toc-entry idref="H7A06FC45F6F2470BB987E0F21F72790A" level="section">Sec.â€,7412.â€,Sanctions with respect to foreign persons that engage in certain transactions.</toc-entry>

<toc-entry idref="HB222306A99F34122B5817046E608B098" level="section">Sec.â€,7413.â€,Strategy relating to areas of Syria in which civilians are subject to forced displacement.</toc-entry>

<toc-entry idref="HAE7AFBC9AAD445B0AAFE925792B3EA4F" level="subtitle">Subtitle Bâ€"Assistance for the people of Syria</toc-entry>

<toc-entry idref="HA550C301D29F4A55A0AA01AF09782BC2" level="section">Sec.â€,7421.â€,Sense of Congress.</toc-entry>

<toc-entry idref="H292997C509F0400A9FEEDDEC189BE8AB" level="section">Sec.â€,7422.â€,Briefing on monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people.</toc-entry>

<toc-entry idref="H784CA7FAC2564E9CBF5A6F33E07F2A0D" level="section">Sec.â€,7423.â€,Assessment of potential methods to enhance the protection of civilians.</toc-entry>

<toc-entry idref="H02A01FD0E7EF446AA286EA474346DB4A" level="section">Sec.â€,7424.â€,Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011.</toc-entry>

<toc-entry idref="HE071EE92EA184D7B802B4A7A09D77B38" level="section">Sec.â€,7425.â€,Codification of certain services in support of nongovernmental organizationsâ€™ activities authorized.</toc-entry>

<toc-entry idref="H9655FB7E93A74F81A7E02F975A8A86EF" level="section">Sec.â€,7426.â€,Briefing on strategy to facilitate humanitarian assistance.</toc-entry>

<toc-entry idref="HBDF5F1F23FE6486AACC203057652864F" level="subtitle">Subtitle Câ€"General provisions</toc-entry>

<toc-entry idref="HD0C56B8713BD46F7B2A53BE3F3BB6BC2" level="section">Sec.â€,7431.â€,Suspension of sanctions.</toc-entry>

<toc-entry idref="H87CE7EF00D154A64BD9B18557B7B17D4" level="section">Sec.â€,7432.â€,Waivers and exemptions.</toc-entry>

<toc-entry idref="H4BA2C98AAC9E4B87B68A3388E40F25E4" level="section">Sec.â€,7433.â€,Implementation and regulatory authorities.</toc-entry>

<toc-entry idref="HD8FA90056D76462CA7BB669445DB0D09" level="section">Sec.â€,7434.â€,Exception relating to importation of goods.</toc-entry>

<toc-entry idref="H46CC4FE0DED043EAA0432C7BE9DCD210" level="section">Sec.â€,7435.â€,Cost limitation.</toc-entry>

<toc-entry idref="H950F17FA39654B34A7DAFC10D2AC003B" level="section">Sec.â€,7436.â€,Rule of construction.</toc-entry>

<toc-entry idref="HCEDBEA8BCC004C5E983F2016166E7975" level="section">Sec.â€,7437.â€,Prohibition on construction of provisions of this title as an authorization for use of military force.</toc-entry>

<toc-entry idref="H96A668989F0E4F29BA3B62637AC38014" level="section">Sec.â€,7438.â€,Sunset.</toc-entry> </toc>

<section id="H04E4833126C04369A848EDB8348EE208" section-type="subsequent-section"><enum>7401.</enum><header>Short title</header><text display-inline="no-display-inline">This title may be cited as the <quote><short-title>Caesar Syria Civilian Protection Act of 2019</short-title></quote>.</text></section>

<section id="HE62577A94BBA4722AC5A30A1B230EB90"><enum>7402.</enum><header>Statement of policy</header><text display-inline="no-display-inline">It is the policy of the United States that diplomatic and coercive economic means should be utilized to compel the government of Bashar al-Assad to halt its murderous attacks on the Syrian people and to support a transition to a government in Syria that respects the rule of law, human rights, and peaceful co-existence with its neighbors.</text></section>

<subtitle id="H366930B2C6794A4785E7ABE9E1E870F3"><enum>A</enum><header>Additional actions in connection with the national emergency with respect to Syria</header>

<section id="H9FB2DBAAE44F4C11A2DA073E7003DC98"><enum>7411.</enum><header>Measures with respect to Central Bank of Syria</header>

<subsection id="HFB756DA96E044C6C8CF0947B33D3E8C5"><enum>(a)</enum><header>Determination regarding Central Bank of Syria</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of the Treasury shall determine, under section 5318A of title 31, United States Code, whether reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern.</text></subsection>

<subsection id="H3CA9A189287847ACA602D85951AE3F41"><enum>(b)</enum><header>Enhanced due diligence and reporting requirements</header><text>If the Secretary of the Treasury determines under subsection (a) that reasonable grounds exist for concluding that the Central Bank of Syria is a financial institution of primary money laundering concern, the Secretary, in consultation with the Federal functional regulators (as defined in section 509 of the Gramm-Leach-Bliley Act (15 U.S.C. 6809)), shall impose one or more of the special measures described in section 5318A(b) of title 31, United States Code, with respect to the Central Bank of Syria.</text></subsection>

<subsection id="HCB09EA0459FE4E9195E353D0E927510E"><enum>(c)</enum><header>Report required</header>

<paragraph id="HE43A4712F4264D66A17226696C6C515E"><enum>(1)</enum><header>In general</header><text>Not later than 90 days after making a determination under subsection (a) with respect to whether the Central Bank of Syria is a financial institution of primary money laundering concern, the Secretary of the Treasury shall submit to the appropriate congressional committees a report that includes the reasons for the determination.</text></paragraph>

<paragraph id="H0E85291E5C3D42ADBC2C7BFB4042A9CB"><enum>(2)</enum><header>Form</header><text>A report required by paragraph (1) shall be submitted in unclassified form but may include a classified annex.</text></paragraph>

<paragraph id="H45D7C425F9CA4E20B36D098173D7E485"><enum>(3)</enum><header>Appropriate congressional committees defined</header><text>In this subsection, the term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="H4EEFC831BBC84058A0D50BB6FD229865"><enum>(A)</enum><text>the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives; and</text></subparagraph>

<subparagraph id="HA4D94912A64A453DB65610008322740C"><enum>(B)</enum><text>the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.</text></subparagraph></paragraph></subsection></section>

<section id="H7A06FC45F6F2470BB987E0F21F72790A"><enum>7412.</enum><header>Sanctions with respect to foreign persons that engage in certain transactions</header>

<subsection id="H1264EB79144B4C7187324F449F3A2829"><enum>(a)</enum><header>Imposition of sanctions</header>

<paragraph id="H34B7841DEFFE4793BC72349ED7252252"><enum>(1)</enum><header>In general</header><text>On and after the date that is 180 days after the date of the enactment of this Act, the President shall impose the sanctions described in subsection (b) with respect to a foreign person if the President determines that the foreign person, on or after such date of enactment, knowingly engages in an activity described in paragraph (2).</text></paragraph>

<paragraph id="HDD370764B4A34680B620F76133BD6F07"><enum>(2)</enum><header>Activities described</header><text>A foreign person engages in an activity described in this paragraph if the foreign personâ€"</text>

<subparagraph id="H57C3F16D81E8406CB6772BFAFCAE46A0"><enum>(A)</enum><text>knowingly provides significant financial, material, or technological support to, or knowingly engages in a significant transaction withâ€"</text>

<clause id="HBB3B542E80A846C1B3660AB8ABD45329"><enum>(i)</enum><text>the Government of Syria (including any entity owned or controlled by the Government of Syria) or a senior political figure of the Government of Syria;</text></clause>

<clause id="H9772A341AE7F451C851E9411BECF3FD7"><enum>(ii)</enum><text>a foreign person that is a military contractor, mercenary, or a paramilitary force knowingly operating in a military capacity inside Syria for or on behalf of the Government of Syria, the Government of the Russian Federation, or the Government of Iran; or</text></clause>

<clause id="H470C03C740194BBAB5B23A9B09AA4F56"><enum>(iii)</enum><text>a foreign person subject to sanctions pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) with respect to Syria or any other provision of law that imposes sanctions with respect to Syria;</text></clause></subparagraph>

<subparagraph id="HE782D4E8F6474ECB932A907FD76B49BB"><enum>(B)</enum><text>knowingly sells or provides significant goods, services, technology, information, or other support that significantly facilitates the maintenance or expansion of the Government of Syria's domestic production of natural gas, petroleum, or petroleum products;</text></subparagraph>

<subparagraph id="HD98790CC93A8418880D4E46CEE674D58"><enum>(C)</enum><text>knowingly sells or provides aircraft or spare aircraft parts that are used for military purposes in Syria for or on behalf of the Government of Syria to any foreign person operating in an area directly or indirectly controlled by the Government of Syria or foreign forces associated with the Government of Syria;</text></subparagraph>

<subparagraph id="HAE8CFD9C74854632989DB4B287B68BFA"><enum>(D)</enum><text>knowingly provides significant goods or services associated with the operation of aircraft that are used for military purposes in Syria for or on behalf of the Government of Syria to any foreign person operating in an area described in subparagraph (C); or</text></subparagraph>

<subparagraph id="H3423CEC3F2174FA38014CD93F4273F64"><enum>(E)</enum><text>knowingly, directly or indirectly, provides significant construction or engineering services to the Government of Syria.</text></subparagraph></paragraph>

<paragraph commented="no" id="HC5B7958B6A514D53B00E5FFAAEAFC553"><enum>(3)</enum><header>Sense of Congress</header><text>It is the sense of Congress that, in implementing this section, the President should consider financial support under paragraph (2)(A) to include the provision of loans, credits, or export credits.</text></paragraph></subsection>

<subsection id="H180FB58155534B049C1BB53B96AB7259"><enum>(b)</enum><header>Sanctions described</header>

<paragraph id="H76E18A195CBC4B7B852BF4496C674C68"><enum>(1)</enum><header>In general</header><text>The sanctions to be imposed with respect to a foreign person described in subsection (a) are the following:</text>

<subparagraph id="H8F09F2BF96E240DEA972FC80370AAC1D"><enum>(A)</enum><header>Blocking of property</header><text>The President shall exercise all of the powers granted to the President under the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) to the extent necessary to block and prohibit all transactions in property and interests in property of the foreign person if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.</text></subparagraph>

<subparagraph id="HD2FAB4C620CF47C2BF052FCA904AA169"><enum>(B)</enum><header>Ineligibility for visas, admission, or parole</header>

<clause id="HD8FDF9EF5B6840DDAC46B273BDC57A1F"><enum>(i)</enum><header>Visas, admission, or parole</header><text>An alien described in subsection (a) isâ€"</text>

<subclause id="H3F13D753AE454900B3B9637C1F52DF38"><enum>(I)</enum><text>inadmissible to the United States;</text></subclause>

<subclause id="H0E644939975D442FA2603007402F983F"><enum>(II)</enum><text>ineligible to receive a visa or other documentation to enter the United States; and</text></subclause>

<subclause id="H05C817BFFB844385801EFDB001357E55"><enum>(III)</enum><text>otherwise ineligible to be admitted or paroled into the United States or to receive any other benefit under the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).</text></subclause></clause>

<clause id="H814EE76980FC48A094F91AF9D8820065"><enum>(ii)</enum><header>Current visas revoked</header>

<subclause id="HCB37D71B23EC4F3B89C2A107C81F6C22"><enum>(I)</enum><header>In general</header><text>An alien described in subsection (a) is subject to revocation of any visa or other entry documentation regardless of when the visa or other entry documentation is or was issued.</text></subclause>

<subclause id="H5477616B8F4245E3BBBBBD3AC8C97544"><enum>(II)</enum><header>Immediate effect</header><text>A revocation under subclause (I) shallâ€"</text>

<item id="HD67DB5DF689B48688DC1F5C2C72794EF"><enum>(aa)</enum><text>take effect immediately; and</text></item>

<item id="H41CC6EA99BFB4443A1D8D3E888E09134"><enum>(bb)</enum><text>automatically cancel any other valid visa or entry documentation that is in the alienâ€™s possession.</text></item></subclause></clause></subparagraph></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="HE6BA715DB24440D98323E8BC61C4A81C"><enum>(2)</enum><header display-inline="yes-display-inline">Penalties</header><text display-inline="yes-display-inline">The penalties provided for in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) shall apply to a person that violates, attempts to violate, conspires to violate, or causes a violation of regulations promulgated under section 7433(b) to carry out paragraph (1)(A) to the same extent that such penalties apply to a person that commits an unlawful act described in section 206(a) of that Act.</text></paragraph>

<paragraph id="H99132F0B055F4800805D529703803551"><enum>(3)</enum><header>Exceptions</header><text>Sanctions under paragraph (1)(B) shall not apply with respect to an alien if admitting or paroling the alien into the United States is necessaryâ€"</text>

<subparagraph id="HB08C3BF3764D4DC4AD321CF010AA52CB"><enum>(A)</enum><text>to permit the United States to comply with the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, or other applicable international obligations; or</text></subparagraph>

<subparagraph id="H40D8D89271D14046902888902A9CCD9D"><enum>(B)</enum><text>to carry out or assist law enforcement activity in the United States.</text></subparagraph></paragraph></subsection></section>

<section id="HB222306A99F34122B5817046E608B098"><enum>7413.</enum><header>Strategy relating to areas of Syria in which civilians are subject to forced displacement</header>

<subsection id="HD81EAF89326F43A08063A878A19F7F8F"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the President shallâ€"</text>

<paragraph id="HEF3302867F0F479AAC60EE1C207FE5B7"><enum>(1)</enum><text>identify the areas described in subsection (b); and</text></paragraph>

<paragraph id="H1E354C3117AD4A80B5AE4FF9A1F04F8A"><enum>(2)</enum><text>submit to the appropriate congressional committees the strategy described in subsection (c).</text></paragraph></subsection>

<subsection id="H80A62CFAFE6046288E925C4219C4EEC2"><enum>(b)</enum><header>Areas described</header><text>The areas described in this subsection are areas in Syria that the President determinesâ€"</text>

<paragraph id="H5F251B74FAA54CBEAA1B84B0BFDCBD53"><enum>(1)</enum><text>are under the control ofâ€"</text>

<subparagraph id="HB91588DF5BB04804BAB40651B7716C75"><enum>(A)</enum><text>the Government of Syria;</text></subparagraph>

<subparagraph id="H8C0DEE4736654350BA0BF62149A977D1"><enum>(B)</enum><text>the Government of the Russian Federation;</text></subparagraph>

<subparagraph id="HDDF741F8456D42DD9364C9E355899809"><enum>(C)</enum><text>the Government of Iran; or</text></subparagraph>

<subparagraph id="H1C36B603498A4CE7B1064D98A98700F0"><enum>(D)</enum><text>a foreign person described in section 7412(a)(2)(A)(ii); and</text></subparagraph></paragraph>

<paragraph id="HCF4FA7B8A1DF4536B0437476DADBD99C"><enum>(2)</enum><text>are areas in which civilians have been subject to forced displacement byâ€"</text>

<subparagraph id="H985B0DA99DF5445DAA344C722EE0C4FC"><enum>(A)</enum><text>a government specified in subparagraph (A), (B), or (C) of paragraph (1); or</text></subparagraph>

<subparagraph id="H2D8D40FF6A9640F6AB91B533D90BD72D"><enum>(B)</enum><text>a foreign person described in section 7412(a)(2)(A)(ii).</text></subparagraph></paragraph></subsection>

<subsection id="H7AB424CBA404446CBB0D08558834A38D"><enum>(c)</enum><header>Strategy described</header><text>The strategy described in this subsection is a strategy to deter foreign persons from entering into contracts related to reconstruction in the areas described in subsection (b) for or on behalf ofâ€"</text>

<paragraph commented="no" display-inline="no-display-inline" id="HB9A7005B55DA4AD4ACA15FB712B1489F"><enum>(1)</enum><text display-inline="yes-display-inline">a government specified in subparagraph (A), (B), or (C) of subsection (b)(1); or</text></paragraph>

<paragraph id="H59DAA167F97B4DD08ECA96C199AB6C81"><enum>(2)</enum><text>a foreign person described in section 7412(a)(2)(A)(ii).</text></paragraph></subsection>

<subsection id="HDD372272A80044A1BE3790F06BDD7BB3"><enum>(d)</enum><header>Form</header><text>The strategy required by subsection (a)(2) shall be submitted in unclassified form but may include a classified annex.</text></subsection>

<subsection id="H6C47A77649B340EF90935B0F236A9C5A"><enum>(e)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HC980764742944197 9A6486E8CFCC4C9C"><enum>(1)</enum><text>the Committee on Foreign Affairs of the House of Representatives; and</text></paragraph>

<paragraph id="H8AFFDF62A3904A5DBBE70FD36E42901C"><enum>(2)</enum><text>the Committee on Foreign Relations of the Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="HAE7AFBC9AAD445B0AAFE925792B3EA4F"><enum>B</enum><header>Assistance for the people of Syria</header>

<section id="HA550C301D29F4A55A0AA01AF09782BC2"><enum>7421.</enum><header>Sense of Congress</header><text display-inline="no-display-inline">It is the sense of Congress that it is in the interests of the United States to continue to provide assistance to the people of Syria in order to promote peace, stability, and development, including through multilateral organizations.</text></section>

<section id="H292997C509F0400A9FEEDDEC189BE8AB"><enum>7422.</enum><header>Briefing on

monitoring and evaluating of ongoing assistance programs in Syria and to the Syrian people</header>

<subsection id="HAC8BD842A20B404EA4C71E2F988B97A3"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the Secretary of State and the Administrator of the United States Agency for International Development shall brief the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate on the monitoring and evaluation of ongoing assistance programs in Syria and for the Syrian people, including assistance provided through multilateral organizations.</text></subsection>

<subsection id="HE567C3197D054A87AF9C7F2460C8C6B0"><enum>(b)</enum><header>Matters To be included</header><text>The briefing required by subsection (a) shall include a description ofâ€"</text>

<paragraph id="H7530FBF7EAF14B78AB592E7ACDC91275"><enum>(1)</enum><text>the specific project monitoring and evaluation efforts, including measurable goals and performance metrics for assistance in Syria;</text></paragraph>

<paragraph id="H8584AF9E42BC433DB4E1C17E4C13B6C5"><enum>(2)</enum><text>the memoranda of understanding entered into by the Department of State, the United States Agency for International Development, and their respective Inspectors General, and the multilateral organizations through which United States assistance will be delivered that formalize requirements for the sharing of information between such entities for the conduct of audits, investigations, and evaluations; and</text></paragraph>

<paragraph id="HC8AB5D18F1864B6B832332BECC763D16"><enum>(3)</enum><text>the major challenges to monitoring and evaluating programs described in subsection (a).</text></paragraph></subsection></section>

<section id="H784CA7FAC2564E9CBF5A6F33E07F2A0D"><enum>7423.</enum><header>Assessment of potential methods to enhance the protection of civilians</header>

<subsection id="HD5160E94FD534BDBB3CBBEAA8528BA55"><enum>(a)</enum><header>In general</header><text>Not later than 90 days after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the potential effectiveness, risks, and operational requirements of military and non-military means to enhance the protection of civilians inside Syria, especially civilians who are in besieged areas, trapped at borders, or internally displaced.</text></subsection>

<subsection id="HF598BE88B9C840AFACD4F8B655CDB444"><enum>(b)</enum><header>Consultation</header><text>The briefing required by subsection (a) shall be informed by consultations with the Department of State, the United States Agency for International Development, the Department of Defense, and international and local humanitarian aid organizations operating in Syria.</text></subsection>

<subsection id="HFC172399C45343CC8C34924B0974045D"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HEABC71A86F2B4F379FBD01C13EBBA7AA"><enum>(1)</enum><text>the Committee on Foreign Affairs and the Committee on Armed Services of the House of Representatives; and</text></paragraph>

<paragraph id="H3B0DB156C8C84E75B54784EDE014B64D"><enum>(2)</enum><text>the Committee on Foreign Relations and the Committee on Armed Services of the Senate.</text></paragraph></subsection></section>

<section id="H02A01FD0E7EF446AA286EA474346DB4A"><enum>7424.</enum><header>Assistance to support entities taking actions relating to gathering evidence for investigations into war crimes or crimes against humanity in Syria since March 2011</header>

<subsection id="H864E0B69F71349519FC53A63C41DA217"><enum>(a)</enum><header>In general</header><text>Except as provided in subsection (b), the Secretary of State, after consultation with the Attorney General and the heads of other appropriate Federal agencies, is authorized, consistent with the national interest, to provide assistance to support entities that are conducting criminal investigations, supporting prosecutions, or collecting evidence and preserving the chain of custody for such evidence for eventual prosecution, against those who have committed war crimes or

crimes against humanity in Syria, including the aiding and abetting of such crimes by foreign governments and organizations supporting the Government of Syria, since March 2011.</text></subsection>

<subsection id="H5E3CE9255ECA4107914843E14B450F77"><enum>(b)</enum><header>Limitation</header><text>No assistance may be provided under subsection (a) while President Bashar al-Assad remains in powerâ€"</text>

<paragraph id="H26F81316CCD243A0B31A4D4D1B5C61D7"><enum>(1)</enum><text>to build the investigative or judicial capacities of the Government of Syria; or</text></paragraph>

<paragraph id="H416A158EEF0E405EB21DE2F8F3224D3D"><enum>(2)</enum><text>to support prosecutions in the domestic courts in Syria.</text></paragraph></subsection>

<subsection id="H353600F33AB54442825206B29810E580"><enum>(c)</enum><header>Briefing</header><text>Not later than one year after the date of the enactment of this Act, the Secretary of State shall brief the Committee on Foreign Affairs of the House of Representatives and the Committee on Foreign Relations of the Senate on assistance provided under subsection (a).</text></subsection></section>

<section id="HE071EE92EA184D7B802B4A7A09D77B38"><enum>7425.</enum><header>Codification of certain services in support of nongovernmental organizationsâ€™ activities authorized</header>

<subsection id="H84EEEE6657E54B30AF0F4C8A434297F7"><enum>(a)</enum><header>In general</header><text>Except as provided in subsection (b), section 542.516 of title 31, Code of Federal Regulations (relating to certain services in support of nongovernmental organizationsâ€™ activities authorized), as in effect on the day before the date of the enactment of this Act, shallâ€"</text>

<paragraph id="H4E2A500A5C894EDAB60792CA45F7CCC8"><enum>(1)</enum><text>remain in effect on and after such date of enactment; and</text></paragraph>

<paragraph id="H864E6F2874F347DEAEC302DF4E7E3943"><enum>(2)</enum><text>in the case of a nongovernmental organization that is authorized to export or reexport services to Syria under such section on the day before such date of enactment, apply to such organization on and after such date of enactment to the same extent and in the same manner as such section applied to such organization on the day before such date of enactment.</text></paragraph></subsection>

<subsection id="H981321B6C2F24443B4EDC97233F5018E"><enum>(b)</enum><header>Exception</header>

<paragraph id="H3B8B4D56D3234BC8A401566DD8C93BDE"><enum>(1)</enum><header>In general</header><text>Section 542.516 of title 31, Code of Federal Regulations, as codified under subsection (a), shall not apply with respect to a foreign person that has been designated as a foreign terrorist organization under section 219 of the Immigration and Nationality Act (8 U.S.C. 1189), or otherwise designated as a terrorist organization, by the Secretary of State, in consultation with or upon the request of the Attorney General or the Secretary of Homeland Security.</text></paragraph>

<paragraph id="H0A05646C6C9E45C8A866E52B32353E49"><enum>(2)</enum><header>Effective date</header><text>Paragraph (1) shall apply with respect to a foreign person on and after the date on which the designation of that person as a terrorist organization is published in the Federal Register.</text></paragraph></subsection></section>

<section id="H9655FB7E93A74F81A7E02F975A8A86EF"><enum>7426.</enum><header>Briefing on strategy to facilitate humanitarian assistance</header>

<subsection id="H56649276323D4A89ABD4DB523DC09EC6"><enum>(a)</enum><header>In general</header><text>Not later than 180 days after the date of the enactment of this Act, the President shall brief the appropriate congressional committees on the strategy of the President to help facilitate the ability of humanitarian organizations to access financial services to help facilitate the safe and timely delivery of assistance to communities in need in Syria.</text></subsection>

<subsection id="H86C333EBDEFB4C05B5C7E62948088032"><enum>(b)</enum><header>Consideration of data from other countries and nongovernmental organizations</header><text>In preparing the

strategy required by subsection (a), the President shall consider credible data already obtained by other countries and nongovernmental organizations, including organizations operating in Syria.</text></subsection>

<subsection id="H91BD174E1C0840248490D4A261A4F9F8"><enum>(c)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="HBFE4C9D99738499AA36DBFC9BE690E51"><enum>(1)</enum><text>the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives; and</text></paragraph>

<paragraph id="H1A42B6C03917408C9BB7D68FFF576188"><enum>(2)</enum><text>the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate.</text></paragraph></subsection></section></subtitle>

<subtitle id="HBDF5F1F23FE6486AACC203057652864F"><enum>C</enum><header>General provisions</header>

<section id="HD0C56B8713BD46F7B2A53BE3F3BB6BC2"><enum>7431.</enum><header>Suspension of sanctions</header>

<subsection id="HA4D025CFA7BA4089ABCBAD50BC88C628"><enum>(a)</enum><header>In general</header><text>The President may suspend in whole or in part the imposition of sanctions otherwise required under this Act or the imposition of sanctions required by any amendment made by this title for renewable periods not to exceed 180 days if the President determines that the following criteria have been met in Syria:</text>

<paragraph id="HAADD0B98EED24FEEBD15BA35C9BB44FB"><enum>(1)</enum><text>The air space over Syria is no longer being utilized by the Government of Syria or the Government of the Russian Federation to target civilian populations through the use of incendiary devices, including barrel bombs, chemical weapons, and conventional arms (including air-delivered missiles and explosives).</text></paragraph>

<paragraph id="H89EFB894BAF741E686F08313518662E6"><enum>(2)</enum><text>Areas besieged by the Government of Syria, the Government of the Russian Federation, the Government of Iran, or a foreign person described in section 7412(a)(2)(A)(ii) are no longer cut off from international aid and have regular access to humanitarian assistance, freedom of travel, and medical care.</text></paragraph>

<paragraph id="H6D45F65A86A54D30AD72AF00CB47AAAD"><enum>(3)</enum><text>The Government of Syria is releasing all political prisoners forcibly held within the prison system of the regime of Bashar al-Assad and the Government of Syria is allowing full access to prison system facilities for investigations by appropriate international human rights organizations.</text></paragraph>

<paragraph id="HD5D672019DF54F9AA03A2E6ADBD0F719"><enum>(4)</enum><text>The forces of the Government of Syria, the Government of the Russian Federation, the Government of Iran, and any foreign person described in section 7412(a)(2)(A)(ii) are no longer engaged in deliberate targeting of medical facilities, schools, residential areas, and community gathering places, including markets, in violation of international norms.</text></paragraph>

<paragraph id="H1713C74A253346FDA091E73D6CA10698"><enum>(5)</enum><text>The Government of Syria isâ€"</text>

<subparagraph id="H3ED49C4C7BCB4671B5781626CA2C1D48"><enum>(A)</enum><text>taking steps to verifiably fulfill its commitments under the Convention on the Prohibition of the Development, Production, Stockpiling and Use of Chemical Weapons and on their Destruction, done at Geneva September 3, 1992, and entered into force April 29, 1997 (commonly known as the <quote>Chemical Weapons Convention</quote>), and the Treaty on the Non-Proliferation of Nuclear Weapons, done at Washington, London, and Moscow July 1, 1968, and entered into force March 5, 1970 (21 UST 483); and</text></subparagraph>

<subparagraph id="HCB778E6388D54C13918B17957877CCFF"><enum>(B)</enum><text>making tangible progress toward becoming a signatory to the Convention on the Prohibition of the Development, Production and Stockpiling of Bacteriological (Biological) and Toxin Weapons and on their Destruction, done at Washington, London, and Moscow April 10, 1972, and entered into force March 26, 1975 (26 UST 583).</text></subparagraph></paragraph>

<paragraph id="H3DB54C09CBE745CF96CE292492DAF0A3"><enum>(6)</enum><text>The Government of Syria is permitting the safe, voluntary, and dignified return of Syrians displaced by the conflict.</text></paragraph>

<paragraph id="H68388A45DFF34C00ABB285E59F13EF95"><enum>(7)</enum><text>The Government of Syria is taking verifiable steps to establish meaningful accountability for perpetrators of war crimes in Syria and justice for victims of war crimes committed by the Assad regime, including through participation in a credible and independent truth and reconciliation process.</text></paragraph></subsection>

<subsection id="H568264340B1745CEB5FD6AF4272EFECC"><enum>(b)</enum><header>Briefing required</header><text>Not later than 30 days after the President makes a determination described in subsection (a), the President shall provide a briefing to the appropriate congressional committees on the determination and the suspension of sanctions pursuant to the determination.</text></subsection>

<subsection id="H83AC1E31A0924E819AFBE890A51A1B1D"><enum>(c)</enum><header>Reimposition of sanctions</header><text>Any sanctions suspended under subsection (a) shall be reimposed if the President determines that the criteria described in that subsection are no longer being met.</text></subsection>

<subsection commented="no" display-inline="no-display-inline" id="H5665ACE6CEAA44CEB88581DF302CDA58"><enum>(d)</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="yes-display-inline">Nothing in this section shall be construed to limit the authority of the President to terminate the application of sanctions under section 7412 with respect to a person that no longer engages in activities described in subsection (a)(2) of that section.</text></subsection>

<subsection id="HB2120CA7C4DA4C658E8BBE3F6D2AC465"><enum>(e)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph id="H9BE83AF6ABF945C7838191F048208C56"><enum>(1)</enum><text>the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Committee on the Judiciary of the House of Representatives; and</text></paragraph>

<paragraph id="HF8F1B7EC49E14A6AB719E59C4A97B5F3"><enum>(2)</enum><text>the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on the Judiciary of the Senate.</text></paragraph></subsection></section>

<section id="H87CE7EF00D154A64BD9B18557B7B17D4"><enum>7432.</enum><header>Waivers and exemptions</header>

<subsection id="H294E7CA2449B4E14B29492E332A81639"><enum>(a)</enum><header>Exemptions</header><text>The following activities and transactions shall be exempt from sanctions authorized under this title or any amendment made by this title:</text>

<paragraph id="HCED9343CC329404BA79F844F436B064B"><enum>(1)</enum><text>Any activity subject to the reporting requirements under title V of the National Security Act of 1947 (50 U.S.C. 3091 et seq.), or to any authorized intelligence activities of the United States.</text></paragraph>

<paragraph id="H25996CDC33F84B91B24C7058AED785BD"><enum>(2)</enum><text>Any transaction necessary to comply with United States obligations underâ€"</text>

<subparagraph id="H51053DFA3BDB4AB59E8E0276F36A99D9"><enum>(A)</enum><text>the Agreement regarding the Headquarters of the United Nations, signed at Lake Success June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States;</text></subparagraph>

<subparagraph id="H722BDE6F079D460B94CF54768262ED92"><enum>(B)</enum><text>the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967; or</text></subparagraph>

<subparagraph id="H666A73F12D524B1484A4A7E91AA1DBDA"><enum>(C)</enum><text>any other international agreement to which the United States is a party.</text></subparagraph></paragraph></subsection>

<subsection id="H836F602E29D34E1ABDBCDFDDEBD7980C"><enum>(b)</enum><header>Waiver</header>

<paragraph id="H0A1D90F001DA4AD9A0B9639577907ABF"><enum>(1)</enum><header>In general</header><text>The President may, for renewable periods not to exceed 180 days, waive the application of any provision of this title (other than section 7434) with respect to a foreign person if the President certifies to the appropriate congressional committees that such a waiver is in the national security interests of the United States.</text></paragraph>

<paragraph id="H2C3425E9ED44475E8AF8FD6416DA1BD2"><enum>(2)</enum><header>Briefing</header><text>Not later than 90 days after the issuance of a waiver under paragraph (1), and every 180 days thereafter while the waiver remains in effect, the President shall brief the appropriate congressional committees on the reasons for the waiver.</text></paragraph></subsection>

<subsection id="HB2861C3FA1D14F4390A176D6F027F8E8"><enum>(c)</enum><header>Humanitarian waiver</header>

<paragraph id="H089FD9A7FCB4427B9FB0946EE1B53047"><enum>(1)</enum><header>In general</header><text>The President may waive, for renewable periods not to exceed 2 years, the application of any provision of this title (other than section 7434) with respect to a nongovernmental organization providing humanitarian assistance not covered by the authorization described in section 7425 if the President certifies to the appropriate congressional committees that such a waiver is important to address a humanitarian need and is consistent with the national security interests of the United States.</text></paragraph>

<paragraph id="H6F65B1C070174B6A82F5B63F92384856"><enum>(2)</enum><header>Briefing</header><text>Not later than 90 days after the issuance of a waiver under paragraph (1), and every 180 days thereafter while the waiver remains in effect, the President shall brief the appropriate congressional committees on the reasons for the waiver.</text></paragraph></subsection>

<subsection commented="no" id="H5635885EAF9E43D0AF9ABA6B2980A1C9"><enum>(d)</enum><header>Appropriate congressional committees defined</header><text>In this section, the term <term>appropriate congressional committees</term> meansâ€"</text>

<paragraph commented="no" id="HFA7AF49DC6A94FE6B58F5B47CF338CD2"><enum>(1)</enum><text>the Committee on Foreign Affairs, the Committee on Financial Services, the Committee on Ways and Means, and the Committee on the Judiciary of the House of Representatives; and</text></paragraph>

<paragraph commented="no" id="HBD0DAA6E0F9A45C89C8EA7C26834C06F"><enum>(2)</enum><text>the Committee on Foreign Relations, the Committee on Banking, Housing, and Urban Affairs, and the Committee on the Judiciary of the Senate.</text></paragraph></subsection></section>

<section id="H4BA2C98AAC9E4B87B68A3388E40F25E4"><enum>7433.</enum><header>Implementation and regulatory authorities</header>

<subsection id="H9EE598118EDC47C7AA0333F74B02F9F3"><enum>(a)</enum><header>Implementation authority</header><text>The President may exercise all authorities provided to the President under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) for purposes of carrying out this title and the amendments made by this title.</text></subsection>

<subsection id="H0933FA1BA29D4C86854E1C8158267EB0"><enum>(b)</enum><header>Regulatory authority</header><text>The President shall, not later than 180 days after the date of the enactment of this Act, promulgate regulations as necessary for the implementation of this title and the amendments made by this title.</text></subsection></section>

<section id="HD8FA90056D76462CA7BB669445DB0D09"><enum>7434.</enum><header>Exception relating to importation of goods</header>

<subsection id="H4C8B04FE7812475BB5F0D0552522C569"><enum>(a)</enum><header>In

general</header><text>The authorities and requirements to impose sanctions authorized under this title or the amendments made by this title shall not include the authority or a requirement to impose sanctions on the importation of goods.</text></subsection>

<subsection id="H4FE2961F97114B6398EA69C2AD70D894"><enum>(b)</enum><header>Good defined</header><text>In this section, the term <term>good</term> means any article, natural or manmade substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></subsection></section>

<section id="H46CC4FE0DED043EAA0432C7BE9DCD210"><enum>7435.</enum><header>Cost limitation</header><text display-inline="no-display-inline">No additional funds are authorized to be appropriated to carry out the requirements of this title and the amendments made by this title. Such requirements shall be carried out using amounts otherwise authorized to be appropriated.</text></section>

<section commented="no" display-inline="no-display-inline" id="H950F17FA39654B34A7DAFC10D2AC003B" section-type="subsequent-section"><enum>7436.</enum><header display-inline="yes-display-inline">Rule of construction</header><text display-inline="no-display-inline">Except for section 7434 with respect to the importation of goods, nothing in this title shall be construed to limit the authority of the President pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) or any other provision of law.</text></section>

<section commented="no" display-inline="no-display-inline" id="HCEDBEA8BCC004C5E983F2016166E7975" section-type="subsequent-section"><enum>7437.</enum><header display-inline="yes-display-inline">Prohibition on construction of provisions of this title as an authorization for use of military force</header><text display-inline="no-display-inline">Nothing in this title may be construed as an authorization for use of military force.</text></section>

<section commented="no" display-inline="no-display-inline" id="H96A668989F0E4F29BA3B62637AC38014" section-type="subsequent-section"><enum>7438.</enum><header>Sunset</header><text display-inline="no-display-inline">This title shall cease to be effective on the date that is 5 years after the date of the enactment of this Act.</text></section></subtitle></title>

<title id="HE29165D9E3F541E5B5B1C00C84264A3E"><enum>LXXV</enum><header>Protecting Europeâ€™s Energy Security</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HE29165D9E3F541E5B5B1C00C84264A3E" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="H4580A34FDB79470F80332FCAB98F25B6" level="section">Sec.â€‚7501.â€‚Short title.</toc-entry>

<toc-entry idref="H5FA3BC4D2B8749E8856F1689CCF82BFE" level="section">Sec.â€‚7502.â€‚Sense of Congress.</toc-entry>

<toc-entry idref="H6211551AF17349CE815A4431F7EB3FE9" level="section">Sec.â€‚7503.â€‚Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines.</toc-entry></toc>

<section id="H4580A34FDB79470F80332FCAB98F25B6" section-type="subsequent-section"><enum>7501.</enum><header>Short title</header><text display-inline="no-display-inline">This title may be cited as the <quote><short-title>Protecting Europeâ€™s Energy Security Act of 2019</short-title></quote>.</text></section>

<section id="H5FA3BC4D2B8749E8856F1689CCF82BFE"><enum>7502.</enum><header>Sense of Congress</header><text display-inline="no-display-inline">It is the sense of Congress thatâ€"</text>

<paragraph id="HB80D949E572E4D96AC33005536783D57"><enum>(1)</enum><text>the United States and Europe share a common history, a common identity, and common values built upon the principles of democracy, rule of law, and individual freedoms;</text></paragraph>

<paragraph id="HC2841DB518A9489D844B6B4187098CA6"><enum>(2)</enum><text>the United States has encouraged and admired the European project, which has resulted in a common

market and common policies, has achieved unprecedented prosperity and stability on the continent, and serves as a model for other countries to reform their institutions and prioritize anticorruption measures;</text></paragraph>

<paragraph id="HFDEB6895AC4442509232CB74EE30CA54"><enum>(3)</enum><text>the relationships between the United States and Europe and the United States and Germany are critical to the national security interests of the United States as well as to global prosperity and peace, and Germany in particular is a crucial partner for the United States in multilateral efforts aimed at promoting global prosperity and peace;</text></paragraph>

<paragraph id="H76B16B0C8B3F4D949EE857877EF47D8B"><enum>(4)</enum><text>the United States should stand against any effort designed to weaken those relationships; and</text></paragraph>

<paragraph id="HDD9D1B2523524F07A3C56378462C6FB1"><enum>(5)</enum><text>Germany has demonstrated leadership within the European Union and in international fora to ensure that sanctions imposed with respect to the Russian Federation for its malign activities are maintained.</text></paragraph></section>

<section id="H6211551AF17349CE815A4431F7EB3FE9"><enum>7503.</enum><header>Imposition of sanctions with respect to provision of certain vessels for the construction of certain Russian energy export pipelines</header>

<subsection id="H47A31E808BC846CE8A543FD7B8A12FC7"><enum>(a)</enum><header>Report required</header>

<paragraph id="HFC71AE5E03CA41B28EDAFF43D8AE4949"><enum>(1)</enum><header>In general</header><text>Not later than 60 days after the date of the enactment of this Act, and every 90 days thereafter, the Secretary of State, in consultation with the Secretary of the Treasury, shall submit to the appropriate congressional committees a report that identifies, for the period specified in paragraph (2)â€"</text>

<subparagraph id="HBE504787D14C42C1925BB492305966CB"><enum>(A)</enum><text>vessels that engaged in pipe-laying at depths of 100 feet or more below sea level for the construction of the Nord Stream 2 pipeline project, the TurkStream pipeline project, or any project that is a successor to either such project; and</text></subparagraph>

<subparagraph id="H3D8E1E917DA14582BAE1192E3C1F7C3B"><enum>(B)</enum><text>foreign persons that the Secretary of State, in consultation with the Secretary of the Treasury, determines have knowinglyâ€"</text>

<clause id="HA893381AF78743FFA58B069B60102DAD"><enum>(i)</enum><text>sold, leased, or provided those vessels for the construction of such a project; or</text></clause>

<clause id="H33B5BF2573AA4964B896B71593B5B2DE"><enum>(ii)</enum><text>facilitated deceptive or structured transactions to provide those vessels for the construction of such a project.</text></clause></subparagraph></paragraph>

<paragraph id="H9FECA7DAFA234036B0707C480A8AB0E0"><enum>(2)</enum><header>Period specified</header><text>The period specified in this paragraph isâ€"</text>

<subparagraph id="H76E48F557D4F4DBEAF1BDFACBED7AA41"><enum>(A)</enum><text>in the case of the first report required to be submitted by paragraph (1), the period beginning on the date of the enactment of this Act and ending on the date on which the report is submitted; and</text></subparagraph>

<subparagraph id="H5D56C8486E424DD5A60E6282DF12AA3B"><enum>(B)</enum><text>in the case of any subsequent such report, the 90-day period preceding submission of the report.</text></subparagraph></paragraph></subsection>

<subsection id="HD3FC4DC54D3447F2B726619272D5A9C3"><enum>(b)</enum><header>Ineligibility for visas, admission, or parole of identified persons and corporate officers</header>

<paragraph id="H03A5F5F9ED374D48AFA395A20944C3D4"><enum>(1)</enum><header>In general</header>

<subparagraph id="HA68C768ABD6240EA81E3FF6F219BF02A"><enum>(A)</enum><header>Visas, admission, or parole</header><text>An alien described in paragraph (2) isâ€"</text>

<clause id="HE1E7D69F39BE42688B90972BBF31426B"><enum>(i)</enum><text>inadmissible to

the United States;</text></clause>

<clause id="H0CC43326A0714765A6A9782870275BE4"><enum>(ii)</enum><text>ineligible to receive a visa or other documentation to enter the United States; and</text></clause>

<clause id="H19DA8171F102472F8963CD314A77E8B1"><enum>(iii)</enum><text>otherwise ineligible to be admitted or paroled into the United States or to receive any other benefit under the Immigration and Nationality Act (8 U.S.C. 1101 et seq.).</text></clause></subparagraph>

<subparagraph id="HE1396F37CA0E4151B0AB3D9D3632CD28"><enum>(B)</enum><header>Current visas revoked</header>

<clause id="HB7D71D09F7B84B559B38190F1BDCED47"><enum>(i)</enum><header>In general</header><text>The visa or other entry documentation of an alien described in paragraph (2) shall be revoked, regardless of when such visa or other entry documentation is or was issued.</text></clause>

<clause id="HCB48502205304381B6639127B8ADB0C0"><enum>(ii)</enum><header>Immediate effect</header><text>A revocation under clause (i) shallâ€"</text>

<subclause id="HCC82BDEE91A94E6E8A0B0ABD7A7CE709"><enum>(I)</enum><text>take effect immediately; and</text></subclause>

<subclause id="H5B2E97E53D37488F9DA51C26E393FF41"><enum>(II)</enum><text>automatically cancel any other valid visa or entry documentation that is in the alienâ€™s possession.</text></subclause></clause></subparagraph></paragraph>

<paragraph id="HDC663B17F0EB4B3CBC4448E7E2CB033C"><enum>(2)</enum><header>Aliens described</header><text>An alien is described in this paragraph if the alien isâ€"</text>

<subparagraph id="H99B59E0742054376AFC962137B4F6B7F"><enum>(A)</enum><text>a foreign person identified under subsection (a)(1)(B);</text></subparagraph>

<subparagraph id="HEA4AE6E0DFE743249C202D8951DB1EA7"><enum>(B)</enum><text>a corporate officer of a person described in subparagraph (A); or</text></subparagraph>

<subparagraph id="HE90800C4BFFF45C894A1C1F16664C24D"><enum>(C)</enum><text>a principal shareholder with a controlling interest in a person described in subparagraph (A).</text></subparagraph></paragraph></subsection>

<subsection id="HD1934DE52B2F49B8B155D506929A9A9D"><enum>(c)</enum><header>Blocking of property of identified persons</header><text>The President shall exercise all powers granted to the President by the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) to the extent necessary to block and prohibit all transactions in all property and interests in property of any person identified under subsection (a)(1)(B) if such property and interests in property are in the United States, come within the United States, or are or come within the possession or control of a United States person.</text></subsection>

<subsection id="H3E7CD112CB2D480082BD672E11B39DBA"><enum>(d)</enum><header>Wind-down period</header><text>The President may not impose sanctions under this section with respect to a person identified in the first report submitted under subsection (a) if the President certifies in that report that the person has, not later than 30 days after the date of the enactment of this Act, engaged in good faith efforts to wind down operations that would otherwise subject the person to the imposition of sanctions under this section.</text></subsection>

<subsection id="H4CBE769A034446C0BFD667E6F8C4A684"><enum>(e)</enum><header>Exceptions</header>

<paragraph id="H95E01FEC3CCE49528F16904953C51FFE"><enum>(1)</enum><header>Exception for intelligence, law enforcement, and national security activities</header><text>Sanctions under this section shall not apply to any authorized intelligence, law enforcement, or national security activities of the United States.</text></paragraph>

<paragraph id="H782A82DB6E5E401780738D0367843FE7"><enum>(2)</enum><header>Exception to comply with United Nations Headquarters Agreement</header><text>Sanctions under this section shall not apply with respect to the admission of an alien to the United States if the admission of the alien is necessary to permit the United States to comply with the Agreement regarding the Headquarters of the United Nations, signed at Lake Success

June 26, 1947, and entered into force November 21, 1947, between the United Nations and the United States, the Convention on Consular Relations, done at Vienna April 24, 1963, and entered into force March 19, 1967, or other applicable international obligations.</text></paragraph>

<paragraph id="H6B3AE93DCE414DDBAE6CD0BEF1CEC462"><enum>(3)</enum><header>Exception for safety of vessels and crew</header><text>Sanctions under this section shall not apply with respect to a person providing provisions to a vessel identified under subsection (a)(1)(A) if such provisions are intended for the safety and care of the crew aboard the vessel, the protection of human life aboard the vessel, or the maintenance of the vessel to avoid any environmental or other significant damage.</text></paragraph>

<paragraph id="H67D4BA270D0946FE82A4377EC2524A0F"><enum>(4)</enum><header>Exception for repair or maintenance of pipelines</header><text>Sanctions under this section shall not apply with respect to a person for engaging in activities necessary for or related to the repair or maintenance of, or environmental remediation with respect to, a pipeline project described in subsection (a)(1)(A).</text></paragraph>

<paragraph id="H72B614DA0D4D4AE587CFF163DD409A4F"><enum>(5)</enum><header>Exception relating to importation of goods</header>

<subparagraph id="HC48F730CB5454DC483F8E91C7ED16201"><enum>(A)</enum><header>In general</header><text>Notwithstanding any other provision of this section, the authorities and requirements to impose sanctions authorized under this section shall not include the authority or a requirement to impose sanctions on the importation of goods.</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H2125041183CB45A6B750E9D234E3856A"><enum>(B)</enum><header>Good defined</header><text>In this paragraph, the term <term>good</term> means any article, natural or man-made substance, material, supply or manufactured product, including inspection and test equipment, and excluding technical data.</text></subparagraph></paragraph></subsection>

<subsection id="HD92EFA5631CE40E9800BDD565EC4319F"><enum>(f)</enum><header>Waivers</header>

<paragraph id="H3311CD436FF44D9EAF956C9C41A85F1F"><enum>(1)</enum><header>National interest waiver for visa ban</header><text>The President may waive the application of sanctions under subsection (b) with respect to an alien if the Presidentâ€"</text>

<subparagraph id="H021DB6535BB74ABEA632D02EE7E0C5FF"><enum>(A)</enum><text>determines that the waiver is in the national interests of the United States; and</text></subparagraph>

<subparagraph id="H5A0584B5553147BFBAC4DA73CEAA68F2"><enum>(B)</enum><text>submits to the appropriate congressional committees a report on the waiver and the reasons for the waiver.</text></subparagraph></paragraph>

<paragraph id="H94A0ECE3A3964006B313E5CB252B6248"><enum>(2)</enum><header>National security waiver for economic and other sanctions</header><text>The President may waive the application of sanctions under subsection (c) with respect to a person if the Presidentâ€"</text>

<subparagraph id="H8BEDDC15F74240F4BA9671C3514BF038"><enum>(A)</enum><text>determines that the waiver is in the national security interests of the United States; and</text></subparagraph>

<subparagraph id="H9D3BE5BC451F40769826666D0F0994D5"><enum>(B)</enum><text>submits to the appropriate congressional committees a report on the waiver and the reasons for the waiver.</text></subparagraph></paragraph></subsection>

<subsection id="HD18824B0F80943638BD7383FB88D0115"><enum>(g)</enum><header>Implementation; penalties</header>

<paragraph id="HADCBAAEA496248EFB4C48F0793DE9A75"><enum>(1)</enum><header>Implementation</header><text>The President may exercise all authorities provided to the President under sections 203 and 205 of the International Emergency Economic Powers Act (50 U.S.C. 1702 and 1704) to carry out this section.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H63AD237C70294A2A968FFEE5448B31A2"><enum>(2)</enum><header>Penalties</header><text> A person that violates, attempts to violate, conspires to violate, or causes a violation of this section or any regulation, license, or order issued to carry out this section shall be subject to the penalties set forth in subsections (b) and (c) of section 206 of the International Emergency Economic Powers Act (50 U.S.C. 1705) to the same extent as a person that commits an unlawful act described in subsection (a) of that section.</text></paragraph></subsection>

<subsection id="H6BB89BA253BC41CCB5501B92E6817292"><enum>(h)</enum><header>Termination and sunset</header><text display-inline="yes-display-inline">The authority to impose sanctions under this section with respect to a person involved in the construction of a pipeline project described in subsection (a)(1)(A), and any sanctions imposed under this section with respect to that project, shall terminate on the date that is the earlier ofâ€"</text>

<paragraph id="HABBA3686DF6D4A4AB1622A9E672B4809"><enum>(1)</enum><text>the date on which the President certifies to the appropriate congressional committees that appropriate safeguards have been put in placeâ€"</text>

<subparagraph id="H0C53781C99C04489B612A7F34E321B80"><enum>(A)</enum><text>to minimize the ability of the Government of the Russian Federation to use that project as a tool of coercion and political leverage, including by achieving the unbundling of energy production and transmission so that entities owned or controlled by that Government do not control the transmission network for the pipeline; and</text></subparagraph>

<subparagraph id="H687DA51E57F54F23940242E11C493512"><enum>(B)</enum><text>to ensure, barring unforeseen circumstances, that the project would not result in a decrease of more than 25 percent in the volume of Russian energy exports transiting through existing pipelines in other countries, particularly Ukraine, relative to the average monthly volume of Russian energy exports transiting through such pipelines in 2018; or</text></subparagraph></paragraph>

<paragraph id="H6C3427B0B4894A01AC258EE36B3BD8FF"><enum>(2)</enum><text>the date that is 5 years after the date of the enactment of this Act.</text></paragraph></subsection>

<subsection id="HF3FBFC7E46794CC0A5CB6C14CDEDD6A8"><enum>(i)</enum><header>Definitions</header><text>In this section:</text>

<paragraph id="H94241E402A5946FAAB0159C85DCFE4D7"><enum>(1)</enum><header>Admission; admitted; alien</header><text>The terms <term>admission</term>, <term>admitted</term>, and <term>alien</term> have the meanings given those terms in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101).</text></paragraph>

<paragraph id="HA705467300B443768F42DF5C88388E44"><enum>(2)</enum><header>Appropriate congressional committees</header><text>The term <term>appropriate congressional committees</term> meansâ€"</text>

<subparagraph id="HC9CB41D23A1B41AFB96924FB716F6C7E"><enum>(A)</enum><text>the Committee on Foreign Relations and the Committee on Banking, Housing, and Urban Affairs of the Senate; and </text></subparagraph>

<subparagraph id="HFC42E89D0EF546EC9CD3AA5B118128F0"><enum>(B)</enum><text>the Committee on Foreign Affairs and the Committee on Financial Services of the House of Representatives.</text></subparagraph></paragraph>

<paragraph id="H987C417E574F4AE6923B0878A5FE1B49"><enum>(3)</enum><header>Foreign person</header><text>The term <term>foreign person</term> means an individual or entity that is not a United States person.</text></paragraph>

<paragraph id="H8F868E5A563A451484443E0030149A29"><enum>(4)</enum><header>Knowingly</header><text> The term <term>knowingly</term>, with respect to conduct, a circumstance, or a result, means that a person has actual knowledge, or should have known, of the conduct, the circumstance, or the result.</text></paragraph>

<paragraph id="HE42215FCD9904838B034E0CDC2E46167"><enum>(5)</enum><header>United States person</header><text>The term <term>United States person</term> meansâ€"</text>

<subparagraph id="H38E2CAE2DF94457D8B676655B2B9029D"><enum>(A)</enum><text>a United

States citizen or an alien lawfully admitted for permanent residence to the United States;</text></subparagraph>

<subparagraph id="H15BB6C54ADFE40C991184CD500BEF686"><enum>(B)</enum><text>an entity organized under the laws of the United States or any jurisdiction within the United States, including a foreign branch of such an entity; or</text></subparagraph>

<subparagraph id="HA01927126FED4CFB8FA6A2A7278DCC38"><enum>(C)</enum><text>any person within the United States.</text></subparagraph></paragraph></subsection></section></title>

<title id="HCB1E4312ABAF42F79AEC117AF8223712"><enum>LXXVI</enum><header>Other Matters</header>

<toc container-level="title-container" quoted-block="no-quoted-block" lowest-level="section" idref="HCB1E4312ABAF42F79AEC117AF8223712" regeneration="yes-regeneration" lowest-bolded-level="division-lowest-bolded">

<toc-entry idref="HF200D18BE4B84C23ACC251869F937F19" level="subtitle">Subtitle Aâ€"Federal Employee Paid Leave Act</toc-entry>

<toc-entry idref="HCE7A8A48EFA6431984CC9829625C23F1" level="section">Sec.â€,7601.â€,Short title.</toc-entry>

<toc-entry idref="H6BC0701817C94FE18D4940D3AB090DA0" level="section">Sec.â€,7602.â€,Paid parental leave under title 5.</toc-entry>

<toc-entry idref="H0A143818862D422C88290E669E6DB8B4" level="section">Sec.â€,7603.â€,Paid parental leave for congressional employees.</toc-entry>

<toc-entry idref="H0BDCD6945C5443B2AAB2C7571AE0176D" level="section">Sec.â€,7604.â€,Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees.</toc-entry>

<toc-entry idref="HD005AEB71DAA4BC99959DB4139967747" level="section">Sec.â€,7605.â€,Clarification for members of the National Guard and Reserves.</toc-entry>

<toc-entry idref="H0503F7FCD00C471BB2CA492E680C3E55" level="section">Sec.â€,7606.â€,Conforming amendment for certain TSA employees.</toc-entry>

<toc-entry idref="H878C207066D24993A1CA00579EA37905" level="subtitle">Subtitle Bâ€"Other Matters</toc-entry>

<toc-entry idref="HA890DFDA878A4E018CCB38D6195853E1" level="section">Sec.â€,7611.â€,Liberian refugee immigration fairness.</toc-entry>

<toc-entry idref="H2803B3DE0F694AD8A9DDA186395F530C" level="section">Sec.â€,7612.â€,Pensacola Dam and Reservoir, Grand River, Oklahoma.</toc-entry>

<toc-entry idref="HA44A3077374B4EA592F3667C6DDF2E9D" level="section">Sec.â€,7613.â€,Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations.</toc-entry> </toc>

<subtitle id="HF200D18BE4B84C23ACC251869F937F19"><enum>A</enum><header>Federal Employee Paid Leave Act</header>

<section id="HCE7A8A48EFA6431984CC9829625C23F1" section-type="subsequent-section"><enum>7601.</enum><header>Short title</header><text display-inline="no-display-inline">This subtitle may be cited as the <quote>Federal Employee Paid Leave Act</quote>.</text></section>

<section id="H6BC0701817C94FE18D4940D3AB090DA0"><enum>7602.</enum><header>Paid parental leave under title 5</header>

<subsection id="HEA02EF6410EA48D8A7D122D5D93F57AA"><enum>(a)</enum><header>In general</header><text>Subsection (d) of section 6382 of title 5, United States Code, is amendedâ€"</text>

<paragraph id="HD0B79DB31A944587AC85CD19E3DE971E"><enum>(1)</enum><text>by striking

<quote>An employee</quote> and inserting <quote>(1) An employee</quote>;</text></paragraph>

<paragraph id="HE365DBC805084307B6E63FA014CB9B75"><enum>(2)</enum><text>by striking <quote>subparagraph (A), (B), (C),</quote> and inserting <quote>subparagraph (C),</quote>; and</text></paragraph>

<paragraph id="HD2C7D7F0E55F424C80CE35FF5BA04D75"><enum>(3)</enum><text>by adding at the end the following:</text>

<quoted-block id="H0AA063DA7258444FB795920536BF85D5" style="OLC">

<paragraph id="H7313963D25C64954BA19B6201472F316"><enum>(2)</enum>

<subparagraph commented="no" display-inline="yes-display-inline" id="H18730AF3AC1F4D10A720D736E8A70F5C"><enum>(A)</enum><text>An employee may elect to substitute for any leave without pay under subparagraph (A) or (B) of subsection (a)(1) any paid leave which is available to such employee for that purpose.</text></subparagraph>

<subparagraph id="HF38CAF51A60A446F9AAED757612EF722" indent="up1"><enum>(B)</enum><text>The paid leave that is available to an employee for purposes of subparagraph (A) isâ€"</text>

<clause id="H28890E4242154A6CB983B0598D42FAA9"><enum>(i)</enum><text>12 administrative workweeks of paid parental leave under this subparagraph in connection with the birth or placement involved; and</text></clause>

<clause id="HBFF8F8639A914DB4847BA430038DF995"><enum>(ii)</enum><text>during the 12-month period referred to in subsection (a)(1), and in addition to the 12 administrative workweeks under clause (i), any annual or sick leave accrued or accumulated by such employee under subchapter I.</text></clause></subparagraph>

<subparagraph id="HBF4F5A0788D142548FB25937EA56C499" indent="up1"><enum>(C)</enum><text>Nothing in this subsection shall be considered to require that an employee first use all or any portion of the leave described in subparagraph (B)(ii) before being allowed to use the paid parental leave described in subparagraph (B)(i).</text></subparagraph>

<subparagraph id="H957A8F3598664960A678E1B4EF1B7B8C" indent="up1"><enum>(D)</enum><text>Paid parental leave under subparagraph (B)(i)â€"</text>

<clause id="H0306738C069A4CF98F88613F7B90DF74"><enum>(i)</enum><text>shall be payable from any appropriation or fund available for salaries or expenses for positions within the employing agency;</text></clause>

<clause id="H7AAD468D36B64F52AEC2F72FEBAD970B"><enum>(ii)</enum><text>shall not be considered to be annual or vacation leave for purposes of section 5551 or 5552 or for any other purpose; and</text></clause>

<clause id="HE359E543A2AA4D38B13BB71AB5F82849"><enum>(iii)</enum><text>if not used by the employee before the end of the 12-month period (as referred to in subsection (a)(1)) to which it relates, shall not accumulate for any subsequent use.</text></clause></subparagraph>

<subparagraph id="H2F50870099834AF2BB893DC7962F2D4B" indent="up1"><enum>(E)</enum><text display-inline="yes-display-inline">Nothing in this paragraph shall be construed to modify the requirement to complete at least 12 months of service as an employee (within the meaning of section 6381(1)(A)) before the date of the applicable birth or placement involved to be eligible for paid parental leave under subparagraph (B)(i) of this paragraph.</text></subparagraph>

<subparagraph id="H4CC696CA005C4B4C82A137F0D203E819" indent="up1"><enum>(F)</enum>

<clause commented="no" display-inline="yes-display-inline" id="HC4F410B7104D44239819B52A4A94128E"><enum>(i)</enum><text>An employee may not take leave under this paragraph unless the employee agrees (in writing), before the commencement of such leave, to work for the applicable employing agency for not less than a period of 12 weeks beginning on the date such leave concludes.</text></clause>

<clause id="H16905E8A41FA44D99E37A83288E97260" indent="up1"><enum>(ii)</enum><text

display-inline="yes-display-inline">The head of the agency shall waive the requirement in clause (i) in any instance where the employee is unable to return to work because of the continuation, recurrence, or onset of a serious health condition (including mental health), related to the applicable birth or placement of a child, of the employee or the child.</text></clause>

<clause id="H81890D8D3A6142F88AC3B3A827257918" indent="up1"><enum>(iii)</enum><text display-inline="yes-display-inline">The head of the employing agency may require that an employee who claims to be unable to return to work because of a health condition described under clause (ii) provide certification supporting such claim by the health care provider of the employee or the child (as the case may be). The employee shall provide such certification to the head in a timely manner.</text></clause></subparagraph>

<subparagraph id="H8265BCE7C0BA4C72929E8915BF4D6885" indent="up1"><enum>(G)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H215EFD79F8E14E5987B278C7191B3AE6"><enum>(i)</enum><text>If an employee fails to return from paid leave provided under this paragraph after the date such leave concludes, the employing agency may recover, from such employee, an amount equal to the total amount of Government contributions paid by the agency under section 8906 on behalf of the employee for maintaining such employeeâ€™s health coverage under chapter 89 during the period of such leave.</text></clause>

<clause id="H527519775D3E47E184A4DA2420990057" indent="up1"><enum>(ii)</enum><text>Clause (i) shall not apply to any employee who fails to return from such leave due toâ€"</text>

<subclause id="H9966CCE2F95748608365BB837CAD5B93"><enum>(I)</enum><text>the continuation, recurrence, or onset of a serious health condition as described under, and consistent with the requirements of, subparagraph (F); or</text></subclause>

<subclause id="HD323D2B6C64D4B9F8268CF75A593C660"><enum>(II)</enum><text>any other circumstance beyond the control of the employee.</text></subclause></clause></subparagraph></paragraph><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection id="H615C1B4CA81648B48E5305369BD051E0"><enum>(b)</enum><header>Conforming amendments</header><text>Section 6382(a) is amendedâ€" </text>

<paragraph id="H3D24BFAD93204AF7976C56F352C96C28"><enum>(1)</enum><text>in paragraph (1), in the matter preceding subparagraph (A) by inserting <quote>and subsection (d)(2) of this section</quote> after <quote>section 6383</quote>; and</text></paragraph>

<paragraph id="H61A3DEAE4EC44939A375FCBEACE57DB8"><enum>(2)</enum><text>in paragraph (4), by striking <quote>During</quote> and inserting <quote>Subject to subsection (d)(2), during</quote>.</text></paragraph></subsection>

<subsection id="HD2468A48537944B0ABB27BB63E4C0F16"><enum>(c)</enum><header>Effective date</header><text>The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.</text></subsection></section>

<section id="H0A143818862D422C88290E669E6DB8B4"><enum>7603.</enum><header>Paid parental leave for congressional employees</header>

<subsection id="HFF298F84CC194B56AC239DCB2809D4FF"><enum>(a)</enum><header>Amendments to congressional accountability act</header><text>Section 202 of the Congressional Accountability Act of 1995 (2 U.S.C. 1312) is amendedâ€"</text>

<paragraph id="HF051F80718F94B03B4FAF614DD1FF975"><enum>(1)</enum><text>in subsection (a)(1), by adding at the end the following: <quote>In applying section 102 of such Act with respect to leave for an event described in subsection (a)(1)(A) or (B) of such section to covered employees, subsection (d) of this section shall apply. Paragraphs (1) and (4) of section 102(a) of such Act shall be subject to subsection (d) of this section.</quote>; </text></paragraph>

<paragraph id="H71315930E58743BE9C756227BDCD13BD"><enum>(2)</enum><text>by redesignating subsections (d) and (e) as subsections (e) and (f), respectively; and</text></paragraph>

<paragraph id="H9D7876CD09D34F41899186C7ACC1A12C"><enum>(3)</enum><text>by inserting after subsection (c) the following:</text>

<quoted-block id="HC9E83D488F354D008B1A9D08F4BC23F4" style="OLC">

<subsection id="H9F3274B0375C43D48B35F0C55999434B"><enum>(d)</enum><header>Special rule for paid parental leave</header>

<paragraph id="H52C7F82DC9DF40A7A6375807F9EBA751"><enum>(1)</enum><header>Substitution of paid leave</header><text>A covered employee may elect to substitute for any leave without pay under subparagraph (A) or (B) of section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)) any paid leave which is available to such employee for that purpose. </text></paragraph>

<paragraph id="H94F2739D03B44EBEBC91276EDD3FD0C5"><enum>(2)</enum><header>Amount of paid leave</header><text>The paid leave that is available to a covered employee for purposes of paragraph (1) isâ€"</text>

<subparagraph id="H5C158F81AE8A4216A331AEAC45AE7391"><enum>(A)</enum><text>the number of weeks of paid parental leave in connection with the birth or placement involved that corresponds to the number of administrative workweeks of paid parental leave available to employees under section 6382(d)(2)(B)(i) of title 5, United States Code; and</text></subparagraph>

<subparagraph id="H8586962101E14A26A3DF1FFE0B17234E"><enum>(B)</enum><text>during the 12-month period referred to in section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)) and in addition to the administrative workweeks described in subparagraph (A), any additional paid vacation, personal, family, medical, or sick leave provided by the employing office to such employee.</text></subparagraph></paragraph>

<paragraph id="HB9BF73C9706E469C993B1742ECCAD647"><enum>(3)</enum><header>Limitation</header><text>Nothing in this section or section 102(d)(2)(A) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(d)(2)(A)) shall be considered to require or permit an employing office to require that an employee first use all or any portion of the leave described in paragraph (2)(B) before being allowed to use the paid parental leave described in paragraph (2)(A).</text></paragraph>

<paragraph id="H1B295B8A593B4273B91158310541B106"><enum>(4)</enum><header>Additional rules</header><text>Paid parental leave under paragraph (2)(A)â€"</text>

<subparagraph id="HAEC4FEF05ABE49C1934DAA35E577416A"><enum>(A)</enum><text>shall be payable from any appropriation or fund available for salaries or expenses for positions within the employing office; </text></subparagraph>

<subparagraph id="H0F8A0B0012894975834B50482C20D3C7"><enum>(B)</enum><text>if not used by the covered employee before the end of the 12-month period (as referred to in section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1))) to which it relates, shall not accumulate for any subsequent use; and</text></subparagraph>

<subparagraph id="H4CE41C57900F4F85AB0D1364D9E5DBFD"><enum>(C)</enum><text display-inline="yes-display-inline">shall apply without regard to the limitations in subparagraph (E), (F), or (G) of section 6382(d)(2) of title 5, United States Code, or section 104(c)(2) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2614(c)(2)).</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" id="H4A5BCB43C4C5410D9A82F9E231797CDE"><enum>(b)</enum><header>Conforming amendment</header><text>Section 202(a)(2) of the Congressional Accountability Act of 1995 (2 U.S.C. 1312(a)(2)) is amended by adding at the end the following: <quote>The requirements of subparagraph (B) shall not apply with respect to leave under subparagraph (A) or (B) of section 102(a)(1) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612(a)(1)).</quote>.</text></subsection>

<subsection id="HE3C22507B1444EA18C52D277CC1C51DA"><enum>(c)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.</text></subsection></section>

<section id="H0BDCD6945C5443B2AAB2C7571AE0176D"><enum>7604.</enum><header>Conforming amendment to Family and Medical Leave Act for GAO and Library of Congress employees</header>

<subsection id="H1A938A19362844C7BA1DC20374762DD9"><enum>(a)</enum><header>Amendment to family and medical leave act of 1993</header><text>Section 102 of the Family and Medical Leave Act of 1993 (29 U.S.C. 2612) is amendedâ€"</text>

<paragraph id="H7388492B79394AA5A238B1D62E7E8EF2"><enum>(1)</enum><text>in subsection (a)â€"</text>

<subparagraph id="HAD92EC9F57A24993A1EB419059682653"><enum>(A)</enum><text>in paragraph (1), by inserting <quote>and subsection (d)(3)</quote> after <quote>section 103</quote>; and</text></subparagraph>

<subparagraph id="H651BFC3DB7EB494695C6C60693B81D24"><enum>(B)</enum><text>in paragraph (4), by striking <quote>During</quote> and inserting <quote>Subject to subsection (d)(3), during</quote>; and</text></subparagraph></paragraph>

<paragraph id="H7254539B454F4B738E7E9E9635284F57"><enum>(2)</enum><text>in subsection (d), by adding at the end the following:</text>

<quoted-block id="HA00ED17F5DEE4FE09EA606B5C5062C03" style="OLC">

<paragraph id="H84B80A7F07CC4EDA9057F7F6D2E21E3E"><enum>(3)</enum><header>Special rule for gao employees</header>

<subparagraph id="HCC2037D3B456470E9F0E9B94294EB69C"><enum>(A)</enum><header>Substitution of paid leave</header><text>An employee of the Government Accountability Office may elect to substitute for any leave without pay under subparagraph (A) or (B) of subsection (a)(1) any paid leave which is available to such employee for that purpose.</text></subparagraph>

<subparagraph id="HA6152A8D37F949D2BEAF89AD4916E47D"><enum>(B)</enum><header>Amount of paid leave</header><text>The paid leave that is available to an employee of the Government Accountability Office for purposes of subparagraph (A) isâ€"</text>

<clause id="H38E91C9340564976910D8CEB283F1E29"><enum>(i)</enum><text display-inline="yes-display-inline">the number of weeks of paid parental leave in connection with the birth or placement involved that corresponds to the number of administrative workweeks of paid parental leave available to employees under section 6382(d)(2)(B)(i) of title 5, United States Code; and </text></clause>

<clause id="H6B806AE6A5D94BDA95E190F33AF4F84A"><enum>(ii)</enum><text>during the 12-month period referred to in section 102(a)(1) and in addition to the administrative workweeks described in clause (i), any additional paid vacation, personal, family, medical, or sick leave provided by such employer.</text></clause></subparagraph>

<subparagraph id="H686180EF015B4FEF9B8C0B98A5A50930"><enum>(C)</enum><header>Limitation</header><text>Nothing in this section shall be considered to require or permit an employer to require that an employee first use all or any portion of the leave described in subparagraph (B)(ii) before being allowed to use the paid parental leave described in clause (i) of subparagraph (B).</text></subparagraph>

<subparagraph id="H37AA2CD25CE0499EA224DDB26C362B8A"><enum>(D)</enum><header>Additional rules</header><text>Paid parental leave under subparagraph (B)(i)â€"</text>

<clause id="H0A9BA20520214F6D829821A39739E29E"><enum>(i)</enum><text>shall be payable from any appropriation or fund available for salaries or expenses for positions with the Government Accountability Office; </text></clause>

<clause id="HFFE973ED0A6E4859AE913ADED6B80D9E"><enum>(ii)</enum><text>if not used by the employee of such employer before the end of the 12-month period (as referred to in subsection (a)(1)) to which it relates, shall not accumulate for any subsequent use; and</text></clause>

<clause id="HBF303E5F9B3E4393808BCB13BDA86D20"><enum>(iii)</enum><text display-inline="yes-display-inline">shall apply without regard to the limitations in subparagraph (E), (F), or (G) of section 6382(d)(2) of title 5, United States Code or section 104(c)(2) of this Act.</text></clause></subparagraph></paragraph>

<paragraph id="H393FF2CF514D464B9F62E4A6B2B7742F"><enum>(4)</enum><header>Special rule for library of congress employees</header><text display-inline="yes-display-inline">Consistent with section 101(a)(3)(J) of the Congressional Accountability Act of 1995 (2 U.S.C. 1301(a)(3)(J)), the rights and protections established by sections 101 through 105, including section 102(d)(3), shall apply to employees of the Library of Congress under section 202 of that Act (2 U.S.C. 1312).</text></paragraph><after-quoted-block>. </after-quoted-block></quoted-block></paragraph></subsection>

<subsection commented="no" id="HE9C74CA25F834AD7A738AABD1704D0D4"><enum>(b)</enum><header>Conforming amendment</header><text>Section 101(2) of the Family and Medical Leave Act of 1993 (29 U.S.C. 2611(2)) is amended by adding at the end the following:</text>

<quoted-block style="OLC" display-inline="no-display-inline" id="H1ECD4583A6484E18A5A0315D3717EDAF">

<subparagraph commented="no" id="H798BD4BCB838470583F80012527BAD52"><enum>(E)</enum><header>GAO employees</header><text>In the case of an employee of the Government Accountability Office, the requirements of subparagraph (A) shall not apply with respect to leave under section 102(a)(1)(A) or (B).</text></subparagraph><after-quoted-block>.</after-quoted-block></quoted-block></subsection>

<subsection id="H8DBA38346DF74C14BC7406E8B7C17DC9"><enum>(c)</enum><header>Effective date</header><text display-inline="yes-display-inline">The amendments made by this section shall not be effective with respect to any birth or placement occurring before October 1, 2020.</text></subsection></section>

<section id="HD005AEB71DAA4BC99959DB4139967747"><enum>7605.</enum><header>Clarification for members of the National Guard and Reserves</header>

<subsection id="H79E2BD646D6C42B29CE12E30F2197770"><enum>(a)</enum><header>Executive branch employees</header><text>For purposes of determining the eligibility of an employee who is a member of the National Guard or Reserves to take leave under section 6382(a) of title 5, United States Code, or to substitute such leave pursuant to subsection (d)(2)(A) of section 6382 of such title (as added by section 1102), any service by such employee on active duty (as defined in section 6381(7) of such title) shall be counted as service as an employee for purposes of section 6381(1)(B) of such title.</text></subsection>

<subsection id="H19C602D3CF0F4229B13C096C7BB76DBE"><enum>(b)</enum><header>Congressional employees</header><text>For purposes of determining the eligibility of a covered employee (as such term is defined in section 101(3) of the Congressional Accountability Act) who is a member of the National Guard or Reserves to take leave under section 102(a) of the Family and Medical Leave Act of 1993 (pursuant to section 202(a)(1) of the Congressional Accountability Act), any service by such employee on active duty (as defined in section 101(14) of the Family and Medical Leave Act of 1993) shall be counted as time during which such employee has been employed in an employing office for purposes of section 202(a)(2)(B) of the Congressional Accountability Act.</text></subsection>

<subsection id="H2C6C7D89B77F44AFBD49F530F5E5868C"><enum>(c)</enum><header>Gao and library of congress employees</header><text>For purposes of determining the eligibility of an employee of the Government Accountability Office or Library of Congress who is a member of the National Guard or Reserves to take leave under section 102(a) of the Family and Medical Leave Act of 1993, any service by such employee on active duty (as defined in section 101(14) of such Act) shall be counted as time during which such employee has been employed for purposes of section 101(2)(A) of such Act.</text></subsection></section>

<section id="H0503F7FCD00C471BB2CA492E680C3E55"><enum>7606.</enum><header>Conforming amendment for certain TSA employees</header><text display-inline="no-display-inline">Section 111(d)(2) of the Aviation and Transportation Security Act (49 U.S.C. 44935 note) is amended to read as follows:</text>

<quoted-block id="H43DBC55456C641F4A08122D511AAC3CF" style="OLC">

<paragraph id="H4954A68E8A524E888252B11D1B3E4529"><enum>(2)</enum><header>Exceptions</header>

<subparagraph
id="HAB8A902624B4444D9516484E6999CF07"><enum>(A)</enum><header>Reemployment</header><te
xt display-inline="yes-display-inline">In carrying out the functions authorized under
paragraph (1), the Under Secretary shall be subject to the provisions set forth in
chapter 43 of title 38, United States Code.</text></subparagraph>

<subparagraph
id="HEEE4332B36764CE1AD5CD5AE9F1FDCCF"><enum>(B)</enum><header>Leave</header><text
display-inline="yes-display-inline">The provisions of subchapter V of chapter 63 of
title 5, United States Code, shall apply to any individual appointed under paragraph
(1) as if such individual were an employee (within the meaning of subparagraph (A) of
section 6381(1) of such title).</text></subparagraph></paragraph><after-quoted-
block>.</after-quoted-block></quoted-block></section></subtitle>

<subtitle id="H878C207066D24993A1CA00579EA37905"><enum>B</enum><header>Other
Matters</header>

<section id="HA890DFDA878A4E018CCB38D6195853E1"><enum>7611.</enum><header>Liberian
refugee immigration fairness</header>

<subsection
id="HED4DAB080D994F4BB0812D36DA104905"><enum>(a)</enum><header>Definitions</header><tex
t display-inline="yes-display-inline">In this section:</text>

<paragraph id="HB99688D9CEEB41B7AC5B30AF41181749"><enum>(1)</enum><header>In
general</header><text>Except as otherwise specifically provided, any term used in this
Act that is used in the immigration laws shall have the meaning given the term in the
immigration laws.</text></paragraph>

<paragraph id="HC91C6396291B4C4DB914E140E25B9635"><enum>(2)</enum><header>Immigration
laws</header><text>The term <term>immigration laws</term> has the meaning given the
term in section 101(a)(17) of the Immigration and Nationality Act (8 U.S.C.
1101(a)(17)).</text></paragraph>

<paragraph
id="H09B6E235EACC44A8B0FF30D7CC877EB6"><enum>(3)</enum><header>Secretary</header><text>
The term <term>Secretary</term> means the Secretary of Homeland
Security.</text></paragraph></subsection>

<subsection id="HD2D44E49C7224E84BF600349026F723E"><enum>(b)</enum><header>Adjustment
of status</header>

<paragraph id="H9F40C0D2C059460485F2A7730391058C"><enum>(1)</enum><header>In
general</header><text>Except as provided in paragraph (3), the Secretary shall adjust
the status of an alien described in subsection (c) to that of an alien lawfully
admitted for permanent residence if the alienâ€"</text>

<subparagraph id="HBC4B12A052BA4964A24E69ECDBF8845F"><enum>(A)</enum><text>applies for
adjustment not later than 1 year after the date of the enactment of this
Act;</text></subparagraph>

<subparagraph id="H69BC6866F88644809ECDF8B5B08410EB"><enum>(B)</enum><text>is otherwise
eligible to receive an immigrant visa; and</text></subparagraph>

<subparagraph id="HCA9FD5D012F0402D8A7763B7109EED26"><enum>(C)</enum><text>subject to
paragraph (2), is admissible to the United States for permanent
residence.</text></subparagraph></paragraph>

<paragraph id="H8EE977DC119742A099828CD9EDD079A8"><enum>(2)</enum><header>Applicability
of grounds of inadmissibility</header><text>In determining the admissibility of an
alien under paragraph (1)(C), the grounds of inadmissibility specified in paragraphs
(4), (5), (6)(A), and (7)(A) of section 212(a) of the <act-name parsable-
cite="INA">Immigration and Nationality Act</act-name> (8 U.S.C. 1182(a)) shall not
apply.</text></paragraph>

<paragraph
id="H33151F5CD6C54E2EAF0B10A1655F64E6"><enum>(3)</enum><header>Exceptions</header><text
>An alien shall not be eligible for adjustment of status under this subsection if the
Secretary determines that the alienâ€"</text>

<subparagraph id="H3F3B055B760E46BBB9FA9061DEDFA61D"><enum>(A)</enum><text>has been

convicted of any aggravated felony;</text></subparagraph>

<subparagraph id="H87910B67A0384C91BB6A03417FE4B670"><enum>(B)</enum><text>has been convicted of two or more crimes involving moral turpitude (other than a purely political offense); or</text></subparagraph>

<subparagraph id="H0E1A6043652E4BFFA57A763C62EF2058"><enum>(C)</enum><text>has ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, religion, nationality, membership in a particular social group, or political opinion.</text></subparagraph></paragraph>

<paragraph id="HADB528DC396343B48D92874CB06771B1"><enum>(4)</enum><header>Relationship of application to certain orders</header>

<subparagraph id="HBE64C8AEF1174FFDA436A142DBC1E628"><enum>(A)</enum><header>In general</header><text>An alien present in the United States who has been subject to an order of exclusion, deportation, removal, or voluntary departure under any provision of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.) may, notwithstanding such order, submit an application for adjustment of status under this subsection if the alien is otherwise eligible for adjustment of status under paragraph (1).</text></subparagraph>

<subparagraph id="H0EA7F982388F4BD4913E0D76597EF8B5"><enum>(B)</enum><header>Separate motion not required</header><text>An alien described in subparagraph (A) shall not be required, as a condition of submitting or granting an application under this subsection, to file a separate motion to reopen, reconsider, or vacate an order described in subparagraph (A).</text></subparagraph>

<subparagraph commented="no" display-inline="no-display-inline" id="H7DBE3C18C3BD4CE7B58AA33AB34A8136"><enum>(C)</enum><header>Effect of decision by Secretary</header>

<clause commented="no" display-inline="no-display-inline" id="HB6C933CC6A5A45CE8E1D7C85EE422D91"><enum>(i)</enum><header>Grant</header><text>If the Secretary adjusts the status of an alien pursuant to an application under this subsection, the Secretary shall cancel any order described in subparagraph (A) to which the alien has been subject.</text></clause>

<clause commented="no" display-inline="no-display-inline" id="HAB0DEE1493924EB092C0BE8B25430A45"><enum>(ii)</enum><header>Denial</header><text>If the Secretary makes a final decision to deny such application, any such order shall be effective and enforceable to the same extent that such order would be effective and enforceable if the application had not been made.</text></clause></subparagraph></paragraph></subsection>

<subsection id="HE57E38FB55E94D65AAB6014A994519B9"><enum>(c)</enum><header>Aliens eligible for adjustment of status</header>

<paragraph id="H5AB8A01D1154439692F7B1490F2E0061"><enum>(1)</enum><header>In general</header><text>The benefits provided under subsection (b) shall apply to any alien whoâ€"</text>

<subparagraph id="H42C9A986F65F4AD48B84C0AFCAAA2214"><enum>(A)</enum>

<clause commented="no" display-inline="yes-display-inline" id="H3EE57488E21B41F5B08A68A2AA1AB188"><enum>(i)</enum><text>is a national of Liberia; and</text></clause>

<clause id="H5EE3334726BE42E6959B3FA39B1FE9F4" indent="up1"><enum>(ii)</enum><text>has been continuously present in the United States during the period beginning on November 20, 2014, and ending on the date on which the alien submits an application under subsection (b); or</text></clause></subparagraph>

<subparagraph id="H140C1C09882A4A40B8263FEAF8FDD06C"><enum>(B)</enum><text>is the spouse, child, or unmarried son or daughter of an alien described in subparagraph (A).</text></subparagraph></paragraph>

<paragraph id="H9659D6DCDA654E28AA46A0789ED68D2D"><enum>(2)</enum><header>Determination of continuous physical presence</header><text>For purposes of establishing the period of continuous physical presence referred to in paragraph (1)(A)(ii), an alien shall not be considered to have failed to maintain continuous physical presence based on one or

more absences from the United States for one or more periods amounting, in the aggregate, of not more than 180 days.</text></paragraph></subsection>

<subsection id="HFA9152B4DB544E0FBF88FDC991E5B8B5"><enum>(d)</enum><header>Stay of removal</header>

<paragraph id="H5C4B5A9F81C0489983A3150477E13974"><enum>(1)</enum><header>In general</header><text>The Secretary shall promulgate regulations establishing procedures by which an alien who is subject to a final order of deportation, removal, or exclusion, may seek a stay of such order based on the filing of an application under subsection (b).</text></paragraph>

<paragraph id="H6094016C8BC54EF285A5FCB6F9C6714E"><enum>(2)</enum><header>During certain proceedings</header>

<subparagraph id="H6B6FD59D99DF4F0F808602D71110B754"><enum>(A)</enum><header>In general</header><text>Except as provided in subparagraph (B), notwithstanding any provision of the <act-name parsable-cite="INA">Immigration and Nationality Act</act-name> (8 U.S.C. 1101 et seq.), the Secretary may not order an alien to be removed from the United States if the alienâ€"</text>

<clause id="H4D1F217113FB403096C9DEBF801677C1"><enum>(i)</enum><text>is in exclusion, deportation, or removal proceedings under any provision of such Act; and</text></clause>

<clause id="H750036D115FE4987B4E244DE2A05908E"><enum>(ii)</enum><text>has submitted an application for adjustment of status under subsection (b).</text></clause></subparagraph>

<subparagraph id="H4152DCC2319D43038BC6182A1CB57BA6"><enum>(B)</enum><header>Exception</header><text> The Secretary may order an alien described in subparagraph (A) to be removed from the United States if the Secretary has made a final determination to deny the application for adjustment of status under subsection (b) of the alien.</text></subparagraph></paragraph>

<paragraph id="H258A1813E72E46BD8757CD34DA008030"><enum>(3)</enum><header>Work authorization</header>

<subparagraph id="HDB9A9598887C4282B619DFE7A6800E91"><enum>(A)</enum><header>In general</header><text>The Secretary mayâ€"</text>

<clause id="H9ED3996B664F4440B098B6AE548423C8"><enum>(i)</enum><text>authorize an alien who has applied for adjustment of status under subsection (b) to engage in employment in the United States during the period in which a determination on such application is pending; and</text></clause>

<clause id="H289E68F83FC041D898CF6D1A453D7D91"><enum>(ii)</enum><text>provide such alien with an <quote>employment authorized</quote> endorsement or other appropriate document signifying authorization of employment.</text></clause></subparagraph>

<subparagraph id="H6899E8E551114DB9B37584E4BF5F60D3"><enum>(B)</enum><header>Pending applications</header><text>If an application for adjustment of status under subsection (b) is pending for a period exceeding 180 days and has not been denied, the Secretary shall authorize employment for the applicable alien.</text></subparagraph></paragraph></subsection>

<subsection id="HD97E571019EC4A4DBFA97C03D6686DC3"><enum>(e)</enum><header>Record of permanent residence</header><text>On the approval of an application for adjustment of status under subsection (b) of an alien, the Secretary shall establish a record of admission for permanent residence for the alien as of the date of the arrival of the alien in the United States.</text></subsection>

<subsection id="H7B0E651B728A48189CE5420A43BDDC62"><enum>(f)</enum><header>Availability of administrative review</header><text>The Secretary shall provide applicants for adjustment of status under subsection (b) with the same right to, and procedures for, administrative review as are provided toâ€"</text>

<paragraph id="H6D1186863E2B43EC9CE4E777A4E635CF"><enum>(1)</enum><text>applicants for adjustment of status under section 245 of the <act-name parsable-cite="INA">Immigration and Nationality Act</act-name> (8 U.S.C. 1255); and</text></paragraph>

<paragraph id="H8F44083819B2478DA38B35407BE22014"><enum>(2)</enum><text>aliens subject to removal proceedings under section 240 of such Act (8 U.S.C. 1229a).</text></paragraph></subsection>

<subsection id="H773239AB93A84D03B182054A293059BC"><enum>(g)</enum><header>Limitation on judicial review</header>

<paragraph id="H093B34A6A32447DAACF98BBD052FC713"><enum>(1)</enum><header>In general</header><text>A determination by the Secretary with respect to the adjustment of status of any alien under this section is final and shall not be subject to review by any court.</text></paragraph>

<paragraph id="H203FEB7C52854B97A80C547EE2DA4765"><enum>(2)</enum><header>Rule of construction</header><text>Nothing in paragraph (1) shall be construed to preclude the review of a constitutional claim or a question of law under section 704 of title 5, United States Code, with respect to a denial of adjustment of status under this section.</text></paragraph></subsection>

<subsection id="H7CEB9CEFC3F34DF8AA00B8D8C98C681D"><enum>(h)</enum><header>No offset in number of visas available</header><text>The Secretary of State shall not be required to reduce the number of immigrant visas authorized to be issued under any provision of the <act-name parsable-cite="INA">Immigration and Nationality Act</act-name> (8 U.S.C. 1101 et seq.) to offset the adjustment of status of an alien who has been lawfully admitted for permanent residence pursuant to this section.</text></subsection>

<subsection id="H3B20228FCA564E58BED187E4E6879E2E"><enum>(i)</enum><header>Application of <act-name parsable-cite="INA">Immigration and Nationality Act</act-name> provisions</header>

<paragraph id="HDFDAEB8039484E02A124A99D275A7A04"><enum>(1)</enum><header>Savings provision</header><text>Nothing in this Act may be construed to repeal, amend, alter, modify, effect, or restrict the powers, duties, function, or authority of the Secretary in the administration and enforcement of the Immigration and Nationality Act (8 U.S.C. 1101 et seq.) or any other law relating to immigration, nationality, or naturalization.</text></paragraph>

<paragraph commented="no" display-inline="no-display-inline" id="H105E4E7207FE4E76B5FC5FBBB4837DCC"><enum>(2)</enum><header>Effect of eligibility for adjustment of status</header><text>The eligibility of an alien to be lawfully admitted for permanent residence under this section shall not preclude the alien from seeking any status under any other provision of law for which the alien may otherwise be eligible.</text></paragraph></subsection></section>

<section id="H2803B3DE0F694AD8A9DDA186395F530C" section-type="subsequent-section"><enum>7612.</enum><header>Pensacola Dam and Reservoir, Grand River, Oklahoma</header>

<subsection id="HA9AADCCC021E4647908FCBC9D7E2B425"><enum>(a)</enum><header>Definitions</header><text display-inline="yes-display-inline">In this section:</text>

<paragraph id="H88D56A03FB70438FBC4E9D472626070B"><enum>(1)</enum><header>Commission</header><text>The term <quote>Commission</quote> means the Federal Energy Regulatory Commission.</text></paragraph>

<paragraph id="HE61E4DCD618B46D486B82165938CE8EA"><enum>(2)</enum><header>Conservation pool</header><text display-inline="yes-display-inline">The term <quote>conservation pool</quote> means all land and water of Grand Lake O' the Cherokees, Oklahoma, below the flood pool.</text></paragraph>

<paragraph id="H9808316E6DB148188DABCF35147CC9D0"><enum>(3)</enum><header>Flood pool</header><text display-inline="yes-display-inline">The term <quote>flood pool</quote> means all land and water of Grand Lake O' the Cherokees, Oklahoma, allocated for flood control or navigation by the Secretary pursuant to section 7 of the Flood Control Act of 1944 (33 U.S.C. 709).</text></paragraph>

<paragraph id="H656FDE1869B04B7896F29F3DF3555949"><enum>(4)</enum><header>Project</header><text display-inline="yes-display-inline">The term <quote>project</quote> means the Pensacola Hydroelectric Project (FERC No. 1494).</text></paragraph>

<paragraph id="HC1FC32776D3B45319B9E14CE986AD70F"><enum>(5)</enum><header>Secretary</header><text> The term <quote>Secretary</quote> means the Secretary of the Army.</text></paragraph></subsection>

<subsection id="H207D6B97992D4C2F876E36AF025E1809"><enum>(b)</enum><header>Conservation pool management</header>

<paragraph id="HCEBB7A99913043458BD6650574CD79F8"><enum>(1)</enum><header>Federal land</header><text display-inline="yes-display-inline">Notwithstanding section 3(2) of the Federal Power Act (16 U.S.C. 796(2)), any Federal land within the project boundary, including any right, title, or interest in or to land held by the United States for any purpose, shall notâ€"</text>

<subparagraph id="H8C02D0E001294491A5F8C795734A511F"><enum>(A)</enum><text display-inline="yes-display-inline">be subject to the first proviso in section 4(e) of the Federal Power Act (16 U.S.C. 797(e)); or</text></subparagraph>

<subparagraph id="HAD07949E2812499E9F57CB4760543C5B"><enum>(B)</enum><text>be considered to beâ€"</text>

<clause id="HCCF3DC0A261B41CEB81FB72E7AC045CD"><enum>(i)</enum><text display-inline="yes-display-inline">land or other property of the United States for purposes of recompensing the United States for the use, occupancy, or enjoyment of the land under section 10(e)(1) of that Act (16 U.S.C. 803(e)(1)); or</text></clause>

<clause id="H8D7F026C3A104F40B373869451EDFE07"><enum>(ii)</enum><text display-inline="yes-display-inline">land of the United States for purposes of section 24 of that Act (16 U.S.C. 818).</text></clause></subparagraph></paragraph>

<paragraph id="HC4366984FF56481CAFA564BE0183C2C2"><enum>(2)</enum><header>License conditions</header>

<subparagraph id="H96F71318183D4D66A4764767AA466EDF"><enum>(A)</enum><header>In general</header><text display-inline="yes-display-inline">Except as may be required by the Secretary to carry out responsibilities under section 7 of the Flood Control Act of 1944 (33 U.S.C. 709), the Commission or any other Federal or State agency shall not include in any license for the project any condition or other requirement relating toâ€"</text>

<clause id="H878A1B4F691549FC9C28CCA31D0C0F15"><enum>(i)</enum><text display-inline="yes-display-inline">surface elevations of the conservation pool; or</text></clause>

<clause id="HC3CB639489C2451E9DBB47DFB854F6CF"><enum>(ii)</enum><text display-inline="yes-display-inline">the flood pool (except to the extent it references flood control requirements prescribed by the Secretary).</text></clause></subparagraph>

<subparagraph id="HB6A785D0AACB49F8920312B2063C6241"><enum>(B)</enum><header>Exception</header><text display-inline="yes-display-inline">Notwithstanding subparagraph (A), the project shall remain subject to the Commissionâ€™s rules and regulations for project safety and protection of human health.</text></subparagraph></paragraph>

<paragraph id="H499A1BD96BC240E9B256627CE005831D"><enum>(3)</enum><header>Project scope</header>

<subparagraph id="HB32E803B457245ACB8CC91D2C0A333A5"><enum>(A)</enum><header>Licensing jurisdiction</header><text display-inline="yes-display-inline">The licensing jurisdiction of the Commission for the project shall not extend to any land or water outside the project boundary.</text></subparagraph>

<subparagraph id="H06F45BEF083C46B9922EBD1ECC2414F3"><enum>(B)</enum><header>Outside infrastructure</header><text display-inline="yes-display-inline">Any land, water, or physical infrastructure or other improvement outside the project boundary shall not be considered to be part of the project.</text></subparagraph>

<subparagraph id="H46F8F37C661446868C7D4E464193B130"><enum>(C)</enum><header>Boundary jurisdiction amendments</header><text display-inline="yes-display-inline">The Commission may, consistent with the requirements of the Federal Power Act, amend the project boundary, only with the expressed written agreement of the project licensee. If

the licensee does not agree to a project boundary change proposed by the Commission, the purposes and requirements of part I of the Federal Power Act (16 U.S.C. 791a et seq.) shall be deemed to be satisfied without the Commissionâ€™s proposed boundary or jurisdiction change.</text></subparagraph></paragraph></subsection>

<subsection id="H6C0B8D450B964379B64E83D0E22280A7"><enum>(c)</enum><header>Exclusive jurisdiction of flood pool management</header><text display-inline="yes-display-inline">The Secretary shall have exclusive jurisdiction and responsibility for management of the flood pool for flood control operations at Grand Lake O' the Cherokees.</text></subsection>

<subsection id="H20A11CAB0A3C4D9094A3BDA2779871AE"><enum>(d)</enum><header>Study of upstream infrastructure</header><text display-inline="yes-display-inline">Not later than 90 days after the date of the enactment of this Act, the Secretary shall initiate a study of infrastructure and lands upstream from the project to evaluate resiliency to flooding. Not later than one year after initiating the study, the Secretary shall issue a report advising local communities and State departments of transportation of any identified deficiencies and potential mitigation options.</text></subsection>

<subsection id="HA598896E052442978ECDF0CDB40E70BF"><enum>(e)</enum><header>Savings provision</header><text>Nothing in this section affects, with respect to the projectâ€"</text>

<paragraph id="HE0DEC768ECFB4CD5B48242959EB668B0"><enum>(1)</enum><text display-inline="yes-display-inline">any authority or obligation of the Secretary or the Chief of Engineers pursuant to section 2 of the Act of June 28, 1938 (commonly known as the <quote>Flood Control Act of 1938</quote>) (33 U.S.C. 701câ€"1);</text></paragraph>

<paragraph id="H678D1DBD32E94B4E8C68E419E2160990"><enum>(2)</enum><text display-inline="yes-display-inline">any authority of the Secretary or the Chief of Engineers pursuant to section 7 of the Act of December 22, 1944 (commonly known as the <quote>Flood Control Act of 1944</quote>) (33 U.S.C. 709);</text></paragraph>

<paragraph id="HDCFE1627C3344F58B2FCABD107628FBF"><enum>(3)</enum><text display-inline="yes-display-inline">any obligation of the United States to obtain flowage or other property rights pursuant to the Act of July 31, 1946 (60 Stat. 743, chapter 710);</text></paragraph>

<paragraph id="H7C04FD5478324FE29C2AF367DB265D79"><enum>(4)</enum><text display-inline="yes-display-inline">any obligation of the United States to acquire flowage or other property rights for additional reservoir storage pursuant to Executive Order 9839 (12 Fed. Reg. 2447; relating to the Grand River Dam Project);</text></paragraph>

<paragraph id="H202FFC65AE734D01B9D2685B994589A7"><enum>(5)</enum><text display-inline="yes-display-inline">any authority of the Secretary to acquire real property interest pursuant to section 560 of the Water Resources Development Act of 1996 (Public Law 104â€"303; 110 Stat. 3783);</text></paragraph>

<paragraph id="HFB3394DD2DEF48A4A2D3EFFA7CA4B2B0"><enum>(6)</enum><text display-inline="yes-display-inline">any obligation of the Secretary to conduct and pay the cost of a feasibility study pursuant to section 449 of the Water Resources Development Act of 2000 (Public Law 106â€"541; 114 Stat. 2641);</text></paragraph>

<paragraph id="HBAF11A9FA4EC46E9A57DF31748F5A040"><enum>(7)</enum><text display-inline="yes-display-inline">the National Flood Insurance Program established under the National Flood Insurance Act of 1968 (42 U.S.C. 4001 et seq.), including any policy issued under that Act; or</text></paragraph>

<paragraph id="H344CCA9356714C53ACDF1C376ED9603A"><enum>(8)</enum><text display-inline="yes-display-inline">any disaster assistance made available under the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5121 et seq.) or other Federal disaster assistance program.</text></paragraph></subsection></section>

<section id="HA44A3077374B4EA592F3667C6DDF2E9D"><enum>7613.</enum><header>Limitation on certain rolling stock procurements; cybersecurity certification for rail rolling stock and operations</header><text display-inline="no-display-inline">Section 5323 of title 49, United States Code, is amended by adding at the end the following:</text>

<quoted-block display-inline="no-display-inline" id="H69FC829D161942C18A51564D79F95FE1" style="OLC">

<subsection id="HD01A3896E2E14FC4BAFCDDFCD2F0EE7F"><enum>(u)</enum><header>Limitation on certain rolling stock procurements</header>

<paragraph id="H9EA54A6299C24BF09CE9847F5DA0DFD6"><enum>(1)</enum><header>In general</header><text>Except as provided in paragraph (5), financial assistance made available under this chapter shall not be used in awarding a contract or subcontract to an entity on or after the date of enactment of this subsection for the procurement of rolling stock for use in public transportation if the manufacturer of the rolling stockâ€"</text>

<subparagraph id="H3BAEB5365A3640819F4274F59D3B4276"><enum>(A)</enum><text>is incorporated in or has manufacturing facilities in the United States; and</text></subparagraph>

<subparagraph id="HE0FE6508956F48B98E45215510FF9628"><enum>(B)</enum><text>is owned or controlled by, is a subsidiary of, or is otherwise related legally or financially to a corporation based in a country thatâ€"</text>

<clause id="H13C709F92096461FBF66D264CCF1EE03"><enum>(i)</enum><text>is identified as a nonmarket economy country (as defined in section 771(18) of the Tariff Act of 1930 (19 U.S.C. 1677(18))) as of the date of enactment of this subsection;</text></clause>

<clause id="H81627B853AB647D1932048DEEC03E736"><enum>(ii)</enum><text display-inline="yes-display-inline">was identified by the United States Trade Representative in the most recent report required by section 182 of the Trade Act of 1974 (19 U.S.C. 2242) as a foreign country included on the priority watch list defined in subsection (g)(3) of that section; and</text></clause>

<clause id="H5604D479742B4BFBAC1B707CBE4675F2"><enum>(iii)</enum><text>is subject to monitoring by the Trade Representative under section 306 of the Trade Act of 1974 (19 U.S.C. 2416).</text></clause></subparagraph></paragraph>

<paragraph id="H16EA30BFB0434A6C9E19B5ECD4A05BB1"><enum>(2)</enum><header>Exception</header><text> For purposes of paragraph (1), the term <term>otherwise related legally or financially</term> does not include a minority relationship or investment.</text></paragraph>

<paragraph id="H90AF429DBD974F1D9118ACE9D99B0E46"><enum>(3)</enum><header>International agreements</header><text>This subsection shall be applied in a manner consistent with the obligations of the United States under international agreements.</text></paragraph>

<paragraph id="H80B30CF0692B4982AC48739DCE03DC67"><enum>(4)</enum><header>Certification for rail rolling stock</header>

<subparagraph id="H76D2F16996A34B3A96661D1EB564A3F4"><enum>(A)</enum><header>In general</header><text>Except as provided in paragraph (5), as a condition of financial assistance made available in a fiscal year under section 5337, a recipient that operates rail fixed guideway service shall certify in that fiscal year that the recipient will not award any contract or subcontract for the procurement of rail rolling stock for use in public transportation with a rail rolling stock manufacturer described in paragraph (1).</text></subparagraph>

<subparagraph id="H24E08D03914C43458BE3BEB07669C37E"><enum>(B)</enum><header>Separate certification</header><text>The certification required under this paragraph shall be in addition to any certification the Secretary establishes to ensure compliance with the requirements of paragraph (1).</text></subparagraph></paragraph>

<paragraph id="HF7852D9679114A748AFEC937ADD07690"><enum>(5)</enum><header>Special rules</header>

<subparagraph id="H4DD3558DF483494AA4EDF623EC0DD5FC"><enum>(A)</enum><header>Parties to executed contracts</header><text>This subsection, including the certification requirement under paragraph (4), shall not apply to the award of any contract or subcontract made by a public transportation agency with a rail rolling stock manufacturer described in paragraph (1) if the manufacturer and the public transportation agency have executed a contract for rail rolling stock before the date of enactment of this subsection.</text></subparagraph>

<subparagraph id="H6C654DB05A614D19AAD81CF48B153BB4"><enum>(B)</enum><header>Rolling stock</header><text display-inline="yes-display-inline">Except as provided in

subparagraph (C) and for a contract or subcontract that is not described in subparagraph (A), this subsection, including the certification requirement under paragraph (4), shall not apply to the award of a contract or subcontract made by a public transportation agency with any rolling stock manufacturer for the 2-year period beginning on or after the date of enactment of this subsection.</text></subparagraph>

<subparagraph id="H835A6C576C644EB9BB31222C1820074F"><enum>(C)</enum><header>Exception</header><text display-inline="yes-display-inline">Subparagraph (B) shall not apply to the award of a contract or subcontract made by the Washington Metropolitan Area Transit Authority.</text></subparagraph></paragraph></subsection>

<subsection id="HA62AF131298B4B6C8F4D294D1DC4ECA5"><enum>(v)</enum><header>Cybersecurity certification for rail rolling stock and operations</header>

<paragraph id="HA43F98118CBB4A0DB0325C3BE41DC667"><enum>(1)</enum><header>Certification</header><text>As a condition of financial assistance made available under this chapter, a recipient that operates a rail fixed guideway public transportation system shall certify that the recipient has established a process to develop, maintain, and execute a written plan for identifying and reducing cybersecurity risks.</text></paragraph>

<paragraph id="HE6D35B6B61E4480F9DD1C96ED6AFD571"><enum>(2)</enum><header>Compliance</header><text>For the process required under paragraph (1), a recipient of assistance under this chapter shallâ€"</text>

<subparagraph id="HB6B96393E4FC494F8C20A7F99542431F"><enum>(A)</enum><text>utilize the approach described by the voluntary standards and best practices developed under section 2(c)(15) of the National Institute of Standards and Technology Act (15 U.S.C. 272(c)(15)), as applicable;</text></subparagraph>

<subparagraph id="HBD596FA5945244CE93FBACC0F5B5A548"><enum>(B)</enum><text>identify hardware and software that the recipient determines should undergo third-party testing and analysis to mitigate cybersecurity risks, such as hardware or software for rail rolling stock under proposed procurements; and</text></subparagraph>

<subparagraph id="H54154DCD3A32441FA88CCCC7F3DDB7B8"><enum>(C)</enum><text>utilize the approach described in any voluntary standards and best practices for rail fixed guideway public transportation systems developed under the authority of the Secretary of Homeland Security, as applicable.</text></subparagraph></paragraph>

<paragraph id="H71F7DB6C6E504E3A8BB985BE27A86AAB"><enum>(3)</enum><header>Limitations on statutory construction</header><text>Nothing in this subsection shall be construed to interfere with the authority ofâ€"</text>

<subparagraph id="H270622AC26A649C5B199C3D996108F54"><enum>(A)</enum><text>the Secretary of Homeland Security to publish or ensure compliance with requirements or standards concerning cybersecurity for rail fixed guideway public transportation systems; or</text></subparagraph>

<subparagraph id="HC28D018FF9ED432991A80739A65EB311"><enum>(B)</enum><text>the Secretary of Transportation under section 5329 to address cybersecurity issues as those issues relate to the safety of rail fixed guideway public transportation systems.</text></subparagraph></paragraph></subsection><after-quoted-block>.</after-quoted-block></quoted-block></section> </subtitle></title></division>

</legis-body><official-title-amendment>And the House agree to the same.</official-title-amendment>

</bill>